**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22- _____ (___) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX

In accordance with rule 1007(a) of the Federal Rules of Bankruptcy Procedure and rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") is filed by attachment hereto.

The Creditor Matrix has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, Brian Smith, Interim Chief Executive Officer for the Debtors, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

29890627.1

potential claimants included in the Creditor Matrix.  In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases.  Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: November 30, 2022

/s/ Brian Smith
Brian Smith
Interim Chief Executive Officer

1 800 GOT JUNK
301-887 GREAT NORTHERN WAY
VANCOUVER, BC  V5T4T5
CANADA

101, ROOMMATES
ADDRESS AVAILABLE UPON REQUEST

12 INTERACTIVE LLC (PERKSPOT)
216 W. OHIO ST. FLOOR 4
CHICAGO, IL  60614

1425 MARKET ST LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

1440 MEDIA, LLC
222 W MERCHANDISE MART PLAZA SUITE
1212
CHICAGO, IL  60654

1487 EXTRA SPACE
ADDRESS UNAVAILABLE AT TIME OF FILING

15 ANGELS II LLC
1865 PALMER AVENUE SUITE 104
LARCHMONT, NY  10538

1515 GARNET LLC
1000A LAKE STREET
RAMSEY, NJ  07446

1515 GARNET MINE ROAD HOLDINGS LP
900 ROUTE 9
NORTH WOODBRIDGE, NJ  07095

1515 GARNET MINE ROAD HOLDINGS LP
ATTN: MARK WHITE
1515 GARNET MINE RD, STE A
BETHEL TOWNSHIP, PA  19060

1515 GARNET MINE ROAD HOLDINGS LP
C/O COMPASSROCK REAL ESTATE 2.0, LLC
10700 E. BETHANY DRIVE, SUITE 101
DENVER, CO  80014

1515 GARNET MINE ROAD HOLDINGS LP
C/O CWCAPITAL ASSET MANAGEMENT LLC
7501 WISCONSIN AVE, STE 500 W
BETHESDA, MD  20814

1515 GARNET MINE ROAD HOLDINGS LP
C/O CWCAPITAL ASSET MANAGEMENT LLC
ATTN ALEX KILLICK
7501 WISCONSIN AVE, STE 500 W
BETHESDA, MD  20814

1515 GARNET MINE ROAD HOLDINGS LP
C/O ONYX EQUITIES LLC
ATTN MICHAEL NEVINS
900 RT 9N, STE 400
WOODBRIDGE, NJ  07095

1515 GARNET MINE VENTURES, LLC
(MARYLAND)
1010 WISCONSIN AVE NW, SUITE 307
WASHINGTON, DC  20008

1515 GARNET MINE VENTURES, LLC
(MARYLAND)
2233 WISCONSIN AVE NW, SUITE 520
WASHINGTON, DC  20007

1515 GARNET MINE VENTURES, LLC
(MARYLAND)
EVERGREEN PRIVATE FINANCE
1010 WISCONSIN AVE NW, SUITE 307
WASHINGTON, DC  20007

1515 GARNET MINE VENTURES, LLC
(MARYLAND)
PO BOX 60937
POTOMAC, MD  20859

1535 6TH ST, CHASEN DANIELS
ADDRESS AVAILABLE UPON REQUEST

15FIVE, INC.
3053 FILLMORE STREET  279
SAN FRANCISCO, CA  94123

1745 BERKELEY LLC
11601 WILSHIRE BLVD.,  2180
LOS ANGELES, CA  90025

1-800-FLOWERS.COM INC.
2 JERICHO PLZ STE 200
JERICHO, NY  11753-1681

1820 FRANKLIN STREET, INC
DBA J & J MATERIAL HANDLING SYSTEMS
1820 FRANKLIN STREET
COLUMBIA, PA  17512-2050

1868 PUBLIC AFFAIRS, LLC
162 W STATE STREET, 1ST FLOOR
TRENTON, NJ  08608

1FORPLANET
ADDRESS UNAVAILABLE AT TIME OF FILING

1PASSWORD
4711 YONGE ST, 10TH FLOOR
TORONTO  M2N 6K8
CANADA

1PASSWORD
4711 YONGE ST, 10TH FLOOR
TORONTO, ON  M2N 6K8
CANADA

2013 BRAIN TUMOR WALK
ADDRESS UNAVAILABLE AT TIME OF FILING
DENVER, CO

23H, 401 2ND AVE
ADDRESS AVAILABLE UPON REQUEST

24 SEVEN STAFFING, INC.
120 WOOSTER STREET, 4TH FLOOR
NEW YORK, NY  10012

24 SEVEN STAFFING, INC.
PO BOX 5854
HICKSVILLE, NY  11802-5854

24 SEVEN, LLC
105 MAXESS ROAD, SUITE N201
MELVILLE, NY  11747

246 JEFFERSON DR, ROBERT E GARDNER JR
ADDRESS AVAILABLE UPON REQUEST

2526199 ONTARIO INC
105 HOPECREST ROAD
MARKHAM, ON  L6C 2V7
CANADA

3 SQUARE CAFE
1121 ABBOT KINNEY BLVD
VENICE, CA  90291

3 TIER BEVERAGES
3501 N SOUTHPORT AVE  153
CHICAGO, IL  60657

300 MILLIGRAMS INC.
300 PIONEER WAY STE D
MOUNTAIN VIEW, CA  94041

3000 NE 2ND AVE, JODY SPAZIANO
ADDRESS AVAILABLE UPON REQUEST

303 SOLUTIONS LLC
2316 MALAGA PEAK
SUMMERLIN, NV  89135

3201 200TH AVE, CLARA KEVEK
ADDRESS AVAILABLE UPON REQUEST

360 SOCIAL
15112 ERIEL AVE
GARDENA, CA  90249

4-6 ROSE AVE LLC (THE ROSE ROOM LLC)
2 ROSE AVENUE
VENICE, CA  90291

4IMPRINT
101 COMMERCE ST
OSHKOSH, WI  54901

4INKJETS
3788 HEINEMANN AVE
LONG BEACH, CA  90808

500 STARTUPS
4163 HUBBARTT DRIVE
PALO ALTO, CA  94306

5280 PUBLISHING INC
675 LARIMER ST # 675
DENVER, CO  80202

5BY5 PRODUCTIONS LLC
(QUIT, THE PIPELINE, & THE PODCAST
METHOD)
3307 NORTHLAND DR. STE 295
AUSTIN, TX  78731

5FORMS
2765 MICHIGAN AVENUE RD NE
CLEVELAND, TN  37323

727 ENTERTAINMENT, LLC
1027 COURT STREET
SYRACUSE, NY  13208

7-ELEVEN
ONE ARTS PLAZA
1722 ROUTH STREET, SUITE 1000
DALLAS, TX  75201

8 BUSY BS
3140 MANOR BRIDGE DRIVE
ALPHARETTA, GA  30004

800 DEGREES
120 WILSHIRE BOULEVARD
SANTA MONICA, CA  90401

8020 CONSULTING LLC
6303 OWENS MOUTH AVE., 6TH FLOOR
DAVID LEWIS, CHIEF EXECUTIVE OFFICER
WOODLAND HILLS, CA  91367

8020 CONSULTING LLC
6303 OWENS MOUTH AVE., 6TH FLOOR
WOODLAND HILLS, CA  91367

805 WINE SERVICES
179 NIBLICK RD SUITE 249
PASO ROBLES, CA  93446

8443 WARNER
8443 WARNER DRIVE
CULVER CITY, CA  90232

879 USA PETROLEUM
ADDRESS UNAVAILABLE AT TIME OF FILING

880 PACIFIC STREET, HEIDI RUSTIN
ADDRESS AVAILABLE UPON REQUEST

95TH RIFLES CAPITAL LLC
215 EMILY LN
YORKTOWN, VA  23690

9744576 CANADA INC.
2570 CENTRE STREET
MONTREAL, QC  H3K 1J8
CANADA

99 CENTS ONLY STORE
241 LINCOLN BLVD
VENICE, CA  90291

A & B PLUMBING & HARMALIBU
ADDRESS UNAVAILABLE AT TIME OF FILING

A BRANTLEY, MAIKIETA
ADDRESS AVAILABLE UPON REQUEST

A DEMERLIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

A DENG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

A DENUZZIO, MARK
ADDRESS AVAILABLE UPON REQUEST

A FARRAR, MELODY
ADDRESS AVAILABLE UPON REQUEST

A FRAME OFFICE SUPPLIES
ADDRESS UNAVAILABLE AT TIME OF FILING

A GENG, GENE
ADDRESS AVAILABLE UPON REQUEST

A GIL SANCHEZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

A GRIFFITHS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

A HARPER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

A HARVEY, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

A HEBNER, MARIA
ADDRESS AVAILABLE UPON REQUEST

A HEDDEN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

A HERBERT ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

A JOHNSON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

A KOSYDOR, KELLI
ADDRESS AVAILABLE UPON REQUEST

A LAUCHIE, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

A LOYA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

A PARKER, SHARAIN
ADDRESS AVAILABLE UPON REQUEST

A PETERSON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

A PLATT, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

A SANTIAGO, JOSE
ADDRESS AVAILABLE UPON REQUEST

A SPANOGHE, CARL
ADDRESS AVAILABLE UPON REQUEST

A SPILATORE, BARRY
ADDRESS AVAILABLE UPON REQUEST

A TANICO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

A THIESSEN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

A VILLAROSA, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

A VINE APS.
A VINE APS. ASKILDRUPVEJ 17
SKORPING  9520
DENMARK

A WEBER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

A WILLIAMS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

A WILLIAMS, TANISHIA
ADDRESS AVAILABLE UPON REQUEST

A WOODRUM, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

A ZAREMBA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

A&JAY, INC.
1431 E. CHAPMAN AVE
ORANGE, CA  92866

A, BLAZE
ADDRESS AVAILABLE UPON REQUEST

A, CARLOS
ADDRESS AVAILABLE UPON REQUEST

A, CAROL
ADDRESS AVAILABLE UPON REQUEST

A, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

A, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

A, CODY
ADDRESS AVAILABLE UPON REQUEST

A, DANA
ADDRESS AVAILABLE UPON REQUEST

A, DEBRA
ADDRESS AVAILABLE UPON REQUEST

A, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

A, EUN
ADDRESS AVAILABLE UPON REQUEST

A, J
ADDRESS AVAILABLE UPON REQUEST

A, JANELLE
ADDRESS AVAILABLE UPON REQUEST

A, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

A, JOSE
ADDRESS AVAILABLE UPON REQUEST

A, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

A, KATIE
ADDRESS AVAILABLE UPON REQUEST

A, LAURA
ADDRESS AVAILABLE UPON REQUEST

A, LEV
ADDRESS AVAILABLE UPON REQUEST

A, LEX
ADDRESS AVAILABLE UPON REQUEST

A, LUKE
ADDRESS AVAILABLE UPON REQUEST

A, MADELINE
ADDRESS AVAILABLE UPON REQUEST

A, MARY
ADDRESS AVAILABLE UPON REQUEST

A, MBER
ADDRESS AVAILABLE UPON REQUEST

A, MITY
ADDRESS AVAILABLE UPON REQUEST

A, N/
ADDRESS AVAILABLE UPON REQUEST

A, NATHAN
ADDRESS AVAILABLE UPON REQUEST

A, NGHI
ADDRESS AVAILABLE UPON REQUEST

A, NIKA
ADDRESS AVAILABLE UPON REQUEST

A, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

A, REBECCA
ADDRESS AVAILABLE UPON REQUEST

A, ROSS
ADDRESS AVAILABLE UPON REQUEST

A, SARAH
ADDRESS AVAILABLE UPON REQUEST

A, SHANNON
ADDRESS AVAILABLE UPON REQUEST

A, VICKI
ADDRESS AVAILABLE UPON REQUEST

A, YOSHI
ADDRESS AVAILABLE UPON REQUEST

A. BRANCH-FORAKER, VELORA
ADDRESS AVAILABLE UPON REQUEST

A., AMINA
ADDRESS AVAILABLE UPON REQUEST

A., DANIELLE
ADDRESS AVAILABLE UPON REQUEST

A., MELLISA
ADDRESS AVAILABLE UPON REQUEST

A., MICHELLE
ADDRESS AVAILABLE UPON REQUEST

A.K.A. WINES LLC (SCRIBE WINERY- BWSC)
2100 DENMARK ST.
SONOMA, CA  95476

A.K.A. WINES LLC (SCRIBE WINERY- BWSC)
PO BOX 11106
OAKLAND, CA  94611

A-1 ELECTRIC SERVICE CO, INC
4204 SEPULVEDA BLVD
CULVER CITY, CA  90230

A4D, INC.
6965 EL CAMINO REAL, 105-441
CARLSBAD, CA  92009

AA
ADDRESS AVAILABLE UPON REQUEST

AAAA OFFICE WAREHOUSE
3041 MARWIN RD
BENSALEM, PA  19020

AAKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

AAKRE, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

AALAND, JANINE
ADDRESS AVAILABLE UPON REQUEST

AALBERS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

AANESTAD, ZOE
ADDRESS AVAILABLE UPON REQUEST

AANONSEN, KAYE
ADDRESS AVAILABLE UPON REQUEST

AARON ALICE ANDERSON
ADDRESS AVAILABLE UPON REQUEST

AARON ANTHONY HASBUN
ADDRESS AVAILABLE UPON REQUEST

AARON ARAUJO
ADDRESS AVAILABLE UPON REQUEST

AARON AYOTTE
ADDRESS AVAILABLE UPON REQUEST

AARON BROTHERS
ADDRESS AVAILABLE UPON REQUEST

AARON CARSON
ADDRESS AVAILABLE UPON REQUEST

AARON CLEANERS
ADDRESS AVAILABLE UPON REQUEST

AARON DRABKIN
ADDRESS AVAILABLE UPON REQUEST

AARON FORMAN
ADDRESS AVAILABLE UPON REQUEST

AARON FORMAN
ADDRESS AVAILABLE UPON REQUEST

AARON GROSSKOPF
ADDRESS AVAILABLE UPON REQUEST

AARON HEADLEY
ADDRESS AVAILABLE UPON REQUEST

AARON JOHN BRINKERHOFF
ADDRESS AVAILABLE UPON REQUEST

AARON KAHN
ADDRESS AVAILABLE UPON REQUEST

AARON KATEN
ADDRESS AVAILABLE UPON REQUEST

AARON KELLY
ADDRESS AVAILABLE UPON REQUEST

AARON KLEIN
ADDRESS AVAILABLE UPON REQUEST

AARON KRIVITZKY
ADDRESS AVAILABLE UPON REQUEST

AARON LEDET
ADDRESS AVAILABLE UPON REQUEST

AARON MADISON DUFFY
ADDRESS AVAILABLE UPON REQUEST

AARON MICHAEL REINBOLD
ADDRESS AVAILABLE UPON REQUEST

AARON MITCHELL
ADDRESS AVAILABLE UPON REQUEST

AARON MOULTON
ADDRESS AVAILABLE UPON REQUEST

AARON NISE
ADDRESS AVAILABLE UPON REQUEST

AARON PORRAS
ADDRESS AVAILABLE UPON REQUEST

AARON PUGH
ADDRESS AVAILABLE UPON REQUEST

AARON ROSENBLATT
ADDRESS AVAILABLE UPON REQUEST

AARON SAMPSON
ADDRESS AVAILABLE UPON REQUEST

AARON V SMITH
ADDRESS AVAILABLE UPON REQUEST

AARON VON GEISERT
ADDRESS AVAILABLE UPON REQUEST

AARON WESSLEY SHONK
ADDRESS AVAILABLE UPON REQUEST

AARON, ALANNA
ADDRESS AVAILABLE UPON REQUEST

AARON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

AARON, BEN
ADDRESS AVAILABLE UPON REQUEST

AARON, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

AARON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

AARON, CHARISMA
ADDRESS AVAILABLE UPON REQUEST

AARON, HALLI
ADDRESS AVAILABLE UPON REQUEST

AARON, JOSEY
ADDRESS AVAILABLE UPON REQUEST

AARON, LAURA
ADDRESS AVAILABLE UPON REQUEST

AARON, MILLER LEE
ADDRESS AVAILABLE UPON REQUEST

AARONS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

AARRON LIGHT
ADDRESS AVAILABLE UPON REQUEST

AARTS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

AARUP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AASEN, SHERI
ADDRESS AVAILABLE UPON REQUEST

AASLID, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ABAD, ANNAMARIA
ADDRESS AVAILABLE UPON REQUEST

ABAD, CARLOS & NAYELI
ADDRESS AVAILABLE UPON REQUEST

ABAD, EMILY
ADDRESS AVAILABLE UPON REQUEST

ABAD, KATRINA
ADDRESS AVAILABLE UPON REQUEST

ABAD, NATE
ADDRESS AVAILABLE UPON REQUEST

ABAH, THERESA
ADDRESS AVAILABLE UPON REQUEST

ABALIHI, NNAMDI
ADDRESS AVAILABLE UPON REQUEST

ABALIHI, NNAMDI
ADDRESS AVAILABLE UPON REQUEST

ABALO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

ABALOV, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ABALOYAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ABARCA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ABARE, KAREN
ADDRESS AVAILABLE UPON REQUEST

ABATANGELO HIGGINS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ABATE, ELLA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| ABATE, FRANCISCO<br>ADDRESS AVAILABLE UPON REQUEST | ABATE, LISA<br>ADDRESS AVAILABLE UPON REQUEST | ABATE, LYDIA<br>ADDRESS AVAILABLE UPON REQUEST |
| ABATE, SELAMAWIT<br>ADDRESS AVAILABLE UPON REQUEST | ABATEMARCO, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | ABAUOG CORDERO, MEGANDA<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBA, KELLY<br>ADDRESS AVAILABLE UPON REQUEST | ABBAD, GRISEL<br>ADDRESS AVAILABLE UPON REQUEST | ABBAMONTE, MICHELLE<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBAS, JOE<br>ADDRESS AVAILABLE UPON REQUEST | ABBASI, CRYSTAL<br>ADDRESS AVAILABLE UPON REQUEST | ABBASI, MAHWISH<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBASSI, DESIREH<br>ADDRESS AVAILABLE UPON REQUEST | ABBATE, ALLIE<br>ADDRESS AVAILABLE UPON REQUEST | ABBATE, GAONE<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBATE, SHEENA<br>ADDRESS AVAILABLE UPON REQUEST | ABBED, KEVIN<br>ADDRESS AVAILABLE UPON REQUEST | ABBEY CARDENAS<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBEY EHMAN<br>ADDRESS AVAILABLE UPON REQUEST | ABBEY TABACCHI<br>ADDRESS AVAILABLE UPON REQUEST | ABBEY, KELSEY<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBIE SMITH<br>ADDRESS AVAILABLE UPON REQUEST | ABBO, JAMI<br>ADDRESS AVAILABLE UPON REQUEST | ABBONDANDELO, TINA<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, APRIL<br>ADDRESS AVAILABLE UPON REQUEST | ABBOTT, BRANDY<br>ADDRESS AVAILABLE UPON REQUEST | ABBOTT, CHARLES<br>ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, CLAUDIA<br>ADDRESS AVAILABLE UPON REQUEST | ABBOTT, ERIN<br>ADDRESS AVAILABLE UPON REQUEST | ABBOTT, JAMES<br>ADDRESS AVAILABLE UPON REQUEST |

| ABBOTT, JODI | ABBOTT, JOHN | ABBOTT, KERRI |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, KYRA | ABBOTT, LINDSAY | ABBOTT, MALLORY |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, MEGAN | ABBOTT, MICHAEL | ABBOTT, MONTY |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, NANCY | ABBOTT, NATASHA | ABBOTT, NICOLE |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, PARRI | ABBOTT, ROBYN | ABBOTT, ROXANNE |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, SAVANNAH | ABBOTT, SHANNON | ABBOTT, SONYA |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOTT, STEVE | ABBOTT, THERESA | ABBOTT, TORI |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBOU, JULIE | ABBOUD, DIMA | ABBRUSCATO, JOSHUA |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBRUZZESE, MATTEO | ABBRUZZESE, RICK | ABBRUZZI, JC |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| ABBY LOTZ | ABBY ROLL | ABBY SPIWAK |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |

ABC DONUTS
3027 N SAN FERNANDO RD
LOS ANGELES, CA  90065

ABCEDE, ANECA
ADDRESS AVAILABLE UPON REQUEST

ABD, ELISSA
ADDRESS AVAILABLE UPON REQUEST

ABDALA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ABDALLA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ABDALLAH KAMAL
ADDRESS AVAILABLE UPON REQUEST

ABDALLAH, HATEM
ADDRESS AVAILABLE UPON REQUEST

ABDEL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ABDELAAL, ZAINEP
ADDRESS AVAILABLE UPON REQUEST

ABDELAZIZ, DIANDRA
ADDRESS AVAILABLE UPON REQUEST

ABDELHAMID, ISLAM
ADDRESS AVAILABLE UPON REQUEST

ABDEL-JELIL, AMINA
ADDRESS AVAILABLE UPON REQUEST

ABDELKARIM, SANA
ADDRESS AVAILABLE UPON REQUEST

ABDELLA, PATTIE
ADDRESS AVAILABLE UPON REQUEST

ABDELRAHMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

ABDELWAHED, SARAH
ADDRESS AVAILABLE UPON REQUEST

ABDIELIZA ACEVEDO
ADDRESS AVAILABLE UPON REQUEST

ABDO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ABDUL R KHAN
ADDRESS AVAILABLE UPON REQUEST

ABDUL-AZEEM, RAHEEM
ADDRESS AVAILABLE UPON REQUEST

ABDULLA, KARIMA
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH ALBYATI
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH SIDIQI
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, FATIMAH
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, KALI
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, KHADIJAH
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ABDULLAH, SAPHEERAH
ADDRESS AVAILABLE UPON REQUEST

ABE, BENNET
ADDRESS AVAILABLE UPON REQUEST

ABE, LYNNE
ADDRESS AVAILABLE UPON REQUEST

ABE, MAYUKO
ADDRESS AVAILABLE UPON REQUEST

ABED, KATIE
ADDRESS AVAILABLE UPON REQUEST

ABEDIN, ENCY
ADDRESS AVAILABLE UPON REQUEST

ABEE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ABEGAIL, MA
ADDRESS AVAILABLE UPON REQUEST

ABEL BECERRA
ADDRESS AVAILABLE UPON REQUEST

ABEL ELLINGSON
ADDRESS AVAILABLE UPON REQUEST

ABEL SILVA
ADDRESS AVAILABLE UPON REQUEST

ABEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ABEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

ABEL, BECKY
ADDRESS AVAILABLE UPON REQUEST

ABEL, CINDY
ADDRESS AVAILABLE UPON REQUEST

ABEL, CLARA
ADDRESS AVAILABLE UPON REQUEST

ABEL, CORBY
ADDRESS AVAILABLE UPON REQUEST

ABEL, CORI
ADDRESS AVAILABLE UPON REQUEST

ABEL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ABEL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ABEL, DEREK
ADDRESS AVAILABLE UPON REQUEST

ABEL, JARED
ADDRESS AVAILABLE UPON REQUEST

ABEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ABEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ABEL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ABEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ABEL, SERRA
ADDRESS AVAILABLE UPON REQUEST

ABEL, YVONNE
ADDRESS AVAILABLE UPON REQUEST

ABELARDO, KIM
ADDRESS AVAILABLE UPON REQUEST

ABELE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ABELEIN, CARLY
ADDRESS AVAILABLE UPON REQUEST

ABELL, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ABELL, CASSIE
ADDRESS AVAILABLE UPON REQUEST

ABELL, LYNNE
ADDRESS AVAILABLE UPON REQUEST

ABELL, NANCY
ADDRESS AVAILABLE UPON REQUEST

ABELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ABELL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ABELLA, RONA
ADDRESS AVAILABLE UPON REQUEST

ABELS, DAVE
ADDRESS AVAILABLE UPON REQUEST

ABENDSCHEIN, CHASE
ADDRESS AVAILABLE UPON REQUEST

ABENOJAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ABER, DANYELLE
ADDRESS AVAILABLE UPON REQUEST

ABER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ABERBOOK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ABERCROMBIE, TIM
ADDRESS AVAILABLE UPON REQUEST

ABERDEEN, SHEOMA
ADDRESS AVAILABLE UPON REQUEST

ABERLE, CARLI
ADDRESS AVAILABLE UPON REQUEST

ABERMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

ABERNATHY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ABERNATHY, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ABERNATHY, ERIC
ADDRESS AVAILABLE UPON REQUEST

ABERNATHY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ABERTE, JAIME
ADDRESS AVAILABLE UPON REQUEST

ABEYSEKERA, TAMARSH
ADDRESS AVAILABLE UPON REQUEST

ABEYTA, SHARI
ADDRESS AVAILABLE UPON REQUEST

ABGARIAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

ABHILASH CHUTEI
ADDRESS AVAILABLE UPON REQUEST

ABHISEK RATH
ADDRESS AVAILABLE UPON REQUEST

ABHISHEK LINGINENI
ADDRESS AVAILABLE UPON REQUEST

ABHISHEK PRASAD
ADDRESS AVAILABLE UPON REQUEST

ABHYANKAR, CHINMAY
ADDRESS AVAILABLE UPON REQUEST

ABIERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL HERINGER
203 E 33RD STREET APT 17
NEW YORK, NY  10016

ABIGAIL CECELIA FRAZIER
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL GONNELLA
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL GORDON
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL KAWOLA
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL LILLARD
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL ROSE HAWK
ADDRESS AVAILABLE UPON REQUEST

ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ABILASH PATEL (LOTUS CAPITAL)
ADDRESS AVAILABLE UPON REQUEST

ABILD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ABINES, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

ABINWI NCHISE
ADDRESS AVAILABLE UPON REQUEST

ABISINITO, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ABITO, MIKE
ADDRESS AVAILABLE UPON REQUEST

ABIUSO, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ABLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

ABLAO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ABLE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

ABLES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ABLOWICH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

ABM PARKING SERVICES
1150 SOUTH OLIVE STREET, 19TH FLOOR
LOS ANGELES, CA  90015

ABM PARKING SERVICES
2041 ROSECRANS AVE, SUITE  200
EL SEGUNDO, CA  90245

ABN AMROCC (0695)
ATTN PROXY DEPT
175 W. JACKSON BLVD
STE 2050
CHICAGO, IL  60605

ABNER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ABNEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ABOCHIE-ANSAH, ELISHA
ADDRESS AVAILABLE UPON REQUEST

ABOKHODAIR, NORAH
ADDRESS AVAILABLE UPON REQUEST

ABOLINS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ABOOD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ABOOD, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ABOGIMASHA, SAMIHA
ADDRESS AVAILABLE UPON REQUEST

ABOSEDE OGEDEGBE
ADDRESS AVAILABLE UPON REQUEST

ABOUAF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ABOUCH, ISLAM
ADDRESS AVAILABLE UPON REQUEST

ABOUCHEDID, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ABOULAFIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ABOURCHED, DIANA
ADDRESS AVAILABLE UPON REQUEST

ABOUZEID, AJ
ADDRESS AVAILABLE UPON REQUEST

ABOVITZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ABOZEED, MAGDA
ADDRESS AVAILABLE UPON REQUEST

ABPLANALP, PAUL
ADDRESS AVAILABLE UPON REQUEST

ABRA, BELKE,
ADDRESS AVAILABLE UPON REQUEST

ABRACHINSKY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM SALAS
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, ANTONY
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, ASHLEA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, DAWN
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, DEANNA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, ILANA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, LEAH
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, NIKKIA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, PRISCILA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, SHARON
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, SHEBA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, SHEEBA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, SHEENA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMS, KYLE
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMSEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

ABRAHAM-SINGH, ARUN
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMSON, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ABRAHAMSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ABRAM MONZON
ADDRESS AVAILABLE UPON REQUEST

ABRAM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ABRAMEK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ABRAMES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ABRAMOFF, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ABRAMOVA, DARIA
ADDRESS AVAILABLE UPON REQUEST

ABRAMOVITZ, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ABRAMOVITZ, HOWARD
ADDRESS AVAILABLE UPON REQUEST

ABRAMOWITZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS ARTISTS AGENCY
275 7TH AVE 25TH FLOOR
NEW YORK, NY  10001

ABRAMS MCLEAN, JEANINE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, ANCELLA
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, BROOK
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, CINDY
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, ERICA
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JIMMY
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JODI
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JODIE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JULIAN
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ABRAMS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ABRAMSKY, SAM
ADDRESS AVAILABLE UPON REQUEST

ABRAMSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ABRANTES, DENISE
ADDRESS AVAILABLE UPON REQUEST

ABRASZEK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ABREGO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ABREGO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ABRELL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ABRENCILLO, JONAHLYN
ADDRESS AVAILABLE UPON REQUEST

ABRESCH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ABREU, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ABREU, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ABREU, ERIC
ADDRESS AVAILABLE UPON REQUEST

ABREU, KIRSY
ADDRESS AVAILABLE UPON REQUEST

ABREU, LDA
ADDRESS AVAILABLE UPON REQUEST

ABREU, LOURDES
ADDRESS AVAILABLE UPON REQUEST

ABREU, MARLENE
ADDRESS AVAILABLE UPON REQUEST

ABREU, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ABRIAM, CHED
ADDRESS AVAILABLE UPON REQUEST

ABRIL, SOFIA
ADDRESS AVAILABLE UPON REQUEST

ABRIL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ABRIOLA, LISA
ADDRESS AVAILABLE UPON REQUEST

ABROMAITIS, KATE
ADDRESS AVAILABLE UPON REQUEST

ABROMAITIS, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

ABROMITIS, MACEY
ADDRESS AVAILABLE UPON REQUEST

ABROUQ, LEILA
ADDRESS AVAILABLE UPON REQUEST

ABRUSCATO, JOHN
ADDRESS AVAILABLE UPON REQUEST

ABRUZZI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ABRUZZO, KAILA
ADDRESS AVAILABLE UPON REQUEST

ABRUZZO, KATE
ADDRESS AVAILABLE UPON REQUEST

ABRUZZO, LINDA
ADDRESS AVAILABLE UPON REQUEST

ABRUZZO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ABSALOM, ANITA
ADDRESS AVAILABLE UPON REQUEST

ABSALON, ARIANA
ADDRESS AVAILABLE UPON REQUEST

ABSHIER, MINDY
ADDRESS AVAILABLE UPON REQUEST

ABSHIRE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ABSHIRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ABU BAKR ABDUL ALLAM
ADDRESS AVAILABLE UPON REQUEST

ABUBAKER, AABIR
ADDRESS AVAILABLE UPON REQUEST

ABU-EIDEH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ABUJBARAH, MARIE
ADDRESS AVAILABLE UPON REQUEST

ABUNDANT ETHOS LLC
ADDRESS AVAILABLE UPON REQUEST

ABUNDIS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ABURN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

ABURTO, LILIANA
ADDRESS AVAILABLE UPON REQUEST

ABURTO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ABUSAMRA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

ABUSHHIWA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

ABUSHHIWA, BAKIR
ADDRESS AVAILABLE UPON REQUEST

ABUZEINEH, ALISA
ADDRESS AVAILABLE UPON REQUEST

ABY, JOHN
ADDRESS AVAILABLE UPON REQUEST

ABZUN MONROY, DELMI
ADDRESS AVAILABLE UPON REQUEST

ACADIA ALDEN
ADDRESS AVAILABLE UPON REQUEST

ACAMPORA, CODY
ADDRESS AVAILABLE UPON REQUEST

ACANELA LLC
4106 N FREMONT DRIVE
LEHI, UT  84043

ACCARDO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ACCARDO, SAL
ADDRESS AVAILABLE UPON REQUEST

ACCELERATION PARTNERS
C/O SUPPORTING STRATEGIES
800 CUMMINGS CENTER, SUITE 375W
BEVERLY, MA  01915

ACCESS DISPLAY GROUP
151 SOUTH MAIN STREET
FREEPORT, NY  11520

ACCETTA, ARIA
ADDRESS AVAILABLE UPON REQUEST

ACCO ENGINEERED SYSTEMS
6265 SAN FERNANDO ROAD
GLENDALE, CA  91201-2214

ACCORDINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ACCOUNTING CONFERENCES AND
SEMINARS LLC
491 BALTIMORE PIKE, STE 1034
SPRINGFIELD, PA  19064

ACCURATE FLO & MOTION
1226 FURUKAWA WAY # 226
SANTA MARIA, CA  93458

ACCURATE FORKLIFT, INC
PO BOX 4860
85 SCENIC AVENUE
SANTA ROSA, CA  95402

ACCURATE RECYCLING CORP
508 E BALTIMORE AVE
LANSDOWNE, PA  19050

ACE AMERICAN INSURANCE COMPANY
436 WALNUT ST
PHILADELPHIA, PA  19106

ACE AMERICAN INSURANCE COMPANY
C/O CHUBB
ATTN ADRIENNE LOGAN, LEAD ANALYST
436 WALNUT ST, WA04K
PHILADELPHIA, PA  19106

ACE AMERICAN INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN WENDY M SIMKULAK
30 S 17TH ST
PHILADELPHIA, PA  19103

ACE HOTEL - CLUB W
ACE HOTEL 929 S BROADWAY
LOS ANGELES, CA  90015

ACE HOTEL DOWNTOWN LA
929 S BROADWAY
LOS ANGELES, CA  90015

ACE PARKING
645 ASH STREET
SAN DIEGO, CA  92101

ACE USA
DEPT CH 14089
PALATINE, IL  60055-4089

ACE, NINA
ADDRESS AVAILABLE UPON REQUEST

ACEBO, NINA
ADDRESS AVAILABLE UPON REQUEST

ACERBI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ACERET, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ACERRA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ACERRA, TONI
ADDRESS AVAILABLE UPON REQUEST

ACETO-NIEDEMEYER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO DE JESUS, ANABELLE
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO GOMEZ, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, DENISE
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, MODESTO
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, SERENA
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, SHERRI
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, STEPHANNY
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, THERESA
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, TONY
ADDRESS AVAILABLE UPON REQUEST

ACEVEDO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ACEVES, ALISE
ADDRESS AVAILABLE UPON REQUEST

ACEVES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ACH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ACHA-MORFAW, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ACHARYA, LILA
ADDRESS AVAILABLE UPON REQUEST

ACHARYA, NEELISHA
ADDRESS AVAILABLE UPON REQUEST

ACHENBACH, JOSIE
ADDRESS AVAILABLE UPON REQUEST

ACHERMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ACHESON, ALLAN
ADDRESS AVAILABLE UPON REQUEST

ACHESON, PAT
ADDRESS AVAILABLE UPON REQUEST

ACHILLE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ACHIN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ACHTELLIK, JUDY
ADDRESS AVAILABLE UPON REQUEST

ACHTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ACHO, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ACKAUTIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ACKATZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ACKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ACKER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ACKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ACKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ACKER, SARA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, AMALIA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, ANJANETTE
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, BRANDY
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, CARLYN
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, CARON
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, ELSA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, JADA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, KARA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, NOAH
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ACKERMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ACKERMANN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ACKERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ACKERSON, ABBY
ADDRESS AVAILABLE UPON REQUEST

ACKERSON, TESS
ADDRESS AVAILABLE UPON REQUEST

ACKLAM, AMY
ADDRESS AVAILABLE UPON REQUEST

ACKLEY, COLE
ADDRESS AVAILABLE UPON REQUEST

ACKLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ACKLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

ACKLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ACKMAN, OLEN
ADDRESS AVAILABLE UPON REQUEST

ACME
ADDRESS UNAVAILABLE AT TIME OF FILING

ACNE PHOTOGRAPHY AB
111 53 STOCKHOLM BOX 160 69 103 22
STOCKHOLM
SWEDEN

ACOLATSE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ACORN WEST PAPER PRODUCTS CO
3686 E. OLYMPIC BLVD
LOS ANGELES, CA  90023

ACORNS GROW INCORPORATED
5300 CALIFORNIA AVE
IRVINE, CA  92617

ACOSTA GARCIA, ALMA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA OWENS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, ALISSA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, DAVID
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, DESIREE
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, EFREN
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, EMILY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, ERIC
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, ERICA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, GERARDO
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, IDA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, JADE
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, JAIME
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, JANET
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, JOHANA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, KAILANI
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, KHIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, LISBETH
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, MONICA
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ACOSTA, SILVIA
ADDRESS AVAILABLE UPON REQUEST

ACOUSTICAL SURFACES
ADDRESS UNAVAILABLE AT TIME OF FILING

ACQUAVITA, FRED
ADDRESS AVAILABLE UPON REQUEST

ACQUAVIVA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ACQUISTAPACE, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

ACTION DOOR REPAIR CORPORATION
5420 MALABAR STREET
HUNTINGTON PARK, CA  90255

ACTIONX
520 BROADWAY 5TH FLOOR
NEW YORK, NY  10012

ACTIVE DISCLOSURE
ADDRESS UNAVAILABLE AT TIME OF FILING

ACTKINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ACUFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

ACUNA, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

ACUNA, DIANA
ADDRESS AVAILABLE UPON REQUEST

ACUNA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ACUNZO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ACUPAN, ALVIN
ADDRESS AVAILABLE UPON REQUEST

ACUY, ALISON
ADDRESS AVAILABLE UPON REQUEST

ACXIOM CORPORATION
301 E. DAVE WARD DR.
CONWAY, AR  72032

ACXIOM CORPORATION
4057 COLLECTION CENTER DR.
CHICAGO, IL  60693

ACZEL, DR M
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ACZON, JEANKIE
ADDRESS AVAILABLE UPON REQUEST

AD EXCHANGE GROUP
18400 VON KARMAN AVE, SUITE 1000
IRVINE, CA  92612

AD TRUST MARKETING LLC
(POPULAR MARKETING LLC & TLC DATA LLC)
1801 E 51ST STREET, SUITE 365
AUSTIN, TX  78723

ADAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

ADAIKALAM, ARUN KARUPPAIYA
ADDRESS AVAILABLE UPON REQUEST

ADAIR, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ADAIR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ADAIR, ANNA
ADDRESS AVAILABLE UPON REQUEST

ADAIR, BLARE
ADDRESS AVAILABLE UPON REQUEST

ADAIR, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ADAIR, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ADAIR, JULIE
ADDRESS AVAILABLE UPON REQUEST

ADAIR, LINDA
ADDRESS AVAILABLE UPON REQUEST

ADAIR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ADAIR, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ADALID, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ADALYNN CELINE NESJAN
ADDRESS AVAILABLE UPON REQUEST

ADAM  SCHEICH
ADDRESS AVAILABLE UPON REQUEST

ADAM  SCHEICH
ADDRESS AVAILABLE UPON REQUEST

ADAM ALABRASH
ADDRESS AVAILABLE UPON REQUEST

ADAM ALFANO
ADDRESS AVAILABLE UPON REQUEST

ADAM AYERS
ADDRESS AVAILABLE UPON REQUEST

ADAM BLOCK DESIGN, LLC
23361 EL TORO RD STE 219
LAKE FOREST, CA  92630

ADAM BOYLE
ADDRESS AVAILABLE UPON REQUEST

ADAM CANADY
ADDRESS AVAILABLE UPON REQUEST

ADAM DAVID BIER
ADDRESS AVAILABLE UPON REQUEST

ADAM DAVIS
ADDRESS AVAILABLE UPON REQUEST

ADAM DAVIS
ADDRESS AVAILABLE UPON REQUEST

ADAM GOLDENBERG
ADDRESS AVAILABLE UPON REQUEST

ADAM GREENBERG
ADDRESS AVAILABLE UPON REQUEST

ADAM HARRIS
ADDRESS AVAILABLE UPON REQUEST

ADAM HOWARD
ADDRESS AVAILABLE UPON REQUEST

ADAM HOWELL
ADDRESS AVAILABLE UPON REQUEST

ADAM JOSEPH THOMAS
ADDRESS AVAILABLE UPON REQUEST

ADAM KATZENBERG
ADDRESS AVAILABLE UPON REQUEST

ADAM LINET
ADDRESS AVAILABLE UPON REQUEST

ADAM MAIN
ADDRESS AVAILABLE UPON REQUEST

ADAM MICHAEL POWELL
ADDRESS AVAILABLE UPON REQUEST

ADAM PEIRS
ADDRESS AVAILABLE UPON REQUEST

ADAM PETH
ADDRESS AVAILABLE UPON REQUEST

ADAM PIWOWARCZYK
ADDRESS AVAILABLE UPON REQUEST

ADAM ROUMM
ADDRESS AVAILABLE UPON REQUEST

ADAM SCHEICH
ADDRESS AVAILABLE UPON REQUEST

ADAM THODEY
ADDRESS AVAILABLE UPON REQUEST

ADAM
ADDRESS AVAILABLE UPON REQUEST

ADAM, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ADAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ADAM, GAGE
ADDRESS AVAILABLE UPON REQUEST

ADAM, KARLI
ADDRESS AVAILABLE UPON REQUEST

ADAM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ADAM, LILY
ADDRESS AVAILABLE UPON REQUEST

ADAM, RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

ADAMAITIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

ADAMCIK, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

ADAMCIK, KYLE
ADDRESS AVAILABLE UPON REQUEST

ADAMCZYK, KAREN
ADDRESS AVAILABLE UPON REQUEST

ADAMCZYK, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADAME, ANA
ADDRESS AVAILABLE UPON REQUEST

ADAME, HERMELINDA
ADDRESS AVAILABLE UPON REQUEST

ADAMEK, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ADAMEK, MARY DUBOIS
ADDRESS AVAILABLE UPON REQUEST

ADAMI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ADAMI, KELLY
ADDRESS AVAILABLE UPON REQUEST

ADAMIETZ, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

ADAMITIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ADAMO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ADAMO, KERIAN
ADDRESS AVAILABLE UPON REQUEST

ADAMO, LESLEY
ADDRESS AVAILABLE UPON REQUEST

ADAMO, LUCY
ADDRESS AVAILABLE UPON REQUEST

ADAMOVICH, JENIFER
ADDRESS AVAILABLE UPON REQUEST

ADAMOWICZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALECIA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALEX
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALISA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, AMY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ANNE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ANNE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ANNE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, AVERY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BEKA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BEN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CEANNA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHANCEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CLARA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CLARE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CORI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CORINNE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DEBORAH A
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DEE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DONALD
ADDRESS AVAILABLE UPON REQUEST

ADAMS, DONALD
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ELISE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ELISE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ELISSA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ADAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, EMIY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, EMMA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ETHAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, GARRISON
ADDRESS AVAILABLE UPON REQUEST

ADAMS, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, GINGER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, HALEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, HANNAH ROSE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, HAPPI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, HOPE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, INEZ
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JAMAL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JAMES
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JAY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JOVANY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KAILYN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KALIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KAREN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KARLA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KARLY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KATE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KIM
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KOERTNI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LAURA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LAYNEE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LINDA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LISA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LISA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LONG
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LORI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LUCIA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LUKE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MADALYNE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MARILEE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MARVA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MAURA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MERIDIAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, MORGANN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, NANCY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, NIAMAH
ADDRESS AVAILABLE UPON REQUEST

ADAMS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ADAMS, NICK
ADDRESS AVAILABLE UPON REQUEST

ADAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, PAM
ADDRESS AVAILABLE UPON REQUEST

ADAMS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, PAUL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RHIANNA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RIKI
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RODERICK
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ROGER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ROSS
ADDRESS AVAILABLE UPON REQUEST

ADAMS, ROWENE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, RYAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SARAH ROSE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHARON
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHAY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SHERYL
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, STACIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SUE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ADAMS, SUSIE
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TERRA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TINA
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TRACY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TROY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TROY
ADDRESS AVAILABLE UPON REQUEST

ADAMS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ADAMS, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ADAMS-CAMPBELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ADAMSKI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ADAMSKI, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ADAMS-MAKI, JEN
ADDRESS AVAILABLE UPON REQUEST

ADAMSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ADAMSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

ADAMSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ADAMSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ADAMSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ADAMS-SARTHOU, ANNA
ADDRESS AVAILABLE UPON REQUEST

ADAMS-WEBER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ADAN, NINO
ADDRESS AVAILABLE UPON REQUEST

ADAN, RICCI
ADDRESS AVAILABLE UPON REQUEST

ADANA MCALLISTERS
ADDRESS AVAILABLE UPON REQUEST

ADARIO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ADARKWAH, NIKITA
ADDRESS AVAILABLE UPON REQUEST

ADAVEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

ADAYA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ADCHARAPORN POONSAP
ADDRESS AVAILABLE UPON REQUEST

ADCOCK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ADCOCK, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ADCOCK, REBECKAH
ADDRESS AVAILABLE UPON REQUEST

ADCOX, C
ADDRESS AVAILABLE UPON REQUEST

ADCOX, JOHN
ADDRESS AVAILABLE UPON REQUEST

ADDADY, MIKEY
ADDRESS AVAILABLE UPON REQUEST

ADDEO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ADDESA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ADDESA, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ADDICKS, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

ADDINGTON, CORDELIA
ADDRESS AVAILABLE UPON REQUEST

ADDINK, JOLYNNA
ADDRESS AVAILABLE UPON REQUEST

ADDISON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ADDISON, BRI
ADDRESS AVAILABLE UPON REQUEST

ADDISON, DEBBY
ADDRESS AVAILABLE UPON REQUEST

ADDISON, GIBBONS
ADDRESS AVAILABLE UPON REQUEST

ADDISON, HELENA
ADDRESS AVAILABLE UPON REQUEST

ADDISON, KATIE
ADDRESS AVAILABLE UPON REQUEST

ADDISON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ADDISON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ADDISON, REIKO
ADDRESS AVAILABLE UPON REQUEST

ADDISON, RYAN
ADDRESS AVAILABLE UPON REQUEST

ADDISON, VELDA
ADDRESS AVAILABLE UPON REQUEST

ADDLESON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ADDONA, NINA
ADDRESS AVAILABLE UPON REQUEST

ADDONIZIO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ADDONO, CAMILA
ADDRESS AVAILABLE UPON REQUEST

ADDRESS, SHIPPING
ADDRESS AVAILABLE UPON REQUEST

ADDY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ADDY, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ADDY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ADE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ADEBAYO, ADEDEJI
ADDRESS AVAILABLE UPON REQUEST

ADEDIGBA, ADEWOLE
ADDRESS AVAILABLE UPON REQUEST

ADEDIPE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ADEDIRAN, KARESE
ADDRESS AVAILABLE UPON REQUEST

ADEGBENRO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ADEISHVILI, EKATERINE
ADDRESS AVAILABLE UPON REQUEST

ADELAIDE, PEARSON,
ADDRESS AVAILABLE UPON REQUEST

ADELBERG, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ADELE STEWART
ADDRESS AVAILABLE UPON REQUEST

ADELEKAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

ADELEKE, MARY
ADDRESS AVAILABLE UPON REQUEST

ADELEYE, CIMONE
ADDRESS AVAILABLE UPON REQUEST

ADELINE FERRO LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

ADELLA DANIELS
ADDRESS AVAILABLE UPON REQUEST

ADELMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

ADELMAN, JULI
ADDRESS AVAILABLE UPON REQUEST

ADELMAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ADELMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ADELMAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ADELSBERG, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ADELSMAN, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

ADELSON, ELIZA
ADDRESS AVAILABLE UPON REQUEST

ADELSON, LAETITIA
ADDRESS AVAILABLE UPON REQUEST

ADEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ADEN, KENAN
ADDRESS AVAILABLE UPON REQUEST

ADENIJI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ADENIYI, DAMILOLA
ADDRESS AVAILABLE UPON REQUEST

ADENIWALA, SHAKERA
ADDRESS AVAILABLE UPON REQUEST

ADEOPE, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

ADEOSUN, ADAMS
ADDRESS AVAILABLE UPON REQUEST

ADEOTI, TOLA
ADDRESS AVAILABLE UPON REQUEST

ADER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ADER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ADER, JOAN
ADDRESS AVAILABLE UPON REQUEST

ADES AND LEVINSON, JANEY & BRAM
ADDRESS AVAILABLE UPON REQUEST

ADES, LAURA
ADDRESS AVAILABLE UPON REQUEST

ADES, LILY
ADDRESS AVAILABLE UPON REQUEST

ADESINA, TOLU
ADDRESS AVAILABLE UPON REQUEST

ADESZKO, VEDRANA
ADDRESS AVAILABLE UPON REQUEST

ADETOLA, DAMI
ADDRESS AVAILABLE UPON REQUEST

ADEWUMI, KEMI
ADDRESS AVAILABLE UPON REQUEST

ADEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

ADEYI, OYEDELE
ADDRESS AVAILABLE UPON REQUEST

ADGAR, JAMES
ADDRESS AVAILABLE UPON REQUEST

ADGATE MEDIA LLC
241 W 37 ST SUITE 1207
NEW YORK, NY  10018

ADHIKARI, SUBARNA
ADDRESS AVAILABLE UPON REQUEST

ADHLAKHA, SHIVANKAR
ADDRESS AVAILABLE UPON REQUEST

ADICKES, MARK
ADDRESS AVAILABLE UPON REQUEST

ADINOLFI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ADJEI, ABENAA
ADDRESS AVAILABLE UPON REQUEST

ADJEI-BOHYEN, KWAKU
ADDRESS AVAILABLE UPON REQUEST

ADJOODANI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ADJUST, INC.
500 MONTGOMERY STREET, SUITE A
SAN FRANCISCO, CA  94111

ADKINS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ADKINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, BECKY
ADDRESS AVAILABLE UPON REQUEST

ADKINS, CATHY
ADDRESS AVAILABLE UPON REQUEST

ADKINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ADKINS, EVE
ADDRESS AVAILABLE UPON REQUEST

ADKINS, JAMI
ADDRESS AVAILABLE UPON REQUEST

ADKINS, JANET
ADDRESS AVAILABLE UPON REQUEST

ADKINS, JASON
ADDRESS AVAILABLE UPON REQUEST

ADKINS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ADKINS, JON & SHARON
ADDRESS AVAILABLE UPON REQUEST

ADKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ADKINS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ADKINS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

ADKINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, SARA
ADDRESS AVAILABLE UPON REQUEST

ADKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADKINS, SHALYN
ADDRESS AVAILABLE UPON REQUEST

ADKINS, SHANE
ADDRESS AVAILABLE UPON REQUEST

ADKINS, TRISHA
ADDRESS AVAILABLE UPON REQUEST

ADKISON, ALISA
ADDRESS AVAILABLE UPON REQUEST

ADKISON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ADKISON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ADLARGE MEDIA, LLC
52 VANDERBUILT AVENUE, 7TH FLOOR
NEW YORK, NY 10017

ADLER, ALISON
ADDRESS AVAILABLE UPON REQUEST

ADLER, DIANA
ADDRESS AVAILABLE UPON REQUEST

ADLER, ERYN
ADDRESS AVAILABLE UPON REQUEST

ADLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ADLER, LIZA
ADDRESS AVAILABLE UPON REQUEST

ADLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ADLER, TODD
ADDRESS AVAILABLE UPON REQUEST

ADLHOCK, TERRANCE
ADDRESS AVAILABLE UPON REQUEST

ADMER, DOROTA
ADDRESS AVAILABLE UPON REQUEST

ADMIRE, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

ADMIXT, INC.
40 E. MAIN ST.  692
NEWARK, DE  19711

ADO PROFESSIONAL SOLUTIONS, INC. (DBA AJILON)
10151 DEERWOOD PARK BLVD 200-400
JACKSONVILLE, FL  32256

ADOBE CREATIVE CLOUD
345 PARK AVE.
SAN JOSE, CA  95110-2704

ADOBE SYSTEMS, INC.
345 PARK AVE.
SAN JOSE, CA  95110-2704

ADOLF PENNO
ADDRESS AVAILABLE UPON REQUEST

ADOLF, VICKI
ADDRESS AVAILABLE UPON REQUEST

ADOLFO MARQUEZ
ADDRESS AVAILABLE UPON REQUEST

ADOLFO RODRIGUEZ JR
ADDRESS AVAILABLE UPON REQUEST

ADOLFO VILLANUEVA
ADDRESS AVAILABLE UPON REQUEST

ADOLPH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ADOLPH, JENNA
ADDRESS AVAILABLE UPON REQUEST

ADOLPH, TINA
ADDRESS AVAILABLE UPON REQUEST

ADOLPHSON, GORDON
ADDRESS AVAILABLE UPON REQUEST

ADOLPHSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ADORAMA
ADDRESS UNAVAILABLE AT TIME OF FILING

ADORNO, CANDY
ADDRESS AVAILABLE UPON REQUEST

ADORNO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ADOUKONOU, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ADPERIO, INC.
2000 S. COLORADO BLVD T1-7000
DENVER, CO  80222

ADRANLY, ROCHAEL
ADDRESS AVAILABLE UPON REQUEST

ADRIA GRAY
ADDRESS AVAILABLE UPON REQUEST

ADRIAN APREUSS
ADDRESS AVAILABLE UPON REQUEST

ADRIAN CHEUNG
ADDRESS AVAILABLE UPON REQUEST

ADRIAN DIRUSSO
ADDRESS AVAILABLE UPON REQUEST

ADRIAN HILL
ADDRESS AVAILABLE UPON REQUEST

ADRIAN N. TARALUNGA
ADDRESS AVAILABLE UPON REQUEST

ADRIAN SWIFT
ADDRESS AVAILABLE UPON REQUEST

ADRIAN, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ADRIAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ADRIAN, PERLA
ADDRESS AVAILABLE UPON REQUEST

ADRIANA BETZ
ADDRESS AVAILABLE UPON REQUEST

ADRIANA HOLSBERG
ADDRESS AVAILABLE UPON REQUEST

ADRIANA RAMOS
ADDRESS AVAILABLE UPON REQUEST

ADRIANCE, JOHN
ADDRESS AVAILABLE UPON REQUEST

ADRIANE COLDMAN
ADDRESS AVAILABLE UPON REQUEST

ADRIANI, ALBERT
ADDRESS AVAILABLE UPON REQUEST

ADRIANNA FRITZ
ADDRESS AVAILABLE UPON REQUEST

ADRIANNE VERGA
ADDRESS AVAILABLE UPON REQUEST

ADRIENNE LO
ADDRESS AVAILABLE UPON REQUEST

ADROLL
ADDRESS UNAVAILABLE AT TIME OF FILING

ADS ALLIANCE DATA SYSTEMS, INC.
(CONVERSANT, LLC)
3100 EASTON SQUARE PLACE
COLUMBUS, OH  43219

ADS ALLIANCE DATA SYSTEMS, INC.
(CONVERSANT, LLC)
P.O. BOX 849725
LOS ANGELES, CA  90084-9725

ADS DIRECT MEDIA, INC
250 S AUSTRALIAN AVENUE, SUITE 1600
WEST PALM BEACH, FL  33401

ADSIMILIS
WESTEINDE 3-A ZH 2275 AA
VOORBURG
NETHERLANDS

ADSTRACK MOBILE, LLC.
2633 NORTH MILDRED AVE  3
CHICAGO, IL  60614

ADSUAR, ISABELA
ADDRESS AVAILABLE UPON REQUEST

ADT SECURITY SERVICE
1501 YAMATO ROAD
BOCA RATON, FL  33431

ADT US HOLDINGS, INC. (ADT SECURITY
SERVICES)
1501 YAMATO ROAD
BOCA RATON, FL  33431

ADT
1501 YAMATO ROAD
BOCA RATON, FL  33431

ADTRIB, INC. (MAESTROQA)
110 5TH AVENUE, 5TH FLOOR
NEW YORK, NY  10011

ADUBOFOUR, MONICA
ADDRESS AVAILABLE UPON REQUEST

ADULTS AND CRAFTS, LLC.
3658 N. MILWANKEE ST.
DENVER, CO  80205

ADVANCE LOCK AND KEY
ADDRESS UNAVAILABLE AT TIME OF FILING

ADVANCED CAPITAL GROUP LLC
1180 W BALL  9576
ANAHEIM, CA  92812

ADVANCED SOLUTIONS, INC.
CLUB W 1901 NELSON MILLER PARKWAY
LOUISVILLE, KY  40223

ADVANI, DIANA
ADDRESS AVAILABLE UPON REQUEST

ADVANTAGE BEVERAGE SOLUTIONS LLC
PO BOX 744224
ATLANTA, GA 30374-4224

ADVANTAGE TRANSPORTATION
4524 WEST 1980 SOUTH
SALT LAKE CITY, UT 84104

ADVINTAGE DISTRIBUTING (TENNESSEE -
VINTAGE PURSUITS, LLC)
305 SEABOARD LANE SUITE 322
FRANKLIN, TN 37067

ADVANTAGE DISTRIBUTING OF NORTH
CAROLINA
110 SUNRISE CENTER DRIVE
THOMASVILLE, NC 27360

ADVANTAGE DISTRIBUTING OF NORTH
CAROLINA
9570 WILLIAM AIKEN AVE
LADSON, SC 29456

ADVANTAGE DISTRIBUTING OF TENNESSEE
VINTAGE PURSUITS, LLC
305 SEABOARD LANE, STE 322
FRANKLIN, TN 37607

ADXPERIENCE SAS
15 RUE PASTEUR
LEVALLOIS PERRET 92300
FRANCE

ADY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ADY-REGELE, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

AEB BIOCHEMICAL, USA
111 N. CLUFF AVE
LODI, CA 95240

AEB BIOCHEMICAL, USA
PO BOX 670
LODI, CA 95241

AEBKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

AEG PRESENTS LLC (GOLDENVOICE)
425 W 11TH STREET SUITE 300
LOS ANGELES, CA 90015

AELING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AEPPLI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

AERTS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

AERTS, ARIKA
ADDRESS AVAILABLE UPON REQUEST

AERY, DYLAN
ADDRESS AVAILABLE UPON REQUEST

AESCHLIMAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

AESTUS
ADDRESS UNAVAILABLE AT TIME OF FILING

AFARAY, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

AFECH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

AFERIAT, ALEX
ADDRESS AVAILABLE UPON REQUEST

AFFENITA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

AFFHOLTER, LEE
ADDRESS AVAILABLE UPON REQUEST

AFFILIOUS, INC (WINECLUBREVIEWS.NET)
JESSYCA FREDERICK AFFILIOUS, INC
47785 STILLWATER DRIVE
LA QUINTA, CA 92253

AFFINITY NEGOTIATIONS LLC
2166 GRAND AVE 2ND FL
BRONX, NY 10453

AFFRUNTI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

AFIA KONTOH
ADDRESS AVAILABLE UPON REQUEST

AFIFY, SARAH
ADDRESS AVAILABLE UPON REQUEST

AFOLABI, OLUWATOYIN
ADDRESS AVAILABLE UPON REQUEST

A-FRAME WINE CO. LLC
1054 FISKE ST.
PACIFIC PALISADES, CA  90272

AFS, LLC
330 MARSHALL STREET, SUITE 400
SHREVEPORT, LA  71101

AFS, LLC
PO BOX 1986
SHREVEPORT, LA  71166

AFSHAR, NELLIE
ADDRESS AVAILABLE UPON REQUEST

AFTON, BERYL
ADDRESS AVAILABLE UPON REQUEST

AFZAL, WAJIHA
ADDRESS AVAILABLE UPON REQUEST

AGADA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

AGAJANIAN, INC. (AGAJANIAN VINEYARDS)
11060 HIGHWAY 41
MADERA, CA  93636

AGAKIAN COLON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AGALLIANOS, HELEN
ADDRESS AVAILABLE UPON REQUEST

AGAMAITE, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

AGAMAITE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

AGAMATA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

AGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

AGAPITIDES, ALEKA
ADDRESS AVAILABLE UPON REQUEST

AGAR, KIM
ADDRESS AVAILABLE UPON REQUEST

AGARD, AUBREY
ADDRESS AVAILABLE UPON REQUEST

AGARWAL, SAURABH
ADDRESS AVAILABLE UPON REQUEST

AGARWAL, SNIGDHA
ADDRESS AVAILABLE UPON REQUEST

AGARWAL, SUMIT
ADDRESS AVAILABLE UPON REQUEST

AGATHA KING
ADDRESS AVAILABLE UPON REQUEST

AGATHA STEVENS
ADDRESS AVAILABLE UPON REQUEST

AGBAOSI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGBAOSI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGBAOSI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGBEDE, TEMILOLA
ADDRESS AVAILABLE UPON REQUEST

AGBOOLA, DAMI
ADDRESS AVAILABLE UPON REQUEST

AGCAOILI, BIANCA
ADDRESS AVAILABLE UPON REQUEST

AGEDAY, DERRICK
ADDRESS AVAILABLE UPON REQUEST

AGEE, ANGEL
ADDRESS AVAILABLE UPON REQUEST

AGEE, CAITY
ADDRESS AVAILABLE UPON REQUEST

AGEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AGEE, LEANN
ADDRESS AVAILABLE UPON REQUEST

AGEE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AGEE, ROSE
ADDRESS AVAILABLE UPON REQUEST

AGEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AGENCY 21 CONSULTING, LLC
1428 BRICKELL AVE., STE 303
MIAMI, FL  33131

AGENT, SELLERS
ADDRESS AVAILABLE UPON REQUEST

AGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AGESEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

AGEYEVA, NATALIYA
ADDRESS AVAILABLE UPON REQUEST

AGGANIS, MARISA
ADDRESS AVAILABLE UPON REQUEST

AGGARWAL, NEERA
ADDRESS AVAILABLE UPON REQUEST

AGGARWAL, SONAL
ADDRESS AVAILABLE UPON REQUEST

AGGERWAL, AARON
ADDRESS AVAILABLE UPON REQUEST

AGHION, DENISE
ADDRESS AVAILABLE UPON REQUEST

AGIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

AGLAR, SARAH
ADDRESS AVAILABLE UPON REQUEST

AGLER, TARINA
ADDRESS AVAILABLE UPON REQUEST

AGLIO, TRACI
ADDRESS AVAILABLE UPON REQUEST

AGLIPAY, FRAYLANIE
ADDRESS AVAILABLE UPON REQUEST

AGNAMBA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

AGNELLO, APRIL
ADDRESS AVAILABLE UPON REQUEST

AGNES FOK
ADDRESS AVAILABLE UPON REQUEST

AGNES, MOMMA
ADDRESS AVAILABLE UPON REQUEST

AGNESS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

AGNEW, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

AGNEW, DAWN
ADDRESS AVAILABLE UPON REQUEST

AGNEW, EMELINE
ADDRESS AVAILABLE UPON REQUEST

AGNIHOTRI, DHANU
ADDRESS AVAILABLE UPON REQUEST

AGOFF, ALY
ADDRESS AVAILABLE UPON REQUEST

AGOMUO, KELECHI
ADDRESS AVAILABLE UPON REQUEST

AGONIS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

AGOS, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

AGOSTA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

AGOSTA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

AGOSTA, TERI
ADDRESS AVAILABLE UPON REQUEST

AGOSTINELLI, MARIA
ADDRESS AVAILABLE UPON REQUEST

AGOSTINO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

AGOSTO, ISABEL
ADDRESS AVAILABLE UPON REQUEST

AGOSTO, LAURA
ADDRESS AVAILABLE UPON REQUEST

AGOSTO, LIZ
ADDRESS AVAILABLE UPON REQUEST

AGOSTO, MARIA
ADDRESS AVAILABLE UPON REQUEST

AGOSTO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

AGOVINO, ANGELO
ADDRESS AVAILABLE UPON REQUEST

AGRAVIADOR, MARGARET
ADDRESS AVAILABLE UPON REQUEST

AGRAWAL, NIKHIL
ADDRESS AVAILABLE UPON REQUEST

AGRAWAL, RISHI
ADDRESS AVAILABLE UPON REQUEST

AGRAZ, JACKSON
ADDRESS AVAILABLE UPON REQUEST

AGREST, BELEN
ADDRESS AVAILABLE UPON REQUEST

AGRESTI, LISA
ADDRESS AVAILABLE UPON REQUEST

AGRICOLA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

AGUAYO, KECIA
ADDRESS AVAILABLE UPON REQUEST

AGUAYO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

AGUDELO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

AGUDELO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

AGUERO, JEFF
ADDRESS AVAILABLE UPON REQUEST

AGUERO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AGUET, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

AGUGLIARO, AMY
ADDRESS AVAILABLE UPON REQUEST

AGUGOESI, CHIOMA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, AMALIA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, ARIANA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, CASEY
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, GISELA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, JULIE
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, JULIO
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, KARLA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, LARISA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, MARGIE
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, MARY
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, NICKI
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, NOELLE
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, REZA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, SAFIYA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, STACY
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, TARA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, TATUM
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, TINA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, TIVISAY
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR, YANIRKA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR-ARGUETA, MARIA
ADDRESS AVAILABLE UPON REQUEST

AGUILAR-GONZALEZ, ZAYRA
ADDRESS AVAILABLE UPON REQUEST

AGUILERA, ELBA
ADDRESS AVAILABLE UPON REQUEST

AGUILERA, JASON
ADDRESS AVAILABLE UPON REQUEST

AGUILERA, KATIE
ADDRESS AVAILABLE UPON REQUEST

AGUILERA, MELISSA NICOLE
ADDRESS AVAILABLE UPON REQUEST

AGUILERA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

AGUILLARD, RHONDA
ADDRESS AVAILABLE UPON REQUEST

AGUINALDO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AGUINALDO, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

AGUINGIA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, BLAISE
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, DIANA
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, ISABEL
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, JOSH
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, LIANA
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, PHIL
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, RAUL
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE, WENDY
ADDRESS AVAILABLE UPON REQUEST

AGUIRRE-ECHEVARRIA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

AGULTO, DESIREE
ADDRESS AVAILABLE UPON REQUEST

AGUNDEZ, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

AGUNG SUDJONO
ADDRESS AVAILABLE UPON REQUEST

AGUON, NESIA
ADDRESS AVAILABLE UPON REQUEST

AGUR, JESS
ADDRESS AVAILABLE UPON REQUEST

AGURTO, KELLEA
ADDRESS AVAILABLE UPON REQUEST

AGUSTIN MARTINEZ OSSO
ADDRESS AVAILABLE UPON REQUEST

AGYEMAN, ABENA
ADDRESS AVAILABLE UPON REQUEST

AGYEMAN, NANA
ADDRESS AVAILABLE UPON REQUEST

AGYEMANG, YAW
ADDRESS AVAILABLE UPON REQUEST

AH, EUN
ADDRESS AVAILABLE UPON REQUEST

AHA LAB
ADDRESS UNAVAILABLE AT TIME OF FILING

AHAD, TAJWAR
ADDRESS AVAILABLE UPON REQUEST

AHANONU, CECILIA
ADDRESS AVAILABLE UPON REQUEST

AHARONI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

AHARONY, RAVID
ADDRESS AVAILABLE UPON REQUEST

AHART, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

AHDOKOBO, RUDA
ADDRESS AVAILABLE UPON REQUEST

AHEARN, ALISON
ADDRESS AVAILABLE UPON REQUEST

AHEARN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

AHEARN, JAMES
ADDRESS AVAILABLE UPON REQUEST

AHEARN, JULIE
ADDRESS AVAILABLE UPON REQUEST

AHEARN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

AHEARNE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

AHERN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

AHERN, JULIE
ADDRESS AVAILABLE UPON REQUEST

AHERN, LAURA
ADDRESS AVAILABLE UPON REQUEST

AHERN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AHERN, SARAH
ADDRESS AVAILABLE UPON REQUEST

AHIR, VARUN
ADDRESS AVAILABLE UPON REQUEST

AHL, IAN
ADDRESS AVAILABLE UPON REQUEST

AHL, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

AHL, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

AHLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

AHLERS, DREW
ADDRESS AVAILABLE UPON REQUEST

AHLERT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

AHLES, MARIA
ADDRESS AVAILABLE UPON REQUEST

AHLFELD, EMILY
ADDRESS AVAILABLE UPON REQUEST

AHLQUIST, NANCY
ADDRESS AVAILABLE UPON REQUEST

AHLSTROM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

AHLSTROM, PER
ADDRESS AVAILABLE UPON REQUEST

AHLSTROM, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AHMAD GANDY
ADDRESS AVAILABLE UPON REQUEST

AHMAD, IMTIAZ
ADDRESS AVAILABLE UPON REQUEST

AHMAD, LEXA
ADDRESS AVAILABLE UPON REQUEST

AHMAD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

AHMAD, SHALAH
ADDRESS AVAILABLE UPON REQUEST

AHMAD, TARIQ
ADDRESS AVAILABLE UPON REQUEST

AHMADI, LADAN
ADDRESS AVAILABLE UPON REQUEST

AHMADI, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

AHMADIAN, NAVID
ADDRESS AVAILABLE UPON REQUEST

AHMADIEH, NASSAB
ADDRESS AVAILABLE UPON REQUEST

AHMAD-TAYLOR, TY
ADDRESS AVAILABLE UPON REQUEST

AHMANSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

AHMED, BASIL
ADDRESS AVAILABLE UPON REQUEST

AHMED, BINA
ADDRESS AVAILABLE UPON REQUEST

AHMED, DAWN
ADDRESS AVAILABLE UPON REQUEST

AHMED, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

AHMED, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AHMED, TREENY
ADDRESS AVAILABLE UPON REQUEST

AHN, ALICE
ADDRESS AVAILABLE UPON REQUEST

AHN, DANA
ADDRESS AVAILABLE UPON REQUEST

AHN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

AHN, SOYEON
ADDRESS AVAILABLE UPON REQUEST

AHN, YEANA
ADDRESS AVAILABLE UPON REQUEST

AHN, YEANA
ADDRESS AVAILABLE UPON REQUEST

AHNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

AHO, LANA
ADDRESS AVAILABLE UPON REQUEST

AHQUIN, CAROL
ADDRESS AVAILABLE UPON REQUEST

AHRENBERG, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

AHRENDSEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

AHRENDSEN, JILL
ADDRESS AVAILABLE UPON REQUEST

AHRENDT, ANA
ADDRESS AVAILABLE UPON REQUEST

AHRENS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

AHRENS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

AHRENS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

AHRENS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

AHRENS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

AHRENS, EMILY
ADDRESS AVAILABLE UPON REQUEST

AHRENS, JADEN
ADDRESS AVAILABLE UPON REQUEST

AHRENS, JASON
ADDRESS AVAILABLE UPON REQUEST

AHRENS, KATIE
ADDRESS AVAILABLE UPON REQUEST

AHRNS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

AHRNS, LAURYN
ADDRESS AVAILABLE UPON REQUEST

AHTONE, JERAL
ADDRESS AVAILABLE UPON REQUEST

AHUA, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

AHUJA, KARAN
ADDRESS AVAILABLE UPON REQUEST

AHUJA, KARTHIKA
ADDRESS AVAILABLE UPON REQUEST

AHYEON LEE
ADDRESS AVAILABLE UPON REQUEST

AI, YANRAN
ADDRESS AVAILABLE UPON REQUEST

AIDID, ANAB
ADDRESS AVAILABLE UPON REQUEST

AIDUR, KARI
ADDRESS AVAILABLE UPON REQUEST

AIELLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

AIELLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

AIELLO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

AIELLO, CASSIE
ADDRESS AVAILABLE UPON REQUEST

AIELLO, CECILIA
ADDRESS AVAILABLE UPON REQUEST

AIELLO, ELANA
ADDRESS AVAILABLE UPON REQUEST

AIELLO, FRANK
ADDRESS AVAILABLE UPON REQUEST

AIELLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

AIELLO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

AIELLO, RAEGAN
ADDRESS AVAILABLE UPON REQUEST

AIER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

AIFALA AMA
ADDRESS AVAILABLE UPON REQUEST

AIG RISK SPECIALIST COMPANIES
INSURANCE
AGENCY INC
D/B/A RSCIA IN NH, UT & VT
1225 17TH ST, STE 1700
DENVER, CO 80202

AIGBE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AIGERIM KIKIMOVA
ADDRESS AVAILABLE UPON REQUEST

AIGNASSE, MARY
ADDRESS AVAILABLE UPON REQUEST

AIGNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AIKEN WALKER, AVI
ADDRESS AVAILABLE UPON REQUEST

AIKEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

AIKEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

AIKEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

AIKEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

AIKEN, LOWELL
ADDRESS AVAILABLE UPON REQUEST

AIKEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

AIKEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

AIKEN, SONNIE
ADDRESS AVAILABLE UPON REQUEST

AIKEN, TOM
ADDRESS AVAILABLE UPON REQUEST

AIKENS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AIKEY, KERI
ADDRESS AVAILABLE UPON REQUEST

AITKINS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

AIRKMAN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

AILENETTE CRUZ
ADDRESS AVAILABLE UPON REQUEST

AIMAN, ADDYSON
ADDRESS AVAILABLE UPON REQUEST

AIME PEREZ
ADDRESS AVAILABLE UPON REQUEST

AIME, MIA
ADDRESS AVAILABLE UPON REQUEST

AIMEE DIEGO
ADDRESS AVAILABLE UPON REQUEST

AIMEE GORDON
ADDRESS AVAILABLE UPON REQUEST

AIMEE R GOGUEN
ADDRESS AVAILABLE UPON REQUEST

AINESH RAVI
ADDRESS AVAILABLE UPON REQUEST

AINSLIE, JAMES
ADDRESS AVAILABLE UPON REQUEST

AINSWORTH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

AINSWORTH, GRANT
ADDRESS AVAILABLE UPON REQUEST

AINSWORTH, KIM
ADDRESS AVAILABLE UPON REQUEST

AINSWORTH, TRESEANNE
ADDRESS AVAILABLE UPON REQUEST

AINZA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

AIRBNB INC
ADDRESS UNAVAILABLE AT TIME OF FILING

AIRD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

AIRGAS
ADDRESS UNAVAILABLE AT TIME OF FILING

AIRINGTON, TERRIE
ADDRESS AVAILABLE UPON REQUEST

AISHWARYA SHARMA
ADDRESS AVAILABLE UPON REQUEST

AITCHISON, ALIZA
ADDRESS AVAILABLE UPON REQUEST

AITHAL, AYUSHEE
ADDRESS AVAILABLE UPON REQUEST

AITKEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

AITKEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AITKIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

AIYEDATIWA, DENISE
ADDRESS AVAILABLE UPON REQUEST

AIZENSHTAT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

AIZMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

AJAKAIYE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

AJALA, ADEREMI
ADDRESS AVAILABLE UPON REQUEST

AJAO, OARLEAN
ADDRESS AVAILABLE UPON REQUEST

AJAX TURNER CO., INC.
4010 CENTREPOINTE DRIVE
LA VERGNE, TN  37086

AJAX TURNER CO., INC.
4010 CENTREPOINTE WAY
LA VERGNE, TN  37086

AJBANI, RUTVI
ADDRESS AVAILABLE UPON REQUEST

AJI, NEPHELI NEETA
ADDRESS AVAILABLE UPON REQUEST

AJMERA, JATAN
ADDRESS AVAILABLE UPON REQUEST

AJOQK, SIAN
ADDRESS AVAILABLE UPON REQUEST

AJTJ LLC
8069 N SHERMAN BLVD
BROWN DEER, WI  53209

AJUZ, DIEGO
ADDRESS AVAILABLE UPON REQUEST

AJZ 55 INVESTMENTS LLC
31 MEREDITH DR
SPARTA, NJ  07871

AJZEN, ROMAN
ADDRESS AVAILABLE UPON REQUEST

AKA WINES
ADDRESS UNAVAILABLE AT TIME OF FILING

AKAASH RAMANUJAM
ADDRESS AVAILABLE UPON REQUEST

AKANNAM, SHANE
ADDRESS AVAILABLE UPON REQUEST

AKANO, ADEKEMI NGOZI
ADDRESS AVAILABLE UPON REQUEST

AKASH BAID
ADDRESS AVAILABLE UPON REQUEST

AKASHA RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

AKASON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

AKE, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

AKEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

AKER, CLARE
ADDRESS AVAILABLE UPON REQUEST

AKER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

AKERET, ELAINA
ADDRESS AVAILABLE UPON REQUEST

AKERLEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

AKERS, AZIA
ADDRESS AVAILABLE UPON REQUEST

AKERS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

AKERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AKERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

AKERS, KAMMIE
ADDRESS AVAILABLE UPON REQUEST

AKERS, KAMMIE
ADDRESS AVAILABLE UPON REQUEST

AKERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

AKERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

AKERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

AKERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AKERS, LOUISE
ADDRESS AVAILABLE UPON REQUEST

AKERS, MARISAH
ADDRESS AVAILABLE UPON REQUEST

AKERS, NATE
ADDRESS AVAILABLE UPON REQUEST

AKERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AKERS, SARA
ADDRESS AVAILABLE UPON REQUEST

AKERS, SHAWNDA
ADDRESS AVAILABLE UPON REQUEST

AKERS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

AKERS, TERRI
ADDRESS AVAILABLE UPON REQUEST

AKERS, TERRIE
ADDRESS AVAILABLE UPON REQUEST

AKERS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

AKERSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

AKHAVAN, TADJI
ADDRESS AVAILABLE UPON REQUEST

AKHTAR, TANVEER
ADDRESS AVAILABLE UPON REQUEST

AKIBA, D
ADDRESS AVAILABLE UPON REQUEST

AKIKOS RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

AKILAH BAKER
ADDRESS AVAILABLE UPON REQUEST

AKIMOFF, AIMEE
ADDRESS AVAILABLE UPON REQUEST

AKIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

AKIN, AMY
ADDRESS AVAILABLE UPON REQUEST

AKIN, BRIANA
ADDRESS AVAILABLE UPON REQUEST

AKIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

AKINKUOYE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

AKINMADE, YINKA
ADDRESS AVAILABLE UPON REQUEST

AKINREMI, ADISA
ADDRESS AVAILABLE UPON REQUEST

AKINS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

AKINS, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

AKINS, DONNIE
ADDRESS AVAILABLE UPON REQUEST

AKINS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

AKINS, EMILOU332GMAIL.COM
ADDRESS AVAILABLE UPON REQUEST

AKINS, JAHALA
ADDRESS AVAILABLE UPON REQUEST

AKINS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

AKINS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

AKINS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

AKINS, L
ADDRESS AVAILABLE UPON REQUEST

AKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AKINS, LYNN
ADDRESS AVAILABLE UPON REQUEST

AKINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AKINTOBI, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

AKINYEMI, TOLUWA
ADDRESS AVAILABLE UPON REQUEST

AKINYEYE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

AKKAN, SELIN
ADDRESS AVAILABLE UPON REQUEST

AKL, GEORGE FRANCOUS
ADDRESS AVAILABLE UPON REQUEST

AKRAM, ASMA
ADDRESS AVAILABLE UPON REQUEST

AKRE, MIL
ADDRESS AVAILABLE UPON REQUEST

AKRIDGE, DALE
ADDRESS AVAILABLE UPON REQUEST

AKRIGHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AKSTIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

AKSU, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

AKUBATHINI, KEERTHI
ADDRESS AVAILABLE UPON REQUEST

AKUCHIE, AMARACHI
ADDRESS AVAILABLE UPON REQUEST

AKULA, SAHITHI
ADDRESS AVAILABLE UPON REQUEST

AKULSCHIN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

AKYILDIZ, OZAN
ADDRESS AVAILABLE UPON REQUEST

AL ALCOHOLIC BEVERAGE CONTROL BOARD
2715 GUNTER PARK DR W
MONTGOMERY, AL  36109

AL1 INC (ALL IN ONE ELECTRIC)
3420 TILDEN AVENUE
LOS ANGELES, CA  90034

ALABAMA ALCOHOLIC BEVERAGE CONTROL
BOARD
2715 GUNTER PARK DR W
MONTGOMERY, AL  36109

ALABAMA DEPARTMENT OF LABOR
649 MONROE ST
MONTGOMERY, AL  36131

ALABAMA DEPT OF REVENUE
INDIVIDUAL & CORPORATE TAX DIVISION
50 N RIPLEY ST
MONTGOMERY, AL  36104

ALABAMA SECURITIES COMMISSION
401 ADAMS AVE
SUITE 280
MONTGOMERY, AL  36104

ALABI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ALADIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALAGAPPAN, KUMAR
ADDRESS AVAILABLE UPON REQUEST

ALAGEM, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ALAGGIA, MELODY
ADDRESS AVAILABLE UPON REQUEST

ALAGIA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ALAGNA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALAILIMA, DIONYSIANNA
ADDRESS AVAILABLE UPON REQUEST

ALAIN MIRZAEI
ADDRESS AVAILABLE UPON REQUEST

ALAINA KITZ
ADDRESS AVAILABLE UPON REQUEST

ALAINA MEYER
ADDRESS AVAILABLE UPON REQUEST

ALAINA MILLER
ADDRESS AVAILABLE UPON REQUEST

ALALI, KHALID
ADDRESS AVAILABLE UPON REQUEST

ALAMEDA, LANI
ADDRESS AVAILABLE UPON REQUEST

ALAMEDA, MARY
ADDRESS AVAILABLE UPON REQUEST

ALAMEDA, NANCY
ADDRESS AVAILABLE UPON REQUEST

ALAMEDA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ALAMI, NAWAL
ADDRESS AVAILABLE UPON REQUEST

ALAMO CREEK RANCH, INC.
935 ARCADY RD
SANTA BARBARA, CA  93108

ALAMO
ADDRESS UNAVAILABLE AT TIME OF FILING

ALAMO, IVELISSE
ADDRESS AVAILABLE UPON REQUEST

ALAN ABRAMS
ADDRESS AVAILABLE UPON REQUEST

ALAN BUTTERWORTH
ADDRESS AVAILABLE UPON REQUEST

ALAN FLEISCHER PEICHER
ADDRESS AVAILABLE UPON REQUEST

ALAN GORDON ENTERPRISES
5625 MELROSE AVE
HOLLYWOOD, CA  90038

ALAN GREENWALD
ADDRESS AVAILABLE UPON REQUEST

ALAN HUANG
ADDRESS AVAILABLE UPON REQUEST

ALAN INNES
ADDRESS AVAILABLE UPON REQUEST

ALAN JAEGER
ADDRESS AVAILABLE UPON REQUEST

ALAN MYERS
ADDRESS AVAILABLE UPON REQUEST

ALAN SHERWOOD
ADDRESS AVAILABLE UPON REQUEST

ALAN THOMAS
ADDRESS AVAILABLE UPON REQUEST

ALAN W NASH
ADDRESS AVAILABLE UPON REQUEST

ALAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

ALAN, TESS
ADDRESS AVAILABLE UPON REQUEST

ALANA JOY ALFECHE
ADDRESS AVAILABLE UPON REQUEST

ALANA MCKINNEY
ADDRESS AVAILABLE UPON REQUEST

ALANE, TOM
ADDRESS AVAILABLE UPON REQUEST

ALANIS, ANA
ADDRESS AVAILABLE UPON REQUEST

ALANIS, ANALISA
ADDRESS AVAILABLE UPON REQUEST

ALANIS, ARIEAL
ADDRESS AVAILABLE UPON REQUEST

ALANIS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ALANIS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ALANIS, TATYANA
ADDRESS AVAILABLE UPON REQUEST

ALANIZ, JAMEY
ADDRESS AVAILABLE UPON REQUEST

ALANIZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ALANIZ, MARISELA
ADDRESS AVAILABLE UPON REQUEST

ALANIZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ALANN BHONY
ADDRESS AVAILABLE UPON REQUEST

ALANNA REBECCA
ADDRESS AVAILABLE UPON REQUEST

ALANNAH
ADDRESS AVAILABLE UPON REQUEST

ALARCON, BILL
ADDRESS AVAILABLE UPON REQUEST

ALARCON, EDDI
ADDRESS AVAILABLE UPON REQUEST

ALARCON, SIMONA
ADDRESS AVAILABLE UPON REQUEST

ALARCON-YOUNG, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

ALARID, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ALARID, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ALAS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ALASIA, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

ALASKA AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

ALASKA DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
1016 WEST SIXTH AVE
SUITE 40
ANCHORAGE, AK  99501

ALASKA DEPT OF REVENUE
550 W 7TH AVE
STE 500
ANCHORAGE, AK  99501-3555

ALASKA DEPT OF REVENUE
PO BOX 110420
JUNEAU, AK  99811-0420

ALASKA DIVISION OF BANKING &
SECURITIES
550 W 7TH AVE
STE 1850
ANCHORAGE, AK  99501

ALASKA DIVISION OF BANKING &
SECURITIES
STATE OFFICE BUILDING
333 WILOUGHBY AVE
9TH FL
JUNEAU, AK  99801

ALATALO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALATI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALATRISTE, JORGE
ADDRESS AVAILABLE UPON REQUEST

ALATRISTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ALAY, MILKA
ADDRESS AVAILABLE UPON REQUEST

ALBA, ESTELLA
ADDRESS AVAILABLE UPON REQUEST

ALBA, GAEL
ADDRESS AVAILABLE UPON REQUEST

ALBA, GAEL
ADDRESS AVAILABLE UPON REQUEST

ALBA, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALBA, NICK
ADDRESS AVAILABLE UPON REQUEST

ALBAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALBAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ALBANESE, AGGIE
ADDRESS AVAILABLE UPON REQUEST

ALBANESE, AMY
ADDRESS AVAILABLE UPON REQUEST

ALBANESE, GIANNA
ADDRESS AVAILABLE UPON REQUEST

ALBANO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ALBANO, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALBANO, NEIDE
ADDRESS AVAILABLE UPON REQUEST

ALBANO, PAUL
ADDRESS AVAILABLE UPON REQUEST

ALBANOS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ALBAR, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ALBATRANS, INC.
149-10 183RD ST
JAMAICA, NY 11413-4035

ALBAUGH, CINDY
ADDRESS AVAILABLE UPON REQUEST

ALBAUM, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ALBEE, EVELYN
ADDRESS AVAILABLE UPON REQUEST

ALBEE, NAKIA
ADDRESS AVAILABLE UPON REQUEST

ALBEE, RENE
ADDRESS AVAILABLE UPON REQUEST

ALBEE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

ALBELOUSHI, ABDUALLAH
ADDRESS AVAILABLE UPON REQUEST

ALBER, GRANT
ADDRESS AVAILABLE UPON REQUEST

ALBER, ISABEL
ADDRESS AVAILABLE UPON REQUEST

ALBER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ALBERDI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALBERES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALBERGA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ALBERINO, JAMES
ADDRESS AVAILABLE UPON REQUEST

ALBERNI, APRIL
ADDRESS AVAILABLE UPON REQUEST

ALBERNI, APRIL
ADDRESS AVAILABLE UPON REQUEST

ALBERO, AMY
ADDRESS AVAILABLE UPON REQUEST

ALBERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALBERS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ALBERS, BRETT
ADDRESS AVAILABLE UPON REQUEST

ALBERS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ALBERS, GABBY
ADDRESS AVAILABLE UPON REQUEST

ALBERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALBERS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALBERS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALBERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALBERS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ALBERS, REAGAN
ADDRESS AVAILABLE UPON REQUEST

ALBERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALBERS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

ALBERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ALBERS, TODD
ADDRESS AVAILABLE UPON REQUEST

ALBERSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

ALBERT DIXON
ADDRESS AVAILABLE UPON REQUEST

ALBERT ELIAS, ALBERT
ADDRESS AVAILABLE UPON REQUEST

ALBERT EUGENE CONRAD
ADDRESS AVAILABLE UPON REQUEST

ALBERT INGRAM
ADDRESS AVAILABLE UPON REQUEST

ALBERT M HERSHBERGER
ADDRESS AVAILABLE UPON REQUEST

ALBERT S OTT
ADDRESS AVAILABLE UPON REQUEST

ALBERT TORRES, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ALBERT VONURBAN
ADDRESS AVAILABLE UPON REQUEST

ALBERT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ALBERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALBERT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALBERT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ALBERT, CELESTE
ADDRESS AVAILABLE UPON REQUEST

ALBERT, COLLIN
ADDRESS AVAILABLE UPON REQUEST

ALBERT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ALBERT, DEVON
ADDRESS AVAILABLE UPON REQUEST

ALBERT, ERIN
ADDRESS AVAILABLE UPON REQUEST

ALBERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALBERT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALBERT, LINDA
ADDRESS AVAILABLE UPON REQUEST

ALBERT, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

ALBERT, M
ADDRESS AVAILABLE UPON REQUEST

ALBERT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ALBERT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ALBERT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ALBERTA, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, AARON
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, GINA
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, KIM
ADDRESS AVAILABLE UPON REQUEST

ALBERTI, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ALBERTINI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ALBERTINI, ELIE
ADDRESS AVAILABLE UPON REQUEST

ALBERTINI, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

ALBERTO ALEJANDRO GUEVARA DIAZ
ADDRESS AVAILABLE UPON REQUEST

ALBERTO FERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

ALBERTO LIM
ADDRESS AVAILABLE UPON REQUEST

ALBERTO, JENNIE
ADDRESS AVAILABLE UPON REQUEST

ALBERTS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALBERTS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALBERTS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALBERTSEN, BRITTNEE
ADDRESS AVAILABLE UPON REQUEST

ALBERTSEN, NOAH
ADDRESS AVAILABLE UPON REQUEST

ALBERTSON
ADDRESS UNAVAILABLE AT TIME OF FILING

ALBERTSON, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

ALBERTSON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ALBERTSON, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

ALBERTSON, PATTY
ADDRESS AVAILABLE UPON REQUEST

ALBERTSONS
ADDRESS UNAVAILABLE AT TIME OF FILING

ALBERTY, ISABEL
ADDRESS AVAILABLE UPON REQUEST

ALBIERO, BECCA
ADDRESS AVAILABLE UPON REQUEST

ALBIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ALBIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALBIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALBINO-CONTRERAS, LISA
ADDRESS AVAILABLE UPON REQUEST

ALBOLD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ALBORIVERA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ALBRACHT, DAVE
ADDRESS AVAILABLE UPON REQUEST

ALBRACHT, JESS
ADDRESS AVAILABLE UPON REQUEST

ALBRACHT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ALBRAND, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, GUNNHILD
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, JEAN
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, JULIE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, LUKE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, MARK
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, MARY
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, RITA
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, SUE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ALBRECHT-GRAY, PIA
ADDRESS AVAILABLE UPON REQUEST

ALBRECHTSEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ALBRENT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ALBREST, BROOK
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, ABBIE
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, BECCAH
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, HAROLD
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, HILARY
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, SALLY
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, SHIANNA
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, TERRI
ADDRESS AVAILABLE UPON REQUEST

ALBRIGHT, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ALBRITTAIN, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

ALBRITTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALBRITTON, CAPRICIA
ADDRESS AVAILABLE UPON REQUEST

ALBRITTON, ROQUES ANN
ADDRESS AVAILABLE UPON REQUEST

ALBRITTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALBRIZIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ALBRO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALBRO, CHAS
ADDRESS AVAILABLE UPON REQUEST

ALBURY, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALBY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALCAINE, MANUEL
ADDRESS AVAILABLE UPON REQUEST

ALCALA, ARTURO
ADDRESS AVAILABLE UPON REQUEST

ALCALA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ALCALAY, RONALD
ADDRESS AVAILABLE UPON REQUEST

ALCAMO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALCANTAR, KARINA
ADDRESS AVAILABLE UPON REQUEST

ALCANTAR, LEXI
ADDRESS AVAILABLE UPON REQUEST

ALCANTARA, HECTOR
ADDRESS AVAILABLE UPON REQUEST

ALCANTARA, JULIANA
ADDRESS AVAILABLE UPON REQUEST

ALCANTARA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALCAZAR, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

ALCIME, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALCIN, DANA
ADDRESS AVAILABLE UPON REQUEST

ALCIVAR, DIANA
ADDRESS AVAILABLE UPON REQUEST

ALCOCER, AYANA
ADDRESS AVAILABLE UPON REQUEST

ALCOCER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALCOHOL & GAMING
ADDRESS UNAVAILABLE AT TIME OF FILING

ALCOHOL & MARIJUANA CONTROL OFFICE
550 W 7TH AVE, STE 1600
ANCHORAGE, AK  99501

ALCOHOL & MARIJUANA CONTROL OFFICE
675 7TH AVENUE, SUITE D
FAIRBANKS, AK  99701

ALCOHOL & TOBACCO TAX BUREAU
ADDRESS UNAVAILABLE AT TIME OF FILING

ALCOHOL & TOBACCO TAX BUREAU
NATIONAL REVENUE CENTER TTB
550 MAIN ST 8002
CINCINNATI, OH  45202

ALCOHOL AND TOBACCO COMMISSION
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON STREET, ROOM E-114
INDIANAPOLIS, IN  46204

ALCOHOL BEVERAGE CONSULTING SERVICE
ADDRESS UNAVAILABLE AT TIME OF FILING

ALCOHOL BEVERAGE CONTROL BUREAU
IDAHO STATE POLICE 700 SOUTH
STRATFORD DRIVE STE 115
MERIDIAN, ID  83642

ALCOHOLIC BEVERAGE CONTROL
ADMINISTRATION
MAIN STREET MALL 101 EAST CAPITOL,
SUITE 401
LITTLE ROCK, AR  72201

ALCOHOLIC BEVERAGE CONTROL
ENFORCEMENT
101 EAST CAPITOL AVENUE, SUITE 401
LITTLE ROCK, AR  72201

ALCOHOLIC BEVERAGE CONTROL OFFICE
P.O. BOX 540
MADISON, MS  39110-0540

ALCOHOLIC BEVERAGE LAW
ENFORCEMENT COMMISSION (ABLE)
ALCOHOLIC BEVERAGE LAWS
ENFORCEMENT COMMISSION
50 NE 23RD STREET
OKLAHOMA CITY, OK  73105

ALCOHOLIC BEVERAGE REGULATION
ADMINISTRATION
2000 14TH STREET, NW, SUITE 400 S
WASHINGTON, DC  20009

ALCOHOLIC BEVERAGES CONTROL
COMMISSION
95 FOURTH STREET, SUITE 3
CHELSEA, MA  02150-2358

ALCOMBRIGHT, LOREN
ADDRESS AVAILABLE UPON REQUEST

ALCON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ALCON-HERAUX, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALCORN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALCORN, JULIE
ADDRESS AVAILABLE UPON REQUEST

ALCOTT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ALCOTT, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALCOTT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALCOTT, JOSH
ADDRESS AVAILABLE UPON REQUEST

ALDAGAROV, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALDANA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALDANA, NICO
ADDRESS AVAILABLE UPON REQUEST

ALDANA, SHARLINE
ADDRESS AVAILABLE UPON REQUEST

ALDAPA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ALDARELLI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ALDAY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ALDEBOT, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

ALDEN, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

ALDEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ALDEN, KEN
ADDRESS AVAILABLE UPON REQUEST

ALDER SPRINGS VINEYARD
PO BOX 838
LAYTONVILLE, CA  95454

ALDER, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

ALDER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALDER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ALDERETE, KATE
ADDRESS AVAILABLE UPON REQUEST

ALDERKS, KYLEE
ADDRESS AVAILABLE UPON REQUEST

ALDERMAN, KEITH
ADDRESS AVAILABLE UPON REQUEST

ALDERMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ALDERMAN, ROGER
ADDRESS AVAILABLE UPON REQUEST

ALDERMAN, WANDA
ADDRESS AVAILABLE UPON REQUEST

ALDERSON, CYNDI
ADDRESS AVAILABLE UPON REQUEST

ALDERSON, JADE
ADDRESS AVAILABLE UPON REQUEST

ALDERSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

ALDO LUIS ARJONA
ADDRESS AVAILABLE UPON REQUEST

ALDON, LOUIE
ADDRESS AVAILABLE UPON REQUEST

ALDOROTY, MARK
ADDRESS AVAILABLE UPON REQUEST

ALDRED, JASON
ADDRESS AVAILABLE UPON REQUEST

ALDREDGE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALDREDGE, FRED
ADDRESS AVAILABLE UPON REQUEST

ALDREDGE, MARYALYCE
ADDRESS AVAILABLE UPON REQUEST

ALDRETE, CINDY
ADDRESS AVAILABLE UPON REQUEST

ALDRIANA CUEVA
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, GRACE
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ALDRICH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ALDRIDGE, BETH
ADDRESS AVAILABLE UPON REQUEST

ALDRIDGE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ALDRIDGE, GEOFF
ADDRESS AVAILABLE UPON REQUEST

ALDRIDGE, JULIET
ADDRESS AVAILABLE UPON REQUEST

ALDRIDGE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ALDRIN, MILA
ADDRESS AVAILABLE UPON REQUEST

ALDWORTH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ALEC HORTON
ADDRESS AVAILABLE UPON REQUEST

ALEC MORRISON
ADDRESS AVAILABLE UPON REQUEST

ALECIA BEAVON
ADDRESS AVAILABLE UPON REQUEST

ALEESIA HAVERDINK
ADDRESS AVAILABLE UPON REQUEST

ALEFANTIS, PANAGIOTIS
ADDRESS AVAILABLE UPON REQUEST

ALEGNANI, ANN
ADDRESS AVAILABLE UPON REQUEST

ALEGRIA, JACQUELYNN
ADDRESS AVAILABLE UPON REQUEST

ALEGRIA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

ALEGUAS, EVELYN
ADDRESS AVAILABLE UPON REQUEST

ALEIDA LEMES
ADDRESS AVAILABLE UPON REQUEST

ALEIXO, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRA CAROLINA PEREZ
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRA MOSCOSO
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRA RAMIREZ SANCHEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRO LACY
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRO SORIANO
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRO, MARCELINO
ADDRESS AVAILABLE UPON REQUEST

ALEJANDRO, ROMULO
ADDRESS AVAILABLE UPON REQUEST

ALEKSANDER W KALYNOVYCH
ADDRESS AVAILABLE UPON REQUEST

ALEKSANDRA JOVANOVIC
ADDRESS AVAILABLE UPON REQUEST

ALEKSANDRA MARTIN
ADDRESS AVAILABLE UPON REQUEST

ALEKSANDROVA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

ALEKSEY LYASHEVSKY
ADDRESS AVAILABLE UPON REQUEST

ALEKSEYS IMPORTS - CHATTANOOGA(AOC)
4295 CROMWELL RD 414
CHATTANOOGA, TN 37421

ALEKSZA, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

ALELES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ALEMAN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ALEMIAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALENA DEPAOLA, ALENA
ADDRESS AVAILABLE UPON REQUEST

ALENCASTRE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ALERDING, ANNE
ADDRESS AVAILABLE UPON REQUEST

ALESHIA HANSEN
ADDRESS AVAILABLE UPON REQUEST

ALESHIA JOHNY
ADDRESS AVAILABLE UPON REQUEST

ALESHIRE, JEN
ADDRESS AVAILABLE UPON REQUEST

ALESIA PINNEY
ADDRESS AVAILABLE UPON REQUEST

ALESIA SANDERS
ADDRESS AVAILABLE UPON REQUEST

ALESIUS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ALESSANDRA SOLBERG
ADDRESS AVAILABLE UPON REQUEST

ALESSANDRO LAMON
ADDRESS AVAILABLE UPON REQUEST

ALESSANDRO M COPPOLA
ADDRESS AVAILABLE UPON REQUEST

ALESSANDRO PUCCIO
ADDRESS AVAILABLE UPON REQUEST

ALESSI, BECCA
ADDRESS AVAILABLE UPON REQUEST

ALESSI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ALESSI, MARIETTA
ADDRESS AVAILABLE UPON REQUEST

ALESSI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ALETHIA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

ALETO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALEWINE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ALEX BARONE
ADDRESS AVAILABLE UPON REQUEST

ALEX BIBBEY
ADDRESS AVAILABLE UPON REQUEST

ALEX BOURNE
ADDRESS AVAILABLE UPON REQUEST

ALEX CAMARA
ADDRESS AVAILABLE UPON REQUEST

ALEX GOODWIN
ADDRESS AVAILABLE UPON REQUEST

ALEX GRANDE FERMIN JR
ADDRESS AVAILABLE UPON REQUEST

ALEX HARVEY KAUFMAN
ADDRESS AVAILABLE UPON REQUEST

ALEX JONES
ADDRESS AVAILABLE UPON REQUEST

ALEX KAUFMAN
ADDRESS AVAILABLE UPON REQUEST

ALEX KOBER
ADDRESS AVAILABLE UPON REQUEST

ALEX LIU
ADDRESS AVAILABLE UPON REQUEST

ALEX MONTERROSA
ADDRESS AVAILABLE UPON REQUEST

ALEX PARTY & EVENT RENTAL
ADDRESS UNAVAILABLE AT TIME OF FILING

ALEX PURTELL
ADDRESS AVAILABLE UPON REQUEST

ALEX TURNBOW
ADDRESS AVAILABLE UPON REQUEST

ALEX, ANDRA
ADDRESS AVAILABLE UPON REQUEST

ALEX, ANNE
ADDRESS AVAILABLE UPON REQUEST

ALEX, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ALEX, JILL AND
ADDRESS AVAILABLE UPON REQUEST

ALEX, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALEX, ROBYN
ADDRESS AVAILABLE UPON REQUEST

ALEXA BERGER
ADDRESS AVAILABLE UPON REQUEST

ALEXA INTERNET
ADDRESS UNAVAILABLE AT TIME OF FILING

ALEXA NICOLE RITACCO
ADDRESS AVAILABLE UPON REQUEST

ALEXA SINGH
ADDRESS AVAILABLE UPON REQUEST

ALEXA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER ADELSBERGER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER AGAPOV
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER BINIAZ-HARRIS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER BRUCE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER CASSELL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER COLLETTI
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER GOODWIN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER HOLMES
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER HOPKINS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER JOA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER JOHN MARK
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER JOSEPH HO
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER KEMP
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER LARCHEVEQUE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER LEONARD
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER MATTHEW SAIP
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER MOLINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER OXMAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER PAZ
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER PENNEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER R TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER RAMLALL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER ROTKER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER SHAFIR
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER SOFRONAS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER STUEMPFIG
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER TORRES
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ALETHEA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ALEX
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ALLIS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ANURADHA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ATHENA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, BARNEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, BILL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DANDREA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DAVE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DIANE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, DON
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, HALEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JADA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JAVAR
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JERRY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JILL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, JULIAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KASMIRA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KATINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KORI
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, LIZ
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MARIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MARY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MARY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, MISTY
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, RASHONDA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SARA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SHARLENE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, SYAMALA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TERRELL
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TEYON
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, THERESA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TISH
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TONI AND SCOTT
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, TONI
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ALEXANDER, ZOE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDERSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA CRESPO
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA DESERIO
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA DRESSMAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA HSIE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA JANSEN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA KERN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA LOPEZ
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA LOUISE MARCHBANK
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA MEJIA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA OLSON
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA PEREZ GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA POPE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA RUTHERFORD
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA VAN NESS
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRE KRASTEV
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRE RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRE ZHANG
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRE, CARLINE
ADDRESS AVAILABLE UPON REQUEST

ALEXANDREA, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRIA ESTES
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRIA NOLAN
ADDRESS AVAILABLE UPON REQUEST

ALEXANDRIA STANDI
ADDRESS AVAILABLE UPON REQUEST

ALEXEY BUSHUYEV
ADDRESS AVAILABLE UPON REQUEST

ALEXIOU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALEXIS BARNES
ADDRESS AVAILABLE UPON REQUEST

ALEXIS BAUGHEY
ADDRESS AVAILABLE UPON REQUEST

ALEXIS BOHLANDER
ADDRESS AVAILABLE UPON REQUEST

ALEXIS DRAKE
ADDRESS AVAILABLE UPON REQUEST

ALEXIS FELGER
ADDRESS AVAILABLE UPON REQUEST

ALEXIS S DE MAN
ADDRESS AVAILABLE UPON REQUEST

ALEXIS THOMPSON
ADDRESS AVAILABLE UPON REQUEST

ALEXIS, ELBA
ADDRESS AVAILABLE UPON REQUEST

ALEXIS, MCLEISH
ADDRESS AVAILABLE UPON REQUEST

ALEXIS, NAOMI
ADDRESS AVAILABLE UPON REQUEST

ALEXIS, RAVEN
ADDRESS AVAILABLE UPON REQUEST

ALEXIUS AMOS
ADDRESS AVAILABLE UPON REQUEST

ALEXYSS RUBJERG
ADDRESS AVAILABLE UPON REQUEST

ALEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

ALEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALEYAH FARMBRY
ADDRESS AVAILABLE UPON REQUEST

ALF, RON
ADDRESS AVAILABLE UPON REQUEST

ALFANO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ALFANO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALFANO-SMITH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ALFARO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALFARO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALFARO, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ALFARO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

ALFARO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

ALFARO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ALFARO, YADI
ADDRESS AVAILABLE UPON REQUEST

ALFECHE, ALANA
ADDRESS AVAILABLE UPON REQUEST

ALFERA, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

ALFIMOW, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ALFONSO ORTIZ
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, ALANNAH
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, MARK
ADDRESS AVAILABLE UPON REQUEST

ALFONSO, MIRTHA
ADDRESS AVAILABLE UPON REQUEST

ALFONZO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

ALFORD, ALEX
ADDRESS AVAILABLE UPON REQUEST

ALFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALFORD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

ALFORD, BRIANA
ADDRESS AVAILABLE UPON REQUEST

ALFORD, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALFORD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ALFORD, HAILEY
ADDRESS AVAILABLE UPON REQUEST

ALFORD, JESSIE
ADDRESS AVAILABLE UPON REQUEST

ALFORD, KATHY
ADDRESS AVAILABLE UPON REQUEST

ALFORD, KRIS
ADDRESS AVAILABLE UPON REQUEST

ALFORD, LEANNE
ADDRESS AVAILABLE UPON REQUEST

ALFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ALFOUZAN, YASMEEN
ADDRESS AVAILABLE UPON REQUEST

ALFRED E MCNAIR JR
ADDRESS AVAILABLE UPON REQUEST

ALFRED H PLUMMER III
ADDRESS AVAILABLE UPON REQUEST

ALFRED PATRON
ADDRESS AVAILABLE UPON REQUEST

ALFRED RODRIGUES
ADDRESS AVAILABLE UPON REQUEST

ALFRED, JAMES
ADDRESS AVAILABLE UPON REQUEST

ALFRED, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ALFRED, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

ALFREDSON, GARY
ADDRESS AVAILABLE UPON REQUEST

ALFREDSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ALFREY, JASON
ADDRESS AVAILABLE UPON REQUEST

ALFSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ALGE, KENZIE
ADDRESS AVAILABLE UPON REQUEST

ALGER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ALGER, MISSI
ADDRESS AVAILABLE UPON REQUEST

ALGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALGER, WADE
ADDRESS AVAILABLE UPON REQUEST

ALGHAMDI, MOHAMMED
ADDRESS AVAILABLE UPON REQUEST

ALGYA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ALGYA, NICK
ADDRESS AVAILABLE UPON REQUEST

ALHADEF, REAGAN
ADDRESS AVAILABLE UPON REQUEST

ALHADEFF, NINA
ADDRESS AVAILABLE UPON REQUEST

ALHANNA, ESSA
ADDRESS AVAILABLE UPON REQUEST

ALHANTE, JORDANA
ADDRESS AVAILABLE UPON REQUEST

ALHARBI, MSHARY
ADDRESS AVAILABLE UPON REQUEST

ALHAWAS, REEM
ADDRESS AVAILABLE UPON REQUEST

AL-HIREZ, KYLEY
ADDRESS AVAILABLE UPON REQUEST

ALI CLARK
ADDRESS AVAILABLE UPON REQUEST

ALI HALFORD
ADDRESS AVAILABLE UPON REQUEST

ALI HANLON, ALI
ADDRESS AVAILABLE UPON REQUEST

ALI HILGERS
ADDRESS AVAILABLE UPON REQUEST

ALI KHAN
ADDRESS AVAILABLE UPON REQUEST

ALI KUENZEL
ADDRESS AVAILABLE UPON REQUEST

ALI MAHONEY
ADDRESS AVAILABLE UPON REQUEST

ALI OCHOA
ADDRESS AVAILABLE UPON REQUEST

ALI, AMENA
ADDRESS AVAILABLE UPON REQUEST

ALI, ANNESHA
ADDRESS AVAILABLE UPON REQUEST

ALI, DANYAL
ADDRESS AVAILABLE UPON REQUEST

ALI, DERRICK
ADDRESS AVAILABLE UPON REQUEST

ALI, DEVIN
ADDRESS AVAILABLE UPON REQUEST

ALI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALI, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

ALI, JUZER
ADDRESS AVAILABLE UPON REQUEST

ALI, KHUSHNASEEB
ADDRESS AVAILABLE UPON REQUEST

ALI, MARISELA
ADDRESS AVAILABLE UPON REQUEST

ALI, MOUSHUMI
ADDRESS AVAILABLE UPON REQUEST

ALI, NADIYA
ADDRESS AVAILABLE UPON REQUEST

ALI, SERENA
ADDRESS AVAILABLE UPON REQUEST

ALI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALI, SUNITA
ADDRESS AVAILABLE UPON REQUEST

ALIANELL, TESSA
ADDRESS AVAILABLE UPON REQUEST

ALIBERTI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALIBERTO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ALIBEY, ISHA
ADDRESS AVAILABLE UPON REQUEST

ALIBRANDO, VINCE
ADDRESS AVAILABLE UPON REQUEST

ALICE HENRY
ADDRESS AVAILABLE UPON REQUEST

ALICE J OCONNOR
ADDRESS AVAILABLE UPON REQUEST

ALICE L HOOD
ADDRESS AVAILABLE UPON REQUEST

ALICE P LANGLEY
ADDRESS AVAILABLE UPON REQUEST

ALICE U HAHN
ADDRESS AVAILABLE UPON REQUEST

ALICE VIRGINIA KOEHLER
ADDRESS AVAILABLE UPON REQUEST

ALICE, MARY
ADDRESS AVAILABLE UPON REQUEST

ALICEA, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALICEA, FELIX
ADDRESS AVAILABLE UPON REQUEST

ALICEA, LINDA
ADDRESS AVAILABLE UPON REQUEST

ALICEA, MELODY ANN
ADDRESS AVAILABLE UPON REQUEST

ALICEA, WILFREDO
ADDRESS AVAILABLE UPON REQUEST

ALICEN HUMPHREYS
ADDRESS AVAILABLE UPON REQUEST

ALICIA GARNEY
ADDRESS AVAILABLE UPON REQUEST

ALICIA HURLEY
ADDRESS AVAILABLE UPON REQUEST

ALICIA JONES
ADDRESS AVAILABLE UPON REQUEST

ALICIA RAMFOS
ADDRESS AVAILABLE UPON REQUEST

ALICIA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

ALICIA SODERBERG
ADDRESS AVAILABLE UPON REQUEST

ALICIA SUNARYO
ADDRESS AVAILABLE UPON REQUEST

ALICIA WARD
ADDRESS AVAILABLE UPON REQUEST

ALICIA WILLEY
ADDRESS AVAILABLE UPON REQUEST

ALICIA WITMAN
ADDRESS AVAILABLE UPON REQUEST

ALICIA YOPCHICK
ADDRESS AVAILABLE UPON REQUEST

ALICK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ALICK, JESSE
ADDRESS AVAILABLE UPON REQUEST

ALIEV, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ALIFF, CINDY
ADDRESS AVAILABLE UPON REQUEST

ALIFF, DIANA
ADDRESS AVAILABLE UPON REQUEST

ALIFF, KAYSEE
ADDRESS AVAILABLE UPON REQUEST

ALIFF, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ALI-HASAN, NABEELA
ADDRESS AVAILABLE UPON REQUEST

ALIMENT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALIMOVA, MASHA
ADDRESS AVAILABLE UPON REQUEST

ALINA DENG
ADDRESS AVAILABLE UPON REQUEST

ALINE PEZENTE
ADDRESS AVAILABLE UPON REQUEST

ALINSOD, NAP
ADDRESS AVAILABLE UPON REQUEST

ALIOTO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ALIOTTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALIPERTI, ALPHONSE
ADDRESS AVAILABLE UPON REQUEST

ALIPERTI, GIUSEPPA
ADDRESS AVAILABLE UPON REQUEST

ALIPERTI, KAROL
ADDRESS AVAILABLE UPON REQUEST

ALIPIO, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ALIQUO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ALISA MANNY
ADDRESS AVAILABLE UPON REQUEST

ALISA SHORAGO
SHORAGO TRAINING SERVICES
2307 FENTON PKWY, STE 107-14
SAN DIEGO, CA 92108

ALISE ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

ALISHA GANDHI, AJ BROWN &
ADDRESS AVAILABLE UPON REQUEST

ALISHA RUNCKEL
ADDRESS AVAILABLE UPON REQUEST

ALISHA RUNCKEL
ADDRESS AVAILABLE UPON REQUEST

ALISIA FELIPE AMAYA
ADDRESS AVAILABLE UPON REQUEST

ALISON BERMAN
ADDRESS AVAILABLE UPON REQUEST

ALISON BETH DOERFFEL MCNICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ALISON C JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ALISON HODGES
ADDRESS AVAILABLE UPON REQUEST

ALISON MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ALISON MARINO
ADDRESS AVAILABLE UPON REQUEST

ALISON PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

ALISON QUINN
ADDRESS AVAILABLE UPON REQUEST

ALISON ROSE TAKAHASHI
ADDRESS AVAILABLE UPON REQUEST

ALISON STANTON
ADDRESS AVAILABLE UPON REQUEST

ALISSA BONNEAU
ADDRESS AVAILABLE UPON REQUEST

ALISSA PINKAS
ADDRESS AVAILABLE UPON REQUEST

ALIT, KARRIE
ADDRESS AVAILABLE UPON REQUEST

ALIX, MADISON
ADDRESS AVAILABLE UPON REQUEST

ALIXANDRIA MCDEAVITT
ADDRESS AVAILABLE UPON REQUEST

ALIYA ALI
ADDRESS AVAILABLE UPON REQUEST

ALIYEV, ISRAFIL
ADDRESS AVAILABLE UPON REQUEST

ALIYEV, ISRAFIL
ADDRESS AVAILABLE UPON REQUEST

ALJANCIC, ABBY
ADDRESS AVAILABLE UPON REQUEST

ALJANCIC, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALJAWAI, YOSRA
ADDRESS AVAILABLE UPON REQUEST

ALKAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALKEBSI, GHADIR
ADDRESS AVAILABLE UPON REQUEST

ALKESH PATEL
ADDRESS AVAILABLE UPON REQUEST

ALKHALDI, OMAR
ADDRESS AVAILABLE UPON REQUEST

ALL ABOUT DENVER
ADDRESS UNAVAILABLE AT TIME OF FILING

ALL AMERICAN CONTAINERS OF PACIFIC
COAST, INC.
5600 EARHART COURT
WINDSOR, CA 95492

ALL AMERICAN CONTAINERS OF PACIFIC
COAST, INC.
9330 NW 110 AVENUE
MIAMI, FL 33178

ALL AMERICAN HOME SOLUTIONS LLC
8108 LIMEHOUSE LN
LOUISVILLE, KY 40220

ALL TAXI MANAGEMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

ALL THE TIME MOVERS, INC
221 W 2ND AVE
DENVER, CO 80223

ALLA ZBIRUN
ADDRESS AVAILABLE UPON REQUEST

ALLAIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ALLAIRE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALLAMAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ALLAN CARROLL DINGMAN
ADDRESS AVAILABLE UPON REQUEST

ALLAN JEFFRIES FRAMING
ADDRESS UNAVAILABLE AT TIME OF FILING

ALLAN ROY RICHARDS JR
ADDRESS AVAILABLE UPON REQUEST

ALLAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ALLAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALLAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALLAN, SAMER
ADDRESS AVAILABLE UPON REQUEST

ALLAN, TERRI
ADDRESS AVAILABLE UPON REQUEST

ALLAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

ALLANBROOK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALLAN-DANTAS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

ALLAN-HAGEDORN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLANTE, TALBERT,
ADDRESS AVAILABLE UPON REQUEST

ALLAR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ALLARD, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

ALLARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALLARD, HILLARY CARBERRY
ADDRESS AVAILABLE UPON REQUEST

ALLARD, JEFF
ADDRESS AVAILABLE UPON REQUEST

ALLARD, JESSI
ADDRESS AVAILABLE UPON REQUEST

ALLARD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ALLARDICE, DONNA
ADDRESS AVAILABLE UPON REQUEST

ALLARDYCE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ALLATAR, ALLEN
ADDRESS AVAILABLE UPON REQUEST

ALLATTA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALLBEE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ALLBRIGHT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ALLBRIGHT, BILL
ADDRESS AVAILABLE UPON REQUEST

ALLBRIGHT, RYAN
ADDRESS AVAILABLE UPON REQUEST

ALLBRITTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ALLBRITTON, RAVEN
ADDRESS AVAILABLE UPON REQUEST

ALLBRITTON, STACY
ADDRESS AVAILABLE UPON REQUEST

ALLCORN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALLDREDGE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALLDREDGE, LILLY
ADDRESS AVAILABLE UPON REQUEST

ALLEGIS GROUP HOLDINGS, INC. (AEROTEK,
INC.)
7301 PARKWAY DRIVE
HANOVER, MD  21076

ALLEGIS GROUP HOLDINGS, INC. (AEROTEK,
INC.)
7301 PARKWAY DRIVE
THOMAS KELLY, PRESIDENT
HANOVER, MD  21076

ALLEGOOD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALLEGOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALLEGRA PRINT & IMAGING
363 CORAL CIRCLE EL
SEGUNDO, CA  90245

ALLEGRE, WESLEY
ADDRESS AVAILABLE UPON REQUEST

ALLEGREZZA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ALLEGREZZA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ALLEGROTTI, TRACY
ADDRESS AVAILABLE UPON REQUEST

ALLELUIA, JANINE
ADDRESS AVAILABLE UPON REQUEST

ALLEMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ALLEMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ALLEMAN, PADEN
ADDRESS AVAILABLE UPON REQUEST

ALLEMANN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

ALLEN CALDWELL
ADDRESS AVAILABLE UPON REQUEST

ALLEN FIELD
ADDRESS AVAILABLE UPON REQUEST

ALLEN FIELD
ADDRESS AVAILABLE UPON REQUEST

ALLEN FIELD
ADDRESS AVAILABLE UPON REQUEST

ALLEN FLEMING
ADDRESS AVAILABLE UPON REQUEST

ALLEN HAMERS
ADDRESS AVAILABLE UPON REQUEST

ALLEN JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLEN M KLEIN
ADDRESS AVAILABLE UPON REQUEST

ALLEN SCOTT HERRON
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AMY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AMY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BECKY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BETTY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BILL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BOYD
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CAPRICE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CATHY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CAYLI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHAD
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHIC
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CONISA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CORALY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, CYNDI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DANICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DANNY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DENA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DIANNA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ELISE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ELISE.
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALLEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, EVA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, GLORIA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, GRACE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JACQUEZ
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JADE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JAKOB
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JANEE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JANEL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JANET
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JASON
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JASON
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JEFF
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JOEI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JOY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KAISEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATHY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KATY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KERRI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KES
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KIM
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRIS
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISHON
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, KRISTY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LAURY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LAURYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LAURYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LEE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LESLEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MARLIANA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MARY JO
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MATT
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MAYA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MERLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, NICALA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, NINA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PAULA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PAULINE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PETER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

ALLEN, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

ALLEN, POLLY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, RAHSAANA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, S KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SHEA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SHELLIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALLEN, STEPHON
ADDRESS AVAILABLE UPON REQUEST

ALLEN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TAJ
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TERI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TERICA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TONI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

ALLEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

ALLEN, VICKI
ADDRESS AVAILABLE UPON REQUEST

ALLEN, WILL
ADDRESS AVAILABLE UPON REQUEST

ALLEN, ZSA ZSA
ADDRESS AVAILABLE UPON REQUEST

ALLENDE, JENYS
ADDRESS AVAILABLE UPON REQUEST

ALLENDER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ALLENDER, JUDY
ADDRESS AVAILABLE UPON REQUEST

ALLENDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALLENDER, LORI
ADDRESS AVAILABLE UPON REQUEST

ALLEN-LEWIS, MARAENA
ADDRESS AVAILABLE UPON REQUEST

ALLENSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

ALLER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALLER, BONITA
ADDRESS AVAILABLE UPON REQUEST

ALLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALLERDICE-GEROW, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALLERT, BILL
ADDRESS AVAILABLE UPON REQUEST

ALLEVA, NICK
ADDRESS AVAILABLE UPON REQUEST

ALLEVATO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ALLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ALLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ALLEYN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ALLEYNE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ALLEYNE, DIANA
ADDRESS AVAILABLE UPON REQUEST

ALLEYNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALLEYNE-RODRIGUEZ, TONYA
ADDRESS AVAILABLE UPON REQUEST

ALLGIRE, LYNN
ADDRESS AVAILABLE UPON REQUEST

ALLI, ALEENA
ADDRESS AVAILABLE UPON REQUEST

ALLI, YASMIN
ADDRESS AVAILABLE UPON REQUEST

ALLIBONE, KEITH
ADDRESS AVAILABLE UPON REQUEST

ALLIE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALLIE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ALLIE, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

ALLIED GRAPE GROWERS
7030 N. FRUIT, SUITE  115
FRESNO, CA  93711

ALLIED RENT A CAR
ADDRESS UNAVAILABLE AT TIME OF FILING

ALLIED WORLD INSURANCE COMPANY
550 S HOPE ST, STE 1825
LOS ANGELES, CA  90071

ALLIERI, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

ALLIGOOD, JOE
ADDRESS AVAILABLE UPON REQUEST

ALLINGER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ALLINGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ALLINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALLISON ANNE KIMSEY
ADDRESS AVAILABLE UPON REQUEST

ALLISON B THORNTON
ADDRESS AVAILABLE UPON REQUEST

ALLISON B THORNTON
ADDRESS AVAILABLE UPON REQUEST

ALLISON BANTZ
ADDRESS AVAILABLE UPON REQUEST

ALLISON BLAKE SEIGLER
ADDRESS AVAILABLE UPON REQUEST

ALLISON BRENNER
ADDRESS AVAILABLE UPON REQUEST

ALLISON C SOTELO
ADDRESS AVAILABLE UPON REQUEST

ALLISON CHAFFO
ADDRESS AVAILABLE UPON REQUEST

ALLISON CHENEY
ADDRESS AVAILABLE UPON REQUEST

ALLISON GERWICK
ADDRESS AVAILABLE UPON REQUEST

ALLISON HARRELL
ADDRESS AVAILABLE UPON REQUEST

ALLISON HOPE
ADDRESS AVAILABLE UPON REQUEST

ALLISON MAE STALBERGER
ADDRESS AVAILABLE UPON REQUEST

ALLISON MELONI
ADDRESS AVAILABLE UPON REQUEST

ALLISON NICHUALS
ADDRESS AVAILABLE UPON REQUEST

ALLISON PROVOST
ADDRESS AVAILABLE UPON REQUEST

ALLISON SCULL
ADDRESS AVAILABLE UPON REQUEST

ALLISON WESTFAHL
ADDRESS AVAILABLE UPON REQUEST

ALLISON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALLISON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALLISON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ALLISON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, CHANCE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, DARBE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALLISON, DIANNE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALLISON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, GAYELEA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, GORDON
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JAMES
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JENNY
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ALLISON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ALLISON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ALLISON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

ALLISON, MARY HOPKINS
ADDRESS AVAILABLE UPON REQUEST

ALLISON, MARY
ADDRESS AVAILABLE UPON REQUEST

ALLISON, OLGA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, REGINA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, SARA
ADDRESS AVAILABLE UPON REQUEST

ALLISON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALLISON, SUMMER
ADDRESS AVAILABLE UPON REQUEST

ALLISON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ALLMAIER, GRACE
ADDRESS AVAILABLE UPON REQUEST

ALLMAN, ASHER
ADDRESS AVAILABLE UPON REQUEST

ALLMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ALLMAN, DEAN
ADDRESS AVAILABLE UPON REQUEST

ALLMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALLMAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ALLMARAS, LAURETTA
ADDRESS AVAILABLE UPON REQUEST

ALLMAYER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ALLMENDINGER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ALLMON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ALLOU, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ALLOY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ALLRED, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ALLRED, JACQUI
ADDRESS AVAILABLE UPON REQUEST

ALLRED, PAULA
ADDRESS AVAILABLE UPON REQUEST

ALLRED, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ALLRED, TONYA
ADDRESS AVAILABLE UPON REQUEST

ALLS, ELISE
ADDRESS AVAILABLE UPON REQUEST

ALLSHOUSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ALLSPAUGH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ALLSUP, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ALLWORTH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ALLY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

ALLYSON MORALES
ADDRESS AVAILABLE UPON REQUEST

ALLYSSA SAMPSON
ADDRESS AVAILABLE UPON REQUEST

ALMAGUER, ABBY
ADDRESS AVAILABLE UPON REQUEST

ALMAGUER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ALMAGUER, YESENIA
ADDRESS AVAILABLE UPON REQUEST

ALMAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ALMANZA, JULIANA
ADDRESS AVAILABLE UPON REQUEST

ALMANZA, LEILANI
ADDRESS AVAILABLE UPON REQUEST

ALMANZAR, RONIEL
ADDRESS AVAILABLE UPON REQUEST

ALMANZAR, ROSEANNE
ADDRESS AVAILABLE UPON REQUEST

ALMANZAR, SAUL
ADDRESS AVAILABLE UPON REQUEST

ALMANZA-WADE, AMBER
ADDRESS AVAILABLE UPON REQUEST

ALMARAZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ALMARAZ-CAMACHO, ALONDRA
ADDRESS AVAILABLE UPON REQUEST

ALMAZAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ALMAZAN, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

ALMAZAN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ALMEDA, FALYNN
ADDRESS AVAILABLE UPON REQUEST

ALMEDINA, ALEXAVIER
ADDRESS AVAILABLE UPON REQUEST

ALMEDOM, ELIM
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, JOSE
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, JULIA
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, KRISTHAL
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, NATHALIA
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

ALMEIDA-GARDNER, JUCELI
ADDRESS AVAILABLE UPON REQUEST

ALMEN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ALMENDARES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALMENDAREZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALMENDAREZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ALMENDARIZ, PERLA
ADDRESS AVAILABLE UPON REQUEST

ALMESTICA, TAINA
ADDRESS AVAILABLE UPON REQUEST

ALMIROL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALMODOVAR, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

ALMODOVAR, LISSETH
ADDRESS AVAILABLE UPON REQUEST

ALMOGY, NECHAMA
ADDRESS AVAILABLE UPON REQUEST

ALMON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ALMONACY, RODINI
ADDRESS AVAILABLE UPON REQUEST

ALMOND, ALEX
ADDRESS AVAILABLE UPON REQUEST

ALMOND, JEFF
ADDRESS AVAILABLE UPON REQUEST

ALMOND, LADONNA
ADDRESS AVAILABLE UPON REQUEST

ALMOND, TERESA
ADDRESS AVAILABLE UPON REQUEST

ALMOND, VINCE
ADDRESS AVAILABLE UPON REQUEST

ALMONTE, DIO
ADDRESS AVAILABLE UPON REQUEST

ALMONTE, ELEISIDA
ADDRESS AVAILABLE UPON REQUEST

ALMONTE, EMELYN
ADDRESS AVAILABLE UPON REQUEST

ALMONTE, MARLIN
ADDRESS AVAILABLE UPON REQUEST

ALMONY, GINNY
ADDRESS AVAILABLE UPON REQUEST

ALMORIN, JORGE
ADDRESS AVAILABLE UPON REQUEST

ALMOST STAVRAKIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALMOSUA, WADAD
ADDRESS AVAILABLE UPON REQUEST

ALMQUIST, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ALMROTH, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

ALMY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ALMY, MARNEY
ADDRESS AVAILABLE UPON REQUEST

ALOHA FRIDAYS
ADDRESS UNAVAILABLE AT TIME OF FILING

ALOI, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ALOI, DONNA
ADDRESS AVAILABLE UPON REQUEST

ALOIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

ALOISIO, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ALOK SINGH
ADDRESS AVAILABLE UPON REQUEST

ALOMAR, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

ALONGI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALONGI, KAILEY
ADDRESS AVAILABLE UPON REQUEST

ALONGI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ALONGI, SERRA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ALONSO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALONSO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ALONSO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALONSO, EVA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, HELEN
ADDRESS AVAILABLE UPON REQUEST

ALONSO, JIA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, JORGE
ADDRESS AVAILABLE UPON REQUEST

ALONSO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

ALONSO, PAULA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, ROY
ADDRESS AVAILABLE UPON REQUEST

ALONSO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, TANYA
ADDRESS AVAILABLE UPON REQUEST

ALONSO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ALONZO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ALONZO, EDDIE
ADDRESS AVAILABLE UPON REQUEST

ALONZO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALONZO, LINDA
ADDRESS AVAILABLE UPON REQUEST

ALONZO, MARANDA
ADDRESS AVAILABLE UPON REQUEST

ALONZO, RYAN
ADDRESS AVAILABLE UPON REQUEST

ALONZO, SUSANA E.
ADDRESS AVAILABLE UPON REQUEST

ALONZO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

ALOSCO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ALOSI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALOU-HICKS, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

ALPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ALPERT, ADAM
ADDRESS AVAILABLE UPON REQUEST

ALPERT, LYNN
ADDRESS AVAILABLE UPON REQUEST

ALPERT, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

ALPHONSE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ALPIAN, MASSIMO
ADDRESS AVAILABLE UPON REQUEST

ALPINE MARKET INC
ADDRESS UNAVAILABLE AT TIME OF FILING

ALPTEKIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

AL-QATTAN, DANYA
ADDRESS AVAILABLE UPON REQUEST

ALQUIST, PIERCE
ADDRESS AVAILABLE UPON REQUEST

AL-RASHID, NOOR
ADDRESS AVAILABLE UPON REQUEST

ALRICH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALSABROOK, COLTON
ADDRESS AVAILABLE UPON REQUEST

ALSABROOK, JOY
ADDRESS AVAILABLE UPON REQUEST

ALSAWALHI, AHMAD
ADDRESS AVAILABLE UPON REQUEST

ALSHOUSE, MARK
ADDRESS AVAILABLE UPON REQUEST

ALSIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ALSMAN, MACEY
ADDRESS AVAILABLE UPON REQUEST

ALSOBROOK, ALYN
ADDRESS AVAILABLE UPON REQUEST

ALSOBROOK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALSOBROOK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ALSOBROOKS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ALSOP, KARLA
ADDRESS AVAILABLE UPON REQUEST

ALSOP, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ALSTEAD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ALSTERLUND, NORA
ADDRESS AVAILABLE UPON REQUEST

ALSTON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

ALSTON, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

ALSTON, AURELIA
ADDRESS AVAILABLE UPON REQUEST

ALSTON, BRAD
ADDRESS AVAILABLE UPON REQUEST

ALSTON, COREY
ADDRESS AVAILABLE UPON REQUEST

ALSTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ALSTON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

ALSTON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ALSTON, KASHEKA
ADDRESS AVAILABLE UPON REQUEST

ALSTON, KATHY
ADDRESS AVAILABLE UPON REQUEST

ALSTON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ALSTON, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ALSTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ALSTON, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

ALSTON, TAWNI
ADDRESS AVAILABLE UPON REQUEST

ALSTON, TEMPEST
ADDRESS AVAILABLE UPON REQUEST

ALSTON, VICKI
ADDRESS AVAILABLE UPON REQUEST

ALSUP, AVERY
ADDRESS AVAILABLE UPON REQUEST

ALSUP, GRAY
ADDRESS AVAILABLE UPON REQUEST

ALSUP, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ALT, COOPER
ADDRESS AVAILABLE UPON REQUEST

ALT, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ALTA BAJA MARKET
201 E. 4TH ST.
SANTA ANA, CA  92701

ALTA LOMA VINEYARD, LLC
ATTN: MATT PARKER, EVP
855 BORDEAUX WAY, SUITE 100
NAPA, CA  94558

ALTADONNA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALTAFFER, HAILEE
ADDRESS AVAILABLE UPON REQUEST

ALTAMIRANDA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ALTAMIRANO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ALTAMIRANO, MANUEL
ADDRESS AVAILABLE UPON REQUEST

ALTEBRANDO, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALTEMUS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALTEMUS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ALTENDORF, RENEE
ADDRESS AVAILABLE UPON REQUEST

ALTENHOFEN, SAGE
ADDRESS AVAILABLE UPON REQUEST

ALTENWERTH, DELANEY
ADDRESS AVAILABLE UPON REQUEST

ALTER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ALTER, DR. LEO
ADDRESS AVAILABLE UPON REQUEST

ALTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

ALTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

ALTER, LIZ
ADDRESS AVAILABLE UPON REQUEST

ALTER, MORGYN
ADDRESS AVAILABLE UPON REQUEST

ALTERIO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ALTERMATT, JAIME
ADDRESS AVAILABLE UPON REQUEST

ALTERS, JANEL
ADDRESS AVAILABLE UPON REQUEST

ALTHEIDE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ALTHOFF, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ALTHOFF, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ALTHOUSE, ALEENE
ADDRESS AVAILABLE UPON REQUEST

ALTHOUSE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ALTIERI, KATY
ADDRESS AVAILABLE UPON REQUEST

ALTIERI, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ALTINE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

ALTIZER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, FAITH
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, JACKLIN
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, KT
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ALTMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

ALTMANN, AVA
ADDRESS AVAILABLE UPON REQUEST

ALTMANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ALTMANN, PATRIZIA
ADDRESS AVAILABLE UPON REQUEST

ALTMANSBERGER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ALTO IRA EMPIRE TRUST CUSTODIAN
FBO JENNIE HSU-LUMETTA IRA
1906 GLEN ECHO ROAD  159301
NASHVILLE, TN 37215

ALTO
900 DRAGON ST STE 100
DALLAS, TX 75207

ALTOBELLI, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

ALTOIRA - JERRY W KING
1906 GLEN ECHO ROAD  159301
NASHVILLE, TN  27215

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO ANA GUZMAN IRA
1906 GLEN ECHO ROAD  159301
NASHVILLE, TN  27215

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO ANDREW EHRET
500 11TH AVENUE N 790
NASHVILLE, TN  37204

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO CARLOS RIVERA IRA
1906 GLEN ECHO ROAD  159315
NASHVILLE, TN  37215

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO CHARLES J MERRILL IRA
1906 GLEN ECHO ROAD  159301
NASHVILLE, TN  27215

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO CHRISTOPHER LUDWIG ROTH IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN  37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO DAVID DEVITA IRA
1906 GLEN ECHO ROAD  159301
NASHVILLE, TN  27215

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO DOMINIC HARDIMAN
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO DONALD JACK BERGMAN
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO DUKE ROMKEY ROTH IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO ESTHER BEAUTY KIM IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO GERMAN GUERRERO
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO HIREN DESAI ROTH IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO HONGSHI XU IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO JOSEPH MARRA IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO KUNAL BAVISHI
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO KYRA TIMIAN IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO MARK DAVID SHERIDAN IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO MARTY KAYE IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO MATTHEW BOUTHILETTE IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO MATTHEW YAUCH IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO PETRA DANIELA GOLLONG
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO REBECCA STORER
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO ROBERT CLAGGETT
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO ROBERT WAGNON
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO RYAN A MOORE
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO SHRIRAM MOGALLAPALLI IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO STEVEN EGBERT IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO SUE SMECKERT YAMAMOTO IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO SUZANN WESTERFIELD
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO SUZANNE JARDINE IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO TODD BECKMANN IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOIRA EMPIRE TRUST CUSTODIAN
FBO VINCENT CURTIS WALTERS IRA
ALTO SOLUTIONS, INC.
500 11TH AVE N SUITE 790
NASHVILLE, TN 37203

ALTOMARE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

ALTON W POWELL III
ADDRESS AVAILABLE UPON REQUEST

ALTON, BRYAUNA
ADDRESS AVAILABLE UPON REQUEST

ALTON, LARINA
ADDRESS AVAILABLE UPON REQUEST

ALTONIO CRUSE BULLOCK
ADDRESS AVAILABLE UPON REQUEST

ALTORJI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ALTRIETH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ALTROCK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ALTROOZ, INC.
6 ASH AVENUE
CORTE MADERA, CA  94925

ALTSCHUL, EMILY
ADDRESS AVAILABLE UPON REQUEST

ALTSCHULER, GIUSTINE
ADDRESS AVAILABLE UPON REQUEST

ALTSCHULER, SERENA
ADDRESS AVAILABLE UPON REQUEST

ALTSHULER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ALTSTADT, TODD
ADDRESS AVAILABLE UPON REQUEST

ALTUNIAN, LARA
ADDRESS AVAILABLE UPON REQUEST

ALTYN TOKBAYEVA
ADDRESS AVAILABLE UPON REQUEST

ALUICIO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ALUNAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

ALUNKAL, KAREN
ADDRESS AVAILABLE UPON REQUEST

ALUSIOLA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ALVA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

ALVA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, ANALIZA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, DALLAS
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, DIANE
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, DIANNA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JACQUE
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JANETH
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JERRY
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JOSE
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, LORENA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, MARCO
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, MARLON
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, MATILDE
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, MIRNA
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, VALORIE
ADDRESS AVAILABLE UPON REQUEST

ALVARADO, WILSON
ADDRESS AVAILABLE UPON REQUEST

ALVARADO-TELLEZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ALVARE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ALVARENGA, GUILHERME
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ CRUZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ MELLS, CARLA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ALMA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ANDY & BECCA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ARIANA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, BRENNEN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, CAMERON
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, DARYELIS
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, EDMARIE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, FRANK
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, GONZALO
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, GONZALO
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JASAN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, KATRINA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, LARA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, LIL
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, LIZ
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MARIA DAISY
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MARK
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MARLEN
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, MILLIAM
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, NELSON
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, PELAYO
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, SADYE
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, SERGIO
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, STACEY
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, TANYA
ADDRESS AVAILABLE UPON REQUEST

ALVAREZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

ALVARO F PATARROYO
ADDRESS AVAILABLE UPON REQUEST

ALVARO TAPIA HIDALGO
ADDRESS AVAILABLE UPON REQUEST

ALVARO, FINN
ADDRESS AVAILABLE UPON REQUEST

ALVARO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ALVEAL, GUS
ADDRESS AVAILABLE UPON REQUEST

ALVEAL, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

ALVERSON, SHASTA
ADDRESS AVAILABLE UPON REQUEST

ALVERSON, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ALVES, ANDRE
ADDRESS AVAILABLE UPON REQUEST

ALVES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ALVES, CAMILA
ADDRESS AVAILABLE UPON REQUEST

ALVES, HELIA
ADDRESS AVAILABLE UPON REQUEST

ALVES, JEFF
ADDRESS AVAILABLE UPON REQUEST

ALVES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ALVES, RAFAELA
ADDRESS AVAILABLE UPON REQUEST

ALVES, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ALVEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ALVGREN, HANNA
ADDRESS AVAILABLE UPON REQUEST

ALVIAR, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ALVICH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ALVIN, DANA
ADDRESS AVAILABLE UPON REQUEST

ALVINO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ALVIS, JERRY
ADDRESS AVAILABLE UPON REQUEST

ALVIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ALVORD, GRACE
ADDRESS AVAILABLE UPON REQUEST

ALVORD, JAMES
ADDRESS AVAILABLE UPON REQUEST

ALVORD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ALVRUS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ALWAN, AKILAH
ADDRESS AVAILABLE UPON REQUEST

ALWANG, ALEX
ADDRESS AVAILABLE UPON REQUEST

ALWANI, ASHA
ADDRESS AVAILABLE UPON REQUEST

ALWARD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ALWIN, MARYJO
ADDRESS AVAILABLE UPON REQUEST

ALWORTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

ALYACOUB, LEEN
ADDRESS AVAILABLE UPON REQUEST

ALYCE, INC.
105 KINGSTON ST.
BOSTON, MA  02111-2120

ALYCIA QUICK
ADDRESS AVAILABLE UPON REQUEST

ALYSE ZIEDE
ADDRESS AVAILABLE UPON REQUEST

ALYSON BENDER
ADDRESS AVAILABLE UPON REQUEST

ALYSON LEWIS
ADDRESS AVAILABLE UPON REQUEST

ALYSSA GILMETTE
ADDRESS AVAILABLE UPON REQUEST

ALYSSA J SMITH
ADDRESS AVAILABLE UPON REQUEST

ALYSSA PHANNENSTJEL
ADDRESS AVAILABLE UPON REQUEST

ALYSSA VERTUCA
ADDRESS AVAILABLE UPON REQUEST

ALYSSA WEINSTEIN-SEARS
ADDRESS AVAILABLE UPON REQUEST

ALZHEIMER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

AMA BANAHENE
ADDRESS AVAILABLE UPON REQUEST

AMACHER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

AMACHER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

AMACKER, JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

AMADA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

AMADO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

AMADO, MARCELO
ADDRESS AVAILABLE UPON REQUEST

AMADOR, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

AMADOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

AMADOR, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

AMADOR, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

AMADOR, NATALIA
ADDRESS AVAILABLE UPON REQUEST

AMADOR, NICK
ADDRESS AVAILABLE UPON REQUEST

AMADOR, PAGE
ADDRESS AVAILABLE UPON REQUEST

AMAECHI, BLERTA
ADDRESS AVAILABLE UPON REQUEST

AMAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AMAKOM, IFEOMA
ADDRESS AVAILABLE UPON REQUEST

AMALFITANO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

AMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

AMANDA ARNOLD
ADDRESS AVAILABLE UPON REQUEST

AMANDA BECKER
ADDRESS AVAILABLE UPON REQUEST

AMANDA BUSCH
ADDRESS AVAILABLE UPON REQUEST

AMANDA CHRISTINE FRIEBERG
ADDRESS AVAILABLE UPON REQUEST

AMANDA COKELY
ADDRESS AVAILABLE UPON REQUEST

AMANDA DELARATTA
ADDRESS AVAILABLE UPON REQUEST

AMANDA DOMALECZNY
ADDRESS AVAILABLE UPON REQUEST

AMANDA EDWARDS
ADDRESS AVAILABLE UPON REQUEST

AMANDA FLETCHER
ADDRESS AVAILABLE UPON REQUEST

AMANDA HIRSCH
ADDRESS AVAILABLE UPON REQUEST

AMANDA HOLT
ADDRESS AVAILABLE UPON REQUEST

AMANDA JACKOWSKI
ADDRESS AVAILABLE UPON REQUEST

AMANDA JONES
ADDRESS AVAILABLE UPON REQUEST

AMANDA KEHR
ADDRESS AVAILABLE UPON REQUEST

AMANDA KLINGER
ADDRESS AVAILABLE UPON REQUEST

AMANDA LANGION
ADDRESS AVAILABLE UPON REQUEST

AMANDA LAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

AMANDA LIEBERT
ADDRESS AVAILABLE UPON REQUEST

AMANDA LOCH
ADDRESS AVAILABLE UPON REQUEST

AMANDA LYN ROBERTS
ADDRESS AVAILABLE UPON REQUEST

AMANDA MARCELLE
ADDRESS AVAILABLE UPON REQUEST

AMANDA MENNELLA
ADDRESS AVAILABLE UPON REQUEST

AMANDA MULVIHILL
ADDRESS AVAILABLE UPON REQUEST

AMANDA NAPOLSKI
ADDRESS AVAILABLE UPON REQUEST

AMANDA NGUYEN
ADDRESS AVAILABLE UPON REQUEST

AMANDA PERSAUD
ADDRESS AVAILABLE UPON REQUEST

AMANDA RAIDAN-FRANCA
ADDRESS AVAILABLE UPON REQUEST

AMANDA S ANSELMINO
ADDRESS AVAILABLE UPON REQUEST

AMANDA SAMOYLOFF
ADDRESS AVAILABLE UPON REQUEST

AMANDA SOWDEN
ADDRESS AVAILABLE UPON REQUEST

AMANDA STRONG
ADDRESS AVAILABLE UPON REQUEST

AMANDA VON PFEIFFER
ADDRESS AVAILABLE UPON REQUEST

AMANDA WHITING
ADDRESS AVAILABLE UPON REQUEST

AMANDA WOLFE
ADDRESS AVAILABLE UPON REQUEST

AMANDA ZABLOCKY
ADDRESS AVAILABLE UPON REQUEST

AMANDA
ADDRESS AVAILABLE UPON REQUEST

AMANDA, GADACZ,
ADDRESS AVAILABLE UPON REQUEST

AMANDA, SHANTE
ADDRESS AVAILABLE UPON REQUEST

AMANEE HEARNS
ADDRESS AVAILABLE UPON REQUEST

AMANN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AMANN, JORDYN
ADDRESS AVAILABLE UPON REQUEST

AMANTE COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAR BHAKTA
ADDRESS AVAILABLE UPON REQUEST

AMAR J KUMAR
ADDRESS AVAILABLE UPON REQUEST

AMAR, NOMIN
ADDRESS AVAILABLE UPON REQUEST

AMAR, RONI
ADDRESS AVAILABLE UPON REQUEST

AMARA, JOHN
ADDRESS AVAILABLE UPON REQUEST

AMARA, SEBASTIANO
ADDRESS AVAILABLE UPON REQUEST

AMARACHI EMERHO
ADDRESS AVAILABLE UPON REQUEST

AMARAL, ANA
ADDRESS AVAILABLE UPON REQUEST

AMARAL, LEXY
ADDRESS AVAILABLE UPON REQUEST

AMARANTE, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

AMARI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

AMARI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

AMARIE, KHADIJAH
ADDRESS AVAILABLE UPON REQUEST

AMARILLAS, SHELLEE
ADDRESS AVAILABLE UPON REQUEST

AMARITI, ELLEN
ADDRESS AVAILABLE UPON REQUEST

AMARJARGAL, OYUT
ADDRESS AVAILABLE UPON REQUEST

AMARO GUZMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

AMARO, ANDRE
ADDRESS AVAILABLE UPON REQUEST

AMARO, ISIDRO
ADDRESS AVAILABLE UPON REQUEST

AMARO, SUSIE
ADDRESS AVAILABLE UPON REQUEST

AMARO, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

AMAROSA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AMASH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

AMASH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AMASS BRANDS INC.
130 SOUTH ANDERSON STREET
LOS ANGELES, CA  90033

AMAT, SIMON
ADDRESS AVAILABLE UPON REQUEST

AMATO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

AMATO, AGOSTINO
ADDRESS AVAILABLE UPON REQUEST

AMATO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

AMATO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

AMATO, ANNE
ADDRESS AVAILABLE UPON REQUEST

AMATO, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

AMATO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

AMATO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

AMATO, ELLYN
ADDRESS AVAILABLE UPON REQUEST

AMATO, EMILY
ADDRESS AVAILABLE UPON REQUEST

AMATO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AMATO, JOSH
ADDRESS AVAILABLE UPON REQUEST

AMATO, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

AMATO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

AMATO, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

AMATO, MIKE
ADDRESS AVAILABLE UPON REQUEST

AMATO, REGINA
ADDRESS AVAILABLE UPON REQUEST

AMATO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AMATO, ROGER
ADDRESS AVAILABLE UPON REQUEST

AMATO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AMATO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

AMATO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

AMAURI HIDALGO
ADDRESS AVAILABLE UPON REQUEST

AMAYA APARICIO, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

AMAYA, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

AMAYA, CARL
ADDRESS AVAILABLE UPON REQUEST

AMAYA, COLE
ADDRESS AVAILABLE UPON REQUEST

AMAYA, LILIANA
ADDRESS AVAILABLE UPON REQUEST

AMAZAN, ALAIN
ADDRESS AVAILABLE UPON REQUEST

AMAZON FRESH
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON MUSIC
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON PRIME
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON WEB SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON WEBSTAURANTSTORE
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON
ADDRESS UNAVAILABLE AT TIME OF FILING

AMAZON.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

AMBACHER-WHITE, CHRISHANA
ADDRESS AVAILABLE UPON REQUEST

AMBACHER-WHITE, CHRISHANA
ADDRESS AVAILABLE UPON REQUEST

AMBAS, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

AMBER ABRAMS
ADDRESS AVAILABLE UPON REQUEST

AMBER COSTLEY
ADDRESS AVAILABLE UPON REQUEST

AMBER DON
ADDRESS AVAILABLE UPON REQUEST

AMBER HADLEY
ADDRESS AVAILABLE UPON REQUEST

AMBER HERBERT
ADDRESS AVAILABLE UPON REQUEST

AMBER MERRITT
ADDRESS AVAILABLE UPON REQUEST

AMBER NETT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

AMBER ODELL
ADDRESS AVAILABLE UPON REQUEST

AMBER RIVERS, AMBER
ADDRESS AVAILABLE UPON REQUEST

AMBER ROLLE
ADDRESS AVAILABLE UPON REQUEST

AMBER SEBA
ADDRESS AVAILABLE UPON REQUEST

AMBER SIMPSON
ADDRESS AVAILABLE UPON REQUEST

AMBER TAYLOR
ADDRESS AVAILABLE UPON REQUEST

AMBER WINIARCZYK
ADDRESS AVAILABLE UPON REQUEST

AMBER YUKIKO SAKAI
ADDRESS AVAILABLE UPON REQUEST

AMBER, BLACK
ADDRESS AVAILABLE UPON REQUEST

AMBER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

AMBERSON, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

AMBERSON, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

AMBITIOUS KITCHEN, INC.
4745 N MALDEN ST  302
CHICAGO, IL  60640

AMBLE, DIANE
ADDRESS AVAILABLE UPON REQUEST

AMBLER, WAYNE
ADDRESS AVAILABLE UPON REQUEST

AMBLO, WENDY
ADDRESS AVAILABLE UPON REQUEST

AMBO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

AMBOOKEN, TRESA
ADDRESS AVAILABLE UPON REQUEST

AMBORN, ANA
ADDRESS AVAILABLE UPON REQUEST

AMBORSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AMBORSKI, VALERY
ADDRESS AVAILABLE UPON REQUEST

AMBOS, NOLAN
ADDRESS AVAILABLE UPON REQUEST

AMBRIZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

AMBROGI, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

AMBROGI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

AMBROGIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AMBROISE, ERNST
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, DAWN
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, JAMES
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, JOHN
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, MARK
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

AMBROSE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

AMBROSETTI, DAVID
ADDRESS AVAILABLE UPON REQUEST

AMBROSI, LOLA L.
ADDRESS AVAILABLE UPON REQUEST

AMBROSINI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

AMBROSIO, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

AMBROSIO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

AMBROSIO, PATTY
ADDRESS AVAILABLE UPON REQUEST

AMBROSIO, TINAMARIE
ADDRESS AVAILABLE UPON REQUEST

AMBROSIUS, ANITA
ADDRESS AVAILABLE UPON REQUEST

AMBROSOLE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

AMBULKAR, MAYUR
ADDRESS AVAILABLE UPON REQUEST

AMBULOS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

AMBURN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AMC USA INC
142 W 57TH STREET
NEW YORK, NY  10019

AMC
ADDRESS UNAVAILABLE AT TIME OF FILING

AMEDEO
163 CAMINO DORADO
NAPA, CA  94558

AMEDEO, JILL
ADDRESS AVAILABLE UPON REQUEST

AMEEN, JASON
ADDRESS AVAILABLE UPON REQUEST

AMEER, MIKE
ADDRESS AVAILABLE UPON REQUEST

AMEGASHIE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

AMELI, BIJAN
ADDRESS AVAILABLE UPON REQUEST

AMELIA ELIZABETH SMITH
ADDRESS AVAILABLE UPON REQUEST

AMELIA RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

AMELIA SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

AMELIO, JEANINE
ADDRESS AVAILABLE UPON REQUEST

AMEMATSRO, ELOM
ADDRESS AVAILABLE UPON REQUEST

AMEN, KARI
ADDRESS AVAILABLE UPON REQUEST

AMEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

AMEND, ERIN
ADDRESS AVAILABLE UPON REQUEST

AMEND, STACI
ADDRESS AVAILABLE UPON REQUEST

AMEND, VICKI
ADDRESS AVAILABLE UPON REQUEST

AMENDOLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AMENDOLA-JOHNSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

AMENE, CHIAZO
ADDRESS AVAILABLE UPON REQUEST

AMENT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AMER, KERRY
ADDRESS AVAILABLE UPON REQUEST

AMER, LANA
ADDRESS AVAILABLE UPON REQUEST

AMER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

AMER, YASMINE
ADDRESS AVAILABLE UPON REQUEST

AMERICA, AMY
ADDRESS AVAILABLE UPON REQUEST

AMERICAN AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.
200 VESEY STREET
NEW YORK, NY  10285

AMERICAN EXPRESS
ADDRESS UNAVAILABLE AT TIME OF FILING

AMERICAN FINE WINE COMPETITION & GALA
ADDRESS UNAVAILABLE AT TIME OF FILING

AMERICAN GREETINGS CORPORATION
ONE AMERICAN BOULEVARD
CLEVELAND, OH  44145

AMERICAN LOGISTICS GROUP, INC.
68S SERVICE NY RD, SUITE 100
MELVILLE, NY  11747

AMERICAN NATIONAL RED CROSS
ADDRESS UNAVAILABLE AT TIME OF FILING

AMERICAN NORTHWEST DIST. INC - OREGON
239 SE MADISON ST
PORTLAND, OR  97214

AMERICAN NORTHWEST DISTRIBUTORS,
INC.
6733 E MARGINAL WAY S
SEATTLE, WA  98108

AMERICAN NORTHWEST DISTRIBUTORS,
INC.
6733 E. MARGINAL WAY S
SEATTLE, WA  98108

AMERICAN RELOCATION
ADDRESS UNAVAILABLE AT TIME OF FILING

AMERICAN STOCK TRANSFER & TRUST CO,
LLC
ATTN: LEGAL DEPARTMENT
48 WALL STREET, 22ND FLOOR
NEW YORK, NY  10005

AMERICAN STOCK TRANSFER & TRUST CO,
LLC
ATTN: RELATIONSHIP MANAGEMENT
6201 15TH AVENUE
BROOKLYN, NY  11219

AMERICAN STOCK TRANSFER & TRUST
COMPANY LLC
6201 15TH AVENUE
BROOKLYN, NY  11219

AMERICAN TARTARIC PRODUCTS INC. (ATP
GROUP)
1230 SHILOH ROAD
WINDSOR, CA  95492

AMERICAN TARTARIC PRODUCTS INC. (ATP
GROUP)
2 MADISON AVENUE, SUITE 210
LARCHMONT, NY  10538

AMERICAN WINESECRETS, LLC
1446 INDUSTRIAL AVENUE
SEBASTOPOL, CA  95472

AMERICAN YOUTH SOCCER ORGANIZATION
AYSO REGION 2/
ATTENTION:TREASURER
PO BOX 1144
MONROVIA, CA  91017

AMERICAN, ALL
ADDRESS AVAILABLE UPON REQUEST

AMERICAS FAMILY NETWORK, LLC.
2323 S. WADSWORTH BLVD. SUITE 102
LAKEWOOD, CO 80227

AMERICAS TEST KITCHEN
17 STATION STREET
BROOKLINE, MA  02445

AMERIPRISE (0756)
ATTN GREG WRAALSTAD OR PROXY MGR
901 3RD AVE SOUTH
MINNEAPOLIS, MN  55474

AMEROVA ROGERS, KIRA
ADDRESS AVAILABLE UPON REQUEST

AMERSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

AMERVIN, INC. (TURRENTINE BROKERAGE)
7599 REDWOOD BLVD, SUITE 103
NOVATO, CA  94945

AMERY, CATE
ADDRESS AVAILABLE UPON REQUEST

AMES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

AMES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

AMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AMES, JOHN
ADDRESS AVAILABLE UPON REQUEST

AMES, KARLEY
ADDRESS AVAILABLE UPON REQUEST

AMES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

AMES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AMES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AMES, NATE
ADDRESS AVAILABLE UPON REQUEST

AMES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

AMES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

AMESBURY, DOROTHEA
ADDRESS AVAILABLE UPON REQUEST

AMESQUITA, EMILY
ADDRESS AVAILABLE UPON REQUEST

AMETAJ, AMANTIA
ADDRESS AVAILABLE UPON REQUEST

AMEX TRAVEL
ADDRESS UNAVAILABLE AT TIME OF FILING

AMEZCUA, THIERRY
ADDRESS AVAILABLE UPON REQUEST

AMEZQUITA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AMEZQUITA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

AMEZQUITA, YAZMIN
ADDRESS AVAILABLE UPON REQUEST

AMF
ADDRESS UNAVAILABLE AT TIME OF FILING

AMFRANKA1
ADDRESS AVAILABLE UPON REQUEST

AMHOF, SARAH
ADDRESS AVAILABLE UPON REQUEST

AMI AMIN
ADDRESS AVAILABLE UPON REQUEST

AMI KLEIN
ADDRESS AVAILABLE UPON REQUEST

AMI REIDER
ADDRESS AVAILABLE UPON REQUEST

AMICI, KYLENE
ADDRESS AVAILABLE UPON REQUEST

AMICK, PAULA
ADDRESS AVAILABLE UPON REQUEST

AMICO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

AMICO, GREGORY
ADDRESS AVAILABLE UPON REQUEST

AMICON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

AMICONE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AMIDEI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

AMIDON, EMILY
ADDRESS AVAILABLE UPON REQUEST

AMIDON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

AMIE BONNER
ADDRESS AVAILABLE UPON REQUEST

AMIGON MORA, AMERICO
ADDRESS AVAILABLE UPON REQUEST

AMIN, AVNI
ADDRESS AVAILABLE UPON REQUEST

AMIN, HIRSA
ADDRESS AVAILABLE UPON REQUEST

AMIN, JAISAL
ADDRESS AVAILABLE UPON REQUEST

AMIN, MARIAM
ADDRESS AVAILABLE UPON REQUEST

AMIN, MARZIA
ADDRESS AVAILABLE UPON REQUEST

AMIN, MONIC
ADDRESS AVAILABLE UPON REQUEST

AMIN, PARTH
ADDRESS AVAILABLE UPON REQUEST

AMIN, ROSHNI
ADDRESS AVAILABLE UPON REQUEST

AMIN, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

AMIN, TAAJ
ADDRESS AVAILABLE UPON REQUEST

AMINI, JAFAR
ADDRESS AVAILABLE UPON REQUEST

AMINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

AMINI, SEDIGHEH
ADDRESS AVAILABLE UPON REQUEST

AMINIAN BUSINESS SERVICES INC.
200 SPECTRUM CENTER DRIVE SUITE 300
IRVINE, CA  92618

AMINOV, EMILY
ADDRESS AVAILABLE UPON REQUEST

AMIR FARHANG ASSADI
ADDRESS AVAILABLE UPON REQUEST

AMIREH, MANAR
ADDRESS AVAILABLE UPON REQUEST

AMIRI, AMIR
ADDRESS AVAILABLE UPON REQUEST

AMIRIAN, ASLAN
ADDRESS AVAILABLE UPON REQUEST

AMIRREZVANI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

AMISS, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

AMISSAH, CARMENIA
ADDRESS AVAILABLE UPON REQUEST

AMISSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

AMIT JAGETIA
ADDRESS AVAILABLE UPON REQUEST

AMIT JAI PRAKASH BANSAL
ADDRESS AVAILABLE UPON REQUEST

AMIT PLIFT
ADDRESS AVAILABLE UPON REQUEST

AMIT PARIKH
ADDRESS AVAILABLE UPON REQUEST

AMIT SHIVAJI BARTAKE
ADDRESS AVAILABLE UPON REQUEST

AMIT SHUKLA
ADDRESS AVAILABLE UPON REQUEST

AMIT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AMKAYA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

AMMERAAL, LEIGH AND JOHN
ADDRESS AVAILABLE UPON REQUEST

AMMERMAN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

AMMERMAN, NORI
ADDRESS AVAILABLE UPON REQUEST

AMMERMAN, TESS
ADDRESS AVAILABLE UPON REQUEST

AMMIDON, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

AMMIRABILE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

AMMON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

AMMON, SOLEIL
ADDRESS AVAILABLE UPON REQUEST

AMMONS, CAMBUR
ADDRESS AVAILABLE UPON REQUEST

AMMOURI, BASSEM
ADDRESS AVAILABLE UPON REQUEST

AMMOURI, SHADI
ADDRESS AVAILABLE UPON REQUEST

AMN MEDIA, INC. (DBA REVSHARE)
32836 WOLF STORE ROAD
TEMECULA, CA  92592

AMOBEE, INC.
100 REDWOOD SHORES PARKWAY, 4TH FL
REDWOOD CITY, CA  94065

AMOBEE, INC.
901 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063

AMODEO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

AMODIE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

AMODIO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

AMODIO, ELIANA
ADDRESS AVAILABLE UPON REQUEST

AMOIA, ANNA
ADDRESS AVAILABLE UPON REQUEST

AMON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

AMONDSEN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

AMOR, CATALINA
ADDRESS AVAILABLE UPON REQUEST

AMORE, KARI
ADDRESS AVAILABLE UPON REQUEST

AMORELLO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

AMORESE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

AMORIM CORK AMERICA
360 DEVLIN RD
NAPA, CA 94558

AMOROSI, BRANDY
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, CHASTITY
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, JOSIE
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, RYAN
ADDRESS AVAILABLE UPON REQUEST

AMOROSO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

AMOS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

AMOS, CIAM
ADDRESS AVAILABLE UPON REQUEST

AMOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

AMOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

AMOS, JULIA
ADDRESS AVAILABLE UPON REQUEST

AMOS, YVETTE
ADDRESS AVAILABLE UPON REQUEST

AMOS-MCNARY, BRANDEN
ADDRESS AVAILABLE UPON REQUEST

AMOSS, JAIME
ADDRESS AVAILABLE UPON REQUEST

AMPARAN, LORI
ADDRESS AVAILABLE UPON REQUEST

AMPCO SYSTEMS PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

AMPERITY, INC.
701 5TH AVENUE, STE 2600
SEATTLE, WA 98104

AMPLIFY LA CAPITAL II LLC
1600 MAIN ST
VENICE, CA 90401

AMPLIFY LA CAPITAL LLC
1600 MAIN ST
VENICE, CA 90401

AMPLIFY LA OPPORTUNITY FUND L P
1600 MAIN ST
VENICE, CA 90401

AMPLIFY
1600 MAIN ST
VENICE, CA 90401

AMPONIN, DEVON
ADDRESS AVAILABLE UPON REQUEST

AMPUDIA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

AMRHEIN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

AMRITA KHARE
ADDRESS AVAILABLE UPON REQUEST

AMSBERRY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AMSCHWAND, BECKY
ADDRESS AVAILABLE UPON REQUEST

AMSDELL, SANDRACASANDRA
ADDRESS AVAILABLE UPON REQUEST

AMSELEM, MARY CLARE
ADDRESS AVAILABLE UPON REQUEST

AMSTUTZ, CHRISTIANE
ADDRESS AVAILABLE UPON REQUEST

AMSTUTZ, KAMERON
ADDRESS AVAILABLE UPON REQUEST

AMSTUTZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

AMTMANN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

AMTRUST NORTH AMERICA INC.
P.O. BOX 6939
CLEVELAND, OH 44101-0849

AMTRUST NORTH AMERICA INC.
P.O. BOX 6939
CLEVELAND, OH 44101-1939

AMTRUST NORTH AMERICA
800 SUPERIOR AVENUE EAST, 21ST FLOOR
CLEVELAND, OH 44114

AMTT INVESTMENTS PTY LTD ATF
ADDRESS AVAILABLE UPON REQUEST

AMU, OYINDA
ADDRESS AVAILABLE UPON REQUEST

AMUNDSEN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

AMUNDSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

AMUNDSON, KARI
ADDRESS AVAILABLE UPON REQUEST

AMWEG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AMY BARCHERS
ADDRESS AVAILABLE UPON REQUEST

AMY BELIEVES IN PINK
350 EAST 79TH STREET APT 6G
NEW YORK, NY 10075

AMY BOLICK
ADDRESS AVAILABLE UPON REQUEST

AMY BRAUN
ADDRESS AVAILABLE UPON REQUEST

AMY C HALL
ADDRESS AVAILABLE UPON REQUEST

AMY CLARY
ADDRESS AVAILABLE UPON REQUEST

AMY DARRINGTON
ADDRESS AVAILABLE UPON REQUEST

AMY DEMINGSIMKINS
ADDRESS AVAILABLE UPON REQUEST

AMY DENISON
ADDRESS AVAILABLE UPON REQUEST

AMY DEVARY
ADDRESS AVAILABLE UPON REQUEST

AMY FEHIR
ADDRESS AVAILABLE UPON REQUEST

AMY GUTHRIE
ADDRESS AVAILABLE UPON REQUEST

AMY HEMPHILL
ADDRESS AVAILABLE UPON REQUEST

AMY HOFFPAUIR
ADDRESS AVAILABLE UPON REQUEST

AMY J BALLOR
ADDRESS AVAILABLE UPON REQUEST

AMY JANOUSEK
ADDRESS AVAILABLE UPON REQUEST

AMY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

AMY KOZLOWSKI
ADDRESS AVAILABLE UPON REQUEST

AMY L DAVIS
ADDRESS AVAILABLE UPON REQUEST

AMY LARSON
ADDRESS AVAILABLE UPON REQUEST

AMY M PESA
ADDRESS AVAILABLE UPON REQUEST

AMY MAROLF
ADDRESS AVAILABLE UPON REQUEST

AMY MAULDIN
ADDRESS AVAILABLE UPON REQUEST

AMY MILLER-BOWMAN
ADDRESS AVAILABLE UPON REQUEST

AMY MINTER
ADDRESS AVAILABLE UPON REQUEST

AMY N AKIN
ADDRESS AVAILABLE UPON REQUEST

AMY PLUMB, AMY
ADDRESS AVAILABLE UPON REQUEST

AMY PONTIUS SMITH
ADDRESS AVAILABLE UPON REQUEST

AMY RUZICKA
ADDRESS AVAILABLE UPON REQUEST

AMY SAMPLE
ADDRESS AVAILABLE UPON REQUEST

AMY SCHMITZ-SCIBORSKI
ADDRESS AVAILABLE UPON REQUEST

AMY SEAGREAVES
ADDRESS AVAILABLE UPON REQUEST

AMY SILBEY
ADDRESS AVAILABLE UPON REQUEST

AMY SKONIECZNY
ADDRESS AVAILABLE UPON REQUEST

AMY STUART
ADDRESS AVAILABLE UPON REQUEST

AMY VEZZETTI
ADDRESS AVAILABLE UPON REQUEST

AMY WHEATON
ADDRESS AVAILABLE UPON REQUEST

AMY WHITED
ADDRESS AVAILABLE UPON REQUEST

AMYOT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

AMYOUNY, KIM
ADDRESS AVAILABLE UPON REQUEST

AMYX, CAROL
ADDRESS AVAILABLE UPON REQUEST

AN, AGNES
ADDRESS AVAILABLE UPON REQUEST

AN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

AN, YOORI
ADDRESS AVAILABLE UPON REQUEST

ANA C LANDAVERDE
ADDRESS AVAILABLE UPON REQUEST

ANA CEBALLOS
ADDRESS AVAILABLE UPON REQUEST

ANA FERRARA
ADDRESS AVAILABLE UPON REQUEST

ANA GUZMAN
ADDRESS AVAILABLE UPON REQUEST

ANA MARIA RAYNES
ADDRESS AVAILABLE UPON REQUEST

ANA PAULA TENORIO VIVANCO
ADDRESS AVAILABLE UPON REQUEST

ANA, TATI
ADDRESS AVAILABLE UPON REQUEST

ANABEL GARCIA
ADDRESS AVAILABLE UPON REQUEST

ANABLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANAEL, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

ANALIESE JISELLE BARNES-CLASSEN
ADDRESS AVAILABLE UPON REQUEST

ANAMARIA RIVERA
ADDRESS AVAILABLE UPON REQUEST

ANAMOS, ELENA
ADDRESS AVAILABLE UPON REQUEST

ANAN, MM
ADDRESS AVAILABLE UPON REQUEST

ANAND, ANISHA
ADDRESS AVAILABLE UPON REQUEST

ANAND, CORY
ADDRESS AVAILABLE UPON REQUEST

ANAND, KANIKA
ADDRESS AVAILABLE UPON REQUEST

ANAND, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

ANANDWALA, AMIT
ADDRESS AVAILABLE UPON REQUEST

ANANIA, LISA
ADDRESS AVAILABLE UPON REQUEST

ANANTANI, RISHI
ADDRESS AVAILABLE UPON REQUEST

ANANTHAKRISHNAN, RAM
ADDRESS AVAILABLE UPON REQUEST

ANANTHARAJU, ANUSHA
ADDRESS AVAILABLE UPON REQUEST

ANARNA, WILL
ADDRESS AVAILABLE UPON REQUEST

ANASTAS, KERRIE
ADDRESS AVAILABLE UPON REQUEST

ANASTASI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ANASTASI, JOHN
ADDRESS AVAILABLE UPON REQUEST

ANASTASIA BUBENSHCHIKOVA
ADDRESS AVAILABLE UPON REQUEST

ANASTASIA MCGREGOR
ADDRESS AVAILABLE UPON REQUEST

ANASTASIA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ANASTOS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANATER, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

ANATOLI ALEXANDER NARESHNI
ADDRESS AVAILABLE UPON REQUEST

ANAVEL CUEVAS
ADDRESS AVAILABLE UPON REQUEST

ANAWALT, FRED
ADDRESS AVAILABLE UPON REQUEST

ANAYA, ADALINE
ADDRESS AVAILABLE UPON REQUEST

ANAYA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ANAYA, HILBERT
ADDRESS AVAILABLE UPON REQUEST

ANAYA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANAYA, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ANBALAGAN, RAJENDRAN
ADDRESS AVAILABLE UPON REQUEST

ANCELMO-WALKER, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

ANCHETA, JANET
ADDRESS AVAILABLE UPON REQUEST

ANCHETA, JEFF RUSSELL
ADDRESS AVAILABLE UPON REQUEST

ANCHEV, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ANCHONDO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ANCIENT LAKE WINE COMPANY LLC
PO BOX 1260
QUINCY, WA  98848

ANCKERMANN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ANCORA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ANCZARSKI, LYNN
ADDRESS AVAILABLE UPON REQUEST

AND ADAM KEMBERLING, ALLIE MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

AND TAI MESCHES, KIRRA
ADDRESS AVAILABLE UPON REQUEST

AND, CHUCK
ADDRESS AVAILABLE UPON REQUEST

AND, EARL
ADDRESS AVAILABLE UPON REQUEST

AND, JAKE
ADDRESS AVAILABLE UPON REQUEST

AND, KELLY
ADDRESS AVAILABLE UPON REQUEST

AND, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

AND, MATT
ADDRESS AVAILABLE UPON REQUEST

AND, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

AND, ROB
ADDRESS AVAILABLE UPON REQUEST

AND, STEVE
ADDRESS AVAILABLE UPON REQUEST

AND, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ANDAL, EVEGAIL
ADDRESS AVAILABLE UPON REQUEST

ANDALI, KARA
ADDRESS AVAILABLE UPON REQUEST

ANDAZ
ADDRESS UNAVAILABLE AT TIME OF FILING

ANDELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANDELMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDELORA, AMY
ADDRESS AVAILABLE UPON REQUEST

ANDEMICHAEL, RAHWA
ADDRESS AVAILABLE UPON REQUEST

ANDERER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ANDERLE, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

ANDERS RORDAME HILL
ADDRESS AVAILABLE UPON REQUEST

ANDERS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ANDERS, ERIC
ADDRESS AVAILABLE UPON REQUEST

ANDERS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ANDERS, JANET
ADDRESS AVAILABLE UPON REQUEST

ANDERS, SADE
ADDRESS AVAILABLE UPON REQUEST

ANDERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ANDERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERS, STACY
ADDRESS AVAILABLE UPON REQUEST

ANDERS, TERESA
ADDRESS AVAILABLE UPON REQUEST

ANDERS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ALAINA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ALIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ANITA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, CASEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, DELACEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, HANNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, JAKE
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, PARIS
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, STEVE
ADDRESS AVAILABLE UPON REQUEST

ANDERSEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ANDERSKOW, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON & MIDDLETON COMPANY
111 MARKET STREET NE, SUITE 360
OLYMPIA, WA  98501

ANDERSON BROTHERS DESIGN & SUPPLY
212 MAIN STREET
SEAL BEACH, CA  90740

ANDERSON LILLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON WHITE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON WINE CLUB
110 WESTWOOD PLAZA
CORNELL HALL, SUITE D202E
LOS ANGELES, CA  90095

ANDERSON, AARON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALLEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALLIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALLONA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ANIKA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ARISTOTLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, AYLA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BAILY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BILL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CALEB
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CANDACE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CARLA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CARLA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CASSIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CHUCK
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CLARE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, COLBY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, COLIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DAMON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DAVINA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DAYLON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DEBORAH L
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DERRICK
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DEVITA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DEVON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DIANNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DOLORES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EILISH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELANA & CJ
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELLA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ESTHERSMOMMA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ETHAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GEORGIANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GINA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GINNY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HOLLI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, HOLMES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, IVY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, J WESLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JACE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JACKSON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JAIME
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JARED
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JARRIAE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JASON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JEANNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JEFFRIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JEROME
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JERRY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JILL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JILL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JILL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KARL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KARLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KARRAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KASEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KASEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELLI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KERRY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KINGSLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIRK
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, KYRIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LATERRIYA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LAYLA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LIANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LIDIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LIZZY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LOGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LORETHA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LORI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LORI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LUCAS
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LUCY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MADELENE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MANDI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARISA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARITZA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARLEE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MARY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MINDY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MINETTE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MOM AND DAD
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NELL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, NOELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, PAM
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, PAT
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, QUINTIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, REED
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RICK
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RILEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RITA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ROB
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SEANE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHAKIRA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHAUNTAE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHEALYN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHELBIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHERELLE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHERRI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHERYL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SIMONE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SKY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SLOAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SONJA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SOUZANNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STACY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SUE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TAMORA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TASHNA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TEE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TERRI
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TERRY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TESS
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TODD
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TREY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, VALENCIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, WAYNE
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

ANDERSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ANDERSON-GIEST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDERSON-GUNN, DALILA
ADDRESS AVAILABLE UPON REQUEST

ANDERSON-KAPKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDERSONSCHOEPE, TORREY
ADDRESS AVAILABLE UPON REQUEST

ANDERSSON, KEARA
ADDRESS AVAILABLE UPON REQUEST

ANDERSSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

ANDERTON, ABBY
ADDRESS AVAILABLE UPON REQUEST

ANDES, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

ANDES, ERIC
ADDRESS AVAILABLE UPON REQUEST

ANDES, JULIA
ADDRESS AVAILABLE UPON REQUEST

ANDES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ANDI DORFMAN
ADDRESS AVAILABLE UPON REQUEST

ANDINO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ANDINO, DACHALEEN
ADDRESS AVAILABLE UPON REQUEST

ANDINO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ANDINO, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANDINO, XIOMARA
ADDRESS AVAILABLE UPON REQUEST

ANDRADA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

ANDRADA, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, ADAM
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, AMBER
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, ANANDA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, ANGELISA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, ANNE
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, BRITIANA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, BRYCE
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, CARINA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, CELIA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, KALIN
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, MARINA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, MARSHA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, SHELLEE
ADDRESS AVAILABLE UPON REQUEST

ANDRADE, TINA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE-HUPP, MONICA
ADDRESS AVAILABLE UPON REQUEST

ANDRADE-OLIVEIRA, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

ANDRADES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ANDRAE BANKS
ADDRESS AVAILABLE UPON REQUEST

ANDRAE, MANDA
ADDRESS AVAILABLE UPON REQUEST

ANDRAKIN, AUDRA
ADDRESS AVAILABLE UPON REQUEST

ANDRAOS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDRAS GABOR ZANYI
ADDRESS AVAILABLE UPON REQUEST

ANDRAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ANDRAS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ANDRAYO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ANDRE HALE
ADDRESS AVAILABLE UPON REQUEST

ANDRE, ALTAGRACIA
ADDRESS AVAILABLE UPON REQUEST

ANDRE, MASON
ADDRESS AVAILABLE UPON REQUEST

ANDRE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDRE, WINDY
ADDRESS AVAILABLE UPON REQUEST

ANDREA BRUCKER
ADDRESS AVAILABLE UPON REQUEST

ANDREA COUCH
ADDRESS AVAILABLE UPON REQUEST

ANDREA CURRIE
ADDRESS AVAILABLE UPON REQUEST

ANDREA DEMEO
ADDRESS AVAILABLE UPON REQUEST

ANDREA DIVINA DELA ROSA
ADDRESS AVAILABLE UPON REQUEST

ANDREA HARTMAN
ADDRESS AVAILABLE UPON REQUEST

ANDREA JEAN COLICH
ADDRESS AVAILABLE UPON REQUEST

ANDREA KORENEK
ADDRESS AVAILABLE UPON REQUEST

ANDREA KRETSCH
ADDRESS AVAILABLE UPON REQUEST

ANDREA L ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ANDREA LAUREN ISAACS
ADDRESS AVAILABLE UPON REQUEST

ANDREA LILLEBERG
ADDRESS AVAILABLE UPON REQUEST

ANDREA MATTIS
ADDRESS AVAILABLE UPON REQUEST

ANDREA MUNOZ
ADDRESS AVAILABLE UPON REQUEST

ANDREA MYERS
ADDRESS AVAILABLE UPON REQUEST

ANDREA OLSON
ADDRESS AVAILABLE UPON REQUEST

ANDREA OLSON
ADDRESS AVAILABLE UPON REQUEST

ANDREA PERRIGO-LANGEN
ADDRESS AVAILABLE UPON REQUEST

ANDREA ROMEO
ADDRESS AVAILABLE UPON REQUEST

ANDREA ROSEWALL
ADDRESS AVAILABLE UPON REQUEST

ANDREA SABRINA HALL
ADDRESS AVAILABLE UPON REQUEST

ANDREA SHEAHAN
ADDRESS AVAILABLE UPON REQUEST

ANDREA SHEARIN
ADDRESS AVAILABLE UPON REQUEST

ANDREA SHIELDS
ADDRESS AVAILABLE UPON REQUEST

ANDREA SMITH
ADDRESS AVAILABLE UPON REQUEST

ANDREA STEVENSON
ADDRESS AVAILABLE UPON REQUEST

ANDREA STIPE
ADDRESS AVAILABLE UPON REQUEST

ANDREA VIVIANO-ENYEDY
ADDRESS AVAILABLE UPON REQUEST

ANDREA WELSH
ADDRESS AVAILABLE UPON REQUEST

ANDREA WINTER
ADDRESS AVAILABLE UPON REQUEST

ANDREA-NATALIA ROMANOSKI
ADDRESS AVAILABLE UPON REQUEST

ANDREA-NATALIA ROMANOWSKI
ADDRESS AVAILABLE UPON REQUEST

ANDREAS BIEBL
ADDRESS AVAILABLE UPON REQUEST

ANDREAS KEELE
ADDRESS AVAILABLE UPON REQUEST

ANDREAS STRACKE
ADDRESS AVAILABLE UPON REQUEST

ANDREASEN, KIM
ADDRESS AVAILABLE UPON REQUEST

ANDREASEN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ANDREASSI, KATIA
ADDRESS AVAILABLE UPON REQUEST

ANDREE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ANDREE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ANDREE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ANDREEN, ALISA
ADDRESS AVAILABLE UPON REQUEST

ANDREI PETROV
ADDRESS AVAILABLE UPON REQUEST

ANDREINI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ANDREINI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ANDRELCZYK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANDREN, SARA
ADDRESS AVAILABLE UPON REQUEST

ANDREORIO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ANDREOTTI-BLOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDRES DANGOND
ADDRESS AVAILABLE UPON REQUEST

ANDRES FELIPE SALAZAR
ADDRESS AVAILABLE UPON REQUEST

ANDRES ORNELAS
ADDRESS AVAILABLE UPON REQUEST

ANDRES, CLARA
ADDRESS AVAILABLE UPON REQUEST

ANDRES, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

ANDRES, GAVIN
ADDRESS AVAILABLE UPON REQUEST

ANDRES, GORDON
ADDRESS AVAILABLE UPON REQUEST

ANDRES, KAT
ADDRESS AVAILABLE UPON REQUEST

ANDRES, MANDY
ADDRESS AVAILABLE UPON REQUEST

ANDRES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANDRES, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ANDRES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDRESEN, KIT
ADDRESS AVAILABLE UPON REQUEST

ANDRESEN, PAUL
ADDRESS AVAILABLE UPON REQUEST

ANDRESEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ANDRESS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ANDRESS, DIANNA
ADDRESS AVAILABLE UPON REQUEST

ANDRESS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

ANDREW AKIRA JOHN KAMEI
ADDRESS AVAILABLE UPON REQUEST

ANDREW ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

ANDREW ALLEN
ADDRESS AVAILABLE UPON REQUEST

ANDREW ARIZMENDI II
ADDRESS AVAILABLE UPON REQUEST

ANDREW DAVID KLIMA
ADDRESS AVAILABLE UPON REQUEST

ANDREW DUPONT
ADDRESS AVAILABLE UPON REQUEST

ANDREW FABRY
ADDRESS AVAILABLE UPON REQUEST

ANDREW GIACOMAZZA
ADDRESS AVAILABLE UPON REQUEST

ANDREW HAGEWOOD
ADDRESS AVAILABLE UPON REQUEST

ANDREW J JACKSON
ADDRESS AVAILABLE UPON REQUEST

ANDREW JAMES COUPE
ADDRESS AVAILABLE UPON REQUEST

ANDREW JAY GRZESKOWIAK
ADDRESS AVAILABLE UPON REQUEST

ANDREW JENKINS
ADDRESS AVAILABLE UPON REQUEST

ANDREW JOSEPH CRAMER
ADDRESS AVAILABLE UPON REQUEST

ANDREW KIM
ADDRESS AVAILABLE UPON REQUEST

ANDREW L MARKS
ADDRESS AVAILABLE UPON REQUEST

ANDREW LARSON CLARKE
ADDRESS AVAILABLE UPON REQUEST

ANDREW LAWSON
ADDRESS AVAILABLE UPON REQUEST

ANDREW LEE RUTHERFORD
ADDRESS AVAILABLE UPON REQUEST

ANDREW LEE
ADDRESS AVAILABLE UPON REQUEST

ANDREW LIU
ADDRESS AVAILABLE UPON REQUEST

ANDREW MARK ROSENWACH
ADDRESS AVAILABLE UPON REQUEST

ANDREW MCCORMICK
ADDRESS AVAILABLE UPON REQUEST

ANDREW MCCORMICK
ADDRESS AVAILABLE UPON REQUEST

ANDREW MENA
ADDRESS AVAILABLE UPON REQUEST

ANDREW MICHAEL FISHER
ADDRESS AVAILABLE UPON REQUEST

ANDREW MUNOZ
ADDRESS AVAILABLE UPON REQUEST

ANDREW MURRAY VINEYARDS, LLC
PO BOX 718
LOS OLIVOS, CA  93441

ANDREW NEWCOMBE
ADDRESS AVAILABLE UPON REQUEST

ANDREW PAUL HARACOURT
ADDRESS AVAILABLE UPON REQUEST

ANDREW PETER MEDVEDEV
ADDRESS AVAILABLE UPON REQUEST

ANDREW POWELL
ADDRESS AVAILABLE UPON REQUEST

ANDREW REGALADO
ADDRESS AVAILABLE UPON REQUEST

ANDREW REILLY
ADDRESS AVAILABLE UPON REQUEST

ANDREW RIDGE
ADDRESS AVAILABLE UPON REQUEST

ANDREW ROSEN
ADDRESS AVAILABLE UPON REQUEST

ANDREW SAULINO
ADDRESS AVAILABLE UPON REQUEST

ANDREW SCHNEIDER
ADDRESS AVAILABLE UPON REQUEST

ANDREW SETSER
ADDRESS AVAILABLE UPON REQUEST

ANDREW SNELLA
ADDRESS AVAILABLE UPON REQUEST

ANDREW STENCIL
ADDRESS AVAILABLE UPON REQUEST

ANDREW THAN
ADDRESS AVAILABLE UPON REQUEST

ANDREW THEODORE BAY
ADDRESS AVAILABLE UPON REQUEST

ANDREW TODD FUNK
ADDRESS AVAILABLE UPON REQUEST

ANDREW VANDERSCHAAF
ADDRESS AVAILABLE UPON REQUEST

ANDREW VOGL
ADDRESS AVAILABLE UPON REQUEST

ANDREW VRIEZE
ADDRESS AVAILABLE UPON REQUEST

ANDREW WERNER
ADDRESS AVAILABLE UPON REQUEST

ANDREW, BETHANY
ADDRESS AVAILABLE UPON REQUEST

ANDREW, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ANDREW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDREW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDREW, MACHELLE
ADDRESS AVAILABLE UPON REQUEST

ANDREW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALAN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALAN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ALY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, AMBER
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, CYNDY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, DIANE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, HARRISON
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, IAIN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, JASON
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, JASON
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, JULIA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KATE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KATE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KEISHA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KEITH
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KELLI
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, KYLE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MARK
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MARY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MARY
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, NIKOLAS
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, TOM
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, TOM
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ANDREWS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ANDREWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANDREY ZAHARIEV
ADDRESS AVAILABLE UPON REQUEST

ANDREYEV, TATYANA
ADDRESS AVAILABLE UPON REQUEST

ANDRIA, JAMES,
ADDRESS AVAILABLE UPON REQUEST

ANDRIAKOS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ANDRIAKOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANDRIANA BOULDIN
ADDRESS AVAILABLE UPON REQUEST

ANDRIANI, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ANDRICK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANDRIELLA, FABRIANA
ADDRESS AVAILABLE UPON REQUEST

ANDRIESCU, CORINA
ADDRESS AVAILABLE UPON REQUEST

ANDRIGHETTI, JOHN
ADDRESS AVAILABLE UPON REQUEST

ANDRIJIC, JELICA
ADDRESS AVAILABLE UPON REQUEST

ANDRING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDRING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ANDRIOLE, CHIARA
ADDRESS AVAILABLE UPON REQUEST

ANDRIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ANDRIST, SHARISSA
ADDRESS AVAILABLE UPON REQUEST

ANDRIYEVSKA, VIRA
ADDRESS AVAILABLE UPON REQUEST

ANDRLE, TOM
ADDRESS AVAILABLE UPON REQUEST

ANDRON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANDROS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ANDROSKY, AYLA
ADDRESS AVAILABLE UPON REQUEST

ANDROSOV, INESSA
ADDRESS AVAILABLE UPON REQUEST

ANDROY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANDRUS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

ANDRUS, KAT
ADDRESS AVAILABLE UPON REQUEST

ANDRUZZI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ANDUEZA, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

ANDUIZA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ANDUJAR BLOM, KAT
ADDRESS AVAILABLE UPON REQUEST

ANDUJAR, JOAN
ADDRESS AVAILABLE UPON REQUEST

ANDUJO, LUPE
ADDRESS AVAILABLE UPON REQUEST

ANDY DEMESIER
ADDRESS AVAILABLE UPON REQUEST

ANDY J LOCKSMITH
ADDRESS AVAILABLE UPON REQUEST

ANEESAH SMITH
ADDRESS AVAILABLE UPON REQUEST

ANEJA, HARDIK
ADDRESS AVAILABLE UPON REQUEST

ANEMA, JANELL
ADDRESS AVAILABLE UPON REQUEST

ANESE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANESHIA BLACK
ADDRESS AVAILABLE UPON REQUEST

ANESSA DESARNO
ADDRESS AVAILABLE UPON REQUEST

ANFINSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

ANG MCMANAMON
ADDRESS AVAILABLE UPON REQUEST

ANG, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

ANGARA, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

ANGE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ANGEL BARAJAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ANGEL MAID BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

ANGEL SINGH
ADDRESS AVAILABLE UPON REQUEST

ANGEL VERA
ADDRESS AVAILABLE UPON REQUEST

ANGEL, BETH
ADDRESS AVAILABLE UPON REQUEST

ANGEL, CATALINA
ADDRESS AVAILABLE UPON REQUEST

ANGEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ANGEL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

ANGEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

ANGEL, EARTH
ADDRESS AVAILABLE UPON REQUEST

ANGEL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ANGEL, FERMIN
ADDRESS AVAILABLE UPON REQUEST

ANGEL, IRIZARRY
ADDRESS AVAILABLE UPON REQUEST

ANGEL, JACK
ADDRESS AVAILABLE UPON REQUEST

ANGEL, PATTY
ADDRESS AVAILABLE UPON REQUEST

ANGEL, RITA
ADDRESS AVAILABLE UPON REQUEST

ANGEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ANGELA ANGELOSANTO
ADDRESS AVAILABLE UPON REQUEST

ANGELA CASE
ADDRESS AVAILABLE UPON REQUEST

ANGELA CONCEPCION
ADDRESS AVAILABLE UPON REQUEST

ANGELA DEMARCO
ADDRESS AVAILABLE UPON REQUEST

ANGELA FALL
ADDRESS AVAILABLE UPON REQUEST

ANGELA FORERO
ADDRESS AVAILABLE UPON REQUEST

ANGELA HARVEY, PETER HARVEY
ADDRESS AVAILABLE UPON REQUEST

ANGELA HOWARD
ADDRESS AVAILABLE UPON REQUEST

ANGELA JO SILVERMAN
ADDRESS AVAILABLE UPON REQUEST

ANGELA KILLOREN
ADDRESS AVAILABLE UPON REQUEST

ANGELA MIN
ADDRESS AVAILABLE UPON REQUEST

ANGELA ROUSE
ADDRESS AVAILABLE UPON REQUEST

ANGELA SCHELLENBERG
ADDRESS AVAILABLE UPON REQUEST

ANGELA STEMMLER
ADDRESS AVAILABLE UPON REQUEST

ANGELA STOUT
ADDRESS AVAILABLE UPON REQUEST

ANGELA TRIPLETT PIERCE
ADDRESS AVAILABLE UPON REQUEST

ANGELA WARD
ADDRESS AVAILABLE UPON REQUEST

ANGELA WILSON
ADDRESS AVAILABLE UPON REQUEST

ANGELA, MS
ADDRESS AVAILABLE UPON REQUEST

ANGELA, PILETZ,
ADDRESS AVAILABLE UPON REQUEST

ANGELBECK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANGELEE RICHARDS
ADDRESS AVAILABLE UPON REQUEST

ANGELES WINE AGENCY
ADDRESS UNAVAILABLE AT TIME OF FILING

ANGELES, JANELLA
ADDRESS AVAILABLE UPON REQUEST

ANGELES, KAT
ADDRESS AVAILABLE UPON REQUEST

ANGELES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANGELES, NORA
ADDRESS AVAILABLE UPON REQUEST

ANGELES, STACEY
ADDRESS AVAILABLE UPON REQUEST

ANGELES, TATUM
ADDRESS AVAILABLE UPON REQUEST

ANGELICA LEON
ADDRESS AVAILABLE UPON REQUEST

ANGELICA VARGAS
ADDRESS AVAILABLE UPON REQUEST

ANGELICA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ANGELICO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ANGELINA MINONDO
ADDRESS AVAILABLE UPON REQUEST

ANGELINAS PANINI BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

ANGELINE, CODY
ADDRESS AVAILABLE UPON REQUEST

ANGELINE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ANGELINI, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ANGELINO, ROBERT & PAULA
ADDRESS AVAILABLE UPON REQUEST

ANGELIQUE, AISHA
ADDRESS AVAILABLE UPON REQUEST

ANGELIU, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

ANGELL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ANGELL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ANGELL, LUCY
ADDRESS AVAILABLE UPON REQUEST

ANGELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ANGELLO MAGGIO
ADDRESS AVAILABLE UPON REQUEST

ANGELO LAURY IVORY
ADDRESS AVAILABLE UPON REQUEST

ANGELO RELLA
ADDRESS AVAILABLE UPON REQUEST

ANGELO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ANGELO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ANGELO, CAROL
ADDRESS AVAILABLE UPON REQUEST

ANGELO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANGELO, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

ANGELONI, TANYA
ADDRESS AVAILABLE UPON REQUEST

ANGELS II LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

ANGELY TAVARES
ADDRESS AVAILABLE UPON REQUEST

ANGERER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ANGERMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ANGERMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANGERMANN, RANDOLPH
ADDRESS AVAILABLE UPON REQUEST

ANGEROSA, MATT
ADDRESS AVAILABLE UPON REQUEST

ANGEROSA, NICO
ADDRESS AVAILABLE UPON REQUEST

ANGERS, MONICA
ADDRESS AVAILABLE UPON REQUEST

ANGHEL, STEFAN
ADDRESS AVAILABLE UPON REQUEST

ANGIE FREESEN
ADDRESS AVAILABLE UPON REQUEST

ANGIE LEE
ADDRESS AVAILABLE UPON REQUEST

ANGIE NEWTON, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ANGIE RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

ANGIE SUNDSTROM
ADDRESS AVAILABLE UPON REQUEST

ANGKASA, CLARISSE
ADDRESS AVAILABLE UPON REQUEST

ANGLADE, DEMISHA
ADDRESS AVAILABLE UPON REQUEST

ANGLADE, MERCELITA
ADDRESS AVAILABLE UPON REQUEST

ANGLE, CALEB
ADDRESS AVAILABLE UPON REQUEST

ANGLE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ANGLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ANGLES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANGLEWICZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANGLEY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ANGLIM, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, A
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, KARLA
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ANGLIN, TESS
ADDRESS AVAILABLE UPON REQUEST

ANGONE, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

ANGORN, SARA
ADDRESS AVAILABLE UPON REQUEST

ANGOTTA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANGOTTA, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

ANGOWITZ, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ANGST, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANGSTADT, GARY
ADDRESS AVAILABLE UPON REQUEST

ANGSTEN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ANGUIANO, ALMA
ADDRESS AVAILABLE UPON REQUEST

ANGUIANO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ANGULO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ANGULO, J.J.
ADDRESS AVAILABLE UPON REQUEST

ANGUN, COLPAN
ADDRESS AVAILABLE UPON REQUEST

ANGUS ANDREW CHARLES EVENDEN
ADDRESS AVAILABLE UPON REQUEST

ANGUS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ANGUS, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

ANHALTZER, MARISA
ADDRESS AVAILABLE UPON REQUEST

ANHEUSER, LOLA
ADDRESS AVAILABLE UPON REQUEST

ANHORN, NICKOLE
ADDRESS AVAILABLE UPON REQUEST

ANIADES, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

ANICCA LLC. (WINEWARS)
5438 WOODLEY LANE
MADISON, WI  53713

ANICH, SHARON
ADDRESS AVAILABLE UPON REQUEST

ANICHINI, DEAN
ADDRESS AVAILABLE UPON REQUEST

ANICHINI, JANE
ADDRESS AVAILABLE UPON REQUEST

ANIGUID, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANIL CHINTAPARTHI
ADDRESS AVAILABLE UPON REQUEST

ANIL KUMAR LALA
ADDRESS AVAILABLE UPON REQUEST

ANIL NAIR
ADDRESS AVAILABLE UPON REQUEST

ANILKUMAR N PAI
ADDRESS AVAILABLE UPON REQUEST

ANISA PATEL
ADDRESS AVAILABLE UPON REQUEST

ANISH JACOB
ADDRESS AVAILABLE UPON REQUEST

ANISIMOV, ARIADNA
ADDRESS AVAILABLE UPON REQUEST

ANISKO, JAMES
ADDRESS AVAILABLE UPON REQUEST

ANITA HUNTSMAN
ADDRESS AVAILABLE UPON REQUEST

ANITA L CHANTARASAKA
ADDRESS AVAILABLE UPON REQUEST

ANJALI IYER
ADDRESS AVAILABLE UPON REQUEST

ANJALI SIMH
ADDRESS AVAILABLE UPON REQUEST

ANJAN, SHWETA
ADDRESS AVAILABLE UPON REQUEST

ANJANA RAMES
ADDRESS AVAILABLE UPON REQUEST

ANJORIE JHAVERI
ADDRESS AVAILABLE UPON REQUEST

ANJORIN, KEMISOLA
ADDRESS AVAILABLE UPON REQUEST

ANK, IRENE
ADDRESS AVAILABLE UPON REQUEST

ANKENY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ANKENY, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

ANKENY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ANKERMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

ANKIT SRIVASTAVA
ADDRESS AVAILABLE UPON REQUEST

ANKROM, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ANKROM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ANKUDOWICH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANKUR GARG
ADDRESS AVAILABLE UPON REQUEST

ANKUR SAHNI
ADDRESS AVAILABLE UPON REQUEST

ANN CHERNICOFF
ADDRESS AVAILABLE UPON REQUEST

ANN COLLINS
ADDRESS AVAILABLE UPON REQUEST

ANN D MASSARO
ADDRESS AVAILABLE UPON REQUEST

ANN GARY OLIVER, ANN
ADDRESS AVAILABLE UPON REQUEST

ANN KROLL
ADDRESS AVAILABLE UPON REQUEST

ANN L JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ANN LAURITZEN
ADDRESS AVAILABLE UPON REQUEST

ANN LIPCSEY
ADDRESS AVAILABLE UPON REQUEST

ANN LOUDERMILK
ADDRESS AVAILABLE UPON REQUEST

ANN MARIE BELLOWS
ADDRESS AVAILABLE UPON REQUEST

ANN MOYER
ADDRESS AVAILABLE UPON REQUEST

ANN NAPELA T GASPANG
ADDRESS AVAILABLE UPON REQUEST

ANN SCHMID
ADDRESS AVAILABLE UPON REQUEST

ANN TROY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ANN
ADDRESS AVAILABLE UPON REQUEST

ANN, BETH
ADDRESS AVAILABLE UPON REQUEST

ANN, BETH
ADDRESS AVAILABLE UPON REQUEST

ANN, CARLY
ADDRESS AVAILABLE UPON REQUEST

ANN, JESSI
ADDRESS AVAILABLE UPON REQUEST

ANN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ANN, JO
ADDRESS AVAILABLE UPON REQUEST

ANN, JO
ADDRESS AVAILABLE UPON REQUEST

ANN, JODY
ADDRESS AVAILABLE UPON REQUEST

ANN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ANN, LAURA
ADDRESS AVAILABLE UPON REQUEST

ANN, LEE
ADDRESS AVAILABLE UPON REQUEST

ANN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ANN, LEONA
ADDRESS AVAILABLE UPON REQUEST

ANN, MADISON
ADDRESS AVAILABLE UPON REQUEST

ANN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANN, MARY
ADDRESS AVAILABLE UPON REQUEST

ANNA BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

ANNA BROWN
ADDRESS AVAILABLE UPON REQUEST

ANNA COLQUITT
ADDRESS AVAILABLE UPON REQUEST

ANNA DIAZ
ADDRESS AVAILABLE UPON REQUEST

ANNA DORAZIO
ADDRESS AVAILABLE UPON REQUEST

ANNA ELIZABETH STRAHAN
ADDRESS AVAILABLE UPON REQUEST

ANNA GAIDAENKO
ADDRESS AVAILABLE UPON REQUEST

ANNA HARTNETT
ADDRESS AVAILABLE UPON REQUEST

ANNA HINCK
ADDRESS AVAILABLE UPON REQUEST

ANNA KAPYRINA
ADDRESS AVAILABLE UPON REQUEST

ANNA KARIN LEVIN
ADDRESS AVAILABLE UPON REQUEST

ANNA LEE GIGLIOTTI
ADDRESS AVAILABLE UPON REQUEST

ANNA MADRID
ADDRESS AVAILABLE UPON REQUEST

ANNA MATHIASEN
ADDRESS AVAILABLE UPON REQUEST

ANNA MCNAB
ADDRESS AVAILABLE UPON REQUEST

ANNA NISSEN
ADDRESS AVAILABLE UPON REQUEST

ANNA OSULLIVAN
ADDRESS AVAILABLE UPON REQUEST

ANNA ROPALO
ADDRESS AVAILABLE UPON REQUEST

ANNA RUNNER
ADDRESS AVAILABLE UPON REQUEST

ANNA SCHUETZENHOFER
ADDRESS AVAILABLE UPON REQUEST

ANNA THOMAS
ADDRESS AVAILABLE UPON REQUEST

ANNA WATERHOUSE
ADDRESS AVAILABLE UPON REQUEST

ANNA, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANNABELLE FIGUEROA
ADDRESS AVAILABLE UPON REQUEST

ANNALIESE, SCHULER,
ADDRESS AVAILABLE UPON REQUEST

ANNAMARIE HILL
ADDRESS AVAILABLE UPON REQUEST

ANNAMOUKHAMEDOBA, GOZEL
ADDRESS AVAILABLE UPON REQUEST

ANNAN, PRECIOUS
ADDRESS AVAILABLE UPON REQUEST

ANNARELLI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ANNE CRAMER
ADDRESS AVAILABLE UPON REQUEST

ANNE CROWE
ADDRESS AVAILABLE UPON REQUEST

ANNE FREEMAN
ADDRESS AVAILABLE UPON REQUEST

ANNE GRAY
ADDRESS AVAILABLE UPON REQUEST

ANNE HEIKE
ADDRESS AVAILABLE UPON REQUEST

ANNE LARKIN
ADDRESS AVAILABLE UPON REQUEST

ANNE LOUGHRAIN
ADDRESS AVAILABLE UPON REQUEST

ANNE MARIE KEARNS
ADDRESS AVAILABLE UPON REQUEST

ANNE MESSING
ADDRESS AVAILABLE UPON REQUEST

ANNE MORPHETT
ADDRESS AVAILABLE UPON REQUEST

ANNE NETTLETON
ADDRESS AVAILABLE UPON REQUEST

ANNE NICOLE GREEN
ADDRESS AVAILABLE UPON REQUEST

ANNE ROCKEY
ADDRESS AVAILABLE UPON REQUEST

ANNE SARSFIELD
ADDRESS AVAILABLE UPON REQUEST

ANNE SCHELDE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANNE SHELTON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ANNE STEELE
ADDRESS AVAILABLE UPON REQUEST

ANNE STEPTOE
ADDRESS AVAILABLE UPON REQUEST

ANNE WINTERS
ADDRESS AVAILABLE UPON REQUEST

ANNE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ANNE, MARY
ADDRESS AVAILABLE UPON REQUEST

ANNE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANNE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ANNEMARIE DREISTADT
ADDRESS AVAILABLE UPON REQUEST

ANNEMARIE HUBER
ADDRESS AVAILABLE UPON REQUEST

ANNEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

ANNEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ANNETTE K APPELBAUM
ADDRESS AVAILABLE UPON REQUEST

ANNETTE PETRUCELLI
ADDRESS AVAILABLE UPON REQUEST

ANNIE CAMPBELL CATERING
ADDRESS AVAILABLE UPON REQUEST

ANNIE FLETCHER
ADDRESS AVAILABLE UPON REQUEST

ANNIE GOMEZ
ADDRESS AVAILABLE UPON REQUEST

ANNIE HEISS
ADDRESS AVAILABLE UPON REQUEST

ANNIE HERVEY
ADDRESS AVAILABLE UPON REQUEST

ANNIE MOYER
ADDRESS AVAILABLE UPON REQUEST

ANNIE O'CONNELL
ADDRESS AVAILABLE UPON REQUEST

ANNIE PREECE
ADDRESS AVAILABLE UPON REQUEST

ANNIE ROUSSEAU
ADDRESS AVAILABLE UPON REQUEST

ANNIE, KEITA
ADDRESS AVAILABLE UPON REQUEST

ANNIES EDIBLES INC.
3606 HOLDREGE AVE
LOS ANGELES, CA  90016

ANNIKA MISCHE
ADDRESS AVAILABLE UPON REQUEST

ANNIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANNIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ANNUNZIATA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ANNUNZIATO, NORA
ADDRESS AVAILABLE UPON REQUEST

ANONYMOUS VENDOR
ADDRESS UNAVAILABLE AT TIME OF FILING

ANOP, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ANOSHINA, NADEZHDA
ADDRESS AVAILABLE UPON REQUEST

ANOSIKE, NNEOMA
ADDRESS AVAILABLE UPON REQUEST

ANOSKEY, ALANA
ADDRESS AVAILABLE UPON REQUEST

ANSALDI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ANSARI, AYDIN
ADDRESS AVAILABLE UPON REQUEST

ANSBERRY, TIM
ADDRESS AVAILABLE UPON REQUEST

ANSBRO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANSEL, JORDYN
ADDRESS AVAILABLE UPON REQUEST

ANSELL, JOY
ADDRESS AVAILABLE UPON REQUEST

ANSELMI, CARLI
ADDRESS AVAILABLE UPON REQUEST

ANSELMI, CODY
ADDRESS AVAILABLE UPON REQUEST

ANSELMO, DIANE
ADDRESS AVAILABLE UPON REQUEST

ANSELMO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANSELMO, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANSELMO, NELANDRA
ADDRESS AVAILABLE UPON REQUEST

ANSLEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

ANSLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

ANSLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANSLOAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

ANSON ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

ANSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ANSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ANSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ANSONG-MANU, PETER
ADDRESS AVAILABLE UPON REQUEST

ANSTEAD, TRACY
ADDRESS AVAILABLE UPON REQUEST

ANSTEY, MELODIE
ADDRESS AVAILABLE UPON REQUEST

ANSZPERGER, JAN
ADDRESS AVAILABLE UPON REQUEST

ANTAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANTAMENG, NICODEMUS
ADDRESS AVAILABLE UPON REQUEST

ANTAO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

ANTAR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANTCLIFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANTEBI CROWE PROPERTY LLC
3350 MONTREAL STATION
TUCKER, GA  30084

ANTENUCCI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ANTES, RALPH
ADDRESS AVAILABLE UPON REQUEST

ANTHEM BLUE CROSS
PO BOX 54630
LOS ANGELES, CA  90054-0630

ANTHEM
ADDRESS UNAVAILABLE AT TIME OF FILING

ANTHES-WASHBURN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ANTHIS, CARLA
ADDRESS AVAILABLE UPON REQUEST

ANTHONY ARELLANO-KRUSE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY BARRETT KOCH
ADDRESS AVAILABLE UPON REQUEST

ANTHONY BELLO SPARKS
ADDRESS AVAILABLE UPON REQUEST

ANTHONY BOLOGNESE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY BOZZANO, LLC
(DBA BOZZANO AND COMPANY)
PO BOX 14105
SAN LUIS OBISPO, CA  93406

ANTHONY BRISSON
ADDRESS AVAILABLE UPON REQUEST

ANTHONY BROWN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY CHENG
ADDRESS AVAILABLE UPON REQUEST

ANTHONY CHRISTOPHER MANILLA
ADDRESS AVAILABLE UPON REQUEST

ANTHONY DAIUTO
ADDRESS AVAILABLE UPON REQUEST

ANTHONY ELTON BECKETT
ADDRESS AVAILABLE UPON REQUEST

ANTHONY FARELLO
ADDRESS AVAILABLE UPON REQUEST

ANTHONY GIORDANO
ADDRESS AVAILABLE UPON REQUEST

ANTHONY HILL
ADDRESS AVAILABLE UPON REQUEST

ANTHONY HOEFER
ADDRESS AVAILABLE UPON REQUEST

ANTHONY J BONO
ADDRESS AVAILABLE UPON REQUEST

ANTHONY JACKSON
ADDRESS AVAILABLE UPON REQUEST

ANTHONY JETER
ADDRESS AVAILABLE UPON REQUEST

ANTHONY LACCONA
ADDRESS AVAILABLE UPON REQUEST

ANTHONY LUPO JR
ADDRESS AVAILABLE UPON REQUEST

ANTHONY MOFFETT
ADDRESS AVAILABLE UPON REQUEST

ANTHONY NEAL SUNDQUIST
ADDRESS AVAILABLE UPON REQUEST

ANTHONY NIYAMUDDIN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY PORTO
ADDRESS AVAILABLE UPON REQUEST

ANTHONY SILVA
ADDRESS AVAILABLE UPON REQUEST

ANTHONY THOMAS
ADDRESS AVAILABLE UPON REQUEST

ANTHONY TRUONG
ADDRESS AVAILABLE UPON REQUEST

ANTHONY VELEZ
ADDRESS AVAILABLE UPON REQUEST

ANTHONY VERKRUYSE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY VINES
ADDRESS AVAILABLE UPON REQUEST

ANTHONY WHERRY
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CASEY
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CATHY
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CHAD
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, GERALD
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, JACOB
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, JASPER
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, JULIE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, KATIE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, KYLE
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, LIZ
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, NICK
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, TOM
ADDRESS AVAILABLE UPON REQUEST

ANTHONY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ANTHROPOLOGIE
ADDRESS UNAVAILABLE AT TIME OF FILING

ANTI, MELODY
ADDRESS AVAILABLE UPON REQUEST

ANTICO, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

ANTIGUA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ANTIL, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

ANTIL, VINEET
ADDRESS AVAILABLE UPON REQUEST

ANTILL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ANTILLON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ANTINIS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ANTINOZZI, VINCENZO
ADDRESS AVAILABLE UPON REQUEST

ANTKOWIAK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ANTLEY, LEE
ADDRESS AVAILABLE UPON REQUEST

ANTLITZ, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ANTOGNINI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ANTOINE BAILEY
ADDRESS AVAILABLE UPON REQUEST

ANTOINE GEORGES
ADDRESS AVAILABLE UPON REQUEST

ANTOINETTE HIMEL
ADDRESS AVAILABLE UPON REQUEST

ANTOINETTE MAYS
ADDRESS AVAILABLE UPON REQUEST

ANTOL, SHELLY
ADDRESS AVAILABLE UPON REQUEST

ANTOLIK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ANTOLIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ANTOLINI, TOM
ADDRESS AVAILABLE UPON REQUEST

ANTOLOS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ANTOLOVIC, AMY
ADDRESS AVAILABLE UPON REQUEST

ANTON UNIIAT
ADDRESS AVAILABLE UPON REQUEST

ANTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ANTON, MARY
ADDRESS AVAILABLE UPON REQUEST

ANTON, MARY
ADDRESS AVAILABLE UPON REQUEST

ANTON, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

ANTONACCI, BARB
ADDRESS AVAILABLE UPON REQUEST

ANTONACCI, DIANE
ADDRESS AVAILABLE UPON REQUEST

ANTONANGELI, JADE
ADDRESS AVAILABLE UPON REQUEST

ANTONELLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ANTONELLI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ANTONELLIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANTONETTE BOYNES
ADDRESS AVAILABLE UPON REQUEST

ANTONETTI, LOU
ADDRESS AVAILABLE UPON REQUEST

ANTONETTI-RICKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ANTONI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ANTONIA CABRERA ESCOBAR, CECILIA
ADDRESS AVAILABLE UPON REQUEST

ANTONIADIS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ANTONIAZZI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ANTONIAZZI, BART
ADDRESS AVAILABLE UPON REQUEST

ANTONINI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANTONIO CASELLAS-BOND
ADDRESS AVAILABLE UPON REQUEST

ANTONIO DE NOVA DAGNINO
ADDRESS AVAILABLE UPON REQUEST

ANTONIO DIAZ
ADDRESS AVAILABLE UPON REQUEST

ANTONIO GRAY
ADDRESS AVAILABLE UPON REQUEST

ANTONIO LUIS REGO CANHA
ADDRESS AVAILABLE UPON REQUEST

ANTONIO MANUEL CHARONDO
ADDRESS AVAILABLE UPON REQUEST

ANTONIO THOMPSON
ADDRESS AVAILABLE UPON REQUEST

ANTONIO YACOVELLI
ADDRESS AVAILABLE UPON REQUEST

ANTONIO, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ANTONIO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ANTONIO, JUAN
ADDRESS AVAILABLE UPON REQUEST

ANTONIO, MARCIA
ADDRESS AVAILABLE UPON REQUEST

ANTONIOLI, ERIN
ADDRESS AVAILABLE UPON REQUEST

ANTONIOS SKORDAS
ADDRESS AVAILABLE UPON REQUEST

ANTONIOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANTONISSEN, OLA
ADDRESS AVAILABLE UPON REQUEST

ANTONITIS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ANTONOPLOS, KERRI
ADDRESS AVAILABLE UPON REQUEST

ANTONOPOULOS, VICKY
ADDRESS AVAILABLE UPON REQUEST

ANTONOVA, LYUDMILA
ADDRESS AVAILABLE UPON REQUEST

ANTONOWICZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ANTONOWICZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ANTONOWICZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

ANTONSEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ANTONUCCI, ALEX
ADDRESS AVAILABLE UPON REQUEST

ANTONUCCI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ANTONUCCI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ANTOS, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

ANTOSHAK, ANN
ADDRESS AVAILABLE UPON REQUEST

ANTRAM, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ANTRIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANTUNEZ, VALERIA
ADDRESS AVAILABLE UPON REQUEST

ANUFRIYEVA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ANUGO, NDIDIAMAKA
ADDRESS AVAILABLE UPON REQUEST

ANUJ BAVEJA
ADDRESS AVAILABLE UPON REQUEST

ANUJ OSWAL
ADDRESS AVAILABLE UPON REQUEST

ANUJ PATEL
ADDRESS AVAILABLE UPON REQUEST

ANUNDSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ANURAG JAIN
ADDRESS AVAILABLE UPON REQUEST

ANWAR DAVID ILLUSTRATION
ADDRESS UNAVAILABLE AT TIME OF FILING

ANWAR H PATWARY
ADDRESS AVAILABLE UPON REQUEST

ANWAR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ANWESH ACHARYA, 3238 MEADWAY DR
ADDRESS AVAILABLE UPON REQUEST

ANYA EDSTROM
ADDRESS AVAILABLE UPON REQUEST

ANYA FEINBERG
ADDRESS AVAILABLE UPON REQUEST

ANYANWU, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

ANYANWU, OGECHI
ADDRESS AVAILABLE UPON REQUEST

ANYELY DE LOS SANTOS
ADDRESS AVAILABLE UPON REQUEST

ANYIKA, KALISTA
ADDRESS AVAILABLE UPON REQUEST

ANYIKUDE, JENN
ADDRESS AVAILABLE UPON REQUEST

ANYON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ANYPROMO
ADDRESS UNAVAILABLE AT TIME OF FILING

ANZALDI FAMILY, THE
ADDRESS AVAILABLE UPON REQUEST

ANZALONE, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

ANZALONE, SARINA
ADDRESS AVAILABLE UPON REQUEST

ANZANO, KENT
ADDRESS AVAILABLE UPON REQUEST

ANZARDO VALDES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ANZHELA STOROZHENKO
ADDRESS AVAILABLE UPON REQUEST

ANZUENA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

AO, LIN
ADDRESS AVAILABLE UPON REQUEST

AOB LLC (AUSTIN ON BUDGET)
811 E 11TH STREET APT 148
AUSTIN, TX 78702

AOL ADVERTISING INC
22000 AOL WAY
DULLES, VA 20166

AOL ADVERTISING INC
GENERAL POST OFFICE PO BOX 5696
NEW YORK, NY 10087-5696

APA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

APAH, MARK
ADDRESS AVAILABLE UPON REQUEST

APAKIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

APAR, ELISSA
ADDRESS AVAILABLE UPON REQUEST

APARBAL, CINDY
ADDRESS AVAILABLE UPON REQUEST

APARICIO, KATE
ADDRESS AVAILABLE UPON REQUEST

APARO, EMALEE
ADDRESS AVAILABLE UPON REQUEST

APARTMENT 3B PRODUCTIONS
10202 W. WASHINGTON BOULEVARD
POITIER BUILDING, SUITE 3111
CULVER CITY, CA 90232

APARTMENTS, RIVERWALK
ADDRESS AVAILABLE UPON REQUEST

APATIGA SALGADO, ISMAEL
ADDRESS AVAILABLE UPON REQUEST

APAU, ABENA
ADDRESS AVAILABLE UPON REQUEST

APEA, ADWOA
ADDRESS AVAILABLE UPON REQUEST

APEL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

APELIAN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

APELLANIZ, JUNE
ADDRESS AVAILABLE UPON REQUEST

APELLIDO, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

APEX CUSTODIAN FBO DAVID J DECKER
TRAD IRA
11 RAMBLE LN
BURNT HILLS, NY 12027

APEX/ETRADE (0158/0385)
C/O BRDRIDGE SECS PROCESSING
ATT: YASMINE CASSEUS, 2 GATEWAY CTR
283-299 MARKET ST - 16TH FL
NEWARK, NJ 07102

APICELLO, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

APICI, CHIARA
ADDRESS AVAILABLE UPON REQUEST

APKARIAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

APLE, RAGAN
ADDRESS AVAILABLE UPON REQUEST

APLIN, BRET
ADDRESS AVAILABLE UPON REQUEST

APODACA, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

APODACA, KYLIE
ADDRESS AVAILABLE UPON REQUEST

APODACA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

APODACA, RENE
ADDRESS AVAILABLE UPON REQUEST

APOLITO, NAIROBYS
ADDRESS AVAILABLE UPON REQUEST

APOLLON, BIANCA
ADDRESS AVAILABLE UPON REQUEST

APOLLONIO CASA VINICOLA S.R.L.
VIA S. PIETRO IN LAMA, 7 - 73047
MONTERONI DI LECCE (LE)
ITALY

APOLONIO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

APONIK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

APONTE, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

APONTE, ERICA
ADDRESS AVAILABLE UPON REQUEST

APONTE, JAMES
ADDRESS AVAILABLE UPON REQUEST

APONTE, JARED
ADDRESS AVAILABLE UPON REQUEST

APONTE, KARLA
ADDRESS AVAILABLE UPON REQUEST

APONTE, KASEY
ADDRESS AVAILABLE UPON REQUEST

APONTE, LARISSA
ADDRESS AVAILABLE UPON REQUEST

APONTE, MARIA
ADDRESS AVAILABLE UPON REQUEST

APONTE, MARISA
ADDRESS AVAILABLE UPON REQUEST

APONTE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

APONTE-GUITEAU, SANDRA
ADDRESS AVAILABLE UPON REQUEST

APONTE-ROSSINI, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

APOSHIAN, SARKIS
ADDRESS AVAILABLE UPON REQUEST

APOSTOL, PAUL
ADDRESS AVAILABLE UPON REQUEST

APOSTOLICO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

APPA, AYESHA
ADDRESS AVAILABLE UPON REQUEST

APPAREL MEDIA GROUP, INC. (SPARKGIFT)
314 W INSTITUTE PL  3E
CHICAGO, IL  60610

APPAREL MEDIA GROUP, INC. (SPARKGIFT)
SPARK COMMERCE, INC
2910 DISTRICT AVE SUITE 300
FAIRFAX, VA  22031

APPAREL, PAWOL
ADDRESS AVAILABLE UPON REQUEST

APPEL, ANA
ADDRESS AVAILABLE UPON REQUEST

APPEL, AVI
ADDRESS AVAILABLE UPON REQUEST

APPEL, BRI
ADDRESS AVAILABLE UPON REQUEST

APPEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

APPEL, LISA
ADDRESS AVAILABLE UPON REQUEST

APPEL, LISA
ADDRESS AVAILABLE UPON REQUEST

APPELBAUM, ALLISON
ADDRESS AVAILABLE UPON REQUEST

APPELBAUM, TAMARAN
ADDRESS AVAILABLE UPON REQUEST

APPELGATE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

APPELL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

APPELL, RYANN
ADDRESS AVAILABLE UPON REQUEST

APPELLE, RENEE
ADDRESS AVAILABLE UPON REQUEST

APPELT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

APPERSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

APPIAH, AMBER
ADDRESS AVAILABLE UPON REQUEST

APPLE
ADDRESS UNAVAILABLE AT TIME OF FILING

APPLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

APPLE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

APPLE, ELLIE
ADDRESS AVAILABLE UPON REQUEST

APPLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

APPLE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

APPLEBAUM, SY
ADDRESS AVAILABLE UPON REQUEST

APPLEBEAS
ADDRESS UNAVAILABLE AT TIME OF FILING

APPLEBEE, ANNA
ADDRESS AVAILABLE UPON REQUEST

APPLEBEE, KERI
ADDRESS AVAILABLE UPON REQUEST

APPLEBY, DIANE
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, ALAN
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, JOHN
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, KELLY
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, KYAL
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, LISA
ADDRESS AVAILABLE UPON REQUEST

APPLEGATE, ROGER
ADDRESS AVAILABLE UPON REQUEST

APPLE-IAD MEDIA
ADDRESS UNAVAILABLE AT TIME OF FILING

APPLEQUIST, KELSEY
ADDRESS AVAILABLE UPON REQUEST

APPLETON, CATHY
ADDRESS AVAILABLE UPON REQUEST

APPLETON, JULIE
ADDRESS AVAILABLE UPON REQUEST

APPLETON, KAREN
ADDRESS AVAILABLE UPON REQUEST

APPLETON, MONECE
ADDRESS AVAILABLE UPON REQUEST

APPLETON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

APPLEWHITE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

APPLEYARD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

APPLYU INC.
322 W 52ND STR  180
NEW YORK, NY  10101

APPNEL, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

APPNEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

APPOLDT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

APPRAISAL, BLOSSMAN
ADDRESS AVAILABLE UPON REQUEST

APRICENO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

APRIL BERGSTROM
ADDRESS AVAILABLE UPON REQUEST

APRIL CORNELL
ADDRESS AVAILABLE UPON REQUEST

APRIL GUO
ADDRESS AVAILABLE UPON REQUEST

APRIL LONGHITANO
ADDRESS AVAILABLE UPON REQUEST

APRIL VANLEEVE
ADDRESS AVAILABLE UPON REQUEST

APRIL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

APRILL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

APRUZZESE, MARY
ADDRESS AVAILABLE UPON REQUEST

APT, GREG
ADDRESS AVAILABLE UPON REQUEST

APT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

APTITUDE MEDIA, INC.
2407 S CONGRESS AVE, STE E  135
AUSTIN, TX  78704

APURV KULKARNI
ADDRESS AVAILABLE UPON REQUEST

APW FINANCIAL LLC
ADDRESS AVAILABLE UPON REQUEST

AQUA GREEN SOLUTIONS
1140 WALL STREET,  733
LA JOLLA, CA  92037

AQUA GREEN SOLUTIONS
P.O. BOX 2
DEL MAR, CA  92014

AQUENT LLC
501 BOYLSTON STREET, SUITE 3101
BOSTON, MA  02116

AQUENT LLC
FILE 70238
LOS ANGELES, CA  90074-0238

AQUI, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

AQUILINA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

AQUILINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

AQUILINA, ERICA
ADDRESS AVAILABLE UPON REQUEST

AQUILINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AQUINO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

AQUINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AQUINO, CAREY
ADDRESS AVAILABLE UPON REQUEST

AQUINO, GENESIS
ADDRESS AVAILABLE UPON REQUEST

AQUINO, JOSEPH & MONIQUE
ADDRESS AVAILABLE UPON REQUEST

AQUINO, KATIE
ADDRESS AVAILABLE UPON REQUEST

AQUINO, LISANA
ADDRESS AVAILABLE UPON REQUEST

AQUINO, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

AQUINO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

AQUINO, ROSETTE
ADDRESS AVAILABLE UPON REQUEST

AR. DEPT OF FINANCE AND ADMINISTRATION
OFFICE OF STATE REVENUE ADMIN.
1509 W 7TH ST
LITTLE ROCK, AR  72201

ARA DYMOND
ADDRESS AVAILABLE UPON REQUEST

ARAB, NIKI
ADDRESS AVAILABLE UPON REQUEST

ARABIA, DEVON
ADDRESS AVAILABLE UPON REQUEST

ARABIAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ARABIE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ARACELY VAN KIRK
ADDRESS AVAILABLE UPON REQUEST

ARAGAKI, JEFF
ADDRESS AVAILABLE UPON REQUEST

ARAGAO, POLYANA
ADDRESS AVAILABLE UPON REQUEST

ARAGO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ARAGON, ALEX
ADDRESS AVAILABLE UPON REQUEST

ARAGON, BEN
ADDRESS AVAILABLE UPON REQUEST

ARAGON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ARAGON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARAGON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ARAGON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ARAGON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ARAGONA, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

ARAI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ARAIZA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARAIZA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ARAIZA, STEVE
ADDRESS AVAILABLE UPON REQUEST

ARAIZA, TRINIDAD
ADDRESS AVAILABLE UPON REQUEST

ARAKAKI, AMY
ADDRESS AVAILABLE UPON REQUEST

ARAKAKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARAMAKI, RON
ADDRESS AVAILABLE UPON REQUEST

ARAMBULA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ARANA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARANA, LINDA J
ADDRESS AVAILABLE UPON REQUEST

ARANA, MAITANE
ADDRESS AVAILABLE UPON REQUEST

ARANA, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

ARANA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARANA, TANIA
ADDRESS AVAILABLE UPON REQUEST

ARANCIO, TERESA
ADDRESS AVAILABLE UPON REQUEST

ARAND, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARANDA, AARON
ADDRESS AVAILABLE UPON REQUEST

ARANDA, DEVON
ADDRESS AVAILABLE UPON REQUEST

ARANDA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ARANDA, ESTEFANY
ADDRESS AVAILABLE UPON REQUEST

ARANDA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ARANDA-FREGOZO, ANETTE
ADDRESS AVAILABLE UPON REQUEST

ARANDA-MICHEL, EDGAR
ADDRESS AVAILABLE UPON REQUEST

ARANGO, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ARANGO, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ARANGO, DAVID F
ADDRESS AVAILABLE UPON REQUEST

ARANGO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARANGO, LUCAS
ADDRESS AVAILABLE UPON REQUEST

ARANGO, SENASTIAN ARANGO
ADDRESS AVAILABLE UPON REQUEST

ARANGO-VARGAS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ARANOFF, ZACH
ADDRESS AVAILABLE UPON REQUEST

ARANT, JULIA
ADDRESS AVAILABLE UPON REQUEST

ARAO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ARARAT IMPORT EXPORT - (NORTH
CAROLINA)
1505 CAPITAL BLVD. SUITE 21
RALEIGH, NC 27603

ARARAT IMPORT EXPORT CO. LLC
1505 CAPITAL BLVD. SUITE 21
RALEIGH, NC 27603

ARASH AGHEL
ADDRESS AVAILABLE UPON REQUEST

ARASIM, KYLE
ADDRESS AVAILABLE UPON REQUEST

ARASIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARATA, CATHY
ADDRESS AVAILABLE UPON REQUEST

ARATA-MAIERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARATEN-CASTILLO, LUIS
ADDRESS AVAILABLE UPON REQUEST

ARATHUZIK, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

ARATO, AREN
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, GRECIA
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, KARITA
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, LUCY
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, PEDRO
ADDRESS AVAILABLE UPON REQUEST

ARAUJO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ARAULA, GIBSON
ADDRESS AVAILABLE UPON REQUEST

ARAYA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ARBEIT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARBELO, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ARBERG, MOMMY
ADDRESS AVAILABLE UPON REQUEST

ARBESS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ARBIZO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ARBIZZANI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ARBOGAST, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ARBOLEDA, ERNESTO
ADDRESS AVAILABLE UPON REQUEST

ARBOLEDA, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ARBOLEDA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ARBOLINO, KIM
ADDRESS AVAILABLE UPON REQUEST

ARBOR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARBOUR, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

ARBSLAND, OSIRIS
ADDRESS AVAILABLE UPON REQUEST

ARBUCKLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARBUCKLE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ARBUCKLE, STACY
ADDRESS AVAILABLE UPON REQUEST

ARBURY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ARBUSTO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ARBUTHNOT, ETHAN
ADDRESS AVAILABLE UPON REQUEST

ARC SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

ARCA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARCADE AND PARTY RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

ARCARA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ARCE, ALBERTINA
ADDRESS AVAILABLE UPON REQUEST

ARCE, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

ARCE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARCE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ARCE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARCE, ROSANA
ADDRESS AVAILABLE UPON REQUEST

ARCE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ARCENEAUX, KENDRA
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBAULT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBAULT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBAULT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBAULT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBEAU, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ARCHAMBEAULT, KARLA
ADDRESS AVAILABLE UPON REQUEST

ARCHANGEL, ONYIA
ADDRESS AVAILABLE UPON REQUEST

ARCHBOLD, NAN
ADDRESS AVAILABLE UPON REQUEST

ARCHER, ALEX
ADDRESS AVAILABLE UPON REQUEST

ARCHER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, AMY
ADDRESS AVAILABLE UPON REQUEST

ARCHER, BARB
ADDRESS AVAILABLE UPON REQUEST

ARCHER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, DENISE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, DIXIE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ARCHER, EMILY
ADDRESS AVAILABLE UPON REQUEST

ARCHER, ERICA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, GRACE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, JODI
ADDRESS AVAILABLE UPON REQUEST

ARCHER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ARCHER, KEONNA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, KYLA
ADDRESS AVAILABLE UPON REQUEST

ARCHER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ARCHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ARCHER, NYREE-DAWN
ADDRESS AVAILABLE UPON REQUEST

ARCHER, RUTH
ADDRESS AVAILABLE UPON REQUEST

ARCHER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ARCHIBALD, AMY
ADDRESS AVAILABLE UPON REQUEST

ARCHIBALD, KATIE
ADDRESS AVAILABLE UPON REQUEST

ARCHIBEQUE, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ARCHIE LIBORO
ADDRESS AVAILABLE UPON REQUEST

ARCHIE WINTHROP JENNINGS
ADDRESS AVAILABLE UPON REQUEST

ARCHIE, CURTIS.
ADDRESS AVAILABLE UPON REQUEST

ARCHILA, CINDY
ADDRESS AVAILABLE UPON REQUEST

ARCHIT SAXENA
ADDRESS AVAILABLE UPON REQUEST

ARCHITECTS, IA INTERIOR
ADDRESS AVAILABLE UPON REQUEST

ARCHULETA, ISAAC
ADDRESS AVAILABLE UPON REQUEST

ARCHULETA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ARCHULETTA, PAUL
ADDRESS AVAILABLE UPON REQUEST

ARCHUT, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

ARCIAGA, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARCIERI, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ARCILA, ALEX
ADDRESS AVAILABLE UPON REQUEST

ARCINIEGA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ARCINIEGA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ARCINIEGA, VIOLETA
ADDRESS AVAILABLE UPON REQUEST

ARCINO, PAUL
ADDRESS AVAILABLE UPON REQUEST

ARCO
ADDRESS UNAVAILABLE AT TIME OF FILING

ARCURI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARCUTI, ANGELO
ADDRESS AVAILABLE UPON REQUEST

ARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

ARDAGH GLASS INC.
10194 CROSSPOINT BOULEVARD
INDIANAPOLIS, IN  46256

ARDAGH GLASS INC.
PO BOX 50487
INDIANAPOLIS, IN  46250

ARDALAN, MARYAM
ADDRESS AVAILABLE UPON REQUEST

ARDAN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

ARDEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ARDEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ARDILA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

ARDILA, JOHN
ADDRESS AVAILABLE UPON REQUEST

ARDIS JAMES
ADDRESS AVAILABLE UPON REQUEST

ARDIS, GARRETT
ADDRESS AVAILABLE UPON REQUEST

ARDITI, ASHLIANN
ADDRESS AVAILABLE UPON REQUEST

ARDIZZONE, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

ARDO, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ARDOIN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ARDOLINO, KATE
ADDRESS AVAILABLE UPON REQUEST

ARDREY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ARDUINI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ARDUINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ARDUINO, EMILY
ADDRESS AVAILABLE UPON REQUEST

AREA 51 VINEYARDS, LLC.
224 EAST HIGHWAY 246, STE A
BUELLTON, CA  93427

AREA 51 VINEYARDS, LLC.
PO BOX 1943
BUELLTON, CA  93427

AREBALO, LUIS
ADDRESS AVAILABLE UPON REQUEST

AREBALO, TINA
ADDRESS AVAILABLE UPON REQUEST

ARECHIGA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AREGBE, KEVO
ADDRESS AVAILABLE UPON REQUEST

AREHART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

AREHART, LINDSAY AND COREY
ADDRESS AVAILABLE UPON REQUEST

AREIAS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

AREIAS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ARELLANO, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

ARELLANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARELLANO, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

ARELLANO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARELLANO, TONY
ADDRESS AVAILABLE UPON REQUEST

ARELY CURE
ADDRESS AVAILABLE UPON REQUEST

ARENA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARENA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ARENA, JEN
ADDRESS AVAILABLE UPON REQUEST

ARENA, JULIA
ADDRESS AVAILABLE UPON REQUEST

ARENA, MARC
ADDRESS AVAILABLE UPON REQUEST

ARENA, PETER
ADDRESS AVAILABLE UPON REQUEST

ARENA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

ARENANDER, SVEN
ADDRESS AVAILABLE UPON REQUEST

ARENAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARENAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARENAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ARENDS, CHERYLLE
ADDRESS AVAILABLE UPON REQUEST

ARENDT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ARENDT, JAMES
ADDRESS AVAILABLE UPON REQUEST

ARENO, TERRY
ADDRESS AVAILABLE UPON REQUEST

ARENS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ARENSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARENT, LISA
ADDRESS AVAILABLE UPON REQUEST

ARESON, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

ARESON, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

ARETZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

AREVALO, CAROL
ADDRESS AVAILABLE UPON REQUEST

AREY, KAREN
ADDRESS AVAILABLE UPON REQUEST

ARGABRITE, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ARGALL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ARGALL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ARGANA, WILL
ADDRESS AVAILABLE UPON REQUEST

ARGAO, NOAH
ADDRESS AVAILABLE UPON REQUEST

ARGAY, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ARGEL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ARGENAL, LUZ
ADDRESS AVAILABLE UPON REQUEST

ARGENIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARGENTI, CHANTE
ADDRESS AVAILABLE UPON REQUEST

ARGENTI, LEA
ADDRESS AVAILABLE UPON REQUEST

ARGENTIN FILS-AIME
ADDRESS AVAILABLE UPON REQUEST

ARGENZIANO, JERUSCHKA
ADDRESS AVAILABLE UPON REQUEST

ARGER, HALEY
ADDRESS AVAILABLE UPON REQUEST

ARGIRIOU, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARGIRO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ARGIRO, CAROL
ADDRESS AVAILABLE UPON REQUEST

ARGIROS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ARGIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARGO, GERI
ADDRESS AVAILABLE UPON REQUEST

ARGO, TEGAN
ADDRESS AVAILABLE UPON REQUEST

ARGRAVES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ARGROVES, BARRY
ADDRESS AVAILABLE UPON REQUEST

ARGROW, JOHN
ADDRESS AVAILABLE UPON REQUEST

ARGUELLES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ARGUELLES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARGUELLO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ARGUELLO, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

ARGUELLO, MILEY
ADDRESS AVAILABLE UPON REQUEST

ARGUERA, LIVETTE
ADDRESS AVAILABLE UPON REQUEST

ARGUERO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARGUETA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ARGUETA, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

ARGUETA, RONY
ADDRESS AVAILABLE UPON REQUEST

ARGUETA, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ARGUS, DINA
ADDRESS AVAILABLE UPON REQUEST

ARGYLE SEARCH PARTNERS LLC
3315 COLLINS AVE, 4D
MIAMI BEACH, FL  33140

ARGYROS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ARI RADETSKY
ADDRESS AVAILABLE UPON REQUEST

ARI TYE RADETSKY
ADDRESS AVAILABLE UPON REQUEST

ARIA, SHAMIM
ADDRESS AVAILABLE UPON REQUEST

ARIAAN MODDER
ADDRESS AVAILABLE UPON REQUEST

ARIADNA EVANS
ADDRESS AVAILABLE UPON REQUEST

ARIAIL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ARIAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

ARIANA ALLEN
ADDRESS AVAILABLE UPON REQUEST

ARIANA CHRISTINA ALLEN
ADDRESS AVAILABLE UPON REQUEST

ARIANA KATERYNA WOLYNEC-WERNER
DIMEO
ADDRESS AVAILABLE UPON REQUEST

ARIANA LUCAS
ADDRESS AVAILABLE UPON REQUEST

ARIANA PAHLAVAN
ADDRESS AVAILABLE UPON REQUEST

ARIANA RUTZ
ADDRESS AVAILABLE UPON REQUEST

ARIANNA ARIAS
ADDRESS AVAILABLE UPON REQUEST

ARIANNA DINES
ADDRESS AVAILABLE UPON REQUEST

ARIANNA MESBAHI
ADDRESS AVAILABLE UPON REQUEST

ARIAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, ANA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, ANABEL
ADDRESS AVAILABLE UPON REQUEST

ARIAS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ARIAS, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, C
ADDRESS AVAILABLE UPON REQUEST

ARIAS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ARIAS, FELIPE
ADDRESS AVAILABLE UPON REQUEST

ARIAS, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

ARIAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ARIAS, JULISSA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ARIAS, MARA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

ARIAS, TAY-LIEN
ADDRESS AVAILABLE UPON REQUEST

ARIAS, VALESKA
ADDRESS AVAILABLE UPON REQUEST

ARICCA DESIRE
ADDRESS AVAILABLE UPON REQUEST

ARICCA DESIRE
ADDRESS AVAILABLE UPON REQUEST

ARICK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARIE WELLE
ADDRESS AVAILABLE UPON REQUEST

ARIEL BLACK
ADDRESS AVAILABLE UPON REQUEST

ARIEL MANKIEWICZ
ADDRESS AVAILABLE UPON REQUEST

ARIEL SWEETLAND
ADDRESS AVAILABLE UPON REQUEST

ARIEL WEBB
ADDRESS AVAILABLE UPON REQUEST

ARIEL
ADDRESS AVAILABLE UPON REQUEST

ARIELLE ADAMO
ADDRESS AVAILABLE UPON REQUEST

ARIELLE TANO
ADDRESS AVAILABLE UPON REQUEST

ARIENS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ARIENTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ARIGA, HARUNA
ADDRESS AVAILABLE UPON REQUEST

ARIKIAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ARIMA, LONNIE
ADDRESS AVAILABLE UPON REQUEST

ARIN, YASEMIN
ADDRESS AVAILABLE UPON REQUEST

ARINGTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARIS, URSULA
ADDRESS AVAILABLE UPON REQUEST

ARISMENDI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ARISMENDY, JUAN
ADDRESS AVAILABLE UPON REQUEST

ARISPE, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

ARISPE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ARISPE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

ARISPE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ARIZA, YAI
ADDRESS AVAILABLE UPON REQUEST

ARIZMENDEZ, TATYANA
ADDRESS AVAILABLE UPON REQUEST

ARIZMENDI, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

ARIZONA DEPARTMENT OF LIQUOR
LICENSES AND CONTROL
800 W. WASHINGTON, 5TH FLOOR
PHOENIX, AZ  85007

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29085
PHOENIX, AZ  85038-9085

ARIZONA DEPT OF REVENUE
1600 W. MONROE
PHOENIX, AZ  85007-2650

ARJAN, HANA
ADDRESS AVAILABLE UPON REQUEST

ARJMAND, AVA
ADDRESS AVAILABLE UPON REQUEST

ARJUN MURALI SRINIVASAN
ADDRESS AVAILABLE UPON REQUEST

ARJUN SRINIVASAN
ADDRESS AVAILABLE UPON REQUEST

ARJUN SRINIVASAN
ADDRESS AVAILABLE UPON REQUEST

ARKAN, ITIR
ADDRESS AVAILABLE UPON REQUEST

ARKANSAS DEPT OF LABOR
10421 WEST MARKHAM
LITTLE ROCK, AR  72205

ARKANSAS SECURITIES DEPARTMENT
HERITAGE WEST BUILDING
201 EAST MARKHAM STREET
SUITE 300
LITTLE ROCK, AR  72201-1692

ARKEMA, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

ARKING, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ARLAUSKAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARLEDGE, KAREN
ADDRESS AVAILABLE UPON REQUEST

ARLEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ARLENE STWEART
ADDRESS AVAILABLE UPON REQUEST

ARLEO, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

ARLIN E GAFFNER
ADDRESS AVAILABLE UPON REQUEST

ARLINGTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ARLINGTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ARLINGTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ARLOTTO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ARMACHAIN, TANYA
ADDRESS AVAILABLE UPON REQUEST

ARMAGAST, EVAN
ADDRESS AVAILABLE UPON REQUEST

ARMALAVAGE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ARMAN, AKMARAL
ADDRESS AVAILABLE UPON REQUEST

ARMAN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

ARMAN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

ARMAND DESROCHES, ROSE MARIE
ADDRESS AVAILABLE UPON REQUEST

ARMAND, YENNIE
ADDRESS AVAILABLE UPON REQUEST

ARMANDO PEREZ LANDSCAPING CORP
P.O. BOX 340984
ARLETA, CA  91334

ARMANDO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ARMANI, CARA
ADDRESS AVAILABLE UPON REQUEST

ARMANIOUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ARMANNO, APRIL
ADDRESS AVAILABLE UPON REQUEST

ARMANNO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARMANTROUT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ARMATO, JENNA
ADDRESS AVAILABLE UPON REQUEST

ARMATO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ARMATO, PAULA
ADDRESS AVAILABLE UPON REQUEST

ARMBRISTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ARMBRUST, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ARMBRUSTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ARMBRUSTER, JADE
ADDRESS AVAILABLE UPON REQUEST

ARMBRUSTER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ARMELIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARMELLA, LAURA
ADDRESS AVAILABLE UPON REQUEST

ARMENDARIZ, ARLETH
ADDRESS AVAILABLE UPON REQUEST

ARMENTA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ARMENTOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARMENTROUT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARMENTROUT, SHEA
ADDRESS AVAILABLE UPON REQUEST

ARMENTROUT, ZACH
ADDRESS AVAILABLE UPON REQUEST

ARMER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ARMERO, DANA
ADDRESS AVAILABLE UPON REQUEST

ARMIJO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ARMIJO, MARCIA
ADDRESS AVAILABLE UPON REQUEST

ARMIN ALEXANDER SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

ARMINIO, KATHY
ADDRESS AVAILABLE UPON REQUEST

ARMINTROUT, STEVE
ADDRESS AVAILABLE UPON REQUEST

ARMISTEAD, JULIA
ADDRESS AVAILABLE UPON REQUEST

ARMISTEAD, TERRELL
ADDRESS AVAILABLE UPON REQUEST

ARMOCIDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ARMOR, BLANE
ADDRESS AVAILABLE UPON REQUEST

ARMOUR RIDGE, LLC
PO BOX 1673
ARROYO GRANDE, CA  93421

ARMOUR, ALISON
ADDRESS AVAILABLE UPON REQUEST

ARMOUR, ALISON
ADDRESS AVAILABLE UPON REQUEST

ARMOUR, ANDRELLA
ADDRESS AVAILABLE UPON REQUEST

ARMOUR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARMOUR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ARMS-NORMENT, AYANNA
ADDRESS AVAILABLE UPON REQUEST

ARMSTEAD, ISAAC
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG RANCH ENTERPRISES LLC
32 TIMBER RIDGE TRL
LORENA, TX  76655

ARMSTRONG, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ALAN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ALANNA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, AMY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, AMY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, AMY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, APRIL
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, BELINDA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, BETH
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, CARI
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, DEVON
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, GABBY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, GARY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, JANET
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, JO
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, JUNE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KATIE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, KRISTY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LEAZA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LERONNE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, LORI
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MARLANA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, NANCY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, RANDALL
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SHANITA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SHARI
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TANSIE
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TENIA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TERRY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TINA
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, TORI
ADDRESS AVAILABLE UPON REQUEST

ARMSTRONG, WENDI
ADDRESS AVAILABLE UPON REQUEST

ARMUSEWICZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ARMUTH, JOLINE
ADDRESS AVAILABLE UPON REQUEST

ARMWOOD, WRENNA
ADDRESS AVAILABLE UPON REQUEST

ARN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ARNADO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ARNADO, JALEEL
ADDRESS AVAILABLE UPON REQUEST

ARNALL, GINA
ADDRESS AVAILABLE UPON REQUEST

ARNAOUT, ANGELENA
ADDRESS AVAILABLE UPON REQUEST

ARNASON, LEE ANN
ADDRESS AVAILABLE UPON REQUEST

ARNAU, JULIA
ADDRESS AVAILABLE UPON REQUEST

ARNAUT, GALINA
ADDRESS AVAILABLE UPON REQUEST

ARNBERG, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ARNDT, HALEY
ADDRESS AVAILABLE UPON REQUEST

ARNDT, JAN
ADDRESS AVAILABLE UPON REQUEST

ARNDT, LISA
ADDRESS AVAILABLE UPON REQUEST

ARNDT, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

ARNDT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ARNDT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ARNEL, CINDY
ADDRESS AVAILABLE UPON REQUEST

ARNEL, KAELIE
ADDRESS AVAILABLE UPON REQUEST

ARNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ARNESEN, BJORN
ADDRESS AVAILABLE UPON REQUEST

ARNESON, KARLY
ADDRESS AVAILABLE UPON REQUEST

ARNETT, AJ
ADDRESS AVAILABLE UPON REQUEST

ARNETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARNETT, EUSONDIA
ADDRESS AVAILABLE UPON REQUEST

ARNETT, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ARNETT, MARIA CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ARNETTE, L. ANN
ADDRESS AVAILABLE UPON REQUEST

ARNEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ARNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

ARNEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ARNHART, ERNEST
ADDRESS AVAILABLE UPON REQUEST

ARNIERI, GABI
ADDRESS AVAILABLE UPON REQUEST

ARNING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ARNINI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARNIOTIS, ZOE
ADDRESS AVAILABLE UPON REQUEST

ARNO JOE TOUTOUNJIAN
ADDRESS AVAILABLE UPON REQUEST

ARNO, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

ARNOFSKY, SHARA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD DIAZ JUNIOR
ADDRESS AVAILABLE UPON REQUEST

ARNOLD SENGOOBA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD WEBRE JR
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ABBI
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, AMY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ANURAG
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, BILL
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, BRETT
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, BRETT
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, CONNIE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ELOISE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ERIN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ERIN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, GENENE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, JAMES
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KARA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KELSEE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, KRISY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, LAURYN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, LISA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, LORI
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MARLENE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MARVA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MEG
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MELODY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, NATALIE SINCLAIR
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, NICK
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, PAULINE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, PENNY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, STACY
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, SUE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, TODD
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, TRENT
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ARNOLD, ZACK
ADDRESS AVAILABLE UPON REQUEST

ARNOLDI, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ARNOLDY, MARC P
ADDRESS AVAILABLE UPON REQUEST

ARNONE, ERIK
ADDRESS AVAILABLE UPON REQUEST

ARNOSKY, CORRINNE
ADDRESS AVAILABLE UPON REQUEST

ARNOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARNOTTT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ARNSDORFF, LISA
ADDRESS AVAILABLE UPON REQUEST

ARNTZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ARNTZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

AROCA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

AROCHO, REBECA
ADDRESS AVAILABLE UPON REQUEST

AROGO, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

AROMATORIO, JENELLE
ADDRESS AVAILABLE UPON REQUEST

AROMOLARAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ARON LONG
ADDRESS AVAILABLE UPON REQUEST

ARON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ARON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ARON, ZOE
ADDRESS AVAILABLE UPON REQUEST

ARONAUER, TODD
ADDRESS AVAILABLE UPON REQUEST

ARONOFF, JOSH
ADDRESS AVAILABLE UPON REQUEST

ARONOWITZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARONSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

ARONSON, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

ARONSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARONSON, JOEL
ADDRESS AVAILABLE UPON REQUEST

ARONSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARONSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AROON RUSTEMI
ADDRESS AVAILABLE UPON REQUEST

ARORA, ASHISH
ADDRESS AVAILABLE UPON REQUEST

ARORA, FANCY
ADDRESS AVAILABLE UPON REQUEST

ARORA, JENNI
ADDRESS AVAILABLE UPON REQUEST

ARORA, MANISH
ADDRESS AVAILABLE UPON REQUEST

ARORA, MANVI
ADDRESS AVAILABLE UPON REQUEST

ARORA, MEETA
ADDRESS AVAILABLE UPON REQUEST

ARORA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ARORA, SAHIL
ADDRESS AVAILABLE UPON REQUEST

AROSTEGUI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

AROYO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ARP, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ARP, KELSIE
ADDRESS AVAILABLE UPON REQUEST

ARP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ARPAIA, BRETT
ADDRESS AVAILABLE UPON REQUEST

ARPIE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ARPIN, CAROLA JOAN
ADDRESS AVAILABLE UPON REQUEST

ARPINO, PAUL
ADDRESS AVAILABLE UPON REQUEST

ARQUILLA, MARIE
ADDRESS AVAILABLE UPON REQUEST

ARRA, JACK
ADDRESS AVAILABLE UPON REQUEST

ARRANT, TAINESHA
ADDRESS AVAILABLE UPON REQUEST

ARRAS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ARREAZA, DAN
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO DELGADO, ANA I.
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, ARELI
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, EVANJELINA
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ARREDONDO, MONIKA
ADDRESS AVAILABLE UPON REQUEST

ARREGUIN, LISA
ADDRESS AVAILABLE UPON REQUEST

ARREGUIN, TAMI
ADDRESS AVAILABLE UPON REQUEST

ARREGUY, LIZ
ADDRESS AVAILABLE UPON REQUEST

ARREOLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARREOLA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ARREOLA, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ARREOLA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARREOLA, NIEKA
ADDRESS AVAILABLE UPON REQUEST

ARRIAGA, ABBY
ADDRESS AVAILABLE UPON REQUEST

ARRIAGA, OLGA
ADDRESS AVAILABLE UPON REQUEST

ARRIAGA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ARRIAGADA, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

ARRIETA, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

ARRIETA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ARRIETA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ARRIGO, LINDA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, ANJANETTE
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, KERRI
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, KESHIA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, MARY
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, RENEE
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, TATYANA
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, VARY
ADDRESS AVAILABLE UPON REQUEST

ARRINGTON, VICKIE
ADDRESS AVAILABLE UPON REQUEST

ARRIOLA, ELSA
ADDRESS AVAILABLE UPON REQUEST

ARRIOLA, KALI
ADDRESS AVAILABLE UPON REQUEST

ARRIVE LOGISTICS
7701 METROPOLIS DR BUILDING 15
AUSTIN, TX  78744

ARROLLADO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ARROTTA, KAYELA
ADDRESS AVAILABLE UPON REQUEST

ARROW ELECTRIC
VAUDRY ENTERPRISES, INC
8347 EASTERN AVE
BELL GARDENS, CA  90201

ARROWHEAD WATER
ADDRESS UNAVAILABLE AT TIME OF FILING

ARROWOOD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ARROWSMITH, CATHY
ADDRESS AVAILABLE UPON REQUEST

ARROYAVE, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ARROYO HILL DEVELOPMENT , INC
837 NORTH SPRING STREET SUITE 213
LOS ANGELES, CA  90012

ARROYO SANTIAGO, NINA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, ANJA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, BERNARDO
ADDRESS AVAILABLE UPON REQUEST

ARROYO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ARROYO, ELYSA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

ARROYO, JULIE
ADDRESS AVAILABLE UPON REQUEST

ARROYO, OPHELIA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

ARROYO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

ARROYO, TYIESHA
ADDRESS AVAILABLE UPON REQUEST

ARROYO, YAMILE
ADDRESS AVAILABLE UPON REQUEST

ARRUDA DWYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ARRUDA, DARLENE
ADDRESS AVAILABLE UPON REQUEST

ARRUDA, JOHN
ADDRESS AVAILABLE UPON REQUEST

ARRUDA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ARRUDA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ARRUDA-LEUPPERT, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

ARRUTI, APRIL
ADDRESS AVAILABLE UPON REQUEST

ARSENAL
ADDRESS UNAVAILABLE AT TIME OF FILING

ARSENAULT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ARSENAULT, JAMES
ADDRESS AVAILABLE UPON REQUEST

ARSENAULT, KAREN
ADDRESS AVAILABLE UPON REQUEST

ARSENAULT, MARLENE
ADDRESS AVAILABLE UPON REQUEST

ARSENAULT, RYAN
ADDRESS AVAILABLE UPON REQUEST

ARSENEAU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ARSENEAU, MICAELA
ADDRESS AVAILABLE UPON REQUEST

ARSENIE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ARSHAK TOROSSIAN
ADDRESS AVAILABLE UPON REQUEST

ARSHAKIAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ARSNOW, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ARSUAGA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ART  FARM WINE
2185 SILVERADO TRAIL
NAPA, CA  94558

ART  FARM WINE
THE GIRLS IN THE VINEYARD
1370 TRANCAS  749
NAPA, CA  94558

ART & MOTION
1207 4TH STREET, SUITE 250
SANTA MONICA, CA  90401

ART BEAT STUDIOS
ADDRESS UNAVAILABLE AT TIME OF FILING

ARTAMONOV, KATHRIN
ADDRESS AVAILABLE UPON REQUEST

ARTEAGA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ARTEAGA, JOSE
ADDRESS AVAILABLE UPON REQUEST

ARTEAGA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ARTEMAN, NORMA
ADDRESS AVAILABLE UPON REQUEST

ARTEMOVA, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

ARTER, JESS
ADDRESS AVAILABLE UPON REQUEST

ARTERBURY, B
ADDRESS AVAILABLE UPON REQUEST

ARTHALONY, BROOK
ADDRESS AVAILABLE UPON REQUEST

ARTHMIRE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ARTHUR FAGEN
ADDRESS AVAILABLE UPON REQUEST

ARTHUR L MARTIN
ADDRESS AVAILABLE UPON REQUEST

ARTHUR MALKANI
ADDRESS AVAILABLE UPON REQUEST

ARTHUR SHEN
ADDRESS AVAILABLE UPON REQUEST

ARTHUR WONG
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, ABBEY
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, BETHANY
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, BRUCE
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, JOE
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, KATIE
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, KEN
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, LIZ
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ARTHUR, PAM
ADDRESS AVAILABLE UPON REQUEST

ARTHUR-BROWN, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

ARTHURS, JAMES
ADDRESS AVAILABLE UPON REQUEST

ARTHURS, JENNY
ADDRESS AVAILABLE UPON REQUEST

ARTHURS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ARTICA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ARTIGA, FRANK
ADDRESS AVAILABLE UPON REQUEST

ARTILES, DAYNEL
ADDRESS AVAILABLE UPON REQUEST

ARTIS COLLIER
ADDRESS AVAILABLE UPON REQUEST

ARTIS, AMBER
ADDRESS AVAILABLE UPON REQUEST

ARTISAN BARRELS & TANKS INC.
6050 COLTON BLVD
OAKLAND, CA  94611

ARTISAN BRANDS LLLP
7011 E 46TH ST
TULSA, OK  74145

ARTISAN FINE WINE AND SPIRITS
6516 E. 12TH ST.
TULSA, OK  74112

ARTISAN FINE WINE AND SPIRITS
6516 E. 12TH STREET
TULSA, OK  74112

ARTMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ARTMONT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ARTNER, MARIKAY
ADDRESS AVAILABLE UPON REQUEST

ARTONE, SAM
ADDRESS AVAILABLE UPON REQUEST

ARTRY, KIARA
ADDRESS AVAILABLE UPON REQUEST

ARTSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ARTURO FUENTES
ADDRESS AVAILABLE UPON REQUEST

ARTY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ARTY, NANCY
ADDRESS AVAILABLE UPON REQUEST

ARUIZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ARUMPANAYIL, SHAJI
ADDRESS AVAILABLE UPON REQUEST

ARUN ANBUMANI
ADDRESS AVAILABLE UPON REQUEST

ARUN KARUPPAIYA ADAIKALAM
ADDRESS AVAILABLE UPON REQUEST

ARUN SHRRIVATS RAMASUBRAMANIAN
ADDRESS AVAILABLE UPON REQUEST

ARVAIPORTER, MARY
ADDRESS AVAILABLE UPON REQUEST

ARVANITIDES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ARVAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ARVELLA BATTICK
ADDRESS AVAILABLE UPON REQUEST

ARVID E DAHLSTROM
ADDRESS AVAILABLE UPON REQUEST

ARVIE, MARISA
ADDRESS AVAILABLE UPON REQUEST

ARVIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ARVIND CHERUKU
ADDRESS AVAILABLE UPON REQUEST

ARVIND, SANCHIT RAM
ADDRESS AVAILABLE UPON REQUEST

ARVINGER, EBENA
ADDRESS AVAILABLE UPON REQUEST

ARVISO, CHASE
ADDRESS AVAILABLE UPON REQUEST

ARVIZU, MATT
ADDRESS AVAILABLE UPON REQUEST

ARYCK RUSSELL
ADDRESS AVAILABLE UPON REQUEST

ARYSTANOVA, ELMIRA
ADDRESS AVAILABLE UPON REQUEST

ARZ
ADDRESS AVAILABLE UPON REQUEST

ARZOLA, OLGA
ADDRESS AVAILABLE UPON REQUEST

ARZUAGA, SHAYLIN
ADDRESS AVAILABLE UPON REQUEST

ARZUAGA, SHERYL
ADDRESS AVAILABLE UPON REQUEST

ASAAD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ASADDULLAH, HYAFFA
ADDRESS AVAILABLE UPON REQUEST

ASADORIAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

ASADORIAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ASAMOAH, ERICKA
ADDRESS AVAILABLE UPON REQUEST

ASANA
1550 BRYANT STREET SUITE 900
SAN FRANCISCO, CA 94103

ASANGA, NICHOLAS AZENUI
ADDRESS AVAILABLE UPON REQUEST

ASANOVICH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ASAOKA, SEIKOKU
ADDRESS AVAILABLE UPON REQUEST

ASAP PHORAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

ASARAF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ASARKOF, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ASARO, ALISON
ADDRESS AVAILABLE UPON REQUEST

ASARO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ASAY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

ASBELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

ASBURY, DEANA
ADDRESS AVAILABLE UPON REQUEST

ASBURY, EMILY
ADDRESS AVAILABLE UPON REQUEST

ASBURY, HALLIE
ADDRESS AVAILABLE UPON REQUEST

ASBURY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ASBURY, NINA
ADDRESS AVAILABLE UPON REQUEST

ASCANIO, ELLE
ADDRESS AVAILABLE UPON REQUEST

ASCENCIO, CASSY & DAVID
ADDRESS AVAILABLE UPON REQUEST

ASCENCIO, ERICA
ADDRESS AVAILABLE UPON REQUEST

ASCENCIO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ASCENTIS CORPORATION
11995 SINGLETREE LN, STE 400
EDEN PRAIRIE, MN  55344

ASCENZO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ASCHBACHER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ASCHE, FREDDY
ADDRESS AVAILABLE UPON REQUEST

ASCHENBRENNER, SHAROLYN
ADDRESS AVAILABLE UPON REQUEST

ASCHER, EVA
ADDRESS AVAILABLE UPON REQUEST

ASCHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ASCHLIMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ASCIOLLA, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ASCIONE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ASCOLESE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ASCOLESE'S, VICKI
ADDRESS AVAILABLE UPON REQUEST

ASCOLI, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

ASD
ADDRESS AVAILABLE UPON REQUEST

ASDELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ASEEM BALHARA
ADDRESS AVAILABLE UPON REQUEST

ASEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ASERRAF, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ASEYEV, ILYA
ADDRESS AVAILABLE UPON REQUEST

ASFAW, ELIAS
ADDRESS AVAILABLE UPON REQUEST

ASGHARZADEH, PARISA
ADDRESS AVAILABLE UPON REQUEST

ASH, ALEX
ADDRESS AVAILABLE UPON REQUEST

ASH, ANTI
ADDRESS AVAILABLE UPON REQUEST

ASH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ASH, DIANA
ADDRESS AVAILABLE UPON REQUEST

ASH, ELENA
ADDRESS AVAILABLE UPON REQUEST

ASH, EMMA
ADDRESS AVAILABLE UPON REQUEST

ASH, JULIE
ADDRESS AVAILABLE UPON REQUEST

ASH, KATE
ADDRESS AVAILABLE UPON REQUEST

ASH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ASH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ASH, MELINA
ADDRESS AVAILABLE UPON REQUEST

ASHA, PRAGATHI KANTH
ADDRESS AVAILABLE UPON REQUEST

ASHBAUGH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

ASHBAUGH, DAN
ADDRESS AVAILABLE UPON REQUEST

ASHBRIDGE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ASHBROOK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ASHBURN, LAURA
ADDRESS AVAILABLE UPON REQUEST

ASHBY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ASHBY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ASHBY, EASTIN
ADDRESS AVAILABLE UPON REQUEST

ASHBY, JANET
ADDRESS AVAILABLE UPON REQUEST

ASHBY, JILL
ADDRESS AVAILABLE UPON REQUEST

ASHBY, KURTIS
ADDRESS AVAILABLE UPON REQUEST

ASHBY, MARY
ADDRESS AVAILABLE UPON REQUEST

ASHBY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ASHBY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ASHBY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT SR, RALPH
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT, DIANA
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT, JODI
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ASHCRAFT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ASHE, AMY
ADDRESS AVAILABLE UPON REQUEST

ASHE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ASHE, EDWINA
ADDRESS AVAILABLE UPON REQUEST

ASHE, JACQUELYNNE
ADDRESS AVAILABLE UPON REQUEST

ASHE, KYLE
ADDRESS AVAILABLE UPON REQUEST

ASHE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ASHENBRENNER, MARY
ADDRESS AVAILABLE UPON REQUEST

ASHENFELTER, JESS
ADDRESS AVAILABLE UPON REQUEST

ASHENFELTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ASHER, DONNA - RUTH
ADDRESS AVAILABLE UPON REQUEST

ASHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ASHER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, ANN
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, PENNIE
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, THERESA
ADDRESS AVAILABLE UPON REQUEST

ASHFORD, TRISHA
ADDRESS AVAILABLE UPON REQUEST

ASHIDA, YUKI
ADDRESS AVAILABLE UPON REQUEST

ASHING, MARA
ADDRESS AVAILABLE UPON REQUEST

ASHINHURST, EMILY
ADDRESS AVAILABLE UPON REQUEST

ASHIRU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ASHISH ANAND
ADDRESS AVAILABLE UPON REQUEST

ASHISH KUMAR VERMA
ADDRESS AVAILABLE UPON REQUEST

ASHIZAWA, KEI
ADDRESS AVAILABLE UPON REQUEST

ASHLA, STEVE
ADDRESS AVAILABLE UPON REQUEST

ASHLAW, ELISE
ADDRESS AVAILABLE UPON REQUEST

ASHLEE VANN
ADDRESS AVAILABLE UPON REQUEST

ASHLEE WOODROOF
ADDRESS AVAILABLE UPON REQUEST

ASHLEIGH HUTCHISON
ADDRESS AVAILABLE UPON REQUEST

ASHLEIGH TRESSO
ADDRESS AVAILABLE UPON REQUEST

ASHLEIGH, JEN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY ADAMS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY BARETZ
ADDRESS AVAILABLE UPON REQUEST

ASHLEY BOOKARD
ADDRESS AVAILABLE UPON REQUEST

ASHLEY BORRELLI
ADDRESS AVAILABLE UPON REQUEST

ASHLEY BROOKE DESIGNS, LLC
9625 SWEETLEAF STREET
ORLANDO, FL 32827

ASHLEY CHRISTIANSEN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY DURR
ADDRESS AVAILABLE UPON REQUEST

ASHLEY GASPAR, TRAILCO INC
ADDRESS AVAILABLE UPON REQUEST

ASHLEY GIDDENS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY GOSSETT
ADDRESS AVAILABLE UPON REQUEST

ASHLEY HAMILTON
ADDRESS AVAILABLE UPON REQUEST

ASHLEY HAZELWOOD
ADDRESS AVAILABLE UPON REQUEST

ASHLEY HESS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY HILTON
ADDRESS AVAILABLE UPON REQUEST

ASHLEY HUGHES
ADDRESS AVAILABLE UPON REQUEST

ASHLEY JAMES ROBINSON
ADDRESS AVAILABLE UPON REQUEST

ASHLEY KISER
ADDRESS AVAILABLE UPON REQUEST

ASHLEY KLINE
ADDRESS AVAILABLE UPON REQUEST

ASHLEY KWARTENG
ADDRESS AVAILABLE UPON REQUEST

ASHLEY LILLIS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY MCCALL
ADDRESS AVAILABLE UPON REQUEST

ASHLEY MERRILL
ADDRESS AVAILABLE UPON REQUEST

ASHLEY MITCHELL
ADDRESS AVAILABLE UPON REQUEST

ASHLEY MITCHELL
ADDRESS AVAILABLE UPON REQUEST

ASHLEY MORRIS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY NEGLIA
ADDRESS AVAILABLE UPON REQUEST

ASHLEY NICOLE LOMELIN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY NICOLE ST JULES
ADDRESS AVAILABLE UPON REQUEST

ASHLEY REESE
ADDRESS AVAILABLE UPON REQUEST

ASHLEY RENEE SOUTH
ADDRESS AVAILABLE UPON REQUEST

ASHLEY RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

ASHLEY RIDEAUX
ADDRESS AVAILABLE UPON REQUEST

ASHLEY SAWYER
ADDRESS AVAILABLE UPON REQUEST

ASHLEY SEABOLT
ADDRESS AVAILABLE UPON REQUEST

ASHLEY SHEHAN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY SILCOTT
ADDRESS AVAILABLE UPON REQUEST

ASHLEY TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ASHLEY TYLER
ADDRESS AVAILABLE UPON REQUEST

ASHLEY YODER
ADDRESS AVAILABLE UPON REQUEST

ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, BEBEAU,
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, CLINT
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, JEN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, JUDY
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, MANNING,
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, MS
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

ASHLEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ASHLIE N SUMMER
ADDRESS AVAILABLE UPON REQUEST

ASHLIN, DEANN
ADDRESS AVAILABLE UPON REQUEST

ASHLYN BRADBURY
ADDRESS AVAILABLE UPON REQUEST

ASHMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

ASHMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ASHMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

ASHMORE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

ASHMORE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

ASHMORE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ASHMORE, SARA
ADDRESS AVAILABLE UPON REQUEST

ASHOK SANGHAVI
ADDRESS AVAILABLE UPON REQUEST

ASHOK, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

ASHPOLE, ELISE
ADDRESS AVAILABLE UPON REQUEST

ASHRAF, SHOVON
ADDRESS AVAILABLE UPON REQUEST

ASHTON, ANNA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ASHTON, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ASHTON, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

ASHTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ASHU CHOHAN
ADDRESS AVAILABLE UPON REQUEST

ASHUWR PERSON
ADDRESS AVAILABLE UPON REQUEST

ASHWINIKUMAR JOSHI
ADDRESS AVAILABLE UPON REQUEST

ASHWINIKUMAR SOEKHOE
ADDRESS AVAILABLE UPON REQUEST

ASHWINKUMAR L PATEL
ADDRESS AVAILABLE UPON REQUEST

ASHWORTH, CHAD
ADDRESS AVAILABLE UPON REQUEST

ASHWORTH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ASHWORTH, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ASHWORTH, RALPH
ADDRESS AVAILABLE UPON REQUEST

ASIANA
ADDRESS UNAVAILABLE AT TIME OF FILING

ASIEDU, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

ASIK, ANNA
ADDRESS AVAILABLE UPON REQUEST

ASK, KAT
ADDRESS AVAILABLE UPON REQUEST

ASKARNIA, ALEX
ADDRESS AVAILABLE UPON REQUEST

ASKEGAARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ASKEW, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ASKEW, EMILY
ADDRESS AVAILABLE UPON REQUEST

ASKEW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ASKEW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ASKEW, JILL
ADDRESS AVAILABLE UPON REQUEST

ASKEW, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ASKEW, RON
ADDRESS AVAILABLE UPON REQUEST

ASKEW, WAVERLY
ADDRESS AVAILABLE UPON REQUEST

ASKEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ASKEY, SARA
ADDRESS AVAILABLE UPON REQUEST

ASKIM, LAURA
ADDRESS AVAILABLE UPON REQUEST

ASKIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

ASKINS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ASKINS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ASKMEN.COM
SUITE, 801, 4200 ST. LAURENT
MONTREAL, QC  H2W 2R2
CANADA

ASKWYTH, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

ASLAKSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ASLAM, HINNAH
ADDRESS AVAILABLE UPON REQUEST

ASLAN, OYKU
ADDRESS AVAILABLE UPON REQUEST

ASLESON, BREE
ADDRESS AVAILABLE UPON REQUEST

ASLINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ASMAN, SHANNAH
ADDRESS AVAILABLE UPON REQUEST

ASMAR, CALINE
ADDRESS AVAILABLE UPON REQUEST

ASMIS, DOROTHEE AND OLAF
ADDRESS AVAILABLE UPON REQUEST

ASNON, NYKOLE
ADDRESS AVAILABLE UPON REQUEST

ASOMOZA, ERIN
ADDRESS AVAILABLE UPON REQUEST

ASP, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

ASPE, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ASPEITIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

ASPELUND, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

ASPEN, GREG
ADDRESS AVAILABLE UPON REQUEST

ASPENSON, REGAN
ADDRESS AVAILABLE UPON REQUEST

ASPER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ASPEYTIA, ZABRINA
ADDRESS AVAILABLE UPON REQUEST

ASPHOLM, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ASPLAND, ROSE
ADDRESS AVAILABLE UPON REQUEST

ASPLUND, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ASSA, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

ASSEFA, MALENA
ADDRESS AVAILABLE UPON REQUEST

ASSEILY, KIM
ADDRESS AVAILABLE UPON REQUEST

ASSEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ASSELIN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ASSI, AKIRAN
ADDRESS AVAILABLE UPON REQUEST

ASSIA, JASMINE
ADDRESS AVAILABLE UPON REQUEST

ASSIBEY-MENSAH, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ASSIMAKOPOULOS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ASSIMOS, ANDREANA
ADDRESS AVAILABLE UPON REQUEST

ASSIS, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

ASSOCIATED WINERY SYSTEMS, INC
7787 BELL ROAD
WINDSOR, CA  95492

ASSUDANI, NUPUR
ADDRESS AVAILABLE UPON REQUEST

ASTANOVITZ, PAULA
ADDRESS AVAILABLE UPON REQUEST

ASTARITA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ASTENGO, NICHOLLE
ADDRESS AVAILABLE UPON REQUEST

ASTHEIMER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ASTHEIMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ASTIASO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ASTLEFORD, PAUL
ADDRESS AVAILABLE UPON REQUEST

ASTON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ASTON, LIZ
ADDRESS AVAILABLE UPON REQUEST

ASTON, WENDY
ADDRESS AVAILABLE UPON REQUEST

ASTOR, SAM
ADDRESS AVAILABLE UPON REQUEST

ASTORE, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

ASTORGA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ASTORGA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ASTORINO, DAWN
ADDRESS AVAILABLE UPON REQUEST

ASTRAPOUCH NORTH AMERICA
38 HICKORY LN
ROCHESTER, NY  14625

ASTRID HOFFMANN
ADDRESS AVAILABLE UPON REQUEST

ASTRUP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ASTRUP, LAURA
ADDRESS AVAILABLE UPON REQUEST

ASTURIAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ASUBONTEN, RANDALL
ADDRESS AVAILABLE UPON REQUEST

ASUGO, OCHIENG
ADDRESS AVAILABLE UPON REQUEST

ASUMA, LEENA
ADDRESS AVAILABLE UPON REQUEST

ASUNCION, BORATGIS
ADDRESS AVAILABLE UPON REQUEST

ASUNCION, GINA
ADDRESS AVAILABLE UPON REQUEST

ASUNCION, SHWETA
ADDRESS AVAILABLE UPON REQUEST

AT MOBILE BOTTLING LINE, LLC
412 ST. ANDREWS DRIVE
NAPA, CA  94558

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL  60197-6463

AT&T U-VERSE
ADDRESS UNAVAILABLE AT TIME OF FILING

AT&T
208 S AKARD ST
DALLAS, TX  75202

AT&T
C/O AT&T SERVICES INC
ATTN KAREN A CAVAGNARO, PARALEGAL
ONE AT&T WAY, RM 3A104
BEDMINISTER, NJ  07921

ATABANSI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ATADERO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ATADERO, LIAM
ADDRESS AVAILABLE UPON REQUEST

ATAK GRAPHICS, INC. (ALLEGRA SOUTH
BAY)
363 CORAL CIRCLE EL
SEGUNDO, CA  90245

ATAMANCHUK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ATANASOFF, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

ATANSAH, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ATARI-YA JAPANESE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

ATASSI, KELLY
ADDRESS AVAILABLE UPON REQUEST

ATAY, OGUZHAN
ADDRESS AVAILABLE UPON REQUEST

ATCHERSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ATCHIBA, OBEDATH
ADDRESS AVAILABLE UPON REQUEST

ATCHINSON, CLARA
ADDRESS AVAILABLE UPON REQUEST

ATCHISON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

ATCHISON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ATCHISON, TISH
ADDRESS AVAILABLE UPON REQUEST

ATCHLEY, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

ATCHLEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ATCHLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ATCHLEY, KARLY
ADDRESS AVAILABLE UPON REQUEST

ATEHORTUA, JUAN
ADDRESS AVAILABLE UPON REQUEST

ATEKU, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ATELIER COPAIN LLC
D/B/A PUNCHDOWN CELLARS
ATTN JAY THOMSON, MGR
1160 HOPPER AVE
SANTA ROSA, CA

ATEMPA, NANCY
ADDRESS AVAILABLE UPON REQUEST

ATEN, WESLEY
ADDRESS AVAILABLE UPON REQUEST

ATENCIO, BRANDY
ADDRESS AVAILABLE UPON REQUEST

ATES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ATESHIAN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ATHA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ATHANASAKIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ATHANASEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

ATHAY, JASON
ADDRESS AVAILABLE UPON REQUEST

ATHENA BRANDS, LLC
(DBA CONVOY BEVERAGE ALLIANCE)
1000 BRICKELL AVE, STE 915
MIAMI, FL  33131

ATHENS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ATHERLEY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, LOGAN
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, NEIL
ADDRESS AVAILABLE UPON REQUEST

ATHERTON, RAVEN
ADDRESS AVAILABLE UPON REQUEST

ATHEY, BOBETTE
ADDRESS AVAILABLE UPON REQUEST

ATHMAN YAMAMOTO, LAURA ANN
ADDRESS AVAILABLE UPON REQUEST

ATHMER, ADAM
ADDRESS AVAILABLE UPON REQUEST

ATHORN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ATHY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ATI, INES
ADDRESS AVAILABLE UPON REQUEST

ATIEH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ATIGRE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ATIKA MUHAMMAD
ADDRESS AVAILABLE UPON REQUEST

ATILANO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ATILES, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ATILES, DENNESSA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ATKINS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

ATKINS, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ATKINS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ATKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ATKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ATKINS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ATKINS, JANNA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ATKINS, MARIA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ATKINS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ATKINS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ATKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ATKINS, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

ATKINS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

ATKINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ATKINS, SURRIE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, ANECA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, AREN
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, BECCA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, KATY
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, KAYCELYN
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, KIM
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, ROSA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, TARA
ADDRESS AVAILABLE UPON REQUEST

ATKINSON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

ATLAS, MAYA
ADDRESS AVAILABLE UPON REQUEST

ATLASSIAN
ADDRESS UNAVAILABLE AT TIME OF FILING

ATLEE, NORMA
ADDRESS AVAILABLE UPON REQUEST

ATLESKI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ATOMIC LLC
5125 E 6 AVE
DENVER, CO 80220

ATOMIC PUBLIC RELATIONS
735 MARKET ST 4TH FLOOR
SAN FRANCISCO, CA 94103

ATONDO, ALYSON
ADDRESS AVAILABLE UPON REQUEST

ATOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ATSMA, DEANNE
ADDRESS AVAILABLE UPON REQUEST

ATTA, SARAH
ADDRESS AVAILABLE UPON REQUEST

ATTA-MENSAH, AFUA
ADDRESS AVAILABLE UPON REQUEST

ATTAWAY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ATTAWAY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ATTENTIVE MOBILE INC.
221 RIVER STREET 9TH FLOOR
HOBOKEN, NJ  07030

ATTENTIVE MOBILE INC.
221 RIVER STREET, SUITE 9047
HOBOKEN, NJ  07030

ATTERBURY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

ATTERHOLT, AMY
ADDRESS AVAILABLE UPON REQUEST

ATTIA, AMIN
ADDRESS AVAILABLE UPON REQUEST

ATTICUS PUBLISHING, LLC
2004 FORD ST
AUSTIN, TX  78704

ATTICUS PUBLISHING, LLC
2004 FORD ST
DUNCAN PENN, OWNER
AUSTIN, TX  78704

ATTICUS PUBLISHING, LLC
990 SUNSET AVE
VENICE, CA  90291

ATTICUS PUBLISHING, LLC
F/S/O DUNCAN PENN
4338 REDWOOD AVE APT 209B
MARINA DEL REY, CA  90292

ATTICUS PUBLISHING, LLC
F/S/O DUNCAN PENN
ATTN SPENCER ROEHRE
4141 GLENCOE AVE, UNIT 409
MARINA DEL REY, CA  90292

ATTICUS PUBLISHING, LLC
F/S/O DUNCAN PENN
C/O PEARLMAN LINDHOLM; ANDREW PIKE
201-19 DALLAS RD
VICTORIA, BC  V8V 5A6  CANADA

ATTIPOE, KWAMI
ADDRESS AVAILABLE UPON REQUEST

ATTIYEH, ROSIE
ADDRESS AVAILABLE UPON REQUEST

ATTN M CHURCH, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ATTN NANCY LEMKE, STEP BY STEP
ADDRESS AVAILABLE UPON REQUEST

ATTN: ALEX, ADG
ADDRESS AVAILABLE UPON REQUEST

ATTO K ROBERTS
ADDRESS AVAILABLE UPON REQUEST

ATTON, BOB
ADDRESS AVAILABLE UPON REQUEST

ATTRIDGE, MONICA
ADDRESS AVAILABLE UPON REQUEST

ATWELL, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

ATWELL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

ATWELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ATWELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ATWELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ATWELL, LORYNNE
ADDRESS AVAILABLE UPON REQUEST

ATWELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ATWOOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

ATWOOD, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ATWOOD, JAMES
ADDRESS AVAILABLE UPON REQUEST

ATWOOD, PETRA
ADDRESS AVAILABLE UPON REQUEST

ATWOOD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AU CHEVAL
ADDRESS UNAVAILABLE AT TIME OF FILING

AU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AU, VY
ADDRESS AVAILABLE UPON REQUEST

AU, YAT-PANG
ADDRESS AVAILABLE UPON REQUEST

AUBE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

AUBE, LARRY
ADDRESS AVAILABLE UPON REQUEST

AUBE, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

AUBERGE
ADDRESS UNAVAILABLE AT TIME OF FILING

AUBEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

AUBIHL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

AUBIN, HAYLEY M.
ADDRESS AVAILABLE UPON REQUEST

AUBRAC, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

AUBRAE GULLICK
ADDRESS AVAILABLE UPON REQUEST

AUBREY WOOD
ADDRESS AVAILABLE UPON REQUEST

AUBREY, ANNA
ADDRESS AVAILABLE UPON REQUEST

AUBREY, MARIKA
ADDRESS AVAILABLE UPON REQUEST

AUBREY, MAURA
ADDRESS AVAILABLE UPON REQUEST

AUBREY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AUBRIE BROMLOW
ADDRESS AVAILABLE UPON REQUEST

AUBRY, CARMEN
ADDRESS AVAILABLE UPON REQUEST

AUBRY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

AUBRY, KAYLI
ADDRESS AVAILABLE UPON REQUEST

AUBRY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

AUBUCHON, ADRIENE
ADDRESS AVAILABLE UPON REQUEST

AUBUCHON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

AUBUCHON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

AUCHLY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

AUCKLAND, EDWARD
ADDRESS AVAILABLE UPON REQUEST

AUCOIN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

AUCOIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

AUCOIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

AUCOIN, PAULA
ADDRESS AVAILABLE UPON REQUEST

AUCOTT, AMY
ADDRESS AVAILABLE UPON REQUEST

AUDATTE, STEPHANIA
ADDRESS AVAILABLE UPON REQUEST

AUDELL, MARY
ADDRESS AVAILABLE UPON REQUEST

AUDEN, JOSH
ADDRESS AVAILABLE UPON REQUEST

AUDET, MARRIN
ADDRESS AVAILABLE UPON REQUEST

AUDETTE, JARRYD
ADDRESS AVAILABLE UPON REQUEST

AUDETTE, KASSIE
ADDRESS AVAILABLE UPON REQUEST

AUDI, GEORGES
ADDRESS AVAILABLE UPON REQUEST

AUDIBLE
ADDRESS UNAVAILABLE AT TIME OF FILING

AUDIENCE CONNECT LLC
3415 S SEPULVEDA BLVD
LOS ANGELES, CA 90034

AUDIJE, MILYN
ADDRESS AVAILABLE UPON REQUEST

AUDILET, LANA
ADDRESS AVAILABLE UPON REQUEST

AUDINO, THERESA
ADDRESS AVAILABLE UPON REQUEST

AUDIOBOOM (PODCAST)
40 E34TH ST. SUITE 601
NEW YORK CITY, NY 10016

AUDISS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

AUDRA CURRAN
ADDRESS AVAILABLE UPON REQUEST

AUDRA LEIGH SNYDER
ADDRESS AVAILABLE UPON REQUEST

AUDREY CREARY
ADDRESS AVAILABLE UPON REQUEST

AUDREY HAYES
ADDRESS AVAILABLE UPON REQUEST

AUDREY KRUSE
ADDRESS AVAILABLE UPON REQUEST

AUDREY L KIDD
ADDRESS AVAILABLE UPON REQUEST

AUDREY WOOD
ADDRESS AVAILABLE UPON REQUEST

AUDRICA W BANKS
ADDRESS AVAILABLE UPON REQUEST

AUDU, SEYI
ADDRESS AVAILABLE UPON REQUEST

AUER, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

AUER, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

AUER, MICHELLE AND RANDY
ADDRESS AVAILABLE UPON REQUEST

AUERBACH, ALISSA
ADDRESS AVAILABLE UPON REQUEST

AUERBACH, AMY
ADDRESS AVAILABLE UPON REQUEST

AUERBACH, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

AUERBACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

AUERBACH, ZOE
ADDRESS AVAILABLE UPON REQUEST

AUFFANT, FABIO
ADDRESS AVAILABLE UPON REQUEST

AUFFARTH, SHAYLYN
ADDRESS AVAILABLE UPON REQUEST

AUFMANN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

AUFSES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AUGDON ROBERTS
ADDRESS AVAILABLE UPON REQUEST

AUGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

AUGENBAUGH, MATT
ADDRESS AVAILABLE UPON REQUEST

AUGENSEN, FINN
ADDRESS AVAILABLE UPON REQUEST

AUGEO CLO, LLC (DBA FIGG)
2561 TERRITORIAL ROAD
SAINT PAUL, MN  55414

AUGER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

AUGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

AUGER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

AUGER, KAILEY
ADDRESS AVAILABLE UPON REQUEST

AUGER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

AUGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AUGIE BELLO MUSIC LLC
165 W 4TH STREET, APT 33
NEW YORK, NY  10014

AUGIER, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

AUGIS, RIMVYDAS
ADDRESS AVAILABLE UPON REQUEST

AUGOSTINI, MIA
ADDRESS AVAILABLE UPON REQUEST

AUGSBERGER, KATY
ADDRESS AVAILABLE UPON REQUEST

AUGSBURGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AUGUST, DAVID
ADDRESS AVAILABLE UPON REQUEST

AUGUSTA FARA (MARRIED TO MURDER)
4 CAROLE LANE
ST. LOUIS, MO  63131

AUGUSTA FARA (MARRIED TO MURDER)
6556 DAKOTA RIDGE DR.
EL PASO, TX 79912

AUGUSTA SOERYADJAYA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTA, DANIKA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

AUGUSTAD, TARA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTERFER, JOHN
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, CELAINE
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, DAYANA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

AUGUSTIN, RUTH
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, ANDRE
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, FRANCES
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, KELLI
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, LISA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINE, ROHAN
ADDRESS AVAILABLE UPON REQUEST

AUGUSTINIAK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

AUGUSTO, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

AUGUSTO, PERSIA
ADDRESS AVAILABLE UPON REQUEST

AUGUSTYN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AUGUSTYN, JACOB
ADDRESS AVAILABLE UPON REQUEST

AUGUSTYN, JASON
ADDRESS AVAILABLE UPON REQUEST

AUGUSTYN, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

AULD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AULD, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

AULENBACH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AULNER, RENATE
ADDRESS AVAILABLE UPON REQUEST

AULT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

AULT, ALISHA
ADDRESS AVAILABLE UPON REQUEST

AULT, CALEB
ADDRESS AVAILABLE UPON REQUEST

AULT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AULT, KEELEY
ADDRESS AVAILABLE UPON REQUEST

AULT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AULT, RICH
ADDRESS AVAILABLE UPON REQUEST

AULT, SPENCER
ADDRESS AVAILABLE UPON REQUEST

AULTZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

AULTZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AUMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

AUMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

AUMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

AUMEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

AUNER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

AUNI, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

AUPTIX, INC.
2330 COUSTEAU COURT, STE 200
VISTA, CA  92081

AUQUEL DUCHARM
ADDRESS AVAILABLE UPON REQUEST

AURAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

AURELIA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

AURELIO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

AURELUS, JENNIE
ADDRESS AVAILABLE UPON REQUEST

AURIANE KOSTER
ADDRESS AVAILABLE UPON REQUEST

AURIEMMA, BECCA
ADDRESS AVAILABLE UPON REQUEST

AURIEMMA, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

AURIEMMA, TONY
ADDRESS AVAILABLE UPON REQUEST

AURINGER, JOEL
ADDRESS AVAILABLE UPON REQUEST

AURORA ALBRIGHT
ADDRESS AVAILABLE UPON REQUEST

AURORA, MARISA
ADDRESS AVAILABLE UPON REQUEST

AURORE SIANO LORMEUS
ADDRESS AVAILABLE UPON REQUEST

AUS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AUSBURN, D'ARCY
ADDRESS AVAILABLE UPON REQUEST

AUSLOOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

AUSPOS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

AUST, ERIN
ADDRESS AVAILABLE UPON REQUEST

AUST, MARY ELISE
ADDRESS AVAILABLE UPON REQUEST

AUSTEFJORD, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN HUGH ANDERSON
ADDRESS AVAILABLE UPON REQUEST

AUSTIN KLINGENSMITH
ADDRESS AVAILABLE UPON REQUEST

AUSTIN ROBERT HERRINGTON
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, AARON
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, BAHJA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, BROCK
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, CLARE
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, CURTIS
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DANI
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DIANE
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, EBONY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ELLA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, HARRIET
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JADE
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JAN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JANA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JANET
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JANN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JODI
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, MARKARA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, MARLA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, MARY
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, NAILAH
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, SHELEEN
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, SIMON
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, VENUS
ADDRESS AVAILABLE UPON REQUEST

AUSTIN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

AUSTINCRAFTON, TIERRA
ADDRESS AVAILABLE UPON REQUEST

AUSTRIA, KATIE
ADDRESS AVAILABLE UPON REQUEST

AUTEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

AUTEN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

AUTH, DELANEY
ADDRESS AVAILABLE UPON REQUEST

AUTH, FELICIA
ADDRESS AVAILABLE UPON REQUEST

AUTHILL WINES GMBH
HOUPTSTRASSE 65
DOBERMANNSDORF 2181
AUSTRIA

AUTIO, PAM
ADDRESS AVAILABLE UPON REQUEST

AUTISSIER, ESTELLE
ADDRESS AVAILABLE UPON REQUEST

AUTODESK, INC
PO BOX 894229
LOS ANGELES, CA 90189-4229

AUTREY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

AUTUMN COMMUNICATIONS LLC
C/O ROTHSTEIN PRATA MCCABE CPAS
303 FIFTH AVENUE, SUITE 1813/14
NEW YORK, NY 10016

AUTUMN COMMUNICATIONS, LLC.
146 NORTH CLARK DRIVE 2A
LOS ANGELES, CA 90048

AUTUMN COMMUNICATIONS, LLC.
15260 VENTURA BLVD STE 2100
SHERMAN OAKS, CA 91403

AUTUMN COMMUNICATIONS, LLC.
16133 VENTURA BLVD. SUITE 500
ENCINO, CA 91436

AUTUMN COMMUNICATIONS, LLC.
8322 BEVERLY BLVD., STE 201
LOS ANGELES, CA 90048

AUTUMN COMMUNICATIONS, LLC.
C/O PRAGER METIS CPAS LLC
14 PENN PLAZA, SUITE 2000
NEW YORK, NY 10122

AUTUMN COMMUNICATIONS, LLC.
C/O ROTHSTEIN PRATA MCCABE CPAS
303 FIFTH AVENUE, SUITE 1813/14
NEW YORK, NY 10016

AUTUMN COMMUNICATIONS, LLC.
C/O SCHREIBER ADVISORS, P.C.
7031 ORCHARD LAKE ROAD, SUITE 203
WEST BLOOMFIELD, MI 48322

AUTUMN HAUENSTEIN
ADDRESS AVAILABLE UPON REQUEST

AUTUORI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

AUVRAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

AVADES, SALI
ADDRESS AVAILABLE UPON REQUEST

AVAKIAN, BRAD
ADDRESS AVAILABLE UPON REQUEST

AVAKIAN, HERMINEH
ADDRESS AVAILABLE UPON REQUEST

AVALARA AVATAX
ADDRESS UNAVAILABLE AT TIME OF FILING

AVALARA INC.
255 S. KING ST., SUITE 1800
SEATTLE, WA  98104

AVALARA INC.
ATTN: GM, BEVERAGE ALCOHOL
1650 RAMADA DR, STE 180
PASO ROBLES, CA  93447

AVALARA
255 S. KING ST., SUITE 1800
SEATTLE, WA  98104

AVALLON, GREG
ADDRESS AVAILABLE UPON REQUEST

AVALOS, ANNA
ADDRESS AVAILABLE UPON REQUEST

AVALOS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

AVALOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

AVANGATE, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

AVANT
ADDRESS UNAVAILABLE AT TIME OF FILING

AVANT, TRACI
ADDRESS AVAILABLE UPON REQUEST

AVANZADO, VIRGIL
ADDRESS AVAILABLE UPON REQUEST

AVANZATO, JOHN
ADDRESS AVAILABLE UPON REQUEST

AVASARALA, SHALINI
ADDRESS AVAILABLE UPON REQUEST

AVDOYAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

AVEDIAN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

AVELAR, CARLOS
ADDRESS AVAILABLE UPON REQUEST

AVELAR, PAOLA
ADDRESS AVAILABLE UPON REQUEST

AVELIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

AVELIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AVELLA, ALEX
ADDRESS AVAILABLE UPON REQUEST

AVELLANET, KEN
ADDRESS AVAILABLE UPON REQUEST

AVELLINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

AVENALI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AVENDANO, JORGE
ADDRESS AVAILABLE UPON REQUEST

AVENDANO, MARTHA
ADDRESS AVAILABLE UPON REQUEST

AVENT, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

AVENT, DON
ADDRESS AVAILABLE UPON REQUEST

AVENT, MARIAN
ADDRESS AVAILABLE UPON REQUEST

AVENTAGGIATO, DOMINIK NITAI
ADDRESS AVAILABLE UPON REQUEST

AVENTINE
ADDRESS UNAVAILABLE AT TIME OF FILING

AVERETT, JONI
ADDRESS AVAILABLE UPON REQUEST

AVERGUN, JODI
ADDRESS AVAILABLE UPON REQUEST

AVERILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

AVERILL, MARILYN
ADDRESS AVAILABLE UPON REQUEST

AVERILL, NANCY
ADDRESS AVAILABLE UPON REQUEST

AVERITT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

AVERY HELWIG
ADDRESS AVAILABLE UPON REQUEST

AVERY WALLACE
ADDRESS AVAILABLE UPON REQUEST

AVERY, ABBY
ADDRESS AVAILABLE UPON REQUEST

AVERY, ALEX
ADDRESS AVAILABLE UPON REQUEST

AVERY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

AVERY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

AVERY, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

AVERY, CLARICE
ADDRESS AVAILABLE UPON REQUEST

AVERY, CLIFF
ADDRESS AVAILABLE UPON REQUEST

AVERY, ERICA
ADDRESS AVAILABLE UPON REQUEST

AVERY, ERIN
ADDRESS AVAILABLE UPON REQUEST

AVERY, KELLY
ADDRESS AVAILABLE UPON REQUEST

AVERY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

AVERY, LAURA
ADDRESS AVAILABLE UPON REQUEST

AVERY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

AVERY, MARSHA
ADDRESS AVAILABLE UPON REQUEST

AVERY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

AVERY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

AVERY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AVERY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

AVERY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

AVERY, VAL
ADDRESS AVAILABLE UPON REQUEST

AVETOOM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

AVEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

AVEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

AVEZZIE, ARIANA
ADDRESS AVAILABLE UPON REQUEST

AVGEROS, VIVI
ADDRESS AVAILABLE UPON REQUEST

AVIL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

AVILA B, LUCIA
ADDRESS AVAILABLE UPON REQUEST

AVILA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

AVILA, ALANA
ADDRESS AVAILABLE UPON REQUEST

AVILA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

AVILA, ANNE
ADDRESS AVAILABLE UPON REQUEST

AVILA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

AVILA, DARLA
ADDRESS AVAILABLE UPON REQUEST

AVILA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

AVILA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

AVILA, FRED
ADDRESS AVAILABLE UPON REQUEST

AVILA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AVILA, JUVENTINO
ADDRESS AVAILABLE UPON REQUEST

AVILA, KARLA
ADDRESS AVAILABLE UPON REQUEST

AVILA, KATHY
ADDRESS AVAILABLE UPON REQUEST

AVILA, MYKA
ADDRESS AVAILABLE UPON REQUEST

AVILA, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

AVILA, REBECA
ADDRESS AVAILABLE UPON REQUEST

AVILA, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

AVILA-CAREY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

AVILES, ARYANNA
ADDRESS AVAILABLE UPON REQUEST

AVILES, CAMILA
ADDRESS AVAILABLE UPON REQUEST

AVILES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

AVILES, MAGGIE AND JOSE
ADDRESS AVAILABLE UPON REQUEST

AVILEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

AVINA, MELISA
ADDRESS AVAILABLE UPON REQUEST

AVINA, MELISA
ADDRESS AVAILABLE UPON REQUEST

AVINA, ROSE
ADDRESS AVAILABLE UPON REQUEST

AVINOAM, DANA
ADDRESS AVAILABLE UPON REQUEST

AVIO VENTURES
ADDRESS UNAVAILABLE AT TIME OF FILING

AVIRETT, KAILI
ADDRESS AVAILABLE UPON REQUEST

AVIS RENT-A-CAR
ADDRESS UNAVAILABLE AT TIME OF FILING

AVIS, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

AVISON YOUNG - SOUTHERN CALIFORNIA,
LTD
555 S FLOWER STREET SUITE 3200
LOS ANGELES, CA  90071

AVISS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

AVITABLE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

AVIV, SONIA
ADDRESS AVAILABLE UPON REQUEST

AVJIAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

AVNI, DANNY
ADDRESS AVAILABLE UPON REQUEST

AVOCATOAST BY LIZZY
1469 1/5 SCOTT AVE
LOS ANGELES, CA  90026

AVOLA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

AVOLIO, BETH
ADDRESS AVAILABLE UPON REQUEST

AVON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AVOTS, MARTA
ADDRESS AVAILABLE UPON REQUEST

AVRIETT, ROB
ADDRESS AVAILABLE UPON REQUEST

AVRIL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

AVSHALUMOV, ANDREA
ADDRESS AVAILABLE UPON REQUEST

AVYLYNN CHOWDHURY
ADDRESS AVAILABLE UPON REQUEST

AWAASAH, RAMATOU
ADDRESS AVAILABLE UPON REQUEST

AWAD, MAHA
ADDRESS AVAILABLE UPON REQUEST

AWAIS, YASMINE
ADDRESS AVAILABLE UPON REQUEST

AWALIGA, JUDE
ADDRESS AVAILABLE UPON REQUEST

AWAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

AWASTHI, SAURABH
ADDRESS AVAILABLE UPON REQUEST

AWE, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

AWE-HUSKY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

AWESOME OS, INC. (OFFSOURCING, INC)
8605 SANTA MONICA BLVD  30540
LOS ANGELES, CA  90069

AWESOME OS, INC. (OFFSOURCING, INC)
AWESOME OS, INC. 8605 SANTA MONICA
BLVD  30540
HELEN LEE
LOS ANGELES, CA  90069

AWTREY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

AWTREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

AWUAH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

AXANI, ERIKA
ADDRESS AVAILABLE UPON REQUEST

AXBERG, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

AXELRAD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

AXELROD, AMY
ADDRESS AVAILABLE UPON REQUEST

AXELROD, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

AXELSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

AXELSON, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

AXELSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

AXFORD, DAISY
ADDRESS AVAILABLE UPON REQUEST

AXIS CONSTRUCTION MANAGEMENT, LLC
215 WEST CHURCH ROAD SUITE 111
KING OF PRUSSIA, PA  19406

AXIS INSURANCE COMPANY
10000 AVALON BLVD, STE 200
ALPHARETTA, GA  30009

AXIS INSURANCE COMPANY
ATTN JILL FARNHAM, VP
111 S WACKER DR, STE 3500
CHICAGO, IL  60606

AXIS INSURANCE COMPANY
ATTN RAYMOND WALSH, VP
450 SANSOME ST, STE 1600
SAN FRANCISCO, CA  94111

AXIS MARKETING
1235 ELATI ST
DENVER, CO  80204

AXOS/COR CLEARING (0052)
ATTN CORPORATE ACTIONS DEPT
1200 LANDMARK CTR, STE. 800
OMAHA, NE  68102-1916

AXT, KENDALL
ADDRESS AVAILABLE UPON REQUEST

AXT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

AXTELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

AXTELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AXTELL, SUE
ADDRESS AVAILABLE UPON REQUEST

AXTELL, WENDY
ADDRESS AVAILABLE UPON REQUEST

AXTMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AXXCESS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

AYA KHASIN
ADDRESS AVAILABLE UPON REQUEST

AYA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

AYAK
ADDRESS UNAVAILABLE AT TIME OF FILING

AYALA FERRELL, MARILYN
ADDRESS AVAILABLE UPON REQUEST

AYALA, ARACELIS
ADDRESS AVAILABLE UPON REQUEST

AYALA, CARA
ADDRESS AVAILABLE UPON REQUEST

AYALA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

AYALA, DORA
ADDRESS AVAILABLE UPON REQUEST

AYALA, JEN
ADDRESS AVAILABLE UPON REQUEST

AYALA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AYALA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AYALA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AYALA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AYALA, LISA
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARITZA
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARLEEN
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARTA
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARTI
ADDRESS AVAILABLE UPON REQUEST

AYALA, MARVIN
ADDRESS AVAILABLE UPON REQUEST

AYALA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

AYALA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AYALA, ROCIO
ADDRESS AVAILABLE UPON REQUEST

AYALA, SHERLENE
ADDRESS AVAILABLE UPON REQUEST

AYALA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

AYALA, VICKI
ADDRESS AVAILABLE UPON REQUEST

AYALA, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

AYALEW, HAIMI
ADDRESS AVAILABLE UPON REQUEST

AYANNA CATO-HAWKINS
ADDRESS AVAILABLE UPON REQUEST

AYAR MEDOC, MARIEL
ADDRESS AVAILABLE UPON REQUEST

AYAS, MEHMET
ADDRESS AVAILABLE UPON REQUEST

AYCOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

AYCOCK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

AYCRIGG, SARAH
ADDRESS AVAILABLE UPON REQUEST

AYELLA, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

AYELLO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

AYENI, CASSIE
ADDRESS AVAILABLE UPON REQUEST

AYER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

AYER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

AYER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

AYERS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

AYERS, DAN
ADDRESS AVAILABLE UPON REQUEST

AYERS, EMMA
ADDRESS AVAILABLE UPON REQUEST

AYERS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

AYERS, JANE
ADDRESS AVAILABLE UPON REQUEST

AYERS, KARLI
ADDRESS AVAILABLE UPON REQUEST

AYERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

AYERS, LINDA
ADDRESS AVAILABLE UPON REQUEST

AYERS, LISA
ADDRESS AVAILABLE UPON REQUEST

AYERS, MICHAELLE
ADDRESS AVAILABLE UPON REQUEST

AYERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

AYERS, MIKELE
ADDRESS AVAILABLE UPON REQUEST

AYERS, NICOLA
ADDRESS AVAILABLE UPON REQUEST

AYERS, QUINESIA
ADDRESS AVAILABLE UPON REQUEST

AYERS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

AYERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

AYERS, STEVE & SANDY
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| AYERS, TEGAN<br>ADDRESS AVAILABLE UPON REQUEST | AYERS, VALERIE<br>ADDRESS AVAILABLE UPON REQUEST | AYES, GLADYS<br>ADDRESS AVAILABLE UPON REQUEST |
| AYETTE, MARLA<br>ADDRESS AVAILABLE UPON REQUEST | AYINDE, NYASHO<br>ADDRESS AVAILABLE UPON REQUEST | AYLE, ELAINE<br>ADDRESS AVAILABLE UPON REQUEST |
| AYLE, ELAINE<br>ADDRESS AVAILABLE UPON REQUEST | AYLER, KIRK<br>ADDRESS AVAILABLE UPON REQUEST | AYLES, KRISTEE<br>ADDRESS AVAILABLE UPON REQUEST |
| AYLING, PAMELA<br>ADDRESS AVAILABLE UPON REQUEST | AYLWARD, BROOKE<br>ADDRESS AVAILABLE UPON REQUEST | AYLWARD, GAIL<br>ADDRESS AVAILABLE UPON REQUEST |
| AYLWARD, VEDA<br>ADDRESS AVAILABLE UPON REQUEST | AYMAR, SHAINA<br>ADDRESS AVAILABLE UPON REQUEST | AYMONG, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| AYO OGUNDELE<br>ADDRESS AVAILABLE UPON REQUEST | AYON, ANGELICA<br>ADDRESS AVAILABLE UPON REQUEST | AYOOLA, IRENE<br>ADDRESS AVAILABLE UPON REQUEST |
| AYOUB, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | AYOUBKHAN, SIMONE<br>ADDRESS AVAILABLE UPON REQUEST | AYRE, JONATHAN<br>ADDRESS AVAILABLE UPON REQUEST |
| AYRES, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | AYRES, JOLENE<br>ADDRESS AVAILABLE UPON REQUEST | AYRES, KYLIE<br>ADDRESS AVAILABLE UPON REQUEST |
| AYRES, MARCY<br>ADDRESS AVAILABLE UPON REQUEST | AYRES, MARCY<br>ADDRESS AVAILABLE UPON REQUEST | AYRES, QUINN<br>ADDRESS AVAILABLE UPON REQUEST |
| AYRES, SHARON<br>ADDRESS AVAILABLE UPON REQUEST | AYRES-REICHERT, LESLIE<br>ADDRESS AVAILABLE UPON REQUEST | AYRICA END<br>ADDRESS AVAILABLE UPON REQUEST |

AYSCUE, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

AYTONA, DIANEDRA
ADDRESS AVAILABLE UPON REQUEST

AYYAR, PAMELA
ADDRESS AVAILABLE UPON REQUEST

AYVAZIAN, BIAYNA
ADDRESS AVAILABLE UPON REQUEST

AYYATHURAI, SENTHIL
ADDRESS AVAILABLE UPON REQUEST

AZ DEPT OF LIQUOR LICENSES AND
CONTROL
800 W. WASHINGTON, 5TH FLOOR
PHOENIX, AZ 85007

AZ DEPT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

AZ LIQUOR LICENSES
ADDRESS UNAVAILABLE AT TIME OF FILING

AZAD, FARHAD
ADDRESS AVAILABLE UPON REQUEST

AZAD, KANIZ
ADDRESS AVAILABLE UPON REQUEST

AZADAN, CHAD
ADDRESS AVAILABLE UPON REQUEST

AZALI, LYNN
ADDRESS AVAILABLE UPON REQUEST

AZAM, NOOR ZEHRA
ADDRESS AVAILABLE UPON REQUEST

AZAR, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

AZCARATE, JENNA
ADDRESS AVAILABLE UPON REQUEST

AZCUI, LUANNE
ADDRESS AVAILABLE UPON REQUEST

AZCUY, JORGE
ADDRESS AVAILABLE UPON REQUEST

AZCUY, MARIELA
ADDRESS AVAILABLE UPON REQUEST

AZEEZ PATRICIA
ADDRESS AVAILABLE UPON REQUEST

AZEEZ, OLUWASEGUN
ADDRESS AVAILABLE UPON REQUEST

AZEMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

AZENABOR, GRACE
ADDRESS AVAILABLE UPON REQUEST

AZENARO-MOORE, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

AZER, HALEY
ADDRESS AVAILABLE UPON REQUEST

AZERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AZIM, ROSIE
ADDRESS AVAILABLE UPON REQUEST

AZIMOVA, RANO
ADDRESS AVAILABLE UPON REQUEST

AZIZA CALLAHAN
ADDRESS AVAILABLE UPON REQUEST

AZIZBAYEVAA, FELIS
ADDRESS AVAILABLE UPON REQUEST

AZIZI, MASOOMA
ADDRESS AVAILABLE UPON REQUEST

AZIZI, NORWAN
ADDRESS AVAILABLE UPON REQUEST

AZOFF, JARED
ADDRESS AVAILABLE UPON REQUEST

AZORES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

AZOULAY, ALEX
ADDRESS AVAILABLE UPON REQUEST

AZOY, LARA
ADDRESS AVAILABLE UPON REQUEST

AZOY, LARA
ADDRESS AVAILABLE UPON REQUEST

AZUERO-DAJUD, JUAN PABLO
ADDRESS AVAILABLE UPON REQUEST

AZUR ASSOCIATES
AZUR GROUP LLC
2151 MAIN ST., STE C
NAPA, CA  94559

AZURDIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

AZURE
ADDRESS UNAVAILABLE AT TIME OF FILING

AZUSA SHIMADA
ADDRESS AVAILABLE UPON REQUEST

AZZARANO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

AZZARI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

AZZINARO, TINA
ADDRESS AVAILABLE UPON REQUEST

AZZIZ, RENAE
ADDRESS AVAILABLE UPON REQUEST

B ALLEN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

B AVILA, NESTOR
ADDRESS AVAILABLE UPON REQUEST

B CLUB W
ADDRESS UNAVAILABLE AT TIME OF FILING

B EDISON, ELI
ADDRESS AVAILABLE UPON REQUEST

B FAUSTINO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

B GRILL & STEAKHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

B PATISSERIE
ADDRESS UNAVAILABLE AT TIME OF FILING

B ROSARIO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

B SPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

B STUART, DONALD
ADDRESS AVAILABLE UPON REQUEST

B TWO DIRECT, LLC
6375 MERCURY DRIVE, SUITE 102
MECHANICSBURG, PA  17050

B WILKINS, KENDAL
ADDRESS AVAILABLE UPON REQUEST

B YOUNG, MYLA
ADDRESS AVAILABLE UPON REQUEST

B&H PHOTO & ELECTRONICS CORP
420 NINTH AVE
NEW YORK, NY  10001-2404

B, AMANDA
ADDRESS AVAILABLE UPON REQUEST

B, ANNE
ADDRESS AVAILABLE UPON REQUEST

B, C
ADDRESS AVAILABLE UPON REQUEST

B, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

B, DORATHY
ADDRESS AVAILABLE UPON REQUEST

B, H
ADDRESS AVAILABLE UPON REQUEST

B, HANNAH
ADDRESS AVAILABLE UPON REQUEST

B, JOHN
ADDRESS AVAILABLE UPON REQUEST

B, LINA & ADAM
ADDRESS AVAILABLE UPON REQUEST

B, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

B, MARY
ADDRESS AVAILABLE UPON REQUEST

B, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

B, MIKE
ADDRESS AVAILABLE UPON REQUEST

B, NICOLE
ADDRESS AVAILABLE UPON REQUEST

B, PEGGY
ADDRESS AVAILABLE UPON REQUEST

B, ROBERT
ADDRESS AVAILABLE UPON REQUEST

B, TRE
ADDRESS AVAILABLE UPON REQUEST

B, VICKIE
ADDRESS AVAILABLE UPON REQUEST

B. SCOTT MEDIA
424 S. BROADWAY UNIT 601
LOS ANGELES, CA  90013

BA BAR RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

BA MINH HA
ADDRESS AVAILABLE UPON REQUEST

BAACK, TRACY
ADDRESS AVAILABLE UPON REQUEST

BAADE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BAADE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BAAH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BAARCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BAAS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

BAAS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BAATH, CECILIA
ADDRESS AVAILABLE UPON REQUEST

BAATZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BABADJANIAN, IVETTA
ADDRESS AVAILABLE UPON REQUEST

BABAKHANIAN, MEGHEDI
ADDRESS AVAILABLE UPON REQUEST

BABAWALE BANKOLE
ADDRESS AVAILABLE UPON REQUEST

BABAYAN, SOFI
ADDRESS AVAILABLE UPON REQUEST

BABB, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BABB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BABB, SISSEL
ADDRESS AVAILABLE UPON REQUEST

BABBITT, JOHN
ADDRESS AVAILABLE UPON REQUEST

BABBS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BABCHINETSKAYA, IZABELLA
ADDRESS AVAILABLE UPON REQUEST

BABCOCK ENTERPRISE, INC
5175 HIGHWAY 246
LOMPOC, CA 93436

BABCOCK ENTERPRISE, INC
P.O. BOX 637
LOMPOC, CA 93438-0637

BABCOCK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, BOB
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, GINA
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, LIVIA
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, MR. & MRS. PARKER
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

BABCOCK, THEADORA
ADDRESS AVAILABLE UPON REQUEST

BABE, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

BABE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BABENZIEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BABER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BABER, CAROL
ADDRESS AVAILABLE UPON REQUEST

BABER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BABER, KENZIE
ADDRESS AVAILABLE UPON REQUEST

BABER, TIM
ADDRESS AVAILABLE UPON REQUEST

BABIAK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BABIC, ARIANA
ADDRESS AVAILABLE UPON REQUEST

BABIC, LILI
ADDRESS AVAILABLE UPON REQUEST

BABICH, FRANK
ADDRESS AVAILABLE UPON REQUEST

BABICZ, RUTH
ADDRESS AVAILABLE UPON REQUEST

BABIGIAN, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BABIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BABIN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BABIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BABINAT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BABINE, JUANA
ADDRESS AVAILABLE UPON REQUEST

BABINGTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BABINO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BABIONE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BABIRAD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BABISH, APRIL
ADDRESS AVAILABLE UPON REQUEST

BABISS, PAULA
ADDRESS AVAILABLE UPON REQUEST

BABON, JANE
ADDRESS AVAILABLE UPON REQUEST

BABROWICZ, JANE
ADDRESS AVAILABLE UPON REQUEST

BABSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BABST, MARY
ADDRESS AVAILABLE UPON REQUEST

BABU, SRIYA
ADDRESS AVAILABLE UPON REQUEST

BABUSIAK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BABY BLUES BBQ
ADDRESS UNAVAILABLE AT TIME OF FILING

BABYAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BABYAR, JENNY
ADDRESS AVAILABLE UPON REQUEST

BABYBITES
28 OSHEA LANE
SUMMIT, NJ  07901

BABYBITES
6 BEEKMAN ROAD
SUMMIT, NJ  07901

BACA APRIL
ADDRESS AVAILABLE UPON REQUEST

BACA, DESI
ADDRESS AVAILABLE UPON REQUEST

BACA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BACA, JAYLEN
ADDRESS AVAILABLE UPON REQUEST

BACA, JAYLEN
ADDRESS AVAILABLE UPON REQUEST

BACA, JULIANA
ADDRESS AVAILABLE UPON REQUEST

BACA, NANCY
ADDRESS AVAILABLE UPON REQUEST

BACA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BACA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BACA, SEFERINA
ADDRESS AVAILABLE UPON REQUEST

BACA, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

BACA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BACA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BACARELLA, LOIS
ADDRESS AVAILABLE UPON REQUEST

BACCAM, DIANA
ADDRESS AVAILABLE UPON REQUEST

BACCARELLA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BACCARI, GINA
ADDRESS AVAILABLE UPON REQUEST

BACCE, AGUSTINA
ADDRESS AVAILABLE UPON REQUEST

BACCEI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BACCELLIERI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BACCHAS, WAHID
ADDRESS AVAILABLE UPON REQUEST

BACCHIONE, JENNIFIER
ADDRESS AVAILABLE UPON REQUEST

BACCHUS DISTRIBUTOR
887 GREAT NORTHERN WAY
VANCOUVER, BC  V5T 4T5
CANADA

BACCHUS, MEERA
ADDRESS AVAILABLE UPON REQUEST

BACCHUS, SAFIA
ADDRESS AVAILABLE UPON REQUEST

BACCHUS, SHENYCE
ADDRESS AVAILABLE UPON REQUEST

BACCUS, L
ADDRESS AVAILABLE UPON REQUEST

BACEVA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BACH BRACKET
ADDRESS AVAILABLE UPON REQUEST

BACH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BACH, DANA
ADDRESS AVAILABLE UPON REQUEST

BACH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BACH, SPENCER
ADDRESS AVAILABLE UPON REQUEST

BACHA, MARYCLARE
ADDRESS AVAILABLE UPON REQUEST

BACHAND, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BACHARACH, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BACHELIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BACHER, HENRY
ADDRESS AVAILABLE UPON REQUEST

BACHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BACHI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BACHICH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BACHKOSKY, TARA J
ADDRESS AVAILABLE UPON REQUEST

BACHLANI, AISHA
ADDRESS AVAILABLE UPON REQUEST

BACHLER, RITA
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BACHMAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

BACHMANN, SHANA
ADDRESS AVAILABLE UPON REQUEST

BACHMEIER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BACHMEIER, MARIA
ADDRESS AVAILABLE UPON REQUEST

BACHMEYER, AMY
ADDRESS AVAILABLE UPON REQUEST

BACH-MOORE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BACHORSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BACHTEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BACIGALUPI, GREG
ADDRESS AVAILABLE UPON REQUEST

BACK BAR USA
2673 WESTERN AVE
LAS VEGAS, NV  89109

BACK IN STOCK APP
ADDRESS UNAVAILABLE AT TIME OF FILING

BACK LABEL BRANDING, LLC
214 E 2ND ST.,  206
WHITEFISH, MT  59937

BACK, IDALIA
ADDRESS AVAILABLE UPON REQUEST

BACK, JESSIE
ADDRESS AVAILABLE UPON REQUEST

BACKER, AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

BACKER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BACKER, LILY
ADDRESS AVAILABLE UPON REQUEST

BACKER, TARA
ADDRESS AVAILABLE UPON REQUEST

BACKES, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BACKES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BACKHAUS, JANA
ADDRESS AVAILABLE UPON REQUEST

BACKIEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

BACKMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BACKUS, WALTER
ADDRESS AVAILABLE UPON REQUEST

BACLICH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BACOLINI, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BACON, ALICE
ADDRESS AVAILABLE UPON REQUEST

BACON, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BACON, CASEY
ADDRESS AVAILABLE UPON REQUEST

BACON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BACON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BACON, HENRY
ADDRESS AVAILABLE UPON REQUEST

BACON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BACON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BACON, JOHN
ADDRESS AVAILABLE UPON REQUEST

BACON, MARIA
ADDRESS AVAILABLE UPON REQUEST

BACON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BACON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BACON, RILEY
ADDRESS AVAILABLE UPON REQUEST

BACON-BLABER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BACOT, KIAHNA
ADDRESS AVAILABLE UPON REQUEST

BACOT, LISA
ADDRESS AVAILABLE UPON REQUEST

BACOTE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BACSALMASI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BACTAT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BADAGLIACCA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BADALAMENTE, JILL
ADDRESS AVAILABLE UPON REQUEST

BADAMO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BADAMO, ANTONINO
ADDRESS AVAILABLE UPON REQUEST

BADANO, TONY
ADDRESS AVAILABLE UPON REQUEST

BADDERS, FAITH
ADDRESS AVAILABLE UPON REQUEST

BADDOO, WINNIE
ADDRESS AVAILABLE UPON REQUEST

BADE, GRACE
ADDRESS AVAILABLE UPON REQUEST

BADEA, NICOLETA
ADDRESS AVAILABLE UPON REQUEST

BADEAU, BILLY
ADDRESS AVAILABLE UPON REQUEST

BADEN, ELISE
ADDRESS AVAILABLE UPON REQUEST

BADEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BADER, ALANNA
ADDRESS AVAILABLE UPON REQUEST

BADER, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BADER, DIANA
ADDRESS AVAILABLE UPON REQUEST

BADER, FARAJ
ADDRESS AVAILABLE UPON REQUEST

BADER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BADER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BADER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BADER, TIM
ADDRESS AVAILABLE UPON REQUEST

BADER-FLERES, TAMARAH
ADDRESS AVAILABLE UPON REQUEST

BADGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BADGER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BADGER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BADGER, HALLEY
ADDRESS AVAILABLE UPON REQUEST

BADGER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BADGER, NATALIA
ADDRESS AVAILABLE UPON REQUEST

BADGER, TOBY
ADDRESS AVAILABLE UPON REQUEST

BADGETT, ZEBADIAH
ADDRESS AVAILABLE UPON REQUEST

BADGEWICK, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BADGI, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

BADHWAR, BRENT
ADDRESS AVAILABLE UPON REQUEST

BADICS, SHAY
ADDRESS AVAILABLE UPON REQUEST

BADILLO RODRIGUEZ, LUIS MIGUEL
ADDRESS AVAILABLE UPON REQUEST

BADILLO, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

BADILLO, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

BADIN, THERY
ADDRESS AVAILABLE UPON REQUEST

BADINELLI, KEITH
ADDRESS AVAILABLE UPON REQUEST

BADLANI, SUNIL
ADDRESS AVAILABLE UPON REQUEST

BADO, JOHN
ADDRESS AVAILABLE UPON REQUEST

BADO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BADOLATO, AMBER
ADDRESS AVAILABLE UPON REQUEST

BADOVINAC, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BADOY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BADR, MONA
ADDRESS AVAILABLE UPON REQUEST

BADROS, GINNY
ADDRESS AVAILABLE UPON REQUEST

BADUA-KONO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BADY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BADZO, BARBIE
ADDRESS AVAILABLE UPON REQUEST

BAE, AMY
ADDRESS AVAILABLE UPON REQUEST

BAE, JUNGHYUN
ADDRESS AVAILABLE UPON REQUEST

BAE, ZOE
ADDRESS AVAILABLE UPON REQUEST

BAEHR, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAEHR, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAEHRE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BAEK, JIEUN
ADDRESS AVAILABLE UPON REQUEST

BAENA, CESAR
ADDRESS AVAILABLE UPON REQUEST

BAER, AMY
ADDRESS AVAILABLE UPON REQUEST

BAER, BECCA
ADDRESS AVAILABLE UPON REQUEST

BAER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BAER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BAER, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

BAER, ISABEL
ADDRESS AVAILABLE UPON REQUEST

BAER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAER, KATY
ADDRESS AVAILABLE UPON REQUEST

BAER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BAER, LYDIA
ADDRESS AVAILABLE UPON REQUEST

BAER, MARLEY
ADDRESS AVAILABLE UPON REQUEST

BAER, NICK
ADDRESS AVAILABLE UPON REQUEST

BAER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BAER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAERG, BILL
ADDRESS AVAILABLE UPON REQUEST

BAERG, LORI
ADDRESS AVAILABLE UPON REQUEST

BAERGA, HASSE
ADDRESS AVAILABLE UPON REQUEST

BAERLOCHER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BAERREN, SARA
ADDRESS AVAILABLE UPON REQUEST

BAER-SINNOTT, SARA
ADDRESS AVAILABLE UPON REQUEST

BAERWALDE, REGINA
ADDRESS AVAILABLE UPON REQUEST

BAESMAN GROUP, INC
4477 REYNOLDS DRIVE
HILLIARD, OH  43026

BAEZ RIZZI, ROSAIDA
ADDRESS AVAILABLE UPON REQUEST

BAEZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BAEZ, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

BAEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

BAEZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BAEZ, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BAEZ, JASHIRA
ADDRESS AVAILABLE UPON REQUEST

BAEZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAEZ, MARITZA
ADDRESS AVAILABLE UPON REQUEST

BAEZ, ROSSLYN
ADDRESS AVAILABLE UPON REQUEST

BAEZA, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BAEZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAFARAT, BASHAIR
ADDRESS AVAILABLE UPON REQUEST

BAFFA, BRETT
ADDRESS AVAILABLE UPON REQUEST

BAFFI, MARIAHE
ADDRESS AVAILABLE UPON REQUEST

BAFFIELD, LADONNA
ADDRESS AVAILABLE UPON REQUEST

BAFTALOVSKA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

BAGAMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAGARUS, KEITH
ADDRESS AVAILABLE UPON REQUEST

BAGBY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAGBY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BAGCI, GULDEN
ADDRESS AVAILABLE UPON REQUEST

BAGDASAR, NICCOLE
ADDRESS AVAILABLE UPON REQUEST

BAGDASARIAN, EMMANUELLE
ADDRESS AVAILABLE UPON REQUEST

BAGE, JULIA
ADDRESS AVAILABLE UPON REQUEST

BAGEL NOSH
ADDRESS UNAVAILABLE AT TIME OF FILING

BAGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAGGARLY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BAGGE, ELENA
ADDRESS AVAILABLE UPON REQUEST

BAGGETT, CIARA
ADDRESS AVAILABLE UPON REQUEST

BAGGETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAGGETT, LYNN
ADDRESS AVAILABLE UPON REQUEST

BAGGETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BAGGETT, VINCENT
ADDRESS AVAILABLE UPON REQUEST

BAGGOTT, ALEX
ADDRESS AVAILABLE UPON REQUEST

BAGGOTT-ROWE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BAGGS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BAGHAIPOUR, YASAMIN
ADDRESS AVAILABLE UPON REQUEST

BAGHERI, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAGHERI, TANYA
ADDRESS AVAILABLE UPON REQUEST

BAGLE, MONIKA
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, ANN
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, HARLEY
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, JIM
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

BAGLEY, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

BAGLINI, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAGLIO, AMBER
ADDRESS AVAILABLE UPON REQUEST

BAGNAL, MENEFEE
ADDRESS AVAILABLE UPON REQUEST

BAGNASCO, PHIL
ADDRESS AVAILABLE UPON REQUEST

BAGNATO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BAGNERIS, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BAGNI, KERRIE
ADDRESS AVAILABLE UPON REQUEST

BAGRIN, MARIANA
ADDRESS AVAILABLE UPON REQUEST

BAGS & BOWS
ADDRESS UNAVAILABLE AT TIME OF FILING

BAGS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BAGSBY, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

BAGSIC, BREA
ADDRESS AVAILABLE UPON REQUEST

BAGULEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BAGWELL, CARL
ADDRESS AVAILABLE UPON REQUEST

BAGWELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAGWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAGWELL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BAH, BETTY
ADDRESS AVAILABLE UPON REQUEST

BAHADOSINGH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BAHADUR, HIMANSHU
ADDRESS AVAILABLE UPON REQUEST

BAHADUR, NINA
ADDRESS AVAILABLE UPON REQUEST

BAHADUR, PRANAV
ADDRESS AVAILABLE UPON REQUEST

BAHAREH ZOORANI
ADDRESS AVAILABLE UPON REQUEST

BAHAS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BAHE, KELSIE
ADDRESS AVAILABLE UPON REQUEST

BAHENA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAHL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BAHL, THERESA
ADDRESS AVAILABLE UPON REQUEST

BAHL, TRUPTI
ADDRESS AVAILABLE UPON REQUEST

BAHMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

BAHMANI, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAHN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BAHNERT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BAHNO, JAN
ADDRESS AVAILABLE UPON REQUEST

BAHNS, NICKOLAS
ADDRESS AVAILABLE UPON REQUEST

BAHNSEN, CORY
ADDRESS AVAILABLE UPON REQUEST

BAHNSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BAHOUI, JUDD
ADDRESS AVAILABLE UPON REQUEST

BAHR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAHR, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

BAHR, PATTY
ADDRESS AVAILABLE UPON REQUEST

BAHRAWY, DONNA
ADDRESS AVAILABLE UPON REQUEST

BAHRI CREATIVE LLC
534 METROPOLITAN AVE APT 2
BROOKLYN, NY  11211

BAHRI, LINA
ADDRESS AVAILABLE UPON REQUEST

BAHRNS, JANA
ADDRESS AVAILABLE UPON REQUEST

BAHTI, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BAHTIARIAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BAIDWAN, SANDEEP
ADDRESS AVAILABLE UPON REQUEST

BAIER, ELISA
ADDRESS AVAILABLE UPON REQUEST

BAIER, TIM
ADDRESS AVAILABLE UPON REQUEST

BAIERL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAIG, MIRZA
ADDRESS AVAILABLE UPON REQUEST

BAIG, SARA
ADDRESS AVAILABLE UPON REQUEST

BAIKIE, KIA
ADDRESS AVAILABLE UPON REQUEST

BAILENSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

BAILES, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

BAILES, ELANA
ADDRESS AVAILABLE UPON REQUEST

BAILEY GARRISON
ADDRESS AVAILABLE UPON REQUEST

BAILEY MOBLEY
ADDRESS AVAILABLE UPON REQUEST

BAILEY WILFONG
ADDRESS AVAILABLE UPON REQUEST

BAILEY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ALYSHIA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, AMY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, AMY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BAILEY, AUDRA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, C HOLT
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CHATUAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CINDY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CODY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, COLLINS
ADDRESS AVAILABLE UPON REQUEST

BAILEY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DARBY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DEANA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DEVAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DIANA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, EVELIN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GABBY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GEANNE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GINA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GOLDIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GRACE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

BAILEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JANESSA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JENA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JOEL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KAILEY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KERRY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, KINDRA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LARA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LARHESA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MARGE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MARIAH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MARK
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BAILEY, NORA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, NOREEN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, PEYTON
ADDRESS AVAILABLE UPON REQUEST

BAILEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, RENAIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, RONALD
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SADIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SARA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SHANIA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SHARI
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BAILEY, STACY
ADDRESS AVAILABLE UPON REQUEST

BAILEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BAILEY, STEVIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, TARA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, TERRI
ADDRESS AVAILABLE UPON REQUEST

BAILEY, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

BAILEY, TOM
ADDRESS AVAILABLE UPON REQUEST

BAILEY, WANDA
ADDRESS AVAILABLE UPON REQUEST

BAILEY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BAILEY-DURAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BAILEY-EL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BAILEY-PULLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BAILIE, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BAILIN MD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BAILLIE, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

BAILLIE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAILLIE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BAILO, PAULINE
ADDRESS AVAILABLE UPON REQUEST

BAILYS, KARA
ADDRESS AVAILABLE UPON REQUEST

BAIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BAIN, ANITA
ADDRESS AVAILABLE UPON REQUEST

BAIN, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

BAIN, CORIE
ADDRESS AVAILABLE UPON REQUEST

BAIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAIN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BAINES, ANDREANNA
ADDRESS AVAILABLE UPON REQUEST

BAINES, BRIGIT
ADDRESS AVAILABLE UPON REQUEST

BAINS, RAVNEET
ADDRESS AVAILABLE UPON REQUEST

BAINTER, JEFF
ADDRESS AVAILABLE UPON REQUEST

BAINTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BAINUM, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BAINUM, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAIOCCO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BAIPING GUO
ADDRESS AVAILABLE UPON REQUEST

BAIR, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

BAIR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BAIR, TAWNIE
ADDRESS AVAILABLE UPON REQUEST

BAIR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BAIRD, ABBY
ADDRESS AVAILABLE UPON REQUEST

BAIRD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAIRD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BAIRD, BRETT
ADDRESS AVAILABLE UPON REQUEST

BAIRD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BAIRD, CHELSI
ADDRESS AVAILABLE UPON REQUEST

BAIRD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAIRD, CODY
ADDRESS AVAILABLE UPON REQUEST

BAIRD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAIRD, GATLIN
ADDRESS AVAILABLE UPON REQUEST

BAIRD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BAIRD, KALI
ADDRESS AVAILABLE UPON REQUEST

BAIRD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BAIRD, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BAIRD, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BAIRD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BAIRD, TORI
ADDRESS AVAILABLE UPON REQUEST

BAIRD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BAIRES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BAIRHALTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAISLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAITCHER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BAITER, MARGE
ADDRESS AVAILABLE UPON REQUEST

BAITH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BAITINGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAIZ, BROOKLYNN
ADDRESS AVAILABLE UPON REQUEST

BAJA EAST LLC
535 W 23RD STREET APT S3F
NEW YORK, NY 10011

BAJAJ, NIKESH
ADDRESS AVAILABLE UPON REQUEST

BAJAKIAN, THALIA
ADDRESS AVAILABLE UPON REQUEST

BAJCSEV, BEATRIX
ADDRESS AVAILABLE UPON REQUEST

BAJKOWSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BAJOREK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BAJORIA, MADHAVIKA
ADDRESS AVAILABLE UPON REQUEST

BAJPAYEE, ABHISHEK
ADDRESS AVAILABLE UPON REQUEST

BAJRAKTARI, EVA
ADDRESS AVAILABLE UPON REQUEST

BAJRAMI, MIRA
ADDRESS AVAILABLE UPON REQUEST

BAJWA, MAHEEN
ADDRESS AVAILABLE UPON REQUEST

BAJZATH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BAK, JESSE
ADDRESS AVAILABLE UPON REQUEST

BAK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BAK, PAULINA
ADDRESS AVAILABLE UPON REQUEST

BAKA, LEIGH
ADDRESS AVAILABLE UPON REQUEST

BAKALARSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAKALBASIC, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BAKALOVA, SOFIYA
ADDRESS AVAILABLE UPON REQUEST

BAKAR, ASIF
ADDRESS AVAILABLE UPON REQUEST

BAKARI, MARRIAM
ADDRESS AVAILABLE UPON REQUEST

BAKAS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BAKER & HOSTETLER LLP
1375 E. 9TH STREET, SUITE 2100
CLEVELAND, OH  44114-1794

BAKER TILLY US, LLP
PO BOX 7398
MADISON, WI  53707-7398

BAKER, ALEC
ADDRESS AVAILABLE UPON REQUEST

BAKER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BAKER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BAKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BAKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAKER, AMONI
ADDRESS AVAILABLE UPON REQUEST

BAKER, AMY
ADDRESS AVAILABLE UPON REQUEST

BAKER, AMYSUE
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BAKER, APRIL
ADDRESS AVAILABLE UPON REQUEST

BAKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BAKER, BARY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BOBBI
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRAD
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BAKER, BROOK
ADDRESS AVAILABLE UPON REQUEST

BAKER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAKER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAKER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

BAKER, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, CAROL
ADDRESS AVAILABLE UPON REQUEST

BAKER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, CATHARINA
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

BAKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

BAKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BAKER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BAKER, DALLAS
ADDRESS AVAILABLE UPON REQUEST

BAKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BAKER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, DIANA
ADDRESS AVAILABLE UPON REQUEST

BAKER, DIANE
ADDRESS AVAILABLE UPON REQUEST

BAKER, DINA
ADDRESS AVAILABLE UPON REQUEST

BAKER, DODIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, ELISE
ADDRESS AVAILABLE UPON REQUEST

BAKER, ELLIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, ELSA
ADDRESS AVAILABLE UPON REQUEST

BAKER, ERIC
ADDRESS AVAILABLE UPON REQUEST

BAKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAKER, ERRIKA
ADDRESS AVAILABLE UPON REQUEST

BAKER, GAIL
ADDRESS AVAILABLE UPON REQUEST

BAKER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

BAKER, GARY
ADDRESS AVAILABLE UPON REQUEST

BAKER, GRACE
ADDRESS AVAILABLE UPON REQUEST

BAKER, GREGG
ADDRESS AVAILABLE UPON REQUEST

BAKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BAKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAKER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BAKER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

BAKER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, JAKE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BAKER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JANA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JANAE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JARROD
ADDRESS AVAILABLE UPON REQUEST

BAKER, JAYME
ADDRESS AVAILABLE UPON REQUEST

BAKER, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAKER, JERRY
ADDRESS AVAILABLE UPON REQUEST

BAKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JILL
ADDRESS AVAILABLE UPON REQUEST

BAKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, JULIEA
ADDRESS AVAILABLE UPON REQUEST

BAKER, JUNO
ADDRESS AVAILABLE UPON REQUEST

BAKER, KANDYCE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHLYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KELLY ROSE
ADDRESS AVAILABLE UPON REQUEST

BAKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BAKER, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, KRIS
ADDRESS AVAILABLE UPON REQUEST

BAKER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, KYLA
ADDRESS AVAILABLE UPON REQUEST

BAKER, KYLE
ADDRESS AVAILABLE UPON REQUEST

BAKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BAKER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, LAURYN
ADDRESS AVAILABLE UPON REQUEST

BAKER, LEAH
ADDRESS AVAILABLE UPON REQUEST

BAKER, LEE
ADDRESS AVAILABLE UPON REQUEST

BAKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BAKER, LISA
ADDRESS AVAILABLE UPON REQUEST

BAKER, LISA
ADDRESS AVAILABLE UPON REQUEST

BAKER, LM
ADDRESS AVAILABLE UPON REQUEST

BAKER, LYSANDRA
ADDRESS AVAILABLE UPON REQUEST

BAKER, MADISON
ADDRESS AVAILABLE UPON REQUEST

BAKER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MANDY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BAKER, MARION
ADDRESS AVAILABLE UPON REQUEST

BAKER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MARY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MARY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MATT
ADDRESS AVAILABLE UPON REQUEST

BAKER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BAKER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MAX
ADDRESS AVAILABLE UPON REQUEST

BAKER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BAKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MIKE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MILLIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MITCHELLE
ADDRESS AVAILABLE UPON REQUEST

BAKER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BAKER, MONICA
ADDRESS AVAILABLE UPON REQUEST

BAKER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BAKER, NANCY
ADDRESS AVAILABLE UPON REQUEST

BAKER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BAKER, OLGA
ADDRESS AVAILABLE UPON REQUEST

BAKER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BAKER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BAKER, PARKER
ADDRESS AVAILABLE UPON REQUEST

BAKER, PAUL
ADDRESS AVAILABLE UPON REQUEST

BAKER, PETER
ADDRESS AVAILABLE UPON REQUEST

BAKER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BAKER, RHODES
ADDRESS AVAILABLE UPON REQUEST

BAKER, RICK
ADDRESS AVAILABLE UPON REQUEST

BAKER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BAKER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BAKER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BAKER, ROY
ADDRESS AVAILABLE UPON REQUEST

BAKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAKER, SARA
ADDRESS AVAILABLE UPON REQUEST

BAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAKER, SHAMOY
ADDRESS AVAILABLE UPON REQUEST

BAKER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BAKER, SHARON
ADDRESS AVAILABLE UPON REQUEST

BAKER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BAKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BAKER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BAKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BAKER, TAMI
ADDRESS AVAILABLE UPON REQUEST

BAKER, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

BAKER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BAKER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, WATSON
ADDRESS AVAILABLE UPON REQUEST

BAKER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BAKER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BAKER, YVONNE
ADDRESS AVAILABLE UPON REQUEST

BAKER-DURANTE, NOA
ADDRESS AVAILABLE UPON REQUEST

BAKERIS, TOM
ADDRESS AVAILABLE UPON REQUEST

BAKER-WILLIAMS, TYLER
ADDRESS AVAILABLE UPON REQUEST

BAKEWELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BAKEY JR, JIM
ADDRESS AVAILABLE UPON REQUEST

BAKHSH, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BAKHSHI, K
ADDRESS AVAILABLE UPON REQUEST

BAKHTIARI, MARIAM
ADDRESS AVAILABLE UPON REQUEST

BAKIRIDDIN, ALIYA
ADDRESS AVAILABLE UPON REQUEST

BAKKAR, FARAH
ADDRESS AVAILABLE UPON REQUEST

BAKKE, ANITA
ADDRESS AVAILABLE UPON REQUEST

BAKKE, ERIK
ADDRESS AVAILABLE UPON REQUEST

BAKKE, TESSA
ADDRESS AVAILABLE UPON REQUEST

BAKKEN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BAKKEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAKKEN, JILL
ADDRESS AVAILABLE UPON REQUEST

BAKKEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAKKEN, NICK
ADDRESS AVAILABLE UPON REQUEST

BAKKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAKKESTUEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAKLEY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BAKLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BAKO, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

BAKOLIAS, CHRISTOS
ADDRESS AVAILABLE UPON REQUEST

BAKOS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BAKOWSKI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BAKOWSKI, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

BAKSA, TOMISLAV
ADDRESS AVAILABLE UPON REQUEST

BAKSHI, SUKHMANI
ADDRESS AVAILABLE UPON REQUEST

BAKULA, KERRY
ADDRESS AVAILABLE UPON REQUEST

BAKULSKI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BAKUN, TRACEY M.
ADDRESS AVAILABLE UPON REQUEST

BAL, NAV
ADDRESS AVAILABLE UPON REQUEST

BALA VENKATAPATHY
ADDRESS AVAILABLE UPON REQUEST

BALA, BRIDGITTE
ADDRESS AVAILABLE UPON REQUEST

BALA, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BALA, ROMEISH
ADDRESS AVAILABLE UPON REQUEST

BALA, SHEKAR
ADDRESS AVAILABLE UPON REQUEST

BALACH, LAURA
ADDRESS AVAILABLE UPON REQUEST

BALACHANDRAN, UMA
ADDRESS AVAILABLE UPON REQUEST

BALACUIT, DONALD
ADDRESS AVAILABLE UPON REQUEST

BALADEZ, FREDDI
ADDRESS AVAILABLE UPON REQUEST

BALAEBAIL, RAJAINDRA
ADDRESS AVAILABLE UPON REQUEST

BALAGNA, JILL
ADDRESS AVAILABLE UPON REQUEST

BALAK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BALAKRISHNAN, AMRITHA
ADDRESS AVAILABLE UPON REQUEST

BALAKRISHNAN, SUBBU
ADDRESS AVAILABLE UPON REQUEST

BALAKRISHNAN, SWATHI
ADDRESS AVAILABLE UPON REQUEST

BALANAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BALANOFF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BALAREZO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BALASA, JASON
ADDRESS AVAILABLE UPON REQUEST

BALASSA, DANA
ADDRESS AVAILABLE UPON REQUEST

BALAYAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BALAZS, CARLEY
ADDRESS AVAILABLE UPON REQUEST

BALAZS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BALBIRNIE, TANYA
ADDRESS AVAILABLE UPON REQUEST

BALBONI, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BALBUENA-NEDROW, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BALCAZAR, NATALY
ADDRESS AVAILABLE UPON REQUEST

BALCAZAR, PRISCILA
ADDRESS AVAILABLE UPON REQUEST

BALCERAK, JOHN
ADDRESS AVAILABLE UPON REQUEST

BALCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

BALCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALCITA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BALCKE, MARC
ADDRESS AVAILABLE UPON REQUEST

BALCOM, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BALCOM, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BALCORTA, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

BALD, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BALD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BALD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BALDA, LISSA
ADDRESS AVAILABLE UPON REQUEST

BALDARI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BALDASSANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BALDASSARI, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BALDASSI, STEFANO
ADDRESS AVAILABLE UPON REQUEST

BALDASSI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BALDASSO, ABEL
ADDRESS AVAILABLE UPON REQUEST

BALDAUF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALDAUF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BALDE, ROSENIE
ADDRESS AVAILABLE UPON REQUEST

BALDER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BALDERA, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BALDERAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BALDERRAMA, GREG
ADDRESS AVAILABLE UPON REQUEST

BALDES, LORRA
ADDRESS AVAILABLE UPON REQUEST

BALDI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BALDIE, AMBER
ADDRESS AVAILABLE UPON REQUEST

BALDINGER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BALDINI, JEN
ADDRESS AVAILABLE UPON REQUEST

BALDINO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BALDINO, ELIAS
ADDRESS AVAILABLE UPON REQUEST

BALDINO, KATE
ADDRESS AVAILABLE UPON REQUEST

BALDINO, MARK
ADDRESS AVAILABLE UPON REQUEST

BALDOCK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BALDOMERO, JUSSARA
ADDRESS AVAILABLE UPON REQUEST

BALDONADO, KEITH
ADDRESS AVAILABLE UPON REQUEST

BALDONI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BALDOR, DANNY
ADDRESS AVAILABLE UPON REQUEST

BALDRICA, MARY
ADDRESS AVAILABLE UPON REQUEST

BALDRICHE, JITZA
ADDRESS AVAILABLE UPON REQUEST

BALDRIDGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BALDRIDGE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BALDRIDGE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BALDUCCI, LAURENE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, BAILLEE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, BROCK
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, CALEB
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, DENISE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, KALA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, KATE
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, KATI
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, MALIKA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, MARTINA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, MARTY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, NATAVIA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, RIAN
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, RILEY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, STACY
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, TAFT
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, TODD
ADDRESS AVAILABLE UPON REQUEST

BALDWIN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BALDWIN-GORDON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALDY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BALDZICKI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BALE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BALENSIEFEN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BALENT, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BALENTINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALES, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BALES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BALES, INA
ADDRESS AVAILABLE UPON REQUEST

BALES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BALES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BALESKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALESTERI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BALESTINO, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

BALESTRA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BALESTRERI, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BALEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BALGEMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BALHARA, ASEEM
ADDRESS AVAILABLE UPON REQUEST

BALICH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BALICKI, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

BALICKI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BALILI, DENISE
ADDRESS AVAILABLE UPON REQUEST

BALINGIT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BALINO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BALINT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BALIS, CRISTAL
ADDRESS AVAILABLE UPON REQUEST

BALISI, THELMA
ADDRESS AVAILABLE UPON REQUEST

BALISTRERI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BALKAM, DANNY
ADDRESS AVAILABLE UPON REQUEST

BALKAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALKAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALKARAN, LETICIA
ADDRESS AVAILABLE UPON REQUEST

BALKCOM, CEARIE
ADDRESS AVAILABLE UPON REQUEST

BALKCOM, DANNY
ADDRESS AVAILABLE UPON REQUEST

BALKCOM, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

BALKE, ELLA
ADDRESS AVAILABLE UPON REQUEST

BALKIN, HALLIE
ADDRESS AVAILABLE UPON REQUEST

BALKO, ELIZA
ADDRESS AVAILABLE UPON REQUEST

BALKO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BALL METAL BEVERAGE CONTAINER CORP.
11080 CIRCLEPOINT ROAD
WESTMINSTER, CO  80020

BALL, ANNA
ADDRESS AVAILABLE UPON REQUEST

BALL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BALL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BALL, COLIN
ADDRESS AVAILABLE UPON REQUEST

BALL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BALL, DELILAH
ADDRESS AVAILABLE UPON REQUEST

BALL, DONALD
ADDRESS AVAILABLE UPON REQUEST

BALL, DREXEL B.
ADDRESS AVAILABLE UPON REQUEST

BALL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BALL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BALL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALL, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BALL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BALL, JULIA
ADDRESS AVAILABLE UPON REQUEST

BALL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BALL, KARI
ADDRESS AVAILABLE UPON REQUEST

BALL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BALL, KATIE
ADDRESS AVAILABLE UPON REQUEST

BALL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALL, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BALL, MARYJO
ADDRESS AVAILABLE UPON REQUEST

BALL, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BALL, NATALEE
ADDRESS AVAILABLE UPON REQUEST

BALL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BALL, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BALL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BALL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BALL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BALLADON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BALLAGH, KATIE
ADDRESS AVAILABLE UPON REQUEST

BALLANCO, ERIN
ADDRESS AVAILABLE UPON REQUEST

BALLANT, GUNNAR
ADDRESS AVAILABLE UPON REQUEST

BALLANTINE, CHENOA
ADDRESS AVAILABLE UPON REQUEST

BALLANTINE, DAVID
ADDRESS AVAILABLE UPON REQUEST

BALLANTYNE, KEETON
ADDRESS AVAILABLE UPON REQUEST

BALLANTYNE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BALLANTYNE, TUCKER
ADDRESS AVAILABLE UPON REQUEST

BALLARD, ADELAIDE
ADDRESS AVAILABLE UPON REQUEST

BALLARD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, AMY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, AMY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BALLARD, BRENT
ADDRESS AVAILABLE UPON REQUEST

BALLARD, CASEY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BALLARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

BALLARD, DAWN
ADDRESS AVAILABLE UPON REQUEST

BALLARD, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BALLARD, DIANA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BALLARD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BALLARD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BALLARD, JEFF
ADDRESS AVAILABLE UPON REQUEST

BALLARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, JUDY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, KACI
ADDRESS AVAILABLE UPON REQUEST

BALLARD, LARRY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, LEVI
ADDRESS AVAILABLE UPON REQUEST

BALLARD, LISA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, NELL
ADDRESS AVAILABLE UPON REQUEST

BALLARD, SARA
ADDRESS AVAILABLE UPON REQUEST

BALLARD, SHARON
ADDRESS AVAILABLE UPON REQUEST

BALLARD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BALLARD, ZADIAH
ADDRESS AVAILABLE UPON REQUEST

BALLAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BALLASTINE INTERNATIONAL CORP.
195 G ARANETA AVENUE 3RD FLOOR
ILO BUILDING
QUEZON CITY  1113
PHILIPPINES

BALLBACH, DAVID
ADDRESS AVAILABLE UPON REQUEST

BALLEGEER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BALLEK, GARRY
ADDRESS AVAILABLE UPON REQUEST

BALLEM, NAVEEN
ADDRESS AVAILABLE UPON REQUEST

BALLEN, SARA
ADDRESS AVAILABLE UPON REQUEST

BALLENGER, TYPHANIE
ADDRESS AVAILABLE UPON REQUEST

BALLENGER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BALLENTINE, DEVON
ADDRESS AVAILABLE UPON REQUEST

BALLENTINE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BALLENTINE, MINDI
ADDRESS AVAILABLE UPON REQUEST

BALLESTER, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

BALLESTEROS, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

BALLESTEROS, JAY
ADDRESS AVAILABLE UPON REQUEST

BALLEW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BALLEW, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BALLEW, BOB
ADDRESS AVAILABLE UPON REQUEST

BALLEW, COREY
ADDRESS AVAILABLE UPON REQUEST

BALLEW, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BALLEW, LAURA
ADDRESS AVAILABLE UPON REQUEST

BALLEW, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BALLEW, WENDY
ADDRESS AVAILABLE UPON REQUEST

BALLHEIMER, KEN
ADDRESS AVAILABLE UPON REQUEST

BALLIET, TARYN
ADDRESS AVAILABLE UPON REQUEST

BALLINGER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BALLINGER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BALLINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALLINGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BALLINGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BALLISH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BALLISTER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BALLMAIER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BALLMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

BALLMER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BALLOG, JOHN
ADDRESS AVAILABLE UPON REQUEST

BALLONE, LYNN
ADDRESS AVAILABLE UPON REQUEST

BALLOONFAST
ADDRESS UNAVAILABLE AT TIME OF FILING

BALLOU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BALLOU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BALME, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

BALMER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

BALMER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BALMER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BALMER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BALMER, TINA
ADDRESS AVAILABLE UPON REQUEST

BALMES, CASEY
ADDRESS AVAILABLE UPON REQUEST

BALMES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BALMORES, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BALMUTH, JASON
ADDRESS AVAILABLE UPON REQUEST

BALOCO, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

BALOG, ADY
ADDRESS AVAILABLE UPON REQUEST

BALOG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BALOG, DUWANA
ADDRESS AVAILABLE UPON REQUEST

BALOGH, MARY RITA
ADDRESS AVAILABLE UPON REQUEST

BALOGH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BALOS, SALIENA
ADDRESS AVAILABLE UPON REQUEST

BALOURDOS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BALOURIS, YANNI
ADDRESS AVAILABLE UPON REQUEST

BALQUE, MARY
ADDRESS AVAILABLE UPON REQUEST

BALSAM, LEAH
ADDRESS AVAILABLE UPON REQUEST

BALSAMO-CARILLI, BREE
ADDRESS AVAILABLE UPON REQUEST

BALSANO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BALSER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BALSER, KATHY
ADDRESS AVAILABLE UPON REQUEST

BALSHAW, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BALSIDE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BALSIMELLI, DR DENISE
ADDRESS AVAILABLE UPON REQUEST

BALSKUS, EMILY
ADDRESS AVAILABLE UPON REQUEST

BALSOM, LEO
ADDRESS AVAILABLE UPON REQUEST

BALSTAD, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BALSTER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

BALSZ, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BALTAZAR, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BALTAZAR, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

BALTAZAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BALTERA, RUDOLF
ADDRESS AVAILABLE UPON REQUEST

BALTES, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BALTES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BALTHAZAR
ADDRESS UNAVAILABLE AT TIME OF FILING

BALTIERRA, JULIO
ADDRESS AVAILABLE UPON REQUEST

BALTIMORE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BALTODANO, YARA
ADDRESS AVAILABLE UPON REQUEST

BALTOZER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BALTRUSH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BALTZ, LARRY
ADDRESS AVAILABLE UPON REQUEST

BALUCH, FARHAN
ADDRESS AVAILABLE UPON REQUEST

BALUCH, JENN
ADDRESS AVAILABLE UPON REQUEST

BALZANO, JAMES
ADDRESS AVAILABLE UPON REQUEST

BALZER, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BALZUWEIT, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

BAMANA, KOUMAADA
ADDRESS AVAILABLE UPON REQUEST

BAMBACH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BAMBER, MARY
ADDRESS AVAILABLE UPON REQUEST

BAMBI MCCLURE
ADDRESS AVAILABLE UPON REQUEST

BAMBOO HOLDINGS LLC
ADDRESS AVAILABLE UPON REQUEST

BAMBOO HR
ADDRESS UNAVAILABLE AT TIME OF FILING

BAMERT, MADISON
ADDRESS AVAILABLE UPON REQUEST

BAMFORD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAMLET, CARISSA
ADDRESS AVAILABLE UPON REQUEST

BAMMER, SABINE
ADDRESS AVAILABLE UPON REQUEST

BAMONTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAN YOON
ADDRESS AVAILABLE UPON REQUEST

BAN, STACEY
ADDRESS AVAILABLE UPON REQUEST

BAN, VAN
ADDRESS AVAILABLE UPON REQUEST

BANACH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BANACHOSKI, JALEE
ADDRESS AVAILABLE UPON REQUEST

BANACK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BANAGA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BANAHENE, DARTEY
ADDRESS AVAILABLE UPON REQUEST

BANAHENE, OSEI A
ADDRESS AVAILABLE UPON REQUEST

BANALA, SOWMYA
ADDRESS AVAILABLE UPON REQUEST

BANAS, ADAM
ADDRESS AVAILABLE UPON REQUEST

BANAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

BANAS, ROBIN Y
ADDRESS AVAILABLE UPON REQUEST

BANASZEK, KELLY
ADDRESS AVAILABLE UPON REQUEST

BANAT, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BANC OF CAL
3 MACARTHUR PLACE
SANTA ANA, CA 92707

BANC OF CALIFORNIA
3 MACARTHUR PL
SANTA ANA, CA 92707

BANC OF CALIFORNIA, N.A.
ATTN: MICHAEL BARANOWSKI
3 MACARTHUR PLACE
SANTA ANA, CA 92707

BANCEWICZ, JENNA
ADDRESS AVAILABLE UPON REQUEST

BANCEWICZ, KASIA
ADDRESS AVAILABLE UPON REQUEST

BANCHERO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BANCO, SARAH
ADDRESS AVAILABLE UPON REQUEST

BANCROFT, ALYSON
ADDRESS AVAILABLE UPON REQUEST

BANCROFT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BANCROFT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BAND, CAROL
ADDRESS AVAILABLE UPON REQUEST

BANDA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BANDA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BANDA, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

BANDEL, NICOLA
ADDRESS AVAILABLE UPON REQUEST

BANDELA, SPANDANA
ADDRESS AVAILABLE UPON REQUEST

BANDELEAN, BEN
ADDRESS AVAILABLE UPON REQUEST

BANDELOW, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BANDHOLZ, DIANE
ADDRESS AVAILABLE UPON REQUEST

BANDI, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

BANDIERA-WOETZEL, LISA
ADDRESS AVAILABLE UPON REQUEST

BANDIVAS, JAMAICA
ADDRESS AVAILABLE UPON REQUEST

BANDLEY, DANON
ADDRESS AVAILABLE UPON REQUEST

BANDOH, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BANDOO, MAHLEEYAH
ADDRESS AVAILABLE UPON REQUEST

BANDOS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BANDREMER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BANDSTRA, AMY
ADDRESS AVAILABLE UPON REQUEST

BANDU, UMA
ADDRESS AVAILABLE UPON REQUEST

BANDURA, RYAN
ADDRESS AVAILABLE UPON REQUEST

BANDURKO, TETIANA
ADDRESS AVAILABLE UPON REQUEST

BANDURRAGA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BANDY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BANDY, JETT
ADDRESS AVAILABLE UPON REQUEST

BANDY, KITTY
ADDRESS AVAILABLE UPON REQUEST

BANDY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BANDY, ROSS
ADDRESS AVAILABLE UPON REQUEST

BANDY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BANDY, TRACY
ADDRESS AVAILABLE UPON REQUEST

BANDYOPADHYAY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BANE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BANE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BANE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BANEGAS, GLADYS
ADDRESS AVAILABLE UPON REQUEST

BANEGAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

BANEK, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

BANERJEE, ANWESHA
ADDRESS AVAILABLE UPON REQUEST

BANERJEE, MITALI
ADDRESS AVAILABLE UPON REQUEST

BANERJEE, RAKA
ADDRESS AVAILABLE UPON REQUEST

BANES, DAVID
ADDRESS AVAILABLE UPON REQUEST

BANET, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BANFIELD, FARRIS
ADDRESS AVAILABLE UPON REQUEST

BANG, JON
ADDRESS AVAILABLE UPON REQUEST

BANGAYAN, JUDD
ADDRESS AVAILABLE UPON REQUEST

BANGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BANGERT, SASHA
ADDRESS AVAILABLE UPON REQUEST

BANGHART, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BANGI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BANGLOS, ANJELA
ADDRESS AVAILABLE UPON REQUEST

BANGMA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BANGO, LORI
ADDRESS AVAILABLE UPON REQUEST

BANGS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BANGS, MIKE
ADDRESS AVAILABLE UPON REQUEST

BANGURA, MALALIA
ADDRESS AVAILABLE UPON REQUEST

BANH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BANHAM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BANIAS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BANIPAL, RUBY
ADDRESS AVAILABLE UPON REQUEST

BANISTER, DAN
ADDRESS AVAILABLE UPON REQUEST

BANK OF CALIFORNIA
ATTN MIKE BARANOWSKI, VP SPECIAL
SITUATIONS
3 MACARTHUR PL
SANTA ANA, CA  92707

BANK OF CALIFORNIA
ATTN ROBERT SELWAY
3 MACARTHUR PL
SANTA ANA, CA  92707

BANK OF MANHATTAN
ADDRESS UNAVAILABLE AT TIME OF FILING

BANK OF NEW YORK MELLON (0901)
ATTN EVENT CREATION
ROOM 151-1700
PITTSBURGH, PA  15258

BANK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BANKCARD MTOT DISC
ADDRESS UNAVAILABLE AT TIME OF FILING

BANKERT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BANKHWAL, MEDHA
ADDRESS AVAILABLE UPON REQUEST

BANKMANN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BANKO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BANKORD, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

BANKS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BANKS, AMY
ADDRESS AVAILABLE UPON REQUEST

BANKS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BANKS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BANKS, DAMION
ADDRESS AVAILABLE UPON REQUEST

BANKS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BANKS, FAIRFAX
ADDRESS AVAILABLE UPON REQUEST

BANKS, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

BANKS, GINA
ADDRESS AVAILABLE UPON REQUEST

BANKS, GRACE
ADDRESS AVAILABLE UPON REQUEST

BANKS, JARON
ADDRESS AVAILABLE UPON REQUEST

BANKS, JAYLYNN
ADDRESS AVAILABLE UPON REQUEST

BANKS, JAYLYNN
ADDRESS AVAILABLE UPON REQUEST

BANKS, KAMERON
ADDRESS AVAILABLE UPON REQUEST

BANKS, KAREN
ADDRESS AVAILABLE UPON REQUEST

BANKS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BANKS, LADRA
ADDRESS AVAILABLE UPON REQUEST

BANKS, LEZLIE
ADDRESS AVAILABLE UPON REQUEST

BANKS, LIANA
ADDRESS AVAILABLE UPON REQUEST

BANKS, MARIA
ADDRESS AVAILABLE UPON REQUEST

BANKS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

BANKS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BANKS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BANKS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BANKS, RASHAUNA
ADDRESS AVAILABLE UPON REQUEST

BANKS, RON
ADDRESS AVAILABLE UPON REQUEST

BANKS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BANKS, TIEHEARRA
ADDRESS AVAILABLE UPON REQUEST

BANKS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BANKS, WARREN
ADDRESS AVAILABLE UPON REQUEST

BANKS, ZEANI
ADDRESS AVAILABLE UPON REQUEST

BANKS-DIANA, JULIE
ADDRESS AVAILABLE UPON REQUEST

BANKSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

BANKUTI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BANN, LOUISA
ADDRESS AVAILABLE UPON REQUEST

BANNAR, DEREK
ADDRESS AVAILABLE UPON REQUEST

BANNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BANNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BANNER, RONDA
ADDRESS AVAILABLE UPON REQUEST

BANNERMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BANNETT, BOZENA
ADDRESS AVAILABLE UPON REQUEST

BANNING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BANNING, BRUCE
ADDRESS AVAILABLE UPON REQUEST

BANNING, DONNA
ADDRESS AVAILABLE UPON REQUEST

BANNINGER, CAROLE
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, ANDRE
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, BRENNA
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, CAMERET
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, LEAH
ADDRESS AVAILABLE UPON REQUEST

BANNISTER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BANNON, ANITA
ADDRESS AVAILABLE UPON REQUEST

BANNON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BANNON, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BANOVIC, PAUL
ADDRESS AVAILABLE UPON REQUEST

BANSAL, JAG
ADDRESS AVAILABLE UPON REQUEST

BANSAL, NEHA
ADDRESS AVAILABLE UPON REQUEST

BANSAL, TONY
ADDRESS AVAILABLE UPON REQUEST

BANSBACH, JAMES
ADDRESS AVAILABLE UPON REQUEST

BANSE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BANSHEE PRESS
BRITT MADDEN 2715 LARIMER ST
DENVER, CO  80205

BANSHEE WINES
241 CENTER STREET SUITE B
HEALDSBURG, CA  95448

BANSIL, NOEL
ADDRESS AVAILABLE UPON REQUEST

BANTA, ANDY
ADDRESS AVAILABLE UPON REQUEST

BANTA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BANTA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BANTA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BANTER, CORINNE
ADDRESS AVAILABLE UPON REQUEST

BANTI, ANNA
ADDRESS AVAILABLE UPON REQUEST

BANTIEN, STEVE
ADDRESS AVAILABLE UPON REQUEST

BANTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

BANUELOS, ANID
ADDRESS AVAILABLE UPON REQUEST

BANUELOS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BANUELOS, MIREYA
ADDRESS AVAILABLE UPON REQUEST

BANVILLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BANVILLE, JANELLE
ADDRESS AVAILABLE UPON REQUEST

BANWART, LEXI
ADDRESS AVAILABLE UPON REQUEST

BANY, DAVE
ADDRESS AVAILABLE UPON REQUEST

BANYARD, BONNI
ADDRESS AVAILABLE UPON REQUEST

BANYON, DREW
ADDRESS AVAILABLE UPON REQUEST

BAO, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAO, YUNSHUANG
ADDRESS AVAILABLE UPON REQUEST

BAPAT, AMIT
ADDRESS AVAILABLE UPON REQUEST

BAPAT, SANIKA
ADDRESS AVAILABLE UPON REQUEST

BAPTISTA, CARLA
ADDRESS AVAILABLE UPON REQUEST

BAPTISTA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BAPTISTE, BREEANN
ADDRESS AVAILABLE UPON REQUEST

BAPTISTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BAPTISTE, TUESDAY
ADDRESS AVAILABLE UPON REQUEST

BAPTISTE, YAHNAY
ADDRESS AVAILABLE UPON REQUEST

BAQUE, NIVEK
ADDRESS AVAILABLE UPON REQUEST

BAQUEDANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAQUERO, CAITLAN
ADDRESS AVAILABLE UPON REQUEST

BAQUERO-NICHOL, KIRSTY
ADDRESS AVAILABLE UPON REQUEST

BAQUET, MOM AND DAD
ADDRESS AVAILABLE UPON REQUEST

BAQUI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAR AS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BAR BOUCHON
ADDRESS UNAVAILABLE AT TIME OF FILING

BAR CENTRAAL
ADDRESS UNAVAILABLE AT TIME OF FILING

BAR ON FIFTH
ADDRESS UNAVAILABLE AT TIME OF FILING

BAR TARTINE
ADDRESS UNAVAILABLE AT TIME OF FILING

BAR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BARABASH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARABUSCIO, LINDA
ADDRESS AVAILABLE UPON REQUEST

BARABUSCIO, SAL
ADDRESS AVAILABLE UPON REQUEST

BARACH, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BARACHINA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BARACIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BARADARAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARADO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARAHONA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BARAHONA, GISELLE
ADDRESS AVAILABLE UPON REQUEST

BARAHONA, KORINNE
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, DAWNMARIE
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, MINA
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, RODOLFO
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, VALDIVIES
ADDRESS AVAILABLE UPON REQUEST

BARAJAS, VICTOR
ADDRESS AVAILABLE UPON REQUEST

BARAKAT, AMARA
ADDRESS AVAILABLE UPON REQUEST

BARAKAT, SIMONE
ADDRESS AVAILABLE UPON REQUEST

BARAM, LENA
ADDRESS AVAILABLE UPON REQUEST

BARAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BARAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BARAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BARAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

BARANCYK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BARANET, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BARANKO, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BARANOV, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARANOWSKI, CARL
ADDRESS AVAILABLE UPON REQUEST

BARANOWSKI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BARANOWSKI, STEFANI
ADDRESS AVAILABLE UPON REQUEST

BARANSKE, MARION
ADDRESS AVAILABLE UPON REQUEST

BARANSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARANSKI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BARANY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARARD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BARASSO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BARATA, ANA
ADDRESS AVAILABLE UPON REQUEST

BARATA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARATTA, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BARATTA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BARATTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARATZ, ELI
ADDRESS AVAILABLE UPON REQUEST

BARB, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BARB, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BARBA, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BARBA, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

BARBA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BARBA, MELSNIE
ADDRESS AVAILABLE UPON REQUEST

BARBACANE, LEXIE
ADDRESS AVAILABLE UPON REQUEST

BARBACCIA, DANIELA
ADDRESS AVAILABLE UPON REQUEST

BARBACHANO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BARBAGALLO, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BARBALATO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BARBANTI, KENDRA
ADDRESS AVAILABLE UPON REQUEST

BARBARA A MACIEL
ADDRESS AVAILABLE UPON REQUEST

BARBARA ADAMS SUMMERS
ADDRESS AVAILABLE UPON REQUEST

BARBARA ANDERSON, ESQ
ADDRESS AVAILABLE UPON REQUEST

BARBARA ANN LEONARD
ADDRESS AVAILABLE UPON REQUEST

BARBARA BATES
ADDRESS AVAILABLE UPON REQUEST

BARBARA EVANS
ADDRESS AVAILABLE UPON REQUEST

BARBARA J TENNISON
ADDRESS AVAILABLE UPON REQUEST

BARBARA KLEIBER
ADDRESS AVAILABLE UPON REQUEST

BARBARA LUTTEMBARCK
ADDRESS AVAILABLE UPON REQUEST

BARBARA MARCUS
ADDRESS AVAILABLE UPON REQUEST

BARBARA VOGLER
ADDRESS AVAILABLE UPON REQUEST

BARBARA, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

BARBARA, FELKER
ADDRESS AVAILABLE UPON REQUEST

BARBARAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

BARBAREE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BARBARELLO, JENNA
ADDRESS AVAILABLE UPON REQUEST

BARBARESI, ANNA
ADDRESS AVAILABLE UPON REQUEST

BARBARI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BARBARITE, ROSIE
ADDRESS AVAILABLE UPON REQUEST

BARBAT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARBATELLI, CRISTIANA
ADDRESS AVAILABLE UPON REQUEST

BARBATO, CARA
ADDRESS AVAILABLE UPON REQUEST

BARBATO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BARBATO, NICK
ADDRESS AVAILABLE UPON REQUEST

BARBATO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BARBAZOTE, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

BARBE, KAMARIE
ADDRESS AVAILABLE UPON REQUEST

BARBEAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARBEE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BARBEE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BARBEE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARBEEE, RICKEY
ADDRESS AVAILABLE UPON REQUEST

BARBELLA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARBEN, JAHNA
ADDRESS AVAILABLE UPON REQUEST

BARBER, A
ADDRESS AVAILABLE UPON REQUEST

BARBER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BARBER, ALLYSA
ADDRESS AVAILABLE UPON REQUEST

BARBER, AMI
ADDRESS AVAILABLE UPON REQUEST

BARBER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BARBER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BARBER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARBER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARBER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BARBER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

BARBER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARBER, COREY
ADDRESS AVAILABLE UPON REQUEST

BARBER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BARBER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BARBER, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

BARBER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BARBER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARBER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BARBER, FRANK AND MICHELE
ADDRESS AVAILABLE UPON REQUEST

BARBER, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

BARBER, HOLLI
ADDRESS AVAILABLE UPON REQUEST

BARBER, INDIA
ADDRESS AVAILABLE UPON REQUEST

BARBER, JADE
ADDRESS AVAILABLE UPON REQUEST

BARBER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BARBER, JOSETTE
ADDRESS AVAILABLE UPON REQUEST

BARBER, KASEY
ADDRESS AVAILABLE UPON REQUEST

BARBER, KIM
ADDRESS AVAILABLE UPON REQUEST

BARBER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BARBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARBER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BARBER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BARBER, NANCY
ADDRESS AVAILABLE UPON REQUEST

BARBER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BARBER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BARBER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARBER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARBER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARBER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARBER, RYAN
ADDRESS AVAILABLE UPON REQUEST

BARBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARBER, TEKESHA
ADDRESS AVAILABLE UPON REQUEST

BARBERA, GAIL
ADDRESS AVAILABLE UPON REQUEST

BARBERA, LISA
ADDRESS AVAILABLE UPON REQUEST

BARBETTA, THERESA
ADDRESS AVAILABLE UPON REQUEST

BARBETTI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BARBEY, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BARBIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARBIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARBIER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BARBIERI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BARBIERI, SUZY
ADDRESS AVAILABLE UPON REQUEST

BARBIN, MIA
ADDRESS AVAILABLE UPON REQUEST

BARBOSA, JACYARA
ADDRESS AVAILABLE UPON REQUEST

BARBOSA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARBOSA, LISA
ADDRESS AVAILABLE UPON REQUEST

BARBOSA, SELMO
ADDRESS AVAILABLE UPON REQUEST

BARBOSA, SUSANA
ADDRESS AVAILABLE UPON REQUEST

BARBOUR VENTURES
809 COLIMA ST
SAN DIEGO, CA 92037

BARBOUR, ANYSSA
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, MARC
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, MARLENE
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARBOUR, TONYA
ADDRESS AVAILABLE UPON REQUEST

BARBOZA, ALVARO
ADDRESS AVAILABLE UPON REQUEST

BARBOZA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BARBOZA, JULIO
ADDRESS AVAILABLE UPON REQUEST

BARBOZA, MARY
ADDRESS AVAILABLE UPON REQUEST

BARCAL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BARCAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARCELON, JOYCE ANN
ADDRESS AVAILABLE UPON REQUEST

BARCELONA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BARCELOS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARCENAS, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

BARCH III, FABIAN
ADDRESS AVAILABLE UPON REQUEST

BARCH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BARCHUK, INNA
ADDRESS AVAILABLE UPON REQUEST

BARCIA, DENISE
ADDRESS AVAILABLE UPON REQUEST

BARCKLAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, KATE
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARCLAY, NICK
ADDRESS AVAILABLE UPON REQUEST

BARCLAYS CAPITAL (8455)
ATTN CORPORATE ACTIONS/REORG
745 7TH AV, 3RD FL
NEW YORK, NY  10019

BARCLAYS CENTER
ADDRESS UNAVAILABLE AT TIME OF FILING

BARCLIFT, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BARCO, BEA
ADDRESS AVAILABLE UPON REQUEST

BARCUS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARD, AMY
ADDRESS AVAILABLE UPON REQUEST

BARD, HOWARD
ADDRESS AVAILABLE UPON REQUEST

BARD, MARY
ADDRESS AVAILABLE UPON REQUEST

BARDALES, MARLENE
ADDRESS AVAILABLE UPON REQUEST

BARDAR, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

BARDARO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BARDARO, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

BARDELLI, CLIFF
ADDRESS AVAILABLE UPON REQUEST

BARDEN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BARDEN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BARDER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARDHA, ANISA
ADDRESS AVAILABLE UPON REQUEST

BARDI, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

BARDI, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BARDIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BARDIS, CONSTANTINE
ADDRESS AVAILABLE UPON REQUEST

BARDOLIA, AMY
ADDRESS AVAILABLE UPON REQUEST

BARDON, CLARA
ADDRESS AVAILABLE UPON REQUEST

BARDONNER, GENE
ADDRESS AVAILABLE UPON REQUEST

BARDONSKI, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BARDOS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BARDOWELL, LINDA
ADDRESS AVAILABLE UPON REQUEST

BARDSLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARDUGONE, THERESA
ADDRESS AVAILABLE UPON REQUEST

BARDWELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BARDWELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BARDZEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BARE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAREFOOT, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAREFOOT, WILL
ADDRESS AVAILABLE UPON REQUEST

BAREISS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BARELA, DIANNA
ADDRESS AVAILABLE UPON REQUEST

BARELA, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

BARELLA, BARBRA
ADDRESS AVAILABLE UPON REQUEST

BARENDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARESWILT, JASON
ADDRESS AVAILABLE UPON REQUEST

BARFIELD, CARRINGTON
ADDRESS AVAILABLE UPON REQUEST

BARFIELD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BARFIELD, THERESA
ADDRESS AVAILABLE UPON REQUEST

BARFOOT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BARFORD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BARFORD, TRACY
ADDRESS AVAILABLE UPON REQUEST

BARGABUS, RUSTIN
ADDRESS AVAILABLE UPON REQUEST

BARGE, ANNE
ADDRESS AVAILABLE UPON REQUEST

BARGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARGER, AMBER
ADDRESS AVAILABLE UPON REQUEST

BARGER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BARGER, KASIE
ADDRESS AVAILABLE UPON REQUEST

BARGER, KATHY
ADDRESS AVAILABLE UPON REQUEST

BARGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARGER, LENORE
ADDRESS AVAILABLE UPON REQUEST

BARGMAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

BARGMANN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BARHAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARHAM, MACON
ADDRESS AVAILABLE UPON REQUEST

BARHITE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BARHORST, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BARHORST, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BARHORST, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BARHORST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARHORST, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARIA, DIVYANG
ADDRESS AVAILABLE UPON REQUEST

BARICEVICH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BARIE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BARIL, MARY
ADDRESS AVAILABLE UPON REQUEST

BARILE, LINDA
ADDRESS AVAILABLE UPON REQUEST

BARILE, MARIA
ADDRESS AVAILABLE UPON REQUEST

BARILL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BARILLA, BRONWIN
ADDRESS AVAILABLE UPON REQUEST

BARILLA, CASEY
ADDRESS AVAILABLE UPON REQUEST

BARILLAS, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

BARILLO, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BARING-GOULD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARIONEL BARON GUITEAU
ADDRESS AVAILABLE UPON REQUEST

BARISH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BARISOFF, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BARJACOBA ZUZA, MARIO
ADDRESS AVAILABLE UPON REQUEST

BARKAC, SARA
ADDRESS AVAILABLE UPON REQUEST

BARKAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARKEL, MAYAN
ADDRESS AVAILABLE UPON REQUEST

BARKER, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

BARKER, AUNT KAY
ADDRESS AVAILABLE UPON REQUEST

BARKER, BARBIE
ADDRESS AVAILABLE UPON REQUEST

BARKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARKER, BURT
ADDRESS AVAILABLE UPON REQUEST

BARKER, CHANNING
ADDRESS AVAILABLE UPON REQUEST

BARKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARKER, CICELY
ADDRESS AVAILABLE UPON REQUEST

BARKER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BARKER, CLARK
ADDRESS AVAILABLE UPON REQUEST

BARKER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

BARKER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BARKER, ILANA
ADDRESS AVAILABLE UPON REQUEST

BARKER, JAIME
ADDRESS AVAILABLE UPON REQUEST

BARKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARKER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BARKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BARKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BARKER, KARY
ADDRESS AVAILABLE UPON REQUEST

BARKER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BARKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARKER, KATHIE
ADDRESS AVAILABLE UPON REQUEST

BARKER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BARKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BARKER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARKER, LEAH
ADDRESS AVAILABLE UPON REQUEST

BARKER, LESLEE
ADDRESS AVAILABLE UPON REQUEST

BARKER, MARY
ADDRESS AVAILABLE UPON REQUEST

BARKER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BARKER, NANA
ADDRESS AVAILABLE UPON REQUEST

BARKER, SEAN
ADDRESS AVAILABLE UPON REQUEST

BARKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BARKER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

BARKER-MORRISON, NATALIA
ADDRESS AVAILABLE UPON REQUEST

BARKHOLZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BARKIMER, PAT
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, JENETTE
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

BARKLEY, ORIN
ADDRESS AVAILABLE UPON REQUEST

BARKOW, JOSH
ADDRESS AVAILABLE UPON REQUEST

BARKOWSKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BARKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARKS, TARA
ADDRESS AVAILABLE UPON REQUEST

BARKSDALE, BRAD
ADDRESS AVAILABLE UPON REQUEST

BARKSDALE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BARKSDALE, MARY
ADDRESS AVAILABLE UPON REQUEST

BARKSDALE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARKWILL, EVE
ADDRESS AVAILABLE UPON REQUEST

BAR-LAVI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

BARLET, LAURENE
ADDRESS AVAILABLE UPON REQUEST

BARLETTA, MATT
ADDRESS AVAILABLE UPON REQUEST

BARLEVA, ANASTACIA
ADDRESS AVAILABLE UPON REQUEST

BARLEVA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

BARLEVA, STACY
ADDRESS AVAILABLE UPON REQUEST

BARLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARLEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARLEY, MICAIAH
ADDRESS AVAILABLE UPON REQUEST

BARLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

BARLOW, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BARLOW, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BARLOW, GREG
ADDRESS AVAILABLE UPON REQUEST

BARLOW, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BARLOW, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BARLOW, MATT
ADDRESS AVAILABLE UPON REQUEST

BARLOW, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BARLOW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BARLOW, SHANDA
ADDRESS AVAILABLE UPON REQUEST

BARLOW, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BARLOWE, REMI
ADDRESS AVAILABLE UPON REQUEST

BARLOWE, RICK
ADDRESS AVAILABLE UPON REQUEST

BARLOWE, SARA
ADDRESS AVAILABLE UPON REQUEST

BARMADA, CARLIN
ADDRESS AVAILABLE UPON REQUEST

BARMADA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARMADA, FADY
ADDRESS AVAILABLE UPON REQUEST

BARMADA, RUBY
ADDRESS AVAILABLE UPON REQUEST

BARMADAT, AMRITA
ADDRESS AVAILABLE UPON REQUEST

BARMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BARMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARMASH, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

BARNA, CORY
ADDRESS AVAILABLE UPON REQUEST

BARNA, JOSS
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| BARNA, LAURA<br>ADDRESS AVAILABLE UPON REQUEST | BARNA, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST | BARNABY, ADRIENNE<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNABY, DONNA<br>ADDRESS AVAILABLE UPON REQUEST | BARNABY, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | BARNABY, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNACLE, TRACY<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, ALLIE<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNARD, CHRISTIE<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, KYLEE<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNARD, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, LINDSEY<br>ADDRESS AVAILABLE UPON REQUEST | BARNARD, MEGAN<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNARD, RENEE<br>ADDRESS AVAILABLE UPON REQUEST | BARNAS, REN<br>ADDRESS AVAILABLE UPON REQUEST | BARNBY, DEREK<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNDT, KATHLEEN<br>ADDRESS AVAILABLE UPON REQUEST | BARNEKOW, KATE<br>ADDRESS AVAILABLE UPON REQUEST | BARNES C/O TWIST, KELLY<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNES, ALEX<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, ALIA<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, ALISHA<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNES, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, AMY<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST |
| BARNES, ANNA<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, ANNA<br>ADDRESS AVAILABLE UPON REQUEST | BARNES, ARIEL<br>ADDRESS AVAILABLE UPON REQUEST |

BARNES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARNES, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BARNES, BAYLAND
ADDRESS AVAILABLE UPON REQUEST

BARNES, BOB
ADDRESS AVAILABLE UPON REQUEST

BARNES, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BARNES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARNES, CARA
ADDRESS AVAILABLE UPON REQUEST

BARNES, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARNES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BARNES, CASEY
ADDRESS AVAILABLE UPON REQUEST

BARNES, CHERHON
ADDRESS AVAILABLE UPON REQUEST

BARNES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BARNES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BARNES, CODY
ADDRESS AVAILABLE UPON REQUEST

BARNES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BARNES, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, D
ADDRESS AVAILABLE UPON REQUEST

BARNES, DALLAS
ADDRESS AVAILABLE UPON REQUEST

BARNES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BARNES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BARNES, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BARNES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BARNES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BARNES, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, EVA
ADDRESS AVAILABLE UPON REQUEST

BARNES, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BARNES, GINA
ADDRESS AVAILABLE UPON REQUEST

BARNES, GINGER
ADDRESS AVAILABLE UPON REQUEST

BARNES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BARNES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BARNES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BARNES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BARNES, JAMES
ADDRESS AVAILABLE UPON REQUEST

BARNES, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BARNES, JOHN
ADDRESS AVAILABLE UPON REQUEST

BARNES, JULIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, JULIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BARNES, KAMARA
ADDRESS AVAILABLE UPON REQUEST

BARNES, KELLI
ADDRESS AVAILABLE UPON REQUEST

BARNES, KIM
ADDRESS AVAILABLE UPON REQUEST

BARNES, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARNES, LA-TOYA
ADDRESS AVAILABLE UPON REQUEST

BARNES, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARNES, LISA
ADDRESS AVAILABLE UPON REQUEST

BARNES, LYNN
ADDRESS AVAILABLE UPON REQUEST

BARNES, MACIE
ADDRESS AVAILABLE UPON REQUEST

BARNES, MATT
ADDRESS AVAILABLE UPON REQUEST

BARNES, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BARNES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BARNES, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

BARNES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BARNES, NATALIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BARNES, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BARNES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARNES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BARNES, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

BARNES, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BARNES, SEAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BARNES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BARNES, SHERI
ADDRESS AVAILABLE UPON REQUEST

BARNES, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BARNES, SHURIAH
ADDRESS AVAILABLE UPON REQUEST

BARNES, STEF
ADDRESS AVAILABLE UPON REQUEST

BARNES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BARNES, TEKOYA
ADDRESS AVAILABLE UPON REQUEST

BARNES, TONI
ADDRESS AVAILABLE UPON REQUEST

BARNES, TONYA
ADDRESS AVAILABLE UPON REQUEST

BARNES, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BARNES, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BARNES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BARNES, WENDY
ADDRESS AVAILABLE UPON REQUEST

BARNES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BARNETT JR., GARY
ADDRESS AVAILABLE UPON REQUEST

BARNETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARNETT, AMY
ADDRESS AVAILABLE UPON REQUEST

BARNETT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARNETT, BEN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BARNETT, CHRISTAN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, DON
ADDRESS AVAILABLE UPON REQUEST

BARNETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARNETT, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BARNETT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BARNETT, JEAN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARNETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARNETT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARNETT, KIM
ADDRESS AVAILABLE UPON REQUEST

BARNETT, LAMONT
ADDRESS AVAILABLE UPON REQUEST

BARNETT, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, LORI
ADDRESS AVAILABLE UPON REQUEST

BARNETT, LYNANN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, MARK
ADDRESS AVAILABLE UPON REQUEST

BARNETT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BARNETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARNETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARNETT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BARNETT, PAMEL
ADDRESS AVAILABLE UPON REQUEST

BARNETT, QUINN
ADDRESS AVAILABLE UPON REQUEST

BARNETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARNETT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BARNETT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BARNETT, WILLA
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BARNETTE, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

BARNEY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BARNEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BARNEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

BARNEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BARNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARNEY, KAIT
ADDRESS AVAILABLE UPON REQUEST

BARNEY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BARNEY, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

BARNEY, STUART
ADDRESS AVAILABLE UPON REQUEST

BARNFIELD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARNHART, ADISON
ADDRESS AVAILABLE UPON REQUEST

BARNHART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARNHART, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARNHART, DERANA
ADDRESS AVAILABLE UPON REQUEST

BARNHART, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BARNHART, INGE
ADDRESS AVAILABLE UPON REQUEST

BARNHART, KACI
ADDRESS AVAILABLE UPON REQUEST

BARNHART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARNHART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARNHART, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

BARNHILL, ALISON
ADDRESS AVAILABLE UPON REQUEST

BARNHILL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BARNHILL, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

BARNHILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BARNHOUSE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARNISH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARNISH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BARNOON, YAARA
ADDRESS AVAILABLE UPON REQUEST

BARNOSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARNUM, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

BARNUM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BARNWELL, KIARA
ADDRESS AVAILABLE UPON REQUEST

BARNWELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAROCAS, MARLENE
ADDRESS AVAILABLE UPON REQUEST

BAROCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAROCIO, YESENIA
ADDRESS AVAILABLE UPON REQUEST

BAROFF, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BARON, ADELE
ADDRESS AVAILABLE UPON REQUEST

BARON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BARON, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BARON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARON, DARCEY
ADDRESS AVAILABLE UPON REQUEST

BARON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BARON, JAKE
ADDRESS AVAILABLE UPON REQUEST

BARON, JENNY
ADDRESS AVAILABLE UPON REQUEST

BARON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BARON, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

BARON, RUTH
ADDRESS AVAILABLE UPON REQUEST

BARON, SHIRA
ADDRESS AVAILABLE UPON REQUEST

BARON, TARA
ADDRESS AVAILABLE UPON REQUEST

BARONE IMPORTS & WHOLESALE
(BARONE DISTRIBUTION)
PO BOX 19427
RENO, NV  89511

BARONE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BARONE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BARONE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARONE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BARONE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BARONE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARONE, CLAIRESSE
ADDRESS AVAILABLE UPON REQUEST

BARONE, EMILY & ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARONE, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BARONE, JAYME
ADDRESS AVAILABLE UPON REQUEST

BARONE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BARONE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARONE, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

BARONETSKI, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BARONI, KYM
ADDRESS AVAILABLE UPON REQUEST

BARON-ORTEGA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAROODY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BAROS, GRACE
ADDRESS AVAILABLE UPON REQUEST

BAROSKY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAROSY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BAROUXIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

BARR ENGEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

BARR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARR, ANNA
ADDRESS AVAILABLE UPON REQUEST

BARR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARR, DARIN
ADDRESS AVAILABLE UPON REQUEST

BARR, ED
ADDRESS AVAILABLE UPON REQUEST

BARR, HUNTER
ADDRESS AVAILABLE UPON REQUEST

BARR, JULIE
ADDRESS AVAILABLE UPON REQUEST

BARR, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

BARR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BARR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARR, LEO
ADDRESS AVAILABLE UPON REQUEST

BARR, LYNN
ADDRESS AVAILABLE UPON REQUEST

BARR, LYNN
ADDRESS AVAILABLE UPON REQUEST

BARR, MAYA
ADDRESS AVAILABLE UPON REQUEST

BARR, MYCHAL
ADDRESS AVAILABLE UPON REQUEST

BARR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARR, RUBECCA
ADDRESS AVAILABLE UPON REQUEST

BARR, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BARR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BARR, SUSY
ADDRESS AVAILABLE UPON REQUEST

BARRA, LANA
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, ELIZA
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, JESUS
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BARRAGAN, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

BARRALE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARRANGER, JAY
ADDRESS AVAILABLE UPON REQUEST

BARRANS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BARRANT, WINSTON
ADDRESS AVAILABLE UPON REQUEST

BARRANTES, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

BARRANTES, NOHEMI
ADDRESS AVAILABLE UPON REQUEST

BARRAS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BARRAZA, ANA
ADDRESS AVAILABLE UPON REQUEST

BARRAZA, BELLE
ADDRESS AVAILABLE UPON REQUEST

BARRAZA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BARRE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BARREIRO, ARYN
ADDRESS AVAILABLE UPON REQUEST

BARREL ASSOCIATES INTERNATIONAL, LP
2180 OAK KNOLL AVENUE
NAPA, CA  94558

BARREN, KIM
ADDRESS AVAILABLE UPON REQUEST

BARRENTINE, DESIREE
ADDRESS AVAILABLE UPON REQUEST

BARRENTINE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BARRERA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BARRERA, EFRAIN
ADDRESS AVAILABLE UPON REQUEST

BARRERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARRERA, JESSYCA
ADDRESS AVAILABLE UPON REQUEST

BARRERA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BARRERA, NOE
ADDRESS AVAILABLE UPON REQUEST

BARRERA, RAUL
ADDRESS AVAILABLE UPON REQUEST

BARRERA, ROXANA
ADDRESS AVAILABLE UPON REQUEST

BARRERA, STACY
ADDRESS AVAILABLE UPON REQUEST

BARRERA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

BARRERO, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

BARRESI, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BARRESI, EMMA
ADDRESS AVAILABLE UPON REQUEST

BARRESI, JEAN
ADDRESS AVAILABLE UPON REQUEST

BARRESI, LISA
ADDRESS AVAILABLE UPON REQUEST

BARRETO, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

BARRETO, LUIS
ADDRESS AVAILABLE UPON REQUEST

BARRETT JAMES
ADDRESS AVAILABLE UPON REQUEST

BARRETT LAI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BARRETT, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BARRETT, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, CORY
ADDRESS AVAILABLE UPON REQUEST

BARRETT, COURTNEY8565
ADDRESS AVAILABLE UPON REQUEST

BARRETT, DENICE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, DIANA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, DONALD
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ELAINA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ELISA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ERICA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

BARRETT, ESSENCE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JAMES
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JEFF
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JESSE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BARRETT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BARRETT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MACIE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MARK
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MC
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARRETT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BARRETT, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BARRETT, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

BARRETT, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BARRETT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BARRETT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BARRETT, TYLER
ADDRESS AVAILABLE UPON REQUEST

BARRETT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BARRETTA, TALIA
ADDRESS AVAILABLE UPON REQUEST

BARRETTE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BARRETTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARRETT-ZAHN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BARRICK, CAROL
ADDRESS AVAILABLE UPON REQUEST

BARRICK, CINDY
ADDRESS AVAILABLE UPON REQUEST

BARRICKLOW, JAMES
ADDRESS AVAILABLE UPON REQUEST

BARRIE KAMEN
ADDRESS AVAILABLE UPON REQUEST

BARRIE, ISATU
ADDRESS AVAILABLE UPON REQUEST

BARRIE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARRIENT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, SARA
ADDRESS AVAILABLE UPON REQUEST

BARRIENTOS, YOKO
ADDRESS AVAILABLE UPON REQUEST

BARRIER, KATE
ADDRESS AVAILABLE UPON REQUEST

BARRIER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BARRIE-SCHWARZ, JOSEPH & MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARRIGA, JESSIE
ADDRESS AVAILABLE UPON REQUEST

BARRIGA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BARRILE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BARRINGHAUS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BARRINS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BARRINS, SEAN
ADDRESS AVAILABLE UPON REQUEST

BARRIO, KELLY
ADDRESS AVAILABLE UPON REQUEST

BARRIOS, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

BARRIOS, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

BARRIOS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BARRIOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BARRIOS, SHANTE
ADDRESS AVAILABLE UPON REQUEST

BARRO, MIKEY
ADDRESS AVAILABLE UPON REQUEST

BARROCAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BARROETA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BARROETA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

BARRON DVIZAC, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BARRON, ABBY
ADDRESS AVAILABLE UPON REQUEST

BARRON, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BARRON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BARRON, ALISSA
ADDRESS AVAILABLE UPON REQUEST

BARRON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BARRON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARRON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARRON, JAMES
ADDRESS AVAILABLE UPON REQUEST

BARRON, JASON
ADDRESS AVAILABLE UPON REQUEST

BARRON, JERRY
ADDRESS AVAILABLE UPON REQUEST

BARRON, JODI
ADDRESS AVAILABLE UPON REQUEST

BARRON, MARIA
ADDRESS AVAILABLE UPON REQUEST

BARRON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARRON, RYAN
ADDRESS AVAILABLE UPON REQUEST

BARRON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BARRON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BARRONE, BEN
ADDRESS AVAILABLE UPON REQUEST

BARRON-LOPEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

BARROS, DIANA
ADDRESS AVAILABLE UPON REQUEST

BARROSA, ROSE
ADDRESS AVAILABLE UPON REQUEST

BARROSO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BARROSO, ROMAN
ADDRESS AVAILABLE UPON REQUEST

BARROSO, YGDELINA
ADDRESS AVAILABLE UPON REQUEST

BARROT, JOHN
ADDRESS AVAILABLE UPON REQUEST

BARROW, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BARROW, ISAAC
ADDRESS AVAILABLE UPON REQUEST

BARROW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARROW, JOHN
ADDRESS AVAILABLE UPON REQUEST

BARROW, KATHY
ADDRESS AVAILABLE UPON REQUEST

BARROW, L
ADDRESS AVAILABLE UPON REQUEST

BARROW, MAIA
ADDRESS AVAILABLE UPON REQUEST

BARROW, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BARROWS, ANTWON
ADDRESS AVAILABLE UPON REQUEST

BARROWS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BARROWS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BARROWS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARROWS, KAILEY
ADDRESS AVAILABLE UPON REQUEST

BARROWS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BARROWS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BARROWS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BARROWS, TYRA
ADDRESS AVAILABLE UPON REQUEST

BARRS, JAHI
ADDRESS AVAILABLE UPON REQUEST

BARRUECO, ALBERT
ADDRESS AVAILABLE UPON REQUEST

BARRUS, HELENE
ADDRESS AVAILABLE UPON REQUEST

BARRY E SAMPSON
ADDRESS AVAILABLE UPON REQUEST

BARRY FALTER
ADDRESS AVAILABLE UPON REQUEST

BARRY HOELSCHER
ADDRESS AVAILABLE UPON REQUEST

BARRY MAYLOR
ADDRESS AVAILABLE UPON REQUEST

BARRY RITCHEY
ADDRESS AVAILABLE UPON REQUEST

BARRY RONALD SMITH
ADDRESS AVAILABLE UPON REQUEST

BARRY, AIDAN
ADDRESS AVAILABLE UPON REQUEST

BARRY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BARRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARRY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARRY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BARRY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BARRY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BARRY, CASEY
ADDRESS AVAILABLE UPON REQUEST

BARRY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARRY, CATHY
ADDRESS AVAILABLE UPON REQUEST

BARRY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARRY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BARRY, CORRINE
ADDRESS AVAILABLE UPON REQUEST

BARRY, CURTIS
ADDRESS AVAILABLE UPON REQUEST

BARRY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BARRY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BARRY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BARRY, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

BARRY, GALE
ADDRESS AVAILABLE UPON REQUEST

BARRY, GINA
ADDRESS AVAILABLE UPON REQUEST

BARRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BARRY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BARRY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BARRY, JANET AND DANIEL
ADDRESS AVAILABLE UPON REQUEST

BARRY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BARRY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARRY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BARRY, JOAN
ADDRESS AVAILABLE UPON REQUEST

BARRY, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

BARRY, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

BARRY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BARRY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BARRY, KENYA
ADDRESS AVAILABLE UPON REQUEST

BARRY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BARRY, KIRSTINA
ADDRESS AVAILABLE UPON REQUEST

BARRY, LEAH
ADDRESS AVAILABLE UPON REQUEST

BARRY, LUKE
ADDRESS AVAILABLE UPON REQUEST

BARRY, MAEBH
ADDRESS AVAILABLE UPON REQUEST

BARRY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BARRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARRY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BARRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BARRY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BARRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARRY, SEAN
ADDRESS AVAILABLE UPON REQUEST

BARRY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BARRY, TERRELL
ADDRESS AVAILABLE UPON REQUEST

BARRY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BARSE, JACK
ADDRESS AVAILABLE UPON REQUEST

BARSELLA, RITA
ADDRESS AVAILABLE UPON REQUEST

BARSEMA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARSENAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARSEVER, GALIA
ADDRESS AVAILABLE UPON REQUEST

BARSI, JASON
ADDRESS AVAILABLE UPON REQUEST

BARSKY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BARSNESS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BARSNESS, KARI
ADDRESS AVAILABLE UPON REQUEST

BARSNESS, LUCY
ADDRESS AVAILABLE UPON REQUEST

BARSNESS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARSON, CHAD
ADDRESS AVAILABLE UPON REQUEST

BARSUKOVA, DARIA
ADDRESS AVAILABLE UPON REQUEST

BART TEEUWEN
ADDRESS AVAILABLE UPON REQUEST

BART
ADDRESS UNAVAILABLE AT TIME OF FILING

BARTA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BARTA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BARTA, JENN
ADDRESS AVAILABLE UPON REQUEST

BARTAK, CAREY
ADDRESS AVAILABLE UPON REQUEST

BARTASIUS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BARTCZAK, DOREEN
ADDRESS AVAILABLE UPON REQUEST

BARTEE, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

BARTEK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARTEK, SHANE
ADDRESS AVAILABLE UPON REQUEST

BARTEL, AMY
ADDRESS AVAILABLE UPON REQUEST

BARTEL, CAMI
ADDRESS AVAILABLE UPON REQUEST

BARTEL, HILDA
ADDRESS AVAILABLE UPON REQUEST

BARTEL, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

BARTEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

BARTEL, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BARTELDES, KARLA
ADDRESS AVAILABLE UPON REQUEST

BARTELL, CATEE
ADDRESS AVAILABLE UPON REQUEST

BARTELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARTELL, JENNY
ADDRESS AVAILABLE UPON REQUEST

BARTELL, SETH
ADDRESS AVAILABLE UPON REQUEST

BARTELMO, SALLY
ADDRESS AVAILABLE UPON REQUEST

BARTELS, BETH
ADDRESS AVAILABLE UPON REQUEST

BARTELS, CATHY
ADDRESS AVAILABLE UPON REQUEST

BARTELS, FLANNERY JARED
ADDRESS AVAILABLE UPON REQUEST

BARTENFELD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BARTER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BARTGES, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BARTH, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BARTH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BARTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

BARTH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARTH, MARY
ADDRESS AVAILABLE UPON REQUEST

BARTH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BARTHA, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARTHE, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

BARTHEL, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BARTHEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARTHEL, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BARTHELEMY, LANDY D
ADDRESS AVAILABLE UPON REQUEST

BARTHELME, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARTHELME, SUSIE
ADDRESS AVAILABLE UPON REQUEST

BARTHLOME, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BARTHLOME, LEYLA
ADDRESS AVAILABLE UPON REQUEST

BARTHOL, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

BARTHOLD, LEANNA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLD, NANCY
ADDRESS AVAILABLE UPON REQUEST

BARTHOLDT, GITTA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, ALLEXA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, BRAD
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, KIERANNA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, KYLE
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, LUCIA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, SARAH
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, THERESA
ADDRESS AVAILABLE UPON REQUEST

BARTHOLOMEW, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BARTIE, DEREK
ADDRESS AVAILABLE UPON REQUEST

BARTIG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BARTILOTTI, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BARTKOWSKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARTL, KENDRA
ADDRESS AVAILABLE UPON REQUEST

BARTLESON, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, BECCAH
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, ERIC
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, JAKE
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, LORI
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, RUBY
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, TREVON
ADDRESS AVAILABLE UPON REQUEST

BARTLETT, TRISHA
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BARTLEY, SLOANE
ADDRESS AVAILABLE UPON REQUEST

BARTLEYS, THE
ADDRESS AVAILABLE UPON REQUEST

BARTLING, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BARTNETT, NANCY
ADDRESS AVAILABLE UPON REQUEST

BARTO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARTO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BARTO, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BARTOK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BARTOK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BARTOLETTI, ZITA
ADDRESS AVAILABLE UPON REQUEST

BARTOLI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BARTOLINI, KELLI
ADDRESS AVAILABLE UPON REQUEST

BARTOLINI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BARTOLOME, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BARTOLOMEI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

BARTOLOMEO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARTOLONE, BREANA
ADDRESS AVAILABLE UPON REQUEST

BARTOLOTTA, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BARTOLOZZI, GIA
ADDRESS AVAILABLE UPON REQUEST

BARTON KAYSER
ADDRESS AVAILABLE UPON REQUEST

BARTON, AARON
ADDRESS AVAILABLE UPON REQUEST

BARTON, ADAM
ADDRESS AVAILABLE UPON REQUEST

BARTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BARTON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BARTON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BARTON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BARTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BARTON, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BARTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARTON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BARTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BARTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

BARTON, EVE
ADDRESS AVAILABLE UPON REQUEST

BARTON, GARY
ADDRESS AVAILABLE UPON REQUEST

BARTON, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

BARTON, IRINA
ADDRESS AVAILABLE UPON REQUEST

BARTON, JAIME
ADDRESS AVAILABLE UPON REQUEST

BARTON, JEFF
ADDRESS AVAILABLE UPON REQUEST

BARTON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BARTON, JENAVEE
ADDRESS AVAILABLE UPON REQUEST

BARTON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

BARTON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BARTON, KRISTEN LEE
ADDRESS AVAILABLE UPON REQUEST

BARTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BARTON, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BARTON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BARTON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BARTON, L RENEE
ADDRESS AVAILABLE UPON REQUEST

BARTON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BARTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BARTON, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

BARTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BARTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BARTON, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

BARTON, SLOANE
ADDRESS AVAILABLE UPON REQUEST

BARTON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BARTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BARTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

BARTON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BARTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BARTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BARTONE, BETSY
ADDRESS AVAILABLE UPON REQUEST

BARTONEK, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BARTOS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BARTOS, V
ADDRESS AVAILABLE UPON REQUEST

BARTOSH, JILL
ADDRESS AVAILABLE UPON REQUEST

BARTOSIC, STEVE
ADDRESS AVAILABLE UPON REQUEST

BARTOSIEWICZ, KYLE
ADDRESS AVAILABLE UPON REQUEST

BARTOSZEWICZ, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BARTOV, GILAD
ADDRESS AVAILABLE UPON REQUEST

BARTRAM-HAISLIP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BARTROM, CARLA
ADDRESS AVAILABLE UPON REQUEST

BARTRON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BARTS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BARTSCH, JEN
ADDRESS AVAILABLE UPON REQUEST

BARTUCCA, TOMMY
ADDRESS AVAILABLE UPON REQUEST

BARTUCCI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BARTUNEK, BRETT
ADDRESS AVAILABLE UPON REQUEST

BARTUS, PAM
ADDRESS AVAILABLE UPON REQUEST

BARTUSCH, JASON
ADDRESS AVAILABLE UPON REQUEST

BARTUSIAK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BARTZ, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BARTZ, LEA
ADDRESS AVAILABLE UPON REQUEST

BARTZOKIS, NICOLLETTE
ADDRESS AVAILABLE UPON REQUEST

BARU, MAYROV
ADDRESS AVAILABLE UPON REQUEST

BARUA, KABIR
ADDRESS AVAILABLE UPON REQUEST

BARUCH, PIETER
ADDRESS AVAILABLE UPON REQUEST

BARUFFO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BARVE, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

BARWICK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BARWICK, JOSH
ADDRESS AVAILABLE UPON REQUEST

BARWIS, ATHENA
ADDRESS AVAILABLE UPON REQUEST

BARZANO, RON
ADDRESS AVAILABLE UPON REQUEST

BAR-ZEMER, YASMIN
ADDRESS AVAILABLE UPON REQUEST

BARZESKI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BARZILAI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BARZILLA, SHANDA
ADDRESS AVAILABLE UPON REQUEST

BAS, ROMAN
ADDRESS AVAILABLE UPON REQUEST

BASA, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BASA, LORI
ADDRESS AVAILABLE UPON REQUEST

BASABE, KARA
ADDRESS AVAILABLE UPON REQUEST

BASALONE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BASARA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BASARAB, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BASCHOFF, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BASCIANO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BASCIOTTA, LAURA
ADDRESS AVAILABLE UPON REQUEST

BASCOM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BASCOM, LAUREL
ADDRESS AVAILABLE UPON REQUEST

BASCOMBE, SHAIMA
ADDRESS AVAILABLE UPON REQUEST

BASCUE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BASCUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BASCUNAN, EMILIO
ADDRESS AVAILABLE UPON REQUEST

BASDEN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BASDEN, RHONI
ADDRESS AVAILABLE UPON REQUEST

BASDEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BASE
ADDRESS UNAVAILABLE AT TIME OF FILING

BASECKE, JEFF
ADDRESS AVAILABLE UPON REQUEST

BASEDOW, NIKOLAUS
ADDRESS AVAILABLE UPON REQUEST

BASEHORE, DANA
ADDRESS AVAILABLE UPON REQUEST

BASELER, ERIC
ADDRESS AVAILABLE UPON REQUEST

BASEN, IYAL
ADDRESS AVAILABLE UPON REQUEST

BASEY, MADISEN
ADDRESS AVAILABLE UPON REQUEST

BASH, JOHN
ADDRESS AVAILABLE UPON REQUEST

BASH, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BASHA, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

BASHADA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BASHAM, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BASHAM, JILL
ADDRESS AVAILABLE UPON REQUEST

BASHAM, MONICA
ADDRESS AVAILABLE UPON REQUEST

BASHAM, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BASHANSCI, MARIA
ADDRESS AVAILABLE UPON REQUEST

BASHARA, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BASHFORD, BREANNA
ADDRESS AVAILABLE UPON REQUEST

BASHIRIAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BASHORE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BASHORUN, ABIOLA
ADDRESS AVAILABLE UPON REQUEST

BASIL VICTOR ZARAGOZA VARGAS
ADDRESS AVAILABLE UPON REQUEST

BASIL, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BASIL, NADIA
ADDRESS AVAILABLE UPON REQUEST

BASILE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BASILE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BASILE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BASILE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BASILE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BASILE, LIZ
ADDRESS AVAILABLE UPON REQUEST

BASILE, SAM
ADDRESS AVAILABLE UPON REQUEST

BASILE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BASILE, SHANE
ADDRESS AVAILABLE UPON REQUEST

BASILE, THERESA
ADDRESS AVAILABLE UPON REQUEST

BASILIO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BASINGER, WESLEY & KATIE
ADDRESS AVAILABLE UPON REQUEST

BASKETT, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BASKIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BASKIN, BARRY
ADDRESS AVAILABLE UPON REQUEST

BASKIN, CHAD DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

BASKIN, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

BASLER, AUBY
ADDRESS AVAILABLE UPON REQUEST

BASLER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BASMAGY, KRIS
ADDRESS AVAILABLE UPON REQUEST

BASMAJIAN, GARY
ADDRESS AVAILABLE UPON REQUEST

BASNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BASNEY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BASOM, JEAN
ADDRESS AVAILABLE UPON REQUEST

BASON, TIZIANA
ADDRESS AVAILABLE UPON REQUEST

BASORE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BASORE, SANDY
ADDRESS AVAILABLE UPON REQUEST

BASOV, DMITRY
ADDRESS AVAILABLE UPON REQUEST

BASQUE BOULANGERIE
ADDRESS UNAVAILABLE AT TIME OF FILING

BASS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BASS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BASS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BASS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BASS, BLANCA
ADDRESS AVAILABLE UPON REQUEST

BASS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BASS, CHELSI
ADDRESS AVAILABLE UPON REQUEST

BASS, D
ADDRESS AVAILABLE UPON REQUEST

BASS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BASS, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

BASS, EMILY
ADDRESS AVAILABLE UPON REQUEST

BASS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BASS, JESSE
ADDRESS AVAILABLE UPON REQUEST

BASS, KAYCI
ADDRESS AVAILABLE UPON REQUEST

BASS, KENDAL
ADDRESS AVAILABLE UPON REQUEST

BASS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BASS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BASS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BASS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BASS, MYA
ADDRESS AVAILABLE UPON REQUEST

BASS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BASS, SALLY
ADDRESS AVAILABLE UPON REQUEST

BASS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BASS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BASS, WENDY
ADDRESS AVAILABLE UPON REQUEST

BASSAM, MOHAMMED
ADDRESS AVAILABLE UPON REQUEST

BASSAN, DANA
ADDRESS AVAILABLE UPON REQUEST

BASSEGIO, ERIN
ADDRESS AVAILABLE UPON REQUEST

BASSELEN, DENA
ADDRESS AVAILABLE UPON REQUEST

BASSET, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BASSETT, AMY
ADDRESS AVAILABLE UPON REQUEST

BASSETT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BASSETT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BASSETT, COLLIN
ADDRESS AVAILABLE UPON REQUEST

BASSETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BASSETT, GREG
ADDRESS AVAILABLE UPON REQUEST

BASSETT, KALLIE
ADDRESS AVAILABLE UPON REQUEST

BASSETT, KRISSY
ADDRESS AVAILABLE UPON REQUEST

BASSETT, KYLE
ADDRESS AVAILABLE UPON REQUEST

BASSETT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BASSETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BASSETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BASSETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BASSETT, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

BASSETT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BASSEY, SHERRALYN
ADDRESS AVAILABLE UPON REQUEST

BASSFORD, BRETT
ADDRESS AVAILABLE UPON REQUEST

BASSHAM, ANNA
ADDRESS AVAILABLE UPON REQUEST

BASSHAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

BASSI, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BASSI, TONI
ADDRESS AVAILABLE UPON REQUEST

BASSIL, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BASSILA, JEAN CLAUDE
ADDRESS AVAILABLE UPON REQUEST

BASSIN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BASSIN, JAKE AND MIRTHE
ADDRESS AVAILABLE UPON REQUEST

BASSINGER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BASSO, BRENT
ADDRESS AVAILABLE UPON REQUEST

BASSO, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

BASSO, TINA
ADDRESS AVAILABLE UPON REQUEST

BASSO, TOM
ADDRESS AVAILABLE UPON REQUEST

BASSOLINO, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BAST, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BASTA, LUKE
ADDRESS AVAILABLE UPON REQUEST

BASTA, SAM
ADDRESS AVAILABLE UPON REQUEST

BASTAIN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BASTEK, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BASTIAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

BASTIAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BASTIAN, LLOYD
ADDRESS AVAILABLE UPON REQUEST

BASTIAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BASTIDAS, JOAN
ADDRESS AVAILABLE UPON REQUEST

BASTIE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BASTIEN CONPANY, GUY NORDEUS
ADDRESS AVAILABLE UPON REQUEST

BASTIEN, BOB-CATHY
ADDRESS AVAILABLE UPON REQUEST

BASTIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BASTIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BASTIN, LORA
ADDRESS AVAILABLE UPON REQUEST

BASTINELLI, AARON
ADDRESS AVAILABLE UPON REQUEST

BASTOLICH, EMMA
ADDRESS AVAILABLE UPON REQUEST

BASTON, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

BASTON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BASTON-LEBLANC, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BASTOS, LAURIN
ADDRESS AVAILABLE UPON REQUEST

BASTOS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BASTURA, EMILY
ADDRESS AVAILABLE UPON REQUEST

BASU, ANIRBAN
ADDRESS AVAILABLE UPON REQUEST

BASU, DEVRAJ
ADDRESS AVAILABLE UPON REQUEST

BASU, JAYATI
ADDRESS AVAILABLE UPON REQUEST

BASU, MONISHA
ADDRESS AVAILABLE UPON REQUEST

BASURTO MCIVER, ANDRES
ADDRESS AVAILABLE UPON REQUEST

BASYE, SHARI
ADDRESS AVAILABLE UPON REQUEST

BATA, SARAH & AARON
ADDRESS AVAILABLE UPON REQUEST

BATAEVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

BATAILLE, ALYSON
ADDRESS AVAILABLE UPON REQUEST

BATALHA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BATALLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BATARA, KYRA
ADDRESS AVAILABLE UPON REQUEST

BATARSEH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BATASIOLO S.P.A
FRAZIONE ANNUZIATA 87 12064
LA MORRA CN
ITALY

BATCHELDER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

BATCHELDER, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

BATCHELLER, CHANSEREI
ADDRESS AVAILABLE UPON REQUEST

BATCHELLER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BATCHELLER, KARA
ADDRESS AVAILABLE UPON REQUEST

BATCHELLER, KARA
ADDRESS AVAILABLE UPON REQUEST

BATCHELOR, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

BATCHELOR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BATCHELOR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BATE, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, BILL AND DIANA
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, BO
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, LARISSA
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, MAILYS
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BATEMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BATEMON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BATES FREED, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BATES, AMBER
ADDRESS AVAILABLE UPON REQUEST

BATES, AMY
ADDRESS AVAILABLE UPON REQUEST

BATES, ANN
ADDRESS AVAILABLE UPON REQUEST

BATES, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BATES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BATES, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BATES, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BATES, CHANDRIKA
ADDRESS AVAILABLE UPON REQUEST

BATES, EMILY
ADDRESS AVAILABLE UPON REQUEST

BATES, EMILY
ADDRESS AVAILABLE UPON REQUEST

BATES, ERIN
ADDRESS AVAILABLE UPON REQUEST

BATES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BATES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BATES, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BATES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BATES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BATES, LANA
ADDRESS AVAILABLE UPON REQUEST

BATES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BATES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BATES, LORI
ADDRESS AVAILABLE UPON REQUEST

BATES, LORNNA
ADDRESS AVAILABLE UPON REQUEST

BATES, MARY
ADDRESS AVAILABLE UPON REQUEST

BATES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BATES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BATES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BATES, MICK
ADDRESS AVAILABLE UPON REQUEST

BATES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BATES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BATES, MS. TAQUIA
ADDRESS AVAILABLE UPON REQUEST

BATES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BATES, QUANACHIA
ADDRESS AVAILABLE UPON REQUEST

BATES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BATES, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

BATES, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

BATES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BATES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BATES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BATES, SARAH
ADDRESS AVAILABLE UPON REQUEST

BATES, SHANE
ADDRESS AVAILABLE UPON REQUEST

BATES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BATES, STACI
ADDRESS AVAILABLE UPON REQUEST

BATES, STEPHAN
ADDRESS AVAILABLE UPON REQUEST

BATES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BATES, TARICA
ADDRESS AVAILABLE UPON REQUEST

BATES, TWILA
ADDRESS AVAILABLE UPON REQUEST

BATES-ROSENBERG, CARLA
ADDRESS AVAILABLE UPON REQUEST

BATEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BATEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BATEY-JARMON, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

BATH, GREG
ADDRESS AVAILABLE UPON REQUEST

BATH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BATHE, TOM
ADDRESS AVAILABLE UPON REQUEST

BATHEN, ZAC
ADDRESS AVAILABLE UPON REQUEST

BATHER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BATISTA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

BATISTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BATISTA, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BATISTA, CESAR
ADDRESS AVAILABLE UPON REQUEST

BATISTA, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BATISTA, ELEIDE
ADDRESS AVAILABLE UPON REQUEST

BATISTA, ERICA
ADDRESS AVAILABLE UPON REQUEST

BATISTA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

BATISTA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BATISTA, INGRID NATALI
ADDRESS AVAILABLE UPON REQUEST

BATISTA, INGRID
ADDRESS AVAILABLE UPON REQUEST

BATISTA, JULIANO
ADDRESS AVAILABLE UPON REQUEST

BATISTA, STACEY
ADDRESS AVAILABLE UPON REQUEST

BATISTA, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

BATJER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BATKINS, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

BATLAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BATLEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BATMAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BATOVE, APRIL
ADDRESS AVAILABLE UPON REQUEST

BATRA, JUDY
ADDRESS AVAILABLE UPON REQUEST

BATRA, NIKHIL
ADDRESS AVAILABLE UPON REQUEST

BATRA, RADHIKA
ADDRESS AVAILABLE UPON REQUEST

BATRUNY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BATSAIKHAN, BATKHUYAG
ADDRESS AVAILABLE UPON REQUEST

BATSON, GLENN
ADDRESS AVAILABLE UPON REQUEST

BATT, KATIE
ADDRESS AVAILABLE UPON REQUEST

BATT, NINA
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, KELLY
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, KELLY
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, MIKE
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIA, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

BATTAGLIOLA, TITO
ADDRESS AVAILABLE UPON REQUEST

BATTAN, APU
ADDRESS AVAILABLE UPON REQUEST

BATTAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BATTEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BATTERSHELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BATTERSHELL, PENNY
ADDRESS AVAILABLE UPON REQUEST

BATTERTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

BATTIATO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BATTISTA, AMY
ADDRESS AVAILABLE UPON REQUEST

BATTISTA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BATTISTE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BATTISTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BATTISTI, ERICA
ADDRESS AVAILABLE UPON REQUEST

BATTLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BATTLE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BATTLE, BERNARD
ADDRESS AVAILABLE UPON REQUEST

BATTLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BATTLE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BATTLE, KAREN
ADDRESS AVAILABLE UPON REQUEST

BATTLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BATTLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BATTLE, MARCY
ADDRESS AVAILABLE UPON REQUEST

BATTLE, RENEE
ADDRESS AVAILABLE UPON REQUEST

BATTLE, TERRANCE
ADDRESS AVAILABLE UPON REQUEST

BATTLE, TIKIRA
ADDRESS AVAILABLE UPON REQUEST

BATTLES, EDITH
ADDRESS AVAILABLE UPON REQUEST

BATTLES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BATTOGLIA, DARLENE
ADDRESS AVAILABLE UPON REQUEST

BATTOOL, SAMMAR
ADDRESS AVAILABLE UPON REQUEST

BATTRAM, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

BATTS, ANTONETTE
ADDRESS AVAILABLE UPON REQUEST

BATTS, DENISE
ADDRESS AVAILABLE UPON REQUEST

BATTS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BATUGINA, ANNA
ADDRESS AVAILABLE UPON REQUEST

BATY, HARLEY
ADDRESS AVAILABLE UPON REQUEST

BAUBIE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BAUCCIO, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BAUCHNER, HOWARD
ADDRESS AVAILABLE UPON REQUEST

BAUCOM, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BAUDER, ERIC
ADDRESS AVAILABLE UPON REQUEST

BAUDLER, ANGI
ADDRESS AVAILABLE UPON REQUEST

BAUDOIN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BAUDOIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

BAUDOIN, TRACY
ADDRESS AVAILABLE UPON REQUEST

BAUDOUIN LATZ, ARIANA
ADDRESS AVAILABLE UPON REQUEST

BAUDVILLE INC
ADDRESS UNAVAILABLE AT TIME OF FILING

BAUER, ALEX
ADDRESS AVAILABLE UPON REQUEST

BAUER, ALISON
ADDRESS AVAILABLE UPON REQUEST

BAUER, AMAND
ADDRESS AVAILABLE UPON REQUEST

BAUER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAUER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BAUER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BAUER, ARDUS
ADDRESS AVAILABLE UPON REQUEST

BAUER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BAUER, BEKAH
ADDRESS AVAILABLE UPON REQUEST

BAUER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAUER, CASSY
ADDRESS AVAILABLE UPON REQUEST

BAUER, CHIYA
ADDRESS AVAILABLE UPON REQUEST

BAUER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BAUER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAUER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

BAUER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAUER, IAN
ADDRESS AVAILABLE UPON REQUEST

BAUER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BAUER, JAN
ADDRESS AVAILABLE UPON REQUEST

BAUER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAUER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BAUER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BAUER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BAUER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BAUER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BAUER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BAUER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BAUER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BAUER, LYNN
ADDRESS AVAILABLE UPON REQUEST

BAUER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAUER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BAUER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BAUER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BAUER, PAT
ADDRESS AVAILABLE UPON REQUEST

BAUER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAUER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BAUER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAUER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAUER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAUER, STACY
ADDRESS AVAILABLE UPON REQUEST

BAUER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BAUER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BAUER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAUER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BAUER, WHITNIE
ADDRESS AVAILABLE UPON REQUEST

BAUER, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

BAUER, ZACH
ADDRESS AVAILABLE UPON REQUEST

BAUER-BRINKER, CORINNA
ADDRESS AVAILABLE UPON REQUEST

BAUEREISS, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

BAUERNFEIND, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BAUERSCHLAG, AMY
ADDRESS AVAILABLE UPON REQUEST

BAUGH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAUGH, K
ADDRESS AVAILABLE UPON REQUEST

BAUGH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BAUGH, TIANA
ADDRESS AVAILABLE UPON REQUEST

BAUGHEY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BAUGHMAN, YALEA
ADDRESS AVAILABLE UPON REQUEST

BAUHAUS, BILL
ADDRESS AVAILABLE UPON REQUEST

BAUK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BAUKE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAUKE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAULCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAULER, JODI
ADDRESS AVAILABLE UPON REQUEST

BAUM, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BAUM, CARA
ADDRESS AVAILABLE UPON REQUEST

BAUM, DENNIS
ADDRESS AVAILABLE UPON REQUEST

BAUM, DONNA
ADDRESS AVAILABLE UPON REQUEST

BAUM, EVAN
ADDRESS AVAILABLE UPON REQUEST

BAUM, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BAUM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BAUM, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAUM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BAUM, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BAUM, LARA
ADDRESS AVAILABLE UPON REQUEST

BAUM, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BAUM, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, ANYA
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, DAVE
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, PETER
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, QUINN
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAUMAN, SHYANNE
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, JOSH
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, KARA
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, PETRA
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, RUDY
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAUMANN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BAUMEL, NANCY
ADDRESS AVAILABLE UPON REQUEST

BAUMER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BAUMER, BETTY
ADDRESS AVAILABLE UPON REQUEST

BAUMERT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BAUMGAERTNER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BAUMGARDEN, TIFFINEY
ADDRESS AVAILABLE UPON REQUEST

BAUMGARDNER, CINDI
ADDRESS AVAILABLE UPON REQUEST

BAUMGARDNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BAUMGARDNER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BAUMGARDT, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BAUMGART, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BAUMGART, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, ABBEY
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, DOUG
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, KATANNA
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, PEGGY
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAUMGARTNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BAUN, ALI
ADDRESS AVAILABLE UPON REQUEST

BAUN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BAUNE, KATRYNA
ADDRESS AVAILABLE UPON REQUEST

BAUR, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BAUR, ARIELA
ADDRESS AVAILABLE UPON REQUEST

BAUS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BAUSEMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BAUSONE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BAUTCH, AMBER
ADDRESS AVAILABLE UPON REQUEST

BAUTERS, MARISA
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA, JULIA
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA, REBEKA
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BAUTISTA-LEAF, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BAUX, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BAUZA, JORGE
ADDRESS AVAILABLE UPON REQUEST

BAVARIA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BAVE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BAVISHI, KUNAL
ADDRESS AVAILABLE UPON REQUEST

BAWA, JARED
ADDRESS AVAILABLE UPON REQUEST

BAWDEN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BAWROSKI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BAX, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAXENDALE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BAXENDALE, EMMA
ADDRESS AVAILABLE UPON REQUEST

BAXENDALE, KATE
ADDRESS AVAILABLE UPON REQUEST

BAXHIJA, ELDA
ADDRESS AVAILABLE UPON REQUEST

BAXI, AVANI
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, BRENT
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BAXLEY, TEMPLE
ADDRESS AVAILABLE UPON REQUEST

BAXTER OF CALIFORNIA
8524 WASHINGTON BLVD
CULVER CITY, CA  90232

BAXTER OF CALIFORNIA
PROFESSIONAL PRODUCTS DIVISION
PO BOX 731125
DALLAS, TX  75373

BAXTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BAXTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BAXTER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAXTER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BAXTER, CLIFTON
ADDRESS AVAILABLE UPON REQUEST

BAXTER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, DON
ADDRESS AVAILABLE UPON REQUEST

BAXTER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BAXTER, HELENA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, JOHN P.
ADDRESS AVAILABLE UPON REQUEST

BAXTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BAXTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BAXTER, OPHELIA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, SARA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, SONIA
ADDRESS AVAILABLE UPON REQUEST

BAXTER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BAXTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BAXTER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAY, MATT
ADDRESS AVAILABLE UPON REQUEST

BAY, RAEANNA
ADDRESS AVAILABLE UPON REQUEST

BAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BAYADSY, ANDY
ADDRESS AVAILABLE UPON REQUEST

BAYARD, LEVI
ADDRESS AVAILABLE UPON REQUEST

BAYARD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BAYAZIT, PERY
ADDRESS AVAILABLE UPON REQUEST

BAY-CITIES
5138 INDUSTRY AVE
PICO RIVERA, CA  90660

BAY-CITIES
BAY-CITIES 5138 INDUSTRY AVE
PICO RIVERA, CA  90660

BAYEH, ELIAS
ADDRESS AVAILABLE UPON REQUEST

BAYER, ALEX
ADDRESS AVAILABLE UPON REQUEST

BAYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAYER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BAYER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAYER, EVA
ADDRESS AVAILABLE UPON REQUEST

BAYER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BAYER, TARAH
ADDRESS AVAILABLE UPON REQUEST

BAYERL, ANNE
ADDRESS AVAILABLE UPON REQUEST

BAYHA, JENNY
ADDRESS AVAILABLE UPON REQUEST

BAYKO, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BAYLES, JAY
ADDRESS AVAILABLE UPON REQUEST

BAYLES, MARTI
ADDRESS AVAILABLE UPON REQUEST

BAYLESS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BAYLESS, CARLY
ADDRESS AVAILABLE UPON REQUEST

BAYLESS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BAYLESS, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

BAYLEY, SUZY
ADDRESS AVAILABLE UPON REQUEST

BAYLOR, SEQUOIA
ADDRESS AVAILABLE UPON REQUEST

BAYLY, KISHA
ADDRESS AVAILABLE UPON REQUEST

BAYNARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

BAYNE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BAYOL, MAXIME
ADDRESS AVAILABLE UPON REQUEST

BAYONA, DENNISE
ADDRESS AVAILABLE UPON REQUEST

BAYONA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

BAYOT, DENRICK
ADDRESS AVAILABLE UPON REQUEST

BAYRAMLI, DEVRIM
ADDRESS AVAILABLE UPON REQUEST

BAYROOTY, ALIS
ADDRESS AVAILABLE UPON REQUEST

BAYSDEN, LANE
ADDRESS AVAILABLE UPON REQUEST

BAYSE, MARY K
ADDRESS AVAILABLE UPON REQUEST

BAYSINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BAYSTATE WINE & SPIRITS
321 MANLEY STREET
WEST BRIDGEWATER, MA  02379

BAYSTATE WINE AND SPIRITS -
(MASSACHUSETTS)
321 MANLEY STREET WEST
BRIDGEWATER, MA  02379

BAYUK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAYUK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BAYZE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAZAIL, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

BAZAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BAZAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BAZAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

BAZANY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BAZANY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BAZELON, DANA
ADDRESS AVAILABLE UPON REQUEST

BAZEMORE, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

BAZEMORE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BAZEMORE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BAZEN, QUINCY
ADDRESS AVAILABLE UPON REQUEST

BAZIL, ASHA
ADDRESS AVAILABLE UPON REQUEST

BAZILE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BAZINET, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BAZIRE, GERMAINE
ADDRESS AVAILABLE UPON REQUEST

BAZLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BAZOS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

BAZUAYE, EBUN
ADDRESS AVAILABLE UPON REQUEST

BAZZANELLA, JOHN
ADDRESS AVAILABLE UPON REQUEST

BAZZANI, HALEY
ADDRESS AVAILABLE UPON REQUEST

BAZZAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BAZZETTA, SARAH
ADDRESS AVAILABLE UPON REQUEST

BAZZILL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BAZZOLI, IAN
ADDRESS AVAILABLE UPON REQUEST

BAZZOLI, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BB MEDIA LLC (BROOKLYN BASED)
33 NASSAU AVE., 2ND FLOOR
BROOKLYN, NY  11222

BBB
ADDRESS UNAVAILABLE AT TIME OF FILING

BCHTIKIAN, NARINA
ADDRESS AVAILABLE UPON REQUEST

BE SOCIAL PUBLIC RELATIONS , LLC
150 ALHAMBRA PLAZA, SUITE1200
CORAL GABLES, FL  33134

BEABEAU, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

BEACH RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

BEACH, ANNA
ADDRESS AVAILABLE UPON REQUEST

BEACH, BAILIE
ADDRESS AVAILABLE UPON REQUEST

BEACH, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BEACH, BRENNA
ADDRESS AVAILABLE UPON REQUEST

BEACH, CELINA
ADDRESS AVAILABLE UPON REQUEST

BEACH, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BEACH, CHERIE
ADDRESS AVAILABLE UPON REQUEST

BEACH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BEACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEACH, GAIL
ADDRESS AVAILABLE UPON REQUEST

BEACH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BEACH, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BEACH, PENNIE
ADDRESS AVAILABLE UPON REQUEST

BEACH, RENEE
ADDRESS AVAILABLE UPON REQUEST

BEACH, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BEACH, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BEACHAM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BEACHAM, MIKE
ADDRESS AVAILABLE UPON REQUEST

BEACH-COSTELLO, HALEY
ADDRESS AVAILABLE UPON REQUEST

BEACHSIDE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

BEACHY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BEACHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEACHY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BEACHY, VIKTORIA
ADDRESS AVAILABLE UPON REQUEST

BEACOM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEAD SOURCE
ADDRESS UNAVAILABLE AT TIME OF FILING

BEADLING, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

BEADNELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

BEAFORE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BEAGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BEAGLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEAGLE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BEAGLES, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BEAGLES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BEAGLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BEAHM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BEAHON, JOE
ADDRESS AVAILABLE UPON REQUEST

BEAIRD, KHRYSTA
ADDRESS AVAILABLE UPON REQUEST

BEAKLINI, TATIANA
ADDRESS AVAILABLE UPON REQUEST

BEAL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BEAL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BEAL, COLE
ADDRESS AVAILABLE UPON REQUEST

BEAL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BEAL, JONI
ADDRESS AVAILABLE UPON REQUEST

BEAL, JONI
ADDRESS AVAILABLE UPON REQUEST

BEAL, KELLY
ADDRESS AVAILABLE UPON REQUEST

BEAL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BEAL, LAURA-JEAN
ADDRESS AVAILABLE UPON REQUEST

BEAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEAL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BEAL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BEALE, BLAIR
ADDRESS AVAILABLE UPON REQUEST

BEALE, EVAN
ADDRESS AVAILABLE UPON REQUEST

BEALE, JESSI
ADDRESS AVAILABLE UPON REQUEST

BEALE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEALE, RK
ADDRESS AVAILABLE UPON REQUEST

BEALL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BEALL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BEALL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BEALL, KELLY
ADDRESS AVAILABLE UPON REQUEST

BEALL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BEALLE, WILTON
ADDRESS AVAILABLE UPON REQUEST

BEALL-OHLMANN, JOHNA
ADDRESS AVAILABLE UPON REQUEST

BEALS, GILDA
ADDRESS AVAILABLE UPON REQUEST

BEALS, JULIA
ADDRESS AVAILABLE UPON REQUEST

BEALS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BEALS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

BEALYER, IVY
ADDRESS AVAILABLE UPON REQUEST

BEAM, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BEAM, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

BEAM, GAYLE
ADDRESS AVAILABLE UPON REQUEST

BEAM, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BEAM, LEANNA
ADDRESS AVAILABLE UPON REQUEST

BEAM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BEAM, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BEAM, SANDY
ADDRESS AVAILABLE UPON REQUEST

BEAM, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

BEAM, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BEAMAN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BEAMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BEAMAN, JACKILENE
ADDRESS AVAILABLE UPON REQUEST

BEAMAN, YURIKO
ADDRESS AVAILABLE UPON REQUEST

BEAMER, BETH
ADDRESS AVAILABLE UPON REQUEST

BEAMON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BEAMON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BEAMON, TATIANA
ADDRESS AVAILABLE UPON REQUEST

BEAN, ALEC
ADDRESS AVAILABLE UPON REQUEST

BEAN, CANISE
ADDRESS AVAILABLE UPON REQUEST

BEAN, CHERYLE
ADDRESS AVAILABLE UPON REQUEST

BEAN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BEAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEAN, FREDRICK
ADDRESS AVAILABLE UPON REQUEST

BEAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BEAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BEAN, KYRSTEN
ADDRESS AVAILABLE UPON REQUEST

BEAN, KYRSTEN
ADDRESS AVAILABLE UPON REQUEST

BEAN, MARLENE
ADDRESS AVAILABLE UPON REQUEST

BEAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

BEAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BEANE, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BEANE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BEANE, CASEY
ADDRESS AVAILABLE UPON REQUEST

BEANE, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

BEANLAND, JISOO
ADDRESS AVAILABLE UPON REQUEST

BEANS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BEAR ROBE, AMBER-DAWN
ADDRESS AVAILABLE UPON REQUEST

BEAR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BEARCE, HAILEE
ADDRESS AVAILABLE UPON REQUEST

BEARD NEILL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BEARD PAPA
ADDRESS UNAVAILABLE AT TIME OF FILING

BEARD, AVERY
ADDRESS AVAILABLE UPON REQUEST

BEARD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BEARD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BEARD, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BEARD, FLORA
ADDRESS AVAILABLE UPON REQUEST

BEARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

BEARD, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BEARD, JEMIYAH
ADDRESS AVAILABLE UPON REQUEST

BEARD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BEARD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BEARD, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BEARD, MARIAH
ADDRESS AVAILABLE UPON REQUEST

BEARD, MARTI
ADDRESS AVAILABLE UPON REQUEST

BEARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEARD, PAM
ADDRESS AVAILABLE UPON REQUEST

BEARD, ROXIE
ADDRESS AVAILABLE UPON REQUEST

BEARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BEARD, TAKAIRA
ADDRESS AVAILABLE UPON REQUEST

BEARD, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BEARD, TERESA
ADDRESS AVAILABLE UPON REQUEST

BEARDALL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BEARDEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BEARDEN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BEARDEN, LLOYD
ADDRESS AVAILABLE UPON REQUEST

BEARDEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEE, TYLER
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, HENRY
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, JAROD
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BEARDSLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

BEARER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BEARESE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEARGIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEARSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BEARUP, KRYSTY
ADDRESS AVAILABLE UPON REQUEST

BEARY, ALICE
ADDRESS AVAILABLE UPON REQUEST

BEAS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, ARNETHEA
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, JADE
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, LORI
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, ROB
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, ROB
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BEASLEY, TORI
ADDRESS AVAILABLE UPON REQUEST

BEASLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BEASON, ANN
ADDRESS AVAILABLE UPON REQUEST

BEASON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BEASON, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BEAST & BOTTLE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

BEAST (FOR LATER), BAILEY
ADDRESS AVAILABLE UPON REQUEST

BEAT, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

BEATBOX
ADDRESS UNAVAILABLE AT TIME OF FILING

BEATE ELY-CROFT
ADDRESS AVAILABLE UPON REQUEST

BEATO, KATIE
ADDRESS AVAILABLE UPON REQUEST

BEATON, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

BEATON, LISA
ADDRESS AVAILABLE UPON REQUEST

BEATON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BEATON, PETER
ADDRESS AVAILABLE UPON REQUEST

BEATRIZ GODOY
ADDRESS AVAILABLE UPON REQUEST

BEATRIZ ROJAS
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, ALICE
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, MADELIN
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BEATTIE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BEATTY, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BEATTY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BEATTY, BRIGID
ADDRESS AVAILABLE UPON REQUEST

BEATTY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BEATTY, COLLENE
ADDRESS AVAILABLE UPON REQUEST

BEATTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BEATTY, JASON
ADDRESS AVAILABLE UPON REQUEST

BEATTY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BEATTY, KAREN
ADDRESS AVAILABLE UPON REQUEST

BEATTY, SABRA
ADDRESS AVAILABLE UPON REQUEST

BEATTY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BEATTY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BEATY, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

BEATY, JAYSON
ADDRESS AVAILABLE UPON REQUEST

BEATY, MICAELA
ADDRESS AVAILABLE UPON REQUEST

BEATY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BEATY, STEVE
ADDRESS AVAILABLE UPON REQUEST

BEAUBIEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEAUCHAINE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BEAUCHAMP, DAVID
ADDRESS AVAILABLE UPON REQUEST

BEAUCHAMP, KATE
ADDRESS AVAILABLE UPON REQUEST

BEAUCHAMP, RENEE
ADDRESS AVAILABLE UPON REQUEST

BEAUCHAMP, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BEAUCHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BEAUCHESNE, ANN
ADDRESS AVAILABLE UPON REQUEST

BEAUCHMAN, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

BEAUCHMAN, RENAY
ADDRESS AVAILABLE UPON REQUEST

BEAUCHNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BEAUDIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BEAUDION, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BEAUDOIN, MARY
ADDRESS AVAILABLE UPON REQUEST

BEAUDOIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BEAUDREAU, TOM
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, ALISON
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, ANNA
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, SHAILAH
ADDRESS AVAILABLE UPON REQUEST

BEAUDRY, SIMON
ADDRESS AVAILABLE UPON REQUEST

BEAUDUY, REED
ADDRESS AVAILABLE UPON REQUEST

BEAUFORT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BEAUFORT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BEAUFRESH MEDIA LLC
5850 W 3RD ST STE 224
LOS ANGELES, CA 90036

BEAUGE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BEAUGUREAU, AUSTEN
ADDRESS AVAILABLE UPON REQUEST

BEAULAC, EMILY
ADDRESS AVAILABLE UPON REQUEST

BEAULAC, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU, LUCIA
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BEAULIEU-LASCKO, CINDY LEA
ADDRESS AVAILABLE UPON REQUEST

BEAUMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BEAUMIER, MAYA
ADDRESS AVAILABLE UPON REQUEST

BEAUMIER, ZOE
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, JAIDE
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, JAIDE
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, JOHN
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, KIM
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, MAX
ADDRESS AVAILABLE UPON REQUEST

BEAUMONT, STACY
ADDRESS AVAILABLE UPON REQUEST

BEAUPARLANT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BEAUPRE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BEAUPRE, SHARON
ADDRESS AVAILABLE UPON REQUEST

BEAURAIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BEAUREGARD, BRAD
ADDRESS AVAILABLE UPON REQUEST

BEAUREGARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEAUREGARD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BEAUREGARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

BEAUREGARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEAUSSART, MICHEL
ADDRESS AVAILABLE UPON REQUEST

BEAUTYKO USA INC (LIVINGSOCIAL INC)
57 WATERMILL LN
GREAT NECK, NY  11021

BEAUVAIS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BEAUVAIS, TABATHA
ADDRESS AVAILABLE UPON REQUEST

BEAVAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BEAVEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BEAVER, CASEY
ADDRESS AVAILABLE UPON REQUEST

BEAVER, DAN
ADDRESS AVAILABLE UPON REQUEST

BEAVER, GARY
ADDRESS AVAILABLE UPON REQUEST

BEAVER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BEAVER, JAMISON
ADDRESS AVAILABLE UPON REQUEST

BEAVER, KARL
ADDRESS AVAILABLE UPON REQUEST

BEAVER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BEAVER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BEAVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BEAVER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BEAVER-GUZMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, KAILA
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, KELLYANN
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, KIM
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, LINDA
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEAVERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BEAVIN, JILL
ADDRESS AVAILABLE UPON REQUEST

BEBEE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BEBENSEE, CARTER
ADDRESS AVAILABLE UPON REQUEST

BEBERGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BECAK THIELE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BECCA BARRY
ADDRESS AVAILABLE UPON REQUEST

BECCARD, TRISHA
ADDRESS AVAILABLE UPON REQUEST

BECCIO, MATT
ADDRESS AVAILABLE UPON REQUEST

BECERRA, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BECERRA, EDGARDO
ADDRESS AVAILABLE UPON REQUEST

BECERRA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

BECERRA, KATHY
ADDRESS AVAILABLE UPON REQUEST

BECERRA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BECERRA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BECH, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BECH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BECHARA, SAMIA
ADDRESS AVAILABLE UPON REQUEST

BECHARD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BECHARD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BECHARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BECHARD, SALLY
ADDRESS AVAILABLE UPON REQUEST

BECHEN, CARLEY
ADDRESS AVAILABLE UPON REQUEST

BECHER, JON
ADDRESS AVAILABLE UPON REQUEST

BECHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BECHER, MJ
ADDRESS AVAILABLE UPON REQUEST

BECHERER, HENRY N MARYANNE
ADDRESS AVAILABLE UPON REQUEST

BECHIR, CATHYE
ADDRESS AVAILABLE UPON REQUEST

BECHLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BECHTEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BECHTEL, STACEY
ADDRESS AVAILABLE UPON REQUEST

BECHTEL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BECHTHOLD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BECHTLE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BECHTOLD, GARY
ADDRESS AVAILABLE UPON REQUEST

BECHTOLD, GINGER
ADDRESS AVAILABLE UPON REQUEST

BECHTOLD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BECHTOLD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BECHTOLD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BECK, AARON
ADDRESS AVAILABLE UPON REQUEST

BECK, ALEX
ADDRESS AVAILABLE UPON REQUEST

BECK, ALISON
ADDRESS AVAILABLE UPON REQUEST

BECK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BECK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BECK, BRANT
ADDRESS AVAILABLE UPON REQUEST

BECK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BECK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BECK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BECK, CARLEE
ADDRESS AVAILABLE UPON REQUEST

BECK, CARLY
ADDRESS AVAILABLE UPON REQUEST

BECK, CAROL
ADDRESS AVAILABLE UPON REQUEST

BECK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BECK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BECK, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BECK, DAYDRAH
ADDRESS AVAILABLE UPON REQUEST

BECK, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

BECK, EBILTULIK
ADDRESS AVAILABLE UPON REQUEST

BECK, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BECK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BECK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BECK, ERNIE
ADDRESS AVAILABLE UPON REQUEST

BECK, ESTEE
ADDRESS AVAILABLE UPON REQUEST

BECK, J
ADDRESS AVAILABLE UPON REQUEST

BECK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BECK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BECK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BECK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BECK, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BECK, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BECK, KALEENA
ADDRESS AVAILABLE UPON REQUEST

BECK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BECK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BECK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BECK, KELLER
ADDRESS AVAILABLE UPON REQUEST

BECK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BECK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BECK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BECK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BECK, MAURA
ADDRESS AVAILABLE UPON REQUEST

BECK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BECK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BECK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BECK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BECK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BECK, MELODY
ADDRESS AVAILABLE UPON REQUEST

BECK, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BECK, MIRACLE
ADDRESS AVAILABLE UPON REQUEST

BECK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BECK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BECK, RENEE
ADDRESS AVAILABLE UPON REQUEST

BECK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BECK, RYLEE
ADDRESS AVAILABLE UPON REQUEST

BECK, SHAUN
ADDRESS AVAILABLE UPON REQUEST

BECK, SHERRI
ADDRESS AVAILABLE UPON REQUEST

BECK, SPENCER
ADDRESS AVAILABLE UPON REQUEST

BECK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BECK, TERESA
ADDRESS AVAILABLE UPON REQUEST

BECK, THERESA
ADDRESS AVAILABLE UPON REQUEST

BECKA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BECKELHEIMER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BECKELMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BECKER ROBLES, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BECKER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BECKER, ALISON
ADDRESS AVAILABLE UPON REQUEST

BECKER, AMELIA
ADDRESS AVAILABLE UPON REQUEST

BECKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BECKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

BECKER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BECKER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BECKER, BERT
ADDRESS AVAILABLE UPON REQUEST

BECKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BECKER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BECKER, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BECKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

BECKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

BECKER, DIANE
ADDRESS AVAILABLE UPON REQUEST

BECKER, ELISE
ADDRESS AVAILABLE UPON REQUEST

BECKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BECKER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BECKER, FALON
ADDRESS AVAILABLE UPON REQUEST

BECKER, HALE
ADDRESS AVAILABLE UPON REQUEST

BECKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BECKER, HILARY
ADDRESS AVAILABLE UPON REQUEST

BECKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BECKER, JENNY
ADDRESS AVAILABLE UPON REQUEST

BECKER, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

BECKER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BECKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BECKER, KEATON
ADDRESS AVAILABLE UPON REQUEST

BECKER, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

BECKER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BECKER, LARA
ADDRESS AVAILABLE UPON REQUEST

BECKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BECKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BECKER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BECKER, LISA
ADDRESS AVAILABLE UPON REQUEST

BECKER, MAEGEN
ADDRESS AVAILABLE UPON REQUEST

BECKER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BECKER, MARIE
ADDRESS AVAILABLE UPON REQUEST

BECKER, MARITZA
ADDRESS AVAILABLE UPON REQUEST

BECKER, MEG
ADDRESS AVAILABLE UPON REQUEST

BECKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BECKER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BECKER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BECKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BECKER, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

BECKER, MIKEL
ADDRESS AVAILABLE UPON REQUEST

BECKER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BECKER, NIKI
ADDRESS AVAILABLE UPON REQUEST

BECKER, RENEE
ADDRESS AVAILABLE UPON REQUEST

BECKER, ROGER
ADDRESS AVAILABLE UPON REQUEST

BECKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

BECKER, SARA
ADDRESS AVAILABLE UPON REQUEST

BECKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BECKER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BECKER, SHENIRA
ADDRESS AVAILABLE UPON REQUEST

BECKER, SKY
ADDRESS AVAILABLE UPON REQUEST

BECKER, STEVE
ADDRESS AVAILABLE UPON REQUEST

BECKER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BECKER, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BECKER, TARA
ADDRESS AVAILABLE UPON REQUEST

BECKER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BECKER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BECKERMAN, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

BECKERMAN, NEIL
ADDRESS AVAILABLE UPON REQUEST

BECKER-REDD, KINDRA
ADDRESS AVAILABLE UPON REQUEST

BECKERT, MARY
ADDRESS AVAILABLE UPON REQUEST

BECKER-WILLIAMS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BECKETT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BECKETT, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BECKETT, BOB
ADDRESS AVAILABLE UPON REQUEST

BECKETT, DAMEON
ADDRESS AVAILABLE UPON REQUEST

BECKETT, HALEY
ADDRESS AVAILABLE UPON REQUEST

BECKETT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BECKETT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BECKFORD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BECKFORD, KEESHA
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, GRACE
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, SPEARS
ADDRESS AVAILABLE UPON REQUEST

BECKHAM, WILL
ADDRESS AVAILABLE UPON REQUEST

BECKLER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BECKLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BECKLEY, KIM
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, ANDI
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, KIRK
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BECKMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BECKMANN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BECKMANN, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BECKMANN, WENDY
ADDRESS AVAILABLE UPON REQUEST

BECKNAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BECKNELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BECKNELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BECKNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BECKOM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BECKSTED, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BECKSTRAND, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BECKSTRAND, LEXIE
ADDRESS AVAILABLE UPON REQUEST

BECKSTROM, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

BECKUM, MARIE
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, GREG
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, JACOB
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, JO
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BECKWITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BECKY CONTRERAS
ADDRESS AVAILABLE UPON REQUEST

BECKY KURTH
ADDRESS AVAILABLE UPON REQUEST

BECKY
ADDRESS AVAILABLE UPON REQUEST

BECNEL, CHARLETTE
ADDRESS AVAILABLE UPON REQUEST

BECTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BECTON, GINGER
ADDRESS AVAILABLE UPON REQUEST

BECTON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BECWAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BED BATH & BEYOND
ADDRESS UNAVAILABLE AT TIME OF FILING

BEDAL, THERESA
ADDRESS AVAILABLE UPON REQUEST

BEDARD, PHIL
ADDRESS AVAILABLE UPON REQUEST

BEDART UHLENKOTT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BEDDELL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BEDDES, HALLIE
ADDRESS AVAILABLE UPON REQUEST

BEDELL, CHERIE
ADDRESS AVAILABLE UPON REQUEST

BEDELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

BEDELL, JANE
ADDRESS AVAILABLE UPON REQUEST

BEDELL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BEDELL, ROY
ADDRESS AVAILABLE UPON REQUEST

BEDELL, VILLA
ADDRESS AVAILABLE UPON REQUEST

BEDENBAUGH, KURT
ADDRESS AVAILABLE UPON REQUEST

BEDFORD & BURNS
ADDRESS UNAVAILABLE AT TIME OF FILING

BEDFORD ENTERPRISES, INC.
940 WEST BETTERAVIA ROAD
SANTA MARIA, CA  93455

BEDFORD ENTERPRISES, INC.
PO BOX 5875
SANTA MARIA, CA  93458

BEDFORD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BEDI, JUGAD
ADDRESS AVAILABLE UPON REQUEST

BEDIZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

BEDLAN, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

BEDLE, MARGRET
ADDRESS AVAILABLE UPON REQUEST

BEDNARSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BEDNARZ, MATT
ADDRESS AVAILABLE UPON REQUEST

BEDNARZ, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

BEDNASH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BEDNER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BEDO, VIKTORIA
ADDRESS AVAILABLE UPON REQUEST

BEDOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

BEDOY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BEDOYA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

BEDROSIAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BEDSOLE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BEDWELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BEDWELL, JOEY
ADDRESS AVAILABLE UPON REQUEST

BEDWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEE, CORY
ADDRESS AVAILABLE UPON REQUEST

BEE, LULU
ADDRESS AVAILABLE UPON REQUEST

BEEBE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BEEBE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BEEBE, CLARE
ADDRESS AVAILABLE UPON REQUEST

BEEBE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BEEBE, ERICA
ADDRESS AVAILABLE UPON REQUEST

BEEBE, GARY
ADDRESS AVAILABLE UPON REQUEST

BEEBE, KATE
ADDRESS AVAILABLE UPON REQUEST

BEEBE, LAMONT
ADDRESS AVAILABLE UPON REQUEST

BEEBE, LEAH
ADDRESS AVAILABLE UPON REQUEST

BEEBE, MITZI
ADDRESS AVAILABLE UPON REQUEST

BEEBE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BEEBE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BEEBY, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BEECH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

BEECH, JOHN
ADDRESS AVAILABLE UPON REQUEST

BEECH, KAREN
ADDRESS AVAILABLE UPON REQUEST

BEECH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BEECH, SHARON
ADDRESS AVAILABLE UPON REQUEST

BEECHAM, LORI
ADDRESS AVAILABLE UPON REQUEST

BEECHER, ERICA
ADDRESS AVAILABLE UPON REQUEST

BEECHER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BEECHUM, NANCY
ADDRESS AVAILABLE UPON REQUEST

BEECROFT, BILL
ADDRESS AVAILABLE UPON REQUEST

BEEDY, JAN
ADDRESS AVAILABLE UPON REQUEST

BEEGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BEEGAY, CASEY
ADDRESS AVAILABLE UPON REQUEST

BEEGHLY, RANDY AND KIM
ADDRESS AVAILABLE UPON REQUEST

BEEGHLY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BEEKMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

BEEKMAN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BEEKS, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BEEKS, JULIAN
ADDRESS AVAILABLE UPON REQUEST

BEELER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BEELOW, HOPE
ADDRESS AVAILABLE UPON REQUEST

BEEMAN, DON
ADDRESS AVAILABLE UPON REQUEST

BEEMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BEEMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BEEMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BEENE, BRETT
ADDRESS AVAILABLE UPON REQUEST

BEENE, DAWN
ADDRESS AVAILABLE UPON REQUEST

BEENE-SKUBAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BEENKEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BEER AND WINE SERVICES INC
ADDRESS UNAVAILABLE AT TIME OF FILING

BEER, DEVON
ADDRESS AVAILABLE UPON REQUEST

BEER, DREW
ADDRESS AVAILABLE UPON REQUEST

BEER, JENNA
ADDRESS AVAILABLE UPON REQUEST

BEER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BEER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BEERBOWER, CHESTER
ADDRESS AVAILABLE UPON REQUEST

BEERS, BETH
ADDRESS AVAILABLE UPON REQUEST

BEERS, CHRYSTIN
ADDRESS AVAILABLE UPON REQUEST

BEERS, DOUG
ADDRESS AVAILABLE UPON REQUEST

BEERS, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

BEERS, JEREME
ADDRESS AVAILABLE UPON REQUEST

BEERS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BEERS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BEERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BEERY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BEERY, DEB
ADDRESS AVAILABLE UPON REQUEST

BEERY, MARY
ADDRESS AVAILABLE UPON REQUEST

BEESEN, ANA
ADDRESS AVAILABLE UPON REQUEST

BEESON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BEESON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BEESON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BEETH, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

BEEVER, LYNN
ADDRESS AVAILABLE UPON REQUEST

BEEVERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BEEVERS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BEEZER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BEEZHOLD, DON
ADDRESS AVAILABLE UPON REQUEST

BEFORE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BEG, TEHMINA
ADDRESS AVAILABLE UPON REQUEST

BEGALE, LARA
ADDRESS AVAILABLE UPON REQUEST

BEGANY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEGEROWSKI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BEGEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BEGG, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BEGGS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BEGGS, JONEL
ADDRESS AVAILABLE UPON REQUEST

BEGGS, LEESHAWNNA
ADDRESS AVAILABLE UPON REQUEST

BEGGS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BEGIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

BEGLEN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BEGLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

BEGLIN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

BEGLIN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BEGNOCHE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BEGOUN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BEGOVIC, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BEGUE, GWENAELLE
ADDRESS AVAILABLE UPON REQUEST

BEGUELIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BEHAL, SUDESH
ADDRESS AVAILABLE UPON REQUEST

BEHAN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

BEHAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEHAR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BEHAR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BEHARI, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BEHARRY, JULICIA
ADDRESS AVAILABLE UPON REQUEST

BEHBEHANIAN, LALEH
ADDRESS AVAILABLE UPON REQUEST

BEHELER, AMY
ADDRESS AVAILABLE UPON REQUEST

BEHEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BEHEREC, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BEHIZADEH, RABBI JIM
ADDRESS AVAILABLE UPON REQUEST

BEHLER, MARIA
ADDRESS AVAILABLE UPON REQUEST

BEHLMANN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BEHLOW, JAYMIE
ADDRESS AVAILABLE UPON REQUEST

BEHM, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BEHM, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BEHM, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

BEHM, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BEHM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEHNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BEHNKE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BEHNKE, DANA
ADDRESS AVAILABLE UPON REQUEST

BEHNKE, MARKUS
ADDRESS AVAILABLE UPON REQUEST

BEHNKE, TERRI
ADDRESS AVAILABLE UPON REQUEST

BEHNKEN, SERAVIN
ADDRESS AVAILABLE UPON REQUEST

BEHRANG FATHI
DTE MEDIA
506 SANTA MONICA BLVD. SUITE 327
SANTA MONICA, CA  90401

BEHRENDS, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, AARON
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, FAY
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, JACOB
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, LIESL
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, MADISON
ADDRESS AVAILABLE UPON REQUEST

BEHRENS, RYAN
ADDRESS AVAILABLE UPON REQUEST

BEHRINGER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BEHRMANN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BEHROUZ, ROSA
ADDRESS AVAILABLE UPON REQUEST

BEHUN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BEICHEL, MADISYN
ADDRESS AVAILABLE UPON REQUEST

BEIDLEMAN, JOE
ADDRESS AVAILABLE UPON REQUEST

BEIDLEMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BEIER, ALISON
ADDRESS AVAILABLE UPON REQUEST

BEIER, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

BEIER, JENNA
ADDRESS AVAILABLE UPON REQUEST

BEIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEIERLE, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

BEIK, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BEIL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BEIL, MICHELLE AND
ADDRESS AVAILABLE UPON REQUEST

BEIL, NATE
ADDRESS AVAILABLE UPON REQUEST

BEILBY, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

BEILBY, JAMES
ADDRESS AVAILABLE UPON REQUEST

BEILEIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BEILER, LENA
ADDRESS AVAILABLE UPON REQUEST

BEILER, PEARL
ADDRESS AVAILABLE UPON REQUEST

BEILMAN, BAILEE
ADDRESS AVAILABLE UPON REQUEST

BEILMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BEILMAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BEILMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BEIMFORD & ASSOCIATES, LLC
1980 S QUEBEC ST STE 204
DENVER, CO 80231

BEIN, SHAM
ADDRESS AVAILABLE UPON REQUEST

BEINECKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BEIRICH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BEIRIGER, FRAN
ADDRESS AVAILABLE UPON REQUEST

BEIRIGER, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

BEIRISE-MCAULEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BEISEL, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

BEISEL, MARCUS
ADDRESS AVAILABLE UPON REQUEST

BEITA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BEITA, GRACE MARIE
ADDRESS AVAILABLE UPON REQUEST

BEITER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BEITIA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BEJARANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BEJCEK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BEJERANO, GUY
ADDRESS AVAILABLE UPON REQUEST

BEKAS, STACEY
ADDRESS AVAILABLE UPON REQUEST

BEKE, MAYA
ADDRESS AVAILABLE UPON REQUEST

BEKEL, NANCY
ADDRESS AVAILABLE UPON REQUEST

BEKENY, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

BEKESSY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BEKKER, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

BEKO FAMILY
(COTTONWOOD CANYON VINEYARD &
WINERY)
3940 DOMINION ROAD
SANTA MARIA, CA  93454

BEKTURGANOV, CHOKAN
ADDRESS AVAILABLE UPON REQUEST

BELA PATEL
ADDRESS AVAILABLE UPON REQUEST

BELABRE, BREANNA
ADDRESS AVAILABLE UPON REQUEST

BELAIEF, COREY
ADDRESS AVAILABLE UPON REQUEST

BELAIR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BELAIR, SUE
ADDRESS AVAILABLE UPON REQUEST

BELAND, JARED
ADDRESS AVAILABLE UPON REQUEST

BELANDRES, PRISCA
ADDRESS AVAILABLE UPON REQUEST

BELANGER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BELANGER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BELANGER, ANN
ADDRESS AVAILABLE UPON REQUEST

BELANGER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BELANGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BELANGER, DERRICK
ADDRESS AVAILABLE UPON REQUEST

BELANGER, LISA
ADDRESS AVAILABLE UPON REQUEST

BELANGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BELANGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BELANGER, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BELANGER, SHARI
ADDRESS AVAILABLE UPON REQUEST

BELANI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BELARDE, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

BELARDI WONG
39 BROADWAY, 32ND FLOOR
NEW YORK, NY 10006

BELARDO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BELARMINO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BELAVAL, LEONOR
ADDRESS AVAILABLE UPON REQUEST

BELCHER, BEN
ADDRESS AVAILABLE UPON REQUEST

BELCHER, CAROL
ADDRESS AVAILABLE UPON REQUEST

BELCHER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BELCHER, JAY
ADDRESS AVAILABLE UPON REQUEST

BELCHER, JOELLE
ADDRESS AVAILABLE UPON REQUEST

BELCHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BELCHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BELCHER, MARK
ADDRESS AVAILABLE UPON REQUEST

BELCHER, TRILBY
ADDRESS AVAILABLE UPON REQUEST

BELCZAK, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BELDEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BELDEN, SARA
ADDRESS AVAILABLE UPON REQUEST

BELDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BELDEN, SHANIA
ADDRESS AVAILABLE UPON REQUEST

BELDEN, WENDY
ADDRESS AVAILABLE UPON REQUEST

BELDICK, DR. GARY
ADDRESS AVAILABLE UPON REQUEST

BELEGRIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BELEN, LISA
ADDRESS AVAILABLE UPON REQUEST

BELEN, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

BELENDES, SHAYE
ADDRESS AVAILABLE UPON REQUEST

BELENKY, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

BELESIS, IOANNIS
ADDRESS AVAILABLE UPON REQUEST

BELFANCE, MARNA
ADDRESS AVAILABLE UPON REQUEST

BELFER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BELFI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BELFIELD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BELFIELD, AURELIA
ADDRESS AVAILABLE UPON REQUEST

BELFIORE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BELFORD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BELFORT, ZAYRA
ADDRESS AVAILABLE UPON REQUEST

BELGARDE, ANNA
ADDRESS AVAILABLE UPON REQUEST

BELGRAM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BELGROVE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BELGUM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BELICH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BELINDA ELKAIM
ADDRESS AVAILABLE UPON REQUEST

BELINSKI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BELIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BELISLE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BELISLE, LISA
ADDRESS AVAILABLE UPON REQUEST

BELISLE, STACY
ADDRESS AVAILABLE UPON REQUEST

BELISLE, WAYNE
ADDRESS AVAILABLE UPON REQUEST

BELIVEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

BELIZAIRE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BELIZOR, STANLEY
ADDRESS AVAILABLE UPON REQUEST

BELK, ALEX
ADDRESS AVAILABLE UPON REQUEST

BELK, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BELK, KIM
ADDRESS AVAILABLE UPON REQUEST

BELKE, CAROL
ADDRESS AVAILABLE UPON REQUEST

BELKEN, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

BELKLE, MARY
ADDRESS AVAILABLE UPON REQUEST

BELKNAP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BELKNAP, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BELL CAB MANAGEMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

BELL, AARON
ADDRESS AVAILABLE UPON REQUEST

BELL, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

BELL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BELL, ALLEGIANCE
ADDRESS AVAILABLE UPON REQUEST

BELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BELL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BELL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BELL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BELL, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BELL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BELL, BENECCA
ADDRESS AVAILABLE UPON REQUEST

BELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BELL, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BELL, CAROLE
ADDRESS AVAILABLE UPON REQUEST

BELL, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BELL, CHASSIE
ADDRESS AVAILABLE UPON REQUEST

BELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BELL, CINDY
ADDRESS AVAILABLE UPON REQUEST

BELL, COBY
ADDRESS AVAILABLE UPON REQUEST

BELL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BELL, DARRIUS
ADDRESS AVAILABLE UPON REQUEST

BELL, DAYSHA
ADDRESS AVAILABLE UPON REQUEST

BELL, DELANA
ADDRESS AVAILABLE UPON REQUEST

BELL, DENISE
ADDRESS AVAILABLE UPON REQUEST

BELL, DENISE
ADDRESS AVAILABLE UPON REQUEST

BELL, DEVON
ADDRESS AVAILABLE UPON REQUEST

BELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

BELL, EDEN
ADDRESS AVAILABLE UPON REQUEST

BELL, ELISABETH M.
ADDRESS AVAILABLE UPON REQUEST

BELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BELL, ERIC
ADDRESS AVAILABLE UPON REQUEST

BELL, ERICA
ADDRESS AVAILABLE UPON REQUEST

BELL, FLOYD
ADDRESS AVAILABLE UPON REQUEST

BELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BELL, HELENA
ADDRESS AVAILABLE UPON REQUEST

BELL, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BELL, JANE
ADDRESS AVAILABLE UPON REQUEST

BELL, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BELL, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

BELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BELL, JERRY
ADDRESS AVAILABLE UPON REQUEST

BELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BELL, JO
ADDRESS AVAILABLE UPON REQUEST

BELL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BELL, JUDY
ADDRESS AVAILABLE UPON REQUEST

BELL, JULIE ANNE
ADDRESS AVAILABLE UPON REQUEST

BELL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BELL, KARHLEEN
ADDRESS AVAILABLE UPON REQUEST

BELL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BELL, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

BELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BELL, KERRA
ADDRESS AVAILABLE UPON REQUEST

BELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BELL, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

BELL, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BELL, LATISHA
ADDRESS AVAILABLE UPON REQUEST

BELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BELL, LAURYN
ADDRESS AVAILABLE UPON REQUEST

BELL, LEAH
ADDRESS AVAILABLE UPON REQUEST

BELL, LIBERTY
ADDRESS AVAILABLE UPON REQUEST

BELL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BELL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BELL, LISA
ADDRESS AVAILABLE UPON REQUEST

BELL, LISA
ADDRESS AVAILABLE UPON REQUEST

BELL, LIZ
ADDRESS AVAILABLE UPON REQUEST

BELL, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

BELL, LYNNA
ADDRESS AVAILABLE UPON REQUEST

BELL, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BELL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BELL, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BELL, MADISON
ADDRESS AVAILABLE UPON REQUEST

BELL, MARIA ELENA
ADDRESS AVAILABLE UPON REQUEST

BELL, MARLENA
ADDRESS AVAILABLE UPON REQUEST

BELL, MARTI
ADDRESS AVAILABLE UPON REQUEST

BELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

BELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BELL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BELL, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BELL, NYA
ADDRESS AVAILABLE UPON REQUEST

BELL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BELL, PASCALE
ADDRESS AVAILABLE UPON REQUEST

BELL, PAT
ADDRESS AVAILABLE UPON REQUEST

BELL, PETER
ADDRESS AVAILABLE UPON REQUEST

BELL, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

BELL, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BELL, RACHELANN
ADDRESS AVAILABLE UPON REQUEST

BELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BELL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BELL, SHARN
ADDRESS AVAILABLE UPON REQUEST

BELL, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

BELL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BELL, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BELL, STRELKA
ADDRESS AVAILABLE UPON REQUEST

BELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BELL, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BELL, TARA
ADDRESS AVAILABLE UPON REQUEST

BELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BELL, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BELL, TINA
ADDRESS AVAILABLE UPON REQUEST

BELL, TYNE
ADDRESS AVAILABLE UPON REQUEST

BELLA AVANESSIAN
ADDRESS AVAILABLE UPON REQUEST

BELLA, BETSY AND TIM
ADDRESS AVAILABLE UPON REQUEST

BELLACOME, LINDA
ADDRESS AVAILABLE UPON REQUEST

BELLACOSA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BELLAFANTE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BELLAFIORE, SAL
ADDRESS AVAILABLE UPON REQUEST

BELLAFRONTE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, ERICA
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, MALIKA
ADDRESS AVAILABLE UPON REQUEST

BELLAMY, RACHELL
ADDRESS AVAILABLE UPON REQUEST

BELLAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BELLANCA, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BELLANDO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BELLAR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BELLARD, HILDA
ADDRESS AVAILABLE UPON REQUEST

BELLARE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BELLARY, MEGHANA
ADDRESS AVAILABLE UPON REQUEST

BELLAVANCE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BELLAVY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BELLAY, LAURENT
ADDRESS AVAILABLE UPON REQUEST

BELLAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BELLBER, MASON
ADDRESS AVAILABLE UPON REQUEST

BELLCOURT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BELLE, CARLY
ADDRESS AVAILABLE UPON REQUEST

BELLE, KWAME
ADDRESS AVAILABLE UPON REQUEST

BELLELO, AARON
ADDRESS AVAILABLE UPON REQUEST

BELLENBAUM, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BELLENDIR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BELLENDIR, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BELLENOIT, ROSS
ADDRESS AVAILABLE UPON REQUEST

BELLER, AMY
ADDRESS AVAILABLE UPON REQUEST

BELLER, KAPLAN
ADDRESS AVAILABLE UPON REQUEST

BELLER, MAX
ADDRESS AVAILABLE UPON REQUEST

BELLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BELLER, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BELLET, MADISEN
ADDRESS AVAILABLE UPON REQUEST

BELLETTI, JANICE
ADDRESS AVAILABLE UPON REQUEST

BELLEVAGE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BELLEVUE, SADE
ADDRESS AVAILABLE UPON REQUEST

BELLEW, MADDY
ADDRESS AVAILABLE UPON REQUEST

BELL-FREEMAN, DELLA
ADDRESS AVAILABLE UPON REQUEST

BELL-HOERTH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BELLI, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

BELLICOT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BELLIMER, KIM
ADDRESS AVAILABLE UPON REQUEST

BELLIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BELLINA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BELLINDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BELLINGAN, VJ
ADDRESS AVAILABLE UPON REQUEST

BELLINGER, JASSMINE
ADDRESS AVAILABLE UPON REQUEST

BELLINGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BELLINGERI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BELLINGHAM, TANYA
ADDRESS AVAILABLE UPON REQUEST

BELLINI, ALBERT
ADDRESS AVAILABLE UPON REQUEST

BELLINI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BELLIOTTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BELLIS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BELLIS, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BELLISE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BELLISSIMO, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BELLIVEAU, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BELLIVEAU, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BELLIZIA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BELLIZZI, FRANK
ADDRESS AVAILABLE UPON REQUEST

BELLMYER, LACEY
ADDRESS AVAILABLE UPON REQUEST

BELLO, EDDY
ADDRESS AVAILABLE UPON REQUEST

BELLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

BELLO, LETICIA
ADDRESS AVAILABLE UPON REQUEST

BELLO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BELLO, RENE J.
ADDRESS AVAILABLE UPON REQUEST

BELLO, ROSANNY
ADDRESS AVAILABLE UPON REQUEST

BELLO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BELLOCCHIO, RICH
ADDRESS AVAILABLE UPON REQUEST

BELLOCK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BELLO-CONTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BELLOISE, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

BELLOMO, GINA
ADDRESS AVAILABLE UPON REQUEST

BELLOMO, NICOLA
ADDRESS AVAILABLE UPON REQUEST

BELLONY, JEAN-CLAUDE
ADDRESS AVAILABLE UPON REQUEST

BELLOPEDE, RON
ADDRESS AVAILABLE UPON REQUEST

BELLOS, KATHY
ADDRESS AVAILABLE UPON REQUEST

BELL-TAYLOR, NAETTA
ADDRESS AVAILABLE UPON REQUEST

BELLUCCI, EMMA
ADDRESS AVAILABLE UPON REQUEST

BELLUCCI, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

BELLUCHE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BELLUCHE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BELLUM, LLC
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

BELLUS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BELLUSCI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BELLVILLE, SHARYN
ADDRESS AVAILABLE UPON REQUEST

BELMONT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BELMONT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BELMONTE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BELMONTE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BELMONTE, PETER
ADDRESS AVAILABLE UPON REQUEST

BELNICK, JASON
ADDRESS AVAILABLE UPON REQUEST

BELOIAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BELOKOPITSKY, KATE
ADDRESS AVAILABLE UPON REQUEST

BELON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BELONGIE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BELONY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BELOT, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

BELOTA, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BELOTE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BELOUSSOW, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BELOVA, IRINA
ADDRESS AVAILABLE UPON REQUEST

BELOW, CATE
ADDRESS AVAILABLE UPON REQUEST

BELSHE, SANDY
ADDRESS AVAILABLE UPON REQUEST

BELSITO, HAILEY
ADDRESS AVAILABLE UPON REQUEST

BELSITO, JOE
ADDRESS AVAILABLE UPON REQUEST

BELSON, CARLY
ADDRESS AVAILABLE UPON REQUEST

BELSTLER, AMY
ADDRESS AVAILABLE UPON REQUEST

BELT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BELT, JENNA
ADDRESS AVAILABLE UPON REQUEST

BELT, SHARIE
ADDRESS AVAILABLE UPON REQUEST

BELT, STACEY
ADDRESS AVAILABLE UPON REQUEST

BELT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BELTA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BELTCHEVA, JORDANKA
ADDRESS AVAILABLE UPON REQUEST

BELTER, DARLENE
ADDRESS AVAILABLE UPON REQUEST

BELTMANN RELOCATION GROUP
13021 LEFFINGWELL AVE
SANTA FE SPRINGS, CA  90670

BELTON, ALEC
ADDRESS AVAILABLE UPON REQUEST

BELTON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

BELTON, EVANGELINE
ADDRESS AVAILABLE UPON REQUEST

BELTRAMI, DAWN
ADDRESS AVAILABLE UPON REQUEST

BELTRAMO, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

BELTRAMO, MILENA
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, ANABEL
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, CIARA
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, ELICE
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, EUNICE
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, GABY
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, KARINA
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, MULLIN
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, PAOLA
ADDRESS AVAILABLE UPON REQUEST

BELTRAN, VONNY
ADDRESS AVAILABLE UPON REQUEST

BELTRANI, DIANE
ADDRESS AVAILABLE UPON REQUEST

BELTS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BELTZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BELTZ, TORI
ADDRESS AVAILABLE UPON REQUEST

BELUE, TERRAN
ADDRESS AVAILABLE UPON REQUEST

BELYEA, ZOEY
ADDRESS AVAILABLE UPON REQUEST

BELYN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BELYNA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BELZA, EMMA
ADDRESS AVAILABLE UPON REQUEST

BELZER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BELZUNG, CASIE
ADDRESS AVAILABLE UPON REQUEST

BEM, HANNA
ADDRESS AVAILABLE UPON REQUEST

BEMAN, JACOB
ADDRESS AVAILABLE UPON REQUEST

BEMBRY, JAZNE
ADDRESS AVAILABLE UPON REQUEST

BEMDIWARE (KT PROMOTIONAL LLC)
7 GRANITE PLACE UNIT 116
GAITHERSBURG, MD  20878

BEMENT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BEMENT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BEMILLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BEMILLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BEMIS, TARA
ADDRESS AVAILABLE UPON REQUEST

BEMIS, THEODORE
ADDRESS AVAILABLE UPON REQUEST

BEMISS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEN DETTMANN
ADDRESS AVAILABLE UPON REQUEST

BEN HAGOOLI
ADDRESS AVAILABLE UPON REQUEST

BEN HOBBS
ADDRESS AVAILABLE UPON REQUEST

BEN MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BEN PALATIERE, LARISSA ALLSUP AND
ADDRESS AVAILABLE UPON REQUEST

BEN SHULEVA
ADDRESS AVAILABLE UPON REQUEST

BEN SUISKIND
ADDRESS AVAILABLE UPON REQUEST

BEN VAN DER BUNT AND LAURA FOX
ADDRESS AVAILABLE UPON REQUEST

BEN VAN DER BUNT
ADDRESS AVAILABLE UPON REQUEST

BEN YAIR, MAYA
ADDRESS AVAILABLE UPON REQUEST

BEN ZARIFPOUR
ADDRESS AVAILABLE UPON REQUEST

BENAIM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BENALCAZAR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BENALCAZAR, ROSE
ADDRESS AVAILABLE UPON REQUEST

BENALLY, SUNNY
ADDRESS AVAILABLE UPON REQUEST

BENANTI, MARY
ADDRESS AVAILABLE UPON REQUEST

BENARD, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BENARES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

BENARIEH, TAL
ADDRESS AVAILABLE UPON REQUEST

BENASSI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BENATI, LOREN
ADDRESS AVAILABLE UPON REQUEST

BENAU, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BENAVIDES, DIANA
ADDRESS AVAILABLE UPON REQUEST

BENAVIDES, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BENAVIDES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BENAVIDEZ, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BENAVIDEZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BENAVIDEZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

BENAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BENAZZI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BENBANASTE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BENBOW, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

BENBOW, ELLEN CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BENBOW, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

BENBRAHIM, LILLYANNA
ADDRESS AVAILABLE UPON REQUEST

BENCAL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BENCE, BRODY
ADDRESS AVAILABLE UPON REQUEST

BENCE, RYAN
ADDRESS AVAILABLE UPON REQUEST

BENCE, TAMI
ADDRESS AVAILABLE UPON REQUEST

BENCH, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BENCH, MARY
ADDRESS AVAILABLE UPON REQUEST

BENCHAYA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BENCHEIKH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BENCICH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BENCIVENGA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BENCOMO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BENCOMO, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

BENCZE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BENDALA, POOJA
ADDRESS AVAILABLE UPON REQUEST

BENDANA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BENDEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BENDELL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BENDER, BECCA
ADDRESS AVAILABLE UPON REQUEST

BENDER, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BENDER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BENDER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BENDER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENDER, IVONNE
ADDRESS AVAILABLE UPON REQUEST

BENDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, KATE
ADDRESS AVAILABLE UPON REQUEST

BENDER, LORE
ADDRESS AVAILABLE UPON REQUEST

BENDER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, MERRYL
ADDRESS AVAILABLE UPON REQUEST

BENDER, MISTY
ADDRESS AVAILABLE UPON REQUEST

BENDER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BENDER, REAGAN
ADDRESS AVAILABLE UPON REQUEST

BENDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BENDER, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BENDER, TARA
ADDRESS AVAILABLE UPON REQUEST

BENDER, TARA
ADDRESS AVAILABLE UPON REQUEST

BENDER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BENDER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BENDIK, JAY
ADDRESS AVAILABLE UPON REQUEST

BENDIK, SHAUN
ADDRESS AVAILABLE UPON REQUEST

BENDING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BENDIX, EMILY
ADDRESS AVAILABLE UPON REQUEST

BENDIXEN, BARB
ADDRESS AVAILABLE UPON REQUEST

BENDLE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BENDLE, HILLARY
ADDRESS AVAILABLE UPON REQUEST

BENDORF, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BENDTSCHNEIDER, TODD
ADDRESS AVAILABLE UPON REQUEST

BENDZEWICZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

BENDZSA, KYLE
ADDRESS AVAILABLE UPON REQUEST

BENEAR, CARLEE
ADDRESS AVAILABLE UPON REQUEST

BENEDEK, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

BENEDETTI, KELLY
ADDRESS AVAILABLE UPON REQUEST

BENEDETTI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BENEDETTI, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

BENEDETTO, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BENEDETTO, DORI
ADDRESS AVAILABLE UPON REQUEST

BENEDETTO, KAREN
ADDRESS AVAILABLE UPON REQUEST

BENEDETTO, NANCY
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, DANA
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, GLENN
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, LESLEY
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, SAMI
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BENEDICT, TORI
ADDRESS AVAILABLE UPON REQUEST

BENEDIT, IRLANDA
ADDRESS AVAILABLE UPON REQUEST

BENEDUCE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BENEDUCI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BENEDUM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BENEFIEL, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BENEFIEL, TY
ADDRESS AVAILABLE UPON REQUEST

BENEFIELD, CHARITY
ADDRESS AVAILABLE UPON REQUEST

BENEFIELD, S&39;NETA
ADDRESS AVAILABLE UPON REQUEST

BENEFIT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BENEKE, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BENEKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BENELLI, COLIN
ADDRESS AVAILABLE UPON REQUEST

BENENATE, PETER
ADDRESS AVAILABLE UPON REQUEST

BENENATI, SONIA
ADDRESS AVAILABLE UPON REQUEST

BENEPLACE, INC.
ADDRESS AVAILABLE UPON REQUEST

BENES, LAVIN
ADDRESS AVAILABLE UPON REQUEST

BENESH CHUDASAMA
ADDRESS AVAILABLE UPON REQUEST

BENETTI, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

BENEVENTANO, MARIA
ADDRESS AVAILABLE UPON REQUEST

BENFASI, SAM
ADDRESS AVAILABLE UPON REQUEST

BENFIELD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BENFIELD, DANA
ADDRESS AVAILABLE UPON REQUEST

BENFIELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BENFIELD, SHANE
ADDRESS AVAILABLE UPON REQUEST

BENFIELD, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BENGE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BENGE, MARY
ADDRESS AVAILABLE UPON REQUEST

BENGEL, DIRK
ADDRESS AVAILABLE UPON REQUEST

BENGFORD, BREANNE
ADDRESS AVAILABLE UPON REQUEST

BENGSTON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BENGTSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BENGUSSIE, AIDA
ADDRESS AVAILABLE UPON REQUEST

BENHAM, JESS
ADDRESS AVAILABLE UPON REQUEST

BENHAMOU, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BENHOFF, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

BENICHOU, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BENIGHT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BENIGNO, JOE
ADDRESS AVAILABLE UPON REQUEST

BENIGNO, LUKE
ADDRESS AVAILABLE UPON REQUEST

BENINCASA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BENINGHOVE, TREY
ADDRESS AVAILABLE UPON REQUEST

BENISCH, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

BENISH, CAROL
ADDRESS AVAILABLE UPON REQUEST

BENISH, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

BENISH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BENISON, FRANK
ADDRESS AVAILABLE UPON REQUEST

BEN-ISRAEL, YURIEL
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, ANGELICIA
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, KARINA
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, LORI
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, MAGALYNE
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, REBECA
ADDRESS AVAILABLE UPON REQUEST

BENITEZ, ROSY
ADDRESS AVAILABLE UPON REQUEST

BENITH, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

BENITHA GARCIA MINTZ
ADDRESS AVAILABLE UPON REQUEST

BENITO, BETTINA
ADDRESS AVAILABLE UPON REQUEST

BENITZ, CHRYSSI
ADDRESS AVAILABLE UPON REQUEST

BENIVAMONDEZ, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN A SMITH
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN A VOLKHARDT III
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ADAM DOWNS
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ARTHUR GREINKE
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN BRYANT
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN DAVID FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN DE LEON
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN FADEN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN FORESTIER
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN GARCHAR
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN GARCHAR
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN GILES
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN GUIDOLIN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN HOOPER
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ILER
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN J NELSON
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN J YODER
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN LEE SCHEICH
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN M LUBAN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN MARION KOONTZ
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN MCNEILL
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN MICHAEL EGAN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN MUDRY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN PAUL
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN PERLEY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN PIGGOTT
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN PIGGOTT
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN POTTS
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN PROZINSKI
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ROSELLE
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN SCOTT DARLINGTON
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN WHITLA
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN WING-KAY LEE
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ZAROUK
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ZASTOVNIK
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN ZEOLLA
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, BECKY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, BRADIE
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, CORY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, ELDICA
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, EMMA
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, KERY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, KIMMI
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, LAURI
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BENJAMIN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BENJIMAN READ
ADDRESS AVAILABLE UPON REQUEST

BENKA, SHARON
ADDRESS AVAILABLE UPON REQUEST

BENKART, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BENKO, ISTVAN
ADDRESS AVAILABLE UPON REQUEST

BENMAYOR, SIBEL
ADDRESS AVAILABLE UPON REQUEST

BENMBAREK, MERIAM
ADDRESS AVAILABLE UPON REQUEST

BENN, CORISSA
ADDRESS AVAILABLE UPON REQUEST

BENN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BENN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BENN, KYLEE
ADDRESS AVAILABLE UPON REQUEST

BENNAKHI, AHMAD
ADDRESS AVAILABLE UPON REQUEST

BENNARDO, ARIANA
ADDRESS AVAILABLE UPON REQUEST

BENNER, ABBY
ADDRESS AVAILABLE UPON REQUEST

BENNER, ADAM
ADDRESS AVAILABLE UPON REQUEST

BENNER, JENIFER
ADDRESS AVAILABLE UPON REQUEST

BENNER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BENNER, MADDISON
ADDRESS AVAILABLE UPON REQUEST

BENNER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BENNER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BENNER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BENNER, TANA
ADDRESS AVAILABLE UPON REQUEST

BENNER, TANYA
ADDRESS AVAILABLE UPON REQUEST

BENNET, ANDY
ADDRESS AVAILABLE UPON REQUEST

BENNET, REAGAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT A JORDAN II
ADDRESS AVAILABLE UPON REQUEST

BENNETT B DARNELL
ADDRESS AVAILABLE UPON REQUEST

BENNETT I MACHANIC
ADDRESS AVAILABLE UPON REQUEST

BENNETT POULIN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ALISA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, APRIL
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, BARRY F
ADDRESS AVAILABLE UPON REQUEST

BENNETT, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CALEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CAREY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CHIP
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BENNETT, CICELE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, DANYELLE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, DEBI
ADDRESS AVAILABLE UPON REQUEST

BENNETT, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, DERRICK
ADDRESS AVAILABLE UPON REQUEST

BENNETT, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, EVA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, GARY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, GREG
ADDRESS AVAILABLE UPON REQUEST

BENNETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BENNETT, HUGH
ADDRESS AVAILABLE UPON REQUEST

BENNETT, IRETON
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JACKSON
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JAMES
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JORDYN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JOVAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, JUDY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KATE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KENT
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KIERAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, KYLE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LACEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LANDON
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LAYLA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LESA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, MARNIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, MARY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, NANCY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BENNETT, PAULINA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, PETER
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SADIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SARA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SHANNA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SHARDAE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, STACIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, TARA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, TARA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, TERRY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, THERESA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, TIA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, TRISHA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, URSULA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, VIKTORIJA
ADDRESS AVAILABLE UPON REQUEST

BENNETT, WENDI
ADDRESS AVAILABLE UPON REQUEST

BENNETT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BENNETT, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BENNETTE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BENNETT-HAUGHEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENNETTS, CELINE
ADDRESS AVAILABLE UPON REQUEST

BENNINGER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BENNINGTON, KALIN
ADDRESS AVAILABLE UPON REQUEST

BENNINGTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BENNINGTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BENNINK, CARLIE
ADDRESS AVAILABLE UPON REQUEST

BENNIS, JAIME
ADDRESS AVAILABLE UPON REQUEST

BENNIS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BENNISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BENNITT, FRED
ADDRESS AVAILABLE UPON REQUEST

BENNY, KALEB
ADDRESS AVAILABLE UPON REQUEST

BENOIT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BENOIT, DONALD
ADDRESS AVAILABLE UPON REQUEST

BENOIT, JOHN
ADDRESS AVAILABLE UPON REQUEST

BENOIT, NIA
ADDRESS AVAILABLE UPON REQUEST

BENOIT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BENOV, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BENOWITZ, KALEE
ADDRESS AVAILABLE UPON REQUEST

BENS, ED
ADDRESS AVAILABLE UPON REQUEST

BENSCHOTER, DEREK
ADDRESS AVAILABLE UPON REQUEST

BENSEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BENSEMA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BENSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BENSMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BENSON KOSCHMIDER, ANNE
ADDRESS AVAILABLE UPON REQUEST

BENSON, A.J.
ADDRESS AVAILABLE UPON REQUEST

BENSON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BENSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BENSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BENSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

BENSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BENSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BENSON, BARRETT
ADDRESS AVAILABLE UPON REQUEST

BENSON, BAYLEY
ADDRESS AVAILABLE UPON REQUEST

BENSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

BENSON, CAT
ADDRESS AVAILABLE UPON REQUEST

BENSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BENSON, DALE
ADDRESS AVAILABLE UPON REQUEST

BENSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BENSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BENSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BENSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

BENSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENSON, IVA
ADDRESS AVAILABLE UPON REQUEST

BENSON, JANELLE
ADDRESS AVAILABLE UPON REQUEST

BENSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BENSON, JILL
ADDRESS AVAILABLE UPON REQUEST

BENSON, JIM
ADDRESS AVAILABLE UPON REQUEST

BENSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

BENSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

BENSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BENSON, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

BENSON, LYNDA
ADDRESS AVAILABLE UPON REQUEST

BENSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BENSON, MONA
ADDRESS AVAILABLE UPON REQUEST

BENSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BENSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BENSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BENSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BENSON, TERENCE
ADDRESS AVAILABLE UPON REQUEST

BENSON, TERRI LYNN
ADDRESS AVAILABLE UPON REQUEST

BENSON/ C/O VAN RITE FAMILY, MARY
ADDRESS AVAILABLE UPON REQUEST

BENSTEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BENT, IAN
ADDRESS AVAILABLE UPON REQUEST

BENT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BENT, LUCY
ADDRESS AVAILABLE UPON REQUEST

BENTELE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENTFIELD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BENTFIELD, LEAH
ADDRESS AVAILABLE UPON REQUEST

BENTFINGER INC (EFFINBE PODCAST)
PO BOX 366
MONROVIA, MD  21770

BENTHIN, HELEN
ADDRESS AVAILABLE UPON REQUEST

BENTIVENGA, SARAH
ADDRESS AVAILABLE UPON REQUEST

BENTIVOGLIO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BENTLER, STEVE
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, CINDY
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, COLIN
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, DAVE
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, PATTY
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BENTLEY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BENTON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BENTON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BENTON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BENTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BENTON, FRANCY
ADDRESS AVAILABLE UPON REQUEST

BENTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

BENTON, KAREN
ADDRESS AVAILABLE UPON REQUEST

BENTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

BENTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BENTON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BENTON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BENTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BENTON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BENTON, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BENTOV, YEHUDA
ADDRESS AVAILABLE UPON REQUEST

BENTRIM, HALEY
ADDRESS AVAILABLE UPON REQUEST

BENTROTT, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BENTZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BENTZ, DAVI
ADDRESS AVAILABLE UPON REQUEST

BENTZ, GARRETT
ADDRESS AVAILABLE UPON REQUEST

BENTZONI, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BEN-TZUR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BENUDIS, ELISSA
ADDRESS AVAILABLE UPON REQUEST

BENUSA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, JOELLE
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, LARAINE
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, NANCY
ADDRESS AVAILABLE UPON REQUEST

BENVENUTO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BENYA, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BENYA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BENYAH SHAPARENKO
ADDRESS AVAILABLE UPON REQUEST

BENZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BENZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

BENZ, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BENZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

BENZ, SIGRID
ADDRESS AVAILABLE UPON REQUEST

BENZA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BENZAN-DUVAL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BENZAQUEN, MERCY
ADDRESS AVAILABLE UPON REQUEST

BENZEL, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BENZENBERG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BENZIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BENZIGER, AMY
ADDRESS AVAILABLE UPON REQUEST

BEPPLER, LEAH
ADDRESS AVAILABLE UPON REQUEST

BEQUETTE, JEANINE
ADDRESS AVAILABLE UPON REQUEST

BER, MARY
ADDRESS AVAILABLE UPON REQUEST

BERA, DESIREE
ADDRESS AVAILABLE UPON REQUEST

BERANEK, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BERANEK, DAVID
ADDRESS AVAILABLE UPON REQUEST

BERARD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BERARDI, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

BERARDI, TARA
ADDRESS AVAILABLE UPON REQUEST

BERARDO, SUZY
ADDRESS AVAILABLE UPON REQUEST

BERARDUCCI, ALICE
ADDRESS AVAILABLE UPON REQUEST

BERBER, SHARON
ADDRESS AVAILABLE UPON REQUEST

BERBERABE, ROSE
ADDRESS AVAILABLE UPON REQUEST

BERBERICH, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BERBERICH, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BERBOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERCAW, LUKE
ADDRESS AVAILABLE UPON REQUEST

BERCELI, LISA
ADDRESS AVAILABLE UPON REQUEST

BERCHIELLI, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BERCIAN, JUAN
ADDRESS AVAILABLE UPON REQUEST

BERCUME, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERCZUK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BERDAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BERDOLL, PHIL
ADDRESS AVAILABLE UPON REQUEST

BEREGI, KANDICE
ADDRESS AVAILABLE UPON REQUEST

BERENATO, KERRY
ADDRESS AVAILABLE UPON REQUEST

BERENATO, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BERENBAUM, PETER
ADDRESS AVAILABLE UPON REQUEST

BERENDS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BERENDSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

BERENDZEN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERENGUER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BERENS, DIAN
ADDRESS AVAILABLE UPON REQUEST

BERENS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BERENS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BERENSON, MARY
ADDRESS AVAILABLE UPON REQUEST

BERENSON, THEODORA
ADDRESS AVAILABLE UPON REQUEST

BERENT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERENYI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BERENZ, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

BERENZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

BERESFORD, JIM
ADDRESS AVAILABLE UPON REQUEST

BERESH, STEVE
ADDRESS AVAILABLE UPON REQUEST

BERESNEVA, ELENA
ADDRESS AVAILABLE UPON REQUEST

BERESOVOY, NANCY
ADDRESS AVAILABLE UPON REQUEST

BERETTA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

BERETTA, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BEREZNIAK, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

BEREZNICKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BERG POWERS, CARA
ADDRESS AVAILABLE UPON REQUEST

BERG, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BERG, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

BERG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BERG, AMBER
ADDRESS AVAILABLE UPON REQUEST

BERG, ANA
ADDRESS AVAILABLE UPON REQUEST

BERG, ARNE
ADDRESS AVAILABLE UPON REQUEST

BERG, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BERG, BEV
ADDRESS AVAILABLE UPON REQUEST

BERG, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BERG, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BERG, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BERG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BERG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BERG, DAVID
ADDRESS AVAILABLE UPON REQUEST

BERG, DILLON
ADDRESS AVAILABLE UPON REQUEST

BERG, EBEN
ADDRESS AVAILABLE UPON REQUEST

BERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BERG, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BERG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERG, JULIANN
ADDRESS AVAILABLE UPON REQUEST

BERG, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BERG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BERG, KIM
ADDRESS AVAILABLE UPON REQUEST

BERG, KJERSTIN
ADDRESS AVAILABLE UPON REQUEST

BERG, KORY
ADDRESS AVAILABLE UPON REQUEST

BERG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BERG, LILY
ADDRESS AVAILABLE UPON REQUEST

BERG, LISA
ADDRESS AVAILABLE UPON REQUEST

BERG, LISA
ADDRESS AVAILABLE UPON REQUEST

BERG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERG, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BERG, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BERG, STEFANI
ADDRESS AVAILABLE UPON REQUEST

BERG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BERG, TORE
ADDRESS AVAILABLE UPON REQUEST

BERGAMASCO, DENA
ADDRESS AVAILABLE UPON REQUEST

BERGAMESCA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BERGAMO, PETER
ADDRESS AVAILABLE UPON REQUEST

BERGAMOTTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERGAN, MAE
ADDRESS AVAILABLE UPON REQUEST

BERGAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BERGANINI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BERGANTINO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERGBOWER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERGE, MAREN
ADDRESS AVAILABLE UPON REQUEST

BERGE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BERGEMAN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BERGEN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BERGEN, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

BERGEN, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BERGEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BERGEN, NETTIE
ADDRESS AVAILABLE UPON REQUEST

BERGENHEM, NILS
ADDRESS AVAILABLE UPON REQUEST

BERGER BROS
ADDRESS UNAVAILABLE AT TIME OF FILING

BERGER LANDAU, JANICE
ADDRESS AVAILABLE UPON REQUEST

BERGER, ANN
ADDRESS AVAILABLE UPON REQUEST

BERGER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BERGER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BERGER, DAYA
ADDRESS AVAILABLE UPON REQUEST

BERGER, DOREEN
ADDRESS AVAILABLE UPON REQUEST

BERGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERGER, ELLA
ADDRESS AVAILABLE UPON REQUEST

BERGER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BERGER, JIM
ADDRESS AVAILABLE UPON REQUEST

BERGER, JOEL
ADDRESS AVAILABLE UPON REQUEST

BERGER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BERGER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BERGER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BERGER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BERGER, KEITH
ADDRESS AVAILABLE UPON REQUEST

BERGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERGER, LISA
ADDRESS AVAILABLE UPON REQUEST

BERGER, MIKE
ADDRESS AVAILABLE UPON REQUEST

BERGER, OLGA
ADDRESS AVAILABLE UPON REQUEST

BERGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BERGER, SANDY
ADDRESS AVAILABLE UPON REQUEST

BERGER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BERGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BERGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BERGER, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

BERGER, TERESA A
ADDRESS AVAILABLE UPON REQUEST

BERGER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BERGERON, AMY
ADDRESS AVAILABLE UPON REQUEST

BERGERON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERGERON, KATIEMAE
ADDRESS AVAILABLE UPON REQUEST

BERGERON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BERGERON, LINDA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, MARIA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, MIRI
ADDRESS AVAILABLE UPON REQUEST

BERGERON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, ROMAN
ADDRESS AVAILABLE UPON REQUEST

BERGERON, SARA
ADDRESS AVAILABLE UPON REQUEST

BERGERON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERGERON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BERGERON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

BERGERON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BERGERON, WENDY
ADDRESS AVAILABLE UPON REQUEST

BERGES, NANCY
ADDRESS AVAILABLE UPON REQUEST

BERGESON, MADDIE
ADDRESS AVAILABLE UPON REQUEST

BERGESON, PAM
ADDRESS AVAILABLE UPON REQUEST

BERGEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BERGFALK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BERGFELD, JESSI
ADDRESS AVAILABLE UPON REQUEST

BERGFELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BERGGREN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BERGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERGHOFF CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

BERGIA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BERGIN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BERGIN, KEELY
ADDRESS AVAILABLE UPON REQUEST

BERGIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BERGIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERGIN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BERGJANS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BERGKAMP, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BERGLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERGLIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BERGLIN, KEISHA
ADDRESS AVAILABLE UPON REQUEST

BERGLOFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, ABBY
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, MARY
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, PAULA
ADDRESS AVAILABLE UPON REQUEST

BERGLUND, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, KAT
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, NOLINA
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BERGMAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BERGMANN, TROY
ADDRESS AVAILABLE UPON REQUEST

BERGOU, KATALIN
ADDRESS AVAILABLE UPON REQUEST

BERGQUIST, SKYE
ADDRESS AVAILABLE UPON REQUEST

BERGQUIST, TREVA
ADDRESS AVAILABLE UPON REQUEST

BERGREN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BERGS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERGSMAN, MARGIE
ADDRESS AVAILABLE UPON REQUEST

BERGSTEDT, ELLIE
ADDRESS AVAILABLE UPON REQUEST

BERGSTEIN, SAMARA
ADDRESS AVAILABLE UPON REQUEST

BERGSTRASSER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, ERIK
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, KATE
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, PRIYA
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BERGSTROM, TARYN
ADDRESS AVAILABLE UPON REQUEST

BERGUM, AMY
ADDRESS AVAILABLE UPON REQUEST

BERGUM, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BERGWALL, TORI
ADDRESS AVAILABLE UPON REQUEST

BERHALTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BERHE, SABA
ADDRESS AVAILABLE UPON REQUEST

BERHENKE, TAMIE
ADDRESS AVAILABLE UPON REQUEST

BERI, NINA
ADDRESS AVAILABLE UPON REQUEST

BERI, SHAM
ADDRESS AVAILABLE UPON REQUEST

BERICAL, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BERICH, RYAN
ADDRESS AVAILABLE UPON REQUEST

BERINGER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BERINGER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERINGER, TAELOR
ADDRESS AVAILABLE UPON REQUEST

BERINGHELE, TRUDY
ADDRESS AVAILABLE UPON REQUEST

BERIS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BERISH, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

BERISH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BERK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BERK, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BERK, KEN
ADDRESS AVAILABLE UPON REQUEST

BERK, SARA
ADDRESS AVAILABLE UPON REQUEST

BERKE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERKE, TAL
ADDRESS AVAILABLE UPON REQUEST

BERKEBILE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERKEN, JOY
ADDRESS AVAILABLE UPON REQUEST

BERKERY, ABBY
ADDRESS AVAILABLE UPON REQUEST

BERKERY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BERKERY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BERKEY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BERKLEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BERKLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BERKLEY, MARSHA
ADDRESS AVAILABLE UPON REQUEST

BERKLITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERKMAN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BERKON, KEIKO
ADDRESS AVAILABLE UPON REQUEST

BERKOVITZ, ZOE
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, ANDI
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, BARRY
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, MARVIN
ADDRESS AVAILABLE UPON REQUEST

BERKOWITZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERLAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERLAND, TERRANCE
ADDRESS AVAILABLE UPON REQUEST

BERLANGA, ANNA
ADDRESS AVAILABLE UPON REQUEST

BERLIN PACKAGING LLC
525 W. MONROE STREET, 14TH FLOOR
CHICAGO, IL 60661

BERLIN PACKAGING LLC
P.O. BOX 74007164
CHICAGO, IL 60674-7164

BERLIN PACKAGING LLC
PO BOX 95584
CHICAGO, IL 60694-5584

BERLIN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BERLIN, PRYCE
ADDRESS AVAILABLE UPON REQUEST

BERLIN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BERLIN, SUSIE
ADDRESS AVAILABLE UPON REQUEST

BERLINER, PAUL
ADDRESS AVAILABLE UPON REQUEST

BERLONI, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BERMAN, ALAN
ADDRESS AVAILABLE UPON REQUEST

BERMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BERMAN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

BERMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BERMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BERMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

BERMAN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BERMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BERMAN, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

BERMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BERMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BERMEO, ERIN
ADDRESS AVAILABLE UPON REQUEST

BERMINGHAM, MARY
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, ALEXANDRO
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, JULIANA
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, JULIO
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

BERMUDEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERNA, EVAN
ADDRESS AVAILABLE UPON REQUEST

BERNABEI, LEAH
ADDRESS AVAILABLE UPON REQUEST

BERNADETT, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BERNADETTE CHEN
ADDRESS AVAILABLE UPON REQUEST

BERNADETTE DRUMM
ADDRESS AVAILABLE UPON REQUEST

BERNADIN, MARKYSE
ADDRESS AVAILABLE UPON REQUEST

BERNADINO, BOBBETTE
ADDRESS AVAILABLE UPON REQUEST

BERNAL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BERNAL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BERNAL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BERNAL, JORGE
ADDRESS AVAILABLE UPON REQUEST

BERNAL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BERNAL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BERNAL, ROSAANA
ADDRESS AVAILABLE UPON REQUEST

BERNAL, TWILA
ADDRESS AVAILABLE UPON REQUEST

BERNALES, DANIELA
ADDRESS AVAILABLE UPON REQUEST

BERNALILLO GP INC
ADDRESS AVAILABLE UPON REQUEST

BERNARD ESTIN
ADDRESS AVAILABLE UPON REQUEST

BERNARD PUDIMOTT
ADDRESS AVAILABLE UPON REQUEST

BERNARD, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BERNARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, ARRIE MARIE
ADDRESS AVAILABLE UPON REQUEST

BERNARD, AVA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BERNARD, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BERNARD, CHELSEIGH
ADDRESS AVAILABLE UPON REQUEST

BERNARD, DEVANDRIA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BERNARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERNARD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERNARD, JULIAN
ADDRESS AVAILABLE UPON REQUEST

BERNARD, JULIEN
ADDRESS AVAILABLE UPON REQUEST

BERNARD, KARA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, LETHIA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, MARISA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, MARKENLIE
ADDRESS AVAILABLE UPON REQUEST

BERNARD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BERNARD, NINA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, NOVEMBER
ADDRESS AVAILABLE UPON REQUEST

BERNARD, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, RON
ADDRESS AVAILABLE UPON REQUEST

BERNARD, SHAINA
ADDRESS AVAILABLE UPON REQUEST

BERNARD, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

BERNARDES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERNARDI, KAT
ADDRESS AVAILABLE UPON REQUEST

BERNARDI, LORETTA
ADDRESS AVAILABLE UPON REQUEST

BERNARDI, LUKE
ADDRESS AVAILABLE UPON REQUEST

BERNARDINI, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BERNARDINI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BERNARDINOS & CARVALHO, SA
QUINTA DO GRADIL, VILAR 2550-073
CADAVAL VAT  500 045 020
PORTUGAL

BERNARDO M DEL HIERRO
ADDRESS AVAILABLE UPON REQUEST

BERNARDO, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERNARDO, MIKE
ADDRESS AVAILABLE UPON REQUEST

BERNARDO-TINESLEY, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BERNARDS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BERNAS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BERNASCONI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BERNASCONI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BERNAT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BERNATH, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BERNAU, ERIN
ADDRESS AVAILABLE UPON REQUEST

BERNAUER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERND, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERNDT, ERIC
ADDRESS AVAILABLE UPON REQUEST

BERNDT, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

BERNDT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERNDT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BERNECKER, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

BERNELL, RON
ADDRESS AVAILABLE UPON REQUEST

BERNER, EVAN
ADDRESS AVAILABLE UPON REQUEST

BERNER, MARY
ADDRESS AVAILABLE UPON REQUEST

BERNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BERNFIELD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERNHARD, BARRY
ADDRESS AVAILABLE UPON REQUEST

BERNHARD, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BERNHARDT, ANN DOLORES
ADDRESS AVAILABLE UPON REQUEST

BERNHARDT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BERNHARDT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BERNHEIM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BERNHEIM, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BERNHJELM, KATIE
ADDRESS AVAILABLE UPON REQUEST

BERNHOFT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BERNHOLZ, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BERNICK, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BERNIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERNIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERNIER, BLAIR
ADDRESS AVAILABLE UPON REQUEST

BERNIER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BERNIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BERNIER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BERNING, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERNING, EMMY
ADDRESS AVAILABLE UPON REQUEST

BERNING, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERNINGER, ALY
ADDRESS AVAILABLE UPON REQUEST

BERNO, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERNOT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BERNS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BERNS, MARLEY
ADDRESS AVAILABLE UPON REQUEST

BERNSEE, TIFFANNY
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, DIANA
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, JAKE
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, KERRIE
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, MAX
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, MERRICK
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, RHODA
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, SAM
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, SAMI
ADDRESS AVAILABLE UPON REQUEST

BERNSTEIN, TONY
ADDRESS AVAILABLE UPON REQUEST

BERNTSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BERO, KATIE
ADDRESS AVAILABLE UPON REQUEST

BERO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BEROKOFF, JEFF
ADDRESS AVAILABLE UPON REQUEST

BERON HARPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERONA, BARRY
ADDRESS AVAILABLE UPON REQUEST

BEROTH, MARK
ADDRESS AVAILABLE UPON REQUEST

BERQUAM, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BERQUIST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERRA, JASON
ADDRESS AVAILABLE UPON REQUEST

BERRA, THERESA
ADDRESS AVAILABLE UPON REQUEST

BERRES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BERRES, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BERRESFORD, JOSH
ADDRESS AVAILABLE UPON REQUEST

BERRETH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERRETTINI, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BERRIAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BERRIDGE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERRIEN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BERRIER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BERRIGAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BERRINGER, CAROL
ADDRESS AVAILABLE UPON REQUEST

BERRINGER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BERRIOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BERRIOS, EDDALIZ
ADDRESS AVAILABLE UPON REQUEST

BERRIOS, JULIO
ADDRESS AVAILABLE UPON REQUEST

BERRIOS, WILFREDO
ADDRESS AVAILABLE UPON REQUEST

BERRON, M
ADDRESS AVAILABLE UPON REQUEST

BERRONG, SHERI
ADDRESS AVAILABLE UPON REQUEST

BERROTERAN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

BERROYER, AMY
ADDRESS AVAILABLE UPON REQUEST

BERRREY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERRUN, MOISES
ADDRESS AVAILABLE UPON REQUEST

BERRY FLASH PHOTO
ADDRESS UNAVAILABLE AT TIME OF FILING

BERRY, AARON
ADDRESS AVAILABLE UPON REQUEST

BERRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BERRY, ANITA
ADDRESS AVAILABLE UPON REQUEST

BERRY, ANNE
ADDRESS AVAILABLE UPON REQUEST

BERRY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BERRY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BERRY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BERRY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BERRY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BERRY, DEREKL
ADDRESS AVAILABLE UPON REQUEST

BERRY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

BERRY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERRY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BERRY, FRITZ
ADDRESS AVAILABLE UPON REQUEST

BERRY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BERRY, IAN
ADDRESS AVAILABLE UPON REQUEST

BERRY, JAMES
ADDRESS AVAILABLE UPON REQUEST

BERRY, JAMI
ADDRESS AVAILABLE UPON REQUEST

BERRY, JANET
ADDRESS AVAILABLE UPON REQUEST

BERRY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERRY, JENNY
ADDRESS AVAILABLE UPON REQUEST

BERRY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERRY, JORDYN
ADDRESS AVAILABLE UPON REQUEST

BERRY, JOSH
ADDRESS AVAILABLE UPON REQUEST

BERRY, JULIE
ADDRESS AVAILABLE UPON REQUEST

BERRY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BERRY, KATE
ADDRESS AVAILABLE UPON REQUEST

BERRY, KATE
ADDRESS AVAILABLE UPON REQUEST

BERRY, KATHY
ADDRESS AVAILABLE UPON REQUEST

BERRY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BERRY, KELSIE
ADDRESS AVAILABLE UPON REQUEST

BERRY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BERRY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BERRY, KYLIE
ADDRESS AVAILABLE UPON REQUEST

BERRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

BERRY, LEAH
ADDRESS AVAILABLE UPON REQUEST

BERRY, MACK
ADDRESS AVAILABLE UPON REQUEST

BERRY, MARTIN
ADDRESS AVAILABLE UPON REQUEST

BERRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BERRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BERRY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BERRY, MERRY
ADDRESS AVAILABLE UPON REQUEST

BERRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERRY, MILLARD
ADDRESS AVAILABLE UPON REQUEST

BERRY, MJ
ADDRESS AVAILABLE UPON REQUEST

BERRY, NANCY
ADDRESS AVAILABLE UPON REQUEST

BERRY, PETER
ADDRESS AVAILABLE UPON REQUEST

BERRY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BERRY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BERRY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BERRY, RANDA
ADDRESS AVAILABLE UPON REQUEST

BERRY, REAGAN
ADDRESS AVAILABLE UPON REQUEST

BERRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BERRY, RENEE
ADDRESS AVAILABLE UPON REQUEST

BERRY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BERRY, SHANE
ADDRESS AVAILABLE UPON REQUEST

BERRY, SIMONE
ADDRESS AVAILABLE UPON REQUEST

BERRY, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

BERRY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BERRY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BERRY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERRY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BERRYANN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BERRYHILL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, MELYNDA
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, TESSA
ADDRESS AVAILABLE UPON REQUEST

BERRYMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BERRY-MATHIS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BERRY-STRUBE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BERSCHEIT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BERSHAW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERSIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BERSTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BERT, RYAN
ADDRESS AVAILABLE UPON REQUEST

BERTAGNOLLI, MARK
ADDRESS AVAILABLE UPON REQUEST

BERTELLI, LORI
ADDRESS AVAILABLE UPON REQUEST

BERTELSEN, JANE
ADDRESS AVAILABLE UPON REQUEST

BERTELSEN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

BERTERO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERTHA MORALES
ADDRESS AVAILABLE UPON REQUEST

BERTHIAUME, ERIN
ADDRESS AVAILABLE UPON REQUEST

BERTHIAUME, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BERTHIAUME, RENEE
ADDRESS AVAILABLE UPON REQUEST

BERTHOUD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BERTI, PAUL
ADDRESS AVAILABLE UPON REQUEST

BERTI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BERTINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BERTINI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERTINO, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BERTLING, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BERTOCCI, JULIANA
ADDRESS AVAILABLE UPON REQUEST

BERTOCCI, KIM
ADDRESS AVAILABLE UPON REQUEST

BERTOLDO, TREALA
ADDRESS AVAILABLE UPON REQUEST

BERTOLINE, MEG
ADDRESS AVAILABLE UPON REQUEST

BERTOLINI, ALEX
ADDRESS AVAILABLE UPON REQUEST

BERTOLINO, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BERTOLLI, KARENA
ADDRESS AVAILABLE UPON REQUEST

BERTOLUCCI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BERTON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BERTON, RANDI
ADDRESS AVAILABLE UPON REQUEST

BERTORELLI, RENE
ADDRESS AVAILABLE UPON REQUEST

BERTRAM, ALLI
ADDRESS AVAILABLE UPON REQUEST

BERTRAM, DONNA
ADDRESS AVAILABLE UPON REQUEST

BERTRAM, JANE
ADDRESS AVAILABLE UPON REQUEST

BERTRAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

BERTRAM, TARA
ADDRESS AVAILABLE UPON REQUEST

BERTRAN, MOISES
ADDRESS AVAILABLE UPON REQUEST

BERTRAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, KORALY
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, LANCE
ADDRESS AVAILABLE UPON REQUEST

BERTRAND, MERYL
ADDRESS AVAILABLE UPON REQUEST

BERTSCH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BERTSCH, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

BERTSCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BERTSCHI WRIGLEY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BERTUCCI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BERTUGLIA, RENEE
ADDRESS AVAILABLE UPON REQUEST

BERUBE, ADAM
ADDRESS AVAILABLE UPON REQUEST

BERUBE, AMY
ADDRESS AVAILABLE UPON REQUEST

BERUBE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BERUBE, MARK
ADDRESS AVAILABLE UPON REQUEST

BERUBE, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

BERUBE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BERUBE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BERUBE-RIVERA, AMY
ADDRESS AVAILABLE UPON REQUEST

BERWICK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BERWICK, EMRYS
ADDRESS AVAILABLE UPON REQUEST

BERZELLINI, CANDACE
ADDRESS AVAILABLE UPON REQUEST

BERZINS, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

BERZINSKI, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BESCH, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BESCH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BESCHINSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BESEDA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BESHEARS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BESHEARS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BESHORE, DIANA
ADDRESS AVAILABLE UPON REQUEST

BESHULA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BESKAR, XAVQIOR
ADDRESS AVAILABLE UPON REQUEST

BESKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BESKE, TORI
ADDRESS AVAILABLE UPON REQUEST

BESKOW, TINA
ADDRESS AVAILABLE UPON REQUEST

BESLEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

BESOZZI, LAURA
ADDRESS AVAILABLE UPON REQUEST

BESS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

BESS, EMY
ADDRESS AVAILABLE UPON REQUEST

BESS, ERICA
ADDRESS AVAILABLE UPON REQUEST

BESS, JAY
ADDRESS AVAILABLE UPON REQUEST

BESS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BESS, NIKITA
ADDRESS AVAILABLE UPON REQUEST

BESSEL, LARRY
ADDRESS AVAILABLE UPON REQUEST

BESSEMER VENTURE PARTNERS VIII
INSTITUTIONAL LP
1865 PALMER AVENUE SUITE 104
LARCHMONT, NY  10538

BESSEMER VENTURE PARTNERS VIII
INSTITUTIONAL LP
535 MIDDLEFIELD ROAD SUITE 245
MENLO PARK, CA  94025

BESSENT, MARK
ADDRESS AVAILABLE UPON REQUEST

BESSETTE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BESSEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BESSINGER, MARI
ADDRESS AVAILABLE UPON REQUEST

BESSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BESSONOV, OKSANA
ADDRESS AVAILABLE UPON REQUEST

BEST BAD INFLUENCE, LLC
1600 DIVISION ST, SUITE 225
NASHVILLE, TN  37203

BEST BAY LOGISTICS INC
ADDRESS UNAVAILABLE AT TIME OF FILING

BEST BUY
ADDRESS UNAVAILABLE AT TIME OF FILING

BEST CHEFS MANAGEMT ,LLC
PO BOX 3222
LOUISVILLE, KY  40201

BEST COAST WINES
1827 WHITECLIFF WAY
SAN MATEO, CA  94402

BEST COAST WINES
CASTORO CELLARS
6465 VON DOLLEN RD
SAN MIGUEL, CA  93451

BEST FRIENDS ANIMAL SOCIETY
ADDRESS UNAVAILABLE AT TIME OF FILING

BEST MOM EVER, DIANE SEIGAL
ADDRESS AVAILABLE UPON REQUEST

BEST MOVING VAN LINES
ADDRESS UNAVAILABLE AT TIME OF FILING

BEST, DIVINE
ADDRESS AVAILABLE UPON REQUEST

BEST, DOGZ
ADDRESS AVAILABLE UPON REQUEST

BEST, FERN
ADDRESS AVAILABLE UPON REQUEST

BEST, GAVIN
ADDRESS AVAILABLE UPON REQUEST

BEST, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BEST, JEFF
ADDRESS AVAILABLE UPON REQUEST

BEST, KASEY
ADDRESS AVAILABLE UPON REQUEST

BEST, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

BEST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEST, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

BEST, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BEST, MOLLYLIN
ADDRESS AVAILABLE UPON REQUEST

BEST, MONICA
ADDRESS AVAILABLE UPON REQUEST

BEST, SHAKIRA
ADDRESS AVAILABLE UPON REQUEST

BEST, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BEST, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BESTARD, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BESTCARE, INC., ILYNE RABINOWITZ
ADDRESS AVAILABLE UPON REQUEST

BESTER, MARISSAH
ADDRESS AVAILABLE UPON REQUEST

BESWICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BETANCES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BETANCOURK, TASHANA
ADDRESS AVAILABLE UPON REQUEST

BETANCOURT, JEFF
ADDRESS AVAILABLE UPON REQUEST

BETANCOURT, KATALINA
ADDRESS AVAILABLE UPON REQUEST

BETANCOURT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BETANCOURT, YAZIL
ADDRESS AVAILABLE UPON REQUEST

BETANCOURT, YOBALIS
ADDRESS AVAILABLE UPON REQUEST

BETANCUR, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

BETANCUR, JUAN
ADDRESS AVAILABLE UPON REQUEST

BETAR, SARAH
ADDRESS AVAILABLE UPON REQUEST

BETAU, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BETCHES LLC
37 WOODLAND ROAD
ROSLYN, NY  11576

BETH A HOFFMAN ROTH IRA
ADDRESS AVAILABLE UPON REQUEST

BETH A TRACY
ADDRESS AVAILABLE UPON REQUEST

BETH FORTMUELLER
ADDRESS AVAILABLE UPON REQUEST

BETH GLAZER
ADDRESS AVAILABLE UPON REQUEST

BETH KOWALSKI
ADDRESS AVAILABLE UPON REQUEST

BETH LEMANACH (ENTERTAINING WITH
BETH)
5923 CORBIN AVE.
TARZANA, CA  91356

BETH MUNFORD
ADDRESS AVAILABLE UPON REQUEST

BETH ROWLEY
ADDRESS AVAILABLE UPON REQUEST

BETH THOMPSON
ADDRESS AVAILABLE UPON REQUEST

BETH WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

BETH
ADDRESS AVAILABLE UPON REQUEST

BETH, JEAN
ADDRESS AVAILABLE UPON REQUEST

BETH, KACIE
ADDRESS AVAILABLE UPON REQUEST

BETH, MARY
ADDRESS AVAILABLE UPON REQUEST

BETH, MARY
ADDRESS AVAILABLE UPON REQUEST

BETH, MARY
ADDRESS AVAILABLE UPON REQUEST

BETH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BETHANCOURT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BETHANY ANN ODELL
ADDRESS AVAILABLE UPON REQUEST

BETHANY DUNAJ
ADDRESS AVAILABLE UPON REQUEST

BETHANY FRENCH
ADDRESS AVAILABLE UPON REQUEST

BETHANY HRABUSA
ADDRESS AVAILABLE UPON REQUEST

BETHANY LATORRE
ADDRESS AVAILABLE UPON REQUEST

BETHANY MCCLAIN
ADDRESS AVAILABLE UPON REQUEST

BETHANY SMITH
ADDRESS AVAILABLE UPON REQUEST

BETHANY SORRELL
ADDRESS AVAILABLE UPON REQUEST

BETHANY WALTON
ADDRESS AVAILABLE UPON REQUEST

BETHEA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BETHEA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BETHEL CLEANING SERVICES, LLC
3038 FOULK RD.
GARNET VALLEY, PA 19060

BETHEL TOWNSHIP
CODE ENFORCEMENT OFFICE
1092 BETHEL ROAD
GARNET VALLEY, PA 19060

BETHEL, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BETHEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

BETHEL, JENN
ADDRESS AVAILABLE UPON REQUEST

BETHEL, MARY
ADDRESS AVAILABLE UPON REQUEST

BETHELMIE, FLOYD
ADDRESS AVAILABLE UPON REQUEST

BETHHAUSER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BETHKE, DIANA
ADDRESS AVAILABLE UPON REQUEST

BETHKE, KRIS
ADDRESS AVAILABLE UPON REQUEST

BETHKE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BETHMANN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, BERNANETTE
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, CARLOS
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, KIARA
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, RANDALL
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, SONJA
ADDRESS AVAILABLE UPON REQUEST

BETHUNE, TARA
ADDRESS AVAILABLE UPON REQUEST

BETHUREM, COLTER
ADDRESS AVAILABLE UPON REQUEST

BETIN, DARYA
ADDRESS AVAILABLE UPON REQUEST

BETKA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

BETLACH, SCOTT AND JODY
ADDRESS AVAILABLE UPON REQUEST

BETLEY, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

BETLEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BETRU, TINA
ADDRESS AVAILABLE UPON REQUEST

BETSCH, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BETSCHMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BETSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BETT, DON
ADDRESS AVAILABLE UPON REQUEST

BETTENCOURT, ANA
ADDRESS AVAILABLE UPON REQUEST

BETTENCOURT, CARLEY
ADDRESS AVAILABLE UPON REQUEST

BETTENHAUSER, KEN
ADDRESS AVAILABLE UPON REQUEST

BETTER UPTIME
ADDRESS UNAVAILABLE AT TIME OF FILING

BETTER WITH BACON GROUP
PO BOX 204653
DALLAS, TX  75320-4653

BETTERMENT FOR BUSINESS, LLC
61 W. 23RD ST, 5TH FLOOR
NEW YORK, NY  10010

BETTERMENT FOR BUSINESS, LLC
8 W 24TH ST, FLOOR 6
NEW YORK, NY  10010

BETTERS, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BETTERS-MIDTVEDT, AMY
ADDRESS AVAILABLE UPON REQUEST

BETTHAUSER, BONITA
ADDRESS AVAILABLE UPON REQUEST

BETTHAUSER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BETTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BETTIS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BETTIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BETTIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BETTIS, JON
ADDRESS AVAILABLE UPON REQUEST

BETTISON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BETTIUS, KAREN
ADDRESS AVAILABLE UPON REQUEST

BETTNER, CHASE
ADDRESS AVAILABLE UPON REQUEST

BETTNER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BETTON, MARY
ADDRESS AVAILABLE UPON REQUEST

BETTONI, NANDYELLI
ADDRESS AVAILABLE UPON REQUEST

BETTS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BETTS, DORA
ADDRESS AVAILABLE UPON REQUEST

BETTS, KARLEE
ADDRESS AVAILABLE UPON REQUEST

BETTY CELSKI
ADDRESS AVAILABLE UPON REQUEST

BETTY HILL
ADDRESS AVAILABLE UPON REQUEST

BETTY J AYERS
ADDRESS AVAILABLE UPON REQUEST

BETTY JO WHITSON
ADDRESS AVAILABLE UPON REQUEST

BETTY, JO ANN
ADDRESS AVAILABLE UPON REQUEST

BETTY, PATTY
ADDRESS AVAILABLE UPON REQUEST

BETTYE HARTWELL
ADDRESS AVAILABLE UPON REQUEST

BETZ, DENE
ADDRESS AVAILABLE UPON REQUEST

BETZ, JENNI
ADDRESS AVAILABLE UPON REQUEST

BETZ, MARY
ADDRESS AVAILABLE UPON REQUEST

BETZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BETZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BETZ, TESSA
ADDRESS AVAILABLE UPON REQUEST

BETZ, THOM
ADDRESS AVAILABLE UPON REQUEST

BETZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BETZA, SHALYNN
ADDRESS AVAILABLE UPON REQUEST

BETZNER, BRAEDON
ADDRESS AVAILABLE UPON REQUEST

BEUCHEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BEUG, DIANA
ADDRESS AVAILABLE UPON REQUEST

BEUK, JILL
ADDRESS AVAILABLE UPON REQUEST

BEUKEMA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

BEUKEMA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BEULAH LAND INVESTMENT GROUP LLC
44428 SOUTH BAPTIST RD
HAMMOND, LA  70401

BEURLE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BEUSCHER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BEUTE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BEUTEL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BEUTNER, SARA
ADDRESS AVAILABLE UPON REQUEST

BEVACQUA, RONALD
ADDRESS AVAILABLE UPON REQUEST

BEVAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BEVAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

BEVAN, FRANK
ADDRESS AVAILABLE UPON REQUEST

BEVAN, NATE
ADDRESS AVAILABLE UPON REQUEST

BEVANS -REPUBLIC INDEMNITY, ALISHA
ADDRESS AVAILABLE UPON REQUEST

BEVANS, ALIYA
ADDRESS AVAILABLE UPON REQUEST

BEVANS, APRIL
ADDRESS AVAILABLE UPON REQUEST

BEVANS, SHADEREON
ADDRESS AVAILABLE UPON REQUEST

BEVENOUR, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BEVER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BEVER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BEVER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEVER, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BEVERAGE CONTAINER LABEL
REGISTRATION
AND LICENSING PORTAL

BEVERAGE MARKETING & MORE INC.
92-1086 OLANI STREET APT 3
KAPOLEI, HI  96707

BEVERAGE WAREHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

BEVERAGE, ADAM
ADDRESS AVAILABLE UPON REQUEST

BEVERAGE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BEVERAGES & MORE
ADDRESS UNAVAILABLE AT TIME OF FILING

BEVERIDGE, JANE
ADDRESS AVAILABLE UPON REQUEST

BEVERIDGE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BEVERLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

BEVERLY AMMONS
ADDRESS AVAILABLE UPON REQUEST

BEVERLY SMITH
ADDRESS AVAILABLE UPON REQUEST

BEVERLY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BEVERLY, ANN
ADDRESS AVAILABLE UPON REQUEST

BEVERLY, YOLONDA
ADDRESS AVAILABLE UPON REQUEST

BEVERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BEVICH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, KATERINA
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, LOU
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, RUTH ANN
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, SHARI
ADDRESS AVAILABLE UPON REQUEST

BEVILACQUA, SIRENA
ADDRESS AVAILABLE UPON REQUEST

BEVILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

BEVILLE, LYNN
ADDRESS AVAILABLE UPON REQUEST

BEVIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BEVINGTON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BEVINS, DYAN
ADDRESS AVAILABLE UPON REQUEST

BEVZERO SERVICES, INC.
1450 AIRPORT BLVD. SUITE 180
SANTA ROSA, CA  95403

BEWLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BEX, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BEY, ADILAH
ADDRESS AVAILABLE UPON REQUEST

BEY, MAJOUR
ADDRESS AVAILABLE UPON REQUEST

BEYELER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BEYER, ALEX
ADDRESS AVAILABLE UPON REQUEST

BEYER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BEYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BEYER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BEYER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BEYER, BRAIN
ADDRESS AVAILABLE UPON REQUEST

BEYER, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

BEYER, JANICE
ADDRESS AVAILABLE UPON REQUEST

BEYER, JEN
ADDRESS AVAILABLE UPON REQUEST

BEYER, JENNA
ADDRESS AVAILABLE UPON REQUEST

BEYER, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

BEYER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BEYER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BEYER, LACEY
ADDRESS AVAILABLE UPON REQUEST

BEYER, MARIA
ADDRESS AVAILABLE UPON REQUEST

BEYER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BEYER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BEYER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BEYER-JOHNSON, KIM
ADDRESS AVAILABLE UPON REQUEST

BEYNON, DOUG
ADDRESS AVAILABLE UPON REQUEST

BEYNON, LAURA
ADDRESS AVAILABLE UPON REQUEST

BEYRLE, SAM
ADDRESS AVAILABLE UPON REQUEST

BEYROUTI, JAY
ADDRESS AVAILABLE UPON REQUEST

BEYT, JILL
ADDRESS AVAILABLE UPON REQUEST

BEZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BEZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BEZARES, DIANA
ADDRESS AVAILABLE UPON REQUEST

BEZDEK, JESSE
ADDRESS AVAILABLE UPON REQUEST

BEZIO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BEZMEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BEZNOSKA, SARAH
ADDRESS AVAILABLE UPON REQUEST

BEZOZA, MICHEL
ADDRESS AVAILABLE UPON REQUEST

BEZUIDENHOUT, DIVAN
ADDRESS AVAILABLE UPON REQUEST

BEZYANOV, THEO
ADDRESS AVAILABLE UPON REQUEST

BFIT CORP EPSP 401K
673 NILE RIVER DRIVE
OXNARD, CA  93036

BHABHALIA, SONYA
ADDRESS AVAILABLE UPON REQUEST

BHACHU, JAS
ADDRESS AVAILABLE UPON REQUEST

BHADA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BHADKAMKAR, SUCHITA
ADDRESS AVAILABLE UPON REQUEST

BHAGAT, HITA
ADDRESS AVAILABLE UPON REQUEST

BHAGAUTI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BHAGWAT, SAMIR
ADDRESS AVAILABLE UPON REQUEST

BHAKTA NUNEZ, BHAVISHA
ADDRESS AVAILABLE UPON REQUEST

BHAKTA, AMAR
ADDRESS AVAILABLE UPON REQUEST

BHAKTA, NIKITA
ADDRESS AVAILABLE UPON REQUEST

BHALJA, AAKRUTI
ADDRESS AVAILABLE UPON REQUEST

BHALLA, AISHWARYA
ADDRESS AVAILABLE UPON REQUEST

BHALLA, DEEPAK
ADDRESS AVAILABLE UPON REQUEST

BHALLA, EESHA
ADDRESS AVAILABLE UPON REQUEST

BHALLA, RUCHIKA
ADDRESS AVAILABLE UPON REQUEST

BHAMLA, AYAAS
ADDRESS AVAILABLE UPON REQUEST

BHAN, JASON
ADDRESS AVAILABLE UPON REQUEST

BHANDARAM, SUNDARA
ADDRESS AVAILABLE UPON REQUEST

BHANDARI, ABHAY
ADDRESS AVAILABLE UPON REQUEST

BHANDARI, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BHANDARU, RAMANA
ADDRESS AVAILABLE UPON REQUEST

BHANGLEY, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

BHAR, DEVAN
ADDRESS AVAILABLE UPON REQUEST

BHARADWA, ANIL
ADDRESS AVAILABLE UPON REQUEST

BHARADWAJ, ANKITHA
ADDRESS AVAILABLE UPON REQUEST

BHARAT M PATEL
ADDRESS AVAILABLE UPON REQUEST

BHARATH, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BHARDWAJ, KSHITIJ
ADDRESS AVAILABLE UPON REQUEST

BHARGAVA, ARJUN
ADDRESS AVAILABLE UPON REQUEST

BHARGAVA, SHAVETA
ADDRESS AVAILABLE UPON REQUEST

BHARGAVE, AVYA
ADDRESS AVAILABLE UPON REQUEST

BHARNE, JAYA
ADDRESS AVAILABLE UPON REQUEST

BHARRATT, SHOBA
ADDRESS AVAILABLE UPON REQUEST

BHASKAR, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BHASKAR, TRIPTI
ADDRESS AVAILABLE UPON REQUEST

BHASKAR, UDAY
ADDRESS AVAILABLE UPON REQUEST

BHAT, DEEPA
ADDRESS AVAILABLE UPON REQUEST

BHATIA, ANUSCHKA
ADDRESS AVAILABLE UPON REQUEST

BHATIA, BHAVNA
ADDRESS AVAILABLE UPON REQUEST

BHATIA, GURMEHAR
ADDRESS AVAILABLE UPON REQUEST

BHATIA, NINA
ADDRESS AVAILABLE UPON REQUEST

BHATIA, SONAL
ADDRESS AVAILABLE UPON REQUEST

BHATIA, TANYA
ADDRESS AVAILABLE UPON REQUEST

BHATIA, VIKRANT
ADDRESS AVAILABLE UPON REQUEST

BHATIANI, SAMIR
ADDRESS AVAILABLE UPON REQUEST

BHATLA, AJAY
ADDRESS AVAILABLE UPON REQUEST

BHATNAGAR, VIVEK
ADDRESS AVAILABLE UPON REQUEST

BHATT, NIMIT
ADDRESS AVAILABLE UPON REQUEST

BHATT, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

BHATTACHARJEE, ARPITA
ADDRESS AVAILABLE UPON REQUEST

BHATTACHARJEE, PALLAMI
ADDRESS AVAILABLE UPON REQUEST

BHATTI, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BHATTI, MARIA
ADDRESS AVAILABLE UPON REQUEST

BHATTI, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BHAVANTHULA, RAMAKRISHNA
ADDRESS AVAILABLE UPON REQUEST

BHAYANA, PRIYA
ADDRESS AVAILABLE UPON REQUEST

BHEEMAN, CHANDNI
ADDRESS AVAILABLE UPON REQUEST

BHENDE, PINAK
ADDRESS AVAILABLE UPON REQUEST

BHIDE, ANSHUL
ADDRESS AVAILABLE UPON REQUEST

BHISE, ADITYA
ADDRESS AVAILABLE UPON REQUEST

BHOGALE, SHWETA
ADDRESS AVAILABLE UPON REQUEST

BHOLA BHATTARAI
ADDRESS AVAILABLE UPON REQUEST

BHOOPAL, DR. VASIREDDY
ADDRESS AVAILABLE UPON REQUEST

BHOWMIK, GOLDY
ADDRESS AVAILABLE UPON REQUEST

BHUIYAN, KHADIJA
ADDRESS AVAILABLE UPON REQUEST

BHULA, DEAN
ADDRESS AVAILABLE UPON REQUEST

BHUSHAN SHIVAJI SALUNKE
ADDRESS AVAILABLE UPON REQUEST

BI, ARIELA
ADDRESS AVAILABLE UPON REQUEST

BIAFORE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BIAGI BROS, INC.
787 AIRPARK ROAD
NAPA, CA  94558

BIAGI VINSON, BILLIE
ADDRESS AVAILABLE UPON REQUEST

BIAGI, MICKINA
ADDRESS AVAILABLE UPON REQUEST

BIAGI, TERESA
ADDRESS AVAILABLE UPON REQUEST

BIAGIONI, APRIL
ADDRESS AVAILABLE UPON REQUEST

BIAGIONI, JORGE
ADDRESS AVAILABLE UPON REQUEST

BIALAS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BIALECKI, KARA
ADDRESS AVAILABLE UPON REQUEST

BIALEK, PAT
ADDRESS AVAILABLE UPON REQUEST

BIALIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BIALK, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BIALOW, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BIALOZYNSKI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BIAN, DEBBY
ADDRESS AVAILABLE UPON REQUEST

BIANCA GASPARRO
ADDRESS AVAILABLE UPON REQUEST

BIANCA GEORGION
ADDRESS AVAILABLE UPON REQUEST

BIANCA GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

BIANCA KIM
ADDRESS AVAILABLE UPON REQUEST

BIANCA LEACH
ADDRESS AVAILABLE UPON REQUEST

BIANCA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BIANCANIELLO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BIANCHETTA, STACI
ADDRESS AVAILABLE UPON REQUEST

BIANCHETTO, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, CALLI
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, MATTEO
ADDRESS AVAILABLE UPON REQUEST

BIANCHI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BIANCO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BIANCO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BIANCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BIANCO, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

BIANCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BIANCO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BIANCO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BIANCO, MIKE
ADDRESS AVAILABLE UPON REQUEST

BIANCULLI, CIARRA
ADDRESS AVAILABLE UPON REQUEST

BIANDO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BIAS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BIAS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BIASE, LAUREN M
ADDRESS AVAILABLE UPON REQUEST

BIASILLO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BIASON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BIBB, LORIN
ADDRESS AVAILABLE UPON REQUEST

BIBB, SARAH
ADDRESS AVAILABLE UPON REQUEST

BIBB, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BIBBERO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BIBBEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BIBEE, SHELLIE
ADDRESS AVAILABLE UPON REQUEST

BIBER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BIBLE, BETTY
ADDRESS AVAILABLE UPON REQUEST

BIBLE, XANTHE
ADDRESS AVAILABLE UPON REQUEST

BIBLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIBLER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BIBY, BILLIE
ADDRESS AVAILABLE UPON REQUEST

BIBY, DIANE
ADDRESS AVAILABLE UPON REQUEST

BICAN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BICE, ANNE
ADDRESS AVAILABLE UPON REQUEST

BICE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BICE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BICHAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BICHUN, CELIA
ADDRESS AVAILABLE UPON REQUEST

BICKEL, AREANNA
ADDRESS AVAILABLE UPON REQUEST

BICKEL, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

BICKEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BICKEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BICKERSTAFF, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BICKERSTAFF, DONNA
ADDRESS AVAILABLE UPON REQUEST

BICKERSTAFF, JANAY
ADDRESS AVAILABLE UPON REQUEST

BICKERT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, AUSTEN
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, EMMY KATE
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, MARTIN
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, NOEL
ADDRESS AVAILABLE UPON REQUEST

BICKFORD, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BICKHAM, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BICKHAM, D
ADDRESS AVAILABLE UPON REQUEST

BICKHAM, MADISON
ADDRESS AVAILABLE UPON REQUEST

BICKHAM, TONI
ADDRESS AVAILABLE UPON REQUEST

BICKHART, VINCENT
ADDRESS AVAILABLE UPON REQUEST

BICKING, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

BICKLEY, CARLY
ADDRESS AVAILABLE UPON REQUEST

BICKMORE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BICKNELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BICKNELL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BICKNELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

BICKNESE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BIDANSET, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BIDDICK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BIDDINGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BIDDISON, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

BIDDLE JONES, JANE
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BIDDLE, RITA
ADDRESS AVAILABLE UPON REQUEST

BIDDLES, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

BIDDY, CURRIE
ADDRESS AVAILABLE UPON REQUEST

BIDKHANIAN, JERIKA
ADDRESS AVAILABLE UPON REQUEST

BIDOU, LILIANNE
ADDRESS AVAILABLE UPON REQUEST

BIDWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BIDWELL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BIDWELL-GIANNONE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BIDWICK, ALISON
ADDRESS AVAILABLE UPON REQUEST

BIDYANANDA, TANDRA
ADDRESS AVAILABLE UPON REQUEST

BIEBEL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BIEBER, GORDON
ADDRESS AVAILABLE UPON REQUEST

BIEBER, JANE
ADDRESS AVAILABLE UPON REQUEST

BIEBER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BIEBER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BIEBESHEIMER, LEA
ADDRESS AVAILABLE UPON REQUEST

BIEBESHEIMER, MIKE
ADDRESS AVAILABLE UPON REQUEST

BIEBIGHAUSER, KC
ADDRESS AVAILABLE UPON REQUEST

BIEBIGHAUSER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BIECHLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BIECHLER, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

BIEDA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BIEDE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BIEDENHARN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BIEDERWOLF, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

BIEGEL, LISA
ADDRESS AVAILABLE UPON REQUEST

BIEGEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BIEGEL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BIEGLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BIEHAHN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BIEHL, EMILYL
ADDRESS AVAILABLE UPON REQUEST

BIEHL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

BIEHL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BIEHN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BIEKER, KERSTIN
ADDRESS AVAILABLE UPON REQUEST

BIEL, KATHY
ADDRESS AVAILABLE UPON REQUEST

BIELAWSKI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BIELAWSKI, LIANA
ADDRESS AVAILABLE UPON REQUEST

BIELER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BIELLIER, CARTER
ADDRESS AVAILABLE UPON REQUEST

BIELMEIER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BIELSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BIELSKI, R
ADDRESS AVAILABLE UPON REQUEST

BIEN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BIEN-AIME, ROSELINE
ADDRESS AVAILABLE UPON REQUEST

BIENEMANN, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

BIENENFELD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BIENHOFF, KELLY
ADDRESS AVAILABLE UPON REQUEST

BIENIEK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BIENKOWSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

BIENSTOCK, JOSH
ADDRESS AVAILABLE UPON REQUEST

BIENVENIDO CONCEPCION
ADDRESS AVAILABLE UPON REQUEST

BIENZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BIER, ADAM
ADDRESS AVAILABLE UPON REQUEST

BIERER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BIERHAUS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BIERI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BIERMAIER, KALLIE
ADDRESS AVAILABLE UPON REQUEST

BIERMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BIERMANN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIERONSKI, BARB
ADDRESS AVAILABLE UPON REQUEST

BIERSCH, CURTIS
ADDRESS AVAILABLE UPON REQUEST

BIERY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BIERZYNSKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BIESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIETY, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

BIEVER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BIFANO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BIFFL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BIFFLE, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

BIG 5 SPORTING GOODS
ADDRESS UNAVAILABLE AT TIME OF FILING

BIG LOTS
ADDRESS UNAVAILABLE AT TIME OF FILING

BIG PHOTOGRAPHIC LIMITED
UNIT D, YORK CENTRAL, 70-78 YORK WAY
LONDON  N1 9AG
UNITED KINGDOM

BIG STOCK PHOTO
ADDRESS UNAVAILABLE AT TIME OF FILING

BIG TREE BOTTLES
ADDRESS UNAVAILABLE AT TIME OF FILING

BIGALBAL, VANGIE
ADDRESS AVAILABLE UPON REQUEST

BIGALKE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BIGAM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BIGDELI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BIGELOW, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

BIGELOW, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BIGELOW, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BIGELOW, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BIGFORD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BIGG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BIGGER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, KELLI
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, LUCY
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, MARIA
ADDRESS AVAILABLE UPON REQUEST

BIGGERS, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BIGGERSTAFF, ANNE
ADDRESS AVAILABLE UPON REQUEST

BIGGERSTAFF, JAY
ADDRESS AVAILABLE UPON REQUEST

BIGGERSTAFF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BIGGI, BREANA
ADDRESS AVAILABLE UPON REQUEST

BIGGS, ALAN
ADDRESS AVAILABLE UPON REQUEST

BIGGS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BIGGS, BILLIE
ADDRESS AVAILABLE UPON REQUEST

BIGGS, CHARLYNE
ADDRESS AVAILABLE UPON REQUEST

BIGGS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIGGS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIGGS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BIGGS, LASHAWNDA
ADDRESS AVAILABLE UPON REQUEST

BIGGS, REMY
ADDRESS AVAILABLE UPON REQUEST

BIGGS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BIGGUS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BIGHAM, ALLINE
ADDRESS AVAILABLE UPON REQUEST

BIGHAM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BIGHAM, FRITS
ADDRESS AVAILABLE UPON REQUEST

BIGHAM, LATISHA
ADDRESS AVAILABLE UPON REQUEST

BIGLAY, MELODY
ADDRESS AVAILABLE UPON REQUEST

BIGLER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BIGLER, JACOB
ADDRESS AVAILABLE UPON REQUEST

BIGLER, JANA
ADDRESS AVAILABLE UPON REQUEST

BIGLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BIGLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BIGLER, MICHAILA
ADDRESS AVAILABLE UPON REQUEST

BIGLEY, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BIGLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

BIGLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BIGLEY, KERRI
ADDRESS AVAILABLE UPON REQUEST

BIGLEY, TODD
ADDRESS AVAILABLE UPON REQUEST

BIGLIN, ANA
ADDRESS AVAILABLE UPON REQUEST

BIGLIN, BETSY
ADDRESS AVAILABLE UPON REQUEST

BIGLOW, LEXI
ADDRESS AVAILABLE UPON REQUEST

BIGNALL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BIGNALL, BRAD
ADDRESS AVAILABLE UPON REQUEST

BIGNELL, CINDY
ADDRESS AVAILABLE UPON REQUEST

BIGONESS, KATIE
ADDRESS AVAILABLE UPON REQUEST

BIGONESS, TRACY
ADDRESS AVAILABLE UPON REQUEST

BIGRENTZ.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

BIGSTOCKPHOTO.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

BIHAN, ARIANE
ADDRESS AVAILABLE UPON REQUEST

BIJARCHI, BIJAN
ADDRESS AVAILABLE UPON REQUEST

BIJOU, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BIKE ATTACK PV
ADDRESS UNAVAILABLE AT TIME OF FILING

BIKE, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BILA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BILAL, FAHEEMAH
ADDRESS AVAILABLE UPON REQUEST

BILAL, MAHDEE
ADDRESS AVAILABLE UPON REQUEST

BILAL, RASHEEDAH
ADDRESS AVAILABLE UPON REQUEST

BILARDELLO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BILARDI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BILBAO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BILBO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BILBREY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BILBREY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BILD, ANNE
ADDRESS AVAILABLE UPON REQUEST

BILECA, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BILES, CORRIE
ADDRESS AVAILABLE UPON REQUEST

BILES, CORRIE
ADDRESS AVAILABLE UPON REQUEST

BILES, JANIE
ADDRESS AVAILABLE UPON REQUEST

BILES, JENNIE
ADDRESS AVAILABLE UPON REQUEST

BILES, JOE
ADDRESS AVAILABLE UPON REQUEST

BILEY, TREVOR
ADDRESS AVAILABLE UPON REQUEST

BILGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BILGO, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BILIC, LANA
ADDRESS AVAILABLE UPON REQUEST

BILICH, SURAB
ADDRESS AVAILABLE UPON REQUEST

BILICI, REYHAN
ADDRESS AVAILABLE UPON REQUEST

BILICIC, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BILICK, EUNICE
ADDRESS AVAILABLE UPON REQUEST

BILIK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BILISOLY, NASH
ADDRESS AVAILABLE UPON REQUEST

BILKEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

BILL AND SUSAN HAYES
ADDRESS AVAILABLE UPON REQUEST

BILL COM VERIFY
ADDRESS UNAVAILABLE AT TIME OF FILING

BILL OKOSUN
ADDRESS AVAILABLE UPON REQUEST

BILL, MIKE
ADDRESS AVAILABLE UPON REQUEST

BILL.COM
1810 EMBARCADERO ROAD
PALO ALTO, CA  94303

BILL.COM
3200 ASH STREET
PALO ALTO, CA  94306

BILLER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BILLER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BILLETT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BILLHARTZ, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BILLIART, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

BILLICH, CAROL
ADDRESS AVAILABLE UPON REQUEST

BILLICH, CAROL
ADDRESS AVAILABLE UPON REQUEST

BILLIE POPE
ADDRESS AVAILABLE UPON REQUEST

BILLIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BILLING, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BILLINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BILLINGHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, CIERRA
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, GARRETT
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, JACK
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, KALI
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, MARION
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

BILLINGS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEA, GRACE
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, ANA
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, HALEY
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BILLINGSLEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

BILLINGTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BILLIOT, JORY
ADDRESS AVAILABLE UPON REQUEST

BILLMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BILLO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BILLOT, MARC
ADDRESS AVAILABLE UPON REQUEST

BILLOTTE, TAMI
ADDRESS AVAILABLE UPON REQUEST

BILLOW, SARAH
ADDRESS AVAILABLE UPON REQUEST

BILLOWS, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

BILLS, DUSTY
ADDRESS AVAILABLE UPON REQUEST

BILLS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BILLS, LISA
ADDRESS AVAILABLE UPON REQUEST

BILLUPS, AMY
ADDRESS AVAILABLE UPON REQUEST

BILLUPS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BILLUPS, PATRICE
ADDRESS AVAILABLE UPON REQUEST

BILLY BRUCE ARRINGTON
ADDRESS AVAILABLE UPON REQUEST

BILLY CHRZAN
ADDRESS AVAILABLE UPON REQUEST

BILLY CORDON
ADDRESS AVAILABLE UPON REQUEST

BILLY OCONNELL
ADDRESS AVAILABLE UPON REQUEST

BILLY OCONNELL
ADDRESS AVAILABLE UPON REQUEST

BILLY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BILODEAU, MARIA
ADDRESS AVAILABLE UPON REQUEST

BILODEAU, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BILODEAU, SADHANA
ADDRESS AVAILABLE UPON REQUEST

BILODEAU, SUE
ADDRESS AVAILABLE UPON REQUEST

BILODEAU-LEVINE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BILOF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BILOSKI, SEAN
ADDRESS AVAILABLE UPON REQUEST

BILOTTA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BILOTTA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BILOTTA, MARISA
ADDRESS AVAILABLE UPON REQUEST

BILOTTA, THERESA
ADDRESS AVAILABLE UPON REQUEST

BILSBURY, EVAN
ADDRESS AVAILABLE UPON REQUEST

BILSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BILSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BILSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BILSON, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BILSON, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BILTOFT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BILTZ, LEANNE
ADDRESS AVAILABLE UPON REQUEST

BILYEU, AMY
ADDRESS AVAILABLE UPON REQUEST

BILYEW, ANN
ADDRESS AVAILABLE UPON REQUEST

BILYNSKY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BIMAL SARAIYA
ADDRESS AVAILABLE UPON REQUEST

BIN WANG, HUEI
ADDRESS AVAILABLE UPON REQUEST

BIN, SU
ADDRESS AVAILABLE UPON REQUEST

BINA C SOURI
ADDRESS AVAILABLE UPON REQUEST

BINA, BRETT
ADDRESS AVAILABLE UPON REQUEST

BINDER, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

BINDER, CHRISTYN
ADDRESS AVAILABLE UPON REQUEST

BINDER, LEXI
ADDRESS AVAILABLE UPON REQUEST

BINDER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BINDER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BINDER, STACEY
ADDRESS AVAILABLE UPON REQUEST

BINDER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BINDER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BINDNER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BINETTE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BINETTE, AJA
ADDRESS AVAILABLE UPON REQUEST

BINETTE, JO
ADDRESS AVAILABLE UPON REQUEST

BINETTE, KIM
ADDRESS AVAILABLE UPON REQUEST

BINETTE, RORI
ADDRESS AVAILABLE UPON REQUEST

BINETTE, RYAN
ADDRESS AVAILABLE UPON REQUEST

BINETTI, GIANNA
ADDRESS AVAILABLE UPON REQUEST

BING, LOIS
ADDRESS AVAILABLE UPON REQUEST

BINGAMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, BERYL
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, MANDI
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, PREETI
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, TABITHA
ADDRESS AVAILABLE UPON REQUEST

BINGHAM, TONI
ADDRESS AVAILABLE UPON REQUEST

BINGHAMTON PHILHARMONIC ORCHESTRA,
BRIAN NAYOR
ADDRESS AVAILABLE UPON REQUEST

BINGLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BINH TRIEU
ADDRESS AVAILABLE UPON REQUEST

BINI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BINIAKEWITZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BINIASZ, CHAD
ADDRESS AVAILABLE UPON REQUEST

BINIASZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BINIAZ-HARRIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

BINICK DIGITAL
ADDRESS UNAVAILABLE AT TIME OF FILING

BINKERD, TRACIE
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BINKLEY, PAT
ADDRESS AVAILABLE UPON REQUEST

BINMEDE PTY LTD AS TRUSTEE FOR
ADDRESS AVAILABLE UPON REQUEST

BINNEY JR., JAY
ADDRESS AVAILABLE UPON REQUEST

BINNIE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BINNS, KARL
ADDRESS AVAILABLE UPON REQUEST

BINSCHUS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BINTI, MARTIKA
ADDRESS AVAILABLE UPON REQUEST

BINTLIFF, ABBIE
ADDRESS AVAILABLE UPON REQUEST

BIONDI, JAIME
ADDRESS AVAILABLE UPON REQUEST

BIONDO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BIONGHI, NEDA
ADDRESS AVAILABLE UPON REQUEST

BIORATO, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

BIORDI, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

BIPARVA, ARASP
ADDRESS AVAILABLE UPON REQUEST

BIPPUS, MARISA
ADDRESS AVAILABLE UPON REQUEST

BIRBAL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BIRCH, ALAN
ADDRESS AVAILABLE UPON REQUEST

BIRCH, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BIRCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIRCH, LUNDY
ADDRESS AVAILABLE UPON REQUEST

BIRCH, THAYER
ADDRESS AVAILABLE UPON REQUEST

BIRCHEM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BIRCHER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BIRCHER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BIRCHFIELD, JOSH
ADDRESS AVAILABLE UPON REQUEST

BIRCKHEAD, KAREN
ADDRESS AVAILABLE UPON REQUEST

BIRCSAK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BIRCU, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

BIRD BECKER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BIRD, ABBI
ADDRESS AVAILABLE UPON REQUEST

BIRD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BIRD, ARIANA
ADDRESS AVAILABLE UPON REQUEST

BIRD, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BIRD, CAROL
ADDRESS AVAILABLE UPON REQUEST

BIRD, CARTER
ADDRESS AVAILABLE UPON REQUEST

BIRD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BIRD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BIRD, CURT
ADDRESS AVAILABLE UPON REQUEST

BIRD, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BIRD, EWA
ADDRESS AVAILABLE UPON REQUEST

BIRD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BIRD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BIRD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BIRD, KAREN
ADDRESS AVAILABLE UPON REQUEST

BIRD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BIRD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BIRD, KYMBERLY
ADDRESS AVAILABLE UPON REQUEST

BIRD, MORIAH
ADDRESS AVAILABLE UPON REQUEST

BIRD, QUINCY
ADDRESS AVAILABLE UPON REQUEST

BIRD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BIRD, SHAWN MARIE
ADDRESS AVAILABLE UPON REQUEST

BIRD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BIRD, TINA
ADDRESS AVAILABLE UPON REQUEST

BIRDINGROUND, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BIRDSALL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BIRDSALL, ANNALISA
ADDRESS AVAILABLE UPON REQUEST

BIRDSELL, IVONA
ADDRESS AVAILABLE UPON REQUEST

BIRDSELL, JODIE
ADDRESS AVAILABLE UPON REQUEST

BIRDWELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BIRENBAUM, RENEE
ADDRESS AVAILABLE UPON REQUEST

BIRGER, MAAYAN
ADDRESS AVAILABLE UPON REQUEST

BIRGIT KROME
ADDRESS AVAILABLE UPON REQUEST

BIRINYI, LAURA
ADDRESS AVAILABLE UPON REQUEST

BIRJAH, SHIVANNA
ADDRESS AVAILABLE UPON REQUEST

BIRK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIRKELAND, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BIRKENHOLZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BIRKENSTAMM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIRKETT, CODY
ADDRESS AVAILABLE UPON REQUEST

BIRKETT, REILLY
ADDRESS AVAILABLE UPON REQUEST

BIRKHEAD, HUNTER
ADDRESS AVAILABLE UPON REQUEST

BIRKHIMER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BIRKHOLD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BIRKHOLD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BIRKHOLZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BIRKS, JOCELYNN
ADDRESS AVAILABLE UPON REQUEST

BIRLADEANU, MARLENA
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, ANNA
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, NAOMI
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, REGINA
ADDRESS AVAILABLE UPON REQUEST

BIRMINGHAM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BIRNBACH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BIRNBAUM, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BIRNBAUM, JULIANA
ADDRESS AVAILABLE UPON REQUEST

BIRNBAUM, MARC
ADDRESS AVAILABLE UPON REQUEST

BIRNBAUM, MARY
ADDRESS AVAILABLE UPON REQUEST

BIRNBAUM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BIRNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BIRNIE, APRIL
ADDRESS AVAILABLE UPON REQUEST

BIRNIE, SHILO
ADDRESS AVAILABLE UPON REQUEST

BIRNSTEIN, MAAYAN
ADDRESS AVAILABLE UPON REQUEST

BIROL, MARGO
ADDRESS AVAILABLE UPON REQUEST

BIRON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BIRON-VONGLIS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BIROS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BIRR, PAUL
ADDRESS AVAILABLE UPON REQUEST

BIRRELL, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

BIRREN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BIRRU, HELLINA
ADDRESS AVAILABLE UPON REQUEST

BIRT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BIRTCHNALL, MIKE
ADDRESS AVAILABLE UPON REQUEST

BIRTLES, ANNA
ADDRESS AVAILABLE UPON REQUEST

BIRTWELL, LEAH
ADDRESS AVAILABLE UPON REQUEST

BIRTWELL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BIRTWISTLE, LISA
ADDRESS AVAILABLE UPON REQUEST

BIRUN BALAMI
ADDRESS AVAILABLE UPON REQUEST

BIS, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

BISARO, EE
ADDRESS AVAILABLE UPON REQUEST

BISBAL, HOLLI
ADDRESS AVAILABLE UPON REQUEST

BISBAL, ZAIDA
ADDRESS AVAILABLE UPON REQUEST

BISBEE, LEAH
ADDRESS AVAILABLE UPON REQUEST

BISBERG, LOREN
ADDRESS AVAILABLE UPON REQUEST

BISCARDI, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BISCARDI, JULES
ADDRESS AVAILABLE UPON REQUEST

BISCEGLIA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BISCEGLIE, VINCENZA
ADDRESS AVAILABLE UPON REQUEST

BISCH, REGAN
ADDRESS AVAILABLE UPON REQUEST

BISCHEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BISCHOF, BLAIR
ADDRESS AVAILABLE UPON REQUEST

BISCHOFF, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BISCHOFF, EMMA
ADDRESS AVAILABLE UPON REQUEST

BISCI, KATIE
ADDRESS AVAILABLE UPON REQUEST

BISCOGLIA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BISEK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BISENIUS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BISESI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BISGROVE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BISHEL, ALISSA
ADDRESS AVAILABLE UPON REQUEST

BISHER, GAIL
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ABBY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ALECIA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ALLEN
ADDRESS AVAILABLE UPON REQUEST

BISHOP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, AMY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ARICA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, BECCA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BISHOP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

BISHOP, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, DARLENE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, DEBBY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, DON
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BISHOP, EMILY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, ERIC
ADDRESS AVAILABLE UPON REQUEST

BISHOP, GRACE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JAN
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JENI
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JIM
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JOHN
ADDRESS AVAILABLE UPON REQUEST

BISHOP, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KATIE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KENSLEY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KIM
ADDRESS AVAILABLE UPON REQUEST

BISHOP, KYLE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, LYNN
ADDRESS AVAILABLE UPON REQUEST

BISHOP, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

BISHOP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BISHOP, MISTY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, PASCALE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, SARAH
ADDRESS AVAILABLE UPON REQUEST

BISHOP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BISHOP, TESS
ADDRESS AVAILABLE UPON REQUEST

BISHOP, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BISHOP, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BISHOP, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BISHTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BISHWAJEET PAUL
ADDRESS AVAILABLE UPON REQUEST

BISIG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BISIGNANO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BISIRRI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

BISK, LEONARD
ADDRESS AVAILABLE UPON REQUEST

BISMUTH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BISNETTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BISOGNI, GINA
ADDRESS AVAILABLE UPON REQUEST

BISON, KARI
ADDRESS AVAILABLE UPON REQUEST

BISONO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BISONO, MARIA
ADDRESS AVAILABLE UPON REQUEST

BISS, MARY
ADDRESS AVAILABLE UPON REQUEST

BISS, MEG
ADDRESS AVAILABLE UPON REQUEST

BISSEL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BISSELL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BISSET, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BISSING, PAM
ADDRESS AVAILABLE UPON REQUEST

BISSO, EMILY
ADDRESS AVAILABLE UPON REQUEST

BISSON, RIAN
ADDRESS AVAILABLE UPON REQUEST

BISSON, STEPHAN
ADDRESS AVAILABLE UPON REQUEST

BISSON, WELCOME
ADDRESS AVAILABLE UPON REQUEST

BISSONNETTE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BISSOO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BISTLINE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BISTOURY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BISTRANIN, SONJA
ADDRESS AVAILABLE UPON REQUEST

BISTRO BARBES
ADDRESS UNAVAILABLE AT TIME OF FILING

BISTROMOWITZ, REGINA
ADDRESS AVAILABLE UPON REQUEST

BISWESE, TRACI
ADDRESS AVAILABLE UPON REQUEST

BITANA, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

BITAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

BITAT, LEAH
ADDRESS AVAILABLE UPON REQUEST

BITE CATERING COUTURE, LLC
3380 S. ROBERTSON BLVD.
LOS ANGELES, CA 90034

BITE, MARISA
ADDRESS AVAILABLE UPON REQUEST

BITIUM.COM
2448 MAIN STREET
SANTA MONICA, CA 90405

BITLY INC.
139 5TH AVE, FLOOR 5
NEW YORK, NY 10010

BITNER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BITNER, JODI
ADDRESS AVAILABLE UPON REQUEST

BITONTI, MADISON
ADDRESS AVAILABLE UPON REQUEST

BITTENBENDER, AMY
ADDRESS AVAILABLE UPON REQUEST

BITTENBENDER, AMY
ADDRESS AVAILABLE UPON REQUEST

BITTER, DIANA
ADDRESS AVAILABLE UPON REQUEST

BITTER, PEG
ADDRESS AVAILABLE UPON REQUEST

BITTERMAN, LEONARD
ADDRESS AVAILABLE UPON REQUEST

BITTICK, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BITTING, DONNA
ADDRESS AVAILABLE UPON REQUEST

BITTING, ERIN
ADDRESS AVAILABLE UPON REQUEST

BITTING, NEIL
ADDRESS AVAILABLE UPON REQUEST

BITTINGER, SHAIN
ADDRESS AVAILABLE UPON REQUEST

BITTNER, ANA MARIE
ADDRESS AVAILABLE UPON REQUEST

BITTNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BITTNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BITTNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BITTNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BITTNER, PAM
ADDRESS AVAILABLE UPON REQUEST

BITTNER, RYAN
ADDRESS AVAILABLE UPON REQUEST

BITTO, ANNE
ADDRESS AVAILABLE UPON REQUEST

BITTO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BITTROLFF, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BITZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BITZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BITZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BITZAS, PETER
ADDRESS AVAILABLE UPON REQUEST

BIVIANO, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BIVIN, AMA
ADDRESS AVAILABLE UPON REQUEST

BIVINS, COREY
ADDRESS AVAILABLE UPON REQUEST

BIVINS, TOTIANA
ADDRESS AVAILABLE UPON REQUEST

BIWER, JASON
ADDRESS AVAILABLE UPON REQUEST

BIXBY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BIXBY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BIXBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

BIXBY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BIXBY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BIXBY, TERESA
ADDRESS AVAILABLE UPON REQUEST

BIXEL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BIXLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BIXLER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BIXLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BIZANEK, MAXIMILIAN
ADDRESS AVAILABLE UPON REQUEST

BIZEAU, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BIZIEN, CELIA
ADDRESS AVAILABLE UPON REQUEST

BIZZARI, AXEL
ADDRESS AVAILABLE UPON REQUEST

BIZZELL, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BIZZELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

BIZZLE, KIA
ADDRESS AVAILABLE UPON REQUEST

BIZZOZERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BJ WHOLESALE
ADDRESS UNAVAILABLE AT TIME OF FILING

BJERKE, JORDYN
ADDRESS AVAILABLE UPON REQUEST

BJERKLIE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BJERKNESS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BJORK, JEAN
ADDRESS AVAILABLE UPON REQUEST

BJORK, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BJORLIN, DANI
ADDRESS AVAILABLE UPON REQUEST

BJORNAAS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BJORNNES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BJORNRUD, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BJORNSON, HILARY
ADDRESS AVAILABLE UPON REQUEST

BJS
ADDRESS UNAVAILABLE AT TIME OF FILING

BK OF AMERICA/GWIM TST OPER (0955)
ATTN CORPORATE ACTIONS MANAGER
901 MAIN ST
12TH FL
DALLAS, TX  75202

BK OF AMERICA/LASALLE BK NA (2251)
ATTN VINCENZO RUOCCO / PROXY DEPT
222 BRDWAY
11TH FL
NEW YORK, NY  10038

BLAASE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLABAC, KERRI L
ADDRESS AVAILABLE UPON REQUEST

BLACHARCZYK, TAMELA
ADDRESS AVAILABLE UPON REQUEST

BLACK GIRL IN OM LLC
8035 BOULDER RIDGE ROAD
WOODBURY, MN  55125

BLACK KURP, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BLACK RIDGE VINEYARDS
18570 BLACK ROAS
LOS GATOS, CA  95033

BLACK SHEEP FINDS
ADDRESS UNAVAILABLE AT TIME OF FILING

BLACK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BLACK, ALISON
ADDRESS AVAILABLE UPON REQUEST

BLACK, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLACK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLACK, AMY
ADDRESS AVAILABLE UPON REQUEST

BLACK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BLACK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BLACK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BLACK, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BLACK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BLACK, AUTUM
ADDRESS AVAILABLE UPON REQUEST

BLACK, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BLACK, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

BLACK, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BLACK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, CHARLEY
ADDRESS AVAILABLE UPON REQUEST

BLACK, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BLACK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BLACK, ELISE
ADDRESS AVAILABLE UPON REQUEST

BLACK, ERIC
ADDRESS AVAILABLE UPON REQUEST

BLACK, ERIN
ADDRESS AVAILABLE UPON REQUEST

BLACK, ETHEL
ADDRESS AVAILABLE UPON REQUEST

BLACK, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BLACK, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

BLACK, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

BLACK, JAKE
ADDRESS AVAILABLE UPON REQUEST

BLACK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, JEFF
ADDRESS AVAILABLE UPON REQUEST

BLACK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLACK, JEROME
ADDRESS AVAILABLE UPON REQUEST

BLACK, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BLACK, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BLACK, KARA
ADDRESS AVAILABLE UPON REQUEST

BLACK, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, KENNY
ADDRESS AVAILABLE UPON REQUEST

BLACK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BLACK, KIM
ADDRESS AVAILABLE UPON REQUEST

BLACK, KIM
ADDRESS AVAILABLE UPON REQUEST

BLACK, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BLACK, LAFAYETTE
ADDRESS AVAILABLE UPON REQUEST

BLACK, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLACK, LILY
ADDRESS AVAILABLE UPON REQUEST

BLACK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BLACK, MARAIKY
ADDRESS AVAILABLE UPON REQUEST

BLACK, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

BLACK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BLACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BLACK, MILLIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BLACK, NICHAE
ADDRESS AVAILABLE UPON REQUEST

BLACK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLACK, PETER
ADDRESS AVAILABLE UPON REQUEST

BLACK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BLACK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BLACK, RILEY
ADDRESS AVAILABLE UPON REQUEST

BLACK, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BLACK, RYAN
ADDRESS AVAILABLE UPON REQUEST

BLACK, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLACK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BLACK, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BLACK, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

BLACK, TERI
ADDRESS AVAILABLE UPON REQUEST

BLACK, TIM
ADDRESS AVAILABLE UPON REQUEST

BLACK, TYLER
ADDRESS AVAILABLE UPON REQUEST

BLACKALLER, OSVALDO
ADDRESS AVAILABLE UPON REQUEST

BLACKBEARDS CRAFTS
1820 SAWTELLE BLVD
LOS ANGELES, CA  90025

BLACKBIRD, ASHLEEN
ADDRESS AVAILABLE UPON REQUEST

BLACKBOARD EATS, LLC
2554 LINCOLN BLVD.,  352
VENICE, CA  90291

BLACKBURB, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, AARIONA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, BRETT
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, CARLA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, DANA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, DIANA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, KATE
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, MARLA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, TROY
ADDRESS AVAILABLE UPON REQUEST

BLACKBURN, VINT
ADDRESS AVAILABLE UPON REQUEST

BLACKER, APRIL
ADDRESS AVAILABLE UPON REQUEST

BLACKER, JOAN
ADDRESS AVAILABLE UPON REQUEST

BLACKER, LEANNE
ADDRESS AVAILABLE UPON REQUEST

BLACKETER, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BLACKFORD, KYLENE
ADDRESS AVAILABLE UPON REQUEST

BLACKFORD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BLACKHAWK NETWORK INC.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588

BLACKIE, KIM
ADDRESS AVAILABLE UPON REQUEST

BLACKISTONE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BLACKLEDGE, KERRI
ADDRESS AVAILABLE UPON REQUEST

BLACKLEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BLACKLEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, KYNDRA
ADDRESS AVAILABLE UPON REQUEST

BLACKMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BLACKMER, ESTHER
ADDRESS AVAILABLE UPON REQUEST

BLACKMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLACKMON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BLACKMON, CHAPARIS
ADDRESS AVAILABLE UPON REQUEST

BLACKMON, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

BLACKMON, MARTIE
ADDRESS AVAILABLE UPON REQUEST

BLACKMORE, TYLER
ADDRESS AVAILABLE UPON REQUEST

BLACKSHAW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BLACKSHEAR, ILLIANA
ADDRESS AVAILABLE UPON REQUEST

BLACKSTEN, HALLE
ADDRESS AVAILABLE UPON REQUEST

BLACKSTOCK, RALEY
ADDRESS AVAILABLE UPON REQUEST

BLACKSTOCK, KISHA
ADDRESS AVAILABLE UPON REQUEST

BLACKSTONE, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

BLACKSTONE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BLACKSTONE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BLACKSTONE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BLACKWELDER, EVAN
ADDRESS AVAILABLE UPON REQUEST

BLACKWELDER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, AVRIE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, BONITA
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, CAELYNNE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, LOUISE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, MARYLEE
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, MINDY
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, TERI
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, VONDA
ADDRESS AVAILABLE UPON REQUEST

BLACKWELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, ALEYNA
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, AMBER
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, CANDACE
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLACKWOOD-BLOOM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BLACUTT, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

BLAD, DIANA
ADDRESS AVAILABLE UPON REQUEST

BLADA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BLADES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLADES, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BLADES, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BLADES, LARRY
ADDRESS AVAILABLE UPON REQUEST

BLADES, REGINA
ADDRESS AVAILABLE UPON REQUEST

BLADON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BLAEMIRE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BLAES, ALISHA
ADDRESS AVAILABLE UPON REQUEST

BLAEUL WALKER, EXODUS
ADDRESS AVAILABLE UPON REQUEST

BLAGG, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BLAHA, ERIN
ADDRESS AVAILABLE UPON REQUEST

BLAHNIK, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLAHO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BLAINE, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BLAINE, SETH
ADDRESS AVAILABLE UPON REQUEST

BLAINEDAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLAIR COOLEY
ADDRESS AVAILABLE UPON REQUEST

BLAIR ELIZABETH MORTON
ADDRESS AVAILABLE UPON REQUEST

BLAIR WISDOM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, AMY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CARISSA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CAROL
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CAROL
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CHANCE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BLAIR, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, COLIN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BLAIR, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLAIR, DEVONA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, DINA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BLAIR, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, ISABEL
ADDRESS AVAILABLE UPON REQUEST

BLAIR, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, JANET
ADDRESS AVAILABLE UPON REQUEST

BLAIR, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLAIR, JEROLD
ADDRESS AVAILABLE UPON REQUEST

BLAIR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, KERI
ADDRESS AVAILABLE UPON REQUEST

BLAIR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BLAIR, LESHA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, LISA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, MARIA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, MARY
ADDRESS AVAILABLE UPON REQUEST

BLAIR, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BLAIR, PAULA S
ADDRESS AVAILABLE UPON REQUEST

BLAIR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BLAIR, SARA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BLAIR, SHANICE
ADDRESS AVAILABLE UPON REQUEST

BLAIR, SHARON
ADDRESS AVAILABLE UPON REQUEST

BLAIR, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BLAIR, STACI
ADDRESS AVAILABLE UPON REQUEST

BLAIR-WATSON, LAKEISHA
ADDRESS AVAILABLE UPON REQUEST

BLAIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

BLAIS, ELANIE
ADDRESS AVAILABLE UPON REQUEST

BLAIS, MARY
ADDRESS AVAILABLE UPON REQUEST

BLAIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BLAIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLAISDELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

BLAISE AGUIRRE
ADDRESS AVAILABLE UPON REQUEST

BLAISE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BLAIZE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BLAIZE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BLAKE APPLEGATE
ADDRESS AVAILABLE UPON REQUEST

BLAKE J EASTAMN
ADDRESS AVAILABLE UPON REQUEST

BLAKE KEATS
ADDRESS AVAILABLE UPON REQUEST

BLAKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

BLAKE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BLAKE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CANDICE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CASEY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CATRINA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BLAKE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BLAKE, DAWN
ADDRESS AVAILABLE UPON REQUEST

BLAKE, DREW
ADDRESS AVAILABLE UPON REQUEST

BLAKE, HALCYON
ADDRESS AVAILABLE UPON REQUEST

BLAKE, HUNTER
ADDRESS AVAILABLE UPON REQUEST

BLAKE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BLAKE, KATHY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, LENKA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BLAKE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BLAKE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, NATEYANA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, NIKKIA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BLAKE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BLAKE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLAKE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BLAKE, VALERIA
ADDRESS AVAILABLE UPON REQUEST

BLAKE, ZENOBIA
ADDRESS AVAILABLE UPON REQUEST

BLAKE-LEIBOWITZ, CROSBY
ADDRESS AVAILABLE UPON REQUEST

BLAKELEY, TARAH
ADDRESS AVAILABLE UPON REQUEST

BLAKELY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BLAKELY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLAKELY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BLAKELY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

BLAKELY, LEXSEAS
ADDRESS AVAILABLE UPON REQUEST

BLAKEMAN, ALAHNA
ADDRESS AVAILABLE UPON REQUEST

BLAKEMAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BLAKEMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BLAKEMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, ADAM
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, DIANA
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, TJ
ADDRESS AVAILABLE UPON REQUEST

BLAKEMORE, TRISHA
ADDRESS AVAILABLE UPON REQUEST

BLAKENEY, MIKYLA
ADDRESS AVAILABLE UPON REQUEST

BLAKENEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLAKE-ROBINSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

BLAKESLEE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BLAKEY, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

BLAKEY, MARY
ADDRESS AVAILABLE UPON REQUEST

BLAKEY, MERRITT
ADDRESS AVAILABLE UPON REQUEST

BLAKLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

BLAKNEY, ABDUL
ADDRESS AVAILABLE UPON REQUEST

BLAKSLEE, DIANNE
ADDRESS AVAILABLE UPON REQUEST

BLALOCK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BLALOCK, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

BLALOCK, PAUL
ADDRESS AVAILABLE UPON REQUEST

BLANC, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLANC, RYAN
ADDRESS AVAILABLE UPON REQUEST

BLANCA ESTELA RAMIREZ SANCHEZ
ADDRESS AVAILABLE UPON REQUEST

BLANCERO, BETZY
ADDRESS AVAILABLE UPON REQUEST

BLANCET, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BLANCETT, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BLANCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLANCH, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BLANCH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, ARYANA
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, AURORA
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, BILL AND BECKY
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, KARA
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, KARLEE
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, KERBY
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, KYLA
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, MARLENE
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, SANDY
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLANCHARD, SUNDI
ADDRESS AVAILABLE UPON REQUEST

BLANCHE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BLANCHETTE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BLANCHETTE, LINDA
ADDRESS AVAILABLE UPON REQUEST

BLANCHETTE, MARCY
ADDRESS AVAILABLE UPON REQUEST

BLANCHETTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BLANCHETTE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLANCHFIELD, ELIE
ADDRESS AVAILABLE UPON REQUEST

BLANCK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BLANCK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BLANCO, ALEC
ADDRESS AVAILABLE UPON REQUEST

BLANCO, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

BLANCO, CLO
ADDRESS AVAILABLE UPON REQUEST

BLANCO, FAITH
ADDRESS AVAILABLE UPON REQUEST

BLANCO, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BLANCO, GENESIS
ADDRESS AVAILABLE UPON REQUEST

BLANCO, LEDY
ADDRESS AVAILABLE UPON REQUEST

BLANCO, MAKENA
ADDRESS AVAILABLE UPON REQUEST

BLANCO, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

BLANCO, MARK
ADDRESS AVAILABLE UPON REQUEST

BLANCO, MONICA
ADDRESS AVAILABLE UPON REQUEST

BLANCO, NADINE
ADDRESS AVAILABLE UPON REQUEST

BLANCO, OBED
ADDRESS AVAILABLE UPON REQUEST

BLANCO, RAILY
ADDRESS AVAILABLE UPON REQUEST

BLANCO, RAILY
ADDRESS AVAILABLE UPON REQUEST

BLANCO, REGGIE
ADDRESS AVAILABLE UPON REQUEST

BLANCO, TINEA
ADDRESS AVAILABLE UPON REQUEST

BLANCO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BLANCO, XENIA
ADDRESS AVAILABLE UPON REQUEST

BLAND, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BLAND, ERICA
ADDRESS AVAILABLE UPON REQUEST

BLAND, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BLAND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BLAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BLAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BLAND, SHARI
ADDRESS AVAILABLE UPON REQUEST

BLANDI, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BLANDIN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BLANDING, JONTAI
ADDRESS AVAILABLE UPON REQUEST

BLANEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BLANEY, JIM
ADDRESS AVAILABLE UPON REQUEST

BLANEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

BLANFORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLANK, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

BLANK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BLANK, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BLANK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BLANK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLANK, JOAN
ADDRESS AVAILABLE UPON REQUEST

BLANK, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BLANK, LANA
ADDRESS AVAILABLE UPON REQUEST

BLANK, MACKINZI
ADDRESS AVAILABLE UPON REQUEST

BLANK, MALINDA
ADDRESS AVAILABLE UPON REQUEST

BLANK, SARA
ADDRESS AVAILABLE UPON REQUEST

BLANK, SARA
ADDRESS AVAILABLE UPON REQUEST

BLANK, TERI
ADDRESS AVAILABLE UPON REQUEST

BLANK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BLANKENHORN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BLANKENHORN, KIM
ADDRESS AVAILABLE UPON REQUEST

BLANKENHORN, KIM
ADDRESS AVAILABLE UPON REQUEST

BLANKENHORN, SARA
ADDRESS AVAILABLE UPON REQUEST

BLANKENHSIP, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, ED
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, ERIN
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, HAROLD
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, HELEN
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, KIM
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, RICH
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, SAMMI
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, TOM
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BLANKENSHIP1, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BLANKERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BLANKMANN-ALEXANDER, DONNA
ADDRESS AVAILABLE UPON REQUEST

BLANKS, KAREN
ADDRESS AVAILABLE UPON REQUEST

BLANKS, RHEA
ADDRESS AVAILABLE UPON REQUEST

BLANKSON-WOOD, ADWOA
ADDRESS AVAILABLE UPON REQUEST

BLANTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BLANTON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

BLANTON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BLANTON, DONICE
ADDRESS AVAILABLE UPON REQUEST

BLANTON, DONNA
ADDRESS AVAILABLE UPON REQUEST

BLANTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLANTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BLANTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

BLANTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BLANTON, MACEY
ADDRESS AVAILABLE UPON REQUEST

BLANTON, NAJAT
ADDRESS AVAILABLE UPON REQUEST

BLANTON, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BLANTON, SARA
ADDRESS AVAILABLE UPON REQUEST

BLANZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BLANZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

BLARDONY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BLAS, ANDRES
ADDRESS AVAILABLE UPON REQUEST

BLAS, ANGELO
ADDRESS AVAILABLE UPON REQUEST

BLAS, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BLASCHAK, JOAN E
ADDRESS AVAILABLE UPON REQUEST

BLASER, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

BLASI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLASINGAME, SARA
ADDRESS AVAILABLE UPON REQUEST

BLASKY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BLASLAND, JIMMY
ADDRESS AVAILABLE UPON REQUEST

BLASO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BLASS, JOHN
ADDRESS AVAILABLE UPON REQUEST

BLASSINGAME, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BLASSINGILLE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BLASZCZYK, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BLASZCZYK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLATCHFORD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLATHERWICK, HILLARY
ADDRESS AVAILABLE UPON REQUEST

BLATNICK, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLATNIK, BILL
ADDRESS AVAILABLE UPON REQUEST

BLATT, BERNICE
ADDRESS AVAILABLE UPON REQUEST

BLATT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BLATT, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLATT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BLATTEIS, DARA
ADDRESS AVAILABLE UPON REQUEST

BLATTNER, FALLON
ADDRESS AVAILABLE UPON REQUEST

BLATTNER, KATE
ADDRESS AVAILABLE UPON REQUEST

BLATTNER, VICKIE
ADDRESS AVAILABLE UPON REQUEST

BLATZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BLATZ, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BLAU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLAU, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BLAU, LINDA
ADDRESS AVAILABLE UPON REQUEST

BLAUKOPF, JULIA
ADDRESS AVAILABLE UPON REQUEST

BLAUM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BLAUSEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BLAUTH, ALEX
ADDRESS AVAILABLE UPON REQUEST

BLAUTH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BLAUVELT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BLAUWKAMP, KEN
ADDRESS AVAILABLE UPON REQUEST

BLAVAT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BLAY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BLAYLOCK, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLAYLOCK, PAM
ADDRESS AVAILABLE UPON REQUEST

BLAZE, DARRYL
ADDRESS AVAILABLE UPON REQUEST

BLAZEK, HALEY
ADDRESS AVAILABLE UPON REQUEST

BLAZEK, MK
ADDRESS AVAILABLE UPON REQUEST

BLAZEK, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BLAZER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLAZER, RYAN
ADDRESS AVAILABLE UPON REQUEST

BLAZER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BLAZUSIAK, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLECHA, KERRY
ADDRESS AVAILABLE UPON REQUEST

BLECHER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BLECHER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BLEDSOE, CELINE
ADDRESS AVAILABLE UPON REQUEST

BLEDSOE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BLEDSOE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BLEDSOE, MONICA
ADDRESS AVAILABLE UPON REQUEST

BLEDSOE, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BLEECKER, CORI
ADDRESS AVAILABLE UPON REQUEST

BLEGEN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BLEICH, MARYA
ADDRESS AVAILABLE UPON REQUEST

BLEILE, JASON
ADDRESS AVAILABLE UPON REQUEST

BLEJEC, SIMONE
ADDRESS AVAILABLE UPON REQUEST

BLEKHTER, ELENA
ADDRESS AVAILABLE UPON REQUEST

BLEKKENK, PARKER
ADDRESS AVAILABLE UPON REQUEST

BLENDED WAXES, INC.
1512 S. MAIN STREET
OSHKOSH, WI  54902

BLENDER, MARK
ADDRESS AVAILABLE UPON REQUEST

BLENDER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BLENNAU, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BLESENER, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

BLESI, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BLESOFF, DORIE
ADDRESS AVAILABLE UPON REQUEST

BLESSING STRATEGIES LLC
ADDRESS AVAILABLE UPON REQUEST

BLESSING, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BLESSING, KELLY
ADDRESS AVAILABLE UPON REQUEST

BLESSING, KYLE
ADDRESS AVAILABLE UPON REQUEST

BLESSING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BLESSING, SANDI
ADDRESS AVAILABLE UPON REQUEST

BLESSINGER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BLESSNER, NORA
ADDRESS AVAILABLE UPON REQUEST

BLETCHER, JUDY
ADDRESS AVAILABLE UPON REQUEST

BLETHEN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BLEVENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, JOSH
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, MR. & MRS. TONY
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, NICKI
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, RON
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, TANYA
ADDRESS AVAILABLE UPON REQUEST

BLEVINS, TONY
ADDRESS AVAILABLE UPON REQUEST

BLEVINS-SMITH, JEAN S.
ADDRESS AVAILABLE UPON REQUEST

BLEW, ANITA
ADDRESS AVAILABLE UPON REQUEST

BLEWETT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BLEWITT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLEY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

BLICE, LISA
ADDRESS AVAILABLE UPON REQUEST

BLICKENSTAFF, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BLICKHAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BLIDARU, ALEXANDRU
ADDRESS AVAILABLE UPON REQUEST

BLIDARU, ALEXANDRU
ADDRESS AVAILABLE UPON REQUEST

BLIEDEN, JAKE
ADDRESS AVAILABLE UPON REQUEST

BLIGH, DONNA
ADDRESS AVAILABLE UPON REQUEST

BLIGH, JULIA
ADDRESS AVAILABLE UPON REQUEST

BLIND FERRET ENTERTAINMENT INC.
2308 32E AVENUE
MONTREAL, QC  H8T 3H4
CANADA

BLIND FERRET ENTERTAINMENT INC.
5000 JEAN TALON QUEST SUITE 260
MONTREAL, QC  H49 1W9
CANADA

BLIND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BLINDAUER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BLINDT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BLINN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLINN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BLINN, PAUL
ADDRESS AVAILABLE UPON REQUEST

BLINN, RITA
ADDRESS AVAILABLE UPON REQUEST

BLINOVA, YANA
ADDRESS AVAILABLE UPON REQUEST

BLINSTRUP, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BLINT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLISARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BLISS POINT MEDIA, INC.
233 WILSHIRE BLVD, STE 720
SANTA MONICA, CA  90401

BLISS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLISS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLISS, FAITH
ADDRESS AVAILABLE UPON REQUEST

BLISS, JEFF
ADDRESS AVAILABLE UPON REQUEST

BLISS, JENNY
ADDRESS AVAILABLE UPON REQUEST

BLISS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BLISS, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BLISS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLITCH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BLITCHINGTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BLITMAN, JASON
ADDRESS AVAILABLE UPON REQUEST

BLITZ, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

BLITZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

BLITZBLAU, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BLITZER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLITZSTEIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BLIXT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BLIZZARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BLIZZARD, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BLIZZARD, HALEY
ADDRESS AVAILABLE UPON REQUEST

BLIZZARD, PAM
ADDRESS AVAILABLE UPON REQUEST

BLOCH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BLOCH, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BLOCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLOCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

BLOCH, LAUREL
ADDRESS AVAILABLE UPON REQUEST

BLOCH, RALPH
ADDRESS AVAILABLE UPON REQUEST

BLOCH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BLOCHO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BLOCK PARTY
5052 YORK BLVD
LOS ANGELES, CA  90042

BLOCK, AMY
ADDRESS AVAILABLE UPON REQUEST

BLOCK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLOCK, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BLOCK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BLOCK, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

BLOCK, EBONEE
ADDRESS AVAILABLE UPON REQUEST

BLOCK, EBONEE
ADDRESS AVAILABLE UPON REQUEST

BLOCK, ILYSSA
ADDRESS AVAILABLE UPON REQUEST

BLOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLOCK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BLOCK, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BLOCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BLOCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BLOCK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BLOCK, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BLOCK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BLOCK, ZAKARY
ADDRESS AVAILABLE UPON REQUEST

BLOCKSOM, CARLA
ADDRESS AVAILABLE UPON REQUEST

BLOCKUS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BLODGETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLODGETT, KENSIE
ADDRESS AVAILABLE UPON REQUEST

BLODGETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BLODGETT, PEYTON
ADDRESS AVAILABLE UPON REQUEST

BLODGETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLOEDORN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BLOGIST
357 COMMERCIAL ST, APT 320
BOSTON, MA  02109

BLOM, DIANA
ADDRESS AVAILABLE UPON REQUEST

BLOM, ELISSA
ADDRESS AVAILABLE UPON REQUEST

BLOM, GERARD
ADDRESS AVAILABLE UPON REQUEST

BLOM, KENNITH
ADDRESS AVAILABLE UPON REQUEST

BLOM, LARA
ADDRESS AVAILABLE UPON REQUEST

BLOM, MARC
ADDRESS AVAILABLE UPON REQUEST

BLOM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BLOMBERG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BLOMBERG, GUY
ADDRESS AVAILABLE UPON REQUEST

BLOMBERG, MISSY
ADDRESS AVAILABLE UPON REQUEST

BLOMBERG, SANGITA
ADDRESS AVAILABLE UPON REQUEST

BLOME, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLOMEKE, KEARSTON
ADDRESS AVAILABLE UPON REQUEST

BLOMMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLOMQUIST, KATIE
ADDRESS AVAILABLE UPON REQUEST

BLOMQUIST, TRACY
ADDRESS AVAILABLE UPON REQUEST

BLOMQUIST, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BLOMSNESS, LINDA
ADDRESS AVAILABLE UPON REQUEST

BLOMSTEDT, KENDRA
ADDRESS AVAILABLE UPON REQUEST

BLON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BLONDER, DORIA
ADDRESS AVAILABLE UPON REQUEST

BLONDET, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BLONDIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BLONKSY, JULIE
ADDRESS AVAILABLE UPON REQUEST

BLOOD, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BLOOD, MANDY
ADDRESS AVAILABLE UPON REQUEST

BLOOD, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

BLOOD, TROY
ADDRESS AVAILABLE UPON REQUEST

BLOODGOOD, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BLOODGOOD, MARISA
ADDRESS AVAILABLE UPON REQUEST

BLOODGOOD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BLOODGOOD, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLOODWORTH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

BLOODWORTH, NOEL
ADDRESS AVAILABLE UPON REQUEST

BLOOM, APRIL
ADDRESS AVAILABLE UPON REQUEST

BLOOM, AUDRA
ADDRESS AVAILABLE UPON REQUEST

BLOOM, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BLOOM, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BLOOM, EDEN
ADDRESS AVAILABLE UPON REQUEST

BLOOM, JANE
ADDRESS AVAILABLE UPON REQUEST

BLOOM, JENNY
ADDRESS AVAILABLE UPON REQUEST

BLOOM, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BLOOM, JULIE
ADDRESS AVAILABLE UPON REQUEST

BLOOM, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BLOOM, LARRY
ADDRESS AVAILABLE UPON REQUEST

BLOOM, MAYA
ADDRESS AVAILABLE UPON REQUEST

BLOOM, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BLOOM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BLOOM, SABINA
ADDRESS AVAILABLE UPON REQUEST

BLOOM, TADD
ADDRESS AVAILABLE UPON REQUEST

BLOOM, TYLER
ADDRESS AVAILABLE UPON REQUEST

BLOOMER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BLOOMER, MICAELA
ADDRESS AVAILABLE UPON REQUEST

BLOOMFIELD, AARON
ADDRESS AVAILABLE UPON REQUEST

BLOOMFIELD, AMY
ADDRESS AVAILABLE UPON REQUEST

BLOOMFIELD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

BLOOMINGDALES
ADDRESS UNAVAILABLE AT TIME OF FILING

BLOOMSPOT, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

BLOOMSTONE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BLOOMX VENTURES LLC
ADDRESS AVAILABLE UPON REQUEST

BLOORE, NANCY
ADDRESS AVAILABLE UPON REQUEST

BLORE, PAUL
ADDRESS AVAILABLE UPON REQUEST

BLOSCH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BLOSE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BLOSS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLOSS, KARISSA
ADDRESS AVAILABLE UPON REQUEST

BLOSSER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLOSSER, KAIA
ADDRESS AVAILABLE UPON REQUEST

BLOSSER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM TOUSSAINT
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM, ANNE
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BLOSSOM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLOTZER-MILLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLOUCH, ERICA
ADDRESS AVAILABLE UPON REQUEST

BLOUIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, STEFEN
ADDRESS AVAILABLE UPON REQUEST

BLOUNT, TONI
ADDRESS AVAILABLE UPON REQUEST

BLOWARS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BLOWE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BLOWER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BLOWERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLOXSOM, WENDIE
ADDRESS AVAILABLE UPON REQUEST

BLU DOT DESIGN
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUBAUGH, DEVYN
ADDRESS AVAILABLE UPON REQUEST

BLUCHER, BRITTA
ADDRESS AVAILABLE UPON REQUEST

BLUDAU, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLUDAU, RANDI
ADDRESS AVAILABLE UPON REQUEST

BLUE APRON
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE BOTTLE COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE COTTON.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE JEANS NETWORK
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE MORPHO PSP
ADDRESS AVAILABLE UPON REQUEST

BLUE RIBBON SUSHI
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE SPACE CO
153 BAYARD STREET
BROOKLYN, NY  11222

BLUE SPACE CO
5109 SE CORA ST
PORTLAND, OR  97206

BLUE STAR DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

BLUE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BLUE, EDWINA
ADDRESS AVAILABLE UPON REQUEST

BLUE, GEROD
ADDRESS AVAILABLE UPON REQUEST

BLUE, KENN
ADDRESS AVAILABLE UPON REQUEST

BLUE, LINDA
ADDRESS AVAILABLE UPON REQUEST

BLUE, LORI
ADDRESS AVAILABLE UPON REQUEST

BLUE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BLUE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BLUE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BLUE, SARA
ADDRESS AVAILABLE UPON REQUEST

BLUE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BLUE-GRACE LOGISTICS LLC
2846 S. FALKENBURG RD
RIVERVIEW, FL  33578

BLUES KENYON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLUESTEIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BLUESTONE, KATHY
ADDRESS AVAILABLE UPON REQUEST

BLUESTONE, MARCIE
ADDRESS AVAILABLE UPON REQUEST

BLUHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BLUHM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLUITT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BLUJ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BLUKHER, MARIE
ADDRESS AVAILABLE UPON REQUEST

BLUM, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BLUM, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BLUM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BLUM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BLUM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BLUM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BLUMBERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLUMBERG, NINA
ADDRESS AVAILABLE UPON REQUEST

BLUME, KAILEE
ADDRESS AVAILABLE UPON REQUEST

BLUME, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BLUME, PETER
ADDRESS AVAILABLE UPON REQUEST

BLUME, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BLUME, SARAH
ADDRESS AVAILABLE UPON REQUEST

BLUMENBERG, LEIGH
ADDRESS AVAILABLE UPON REQUEST

BLUMENSCHEIN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BLUMENSHINE, JULIA
ADDRESS AVAILABLE UPON REQUEST

BLUMENSTEIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

BLUMENTHAL, AMY
ADDRESS AVAILABLE UPON REQUEST

BLUMENTHAL, DREW
ADDRESS AVAILABLE UPON REQUEST

BLUMENTHAL, JUDY
ADDRESS AVAILABLE UPON REQUEST

BLUMENTHAL, RAYNE
ADDRESS AVAILABLE UPON REQUEST

BLUMENTHAL, SARA
ADDRESS AVAILABLE UPON REQUEST

BLUMENTRITT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BLUMER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BLUMERIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BLUMEYER, CARTER
ADDRESS AVAILABLE UPON REQUEST

BLUMEYER, KURT
ADDRESS AVAILABLE UPON REQUEST

BLUMKA, MILLIE
ADDRESS AVAILABLE UPON REQUEST

BLUMREITER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BLUMROSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BLUMSACK, KAREN
ADDRESS AVAILABLE UPON REQUEST

BLUNCK, RYAN
ADDRESS AVAILABLE UPON REQUEST

BLUNDO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BLUNT, DAVID
ADDRESS AVAILABLE UPON REQUEST

BLUNT, DORSEY
ADDRESS AVAILABLE UPON REQUEST

BLUNT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BLUNT, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BLUTE, BOB
ADDRESS AVAILABLE UPON REQUEST

BLUTH, EMILY
ADDRESS AVAILABLE UPON REQUEST

BLUTH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BLUTH, MINDY
ADDRESS AVAILABLE UPON REQUEST

BLYER, TIM
ADDRESS AVAILABLE UPON REQUEST

BLYSTONE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BLYTHE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BLYTHE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BLYUMIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BMD FINANCIAL PARTNERS INC
ADDRESS AVAILABLE UPON REQUEST

BMO NESBITT BURNS INC. /CDS (5043)
ATTN PHUTHORN PENIKETT
250 YONGE ST., 14TH FL
TORONTO, ON M5B 2M8
CANADA

BNP/CUST (2147/ 2787)
ATTN PROXY DEPT
525 WASHINGTON BLVD
9TH FL
JERSEY CITY, NJ 07310

BO KHAMSIN, NOURA
ADDRESS AVAILABLE UPON REQUEST

BO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BOADI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BOAGS, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOAK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOAKAI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BOALT, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

BOAM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOARD OF EQUALIZATION SPECIAL TAXES
AND FEES
P.O. BOX 942879
SACRAMENTO, CA 94279-6081

BOARD, TEXANNA
ADDRESS AVAILABLE UPON REQUEST

BOARDMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOARDMAN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BOARDMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOARDMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOARDWALK
ADDRESS UNAVAILABLE AT TIME OF FILING

BOAS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BOASBERG, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BOASORTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOAST, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOAST, KYLA
ADDRESS AVAILABLE UPON REQUEST

BOATMAN, JANA
ADDRESS AVAILABLE UPON REQUEST

BOATMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BOATNER, KARREN
ADDRESS AVAILABLE UPON REQUEST

BOATRIGHT, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOATRIGHT, KASEY
ADDRESS AVAILABLE UPON REQUEST

BOATWRIGHT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOATWRIGHT, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

BOATWRIGHT, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

BOAZ, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

BOB S WELL BREAD
ADDRESS AVAILABLE UPON REQUEST

BOB, BERT
ADDRESS AVAILABLE UPON REQUEST

BOB, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BOBADILLA, GRISELDA
ADDRESS AVAILABLE UPON REQUEST

BOBADILLA, PAOLA
ADDRESS AVAILABLE UPON REQUEST

BOBAK, KAREN
ADDRESS AVAILABLE UPON REQUEST

BOBB, AMY
ADDRESS AVAILABLE UPON REQUEST

BOBB, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOBB, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BOBB, TIA
ADDRESS AVAILABLE UPON REQUEST

BOBBETT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BOBBI STARR
ADDRESS AVAILABLE UPON REQUEST

BOBBIE ROBINSON
ADDRESS AVAILABLE UPON REQUEST

BOBBIN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BOBBITT, JANELLE
ADDRESS AVAILABLE UPON REQUEST

BOBBITT, TRISH
ADDRESS AVAILABLE UPON REQUEST

BOBBY KUDLEK
ADDRESS AVAILABLE UPON REQUEST

BOBBY THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOBBY, SARA
ADDRESS AVAILABLE UPON REQUEST

BOBER, AYLISSA
ADDRESS AVAILABLE UPON REQUEST

BOBER, MARLOWE
ADDRESS AVAILABLE UPON REQUEST

BOBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOBP THRONEBURG
ADDRESS AVAILABLE UPON REQUEST

BOBIER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOBIER, JUSTICE
ADDRESS AVAILABLE UPON REQUEST

BOBINSKI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BOBIS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BOBO, BEN
ADDRESS AVAILABLE UPON REQUEST

BOBO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BOBO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BOBO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BOBO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOBO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BOBO, SHANA
ADDRESS AVAILABLE UPON REQUEST

BOBOLA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BOBULSKY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOC, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOC, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BOCA, JERMAINE
ADDRESS AVAILABLE UPON REQUEST

BOCANEGRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

BOCANEGRA-MONTOYA, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BOCCACINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOCCARD, DAISHA
ADDRESS AVAILABLE UPON REQUEST

BOCCARDI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOCCHIO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOCCIERI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOCCUTO, JILL
ADDRESS AVAILABLE UPON REQUEST

BOCEK, LINDA
ADDRESS AVAILABLE UPON REQUEST

BOCEK, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BOCHARNIKOVA, NELLI
ADDRESS AVAILABLE UPON REQUEST

BOCHES, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOCHICCHIO, DONNA
ADDRESS AVAILABLE UPON REQUEST

BOCHICCHIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOCHMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOCHNER, RISA
ADDRESS AVAILABLE UPON REQUEST

BOCICH, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOCK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOCK, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BOCK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BOCK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BOCK, DILLON
ADDRESS AVAILABLE UPON REQUEST

BOCK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BOCK, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BOCK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOCK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BOCK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BOCKELMANN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BOCKHORST, MATT
ADDRESS AVAILABLE UPON REQUEST

BOCKLET, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOCKLET, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BOCKMAN, SHARRON
ADDRESS AVAILABLE UPON REQUEST

BOCKMEYER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BOCKMIER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BOCKNEK, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOCKTING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOCOCK, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BOCZAR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BOCZON, GREG
ADDRESS AVAILABLE UPON REQUEST

BODAGER, HALEY
ADDRESS AVAILABLE UPON REQUEST

BODANSKE, REBEKKAH
ADDRESS AVAILABLE UPON REQUEST

BODDEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BODDEN, SHEENA
ADDRESS AVAILABLE UPON REQUEST

BODDIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BODE, ERINN
ADDRESS AVAILABLE UPON REQUEST

BODE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BODE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BODE, LOLA
ADDRESS AVAILABLE UPON REQUEST

BODE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BODE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BODEGA MATARROMERA S.L.
CTRA SAN BERNARDO S/N
47359 VALBUENA DE DUERO
VALLADOLID
SPAIN

BODEGA Y VINEDOS MAURICIO LORCA S.A
BRANDSEN 1039 PERDRIEL (5509)
LUJAN DE CUYO
MENDOZA
ARGENTINA

BODEGAS ATECA S.L.
BODEGAS ATECA S.L. CARRETERA
NACIONAL II KM-221
ATECA
SPAIN

BODEGAS IRANZO S.L.
CRITA, MADRID, 60 CAUDETE DE LA
FUENTES, ES -
VALENCIA  46315
SPAIN

BODEGAS LA PURISIMA
BODEGAS LA PURISIMA CTRA. DE PINOSO
3 APTDO. 27
YECLA (MURCIA) SC
SPAIN

BODEGAS LO NUEVO, S.L.
PARAJE LA HOYA, S/N
JUMILLA  30520
SPAIN

BODEKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BODELL, JORIE
ADDRESS AVAILABLE UPON REQUEST

BODEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BODENMILLER, FRANK
ADDRESS AVAILABLE UPON REQUEST

BODENSCHATZ, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BODERMAN, CORRINE
ADDRESS AVAILABLE UPON REQUEST

BODGE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BODHAINE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BODHINATHAN, KARTHIK
ADDRESS AVAILABLE UPON REQUEST

BODINE, JAKE
ADDRESS AVAILABLE UPON REQUEST

BODIO, ALANNA
ADDRESS AVAILABLE UPON REQUEST

BODISCH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BODJA, LUNE
ADDRESS AVAILABLE UPON REQUEST

BODKIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BODKINS, TOMMY
ADDRESS AVAILABLE UPON REQUEST

BODMER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BODNAR, DONNA
ADDRESS AVAILABLE UPON REQUEST

BODNAR, LISA
ADDRESS AVAILABLE UPON REQUEST

BODNAR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BODNER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BODNER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BODOR, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

BODOW, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BODRICK, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BODUR, SEVKI
ADDRESS AVAILABLE UPON REQUEST

BODUSZEK, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

BODY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BODYTKO, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BODZIN, MERRILEE
ADDRESS AVAILABLE UPON REQUEST

BOEBEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOEBEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOECK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BOECKMAN, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

BOECKMAN, LEAANN
ADDRESS AVAILABLE UPON REQUEST

BOEDEKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOEDER, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

BOEDIGHEIMER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BOEGE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BOEGEMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOEGER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOEGLIN, TED
ADDRESS AVAILABLE UPON REQUEST

BOEHLER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BOEHM, ALEX
ADDRESS AVAILABLE UPON REQUEST

BOEHM, KAREN
ADDRESS AVAILABLE UPON REQUEST

BOEHM, KELLI
ADDRESS AVAILABLE UPON REQUEST

BOEHM, SKYLER
ADDRESS AVAILABLE UPON REQUEST

BOEHM, STACEY
ADDRESS AVAILABLE UPON REQUEST

BOEHM, TIM
ADDRESS AVAILABLE UPON REQUEST

BOEHM, TODD
ADDRESS AVAILABLE UPON REQUEST

BOEHMCKE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BOEHMCKE, WYNN
ADDRESS AVAILABLE UPON REQUEST

BOEHME, AMBER
ADDRESS AVAILABLE UPON REQUEST

BOEHME, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOEHME, MARY
ADDRESS AVAILABLE UPON REQUEST

BOEHME, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BOEHMER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOEHMER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BOEHNKE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOEHNKE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

BOEHNLEIN, LEXI
ADDRESS AVAILABLE UPON REQUEST

BOEHRINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOEHRINGER, SHAUN
ADDRESS AVAILABLE UPON REQUEST

BOEHRNSEN, TARA
ADDRESS AVAILABLE UPON REQUEST

BOEING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOEIRA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BOEKEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BOEKER, DREW
ADDRESS AVAILABLE UPON REQUEST

BOEKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BOELENS, ELYSE
ADDRESS AVAILABLE UPON REQUEST

BOELSEN, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

BOELTER, JENNA
ADDRESS AVAILABLE UPON REQUEST

BOEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BOER, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOERGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOERJAN, JAMEY
ADDRESS AVAILABLE UPON REQUEST

BOERMA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOERMAN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BOERNER, GEARLD
ADDRESS AVAILABLE UPON REQUEST

BOERSEMA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BOERSMA, MARIA
ADDRESS AVAILABLE UPON REQUEST

BOES, RYAN
ADDRESS AVAILABLE UPON REQUEST

BOESCHENSTEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, JANE
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, KARLY
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOETTCHER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOETTNER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BOEVE, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BOEVE, MIKE
ADDRESS AVAILABLE UPON REQUEST

BOFA SECS, INC. (0161, 5198, 5143, 0671,
8862)
ATTN EARL WEEKS OR PROXY DEPT
C/O MERRILL LYNCH CORPORATE ACTIONS
4804 DEER LAKE DR. E.
JACKSONVILLE, FL 32246

BOFF, RANDY
ADDRESS AVAILABLE UPON REQUEST

BOFFERDING, JODI
ADDRESS AVAILABLE UPON REQUEST

BOFILL, JORDI
ADDRESS AVAILABLE UPON REQUEST

BOFILL, MARIA
ADDRESS AVAILABLE UPON REQUEST

BOFOSSA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BOFSHEVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOGAARD, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOGAARD, JAN
ADDRESS AVAILABLE UPON REQUEST

BOGACH, SARA
ADDRESS AVAILABLE UPON REQUEST

BOGAD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOGAN, ALANA
ADDRESS AVAILABLE UPON REQUEST

BOGAN, ASIA
ADDRESS AVAILABLE UPON REQUEST

BOGAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

BOGANES, CORAL
ADDRESS AVAILABLE UPON REQUEST

BOGAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOGAR, BRAD
ADDRESS AVAILABLE UPON REQUEST

BOGAR, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BOGARD, KARLA
ADDRESS AVAILABLE UPON REQUEST

BOGARD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BOGARD, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BOGARDUS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BOGART, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BOGART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOGART, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BOGART, STEFFI
ADDRESS AVAILABLE UPON REQUEST

BOGATZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOGDAN, ALI
ADDRESS AVAILABLE UPON REQUEST

BOGDAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOGDAN, KURT
ADDRESS AVAILABLE UPON REQUEST

BOGDANSKI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BOGDZIEWICZ, LUKASZ
ADDRESS AVAILABLE UPON REQUEST

BOGENSCHNEIDER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BOGENSCHUTZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOGER, MARK
ADDRESS AVAILABLE UPON REQUEST

BOGERTMAN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BOGETTI, CURTIS
ADDRESS AVAILABLE UPON REQUEST

BOGGEMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

BOGGESS, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

BOGGESS, PHIL
ADDRESS AVAILABLE UPON REQUEST

BOGGESS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BOGGIO, JOY
ADDRESS AVAILABLE UPON REQUEST

BOGGS, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOGGS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BOGGS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BOGGS, DONNA
ADDRESS AVAILABLE UPON REQUEST

BOGGS, ELIZABETH A.
ADDRESS AVAILABLE UPON REQUEST

BOGGS, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOGGS, JEAN
ADDRESS AVAILABLE UPON REQUEST

BOGGS, JONI
ADDRESS AVAILABLE UPON REQUEST

BOGGS, JOY
ADDRESS AVAILABLE UPON REQUEST

BOGGS, KAILA
ADDRESS AVAILABLE UPON REQUEST

BOGGS, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOGGS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BOGGS, RICARDO
ADDRESS AVAILABLE UPON REQUEST

BOGGS, SHERI
ADDRESS AVAILABLE UPON REQUEST

BOGGUESS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BOGHOSIAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOGIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOGIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BOGLE VINEYARDS, INC
49762 HAMILTON ROAD
CLARKSBURG, CA  95612

BOGLE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BOGLE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BOGLE, MERIDITH
ADDRESS AVAILABLE UPON REQUEST

BOGLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BOGLI, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

BOGNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOGNER, HOLLI
ADDRESS AVAILABLE UPON REQUEST

BOGNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOGNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BOGNOT, KARMELLA
ADDRESS AVAILABLE UPON REQUEST

BOGOMOLOVA, TATANA
ADDRESS AVAILABLE UPON REQUEST

BOGORAD, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOGOSHIAN, BEN
ADDRESS AVAILABLE UPON REQUEST

BOGOSIAN, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

BOGOSTA, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BOGOWITH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BOGUE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BOGUE, KATE
ADDRESS AVAILABLE UPON REQUEST

BOGUILLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOGUMIL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOGUS, SALLY
ADDRESS AVAILABLE UPON REQUEST

BOGUSLAWSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOGUSZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOGYO, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

BOHAC, DANA
ADDRESS AVAILABLE UPON REQUEST

BOHACZ, NICK
ADDRESS AVAILABLE UPON REQUEST

BOHAKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOHAN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BOHAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BOHANNAN, AISLYNN
ADDRESS AVAILABLE UPON REQUEST

BOHANNAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, NEAL
ADDRESS AVAILABLE UPON REQUEST

BOHANNON, SARA
ADDRESS AVAILABLE UPON REQUEST

BOHART, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOHBRINK, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOHEMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOHEMIAN CODING
ADDRESS UNAVAILABLE AT TIME OF FILING

BOHL, BRAD
ADDRESS AVAILABLE UPON REQUEST

BOHL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BOHLAND-ANHALT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOHLANDER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BOHLANDER, JEZREEL
ADDRESS AVAILABLE UPON REQUEST

BOHLING, JUDY
ADDRESS AVAILABLE UPON REQUEST

BOHLING, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BOHLING, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BOHLMAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BOHLMANN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BOHLS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BOHM, AMY
ADDRESS AVAILABLE UPON REQUEST

BOHMBACH, SARIE
ADDRESS AVAILABLE UPON REQUEST

BOHMFALK, MADDIE
ADDRESS AVAILABLE UPON REQUEST

BOHN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BOHN, EVAN
ADDRESS AVAILABLE UPON REQUEST

BOHN, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BOHN, NINA
ADDRESS AVAILABLE UPON REQUEST

BOHNEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOHNENKAMP, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOHNERT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOHNERT, BRENT
ADDRESS AVAILABLE UPON REQUEST

BOHNERT, JODI
ADDRESS AVAILABLE UPON REQUEST

BOHNERT, OLIVER
ADDRESS AVAILABLE UPON REQUEST

BOHNERT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BOHNET, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BOHNET, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

BOHNSACK, TARA
ADDRESS AVAILABLE UPON REQUEST

BOHR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOHR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOHRA, KAMNA
ADDRESS AVAILABLE UPON REQUEST

BOHRA, NEELAM
ADDRESS AVAILABLE UPON REQUEST

BOHREN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BOHRMAN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BOHRMANN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BOHRNSTEDT, COURTNEY & KURTIS
ADDRESS AVAILABLE UPON REQUEST

BOHUSLAVICKY, BETTY
ADDRESS AVAILABLE UPON REQUEST

BOIKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOIKOALONSO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BOIN, THERESA
ADDRESS AVAILABLE UPON REQUEST

BOINGO WIRELESS
ADDRESS UNAVAILABLE AT TIME OF FILING

BOIS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BOIS, DIANA
ADDRESS AVAILABLE UPON REQUEST

BOISCLAIR, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BOISI, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BOISMENU, MICHEL
ADDRESS AVAILABLE UPON REQUEST

BOISSEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOISSET EFFERVESCENCE
2 PASSAGE MONTGOLFIER
NUITS-SAINT-GEORGES  21700
FRANCE

BOISSONNEAULT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOISTER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

BOISTURE, WILL
ADDRESS AVAILABLE UPON REQUEST

BOISVERT, CINDY
ADDRESS AVAILABLE UPON REQUEST

BOITSOVA-CONVIS, MIKIKO
ADDRESS AVAILABLE UPON REQUEST

BOJI, JENNY
ADDRESS AVAILABLE UPON REQUEST

BOJORQUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOJORQUEZ, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

BOJORQUEZ, VANESA
ADDRESS AVAILABLE UPON REQUEST

BOJSEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOKAMPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOKANO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BOKATH, RANDALL
ADDRESS AVAILABLE UPON REQUEST

BOKEY, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BOKHNYAK, SERGIY
ADDRESS AVAILABLE UPON REQUEST

BORISCH INC
PO BOX 335
VICTOR, CA  95253

BORISCH VINEYARDS
P.O. BOX 335
VICTOR, CA  95253

BOKOVITZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOKUNIEWICZ, GERNELLE
ADDRESS AVAILABLE UPON REQUEST

BOKUSKY, BUDDIE
ADDRESS AVAILABLE UPON REQUEST

BOL, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BOLAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOLAND, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BOLAND, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BOLAND, JENNIE
ADDRESS AVAILABLE UPON REQUEST

BOLAND, KILEY
ADDRESS AVAILABLE UPON REQUEST

BOLAND, LACEY
ADDRESS AVAILABLE UPON REQUEST

BOLAND, MARY
ADDRESS AVAILABLE UPON REQUEST

BOLAND, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BOLAND, PAT
ADDRESS AVAILABLE UPON REQUEST

BOLAND, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BOLAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOLANDER, MADISON
ADDRESS AVAILABLE UPON REQUEST

BOLAND-SPATES, AMBER
ADDRESS AVAILABLE UPON REQUEST

BOLANIS, FRAN
ADDRESS AVAILABLE UPON REQUEST

BOLANOS, LHUANYS
ADDRESS AVAILABLE UPON REQUEST

BOLANOS, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

BOLANOS, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

BOLANOS, MARIO
ADDRESS AVAILABLE UPON REQUEST

BOLANOS, RUTH
ADDRESS AVAILABLE UPON REQUEST

BOLAS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BOLBIRER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOLD ECHO
369 BENVENUE AVE
LOS ALTOS, CA  94024

BOLD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOLDA, TASHA
ADDRESS AVAILABLE UPON REQUEST

BOLDEN, AARON
ADDRESS AVAILABLE UPON REQUEST

BOLDEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOLDENOW, BRETT
ADDRESS AVAILABLE UPON REQUEST

BOLDENOW, BRETT
ADDRESS AVAILABLE UPON REQUEST

BOLDON, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BOLDRINI, CECILIA
ADDRESS AVAILABLE UPON REQUEST

BOLDS, CORA
ADDRESS AVAILABLE UPON REQUEST

BOLDT, LEAH
ADDRESS AVAILABLE UPON REQUEST

BOLDUC, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BOLDUC, DAVE
ADDRESS AVAILABLE UPON REQUEST

BOLDUC, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BOLE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BOLE, RALPH
ADDRESS AVAILABLE UPON REQUEST

BOLE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BOLEJACK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BOLEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOLEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

BOLEN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BOLENBAKER, TARA
ADDRESS AVAILABLE UPON REQUEST

BOLENBAUGH, GAY
ADDRESS AVAILABLE UPON REQUEST

BOLERJACK, KELSIE
ADDRESS AVAILABLE UPON REQUEST

BOLES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOLES, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BOLES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOLESKI, GAIL
ADDRESS AVAILABLE UPON REQUEST

BOLESKI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BOLEY, KANDICE
ADDRESS AVAILABLE UPON REQUEST

BOLGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOLGER, KERRY
ADDRESS AVAILABLE UPON REQUEST

BOLHOUS, MARGIE
ADDRESS AVAILABLE UPON REQUEST

BOLICK, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

BOLIN, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BOLIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOLIN, JOLENE
ADDRESS AVAILABLE UPON REQUEST

BOLIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BOLIN, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BOLING, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOLING, ERNIE
ADDRESS AVAILABLE UPON REQUEST

BOLING, K ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BOLING, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOLING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOLING, MARK
ADDRESS AVAILABLE UPON REQUEST

BOLINGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOLINGER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BOLINGER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BOLK, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOLKO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BOLLA, RAVI
ADDRESS AVAILABLE UPON REQUEST

BOLLENBACHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOLLENBECKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOLLENDORF, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BOLLENDORF, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOLLER, CARMELA
ADDRESS AVAILABLE UPON REQUEST

BOLLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOLLERT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BOLLES, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BOLLES, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOLLIER, BRETT
ADDRESS AVAILABLE UPON REQUEST

BOLLING, CANDRA
ADDRESS AVAILABLE UPON REQUEST

BOLLING, JALIL
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, CELESTE
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, GRACE
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOLLINGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOLLISH, KALLA
ADDRESS AVAILABLE UPON REQUEST

BOLMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOLOGNA, JERRY
ADDRESS AVAILABLE UPON REQUEST

BOLOGNA, LISA
ADDRESS AVAILABLE UPON REQUEST

BOLOR, MARY
ADDRESS AVAILABLE UPON REQUEST

BOLOS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOLOTINA, OLGA
ADDRESS AVAILABLE UPON REQUEST

BOLOTINSKY, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BOLOTOV, OLEG
ADDRESS AVAILABLE UPON REQUEST

BOLSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOLSTAD, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BOLSTAD, KIM
ADDRESS AVAILABLE UPON REQUEST

BOLSTAD, SANDY
ADDRESS AVAILABLE UPON REQUEST

BOLSTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOLSTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOLSTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOLT, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

BOLT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOLT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BOLT, LATISHA
ADDRESS AVAILABLE UPON REQUEST

BOLTON, AMY
ADDRESS AVAILABLE UPON REQUEST

BOLTON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BOLTON, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BOLTON, BLAIR
ADDRESS AVAILABLE UPON REQUEST

BOLTON, CALLAN
ADDRESS AVAILABLE UPON REQUEST

BOLTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOLTON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BOLTON, LACY
ADDRESS AVAILABLE UPON REQUEST

BOLTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BOLTON, PHILATHIA
ADDRESS AVAILABLE UPON REQUEST

BOLTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

BOLTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

BOLTON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BOLTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOLTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BOLTON, XAVIER
ADDRESS AVAILABLE UPON REQUEST

BOLTS, DARLA
ADDRESS AVAILABLE UPON REQUEST

BOLTS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BOLUNG, JOSEPHINDO
ADDRESS AVAILABLE UPON REQUEST

BOLWELL, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BOLYARD, BRET
ADDRESS AVAILABLE UPON REQUEST

BOLZ, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BOMAL, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOMARSI, BETH
ADDRESS AVAILABLE UPON REQUEST

BOMB, EBBY
ADDRESS AVAILABLE UPON REQUEST

BOMBACH, JOSH
ADDRESS AVAILABLE UPON REQUEST

BOMBACK, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BOMBARD, BEN
ADDRESS AVAILABLE UPON REQUEST

BOMBARDIERE, JOAN
ADDRESS AVAILABLE UPON REQUEST

BOMBERG, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BOMBOY, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOMHOWER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BOMMARITO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOMMELYN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOMMER, QUIN
ADDRESS AVAILABLE UPON REQUEST

BOMPARD, MADISON
ADDRESS AVAILABLE UPON REQUEST

BONACCORSI, ADAM
ADDRESS AVAILABLE UPON REQUEST

BONACORSI, ROSE
ADDRESS AVAILABLE UPON REQUEST

BONACQUISTI, GINA
ADDRESS AVAILABLE UPON REQUEST

BONACQUISTI, LARYSSA
ADDRESS AVAILABLE UPON REQUEST

BONADDIO, CORINNE
ADDRESS AVAILABLE UPON REQUEST

BONADIES, AMY
ADDRESS AVAILABLE UPON REQUEST

BONADIES, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BONADIES, MATT
ADDRESS AVAILABLE UPON REQUEST

BONADONNA, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

BONAFINA, MARCELA
ADDRESS AVAILABLE UPON REQUEST

BONAGURA, ERIN
ADDRESS AVAILABLE UPON REQUEST

BONAGURO, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BONAHOOM, JAMILA
ADDRESS AVAILABLE UPON REQUEST

BONAIUTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BONANNI, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BONANNI, SARA
ADDRESS AVAILABLE UPON REQUEST

BONANNO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BONANNO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BONANNO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BONANNO, MARINA
ADDRESS AVAILABLE UPON REQUEST

BONAPARTE, AMAYA
ADDRESS AVAILABLE UPON REQUEST

BONAROS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BONAROTI, KARA
ADDRESS AVAILABLE UPON REQUEST

BONARRIGO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BONASERA, EMMA
ADDRESS AVAILABLE UPON REQUEST

BONASSO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BONATESTA, JILL
ADDRESS AVAILABLE UPON REQUEST

BONATESTA, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BONAVENIA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BONAVENIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BONAVENTURA, MIKE
ADDRESS AVAILABLE UPON REQUEST

BONAVENTURA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BONAVISE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BONAVITA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

BONAVOTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BONCELLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BONCORE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BONCORE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BOND CREATIVE SEARCH INC.
134 SPRING ST SUITE 501
NEW YORK, NY 10012

BOND, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOND, AMY
ADDRESS AVAILABLE UPON REQUEST

BOND, ANNE
ADDRESS AVAILABLE UPON REQUEST

BOND, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BOND, BILL
ADDRESS AVAILABLE UPON REQUEST

BOND, BRETT
ADDRESS AVAILABLE UPON REQUEST

BOND, CAROL
ADDRESS AVAILABLE UPON REQUEST

BOND, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BOND, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BOND, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BOND, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BOND, DEKE
ADDRESS AVAILABLE UPON REQUEST

BOND, DICK
ADDRESS AVAILABLE UPON REQUEST

BOND, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BOND, EVON
ADDRESS AVAILABLE UPON REQUEST

BOND, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BOND, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOND, JIBBY
ADDRESS AVAILABLE UPON REQUEST

BOND, KEITH
ADDRESS AVAILABLE UPON REQUEST

BOND, KEN
ADDRESS AVAILABLE UPON REQUEST

BOND, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BOND, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BOND, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOND, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOND, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BOND, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BOND, MIKE
ADDRESS AVAILABLE UPON REQUEST

BOND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BOND, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BOND, QUINN
ADDRESS AVAILABLE UPON REQUEST

BOND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOND, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BONDALAPATI, NEEHARIKA
ADDRESS AVAILABLE UPON REQUEST

BONDANELLI, TESSA
ADDRESS AVAILABLE UPON REQUEST

BONDELLIO, LINDA
ADDRESS AVAILABLE UPON REQUEST

BONDER, DANI
ADDRESS AVAILABLE UPON REQUEST

BONDESSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

BONDI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BONDOC, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BONDS, DALEG
ADDRESS AVAILABLE UPON REQUEST

BONDS, ELLOTT
ADDRESS AVAILABLE UPON REQUEST

BONDS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BONDS, TATYANA
ADDRESS AVAILABLE UPON REQUEST

BONDSD, DALEH
ADDRESS AVAILABLE UPON REQUEST

BONDURANT, AMBER
ADDRESS AVAILABLE UPON REQUEST

BONDURANT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BONDY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BONE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BONE, TABITHA
ADDRESS AVAILABLE UPON REQUEST

BONEBRAKE, CAYSI
ADDRESS AVAILABLE UPON REQUEST

BONEBRAKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BONEBRAKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BONEBRAKE, KRISH
ADDRESS AVAILABLE UPON REQUEST

BONECHER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BONEFISH GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

BONELLI, AMY
ADDRESS AVAILABLE UPON REQUEST

BONELLI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BONELLI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BONELLI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BONELLO, MISSY
ADDRESS AVAILABLE UPON REQUEST

BONENFANT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BONER, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

BONER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

BONES, ALISSA
ADDRESS AVAILABLE UPON REQUEST

BONESS, RAY
ADDRESS AVAILABLE UPON REQUEST

BONESTEEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BONESTEEL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BONESTROO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BONESZ MARECEK, KATE
ADDRESS AVAILABLE UPON REQUEST

BONET, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BONET, STACEY
ADDRESS AVAILABLE UPON REQUEST

BONETTI, AMY
ADDRESS AVAILABLE UPON REQUEST

BONETTI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BONETTI, SHANA
ADDRESS AVAILABLE UPON REQUEST

BONFANTE, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

BONFANTINI, LISA
ADDRESS AVAILABLE UPON REQUEST

BONFIELD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BONFIG, JULIE
ADDRESS AVAILABLE UPON REQUEST

BONFIGLIO, GRACE
ADDRESS AVAILABLE UPON REQUEST

BONG, VIVI
ADDRESS AVAILABLE UPON REQUEST

BONGARZONE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BONGIORNI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BONGIORNO, KIM
ADDRESS AVAILABLE UPON REQUEST

BONGO, MARIA
ADDRESS AVAILABLE UPON REQUEST

BONGOLAN, CHARLLIE
ADDRESS AVAILABLE UPON REQUEST

BONHAM, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BONHAM, KERRI
ADDRESS AVAILABLE UPON REQUEST

BONHAM, KRIS
ADDRESS AVAILABLE UPON REQUEST

BONHAM, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BONHAM, MOE
ADDRESS AVAILABLE UPON REQUEST

BONHAM, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BONHAM, TURNER
ADDRESS AVAILABLE UPON REQUEST

BONHOMME, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BONHOMME, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BONHOMME, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BONI, JOE
ADDRESS AVAILABLE UPON REQUEST

BONI, RENEE
ADDRESS AVAILABLE UPON REQUEST

BONICA, DIANE
ADDRESS AVAILABLE UPON REQUEST

BONIDIE, MATT
ADDRESS AVAILABLE UPON REQUEST

BONIEK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BONIELLO, DONNA
ADDRESS AVAILABLE UPON REQUEST

BONIFACE, MADISON
ADDRESS AVAILABLE UPON REQUEST

BONIFIELD, SAIDA
ADDRESS AVAILABLE UPON REQUEST

BONILLA FIGUEROA, MARIANGEL
ADDRESS AVAILABLE UPON REQUEST

BONILLA INGLES, NANCY
ADDRESS AVAILABLE UPON REQUEST

BONILLA, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

BONILLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BONILLA, JANICE
ADDRESS AVAILABLE UPON REQUEST

BONILLA, JAQUELIN
ADDRESS AVAILABLE UPON REQUEST

BONILLA, KENNY
ADDRESS AVAILABLE UPON REQUEST

BONILLA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BONILLA, PAOLA
ADDRESS AVAILABLE UPON REQUEST

BONILLA, TONYA
ADDRESS AVAILABLE UPON REQUEST

BONILLA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BONIN, AFTON
ADDRESS AVAILABLE UPON REQUEST

BONIN, ANGEL
ADDRESS AVAILABLE UPON REQUEST

BONIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BONIN, SHEALYN
ADDRESS AVAILABLE UPON REQUEST

BONIN, SHEALYN
ADDRESS AVAILABLE UPON REQUEST

BONINE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BONINO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BONISCAVAGE, ELYSE
ADDRESS AVAILABLE UPON REQUEST

BONISH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BONITZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BONK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BONK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BONK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BONNABEAU, MARIE
ADDRESS AVAILABLE UPON REQUEST

BONNAFOUX, JEAN-PHILIPPE
ADDRESS AVAILABLE UPON REQUEST

BONNEAU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BONNEAU, CAROL
ADDRESS AVAILABLE UPON REQUEST

BONNEAU, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BONNELL, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BONNELL, JANE
ADDRESS AVAILABLE UPON REQUEST

BONNELL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BONNEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BONNER, HALEY
ADDRESS AVAILABLE UPON REQUEST

BONNER, HARRISON
ADDRESS AVAILABLE UPON REQUEST

BONNER, JULIE
ADDRESS AVAILABLE UPON REQUEST

BONNER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

BONNER, KHAKKI
ADDRESS AVAILABLE UPON REQUEST

BONNER, MITCH
ADDRESS AVAILABLE UPON REQUEST

BONNER, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

BONNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BONNER, SPRING
ADDRESS AVAILABLE UPON REQUEST

BONNET, AMY
ADDRESS AVAILABLE UPON REQUEST

BONNETT, KAMI
ADDRESS AVAILABLE UPON REQUEST

BONNETT, KAREN
ADDRESS AVAILABLE UPON REQUEST

BONNETT, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

BONNEWELL, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BONNEWELL, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BONNIE ARBUCKLE
ADDRESS AVAILABLE UPON REQUEST

BONNIE BURNS
ADDRESS AVAILABLE UPON REQUEST

BONNIE GAGNER
ADDRESS AVAILABLE UPON REQUEST

BONNIE YEE
ADDRESS AVAILABLE UPON REQUEST

BONNOT, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

BONNSTETTER, TESSA
ADDRESS AVAILABLE UPON REQUEST

BONNY DOON WINERY, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

BONO, GINA
ADDRESS AVAILABLE UPON REQUEST

BONO, LEAH
ADDRESS AVAILABLE UPON REQUEST

BONO, MARY
ADDRESS AVAILABLE UPON REQUEST

BONO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BONOGOFSKY-PARKER, SHARON
ADDRESS AVAILABLE UPON REQUEST

BONOMO, JERI
ADDRESS AVAILABLE UPON REQUEST

BONOVA, TZVETELINA
ADDRESS AVAILABLE UPON REQUEST

BONSA, SAYDOU
ADDRESS AVAILABLE UPON REQUEST

BONSALL, HALEY
ADDRESS AVAILABLE UPON REQUEST

BONSE, MARIA
ADDRESS AVAILABLE UPON REQUEST

BONSIERO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BONSIGNORE JR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BONSU, ALFRED
ADDRESS AVAILABLE UPON REQUEST

BONSU, SARAH
ADDRESS AVAILABLE UPON REQUEST

BONTA, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

BONTADELLI, CHARITY
ADDRESS AVAILABLE UPON REQUEST

BONTATIBUS, RICK
ADDRESS AVAILABLE UPON REQUEST

BONTRAGER, BRAD
ADDRESS AVAILABLE UPON REQUEST

BONTRAGER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BONTRAGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BONTRAGER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BONUCCELLI, ALISON
ADDRESS AVAILABLE UPON REQUEST

BONURA, JAKE
ADDRESS AVAILABLE UPON REQUEST

BONURA, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BONVALLET, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BONVALLET, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BONVEGNA, LAURA
ADDRESS AVAILABLE UPON REQUEST

BONVENTURE, JANICE
ADDRESS AVAILABLE UPON REQUEST

BONVILLE, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

BONVISSUTO, MADISON
ADDRESS AVAILABLE UPON REQUEST

BONZA, KAY
ADDRESS AVAILABLE UPON REQUEST

BOO, BERNARD
ADDRESS AVAILABLE UPON REQUEST

BOOBAR, JAIME
ADDRESS AVAILABLE UPON REQUEST

BOOCOCK, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BOODOO, JESSE
ADDRESS AVAILABLE UPON REQUEST

BOODOO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOODRAM, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BOOHER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOOK CDT MYUGE
ADDRESS UNAVAILABLE AT TIME OF FILING

BOOK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOOK, SHEREE
ADDRESS AVAILABLE UPON REQUEST

BOOK, TARA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, CATINA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

BOOKER, DAWN
ADDRESS AVAILABLE UPON REQUEST

BOOKER, DONA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, ENDIAN
ADDRESS AVAILABLE UPON REQUEST

BOOKER, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOOKER, FELTON
ADDRESS AVAILABLE UPON REQUEST

BOOKER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOOKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOOKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOOKER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BOOKER, MADALENE
ADDRESS AVAILABLE UPON REQUEST

BOOKER, MICHAEL AND ABBY
ADDRESS AVAILABLE UPON REQUEST

BOOKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOOKER, SHERRY
ADDRESS AVAILABLE UPON REQUEST

BOOKER-DAY, IMANI
ADDRESS AVAILABLE UPON REQUEST

BOOKMAN, TRINITA
ADDRESS AVAILABLE UPON REQUEST

BOOLEAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOOMERANG FOR GMAIL
ADDRESS UNAVAILABLE AT TIME OF FILING

BOOMGAARD, JULIE
ADDRESS AVAILABLE UPON REQUEST

BOOMHOWER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BOON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOONE JR, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOONE, ADAM
ADDRESS AVAILABLE UPON REQUEST

BOONE, ALISON
ADDRESS AVAILABLE UPON REQUEST

BOONE, BECCA
ADDRESS AVAILABLE UPON REQUEST

BOONE, BILL
ADDRESS AVAILABLE UPON REQUEST

BOONE, CATHY
ADDRESS AVAILABLE UPON REQUEST

BOONE, DARLA
ADDRESS AVAILABLE UPON REQUEST

BOONE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOONE, ELLE
ADDRESS AVAILABLE UPON REQUEST

BOONE, JANET
ADDRESS AVAILABLE UPON REQUEST

BOONE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BOONE, KATY
ADDRESS AVAILABLE UPON REQUEST

BOONE, KYEIGH
ADDRESS AVAILABLE UPON REQUEST

BOONE, LAYNE
ADDRESS AVAILABLE UPON REQUEST

BOONE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BOONE, LISA
ADDRESS AVAILABLE UPON REQUEST

BOONE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BOONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOONE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BOONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOONE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOONE, SONDRA
ADDRESS AVAILABLE UPON REQUEST

BOONE, STACY
ADDRESS AVAILABLE UPON REQUEST

BOONE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BOONE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOONE, TESS
ADDRESS AVAILABLE UPON REQUEST

BOONE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BOORD, WENDY
ADDRESS AVAILABLE UPON REQUEST

BOORMAN, NAIARA
ADDRESS AVAILABLE UPON REQUEST

BOORMAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BOORMAN, PILAR
ADDRESS AVAILABLE UPON REQUEST

BOORSE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOORSTEIN, ALI
ADDRESS AVAILABLE UPON REQUEST

BOOSKA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BOOTH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BOOTH, AMY
ADDRESS AVAILABLE UPON REQUEST

BOOTH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOOTH, BRYNA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

BOOTH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOOTH, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JAIME
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JENNA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JILIAN
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JUDI
ADDRESS AVAILABLE UPON REQUEST

BOOTH, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BOOTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOOTH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOOTH, MARCUS
ADDRESS AVAILABLE UPON REQUEST

BOOTH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BOOTH, NICK
ADDRESS AVAILABLE UPON REQUEST

BOOTH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOOTH, PEYTON
ADDRESS AVAILABLE UPON REQUEST

BOOTH, SPRING
ADDRESS AVAILABLE UPON REQUEST

BOOTH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BOOTHBY, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

BOOTHBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOOTHE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOOTHE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BOOTHMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOOTHROYD, GAIL
ADDRESS AVAILABLE UPON REQUEST

BOOTMANN, OLIVER
ADDRESS AVAILABLE UPON REQUEST

BOOTON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BOOYSEN, WES
ADDRESS AVAILABLE UPON REQUEST

BOOZE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BOOZER, KERRI
ADDRESS AVAILABLE UPON REQUEST

BOOZER, TINA
ADDRESS AVAILABLE UPON REQUEST

BOPCHIE, BOPCHE
ADDRESS AVAILABLE UPON REQUEST

BOQUILA, MA JANELLE
ADDRESS AVAILABLE UPON REQUEST

BOQUIN, CARLOS
ADDRESS AVAILABLE UPON REQUEST

BORAKOWSKI, NATALYA
ADDRESS AVAILABLE UPON REQUEST

BORAL, ANDRES
ADDRESS AVAILABLE UPON REQUEST

BORATYN, KINGA
ADDRESS AVAILABLE UPON REQUEST

BORBA, ANDRE
ADDRESS AVAILABLE UPON REQUEST

BORBOA, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

BORCHARDT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BORCHARDT, TAMERA
ADDRESS AVAILABLE UPON REQUEST

BORCHELT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BORCHELT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORCHERS, KLETA
ADDRESS AVAILABLE UPON REQUEST

BORCHERS, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

BORCHERT, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BORCHERT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BORCHERT, JOHN
ADDRESS AVAILABLE UPON REQUEST

BORCHERT, MIKE
ADDRESS AVAILABLE UPON REQUEST

BORCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BORCZYK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BORD, ERIC
ADDRESS AVAILABLE UPON REQUEST

BORDA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BORDA, MARIA
ADDRESS AVAILABLE UPON REQUEST

BORDANO, KAREN
ADDRESS AVAILABLE UPON REQUEST

BORDAS, MARGOT
ADDRESS AVAILABLE UPON REQUEST

BORDEAUX, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BORDEAUX, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

BORDEAUX, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BORDELON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORDELON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BORDEN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BORDEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BORDEN, CHAD
ADDRESS AVAILABLE UPON REQUEST

BORDEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BORDEN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BORDEN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

BORDEN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BORDER, JADEN
ADDRESS AVAILABLE UPON REQUEST

BORDER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BORDERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BORDERS, JARED
ADDRESS AVAILABLE UPON REQUEST

BORDERS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BORDES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BORDEWIJK
ADDRESS UNAVAILABLE AT TIME OF FILING

BORDIERI, JULIA
ADDRESS AVAILABLE UPON REQUEST

BORDISSO, ALEX
ADDRESS AVAILABLE UPON REQUEST

BORDIUK, AMY
ADDRESS AVAILABLE UPON REQUEST

BORDNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORDNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BORDON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BORDOWITZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BORDUIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BORECKY, TAUMIE
ADDRESS AVAILABLE UPON REQUEST

BORECZKY, RITA
ADDRESS AVAILABLE UPON REQUEST

BOREK, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOREK, KATE
ADDRESS AVAILABLE UPON REQUEST

BOREK, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

BORELL, GRACE
ADDRESS AVAILABLE UPON REQUEST

BORELLA, BETSY
ADDRESS AVAILABLE UPON REQUEST

BORELLA, LUIS
ADDRESS AVAILABLE UPON REQUEST

BOREMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BOREN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOREN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOREN, LUKE
ADDRESS AVAILABLE UPON REQUEST

BORENSTEIN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BORER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BORER, JILL
ADDRESS AVAILABLE UPON REQUEST

BORER, LEAH
ADDRESS AVAILABLE UPON REQUEST

BORESOFF, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

BORETZ-GRIFFITH, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

BORETZKY, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BORG, ERICA
ADDRESS AVAILABLE UPON REQUEST

BORG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BORGAARD, TARA
ADDRESS AVAILABLE UPON REQUEST

BORGARDT, JIM
ADDRESS AVAILABLE UPON REQUEST

BORGE, HILARY
ADDRESS AVAILABLE UPON REQUEST

BORGE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BORGEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BORGER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BORGERDING, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BORGERDING, JULEE
ADDRESS AVAILABLE UPON REQUEST

BORGERT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

BORGES AGUIAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORGES, ERIN
ADDRESS AVAILABLE UPON REQUEST

BORGES, HENRIQUE
ADDRESS AVAILABLE UPON REQUEST

BORGES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BORGES, MAFALDA
ADDRESS AVAILABLE UPON REQUEST

BORGES, MANNY
ADDRESS AVAILABLE UPON REQUEST

BORGES, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

BORGES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BORGES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

BORGESE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BORGIEL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BORGMANN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BORGMEYER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BORGNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BORGO, ERICA
ADDRESS AVAILABLE UPON REQUEST

BORGSTROM,, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BORGWARDT, KRISTI
ADDRESS AVAILABLE UPON REQUEST

BORH, AMY
ADDRESS AVAILABLE UPON REQUEST

BORILLO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BORIM, HOWARD
ADDRESS AVAILABLE UPON REQUEST

BORING, RUSH
ADDRESS AVAILABLE UPON REQUEST

BORIS BELOBRAD
ADDRESS AVAILABLE UPON REQUEST

BORIS BORRAYO
ADDRESS AVAILABLE UPON REQUEST

BORIS CHUNG
ADDRESS AVAILABLE UPON REQUEST

BORIS, MACKENSIE
ADDRESS AVAILABLE UPON REQUEST

BORISENKO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BORISOVA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

BORJA, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BORJA, SAMANTHA S
ADDRESS AVAILABLE UPON REQUEST

BORJAS, JOVEL
ADDRESS AVAILABLE UPON REQUEST

BORKACKI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

BORKOVITZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BORKOWSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BORKOWSKI, LONI
ADDRESS AVAILABLE UPON REQUEST

BORKOWSKI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BORKOWSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BORKOWSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BORLAND, CARY
ADDRESS AVAILABLE UPON REQUEST

BORLAND, MARIA
ADDRESS AVAILABLE UPON REQUEST

BORLAND, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BORLEY, FARAH
ADDRESS AVAILABLE UPON REQUEST

BORMAN, ALANA
ADDRESS AVAILABLE UPON REQUEST

BORMAN, JACKSON
ADDRESS AVAILABLE UPON REQUEST

BORMAN, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

BORMANN, J B
ADDRESS AVAILABLE UPON REQUEST

BORMET, EMMA
ADDRESS AVAILABLE UPON REQUEST

BORN, JOAN
ADDRESS AVAILABLE UPON REQUEST

BORN, MATTIE
ADDRESS AVAILABLE UPON REQUEST

BORN, SIERRA
ADDRESS AVAILABLE UPON REQUEST

BORN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BORNARTH, REGINA
ADDRESS AVAILABLE UPON REQUEST

BORNE, ALLEN
ADDRESS AVAILABLE UPON REQUEST

BORNE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BORNEMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BORNEMANN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BORNFREUND, JESSE
ADDRESS AVAILABLE UPON REQUEST

BORNGRAEBER, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BORNHOLDT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BORNMANN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BORNSTEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

BORNSTEIN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BORNTRAGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BORODICH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BORODIN, MIKHAIL
ADDRESS AVAILABLE UPON REQUEST

BORODITSKY, ILYA
ADDRESS AVAILABLE UPON REQUEST

BOROFSKY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BORON-BRENNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BORONOW, ARLENE
ADDRESS AVAILABLE UPON REQUEST

BOROSKO, ABBEY
ADDRESS AVAILABLE UPON REQUEST

BOROUGHS, AMY
ADDRESS AVAILABLE UPON REQUEST

BOROVICK, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BOROVINA, JANE
ADDRESS AVAILABLE UPON REQUEST

BOROWICZ, JOY
ADDRESS AVAILABLE UPON REQUEST

BOROWICZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BOROWIEC, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOROWSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BOROWSKI, DIANA
ADDRESS AVAILABLE UPON REQUEST

BOROWSKI, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BORRAS, KENDAL
ADDRESS AVAILABLE UPON REQUEST

BORREGO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BORREGO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORREGO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BORRELL, TIA
ADDRESS AVAILABLE UPON REQUEST

BORRELLI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BORRELLI, GLENN
ADDRESS AVAILABLE UPON REQUEST

BORRERO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BORRERO, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORRESEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BORRIELLO, ANGELENA
ADDRESS AVAILABLE UPON REQUEST

BORRIELLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORRIELLO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BORRIES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORRIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BORRIS, TED
ADDRESS AVAILABLE UPON REQUEST

BORROMEO, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

BORROR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BORROWLENSES
ADDRESS UNAVAILABLE AT TIME OF FILING

BORROWMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORRUD, ALLY
ADDRESS AVAILABLE UPON REQUEST

BORSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORSELLINO, EMILY
ADDRESS AVAILABLE UPON REQUEST

BORSHEIM, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BORSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORSKY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BORTEK INDUSTRIES
ADDRESS UNAVAILABLE AT TIME OF FILING

BORTNEM, HALEY
ADDRESS AVAILABLE UPON REQUEST

BORTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BORTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BORTZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BORTZ, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

BORTZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BORUEL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BORUFF, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BORUI XU
ADDRESS AVAILABLE UPON REQUEST

BORUM, JEROME
ADDRESS AVAILABLE UPON REQUEST

BORUTA, ERIN
ADDRESS AVAILABLE UPON REQUEST

BORWEGE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BORZA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BORZECKI, CAROLLE
ADDRESS AVAILABLE UPON REQUEST

BORZI, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

BOS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BOSAK, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BOSARGE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOSBYSHELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOSCH
ADDRESS UNAVAILABLE AT TIME OF FILING

BOSCH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOSCH, DENEEN
ADDRESS AVAILABLE UPON REQUEST

BOSCH, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BOSCH, FEMKE
ADDRESS AVAILABLE UPON REQUEST

BOSCH, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOSCH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BOSCH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BOSCHERT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BOSCIA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOSCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOSCO, LUPE
ADDRESS AVAILABLE UPON REQUEST

BOSCO, MARCY
ADDRESS AVAILABLE UPON REQUEST

BOSCO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOSCO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOSCOV-ELLEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOSE, ASHIM
ADDRESS AVAILABLE UPON REQUEST

BOSE, JAVIN
ADDRESS AVAILABLE UPON REQUEST

BOSE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BOSE, ROSENE
ADDRESS AVAILABLE UPON REQUEST

BOSE, URSULA
ADDRESS AVAILABLE UPON REQUEST

BOSEK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BOSELLI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOSETTI, ALY
ADDRESS AVAILABLE UPON REQUEST

BOSHART, HARVEY
ADDRESS AVAILABLE UPON REQUEST

BOSI, SANJO
ADDRESS AVAILABLE UPON REQUEST

BOSI-KEMPER, ROSSANA
ADDRESS AVAILABLE UPON REQUEST

BOSILJCIC, ANJA
ADDRESS AVAILABLE UPON REQUEST

BOSLAND, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOSLAND, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOSLER, TOREY
ADDRESS AVAILABLE UPON REQUEST

BOSLEY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

BOSLEY, CORGAN
ADDRESS AVAILABLE UPON REQUEST

BOSLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOSLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOSLEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BOSMA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOSMA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BOSON, ANN
ADDRESS AVAILABLE UPON REQUEST

BOSONE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOSS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOSS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BOSS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOSS, JANE
ADDRESS AVAILABLE UPON REQUEST

BOSS, JENNA
ADDRESS AVAILABLE UPON REQUEST

BOSSALLER, MARY FRANCES
ADDRESS AVAILABLE UPON REQUEST

BOSSARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BOSSBALY, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BOSSE, KATHY
ADDRESS AVAILABLE UPON REQUEST

BOSSECKERT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BOSSELMAN, PAULA
ADDRESS AVAILABLE UPON REQUEST

BOSSEN, DANA
ADDRESS AVAILABLE UPON REQUEST

BOSSERDET, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BOSSERMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOSSERT, DANA
ADDRESS AVAILABLE UPON REQUEST

BOSSERT, GRACE
ADDRESS AVAILABLE UPON REQUEST

BOSSERT, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BOSSERT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOSSERT, SHANA
ADDRESS AVAILABLE UPON REQUEST

BOSSLET, ANNE
ADDRESS AVAILABLE UPON REQUEST

BOSSLET, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOSSMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOSSOLA, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOSTARDI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOSTER, WILLIA
ADDRESS AVAILABLE UPON REQUEST

BOSTIC, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BOSTIC, TERESA
ADDRESS AVAILABLE UPON REQUEST

BOSTICK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOSTICK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BOSTICK, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

BOSTICK, RIMA
ADDRESS AVAILABLE UPON REQUEST

BOSTOB, AISHA
ADDRESS AVAILABLE UPON REQUEST

BOSTOCK, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOSTOCK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOSTOCK, PAULA
ADDRESS AVAILABLE UPON REQUEST

BOSTON RICKSHAW
ADDRESS UNAVAILABLE AT TIME OF FILING

BOSTON, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BOSTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BOSTON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BOSTON, DENAE
ADDRESS AVAILABLE UPON REQUEST

BOSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOSTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOSTON, HUNTER
ADDRESS AVAILABLE UPON REQUEST

BOSTON, MARINA
ADDRESS AVAILABLE UPON REQUEST

BOSTON-KIDD, SHAHRIA
ADDRESS AVAILABLE UPON REQUEST

BOSTROM, LYNN
ADDRESS AVAILABLE UPON REQUEST

BOSTWICK, DAN
ADDRESS AVAILABLE UPON REQUEST

BOSTWICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOSU, ROMIR
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOSWELL, SHEENA
ADDRESS AVAILABLE UPON REQUEST

BOSWOOD, RAY
ADDRESS AVAILABLE UPON REQUEST

BOSWORTH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BOSWORTH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BOSWORTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOTCHWAY, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

BOTCHWEY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BOTELHO, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BOTELHO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOTELLO, ALEX
ADDRESS AVAILABLE UPON REQUEST

BOTELLO, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

BOTERO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BOTHE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOTHNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOTHWELL, ANNE
ADDRESS AVAILABLE UPON REQUEST

BOTKA, TESSA
ADDRESS AVAILABLE UPON REQUEST

BOTKIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BOTKIN, BRINTON
ADDRESS AVAILABLE UPON REQUEST

BOTLINGER, JODI
ADDRESS AVAILABLE UPON REQUEST

BOTSFORD, JEROME
ADDRESS AVAILABLE UPON REQUEST

BOTSFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BOTSFORD, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BOTT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BOTTA, LILLY
ADDRESS AVAILABLE UPON REQUEST

BOTTEGA FALAI NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

BOTTEMILLER, JAUNA
ADDRESS AVAILABLE UPON REQUEST

BOTTENFIELD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOTTER CASA VINICOLA
VIA CADORNA 17 30020 FOSSALTA DI PIAVE
VENEZIA
ITALY

BOTTERBUSCH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BOTTGE, PAUL
ADDRESS AVAILABLE UPON REQUEST

BOTTI, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BOTTI, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

BOTTING, DIANNE
ADDRESS AVAILABLE UPON REQUEST

BOTTING, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

BOTTINI, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BOTTINI, TINA-MARIE
ADDRESS AVAILABLE UPON REQUEST

BOTTINO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BOTTITTA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOTTJER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BOTTLE STOCK SHOP
ADDRESS UNAVAILABLE AT TIME OF FILING

BOTTLENOTES, INC.
555 BRYANT ST  575
PALO ALTO, CA  94301

BOTTLENOTES, INC.
ATTN: JENNIFER FRANK
459 HAMILITON AVENUE, SUITE 306
PALO ALTO, CA  94301

BOTTLENOTES, INC.
PO BOX 1510
LOS ALTOS, CA  94023-1510

BOTTLICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BOTTOM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BOTTOMS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BOTTOMS, SAM
ADDRESS AVAILABLE UPON REQUEST

BOTTOMS, TASHA
ADDRESS AVAILABLE UPON REQUEST

BOTTONI, ROGER
ADDRESS AVAILABLE UPON REQUEST

BOTTORFF, LISA
ADDRESS AVAILABLE UPON REQUEST

BOTTS, JOHNNY M
ADDRESS AVAILABLE UPON REQUEST

BOTTS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BOTTS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BOTTS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOTWICK, THEODORE
ADDRESS AVAILABLE UPON REQUEST

BOTYRIUS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOUCARD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, AMY
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, ARIES
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, GRAY
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, KIM
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, NADINE
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

BOUCHARD, QUINN
ADDRESS AVAILABLE UPON REQUEST

BOUCHAT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BOUCHAT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOUCHE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOUCHEE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, CHELAINE
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, MARTINE
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, MARY
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, NORA
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, PEGGY
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, TARYN
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOUCHER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOUCHET, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BOUCHNER, ELISE
ADDRESS AVAILABLE UPON REQUEST

BOUCHON BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

BOUCHON
ADDRESS UNAVAILABLE AT TIME OF FILING

BOUCICAUT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BOUCK, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

BOUCLIER, MARC
ADDRESS AVAILABLE UPON REQUEST

BOUDART, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOUDET, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BOUDOS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, CECILIA
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, NANCY
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOUDREAU, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BOUDREAULT, MANON
ADDRESS AVAILABLE UPON REQUEST

BOUDREAUX, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BOUDREAUX, DREW
ADDRESS AVAILABLE UPON REQUEST

BOUDREAUX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOUDREAUX, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BOUDREAUX, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BOUEY-SUEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOUEY-SUEN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BOUFFARD, HELENE
ADDRESS AVAILABLE UPON REQUEST

BOUGH, MARIEL
ADDRESS AVAILABLE UPON REQUEST

BOUGHAMER, COREY
ADDRESS AVAILABLE UPON REQUEST

BOUGHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOUGHER, WIN
ADDRESS AVAILABLE UPON REQUEST

BOUGHNER, ANETTE
ADDRESS AVAILABLE UPON REQUEST

BOUGHTER-DORNFELD, MAURA
ADDRESS AVAILABLE UPON REQUEST

BOUGHTON, NANCY
ADDRESS AVAILABLE UPON REQUEST

BOUGIE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BOUGIE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BOUGIE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BOUHON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOUILLE, LIZ
ADDRESS AVAILABLE UPON REQUEST

BOUKNIGHT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BOULAND, FREDERIC
ADDRESS AVAILABLE UPON REQUEST

BOULANGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOULANGER, MARY
ADDRESS AVAILABLE UPON REQUEST

BOULDEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BOULDEN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BOULDER PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

BOULDIN, ANDRIANA
ADDRESS AVAILABLE UPON REQUEST

BOULDIN, BRITANI
ADDRESS AVAILABLE UPON REQUEST

BOULDIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOULEY, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

BOULGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BOULLET, KYLE
ADDRESS AVAILABLE UPON REQUEST

BOULMAAROUF, AYA
ADDRESS AVAILABLE UPON REQUEST

BOULOS, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOULTON, TARA
ADDRESS AVAILABLE UPON REQUEST

BOULTON-MANCHEGO, CLARE
ADDRESS AVAILABLE UPON REQUEST

BOULWARE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BOUMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BOUMLIK, MOURAD
ADDRESS AVAILABLE UPON REQUEST

BOUN, NANCY
ADDRESS AVAILABLE UPON REQUEST

BOUN, RAFAELA
ADDRESS AVAILABLE UPON REQUEST

BOUNCE EXCHANGE INC.
285 FULTON ST, ONE WORLD TRADE
CENTER 74TH FLOOR
NEW YORK, NY  10007

BOUNDS, CHELSI
ADDRESS AVAILABLE UPON REQUEST

BOUNDS, JANINE
ADDRESS AVAILABLE UPON REQUEST

BOUNDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOUNDY, AARON
ADDRESS AVAILABLE UPON REQUEST

BOUNOUGIAS, PETER
ADDRESS AVAILABLE UPON REQUEST

BOUNTY, KYLE
ADDRESS AVAILABLE UPON REQUEST

BOUNTY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BOUQUET, VICKI
ADDRESS AVAILABLE UPON REQUEST

BOUQUETS
ADDRESS UNAVAILABLE AT TIME OF FILING

BOUQUIO, MARISOL
ADDRESS AVAILABLE UPON REQUEST

BOUR, SOKINA
ADDRESS AVAILABLE UPON REQUEST

BOURAS, JAMI
ADDRESS AVAILABLE UPON REQUEST

BOURASSA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BOURASSA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOURBEAU, BRETT
ADDRESS AVAILABLE UPON REQUEST

BOURBEAU, GRACEN
ADDRESS AVAILABLE UPON REQUEST

BOURBEAU, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BOURBEAU, LIZ
ADDRESS AVAILABLE UPON REQUEST

BOURBONNAIS, LISA
ADDRESS AVAILABLE UPON REQUEST

BOURDASE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOURDEAU, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BOURDO, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BOURGAULT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, CARLY
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOURGEOIS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOURGERIE, MADDI
ADDRESS AVAILABLE UPON REQUEST

BOURGOGNE, ALISON
ADDRESS AVAILABLE UPON REQUEST

BOURGOIN, MARK
ADDRESS AVAILABLE UPON REQUEST

BOURGOIN, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

BOURIS, LUKE
ADDRESS AVAILABLE UPON REQUEST

BOURKE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOURLAKAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOURLAND, LORI
ADDRESS AVAILABLE UPON REQUEST

BOURLAND, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOURNE, JUDY
ADDRESS AVAILABLE UPON REQUEST

BOURNE, LOIS
ADDRESS AVAILABLE UPON REQUEST

BOURNE-PETERS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, AMY
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, KASIE
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BOURQUE, ZACH
ADDRESS AVAILABLE UPON REQUEST

BOUSABA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BOUSANTI, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

BOUSKA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOUSLEIMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

BOUSLOG, KAREN
ADDRESS AVAILABLE UPON REQUEST

BOUSMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOUSQUET, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BOUSQUET, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BOUSQUET, LISA
ADDRESS AVAILABLE UPON REQUEST

BOUSQUET, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOUSSIOS, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOUTAH, VICKY
ADDRESS AVAILABLE UPON REQUEST

BOUTAUGH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOUTCHER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BOUTELLE, BETSEY
ADDRESS AVAILABLE UPON REQUEST

BOUTERSE, KARLA
ADDRESS AVAILABLE UPON REQUEST

BOUTHILETTE, MATT
ADDRESS AVAILABLE UPON REQUEST

BOUTHOT, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

BOUTIS, BETTY
ADDRESS AVAILABLE UPON REQUEST

BOUTROS, SACHA
ADDRESS AVAILABLE UPON REQUEST

BOUTSABOUALOY, JANETH
ADDRESS AVAILABLE UPON REQUEST

BOUTSELIS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BOUTSICARIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOUTSIS, EVE
ADDRESS AVAILABLE UPON REQUEST

BOUTTE FOMBIN, DR. NATASHA
ADDRESS AVAILABLE UPON REQUEST

BOUTTE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BOUTWELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BOUTWELL, STEVE
ADDRESS AVAILABLE UPON REQUEST

BOUVERAT, JIGISHA
ADDRESS AVAILABLE UPON REQUEST

BOUVIER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BOUYA, RITA
ADDRESS AVAILABLE UPON REQUEST

BOVA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BOVARD, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BOVARD, GRACE
ADDRESS AVAILABLE UPON REQUEST

BOVE WILSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BOVE, ANN
ADDRESS AVAILABLE UPON REQUEST

BOVE, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

BOVE, LYNETTA
ADDRESS AVAILABLE UPON REQUEST

BOVE, ZACH
ADDRESS AVAILABLE UPON REQUEST

BOVEE, DEANDRA
ADDRESS AVAILABLE UPON REQUEST

BOVENT, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

BOVIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOVITZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

BOVY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOW, DIABLO
ADDRESS AVAILABLE UPON REQUEST

BOWBEER, TERI
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, BETH
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, CASSEY
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, JASON
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, PEG
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOWDEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOWDICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOWDITCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOWDLER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BOWDOIN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BOWDREN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BOWDREN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BOWE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BOWE, DARLENE
ADDRESS AVAILABLE UPON REQUEST

BOWE, LINDA
ADDRESS AVAILABLE UPON REQUEST

BOWE, MARY
ADDRESS AVAILABLE UPON REQUEST

BOWE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ALLAN
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ANETTE
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOWEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

BOWEN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, FATIMA
ADDRESS AVAILABLE UPON REQUEST

BOWEN, GLENN
ADDRESS AVAILABLE UPON REQUEST

BOWEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOWEN, JACOB
ADDRESS AVAILABLE UPON REQUEST

BOWEN, JONI
ADDRESS AVAILABLE UPON REQUEST

BOWEN, JOY
ADDRESS AVAILABLE UPON REQUEST

BOWEN, LEO
ADDRESS AVAILABLE UPON REQUEST

BOWEN, LESLEA
ADDRESS AVAILABLE UPON REQUEST

BOWEN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

BOWEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BOWEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BOWEN, PORSHA
ADDRESS AVAILABLE UPON REQUEST

BOWEN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BOWEN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BOWEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOWEN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BOWEN, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

BOWEN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BOWEN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BOWENS, DEAUNDERIA
ADDRESS AVAILABLE UPON REQUEST

BOWER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOWER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BOWER, CHALLIS
ADDRESS AVAILABLE UPON REQUEST

BOWER, JARED
ADDRESS AVAILABLE UPON REQUEST

BOWER, JEFF
ADDRESS AVAILABLE UPON REQUEST

BOWER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BOWER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOWER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOWER, MIKE
ADDRESS AVAILABLE UPON REQUEST

BOWERMAN, MASON
ADDRESS AVAILABLE UPON REQUEST

BOWERMAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

BOWERMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BOWERMASTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ALESIA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOWERS, BRANT
ADDRESS AVAILABLE UPON REQUEST

BOWERS, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BOWERS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ETHELYN
ADDRESS AVAILABLE UPON REQUEST

BOWERS, GARY
ADDRESS AVAILABLE UPON REQUEST

BOWERS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, JANE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, JOSH
ADDRESS AVAILABLE UPON REQUEST

BOWERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BOWERS, KIKI
ADDRESS AVAILABLE UPON REQUEST

BOWERS, LOUISA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, MARISA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, MICAELA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BOWERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOWERS, SAWYER
ADDRESS AVAILABLE UPON REQUEST

BOWERS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, STACY
ADDRESS AVAILABLE UPON REQUEST

BOWERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BOWERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOWERS, TERESA
ADDRESS AVAILABLE UPON REQUEST

BOWERS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BOWERSOCK, CARI
ADDRESS AVAILABLE UPON REQUEST

BOWERSOCK, JUDY
ADDRESS AVAILABLE UPON REQUEST

BOWERSOX, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOWERS-SWORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOWES, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

BOWES, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BOWES, EVERETT
ADDRESS AVAILABLE UPON REQUEST

BOWHAY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BOWIE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOWIE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BOWIE, KINSEY
ADDRESS AVAILABLE UPON REQUEST

BOWIE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

BOWIE, LANAEA
ADDRESS AVAILABLE UPON REQUEST

BOWIE, MONICA
ADDRESS AVAILABLE UPON REQUEST

BOWIE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOWIE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BOWKER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOWKER, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

BOWLBY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BOWLBY, JENNA
ADDRESS AVAILABLE UPON REQUEST

BOWLBY, LISA
ADDRESS AVAILABLE UPON REQUEST

BOWLBY, MENDY
ADDRESS AVAILABLE UPON REQUEST

BOWLER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BOWLES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BOWLES, DAVID
ADDRESS AVAILABLE UPON REQUEST

BOWLES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BOWLES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BOWLES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BOWLES, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOWLES, LISA
ADDRESS AVAILABLE UPON REQUEST

BOWLES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOWLES, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BOWLES, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BOWLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOWLEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

BOWLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BOWLIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BOWLIN, KATHRINE
ADDRESS AVAILABLE UPON REQUEST

BOWLING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BOWLING, CODY
ADDRESS AVAILABLE UPON REQUEST

BOWLING, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOWLING, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BOWMAN BALESTRIERI, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, BRENT
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, CATHY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, CHARA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, DANAE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, EBONY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, NIVIA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, SHEA
ADDRESS AVAILABLE UPON REQUEST

BOWMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BOWMAR, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOWSER, ERIC
ADDRESS AVAILABLE UPON REQUEST

BOWSER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOWSER, KINSEY
ADDRESS AVAILABLE UPON REQUEST

BOWSER, MACY
ADDRESS AVAILABLE UPON REQUEST

BOWSER, MONIKA
ADDRESS AVAILABLE UPON REQUEST

BOWSER, RYLIE & NICK
ADDRESS AVAILABLE UPON REQUEST

BOWYER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BOWYER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOWYER, ZACH
ADDRESS AVAILABLE UPON REQUEST

BOX, AMBER
ADDRESS AVAILABLE UPON REQUEST

BOX, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

BOX, GREG
ADDRESS AVAILABLE UPON REQUEST

BOX, KIM
ADDRESS AVAILABLE UPON REQUEST

BOX, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BOX.COM
BOX, IBC 4440
EL CAMINO REAL LOS ALTOS, CA  94022

BOXBERGER, HARRY
ADDRESS AVAILABLE UPON REQUEST

BOXER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BOXER, SHIRA
ADDRESS AVAILABLE UPON REQUEST

BOXLEITER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOXLEY, MARLINDA
ADDRESS AVAILABLE UPON REQUEST

BOYAJIAN, GLENDA
ADDRESS AVAILABLE UPON REQUEST

BOYAJIAN, SAMMI
ADDRESS AVAILABLE UPON REQUEST

BOYAN, LISA
ADDRESS AVAILABLE UPON REQUEST

BOYANOVSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOYCE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOYCE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BOYCE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BOYCE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BOYCE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BOYCE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BOYCE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BOYCE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BOYCE, HOPE
ADDRESS AVAILABLE UPON REQUEST

BOYCE, JODI
ADDRESS AVAILABLE UPON REQUEST

BOYCE, KAREN
ADDRESS AVAILABLE UPON REQUEST

BOYCE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BOYCE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOYCE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOYCE, NADIA
ADDRESS AVAILABLE UPON REQUEST

BOYCE, RHEA
ADDRESS AVAILABLE UPON REQUEST

BOYCE, ROGER
ADDRESS AVAILABLE UPON REQUEST

BOYCE, RYA
ADDRESS AVAILABLE UPON REQUEST

BOYCE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BOYCE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BOYCE, TUCKER
ADDRESS AVAILABLE UPON REQUEST

BOYCE, VASHTI
ADDRESS AVAILABLE UPON REQUEST

BOYD BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BOYD, ALISA
ADDRESS AVAILABLE UPON REQUEST

BOYD, ALISON
ADDRESS AVAILABLE UPON REQUEST

BOYD, ARIANA
ADDRESS AVAILABLE UPON REQUEST

BOYD, AYLA
ADDRESS AVAILABLE UPON REQUEST

BOYD, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BOYD, BAR
ADDRESS AVAILABLE UPON REQUEST

BOYD, BETH
ADDRESS AVAILABLE UPON REQUEST

BOYD, BETTY
ADDRESS AVAILABLE UPON REQUEST

BOYD, BRADY
ADDRESS AVAILABLE UPON REQUEST

BOYD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BOYD, BRIA
ADDRESS AVAILABLE UPON REQUEST

BOYD, BRYNN
ADDRESS AVAILABLE UPON REQUEST

BOYD, CALSIE
ADDRESS AVAILABLE UPON REQUEST

BOYD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BOYD, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BOYD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BOYD, CIERA
ADDRESS AVAILABLE UPON REQUEST

BOYD, COLIN
ADDRESS AVAILABLE UPON REQUEST

BOYD, CORBYN
ADDRESS AVAILABLE UPON REQUEST

BOYD, CORY
ADDRESS AVAILABLE UPON REQUEST

BOYD, DEMI
ADDRESS AVAILABLE UPON REQUEST

BOYD, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BOYD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOYD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOYD, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOYD, ERICA
ADDRESS AVAILABLE UPON REQUEST

BOYD, EVAN
ADDRESS AVAILABLE UPON REQUEST

BOYD, GARY
ADDRESS AVAILABLE UPON REQUEST

BOYD, GREGG
ADDRESS AVAILABLE UPON REQUEST

BOYD, HAROLD
ADDRESS AVAILABLE UPON REQUEST

BOYD, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOYD, JANITH
ADDRESS AVAILABLE UPON REQUEST

BOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BOYD, JENNY
ADDRESS AVAILABLE UPON REQUEST

BOYD, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOYD, JOSIE
ADDRESS AVAILABLE UPON REQUEST

BOYD, JULIA
ADDRESS AVAILABLE UPON REQUEST

BOYD, KARA
ADDRESS AVAILABLE UPON REQUEST

BOYD, KATE
ADDRESS AVAILABLE UPON REQUEST

BOYD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOYD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYD, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

BOYD, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BOYD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOYD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOYD, KENYA
ADDRESS AVAILABLE UPON REQUEST

BOYD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOYD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BOYD, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

BOYD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOYD, LACEY
ADDRESS AVAILABLE UPON REQUEST

BOYD, LEAH
ADDRESS AVAILABLE UPON REQUEST

BOYD, LIZA
ADDRESS AVAILABLE UPON REQUEST

BOYD, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BOYD, LUERETHER
ADDRESS AVAILABLE UPON REQUEST

BOYD, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

BOYD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BOYD, MARTI
ADDRESS AVAILABLE UPON REQUEST

BOYD, MARY
ADDRESS AVAILABLE UPON REQUEST

BOYD, MAURICE
ADDRESS AVAILABLE UPON REQUEST

BOYD, MOLLY MARTINDALE
ADDRESS AVAILABLE UPON REQUEST

BOYD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BOYD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BOYD, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BOYD, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BOYD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOYD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOYD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOYD, SANDY
ADDRESS AVAILABLE UPON REQUEST

BOYD, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

BOYD, STACY
ADDRESS AVAILABLE UPON REQUEST

BOYD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOYD, TERRI
ADDRESS AVAILABLE UPON REQUEST

BOYD, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BOYD, TRACI
ADDRESS AVAILABLE UPON REQUEST

BOYD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BOYD, WESTON
ADDRESS AVAILABLE UPON REQUEST

BOYDE, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

BOYDEN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BOYDSTON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BOYDSTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BOYD-VENABLE, CHAUNCI
ADDRESS AVAILABLE UPON REQUEST

BOYE, FREDERIC
ADDRESS AVAILABLE UPON REQUEST

BOYER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BOYER, AMY
ADDRESS AVAILABLE UPON REQUEST

BOYER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BOYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BOYER, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

BOYER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BOYER, HALEY
ADDRESS AVAILABLE UPON REQUEST

BOYER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BOYER, JAN
ADDRESS AVAILABLE UPON REQUEST

BOYER, JOAN
ADDRESS AVAILABLE UPON REQUEST

BOYER, KACE
ADDRESS AVAILABLE UPON REQUEST

BOYER, KATY
ADDRESS AVAILABLE UPON REQUEST

BOYER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BOYER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BOYER, MAGDALA
ADDRESS AVAILABLE UPON REQUEST

BOYER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BOYER, MARK
ADDRESS AVAILABLE UPON REQUEST

BOYER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

BOYER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BOYER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BOYER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BOYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOYER, SARA
ADDRESS AVAILABLE UPON REQUEST

BOYER, TIM
ADDRESS AVAILABLE UPON REQUEST

BOYER, VADA
ADDRESS AVAILABLE UPON REQUEST

BOYER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BOYER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BOYERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOYERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BOYETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

BOYETT, LORELEI
ADDRESS AVAILABLE UPON REQUEST

BOYETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BOYETT, SHANTELL
ADDRESS AVAILABLE UPON REQUEST

BOYHAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

BOYHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOYINGTON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, BOB
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, DANIELA
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, MIA
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BOYKIN, SHEANTE
ADDRESS AVAILABLE UPON REQUEST

BOYKINS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BOYKO, EDEN
ADDRESS AVAILABLE UPON REQUEST

BOYKO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOYLAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BOYLAND, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOYLE CLARK, GINNY
ADDRESS AVAILABLE UPON REQUEST

BOYLE, 2733 W BELDEN APT 705
ADDRESS AVAILABLE UPON REQUEST

BOYLE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BOYLE, AMY
ADDRESS AVAILABLE UPON REQUEST

BOYLE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, CAMREN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BOYLE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BOYLE, CONOR
ADDRESS AVAILABLE UPON REQUEST

BOYLE, DONOVAN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOYLE, ERIC
ADDRESS AVAILABLE UPON REQUEST

BOYLE, JASON
ADDRESS AVAILABLE UPON REQUEST

BOYLE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BOYLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

BOYLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BOYLE, MARK
ADDRESS AVAILABLE UPON REQUEST

BOYLE, MARY
ADDRESS AVAILABLE UPON REQUEST

BOYLE, MATT
ADDRESS AVAILABLE UPON REQUEST

BOYLE, MCKAILAH
ADDRESS AVAILABLE UPON REQUEST

BOYLE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BOYLE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BOYLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BOYLE, TERENCE
ADDRESS AVAILABLE UPON REQUEST

BOYLE, THERESA
ADDRESS AVAILABLE UPON REQUEST

BOYLE, TYLER
ADDRESS AVAILABLE UPON REQUEST

BOYLE, WINNIE
ADDRESS AVAILABLE UPON REQUEST

BOYLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BOYLES, BYRON
ADDRESS AVAILABLE UPON REQUEST

BOYLES, DEVON
ADDRESS AVAILABLE UPON REQUEST

BOYLES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BOYLES, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

BOYLES, LAURA
ADDRESS AVAILABLE UPON REQUEST

BOYLES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BOYLES, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BOYLES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BOYLL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BOYNE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BOYNE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BOYNES, ANTONETTE
ADDRESS AVAILABLE UPON REQUEST

BOYNES, BILL
ADDRESS AVAILABLE UPON REQUEST

BOYNES, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BOYNTON, STACIE
ADDRESS AVAILABLE UPON REQUEST

BOYSON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BOYTE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BOYTER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BOZA, ANA
ADDRESS AVAILABLE UPON REQUEST

BOZANICH, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BOZARD, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BOZARTH, AMY
ADDRESS AVAILABLE UPON REQUEST

BOZEMAN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

BOZICH, DAN AND MARGARET
ADDRESS AVAILABLE UPON REQUEST

BOZINOVSKI, TATJANA
ADDRESS AVAILABLE UPON REQUEST

BOZMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BOZNER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BOZORGI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BOZZA, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

BOZZANO AND COMPANY
PO BOX 14105
SAN LUIS OBISPO, CA  93406

BOZZELLI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BOZZI, ALEX
ADDRESS AVAILABLE UPON REQUEST

BOZZINI, DANI
ADDRESS AVAILABLE UPON REQUEST

BR COHN WINERY, INC.
15000 SONOMA HWY
GLEN ELLEN, CA  95442

BRAAKSMA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRAATZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRAATZ, JASON
ADDRESS AVAILABLE UPON REQUEST

BRABANT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BRABLC, ED
ADDRESS AVAILABLE UPON REQUEST

BRABSON, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

BRACA, GINA
ADDRESS AVAILABLE UPON REQUEST

BRACAGLIA, MADISON
ADDRESS AVAILABLE UPON REQUEST

BRACCIA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BRACE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BRACE, CHANEL
ADDRESS AVAILABLE UPON REQUEST

BRACE, HAILEY
ADDRESS AVAILABLE UPON REQUEST

BRACE, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRACE, TYLER
ADDRESS AVAILABLE UPON REQUEST

BRACERO, PILAR
ADDRESS AVAILABLE UPON REQUEST

BRACEROS, KELANI
ADDRESS AVAILABLE UPON REQUEST

BRACETTI, ALEX
ADDRESS AVAILABLE UPON REQUEST

BRACEY, RODNEY
ADDRESS AVAILABLE UPON REQUEST

BRACH, CAROL
ADDRESS AVAILABLE UPON REQUEST

BRACH, PENNY
ADDRESS AVAILABLE UPON REQUEST

BRACHMAN, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

BRACHNA, WHIT
ADDRESS AVAILABLE UPON REQUEST

BRACHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRACHT, KEN
ADDRESS AVAILABLE UPON REQUEST

BRACIAK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BRACK, LISA
ADDRESS AVAILABLE UPON REQUEST

BRACK, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BRACKBILL, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, JILL
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, LAINE
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, MARISA
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, RON
ADDRESS AVAILABLE UPON REQUEST

BRACKEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, LISA
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, TATIANA
ADDRESS AVAILABLE UPON REQUEST

BRACKETT, TORY
ADDRESS AVAILABLE UPON REQUEST

BRACKIN, KRIS
ADDRESS AVAILABLE UPON REQUEST

BRACKNELL, REAGAN
ADDRESS AVAILABLE UPON REQUEST

BRACKNEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BRACKNEY, RYLIE
ADDRESS AVAILABLE UPON REQUEST

BRAD BOWMAN
ADDRESS AVAILABLE UPON REQUEST

BRAD GREEN
ADDRESS AVAILABLE UPON REQUEST

BRAD OGBONNA
ADDRESS AVAILABLE UPON REQUEST

BRAD SCHWARTZ
ADDRESS AVAILABLE UPON REQUEST

BRAD URBA
ADDRESS AVAILABLE UPON REQUEST

BRADACH, KARA
ADDRESS AVAILABLE UPON REQUEST

BRADARICH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRADASCIO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BRADBURN, JAN
ADDRESS AVAILABLE UPON REQUEST

BRADBURRY, MARGOT
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, AMY
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, CARLA
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, CURTIS
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, JENNIE
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BRADBURY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRADDICK, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

BRADDOCK, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRADDOCK, TREY
ADDRESS AVAILABLE UPON REQUEST

BRADDY, FAITH
ADDRESS AVAILABLE UPON REQUEST

BRADEN WELDY
ADDRESS AVAILABLE UPON REQUEST

BRADEN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BRADEN, BRINA
ADDRESS AVAILABLE UPON REQUEST

BRADEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BRADEN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BRADEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRADEN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BRADEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BRADEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BRADEN, TONI
ADDRESS AVAILABLE UPON REQUEST

BRADER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRADFIELD, DIANA
ADDRESS AVAILABLE UPON REQUEST

BRADFIELD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRADFIELD, LURA
ADDRESS AVAILABLE UPON REQUEST

BRADFIELD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRADFIELD, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BRADFISH, ALEX
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, ANITA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, BELINDA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, CARYN
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, DEANDREA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, GRACE
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, KATHY
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRADFORD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BRADHAM, DESARAE
ADDRESS AVAILABLE UPON REQUEST

BRADISH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY ALAN PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

BRADLEY ALLEN SHARKEY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY ALLEN SHARKEY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY AU
ADDRESS AVAILABLE UPON REQUEST

BRADLEY BALBER
ADDRESS AVAILABLE UPON REQUEST

BRADLEY DELANEY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY H ABRAMSON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY HUGH PARKER
ADDRESS AVAILABLE UPON REQUEST

BRADLEY JAMES BONDY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY JAY SOUCEK
ADDRESS AVAILABLE UPON REQUEST

BRADLEY K HUNT
ADDRESS AVAILABLE UPON REQUEST

BRADLEY LHUILLIER
ADDRESS AVAILABLE UPON REQUEST

BRADLEY MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

BRADLEY NELSON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY R LORD
ADDRESS AVAILABLE UPON REQUEST

BRADLEY R LORD
ADDRESS AVAILABLE UPON REQUEST

BRADLEY ROBINSON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY RUSSELL COTHRAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY SCOTT WILCOSH
ADDRESS AVAILABLE UPON REQUEST

BRADLEY TYLER WARREN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ALICE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, BEN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, CARYN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, CHERRYL
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DANYELLE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DEVON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DINA JO
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DREW
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JANE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JORDANNE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JOSINA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JOYIA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, JULI
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, KEGAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, KEYERA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, LATOYA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, LEE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, LYDIA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, NORA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, RILEY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, RITA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, SHARI
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, TANYA
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, THERRI
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, THOMAS E
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BRADLEY-BUTTS, PATRICE
ADDRESS AVAILABLE UPON REQUEST

BRADMILLER-FELD, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRADSETH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, AXL
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, DAVE
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, FAITH
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, JODY
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, LYNN
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, MARIE
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, PIERRETTE
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, SELENE
ADDRESS AVAILABLE UPON REQUEST

BRADSHAW, SUE
ADDRESS AVAILABLE UPON REQUEST

BRADT, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BRADY WARWICK
ADDRESS AVAILABLE UPON REQUEST

BRADY, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BRADY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BRADY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BRADY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRADY, BENNETT
ADDRESS AVAILABLE UPON REQUEST

BRADY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRADY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BRADY, COLEEN
ADDRESS AVAILABLE UPON REQUEST

BRADY, COLEEN
ADDRESS AVAILABLE UPON REQUEST

BRADY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

BRADY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BRADY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRADY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRADY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRADY, GINNIE
ADDRESS AVAILABLE UPON REQUEST

BRADY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BRADY, JANICE
ADDRESS AVAILABLE UPON REQUEST

BRADY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BRADY, JENNFER
ADDRESS AVAILABLE UPON REQUEST

BRADY, JENNYFER
ADDRESS AVAILABLE UPON REQUEST

BRADY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRADY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRADY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRADY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRADY, KEIRENY
ADDRESS AVAILABLE UPON REQUEST

BRADY, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BRADY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRADY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRADY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRADY, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BRADY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BRADY, MARIA
ADDRESS AVAILABLE UPON REQUEST

BRADY, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

BRADY, MARY
ADDRESS AVAILABLE UPON REQUEST

BRADY, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BRADY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRADY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRADY, NADIA
ADDRESS AVAILABLE UPON REQUEST

BRADY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BRADY, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

BRADY, PHIL
ADDRESS AVAILABLE UPON REQUEST

BRADY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRADY, SETH
ADDRESS AVAILABLE UPON REQUEST

BRADY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRADY, TESS
ADDRESS AVAILABLE UPON REQUEST

BRADY-MORAN, MARY
ADDRESS AVAILABLE UPON REQUEST

BRADY-PRICE, LARISSA
ADDRESS AVAILABLE UPON REQUEST

BRAESE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRAESICKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRAET, AMY
ADDRESS AVAILABLE UPON REQUEST

BRAFF, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BRAGA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRAGA, SAM
ADDRESS AVAILABLE UPON REQUEST

BRAGG, ALISSON
ADDRESS AVAILABLE UPON REQUEST

BRAGG, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAGG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRAGG, HORACE
ADDRESS AVAILABLE UPON REQUEST

BRAGG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRAGG, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

BRAGG, MARIE
ADDRESS AVAILABLE UPON REQUEST

BRAGGINS, LEIA
ADDRESS AVAILABLE UPON REQUEST

BRAGGS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRAGGS, ROHIT
ADDRESS AVAILABLE UPON REQUEST

BRAHAM, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BRAHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BRAHAN, JOHN J
ADDRESS AVAILABLE UPON REQUEST

BRAHMBHATT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRAHMS, LILY
ADDRESS AVAILABLE UPON REQUEST

BRAICKS, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

BRAIDA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRAIDA, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BRAIG, JANELLE
ADDRESS AVAILABLE UPON REQUEST

BRAILEY, TARA
ADDRESS AVAILABLE UPON REQUEST

BRAILSFORD, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRAIN FREEZE
ADDRESS AVAILABLE UPON REQUEST

BRAINARD, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BRAINARD, JOSH
ADDRESS AVAILABLE UPON REQUEST

BRAINARD, LISA
ADDRESS AVAILABLE UPON REQUEST

BRAINARD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BRAINARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRAINTREE
111 N. CANAL STREET SUITE 455
CHICAGO, IL  60606

BRAISLIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRAISTED, GAYL
ADDRESS AVAILABLE UPON REQUEST

BRAITHWAITE, AKEEM
ADDRESS AVAILABLE UPON REQUEST

BRAITHWAITE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BRAITHWAITE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BRAJCZEWSKI, DAVE
ADDRESS AVAILABLE UPON REQUEST

BRAKE, AMBER
ADDRESS AVAILABLE UPON REQUEST

BRAKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BRAKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRAKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRAKEFIELD, CARTER
ADDRESS AVAILABLE UPON REQUEST

BRAKE-MILLER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

BRAKENHOFF, MARANDA
ADDRESS AVAILABLE UPON REQUEST

BRAKLEY, TINA
ADDRESS AVAILABLE UPON REQUEST

BRAKYE, EMMANUELLA
ADDRESS AVAILABLE UPON REQUEST

BRAM, GAIL
ADDRESS AVAILABLE UPON REQUEST

BRAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRAMAROV, DORIAN
ADDRESS AVAILABLE UPON REQUEST

BRAMBILAS DRAPERY INC
5018 W VENICE BLVD
LOS ANGELES, CA  90019

BRAMBLE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRAMBLE, DERRICK
ADDRESS AVAILABLE UPON REQUEST

BRAMBLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRAMBLE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRAME, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRAME, TYRA CELESTE
ADDRESS AVAILABLE UPON REQUEST

BRAMER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BRAMER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRAMHALL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BRAMHALL, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRAMHAM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRAMLETT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BRAMMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

BRAMMEIER, SARA
ADDRESS AVAILABLE UPON REQUEST

BRAMMER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BRAMMER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRAMMER, LEILA
ADDRESS AVAILABLE UPON REQUEST

BRAMMER, LISA
ADDRESS AVAILABLE UPON REQUEST

BRAMOW, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BRAMWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRANAM, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRANCA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BRANCA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BRANCACCIO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

BRANCATI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BRANCATO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRANCATO, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRANCATO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRANCH, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BRANCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRANCH, BECKY
ADDRESS AVAILABLE UPON REQUEST

BRANCH, CARL
ADDRESS AVAILABLE UPON REQUEST

BRANCH, EVELYN
ADDRESS AVAILABLE UPON REQUEST

BRANCH, GAYLE
ADDRESS AVAILABLE UPON REQUEST

BRANCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRANCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRANCH, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRANCH, KWANZA
ADDRESS AVAILABLE UPON REQUEST

BRANCH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BRANCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRANCH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BRANCHEAU, MARCIA
ADDRESS AVAILABLE UPON REQUEST

BRANCHINI, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BRANCHTRACK
ADDRESS UNAVAILABLE AT TIME OF FILING

BRANCIFORTI, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRAND IT ADVERTISING
122 N RAYMOND RD
SPOKANE, WA  99206

BRAND, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BRAND, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAND, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRAND, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRAND, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BRAND, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRAND, PAUL
ADDRESS AVAILABLE UPON REQUEST

BRAND, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BRAND, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRANDAO E SOUZA, PEDRO
ADDRESS AVAILABLE UPON REQUEST

BRANDAO, ATALA
ADDRESS AVAILABLE UPON REQUEST

BRANDEBERRY, HALEY
ADDRESS AVAILABLE UPON REQUEST

BRANDEE STOOTS
ADDRESS AVAILABLE UPON REQUEST

BRANDEE YOUNGER
ADDRESS AVAILABLE UPON REQUEST

BRANDEL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BRANDEL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BRANDEL, TARYN
ADDRESS AVAILABLE UPON REQUEST

BRANDELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRANDELL, KATE
ADDRESS AVAILABLE UPON REQUEST

BRANDEN STEWART
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, ADAM
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, EMMA
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, LEAH
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, PAM
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRANDENBURGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRANDENSTEIN, JEN
ADDRESS AVAILABLE UPON REQUEST

BRANDER
604 ARIZONA
SANTA MONICA, CA  90401

BRANDES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRANDES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRANDES, LEE
ADDRESS AVAILABLE UPON REQUEST

BRANDES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRANDFASS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRANDFONBRENER, CLARE
ADDRESS AVAILABLE UPON REQUEST

BRANDI BORCHERT
ADDRESS AVAILABLE UPON REQUEST

BRANDI BROWNEWELL
ADDRESS AVAILABLE UPON REQUEST

BRANDI ELLISON
ADDRESS AVAILABLE UPON REQUEST

BRANDI LILES STEVENS
ADDRESS AVAILABLE UPON REQUEST

BRANDI MCGANN, CATHY RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

BRANDI R CLARKE REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

BRANDI, LISA
ADDRESS AVAILABLE UPON REQUEST

BRANDIE, REMI
ADDRESS AVAILABLE UPON REQUEST

BRANDLI, GAIL
ADDRESS AVAILABLE UPON REQUEST

BRANDLI, GAIL
ADDRESS AVAILABLE UPON REQUEST

BRANDNER, JOSH
ADDRESS AVAILABLE UPON REQUEST

BRANDNER, WENDY
ADDRESS AVAILABLE UPON REQUEST

BRANDOLINO, EVAN
ADDRESS AVAILABLE UPON REQUEST

BRANDOLINO, EVAN
ADDRESS AVAILABLE UPON REQUEST

BRANDON ALEXANDER MARTINS
ADDRESS AVAILABLE UPON REQUEST

BRANDON ASHTON STEIN
ADDRESS AVAILABLE UPON REQUEST

BRANDON BRADFORD
ADDRESS AVAILABLE UPON REQUEST

BRANDON C OTTE
ADDRESS AVAILABLE UPON REQUEST

BRANDON COLE
ADDRESS AVAILABLE UPON REQUEST

BRANDON CROWDER
ADDRESS AVAILABLE UPON REQUEST

BRANDON DIGGS
ADDRESS AVAILABLE UPON REQUEST

BRANDON GERHARDT
ADDRESS AVAILABLE UPON REQUEST

BRANDON HEXSEL
ADDRESS AVAILABLE UPON REQUEST

BRANDON HOOD
ADDRESS AVAILABLE UPON REQUEST

BRANDON JOSEPH DELALLO
ADDRESS AVAILABLE UPON REQUEST

BRANDON MONTANA
ADDRESS AVAILABLE UPON REQUEST

BRANDON OSBON
ADDRESS AVAILABLE UPON REQUEST

BRANDON OSBORNE
ADDRESS AVAILABLE UPON REQUEST

BRANDON PELZEL
ADDRESS AVAILABLE UPON REQUEST

BRANDON ROSE
ADDRESS AVAILABLE UPON REQUEST

BRANDON WANNER
ADDRESS AVAILABLE UPON REQUEST

BRANDON WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

BRANDON WOOD
ADDRESS AVAILABLE UPON REQUEST

BRANDON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BRANDON, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRANDON, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BRANDON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BRANDON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BRANDON, BROWN,
ADDRESS AVAILABLE UPON REQUEST

BRANDON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BRANDON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BRANDON, CHARLEE
ADDRESS AVAILABLE UPON REQUEST

BRANDON, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRANDON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BRANDON, MELONY
ADDRESS AVAILABLE UPON REQUEST

BRANDON, MELONY
ADDRESS AVAILABLE UPON REQUEST

BRANDON, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRANDON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRANDSEY, SHARI
ADDRESS AVAILABLE UPON REQUEST

BRANDT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BRANDT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BRANDT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRANDT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BRANDT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRANDT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BRANDT, DAN
ADDRESS AVAILABLE UPON REQUEST

BRANDT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BRANDT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRANDT, EMMA
ADDRESS AVAILABLE UPON REQUEST

BRANDT, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRANDT, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BRANDT, JACLYNN
ADDRESS AVAILABLE UPON REQUEST

BRANDT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRANDT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRANDT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRANDT, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

BRANDT, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

BRANDT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BRANDT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRANDT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRANDT, TARA
ADDRESS AVAILABLE UPON REQUEST

BRANDWEIN-FRYAR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BRANDXADS (BRANDX)
60 RAILROAD PLACE, SUITE 203
SARATOGA SPRINGS, NY 12866

BRANDY COOPER
ADDRESS AVAILABLE UPON REQUEST

BRANDY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

BRANE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

BRANG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRANGMAN, H. ALAN
ADDRESS AVAILABLE UPON REQUEST

BRANHAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRANHAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRANIGAN, EVE
ADDRESS AVAILABLE UPON REQUEST

BRANK, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BRANKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRANN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BRANN, TAMSYN
ADDRESS AVAILABLE UPON REQUEST

BRANNAGAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRANNAN, ALI
ADDRESS AVAILABLE UPON REQUEST

BRANNAN, HALY
ADDRESS AVAILABLE UPON REQUEST

BRANNAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

BRANNEN, KELLI
ADDRESS AVAILABLE UPON REQUEST

BRANNEN, RUSS
ADDRESS AVAILABLE UPON REQUEST

BRANNEN, TY
ADDRESS AVAILABLE UPON REQUEST

BRANNICK, LISA
ADDRESS AVAILABLE UPON REQUEST

BRANNIGAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BRANNIGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRANNIGAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

BRANNOCH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BRANNON, ADISON
ADDRESS AVAILABLE UPON REQUEST

BRANNON, BILL
ADDRESS AVAILABLE UPON REQUEST

BRANNON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRANNON, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

BRANNON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BRANNON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRANNON, ORIANNA
ADDRESS AVAILABLE UPON REQUEST

BRANNON, R BRUCE
ADDRESS AVAILABLE UPON REQUEST

BRANOM, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BRANOM, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRANON, NANCY
ADDRESS AVAILABLE UPON REQUEST

BRANSCUM, COLTON
ADDRESS AVAILABLE UPON REQUEST

BRANSCUM, WESLEY
ADDRESS AVAILABLE UPON REQUEST

BRANSFIELD, KIRK
ADDRESS AVAILABLE UPON REQUEST

BRANSFIELD, LAUREL
ADDRESS AVAILABLE UPON REQUEST

BRANSIDE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BRANSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRANSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRANSON, JANA
ADDRESS AVAILABLE UPON REQUEST

BRANSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

BRANSTATOR, NICK
ADDRESS AVAILABLE UPON REQUEST

BRANT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BRANT, CELESTE
ADDRESS AVAILABLE UPON REQUEST

BRANT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRANT, DARIANNA
ADDRESS AVAILABLE UPON REQUEST

BRANT, JANET
ADDRESS AVAILABLE UPON REQUEST

BRANT, KAILEIGH
ADDRESS AVAILABLE UPON REQUEST

BRANT, LEAH
ADDRESS AVAILABLE UPON REQUEST

BRANT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BRANT, PHILIPPA
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, NYKIAH
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

BRANTLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRANTMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

BRANTMYER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BRANTON, KAITIE
ADDRESS AVAILABLE UPON REQUEST

BRANUM, AMY
ADDRESS AVAILABLE UPON REQUEST

BRANZER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRAR, JANPREET
ADDRESS AVAILABLE UPON REQUEST

BRAS, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BRASACCHIO, GENE
ADDRESS AVAILABLE UPON REQUEST

BRASCETTA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BRASCHE, MONIKA
ADDRESS AVAILABLE UPON REQUEST

BRASFIELD, JAN
ADDRESS AVAILABLE UPON REQUEST

BRASFIELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRASHER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRASHER, WARREN
ADDRESS AVAILABLE UPON REQUEST

BRASIER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BRASIL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRASILEIRO, NATHALIA
ADDRESS AVAILABLE UPON REQUEST

BRASINGTON, MELYNDA
ADDRESS AVAILABLE UPON REQUEST

BRASINGTON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRASKETT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRASS, JOANN
ADDRESS AVAILABLE UPON REQUEST

BRASS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BRASSARD, JOYCE
ADDRESS AVAILABLE UPON REQUEST

BRASSEAUX, DANNY
ADDRESS AVAILABLE UPON REQUEST

BRASSELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BRASSEUR, CALI
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, GRATE
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, JANEILLE
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, JAQUINTON
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, KHENDRA
ADDRESS AVAILABLE UPON REQUEST

BRASWELL, MADISON
ADDRESS AVAILABLE UPON REQUEST

BRAT, TANYA
ADDRESS AVAILABLE UPON REQUEST

BRATBERG, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

BRATCHER, TERESA
ADDRESS AVAILABLE UPON REQUEST

BRATHWAITE, AISHA
ADDRESS AVAILABLE UPON REQUEST

BRATHWAITE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BRATHWAITE, KAYE
ADDRESS AVAILABLE UPON REQUEST

BRATHWAITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRATHWAITE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRATKOVSKAIA, OLGA
ADDRESS AVAILABLE UPON REQUEST

BRATT, SCOTT R.
ADDRESS AVAILABLE UPON REQUEST

BRATTAIN, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

BRATTAIN, YASHAWNA
ADDRESS AVAILABLE UPON REQUEST

BRATTEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BRATTON, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BRATTON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRATTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BRATZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRATZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAUCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRAUCHLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAUDE, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRAUER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BRAUER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAUER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAUER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRAUER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRAULT, CAROL
ADDRESS AVAILABLE UPON REQUEST

BRAULT, PASCAL
ADDRESS AVAILABLE UPON REQUEST

BRAUN(C/O KYLE BACON), RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRAUN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BRAUN, AMY
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ANIA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BRAUN, CALI
ADDRESS AVAILABLE UPON REQUEST

BRAUN, CAROL
ADDRESS AVAILABLE UPON REQUEST

BRAUN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

BRAUN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ERIK
ADDRESS AVAILABLE UPON REQUEST

BRAUN, GALE
ADDRESS AVAILABLE UPON REQUEST

BRAUN, JON
ADDRESS AVAILABLE UPON REQUEST

BRAUN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRAUN, KATHY
ADDRESS AVAILABLE UPON REQUEST

BRAUN, KEANU
ADDRESS AVAILABLE UPON REQUEST

BRAUN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRAUN, LYNN
ADDRESS AVAILABLE UPON REQUEST

BRAUN, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BRAUN, MARVIN
ADDRESS AVAILABLE UPON REQUEST

BRAUN, MAX
ADDRESS AVAILABLE UPON REQUEST

BRAUN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRAUN, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

BRAUN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BRAUN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRAUN, TONI
ADDRESS AVAILABLE UPON REQUEST

BRAUN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BRAUNEIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRAUNER, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRAUNING, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRAUNSTEIN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BRAUNSTEIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BRAUNSTEIN, JASON
ADDRESS AVAILABLE UPON REQUEST

BRAUNSTEIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRAUSEN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BRAUSS, DARRYL
ADDRESS AVAILABLE UPON REQUEST

BRAUSS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BRAUTIGAM, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BRAVE & MAIDEN ESTATE LTD
512 N REXFORD DR.
BEVERLY HILLS, CA  90210

BRAVE & MAIDEN ESTATE LTD
690 ALAMO PINTADO ROAD
SOLVANG, CA  93463

BRAVE & MAIDEN ESTATE LTD
PO BOX 1094
SANTA YNEZ, CA  93460

BRAVE OAK VINEYARD, LLC
5010 MARTINGALE CIRCLE
SAN MIGUEL, CA  93451

BRAVE SPACE ALLIANCE
1515 E. 52ND PLACE, 3RD FLOOR
CHICAGO, IL  60615

BRAVE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRAVO, BECKA
ADDRESS AVAILABLE UPON REQUEST

BRAVO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BRAVO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRAVO, MAUREEN AND RICARDO
ADDRESS AVAILABLE UPON REQUEST

BRAVO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

BRAWER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRAWLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BRAWLEY, LORETTA
ADDRESS AVAILABLE UPON REQUEST

BRAWLEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

BRAWNER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRAWNER, DON
ADDRESS AVAILABLE UPON REQUEST

BRAXTON, AHJANAE
ADDRESS AVAILABLE UPON REQUEST

BRAXTON, BRANDIZE
ADDRESS AVAILABLE UPON REQUEST

BRAXTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BRAXTON, MARY
ADDRESS AVAILABLE UPON REQUEST

BRAY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BRAY, CHELSY
ADDRESS AVAILABLE UPON REQUEST

BRAY, CHERITH
ADDRESS AVAILABLE UPON REQUEST

BRAY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BRAY, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRAY, DIANE
ADDRESS AVAILABLE UPON REQUEST

BRAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRAY, GORDON
ADDRESS AVAILABLE UPON REQUEST

BRAY, HUGH
ADDRESS AVAILABLE UPON REQUEST

BRAY, JACK
ADDRESS AVAILABLE UPON REQUEST

BRAY, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRAY, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BRAY, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

BRAY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BRAY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BRAY, LIANNA
ADDRESS AVAILABLE UPON REQUEST

BRAY, LORNA
ADDRESS AVAILABLE UPON REQUEST

BRAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRAY, PAUL
ADDRESS AVAILABLE UPON REQUEST

BRAY, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRAY, SUSIE
ADDRESS AVAILABLE UPON REQUEST

BRAYBOY, DANIKA
ADDRESS AVAILABLE UPON REQUEST

BRAYE, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BRAYKOVICH, MARK
ADDRESS AVAILABLE UPON REQUEST

BRAYMER, WESLEY
ADDRESS AVAILABLE UPON REQUEST

BRAYTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BRAZ DIAS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

BRAZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

BRAZAUSKAS, KARISSA
ADDRESS AVAILABLE UPON REQUEST

BRAZDA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BRAZELL, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BRAZELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRAZELTON, HATTIE
ADDRESS AVAILABLE UPON REQUEST

BRAZIER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRAZILL, DIANA
ADDRESS AVAILABLE UPON REQUEST

BRAZILL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRAZILLE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

BRAZNELL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BRAZZLE, JOE
ADDRESS AVAILABLE UPON REQUEST

BREA, ALICE
ADDRESS AVAILABLE UPON REQUEST

BREA, LOURDES
ADDRESS AVAILABLE UPON REQUEST

BREACH, DIANE
ADDRESS AVAILABLE UPON REQUEST

BREAD AND BUTTER
ADDRESS UNAVAILABLE AT TIME OF FILING

BREAKOUT ROOM TEAM
ADDRESS UNAVAILABLE AT TIME OF FILING

BREANA E DODD
ADDRESS AVAILABLE UPON REQUEST

BREANNE LYNCH
ADDRESS AVAILABLE UPON REQUEST

BREATHER.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

BREAU, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BREAULT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BREAULT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BREAULT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BREAULT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BREAUX, ALISON
ADDRESS AVAILABLE UPON REQUEST

BREAUX, AMY
ADDRESS AVAILABLE UPON REQUEST

BREAUX, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BREAUX, DANA
ADDRESS AVAILABLE UPON REQUEST

BREAUX, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BREAUX, LISA
ADDRESS AVAILABLE UPON REQUEST

BREAUX, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BREAYANA SUMLIN
ADDRESS AVAILABLE UPON REQUEST

BREAZEALE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRECCIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRECEDA, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BRECHBIEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRECHEISEN, DINA
ADDRESS AVAILABLE UPON REQUEST

BRECHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRECHNER, REID
ADDRESS AVAILABLE UPON REQUEST

BRECHT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BRECHT, TRACY
ADDRESS AVAILABLE UPON REQUEST

BRECKENRIDGE, CONOR
ADDRESS AVAILABLE UPON REQUEST

BRECKENRIDGE, KLINDT
ADDRESS AVAILABLE UPON REQUEST

BRECKENRIDGE, KYRSTI
ADDRESS AVAILABLE UPON REQUEST

BRECKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BRECKHEIMER, KATEY
ADDRESS AVAILABLE UPON REQUEST

BRECKLINE TECHNOLOGIES
ADDRESS UNAVAILABLE AT TIME OF FILING

BRECKON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BREDALE RUCKER
ADDRESS AVAILABLE UPON REQUEST

BREDEHOFT, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BREDEHOFT, KAREN
ADDRESS AVAILABLE UPON REQUEST

BREDEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BREDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BREDESON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BREDWELL, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BREE DAUPHINEE
ADDRESS AVAILABLE UPON REQUEST

BREE, KAELA
ADDRESS AVAILABLE UPON REQUEST

BREECE, DONNA JEAN
ADDRESS AVAILABLE UPON REQUEST

BREECE, PENNY
ADDRESS AVAILABLE UPON REQUEST

BREED, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BREED, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, MELODY
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

BREEDEN, SHANE
ADDRESS AVAILABLE UPON REQUEST

BREEDING, ANN
ADDRESS AVAILABLE UPON REQUEST

BREEDING, ERIN
ADDRESS AVAILABLE UPON REQUEST

BREEDLOVE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BREEDLOVE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BREEDLOVE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BREEDLOVE-PEARCE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BREEDON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BREEDT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BREEN, BETH
ADDRESS AVAILABLE UPON REQUEST

BREEN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BREEN, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

BREEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BREEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BREEN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BREEN, JENA
ADDRESS AVAILABLE UPON REQUEST

BREEN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BREEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BREEN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BREEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BREEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BREEN, SADIE
ADDRESS AVAILABLE UPON REQUEST

BREEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

BREEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BREEN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BREES, MICHEAL
ADDRESS AVAILABLE UPON REQUEST

BREESE, MARIA
ADDRESS AVAILABLE UPON REQUEST

BREEZY HR
ADDRESS UNAVAILABLE AT TIME OF FILING

BREGANDE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BREGANT, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

BREGAR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BREGARD, GRACE
ADDRESS AVAILABLE UPON REQUEST

BREGENZER, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BREGMAN, SONIA
ADDRESS AVAILABLE UPON REQUEST

BREGOLI, NATE
ADDRESS AVAILABLE UPON REQUEST

BREGON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BREHM, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BREHM, ZACH
ADDRESS AVAILABLE UPON REQUEST

BREIDENBACH, ANN
ADDRESS AVAILABLE UPON REQUEST

BREIDENSTEIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREIG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BREIHAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BREIHAN, LYDIA
ADDRESS AVAILABLE UPON REQUEST

BREIMHURST, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BREINDEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BREISTER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BREITBACH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BREITBACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BREITENBACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREITENBACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREITFELLER, TYLER
ADDRESS AVAILABLE UPON REQUEST

BREITHAUPT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BREITKOPF, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BREITZKA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BREITZMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

BREKHUS, SHANTELL
ADDRESS AVAILABLE UPON REQUEST

BREKKE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BREKKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BREKKE, KATE
ADDRESS AVAILABLE UPON REQUEST

BREKKE, LONE
ADDRESS AVAILABLE UPON REQUEST

BREKKEN, LARS
ADDRESS AVAILABLE UPON REQUEST

BREKOVSKY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRELAND, PEGGY
ADDRESS AVAILABLE UPON REQUEST

BRELAND-JONES, KATHISHA
ADDRESS AVAILABLE UPON REQUEST

BRELJE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRELLENTHIN, JAZZ
ADDRESS AVAILABLE UPON REQUEST

BRELLENTHIN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BRELSFORD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BREM, EMMA
ADDRESS AVAILABLE UPON REQUEST

BREMBERG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BREMER, ELISE
ADDRESS AVAILABLE UPON REQUEST

BREMER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BREMER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BREMER, MEG
ADDRESS AVAILABLE UPON REQUEST

BREMERKAMP, MONI MITCH
ADDRESS AVAILABLE UPON REQUEST

BREMER-PADDOCK, HARRISON
ADDRESS AVAILABLE UPON REQUEST

BREMMER, RICK
ADDRESS AVAILABLE UPON REQUEST

BRENARD, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

BRENCI, DINA
ADDRESS AVAILABLE UPON REQUEST

BRENDA ARMIJO
ADDRESS AVAILABLE UPON REQUEST

BRENDA CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

BRENDA COLSON
ADDRESS AVAILABLE UPON REQUEST

BRENDA DAVIS
ADDRESS AVAILABLE UPON REQUEST

BRENDA HENDERSON
ADDRESS AVAILABLE UPON REQUEST

BRENDA KLODA
ADDRESS AVAILABLE UPON REQUEST

BRENDA MCCAIN
ADDRESS AVAILABLE UPON REQUEST

BRENDA PATTON
ADDRESS AVAILABLE UPON REQUEST

BRENDA REYES
ADDRESS AVAILABLE UPON REQUEST

BRENDA RIVENES
ADDRESS AVAILABLE UPON REQUEST

BRENDA SCHWEIGER
ADDRESS AVAILABLE UPON REQUEST

BRENDA SHRIVER
ADDRESS AVAILABLE UPON REQUEST

BRENDA TUCK
ADDRESS AVAILABLE UPON REQUEST

BRENDA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

BRENDA, MS.
ADDRESS AVAILABLE UPON REQUEST

BRENDAN FOGARTY
ADDRESS AVAILABLE UPON REQUEST

BRENDAN HEALY
ADDRESS AVAILABLE UPON REQUEST

BRENDAN LESLIE DOSS
ADDRESS AVAILABLE UPON REQUEST

BRENDAN MULHERN
ADDRESS AVAILABLE UPON REQUEST

BRENDAN ROONEY
ADDRESS AVAILABLE UPON REQUEST

BRENDAN SHELLY
ADDRESS AVAILABLE UPON REQUEST

BRENDEL, ALLY JO
ADDRESS AVAILABLE UPON REQUEST

BRENDEL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BRENDEL, PETER
ADDRESS AVAILABLE UPON REQUEST

BRENDEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRENDEN D KENNEDY
ADDRESS AVAILABLE UPON REQUEST

BRENDEN, LUKAS
ADDRESS AVAILABLE UPON REQUEST

BRENDING, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRENEGAN, DAISY
ADDRESS AVAILABLE UPON REQUEST

BRENER INTERNATIONAL GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

BRENES, NURIA
ADDRESS AVAILABLE UPON REQUEST

BRENES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BRENHOLT, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

BRENING, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BRENK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRENN, CARA
ADDRESS AVAILABLE UPON REQUEST

BRENNA BANNISTER
ADDRESS AVAILABLE UPON REQUEST

BRENNA REILLY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, BERNICE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, BRYN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CARMEL
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, HARRISON
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KATE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, LENA
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, LORI
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MADELYNNE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MARY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, OWEN
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, SHANE
ADDRESS AVAILABLE UPON REQUEST

BRENNAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BRENNANS PUB
ADDRESS UNAVAILABLE AT TIME OF FILING

BRENNEMAN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BRENNEMAN, CRISTY
ADDRESS AVAILABLE UPON REQUEST

BRENNEMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRENNEMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRENNEMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRENNEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRENNEN, DESTANY
ADDRESS AVAILABLE UPON REQUEST

BRENNEN, LORALIE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, ABBIE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRENNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, DAVE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRENNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRENNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRENNER, JANE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRENNER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRENNER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BRENNER, RONALD
ADDRESS AVAILABLE UPON REQUEST

BRENNER, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRENNER, ZACH
ADDRESS AVAILABLE UPON REQUEST

BRENNOLT, QUINN
ADDRESS AVAILABLE UPON REQUEST

BRENNY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BRENO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BRENSDAL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRENSING, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BRENSON, IAN
ADDRESS AVAILABLE UPON REQUEST

BRENSTUHL, FAYTHE
ADDRESS AVAILABLE UPON REQUEST

BRENT BURGER
ADDRESS AVAILABLE UPON REQUEST

BRENT CHASE
ADDRESS AVAILABLE UPON REQUEST

BRENT E WALKER
ADDRESS AVAILABLE UPON REQUEST

BRENT GOODE
ADDRESS AVAILABLE UPON REQUEST

BRENT HAMBLETON
ADDRESS AVAILABLE UPON REQUEST

BRENT PALMAN
ADDRESS AVAILABLE UPON REQUEST

BRENT SCHOONOVER
ADDRESS AVAILABLE UPON REQUEST

BRENT SMART
ADDRESS AVAILABLE UPON REQUEST

BRENT T HEAVICAN
ADDRESS AVAILABLE UPON REQUEST

BRENT VANTIL
ADDRESS AVAILABLE UPON REQUEST

BRENT, ERICA
ADDRESS AVAILABLE UPON REQUEST

BRENT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BRENT, SCHULLER
ADDRESS AVAILABLE UPON REQUEST

BRENT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BRENT-CHESSUM, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BRENTON ESKA
ADDRESS AVAILABLE UPON REQUEST

BRENTON, ANNA
ADDRESS AVAILABLE UPON REQUEST

BRENTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BRENTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRENTZEL, TANYA
ADDRESS AVAILABLE UPON REQUEST

BRESCIA, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRESCIANI, KEITH
ADDRESS AVAILABLE UPON REQUEST

BRESKA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BRESLAW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRESLAWSKI, TOM
ADDRESS AVAILABLE UPON REQUEST

BRESLIN KRISTA
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, CARA
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, FIONA
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, KAILEE
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

BRESLIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BRESNAHAN, KAILYN
ADDRESS AVAILABLE UPON REQUEST

BRESNAHAN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

BRESNAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRESNIHAN, GERALD
ADDRESS AVAILABLE UPON REQUEST

BRESS, KIM
ADDRESS AVAILABLE UPON REQUEST

BREST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRESTAR, AUGUSTYNA
ADDRESS AVAILABLE UPON REQUEST

BRET PRASCAK
ADDRESS AVAILABLE UPON REQUEST

BRETAO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRETHAUER, ROBDEN
ADDRESS AVAILABLE UPON REQUEST

BRETON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BRETON, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

BRETON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRETT CASBEER
ADDRESS AVAILABLE UPON REQUEST

BRETT HYSON
ADDRESS AVAILABLE UPON REQUEST

BRETT JONES
ADDRESS AVAILABLE UPON REQUEST

BRETT LIND
ADDRESS AVAILABLE UPON REQUEST

BRETT MCKNIGHT RUSSELL
ADDRESS AVAILABLE UPON REQUEST

BRETT NOLAN
ADDRESS AVAILABLE UPON REQUEST

BRETT RADOCAJ
ADDRESS AVAILABLE UPON REQUEST

BRETT RICKERT
ADDRESS AVAILABLE UPON REQUEST

BRETT TEETER
ADDRESS AVAILABLE UPON REQUEST

BRETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRETT, LIZ
ADDRESS AVAILABLE UPON REQUEST

BRETT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRETT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRETT, SIMON
ADDRESS AVAILABLE UPON REQUEST

BRETTANY HALLAHAN
ADDRESS AVAILABLE UPON REQUEST

BRETTINGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

BRETTMAN, SKYE
ADDRESS AVAILABLE UPON REQUEST

BRETZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRETZ, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRETZINGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRETZLAFF, MIKE
ADDRESS AVAILABLE UPON REQUEST

BREUER, PAULA
ADDRESS AVAILABLE UPON REQUEST

BREUER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BREUNER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BREUNIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

BREUNIG, SHARON & RICHARD
ADDRESS AVAILABLE UPON REQUEST

BREVARD, TEMPEST
ADDRESS AVAILABLE UPON REQUEST

BREVNER, MARK
ADDRESS AVAILABLE UPON REQUEST

BREW, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BREWCO
ADDRESS UNAVAILABLE AT TIME OF FILING

BREWER, ALAN
ADDRESS AVAILABLE UPON REQUEST

BREWER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BREWER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BREWER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BREWER, BENNETT
ADDRESS AVAILABLE UPON REQUEST

BREWER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BREWER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BREWER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BREWER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

BREWER, COLLIN
ADDRESS AVAILABLE UPON REQUEST

BREWER, CORIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BREWER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BREWER, DELANEY
ADDRESS AVAILABLE UPON REQUEST

BREWER, DENVER
ADDRESS AVAILABLE UPON REQUEST

BREWER, DEVON
ADDRESS AVAILABLE UPON REQUEST

BREWER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BREWER, ERIN
ADDRESS AVAILABLE UPON REQUEST

BREWER, GABIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, GAYLE
ADDRESS AVAILABLE UPON REQUEST

BREWER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, JENNY
ADDRESS AVAILABLE UPON REQUEST

BREWER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BREWER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BREWER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BREWER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BREWER, KIM
ADDRESS AVAILABLE UPON REQUEST

BREWER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BREWER, LEXI
ADDRESS AVAILABLE UPON REQUEST

BREWER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BREWER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BREWER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BREWER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BREWER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREWER, SETH
ADDRESS AVAILABLE UPON REQUEST

BREWER, SHERRYL
ADDRESS AVAILABLE UPON REQUEST

BREWER, STACI
ADDRESS AVAILABLE UPON REQUEST

BREWER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BREWER, TONIA
ADDRESS AVAILABLE UPON REQUEST

BREWER-CALVERT, KATIE
ADDRESS AVAILABLE UPON REQUEST

BREWIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BREWSAUGH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, BEN
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, CHARLINDA
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, MONICA
ADDRESS AVAILABLE UPON REQUEST

BREWSTER, TESSA
ADDRESS AVAILABLE UPON REQUEST

BREWTON, FORREST
ADDRESS AVAILABLE UPON REQUEST

BREX INC.
12832 S FRONTRUNNER BLVD
STE 500
DRAPER, UT  84020-5757

BREX INC.
153 TOWNSEND STREET, 6TH FLOOR
GAVIN CLEAVELAND, PRESIDENT
SAN FRANCISCO, CA  94107

BREX INC.
153 TOWNSEND STREET, 6TH FLOOR
SAN FRANCISCO, CA  94107

BREY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BREYER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BREYMEIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BREYMEYER, SUE
ADDRESS AVAILABLE UPON REQUEST

BREYNAERT, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BREZA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BREZINSKI, KLAIRE
ADDRESS AVAILABLE UPON REQUEST

BRI EMERY, INC
(DESIGN LOVE FEST)
2140 E. 7TH PLACE, UNIT A2S
LOS ANGELES, CA  90021

BRIA HAMMEL INTERIORS, LLC
750 MAIN STREET,  214
MENDOTA HEIGHTS, MN  55118

BRIAN AGGEN
ADDRESS AVAILABLE UPON REQUEST

BRIAN AIELLO
ADDRESS AVAILABLE UPON REQUEST

BRIAN AND HOPE ANN BAILEY REVOCABLE
TRUST
ADDRESS AVAILABLE UPON REQUEST

BRIAN BOSTIC
ADDRESS AVAILABLE UPON REQUEST

BRIAN C TANGE
ADDRESS AVAILABLE UPON REQUEST

BRIAN CAROL
ADDRESS AVAILABLE UPON REQUEST

BRIAN CHARLES MILOSKI
ADDRESS AVAILABLE UPON REQUEST

BRIAN COLEMAN
ADDRESS AVAILABLE UPON REQUEST

BRIAN COOK
ADDRESS AVAILABLE UPON REQUEST

BRIAN CRAWFORD
ADDRESS AVAILABLE UPON REQUEST

BRIAN D BOONE
ADDRESS AVAILABLE UPON REQUEST

BRIAN D FELIX
ADDRESS AVAILABLE UPON REQUEST

BRIAN DE SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

BRIAN DILLON
ADDRESS AVAILABLE UPON REQUEST

BRIAN DOUVILLE
ADDRESS AVAILABLE UPON REQUEST

BRIAN DRISCOLL
ADDRESS AVAILABLE UPON REQUEST

BRIAN EDWARD KARNS
ADDRESS AVAILABLE UPON REQUEST

BRIAN EUGENE PRIBIL
ADDRESS AVAILABLE UPON REQUEST

BRIAN FELLION
ADDRESS AVAILABLE UPON REQUEST

BRIAN FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

BRIAN GERSON
ADDRESS AVAILABLE UPON REQUEST

BRIAN HILLS
ADDRESS AVAILABLE UPON REQUEST

BRIAN JONES
ADDRESS AVAILABLE UPON REQUEST

BRIAN JUNE GREEN
ADDRESS AVAILABLE UPON REQUEST

BRIAN K DAUPHIN
ADDRESS AVAILABLE UPON REQUEST

BRIAN K DEVANEY
ADDRESS AVAILABLE UPON REQUEST

BRIAN KEAN
ADDRESS AVAILABLE UPON REQUEST

BRIAN KEARNEY
ADDRESS AVAILABLE UPON REQUEST

BRIAN KIRBY
ADDRESS AVAILABLE UPON REQUEST

BRIAN LADAH
ADDRESS AVAILABLE UPON REQUEST

BRIAN LEE
ADDRESS AVAILABLE UPON REQUEST

BRIAN MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

BRIAN MICHAEL CLARK
ADDRESS AVAILABLE UPON REQUEST

BRIAN MIKITA
ADDRESS AVAILABLE UPON REQUEST

BRIAN MORAN
ADDRESS AVAILABLE UPON REQUEST

BRIAN MOUA
ADDRESS AVAILABLE UPON REQUEST

BRIAN MUSIL
ADDRESS AVAILABLE UPON REQUEST

BRIAN NELSON
ADDRESS AVAILABLE UPON REQUEST

BRIAN NORTH
ADDRESS AVAILABLE UPON REQUEST

BRIAN PAUL SEAGO
ADDRESS AVAILABLE UPON REQUEST

BRIAN PETER FARGNOLI
ADDRESS AVAILABLE UPON REQUEST

BRIAN PETER ROCK
ADDRESS AVAILABLE UPON REQUEST

BRIAN QUARESMA
ADDRESS AVAILABLE UPON REQUEST

BRIAN SCOTT
ADDRESS AVAILABLE UPON REQUEST

BRIAN SMITH
ADDRESS AVAILABLE UPON REQUEST

BRIAN SMITH
ADDRESS AVAILABLE UPON REQUEST

BRIAN THOMAS SCOTT
ADDRESS AVAILABLE UPON REQUEST

BRIAN VALENTIN
ADDRESS AVAILABLE UPON REQUEST

BRIAN WADSWORTH
ADDRESS AVAILABLE UPON REQUEST

BRIAN, BINNIE
ADDRESS AVAILABLE UPON REQUEST

BRIAN, HARDY
ADDRESS AVAILABLE UPON REQUEST

BRIANA BONTER
ADDRESS AVAILABLE UPON REQUEST

BRIANA MASON
ADDRESS AVAILABLE UPON REQUEST

BRIANA RIEMER
ADDRESS AVAILABLE UPON REQUEST

BRIAND, JODI
ADDRESS AVAILABLE UPON REQUEST

BRIANE LOWERR
ADDRESS AVAILABLE UPON REQUEST

BRIANNA ALLEN
ADDRESS AVAILABLE UPON REQUEST

BRIANNA MANZELLI
ADDRESS AVAILABLE UPON REQUEST

BRIANNA SHARP
ADDRESS AVAILABLE UPON REQUEST

BRIANNE ENGLES
ADDRESS AVAILABLE UPON REQUEST

BRIANNE HARVEY
ADDRESS AVAILABLE UPON REQUEST

BRIANNE LUCOT
ADDRESS AVAILABLE UPON REQUEST

BRIANO, MARY
ADDRESS AVAILABLE UPON REQUEST

BRIAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRIARLEY DAVIDSON
ADDRESS AVAILABLE UPON REQUEST

BRIARS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BRICE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRICE, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

BRICE, WENONA
ADDRESS AVAILABLE UPON REQUEST

BRICENO, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

BRICE-SPRENGER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRICHETTI, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRICK AND MORTAR
ADDRESS UNAVAILABLE AT TIME OF FILING

BRICK HOUSE CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

BRICK, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRICK, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BRICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRICKATES, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRICKEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRICKELL, DANA
ADDRESS AVAILABLE UPON REQUEST

BRICKER, DONNA
ADDRESS AVAILABLE UPON REQUEST

BRICKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRICKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRICKER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRICKER, JEANANNE
ADDRESS AVAILABLE UPON REQUEST

BRICKER, MORIAH
ADDRESS AVAILABLE UPON REQUEST

BRICKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRICKERT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRICKEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRICKEY-NGUYEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRICKHOUSE, KEESHA
ADDRESS AVAILABLE UPON REQUEST

BRICKHOUSE, TONYA
ADDRESS AVAILABLE UPON REQUEST

BRICKLEMAIER, CATHY AND GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRICKLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRICKLEY, PETER
ADDRESS AVAILABLE UPON REQUEST

BRICKLIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BRICKMAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

BRICKWORKS ROASTHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

BRIDDICK, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BRIDEAU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRIDES, AMBER
ADDRESS AVAILABLE UPON REQUEST

BRIDGE BANK
55 ALMADEN BOULEVARD, SUITE 100
SAN JOSE, CA  95113

BRIDGE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BRIDGE, ERICA
ADDRESS AVAILABLE UPON REQUEST

BRIDGE, LARAINE
ADDRESS AVAILABLE UPON REQUEST

BRIDGE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

BRIDGE, SETH
ADDRESS AVAILABLE UPON REQUEST

BRIDGE, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRIDGEFORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BRIDGEMAN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

BRIDGEMAN, STACY
ADDRESS AVAILABLE UPON REQUEST

BRIDGERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRIDGERS, LISA
ADDRESS AVAILABLE UPON REQUEST

BRIDGERS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, ALLY
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, BECCA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, DONNA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, DURANT
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, ERIC
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, GLENWARD
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, JACE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, JODIE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, PEYTON
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, REGGIE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BRIDGES, WAYNE
ADDRESS AVAILABLE UPON REQUEST

BRIDGES-EDMONDSON, KARENSA
ADDRESS AVAILABLE UPON REQUEST

BRIDGET JEFFRIES
ADDRESS AVAILABLE UPON REQUEST

BRIDGET MCDONALD
ADDRESS AVAILABLE UPON REQUEST

BRIDGET PANSINI
ADDRESS AVAILABLE UPON REQUEST

BRIDGET, COLLINS,
ADDRESS AVAILABLE UPON REQUEST

BRIDGETTE BRANSON
ADDRESS AVAILABLE UPON REQUEST

BRIDGEWATER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRIDGEWATER, JANET
ADDRESS AVAILABLE UPON REQUEST

BRIDGEWATER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BRIDGFORD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BRIDGFORD, CELESTE
ADDRESS AVAILABLE UPON REQUEST

BRIDGMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRIDWELL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BRIDWELL, RAH
ADDRESS AVAILABLE UPON REQUEST

BRIECK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BRIEDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRIEHL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BRIEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BRIEN, AVERY
ADDRESS AVAILABLE UPON REQUEST

BRIEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BRIEN, RENE
ADDRESS AVAILABLE UPON REQUEST

BRIENZA, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BRIENZA, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

BRIER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRIERE, NATALY
ADDRESS AVAILABLE UPON REQUEST

BRIERLEY, MARK
ADDRESS AVAILABLE UPON REQUEST

BRIERRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRIERS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRIERTON, ASHLEY F
ADDRESS AVAILABLE UPON REQUEST

BRIFFITT, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, COURTNEE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, ELMA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, GIL
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, HALEY
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, JOANN
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, LEAKHANA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, MARY LYNN
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, TAWNEY
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, TYLER
ADDRESS AVAILABLE UPON REQUEST

BRIGGS, TYLER
ADDRESS AVAILABLE UPON REQUEST

BRIGHAM, ABBY
ADDRESS AVAILABLE UPON REQUEST

BRIGHAM, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BRIGHAM, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BRIGHAM, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

BRIGHAM, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BRIGHT CELLARS
ADDRESS UNAVAILABLE AT TIME OF FILING

BRIGHT SIDE CONSULTING LLC
1515 5TH AVENUE NORTH APT 344
NASHVILLE, TN  37208

BRIGHT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, BARTON
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, CACEY
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, CHANCE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, FRANK
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, LAMARK
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, LORRIE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, SARA
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, TAMMY
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BRIGHT, VERNET
ADDRESS AVAILABLE UPON REQUEST

BRIGHTCLIFFE, EVE
ADDRESS AVAILABLE UPON REQUEST

BRIGHTEDGE TECHNOLOGIES, INC.
989 E. HILLSDALE BLVD., STE 300
FOSTER CITY, CA  94404

BRIGHTMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRIGHTON, ABBY-JO
ADDRESS AVAILABLE UPON REQUEST

BRIGHTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRIGHTWELL, KARA
ADDRESS AVAILABLE UPON REQUEST

BRIGHTWELL, TREVER
ADDRESS AVAILABLE UPON REQUEST

BRIGID OCONNOR
ADDRESS AVAILABLE UPON REQUEST

BRIGID OCONNOR
ADDRESS AVAILABLE UPON REQUEST

BRIGIS, OLGA
ADDRESS AVAILABLE UPON REQUEST

BRIGIT BOWERS
ADDRESS AVAILABLE UPON REQUEST

BRIGLIO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BRIGMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRIGNAC, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BRIGNONE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BRILES, KEELA
ADDRESS AVAILABLE UPON REQUEST

BRILEY, MARIE
ADDRESS AVAILABLE UPON REQUEST

BRILL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BRILL, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BRILL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BRILL, KENT
ADDRESS AVAILABLE UPON REQUEST

BRILL, LORI
ADDRESS AVAILABLE UPON REQUEST

BRILL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRILLHART, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BRILLHART, EMMA
ADDRESS AVAILABLE UPON REQUEST

BRILLIANT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRILLIANT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRIM, CHRIISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BRIM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRIM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BRIMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRIMEYER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BRIMEYER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRIMFIELD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BRIMHALL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRIMM, TERESITA
ADDRESS AVAILABLE UPON REQUEST

BRINBERG, TODD
ADDRESS AVAILABLE UPON REQUEST

BRINCK, LORI
ADDRESS AVAILABLE UPON REQUEST

BRINCK, MARA
ADDRESS AVAILABLE UPON REQUEST

BRINDLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRINDLEY, COREY
ADDRESS AVAILABLE UPON REQUEST

BRINDZA, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BRINEGAR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRINER, CAYCIE
ADDRESS AVAILABLE UPON REQUEST

BRINER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRINGHURST, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRINI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRINK, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

BRINK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRINK, JESS
ADDRESS AVAILABLE UPON REQUEST

BRINK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BRINK, LISA
ADDRESS AVAILABLE UPON REQUEST

BRINK, MADISON
ADDRESS AVAILABLE UPON REQUEST

BRINK, MAGENNA
ADDRESS AVAILABLE UPON REQUEST

BRINKEL, HELEN
ADDRESS AVAILABLE UPON REQUEST

BRINKER, EVIN
ADDRESS AVAILABLE UPON REQUEST

BRINKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRINKER, LISA
ADDRESS AVAILABLE UPON REQUEST

BRINKER, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

BRINKER, TALENE
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY PARKER, SHARONE
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRINKLEY, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

BRINKMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRINKMANN, SHANA
ADDRESS AVAILABLE UPON REQUEST

BRINKOETTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRINKS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRINKS, HILARY
ADDRESS AVAILABLE UPON REQUEST

BRINKS, LIZ
ADDRESS AVAILABLE UPON REQUEST

BRINKWORTH, JENNA
ADDRESS AVAILABLE UPON REQUEST

BRINKWORTH, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRINLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRINNEMAN, JENELLE
ADDRESS AVAILABLE UPON REQUEST

BRINSON, ALISHA
ADDRESS AVAILABLE UPON REQUEST

BRINSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

BRINSON, DIONNE
ADDRESS AVAILABLE UPON REQUEST

BRINSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRINSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BRINSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRINSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRINSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRINSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRINSON, VELMA
ADDRESS AVAILABLE UPON REQUEST

BRINTLE, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

BRINTLINGER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRINTON HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

BRINTON, ODETTE
ADDRESS AVAILABLE UPON REQUEST

BRINTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRINTZ, CATHY
ADDRESS AVAILABLE UPON REQUEST

BRION SNYDER
ADDRESS AVAILABLE UPON REQUEST

BRIONES, CARLA
ADDRESS AVAILABLE UPON REQUEST

BRIONES, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BRIONES, CINDY
ADDRESS AVAILABLE UPON REQUEST

BRIONES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRIQUELET, KATE
ADDRESS AVAILABLE UPON REQUEST

BRISBANE, BAERBEL
ADDRESS AVAILABLE UPON REQUEST

BRISBIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BRISBOIS, AMY
ADDRESS AVAILABLE UPON REQUEST

BRISCO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, BRAD
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, DAWN
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, IRVING
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, JILL
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, SIMONE
ADDRESS AVAILABLE UPON REQUEST

BRISCOE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

BRISENO, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

BRISENO, JAVIER
ADDRESS AVAILABLE UPON REQUEST

BRISENO, LETICIA
ADDRESS AVAILABLE UPON REQUEST

BRISENO, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRISENO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BRISENTINE, CARA ESHLEMAN
ADDRESS AVAILABLE UPON REQUEST

BRISENTINE, CARA
ADDRESS AVAILABLE UPON REQUEST

BRISGONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRISKE, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

BRISKEY, CATHIE
ADDRESS AVAILABLE UPON REQUEST

BRISKI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BRISKY, GENESE
ADDRESS AVAILABLE UPON REQUEST

BRISLIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BRISSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BRISSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRISTLE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

BRISTOL FARMS
ADDRESS UNAVAILABLE AT TIME OF FILING

BRISTOL, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, MARY
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BRISTOL, WHYATT
ADDRESS AVAILABLE UPON REQUEST

BRISTON, PAM
ADDRESS AVAILABLE UPON REQUEST

BRISTOW, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRISTOW, SORAN
ADDRESS AVAILABLE UPON REQUEST

BRITO, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

BRITO, EVERALDO
ADDRESS AVAILABLE UPON REQUEST

BRITO, JC
ADDRESS AVAILABLE UPON REQUEST

BRITO, MALORIE
ADDRESS AVAILABLE UPON REQUEST

BRITO, MARGIE
ADDRESS AVAILABLE UPON REQUEST

BRITO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRITO, RUDDY
ADDRESS AVAILABLE UPON REQUEST

BRITO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BRITO, SINUHE
ADDRESS AVAILABLE UPON REQUEST

BRITO, SONIA
ADDRESS AVAILABLE UPON REQUEST

BRITO, THALES
ADDRESS AVAILABLE UPON REQUEST

BRITO-RODRIGUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRITSKE, KAY
ADDRESS AVAILABLE UPON REQUEST

BRITT BARTHELMAS
ADDRESS AVAILABLE UPON REQUEST

BRITT CONNECTS
1012 3RD ST 208
SANTA MONICA, CA 90404

BRITT, ANNA
ADDRESS AVAILABLE UPON REQUEST

BRITT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRITT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRITT, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BRITT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRITT, MARCUS
ADDRESS AVAILABLE UPON REQUEST

BRITT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRITT, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BRITT, TIANA
ADDRESS AVAILABLE UPON REQUEST

BRITTA GRAVELIN
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, CAREY
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, JANET
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, PAM
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRITTAIN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BRITTANEI NEUBERT
ADDRESS AVAILABLE UPON REQUEST

BRITTANIE STINSON
ADDRESS AVAILABLE UPON REQUEST

BRITTANY ALANE BRUNSON
ADDRESS AVAILABLE UPON REQUEST

BRITTANY CARTLIDGE
ADDRESS AVAILABLE UPON REQUEST

BRITTANY COWDEN
ADDRESS AVAILABLE UPON REQUEST

BRITTANY DARDEN
ADDRESS AVAILABLE UPON REQUEST

BRITTANY FORD
ADDRESS AVAILABLE UPON REQUEST

BRITTANY GRABOWSKI
ADDRESS AVAILABLE UPON REQUEST

BRITTANY HEULITT
ADDRESS AVAILABLE UPON REQUEST

BRITTANY KEITH
ADDRESS AVAILABLE UPON REQUEST

BRITTANY LEE
ADDRESS AVAILABLE UPON REQUEST

BRITTANY LEMMONS
ADDRESS AVAILABLE UPON REQUEST

BRITTANY MUSCIO
ADDRESS AVAILABLE UPON REQUEST

BRITTANY PRIDE
ADDRESS AVAILABLE UPON REQUEST

BRITTANY R HARLAN
ADDRESS AVAILABLE UPON REQUEST

BRITTANY RIVERA
ADDRESS AVAILABLE UPON REQUEST

BRITTANY SHAULIS
ADDRESS AVAILABLE UPON REQUEST

BRITTANY SMITH
ADDRESS AVAILABLE UPON REQUEST

BRITTANY TURNER
ADDRESS AVAILABLE UPON REQUEST

BRITTANY WALL
ADDRESS AVAILABLE UPON REQUEST

BRITTANY, MARROW,
ADDRESS AVAILABLE UPON REQUEST

BRITTANY, RIZO,
ADDRESS AVAILABLE UPON REQUEST

BRITTEN, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

BRITTIGAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

BRITTINGHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRITTLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRITTNEY A CARDILLO
ADDRESS AVAILABLE UPON REQUEST

BRITTNEY AU
ADDRESS AVAILABLE UPON REQUEST

BRITTNEY COLEMAN
ADDRESS AVAILABLE UPON REQUEST

BRITTNEY JONES
ADDRESS AVAILABLE UPON REQUEST

BRITTNEY, QUINTANA,
ADDRESS AVAILABLE UPON REQUEST

BRITTNI HALL
ADDRESS AVAILABLE UPON REQUEST

BRITTO, AYANA
ADDRESS AVAILABLE UPON REQUEST

BRITTO, DANA
ADDRESS AVAILABLE UPON REQUEST

BRITTO, DARELL
ADDRESS AVAILABLE UPON REQUEST

BRITTON, DUANE
ADDRESS AVAILABLE UPON REQUEST

BRITTON, ENID
ADDRESS AVAILABLE UPON REQUEST

BRITTON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BRITTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BRITTON, LYNN
ADDRESS AVAILABLE UPON REQUEST

BRITTON, MIKE
ADDRESS AVAILABLE UPON REQUEST

BRITTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRITTON, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRITZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

BRIWA, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BRIX, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRIXEY, JILL
ADDRESS AVAILABLE UPON REQUEST

BRIZENDINE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRIZUELA, JORGE
ADDRESS AVAILABLE UPON REQUEST

BRIZZEE, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BRIZZOLARA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRKIC, VESNA
ADDRESS AVAILABLE UPON REQUEST

BRKICH, CASSIE
ADDRESS AVAILABLE UPON REQUEST

BRLAS, RONALD
ADDRESS AVAILABLE UPON REQUEST

BRNADA, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BRNILOVICH, CARISSA
ADDRESS AVAILABLE UPON REQUEST

BROAD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BROAD, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

BROAD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROADBELT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BROADBELT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BROADBENT, STEPHANEY
ADDRESS AVAILABLE UPON REQUEST

BROADDUS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BROADEN, LEKEISHA
ADDRESS AVAILABLE UPON REQUEST

BROADNAX, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC.
51 MERCEDES WAY
EDGEWOOD, NY  11717

BROADUS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BROADWAY BREESE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROADWAY WINE & SPIRITS
1011 BROADWAY
SANTA MONICA, CA  90401

BROADWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROBST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BROBST, CATHIE
ADDRESS AVAILABLE UPON REQUEST

BROBST, PAUL
ADDRESS AVAILABLE UPON REQUEST

BROCATO, GREGORY
ADDRESS AVAILABLE UPON REQUEST

BROCCHI, DIANE
ADDRESS AVAILABLE UPON REQUEST

BROCE, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

BROCHIN, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

BROCHU, JOHN
ADDRESS AVAILABLE UPON REQUEST

BROCHU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROCIES, KARA
ADDRESS AVAILABLE UPON REQUEST

BROCK D JOHNSTON INVESTMENTS LLC
2607 N VAL VISTA RD
APACHE JUNCTION, AZ  85119

BROCK HIGHAM
ADDRESS AVAILABLE UPON REQUEST

BROCK P WALKER
ADDRESS AVAILABLE UPON REQUEST

BROCK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BROCK, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BROCK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BROCK, ELISE
ADDRESS AVAILABLE UPON REQUEST

BROCK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BROCK, JANITA
ADDRESS AVAILABLE UPON REQUEST

BROCK, JIM
ADDRESS AVAILABLE UPON REQUEST

BROCK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BROCK, LIANNE
ADDRESS AVAILABLE UPON REQUEST

BROCK, MARSHA
ADDRESS AVAILABLE UPON REQUEST

BROCK, MARY
ADDRESS AVAILABLE UPON REQUEST

BROCK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BROCK, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

BROCK, MYRA
ADDRESS AVAILABLE UPON REQUEST

BROCK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BROCK, RANDY
ADDRESS AVAILABLE UPON REQUEST

BROCK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROCK, SIDNEE
ADDRESS AVAILABLE UPON REQUEST

BROCK, STEVE
ADDRESS AVAILABLE UPON REQUEST

BROCK, TOM
ADDRESS AVAILABLE UPON REQUEST

BROCK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BROCK, WANDA
ADDRESS AVAILABLE UPON REQUEST

BROCKELMAN, CORY
ADDRESS AVAILABLE UPON REQUEST

BROCKENBERRY, DAMON
ADDRESS AVAILABLE UPON REQUEST

BROCKENBURY, GAIL
ADDRESS AVAILABLE UPON REQUEST

BROCKERS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BROCKETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROCKHOFF, LIBBY
ADDRESS AVAILABLE UPON REQUEST

BROCKING, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

BROCKINGTON, KEEYA
ADDRESS AVAILABLE UPON REQUEST

BROCKINGTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROCKLEHURST, LENA
ADDRESS AVAILABLE UPON REQUEST

BROCKLESBY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, IDA
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

BROCKMAN, ZINA
ADDRESS AVAILABLE UPON REQUEST

BROCKMANN, KYRSTEN
ADDRESS AVAILABLE UPON REQUEST

BROCKMEYER, KATE
ADDRESS AVAILABLE UPON REQUEST

BROCKUS, STACEY
ADDRESS AVAILABLE UPON REQUEST

BROCKWAY, BONNIE AND CARL
ADDRESS AVAILABLE UPON REQUEST

BROCKWAY, CARL AND BONNIE
ADDRESS AVAILABLE UPON REQUEST

BROCKWAY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROCKWAY, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

BROCKWAY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BROCKWELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BROCUGLIO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRODA, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BRODAK, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRODBAR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BRODD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRODE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRODELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BRODELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, ADAM
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, ANJULIE
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, ANN
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, STACY
ADDRESS AVAILABLE UPON REQUEST

BRODERICK, TRINITY
ADDRESS AVAILABLE UPON REQUEST

BRODERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRODHEAD, LAVERN
ADDRESS AVAILABLE UPON REQUEST

BRODIE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BRODIE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BRODIE, TRACY
ADDRESS AVAILABLE UPON REQUEST

BRODIN, BECCA
ADDRESS AVAILABLE UPON REQUEST

BRODMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BRODMAN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

BRODMERKEL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRODNANSKY, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BRODNAX, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRODOF, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRODRICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRODRIQUE, ELISE
ADDRESS AVAILABLE UPON REQUEST

BRODSHO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRODSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRODT, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRODY, AARON
ADDRESS AVAILABLE UPON REQUEST

BRODY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRODY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BRODY, KELLI
ADDRESS AVAILABLE UPON REQUEST

BRODY, PETER
ADDRESS AVAILABLE UPON REQUEST

BRODY, TAO
ADDRESS AVAILABLE UPON REQUEST

BRODZIAK, ANNA
ADDRESS AVAILABLE UPON REQUEST

BROE, NANCY
ADDRESS AVAILABLE UPON REQUEST

BROECKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROEHM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROEKEMIER, NOLAND
ADDRESS AVAILABLE UPON REQUEST

BROEKER, DARBY
ADDRESS AVAILABLE UPON REQUEST

BROEKER, ROGER
ADDRESS AVAILABLE UPON REQUEST

BROEKHUIS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BROEKHUYSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROEN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BROERMANN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BROETZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BROGAARD, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BROGAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BROGAN, JENA
ADDRESS AVAILABLE UPON REQUEST

BROGAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BROGAN, LAINE
ADDRESS AVAILABLE UPON REQUEST

BROGAN, NATE
ADDRESS AVAILABLE UPON REQUEST

BROGAN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

BROGDON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BROGDON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BROGDON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BROGDON, MALCOLM AND VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BROGLI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BROGLIA, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

BROGLIE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

BROGUIERE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BROHAMER, JACK
ADDRESS AVAILABLE UPON REQUEST

BROHM, LORI
ADDRESS AVAILABLE UPON REQUEST

BROHOLM, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BROKAW, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BROKAW, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BROKKE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BROKMAN, KINERET
ADDRESS AVAILABLE UPON REQUEST

BROKOS, JUSTYNA
ADDRESS AVAILABLE UPON REQUEST

BROKX, KATY
ADDRESS AVAILABLE UPON REQUEST

BROLL, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BROLL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BROLLEY, MEG
ADDRESS AVAILABLE UPON REQUEST

BROMAGEM, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

BROMAGHIM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BROMBERG, NEIL
ADDRESS AVAILABLE UPON REQUEST

BROMFIELD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BROMGARD, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BROMLEY, KIM
ADDRESS AVAILABLE UPON REQUEST

BROMLEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

BROMLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROMLOW, TRACY
ADDRESS AVAILABLE UPON REQUEST

BROMMENSCHENKEL, ANN
ADDRESS AVAILABLE UPON REQUEST

BRONAUGH, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRONCHETTI, JAYSON
ADDRESS AVAILABLE UPON REQUEST

BRONCO WINE COMPANY
P.O. BOX 789
CERES, CA  95307

BRONDO, KERI
ADDRESS AVAILABLE UPON REQUEST

BRONGERS, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRONK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRONKE, TAMI
ADDRESS AVAILABLE UPON REQUEST

BRONKEMA, YAZMIN
ADDRESS AVAILABLE UPON REQUEST

BRONNER, PHIL
ADDRESS AVAILABLE UPON REQUEST

BRONSDON, KERISHA
ADDRESS AVAILABLE UPON REQUEST

BRONSINK, TROY
ADDRESS AVAILABLE UPON REQUEST

BRONSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BRONSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

BRONSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRONSON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BRONSTEIN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BRONSTEIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BRONTE, LORI
ADDRESS AVAILABLE UPON REQUEST

BROOK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROOK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROOKE KAISER
ADDRESS AVAILABLE UPON REQUEST

BROOKE KAPPHAHN
ADDRESS AVAILABLE UPON REQUEST

BROOKE L MORALES
ADDRESS AVAILABLE UPON REQUEST

BROOKE LEMMONS
ADDRESS AVAILABLE UPON REQUEST

BROOKE MOSER
ADDRESS AVAILABLE UPON REQUEST

BROOKE MYNATT
ADDRESS AVAILABLE UPON REQUEST

BROOKE NONA
ADDRESS AVAILABLE UPON REQUEST

BROOKE PROCK
ADDRESS AVAILABLE UPON REQUEST

BROOKE SCREWS
ADDRESS AVAILABLE UPON REQUEST

BROOKE SMITH LA FATA
ADDRESS AVAILABLE UPON REQUEST

BROOKE TREDWAY
ADDRESS AVAILABLE UPON REQUEST

BROOKE, GLENN
ADDRESS AVAILABLE UPON REQUEST

BROOKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROOKE, MRS
ADDRESS AVAILABLE UPON REQUEST

BROOKE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BROOKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BROOKES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BROOKESTONE
ADDRESS UNAVAILABLE AT TIME OF FILING

BROOKEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROOKHART, DANI
ADDRESS AVAILABLE UPON REQUEST

BROOKHOUSE, OWEN
ADDRESS AVAILABLE UPON REQUEST

BROOKING, MARY
ADDRESS AVAILABLE UPON REQUEST

BROOKINGS, DENISE
ADDRESS AVAILABLE UPON REQUEST

BROOKINGS, VICKI
ADDRESS AVAILABLE UPON REQUEST

BROOKINS, CHENOA
ADDRESS AVAILABLE UPON REQUEST

BROOKINS, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

BROOKLEE MARSHALL
ADDRESS AVAILABLE UPON REQUEST

BROOKLYN NETS, LLC
15 METROTECH CENTER 11TH FLOOR
BROOKLYN, NY 11201

BROOKOVER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROOKS BURTON
ADDRESS AVAILABLE UPON REQUEST

BROOKS SALZWEDEL
ADDRESS AVAILABLE UPON REQUEST

BROOKS SEAMANS, ANDREAS
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ABBEY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ALAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANDRE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANDY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ANNA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, BARRY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, BOBBY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, BRETT
ADDRESS AVAILABLE UPON REQUEST

BROOKS, C
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CARISA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CARISTY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CIERA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, COLIN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, CRYSTINA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DANNIELLE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DAVE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DEBBY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DEE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, DENISE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ELMA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, HAZEL
ADDRESS AVAILABLE UPON REQUEST

BROOKS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BROOKS, HOWARD
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JANAE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JAZMYN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JEFF
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JEREMIAS
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JERIKA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JIM
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JOY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KALLEE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KARA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KARYN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KEELEY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KEKE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KELLI
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KIM
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, KYLA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BROOKS, MARION
ADDRESS AVAILABLE UPON REQUEST

BROOKS, MATT
ADDRESS AVAILABLE UPON REQUEST

BROOKS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROOKS, NAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

BROOKS, PLAMENNA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, PORTIA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, RENEE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BROOKS, RYAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SERENA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SHEENA
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SOMMER
ADDRESS AVAILABLE UPON REQUEST

BROOKS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BROOKS, THIBAUT
ADDRESS AVAILABLE UPON REQUEST

BROOKS, TIM
ADDRESS AVAILABLE UPON REQUEST

BROOKS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

BROOKS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

BROOKS, TYRAN
ADDRESS AVAILABLE UPON REQUEST

BROOKS-FINCHER, CATHY
ADDRESS AVAILABLE UPON REQUEST

BROOKSHIRE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BROOKS-JONES, KESHA
ADDRESS AVAILABLE UPON REQUEST

BROOM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROOM, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BROOME, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROOME, BONNIE
ADDRESS AVAILABLE UPON REQUEST

BROOME, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BROOME, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BROOMFIELD, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BROOMFIELD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BROPHY BROS
ADDRESS UNAVAILABLE AT TIME OF FILING

BROPHY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BROPHY, ELI
ADDRESS AVAILABLE UPON REQUEST

BROPHY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BRORSEN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BROSCHART, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BROSCIOUS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BROSCO SADLER, JOIA AND JORDAN
ADDRESS AVAILABLE UPON REQUEST

BROSEN, DOROTA
ADDRESS AVAILABLE UPON REQUEST

BROSH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROSH, STELLA
ADDRESS AVAILABLE UPON REQUEST

BROSIOUS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BROSNAHAN, GARLAN JUDE
ADDRESS AVAILABLE UPON REQUEST

BROSNAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BROSNAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BROSNAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

BROSNAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROSNIHAN, SHEA & PATRICK
ADDRESS AVAILABLE UPON REQUEST

BROSOSKY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BROSS, PAULA
ADDRESS AVAILABLE UPON REQUEST

BROSSETTE, MISTIE
ADDRESS AVAILABLE UPON REQUEST

BROST, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROSTEK, MARK
ADDRESS AVAILABLE UPON REQUEST

BROSTEN, JANEY
ADDRESS AVAILABLE UPON REQUEST

BROTBY, MELODY
ADDRESS AVAILABLE UPON REQUEST

BROTHERHOOD, ELISA
ADDRESS AVAILABLE UPON REQUEST

BROTHERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROTHERS, BEN
ADDRESS AVAILABLE UPON REQUEST

BROTHERS, DAN
ADDRESS AVAILABLE UPON REQUEST

BROTHERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROTHERTON, GARRY
ADDRESS AVAILABLE UPON REQUEST

BROTHERTON, KYE
ADDRESS AVAILABLE UPON REQUEST

BROTOSKY, JAMES
ADDRESS AVAILABLE UPON REQUEST

BROTTON, JULIA
ADDRESS AVAILABLE UPON REQUEST

BROTT-SILKETT, ANITA
ADDRESS AVAILABLE UPON REQUEST

BROTZKI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BROTZMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BROU, LINA
ADDRESS AVAILABLE UPON REQUEST

BROUCEK, JAMES
ADDRESS AVAILABLE UPON REQUEST

BROUDY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROUGH, KELSIE
ADDRESS AVAILABLE UPON REQUEST

BROUGHAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, CODY
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, JENNA
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, KIRBIE
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BROUGHTON, TIM
ADDRESS AVAILABLE UPON REQUEST

BROUILLETTE, ANDREE
ADDRESS AVAILABLE UPON REQUEST

BROUILLETTE, RONALD
ADDRESS AVAILABLE UPON REQUEST

BROULETTE, JUNELLE
ADDRESS AVAILABLE UPON REQUEST

BROUN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BROUSE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, GUY
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, PAM
ADDRESS AVAILABLE UPON REQUEST

BROUSSARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROUSTRA, SEBASTIEN
ADDRESS AVAILABLE UPON REQUEST

BROUWER, BRUNO
ADDRESS AVAILABLE UPON REQUEST

BROUWER, KALEY
ADDRESS AVAILABLE UPON REQUEST

BROUWER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BROUWER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BROWDER, KIRA
ADDRESS AVAILABLE UPON REQUEST

BROWE, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

BROWER, DEE
ADDRESS AVAILABLE UPON REQUEST

BROWER, EBEN
ADDRESS AVAILABLE UPON REQUEST

BROWER, GREG
ADDRESS AVAILABLE UPON REQUEST

BROWER, HAILEY
ADDRESS AVAILABLE UPON REQUEST

BROWER, HALEY
ADDRESS AVAILABLE UPON REQUEST

BROWER, KARA
ADDRESS AVAILABLE UPON REQUEST

BROWER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROWER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BROWN - JENSEN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BROWN BROS HARRIMAN & CO (0010)
ATTN CORPORATE ACTIONS / VAULT
140 BRDWAY
NEW YORK, NY 10005

BROWN EL, TYISHA
ADDRESS AVAILABLE UPON REQUEST

BROWN KELLY, STACIE
ADDRESS AVAILABLE UPON REQUEST

BROWN KLOCHANEY, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AARON
ADDRESS AVAILABLE UPON REQUEST

BROWN, AARON
ADDRESS AVAILABLE UPON REQUEST

BROWN, AARON
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABBIGAIL
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BROWN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BROWN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BROWN, AILEEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEX
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEX
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALVIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ALYSSIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, AMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANDREE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, APRIL
ADDRESS AVAILABLE UPON REQUEST

BROWN, ARCH
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHIRA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, AUGUST
ADDRESS AVAILABLE UPON REQUEST

BROWN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BROWN, AYLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, BETSY
ADDRESS AVAILABLE UPON REQUEST

BROWN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BROWN, BLAKELEA
ADDRESS AVAILABLE UPON REQUEST

BROWN, BOYD
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BROWN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, BT
ADDRESS AVAILABLE UPON REQUEST

BROWN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BROWN, CANTRELL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CARIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CARL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CARTER
ADDRESS AVAILABLE UPON REQUEST

BROWN, CASEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CASEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, CATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHANELL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHANETTA
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHARITY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHASEEMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHAZ
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHELSEI
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHELSI
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHERI
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHERRELL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BROWN, CHRYSTAL-STARR
ADDRESS AVAILABLE UPON REQUEST

BROWN, CINDI
ADDRESS AVAILABLE UPON REQUEST

BROWN, CINDI
ADDRESS AVAILABLE UPON REQUEST

BROWN, CLARICE
ADDRESS AVAILABLE UPON REQUEST

BROWN, COLEMAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, CONOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, CORINNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, CRIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CRYSHONA
ADDRESS AVAILABLE UPON REQUEST

BROWN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BROWN, CURTIS
ADDRESS AVAILABLE UPON REQUEST

BROWN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAJASIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANEQUA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, DARCY
ADDRESS AVAILABLE UPON REQUEST

BROWN, DARRELL
ADDRESS AVAILABLE UPON REQUEST

BROWN, DARREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, DARRY
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAWN
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAYNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DAYSIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEANA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEBB
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DENISE
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEREK
ADDRESS AVAILABLE UPON REQUEST

BROWN, DESHAWN
ADDRESS AVAILABLE UPON REQUEST

BROWN, DEVONDRIUS
ADDRESS AVAILABLE UPON REQUEST

BROWN, DIANA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BROWN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BROWN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

BROWN, DOUG
ADDRESS AVAILABLE UPON REQUEST

BROWN, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

BROWN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, E
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELAINA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELAYNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELICIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELISHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, ELLIANNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERIC
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERIC
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERICKSON
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERIK
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

BROWN, FALECIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BROWN, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BROWN, GABBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, GERALD
ADDRESS AVAILABLE UPON REQUEST

BROWN, GRACE
ADDRESS AVAILABLE UPON REQUEST

BROWN, GRACE
ADDRESS AVAILABLE UPON REQUEST

BROWN, GREG
ADDRESS AVAILABLE UPON REQUEST

BROWN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, HALEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, HANAKO
ADDRESS AVAILABLE UPON REQUEST

BROWN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

BROWN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BROWN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BROWN, HELEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, HILARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, HOLLI
ADDRESS AVAILABLE UPON REQUEST

BROWN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, IANI
ADDRESS AVAILABLE UPON REQUEST

BROWN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JACOB
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAIME
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMES AND KONDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMES
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAMORA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JARED
ADDRESS AVAILABLE UPON REQUEST

BROWN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JASON
ADDRESS AVAILABLE UPON REQUEST

BROWN, JASON
ADDRESS AVAILABLE UPON REQUEST

BROWN, JAYLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEANEEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEFF
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEFF
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BROWN, JEROME
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JIAVHANNIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JILL
ADDRESS AVAILABLE UPON REQUEST

BROWN, JILL
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, JONI
ADDRESS AVAILABLE UPON REQUEST

BROWN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOSH
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOSH
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BROWN, JULIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JULIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

BROWN, JUSTIN JAE W
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAITI
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KALY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KARIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KARLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATHY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KATINA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

BROWN, KEELEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KEITH
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KENDALIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KENDALL
ADDRESS AVAILABLE UPON REQUEST

BROWN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIANA
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIM
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIM
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, KIMMI
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BROWN, LACHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, LANA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LARISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LARRY
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREL
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, LETESHIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BROWN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BROWN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BROWN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, LIONEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LISA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LLENA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LOREEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LORI
ADDRESS AVAILABLE UPON REQUEST

BROWN, LORI
ADDRESS AVAILABLE UPON REQUEST

BROWN, LORNA
ADDRESS AVAILABLE UPON REQUEST

BROWN, LOUISE
ADDRESS AVAILABLE UPON REQUEST

BROWN, LYNN
ADDRESS AVAILABLE UPON REQUEST

BROWN, LYNN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MADDIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MADISON
ADDRESS AVAILABLE UPON REQUEST

BROWN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MANDY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARCEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MAREN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARIAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARINA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARK
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARTIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARVIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY L
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MATT
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MELODY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BROWN, MIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BROWN, MONICA
ADDRESS AVAILABLE UPON REQUEST

BROWN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

BROWN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, NALVOLIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, NANCY
ADDRESS AVAILABLE UPON REQUEST

BROWN, NANCY
ADDRESS AVAILABLE UPON REQUEST

BROWN, NANCY
ADDRESS AVAILABLE UPON REQUEST

BROWN, NANNETTE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NEIL
ADDRESS AVAILABLE UPON REQUEST

BROWN, NIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BROWN, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, NOVA
ADDRESS AVAILABLE UPON REQUEST

BROWN, NYESHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, ONTARIO
ADDRESS AVAILABLE UPON REQUEST

BROWN, OWEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BROWN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BROWN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, PAUL
ADDRESS AVAILABLE UPON REQUEST

BROWN, PAULI
ADDRESS AVAILABLE UPON REQUEST

BROWN, PEGGY
ADDRESS AVAILABLE UPON REQUEST

BROWN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, RAHEL
ADDRESS AVAILABLE UPON REQUEST

BROWN, RAMSEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

BROWN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROWN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROWN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROWN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BROWN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BROWN, RICKY
ADDRESS AVAILABLE UPON REQUEST

BROWN, RIK
ADDRESS AVAILABLE UPON REQUEST

BROWN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BROWN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BROWN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, RODNEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ROGER
ADDRESS AVAILABLE UPON REQUEST

BROWN, RONALD
ADDRESS AVAILABLE UPON REQUEST

BROWN, RONALD
ADDRESS AVAILABLE UPON REQUEST

BROWN, ROSS
ADDRESS AVAILABLE UPON REQUEST

BROWN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, RYANNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAM
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, SAVELLE
ADDRESS AVAILABLE UPON REQUEST

BROWN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BROWN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BROWN, SEAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SESLIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHAKIRIM
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHALONDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHARILYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHERI
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHERMIN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, SIMON.P.
ADDRESS AVAILABLE UPON REQUEST

BROWN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, STACEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, STACEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, STACIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STACY
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEVE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEVE
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SURAYA
ADDRESS AVAILABLE UPON REQUEST

BROWN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BROWN, TALLYN
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAMECHE
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, TANYA
ADDRESS AVAILABLE UPON REQUEST

BROWN, TARA
ADDRESS AVAILABLE UPON REQUEST

BROWN, TARA
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TED
ADDRESS AVAILABLE UPON REQUEST

BROWN, TELFAIR
ADDRESS AVAILABLE UPON REQUEST

BROWN, TERESA
ADDRESS AVAILABLE UPON REQUEST

BROWN, THANDIKA
ADDRESS AVAILABLE UPON REQUEST

BROWN, TIM
ADDRESS AVAILABLE UPON REQUEST

BROWN, TIRZAH
ADDRESS AVAILABLE UPON REQUEST

BROWN, TOBIAS
ADDRESS AVAILABLE UPON REQUEST

BROWN, TOBIE
ADDRESS AVAILABLE UPON REQUEST

BROWN, TONI
ADDRESS AVAILABLE UPON REQUEST

BROWN, TRACI
ADDRESS AVAILABLE UPON REQUEST

BROWN, TRACY
ADDRESS AVAILABLE UPON REQUEST

BROWN, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

BROWN, TROY
ADDRESS AVAILABLE UPON REQUEST

BROWN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BROWN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BROWN, VANVER
ADDRESS AVAILABLE UPON REQUEST

BROWN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, VIOLA
ADDRESS AVAILABLE UPON REQUEST

BROWN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BROWN, WANDA
ADDRESS AVAILABLE UPON REQUEST

BROWN, WARNER
ADDRESS AVAILABLE UPON REQUEST

BROWN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

BROWN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BROWN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BROWN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BROWNDORF, SARA
ADDRESS AVAILABLE UPON REQUEST

BROWNE, ALISON
ADDRESS AVAILABLE UPON REQUEST

BROWNE, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

BROWNE, HOWELL
ADDRESS AVAILABLE UPON REQUEST

BROWNE, IRIS
ADDRESS AVAILABLE UPON REQUEST

BROWNE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BROWNE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BROWNE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BROWNE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BROWNE, KIM
ADDRESS AVAILABLE UPON REQUEST

BROWNE, MANDY
ADDRESS AVAILABLE UPON REQUEST

BROWNE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

BROWNE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROWNE, RAENA
ADDRESS AVAILABLE UPON REQUEST

BROWNE, RYAN
ADDRESS AVAILABLE UPON REQUEST

BROWNE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BROWNE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BROWNE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

BROWNE, TEQUANA
ADDRESS AVAILABLE UPON REQUEST

BROWNE, TREVOR
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, CECILIA
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, EDEN
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, JEAN
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, LEAH
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, PETER
ADDRESS AVAILABLE UPON REQUEST

BROWNELL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BROWNER, SARA
ADDRESS AVAILABLE UPON REQUEST

BROWNFIELD, ADDISON
ADDRESS AVAILABLE UPON REQUEST

BROWNFIELD, JARRETT
ADDRESS AVAILABLE UPON REQUEST

BROWNFIELD, JENNA
ADDRESS AVAILABLE UPON REQUEST

BROWNGOLD, MAX
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ALYSHIA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ANASTATIA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ANN
ADDRESS AVAILABLE UPON REQUEST

BROWNING, BRETT
ADDRESS AVAILABLE UPON REQUEST

BROWNING, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BROWNING, EMILY
ADDRESS AVAILABLE UPON REQUEST

BROWNING, EVAN
ADDRESS AVAILABLE UPON REQUEST

BROWNING, GAELLE
ADDRESS AVAILABLE UPON REQUEST

BROWNING, GRANT
ADDRESS AVAILABLE UPON REQUEST

BROWNING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BROWNING, JEFF
ADDRESS AVAILABLE UPON REQUEST

BROWNING, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BROWNING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, JILL
ADDRESS AVAILABLE UPON REQUEST

BROWNING, JULIA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, KAILA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, KAREN
ADDRESS AVAILABLE UPON REQUEST

BROWNING, KASSI
ADDRESS AVAILABLE UPON REQUEST

BROWNING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BROWNING, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BROWNING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BROWNING, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

BROWNING, MIKE
ADDRESS AVAILABLE UPON REQUEST

BROWNING, MISSY
ADDRESS AVAILABLE UPON REQUEST

BROWNING, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BROWNING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BROWNING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BROWNING, SANDY
ADDRESS AVAILABLE UPON REQUEST

BROWNLEE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BROWNLOW, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BROWNLOW, KAMARI
ADDRESS AVAILABLE UPON REQUEST

BROWNLOWE, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

BROWNRIDGE, JOLIE
ADDRESS AVAILABLE UPON REQUEST

BROWNS, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

BROWNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BROWN-SPEIGHTS, TUSAJIGWE
ADDRESS AVAILABLE UPON REQUEST

BROWNSTEIN, MARY
ADDRESS AVAILABLE UPON REQUEST

BROWNSTONE, PATTI
ADDRESS AVAILABLE UPON REQUEST

BROWN-WELLS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BROWN-WIGGIN, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

BROWN-WILLIAMS, YASMINE
ADDRESS AVAILABLE UPON REQUEST

BROYLES, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

BROYLES, DAVID
ADDRESS AVAILABLE UPON REQUEST

BROYLES, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BROYLES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BROYLES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BROYLES, TED
ADDRESS AVAILABLE UPON REQUEST

BROYTMAN, LEXIE
ADDRESS AVAILABLE UPON REQUEST

BROZ, LENA
ADDRESS AVAILABLE UPON REQUEST

BROZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BROZEK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BROZOVICH, ALAN
ADDRESS AVAILABLE UPON REQUEST

BRRCH LLC
8 MARIAN DRIVE
MONTEBELLO, NY  10901

BRRG, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, CAILYN
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, KEN
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, RALA
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, ROY
ADDRESS AVAILABLE UPON REQUEST

BRUBAKER, SARAHJANE
ADDRESS AVAILABLE UPON REQUEST

BRUCATO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRUCATO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BRUCCOLERI, PETER
ADDRESS AVAILABLE UPON REQUEST

BRUCE A RAMSEY LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

BRUCE A RAMSEY
ADDRESS AVAILABLE UPON REQUEST

BRUCE AND ANN-MARIE PARKER LIVING
TRUST
ADDRESS AVAILABLE UPON REQUEST

BRUCE D WERTZ
ADDRESS AVAILABLE UPON REQUEST

BRUCE DAVIS
ADDRESS AVAILABLE UPON REQUEST

BRUCE DROSTE
ADDRESS AVAILABLE UPON REQUEST

BRUCE G SHOPE
ADDRESS AVAILABLE UPON REQUEST

BRUCE GREGORY TIEMANN
ADDRESS AVAILABLE UPON REQUEST

BRUCE HAUER
ADDRESS AVAILABLE UPON REQUEST

BRUCE J RYON
ADDRESS AVAILABLE UPON REQUEST

BRUCE LANTELME
ADDRESS AVAILABLE UPON REQUEST

BRUCE NUNZIO TARTAGLIA
ADDRESS AVAILABLE UPON REQUEST

BRUCE REINHART
ADDRESS AVAILABLE UPON REQUEST

BRUCE SANDERS
ADDRESS AVAILABLE UPON REQUEST

BRUCE WADSWORTH
ADDRESS AVAILABLE UPON REQUEST

BRUCE WERTZ
ADDRESS AVAILABLE UPON REQUEST

BRUCE, AMY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, AMY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BRUCE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, BETTY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRUCE, DEDE
ADDRESS AVAILABLE UPON REQUEST

BRUCE, DENISE
ADDRESS AVAILABLE UPON REQUEST

BRUCE, FRITCH
ADDRESS AVAILABLE UPON REQUEST

BRUCE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BRUCE, JOAN
ADDRESS AVAILABLE UPON REQUEST

BRUCE, JODY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, JUSTYNA
ADDRESS AVAILABLE UPON REQUEST

BRUCE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BRUCE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BRUCE, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRUCE, LIZ
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MARQUES
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MATT
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRUCE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRUCE, PAULA
ADDRESS AVAILABLE UPON REQUEST

BRUCE, SHADRA
ADDRESS AVAILABLE UPON REQUEST

BRUCE, SHELIA
ADDRESS AVAILABLE UPON REQUEST

BRUCE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BRUCE-EDDINGS, CARLA
ADDRESS AVAILABLE UPON REQUEST

BRUCH, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

BRUCH, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

BRUCHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRUCHHAUS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BRUCKMAN, KATE
ADDRESS AVAILABLE UPON REQUEST

BRUCKMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

BRUCKMANN, AYLA
ADDRESS AVAILABLE UPON REQUEST

BRUCKNER, BECKY
ADDRESS AVAILABLE UPON REQUEST

BRUCKNER, JACK
ADDRESS AVAILABLE UPON REQUEST

BRUCKNER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BRUDELIE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRUDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRUDER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRUDNY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRUECHER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRUECKNER, KEISHA
ADDRESS AVAILABLE UPON REQUEST

BRUEGGEMANN, MARY
ADDRESS AVAILABLE UPON REQUEST

BRUEGGENJOHANN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BRUEGGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRUEHL, MELISSIA
ADDRESS AVAILABLE UPON REQUEST

BRUEMMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRUENING, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRUENNER, GEORGETTE
ADDRESS AVAILABLE UPON REQUEST

BRUENS, TERRY JOE AND BRANDI
ADDRESS AVAILABLE UPON REQUEST

BRUETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BRUFF, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BRUFLAT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRUGENHEMKE, APRIL
ADDRESS AVAILABLE UPON REQUEST

BRUGGEMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BRUGLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRUGLIERA, JULIA
ADDRESS AVAILABLE UPON REQUEST

BRUGMAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BRUGMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRUGMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

BRUGNONI, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BRUGNONI, MARTINA
ADDRESS AVAILABLE UPON REQUEST

BRUHN, DICK
ADDRESS AVAILABLE UPON REQUEST

BRUHN, MIMS
ADDRESS AVAILABLE UPON REQUEST

BRUHNKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BRUHNKE, ZACH
ADDRESS AVAILABLE UPON REQUEST

BRUKALO, BREANNA
ADDRESS AVAILABLE UPON REQUEST

BRULAND, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BRULPORT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BRUMBACK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRUMBACK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRUMBAUGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRUMBAUGH, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BRUMBAUGH, MARVIN
ADDRESS AVAILABLE UPON REQUEST

BRUMBERG, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BRUMFIEL, LORI
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, JORDANA
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELD, TERESA
ADDRESS AVAILABLE UPON REQUEST

BRUMFIELF, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BRUMLEY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BRUMLEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

BRUMMELER, JADE
ADDRESS AVAILABLE UPON REQUEST

BRUMMETT, TONI
ADDRESS AVAILABLE UPON REQUEST

BRUMMITT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRUMMOND, MADISON
ADDRESS AVAILABLE UPON REQUEST

BRUMWELL, JENN
ADDRESS AVAILABLE UPON REQUEST

BRUNACHE, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

BRUNBECK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BRUNDAGE, JOY
ADDRESS AVAILABLE UPON REQUEST

BRUNDLE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRUNDRETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRUNDRETT, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRUNDRETT, TERESA
ADDRESS AVAILABLE UPON REQUEST

BRUNE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRUNEAU, TERRY
ADDRESS AVAILABLE UPON REQUEST

BRUNELL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRUNER, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

BRUNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRUNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BRUNER, JANE
ADDRESS AVAILABLE UPON REQUEST

BRUNER, JASON
ADDRESS AVAILABLE UPON REQUEST

BRUNER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRUNER, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRUNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRUNER, TASHA
ADDRESS AVAILABLE UPON REQUEST

BRUNER, TINA
ADDRESS AVAILABLE UPON REQUEST

BRUNETTE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRUNETTE, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BRUNETTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRUNETTI, MARIELLA
ADDRESS AVAILABLE UPON REQUEST

BRUNFELD, DAVID
ADDRESS AVAILABLE UPON REQUEST

BRUNGER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

BRUNGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BRUNI GLASS PACKAGING, INC.
2750 MAXWELL WAY
FAIRFIELD, CA  94534

BRUNI, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BRUNING, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BRUNING, VIRGIE
ADDRESS AVAILABLE UPON REQUEST

BRUNISH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRUNK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRUNKEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRUNKEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BRUNKEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BRUNKHURST, ROBYN
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, GRACE
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, KARA
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, MADISON
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BRUNNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRUNNHOEFFER, GILBERT
ADDRESS AVAILABLE UPON REQUEST

BRUNO DECARIA
ADDRESS AVAILABLE UPON REQUEST

BRUNO ROCHA
ADDRESS AVAILABLE UPON REQUEST

BRUNO ROSA
ADDRESS AVAILABLE UPON REQUEST

BRUNO STRAPKO
ADDRESS AVAILABLE UPON REQUEST

BRUNO, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

BRUNO, AMY
ADDRESS AVAILABLE UPON REQUEST

BRUNO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRUNO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BRUNO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BRUNO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRUNO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BRUNO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

BRUNO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BRUNO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

BRUNO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

BRUNO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BRUNO, IZZY
ADDRESS AVAILABLE UPON REQUEST

BRUNO, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BRUNO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BRUNO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRUNO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BRUNO, ROGER
ADDRESS AVAILABLE UPON REQUEST

BRUNO, RYAN
ADDRESS AVAILABLE UPON REQUEST

BRUNO, STACEY
ADDRESS AVAILABLE UPON REQUEST

BRUNO, TINA
ADDRESS AVAILABLE UPON REQUEST

BRUNO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BRUNOW, CARA
ADDRESS AVAILABLE UPON REQUEST

BRUNS IV, CHRIS W
ADDRESS AVAILABLE UPON REQUEST

BRUNS, ALISA
ADDRESS AVAILABLE UPON REQUEST

BRUNS, CHELCEE
ADDRESS AVAILABLE UPON REQUEST

BRUNS, ERIK
ADDRESS AVAILABLE UPON REQUEST

BRUNS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

BRUNS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRUNS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRUNSCHWYLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BRUNSILIUS, JANET
ADDRESS AVAILABLE UPON REQUEST

BRUNSMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, CAMY
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, KATE
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, TARA
ADDRESS AVAILABLE UPON REQUEST

BRUNSON, ZAC
ADDRESS AVAILABLE UPON REQUEST

BRUNSTAD, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BRUNSVOLD, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BRUNSVOLD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BRUNTRAGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRUNY ORTEGA
ADDRESS AVAILABLE UPON REQUEST

BRUS, KATHY
ADDRESS AVAILABLE UPON REQUEST

BRUSCA, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

BRUSCH, ANIQUE
ADDRESS AVAILABLE UPON REQUEST

BRUSCHETTI, MARTA
ADDRESS AVAILABLE UPON REQUEST

BRUSER, HENRY
ADDRESS AVAILABLE UPON REQUEST

BRUSH, GLIZETH
ADDRESS AVAILABLE UPON REQUEST

BRUSH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRUSH, STACY
ADDRESS AVAILABLE UPON REQUEST

BRUSKE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BRUSKI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BRUSKO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BRUSKO, PATRICE
ADDRESS AVAILABLE UPON REQUEST

BRUSNAHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BRUSS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRUSS, EMMA
ADDRESS AVAILABLE UPON REQUEST

BRUSS, KILEY
ADDRESS AVAILABLE UPON REQUEST

BRUSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRUSSELL, KIM
ADDRESS AVAILABLE UPON REQUEST

BRUSSELS AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

BRUST, DON
ADDRESS AVAILABLE UPON REQUEST

BRUST, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRUST, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRUST, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRUST, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BRUSTEIN COTLER, JOLIE
ADDRESS AVAILABLE UPON REQUEST

BRUSVEEN, KIM
ADDRESS AVAILABLE UPON REQUEST

BRUTON, BRISA
ADDRESS AVAILABLE UPON REQUEST

BRUTON, CAROLE
ADDRESS AVAILABLE UPON REQUEST

BRUTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

BRUTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BRUTTELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BRUURSEMA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRUYETTE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BRUYN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BRUZENAK, SHAWNDAE
ADDRESS AVAILABLE UPON REQUEST

BRY, FLO
ADDRESS AVAILABLE UPON REQUEST

BRYAN BOTTI
ADDRESS AVAILABLE UPON REQUEST

BRYAN COX
ADDRESS AVAILABLE UPON REQUEST

BRYAN D MILES
ADDRESS AVAILABLE UPON REQUEST

BRYAN DUKE
ADDRESS AVAILABLE UPON REQUEST

BRYAN FILL
ADDRESS AVAILABLE UPON REQUEST

BRYAN HAYES
ADDRESS AVAILABLE UPON REQUEST

BRYAN JOSEPH GRUNSKY
ADDRESS AVAILABLE UPON REQUEST

BRYAN LIBERATOR
ADDRESS AVAILABLE UPON REQUEST

BRYAN LOUGHNEY
ADDRESS AVAILABLE UPON REQUEST

BRYAN MARSH
ADDRESS AVAILABLE UPON REQUEST

BRYAN MICHAEL FERRIS
ADDRESS AVAILABLE UPON REQUEST

BRYAN TOPSCHER
ADDRESS AVAILABLE UPON REQUEST

BRYAN TROST
ADDRESS AVAILABLE UPON REQUEST

BRYAN WALTER NELSON
ADDRESS AVAILABLE UPON REQUEST

BRYAN WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

BRYAN, AARON
ADDRESS AVAILABLE UPON REQUEST

BRYAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

BRYAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BRYAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BRYAN, CORALEE
ADDRESS AVAILABLE UPON REQUEST

BRYAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

BRYAN, DANI
ADDRESS AVAILABLE UPON REQUEST

BRYAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BRYAN, ED
ADDRESS AVAILABLE UPON REQUEST

BRYAN, GAIL-ANN
ADDRESS AVAILABLE UPON REQUEST

BRYAN, HARVEY
ADDRESS AVAILABLE UPON REQUEST

BRYAN, II, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

BRYAN, JAY AND JO
ADDRESS AVAILABLE UPON REQUEST

BRYAN, JO
ADDRESS AVAILABLE UPON REQUEST

BRYAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

BRYAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRYAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BRYAN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

BRYAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRYAN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

BRYAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

BRYAN, ROSALINDA
ADDRESS AVAILABLE UPON REQUEST

BRYAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BRYAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRYAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BRYAN, TESSA
ADDRESS AVAILABLE UPON REQUEST

BRYAN, TIM
ADDRESS AVAILABLE UPON REQUEST

BRYANA JOHNSON
ADDRESS AVAILABLE UPON REQUEST

BRYANT WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, AMBER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, APRIL
ADDRESS AVAILABLE UPON REQUEST

BRYANT, APRIL
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ASHBY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, CALLIE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, CAROL
ADDRESS AVAILABLE UPON REQUEST

BRYANT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BRYANT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, DOUG
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BRYANT, EMMA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, GEMI
ADDRESS AVAILABLE UPON REQUEST

BRYANT, GRACE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ISABEL
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JAMES
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JANE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JENA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JOCELYNN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JOLENTA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JOSH
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, JULIE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KAREN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KENYA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LAKISHA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LARRY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LATOYIA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LINDY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, LISA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MAEION
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MARCUS
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MINDY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BRYANT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, NIKI
ADDRESS AVAILABLE UPON REQUEST

BRYANT, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, RONALD
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SEAN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SHELLIE
ADDRESS AVAILABLE UPON REQUEST

BRYANT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, TERYN
ADDRESS AVAILABLE UPON REQUEST

BRYANT, TIA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, TIM
ADDRESS AVAILABLE UPON REQUEST

BRYANT, TINA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, VENESCHIA
ADDRESS AVAILABLE UPON REQUEST

BRYANT, YVONNE
ADDRESS AVAILABLE UPON REQUEST

BRYBAG, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

BRYCE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BRYCE, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

BRYCE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BRYCE, PAUL
ADDRESS AVAILABLE UPON REQUEST

BRYDE, KARLEE
ADDRESS AVAILABLE UPON REQUEST

BRYDEBELL, NOEL
ADDRESS AVAILABLE UPON REQUEST

BRYDON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRYDON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BRYDON, BRENT
ADDRESS AVAILABLE UPON REQUEST

BRYDON, MARRIA
ADDRESS AVAILABLE UPON REQUEST

BRYDON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRYER, NANCY
ADDRESS AVAILABLE UPON REQUEST

BRYL, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRYM, ESTER
ADDRESS AVAILABLE UPON REQUEST

BRYN MATHISON
ADDRESS AVAILABLE UPON REQUEST

BRYNAERT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BRYNE, ALEXZANDRA
ADDRESS AVAILABLE UPON REQUEST

BRYNER, BETH
ADDRESS AVAILABLE UPON REQUEST

BRYNER, DELTA
ADDRESS AVAILABLE UPON REQUEST

BRYNICZKA, CAROL
ADDRESS AVAILABLE UPON REQUEST

BRYON WADE BROCKEL
ADDRESS AVAILABLE UPON REQUEST

BRYSON DEMETRO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BRYSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BRYSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BRYSON, BRIDY
ADDRESS AVAILABLE UPON REQUEST

BRYSON, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

BRYSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BRYSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRYSON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

BRYSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BRYSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

BRYSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

BRYSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BRYSON, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BRYSON, RONALD
ADDRESS AVAILABLE UPON REQUEST

BRYSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BRYSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BRYSON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BRYZEK, KATE
ADDRESS AVAILABLE UPON REQUEST

BRZINSKI, TED
ADDRESS AVAILABLE UPON REQUEST

BRZOSTOWSKA, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

BRZOZOWSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

BRZYGOT, MEGANNE
ADDRESS AVAILABLE UPON REQUEST

B-SIDES
PO BOX 1248
SONOMA, CA  95476

B-SPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

BUARI, ADEWUNMI
ADDRESS AVAILABLE UPON REQUEST

BUASOD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BUBB, KALLAN
ADDRESS AVAILABLE UPON REQUEST

BUBB, TERRY
ADDRESS AVAILABLE UPON REQUEST

BUBECK, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUBELIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUBLOSKI, ROSE
ADDRESS AVAILABLE UPON REQUEST

BUBNELL, BART
ADDRESS AVAILABLE UPON REQUEST

BUBNIS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BUCARO, BEL
ADDRESS AVAILABLE UPON REQUEST

BUCARO, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BUCATO
ADDRESS UNAVAILABLE AT TIME OF FILING

BUCCELLA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BUCCELLATO, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

BUCCERI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BUCCI, CAROL
ADDRESS AVAILABLE UPON REQUEST

BUCCI, ERIN
ADDRESS AVAILABLE UPON REQUEST

BUCCI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BUCCIARELLI, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BUCCIERI, MARY
ADDRESS AVAILABLE UPON REQUEST

BUCCIERI, MONICA
ADDRESS AVAILABLE UPON REQUEST

BUCCIERI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BUCCINI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BUCCJ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BUCCOLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BUCEK, KATIE
ADDRESS AVAILABLE UPON REQUEST

BUCEK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BUCEK, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCELLO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BUCHACA, DANA
ADDRESS AVAILABLE UPON REQUEST

BUCHALTER
ATTN: WILLIAM SCHOENHOLZ & COLIN
ROWE
1000 WILSHIRE BOULEVARD SUITE 1500
(COUNSEL TO PREPETITION LENDERS)
LOS ANGELES, CA  90017-1730

BUCHALTER, MARK
ADDRESS AVAILABLE UPON REQUEST

BUCHAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN DUNN, H
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, ANN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, BEN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, CARLISSA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, GINA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, IVA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KADY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KARA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KASSIE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, RABECCA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, THYRA
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BUCHANAN-CRAIG, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BUCHANIEC, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BUCHBAUER, ANNA
ADDRESS AVAILABLE UPON REQUEST

BUCHBINDER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BUCHER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BUCHER, CHANNING
ADDRESS AVAILABLE UPON REQUEST

BUCHER, MARCUS
ADDRESS AVAILABLE UPON REQUEST

BUCHER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BUCHER, TARAH
ADDRESS AVAILABLE UPON REQUEST

BUCHERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUCHHEISTER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BUCHHEIT, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCHHEIT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BUCHHOLTZ, NORA
ADDRESS AVAILABLE UPON REQUEST

BUCHHOLTZ, SHERYL
ADDRESS AVAILABLE UPON REQUEST

BUCHHOLZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUCHHOLZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BUCHHOLZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCHMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BUCHNER, CORY
ADDRESS AVAILABLE UPON REQUEST

BUCHWALD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUCHWALD, ED
ADDRESS AVAILABLE UPON REQUEST

BUCHWALD, MARY
ADDRESS AVAILABLE UPON REQUEST

BUCHWALTER, SIMONE
ADDRESS AVAILABLE UPON REQUEST

BUCK JORDAN
ADDRESS AVAILABLE UPON REQUEST

BUCK, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUCK, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUCK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BUCK, ASHLY
ADDRESS AVAILABLE UPON REQUEST

BUCK, BRIANA
ADDRESS AVAILABLE UPON REQUEST

BUCK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BUCK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BUCK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BUCK, GRACE
ADDRESS AVAILABLE UPON REQUEST

BUCK, JAYNE
ADDRESS AVAILABLE UPON REQUEST

BUCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUCK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BUCK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BUCK, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUCK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BUCK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUCK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BUCK, SALLY
ADDRESS AVAILABLE UPON REQUEST

BUCK, SALLY
ADDRESS AVAILABLE UPON REQUEST

BUCK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BUCK, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BUCK, TRACY
ADDRESS AVAILABLE UPON REQUEST

BUCK, TRISH
ADDRESS AVAILABLE UPON REQUEST

BUCKALEW, THERESA
ADDRESS AVAILABLE UPON REQUEST

BUCKBOROUGH, ANNE
ADDRESS AVAILABLE UPON REQUEST

BUCKELEW, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BUCKHEISTER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BUCKHOUSE, COLEMAN
ADDRESS AVAILABLE UPON REQUEST

BUCKHOUT, QUINN
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, CAROL
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, JULIE
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, LEANNA
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

BUCKINGHAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUCKLAND, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BUCKLAND, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BUCKLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCKLER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BUCKLER, JOSH
ADDRESS AVAILABLE UPON REQUEST

BUCKLER, SARA
ADDRESS AVAILABLE UPON REQUEST

BUCKLES, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY BIGGS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, ALVIN
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, GAIL
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, J SCOTT
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KARI
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KELVIE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, NEIL
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, NIDIA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, RENEE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, ROWAN
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BUCKLEY, WHITNI
ADDRESS AVAILABLE UPON REQUEST

BUCKLIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUCKMAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

BUCKMAN, PAGE
ADDRESS AVAILABLE UPON REQUEST

BUCKNAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUCKNER, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUCKNER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BUCKNER, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

BUCKNER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BUCKOVICH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BUCKRIDGE, JENA
ADDRESS AVAILABLE UPON REQUEST

BUCKSHAW, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUCKSTEIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BUCKTOOTH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BUCKWALTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BUCKWARD, ELISE
ADDRESS AVAILABLE UPON REQUEST

BUCSHON, CALEB
ADDRESS AVAILABLE UPON REQUEST

BUCUR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUCUR, LACRAMIOARA
ADDRESS AVAILABLE UPON REQUEST

BUCUR, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BUCY, ANNE
ADDRESS AVAILABLE UPON REQUEST

BUCZEK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BUCZEK, LAURA
ADDRESS AVAILABLE UPON REQUEST

BUCZKOWSKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

BUDD, AARON
ADDRESS AVAILABLE UPON REQUEST

BUDD, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

BUDD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BUDD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUDD, TIARA
ADDRESS AVAILABLE UPON REQUEST

BUDDEMEIER, DONNA
ADDRESS AVAILABLE UPON REQUEST

BUDDEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BUDER, DESIRE
ADDRESS AVAILABLE UPON REQUEST

BUDGE, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

BUDGETT, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUDHIJANTO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BUDHIRAJA, AASHLI
ADDRESS AVAILABLE UPON REQUEST

BUDHU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUDIANTO, MINDY
ADDRESS AVAILABLE UPON REQUEST

BUDILOVSKY, GLEB
ADDRESS AVAILABLE UPON REQUEST

BUDIMIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUDIMULIA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUDKE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BUDLONG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUDNICK, DARA
ADDRESS AVAILABLE UPON REQUEST

BUDNICK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BUDNIK, ARIEL
ADDRESS AVAILABLE UPON REQUEST

BUDOFF, DONNNA
ADDRESS AVAILABLE UPON REQUEST

BUDREAU, JODY
ADDRESS AVAILABLE UPON REQUEST

BUDRICK, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BUDRYK, BRE
ADDRESS AVAILABLE UPON REQUEST

BUDTKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUDUMA, VENKATESHWAR
ADDRESS AVAILABLE UPON REQUEST

BUDZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BUDZINSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUDZISZ, TINA
ADDRESS AVAILABLE UPON REQUEST

BUECHLER, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

BUECHNER, ALICE
ADDRESS AVAILABLE UPON REQUEST

BUECKLERS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

BUEHLER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BUEHLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUEHLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUEHNER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BUEK, MAX
ADDRESS AVAILABLE UPON REQUEST

BUEKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUELL, KELLEY
ADDRESS AVAILABLE UPON REQUEST

BUELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUELNA, KAREN
ADDRESS AVAILABLE UPON REQUEST

BUELOW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUELTEL, ELENA
ADDRESS AVAILABLE UPON REQUEST

BUENA SONOMA
ADDRESS UNAVAILABLE AT TIME OF FILING

BUENA VISTA SF
ADDRESS UNAVAILABLE AT TIME OF FILING

BUENAHORA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BUENDIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUENDICHO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BUENNING, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BUENNING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUENO, AIDEE
ADDRESS AVAILABLE UPON REQUEST

BUENO, ANALIA
ADDRESS AVAILABLE UPON REQUEST

BUENO, BRIN
ADDRESS AVAILABLE UPON REQUEST

BUENO, DAWN
ADDRESS AVAILABLE UPON REQUEST

BUENO, KATIE
ADDRESS AVAILABLE UPON REQUEST

BUENO, MARIA
ADDRESS AVAILABLE UPON REQUEST

BUENO, RAINA
ADDRESS AVAILABLE UPON REQUEST

BUENO, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

BUENROSTRO, KIM
ADDRESS AVAILABLE UPON REQUEST

BUERCK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BUERGENTHAL, RANDI
ADDRESS AVAILABLE UPON REQUEST

BUERGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUERGER, PAUL
ADDRESS AVAILABLE UPON REQUEST

BUERGERMEISTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUERK, ELLIE
ADDRESS AVAILABLE UPON REQUEST

BUERMEYER, ALISON
ADDRESS AVAILABLE UPON REQUEST

BUESCHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUESE, ALEXIS MILLER
ADDRESS AVAILABLE UPON REQUEST

BUESE, MATT
ADDRESS AVAILABLE UPON REQUEST

BUESING, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BUETI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BUETTNER, ANN
ADDRESS AVAILABLE UPON REQUEST

BUETTNER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BUETTNER, PETE
ADDRESS AVAILABLE UPON REQUEST

BUETTNER, WENDY
ADDRESS AVAILABLE UPON REQUEST

BUFALINO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BUFALINO, MARIA
ADDRESS AVAILABLE UPON REQUEST

BUFANO, JILL
ADDRESS AVAILABLE UPON REQUEST

BUFF, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BUFFARDI, NICOLA
ADDRESS AVAILABLE UPON REQUEST

BUFFINGTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUFFINGTON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

BUFFINTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUFKIN, KARLI
ADDRESS AVAILABLE UPON REQUEST

BUFORD, HERBERT
ADDRESS AVAILABLE UPON REQUEST

BUFORD, KYAH
ADDRESS AVAILABLE UPON REQUEST

BUFTON, BRETT
ADDRESS AVAILABLE UPON REQUEST

BUFTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUGAEV, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUGAJ, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BUGAOAN, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

BUGARIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUGAS, LISA
ADDRESS AVAILABLE UPON REQUEST

BUGBY, KATE
ADDRESS AVAILABLE UPON REQUEST

BUGEL, TINA
ADDRESS AVAILABLE UPON REQUEST

BUGG, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BUGG, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

BUGGE, KATHY
ADDRESS AVAILABLE UPON REQUEST

BUGGS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BUGHERD
ADDRESS UNAVAILABLE AT TIME OF FILING

BUGLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUGLINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUGOS, CARLIE
ADDRESS AVAILABLE UPON REQUEST

BUHAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

BUHL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUHL, ZOE
ADDRESS AVAILABLE UPON REQUEST

BUHLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BUHLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BUHMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

BUHN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUHR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUHR, MARY
ADDRESS AVAILABLE UPON REQUEST

BUHRMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BUHRMANN, JILL
ADDRESS AVAILABLE UPON REQUEST

BUHRO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUHROW, SONYA
ADDRESS AVAILABLE UPON REQUEST

BUHTANIC, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BUI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUI, HOA
ADDRESS AVAILABLE UPON REQUEST

BUI, KHOA
ADDRESS AVAILABLE UPON REQUEST

BUI, LIEN
ADDRESS AVAILABLE UPON REQUEST

BUI, PETER
ADDRESS AVAILABLE UPON REQUEST

BUI, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BUI, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

BUICE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BUIE, ALANA
ADDRESS AVAILABLE UPON REQUEST

BUIE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BUIE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

BUIE, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

BURGUES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUIKEMA, JAMES
ADDRESS AVAILABLE UPON REQUEST

BUILDASIGN.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

BUILT IN
ADDRESS UNAVAILABLE AT TIME OF FILING

BUIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

BUISKER, DARBY
ADDRESS AVAILABLE UPON REQUEST

BUIST, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BUITER, GINGER
ADDRESS AVAILABLE UPON REQUEST

BUJ, LINDA
ADDRESS AVAILABLE UPON REQUEST

BUJALSKI, JENNA
ADDRESS AVAILABLE UPON REQUEST

BUJAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BUJNOCH, KATARINA
ADDRESS AVAILABLE UPON REQUEST

BUJNOSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUJOSA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BUJOSA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BUKENYA, JUDY
ADDRESS AVAILABLE UPON REQUEST

BUKER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BUKOLT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUKOSKI, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUKOVCIK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUKOVSKY, MILENICE
ADDRESS AVAILABLE UPON REQUEST

BUKOWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BULBULIAN, NAZARETH
ADDRESS AVAILABLE UPON REQUEST

BULETZA, ANNA
ADDRESS AVAILABLE UPON REQUEST

BULFAMANTE, SONIA
ADDRESS AVAILABLE UPON REQUEST

BULGER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BULGER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BULGER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

BULGER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

BULGRIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BULHON, NANCY
ADDRESS AVAILABLE UPON REQUEST

BULI, JULIA
ADDRESS AVAILABLE UPON REQUEST

BULINSKI, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

BULKLEY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BULL, ALAINA
ADDRESS AVAILABLE UPON REQUEST

BULL, BECCA
ADDRESS AVAILABLE UPON REQUEST

BULL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BULL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

BULL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BULL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BULL, KATIE AND JULIAN
ADDRESS AVAILABLE UPON REQUEST

BULL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BULLA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BULLA, VERA
ADDRESS AVAILABLE UPON REQUEST

BULLARD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BULLARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BULLARD, BRYCE
ADDRESS AVAILABLE UPON REQUEST

BULLARD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BULLARD, CATHY
ADDRESS AVAILABLE UPON REQUEST

BULLARD, COLONEL NANCY
ADDRESS AVAILABLE UPON REQUEST

BULLARD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BULLARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

BULLARD, GINA
ADDRESS AVAILABLE UPON REQUEST

BULLARD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BULLARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BULLARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BULLARD, LIZ
ADDRESS AVAILABLE UPON REQUEST

BULLARD, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BULLEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BULLEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BULLER, ALLI
ADDRESS AVAILABLE UPON REQUEST

BULLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

BULLER, CLARA
ADDRESS AVAILABLE UPON REQUEST

BULLICK, AMELIA
ADDRESS AVAILABLE UPON REQUEST

BULLINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BULLINGHAM, BREE
ADDRESS AVAILABLE UPON REQUEST

BULLINGTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

BULLINGTON, JAYNE
ADDRESS AVAILABLE UPON REQUEST

BULLINGTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

BULLINGTON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BULLINS, CAMEREN
ADDRESS AVAILABLE UPON REQUEST

BULLION, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BULLIS, JENA
ADDRESS AVAILABLE UPON REQUEST

BULLIS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

BULLIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

BULLISTER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, ANNA BLAIR
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, APRIL
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, BRIENNE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, ERIN MARIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JACEY
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JAKE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JAMES
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, JESSIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, KERI
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, KIM
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, LOLA
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, MASON
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, NICOLE RENE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, SALLIE
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BULLOCK, TOM & SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BULLOS, JUAN
ADDRESS AVAILABLE UPON REQUEST

BULLUCK, DONA
ADDRESS AVAILABLE UPON REQUEST

BULL-WINDHAM, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BULMAN, KASEY
ADDRESS AVAILABLE UPON REQUEST

BULMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BULMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BULOTTI, JULIA
ADDRESS AVAILABLE UPON REQUEST

BULS, KAREN
ADDRESS AVAILABLE UPON REQUEST

BULSTERBAUM, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BULSTERBAUM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BULTHUIS, KYLE
ADDRESS AVAILABLE UPON REQUEST

BULTMAN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BULTMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BUMA, KERIN
ADDRESS AVAILABLE UPON REQUEST

BUMBALO, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

BUMGARDNER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BUMGARDNER, KIM
ADDRESS AVAILABLE UPON REQUEST

BUMGARDNER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BUMGARNER, TRACY
ADDRESS AVAILABLE UPON REQUEST

BUMP, BRANDY
ADDRESS AVAILABLE UPON REQUEST

BUMP, STERLING
ADDRESS AVAILABLE UPON REQUEST

BUMP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BUMPASS, MIKE AND ROSEANNE
ADDRESS AVAILABLE UPON REQUEST

BUMPUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUMPUS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BUNAL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BUNCE, TODD
ADDRESS AVAILABLE UPON REQUEST

BUNCH, BECKY
ADDRESS AVAILABLE UPON REQUEST

BUNCH, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

BUNCH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BUNCH, JODIE
ADDRESS AVAILABLE UPON REQUEST

BUNCH, JULES
ADDRESS AVAILABLE UPON REQUEST

BUNCH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BUNCH, LISA
ADDRESS AVAILABLE UPON REQUEST

BUNCH, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BUNDA, ERIN
ADDRESS AVAILABLE UPON REQUEST

BUNDA, LAURA
ADDRESS AVAILABLE UPON REQUEST

BUNDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BUNDAY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BUNDER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BUNDICK, HALIE
ADDRESS AVAILABLE UPON REQUEST

BUNDRA, CARYN
ADDRESS AVAILABLE UPON REQUEST

BUNDY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BUNDY, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

BUNDY, CHERIE
ADDRESS AVAILABLE UPON REQUEST

BUNDY, COLLIN
ADDRESS AVAILABLE UPON REQUEST

BUNDY, DONYA
ADDRESS AVAILABLE UPON REQUEST

BUNDY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

BUNDY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BUNDY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BUNDY, SUNNY
ADDRESS AVAILABLE UPON REQUEST

BUNDY, TYREE
ADDRESS AVAILABLE UPON REQUEST

BUNGAY, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BUNGE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BUNGE, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

BUNGE, JASON
ADDRESS AVAILABLE UPON REQUEST

BUNGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUNGENSTOCK, DEVON
ADDRESS AVAILABLE UPON REQUEST

BUNGER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BUNGER, JEN
ADDRESS AVAILABLE UPON REQUEST

BUNIGER, KYLE
ADDRESS AVAILABLE UPON REQUEST

BUNIGER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BUNIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BUNIVA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BUNK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BUNKER HILL RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

BUNKER, BEN
ADDRESS AVAILABLE UPON REQUEST

BUNKER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BUNKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BUNKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BUNKERS, WANDA
ADDRESS AVAILABLE UPON REQUEST

BUNKIE INC
ADDRESS AVAILABLE UPON REQUEST

BUNN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BUNN, JENNY
ADDRESS AVAILABLE UPON REQUEST

BUNN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

BUNN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

BUNNELL, AVIANNE
ADDRESS AVAILABLE UPON REQUEST

BUNNELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUNNER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BUNNIN, LORI
ADDRESS AVAILABLE UPON REQUEST

BUNSEN, SUE
ADDRESS AVAILABLE UPON REQUEST

BUNSICK, MARA
ADDRESS AVAILABLE UPON REQUEST

BUNTEN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

BUNTING, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BUNTING, CARMEN
ADDRESS AVAILABLE UPON REQUEST

BUNTING, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BUNTING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUNTING, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BUNTING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BUNTING, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUNTMANN, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUNTON, ANNA
ADDRESS AVAILABLE UPON REQUEST

BUNTON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BUNTON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BUNTON, GRACE
ADDRESS AVAILABLE UPON REQUEST

BUNTON, LEENA
ADDRESS AVAILABLE UPON REQUEST

BUNTROCK, CAT
ADDRESS AVAILABLE UPON REQUEST

BUNUCCI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BUNZEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BUNZEL, RICK
ADDRESS AVAILABLE UPON REQUEST

BUONAMICI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUONICONTI, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUONO, ALMA
ADDRESS AVAILABLE UPON REQUEST

BUONO, KARA
ADDRESS AVAILABLE UPON REQUEST

BUONVIRI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BUOYE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BUPP, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BUQUICCHIO, GERARD
ADDRESS AVAILABLE UPON REQUEST

BURAC, PEEBEE
ADDRESS AVAILABLE UPON REQUEST

BURACK, DIANE
ADDRESS AVAILABLE UPON REQUEST

BURACK, NELSON
ADDRESS AVAILABLE UPON REQUEST

BURAK KEBAPCI
ADDRESS AVAILABLE UPON REQUEST

BURAN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BURANDT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BURBA, PAULA
ADDRESS AVAILABLE UPON REQUEST

BURBACH, TERESA
ADDRESS AVAILABLE UPON REQUEST

BURBECK, HARRIET
ADDRESS AVAILABLE UPON REQUEST

BURBICK, WENDY
ADDRESS AVAILABLE UPON REQUEST

BURBIDGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

BURBRINK, YOLONDA
ADDRESS AVAILABLE UPON REQUEST

BURBURAN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

BURBY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

BURCH, AARON
ADDRESS AVAILABLE UPON REQUEST

BURCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BURCH, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

BURCH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BURCH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BURCH, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BURCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BURCH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BURCH, KERRY
ADDRESS AVAILABLE UPON REQUEST

BURCH, KORTNEY
ADDRESS AVAILABLE UPON REQUEST

BURCH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BURCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURCH, MARY
ADDRESS AVAILABLE UPON REQUEST

BURCH, SUZAN
ADDRESS AVAILABLE UPON REQUEST

BURCH, TOM
ADDRESS AVAILABLE UPON REQUEST

BURCH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BURCHAT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BURCHELL, MARY
ADDRESS AVAILABLE UPON REQUEST

BURCHELL, XANDER
ADDRESS AVAILABLE UPON REQUEST

BURCHETT, CLAY
ADDRESS AVAILABLE UPON REQUEST

BURCHETT, JOEY
ADDRESS AVAILABLE UPON REQUEST

BURCHETT, KATIE
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, AMY
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, SHAWN
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

BURCHFIELD, ZOE
ADDRESS AVAILABLE UPON REQUEST

BURCHILL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BURCIAGA, BRIA
ADDRESS AVAILABLE UPON REQUEST

BURCKHARDT, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BURCKLEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BURCZYK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BURCZYK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BURD, JORDYN
ADDRESS AVAILABLE UPON REQUEST

BURD, KIM
ADDRESS AVAILABLE UPON REQUEST

BURD, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURD, NIKKI
ADDRESS AVAILABLE UPON REQUEST

BURD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BURDA, ALI
ADDRESS AVAILABLE UPON REQUEST

BURDEN, EAVAN
ADDRESS AVAILABLE UPON REQUEST

BURDEN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

BURDEN, MAHOGANY
ADDRESS AVAILABLE UPON REQUEST

BURDETT, CULLIN
ADDRESS AVAILABLE UPON REQUEST

BURDETT, JAMIN
ADDRESS AVAILABLE UPON REQUEST

BURDETT, KIM
ADDRESS AVAILABLE UPON REQUEST

BURDETTE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BURDETTE, KENNI
ADDRESS AVAILABLE UPON REQUEST

BURDICK, ALESTRA
ADDRESS AVAILABLE UPON REQUEST

BURDICK, GINNY
ADDRESS AVAILABLE UPON REQUEST

BURDICK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BURDICK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BURDICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BURDICK, MANDY
ADDRESS AVAILABLE UPON REQUEST

BURDICK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BURDICK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BURDITT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BURDOCK, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BURDOCK, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

BURDWOOD, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BUREAU M, LLC
KIMBERLY MARIN PRESKE
219 S. BARRINGTON AVENUE APT 203
LOS ANGELES, CA 90049

BUREAU OF ALCOHOLIC BEVERAGES AND
LOTTERY OPERATIONS
BUREAU OF ALCOHOLIC BEVERAGES &
LOTTERY OPERATIONS
8 STATE HOUSE STATION
AUGUSTA, ME 04333-0008

BUREK, LYNDA
ADDRESS AVAILABLE UPON REQUEST

BURELL, TRISTIN
ADDRESS AVAILABLE UPON REQUEST

BURENIN, TATIANA
ADDRESS AVAILABLE UPON REQUEST

BURESH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BURFORD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BURFORD, KATIE
ADDRESS AVAILABLE UPON REQUEST

BURFORD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BURFORD, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

BURFORD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BURG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BURG, AMY
ADDRESS AVAILABLE UPON REQUEST

BURG, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BURG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BURGAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BURGAN, NEELEMA
ADDRESS AVAILABLE UPON REQUEST

BURGBACHER, JESS
ADDRESS AVAILABLE UPON REQUEST

BURGDORF, JENNA
ADDRESS AVAILABLE UPON REQUEST

BURGDORF, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

BURGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURGEI, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURGENER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURGENER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BURGENER, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BURGER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BURGER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

BURGER, ANITA
ADDRESS AVAILABLE UPON REQUEST

BURGER, ANITA
ADDRESS AVAILABLE UPON REQUEST

BURGER, ANTONIE
ADDRESS AVAILABLE UPON REQUEST

BURGER, ERICA
ADDRESS AVAILABLE UPON REQUEST

BURGER, GENESE
ADDRESS AVAILABLE UPON REQUEST

BURGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURGER, KAITIE
ADDRESS AVAILABLE UPON REQUEST

BURGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURGER, LES
ADDRESS AVAILABLE UPON REQUEST

BURGER, LIZ
ADDRESS AVAILABLE UPON REQUEST

BURGER, LIZ
ADDRESS AVAILABLE UPON REQUEST

BURGER, LORI
ADDRESS AVAILABLE UPON REQUEST

BURGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURGER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BURGER, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

BURGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BURGES, AFROZ
ADDRESS AVAILABLE UPON REQUEST

BURGESS, AMITHY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, AMY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, AMY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BURGESS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BURGESS, BANITA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BURGESS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BURGESS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, CATHY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, CATRINA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, CLINT
ADDRESS AVAILABLE UPON REQUEST

BURGESS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

BURGESS, DENISE
ADDRESS AVAILABLE UPON REQUEST

BURGESS, FAITH
ADDRESS AVAILABLE UPON REQUEST

BURGESS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JANICE F
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JODI
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JOELLE
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, KARYN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

BURGESS, KATRINA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, LATICIA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MARK
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BURGESS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BURGESS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BURGESS, RON
ADDRESS AVAILABLE UPON REQUEST

BURGESS, SAWYER
ADDRESS AVAILABLE UPON REQUEST

BURGESS, SHATERIA
ADDRESS AVAILABLE UPON REQUEST

BURGESS, STACEY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURGESS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BURGESS, TRACY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, TRACY
ADDRESS AVAILABLE UPON REQUEST

BURGESS, WENDY
ADDRESS AVAILABLE UPON REQUEST

BURGETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURGETT, KELLY
ADDRESS AVAILABLE UPON REQUEST

BURGETT, KIM
ADDRESS AVAILABLE UPON REQUEST

BURGETT, RON
ADDRESS AVAILABLE UPON REQUEST

BURGH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BURGHARDT, CLYDE
ADDRESS AVAILABLE UPON REQUEST

BURGHARDT, MEGGEN
ADDRESS AVAILABLE UPON REQUEST

BURGIN, KEELE
ADDRESS AVAILABLE UPON REQUEST

BURGIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BURGIN, TYLER
ADDRESS AVAILABLE UPON REQUEST

BURGIN, ZENAS
ADDRESS AVAILABLE UPON REQUEST

BURGINS, KETHRY
ADDRESS AVAILABLE UPON REQUEST

BURGMEIER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

BURGO, ROSE
ADDRESS AVAILABLE UPON REQUEST

BURGO, SHANE
ADDRESS AVAILABLE UPON REQUEST

BURGOON, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURGOON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BURGOS, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

BURGOS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

BURGOS, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

BURGOS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BURGOS, NANCY
ADDRESS AVAILABLE UPON REQUEST

BURGOS, PABLO
ADDRESS AVAILABLE UPON REQUEST

BURGOYNE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BURGOYNE, RICK
ADDRESS AVAILABLE UPON REQUEST

BURHENN, LISA
ADDRESS AVAILABLE UPON REQUEST

BURHOE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

BURI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BURIAN, NATALKA
ADDRESS AVAILABLE UPON REQUEST

BURICH, ANNALIESE
ADDRESS AVAILABLE UPON REQUEST

BURIES-SNOW, KISHA
ADDRESS AVAILABLE UPON REQUEST

BURIGO, JANICE
ADDRESS AVAILABLE UPON REQUEST

BURILLO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BURISE, CHEAKA
ADDRESS AVAILABLE UPON REQUEST

BURISH, CATHI
ADDRESS AVAILABLE UPON REQUEST

BORJU, ROHIT
ADDRESS AVAILABLE UPON REQUEST

BURK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BURK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BURK, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

BURK, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BURKA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BURKARDT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BURKART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURKAVAGE, BROOK
ADDRESS AVAILABLE UPON REQUEST

BURKAVAGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BURKE - COHN, DARLENE
ADDRESS AVAILABLE UPON REQUEST

BURKE WILLIAMS SPA
ADDRESS UNAVAILABLE AT TIME OF FILING

BURKE, ALANA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BURKE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ANN
ADDRESS AVAILABLE UPON REQUEST

BURKE, ANNA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BURKE, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

BURKE, BLAIR
ADDRESS AVAILABLE UPON REQUEST

BURKE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BURKE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BURKE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BURKE, BRYN
ADDRESS AVAILABLE UPON REQUEST

BURKE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

BURKE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BURKE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BURKE, CATHY
ADDRESS AVAILABLE UPON REQUEST

BURKE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BURKE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

BURKE, CLARE
ADDRESS AVAILABLE UPON REQUEST

BURKE, CONNOR
ADDRESS AVAILABLE UPON REQUEST

BURKE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BURKE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BURKE, DAVE
ADDRESS AVAILABLE UPON REQUEST

BURKE, DAVID
ADDRESS AVAILABLE UPON REQUEST

BURKE, DAVID
ADDRESS AVAILABLE UPON REQUEST

BURKE, DEVI
ADDRESS AVAILABLE UPON REQUEST

BURKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURKE, ERICA
ADDRESS AVAILABLE UPON REQUEST

BURKE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BURKE, FELECIA
ADDRESS AVAILABLE UPON REQUEST

BURKE, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

BURKE, GERRY
ADDRESS AVAILABLE UPON REQUEST

BURKE, GREG
ADDRESS AVAILABLE UPON REQUEST

BURKE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

BURKE, HALEY
ADDRESS AVAILABLE UPON REQUEST

BURKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BURKE, HOPE
ADDRESS AVAILABLE UPON REQUEST

BURKE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BURKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BURKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BURKE, JANINE
ADDRESS AVAILABLE UPON REQUEST

BURKE, JANIS
ADDRESS AVAILABLE UPON REQUEST

BURKE, JEN
ADDRESS AVAILABLE UPON REQUEST

BURKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BURKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BURKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BURKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

BURKE, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

BURKE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

BURKE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, JULIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, KAELEIGH
ADDRESS AVAILABLE UPON REQUEST

BURKE, KARIN
ADDRESS AVAILABLE UPON REQUEST

BURKE, KATHY AND JOHN
ADDRESS AVAILABLE UPON REQUEST

BURKE, KATHY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KERRY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KERRY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BURKE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BURKE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BURKE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BURKE, LYNN
ADDRESS AVAILABLE UPON REQUEST

BURKE, MARY
ADDRESS AVAILABLE UPON REQUEST

BURKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BURKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BURKE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURKE, MONICA
ADDRESS AVAILABLE UPON REQUEST

BURKE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BURKE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, NEAL
ADDRESS AVAILABLE UPON REQUEST

BURKE, NOEL
ADDRESS AVAILABLE UPON REQUEST

BURKE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BURKE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BURKE, REYNA
ADDRESS AVAILABLE UPON REQUEST

BURKE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BURKE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BURKE, SARA
ADDRESS AVAILABLE UPON REQUEST

BURKE, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

BURKE, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

BURKE, SOFIA
ADDRESS AVAILABLE UPON REQUEST

BURKE, SOREN
ADDRESS AVAILABLE UPON REQUEST

BURKE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BURKE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BURKE, STERLING
ADDRESS AVAILABLE UPON REQUEST

BURKE, STEVE
ADDRESS AVAILABLE UPON REQUEST

BURKE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BURKE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURKE, THERESE
ADDRESS AVAILABLE UPON REQUEST

BURKE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BURKE-KELLY, JOAN
ADDRESS AVAILABLE UPON REQUEST

BURKEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

BURKELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

BURKERT, TYLER
ADDRESS AVAILABLE UPON REQUEST

BURKETT, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

BURKETT, DONNY
ADDRESS AVAILABLE UPON REQUEST

BURKETT, KATHY
ADDRESS AVAILABLE UPON REQUEST

BURKETT, LACEY
ADDRESS AVAILABLE UPON REQUEST

BURKETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURKETT, RALPH
ADDRESS AVAILABLE UPON REQUEST

BURKEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BURKEY, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

BURKHALTER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BURKHARD, DON
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, HALEY
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, LISA
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, RYAN
ADDRESS AVAILABLE UPON REQUEST

BURKHARDT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BURKHART, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

BURKHART, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BURKHART, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BURKHART, BILL
ADDRESS AVAILABLE UPON REQUEST

BURKHART, BLAKE
ADDRESS AVAILABLE UPON REQUEST

BURKHART, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BURKHART, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BURKHART, HOLLY
ADDRESS AVAILABLE UPON REQUEST

BURKHART, KATHI
ADDRESS AVAILABLE UPON REQUEST

BURKHART, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURKHART, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURKHART, TARAH
ADDRESS AVAILABLE UPON REQUEST

BURKHOLDER, JAMES
ADDRESS AVAILABLE UPON REQUEST

BURKHOLDER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURKLAND, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BURKLE, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BURKLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURKLOW, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURKLUND, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BURKLY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

BURKS, ADRIENE
ADDRESS AVAILABLE UPON REQUEST

BURKS, BRIGITTA
ADDRESS AVAILABLE UPON REQUEST

BURKS, DAN
ADDRESS AVAILABLE UPON REQUEST

BURKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

BURKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURKS, LORA
ADDRESS AVAILABLE UPON REQUEST

BURKS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

BURKS, MIKE
ADDRESS AVAILABLE UPON REQUEST

BURKS, MILTON
ADDRESS AVAILABLE UPON REQUEST

BURKS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

BURKS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

BURKWALD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BURKY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

BURL, THERESA
ADDRESS AVAILABLE UPON REQUEST

BURLAGE, DAVE
ADDRESS AVAILABLE UPON REQUEST

BURLAND, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BURLEIGH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURLEIGH, JULIE
ADDRESS AVAILABLE UPON REQUEST

BURLESON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BURLESON, JAMES
ADDRESS AVAILABLE UPON REQUEST

BURLESON, KENT
ADDRESS AVAILABLE UPON REQUEST

BURLESON, LANDIS
ADDRESS AVAILABLE UPON REQUEST

BURLESON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

BURLESON, THERESA
ADDRESS AVAILABLE UPON REQUEST

BURLEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

BURLEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

BURLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BURLEY, KEISHA
ADDRESS AVAILABLE UPON REQUEST

BURLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BURLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

BURLHOLDER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BURLING, ERIC
ADDRESS AVAILABLE UPON REQUEST

BURLINGAME, JASON
ADDRESS AVAILABLE UPON REQUEST

BURLINGAME, LISA
ADDRESS AVAILABLE UPON REQUEST

BURLINGAME, MARLYSE
ADDRESS AVAILABLE UPON REQUEST

BURLISON, DANI
ADDRESS AVAILABLE UPON REQUEST

BURLISON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BURMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, HANNA
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, LEE
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BURMEISTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BURMESTER, MANDY
ADDRESS AVAILABLE UPON REQUEST

BURN, IAN
ADDRESS AVAILABLE UPON REQUEST

BURNE, KATHRINE
ADDRESS AVAILABLE UPON REQUEST

BURNELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BURNELL, BREANNE
ADDRESS AVAILABLE UPON REQUEST

BURNELL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BURNETT, ALISON
ADDRESS AVAILABLE UPON REQUEST

BURNETT, ANNA
ADDRESS AVAILABLE UPON REQUEST

BURNETT, CHARLOTTE ALICE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, CHELSI
ADDRESS AVAILABLE UPON REQUEST

BURNETT, CHEVY
ADDRESS AVAILABLE UPON REQUEST

BURNETT, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, ERIC
ADDRESS AVAILABLE UPON REQUEST

BURNETT, GAYLE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BURNETT, JANELLE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURNETT, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

BURNETT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BURNETT, LENA
ADDRESS AVAILABLE UPON REQUEST

BURNETT, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

BURNETT, RACHEAL
ADDRESS AVAILABLE UPON REQUEST

BURNETT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURNETT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BURNETT, TRACY
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, COLETTE
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, JULIET
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, KELLY
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BURNETTE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BURNEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BURNEY, EMEKA
ADDRESS AVAILABLE UPON REQUEST

BURNHAM LAMBORN, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, JAMY
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, JANE ELLEN
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, KARISSA
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BURNHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BURNICH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

BURNIE, KATIE
ADDRESS AVAILABLE UPON REQUEST

BURNITT-ERP, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BURNLEY, DAN
ADDRESS AVAILABLE UPON REQUEST

BURNLEY, JANET
ADDRESS AVAILABLE UPON REQUEST

BURNS, ABBY
ADDRESS AVAILABLE UPON REQUEST

BURNS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

BURNS, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

BURNS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BURNS, ALVIN
ADDRESS AVAILABLE UPON REQUEST

BURNS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

BURNS, BJ
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRENDON
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRIA N
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BURNS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, CARI
ADDRESS AVAILABLE UPON REQUEST

BURNS, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

BURNS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BURNS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

BURNS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BURNS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BURNS, DACIA
ADDRESS AVAILABLE UPON REQUEST

BURNS, DANA
ADDRESS AVAILABLE UPON REQUEST

BURNS, DASHA
ADDRESS AVAILABLE UPON REQUEST

BURNS, DAVID
ADDRESS AVAILABLE UPON REQUEST

BURNS, DENISE
ADDRESS AVAILABLE UPON REQUEST

BURNS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BURNS, DONNA
ADDRESS AVAILABLE UPON REQUEST

BURNS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

BURNS, ELISE
ADDRESS AVAILABLE UPON REQUEST

BURNS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURNS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURNS, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURNS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

BURNS, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

BURNS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

BURNS, HALLE
ADDRESS AVAILABLE UPON REQUEST

BURNS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BURNS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BURNS, JALYSA
ADDRESS AVAILABLE UPON REQUEST

BURNS, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BURNS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

BURNS, JENNA
ADDRESS AVAILABLE UPON REQUEST

BURNS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURNS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURNS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURNS, JENNY
ADDRESS AVAILABLE UPON REQUEST

BURNS, JILL
ADDRESS AVAILABLE UPON REQUEST

BURNS, JOANN
ADDRESS AVAILABLE UPON REQUEST

BURNS, JOHN W
ADDRESS AVAILABLE UPON REQUEST

BURNS, JOHN
ADDRESS AVAILABLE UPON REQUEST

BURNS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BURNS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BURNS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BURNS, KALYNN
ADDRESS AVAILABLE UPON REQUEST

BURNS, KARA
ADDRESS AVAILABLE UPON REQUEST

BURNS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

BURNS, KELLY
ADDRESS AVAILABLE UPON REQUEST

BURNS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BURNS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BURNS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

BURNS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BURNS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BURNS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURNS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURNS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BURNS, LINDA
ADDRESS AVAILABLE UPON REQUEST

BURNS, LIS
ADDRESS AVAILABLE UPON REQUEST

BURNS, LISA
ADDRESS AVAILABLE UPON REQUEST

BURNS, LISA
ADDRESS AVAILABLE UPON REQUEST

BURNS, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BURNS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

BURNS, MAIRI
ADDRESS AVAILABLE UPON REQUEST

BURNS, MANDY
ADDRESS AVAILABLE UPON REQUEST

BURNS, MARCI
ADDRESS AVAILABLE UPON REQUEST

BURNS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

BURNS, MARY
ADDRESS AVAILABLE UPON REQUEST

BURNS, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

BURNS, MARYLEE
ADDRESS AVAILABLE UPON REQUEST

BURNS, MAURITA
ADDRESS AVAILABLE UPON REQUEST

BURNS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BURNS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURNS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BURNS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

BURNS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, NINA
ADDRESS AVAILABLE UPON REQUEST

BURNS, NORA
ADDRESS AVAILABLE UPON REQUEST

BURNS, RYAN
ADDRESS AVAILABLE UPON REQUEST

BURNS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

BURNS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BURNS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BURNS, SUE
ADDRESS AVAILABLE UPON REQUEST

BURNS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURNS, TARA
ADDRESS AVAILABLE UPON REQUEST

BURNS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BURNS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

BURNS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

BURNS, WENDY
ADDRESS AVAILABLE UPON REQUEST

BURNS, ZENA
ADDRESS AVAILABLE UPON REQUEST

BURNSED, TREVOR
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, AMY
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, JAKE
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, MADELYN
ADDRESS AVAILABLE UPON REQUEST

BURNSIDE, MARY
ADDRESS AVAILABLE UPON REQUEST

BURNSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BURNSTEIN, SAM
ADDRESS AVAILABLE UPON REQUEST

BURNUM, BEN
ADDRESS AVAILABLE UPON REQUEST

BURNWORTH, JEAN
ADDRESS AVAILABLE UPON REQUEST

BURNWORTH2, STEVEN
ADDRESS AVAILABLE UPON REQUEST

BURPO, BRENTON
ADDRESS AVAILABLE UPON REQUEST

BURPOE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURR, DEREK
ADDRESS AVAILABLE UPON REQUEST

BURR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURR, HARRY
ADDRESS AVAILABLE UPON REQUEST

BURR, SHELLY
ADDRESS AVAILABLE UPON REQUEST

BURRAGE, LUCY
ADDRESS AVAILABLE UPON REQUEST

BURRAGE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BURRAS, FRAN
ADDRESS AVAILABLE UPON REQUEST

BURRE, DANA
ADDRESS AVAILABLE UPON REQUEST

BURRELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BURRELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

BURRELL, JONAH
ADDRESS AVAILABLE UPON REQUEST

BURRELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURRELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BURRELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BURRELL, SARA
ADDRESS AVAILABLE UPON REQUEST

BURRELL, WADE
ADDRESS AVAILABLE UPON REQUEST

BURRESS, MACI
ADDRESS AVAILABLE UPON REQUEST

BURRESS, REAGAN
ADDRESS AVAILABLE UPON REQUEST

BURRIDGE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BURRIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BURRIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURRIS, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

BURRIS, CAMDEN
ADDRESS AVAILABLE UPON REQUEST

BURRIS, GERALD
ADDRESS AVAILABLE UPON REQUEST

BURRIS, JENN
ADDRESS AVAILABLE UPON REQUEST

BURRIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BURRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

BURRIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

BURRIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BURRIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURRIS, SANDY
ADDRESS AVAILABLE UPON REQUEST

BURRIS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

BURRISS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURRITT, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

BURRO GOODS
ADDRESS UNAVAILABLE AT TIME OF FILING

BURROLA, BREANNA
ADDRESS AVAILABLE UPON REQUEST

BURROLA, MANUEL
ADDRESS AVAILABLE UPON REQUEST

BURROUGH, LEE ANNE
ADDRESS AVAILABLE UPON REQUEST

BURROUGHS, AMBER
ADDRESS AVAILABLE UPON REQUEST

BURROUGHS, ARIANNE
ADDRESS AVAILABLE UPON REQUEST

BURROUGHS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURROUGHS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

BURROUGHS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BURROW, ELSA
ADDRESS AVAILABLE UPON REQUEST

BURROW, GARY
ADDRESS AVAILABLE UPON REQUEST

BURROW, HUGH
ADDRESS AVAILABLE UPON REQUEST

BURROW-BELL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

BURROWES, RANDI
ADDRESS AVAILABLE UPON REQUEST

BURROWES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BURROWES, YANA
ADDRESS AVAILABLE UPON REQUEST

BURROWS, JEN
ADDRESS AVAILABLE UPON REQUEST

BURROWS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BURROWS, LISA
ADDRESS AVAILABLE UPON REQUEST

BURROWS, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BURROWS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BURROWS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BURROWS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BURROWS, TARA
ADDRESS AVAILABLE UPON REQUEST

BURRUD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BURRUS, ALEXANNDRA
ADDRESS AVAILABLE UPON REQUEST

BURRUS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

BURRUS, MAIGREADE
ADDRESS AVAILABLE UPON REQUEST

BURSAC, JOVANA
ADDRESS AVAILABLE UPON REQUEST

BURSACK, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

BURSCH, CAYLIN
ADDRESS AVAILABLE UPON REQUEST

BURSE, ERIC
ADDRESS AVAILABLE UPON REQUEST

BURSH, DARYA
ADDRESS AVAILABLE UPON REQUEST

BURSON, GLORIA
ADDRESS AVAILABLE UPON REQUEST

BURSON, NINA
ADDRESS AVAILABLE UPON REQUEST

BURSON-THOMAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BURSTEIN, GUY
ADDRESS AVAILABLE UPON REQUEST

BURSTEIN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

BURSZTYNSKY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

BURT, CHARITY
ADDRESS AVAILABLE UPON REQUEST

BURT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BURT, LAURIE
ADDRESS AVAILABLE UPON REQUEST

BURT, LINDA
ADDRESS AVAILABLE UPON REQUEST

BURT, LOANN
ADDRESS AVAILABLE UPON REQUEST

BURT, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

BURT, SKY
ADDRESS AVAILABLE UPON REQUEST

BURT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BURTIN, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

BURTIS, NEVILLE
ADDRESS AVAILABLE UPON REQUEST

BURTON HOOKER, APRIL
ADDRESS AVAILABLE UPON REQUEST

BURTON WEISSMAN
ADDRESS AVAILABLE UPON REQUEST

BURTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BURTON, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

BURTON, ARLINE
ADDRESS AVAILABLE UPON REQUEST

BURTON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BURTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BURTON, CARLIE
ADDRESS AVAILABLE UPON REQUEST

BURTON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

BURTON, CASSIDI
ADDRESS AVAILABLE UPON REQUEST

BURTON, CELESTE
ADDRESS AVAILABLE UPON REQUEST

BURTON, DEANA
ADDRESS AVAILABLE UPON REQUEST

BURTON, DEREK
ADDRESS AVAILABLE UPON REQUEST

BURTON, EMILIE
ADDRESS AVAILABLE UPON REQUEST

BURTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

BURTON, FAITH
ADDRESS AVAILABLE UPON REQUEST

BURTON, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

BURTON, GRACE
ADDRESS AVAILABLE UPON REQUEST

BURTON, HUNTER
ADDRESS AVAILABLE UPON REQUEST

BURTON, ISANELA
ADDRESS AVAILABLE UPON REQUEST

BURTON, JENNA
ADDRESS AVAILABLE UPON REQUEST

BURTON, JENNA
ADDRESS AVAILABLE UPON REQUEST

BURTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BURTON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

BURTON, KARA
ADDRESS AVAILABLE UPON REQUEST

BURTON, KATERINA
ADDRESS AVAILABLE UPON REQUEST

BURTON, KIM
ADDRESS AVAILABLE UPON REQUEST

BURTON, KIMANI
ADDRESS AVAILABLE UPON REQUEST

BURTON, LARA
ADDRESS AVAILABLE UPON REQUEST

BURTON, LISA
ADDRESS AVAILABLE UPON REQUEST

BURTON, MARIA
ADDRESS AVAILABLE UPON REQUEST

BURTON, MARK
ADDRESS AVAILABLE UPON REQUEST

BURTON, MARY
ADDRESS AVAILABLE UPON REQUEST

BURTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BURTON, MICHAELLA
ADDRESS AVAILABLE UPON REQUEST

BURTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BURTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BURTON, RICK
ADDRESS AVAILABLE UPON REQUEST

BURTON, RIKKI
ADDRESS AVAILABLE UPON REQUEST

BURTON, ROSS
ADDRESS AVAILABLE UPON REQUEST

BURTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BURTON, SARA
ADDRESS AVAILABLE UPON REQUEST

BURTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BURTON, SEAN
ADDRESS AVAILABLE UPON REQUEST

BURTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BURTON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

BURTON, TONI
ADDRESS AVAILABLE UPON REQUEST

BURTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BURTONFORBES, MARY
ADDRESS AVAILABLE UPON REQUEST

BURTON-WOOD, EMILY
ADDRESS AVAILABLE UPON REQUEST

BURTRAND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

BURTS, VALARI
ADDRESS AVAILABLE UPON REQUEST

BURTT, CARLEY
ADDRESS AVAILABLE UPON REQUEST

BURT-WADE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

BURTZLAFF, SHANE
ADDRESS AVAILABLE UPON REQUEST

BURUD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BURWELL BELL
ADDRESS AVAILABLE UPON REQUEST

BURWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BURWELL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

BURWELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

BURWELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BURY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

BURY, MERRITT
ADDRESS AVAILABLE UPON REQUEST

BURZIMATI, MARINNA
ADDRESS AVAILABLE UPON REQUEST

BURZIMATI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BUSACCA, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BUSALACCHI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BUSBEE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

BUSBEE, JO
ADDRESS AVAILABLE UPON REQUEST

BUSBY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

BUSBY, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

BUSBY, COLEEN
ADDRESS AVAILABLE UPON REQUEST

BUSBY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BUSBY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

BUSBY, IMANI
ADDRESS AVAILABLE UPON REQUEST

BUSBY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BUSBY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BUSBY, LAVINA
ADDRESS AVAILABLE UPON REQUEST

BUSBY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUSBY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

BUSBY, RONALD
ADDRESS AVAILABLE UPON REQUEST

BUSBY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BUSBY, ZACH
ADDRESS AVAILABLE UPON REQUEST

BUSCARENO, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

BUSCARNERA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

BUSCEMI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BUSCETTA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUSCH JR, JOHN
ADDRESS AVAILABLE UPON REQUEST

BUSCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUSCH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BUSCH, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

BUSCH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BUSCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUSCH, JOHN
ADDRESS AVAILABLE UPON REQUEST

BUSCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

BUSCH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BUSCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BUSCH, MONICA
ADDRESS AVAILABLE UPON REQUEST

BUSCH, PAULA
ADDRESS AVAILABLE UPON REQUEST

BUSCH, SHAFER
ADDRESS AVAILABLE UPON REQUEST

BUSCH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BUSCHEK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

BUSCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUSCHETTE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BUSCHLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUSCHOW, JULIA
ADDRESS AVAILABLE UPON REQUEST

BUSDICKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUSEMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

BUSENBARK, BRITANY
ADDRESS AVAILABLE UPON REQUEST

BUSENBURG-HILL, LYNN
ADDRESS AVAILABLE UPON REQUEST

BUSER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

BUSEY, LUKE
ADDRESS AVAILABLE UPON REQUEST

BUSH, AVERY
ADDRESS AVAILABLE UPON REQUEST

BUSH, BRANDON
ADDRESS AVAILABLE UPON REQUEST

BUSH, CARY
ADDRESS AVAILABLE UPON REQUEST

BUSH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BUSH, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

BUSH, DAVID
ADDRESS AVAILABLE UPON REQUEST

BUSH, EMMA
ADDRESS AVAILABLE UPON REQUEST

BUSH, GREG
ADDRESS AVAILABLE UPON REQUEST

BUSH, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

BUSH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUSH, JILL
ADDRESS AVAILABLE UPON REQUEST

BUSH, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

BUSH, KAREN
ADDRESS AVAILABLE UPON REQUEST

BUSH, KELLY
ADDRESS AVAILABLE UPON REQUEST

BUSH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUSH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

BUSH, MALINDA
ADDRESS AVAILABLE UPON REQUEST

BUSH, MARCHELLEA
ADDRESS AVAILABLE UPON REQUEST

BUSH, MARY ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUSH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BUSH, ROGER
ADDRESS AVAILABLE UPON REQUEST

BUSH, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUSH, SEAN
ADDRESS AVAILABLE UPON REQUEST

BUSH, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

BUSH, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

BUSHART, BAILEY
ADDRESS AVAILABLE UPON REQUEST

BUSHBY OAKES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUSHEE, JILL
ADDRESS AVAILABLE UPON REQUEST

BUSHEE, MARY
ADDRESS AVAILABLE UPON REQUEST

BUSHER, PEGGY
ADDRESS AVAILABLE UPON REQUEST

BUSHEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BUSHEY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

BUSHMA, ALINA
ADDRESS AVAILABLE UPON REQUEST

BUSHMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

BUSHMAN, CLARE
ADDRESS AVAILABLE UPON REQUEST

BUSHMAN, KARMEN
ADDRESS AVAILABLE UPON REQUEST

BUSHMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BUSHNAQ, FAROUQ
ADDRESS AVAILABLE UPON REQUEST

BUSHNAQ, TIJA
ADDRESS AVAILABLE UPON REQUEST

BUSHNELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUSHNELL, WESLEY
ADDRESS AVAILABLE UPON REQUEST

BUSHONG, BRITT
ADDRESS AVAILABLE UPON REQUEST

BUSHONG, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

BUSHONG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BUSHONG, STEVE
ADDRESS AVAILABLE UPON REQUEST

BUSHONG, TROY
ADDRESS AVAILABLE UPON REQUEST

BUSHROD, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BUSHUR, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

BUSHUYEV, ALEXEY
ADDRESS AVAILABLE UPON REQUEST

BUSHYHEAD, AVIA
ADDRESS AVAILABLE UPON REQUEST

BUSIC, YENI
ADDRESS AVAILABLE UPON REQUEST

BUSILLO, PAT
ADDRESS AVAILABLE UPON REQUEST

BUSKEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUSKEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUSKEY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BUSKIRK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

BUSKLAND, JOANNE
ADDRESS AVAILABLE UPON REQUEST

BUSMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

BUSS, BRITTA
ADDRESS AVAILABLE UPON REQUEST

BUSS, COLIN
ADDRESS AVAILABLE UPON REQUEST

BUSS, ERIC
ADDRESS AVAILABLE UPON REQUEST

BUSS, GAIL
ADDRESS AVAILABLE UPON REQUEST

BUSS, NOELLE
ADDRESS AVAILABLE UPON REQUEST

BUSSA-CAMMON, JON
ADDRESS AVAILABLE UPON REQUEST

BUSSARD, BARRY
ADDRESS AVAILABLE UPON REQUEST

BUSSE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BUSSE, SERA
ADDRESS AVAILABLE UPON REQUEST

BUSSELL, MIKE
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, AVERY
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, ILSY
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, JACQUI
ADDRESS AVAILABLE UPON REQUEST

BUSSEY, NEHAL
ADDRESS AVAILABLE UPON REQUEST

BUSSEY-WILKERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUSSIAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUSSIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUSSIAN, SASHA
ADDRESS AVAILABLE UPON REQUEST

BUSSICULO, STEVE
ADDRESS AVAILABLE UPON REQUEST

BUSSIS, JIM
ADDRESS AVAILABLE UPON REQUEST

BUSSMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

BUSSMANN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

BUSSO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

BUSSONE, ABI
ADDRESS AVAILABLE UPON REQUEST

BUSTAMANTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

BUSTAMANTE, MARIA
ADDRESS AVAILABLE UPON REQUEST

BUSTAMANTE, MARISELA
ADDRESS AVAILABLE UPON REQUEST

BUSTER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

BUSTILLO, KAREN
ADDRESS AVAILABLE UPON REQUEST

BUSTILLOS SORELLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUSTIN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

BUSTIN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

BUSTOS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

BUSTOS, DANA
ADDRESS AVAILABLE UPON REQUEST

BUSTOS, JOSH
ADDRESS AVAILABLE UPON REQUEST

BUSTOS, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BUSTOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

BUSWELL, BETH
ADDRESS AVAILABLE UPON REQUEST

BUTALA, EMILY
ADDRESS AVAILABLE UPON REQUEST

BUTALA, NIRALI
ADDRESS AVAILABLE UPON REQUEST

BUTANIS, TORI
ADDRESS AVAILABLE UPON REQUEST

BUTCH, MONICA
ADDRESS AVAILABLE UPON REQUEST

BUTCHER, ANAND
ADDRESS AVAILABLE UPON REQUEST

BUTCHER, JOE
ADDRESS AVAILABLE UPON REQUEST

BUTCHER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BUTCHER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

BUTCHER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

BUTCHKO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUTEAU, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

BUTELO, CHANILE
ADDRESS AVAILABLE UPON REQUEST

BUTENINA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

BUTERA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BUTERA, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

BUTERA, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

BUTERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUTERA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUTERA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

BUTERA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUTERA, STACEY
ADDRESS AVAILABLE UPON REQUEST

BUTERA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BUTERBAUGH, AMY
ADDRESS AVAILABLE UPON REQUEST

BUTERO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

BUTHE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUTHUSIEM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUTKIEWICZ, TANYA
ADDRESS AVAILABLE UPON REQUEST

BUTKUS, LINDA
ADDRESS AVAILABLE UPON REQUEST

BUTKUS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BUTLAND, EDWARD
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ALI
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ANN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, AWANDA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, BETH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, CAOIMHE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, CHASSIDY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, COREY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DEANDRA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DIANN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

BUTLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, HARVEY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUTLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JAIME
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JANE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JASON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JASON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JILL
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KELLI
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KRISTY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LEA ANN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LINDY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LISA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, LIZ
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MADISON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MARA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MARISELA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MATT
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MAXINE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

BUTLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, NACHELLE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BUTLER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BUTLER, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

BUTLER, REGINA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SARA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SARA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SETH
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SHEA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

BUTLER, SHIYALA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, TALLIS
ADDRESS AVAILABLE UPON REQUEST

BUTLER, TOSHIBA
ADDRESS AVAILABLE UPON REQUEST

BUTLER, VANCE
ADDRESS AVAILABLE UPON REQUEST

BUTLER, WES
ADDRESS AVAILABLE UPON REQUEST

BUTLER-STAUB, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BUTNER, KAELEE
ADDRESS AVAILABLE UPON REQUEST

BUTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUTOWSKY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUTRUS, CASEY
ADDRESS AVAILABLE UPON REQUEST

BUTSCH, TOM
ADDRESS AVAILABLE UPON REQUEST

BUTSCHLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

BUTSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BUTT, OMER
ADDRESS AVAILABLE UPON REQUEST

BUTT, RAJEHA
ADDRESS AVAILABLE UPON REQUEST

BUTTACAVOLI, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

BUTTAFUOCO, RUTH
ADDRESS AVAILABLE UPON REQUEST

BUTTARI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

BUTTENDORF, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, ALYSE
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, BARNABY
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, GREG
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

BUTTERFIELD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BUTTERLY, WANDA
ADDRESS AVAILABLE UPON REQUEST

BUTTERS, YVONNE
ADDRESS AVAILABLE UPON REQUEST

BUTTERWORTH, ALEX
ADDRESS AVAILABLE UPON REQUEST

BUTTLEMAN, TERRI
ADDRESS AVAILABLE UPON REQUEST

BUTTON, ERIC
ADDRESS AVAILABLE UPON REQUEST

BUTTON, INC.
220 EAST 23RD ST.
PENTHOUSE
NEW YORK, NY 10010

BUTTON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

BUTTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

BUTTON, LYNNE
ADDRESS AVAILABLE UPON REQUEST

BUTTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BUTTRESS, KAYCI
ADDRESS AVAILABLE UPON REQUEST

BUTTREY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

BUTTRICK, ALISON
ADDRESS AVAILABLE UPON REQUEST

BUTTRICK, HILARY
ADDRESS AVAILABLE UPON REQUEST

BUTTRILL, BRITT
ADDRESS AVAILABLE UPON REQUEST

BUTTS, CARLA
ADDRESS AVAILABLE UPON REQUEST

BUTTS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BUTTS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BUTTS, FAITH
ADDRESS AVAILABLE UPON REQUEST

BUTTS, GEANIE
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KANDI
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KAREN
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KENYA
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

BUTTS, KWYNN
ADDRESS AVAILABLE UPON REQUEST

BUTTS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BUTTS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BUTURLA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

BUTUS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

BUTWIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

BUTWIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BUTYNSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUTZ, DEANA
ADDRESS AVAILABLE UPON REQUEST

BUTZIN, KAY
ADDRESS AVAILABLE UPON REQUEST

BUTZLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BUUCK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BUUM, ALYSON
ADDRESS AVAILABLE UPON REQUEST

BUURMA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

BUXBAUM, ALAN
ADDRESS AVAILABLE UPON REQUEST

BUXMAN, JAEDA
ADDRESS AVAILABLE UPON REQUEST

BUXTON, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

BUXTON, SARA
ADDRESS AVAILABLE UPON REQUEST

BUYAGAWAN, LIETHIA
ADDRESS AVAILABLE UPON REQUEST

BUYDIG.COM
CUSTOMER SERVICE DEPARTMENT
80 CARTER DRIVE
EDISON, NJ  08817

BUYER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

BUYSE, ERIN
ADDRESS AVAILABLE UPON REQUEST

BUYSELLADS.COM
PO BOX 50071
BOSTON, MA  02205

BUYSKE, MARC AND JAN
ADDRESS AVAILABLE UPON REQUEST

BUYSSE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BUZARD, AUBREY
ADDRESS AVAILABLE UPON REQUEST

BUZBEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BUZBY, MARK
ADDRESS AVAILABLE UPON REQUEST

BUZELLI, SOOJIN
ADDRESS AVAILABLE UPON REQUEST

BUZOGANY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

BUZONAS, TRACY
ADDRESS AVAILABLE UPON REQUEST

BUZYNSKI, KARA
ADDRESS AVAILABLE UPON REQUEST

BUZZANGA, ALLY
ADDRESS AVAILABLE UPON REQUEST

BUZZARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BUZZELL, ALTON
ADDRESS AVAILABLE UPON REQUEST

BUZZELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BUZZFEED (PRODUCT LABS INC.)
111 E 18TH STREET
NEW YORK, NY  10003

BUZZI, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BUZZI, MARLENA
ADDRESS AVAILABLE UPON REQUEST

BUZZOTTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

BWSC, LLC
980 HARRISON AVE
ROXBURY, MA  02119

BY THE DAY, EATING HEALTHY
ADDRESS AVAILABLE UPON REQUEST

BYAL, ERIN
ADDRESS AVAILABLE UPON REQUEST

BYARS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

BYARS, JULIE
ADDRESS AVAILABLE UPON REQUEST

BYARS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

BYARS, SARAH
ADDRESS AVAILABLE UPON REQUEST

BYAS-GIBBS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

BYATT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BYBE, INC.
250 SOUTH CIVIC CENTER DRIVE SUITE 550
COLUMBUS, OH  43215

BYBEE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

BYBEE, LHM/EMILY
ADDRESS AVAILABLE UPON REQUEST

BYBEE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

BYBEE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

BYBEE, TAWNY
ADDRESS AVAILABLE UPON REQUEST

BYCHINSKI, KAIA
ADDRESS AVAILABLE UPON REQUEST

BYCZEK, DENISE
ADDRESS AVAILABLE UPON REQUEST

BYCZKIEWICZ, BRANDI
ADDRESS AVAILABLE UPON REQUEST

BYE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

BYE, LEAH
ADDRESS AVAILABLE UPON REQUEST

BYE, SIENNA
ADDRESS AVAILABLE UPON REQUEST

BYER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

BYER, AMY
ADDRESS AVAILABLE UPON REQUEST

BYER, TROY
ADDRESS AVAILABLE UPON REQUEST

BYERLY, AUDRA
ADDRESS AVAILABLE UPON REQUEST

BYERLY, CORY
ADDRESS AVAILABLE UPON REQUEST

BYERLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

BYERS, ABBY
ADDRESS AVAILABLE UPON REQUEST

BYERS, BETH
ADDRESS AVAILABLE UPON REQUEST

BYERS, BRETT
ADDRESS AVAILABLE UPON REQUEST

BYERS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

BYERS, COLTON
ADDRESS AVAILABLE UPON REQUEST

BYERS, JORDYN
ADDRESS AVAILABLE UPON REQUEST

BYERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BYERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BYERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BYERS, SANDY
ADDRESS AVAILABLE UPON REQUEST

BYERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

BYERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BYERS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BYERS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

BYFIELD, KRISTA
ADDRESS AVAILABLE UPON REQUEST

BYFIELD, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

BYFORD, CINDY
ADDRESS AVAILABLE UPON REQUEST

BYHRE, EMMA
ADDRESS AVAILABLE UPON REQUEST

BYIK, JANUSZ
ADDRESS AVAILABLE UPON REQUEST

BYINGTON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BYKE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BYKER, MARY
ADDRESS AVAILABLE UPON REQUEST

BYKOWSKI, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

BYL, CRISTIAAN
ADDRESS AVAILABLE UPON REQUEST

BYLER, APRIL
ADDRESS AVAILABLE UPON REQUEST

BYLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

BYLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

BYLINOWSKI, RAY
ADDRESS AVAILABLE UPON REQUEST

BYNDER LLC
24 FARNSWORTH STREET, SUITE 400
BOSTON, MA  02210

BYNES, MASON
ADDRESS AVAILABLE UPON REQUEST

BYNON, DEVON
ADDRESS AVAILABLE UPON REQUEST

BYNON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

BYNUM, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

BYNUM, DOLORES
ADDRESS AVAILABLE UPON REQUEST

BYNUM, DREU
ADDRESS AVAILABLE UPON REQUEST

BYNUM, JAMES
ADDRESS AVAILABLE UPON REQUEST

BYNUM, LAURA ANNE
ADDRESS AVAILABLE UPON REQUEST

BYNUM, REGINALD
ADDRESS AVAILABLE UPON REQUEST

BYNUM, RYLEE
ADDRESS AVAILABLE UPON REQUEST

BYRAGANI, SHARMISHTA
ADDRESS AVAILABLE UPON REQUEST

BYRAM, CARLY
ADDRESS AVAILABLE UPON REQUEST

BYRAMS, KARA
ADDRESS AVAILABLE UPON REQUEST

BYRD, ANISA
ADDRESS AVAILABLE UPON REQUEST

BYRD, ASHTON
ADDRESS AVAILABLE UPON REQUEST

BYRD, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

BYRD, CANDACE
ADDRESS AVAILABLE UPON REQUEST

BYRD, CARLY
ADDRESS AVAILABLE UPON REQUEST

BYRD, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

BYRD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

BYRD, DAVID
ADDRESS AVAILABLE UPON REQUEST

BYRD, GLEN
ADDRESS AVAILABLE UPON REQUEST

BYRD, IVANA
ADDRESS AVAILABLE UPON REQUEST

BYRD, JAYME
ADDRESS AVAILABLE UPON REQUEST

BYRD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BYRD, JUDY
ADDRESS AVAILABLE UPON REQUEST

BYRD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

BYRD, KATHY
ADDRESS AVAILABLE UPON REQUEST

BYRD, KELLY
ADDRESS AVAILABLE UPON REQUEST

BYRD, KYLE
ADDRESS AVAILABLE UPON REQUEST

BYRD, LILY
ADDRESS AVAILABLE UPON REQUEST

BYRD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BYRD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

BYRD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

BYRD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BYRD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BYRD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BYRD, RYAN
ADDRESS AVAILABLE UPON REQUEST

BYRD, TAIANN
ADDRESS AVAILABLE UPON REQUEST

BYRD, TAMARA
ADDRESS AVAILABLE UPON REQUEST

BYRD, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

BYRD, TERRI
ADDRESS AVAILABLE UPON REQUEST

BYRD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

BYRD, TRACEY
ADDRESS AVAILABLE UPON REQUEST

BYRD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BYRDNEST LLC
ADDRESS AVAILABLE UPON REQUEST

BYRNE, BETH
ADDRESS AVAILABLE UPON REQUEST

BYRNE, BRIGID
ADDRESS AVAILABLE UPON REQUEST

BYRNE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

BYRNE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

BYRNE, CLARE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JAMES
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JENNA
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

BYRNE, JO ANN
ADDRESS AVAILABLE UPON REQUEST

BYRNE, KAELA
ADDRESS AVAILABLE UPON REQUEST

BYRNE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

BYRNE, KATE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, LIBBY
ADDRESS AVAILABLE UPON REQUEST

BYRNE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

BYRNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

BYRNE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BYRNE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

BYRNE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

BYRNE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BYRNE, TERRI
ADDRESS AVAILABLE UPON REQUEST

BYRNE, TIM
ADDRESS AVAILABLE UPON REQUEST

BYRNE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

BYRNE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

BYRNE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

BYRNE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

BYRNES, ALANA
ADDRESS AVAILABLE UPON REQUEST

BYRNES, BRIAN
ADDRESS AVAILABLE UPON REQUEST

BYRNES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

BYRNES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

BYRNES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

BYRNES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BYRNES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

BYRNES, HELENE
ADDRESS AVAILABLE UPON REQUEST

BYRNES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

BYRNES, MARZENA
ADDRESS AVAILABLE UPON REQUEST

BYRNES, MATT
ADDRESS AVAILABLE UPON REQUEST

BYRNES, PATTY
ADDRESS AVAILABLE UPON REQUEST

BYRNES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

BYRNES, RHONDA
ADDRESS AVAILABLE UPON REQUEST

BYRNES, ROSE
ADDRESS AVAILABLE UPON REQUEST

BYRNES, STEVE
ADDRESS AVAILABLE UPON REQUEST

BYRNES, THEO
ADDRESS AVAILABLE UPON REQUEST

BYROADE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

BYRON F KATZUR TSANG
ADDRESS AVAILABLE UPON REQUEST

BYRON KOSUGE
ADDRESS AVAILABLE UPON REQUEST

BYRON, CARLEY
ADDRESS AVAILABLE UPON REQUEST

BYRON, DANA
ADDRESS AVAILABLE UPON REQUEST

BYRON, JOE
ADDRESS AVAILABLE UPON REQUEST

BYRON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

BYRON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

BYRUM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

BYRUM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

BYRUM, ZUZANA
ADDRESS AVAILABLE UPON REQUEST

BYSSHE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

BYTHEWOOD, JAHNNA
ADDRESS AVAILABLE UPON REQUEST

BYTHROW, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

BYUN, JANICE
ADDRESS AVAILABLE UPON REQUEST

BYUN, WON OK
ADDRESS AVAILABLE UPON REQUEST

BYWATERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

BYXBE, JENN
ADDRESS AVAILABLE UPON REQUEST

BYXBEE, KARLYN
ADDRESS AVAILABLE UPON REQUEST

BZOSTEK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

C ALTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

C CARTER, DARRIEN
ADDRESS AVAILABLE UPON REQUEST

C GREEN, JOHNNIE
ADDRESS AVAILABLE UPON REQUEST

C MILLER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

C VEGA, KENDALL
ADDRESS AVAILABLE UPON REQUEST

C WILSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

C&C CAPSULES
ADDRESS UNAVAILABLE AT TIME OF FILING

C&H EQUITY MANAGEMENT LLC
3225 MCLEOD DR SUITE 101
LAS VEGAS, NV  89121

C&O CUCINA
ADDRESS UNAVAILABLE AT TIME OF FILING

C, ANDREW
ADDRESS AVAILABLE UPON REQUEST

C, ATHERINE
ADDRESS AVAILABLE UPON REQUEST

C, ATHY
ADDRESS AVAILABLE UPON REQUEST

C, DARRELL
ADDRESS AVAILABLE UPON REQUEST

C, DEANNA
ADDRESS AVAILABLE UPON REQUEST

C, ELDA
ADDRESS AVAILABLE UPON REQUEST

C, EMILY
ADDRESS AVAILABLE UPON REQUEST

C, JEANNA
ADDRESS AVAILABLE UPON REQUEST

C, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

C, JESSA
ADDRESS AVAILABLE UPON REQUEST

C, JESSICA
ADDRESS AVAILABLE UPON REQUEST

C, JOSH
ADDRESS AVAILABLE UPON REQUEST

C, JUAN
ADDRESS AVAILABLE UPON REQUEST

C, KEELEY
ADDRESS AVAILABLE UPON REQUEST

C, LAUREN
ADDRESS AVAILABLE UPON REQUEST

C, M
ADDRESS AVAILABLE UPON REQUEST

C, MARGARET
ADDRESS AVAILABLE UPON REQUEST

C, MARISSA
ADDRESS AVAILABLE UPON REQUEST

C, RIHARD
ADDRESS AVAILABLE UPON REQUEST

C, SANDRA
ADDRESS AVAILABLE UPON REQUEST

C, SARA
ADDRESS AVAILABLE UPON REQUEST

C, TEGAN
ADDRESS AVAILABLE UPON REQUEST

C, TIANN
ADDRESS AVAILABLE UPON REQUEST

C, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

C., REGINALD
ADDRESS AVAILABLE UPON REQUEST

C.H. ROBINSON COMPANY
C. H. ROBINSON P.O. BOX 9121
MINNEAPOLIS, MN  55480

C/O AAM, ARDITO LAW GROUP, PC
ADDRESS AVAILABLE UPON REQUEST

C/O ANA CAMPOS, WAYFAIR
ADDRESS AVAILABLE UPON REQUEST

C/O BECKY LYNCH, JODY MCDANIEL
ADDRESS AVAILABLE UPON REQUEST

C/O CAROL & STACEY WEBB, DONITA
BETTENCOURT
ADDRESS AVAILABLE UPON REQUEST

C/O CHELSEA PROEHL, WAYFAIR
ADDRESS AVAILABLE UPON REQUEST

C/O MARY DAIBER, TRUCK CENTERS, INC
ADDRESS AVAILABLE UPON REQUEST

C/O MATTHEW JACKSON, WALGREENS
ADDRESS AVAILABLE UPON REQUEST

C/O MCLAUGHLIN JUDD PHYSICAL
THERAPY, HEATHER LACASSE
ADDRESS AVAILABLE UPON REQUEST

C/O PERFECT PRODUCTS, KRISTIN
BAUKNECHT
ADDRESS AVAILABLE UPON REQUEST

C/O SARA INCE, LUCINDA LITTRELL
ADDRESS AVAILABLE UPON REQUEST

C2 CLUB W HOLDINGS LLC
3110 MAIN ST
PH SANTA MONICA, CA  90405

C2 CLUB W SPV LLC
ADDRESS AVAILABLE UPON REQUEST

CA DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL
3927 LENNANE DR, SUITE 100
SACRAMENTO, CA  95834

CA DEPARTMENT OF BUSINESS OVERSIGHT
1515 K ST., STE 200
SACRAMENTO, CA  95814-4052

CA EDD
ADDRESS UNAVAILABLE AT TIME OF FILING

CA SDU
ADDRESS UNAVAILABLE AT TIME OF FILING

CA. DEPT OF TOXIC SUBSTANCES CTRL
1001 "I" ST
SACRAMENTO, CA  95814-2828

CA. DEPT OF TOXIC SUBSTANCES CTRL
PO BOX 806
SACRAMENTO, CA  95812-0806

CAALIM, APRIL
ADDRESS AVAILABLE UPON REQUEST

CAAMPUED, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CAASI, NOEL
ADDRESS AVAILABLE UPON REQUEST

CABACCANG, NOAH
ADDRESS AVAILABLE UPON REQUEST

CABACUNGAN, ALMA
ADDRESS AVAILABLE UPON REQUEST

CABADA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CABADA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CABADA-PENICHET, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CABALAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, JUAN
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, SAGE
ADDRESS AVAILABLE UPON REQUEST

CABALLERO, SHELLIE
ADDRESS AVAILABLE UPON REQUEST

CABALLES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CABAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CABAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CABAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CABANA, COCOS
ADDRESS AVAILABLE UPON REQUEST

CABANAS, DARIO
ADDRESS AVAILABLE UPON REQUEST

CABANIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CABATO, KASHA
ADDRESS AVAILABLE UPON REQUEST

CABAZA, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

CABBAGE PATCH
ADDRESS UNAVAILABLE AT TIME OF FILING

CABE, AARON
ADDRESS AVAILABLE UPON REQUEST

CABECHE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CABEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CABELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CABELLO, EBERTO
ADDRESS AVAILABLE UPON REQUEST

CABELLO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CABESO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CABEY, DANA
ADDRESS AVAILABLE UPON REQUEST

CABEZAS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

CABEZAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CABIGAS, KARA
ADDRESS AVAILABLE UPON REQUEST

CABILES, VERREE
ADDRESS AVAILABLE UPON REQUEST

CABINE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CABLAYAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

CABLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CABLE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

CABLE, CURTIS
ADDRESS AVAILABLE UPON REQUEST

CABLE, FRANK
ADDRESS AVAILABLE UPON REQUEST

CABLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CABLE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CABO SEAFOOD GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

CABOT, TORI
ADDRESS AVAILABLE UPON REQUEST

CABRAL, CINDY
ADDRESS AVAILABLE UPON REQUEST

CABRAL, DONEILLE
ADDRESS AVAILABLE UPON REQUEST

CABRAL, JANICE
ADDRESS AVAILABLE UPON REQUEST

CABRAL, JENN
ADDRESS AVAILABLE UPON REQUEST

CABRAL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CABRAL, L
ADDRESS AVAILABLE UPON REQUEST

CABRAL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CABRAL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CABRAL, RYAN
ADDRESS AVAILABLE UPON REQUEST

CABRAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CABRERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, ARYANNA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, DANIELA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

CABRERA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CABRERA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, KELAILA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, MARY
ADDRESS AVAILABLE UPON REQUEST

CABRERA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CABRERA, NIDZA
ADDRESS AVAILABLE UPON REQUEST

CABRERA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CABRERA-MARUS, ANNEL
ADDRESS AVAILABLE UPON REQUEST

CABREY, JOAN
ADDRESS AVAILABLE UPON REQUEST

CABUSORA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CABY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CACACE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CACCAMO, EMILY
ADDRESS AVAILABLE UPON REQUEST

CACCAVELLA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

CACCESE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CACCHIONE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CACCIATORE, GIANNA
ADDRESS AVAILABLE UPON REQUEST

CACCIATORE, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CACCIATORE, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

CACCIOLA, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

CACERES, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CACERES, ELSA
ADDRESS AVAILABLE UPON REQUEST

CACERES, ROBIN MARSHALL
ADDRESS AVAILABLE UPON REQUEST

CACHO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CACHU, EDGAR
ADDRESS AVAILABLE UPON REQUEST

CACIOPPO, HEIDI
ADDRESS AVAILABLE UPON REQUEST

CACKLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CACOPARDO, JANELLE
ADDRESS AVAILABLE UPON REQUEST

CACTUS MEDIA
176 N. OLD WOODWARD
BIRMINGHAM, MI 48009

CAD DESIGN SOLO 401K TRUST
7177 SOUTH LEEWYNN DRIVE
SARASOTA, FL 34240

CADAGIN, BRI
ADDRESS AVAILABLE UPON REQUEST

CADARET, ABBY
ADDRESS AVAILABLE UPON REQUEST

CADDELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CADDEY, LUJEAN
ADDRESS AVAILABLE UPON REQUEST

CADDICK, REGINA
ADDRESS AVAILABLE UPON REQUEST

CADDIGAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CADE, JANICE M.
ADDRESS AVAILABLE UPON REQUEST

CADE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CADE, WENDY
ADDRESS AVAILABLE UPON REQUEST

CADE, WENDY
ADDRESS AVAILABLE UPON REQUEST

CADENA, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

CADENAS, AMBER
ADDRESS AVAILABLE UPON REQUEST

CADENAZZI, AMY
ADDRESS AVAILABLE UPON REQUEST

CADENHEAD, ANNA MARIE
ADDRESS AVAILABLE UPON REQUEST

CADENHEAD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CADET
ADDRESS UNAVAILABLE AT TIME OF FILING

CADET, WONDHA
ADDRESS AVAILABLE UPON REQUEST

CADET, YASMINE
ADDRESS AVAILABLE UPON REQUEST

CADIEUX, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CADME, PAUL
ADDRESS AVAILABLE UPON REQUEST

CABLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CADMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

CADOGAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CADOGAN, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

CADORETTE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CADORETTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

CADWALLADER, GINA
ADDRESS AVAILABLE UPON REQUEST

CADWALLADER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CADWELL, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CADWELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CADY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CADY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CADY, JENNY
ADDRESS AVAILABLE UPON REQUEST

CADY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

CAESAR JONDEE
ADDRESS AVAILABLE UPON REQUEST

CAESAR MARMOLEJO
ADDRESS AVAILABLE UPON REQUEST

CAESAR, BRONTE
ADDRESS AVAILABLE UPON REQUEST

CAESAR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CAESAR, KATOYA
ADDRESS AVAILABLE UPON REQUEST

CAETANO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CAFARELLI, JILL
ADDRESS AVAILABLE UPON REQUEST

CAFASSO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAFE CLOVER
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFE GRATITUDE VENICE
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFE GRUMPY
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFE RIO
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFE VIDA EL
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFE VIDA
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFECITO ORGANICO
ADDRESS UNAVAILABLE AT TIME OF FILING

CAFFEE, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

CAFFERATA, SANDRO
ADDRESS AVAILABLE UPON REQUEST

CAFFERTY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAFFERTY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CAFFERY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAFFES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAFFEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, NADINE
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAFFREY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CAFIERO, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

CAFUA, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CAGAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

CAGGIANO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CAGGIANO, JOYCE
ADDRESS AVAILABLE UPON REQUEST

CAGGIANO, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CAGGIULA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CAGIDE, CORINNE
ADDRESS AVAILABLE UPON REQUEST

CAGLE, DENISE
ADDRESS AVAILABLE UPON REQUEST

CAGLE, JACEY
ADDRESS AVAILABLE UPON REQUEST

CAGLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

CAGLE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CAGLE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

CAGLE, STORM
ADDRESS AVAILABLE UPON REQUEST

CAGLE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

CAGNAZZI, LIANNE
ADDRESS AVAILABLE UPON REQUEST

CAGNI, BRI
ADDRESS AVAILABLE UPON REQUEST

CAGNO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CAHALANE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

CAHALIN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

CAHALL, HALEY
ADDRESS AVAILABLE UPON REQUEST

CAHILL, ALISON
ADDRESS AVAILABLE UPON REQUEST

CAHILL, AMY
ADDRESS AVAILABLE UPON REQUEST

CAHILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

CAHILL, BENEDICT
ADDRESS AVAILABLE UPON REQUEST

CAHILL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CAHILL, CARA
ADDRESS AVAILABLE UPON REQUEST

CAHILL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CAHILL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CAHILL, DIANA
ADDRESS AVAILABLE UPON REQUEST

CAHILL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CAHILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAHILL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CAHILL, KAINE
ADDRESS AVAILABLE UPON REQUEST

CAHILL, KARA
ADDRESS AVAILABLE UPON REQUEST

CAHILL, KAREN
ADDRESS AVAILABLE UPON REQUEST

CAHILL, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

CAHILL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CAHILL, LIZ
ADDRESS AVAILABLE UPON REQUEST

CAHILL, MARY
ADDRESS AVAILABLE UPON REQUEST

CAHILL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CAHILL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAHILL, RILEY
ADDRESS AVAILABLE UPON REQUEST

CAHILL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CAHILL, TERRI
ADDRESS AVAILABLE UPON REQUEST

CAHILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CAHILLANE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CAHILLANE, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

CAHN, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

CAHN, SAM
ADDRESS AVAILABLE UPON REQUEST

CAHO, NANCY
ADDRESS AVAILABLE UPON REQUEST

CAHOON, JULIE
ADDRESS AVAILABLE UPON REQUEST

CAHOON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

CAHOURS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CAHOW, STEVE
ADDRESS AVAILABLE UPON REQUEST

CAI, KARL
ADDRESS AVAILABLE UPON REQUEST

CAI, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

CAI, LIQIONG
ADDRESS AVAILABLE UPON REQUEST

CAI, LIXIA
ADDRESS AVAILABLE UPON REQUEST

CAI, QINGAN
ADDRESS AVAILABLE UPON REQUEST

CAI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

CAIAZZA, TARA
ADDRESS AVAILABLE UPON REQUEST

CAIAZZO, LISA
ADDRESS AVAILABLE UPON REQUEST

CAIAZZO, NANCY
ADDRESS AVAILABLE UPON REQUEST

CAIAZZO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAICCO, HAYLE
ADDRESS AVAILABLE UPON REQUEST

CAICEDO, BARBIE
ADDRESS AVAILABLE UPON REQUEST

CAICEDO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CAIDEN, OLIVER
ADDRESS AVAILABLE UPON REQUEST

CAIL, KAREN
ADDRESS AVAILABLE UPON REQUEST

CAILE, NOLAN
ADDRESS AVAILABLE UPON REQUEST

CAIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

CAIN, ALANNA
ADDRESS AVAILABLE UPON REQUEST

CAIN, AMY
ADDRESS AVAILABLE UPON REQUEST

CAIN, CAROL
ADDRESS AVAILABLE UPON REQUEST

CAIN, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

CAIN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CAIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

CAIN, ERNES
ADDRESS AVAILABLE UPON REQUEST

CAIN, GARY
ADDRESS AVAILABLE UPON REQUEST

CAIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

CAIN, MARISA
ADDRESS AVAILABLE UPON REQUEST

CAIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAIN, NICK
ADDRESS AVAILABLE UPON REQUEST

CAIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CAIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAIN, RHEA
ADDRESS AVAILABLE UPON REQUEST

CAIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAIN, VICKY
ADDRESS AVAILABLE UPON REQUEST

CAINE, MARK
ADDRESS AVAILABLE UPON REQUEST

CAINE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAINE, STAR
ADDRESS AVAILABLE UPON REQUEST

CAINE, TENSY
ADDRESS AVAILABLE UPON REQUEST

CAINES, SHENAI
ADDRESS AVAILABLE UPON REQUEST

CAINONG, ROMELLI
ADDRESS AVAILABLE UPON REQUEST

CAIOLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAIOLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAIRELLI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CAIRNS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAIRNS, IAN
ADDRESS AVAILABLE UPON REQUEST

CAIRO, JOE
ADDRESS AVAILABLE UPON REQUEST

CAISON, JEN
ADDRESS AVAILABLE UPON REQUEST

CAISSE, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CAISSE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CAITE KENDRICK
ADDRESS AVAILABLE UPON REQUEST

CAITI
ADDRESS AVAILABLE UPON REQUEST

CAITLIN BYRD
ADDRESS AVAILABLE UPON REQUEST

CAITLIN DOMANICO
ADDRESS AVAILABLE UPON REQUEST

CAITLIN FAWCETT
ADDRESS AVAILABLE UPON REQUEST

CAITLIN MCGILL
ADDRESS AVAILABLE UPON REQUEST

CAITLIN PANNESE
ADDRESS AVAILABLE UPON REQUEST

CAITLIN S WHITE
ADDRESS AVAILABLE UPON REQUEST

CAITLIN, JOHNSON,
ADDRESS AVAILABLE UPON REQUEST

CAITLYN MARSHALL
ADDRESS AVAILABLE UPON REQUEST

CAIVANO, JENNA
ADDRESS AVAILABLE UPON REQUEST

CAJIAO MARCELA
ADDRESS AVAILABLE UPON REQUEST

CAJIGAS, PETER
ADDRESS AVAILABLE UPON REQUEST

CAJKA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CAJKA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

CAKE BAKE SHOP
ADDRESS UNAVAILABLE AT TIME OF FILING

CAKE CRUMBS
ADDRESS UNAVAILABLE AT TIME OF FILING

CAKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAKORA, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CAKOUNES, PETER
ADDRESS AVAILABLE UPON REQUEST

CAL CHAMBER OF COMMERCE
ADDRESS UNAVAILABLE AT TIME OF FILING

CAL COAST BEVERAGE
945 WARD DR. SPC 70
SANTA BARBARA, CA  93111

CAL COAST CARPET WAREHOUSE. INC.
1309 PACIFIC BLVD.
OCEANO, CA  93445

CALABRESE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, LISA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, LISA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, LORI
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, MAYA
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, RALPH
ADDRESS AVAILABLE UPON REQUEST

CALABRESE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

CALABRETTA, MARY
ADDRESS AVAILABLE UPON REQUEST

CALABRIA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CALABRO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CALABRO, STEPHEN/SHERYL
ADDRESS AVAILABLE UPON REQUEST

CALACCI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CALADO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CALAHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CALAMARI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CALAMAS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CALAMIA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CALAMIGOS GUEST RANCH & BEACH CLUB
327 S LATIGO CANYON ROAD
MALIBU, CA  90265

CALANDRA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CALANDRA, TYLER
ADDRESS AVAILABLE UPON REQUEST

CALANDRINO, JO ANN
ADDRESS AVAILABLE UPON REQUEST

CALANDRO, FRANK
ADDRESS AVAILABLE UPON REQUEST

CALAO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CALAPA, PJ
ADDRESS AVAILABLE UPON REQUEST

CALARCO, CALI
ADDRESS AVAILABLE UPON REQUEST

CALASCIBETTA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CALAUTTI, AMY
ADDRESS AVAILABLE UPON REQUEST

CALAUTTI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CALAVANO, DOMINICK
ADDRESS AVAILABLE UPON REQUEST

CALAVITTA, MONICA
ADDRESS AVAILABLE UPON REQUEST

CALAWAY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CALAWAY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CALAWAY, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

CALAWERTS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CALAYCAY, CHERYLL
ADDRESS AVAILABLE UPON REQUEST

CALAYCAY, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

CALBREATH, CARLY
ADDRESS AVAILABLE UPON REQUEST

CALCAGNO, SHERRI
ADDRESS AVAILABLE UPON REQUEST

CALCASOLA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CALCHAMBER
CALIFORNIA CHAMBER OF COMMERCE
PO BOX 398336
SAN FRANCISCO, CA  94139-8336

CALDARI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CALDARONE, ANNE
ADDRESS AVAILABLE UPON REQUEST

CALDART, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CALDEIRA, CLEUSA
ADDRESS AVAILABLE UPON REQUEST

CALDER, JULIA
ADDRESS AVAILABLE UPON REQUEST

CALDER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CALDERA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

CALDERALA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CALDERARO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CALDERBANK, JENNA
ADDRESS AVAILABLE UPON REQUEST

CALDERON CASTILLO, RAUL
ADDRESS AVAILABLE UPON REQUEST

CALDERON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

CALDERON, ANDRES
ADDRESS AVAILABLE UPON REQUEST

CALDERON, ANGEL
ADDRESS AVAILABLE UPON REQUEST

CALDERON, ARANTZA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CALDERON, DELIA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, JAIMMIE
ADDRESS AVAILABLE UPON REQUEST

CALDERON, JUAN/VALERIE
ADDRESS AVAILABLE UPON REQUEST

CALDERON, KARLA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, LUIS
ADDRESS AVAILABLE UPON REQUEST

CALDERON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, MARY
ADDRESS AVAILABLE UPON REQUEST

CALDERON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CALDERON, RHINA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, ROCIO
ADDRESS AVAILABLE UPON REQUEST

CALDERON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CALDERON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CALDERON, SUSANA
ADDRESS AVAILABLE UPON REQUEST

CALDERONE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CALDERON-GUTHE, KLARA
ADDRESS AVAILABLE UPON REQUEST

CALDERWOOD, CRYSTALEE
ADDRESS AVAILABLE UPON REQUEST

CALDERWOOD, MONTGOMERY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, ARIA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, BRENETHA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, CAROL
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, CHRISTAL
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, DAWN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, DINAH
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, GRAEME
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, JACQUETTA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, JARRATT
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, JARRATT
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, KARA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, KEN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, KRISTENE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, MARSHA
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, MIKE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CALDWELL, TRACEY
ADDRESS AVAILABLE UPON REQUEST

CALDWELL. TOM JAMES COMPANY, JASON
ADDRESS AVAILABLE UPON REQUEST

CALDWELL-SMITH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CALE, ELIANA
ADDRESS AVAILABLE UPON REQUEST

CALE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CALEAH MINARICH
ADDRESS AVAILABLE UPON REQUEST

CALEB AUSTON
ADDRESS AVAILABLE UPON REQUEST

CALEB CALDWELL
ADDRESS AVAILABLE UPON REQUEST

CALEB MARSHALL
ADDRESS AVAILABLE UPON REQUEST

CALEF, AUNA
ADDRESS AVAILABLE UPON REQUEST

CALEGARI, NATALIA
ADDRESS AVAILABLE UPON REQUEST

CALELLO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

CALENA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CALERO, BANIA
ADDRESS AVAILABLE UPON REQUEST

CALERO, NANCY
ADDRESS AVAILABLE UPON REQUEST

CALEV, KEZIA
ADDRESS AVAILABLE UPON REQUEST

CALEX RENOVATIONS
ADDRESS AVAILABLE UPON REQUEST

CALEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CALFO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CALGARO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CALHOON, JEN
ADDRESS AVAILABLE UPON REQUEST

CALHOON, JILL
ADDRESS AVAILABLE UPON REQUEST

CALHOUN SCOTT MARTIN, CECILY
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, ANGONIQUE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, BILL
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, DONNA
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, ELISE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, ERICA
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, GARY
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, JADE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, JIM
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, ROSS
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CALHOUN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CALI, ABBY
ADDRESS AVAILABLE UPON REQUEST

CALI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CALIAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

CALIAN, STACIE
ADDRESS AVAILABLE UPON REQUEST

CALICCHIO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CALICKER, SHARI
ADDRESS AVAILABLE UPON REQUEST

CALICO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CALIENDO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALIFORNIA ACRYLIC DESIGN
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA AIR RESOURCES BOARD
1001 "I" ST
SACRAMENTO, CA  95814

CALIFORNIA AIR RESOURCES BOARD
PO BOX 2815
SACRAMENTO, CA  95812

CALIFORNIA BOARD OF EQUALIZATION
450 N ST
PO BOX 942879
SACRAMENTO, CA  95814

CALIFORNIA BOARD OF EQUALIZATION
EXECUTIVE OFFICE, MIC: 73, LISA RENATI
CHIEF DEPUTY DIRECTOR PO BOX 942879
SACRAMENTO, CA  94279-0073

CALIFORNIA CHAMBER OF COMMERCE
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA CHICKEN
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA CHOICE
721 S PARKER SUITE 200
ORANGE, CA  92868

CALIFORNIA CHOICE
BENEFITS ADMINISTRATORS PO BOX 7088
ORANGE, CA  92863-7088

CALIFORNIA CONCENTRATE CO
18678 N HIGHWAY 99
ACAMPO, CA  95220

CALIFORNIA DEPARTMENT CONSUMER
AFFAIRS
CONSUMER INFORMATION DIVISION
1625 N MARKET BLVD STE N 112
SACRAMENTO, CA  95834

CALIFORNIA DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL
ALCOHOLIC BEVERAGE CONTROL
3927 LENNANE DRIVE, SUITE 100
SACRAMENTO, CA  95834

CALIFORNIA DEPARTMENT OF HEALTHCARE
SERVICES, ATTN: JENNIFER KENT, DIR
DEPARTMENT OF HEALTH SERVICES
P.O. BOX 997413, MS 0000
SACRAMENTO, CA  95899-7413

CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
RETURN PROCESSING RANCH
P.O. BOX 942879
SACRAMENTO, CA  94279-6001

CALIFORNIA DEPT OF BUSINESS OVERSIGHT
1515 K STREET
SUITE 200
SACRAMENTO, CA  95814-4052

CALIFORNIA DEPT OF CONSERVATION
801 K ST, MS 24-01
SACRAMENTO, CA  95814

CALIFORNIA DEPT OF WATER RESOURCES
1416 9TH ST
SACRAMENTO, CA  95814

CALIFORNIA DEPT OF WATER RESOURCES
PO BOX 94236
SACRAMENTO, CA  94236

CALIFORNIA DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA ENVIRONMENTAL PROTECTION
AGENCY
1001 I ST
PO BOX 2815
SACRAMENTO, CA  95812-2815

CALIFORNIA ETCHING
1952 IROQUOIS ST
NAPA, CA  94559

CALIFORNIA FISH GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA FRANCHISE TAX BOARD
121 SPEAR ST
STE 400
SAN FRANCISCO, CA  94105-1584

CALIFORNIA FRANCHISE TAX BOARD
1515 CLAY ST
STE 305
OAKLAND, CA  94612-1445

CALIFORNIA FRANCHISE TAX BOARD
300 S SPRING ST
STE 5704
LOS ANGELES, CA  90013-1265

CALIFORNIA FRANCHISE TAX BOARD
3321 POWER INN RD
STE 250
SACRAMENTO, CA  95826-3893

CALIFORNIA FRANCHISE TAX BOARD
600 W SANTA ANA BLVD
STE 300
SANTA ANA, CA  92701-4543

CALIFORNIA FRANCHISE TAX BOARD
7575 METROPOLITAN DR
STE 201
SAN DIEGO, CA  92108-4421

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA  95812-2952

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA  94257

CALIFORNIA INTEGRATED WASTE MGMT
BOARD
1001 I ST
PO BOX 4025
SACRAMENTO, CA  95812-4025

CALIFORNIA NATURAL PRODUCTS
1250 E. LATHROP ROAD
LATHROP, CA  95330

CALIFORNIA PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIFORNIA SECRETARY OF STATE
BUSINESS PROGRAMS DIVISION
BUSINESS ENTITIES RECORDS
P.O. BOX 944260
SACRAMENTO, CA  94244-2600

CALIFORNIA STATE CONTROLLERS OFFICE
UNCLAIMED PROPERTY DIVISION
10600 WHITE ROCK RD, STE 141
RANCHO CORDOVA, CA  95670

CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO, CA  95798-9067

CALIFORNIA STATE UNIVERSITY
NORTHRIDGE
18111 NORDHOFF STREET, MD8448
NORTHRIDGE, CA  91330

CALIFORNIA UNEMPLOYMENT INSURANCE
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 8268800
UIPCD, MIC 40
SACRAMENTO, CA  94280-0001

CALIFORNIA WINE TRANSPORT, INC.
930 MCLAUGHLIN AVENUE
SAN JOSE, CA  95122

CALIGARIS, MARLA
ADDRESS AVAILABLE UPON REQUEST

CALIGIURI, CORNELIA
ADDRESS AVAILABLE UPON REQUEST

CALIGREENS CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

CALIMAN, LIA
ADDRESS AVAILABLE UPON REQUEST

CALIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CALIOLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CALIP, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CALISE, DIANA
ADDRESS AVAILABLE UPON REQUEST

CALISHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CALISTO, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

CALIX, MARIELA
ADDRESS AVAILABLE UPON REQUEST

CALIX, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CALIXTO MENDOZA, DAVID
ADDRESS AVAILABLE UPON REQUEST

CALIXTRO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CALKINS (FROM E &E), HUGH AND BETH
ADDRESS AVAILABLE UPON REQUEST

CALKINS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CALKINS, KARI
ADDRESS AVAILABLE UPON REQUEST

CALKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CALKINS-DELFORGE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CALKINS-DELFORGE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CALKUM, COLYNN
ADDRESS AVAILABLE UPON REQUEST

CALL YOUR GIRLFRIEND, LLC.
502 7TH STREET 87PJ
SAN FRANCISCO, CA  94103

CALL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CALL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CALL, KACEY
ADDRESS AVAILABLE UPON REQUEST

CALL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CALL, STORMI
ADDRESS AVAILABLE UPON REQUEST

CALL, TERRI
ADDRESS AVAILABLE UPON REQUEST

CALLAGHAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CALLAGHAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CALLAGHAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CALLAGHAN, THALISA
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ANN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, BRICE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ENITH
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, KAT
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, KILEY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, MATTIE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, VINCE
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CALLAHAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

CALLAIO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CALLAIS, DONALD
ADDRESS AVAILABLE UPON REQUEST

CALLANEDQUIST
ADDRESS AVAILABLE UPON REQUEST

CALLAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CALLAN, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CALLAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

CALLAN, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

CALLAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

CALLANAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CALLANAN, PORTER
ADDRESS AVAILABLE UPON REQUEST

CALLANAN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

CALLANAN, TUCKER
ADDRESS AVAILABLE UPON REQUEST

CALLANDER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CALLARI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CALLAWAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

CALLAWAY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CALLAWAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CALLAWAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CALLEJA, SEAN
ADDRESS AVAILABLE UPON REQUEST

CALLEJON, DREW
ADDRESS AVAILABLE UPON REQUEST

CALLENDER, KENDAL
ADDRESS AVAILABLE UPON REQUEST

CALLENDER, SHANTE
ADDRESS AVAILABLE UPON REQUEST

CALLERI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CALLERY, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

CALLERY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CALLES, ANNA
ADDRESS AVAILABLE UPON REQUEST

CALLES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CALLICOTT, KATHLEENE
ADDRESS AVAILABLE UPON REQUEST

CALLIE DANIELSON
ADDRESS AVAILABLE UPON REQUEST

CALLIER, LINDA
ADDRESS AVAILABLE UPON REQUEST

CALLIES, NICKI
ADDRESS AVAILABLE UPON REQUEST

CALLIGARICH, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CALLIHAN, ALIYAH
ADDRESS AVAILABLE UPON REQUEST

CALLIHAN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CALLINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CALLIOPE PORTER
ADDRESS AVAILABLE UPON REQUEST

CALLIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CALLISON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CALLISTHA, VIA
ADDRESS AVAILABLE UPON REQUEST

CALLOWAY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

CALLOWAY, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

CALLOWAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CALLOWAY, WILL
ADDRESS AVAILABLE UPON REQUEST

CALLUM, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CALLUS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CALMA, RAI
ADDRESS AVAILABLE UPON REQUEST

CALNAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CALNAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CALNAN, JUDIE
ADDRESS AVAILABLE UPON REQUEST

CALNAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CALNAN, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CALO, BELINDA
ADDRESS AVAILABLE UPON REQUEST

CALO, LARA
ADDRESS AVAILABLE UPON REQUEST

CALO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

CALOMERIS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CALSAM, MARIE
ADDRESS AVAILABLE UPON REQUEST

CALSETTA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CALTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CALUAG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CALUCCHIA, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

CALUDA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CALUMPONG, CHERIZA
ADDRESS AVAILABLE UPON REQUEST

CALOPHAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CALVANESE, GINA
ADDRESS AVAILABLE UPON REQUEST

CALVANOL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CALVERLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

CALVERT, CATHY
ADDRESS AVAILABLE UPON REQUEST

CALVERT, JARRATT
ADDRESS AVAILABLE UPON REQUEST

CALVERT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CALVERT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CALVET, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CALVEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

CALVILLO, LILIANA
ADDRESS AVAILABLE UPON REQUEST

CALVIN RICHARD LANGRIDGE
ADDRESS AVAILABLE UPON REQUEST

CALVIN, BROOKLEY
ADDRESS AVAILABLE UPON REQUEST

CALVIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CALVIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

CALVIT, MARK
ADDRESS AVAILABLE UPON REQUEST

CALVO, ALLAN
ADDRESS AVAILABLE UPON REQUEST

CALVO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CALVO, MARIO
ADDRESS AVAILABLE UPON REQUEST

CALVO, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CALVO, PETER
ADDRESS AVAILABLE UPON REQUEST

CALVO, SCARLET
ADDRESS AVAILABLE UPON REQUEST

CALVO, TARA
ADDRESS AVAILABLE UPON REQUEST

CALYX MITCHEM
ADDRESS AVAILABLE UPON REQUEST

CALZADA, DAWN
ADDRESS AVAILABLE UPON REQUEST

CALZADILLA, JAIME
ADDRESS AVAILABLE UPON REQUEST

CAM, ANH
ADDRESS AVAILABLE UPON REQUEST

CAMA, JENNIE
ADDRESS AVAILABLE UPON REQUEST

CAMAC, JENNY
ADDRESS AVAILABLE UPON REQUEST

CAMACHO VERA, JASSE
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, ATHENA
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, DIANA
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, ELYSE
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, JESSA MAE
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, JOAN
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, KYLE
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, MARISA
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, MATEO
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

CAMACHO, SERINA
ADDRESS AVAILABLE UPON REQUEST

CAMAJ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CAMANN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAMAPLAN SDIRA OF THOMAS J COGHLAN
ADDRESS AVAILABLE UPON REQUEST

CAMARA, ALEX
ADDRESS AVAILABLE UPON REQUEST

CAMARA, CASSIOPEIA
ADDRESS AVAILABLE UPON REQUEST

CAMARA, JOY
ADDRESS AVAILABLE UPON REQUEST

CAMARA, MIGSABET
ADDRESS AVAILABLE UPON REQUEST

CAMARATA, KATE
ADDRESS AVAILABLE UPON REQUEST

CAMARDA, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

CAMARDO, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

CAMARENA, TALIA
ADDRESS AVAILABLE UPON REQUEST

CAMARGO-MERINO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAMARILLO, LOUISE
ADDRESS AVAILABLE UPON REQUEST

CAMARILLO, MADISON
ADDRESS AVAILABLE UPON REQUEST

CAMARILLO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAMAROTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMAROTTI, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CAMAYD, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

CAMAYD-MUNOZ, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CAMBA, TRACI
ADDRESS AVAILABLE UPON REQUEST

CAMBEIRO, URSULA
ADDRESS AVAILABLE UPON REQUEST

CAMBERG, JULIE T.
ADDRESS AVAILABLE UPON REQUEST

CAMBERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAMBIANO, JULIET
ADDRESS AVAILABLE UPON REQUEST

CAMBRIA, QUINN
ADDRESS AVAILABLE UPON REQUEST

CAMBRIDGE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CAMBRIDGE, MILDRED
ADDRESS AVAILABLE UPON REQUEST

CAMDEN DEVERICKS
ADDRESS AVAILABLE UPON REQUEST

CAMDEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMDEN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

CAMDEN, SARA
ADDRESS AVAILABLE UPON REQUEST

CAMEJO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CAMEL, DAWOINE
ADDRESS AVAILABLE UPON REQUEST

CAMELLIA, VIOLET
ADDRESS AVAILABLE UPON REQUEST

CAMEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

CAMENETI, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CAMER, JERI
ADDRESS AVAILABLE UPON REQUEST

CAMERA LENS RENTAL
ADDRESS UNAVAILABLE AT TIME OF FILING

CAMERANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAMERATA, JULIE
ADDRESS AVAILABLE UPON REQUEST

CAMERATO, ANNA
ADDRESS AVAILABLE UPON REQUEST

CAMERATO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CAMERIK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CAMERON HOOKS
ADDRESS AVAILABLE UPON REQUEST

CAMERON HUGHES WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

CAMERON MACBAIN
ADDRESS AVAILABLE UPON REQUEST

CAMERON MARK JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CAMERON STUART CAROTHERS
ADDRESS AVAILABLE UPON REQUEST

CAMERON, ALI
ADDRESS AVAILABLE UPON REQUEST

CAMERON, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

CAMERON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CAMERON, AMBER
ADDRESS AVAILABLE UPON REQUEST

CAMERON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CAMERON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CAMERON, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMERON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CAMERON, JEFF
ADDRESS AVAILABLE UPON REQUEST

CAMERON, JENNY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, JULIA
ADDRESS AVAILABLE UPON REQUEST

CAMERON, KATE
ADDRESS AVAILABLE UPON REQUEST

CAMERON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CAMERON, KATY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, MARIE
ADDRESS AVAILABLE UPON REQUEST

CAMERON, PETER
ADDRESS AVAILABLE UPON REQUEST

CAMERON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMERON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CAMERON, RILEY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAMERON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAMERON, SALLY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

CAMERON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAMERON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CAMEROTA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CAMESAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CAMEUS GUILLAUME
ADDRESS AVAILABLE UPON REQUEST

CAMFFERMAN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

CAMILLA PACE
ADDRESS AVAILABLE UPON REQUEST

CAMILLO, MARCUS/
ADDRESS AVAILABLE UPON REQUEST

CAMILO ABELA
ADDRESS AVAILABLE UPON REQUEST

CAMILO J LOZANO
ADDRESS AVAILABLE UPON REQUEST

CAMILO, LUZ
ADDRESS AVAILABLE UPON REQUEST

CAMIN, AIYA
ADDRESS AVAILABLE UPON REQUEST

CAMINITI, KASEY
ADDRESS AVAILABLE UPON REQUEST

CAMINOS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CAMIRE, AMY
ADDRESS AVAILABLE UPON REQUEST

CAMIRE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAMIS, SONDRA
ADDRESS AVAILABLE UPON REQUEST

CAMMACK, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

CAMMACK, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CAMMACK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CAMMARANO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CAMMARATA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CAMMARATA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMMEYER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CAMMOCK, HILEY
ADDRESS AVAILABLE UPON REQUEST

CAMMOCK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

CAMMON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMMY FROUDE
ADDRESS AVAILABLE UPON REQUEST

CAMOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMOU, JESSE
ADDRESS AVAILABLE UPON REQUEST

CAMP CAKE LLC
8302 MELROSE AVENUE & SWEETZER
AVENUE
LOS ANGELES, CA 90069

CAMP GREEN, CEARAH
ADDRESS AVAILABLE UPON REQUEST

CAMP GROUND, L AND K
ADDRESS AVAILABLE UPON REQUEST

CAMP, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CAMP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CAMP, AMIE
ADDRESS AVAILABLE UPON REQUEST

CAMP, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CAMP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CAMP, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAMP, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

CAMP, DESIREE
ADDRESS AVAILABLE UPON REQUEST

CAMP, ERICA
ADDRESS AVAILABLE UPON REQUEST

CAMP, ERIN
ADDRESS AVAILABLE UPON REQUEST

CAMP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CAMP, JOAN
ADDRESS AVAILABLE UPON REQUEST

CAMP, JOHN
ADDRESS AVAILABLE UPON REQUEST

CAMP, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CAMP, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CAMP, MARY LEE
ADDRESS AVAILABLE UPON REQUEST

CAMP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMP, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CAMP, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMP, VERA
ADDRESS AVAILABLE UPON REQUEST

CAMPA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CAMPAGNA-GROUT, LISA
ADDRESS AVAILABLE UPON REQUEST

CAMPAGNI, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMPAGNOLI 5B, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CAMPAGNONE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CAMP-ALERTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAMPANA, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

CAMPANA, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

CAMPANA, IRAN
ADDRESS AVAILABLE UPON REQUEST

CAMPANA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPANA, MARYJO
ADDRESS AVAILABLE UPON REQUEST

CAMPANELLA, DANA
ADDRESS AVAILABLE UPON REQUEST

CAMPANELLA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAMPANELLA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CAMPANELLA, LENA
ADDRESS AVAILABLE UPON REQUEST

CAMPANELLA, TAMRA
ADDRESS AVAILABLE UPON REQUEST

CAMPANY, ILANA
ADDRESS AVAILABLE UPON REQUEST

CAMPANY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL YORK, MARE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, AARON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ALEC
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ALEX
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ALI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ANDY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BOBBI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BREEANA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRIGITTA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, BRYCE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CARLY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CARSON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CAYLA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CAYLIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHELSI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DANA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DENNIS
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DEVAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DIANA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DILLON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ELAINA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, GRACE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ISABEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JALYN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JEAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JENNA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JENNIFER MARIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JILL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JOHN CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, JOYCE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KALINDA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KARISSA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KELSEA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KEMBER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KIM
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, KYLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LANNI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LISA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LISA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LUCY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LYDIA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MADISON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARGARETT
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARGIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MARY JEANNE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MATT
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MATT
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MIMI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MINDY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, MOYA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NANCY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, PATRICE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, PATSEY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, RADIANCE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, RON
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, RONNIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SADINE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SALLY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SARA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SARA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SHEA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SHERRY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SHERYL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SHERYL
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STACIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STACY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STEFANI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, STUART
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, T ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TABITHA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TAMERA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TERRI
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TINA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TOM
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, TRACIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, WALKER
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL, ZAC
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL-DUNBAR, SHAWNEILLE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL-HAHN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL-LOTT, SASHA
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL-RUGGAARD, JULIE
ADDRESS AVAILABLE UPON REQUEST

CAMPBELL-TULLOCH, TASHI
ADDRESS AVAILABLE UPON REQUEST

CAMPE, ELISE
ADDRESS AVAILABLE UPON REQUEST

CAMPEN, LARA
ADDRESS AVAILABLE UPON REQUEST

CAMPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAMPER, MIYHANA M.
ADDRESS AVAILABLE UPON REQUEST

CAMPI, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CAMPINANILE, LIN
ADDRESS AVAILABLE UPON REQUEST

CAMPION, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CAMPION, JULIA
ADDRESS AVAILABLE UPON REQUEST

CAMPION, LISA
ADDRESS AVAILABLE UPON REQUEST

CAMPIONE, ANNE
ADDRESS AVAILABLE UPON REQUEST

CAMPISE, MARY
ADDRESS AVAILABLE UPON REQUEST

CAMPISE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CAMPISI, FRED
ADDRESS AVAILABLE UPON REQUEST

CAMPISI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAMPISI, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CAMPITELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAMPO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CAMPO, EVELYN
ADDRESS AVAILABLE UPON REQUEST

CAMPO, KATE
ADDRESS AVAILABLE UPON REQUEST

CAMPO, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CAMPOBASSO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CAMPODONICO, JAMES
ADDRESS AVAILABLE UPON REQUEST

CAMPODONICO, SHELBI
ADDRESS AVAILABLE UPON REQUEST

CAMPOREALE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, AARON
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, ALLY
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, ISABELA
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, JERICO
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, LESLEY
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, MARCI
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, MARIO
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, PAULA
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CAMPOS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CAMPOY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAMPS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CAMPSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

CAMPTON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CAMPUZANO, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

CAMRY, MS
ADDRESS AVAILABLE UPON REQUEST

CAMUGLIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAMUS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CAMUSO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CANABUSH, ASHLI
ADDRESS AVAILABLE UPON REQUEST

CANACCORD GENUITY LLC
535 MADISON AVE
NEW YORK, NY  10022

CANADA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CANADA, KATY
ADDRESS AVAILABLE UPON REQUEST

CANADA, SHAUNYALE
ADDRESS AVAILABLE UPON REQUEST

CANADAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CANADAY, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

CANADY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CANADY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CANADY, JACEY
ADDRESS AVAILABLE UPON REQUEST

CANADY, ROBYN
ADDRESS AVAILABLE UPON REQUEST

CANALES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CANALES, BILMA
ADDRESS AVAILABLE UPON REQUEST

CANALES, BRYANA
ADDRESS AVAILABLE UPON REQUEST

CANALES, EDGAR
ADDRESS AVAILABLE UPON REQUEST

CANALES, LOURDES
ADDRESS AVAILABLE UPON REQUEST

CANALES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CANALS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CANAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

CANARD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CANARY LLC (CANARY MARKETING)
600 SAN RAMON VALLEY BLVD, SUITE 200
DANVILLE, CA  94526

CANAVAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

CANAVAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

CANAVAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

CANAVAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

CANAVARRO, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CANCEL, ISABEL
ADDRESS AVAILABLE UPON REQUEST

CANCEL, JANNETH
ADDRESS AVAILABLE UPON REQUEST

CANCEL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CANCEL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CANCEL, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

CANCELMI, JENNIE
ADDRESS AVAILABLE UPON REQUEST

CANCHELA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CANCHOLA, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CANCINO, DARCIE
ADDRESS AVAILABLE UPON REQUEST

CANDACE BOYD
ADDRESS AVAILABLE UPON REQUEST

CANDACE NELSON LLC
10952 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

CANDACE WIDDOES
ADDRESS AVAILABLE UPON REQUEST

CANDACE
ADDRESS AVAILABLE UPON REQUEST

CANDACE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CANDAL, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

CANDEE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CANDEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CANDELA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CANDELARI, JULIE
ADDRESS AVAILABLE UPON REQUEST

CANDELARIA, TREVOR
ADDRESS AVAILABLE UPON REQUEST

CANDELARIO, LORENA
ADDRESS AVAILABLE UPON REQUEST

CANDELETTI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CANDELLA, ANNA
ADDRESS AVAILABLE UPON REQUEST

CANDELORE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CANDELORO, CECILIA
ADDRESS AVAILABLE UPON REQUEST

CANDELORO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CANDICE EMERSON
ADDRESS AVAILABLE UPON REQUEST

CANDICE HAIR
ADDRESS AVAILABLE UPON REQUEST

CANDICE LAPIN
ADDRESS AVAILABLE UPON REQUEST

CANDICE MITCHELL
ADDRESS AVAILABLE UPON REQUEST

CANDICE WHALEN
ADDRESS AVAILABLE UPON REQUEST

CANDIDO, ALANA
ADDRESS AVAILABLE UPON REQUEST

CANDIFF, PRISCILLA M.
ADDRESS AVAILABLE UPON REQUEST

CANDIO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CANDITO, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CANDLER, KATHY
ADDRESS AVAILABLE UPON REQUEST

CANDLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CANDLER, VICKI
ADDRESS AVAILABLE UPON REQUEST

CANDOR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CANDRIAN, GERARD
ADDRESS AVAILABLE UPON REQUEST

CANDY DAWSON
ADDRESS AVAILABLE UPON REQUEST

CANDYWAREHOUSE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CANE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CANEL, TANIA
ADDRESS AVAILABLE UPON REQUEST

CANELA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

CANELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CANELLI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CANELLI, NANA
ADDRESS AVAILABLE UPON REQUEST

CANELLI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CANEPA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CANEPA, LUIGI
ADDRESS AVAILABLE UPON REQUEST

CANERDAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANESTARO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANET, MARIA
ADDRESS AVAILABLE UPON REQUEST

CANEVARI, TONYA
ADDRESS AVAILABLE UPON REQUEST

CANEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANEZIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, ALI
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CANFIELD, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANGAS, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

CANGE, LEAH
ADDRESS AVAILABLE UPON REQUEST

CANGELOSE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

CANGELOSI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CANGELOSI, SARA
ADDRESS AVAILABLE UPON REQUEST

CANGIALOSI, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

CANGIALOSI, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CANGIANO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

CANINO, GABE
ADDRESS AVAILABLE UPON REQUEST

CANINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CANION, LYNLEA
ADDRESS AVAILABLE UPON REQUEST

CANIPE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CANIZALES, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANIZARO, KAREN
ADDRESS AVAILABLE UPON REQUEST

CANJURA, ATHENA
ADDRESS AVAILABLE UPON REQUEST

CANLAS-LAFLAM, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CANN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

CANNADAY, JIM
ADDRESS AVAILABLE UPON REQUEST

CANNADY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CANNADY, CECILIA
ADDRESS AVAILABLE UPON REQUEST

CANNADY, MARY
ADDRESS AVAILABLE UPON REQUEST

CANNATA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CANNATA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CANNEDY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CANNEFAX, MARILYN
ADDRESS AVAILABLE UPON REQUEST

CANNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CANNELLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CANNELLA, KATHY
ADDRESS AVAILABLE UPON REQUEST

CANNELLOS, LISA
ADDRESS AVAILABLE UPON REQUEST

CANNEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CANNIFF, DREW
ADDRESS AVAILABLE UPON REQUEST

CANNIFF, KRYSTELL
ADDRESS AVAILABLE UPON REQUEST

CANNING, ELISA
ADDRESS AVAILABLE UPON REQUEST

CANNING, JUDITH
ADDRESS AVAILABLE UPON REQUEST

CANNING, JUSTYNA
ADDRESS AVAILABLE UPON REQUEST

CANNING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CANNING, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CANNIS, RONDA
ADDRESS AVAILABLE UPON REQUEST

CANNIZZARO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CANNIZZARO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CANNIZZARO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CANNIZZO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CANNON STREET
300 MONTGOMERY ST STE 825
SAN FRANCISCO, CA  94104-1918

CANNON, ANN
ADDRESS AVAILABLE UPON REQUEST

CANNON, ANNA
ADDRESS AVAILABLE UPON REQUEST

CANNON, ANNE
ADDRESS AVAILABLE UPON REQUEST

CANNON, BETH
ADDRESS AVAILABLE UPON REQUEST

CANNON, CARINA
ADDRESS AVAILABLE UPON REQUEST

CANNON, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CANNON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CANNON, CLARICE
ADDRESS AVAILABLE UPON REQUEST

CANNON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CANNON, COLTON
ADDRESS AVAILABLE UPON REQUEST

CANNON, DAMARIS
ADDRESS AVAILABLE UPON REQUEST

CANNON, DELORES
ADDRESS AVAILABLE UPON REQUEST

CANNON, DINA
ADDRESS AVAILABLE UPON REQUEST

CANNON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CANNON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CANNON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CANNON, JANICE
ADDRESS AVAILABLE UPON REQUEST

CANNON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CANNON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CANNON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CANNON, JESSE
ADDRESS AVAILABLE UPON REQUEST

CANNON, JIM
ADDRESS AVAILABLE UPON REQUEST

CANNON, JOHN
ADDRESS AVAILABLE UPON REQUEST

CANNON, JON
ADDRESS AVAILABLE UPON REQUEST

CANNON, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

CANNON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CANNON, KELLY
ADDRESS AVAILABLE UPON REQUEST

CANNON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

CANNON, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

CANNON, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

CANNON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CANNON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CANNON, RYAN
ADDRESS AVAILABLE UPON REQUEST

CANNON, SAM
ADDRESS AVAILABLE UPON REQUEST

CANNON, STACEY
ADDRESS AVAILABLE UPON REQUEST

CANNON, STUART
ADDRESS AVAILABLE UPON REQUEST

CANNON, SUNSHINE
ADDRESS AVAILABLE UPON REQUEST

CANNON, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

CANNON, TRENA
ADDRESS AVAILABLE UPON REQUEST

CANNON, TREVOR
ADDRESS AVAILABLE UPON REQUEST

CANNON-MOYE, NYJERI
ADDRESS AVAILABLE UPON REQUEST

CANNY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CANNY, KALLIE
ADDRESS AVAILABLE UPON REQUEST

CANO, ALEI
ADDRESS AVAILABLE UPON REQUEST

CANO, ALLY
ADDRESS AVAILABLE UPON REQUEST

CANO, EDNA
ADDRESS AVAILABLE UPON REQUEST

CANO, JANET
ADDRESS AVAILABLE UPON REQUEST

CANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CANO, MACARIO
ADDRESS AVAILABLE UPON REQUEST

CANO, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CANO, PORFIRIO
ADDRESS AVAILABLE UPON REQUEST

CANO, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CANON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CANON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CANON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

CANOPYBANNERS
ADDRESS UNAVAILABLE AT TIME OF FILING

CANORO, ALANA
ADDRESS AVAILABLE UPON REQUEST

CANOVIC, MERSIHA
ADDRESS AVAILABLE UPON REQUEST

CANRIGHT, CASEY
ADDRESS AVAILABLE UPON REQUEST

CANSFIELD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CANSLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CANT LIVE WITHOUT IT, LLC (SWELL
BOTTLE)
50 WEST 17TH STREET, 12TH FLOOR
NEW YORK, NY  10011

CANT LIVE WITHOUT, LLC.
ADDRESS UNAVAILABLE AT TIME OF FILING

CANTABRANA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CANTAL, DANTE
ADDRESS AVAILABLE UPON REQUEST

CANTALINO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CANTALUPI-REICHEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CANTALUPO, GERARD
ADDRESS AVAILABLE UPON REQUEST

CANTARERO, KARI
ADDRESS AVAILABLE UPON REQUEST

CANTATORE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CANTAVE, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

CANTELMI, DIANE
ADDRESS AVAILABLE UPON REQUEST

CANTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CANTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CANTER, MARY
ADDRESS AVAILABLE UPON REQUEST

CANTERBURY, CHARDE
ADDRESS AVAILABLE UPON REQUEST

CANTERBURY, KAT
ADDRESS AVAILABLE UPON REQUEST

CANTIELLO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CANTILLANO, ANA
ADDRESS AVAILABLE UPON REQUEST

CANTILLON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

CANTIN, ELODIE
ADDRESS AVAILABLE UPON REQUEST

CANTIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CANTINA DEI COLLI DE CREA S.C.A.
VIA ALCIDE DE GASPERI N. 6 FRAZIONE
MADONNINA
SERRALUNGA DI CREA -AL. 15020
ITALY

CANTINA SOCIALE DI PUIANELLO E
COVIOLO S.C.A.
VIA C. MARX 19/A LOC. PUIANELLO
QUATTRO CASTELLA (RE) 42020
ITALY

CANTINE SETTESOLI S.C.A.
STRADA STATALE 115
MENFI AG - 92013
ITALY

CANTINE VOLPI S.R.L.
ADDRESS UNAVAILABLE AT TIME OF FILING

CANTLER, PALMER
ADDRESS AVAILABLE UPON REQUEST

CANTLEY, STACI
ADDRESS AVAILABLE UPON REQUEST

CANTO, MARY
ADDRESS AVAILABLE UPON REQUEST

CANTON DIAZ, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CANTON, JODI
ADDRESS AVAILABLE UPON REQUEST

CANTON, KACY
ADDRESS AVAILABLE UPON REQUEST

CANTOR, LEAH
ADDRESS AVAILABLE UPON REQUEST

CANTOR, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, ADDALEE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, DANNY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, GARY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, JERRY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, KYLE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, LALA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, LORI
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, RON
ADDRESS AVAILABLE UPON REQUEST

CANTRELL, SARA
ADDRESS AVAILABLE UPON REQUEST

CANTRELLE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CANTU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CANTU, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CANTU, EMILY
ADDRESS AVAILABLE UPON REQUEST

CANTU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CANTU, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CANTU, SARAH
ADDRESS AVAILABLE UPON REQUEST

CANTU, TESSA
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, CELESTE
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CANTWELL, SIMON
ADDRESS AVAILABLE UPON REQUEST

CANTY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

CANTY, DIANA
ADDRESS AVAILABLE UPON REQUEST

CANTY, TARA
ADDRESS AVAILABLE UPON REQUEST

CANUPP, CHERA
ADDRESS AVAILABLE UPON REQUEST

CANVA FOR WORK
ADDRESS UNAVAILABLE AT TIME OF FILING

CANZIO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CANZONERI, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CAO, DIEN
ADDRESS AVAILABLE UPON REQUEST

CAO, JOYCE
ADDRESS AVAILABLE UPON REQUEST

CAO, SHURUI
ADDRESS AVAILABLE UPON REQUEST

CAO, STAR
ADDRESS AVAILABLE UPON REQUEST

CAO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CAO, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAO, XINYUAN
ADDRESS AVAILABLE UPON REQUEST

CAO, YUCHEN
ADDRESS AVAILABLE UPON REQUEST

CAOUETTE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CAOUETTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAOUETTE, JANET
ADDRESS AVAILABLE UPON REQUEST

CAOUETTE, KATIE
ADDRESS AVAILABLE UPON REQUEST

CAPA, SHPEND
ADDRESS AVAILABLE UPON REQUEST

CAPACHIETTI, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CAPADONA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CAPALBO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CAPALDI, ELYSE
ADDRESS AVAILABLE UPON REQUEST

CAPALDI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CAPALDI, SHARI
ADDRESS AVAILABLE UPON REQUEST

CAPALDI, SUNNY
ADDRESS AVAILABLE UPON REQUEST

CAPANO, MARIA
ADDRESS AVAILABLE UPON REQUEST

CAPAROSA, MARY
ADDRESS AVAILABLE UPON REQUEST

CAPAROSO, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

CAPARROTTA, JOE
ADDRESS AVAILABLE UPON REQUEST

CAPATA LLP
28202 CABOT ROAD SUITE 525
LAGUNA NIGUEL, CA  92677

CAPDAU, FELICIA
ADDRESS AVAILABLE UPON REQUEST

CAPE, ERIC
ADDRESS AVAILABLE UPON REQUEST

CAPE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

CAPECE, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAPECE, JERRY
ADDRESS AVAILABLE UPON REQUEST

CAPECE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CAPEHART, SHALANDA
ADDRESS AVAILABLE UPON REQUEST

CAPEL, MEG
ADDRESS AVAILABLE UPON REQUEST

CAPEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAPELL, TROY
ADDRESS AVAILABLE UPON REQUEST

CAPELLAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

CAPELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAPELLI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAPELTON, CARMENCITA
ADDRESS AVAILABLE UPON REQUEST

CAPERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CAPERS, SEMAJ
ADDRESS AVAILABLE UPON REQUEST

CAPERS, TANYA
ADDRESS AVAILABLE UPON REQUEST

CAPES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CAPESIUS, SIERA
ADDRESS AVAILABLE UPON REQUEST

CAPETILLO JR, JOSE L
ADDRESS AVAILABLE UPON REQUEST

CAPETILLO, CYNDI
ADDRESS AVAILABLE UPON REQUEST

CAPICI, LOUIS
ADDRESS AVAILABLE UPON REQUEST

CAPILLE, TONI
ADDRESS AVAILABLE UPON REQUEST

CAPILLI, SHARRON & MARY LOU
ADDRESS AVAILABLE UPON REQUEST

CAPIN, IVANA
ADDRESS AVAILABLE UPON REQUEST

CAPITAL AGRICULTURAL PROPERTY
SERVICES, INC
WASHINGTON STREET 8TH FLOOR
TAX DEPARTMENT NEWARK, NJ  07102

CAPITAL CORRUGATED INC.
(CAPITAL CORRUGATED & CARTON)
8333 24TH AVENUE
SACRAMENTO, CA  95826

CAPITAL INVESTMENTS & TECHNOLOGY
1315 CANON PERDIDO ST
CHULA VISTA, CA  91913

CAPITAL TECHNOLOGY SOLUTIONS INC.
530 7TH AVENUE, SUITE 405
NEW YORK, NY  10018

CAPITAL WIN CORPORATION
1076 SKYLINE DR
LAGUNA BEACH, CA  92651

CAPITAL WINE & SPIRITS LLC
DBA BREAKTHRU BEVERAGE GROUP PA
129 HARTMAN RD.
NORTH WALES, PA  19454

CAPITAL WINE AND SPIRITS LLC
DBA BREAKTHRU BEVERAGE GROUP PA
11601 ROOSEVELT BLVD
PHILADELPHIA, PA  19154

CAPITAL, GREENBOX
ADDRESS AVAILABLE UPON REQUEST

CAPITANO, FANO AND STAR
ADDRESS AVAILABLE UPON REQUEST

CAPLAN, JIMMY
ADDRESS AVAILABLE UPON REQUEST

CAPLAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CAPLAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CAPLAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CAPLAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAPLES, AMY
ADDRESS AVAILABLE UPON REQUEST

CAPLES, BENETA
ADDRESS AVAILABLE UPON REQUEST

CAPLES, CLINT
ADDRESS AVAILABLE UPON REQUEST

CAPLINGER, BEN
ADDRESS AVAILABLE UPON REQUEST

CAPO, ROB
ADDRESS AVAILABLE UPON REQUEST

CAPOBIANCO, CARLENE
ADDRESS AVAILABLE UPON REQUEST

CAPOBIANCO, DJ
ADDRESS AVAILABLE UPON REQUEST

CAPOBIANCO, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CAPOGRECO, RYAN
ADDRESS AVAILABLE UPON REQUEST

CAPOLINO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CAPOLINO, GINO
ADDRESS AVAILABLE UPON REQUEST

CAPON, PAUL
ADDRESS AVAILABLE UPON REQUEST

CAPONE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CAPONIO, TERESA
ADDRESS AVAILABLE UPON REQUEST

CAPORALI, JENELLE
ADDRESS AVAILABLE UPON REQUEST

CAPORIZZO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CAPOSSELA, ERRICA
ADDRESS AVAILABLE UPON REQUEST

CAPOTE, ANNA
ADDRESS AVAILABLE UPON REQUEST

CAPOTE, BIANCA
ADDRESS AVAILABLE UPON REQUEST

CAPOTE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

CAPOZZI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CAPOZZI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAPP, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CAPP, PEGGY
ADDRESS AVAILABLE UPON REQUEST

CAPPA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CAPPADONA, STEVE
ADDRESS AVAILABLE UPON REQUEST

CAPPAERT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CAPPARELLI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAPPELLANO, KASEY
ADDRESS AVAILABLE UPON REQUEST

CAPPELLI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CAPPELLI, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CAPPELLO, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

CAPPELLO, CAROL
ADDRESS AVAILABLE UPON REQUEST

CAPPELLO, LACEY
ADDRESS AVAILABLE UPON REQUEST

CAPPELLONI, ALISON
ADDRESS AVAILABLE UPON REQUEST

CAPPERELLA, JOEL
ADDRESS AVAILABLE UPON REQUEST

CAPPERELLA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CAPPIELLO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAPPILLINO, DONALD
ADDRESS AVAILABLE UPON REQUEST

CAPPITELLI, CATHY
ADDRESS AVAILABLE UPON REQUEST

CAPPITELLI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CAPPLEMAN, EUGENE
ADDRESS AVAILABLE UPON REQUEST

CAPPO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAPPOLA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CAPPS, ALISON
ADDRESS AVAILABLE UPON REQUEST

CAPPS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CAPPS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CAPPS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

CAPPS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CAPPS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CAPPS, TAMRA
ADDRESS AVAILABLE UPON REQUEST

CAPPS, VIKI
ADDRESS AVAILABLE UPON REQUEST

CAPPUCCI, BERRY
ADDRESS AVAILABLE UPON REQUEST

CAPPUCCI, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

CAPPUCCIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAPPUCHI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CAPRA, JOAN
ADDRESS AVAILABLE UPON REQUEST

CAPRARA, NICK
ADDRESS AVAILABLE UPON REQUEST

CAPRARIELLO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CAPRARIO, GABI
ADDRESS AVAILABLE UPON REQUEST

CAPRAROLA, DORETTA
ADDRESS AVAILABLE UPON REQUEST

CAPRETTA, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CAPRETTI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CAPRETTO, JACQUE
ADDRESS AVAILABLE UPON REQUEST

CAPRI CREATIVE
1201 E 5TH STREET B
LOS ANGELES, CA  90013

CAPRI CREATIVE
634 FLAMINGO DRIVE
FORT LAUDERDALE, FL  33301

CAPRIC, ALLMA
ADDRESS AVAILABLE UPON REQUEST

CAPRIO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CAPRIOTTI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAPRIOTTI, R
ADDRESS AVAILABLE UPON REQUEST

CAPSEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAPSHAW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CAPTIVATE, LLC
900 CHELMSFORD ST SUITE 3101
LOWELL, MA  01851

CAPUANA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAPUANO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CAPUANO, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

CAPULA, LUCA GAETANO
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, AMY
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, GRAZIELLA
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, IRENE
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, JOEY
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, MARINA
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CAPUTO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CAPUZZI, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

CAPWELL, STEVIE
ADDRESS AVAILABLE UPON REQUEST

CAPY GOLDFARB, FREESIA
ADDRESS AVAILABLE UPON REQUEST

CAR SERVICE TAX
ADDRESS UNAVAILABLE AT TIME OF FILING

CARA NIELSEN
ADDRESS AVAILABLE UPON REQUEST

CARA STULL
ADDRESS AVAILABLE UPON REQUEST

CARABAJO, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

CARABALLO, ZULEYKA
ADDRESS AVAILABLE UPON REQUEST

CARABELLI, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

CARABELLO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CARABELLO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CARABIN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CARACCILO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CARACCIOLO, KERRY
ADDRESS AVAILABLE UPON REQUEST

CARACCIOLO, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

CARACIOLO, MARICHEL
ADDRESS AVAILABLE UPON REQUEST

CARAEFF, RIO
ADDRESS AVAILABLE UPON REQUEST

CARAM, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CARAMEROS, LYNNE
ADDRESS AVAILABLE UPON REQUEST

CARAMES, HAROLD
ADDRESS AVAILABLE UPON REQUEST

CARANDO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CARANFA, LAURYSSA
ADDRESS AVAILABLE UPON REQUEST

CARANO, DONALD
ADDRESS AVAILABLE UPON REQUEST

CARANO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CARAOS, WARREN
ADDRESS AVAILABLE UPON REQUEST

CARAVELLO, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CARAVEO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, CAROL
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, COLTIN
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, JIMESHA
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, TARITA
ADDRESS AVAILABLE UPON REQUEST

CARAWAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARAYANNOPOULOS, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, GRACE
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARBAJAL, TOM
ADDRESS AVAILABLE UPON REQUEST

CARBALLADA, TOMMY
ADDRESS AVAILABLE UPON REQUEST

CARBALLEIRA, JULIENNE
ADDRESS AVAILABLE UPON REQUEST

CARBALLO, MARIO
ADDRESS AVAILABLE UPON REQUEST

CARBALLOSO, SONIA
ADDRESS AVAILABLE UPON REQUEST

CARBAUGH, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CARBAUGH-DIETER, TONNA
ADDRESS AVAILABLE UPON REQUEST

CARBERRY, ALEX
ADDRESS AVAILABLE UPON REQUEST

CARBERRY, ALI
ADDRESS AVAILABLE UPON REQUEST

CARBERRY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARBERRY, LISA
ADDRESS AVAILABLE UPON REQUEST

CARBINE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CARBO, PAUL
ADDRESS AVAILABLE UPON REQUEST

CARBON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARBONARA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CARBONE
ADDRESS UNAVAILABLE AT TIME OF FILING

CARBONE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CARBONE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARBONE, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARBONE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARBONE, RENEE
ADDRESS AVAILABLE UPON REQUEST

CARBONE, STEVE
ADDRESS AVAILABLE UPON REQUEST

CARBONILLA, ROESHENE
ADDRESS AVAILABLE UPON REQUEST

CARBUCCIA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CARBUCCIA, DENISE
ADDRESS AVAILABLE UPON REQUEST

CARCAMO, SEYDAH
ADDRESS AVAILABLE UPON REQUEST

CARCANO, JOSE
ADDRESS AVAILABLE UPON REQUEST

CARCEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARCHI, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

CARCIERO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CARCIONE, ERIC
ADDRESS AVAILABLE UPON REQUEST

CARCIONE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CARD, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CARD, AMY
ADDRESS AVAILABLE UPON REQUEST

CARD, ANDREAS
ADDRESS AVAILABLE UPON REQUEST

CARDA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CARDACIN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

CARDAMONE, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CARDAMONE, LISA
ADDRESS AVAILABLE UPON REQUEST

CARDARELLI, LEAH
ADDRESS AVAILABLE UPON REQUEST

CARDELLA-KOLL, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

CARDEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

CARDEN, KATE
ADDRESS AVAILABLE UPON REQUEST

CARDEN, TERI
ADDRESS AVAILABLE UPON REQUEST

CARDENA, IRMA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, ALEKS
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, ANN
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, AUDRY KARINA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, ERIC
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, ILIANA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, JENNY
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, LILIANA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, MARY
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, NORMA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, NORMA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, OLIMPIA
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, RESTITUTO
ADDRESS AVAILABLE UPON REQUEST

CARDENAS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CARDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARDER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARDER, STEVE
ADDRESS AVAILABLE UPON REQUEST

CARDER, TORI
ADDRESS AVAILABLE UPON REQUEST

CARDILE, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARDILE, JOHN
ADDRESS AVAILABLE UPON REQUEST

CARDILLO, ALISSAMARIE
ADDRESS AVAILABLE UPON REQUEST

CARDILLO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CARDILLO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARDILLO, TRINA
ADDRESS AVAILABLE UPON REQUEST

CARDINAL, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

CARDINAL, DEB
ADDRESS AVAILABLE UPON REQUEST

CARDINALE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CARDINALE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CARDINALE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARDINALI, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CARDINALLI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CARDLYTICS, INC.
675 PONCE DE LEON AVE NE STE6000
ATLANTA, GA 30308

CARDONA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CARDONA, DORA
ADDRESS AVAILABLE UPON REQUEST

CARDONA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CARDONA, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARDONA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

CARDONA, MARISELA
ADDRESS AVAILABLE UPON REQUEST

CARDONA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CARDONA, SKYE
ADDRESS AVAILABLE UPON REQUEST

CARDONA, SONIA
ADDRESS AVAILABLE UPON REQUEST

CARDONA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARDONA, WENDY
ADDRESS AVAILABLE UPON REQUEST

CARDONE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CARDONE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CARDONI, ALDO
ADDRESS AVAILABLE UPON REQUEST

CARDONI, GINA
ADDRESS AVAILABLE UPON REQUEST

CARDONICK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARDOSI, CAITRIN
ADDRESS AVAILABLE UPON REQUEST

CARDOSI, PAUL
ADDRESS AVAILABLE UPON REQUEST

CARDOSO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CARDOZA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CARDOZA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CARDOZA, KARISSA
ADDRESS AVAILABLE UPON REQUEST

CARDWELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

CARDWELL, JEFF
ADDRESS AVAILABLE UPON REQUEST

CARDWELL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CARDWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARDWELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARELLA, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARELLA, JENNA
ADDRESS AVAILABLE UPON REQUEST

CARELLA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CARELLA, LOREN
ADDRESS AVAILABLE UPON REQUEST

CARENBAUER, PAULA
ADDRESS AVAILABLE UPON REQUEST

CARERI, BILL
ADDRESS AVAILABLE UPON REQUEST

CARE-SUSOR, STACEY
ADDRESS AVAILABLE UPON REQUEST

CAREW, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CAREW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAREW, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

CAREW, RYAN
ADDRESS AVAILABLE UPON REQUEST

CAREW, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

CAREY DURRELL
3478 W. 67TH ST.
LOS ANGELES, CA  90043

CAREY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CAREY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CAREY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CAREY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CAREY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CAREY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CAREY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CAREY, CHRYS
ADDRESS AVAILABLE UPON REQUEST

CAREY, EVA
ADDRESS AVAILABLE UPON REQUEST

CAREY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CAREY, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CAREY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAREY, JOSH
ADDRESS AVAILABLE UPON REQUEST

CAREY, KAREN
ADDRESS AVAILABLE UPON REQUEST

CAREY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CAREY, KELSIE
ADDRESS AVAILABLE UPON REQUEST

CAREY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CAREY, MADISON
ADDRESS AVAILABLE UPON REQUEST

CAREY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CAREY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAREY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CAREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAREY, RAVEN
ADDRESS AVAILABLE UPON REQUEST

CAREY, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

CAREY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAREY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CAREY, THERESA
ADDRESS AVAILABLE UPON REQUEST

CAREY, TINA
ADDRESS AVAILABLE UPON REQUEST

CAREY, TONY
ADDRESS AVAILABLE UPON REQUEST

CAREY, WILL
ADDRESS AVAILABLE UPON REQUEST

CARFAGNA, SKYLA
ADDRESS AVAILABLE UPON REQUEST

CARFAGNO, ANNA
ADDRESS AVAILABLE UPON REQUEST

CARFAGNO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CARGILE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CARGILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CARGILL, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

CARHART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CARI PETLOVANY
ADDRESS AVAILABLE UPON REQUEST

CARIAS, XOCHITL
ADDRESS AVAILABLE UPON REQUEST

CARICO, LLINDSAY
ADDRESS AVAILABLE UPON REQUEST

CARIDI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARIFO, GIA
ADDRESS AVAILABLE UPON REQUEST

CARIGNAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARIN, BRIE
ADDRESS AVAILABLE UPON REQUEST

CARINA HALLER
ADDRESS AVAILABLE UPON REQUEST

CARINGI, JULIE
ADDRESS AVAILABLE UPON REQUEST

CARINGI, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CARINI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CARINO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARINO, LOU
ADDRESS AVAILABLE UPON REQUEST

CARINO, MAY
ADDRESS AVAILABLE UPON REQUEST

CARIOTO, DAVID
ADDRESS AVAILABLE UPON REQUEST

CARIOTO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CARIS, EMMA
ADDRESS AVAILABLE UPON REQUEST

CARIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARIS, SARA
ADDRESS AVAILABLE UPON REQUEST

CARISELLA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CARISSA LONGSON
ADDRESS AVAILABLE UPON REQUEST

CARISSA SPITZER
ADDRESS AVAILABLE UPON REQUEST

CARISSA, JANICE
ADDRESS AVAILABLE UPON REQUEST

CARITHERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARL ALEXANDER MINDEN
ADDRESS AVAILABLE UPON REQUEST

CARL BROOKS
ADDRESS AVAILABLE UPON REQUEST

CARL CHIDESTER II
ADDRESS AVAILABLE UPON REQUEST

CARL MILLER
ADDRESS AVAILABLE UPON REQUEST

CARL RALPH JENSEN
ADDRESS AVAILABLE UPON REQUEST

CARL SPANOGHE
ADDRESS AVAILABLE UPON REQUEST

CARL, ALAJHED
ADDRESS AVAILABLE UPON REQUEST

CARL, CAROL
ADDRESS AVAILABLE UPON REQUEST

CARL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CARL, JENNA
ADDRESS AVAILABLE UPON REQUEST

CARL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARLA ABBA
ADDRESS AVAILABLE UPON REQUEST

CARLA CABALLERO
ADDRESS AVAILABLE UPON REQUEST

CARLA PRUGUE
ADDRESS AVAILABLE UPON REQUEST

CARLA V SANTIAGO DUXETRANS SERVICES
849 S. SHENANDOAH STREET  304
LOS ANGELES, CA  90035

CARLEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CARLETON, KELLI
ADDRESS AVAILABLE UPON REQUEST

CARLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CARLEY, DAWN
ADDRESS AVAILABLE UPON REQUEST

CARLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARLIER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CARLILE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CARLILE, TRACY
ADDRESS AVAILABLE UPON REQUEST

CARLIN, BRENT
ADDRESS AVAILABLE UPON REQUEST

CARLIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARLIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARLIN, GRAINNE
ADDRESS AVAILABLE UPON REQUEST

CARLIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

CARLIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CARLINI, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CARLINI, DONNA
ADDRESS AVAILABLE UPON REQUEST

CARLINO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARLINO, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, AARON
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, BREANNE
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, PAUL
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, SHANE
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARLISLE, TONIA
ADDRESS AVAILABLE UPON REQUEST

CARLISTA, ALYSON
ADDRESS AVAILABLE UPON REQUEST

CARLO JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CARLO, ANGELO
ADDRESS AVAILABLE UPON REQUEST

CARLO, ANNE
ADDRESS AVAILABLE UPON REQUEST

CARLOCK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CARLOCK, LEAH
ADDRESS AVAILABLE UPON REQUEST

CARLOCK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CARLOINA, SU
ADDRESS AVAILABLE UPON REQUEST

CARLOS ALBERTO VILLARREAL MENDEZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS ARISTOTELES SALAS-PORRAS
ADDRESS AVAILABLE UPON REQUEST

CARLOS CERVANTES
ADDRESS AVAILABLE UPON REQUEST

CARLOS CORTES
ADDRESS AVAILABLE UPON REQUEST

CARLOS ESQUIVEL
ADDRESS AVAILABLE UPON REQUEST

CARLOS ESTRADA
ADDRESS AVAILABLE UPON REQUEST

CARLOS GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS JAVIER GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CARLOS LUCERO
ADDRESS AVAILABLE UPON REQUEST

CARLOS MOSCAT OLIVARES
ADDRESS AVAILABLE UPON REQUEST

CARLOS MUNOZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS NORBERTO LOPEZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS QUIGGINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CARLOS SALVADOR
ADDRESS AVAILABLE UPON REQUEST

CARLOS SAVA
ADDRESS AVAILABLE UPON REQUEST

CARLOS SIQUEIRA
ADDRESS AVAILABLE UPON REQUEST

CARLOS TORRES
ADDRESS AVAILABLE UPON REQUEST

CARLOS V DIAZ
ADDRESS AVAILABLE UPON REQUEST

CARLOS XAVIER VILLARREAL
ADDRESS AVAILABLE UPON REQUEST

CARLOS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

CARLOS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CARLOS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CARLOS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

CARLOSS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CARLOTTA, CAYLA
ADDRESS AVAILABLE UPON REQUEST

CARLOUGH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CARLOVSKY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

CARLOW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CARLOW, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CARLQUIST, KELSIE
ADDRESS AVAILABLE UPON REQUEST

CARLS JR
ADDRESS UNAVAILABLE AT TIME OF FILING

CARLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CARLSEN, ARNIE
ADDRESS AVAILABLE UPON REQUEST

CARLSEN, KILEY
ADDRESS AVAILABLE UPON REQUEST

CARLSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARLSON PIETRUSZEWSKI, LINNEA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ABBIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ANNALISA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ASHLYNN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, BAILIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CERELLA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CINDI
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

CARLSON, GWEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JEAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JOANA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KIERSTAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, LUCI
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MARISA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MARY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MELISSA & JOHN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CARLSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, PETER
ADDRESS AVAILABLE UPON REQUEST

CARLSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARLSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, RICK
ADDRESS AVAILABLE UPON REQUEST

CARLSON, ROMY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, SANDY
ADDRESS AVAILABLE UPON REQUEST

CARLSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARLSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARLSON, SHANA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARLSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CARLSON, STEVE
ADDRESS AVAILABLE UPON REQUEST

CARLSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARLSON, TEIKA
ADDRESS AVAILABLE UPON REQUEST

CARLSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CARLSON-FLYNN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARLSON-JAMESON, BETTY
ADDRESS AVAILABLE UPON REQUEST

CARLSSON, SIMON
ADDRESS AVAILABLE UPON REQUEST

CARLSTEDT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CARLSTEDT, TRACEY
ADDRESS AVAILABLE UPON REQUEST

CARLTON, AMY
ADDRESS AVAILABLE UPON REQUEST

CARLTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CARLTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CARLTON, CARRERA
ADDRESS AVAILABLE UPON REQUEST

CARLTON, JULIA
ADDRESS AVAILABLE UPON REQUEST

CARLTON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CARLTON, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

CARLTON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CARLTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARLTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARLUCCI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CARLY HILL
ADDRESS AVAILABLE UPON REQUEST

CARLYLE, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

CARLYLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARLZ, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

CARMACK, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CARMACK, MAIRE
ADDRESS AVAILABLE UPON REQUEST

CARMACK, MISTY
ADDRESS AVAILABLE UPON REQUEST

CARMACK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CARMACK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CARMADELLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

CARMAN, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

CARMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARMAN, GAIL
ADDRESS AVAILABLE UPON REQUEST

CARMAN, HOWARD AND BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CARMAN, JEAN
ADDRESS AVAILABLE UPON REQUEST

CARMAN, MARLA
ADDRESS AVAILABLE UPON REQUEST

CARMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARMAN, ROSALYN
ADDRESS AVAILABLE UPON REQUEST

CARMAN, ROSS
ADDRESS AVAILABLE UPON REQUEST

CARMANY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARMANY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CARMELICH, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CARMELLA BEARSE
ADDRESS AVAILABLE UPON REQUEST

CARMELLA Z FOSTER
ADDRESS AVAILABLE UPON REQUEST

CARMEN DANIELS
ADDRESS AVAILABLE UPON REQUEST

CARMEN L JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CARMEN OLVERA
ADDRESS AVAILABLE UPON REQUEST

CARMEN PROBST
ADDRESS AVAILABLE UPON REQUEST

CARMEN SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

CARMENAR, ERNEST
ADDRESS AVAILABLE UPON REQUEST

CARMENDY, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, CALLIE
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, CHAYSE
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, KAHLIL
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, KALEY
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, KEITH
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, PEGGY
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARMICHAEL, SINEAD
ADDRESS AVAILABLE UPON REQUEST

CARMICKLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CARMINA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CARMINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARMINE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAR-MIRAS
ADDRESS UNAVAILABLE AT TIME OF FILING

CARMO, EDINEIA
ADDRESS AVAILABLE UPON REQUEST

CARMODY, FIONA
ADDRESS AVAILABLE UPON REQUEST

CARMODY, LISA
ADDRESS AVAILABLE UPON REQUEST

CARMODY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARMODY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARMODY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARMODY, SALLY
ADDRESS AVAILABLE UPON REQUEST

CARMODY, SEAN
ADDRESS AVAILABLE UPON REQUEST

CARMODY, STORMIE
ADDRESS AVAILABLE UPON REQUEST

CARMOLLI, CHIARA
ADDRESS AVAILABLE UPON REQUEST

CARMON ENTERPRISES LLC
3406 WINONA AVE
BURBANK, CA  91504

CARMONA RAMIREZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

CARMONA, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

CARMONA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARMONA, KYLE
ADDRESS AVAILABLE UPON REQUEST

CARN, KATIE
ADDRESS AVAILABLE UPON REQUEST

CARNAHAN, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

CARNAHAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARNAHAN, SHA
ADDRESS AVAILABLE UPON REQUEST

CARNAHAN-BURGER, CARYN
ADDRESS AVAILABLE UPON REQUEST

CARNALL, DEREK
ADDRESS AVAILABLE UPON REQUEST

CARNAZZA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CARNAZZO, STACY
ADDRESS AVAILABLE UPON REQUEST

CARNEIRO, MARCO
ADDRESS AVAILABLE UPON REQUEST

CARNEIRO, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

CARNELL, JOY
ADDRESS AVAILABLE UPON REQUEST

CARNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CARNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CARNEROS-BOON FLY CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

CARNES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CARNES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CARNES, JOANNE
ADDRESS AVAILABLE UPON REQUEST

CARNES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARNES, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARNEVALE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CARNEVALE, JANIS
ADDRESS AVAILABLE UPON REQUEST

CARNEVALE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CARNEVALI, JANET
ADDRESS AVAILABLE UPON REQUEST

CARNEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

CARNEY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CARNEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CARNEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARNEY, ELIZA
ADDRESS AVAILABLE UPON REQUEST

CARNEY, GINA
ADDRESS AVAILABLE UPON REQUEST

CARNEY, HARLEY
ADDRESS AVAILABLE UPON REQUEST

CARNEY, KARA
ADDRESS AVAILABLE UPON REQUEST

CARNEY, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

CARNEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARNEY, KIM
ADDRESS AVAILABLE UPON REQUEST

CARNEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARNEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

CARNEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARNEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARNEY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CARNEY, STACIE
ADDRESS AVAILABLE UPON REQUEST

CARNLEY, WANDA
ADDRESS AVAILABLE UPON REQUEST

CARO, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CARO, ARLIECE
ADDRESS AVAILABLE UPON REQUEST

CARO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CARO, ELYSA
ADDRESS AVAILABLE UPON REQUEST

CARO, GINA
ADDRESS AVAILABLE UPON REQUEST

CARO, GISELA
ADDRESS AVAILABLE UPON REQUEST

CARO, JOEL
ADDRESS AVAILABLE UPON REQUEST

CARO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CARO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CARO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CAROCCIA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAROCCIO, JOSETTE
ADDRESS AVAILABLE UPON REQUEST

CAROL A ALLEN
ADDRESS AVAILABLE UPON REQUEST

CAROL AND GARY LAHTI
ADDRESS AVAILABLE UPON REQUEST

CAROL ANERSTEIN COOPER
ADDRESS AVAILABLE UPON REQUEST

CAROL ANNE WOLOWIC
ADDRESS AVAILABLE UPON REQUEST

CAROL BERRINGER
ADDRESS AVAILABLE UPON REQUEST

CAROL BRAULT
ADDRESS AVAILABLE UPON REQUEST

CAROL BRAULT
ADDRESS AVAILABLE UPON REQUEST

CAROL BREWSTER
ADDRESS AVAILABLE UPON REQUEST

CAROL DORIGAN
ADDRESS AVAILABLE UPON REQUEST

CAROL LARK
ADDRESS AVAILABLE UPON REQUEST

CAROL MARIE PURDY
ADDRESS AVAILABLE UPON REQUEST

CAROL MUNGAS
ADDRESS AVAILABLE UPON REQUEST

CAROL SMITH
ADDRESS AVAILABLE UPON REQUEST

CAROL SMOKE
ADDRESS AVAILABLE UPON REQUEST

CAROL SUZANNE ISHAK
ADDRESS AVAILABLE UPON REQUEST

CAROL WINDFELDER
ADDRESS AVAILABLE UPON REQUEST

CAROL ZELLERHENDERSON
ADDRESS AVAILABLE UPON REQUEST

CAROL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CAROL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CAROLAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CAROLANN SARACCO
ADDRESS AVAILABLE UPON REQUEST

CAROLE ANNE PETIET
ADDRESS AVAILABLE UPON REQUEST

CAROLE JORDAN
ADDRESS AVAILABLE UPON REQUEST

CAROLE MONFERDINI
ADDRESS AVAILABLE UPON REQUEST

CAROLE R JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CAROLE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

CAROLINA WOODRUFF
ADDRESS AVAILABLE UPON REQUEST

CAROLINE AMBROSE
ADDRESS AVAILABLE UPON REQUEST

CAROLINE BATRONY MARTIN
ADDRESS AVAILABLE UPON REQUEST

CAROLINE CZIRR
ADDRESS AVAILABLE UPON REQUEST

CAROLINE ERRICKSON
ADDRESS AVAILABLE UPON REQUEST

CAROLINE PLASPOHLER
ADDRESS AVAILABLE UPON REQUEST

CAROLINE KEELEY
ADDRESS AVAILABLE UPON REQUEST

CAROLINE KLINDT
ADDRESS AVAILABLE UPON REQUEST

CAROLINE LANCASTER
ADDRESS AVAILABLE UPON REQUEST

CAROLINE MAHER
ADDRESS AVAILABLE UPON REQUEST

CAROLINE MATE
ADDRESS AVAILABLE UPON REQUEST

CAROLINE MCKAY
ADDRESS AVAILABLE UPON REQUEST

CAROLINE ROBERTSON
ADDRESS AVAILABLE UPON REQUEST

CAROLINE WNUK
ADDRESS AVAILABLE UPON REQUEST

CAROLLO, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

CAROLUS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

CAROLUS, SELAH GRACE
ADDRESS AVAILABLE UPON REQUEST

CAROLYN ANN BACCARO
ADDRESS AVAILABLE UPON REQUEST

CAROLYN DAWSON
ADDRESS AVAILABLE UPON REQUEST

CAROLYN ENSLER
ADDRESS AVAILABLE UPON REQUEST

CAROLYN H AVERY
ADDRESS AVAILABLE UPON REQUEST

CAROLYN I KERR
ADDRESS AVAILABLE UPON REQUEST

CAROLYN OSBORN
ADDRESS AVAILABLE UPON REQUEST

CAROLYN PASCAL
ADDRESS AVAILABLE UPON REQUEST

CAROLYN S COTTEN
ADDRESS AVAILABLE UPON REQUEST

CARON SCHULTZ
ADDRESS AVAILABLE UPON REQUEST

CARON, ALLIE
ADDRESS AVAILABLE UPON REQUEST

CARON, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

CARON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CARON, APRIL
ADDRESS AVAILABLE UPON REQUEST

CARON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARON, ED
ADDRESS AVAILABLE UPON REQUEST

CARON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CARON, MATT
ADDRESS AVAILABLE UPON REQUEST

CARON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARON, TERI
ADDRESS AVAILABLE UPON REQUEST

CARON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

CARONE, STACY
ADDRESS AVAILABLE UPON REQUEST

CAROON, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAROOTS, CLARA
ADDRESS AVAILABLE UPON REQUEST

CAROPEPE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CAROSELLA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CAROSI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CAROSIELLO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CAROSIO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

CAROSO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAROTHERS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CAROTHERS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CAROTHERS, COLE
ADDRESS AVAILABLE UPON REQUEST

CAROTHERS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CAROW, JANELLE
ADDRESS AVAILABLE UPON REQUEST

CAROZZA, JOAN
ADDRESS AVAILABLE UPON REQUEST

CARPENA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ALLY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, BECKY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, BETH
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, BRITTANEY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CANDYCE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CHAD
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CINDY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, DEVON
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, DIANE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, DYANNE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, EMMA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, FELISA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, GRACE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JAY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JESSE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JOANETTE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JODIE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KATRINA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KIERA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, KYRA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, LATARSHA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MAGEN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MARYROSE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MEEGAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MONIKA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, NANCY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, PAUL
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SANDY
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SEAN
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SHARON
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SHELBI
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, SHERAZADA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, TINA
ADDRESS AVAILABLE UPON REQUEST

CARPENTER, WALTER
ADDRESS AVAILABLE UPON REQUEST

CARPENTER-ISRAEL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CARPENTER-MALLET, SHEA
ADDRESS AVAILABLE UPON REQUEST

CARPENTIER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CARPER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARPER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CARPINO, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

CARPINTERIA
ADDRESS UNAVAILABLE AT TIME OF FILING

CARPIO, ARIANNE
ADDRESS AVAILABLE UPON REQUEST

CARPIO, FLOR
ADDRESS AVAILABLE UPON REQUEST

CARPIO, JORDY
ADDRESS AVAILABLE UPON REQUEST

CARPIO, JORDY
ADDRESS AVAILABLE UPON REQUEST

CARQUEVILLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CARR, ALISHA
ADDRESS AVAILABLE UPON REQUEST

CARR, ALLIE
ADDRESS AVAILABLE UPON REQUEST

CARR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CARR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CARR, ANN
ADDRESS AVAILABLE UPON REQUEST

CARR, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CARR, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

CARR, ASHANTE
ADDRESS AVAILABLE UPON REQUEST

CARR, ASIA
ADDRESS AVAILABLE UPON REQUEST

CARR, BAILEY
ADDRESS AVAILABLE UPON REQUEST

CARR, BETH
ADDRESS AVAILABLE UPON REQUEST

CARR, BETH
ADDRESS AVAILABLE UPON REQUEST

CARR, BRETT
ADDRESS AVAILABLE UPON REQUEST

CARR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CARR, CAROLE
ADDRESS AVAILABLE UPON REQUEST

CARR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARR, CHASE
ADDRESS AVAILABLE UPON REQUEST

CARR, CHERI
ADDRESS AVAILABLE UPON REQUEST

CARR, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

CARR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CARR, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CARR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARR, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARR, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARR, FREDRICK
ADDRESS AVAILABLE UPON REQUEST

CARR, GEORGYANN
ADDRESS AVAILABLE UPON REQUEST

CARR, GORDON
ADDRESS AVAILABLE UPON REQUEST

CARR, GRACYN
ADDRESS AVAILABLE UPON REQUEST

CARR, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CARR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CARR, KARA
ADDRESS AVAILABLE UPON REQUEST

CARR, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CARR, KERRY
ADDRESS AVAILABLE UPON REQUEST

CARR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CARR, KHAKI
ADDRESS AVAILABLE UPON REQUEST

CARR, LATOYA
ADDRESS AVAILABLE UPON REQUEST

CARR, LEAANN
ADDRESS AVAILABLE UPON REQUEST

CARR, LERUE
ADDRESS AVAILABLE UPON REQUEST

CARR, LYNNE
ADDRESS AVAILABLE UPON REQUEST

CARR, MCKENSIE
ADDRESS AVAILABLE UPON REQUEST

CARR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CARR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARR, MIESHA
ADDRESS AVAILABLE UPON REQUEST

CARR, NANCY-JANE
ADDRESS AVAILABLE UPON REQUEST

CARR, NANDEE
ADDRESS AVAILABLE UPON REQUEST

CARR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CARR, OLGA
ADDRESS AVAILABLE UPON REQUEST

CARR, PAUL
ADDRESS AVAILABLE UPON REQUEST

CARR, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CARR, SEAN
ADDRESS AVAILABLE UPON REQUEST

CARR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARR, SHAUNTIA
ADDRESS AVAILABLE UPON REQUEST

CARR, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

CARR, SHUNCEY
ADDRESS AVAILABLE UPON REQUEST

CARR, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CARR, TARA
ADDRESS AVAILABLE UPON REQUEST

CARR, TOM
ADDRESS AVAILABLE UPON REQUEST

CARR, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CARRACCIA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARRAFIELLO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

CARRAGHER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARRAH, MADISON
ADDRESS AVAILABLE UPON REQUEST

CARRANDI, ANNA
ADDRESS AVAILABLE UPON REQUEST

CARRANZA, ANA
ADDRESS AVAILABLE UPON REQUEST

CARRANZA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARRANZA, MARIO
ADDRESS AVAILABLE UPON REQUEST

CARRANZA, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

CARRARA, AILEEN
ADDRESS AVAILABLE UPON REQUEST

CARRARA, DOBRINA
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, AYETTE
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, CIELO
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, ELENA
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, LILIAN
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARRASCO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CARRASQUILLA, JENN
ADDRESS AVAILABLE UPON REQUEST

CARRASQUILLA, MAR
ADDRESS AVAILABLE UPON REQUEST

CARRASQUILLO, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

CARRATALA, CLARIVEL
ADDRESS AVAILABLE UPON REQUEST

CARRATURE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARRAUTHERS, SARA
ADDRESS AVAILABLE UPON REQUEST

CARRAWAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CARR-D'OYEN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

CARREIRO, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

CARREJO SANCHEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CARREJO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARRENO KARP, HORACIO
ADDRESS AVAILABLE UPON REQUEST

CARREON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CARREON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CARREON, ELIANA
ADDRESS AVAILABLE UPON REQUEST

CARREON, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

CARREON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CARREON, TERESIA
ADDRESS AVAILABLE UPON REQUEST

CARRERA, CLAUDIA M
ADDRESS AVAILABLE UPON REQUEST

CARRERA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CARRERA, MARIA F
ADDRESS AVAILABLE UPON REQUEST

CARRERA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

CARRERAS, ISADORA
ADDRESS AVAILABLE UPON REQUEST

CARRERO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CARRERO, RAMON
ADDRESS AVAILABLE UPON REQUEST

CARRETE, IVY
ADDRESS AVAILABLE UPON REQUEST

CARRETTA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARRETTO, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

CARRI DANSBY
ADDRESS AVAILABLE UPON REQUEST

CARRICARTE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARRICO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CARRICO, JOE
ADDRESS AVAILABLE UPON REQUEST

CARRICO, NICKI
ADDRESS AVAILABLE UPON REQUEST

CARRICO, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CARRIE BILLINGSLEY
ADDRESS AVAILABLE UPON REQUEST

CARRIE EVANS
ADDRESS AVAILABLE UPON REQUEST

CARRIE JONES NEBEKER
ADDRESS AVAILABLE UPON REQUEST

CARRIE L KAIRALLA
ADDRESS AVAILABLE UPON REQUEST

CARRIE LYNN BADGER
ADDRESS AVAILABLE UPON REQUEST

CARRIE OLSEN
ADDRESS AVAILABLE UPON REQUEST

CARRIE, BUCKLEY,
ADDRESS AVAILABLE UPON REQUEST

CARRIE, MRS
ADDRESS AVAILABLE UPON REQUEST

CARRIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CARRIER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CARRIER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARRIER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARRIER, DAVID
ADDRESS AVAILABLE UPON REQUEST

CARRIER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CARRIER, JENI
ADDRESS AVAILABLE UPON REQUEST

CARRIER, KIRA
ADDRESS AVAILABLE UPON REQUEST

CARRIER, MARY
ADDRESS AVAILABLE UPON REQUEST

CARRIER, NANCY
ADDRESS AVAILABLE UPON REQUEST

CARRIER, PACKEY
ADDRESS AVAILABLE UPON REQUEST

CARRIER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CARRIER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARRIER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CARRIERE, ATHENA
ADDRESS AVAILABLE UPON REQUEST

CARRIGAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CARRIGAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARRIGAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

CARRIGAN, MARY ELISE
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ANAHI
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ARTASHIA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, FATIMA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, IRMA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ITZAYANA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, KAREN
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, MARIEL
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, NACER
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, ONDRIA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, RAFFAELLA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, SHAY
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, SILVIA
ADDRESS AVAILABLE UPON REQUEST

CARRILLO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, BETT
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, MARY
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, TREVOR
ADDRESS AVAILABLE UPON REQUEST

CARRINGTON, WINSLOW
ADDRESS AVAILABLE UPON REQUEST

CARRION, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CARRION, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CARRION, DANIELA
ADDRESS AVAILABLE UPON REQUEST

CARRION, DAYANNA
ADDRESS AVAILABLE UPON REQUEST

CARRION, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARRIZALES, ED
ADDRESS AVAILABLE UPON REQUEST

CARRIZALES, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARROL, KINSEY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ANN-MARIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CARROLL, BRYN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CARROLL, CECILIA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, CELIA G
ADDRESS AVAILABLE UPON REQUEST

CARROLL, CHALSEA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DARLA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DAVID
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DAVID
ADDRESS AVAILABLE UPON REQUEST

CARROLL, DONALD
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ELISSA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ELLERETTA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, JAMEE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARROLL, JANICE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, JULIA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KAREN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KARI
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KATIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, LEE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MARY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MARY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MARY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MATILDA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MELANNA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL, NANCY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL, RANZIE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, RYAN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SHAINA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TARYN
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TIM
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TIM
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TONI
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CARROLL, TYLER
ADDRESS AVAILABLE UPON REQUEST

CARROLL-BOLGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARROLL-SWANGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARROLL-TANSEY, RANDI
ADDRESS AVAILABLE UPON REQUEST

CARRON, DENISE
ADDRESS AVAILABLE UPON REQUEST

CARROS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CARROTHERS, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

CARROTHERS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CARROZZA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CARROZZA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CARROZZA, ROCCO
ADDRESS AVAILABLE UPON REQUEST

CARR-SHARPE, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CARRUTH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CARRUTHER, GERARD
ADDRESS AVAILABLE UPON REQUEST

CARRY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARRY, UGANDA
ADDRESS AVAILABLE UPON REQUEST

CARSEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

CARSNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

CARSON LEE
ADDRESS AVAILABLE UPON REQUEST

CARSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CARSON, BRITNI
ADDRESS AVAILABLE UPON REQUEST

CARSON, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

CARSON, JEAN
ADDRESS AVAILABLE UPON REQUEST

CARSON, JODELL
ADDRESS AVAILABLE UPON REQUEST

CARSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

CARSON, KEISHA
ADDRESS AVAILABLE UPON REQUEST

CARSON, KEYLA
ADDRESS AVAILABLE UPON REQUEST

CARSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CARSON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CARSON, ROB
ADDRESS AVAILABLE UPON REQUEST

CARSON, STASIA
ADDRESS AVAILABLE UPON REQUEST

CARSON, TANA
ADDRESS AVAILABLE UPON REQUEST

CARSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CARSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CARSON-BURGER, YAVONE
ADDRESS AVAILABLE UPON REQUEST

CARSRUD, DEAN
ADDRESS AVAILABLE UPON REQUEST

CARSTARPHEN, VICTOR
ADDRESS AVAILABLE UPON REQUEST

CARSTEN, BETH
ADDRESS AVAILABLE UPON REQUEST

CARSTENS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CARSTENSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARSTENSEN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

CARSWELL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

CARTA, KARLA
ADDRESS AVAILABLE UPON REQUEST

CARTA, MARION-JO
ADDRESS AVAILABLE UPON REQUEST

CARTAGENA, ANDRE
ADDRESS AVAILABLE UPON REQUEST

CARTAINO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CARTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARTEE, DONNA
ADDRESS AVAILABLE UPON REQUEST

CARTEL WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

CARTER MCKINNEY, SHANI
ADDRESS AVAILABLE UPON REQUEST

CARTER PRICE
ADDRESS AVAILABLE UPON REQUEST

CARTER ROMAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, ADAM
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALICE
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CARTER, AMBER
ADDRESS AVAILABLE UPON REQUEST

CARTER, AMY
ADDRESS AVAILABLE UPON REQUEST

CARTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ANDY
ADDRESS AVAILABLE UPON REQUEST

CARTER, ANISHA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

CARTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, ASHTON
ADDRESS AVAILABLE UPON REQUEST

CARTER, BETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, BETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, BETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, BETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CARTER, BRITT
ADDRESS AVAILABLE UPON REQUEST

CARTER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, CANDI
ADDRESS AVAILABLE UPON REQUEST

CARTER, CAROL
ADDRESS AVAILABLE UPON REQUEST

CARTER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CARTER, CHAENELLE
ADDRESS AVAILABLE UPON REQUEST

CARTER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CARTER, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

CARTER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, CONNOR
ADDRESS AVAILABLE UPON REQUEST

CARTER, COREEN
ADDRESS AVAILABLE UPON REQUEST

CARTER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, DANA
ADDRESS AVAILABLE UPON REQUEST

CARTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CARTER, DAVE
ADDRESS AVAILABLE UPON REQUEST

CARTER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CARTER, DEMARVELOUS
ADDRESS AVAILABLE UPON REQUEST

CARTER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CARTER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

CARTER, ELISA
ADDRESS AVAILABLE UPON REQUEST

CARTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CARTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CARTER, EMMITT
ADDRESS AVAILABLE UPON REQUEST

CARTER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CARTER, FAITH
ADDRESS AVAILABLE UPON REQUEST

CARTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CARTER, IMANI
ADDRESS AVAILABLE UPON REQUEST

CARTER, JACY
ADDRESS AVAILABLE UPON REQUEST

CARTER, JASON
ADDRESS AVAILABLE UPON REQUEST

CARTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CARTER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, JULIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, KAMERYN
ADDRESS AVAILABLE UPON REQUEST

CARTER, KATE
ADDRESS AVAILABLE UPON REQUEST

CARTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARTER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CARTER, KATIE AND JACE
ADDRESS AVAILABLE UPON REQUEST

CARTER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CARTER, KEELAY
ADDRESS AVAILABLE UPON REQUEST

CARTER, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARTER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, KELSIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

CARTER, KEVEN
ADDRESS AVAILABLE UPON REQUEST

CARTER, KIJUANNA
ADDRESS AVAILABLE UPON REQUEST

CARTER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CARTER, KRIS
ADDRESS AVAILABLE UPON REQUEST

CARTER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CARTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAITON
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CARTER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CARTER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, LISA
ADDRESS AVAILABLE UPON REQUEST

CARTER, LISA
ADDRESS AVAILABLE UPON REQUEST

CARTER, LISA
ADDRESS AVAILABLE UPON REQUEST

CARTER, LUCY
ADDRESS AVAILABLE UPON REQUEST

CARTER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CARTER, MARK
ADDRESS AVAILABLE UPON REQUEST

CARTER, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

CARTER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CARTER, MARYA
ADDRESS AVAILABLE UPON REQUEST

CARTER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CARTER, MITSUEE
ADDRESS AVAILABLE UPON REQUEST

CARTER, MK
ADDRESS AVAILABLE UPON REQUEST

CARTER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, NANCY
ADDRESS AVAILABLE UPON REQUEST

CARTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARTER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CARTER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

CARTER, PHIL
ADDRESS AVAILABLE UPON REQUEST

CARTER, QUINCY
ADDRESS AVAILABLE UPON REQUEST

CARTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARTER, RANDALL
ADDRESS AVAILABLE UPON REQUEST

CARTER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CARTER, RIQUE
ADDRESS AVAILABLE UPON REQUEST

CARTER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CARTER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

CARTER, SARA
ADDRESS AVAILABLE UPON REQUEST

CARTER, SARA
ADDRESS AVAILABLE UPON REQUEST

CARTER, SASHA
ADDRESS AVAILABLE UPON REQUEST

CARTER, SHERRY
ADDRESS AVAILABLE UPON REQUEST

CARTER, SHERRY
ADDRESS AVAILABLE UPON REQUEST

CARTER, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

CARTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, STEVE
ADDRESS AVAILABLE UPON REQUEST

CARTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CARTER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CARTER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, TERRY
ADDRESS AVAILABLE UPON REQUEST

CARTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CARTER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CARTER, TOM
ADDRESS AVAILABLE UPON REQUEST

CARTER, TRENNETTA
ADDRESS AVAILABLE UPON REQUEST

CARTER, VADIM
ADDRESS AVAILABLE UPON REQUEST

CARTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CARTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CARTER, VIVECA
ADDRESS AVAILABLE UPON REQUEST

CARTER, WES
ADDRESS AVAILABLE UPON REQUEST

CARTER, WESLEY
ADDRESS AVAILABLE UPON REQUEST

CARTER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CARTHERN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

CARTIER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CARTIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CARTIER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CARTIN, DENISE
ADDRESS AVAILABLE UPON REQUEST

CARTINO, LAURA
ADDRESS AVAILABLE UPON REQUEST

CARTLEDGE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARTLIDGE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARTMEL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CARTMILL, LEE
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, ANDY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, BAILEY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, JESS
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, KATIE
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, LEROY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, MEG
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, TONY
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CARTWRIGHT, ZACK
ADDRESS AVAILABLE UPON REQUEST

CARTY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CARTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CARTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CARTY, KELLY
ADDRESS AVAILABLE UPON REQUEST

CARTY, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CARTY, MONET
ADDRESS AVAILABLE UPON REQUEST

CARUCCI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CARUMBA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CARUSO, ANN
ADDRESS AVAILABLE UPON REQUEST

CARUSO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CARUSO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARUSO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CARUSO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CARUSO, EMANUELA
ADDRESS AVAILABLE UPON REQUEST

CARUSO, ERIN
ADDRESS AVAILABLE UPON REQUEST

CARUSO, EVAN
ADDRESS AVAILABLE UPON REQUEST

CARUSO, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

CARUSO, JANE
ADDRESS AVAILABLE UPON REQUEST

CARUSO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARUSO, JUDY
ADDRESS AVAILABLE UPON REQUEST

CARUSO, KIM
ADDRESS AVAILABLE UPON REQUEST

CARUSO, LYNN
ADDRESS AVAILABLE UPON REQUEST

CARUSO, MARY
ADDRESS AVAILABLE UPON REQUEST

CARUSO, MATT
ADDRESS AVAILABLE UPON REQUEST

CARUSO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CARUSO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CARUSO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CARUSO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CARUSO, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

CARUSO, SONDRA
ADDRESS AVAILABLE UPON REQUEST

CARUSO, STACEY
ADDRESS AVAILABLE UPON REQUEST

CARUSO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CARUSO, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CARUSO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CARUSONE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CARUSONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CARUTHERS, KELLI
ADDRESS AVAILABLE UPON REQUEST

CARVAJAL MAHECHA, MARIA LAURA
ADDRESS AVAILABLE UPON REQUEST

CARVAJAL, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

CARVAJAL, NATHALY
ADDRESS AVAILABLE UPON REQUEST

CARVAJAL, NOEMI
ADDRESS AVAILABLE UPON REQUEST

CARVAJAL, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, AMY
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, EVANDRO
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, JON
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, MARTIN
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

CARVALHO, PETER
ADDRESS AVAILABLE UPON REQUEST

CARVER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CARVER, CARLY
ADDRESS AVAILABLE UPON REQUEST

CARVER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CARVER, JENNY
ADDRESS AVAILABLE UPON REQUEST

CARVER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CARVER, LACEY
ADDRESS AVAILABLE UPON REQUEST

CARVER, LISE
ADDRESS AVAILABLE UPON REQUEST

CARVER, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CARVER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

CARVER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CARVER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CARVER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CARVER, TARA
ADDRESS AVAILABLE UPON REQUEST

CARWILE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CARY LIU
ADDRESS AVAILABLE UPON REQUEST

CARY WIENER
ADDRESS AVAILABLE UPON REQUEST

CARY, ALEX
ADDRESS AVAILABLE UPON REQUEST

CARY, ALISHA
ADDRESS AVAILABLE UPON REQUEST

CARY, BERISHA
ADDRESS AVAILABLE UPON REQUEST

CARY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CARY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CARY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CARY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CARY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CARY, STACY
ADDRESS AVAILABLE UPON REQUEST

CARYL J GUTH REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

CARYN LIEBER
ADDRESS AVAILABLE UPON REQUEST

CARYN ROGERS
ADDRESS AVAILABLE UPON REQUEST

CASA BECKER, INC.
3118 17TH STREET
SANTA MONICA, CA  90405

CASA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

CASA.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CASABONA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASABONA, TRISHA
ADDRESS AVAILABLE UPON REQUEST

CASACCIA, ROXANN
ADDRESS AVAILABLE UPON REQUEST

CASADEVALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CASADO, COREY
ADDRESS AVAILABLE UPON REQUEST

CASADO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASADY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CASAGRAND, TINA
ADDRESS AVAILABLE UPON REQUEST

CASAGRANDE MARTINELLI, JOÃO
ADDRESS AVAILABLE UPON REQUEST

CASAGRANDE, GARY
ADDRESS AVAILABLE UPON REQUEST

CASAGRANDE, PEGGY
ADDRESS AVAILABLE UPON REQUEST

CASALE, CECILIA
ADDRESS AVAILABLE UPON REQUEST

CASALE, JANE
ADDRESS AVAILABLE UPON REQUEST

CASALE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CASALE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASALE, MARINA
ADDRESS AVAILABLE UPON REQUEST

CASALE, MARY
ADDRESS AVAILABLE UPON REQUEST

CASALE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CASALE, ROSSANA
ADDRESS AVAILABLE UPON REQUEST

CASALI, JACK
ADDRESS AVAILABLE UPON REQUEST

CASALI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CASALI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CASALINI, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

CASALMIR, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CASALY, SHARYN
ADDRESS AVAILABLE UPON REQUEST

CASAMENTO, JERYL
ADDRESS AVAILABLE UPON REQUEST

CASANAS, VINNIE
ADDRESS AVAILABLE UPON REQUEST

CASANOVA, INES
ADDRESS AVAILABLE UPON REQUEST

CASANOVA, KELLY
ADDRESS AVAILABLE UPON REQUEST

CASANOVA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASANOVA, PAM
ADDRESS AVAILABLE UPON REQUEST

CASAR, JENNA
ADDRESS AVAILABLE UPON REQUEST

CASARELLA, AMY
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, AUBREY
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, BETHANY
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, ELISE
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, FELICIA
ADDRESS AVAILABLE UPON REQUEST

CASAREZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

CASAS, ALAN
ADDRESS AVAILABLE UPON REQUEST

CASAS, AMBER
ADDRESS AVAILABLE UPON REQUEST

CASAS, CARELY
ADDRESS AVAILABLE UPON REQUEST

CASAS, KATHY
ADDRESS AVAILABLE UPON REQUEST

CASAS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASAS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

CASAS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CASAVANT DEFLUMERE, KATIE
ADDRESS AVAILABLE UPON REQUEST

CASAZZA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CASAZZA, ERINN
ADDRESS AVAILABLE UPON REQUEST

CASAZZA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CASBERG, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

CASBY, BLANDA
ADDRESS AVAILABLE UPON REQUEST

CASCADIA CAPITAL LLC
1000 2ND AVE, SUITE 1200
SEATTLE, WA 98104

CASCANETT, ANN
ADDRESS AVAILABLE UPON REQUEST

CASCINO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CASCIO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASCIO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASCO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CASCOS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CASE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CASE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CASE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CASE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CASE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASE, KARLA
ADDRESS AVAILABLE UPON REQUEST

CASE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CASE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CASE, KIM
ADDRESS AVAILABLE UPON REQUEST

CASE, MARK
ADDRESS AVAILABLE UPON REQUEST

CASE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CASE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CASE, RAMONA
ADDRESS AVAILABLE UPON REQUEST

CASE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CASE, STACY
ADDRESS AVAILABLE UPON REQUEST

CASE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

CASE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CASEBEER, SALLY
ADDRESS AVAILABLE UPON REQUEST

CASEL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CASELDEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASELLA, COLEEN
ADDRESS AVAILABLE UPON REQUEST

CASELLA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CASELLA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CASELLI, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CASELTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

CASESTACK, INC.
3000 OCEAN PARK BLVD., SUITE 1000
SANTA MONICA, CA  90405

CASESTACK, INC.
ACCOUNTS RECEIVABLE
FILE 51030
LOS ANGELES, CA  90074-1030

CASEY CORBETT
ADDRESS AVAILABLE UPON REQUEST

CASEY DRENGLER
ADDRESS AVAILABLE UPON REQUEST

CASEY ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

CASEY FLAT RANCH
ADDRESS UNAVAILABLE AT TIME OF FILING

CASEY LOVELACE
ADDRESS AVAILABLE UPON REQUEST

CASEY WINCHESTER RHEA
ADDRESS AVAILABLE UPON REQUEST

CASEY, AMBER
ADDRESS AVAILABLE UPON REQUEST

CASEY, AVANI
ADDRESS AVAILABLE UPON REQUEST

CASEY, BETH
ADDRESS AVAILABLE UPON REQUEST

CASEY, BRIER
ADDRESS AVAILABLE UPON REQUEST

CASEY, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CASEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CASEY, CLARE
ADDRESS AVAILABLE UPON REQUEST

CASEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CASEY, DEBI
ADDRESS AVAILABLE UPON REQUEST

CASEY, DONAL
ADDRESS AVAILABLE UPON REQUEST

CASEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CASEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CASEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CASEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

CASEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CASEY, JACKY
ADDRESS AVAILABLE UPON REQUEST

CASEY, JAIME
ADDRESS AVAILABLE UPON REQUEST

CASEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CASEY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

CASEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CASEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CASEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CASEY, KENYA
ADDRESS AVAILABLE UPON REQUEST

CASEY, KIANA
ADDRESS AVAILABLE UPON REQUEST

CASEY, KIM
ADDRESS AVAILABLE UPON REQUEST

CASEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

CASEY, LISA
ADDRESS AVAILABLE UPON REQUEST

CASEY, MARESE
ADDRESS AVAILABLE UPON REQUEST

CASEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

CASEY, MARY
ADDRESS AVAILABLE UPON REQUEST

CASEY, MARY
ADDRESS AVAILABLE UPON REQUEST

CASEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CASEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CASEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CASEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CASEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

CASEY, SAM
ADDRESS AVAILABLE UPON REQUEST

CASEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CASEY, SINEAD
ADDRESS AVAILABLE UPON REQUEST

CASEY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CASEY, SUE
ADDRESS AVAILABLE UPON REQUEST

CASEY, TJ
ADDRESS AVAILABLE UPON REQUEST

CASEY, WARREN
ADDRESS AVAILABLE UPON REQUEST

CASEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

CASH JORDAN
ADDRESS AVAILABLE UPON REQUEST

CASH, BONNIE
ADDRESS AVAILABLE UPON REQUEST

CASH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CASH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CASH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASH, EMILY
ADDRESS AVAILABLE UPON REQUEST

CASH, JAY
ADDRESS AVAILABLE UPON REQUEST

CASH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CASH, JOEY
ADDRESS AVAILABLE UPON REQUEST

CASH, KAITY
ADDRESS AVAILABLE UPON REQUEST

CASH, KATHY
ADDRESS AVAILABLE UPON REQUEST

CASH, LORI
ADDRESS AVAILABLE UPON REQUEST

CASH, MARY
ADDRESS AVAILABLE UPON REQUEST

CASH, RODNEY OR KIM
ADDRESS AVAILABLE UPON REQUEST

CASH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CASH, SIDONIE
ADDRESS AVAILABLE UPON REQUEST

CASHA DOEMLAND
ADDRESS AVAILABLE UPON REQUEST

CASHDOLLAR, WAYNE
ADDRESS AVAILABLE UPON REQUEST

CASHEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CASHEL, MARIE
ADDRESS AVAILABLE UPON REQUEST

CASHEN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CASHIN, DANNY
ADDRESS AVAILABLE UPON REQUEST

CASHIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CASHIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CASHION, AUBREY
ADDRESS AVAILABLE UPON REQUEST

CASHION, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASHMORE, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

CASHWELL, RONALD
ADDRESS AVAILABLE UPON REQUEST

CASIANO, CHARLIN
ADDRESS AVAILABLE UPON REQUEST

CASIAS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CASIAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CASIDSID, KAREN
ADDRESS AVAILABLE UPON REQUEST

CASILE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASILLAN, ROHANEE
ADDRESS AVAILABLE UPON REQUEST

CASILLAS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CASILLAS, LETICIA
ADDRESS AVAILABLE UPON REQUEST

CASIMIR, GEORGETTE
ADDRESS AVAILABLE UPON REQUEST

CASINADER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASINATHEN, DHARSHINI
ADDRESS AVAILABLE UPON REQUEST

CASINI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CASINI, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CASKEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CASKEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CASKEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

CASKS & CORKS LLC
1600 NORTH A AVE
SIOUX FALLS, SD 57104

CASLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CASLER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

CASLER, SEAN
ADDRESS AVAILABLE UPON REQUEST

CASEMON, TIM
ADDRESS AVAILABLE UPON REQUEST

CASNE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CASNER, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

CASNER, ZEYNEP
ADDRESS AVAILABLE UPON REQUEST

CASON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CASON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

CASON, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

CASORIO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CASPARIAN, PETER
ADDRESS AVAILABLE UPON REQUEST

CASPARIUS, LISA
ADDRESS AVAILABLE UPON REQUEST

CASPER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

CASPER, ASH
ADDRESS AVAILABLE UPON REQUEST

CASPER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CASPER, KATELYND
ADDRESS AVAILABLE UPON REQUEST

CASPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CASPER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CASPER, REAGAN
ADDRESS AVAILABLE UPON REQUEST

CASPI, NOA
ADDRESS AVAILABLE UPON REQUEST

CASS, ALEX
ADDRESS AVAILABLE UPON REQUEST

CASS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

CASS, CHADWICK
ADDRESS AVAILABLE UPON REQUEST

CASS, CODI
ADDRESS AVAILABLE UPON REQUEST

CASS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CASS, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

CASSADAY, STEVE
ADDRESS AVAILABLE UPON REQUEST

CASSADEE POPE ENTERPRISES LLC
72 LYLE LANE
NASHVILLE, TN  37210

CASSADY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CASSADY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASSADY, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

CASSANDRA BOOM
ADDRESS AVAILABLE UPON REQUEST

CASSANDRA CARD
ADDRESS AVAILABLE UPON REQUEST

CASSANDRA NORRIE MCGOWON
ADDRESS AVAILABLE UPON REQUEST

CASSANDRA ROSE
ADDRESS AVAILABLE UPON REQUEST

CASSANDRO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CASSANO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CASSANO, MARGE
ADDRESS AVAILABLE UPON REQUEST

CASSANO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CASSAR, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CASSAR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASSARAS, GINGER
ADDRESS AVAILABLE UPON REQUEST

CASSARINO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CASSARO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASSATA, HEAVEN
ADDRESS AVAILABLE UPON REQUEST

CASSEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CASSEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CASSEL, JILL
ADDRESS AVAILABLE UPON REQUEST

CASSEL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CASSEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASSELL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CASSELL, CARIMA
ADDRESS AVAILABLE UPON REQUEST

CASSELL, JOANN
ADDRESS AVAILABLE UPON REQUEST

CASSELL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CASSELMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASSELS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CASSENS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CASSERA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CASSERO, TONY
ADDRESS AVAILABLE UPON REQUEST

CASSETTA, KATIE
ADDRESS AVAILABLE UPON REQUEST

CASSETTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASSEUS, MAKI
ADDRESS AVAILABLE UPON REQUEST

CASSI LIEN
ADDRESS AVAILABLE UPON REQUEST

CASSIA
ADDRESS UNAVAILABLE AT TIME OF FILING

CASSIDA, STACEY
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, BRETT
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, JANICE
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, KRYSTYN
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, LINDA
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, LISA
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, MAURA
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, NANCY
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, SHARON
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, SHERILYN
ADDRESS AVAILABLE UPON REQUEST

CASSIDY, TERRY
ADDRESS AVAILABLE UPON REQUEST

CASSIE CAROLAN
ADDRESS AVAILABLE UPON REQUEST

CASSIE LATHAM
ADDRESS AVAILABLE UPON REQUEST

CASSIE LETHIN
ADDRESS AVAILABLE UPON REQUEST

CASSIE ROSE
ADDRESS AVAILABLE UPON REQUEST

CASSIE STOLL
ADDRESS AVAILABLE UPON REQUEST

CASSIE TOLMASOFF
ADDRESS AVAILABLE UPON REQUEST

CASSILLY, HELENA
ADDRESS AVAILABLE UPON REQUEST

CASSIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASSIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASSIO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CASSLING, DANA
ADDRESS AVAILABLE UPON REQUEST

CASSOL, LUCAS
ADDRESS AVAILABLE UPON REQUEST

CASSON, JEAN
ADDRESS AVAILABLE UPON REQUEST

CASSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASSOTTA, JULIE
ADDRESS AVAILABLE UPON REQUEST

CASSTEVENS, AMY
ADDRESS AVAILABLE UPON REQUEST

CASSTEVENS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CASSUTT, STACIE
ADDRESS AVAILABLE UPON REQUEST

CAST, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CAST, BRITANNY
ADDRESS AVAILABLE UPON REQUEST

CAST, CYN
ADDRESS AVAILABLE UPON REQUEST

CASTAGNA, JENNA
ADDRESS AVAILABLE UPON REQUEST

CASTAGNETTA, BLAIR
ADDRESS AVAILABLE UPON REQUEST

CASTALDO, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CASTALDO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASTALDO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASTALDO, VINCE
ADDRESS AVAILABLE UPON REQUEST

CASTALINE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, DOLORES
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, JAVIER
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, LORI
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, RANDI
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CASTANEDA, ZENIA
ADDRESS AVAILABLE UPON REQUEST

CASTANET, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CASTANON, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

CASTBERG, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASTEEL, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

CASTEEL, MAKENZY
ADDRESS AVAILABLE UPON REQUEST

CASTEELE, BRITTNEY216
ADDRESS AVAILABLE UPON REQUEST

CASTELAZ, LEAH
ADDRESS AVAILABLE UPON REQUEST

CASTELEYN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASTELHANO, JASON
ADDRESS AVAILABLE UPON REQUEST

CASTELLANE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CASTELLANI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANI, JARED
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, CARLA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, CINDY
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, LUISA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, MARINA
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, MIKE
ADDRESS AVAILABLE UPON REQUEST

CASTELLANOS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CASTELLI, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

CASTELLINO, MARINA
ADDRESS AVAILABLE UPON REQUEST

CASTELLO, AMBER
ADDRESS AVAILABLE UPON REQUEST

CASTELLO, ANITA
ADDRESS AVAILABLE UPON REQUEST

CASTELLO, CASEY
ADDRESS AVAILABLE UPON REQUEST

CASTELLO, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

CASTELLOE, MARY LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASTELLON, DIANA
ADDRESS AVAILABLE UPON REQUEST

CASTELLON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASTELVECCHI, WANDA
ADDRESS AVAILABLE UPON REQUEST

CASTER, ALLI
ADDRESS AVAILABLE UPON REQUEST

CASTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CASTERIOTO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASTI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CASTIELLO, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

CASTIGLIA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CASTIGLIONE, FRANK
ADDRESS AVAILABLE UPON REQUEST

CASTILLA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CASTILLE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CASTILLE, ERICA
ADDRESS AVAILABLE UPON REQUEST

CASTILLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

CASTILLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CASTILLEJA, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

CASTILLO BM 090368, MABEL
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, ANNALYSSE
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, CLARIBEL
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, CRISTEL
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, EMILY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, FLORINDA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, GARY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, GISELE
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, HILDA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, INDIRA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, ISAI
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, JOSE
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, KALLYSTA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, KELLEY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, LAURA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, LIVETTE
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, LUZ ELENA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, MARBETH
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, MARIA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, MARIA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, OLGA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, SHARON
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, TINA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, TONY
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, VELIA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, YAZMIN
ADDRESS AVAILABLE UPON REQUEST

CASTILLO, YUNIA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO-ANDLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CASTILLO-JIMENEZ, GERARDO
ADDRESS AVAILABLE UPON REQUEST

CASTILLO-LLANDA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

CASTINE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CASTKA, PAT
ADDRESS AVAILABLE UPON REQUEST

CASTLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CASTLE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

CASTLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CASTLE, LORA
ADDRESS AVAILABLE UPON REQUEST

CASTLE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CASTLEBERRY, JACKSON
ADDRESS AVAILABLE UPON REQUEST

CASTLEBERRY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

CASTLEBERRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CASTLEMAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

CASTLEMAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

CASTLES, CLARA
ADDRESS AVAILABLE UPON REQUEST

CASTNER, MARY
ADDRESS AVAILABLE UPON REQUEST

CASTO, JUDY
ADDRESS AVAILABLE UPON REQUEST

CASTODIO, ERNEST
ADDRESS AVAILABLE UPON REQUEST

CASTOIRE, DAVID
ADDRESS AVAILABLE UPON REQUEST

CASTONGUAY, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

CASTONGUAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CASTONGUAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CASTOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CASTOR, LISCHNA
ADDRESS AVAILABLE UPON REQUEST

CASTORENO, MARILYNN
ADDRESS AVAILABLE UPON REQUEST

CASTORO BOTTLING COMPANY
6465 VON DOLLEN ROAD
SAN MIGUEL, CA  93451

CASTREJON, JULISSA
ADDRESS AVAILABLE UPON REQUEST

CASTRILLI, MIKE
ADDRESS AVAILABLE UPON REQUEST

CASTRILLON, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

CASTRILLO-VIGUERA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CASTRO DEL RIO, ALIOSHA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, ADA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CARLA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CARMENZA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, DAGO
ADDRESS AVAILABLE UPON REQUEST

CASTRO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, ERNIE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, GENESIS
ADDRESS AVAILABLE UPON REQUEST

CASTRO, GREGORY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, JAVIER
ADDRESS AVAILABLE UPON REQUEST

CASTRO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KARLA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KELLY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KIARA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CASTRO, LENNY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, LORY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, MARION
ADDRESS AVAILABLE UPON REQUEST

CASTRO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

CASTRO, NOELLE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, PAUL
ADDRESS AVAILABLE UPON REQUEST

CASTRO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, SARA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, SUNNY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, SWITZLEONE
ADDRESS AVAILABLE UPON REQUEST

CASTRO, TANIA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, VICTOR
ADDRESS AVAILABLE UPON REQUEST

CASTRO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CASTRO, WENDY
ADDRESS AVAILABLE UPON REQUEST

CASTRO, YACETTY
ADDRESS AVAILABLE UPON REQUEST

CASTROGIOVANNI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CASTROP, BILLIE
ADDRESS AVAILABLE UPON REQUEST

CASTROP, KATIE
ADDRESS AVAILABLE UPON REQUEST

CASTRUITA, DANIRL
ADDRESS AVAILABLE UPON REQUEST

CASUAL SPORTSWEAR
ADDRESS UNAVAILABLE AT TIME OF FILING

CASUBOLO, LISA
ADDRESS AVAILABLE UPON REQUEST

CASUCCIO, KAYLAH
ADDRESS AVAILABLE UPON REQUEST

CASUTT VON BATEMBERG, CECILE
ADDRESS AVAILABLE UPON REQUEST

CASWELL, DESTINY
ADDRESS AVAILABLE UPON REQUEST

CASWELL, JAMON
ADDRESS AVAILABLE UPON REQUEST

CATAIN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CATALA, OLGA
ADDRESS AVAILABLE UPON REQUEST

CATALAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CATALANI, CARICIA
ADDRESS AVAILABLE UPON REQUEST

CATALANO, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CATALANO, ALISON
ADDRESS AVAILABLE UPON REQUEST

CATALANO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

CATALANO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CATALANO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CATALANO, LISA
ADDRESS AVAILABLE UPON REQUEST

CATALANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CATALANO, SONDRA
ADDRESS AVAILABLE UPON REQUEST

CATALANO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CATALDI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CATALDI, DOMINIC M.
ADDRESS AVAILABLE UPON REQUEST

CATALDI, JAMES
ADDRESS AVAILABLE UPON REQUEST

CATALDO, AMELIA
ADDRESS AVAILABLE UPON REQUEST

CATALDO, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CATALDO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CATALDO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CATALDO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CATALDO, SUE
ADDRESS AVAILABLE UPON REQUEST

CATALDO-QUINN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

CATALFAMO, FRANK
ADDRESS AVAILABLE UPON REQUEST

CATALON, STACY
ADDRESS AVAILABLE UPON REQUEST

CATANA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CATANDELLA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CATANESE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CATANIA, ALLY
ADDRESS AVAILABLE UPON REQUEST

CATANIA, DANA
ADDRESS AVAILABLE UPON REQUEST

CATANIA, DOMONIQUE
ADDRESS AVAILABLE UPON REQUEST

CATANIA, KIM
ADDRESS AVAILABLE UPON REQUEST

CATANZARO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CATANZARO, RIANA
ADDRESS AVAILABLE UPON REQUEST

CATANZARO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CATAPANO, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

CATARISANO, AVIANA
ADDRESS AVAILABLE UPON REQUEST

CATAROZOLI, SARA
ADDRESS AVAILABLE UPON REQUEST

CATAVOLO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CATAVOLOS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CATBAGAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

CATCH AND RELEASE
ADDRESS UNAVAILABLE AT TIME OF FILING

CATCHINGS, CHARAN
ADDRESS AVAILABLE UPON REQUEST

CATE, MARY
ADDRESS AVAILABLE UPON REQUEST

CATE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CATEDRAL, HANS
ADDRESS AVAILABLE UPON REQUEST

CATELLO, DANA
ADDRESS AVAILABLE UPON REQUEST

CATER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CATER2.ME
ADDRESS UNAVAILABLE AT TIME OF FILING

CATES, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

CATES, DIANA
ADDRESS AVAILABLE UPON REQUEST

CATES, GAYLE
ADDRESS AVAILABLE UPON REQUEST

CATES, GLENDA
ADDRESS AVAILABLE UPON REQUEST

CATES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CATES, NINA
ADDRESS AVAILABLE UPON REQUEST

CATES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CATES, TANDI
ADDRESS AVAILABLE UPON REQUEST

CATES, TERESA
ADDRESS AVAILABLE UPON REQUEST

CATES, WENDY
ADDRESS AVAILABLE UPON REQUEST

CATHALIFAUD, MAURICE
ADDRESS AVAILABLE UPON REQUEST

CATHARINA J BROADFOOT
ADDRESS AVAILABLE UPON REQUEST

CATHELL, RALPH
ADDRESS AVAILABLE UPON REQUEST

CATHER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CATHERINE BLOXSOM
ADDRESS AVAILABLE UPON REQUEST

CATHERINE CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

CATHERINE DAVIS
ADDRESS AVAILABLE UPON REQUEST

CATHERINE F DUFF
ADDRESS AVAILABLE UPON REQUEST

CATHERINE GEHRINGER
ADDRESS AVAILABLE UPON REQUEST

CATHERINE GRANT
ADDRESS AVAILABLE UPON REQUEST

CATHERINE GREY
ADDRESS AVAILABLE UPON REQUEST

CATHERINE HARKINS
ADDRESS AVAILABLE UPON REQUEST

CATHERINE KUO
ADDRESS AVAILABLE UPON REQUEST

CATHERINE LOUISE TOMEZSKO
ADDRESS AVAILABLE UPON REQUEST

CATHERINE M RHOADES
ADDRESS AVAILABLE UPON REQUEST

CATHERINE O HARA
ADDRESS AVAILABLE UPON REQUEST

CATHERINE ROMMELFANGER
ADDRESS AVAILABLE UPON REQUEST

CATHERINE SOULE
ADDRESS AVAILABLE UPON REQUEST

CATHERINE TRAN FELLOWS
ADDRESS AVAILABLE UPON REQUEST

CATHERINE VIGNONA
ADDRESS AVAILABLE UPON REQUEST

CATHERINE VON ALST
ADDRESS AVAILABLE UPON REQUEST

CATHERINE, ANNE
ADDRESS AVAILABLE UPON REQUEST

CATHERS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CATHERWOOD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CATHEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CATHEY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

CATHEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CATHEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CATHIE HICKS
ADDRESS AVAILABLE UPON REQUEST

CATHIE
ADDRESS AVAILABLE UPON REQUEST

CATHLEEN M BROWN
ADDRESS AVAILABLE UPON REQUEST

CATHLEEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CATHY FULLER
ADDRESS AVAILABLE UPON REQUEST

CATHY GOLDSMITH
ADDRESS AVAILABLE UPON REQUEST

CATHY HORTON
ADDRESS AVAILABLE UPON REQUEST

CATHY JONES
ADDRESS AVAILABLE UPON REQUEST

CATHY NEILL
ADDRESS AVAILABLE UPON REQUEST

CATHY, GROVE,
ADDRESS AVAILABLE UPON REQUEST

CATHY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CATIE RITACCO
ADDRESS AVAILABLE UPON REQUEST

CATILLAZ, MARIE
ADDRESS AVAILABLE UPON REQUEST

CATINGUB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CATINO, ANNE
ADDRESS AVAILABLE UPON REQUEST

CATINO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CATLETT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CATLETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CATLIN, AMY
ADDRESS AVAILABLE UPON REQUEST

CATLIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CATLYNN CABRAL
ADDRESS AVAILABLE UPON REQUEST

CATO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CATO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CATOE, ANNA
ADDRESS AVAILABLE UPON REQUEST

CATOIRE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CATON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

CATON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CATON, KORINE
ADDRESS AVAILABLE UPON REQUEST

CATON, LARRY
ADDRESS AVAILABLE UPON REQUEST

CATON, MARCIA
ADDRESS AVAILABLE UPON REQUEST

CATON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CATON, RUBY
ADDRESS AVAILABLE UPON REQUEST

CATRESE HILL KILGORE
ADDRESS AVAILABLE UPON REQUEST

CATRILLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CATRINA BLAKE
ADDRESS AVAILABLE UPON REQUEST

CATRON, ERIN
ADDRESS AVAILABLE UPON REQUEST

CATRY, UGO
ADDRESS AVAILABLE UPON REQUEST

CATSOULES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CATTANACH, JAKE
ADDRESS AVAILABLE UPON REQUEST

CATTANEO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CATTANEO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CATTARULLA, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

CATTERSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CATTET, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CATTINY, MARY
ADDRESS AVAILABLE UPON REQUEST

CATU BAUDIER, CLARA
ADDRESS AVAILABLE UPON REQUEST

CAUBBLE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CAUBLE, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

CAUDEL, LACY
ADDRESS AVAILABLE UPON REQUEST

CAUDELL, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

CAUDILL, CHRIS & TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CAUDILL, JEFF
ADDRESS AVAILABLE UPON REQUEST

CAUDILL, MARK
ADDRESS AVAILABLE UPON REQUEST

CAUDILL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CAUDILL, TRACI
ADDRESS AVAILABLE UPON REQUEST

CAUDILLO, LAINE
ADDRESS AVAILABLE UPON REQUEST

CAUDLE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

CAUDLE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CAUDULLO, YVONNE
ADDRESS AVAILABLE UPON REQUEST

CAUGHENBAUGH, ERIC
ADDRESS AVAILABLE UPON REQUEST

CAUGHLIN, TARA
ADDRESS AVAILABLE UPON REQUEST

CAUGHRAN, FELICITY
ADDRESS AVAILABLE UPON REQUEST

CAUL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CAULDER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

CAULEY, CELESTE
ADDRESS AVAILABLE UPON REQUEST

CAULEY, DARCY
ADDRESS AVAILABLE UPON REQUEST

CAULEY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

CAULEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CAULFIELD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAULFIELD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CAULK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

CAULKINS, DERICK
ADDRESS AVAILABLE UPON REQUEST

CAUM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CAUSBIE COWGILL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAUSEY GREGORY, KARA
ADDRESS AVAILABLE UPON REQUEST

CAUSEY, BRENT
ADDRESS AVAILABLE UPON REQUEST

CAUSEY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CAUSEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

CAUTELA, JULIA
ADDRESS AVAILABLE UPON REQUEST

CAUTHON, MONICA
ADDRESS AVAILABLE UPON REQUEST

CAUTHORNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAVALERI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CAVALIER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CAVALIER, SHARON
ADDRESS AVAILABLE UPON REQUEST

CAVALIERI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CAVALLARO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CAVALLARO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CAVALLARO, DEB
ADDRESS AVAILABLE UPON REQUEST

CAVALLETTI, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CAVALLINI, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

CAVALLO, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CAVALLO, TOM
ADDRESS AVAILABLE UPON REQUEST

CAVAN, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

CAVANAGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

CAVANAGH, KATIE
ADDRESS AVAILABLE UPON REQUEST

CAVANAGH, KELLY
ADDRESS AVAILABLE UPON REQUEST

CAVANAGH, PAUL
ADDRESS AVAILABLE UPON REQUEST

CAVANAGH, WENDY
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, AMY
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, DEREK
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, JESS
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, KATE
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, LINDA
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, MATT
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CAVANAUGH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAVATAIO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

CAVATAIO, N.SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CAVATONI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CAVAZOS, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CAVAZOS, ELOY
ADDRESS AVAILABLE UPON REQUEST

CAVAZOS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CAVE, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

CAVE, KORINA
ADDRESS AVAILABLE UPON REQUEST

CAVE, LATOYA
ADDRESS AVAILABLE UPON REQUEST

CAVE, M
ADDRESS AVAILABLE UPON REQUEST

CAVE, ZOE
ADDRESS AVAILABLE UPON REQUEST

CAVEDON, DANA
ADDRESS AVAILABLE UPON REQUEST

CAVEN, JULIET
ADDRESS AVAILABLE UPON REQUEST

CAVEN, MICHAL
ADDRESS AVAILABLE UPON REQUEST

CAVENDER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CAVENDER, MIKE
ADDRESS AVAILABLE UPON REQUEST

CAVENDER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

CAVENDISH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CAVERLY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CAVERS, ADAM
ADDRESS AVAILABLE UPON REQUEST

CAVESDEAL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAVEY, RALEIGH
ADDRESS AVAILABLE UPON REQUEST

CAVEZZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CAVIANI, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CAVIAR, GINA
ADDRESS AVAILABLE UPON REQUEST

CAVIGLIANO, DOREEN
ADDRESS AVAILABLE UPON REQUEST

CAVIGNAC, BERKELEY
ADDRESS AVAILABLE UPON REQUEST

CAVIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CAVIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CAVINESS, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

CAVINTA, ALMARIE
ADDRESS AVAILABLE UPON REQUEST

CAVISTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

CAVITT, AALIYAH
ADDRESS AVAILABLE UPON REQUEST

CAVITT, WADE
ADDRESS AVAILABLE UPON REQUEST

CAVON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

CAVOTO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAVRAK, DEB
ADDRESS AVAILABLE UPON REQUEST

CAVRAK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CAVUOTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, JEN
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, MAYA
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CAWLEY, TESSA
ADDRESS AVAILABLE UPON REQUEST

CAWLFIELD, TARYN
ADDRESS AVAILABLE UPON REQUEST

CAWOSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CAWS, JASON
ADDRESS AVAILABLE UPON REQUEST

CAWTHON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CAWTHON, MARC
ADDRESS AVAILABLE UPON REQUEST

CAWTHRON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

CAYA, BRYNN
ADDRESS AVAILABLE UPON REQUEST

CAYANAN, NESTOR
ADDRESS AVAILABLE UPON REQUEST

CAYARD, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

CAYETANO, ZOE AIYANNA
ADDRESS AVAILABLE UPON REQUEST

CAYETANO, ZOE AIYANNA
ADDRESS AVAILABLE UPON REQUEST

CAYIA, PENNY
ADDRESS AVAILABLE UPON REQUEST

CAYLOR, JANET
ADDRESS AVAILABLE UPON REQUEST

CAYMAN SPIRITS CO
C/O SEABOARD MARINE CAYMAN SPIRITS
CO. WR
8001 NW 79 TH AVENUE
MIAMI, FL 33166

CAYON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CAYS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

CAYTLYN COLE-CHILELLI
ADDRESS AVAILABLE UPON REQUEST

CATTON, PERRY
ADDRESS AVAILABLE UPON REQUEST

CAYWOOD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

CAZABON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CAZARES RODDY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CAZARES, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

CAZARES, JOSE
ADDRESS AVAILABLE UPON REQUEST

CAZARES, MIZADA
ADDRESS AVAILABLE UPON REQUEST

CAZAUDUMEC, DIANA
ADDRESS AVAILABLE UPON REQUEST

CAZAUDUMEC, DIANA
ADDRESS AVAILABLE UPON REQUEST

CAZZOLLI, DAVA
ADDRESS AVAILABLE UPON REQUEST

CAZZORLA, ANNAMARIA
ADDRESS AVAILABLE UPON REQUEST

CBC IMPORTS (CALMONT BEVERAGE)
308 INDUSTRIAL LANE
BARRE, VT 05641

CBC JOINT VENTURES PARTNERS
ADDRESS UNAVAILABLE AT TIME OF FILING

CBI PARALLELS
ADDRESS UNAVAILABLE AT TIME OF FILING

CBKUSA ELECTRONICS
ADDRESS UNAVAILABLE AT TIME OF FILING

CBRE, INC.
PO BOX 740935
LOCATION CODE 2187
LOS ANGELES, CA 90074-0935

CBS RADIO INC. (CBS RADIO DIGITAL SALES)
1271 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY 10020

CBTL TERMINAL
ADDRESS UNAVAILABLE AT TIME OF FILING

CCF ALLA OWNER, LLC
11777 SAN VICENTE SUITE 650
LOS ANGELES, CA 90049

CCF PS ALLA OWNER LLC
C/O CANYON CAPITAL REALTY ADVISORS
ATTN MARIA STAMOLIS
2000 AVE OF THE STARTS, 11TH FL
LOS ANGELES, CA 90067

CCF PS ALLA OWNER LLC
C/O PACSHORE PROPERTIES LLC
ATTN BRIAN ABBOTT
11999 SAN VINCENTE BLVD, STE 220
LOS ANGELES, CA 90049

CCROUCH, JASON
ADDRESS AVAILABLE UPON REQUEST

CD HOLDING AS
ADDRESS AVAILABLE UPON REQUEST

CDFA 90295
1220 N STREET
SACRAMENTO, CA 95814

CEARLEY EARNEST, JANDA
ADDRESS AVAILABLE UPON REQUEST

CEARLEY, CALVIN
ADDRESS AVAILABLE UPON REQUEST

CEARLEY, NICK
ADDRESS AVAILABLE UPON REQUEST

CEASAR, ESTER LINDA
ADDRESS AVAILABLE UPON REQUEST

CEASER, AYANA
ADDRESS AVAILABLE UPON REQUEST

CEBALLOS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CEBALLOS, TAIRIS
ADDRESS AVAILABLE UPON REQUEST

CEBOTARI, SOFIA AND IVAN
ADDRESS AVAILABLE UPON REQUEST

CEBULA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CEBULLA, KANDACE
ADDRESS AVAILABLE UPON REQUEST

CEBULSKI, LAUREL
ADDRESS AVAILABLE UPON REQUEST

CECALA, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CECAVA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CECCHI, DILLON
ADDRESS AVAILABLE UPON REQUEST

CECCHINI, KIM
ADDRESS AVAILABLE UPON REQUEST

CECCOLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

CECCONIS
ADDRESS UNAVAILABLE AT TIME OF FILING

CECERE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

CECERE, GAETANO
ADDRESS AVAILABLE UPON REQUEST

CECH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CECIL, ALEX
ADDRESS AVAILABLE UPON REQUEST

CECIL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CECIL, EMMA
ADDRESS AVAILABLE UPON REQUEST

CECIL, JOHN
ADDRESS AVAILABLE UPON REQUEST

CECIL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CECIL, KATE
ADDRESS AVAILABLE UPON REQUEST

CECILE LOWREY
ADDRESS AVAILABLE UPON REQUEST

CECILE SHELLMAN
ADDRESS AVAILABLE UPON REQUEST

CECILIA FANNING MITCHELL
ADDRESS AVAILABLE UPON REQUEST

CECILIA OGUDE
ADDRESS AVAILABLE UPON REQUEST

CECILIA ORZECHOWSKI
ADDRESS AVAILABLE UPON REQUEST

CECILIA OSORIO RANGEL
ADDRESS AVAILABLE UPON REQUEST

CECILIA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

CECILIANI, RYAN
ADDRESS AVAILABLE UPON REQUEST

CECOTT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CEDANO, ALVARO
ADDRESS AVAILABLE UPON REQUEST

CEDANO, LORIBEL
ADDRESS AVAILABLE UPON REQUEST

CEDAR GRAPHICS
311 PARSONS DRIVE
HIAWATHA, IA 52233

CEDAR, EMMA
ADDRESS AVAILABLE UPON REQUEST

CEDAR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CEDARS, RYAN
ADDRESS AVAILABLE UPON REQUEST

CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION NEW YORK, NY
10004

CEDENO, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CEDENO, ELISE
ADDRESS AVAILABLE UPON REQUEST

CEDENO, GISSELLE
ADDRESS AVAILABLE UPON REQUEST

CEDENO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CEDENO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

CEDENO, TWIGY
ADDRESS AVAILABLE UPON REQUEST

CEDERQUIST, COREY
ADDRESS AVAILABLE UPON REQUEST

CEDILLO LIMOUSINE
ADDRESS UNAVAILABLE AT TIME OF FILING

CEDILLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CEDRIC JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CEDRONE, ARIANA
ADDRESS AVAILABLE UPON REQUEST

CEDRONE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CEDRONE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CEFALO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CEFALONI, ERIC
ADDRESS AVAILABLE UPON REQUEST

CEFARATTI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CEGELKA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CEGELKA, JODI
ADDRESS AVAILABLE UPON REQUEST

CEGELKA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CEGIELSKI, AVERY
ADDRESS AVAILABLE UPON REQUEST

CEGIELSKI, POLLY
ADDRESS AVAILABLE UPON REQUEST

CEJA, ARTURO
ADDRESS AVAILABLE UPON REQUEST

CEJA, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

CEJA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CEJA, JARED
ADDRESS AVAILABLE UPON REQUEST

CEJA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CEJA, KAREN
ADDRESS AVAILABLE UPON REQUEST

CEJA, LETICIA
ADDRESS AVAILABLE UPON REQUEST

CEKANI, NERTILA
ADDRESS AVAILABLE UPON REQUEST

CELADA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CELANO, DONNA
ADDRESS AVAILABLE UPON REQUEST

CELAYA, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

CELECKI, JANA
ADDRESS AVAILABLE UPON REQUEST

CELEDONIA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CELENTANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CELENTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CELESTE ANNABELLE HOLLAND
ADDRESS AVAILABLE UPON REQUEST

CELESTE BROOKS
ADDRESS AVAILABLE UPON REQUEST

CELESTE GREEN
ADDRESS AVAILABLE UPON REQUEST

CELESTE SCHEER
ADDRESS AVAILABLE UPON REQUEST

CELESTE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CELESTE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CELESTIN, CHRISY
ADDRESS AVAILABLE UPON REQUEST

CELESTIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CELESTIN, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

CELESTINE, CHARLSIE
ADDRESS AVAILABLE UPON REQUEST

CELESTINO, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

CELIA E ARREOLA
ADDRESS AVAILABLE UPON REQUEST

CELIA NIGHTINGALE
ADDRESS AVAILABLE UPON REQUEST

CELIA QUILLIAN
ADDRESS AVAILABLE UPON REQUEST

CELIA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CELIK, HUMEYRA
ADDRESS AVAILABLE UPON REQUEST

CELINA TENT
ADDRESS AVAILABLE UPON REQUEST

CELINE RUTH BOSSART
ADDRESS AVAILABLE UPON REQUEST

CELKUPA, DILJANA
ADDRESS AVAILABLE UPON REQUEST

CELLA, JACK
ADDRESS AVAILABLE UPON REQUEST

CELLA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CELLA, STELLA AND JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CELLAK, KENNETH
ADDRESS AVAILABLE UPON REQUEST

CELLER DE CAPCANES
SCCL VAT: ES F 43011659 C/LLABERIA, 4
CAPCANES  43776
SPAIN

CELLI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

CELONI, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

CELSKI, LEE
ADDRESS AVAILABLE UPON REQUEST

CEMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CENATIEMPO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CENCI, KATIE
ADDRESS AVAILABLE UPON REQUEST

CENDEJAS, RAELENE
ADDRESS AVAILABLE UPON REQUEST

CENDROWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CENEVIVA, TONY
ADDRESS AVAILABLE UPON REQUEST

CENGIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CENSNER, DOMINI
ADDRESS AVAILABLE UPON REQUEST

CENTANNI LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

CENTANNI, CATHERINA
ADDRESS AVAILABLE UPON REQUEST

CENTANNI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CENTAURO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CENTEIO, CINTIA
ADDRESS AVAILABLE UPON REQUEST

CENTENO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CENTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CENTER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CENTERFIELD
12130 MILLENIUM DRIVE, SUITE 600
LOS ANGELES, CA  90094

CENTERPLATE
ADDRESS UNAVAILABLE AT TIME OF FILING

CENTERS FOR DISEASE CONT. &
PREVENTION
1600 CLINTON ROAD
ATLANTA, GA  30329-4027

CENTERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CENTINELA FEED & PETS
ADDRESS UNAVAILABLE AT TIME OF FILING

CENTO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CENTOFANTE, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

CENTOFANTE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CENTOFANTI, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CENTOFONTI, SUSANA
ADDRESS AVAILABLE UPON REQUEST

CENTORINO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CENTRAL BRANDS GROUP PANAMA INC.
EDIFICIO PH DESING CENTER TOWER
CORREGIMIENTO DE BELLA VISTA, LOCAL
P14 OFIC
CIUDAD DE  1406 F
PANAMA

CENTRAL COAST WINE SERVICES
132 E. CARRILLO STREET
SANTA BARBARA, CA  93101

CENTRAL COAST WINE SERVICES
2717 AVIATION WAY
SANTA MARIA, CA  93455

CENTRAL DISTRICT OF CALIFORNIA
312 N SPRING ST, STE 1200
LOS ANGELES, CA  90012

CENTRAL ENTERTAINMENT GROUP, INC.
1001 AVENUE OF AMERICAS, 14TH FLOOR
NEW YORK, NY  10018

CENTRAL NATIONAL GOTTESMAN INC.
(DBA MEDIA HORIZONS LLC)
3 MANHATTANVILLE ROAD SUITE 301
PURCHASE, NY  10577

CENTRAL VALLEY ADMINISTRATORS INC
3115 OCEAN FRONT WALK SUITE 301
MARINA DEL REY, CA  90292

CENTRELLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CENTRELLA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CENTRO, INC.
11 E. MADISON ST.
CHICAGO, IL  60602

CENTURINO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CENTURY LINK
PO BOX 29040
PHOENIX, AZ  85038-9040

CENTURY THEATRES
ADDRESS UNAVAILABLE AT TIME OF FILING

CENUSER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CEONZO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CEPEDA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

CEPEDA, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

CEPEDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CEPEDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CEPEDA, MARISA
ADDRESS AVAILABLE UPON REQUEST

CEPELA, ANA
ADDRESS AVAILABLE UPON REQUEST

CEPESA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CEPHAS SUND
ADDRESS AVAILABLE UPON REQUEST

CEPHUS, JANICE
ADDRESS AVAILABLE UPON REQUEST

CEPICKY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CEPPOS, LARRY
ADDRESS AVAILABLE UPON REQUEST

CER, OLYVIA
ADDRESS AVAILABLE UPON REQUEST

CERAFICE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

CERAME, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CERAMI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CERAMI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CERAR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CERASOLI, LISA
ADDRESS AVAILABLE UPON REQUEST

CERAVOLO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CERAVONE, JILL
ADDRESS AVAILABLE UPON REQUEST

CERBANTEC, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CERBERVILLE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CERCENIA, LORIANNE
ADDRESS AVAILABLE UPON REQUEST

CERCIELLO, CARLA
ADDRESS AVAILABLE UPON REQUEST

CERCIELLO, CORINA
ADDRESS AVAILABLE UPON REQUEST

CERCLE ROUGE
ADDRESS UNAVAILABLE AT TIME OF FILING

CERCONE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CERCY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CERDA, ALI
ADDRESS AVAILABLE UPON REQUEST

CERDA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CERDA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CERDA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CERDA, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CERE, NENA
ADDRESS AVAILABLE UPON REQUEST

CEREGHINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CERESA, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

CERESA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CEREZO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

CERGIZAN, TORI
ADDRESS AVAILABLE UPON REQUEST

CERP, CATHY
ADDRESS AVAILABLE UPON REQUEST

CERKCENIK, SOFIA
ADDRESS AVAILABLE UPON REQUEST

CERKVENIK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CERMENO, NANCY
ADDRESS AVAILABLE UPON REQUEST

CERMINARA, KAYLEA
ADDRESS AVAILABLE UPON REQUEST

CERNA, HALEY
ADDRESS AVAILABLE UPON REQUEST

CERNA, LIVIA
ADDRESS AVAILABLE UPON REQUEST

CERNAK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CERNAKOVA, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

CERNEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CERNIGLIA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CERNIUS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CERNOVOL, LUDMILA
ADDRESS AVAILABLE UPON REQUEST

CERNY, ANDY
ADDRESS AVAILABLE UPON REQUEST

CERNY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CERNY, WENDY
ADDRESS AVAILABLE UPON REQUEST

CERNY-CZYKIER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CERON, VALERIA
ADDRESS AVAILABLE UPON REQUEST

CERONE GIOIA, JILL
ADDRESS AVAILABLE UPON REQUEST

CERONE, JILL
ADDRESS AVAILABLE UPON REQUEST

CERQUA, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

CERRATO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CERRATO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CERRATO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CERRATO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CERRETANI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

CERRI, HALEY
ADDRESS AVAILABLE UPON REQUEST

CERRITELLI, RHODA
ADDRESS AVAILABLE UPON REQUEST

CERRITO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CERRO, NINA
ADDRESS AVAILABLE UPON REQUEST

CERRUTI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CERTA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CERTAIN SOURCE
338 COMMERCE DRIVE, 2ND FLOOR
FAIRFIELD, CT  06825

CERTAIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

CERTENT, INC
4683 CHABOT DR. STE 260
PLEASANTON, CA  94588

CERTIFIED LABORATORIES LLC
65 MARCUS DRIVE
MELVILLE, NY  11747

CERTILMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

CERTO, EMILY
ADDRESS AVAILABLE UPON REQUEST

CERTUSE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CERULLI, LYNDA
ADDRESS AVAILABLE UPON REQUEST

CERULLO, JILL
ADDRESS AVAILABLE UPON REQUEST

CERULLO, JULIE
ADDRESS AVAILABLE UPON REQUEST

CERULLO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CERUTO, HARRISON
ADDRESS AVAILABLE UPON REQUEST

CERUTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CERUTTI, GEMMA
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, CODY
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, KEITH
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, KENYA
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, KORTNEY
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, MARIE
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, RAMSES
ADDRESS AVAILABLE UPON REQUEST

CERVANTES, ROSA
ADDRESS AVAILABLE UPON REQUEST

CERVANTES-MONROE, TOMAS
ADDRESS AVAILABLE UPON REQUEST

CERVANTES-OSPINA, KEIKO
ADDRESS AVAILABLE UPON REQUEST

CERVANTEZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CERVANTEZ, NEXI
ADDRESS AVAILABLE UPON REQUEST

CERVENKA, ADAM
ADDRESS AVAILABLE UPON REQUEST

CERVERA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

CERVI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CERVIN, ANA
ADDRESS AVAILABLE UPON REQUEST

CERVINI, LINDA
ADDRESS AVAILABLE UPON REQUEST

CERVINKA, LORI
ADDRESS AVAILABLE UPON REQUEST

CERVONE, MARINA
ADDRESS AVAILABLE UPON REQUEST

CERWINSKE, LEAH
ADDRESS AVAILABLE UPON REQUEST

CESAK, PENNY
ADDRESS AVAILABLE UPON REQUEST

CESANI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CESAR, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CESAR, RODNEY
ADDRESS AVAILABLE UPON REQUEST

CESARANO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CESARI, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CESARZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CESINO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CESPEDES, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CESPEDES, KELLY
ADDRESS AVAILABLE UPON REQUEST

CESPEDES, PAULA
ADDRESS AVAILABLE UPON REQUEST

CESSNA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CESTRONE, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

CETINA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CETINO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CETINTAS, ROSEANNE
ADDRESS AVAILABLE UPON REQUEST

CETRULLO, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

CETTA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CEVALLOS, BLANCA PAMELA
ADDRESS AVAILABLE UPON REQUEST

CEVALLOS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CEVALLOS, RICARDO
ADDRESS AVAILABLE UPON REQUEST

CEYROLLES, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CFT CLEAR FINANCE TECHNOLOGY CORP
ATTN MITCH DANIEL, INVESTOR DIRECTOR
2810 N CHURCH ST 68100
WILMINGTON, DE  19802-4447

CFT CLEAR FINANCE TECHNOLOGY CORP.
ATTN: MITCH DANIEL, INVESTOR DIRECTOR
2810 N. CHURCH ST., 68100
WILMINGTON, DE  19802-4447

CHA, CHU HUI
ADDRESS AVAILABLE UPON REQUEST

CHA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

CHA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CHA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHA, JIEUN
ADDRESS AVAILABLE UPON REQUEST

CHA, SUMIN
ADDRESS AVAILABLE UPON REQUEST

CHA, TONI
ADDRESS AVAILABLE UPON REQUEST

CHAAR, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHABAN, DANIA
ADDRESS AVAILABLE UPON REQUEST

CHABLA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHABOT II, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CHABOT, PHILIP
ADDRESS AVAILABLE UPON REQUEST

CHABOT, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

CHABOUDE, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

CHABOYA, LOUIS
ADDRESS AVAILABLE UPON REQUEST

CHACE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CHACHA, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

CHACHULA, NANCY
ADDRESS AVAILABLE UPON REQUEST

CHACKAN, NARINDER
ADDRESS AVAILABLE UPON REQUEST

CHACKO, BETSIE
ADDRESS AVAILABLE UPON REQUEST

CHACKO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CHACON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CHACON, AZALEA
ADDRESS AVAILABLE UPON REQUEST

CHACON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHACON, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

CHACON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHACON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CHACON, PEARL
ADDRESS AVAILABLE UPON REQUEST

CHACON, ZINA
ADDRESS AVAILABLE UPON REQUEST

CHACOROWSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHAD ANDREW EBERLY
ADDRESS AVAILABLE UPON REQUEST

CHAD CURTIN
ADDRESS AVAILABLE UPON REQUEST

CHAD D STEINHAUER
ADDRESS AVAILABLE UPON REQUEST

CHAD EIRING
ADDRESS AVAILABLE UPON REQUEST

CHAD HARP
ADDRESS AVAILABLE UPON REQUEST

CHAD MAYER
ADDRESS AVAILABLE UPON REQUEST

CHAD NOBLE-TABIOLO
ADDRESS AVAILABLE UPON REQUEST

CHAD ROBERT BLASS
ADDRESS AVAILABLE UPON REQUEST

CHAD THYZEL
ADDRESS AVAILABLE UPON REQUEST

CHAD WALKER
ADDRESS AVAILABLE UPON REQUEST

CHADA, S
ADDRESS AVAILABLE UPON REQUEST

CHADBAND, EM
ADDRESS AVAILABLE UPON REQUEST

CHADBURN, PIERCE
ADDRESS AVAILABLE UPON REQUEST

CHADDA, ANISHA
ADDRESS AVAILABLE UPON REQUEST

CHADDERTON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CHADDOCK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CHADER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CHADHA, ARCHA MEHTA
ADDRESS AVAILABLE UPON REQUEST

CHADWELL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHADWICK KUHN
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, HELENE
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, JOHNATHON
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KASEY
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KATY
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KELLIE
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHADWICK, TONI
ADDRESS AVAILABLE UPON REQUEST

CHAE, ILJOO
ADDRESS AVAILABLE UPON REQUEST

CHAE, JAKYOUNG
ADDRESS AVAILABLE UPON REQUEST

CHAFEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHAFFE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAFFEE, CATHAL
ADDRESS AVAILABLE UPON REQUEST

CHAFFEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHAFFEE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CHAFFEE, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

CHAFFEE, THERESA
ADDRESS AVAILABLE UPON REQUEST

CHAFFEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

CHAFFEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

CHAFFIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHAFFMAN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CHAFIN, JESSE
ADDRESS AVAILABLE UPON REQUEST

CHAFIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHAFLOQUE, GEOVANIA
ADDRESS AVAILABLE UPON REQUEST

CHAGAS, WANDERSON
ADDRESS AVAILABLE UPON REQUEST

CHAGNON, COREY
ADDRESS AVAILABLE UPON REQUEST

CHAGOLLA, CINDY
ADDRESS AVAILABLE UPON REQUEST

CHAHAL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAHAL, RANDEEP
ADDRESS AVAILABLE UPON REQUEST

CHAHAL, SIMRAN
ADDRESS AVAILABLE UPON REQUEST

CHAHANOVICH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CHAHINE-NIKIC, NADEEN
ADDRESS AVAILABLE UPON REQUEST

CHAI CHINEA
ADDRESS AVAILABLE UPON REQUEST

CHAI, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CHAI, PAUL
ADDRESS AVAILABLE UPON REQUEST

CHAIDEZ, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

CHAIDEZ, JESS
ADDRESS AVAILABLE UPON REQUEST

CHAIDEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHAIKEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHAIKIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHAIKIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAIRION, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHAIRNOFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAISE, JOSH
ADDRESS AVAILABLE UPON REQUEST

CHAISSON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CHAIT, GAYLE
ADDRESS AVAILABLE UPON REQUEST

CHAITANYA NARAYAN
ADDRESS AVAILABLE UPON REQUEST

CHAITANYA SAGIRAJU
ADDRESS AVAILABLE UPON REQUEST

CHAIYACHAKORN, NICK
ADDRESS AVAILABLE UPON REQUEST

CHAKHTOURA, LORI
ADDRESS AVAILABLE UPON REQUEST

CHAKHTOURA, LORI
ADDRESS AVAILABLE UPON REQUEST

CHAKIA MORRIS
ADDRESS AVAILABLE UPON REQUEST

CHAKKALAKAL, SMIRTHI
ADDRESS AVAILABLE UPON REQUEST

CHAKOIAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

CHAKRABARTY, SANDEEP
ADDRESS AVAILABLE UPON REQUEST

CHAKRABORTI, PRANAMITA
ADDRESS AVAILABLE UPON REQUEST

CHAKRABORTY, DISHANI
ADDRESS AVAILABLE UPON REQUEST

CHAKRAVORTY, MILANENDU
ADDRESS AVAILABLE UPON REQUEST

CHAL, BIANCA
ADDRESS AVAILABLE UPON REQUEST

CHAL, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

CHALAM, NIVEDITHA
ADDRESS AVAILABLE UPON REQUEST

CHALAT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHALCO, DIANA
ADDRESS AVAILABLE UPON REQUEST

CHALELA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHALET, JANET
ADDRESS AVAILABLE UPON REQUEST

CHALFIN, SALLIE
ADDRESS AVAILABLE UPON REQUEST

CHALIK, MARK
ADDRESS AVAILABLE UPON REQUEST

CHALK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CHALLA, SNEHA
ADDRESS AVAILABLE UPON REQUEST

CHALLENGER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHALLENGER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHALLENGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHALLINGSWORTH, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, MARY
ADDRESS AVAILABLE UPON REQUEST

CHALMERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CHALMIN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHALOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHALPE, MONU
ADDRESS AVAILABLE UPON REQUEST

CHALSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHALTRY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CHALTRY, REBEKKA
ADDRESS AVAILABLE UPON REQUEST

CHALUISAN, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

CHAM, JULIENNE
ADDRESS AVAILABLE UPON REQUEST

CHAM, TRINA
ADDRESS AVAILABLE UPON REQUEST

CHAMANARA, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAMBEAU, BRUCE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN PARRIS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, CODY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, EVA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, JEANIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, KEMA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAIN, TED
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, LORETTA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, SARA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERLIN, SHAUNTA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, ANDY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, ANTHEA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, BARB
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, CARIN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, DEANZA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, ERNEST
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JEMILLE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JENIFER
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JOEL
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, JOY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, LYNN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MCKINZIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, MORIAH
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, RYANN
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, SAM
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, SARA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, TAYLER
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, TERRY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHAMBERS, WENDY
ADDRESS AVAILABLE UPON REQUEST

CHAMBLEE, TORI
ADDRESS AVAILABLE UPON REQUEST

CHAMBLESS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CHAMBLESS, EMMA
ADDRESS AVAILABLE UPON REQUEST

CHAMBLESS, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHAMBLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHAMBLIN, TYLER
ADDRESS AVAILABLE UPON REQUEST

CHAMBLISS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CHAMBLISS, MARY
ADDRESS AVAILABLE UPON REQUEST

CHAMBOULLIDES, SARA
ADDRESS AVAILABLE UPON REQUEST

CHAMBULE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CHAMIZO, GISELLE
ADDRESS AVAILABLE UPON REQUEST

CHAMMAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHAMNESS, BLOSSOM
ADDRESS AVAILABLE UPON REQUEST

CHAMOFF, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CHAMOUN, RAMZI
ADDRESS AVAILABLE UPON REQUEST

CHAMP, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

CHAMP, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, ELENI
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, ROSALINE
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, SETH
ADDRESS AVAILABLE UPON REQUEST

CHAMPAGNE, VICKY
ADDRESS AVAILABLE UPON REQUEST

CHAMPALANNE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHAMPE, JUDY
ADDRESS AVAILABLE UPON REQUEST

CHAMPEAU, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHAMPENE, LISA
ADDRESS AVAILABLE UPON REQUEST

CHAMPINE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CHAMPION, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CHAMPION, SHAUN
ADDRESS AVAILABLE UPON REQUEST

CHAMPION, TERESA
ADDRESS AVAILABLE UPON REQUEST

CHAMPLEY, DUSTY
ADDRESS AVAILABLE UPON REQUEST

CHAMPLIN, COREY
ADDRESS AVAILABLE UPON REQUEST

CHAMPLIN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CHAMPLIN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

CHAMPLIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CHAMPNEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHAMPOUX, EMMA ANNE
ADDRESS AVAILABLE UPON REQUEST

CHAMRYK, LESIA
ADDRESS AVAILABLE UPON REQUEST

CHAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

CHAN, ALBERT
ADDRESS AVAILABLE UPON REQUEST

CHAN, AMY
ADDRESS AVAILABLE UPON REQUEST

CHAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

CHAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CHAN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CHAN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CHAN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CHAN, EDWIN
ADDRESS AVAILABLE UPON REQUEST

CHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHAN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CHAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHAN, HAO LIN
ADDRESS AVAILABLE UPON REQUEST

CHAN, HELEN
ADDRESS AVAILABLE UPON REQUEST

CHAN, HOWARD
ADDRESS AVAILABLE UPON REQUEST

CHAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CHAN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

CHAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

CHAN, KIT
ADDRESS AVAILABLE UPON REQUEST

CHAN, KWUN YIN
ADDRESS AVAILABLE UPON REQUEST

CHAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHAN, LIAN
ADDRESS AVAILABLE UPON REQUEST

CHAN, LUCILLA
ADDRESS AVAILABLE UPON REQUEST

CHAN, MARTIN
ADDRESS AVAILABLE UPON REQUEST

CHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CHAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

CHAN, SERENE
ADDRESS AVAILABLE UPON REQUEST

CHAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CHAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

CHAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

CHAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CHAN, XAVIER
ADDRESS AVAILABLE UPON REQUEST

CHAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

CHANCE, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHANCE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CHANCE, SHEIMEITA
ADDRESS AVAILABLE UPON REQUEST

CHANCE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHANCELLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHANCEY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CHANCEY, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

CHAND, AMRITA
ADDRESS AVAILABLE UPON REQUEST

CHANDA, DEBASHIS
ADDRESS AVAILABLE UPON REQUEST

CHANDANDEEP SODHI
ADDRESS AVAILABLE UPON REQUEST

CHANDLALL, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER BURTON
ADDRESS AVAILABLE UPON REQUEST

CHANDLER DUTTON
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, AMELIA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, AMY
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, GRACE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, JAKE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, JILL
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, KATE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, LEWIS
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, LORETTA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, MATT
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, SONDRA
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHANDLER, TOMEY
ADDRESS AVAILABLE UPON REQUEST

CHANDLESS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHANDOLA, ANKIT
ADDRESS AVAILABLE UPON REQUEST

CHANDRA SEKHARA RAJAGIRI
ADDRESS AVAILABLE UPON REQUEST

CHANDRA, VYSHAK
ADDRESS AVAILABLE UPON REQUEST

CHANDRAMOULI, KIRTHANA
ADDRESS AVAILABLE UPON REQUEST

CHANDRAN BAKER
ADDRESS AVAILABLE UPON REQUEST

CHANDRASEKAR JAGADEESWARAIAH
ADDRESS AVAILABLE UPON REQUEST

CHANDRASEKAR, BHARGAVI
ADDRESS AVAILABLE UPON REQUEST

CHANDRASEKHAR, BALAJI
ADDRESS AVAILABLE UPON REQUEST

CHANDRASHEKAR PATHAPATI
ADDRESS AVAILABLE UPON REQUEST

CHANDWANI, ASHISH
ADDRESS AVAILABLE UPON REQUEST

CHANDWANI, VINITA
ADDRESS AVAILABLE UPON REQUEST

CHANEL CLOETE
ADDRESS AVAILABLE UPON REQUEST

CHANEL-FAITEAU, CHARDLINE
ADDRESS AVAILABLE UPON REQUEST

CHANEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

CHANEY, ANA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CHANEY, CALIFORNIA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, CARLY
ADDRESS AVAILABLE UPON REQUEST

CHANEY, HOPE
ADDRESS AVAILABLE UPON REQUEST

CHANEY, KEIDRA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, MELVIN
ADDRESS AVAILABLE UPON REQUEST

CHANEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, SARA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

CHANEY, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

CHANEY, YVONNE
ADDRESS AVAILABLE UPON REQUEST

CHANG, ALEX
ADDRESS AVAILABLE UPON REQUEST

CHANG, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CHANG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHANG, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CHANG, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CHANG, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CHANG, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CHANG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHANG, CHIH-LAN
ADDRESS AVAILABLE UPON REQUEST

CHANG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHANG, CHUN
ADDRESS AVAILABLE UPON REQUEST

CHANG, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

CHANG, CLEMENT
ADDRESS AVAILABLE UPON REQUEST

CHANG, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CHANG, CORINAMARIE
ADDRESS AVAILABLE UPON REQUEST

CHANG, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHANG, DIANE
ADDRESS AVAILABLE UPON REQUEST

CHANG, EDEN
ADDRESS AVAILABLE UPON REQUEST

CHANG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHANG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHANG, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHANG, HO
ADDRESS AVAILABLE UPON REQUEST

CHANG, IRIS
ADDRESS AVAILABLE UPON REQUEST

CHANG, JANE
ADDRESS AVAILABLE UPON REQUEST

CHANG, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CHANG, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHANG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CHANG, JOYCE
ADDRESS AVAILABLE UPON REQUEST

CHANG, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CHANG, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHANG, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHANG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHANG, MING
ADDRESS AVAILABLE UPON REQUEST

CHANG, MONICA
ADDRESS AVAILABLE UPON REQUEST

CHANG, NATHAN
ADDRESS AVAILABLE UPON REQUEST

CHANG, NORMAN
ADDRESS AVAILABLE UPON REQUEST

CHANG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHANG, RANDY
ADDRESS AVAILABLE UPON REQUEST

CHANG, SANDY
ADDRESS AVAILABLE UPON REQUEST

CHANG, SATORI
ADDRESS AVAILABLE UPON REQUEST

CHANG, STEPHANE
ADDRESS AVAILABLE UPON REQUEST

CHANG, TERREN
ADDRESS AVAILABLE UPON REQUEST

CHANG, TRACY
ADDRESS AVAILABLE UPON REQUEST

CHANG, YOO-REE
ADDRESS AVAILABLE UPON REQUEST

CHANGMU, TANTSENG
ADDRESS AVAILABLE UPON REQUEST

CHANGOSE, EMMA
ADDRESS AVAILABLE UPON REQUEST

CHANIN COLES
ADDRESS AVAILABLE UPON REQUEST

CHANNARASAPPA, KEERTHI
ADDRESS AVAILABLE UPON REQUEST

CHANNELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CHANNELL, JERRI
ADDRESS AVAILABLE UPON REQUEST

CHANNELL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CHANNEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

CHANNER, KEISHA
ADDRESS AVAILABLE UPON REQUEST

CHANNING, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

CHANT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHANT, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

CHANTAL HANSEN
ADDRESS AVAILABLE UPON REQUEST

CHANTAL JACOB
ADDRESS AVAILABLE UPON REQUEST

CHANTE LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

CHANTEL, ASHIA
ADDRESS AVAILABLE UPON REQUEST

CHANTHAPASEUT, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHANTHAVONG, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHANTRY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CHAO, ALBERT
ADDRESS AVAILABLE UPON REQUEST

CHAO, ERIC
ADDRESS AVAILABLE UPON REQUEST

CHAO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHAO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHAO, TAI FONG
ADDRESS AVAILABLE UPON REQUEST

CHAPA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CHAPA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

CHAPARRO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHAPARRO, MEGAN DELYSE
ADDRESS AVAILABLE UPON REQUEST

CHAPERON, MEG
ADDRESS AVAILABLE UPON REQUEST

CHAPIE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CHAPIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHAPIN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CHAPIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHAPIN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHAPIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHAPLAIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

CHAPLAIN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CHAPLIN AND GAURA, MARK AND MARK
ADDRESS AVAILABLE UPON REQUEST

CHAPLIN, ALANA
ADDRESS AVAILABLE UPON REQUEST

CHAPLIN, ALFREDA
ADDRESS AVAILABLE UPON REQUEST

CHAPLIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CHAPLIN, ROMAIN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, CANDY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, EVA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, GWEN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JORDYN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KALLI
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KENEDI
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, LINSEY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, OLGA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, RAE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, RANDY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, REESE
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CHAPMAN-LIM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHAPONIS, DEVINEY
ADDRESS AVAILABLE UPON REQUEST

CHAPPEL, CARLEA
ADDRESS AVAILABLE UPON REQUEST

CHAPPEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAPPELEAR, TRACI
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, JEFF
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, JULIA
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, LARRY
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, MARY MARGARET
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, SABRINAH
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CHAPPELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHAPPELLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHAPPELLE, NELSON
ADDRESS AVAILABLE UPON REQUEST

CHAPPELOW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHAPPLE, PEPPA
ADDRESS AVAILABLE UPON REQUEST

CHAPUS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHAPUT, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CHAPUT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHARANJIT KAUR
ADDRESS AVAILABLE UPON REQUEST

CHARAP, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CHARBONIER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CHARBONNEAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHARCHAR, MELINDA
ADDRESS AVAILABLE UPON REQUEST

CHARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHAREST, CARSON
ADDRESS AVAILABLE UPON REQUEST

CHAREST, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAREST, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHAREST, TINA
ADDRESS AVAILABLE UPON REQUEST

CHARETTE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

CHARETTE, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHARETTE, NITA
ADDRESS AVAILABLE UPON REQUEST

CHARETTE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHARGOIS, TINA
ADDRESS AVAILABLE UPON REQUEST

CHARISSA LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

CHARITY WATER
ADDRESS AVAILABLE UPON REQUEST

CHARITY, CRYSTALINE
ADDRESS AVAILABLE UPON REQUEST

CHARLA FRANCINE GRUBER
ADDRESS AVAILABLE UPON REQUEST

CHARLAND, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CHARLCIE CLARK
ADDRESS AVAILABLE UPON REQUEST

CHARLEBOIS, RENE
ADDRESS AVAILABLE UPON REQUEST

CHARLES A WILSON
ADDRESS AVAILABLE UPON REQUEST

CHARLES ANTHONY LELM
ADDRESS AVAILABLE UPON REQUEST

CHARLES AYODELE SMITH
ADDRESS AVAILABLE UPON REQUEST

CHARLES BARTON LOVEKIN
ADDRESS AVAILABLE UPON REQUEST

CHARLES BRYAN SADLEIR
ADDRESS AVAILABLE UPON REQUEST

CHARLES CZUPRYNSKI
ADDRESS AVAILABLE UPON REQUEST

CHARLES D HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

CHARLES DAUGHERTY
ADDRESS AVAILABLE UPON REQUEST

CHARLES ECK
ADDRESS AVAILABLE UPON REQUEST

CHARLES FLEMING
ADDRESS AVAILABLE UPON REQUEST

CHARLES FREEMAN
ADDRESS AVAILABLE UPON REQUEST

CHARLES HECTOR WRENCH
ADDRESS AVAILABLE UPON REQUEST

CHARLES HOLLSTEIN
ADDRESS AVAILABLE UPON REQUEST

CHARLES J MERRILL
ADDRESS AVAILABLE UPON REQUEST

CHARLES J OLSEN IV
ADDRESS AVAILABLE UPON REQUEST

CHARLES L WALDING
ADDRESS AVAILABLE UPON REQUEST

CHARLES LOUIS ORWIG
ADDRESS AVAILABLE UPON REQUEST

CHARLES LUCQUES
ADDRESS AVAILABLE UPON REQUEST

CHARLES MAUNEY
ADDRESS AVAILABLE UPON REQUEST

CHARLES MOUNT
ADDRESS AVAILABLE UPON REQUEST

CHARLES ORWIG
ADDRESS AVAILABLE UPON REQUEST

CHARLES PHELPS
ADDRESS AVAILABLE UPON REQUEST

CHARLES REED
ADDRESS AVAILABLE UPON REQUEST

CHARLES S FREEHILL
ADDRESS AVAILABLE UPON REQUEST

CHARLES S RAPER
ADDRESS AVAILABLE UPON REQUEST

CHARLES SCHWAB & CO., INC. (0164)
ATTN CHRISTINA YOUNG OR PROXY MGR
2423 EAST LINCOLN DR
PHOENIX, AZ 85016-1215

CHARLES SHERRIT
ADDRESS AVAILABLE UPON REQUEST

CHARLES SHIBER
ADDRESS AVAILABLE UPON REQUEST

CHARLES SMITH WINES
35 SPOKANE STREET
WALLA WALLA, WA  99362

CHARLES SMITH
ADDRESS AVAILABLE UPON REQUEST

CHARLES SMITH
ADDRESS AVAILABLE UPON REQUEST

CHARLES STEWART
ADDRESS AVAILABLE UPON REQUEST

CHARLES TAO
ADDRESS AVAILABLE UPON REQUEST

CHARLES WILLIAM BRIFFITT
ADDRESS AVAILABLE UPON REQUEST

CHARLES WILSON
ADDRESS AVAILABLE UPON REQUEST

CHARLES, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, AVALLINA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, BOOHER
ADDRESS AVAILABLE UPON REQUEST

CHARLES, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

CHARLES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHARLES, DANIKA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, GESTEY
ADDRESS AVAILABLE UPON REQUEST

CHARLES, GINNY
ADDRESS AVAILABLE UPON REQUEST

CHARLES, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

CHARLES, JACKIE
ADDRESS AVAILABLE UPON REQUEST

CHARLES, JEAN/JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CHARLES, KATINA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, KAYTE
ADDRESS AVAILABLE UPON REQUEST

CHARLES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CHARLES, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CHARLES, PERSIS
ADDRESS AVAILABLE UPON REQUEST

CHARLES, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHARLES, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHARLES, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHARLES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHARLES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHARLES, THANA-ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHARLES, TIA
ADDRESS AVAILABLE UPON REQUEST

CHARLES, WICKENSON
ADDRESS AVAILABLE UPON REQUEST

CHARLESTON, CATON
ADDRESS AVAILABLE UPON REQUEST

CHARLEY, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CHARLIER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHARLIER, MONICA
ADDRESS AVAILABLE UPON REQUEST

CHARLINO, SAM
ADDRESS AVAILABLE UPON REQUEST

CHARLOT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CHARLOT, RENEE
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE DUJARDIN
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE ELOISE STANCIOFF
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE FAZIO
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE HARRIS
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE OUALLINE
ADDRESS AVAILABLE UPON REQUEST

CHARLOTTE WADSWORTH
ADDRESS AVAILABLE UPON REQUEST

CHARLSON, JACK
ADDRESS AVAILABLE UPON REQUEST

CHARLSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CHARLTON CEVIN MILLER
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, DIANE
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, SARA
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CHARLTON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHARLWOOD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CHARMAGNE AINSLEY
ADDRESS AVAILABLE UPON REQUEST

CHARMAINE CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

CHARNY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHARNY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CHARPENTIER, MAUD
ADDRESS AVAILABLE UPON REQUEST

CHARPENTIER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHARRIEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHARROUF, ERIN
ADDRESS AVAILABLE UPON REQUEST

CHARTER COMMUNICATIONS (D/B/A
SPECTRUM)
400 WASHINGTON BLVD
STAMFORD, CT  06902

CHARTER COMMUNICATIONS (D/B/A
SPECTRUM)
ATTN BANKRUPTCY
1600 DUBLIN RD
COLUMBUS, OH  43215

CHARTER COMMUNICATIONS
(D/B/A SPECTRUM)
P.O. BOX 60074
CITY OF INDUSTRY, CA  91716-0074

CHARTER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHARTER, KAYCI
ADDRESS AVAILABLE UPON REQUEST

CHARTON, STEVE
ADDRESS AVAILABLE UPON REQUEST

CHARYSZYN, LISA
ADDRESS AVAILABLE UPON REQUEST

CHARYYEVA, MERJEN
ADDRESS AVAILABLE UPON REQUEST

CHASE BANK
ADDRESS UNAVAILABLE AT TIME OF FILING

CHASE CHARLES HAY
ADDRESS AVAILABLE UPON REQUEST

CHASE HAMILTON PARKER
ADDRESS AVAILABLE UPON REQUEST

CHASE III, RICKY
ADDRESS AVAILABLE UPON REQUEST

CHASE SCHOCK
ADDRESS AVAILABLE UPON REQUEST

CHASE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CHASE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CHASE, CAPT TARA
ADDRESS AVAILABLE UPON REQUEST

CHASE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHASE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CHASE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHASE, DELANEY
ADDRESS AVAILABLE UPON REQUEST

CHASE, DIAN
ADDRESS AVAILABLE UPON REQUEST

CHASE, DIANA
ADDRESS AVAILABLE UPON REQUEST

CHASE, EMMA
ADDRESS AVAILABLE UPON REQUEST

CHASE, ETHAN
ADDRESS AVAILABLE UPON REQUEST

CHASE, GLENN
ADDRESS AVAILABLE UPON REQUEST

CHASE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHASE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CHASE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CHASE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHASE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHASE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHASE, MARA
ADDRESS AVAILABLE UPON REQUEST

CHASE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHASE, MICKENZIE
ADDRESS AVAILABLE UPON REQUEST

CHASE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CHASE, OLIVER
ADDRESS AVAILABLE UPON REQUEST

CHASE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHASE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

CHASE, TAMI
ADDRESS AVAILABLE UPON REQUEST

CHASE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHASE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

CHASE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHASELLE MIRANDA
ADDRESS AVAILABLE UPON REQUEST

CHASEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHASHNIK, TATYANA
ADDRESS AVAILABLE UPON REQUEST

CHASIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CHASKES, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CHASLYN PILARCIK
ADDRESS AVAILABLE UPON REQUEST

CHASSE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

CHASSEREAU, WAYNE
ADDRESS AVAILABLE UPON REQUEST

CHASTAIN, AMY
ADDRESS AVAILABLE UPON REQUEST

CHASTAIN, BOBBY
ADDRESS AVAILABLE UPON REQUEST

CHASTAIN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CHASTAIN, MALLEY
ADDRESS AVAILABLE UPON REQUEST

CHASTEEN, CARLY
ADDRESS AVAILABLE UPON REQUEST

CHASTEK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHASTITY GOODWIN
ADDRESS AVAILABLE UPON REQUEST

CHATAGNIER, AMY
ADDRESS AVAILABLE UPON REQUEST

CHATAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHATEAU DE NAGES
(VIGNOBLES MICHEL GASSIER)
CHEMIN DES CANAUX
CAISSARGUES  30132
FRANCE

CHATEAU DIANA LLC
101 GRANT AVENUE-UNIT A
HEALDSBURG, CA  95448

CHATEAU MARMONT F
ADDRESS UNAVAILABLE AT TIME OF FILING

CHATELAIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHATFIELD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CHATHAM, ALANI
ADDRESS AVAILABLE UPON REQUEST

CHATLOSH, CARLI
ADDRESS AVAILABLE UPON REQUEST

CHATMAN, CAMI
ADDRESS AVAILABLE UPON REQUEST

CHATMAN, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

CHATMAN, FELECIA
ADDRESS AVAILABLE UPON REQUEST

CHATOIAN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

CHATRI JHUNJHNUWALA
ADDRESS AVAILABLE UPON REQUEST

CHATT, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CHATTERGOON, MARIE
ADDRESS AVAILABLE UPON REQUEST

CHATTERJEE, MALA
ADDRESS AVAILABLE UPON REQUEST

CHATTERTON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CHATTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHATTOPADHYAY, DEBORATI
ADDRESS AVAILABLE UPON REQUEST

CHATURVEDI, NIKITA
ADDRESS AVAILABLE UPON REQUEST

CHATZKY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHAU, CINDY
ADDRESS AVAILABLE UPON REQUEST

CHAU, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHAU, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHAU, HOI
ADDRESS AVAILABLE UPON REQUEST

CHAU, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHAU, QUOC
ADDRESS AVAILABLE UPON REQUEST

CHAU, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHAUCA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CHAUDER, SANDIE
ADDRESS AVAILABLE UPON REQUEST

CHAUDHARI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CHAUDHARY, AUBREE
ADDRESS AVAILABLE UPON REQUEST

CHAUDHARY, JAI
ADDRESS AVAILABLE UPON REQUEST

CHAUDHRY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CHAUHAN, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

CHAUHAN, VINEET
ADDRESS AVAILABLE UPON REQUEST

CHAUNCEY, GAIL
ADDRESS AVAILABLE UPON REQUEST

CHAUNCEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

CHAUNER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

CHAUSOW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHAUVETTE, MARC
ADDRESS AVAILABLE UPON REQUEST

CHAUVIN, JASON
ADDRESS AVAILABLE UPON REQUEST

CHAUVIN, LOU
ADDRESS AVAILABLE UPON REQUEST

CHAVANNE, CAROLANNE
ADDRESS AVAILABLE UPON REQUEST

CHAVARRI, LISI
ADDRESS AVAILABLE UPON REQUEST

CHAVARRIA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CHAVARRIA, FLORIBETH
ADDRESS AVAILABLE UPON REQUEST

CHAVARRIA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHAVERRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHAVES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHAVES, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

CHAVES, JOE
ADDRESS AVAILABLE UPON REQUEST

CHAVES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHAVES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ BOWEN, JOSE XAVIER
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ARIANA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, BRANDY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CANDY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CARLA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CARLEY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHLOE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHRISTOPHER BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, DANIELA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, DANYRA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, DEARBHAILE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, DEICI
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JELLY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JONAH
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, JOSIE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, KARMA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, MYKA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, PRICILLA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, RICKEY
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, RUTH
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, STACI
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ, YADIRA
ADDRESS AVAILABLE UPON REQUEST

CHAVEZ-HOLZMAN, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

CHAVIANO, ANSARY
ADDRESS AVAILABLE UPON REQUEST

CHAVIN, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

CHAVIRA, TARA
ADDRESS AVAILABLE UPON REQUEST

CHAVIS, GINA
ADDRESS AVAILABLE UPON REQUEST

CHAVIS, JERI
ADDRESS AVAILABLE UPON REQUEST

CHAVIS, MS. HEATHER AND MR. PRESTON
ADDRESS AVAILABLE UPON REQUEST

CHAVIS, TESAEN
ADDRESS AVAILABLE UPON REQUEST

CHAVONNE BARON
ADDRESS AVAILABLE UPON REQUEST

CHAVOUS, AMBER
ADDRESS AVAILABLE UPON REQUEST

CHAWLA, MALLIKA
ADDRESS AVAILABLE UPON REQUEST

CHAWLA, NITIN
ADDRESS AVAILABLE UPON REQUEST

CHAWLA, SONIA
ADDRESS AVAILABLE UPON REQUEST

CHAWLA, VEDIKA
ADDRESS AVAILABLE UPON REQUEST

CHAWNER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CHAWNTA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

CHAYER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

CHAZ GRADY
ADDRESS AVAILABLE UPON REQUEST

CHE, CARISSA
ADDRESS AVAILABLE UPON REQUEST

CHE, CHANG
ADDRESS AVAILABLE UPON REQUEST

CHEA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHEADLE, MARCIA
ADDRESS AVAILABLE UPON REQUEST

CHEADLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHEAH, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHEAIRS, DESHARA
ADDRESS AVAILABLE UPON REQUEST

CHEAP, COLTON
ADDRESS AVAILABLE UPON REQUEST

CHEAPOAIR.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CHEAPTIX
ADDRESS UNAVAILABLE AT TIME OF FILING

CHEATHAM, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CHEATHAM, DIANE
ADDRESS AVAILABLE UPON REQUEST

CHEATHAM, TUNISIA
ADDRESS AVAILABLE UPON REQUEST

CHEATWOOD, KAREN
ADDRESS AVAILABLE UPON REQUEST

CHEBANU, AUREL
ADDRESS AVAILABLE UPON REQUEST

CHEBBINE, LYDIA
ADDRESS AVAILABLE UPON REQUEST

CHECCHI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHECCHI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHECCHIO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHECE, LUKE
ADDRESS AVAILABLE UPON REQUEST

CHECINSKI, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CHECINSKI, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

CHECK, CINDY
ADDRESS AVAILABLE UPON REQUEST

CHECK, HELEN
ADDRESS AVAILABLE UPON REQUEST

CHECKBUILDER PRO
ADDRESS UNAVAILABLE AT TIME OF FILING

CHECKLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHECKMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CHECO, JAN
ADDRESS AVAILABLE UPON REQUEST

CHEDIAK, LEILA
ADDRESS AVAILABLE UPON REQUEST

CHEE, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

CHEE, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

CHEEK, ABBI
ADDRESS AVAILABLE UPON REQUEST

CHEEK, BILLY
ADDRESS AVAILABLE UPON REQUEST

CHEEK, CARLA
ADDRESS AVAILABLE UPON REQUEST

CHEEK, CASEY
ADDRESS AVAILABLE UPON REQUEST

CHEEK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHEEK, ELLIE
ADDRESS AVAILABLE UPON REQUEST

CHEEMA, AJAY
ADDRESS AVAILABLE UPON REQUEST

CHEEMA, MANMEET
ADDRESS AVAILABLE UPON REQUEST

CHEERS, KIRRA
ADDRESS AVAILABLE UPON REQUEST

CHEESEBRO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CHEESECAKE FACTORY
ADDRESS UNAVAILABLE AT TIME OF FILING

CHEESEMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHEESMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHEESMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHEESMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CHEETHAM, CARA
ADDRESS AVAILABLE UPON REQUEST

CHEEVER, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHEEVER, JOY
ADDRESS AVAILABLE UPON REQUEST

CHEEVERS, CARA
ADDRESS AVAILABLE UPON REQUEST

CHEEVERS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHEEVES, ARCELIA
ADDRESS AVAILABLE UPON REQUEST

CHEFD LLC FOODMKT
291 CORAL CIRCLE EL
SEGUNDO, CA 90245

CHEFFEY, AUBREY
ADDRESS AVAILABLE UPON REQUEST

CHEFITZ, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CHEHAK, RUIE
ADDRESS AVAILABLE UPON REQUEST

CHEI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CHEIKHALI, RITA
ADDRESS AVAILABLE UPON REQUEST

CHEL LOVES WINE LLC
110 1ST ST, APT 21G
JERSEY CITY, NJ 07302

CHELAK, DIANNE
ADDRESS AVAILABLE UPON REQUEST

CHELALA, PETRA
ADDRESS AVAILABLE UPON REQUEST

CHELCHOWSKI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHELI, ALBERT
ADDRESS AVAILABLE UPON REQUEST

CHELIOS, TARA
ADDRESS AVAILABLE UPON REQUEST

CHELLAIAH, TAMIL
ADDRESS AVAILABLE UPON REQUEST

CHELLAPPA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHELLEW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHELNOKOV, JULIA
ADDRESS AVAILABLE UPON REQUEST

CHELOTTI, BETH
ADDRESS AVAILABLE UPON REQUEST

CHELSEA ALICIA BARRON
ADDRESS AVAILABLE UPON REQUEST

CHELSEA ANDREWS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHELSEA BANKS
ADDRESS AVAILABLE UPON REQUEST

CHELSEA BRICHE
ADDRESS AVAILABLE UPON REQUEST

CHELSEA COLLINS
ADDRESS AVAILABLE UPON REQUEST

CHELSEA ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

CHELSEA HERSEY
ADDRESS AVAILABLE UPON REQUEST

CHELSEA HITCH
ADDRESS AVAILABLE UPON REQUEST

CHELSEA JENKINS
ADDRESS AVAILABLE UPON REQUEST

CHELSEA MARKS
ADDRESS AVAILABLE UPON REQUEST

CHELSEA NASH
ADDRESS AVAILABLE UPON REQUEST

CHELSEA PARKER
ADDRESS AVAILABLE UPON REQUEST

CHELSEA ROBERTS
ADDRESS AVAILABLE UPON REQUEST

CHELSEA ROTH
ADDRESS AVAILABLE UPON REQUEST

CHELSEA SANNINO
ADDRESS AVAILABLE UPON REQUEST

CHELSEA SKIDMORE
ADDRESS AVAILABLE UPON REQUEST

CHELSEA WEATHERBY
ADDRESS AVAILABLE UPON REQUEST

CHELSEA, CANFIELD,
ADDRESS AVAILABLE UPON REQUEST

CHELSEA, MEDSGER,
ADDRESS AVAILABLE UPON REQUEST

CHELSEY NORTON
ADDRESS AVAILABLE UPON REQUEST

CHELSIE PETRAS
ADDRESS AVAILABLE UPON REQUEST

CHELSO, MARLENE
ADDRESS AVAILABLE UPON REQUEST

CHELSY GRANT
ADDRESS AVAILABLE UPON REQUEST

CHELTON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CHEN
ADDRESS AVAILABLE UPON REQUEST

CHEN, AMY
ADDRESS AVAILABLE UPON REQUEST

CHEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHEN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

CHEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHEN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

CHEN, BARBIE
ADDRESS AVAILABLE UPON REQUEST

CHEN, BETTY
ADDRESS AVAILABLE UPON REQUEST

CHEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHEN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CHEN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHEN, CHERYAL
ADDRESS AVAILABLE UPON REQUEST

CHEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHEN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHEN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CHEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CHEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHEN, DEAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CHEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

CHEN, FANNY
ADDRESS AVAILABLE UPON REQUEST

CHEN, HAN HAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, HENG
ADDRESS AVAILABLE UPON REQUEST

CHEN, HUNG-KUAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CHEN, JASON
ADDRESS AVAILABLE UPON REQUEST

CHEN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

CHEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHEN, JENNY
ADDRESS AVAILABLE UPON REQUEST

CHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHEN, JIA WEN
ADDRESS AVAILABLE UPON REQUEST

CHEN, JIMMY
ADDRESS AVAILABLE UPON REQUEST

CHEN, JOAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHEN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHEN, KUN
ADDRESS AVAILABLE UPON REQUEST

CHEN, LEO
ADDRESS AVAILABLE UPON REQUEST

CHEN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CHEN, LU
ADDRESS AVAILABLE UPON REQUEST

CHEN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

CHEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

CHEN, MOUYIN
ADDRESS AVAILABLE UPON REQUEST

CHEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

CHEN, PAIHSUEH
ADDRESS AVAILABLE UPON REQUEST

CHEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CHEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CHEN, PEIJIN
ADDRESS AVAILABLE UPON REQUEST

CHEN, PETER
ADDRESS AVAILABLE UPON REQUEST

CHEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHEN, SHANG-YANG
ADDRESS AVAILABLE UPON REQUEST

CHEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CHEN, SHELLY
ADDRESS AVAILABLE UPON REQUEST

CHEN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

CHEN, SIHAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, SIYUAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, SONG
ADDRESS AVAILABLE UPON REQUEST

CHEN, STACY
ADDRESS AVAILABLE UPON REQUEST

CHEN, STANLEY
ADDRESS AVAILABLE UPON REQUEST

CHEN, SUNDY
ADDRESS AVAILABLE UPON REQUEST

CHEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHEN, TINGZHAO
ADDRESS AVAILABLE UPON REQUEST

CHEN, TZUFANG
ADDRESS AVAILABLE UPON REQUEST

CHEN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, WEISHENG
ADDRESS AVAILABLE UPON REQUEST

CHEN, WEI-TI
ADDRESS AVAILABLE UPON REQUEST

CHEN, XI
ADDRESS AVAILABLE UPON REQUEST

CHEN, XIN
ADDRESS AVAILABLE UPON REQUEST

CHEN, XU
ADDRESS AVAILABLE UPON REQUEST

CHEN, XUANANG
ADDRESS AVAILABLE UPON REQUEST

CHEN, YANGYI
ADDRESS AVAILABLE UPON REQUEST

CHEN, YIIFANN
ADDRESS AVAILABLE UPON REQUEST

CHEN, YIYAN
ADDRESS AVAILABLE UPON REQUEST

CHEN, YIYI
ADDRESS AVAILABLE UPON REQUEST

CHEN, YUNG-LUNG
ADDRESS AVAILABLE UPON REQUEST

CHEN, ZHAOYUE
ADDRESS AVAILABLE UPON REQUEST

CHENAULT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHENAULT, SHIRLEY AND JOE
ADDRESS AVAILABLE UPON REQUEST

CHENCHARIK, KATHY
ADDRESS AVAILABLE UPON REQUEST

CHENCHEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHENEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHENEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHENEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHENEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHENEY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CHENEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CHENEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHENEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CHENEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHENEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHENEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHENG, CHIEHCHUNG
ADDRESS AVAILABLE UPON REQUEST

CHENG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHENG, HERBERT
ADDRESS AVAILABLE UPON REQUEST

CHENG, IRENE
ADDRESS AVAILABLE UPON REQUEST

CHENG, JANET
ADDRESS AVAILABLE UPON REQUEST

CHENG, JIA MIN
ADDRESS AVAILABLE UPON REQUEST

CHENG, KARYN
ADDRESS AVAILABLE UPON REQUEST

CHENG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHENG, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

CHENG, LESTER
ADDRESS AVAILABLE UPON REQUEST

CHENG, LISA
ADDRESS AVAILABLE UPON REQUEST

CHENG, MAIRE
ADDRESS AVAILABLE UPON REQUEST

CHENG, MEENA
ADDRESS AVAILABLE UPON REQUEST

CHENG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHENG, OLIVER
ADDRESS AVAILABLE UPON REQUEST

CHENG, PANSY
ADDRESS AVAILABLE UPON REQUEST

CHENG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHENG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHENG, YANG
ADDRESS AVAILABLE UPON REQUEST

CHENG, YING
ADDRESS AVAILABLE UPON REQUEST

CHENGPI WU
ADDRESS AVAILABLE UPON REQUEST

CHENGWEI YEN
ADDRESS AVAILABLE UPON REQUEST

CHENNAMANENI, SAICHANDER
ADDRESS AVAILABLE UPON REQUEST

CHENNAT, ASHWATY
ADDRESS AVAILABLE UPON REQUEST

CHENNELLS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHENOK, LIZ
ADDRESS AVAILABLE UPON REQUEST

CHENOWETH, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

CHENOWITH, AMY
ADDRESS AVAILABLE UPON REQUEST

CHENTORYCKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHEPAYKINA, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

CHEPOLIS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CHEPOTE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CHERABIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHERCHES, DAPHNE AND MATT
ADDRESS AVAILABLE UPON REQUEST

CHEREBIN, CARELLE
ADDRESS AVAILABLE UPON REQUEST

CHEREF, CHAIMAA
ADDRESS AVAILABLE UPON REQUEST

CHERENEK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHERENFANT, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CHEREPINSKY, SARA
ADDRESS AVAILABLE UPON REQUEST

CHERFILS, RICARDO
ADDRESS AVAILABLE UPON REQUEST

CHERI OFFENBERGER
ADDRESS AVAILABLE UPON REQUEST

CHERIAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CHERICHELLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHERIE NAVRATIL
ADDRESS AVAILABLE UPON REQUEST

CHERIE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

CHERILYN E DAVIDSONCIBELLI
ADDRESS AVAILABLE UPON REQUEST

CHERIN WATANABE
ADDRESS AVAILABLE UPON REQUEST

CHERINGTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHERISH HOWARD
ADDRESS AVAILABLE UPON REQUEST

CHERISH, V. LYNN
ADDRESS AVAILABLE UPON REQUEST

CHERMAK, AMBER
ADDRESS AVAILABLE UPON REQUEST

CHERMAK, TALIA
ADDRESS AVAILABLE UPON REQUEST

CHERNAY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CHERNEK, ROSE
ADDRESS AVAILABLE UPON REQUEST

CHERNESKY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHERNESS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHERNEY, JARED
ADDRESS AVAILABLE UPON REQUEST

CHERNEY, LIZA
ADDRESS AVAILABLE UPON REQUEST

CHERNGSAARD, SERENA
ADDRESS AVAILABLE UPON REQUEST

CHERNICKI, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CHERNIKOV, ALEXEI
ADDRESS AVAILABLE UPON REQUEST

CHERNOCK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CHERNOFF, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHERNOFF, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CHERNOFF-STEIER, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHERNOFF-TAYLOR, HOLLIND
ADDRESS AVAILABLE UPON REQUEST

CHERNOMORETS, OLGA
ADDRESS AVAILABLE UPON REQUEST

CHERNOWETZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHERNY, ALINA
ADDRESS AVAILABLE UPON REQUEST

CHERNY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CHEROKEE FREIGHT LINES LOGISTICS
5463 CHEROKEE ROAD
STOCKTON, CA  95215

CHEROL, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

CHERPAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHERRABI, ZAK
ADDRESS AVAILABLE UPON REQUEST

CHERRELUS, RUDDENS
ADDRESS AVAILABLE UPON REQUEST

CHERRINGTON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

CHERRY BOMBE, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

CHERRY CREEK MALL
ADDRESS UNAVAILABLE AT TIME OF FILING

CHERRY, CALEB
ADDRESS AVAILABLE UPON REQUEST

CHERRY, DESTINY
ADDRESS AVAILABLE UPON REQUEST

CHERRY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHERRY, EMMA
ADDRESS AVAILABLE UPON REQUEST

CHERRY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHERRY, JILL
ADDRESS AVAILABLE UPON REQUEST

CHERRY, KATHY
ADDRESS AVAILABLE UPON REQUEST

CHERRY, KELSIE
ADDRESS AVAILABLE UPON REQUEST

CHERRY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CHERRY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHERRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHERRY, MONICA
ADDRESS AVAILABLE UPON REQUEST

CHERRY, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHERRY, STEVE
ADDRESS AVAILABLE UPON REQUEST

CHERRY, TARAH
ADDRESS AVAILABLE UPON REQUEST

CHERRYHOLMES, ALISON
ADDRESS AVAILABLE UPON REQUEST

CHERSI, DANA
ADDRESS AVAILABLE UPON REQUEST

CHERSTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHERTAVIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHERTOFF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHERUKURI, SRI LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

CHERVETS, MARYANA
ADDRESS AVAILABLE UPON REQUEST

CHERVETS, MARYANA
ADDRESS AVAILABLE UPON REQUEST

CHERVINCHIK, OLGA
ADDRESS AVAILABLE UPON REQUEST

CHERVINSKY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CHERY, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

CHERY, MATHILDE
ADDRESS AVAILABLE UPON REQUEST

CHERYL EMERY
ADDRESS AVAILABLE UPON REQUEST

CHERYL LAROU
ADDRESS AVAILABLE UPON REQUEST

CHERYL LYNN ANGERER
ADDRESS AVAILABLE UPON REQUEST

CHERYL MARINO
ADDRESS AVAILABLE UPON REQUEST

CHERYL MILLER
ADDRESS AVAILABLE UPON REQUEST

CHERYL SEEGER
ADDRESS AVAILABLE UPON REQUEST

CHERYL WU-BRESHEARS
ADDRESS AVAILABLE UPON REQUEST

CHESHIER, DEBI
ADDRESS AVAILABLE UPON REQUEST

CHESHIER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHESHIRE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHESKIS, MARIANA
ADDRESS AVAILABLE UPON REQUEST

CHESLAK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CHESLEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

CHESLOCK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHESMAN, BERNARD
ADDRESS AVAILABLE UPON REQUEST

CHESNEY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

CHESNEY, DANEE
ADDRESS AVAILABLE UPON REQUEST

CHESNOKOVA, ARINA
ADDRESS AVAILABLE UPON REQUEST

CHESNOKOVA, LIDIA
ADDRESS AVAILABLE UPON REQUEST

CHESS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CHESSER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

CHESSER, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHESSER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

CHESSER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHESSER, LINDA
ADDRESS AVAILABLE UPON REQUEST

CHESSLER, AMY LYNN
ADDRESS AVAILABLE UPON REQUEST

CHESSLER, WYNNE
ADDRESS AVAILABLE UPON REQUEST

CHESSSLER, AMY
ADDRESS AVAILABLE UPON REQUEST

CHESTER K LAPP
ADDRESS AVAILABLE UPON REQUEST

CHESTER PEREZ
ADDRESS AVAILABLE UPON REQUEST

CHESTER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHESTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHESTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHESTER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CHESTER, HANNA
ADDRESS AVAILABLE UPON REQUEST

CHESTER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CHESTER, LISA
ADDRESS AVAILABLE UPON REQUEST

CHESTER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

CHESTER, LYNN
ADDRESS AVAILABLE UPON REQUEST

CHESTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHESTER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHESTERFIELD, TRACY
ADDRESS AVAILABLE UPON REQUEST

CHESTERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHESTLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHESTNUT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHESTNUTT-LINN, JESSE
ADDRESS AVAILABLE UPON REQUEST

CHESWORTH, BECKY
ADDRESS AVAILABLE UPON REQUEST

CHETAN PATEL
ADDRESS AVAILABLE UPON REQUEST

CHETARRA JENKINS
ADDRESS AVAILABLE UPON REQUEST

CHETCUTI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CHETHAN REDDY
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, AL
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, BONNIE
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, CARREN
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, HO KWAN
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, JASON
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, KAREN
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, NORA
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, PAGEE
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, WILFRED
ADDRESS AVAILABLE UPON REQUEST

CHEUNG, ZOE
ADDRESS AVAILABLE UPON REQUEST

CHEUVRONT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHEUVRONT, STACY
ADDRESS AVAILABLE UPON REQUEST

CHEVALEAU, MARC
ADDRESS AVAILABLE UPON REQUEST

CHEVALIER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHEVALIER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHEVALIER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHEVALIER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHEVALIER, EDIE
ADDRESS AVAILABLE UPON REQUEST

CHEVASCO, JAHAIRA
ADDRESS AVAILABLE UPON REQUEST

CHEVES, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CHEVRON
ADDRESS UNAVAILABLE AT TIME OF FILING

CHEW, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CHEW, ELYSA
ADDRESS AVAILABLE UPON REQUEST

CHEW, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHEW, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CHEW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHEW, RODNEY
ADDRESS AVAILABLE UPON REQUEST

CHEWNING, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CHEWNING, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CHEWNING, DIANNE
ADDRESS AVAILABLE UPON REQUEST

CHEWNING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHEWNING, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CHEY, KAY
ADDRESS AVAILABLE UPON REQUEST

CHEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHHABRA, BHAVDEEP
ADDRESS AVAILABLE UPON REQUEST

CHHABRA, GURNEET
ADDRESS AVAILABLE UPON REQUEST

CHHABRA, MANIK
ADDRESS AVAILABLE UPON REQUEST

CHHATRAPATI, MOHIT
ADDRESS AVAILABLE UPON REQUEST

CHHAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CHHENG, JOAN
ADDRESS AVAILABLE UPON REQUEST

CHHIKARA, PRATEEK
ADDRESS AVAILABLE UPON REQUEST

CHHOTU, NYRALEE
ADDRESS AVAILABLE UPON REQUEST

CHHOUK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHHUGANI, HARISH
ADDRESS AVAILABLE UPON REQUEST

CHI CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

CHI CHOI
ADDRESS AVAILABLE UPON REQUEST

CHI HUI HO
ADDRESS AVAILABLE UPON REQUEST

CHI LUNG CHOI
ADDRESS AVAILABLE UPON REQUEST

CHI, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CHI, JANE
ADDRESS AVAILABLE UPON REQUEST

CHI, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHI, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHIABI, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHIAM, KATHY
ADDRESS AVAILABLE UPON REQUEST

CHIAMETTI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHIAMULERA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHIANCOLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHIANESE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

CHIANG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHIANG, GRACE
ADDRESS AVAILABLE UPON REQUEST

CHIANG, GRACE
ADDRESS AVAILABLE UPON REQUEST

CHIANG, JAN
ADDRESS AVAILABLE UPON REQUEST

CHIANG, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CHIANG, MATT
ADDRESS AVAILABLE UPON REQUEST

CHIANG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHIANG, NELLIE
ADDRESS AVAILABLE UPON REQUEST

CHIANG, WESLEY
ADDRESS AVAILABLE UPON REQUEST

CHIANGPRADIT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHIAPPETTA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHIAPPETTA, CARMINE
ADDRESS AVAILABLE UPON REQUEST

CHIAPPETTA, DORIS
ADDRESS AVAILABLE UPON REQUEST

CHIAPPINI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHIAPPONE, AJ
ADDRESS AVAILABLE UPON REQUEST

CHIARADONNA, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHIARAMONTE, ALISON
ADDRESS AVAILABLE UPON REQUEST

CHIARAMONTE, DELAINIE
ADDRESS AVAILABLE UPON REQUEST

CHIARAMONTE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHIARAMONTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHIARELLA, ARI
ADDRESS AVAILABLE UPON REQUEST

CHIARELLA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CHIARELLI, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CHIARO, PETE
ADDRESS AVAILABLE UPON REQUEST

CHIASSON, CADENCE
ADDRESS AVAILABLE UPON REQUEST

CHIASSON, OPAL
ADDRESS AVAILABLE UPON REQUEST

CHIASSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHIBNALL, ALICE
ADDRESS AVAILABLE UPON REQUEST

CHICAGO COFFEES AND TEAS
2155 S CARPENTER
CHICAGO, IL  60608

CHICANEAU, AGANIA
ADDRESS AVAILABLE UPON REQUEST

CHICARELLA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHICARIELLI, PETER
ADDRESS AVAILABLE UPON REQUEST

CHICAS, CELESTE
ADDRESS AVAILABLE UPON REQUEST

CHICCARINE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHICCITT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHICHESTER LIBERTY
ADDRESS UNAVAILABLE AT TIME OF FILING

CHICK FIL-A
ADDRESS UNAVAILABLE AT TIME OF FILING

CHICKERING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHICKERING, MEGIN
ADDRESS AVAILABLE UPON REQUEST

CHICKPEA MAGAZINE
ADDRESS UNAVAILABLE AT TIME OF FILING

CHICO, CHLOE
ADDRESS AVAILABLE UPON REQUEST

CHICO, JOSE
ADDRESS AVAILABLE UPON REQUEST

CHICOINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHICOLA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

CHICOS, AMY
ADDRESS AVAILABLE UPON REQUEST

CHIDDIX, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHIDDIX, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CHIDESTER II, CARL
ADDRESS AVAILABLE UPON REQUEST

CHIDLOW, LIBBY
ADDRESS AVAILABLE UPON REQUEST

CHIECO, JANE
ADDRESS AVAILABLE UPON REQUEST

CHIEFFO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHIELLI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHIEN, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

CHIEN, JIM
ADDRESS AVAILABLE UPON REQUEST

CHIEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHIEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

CHIEN, YU-TING
ADDRESS AVAILABLE UPON REQUEST

CHIENG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHIJIK, STAS
ADDRESS AVAILABLE UPON REQUEST

CHIJIOKE, CHIBUNNA
ADDRESS AVAILABLE UPON REQUEST

CHIKALLA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CHIKE-OBI, CHUMA
ADDRESS AVAILABLE UPON REQUEST

CHIRLIS, FADWAH
ADDRESS AVAILABLE UPON REQUEST

CHIKOS, CORRINA
ADDRESS AVAILABLE UPON REQUEST

CHIKOSKY, MARYPEARL
ADDRESS AVAILABLE UPON REQUEST

CHILCOTE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CHILCOTT, DANELLE
ADDRESS AVAILABLE UPON REQUEST

CHILD, CARA
ADDRESS AVAILABLE UPON REQUEST

CHILD, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CHILD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CHILD, LORA
ADDRESS AVAILABLE UPON REQUEST

CHILD, MARCY
ADDRESS AVAILABLE UPON REQUEST

CHILD, MATT
ADDRESS AVAILABLE UPON REQUEST

CHILD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHILD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, CALEB
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, ECHELLE
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, HALEY
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, JANTZEN A
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHILDERS, TERESA
ADDRESS AVAILABLE UPON REQUEST

CHILDERSTON, HARRY
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, BETH
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, KATHY
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, MADISON
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, QUIN
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, RYAN
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHILDRESS, VICKI
ADDRESS AVAILABLE UPON REQUEST

CHILDREY, DERRICK
ADDRESS AVAILABLE UPON REQUEST

CHILDS, ANNA
ADDRESS AVAILABLE UPON REQUEST

CHILDS, ANNE
ADDRESS AVAILABLE UPON REQUEST

CHILDS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

CHILDS, CHANNING
ADDRESS AVAILABLE UPON REQUEST

CHILDS, DIANE
ADDRESS AVAILABLE UPON REQUEST

CHILDS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHILDS, FRED
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JACOB
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JEANELLE
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JOSH
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JUDI
ADDRESS AVAILABLE UPON REQUEST

CHILDS, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHILDS, KATE
ADDRESS AVAILABLE UPON REQUEST

CHILDS, LEONA
ADDRESS AVAILABLE UPON REQUEST

CHILDS, LORI
ADDRESS AVAILABLE UPON REQUEST

CHILDS, TOM
ADDRESS AVAILABLE UPON REQUEST

CHILDS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CHILDSPLAY
ADDRESS UNAVAILABLE AT TIME OF FILING

CHILES, ERICA
ADDRESS AVAILABLE UPON REQUEST

CHILES, JANET
ADDRESS AVAILABLE UPON REQUEST

CHILES, JANET
ADDRESS AVAILABLE UPON REQUEST

CHILES, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

CHILES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHILES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHILIS
ADDRESS UNAVAILABLE AT TIME OF FILING

CHILKATOWSKY, MARYANN
ADDRESS AVAILABLE UPON REQUEST

CHILLA, FAITH
ADDRESS AVAILABLE UPON REQUEST

CHILL-N-GO
ADDRESS UNAVAILABLE AT TIME OF FILING

CHILLOT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHILOIRO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CHILSOM, IVETTE
ADDRESS AVAILABLE UPON REQUEST

CHILSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CHILSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHILTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHILTON, BEAU
ADDRESS AVAILABLE UPON REQUEST

CHILUKURI, RAMESH
ADDRESS AVAILABLE UPON REQUEST

CHIMENTO, DAWN
ADDRESS AVAILABLE UPON REQUEST

CHIMINIELLO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHIN, ANITA
ADDRESS AVAILABLE UPON REQUEST

CHIN, BETSY
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHIA-CHENG
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CHIN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CHIN, CINDY
ADDRESS AVAILABLE UPON REQUEST

CHIN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHIN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CHIN, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

CHIN, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

CHIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHIN, ROXANA
ADDRESS AVAILABLE UPON REQUEST

CHIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHINA BASIN BALLPARK COMPANY LLC
24 WILLIE MAYS PLAZA
SAN FRANCISCO, CA  94107

CHINA JONES CHOW TRUCK
ADDRESS UNAVAILABLE AT TIME OF FILING

CHINA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHINCHILLA, INELDA
ADDRESS AVAILABLE UPON REQUEST

CHINCHIOLO, ADAM
ADDRESS AVAILABLE UPON REQUEST

CHINEN-MENDEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHING, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CHINI, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CHINN, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

CHINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHINN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHINNAKONDA, SHABDESH
ADDRESS AVAILABLE UPON REQUEST

CHINNICI, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CHINOPOROS, A
ADDRESS AVAILABLE UPON REQUEST

CHINQUEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHINTHAPALLY, NAVEEN
ADDRESS AVAILABLE UPON REQUEST

CHINYAMUTANGIRA, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

CHIOCCARIELLO, FRANK
ADDRESS AVAILABLE UPON REQUEST

CHIODO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CHIOFOLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHIONUMA, ZANETA
ADDRESS AVAILABLE UPON REQUEST

CHIORELLO, TERI
ADDRESS AVAILABLE UPON REQUEST

CHIOVARI-KAPLAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHIOY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHIPAK, KIM
ADDRESS AVAILABLE UPON REQUEST

CHIPENKO, VALERIYA
ADDRESS AVAILABLE UPON REQUEST

CHIPMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHIPOTLE MEXICAN GRILL
4718 ADMIRALTY WAY
MARINA DEL REY, CA 90292

CHIPPERO, JANET
ADDRESS AVAILABLE UPON REQUEST

CHIPPY, KYLE
ADDRESS AVAILABLE UPON REQUEST

CHIQUETTI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

CHIQUITO, JIOVANNY
ADDRESS AVAILABLE UPON REQUEST

CHIRAG AHIR
ADDRESS AVAILABLE UPON REQUEST

CHIRAG DHAR
ADDRESS AVAILABLE UPON REQUEST

CHIRAG MITHANI
ADDRESS AVAILABLE UPON REQUEST

CHIRAYATHUMADOM, RAMA
ADDRESS AVAILABLE UPON REQUEST

CHIRGWIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHIRGWIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHIRIACO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CHIRICHELLA, LARA
ADDRESS AVAILABLE UPON REQUEST

CHIRILLO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CHIRIRBOGA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CHIRSAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CHIRUMBOLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, EVA-ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHISHOLM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CHISICK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHISLER, LACEY
ADDRESS AVAILABLE UPON REQUEST

CHISLEY, COREATHA
ADDRESS AVAILABLE UPON REQUEST

CHISLON, ARI
ADDRESS AVAILABLE UPON REQUEST

CHISM, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CHISM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHISM, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHISNALL, KERRY
ADDRESS AVAILABLE UPON REQUEST

CHISOM, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHISONGA, HIBAJENE
ADDRESS AVAILABLE UPON REQUEST

CHISUM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CHITALE, YASHASHREE
ADDRESS AVAILABLE UPON REQUEST

CHITHELEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHITKARA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHITNIS, CHAKRAPANI
ADDRESS AVAILABLE UPON REQUEST

CHITTAJALLU, PUNYA
ADDRESS AVAILABLE UPON REQUEST

CHITTENDEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CHITTIM, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CHITTIM, JOY
ADDRESS AVAILABLE UPON REQUEST

CHITTIM, KYLE
ADDRESS AVAILABLE UPON REQUEST

CHITTUM, WENDY
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, AMBER
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, CASEY
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, DIANE
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, PAUL
ADDRESS AVAILABLE UPON REQUEST

CHITWOOD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHIU, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHIU, JENNY
ADDRESS AVAILABLE UPON REQUEST

CHIU, WINNIE
ADDRESS AVAILABLE UPON REQUEST

CHIUSANO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CHIVE MEDIA GROUP, LLC.
98 SAN JACINTO BLVD, SUITE 160
AUSTIN, TX  78701

CHIVERAL, GINGER
ADDRESS AVAILABLE UPON REQUEST

CHIVERS, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

CHIVINGTON, DENISE
ADDRESS AVAILABLE UPON REQUEST

CHIZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CHIZEK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHIZMADIA, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHIZMAR, TREY
ADDRESS AVAILABLE UPON REQUEST

CHLASTAWA, LUKE
ADDRESS AVAILABLE UPON REQUEST

CHLEBAK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHLEBEK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHLEBEK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CHLOE DONOVAN
ADDRESS AVAILABLE UPON REQUEST

CHLOE, IRIS
ADDRESS AVAILABLE UPON REQUEST

CHLOPEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHLOUN, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHLUDZINSKI, ERICA
ADDRESS AVAILABLE UPON REQUEST

CHMIEL, DENEE
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, ALISON
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CHMIELEWSKI, STACY
ADDRESS AVAILABLE UPON REQUEST

CHMURA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHMURA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHMURA, REGINA
ADDRESS AVAILABLE UPON REQUEST

CHMYKH, ALEKSANDR
ADDRESS AVAILABLE UPON REQUEST

CHO, ABBEY
ADDRESS AVAILABLE UPON REQUEST

CHO, AHRA
ADDRESS AVAILABLE UPON REQUEST

CHO, ALEX
ADDRESS AVAILABLE UPON REQUEST

CHO, ALISON
ADDRESS AVAILABLE UPON REQUEST

CHO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHO, AMY
ADDRESS AVAILABLE UPON REQUEST

CHO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CHO, ESTEFANIA
ADDRESS AVAILABLE UPON REQUEST

CHO, HYUN JEAN
ADDRESS AVAILABLE UPON REQUEST

CHO, JAY
ADDRESS AVAILABLE UPON REQUEST

CHO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHO, MEEN
ADDRESS AVAILABLE UPON REQUEST

CHO, MINNCHULL
ADDRESS AVAILABLE UPON REQUEST

CHO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHO, PAULINA
ADDRESS AVAILABLE UPON REQUEST

CHO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHO, SOO
ADDRESS AVAILABLE UPON REQUEST

CHO, SUZY
ADDRESS AVAILABLE UPON REQUEST

CHO, WONTAI
ADDRESS AVAILABLE UPON REQUEST

CHO, YOUNG
ADDRESS AVAILABLE UPON REQUEST

CHOATE, ANNA
ADDRESS AVAILABLE UPON REQUEST

CHOATE, BETSY
ADDRESS AVAILABLE UPON REQUEST

CHOATE, DIANA
ADDRESS AVAILABLE UPON REQUEST

CHOATE, ERICA
ADDRESS AVAILABLE UPON REQUEST

CHOATE, MARK
ADDRESS AVAILABLE UPON REQUEST

CHOATE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHOATE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CHOATE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHOCK, JASMINE
ADDRESS AVAILABLE UPON REQUEST

CHOCKER, DARBIE
ADDRESS AVAILABLE UPON REQUEST

CHOCKLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHOCOLATERIE AIG
ADDRESS UNAVAILABLE AT TIME OF FILING

CHOE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CHOE, SUN
ADDRESS AVAILABLE UPON REQUEST

CHOE, YOON HEE
ADDRESS AVAILABLE UPON REQUEST

CHOFFEL, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

CHOI CHI LUNG
ADDRESS AVAILABLE UPON REQUEST

CHOI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHOI, BYN
ADDRESS AVAILABLE UPON REQUEST

CHOI, CHI
ADDRESS AVAILABLE UPON REQUEST

CHOI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHOI, DAHEE
ADDRESS AVAILABLE UPON REQUEST

CHOI, EMILY
ADDRESS AVAILABLE UPON REQUEST

CHOI, ERIC
ADDRESS AVAILABLE UPON REQUEST

CHOI, ERIC
ADDRESS AVAILABLE UPON REQUEST

CHOI, ERIN
ADDRESS AVAILABLE UPON REQUEST

CHOI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHOI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHOI, HEIDI
ADDRESS AVAILABLE UPON REQUEST

CHOI, HYOUNG
ADDRESS AVAILABLE UPON REQUEST

CHOI, JAEHYUK
ADDRESS AVAILABLE UPON REQUEST

CHOI, JAEPIL
ADDRESS AVAILABLE UPON REQUEST

CHOI, JASON
ADDRESS AVAILABLE UPON REQUEST

CHOI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHOI, JENNY
ADDRESS AVAILABLE UPON REQUEST

CHOI, JI
ADDRESS AVAILABLE UPON REQUEST

CHOI, JOSH
ADDRESS AVAILABLE UPON REQUEST

CHOI, JUNG MIN
ADDRESS AVAILABLE UPON REQUEST

CHOI, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHOI, LEAH
ADDRESS AVAILABLE UPON REQUEST

CHOI, NAEYEOUNG
ADDRESS AVAILABLE UPON REQUEST

CHOI, NICKYWICKY
ADDRESS AVAILABLE UPON REQUEST

CHOI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CHOI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CHOI, SHINHAE
ADDRESS AVAILABLE UPON REQUEST

CHOI, SIJIN
ADDRESS AVAILABLE UPON REQUEST

CHOI, SOO
ADDRESS AVAILABLE UPON REQUEST

CHOI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHOI, TANIA
ADDRESS AVAILABLE UPON REQUEST

CHOI, YEONSU
ADDRESS AVAILABLE UPON REQUEST

CHOI, YUNI
ADDRESS AVAILABLE UPON REQUEST

CHOICEBUILDER
ATTN: ACCOUNTS RECEIVABLE
PO BOX 7405
ORANGE, CA  92863-7405

CHOINA, KAILEN
ADDRESS AVAILABLE UPON REQUEST

CHOINKA, ERICA
ADDRESS AVAILABLE UPON REQUEST

CHOJNACKI, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

CHOJNICKI, ERIC
ADDRESS AVAILABLE UPON REQUEST

CHOLEWA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHOLIS, AMY
ADDRESS AVAILABLE UPON REQUEST

CHOLOK, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHOLTCO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CHOMENKO, ANITA
ADDRESS AVAILABLE UPON REQUEST

CHOMICK, GRACE
ADDRESS AVAILABLE UPON REQUEST

CHOMICKI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CHOMINSKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CHOMKO, ANNE
ADDRESS AVAILABLE UPON REQUEST

CHOMNIAK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CHONES, KAAYLA
ADDRESS AVAILABLE UPON REQUEST

CHONG YUNG KENT
ADDRESS AVAILABLE UPON REQUEST

CHONG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CHONG, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHONG, JILL
ADDRESS AVAILABLE UPON REQUEST

CHONG, JOE
ADDRESS AVAILABLE UPON REQUEST

CHONG, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CHONIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

CHONKO, KAILEE
ADDRESS AVAILABLE UPON REQUEST

CHOO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CHOONG, SARAH-MARIE
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, JATIN
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, MAHI
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, PARTH
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, PRNAY
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, RAJ
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, RUCHIKA
ADDRESS AVAILABLE UPON REQUEST

CHOPRA, SAURABH
ADDRESS AVAILABLE UPON REQUEST

CHOQUETTE, KARIN
ADDRESS AVAILABLE UPON REQUEST

CHORANZIAK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CHORLOG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHORZEMPA, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHOTARAY, CHINMAY
ADDRESS AVAILABLE UPON REQUEST

CHOTARAY, CHINMAY
ADDRESS AVAILABLE UPON REQUEST

CHOU, ABBY
ADDRESS AVAILABLE UPON REQUEST

CHOU, ALISON
ADDRESS AVAILABLE UPON REQUEST

CHOU, FRANCISCA
ADDRESS AVAILABLE UPON REQUEST

CHOU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHOU, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

CHOU, LEANNE
ADDRESS AVAILABLE UPON REQUEST

CHOU, PETER
ADDRESS AVAILABLE UPON REQUEST

CHOU, PIN-HUA
ADDRESS AVAILABLE UPON REQUEST

CHOU, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHOU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHOU, WEI-LIN
ADDRESS AVAILABLE UPON REQUEST

CHOU, YING-TUNG
ADDRESS AVAILABLE UPON REQUEST

CHOU, YI-SHUAN
ADDRESS AVAILABLE UPON REQUEST

CHOUBEY, MEGHANA
ADDRESS AVAILABLE UPON REQUEST

CHOUCAIR, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHOUDHARY, RAVINDER
ADDRESS AVAILABLE UPON REQUEST

CHOUDHURY, ANIKA
ADDRESS AVAILABLE UPON REQUEST

CHOUDHURY, DRISHTI
ADDRESS AVAILABLE UPON REQUEST

CHOUDHURY, NANDINI
ADDRESS AVAILABLE UPON REQUEST

CHOUGH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHOUINARD, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CHOUINARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHOULER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHOUTKA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHOVANETZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CHOW, BEN
ADDRESS AVAILABLE UPON REQUEST

CHOW, JARVA
ADDRESS AVAILABLE UPON REQUEST

CHOW, JENNY
ADDRESS AVAILABLE UPON REQUEST

CHOW, LAURA
ADDRESS AVAILABLE UPON REQUEST

CHOW, LYDIA
ADDRESS AVAILABLE UPON REQUEST

CHOW, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHOW, RUI
ADDRESS AVAILABLE UPON REQUEST

CHOW, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CHOWANIEC, JANE
ADDRESS AVAILABLE UPON REQUEST

CHOWDHURY, CHANDAN
ADDRESS AVAILABLE UPON REQUEST

CHOWDHURY, TANZEELA
ADDRESS AVAILABLE UPON REQUEST

CHOWNING, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CHOY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHOYCE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHRABASZCZ, DARIA
ADDRESS AVAILABLE UPON REQUEST

CHRANS, THY
ADDRESS AVAILABLE UPON REQUEST

CHREST, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHRETIEN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

CHRIMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHRIN, MIRABAI MARIE
ADDRESS AVAILABLE UPON REQUEST

CHRIS ANDRUS
ADDRESS AVAILABLE UPON REQUEST

CHRIS ANIELLO
ADDRESS AVAILABLE UPON REQUEST

CHRIS BUTTERBAUGH
ADDRESS AVAILABLE UPON REQUEST

CHRIS COBB
ADDRESS AVAILABLE UPON REQUEST

CHRIS D BUSICK
ADDRESS AVAILABLE UPON REQUEST

CHRIS GOSS
ADDRESS AVAILABLE UPON REQUEST

CHRIS HUXLEY
ADDRESS AVAILABLE UPON REQUEST

CHRIS KEPHART
ADDRESS AVAILABLE UPON REQUEST

CHRIS KOSTOPOULOS
ADDRESS AVAILABLE UPON REQUEST

CHRIS MAGGIORE
ADDRESS AVAILABLE UPON REQUEST

CHRIS NOSSER
ADDRESS AVAILABLE UPON REQUEST

CHRIS REILLY
ADDRESS AVAILABLE UPON REQUEST

CHRIS THOMPSON
ADDRESS AVAILABLE UPON REQUEST

CHRIS TRANER
ADDRESS AVAILABLE UPON REQUEST

CHRIS W HILLER
ADDRESS AVAILABLE UPON REQUEST

CHRIS WALKER
ADDRESS AVAILABLE UPON REQUEST

CHRIS, KATHRINE
ADDRESS AVAILABLE UPON REQUEST

CHRISFIELD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CHRISITAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHRISMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHRISMAN, SADENA
ADDRESS AVAILABLE UPON REQUEST

CHRISMAN, SEBRINA
ADDRESS AVAILABLE UPON REQUEST

CHRISMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHRISMAN, VALENCIA
ADDRESS AVAILABLE UPON REQUEST

CHRISMER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHRIST, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHRIST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHRIST, CARA
ADDRESS AVAILABLE UPON REQUEST

CHRIST, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

CHRIST, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHRIST, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CHRIST, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

CHRIST, PAULINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTA ROBERTS
ADDRESS AVAILABLE UPON REQUEST

CHRISTAKOS, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

CHRISTAL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTE, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHRISTEEN SAVINOVICH
ADDRESS AVAILABLE UPON REQUEST

CHRISTEN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENBURY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENBURY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN WHITE, MARY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, BRITTA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, GWEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, HOLLI
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JACK
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, KELCEE
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, LARRY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MATHEW
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, SKYLER
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, TAMAR
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, AMY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, CARA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, CARLA
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

CHRISTENSON, KELSI
ADDRESS AVAILABLE UPON REQUEST

CHRISTERSON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTESON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN ARDON
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN BINKLEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN BOGUE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN FRANCIS MUDD
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN HEINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN JAMES HIESTAND
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN MALDONADO
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN MILES
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN ROUSE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN T AMUNDSEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN WICK
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, BRITTNY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, CARLOS
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, CARLTON
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ERICK
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, JAHANNAH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, JEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, KAT
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, KEANI
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, NINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, NOAH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, QIANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, SETH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, SHALA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIAN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANA WALL
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANJOBS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CHRISTIANO, DEANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, DWIGHT
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, MATT
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSON, ADDIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIANSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIASON, KYLE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE CARBONE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE MARKOWITZ
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE STUMPF, LISA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, AMITY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, DIANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, DONALD
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, FARYN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, HAKEEM
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, HILARY
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, KATARINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, KIERAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTIE, NINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA BENNISON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA COOKSEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA COOTS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA CRAFT
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA DUBOIS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA DYE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA FRANCOIS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA HAMMOND
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA JO CHASE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA KENDLER
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA LAVIN
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA LEANN MARTIN
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA LITTKE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA M PIRON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA MAUK
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA MCCURLEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA MELENDEZ
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA MORALES
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA MORRIS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA PROIETTI
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA RINGWALT
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA SHARP
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA WOOG
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA, ALLYSA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINA, MARIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE BAEZ-SEGARRA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE C MOJAZZA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE CARILLO
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE CARLSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE COOPER
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE DALTON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE DOIG
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE ECKHEART
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE FERGUSON, LINNEA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE GOLEMBIEWSKI
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE HOWLETT
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE L MITCHELL
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE LEWANDOWSKI
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE LOGAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE LONGE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE LYNN CARLSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE LYNN DESSANTI
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE M PADDOCK
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE MCCARRON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE OLSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE PRICE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE ROTHE AULT
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE SPINKS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE STRUB
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE TAYABA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE WEBER
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE WEEKS
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE WILSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE Y CHEUNG
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE YEAGER
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE, TWILA
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE, YARZABEK,
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE, YEARING
ADDRESS AVAILABLE UPON REQUEST

CHRISTINE, ZENRUFFINEN,
ADDRESS AVAILABLE UPON REQUEST

CHRISTL BONAPARTE
ADDRESS AVAILABLE UPON REQUEST

CHRISTLE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, KAT
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAN, TAMMI
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CHRISTMAS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTMON, ENDRE
ADDRESS AVAILABLE UPON REQUEST

CHRISTNER, TAMI
ADDRESS AVAILABLE UPON REQUEST

CHRISTO, CULLEEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOFAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOFF, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOFFEL, MARY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOFFERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOFORO, LINDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOLOS, KASEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPFEL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER A PULITO
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER ALEXANDER NEIKIRK
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER ALLEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER ANGELUCCI
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER BARNETT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER BASSETT-BOUCHARD
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER BLAU
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER BUTTS
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER CASAZZA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER DAVID SHORT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER DECKER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER DOUGHERTY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER DOVER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER DOWSETT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER E MAHONEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER EDWARD MONTELEONE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER GEDRICH
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER GILLESPIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER GOFF
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER GREENWOOD
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER HADLAND
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER HARCOURT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER HEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER HUGHES
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER IMPORTS
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER J DAIL
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER J SPELTZ
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER J SPITALETTO
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER JACKMAN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER JAMES DOWSETT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER JOHN GREGORY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER L LE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER LEE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER LEE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER LIRA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER LOPOPOLO
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER LORENZO BRYANT
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER MARABOLI
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER MICHAEL DEVINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER MICHAEL GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER MOYER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER MUTH
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER PALMISANO
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER RIVERA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER ROBERT FLEMER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER ROBERT JAMES MOINET
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER SALDANA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER SANTINI
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER SCOTT ANDERSON
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER STOVER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER SWAIN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER THON
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER TODD SMITH
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER TOLFORD
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER VARGAS
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER YENTER
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER YOUNG
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, DALE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, DINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, JALENE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, JASON
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, LINA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, LOREN
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHER, STEVON
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHERSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

CHRISTOPHERSON, NISSE
ADDRESS AVAILABLE UPON REQUEST

CHRISTOVAO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CHRISTOVICH, MONEEN
ADDRESS AVAILABLE UPON REQUEST

CHRISTY HUNTINGTON
ADDRESS AVAILABLE UPON REQUEST

CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, DAVIS
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, SHEMEEKA
ADDRESS AVAILABLE UPON REQUEST

CHRISTY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CHROBAK-MARCHESE, BETH
ADDRESS AVAILABLE UPON REQUEST

CHRONES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CHRONIAK, CAITI
ADDRESS AVAILABLE UPON REQUEST

CHRONIC, ANNE
ADDRESS AVAILABLE UPON REQUEST

CHROSNIAK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHRYSANTHEMUM, ZAYNE
ADDRESS AVAILABLE UPON REQUEST

CHRYST, NANCY
ADDRESS AVAILABLE UPON REQUEST

CHRYSTAL ANDERSON
ADDRESS AVAILABLE UPON REQUEST

CHRYSTAL NAGLE
ADDRESS AVAILABLE UPON REQUEST

CHRYSTAL, ANYA
ADDRESS AVAILABLE UPON REQUEST

CHRYSTIE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CHSZ LLC (SHOTZOOM, LLC)
11101 W. 120TH AVE, STE 300
BROOMFIELD, CO  80021

CHU, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CHU, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CHU, CHIH-CHI
ADDRESS AVAILABLE UPON REQUEST

CHU, EGBERT
ADDRESS AVAILABLE UPON REQUEST

CHU, FIONA
ADDRESS AVAILABLE UPON REQUEST

CHU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHU, KELLI
ADDRESS AVAILABLE UPON REQUEST

CHU, KENNY
ADDRESS AVAILABLE UPON REQUEST

CHU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CHU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CHU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CHU, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CHU, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CHU, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

CHU, SHARON
ADDRESS AVAILABLE UPON REQUEST

CHU, SZU HUA
ADDRESS AVAILABLE UPON REQUEST

CHU, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CHU, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

CHU, WILHELM
ADDRESS AVAILABLE UPON REQUEST

CHUA, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

CHUA, MEDELYN
ADDRESS AVAILABLE UPON REQUEST

CHUA, OMAR
ADDRESS AVAILABLE UPON REQUEST

CHUAN KHO
ADDRESS AVAILABLE UPON REQUEST

CHUANG, HAO-HSIANG
ADDRESS AVAILABLE UPON REQUEST

CHUB, IVAN
ADDRESS AVAILABLE UPON REQUEST

CHUBB & SON
PO BOX 382001
PITTSBURGH, PA  15250-8001

CHUBB GLOBAL CASUALTY
ROUTING 1275-2W
ONE BEAVER VALLEY RD
WILMINGTON, DE  19802

CHUBB
202B HALLS MILL ROAD
WHITEHOUSE STATION, NJ  08889

CHUBB
555 S. FLOWER STREET, 3RD FLOOR
LOS ANGELES, CA  90071

CHUCK FRYBERGER FILMS
12965 W 20TH AVE
GOLDEN, CO  80401

CHUCK WYTIAZ
ADDRESS AVAILABLE UPON REQUEST

CHUCK, EMIL
ADDRESS AVAILABLE UPON REQUEST

CHUCKRAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CHUCKS PARKING SERVICES, INC
13437 VENTURA BOULEVARD SUITE 218
SHERMAN OAKS, CA  91423

CHUDACOFF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CHUDAKOFF, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CHUDASAMA, BENESH
ADDRESS AVAILABLE UPON REQUEST

CHUDNER, IRINA
ADDRESS AVAILABLE UPON REQUEST

CHUDOBA, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CHUDZICKI, PAWEL
ADDRESS AVAILABLE UPON REQUEST

CHUECA, JOSE
ADDRESS AVAILABLE UPON REQUEST

CHUFFE, ROMEO
ADDRESS AVAILABLE UPON REQUEST

CHUGANEY, ROSHNI
ADDRESS AVAILABLE UPON REQUEST

CHUGH, GAGAN
ADDRESS AVAILABLE UPON REQUEST

CHUGHTAI, MOHAMMAD
ADDRESS AVAILABLE UPON REQUEST

CHUI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CHUI, STACEY
ADDRESS AVAILABLE UPON REQUEST

CHUKHMANAVA, HANNA
ADDRESS AVAILABLE UPON REQUEST

CHUKWU, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CHUKWUKA, JOSH
ADDRESS AVAILABLE UPON REQUEST

CHUKWURAH, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CHUMA, BASHIR
ADDRESS AVAILABLE UPON REQUEST

CHUMASH VINEYARD, LLC
585 MCMURRAY ROAD
BUELLTON, CA  93427

CHUMLEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CHUMLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CHUMLEY, SOYYA
ADDRESS AVAILABLE UPON REQUEST

CHUMNEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CHUMPITAZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

CHUMPITAZI, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHUN, JIA
ADDRESS AVAILABLE UPON REQUEST

CHUN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

CHUN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHUNCHU, SEJAL
ADDRESS AVAILABLE UPON REQUEST

CHUNG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CHUNG, AUBREE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, BORIS T.
ADDRESS AVAILABLE UPON REQUEST

CHUNG, BREANNA
ADDRESS AVAILABLE UPON REQUEST

CHUNG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CHUNG, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CHUNG, IJIN
ADDRESS AVAILABLE UPON REQUEST

CHUNG, JAE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CHUNG, JOSH
ADDRESS AVAILABLE UPON REQUEST

CHUNG, JUNE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, LELA
ADDRESS AVAILABLE UPON REQUEST

CHUNG, LISA
ADDRESS AVAILABLE UPON REQUEST

CHUNG, NOREEN
ADDRESS AVAILABLE UPON REQUEST

CHUNG, SARA
ADDRESS AVAILABLE UPON REQUEST

CHUNG, SARAH
ADDRESS AVAILABLE UPON REQUEST

CHUNG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CHUNG, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CHUNG, YUJIN
ADDRESS AVAILABLE UPON REQUEST

CHUNHEE YUN
ADDRESS AVAILABLE UPON REQUEST

CHUNLAN SHEN
ADDRESS AVAILABLE UPON REQUEST

CHUPEK, BILL
ADDRESS AVAILABLE UPON REQUEST

CHUPKA, TARA
ADDRESS AVAILABLE UPON REQUEST

CHUPP, KATIE
ADDRESS AVAILABLE UPON REQUEST

CHUPP, KENZI
ADDRESS AVAILABLE UPON REQUEST

CHURAK, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CHURBOCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHURCH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CHURCH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CHURCH, JEFF
ADDRESS AVAILABLE UPON REQUEST

CHURCH, JEFF
ADDRESS AVAILABLE UPON REQUEST

CHURCH, KIM
ADDRESS AVAILABLE UPON REQUEST

CHURCH, KYLE
ADDRESS AVAILABLE UPON REQUEST

CHURCH, MACEON
ADDRESS AVAILABLE UPON REQUEST

CHURCH, MARLENE
ADDRESS AVAILABLE UPON REQUEST

CHURCH, MASON
ADDRESS AVAILABLE UPON REQUEST

CHURCH, NINA
ADDRESS AVAILABLE UPON REQUEST

CHURCH, PATTY
ADDRESS AVAILABLE UPON REQUEST

CHURCH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CHURCH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, JOHN
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, JULIA
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, PHILIP
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, SARA
ADDRESS AVAILABLE UPON REQUEST

CHURCHILL, SARAJEAN
ADDRESS AVAILABLE UPON REQUEST

CHURCH-KEY INC.
5201 S. TORREY PINES DRIVE
LAS VEGAS, NV  89118

CHURCHMAN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

CHURCHWELL, XAN
ADDRESS AVAILABLE UPON REQUEST

CHURILLA, AUBREE
ADDRESS AVAILABLE UPON REQUEST

CHURNS, TAMI
ADDRESS AVAILABLE UPON REQUEST

CHUTE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CHUTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CHUTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CHUTEI & ACCAMMA VARKEY
ADDRESS AVAILABLE UPON REQUEST

CHUZAS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CHUZI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CHVATAL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CHVATAL, VICKI
ADDRESS AVAILABLE UPON REQUEST

CHWALIBOG, ADAM
ADDRESS AVAILABLE UPON REQUEST

CHWISTEK, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

CHYBOWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

CHYNCES, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

CHYTRAUS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CHYZHYK, KATSIARYNA
ADDRESS AVAILABLE UPON REQUEST

CIABURRI, KIM
ADDRESS AVAILABLE UPON REQUEST

CIACCIO, APRIL
ADDRESS AVAILABLE UPON REQUEST

CIACIAK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CIALLELA, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

CIALLELLA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CIAMPA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CIAMPA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CIANCHETTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CIANCI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CIANCI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CIANCI, KARLA
ADDRESS AVAILABLE UPON REQUEST

CIANCI, MADISON
ADDRESS AVAILABLE UPON REQUEST

CIANCIMINO, KAREN
ADDRESS AVAILABLE UPON REQUEST

CIANFLONE, KELLEY
ADDRESS AVAILABLE UPON REQUEST

CIANFRANI, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

CIANI, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

CIANO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

CIAPCIAK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CIAPETTA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CIARAVELLA, MARESA
ADDRESS AVAILABLE UPON REQUEST

CIARAVINO III, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CIARAVINO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CIARLEGLIO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CIARLO, AMY
ADDRESS AVAILABLE UPON REQUEST

CIARLONE, PAT
ADDRESS AVAILABLE UPON REQUEST

CIARMELLA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CIARROCCA, SHERRILL
ADDRESS AVAILABLE UPON REQUEST

CIATTO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CIATTO, THERESA
ADDRESS AVAILABLE UPON REQUEST

CIAVARDONI, JACKSON
ADDRESS AVAILABLE UPON REQUEST

CIAVARINO, REBECA
ADDRESS AVAILABLE UPON REQUEST

CIAVARRO, GINA
ADDRESS AVAILABLE UPON REQUEST

CIAVATTONE, DOMENIQUE
ADDRESS AVAILABLE UPON REQUEST

CIAVOLELLA, PAUL
ADDRESS AVAILABLE UPON REQUEST

CIBRIAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CIBUZAR, PAUL
ADDRESS AVAILABLE UPON REQUEST

CICCAGLIONE, LAUREL
ADDRESS AVAILABLE UPON REQUEST

CICCARELLI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CICCARONE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CICCHELLA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CICCHETTI, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CICCHETTI, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

CICCHINO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CICCIARELLI, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CICCOLINI, KATIE
ADDRESS AVAILABLE UPON REQUEST

CICCONE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CICCONE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CICCONE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CICCONE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CICCONI, KELLY
ADDRESS AVAILABLE UPON REQUEST

CICERELLI, JAIMEE
ADDRESS AVAILABLE UPON REQUEST

CICERON, TERESA
ADDRESS AVAILABLE UPON REQUEST

CICHALSKI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CICHANOWICZ, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

CICHOCKI, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

CICHON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CICHON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CICHOSZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CICHOSZ, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

CICHY, CHELIS
ADDRESS AVAILABLE UPON REQUEST

CICILIONI, FRED
ADDRESS AVAILABLE UPON REQUEST

CICONTE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CIDONI, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

CIELINSKI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CIEPIELA, LISA
ADDRESS AVAILABLE UPON REQUEST

CIEPLICKI, KAITY
ADDRESS AVAILABLE UPON REQUEST

CIERRA LUCILLE JACKSON
ADDRESS AVAILABLE UPON REQUEST

CIESIELSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CIESIELSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CIESLA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CIESLA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CIESLAK, CATHY
ADDRESS AVAILABLE UPON REQUEST

CIESZESKI, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

CIEZADLO, AGATA
ADDRESS AVAILABLE UPON REQUEST

CIFELLI, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CIFELLI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CIFELLI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CIFELLI, ERIC
ADDRESS AVAILABLE UPON REQUEST

CIFUENTES, DAVID
ADDRESS AVAILABLE UPON REQUEST

CIGNAVITCH, DIANA
ADDRESS AVAILABLE UPON REQUEST

CIHAK, BIANCA
ADDRESS AVAILABLE UPON REQUEST

CIKTOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CILENTI, ELENA
ADDRESS AVAILABLE UPON REQUEST

CILETTI, LISA
ADDRESS AVAILABLE UPON REQUEST

CILLIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CILLO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CILMI, LORI
ADDRESS AVAILABLE UPON REQUEST

CILUFFO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CIMADEVILLA, ANA
ADDRESS AVAILABLE UPON REQUEST

CIMALA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CIMARUSTI-CLIFFORD, ANGELA & BEN
ADDRESS AVAILABLE UPON REQUEST

CIMBER, KERRY
ADDRESS AVAILABLE UPON REQUEST

CIMINERA, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CIMINO, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CIMINO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CIMINO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CIMINO, MARC
ADDRESS AVAILABLE UPON REQUEST

CIMINO, NICOLA
ADDRESS AVAILABLE UPON REQUEST

CIMMINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CIMORELLI, AMBER
ADDRESS AVAILABLE UPON REQUEST

CIMPEANU, ADA
ADDRESS AVAILABLE UPON REQUEST

CINA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CINCINNATI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CINCOTTA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CINCOTTA, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

CINCOTTA, JENN
ADDRESS AVAILABLE UPON REQUEST

CINCOTTA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CINDI CRAIG
ADDRESS AVAILABLE UPON REQUEST

CINDY COE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CINDY JACKSON
ADDRESS AVAILABLE UPON REQUEST

CINDY M SCHEICH
ADDRESS AVAILABLE UPON REQUEST

CINDY NOSSER
ADDRESS AVAILABLE UPON REQUEST

CINDY PALMER
ADDRESS AVAILABLE UPON REQUEST

CINDY SMITH
ADDRESS AVAILABLE UPON REQUEST

CINDY TAN
ADDRESS AVAILABLE UPON REQUEST

CINEMA CAMERA RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

CINICOLA, ANNA
ADDRESS AVAILABLE UPON REQUEST

CINICOLA, ANNA
ADDRESS AVAILABLE UPON REQUEST

CINIELLO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CINIELLO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CINNANTE, M
ADDRESS AVAILABLE UPON REQUEST

CINOTTI, DAVID
ADDRESS AVAILABLE UPON REQUEST

CINOTTO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CINQUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

CINQUINA, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

CINTRON, JADE
ADDRESS AVAILABLE UPON REQUEST

CINTRON, JEAN
ADDRESS AVAILABLE UPON REQUEST

CINTRON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

CIOBANU, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CIOCCA, ALEX
ADDRESS AVAILABLE UPON REQUEST

CIOCCA, NINA
ADDRESS AVAILABLE UPON REQUEST

CIOCE, ANNA
ADDRESS AVAILABLE UPON REQUEST

CIOCH, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CIOCH, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

CIOFANI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CIOFFI, GINA
ADDRESS AVAILABLE UPON REQUEST

CIOFFI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CIOLEK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CIOLEK, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CIOMBER, SANDIE
ADDRESS AVAILABLE UPON REQUEST

CIONCI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CIONNI, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

CIOTTI, JOHN
ADDRESS AVAILABLE UPON REQUEST

CIOTTI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CIPOLETTI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CIPOLLA, KYLIE
ADDRESS AVAILABLE UPON REQUEST

CIPOLLETTI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CIPOLLINA, CARLO
ADDRESS AVAILABLE UPON REQUEST

CIPRA, ALLI
ADDRESS AVAILABLE UPON REQUEST

CIPRA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CIPRIAN MARIVIU RUS
ADDRESS AVAILABLE UPON REQUEST

CIPRIANI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CIPRIANI, REGINA
ADDRESS AVAILABLE UPON REQUEST

CIPRIANO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CIPRIANO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CIPRIANO, EMILY
ADDRESS AVAILABLE UPON REQUEST

CIPRIANO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

CIPULLO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CIRA, JACQULYNN
ADDRESS AVAILABLE UPON REQUEST

CIRACI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CIRACI, KATI
ADDRESS AVAILABLE UPON REQUEST

CIRAL, DAN
ADDRESS AVAILABLE UPON REQUEST

CIRANNI, NANCY
ADDRESS AVAILABLE UPON REQUEST

CIRAOLO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CIRARA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CIRBUS, SEAN
ADDRESS AVAILABLE UPON REQUEST

CIRCLE S VINEYARD INC
720SOUTH RIDGEMARK DRIVE
HOLLISTER, CA  95023

CIRCO, DIANE
ADDRESS AVAILABLE UPON REQUEST

CIRCOSTA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CIRIANNI, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CIRIGLIANO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CIRILLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CIRILLO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

CIRIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CIRISOLI, TIM
ADDRESS AVAILABLE UPON REQUEST

CIRONE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CIRONE, DAVID
ADDRESS AVAILABLE UPON REQUEST

CIRONE, FRANK
ADDRESS AVAILABLE UPON REQUEST

CIRONE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CIRONE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CIRROTTI, JILL
ADDRESS AVAILABLE UPON REQUEST

CIRRUS INSIGHT
ADDRESS UNAVAILABLE AT TIME OF FILING

CISCO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CISE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CISEK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CISILOTTO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

CISION US INC.
130 EAST RANDOLPH STREET 7TH FL
CHICAGO, IL 60601

CISKOWSKI, EVELYN
ADDRESS AVAILABLE UPON REQUEST

CISLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CISMARESCU, TUDOR
ADDRESS AVAILABLE UPON REQUEST

CISNEROS BRANCOCCIO, EVELYN
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, A.
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, ANA
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, CINDY
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

CISNEROS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CISSELL, DEMI
ADDRESS AVAILABLE UPON REQUEST

CISTONE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CITADEL SECS LLC (8450)
ATTN KEVIN NEWSTEAD OR PROXY MGR
131 SOUTH DEARBORN ST
35TH FL
CHICAGO, IL  60603

CITARDI, CISSIE
ADDRESS AVAILABLE UPON REQUEST

CITARELLA, PAIGE
ADDRESS AVAILABLE UPON REQUEST

CITIBANK, N.A. (0908)
ATTN SHERIDA SINANAN OR PROXY DEPT
3801 CITIBANK CTR
B/3RD FL/ZONE 12
TAMPA, FL  33610

CITIZEN, BRANDY
ADDRESS AVAILABLE UPON REQUEST

CITLALLI, MORENO,
ADDRESS AVAILABLE UPON REQUEST

CITRON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CITTADINO, FRANK
ADDRESS AVAILABLE UPON REQUEST

CITTADINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CITTADINO, MARY
ADDRESS AVAILABLE UPON REQUEST

CITY OF BEVERLY HILLS
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY OF EL SEGUNDO
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY OF LA PARK LOT
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY OF LOS ANGELES
PO BOX 30879
FALSE ALARMS LOS ANGELES, CA  90030-
0879

CITY OF LOS ANGELES
PO BOX 51112
LOS ANGELES, CA  90051-5412

CITY OF MANHATTAN BEACH
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY OF PHILADELPHIA
PHILADELPHIA DEPARTMENT OF REVENUE
P.O. BOX 1670
PHILADELPHIA, PA  19105-1670

CITY OF SANTA MONICA - REVENUE
DIVISION
PO BOX 2200
SANTA MONICA, CA  90407-2200

CITY OF SANTA MONICA
1685 MAIN STREET
SANTA MONICA, CA  90401

CITY OF SANTA MONICA
FINANCE DEPT
1685 MAIN ST, MS 09
SANTA MONICA, CA  90401

CITY OF SANTA MONICA
PO BOX 2200
SANTA MONICA, CA  90407-2200

CITY OF SM
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY OF
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY SPIRITS
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

CITY WINERY
ADDRESS UNAVAILABLE AT TIME OF FILING

CITYMB-PKG-IPS
ADDRESS UNAVAILABLE AT TIME OF FILING

CIUCCI, JENNY
ADDRESS AVAILABLE UPON REQUEST

CIVIDANES, WENDY
ADDRESS AVAILABLE UPON REQUEST

CIVILETTA, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

CIVILETTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CIVILETTI, SHAYNAH
ADDRESS AVAILABLE UPON REQUEST

CIZEL, JANKO
ADDRESS AVAILABLE UPON REQUEST

CJ WESBY
ADDRESS AVAILABLE UPON REQUEST

CLAAR, KATIE
ADDRESS AVAILABLE UPON REQUEST

CLAAR, LISA
ADDRESS AVAILABLE UPON REQUEST

CLAAR, MARY
ADDRESS AVAILABLE UPON REQUEST

CLAAS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CLAASSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

CLAASSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLABBY, MARISA
ADDRESS AVAILABLE UPON REQUEST

CLABORN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CLACK, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CLADINOS, M
ADDRESS AVAILABLE UPON REQUEST

CLAES, ZANE
ADDRESS AVAILABLE UPON REQUEST

CLAFFEY, CANDICE
ADDRESS AVAILABLE UPON REQUEST

CLAFLIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CLAFLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLAFLIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLAFLIN, KYLE
ADDRESS AVAILABLE UPON REQUEST

CLAHERTY, DEVON
ADDRESS AVAILABLE UPON REQUEST

CLAIBORN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CLAIBORNE, KISHA
ADDRESS AVAILABLE UPON REQUEST

CLAIBOURN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CLAIR, CANADA
ADDRESS AVAILABLE UPON REQUEST

CLAIR, ERICA
ADDRESS AVAILABLE UPON REQUEST

CLAIR, JOHN
ADDRESS AVAILABLE UPON REQUEST

CLAIRE DUCASSE
ADDRESS AVAILABLE UPON REQUEST

CLAIRE FREY
ADDRESS AVAILABLE UPON REQUEST

CLAIRE LEWIS
ADDRESS AVAILABLE UPON REQUEST

CLAIRE MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, BUFFA
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, MARY
ADDRESS AVAILABLE UPON REQUEST

CLAIRE, MARY
ADDRESS AVAILABLE UPON REQUEST

CLAIRJOUR, ROOSEVELT
ADDRESS AVAILABLE UPON REQUEST

CLAISE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLAITT, CHERITA
ADDRESS AVAILABLE UPON REQUEST

CLAKLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLAMME, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLAMME, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CLANCEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CLANCY, BECCA
ADDRESS AVAILABLE UPON REQUEST

CLANCY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CLANCY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CLANCY, JANE
ADDRESS AVAILABLE UPON REQUEST

CLANCY, JUDITH A
ADDRESS AVAILABLE UPON REQUEST

CLANCY, KARI
ADDRESS AVAILABLE UPON REQUEST

CLANCY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CLANCY, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLANCY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CLANCY, LISE
ADDRESS AVAILABLE UPON REQUEST

CLANCY, MATT
ADDRESS AVAILABLE UPON REQUEST

CLANCY, RUARI
ADDRESS AVAILABLE UPON REQUEST

CLANCY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CLANCY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CLANEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLANTON, ALLA
ADDRESS AVAILABLE UPON REQUEST

CLANTON, CORRIE
ADDRESS AVAILABLE UPON REQUEST

CLANTON, LINDY
ADDRESS AVAILABLE UPON REQUEST

CLANTON, MANDI
ADDRESS AVAILABLE UPON REQUEST

CLANTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLANTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLAPP, EDITH
ADDRESS AVAILABLE UPON REQUEST

CLAPP, EMMA
ADDRESS AVAILABLE UPON REQUEST

CLAPP, JULIE
ADDRESS AVAILABLE UPON REQUEST

CLAPP, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CLAPP, SONJA
ADDRESS AVAILABLE UPON REQUEST

CLAPPER, ALEX
ADDRESS AVAILABLE UPON REQUEST

CLAPPER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CLAPSADDLE, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CLAPSADDLE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CLARA STREET COMPANY (SALESPROS LLC)
251 RHODE ISLAND STREET, SUITE 203
SAN FRANCISCO, CA  94103

CLARE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CLARE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

CLARE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CLARENCE, WEST,
ADDRESS AVAILABLE UPON REQUEST

CLARICE PEI HSIA HONG
ADDRESS AVAILABLE UPON REQUEST

CLARION, GEREMY
ADDRESS AVAILABLE UPON REQUEST

CLARISSA BUTLER
ADDRESS AVAILABLE UPON REQUEST

CLARISSA PATTERSON
ADDRESS AVAILABLE UPON REQUEST

CLARITY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CLARK COUNTY BEVERAGE MANAGEMENT
LLC
9524 W. CAMELBACK RD C130-156
GLENDALE, AZ  85305

CLARK KENT PARKER
ADDRESS AVAILABLE UPON REQUEST

CLARK ROBERT GRIFFITH
ADDRESS AVAILABLE UPON REQUEST

CLARK WRIGHT
ADDRESS AVAILABLE UPON REQUEST

CLARK, ADAM
ADDRESS AVAILABLE UPON REQUEST

CLARK, ADAM
ADDRESS AVAILABLE UPON REQUEST

CLARK, ADAM
ADDRESS AVAILABLE UPON REQUEST

CLARK, ADAM
ADDRESS AVAILABLE UPON REQUEST

CLARK, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CLARK, AILEEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, AISHA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALBERT
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALEX
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALI
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALIEA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALISON
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALLI
ADDRESS AVAILABLE UPON REQUEST

CLARK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMBER
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMY
ADDRESS AVAILABLE UPON REQUEST

CLARK, AMY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ANGIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, ANNE
ADDRESS AVAILABLE UPON REQUEST

CLARK, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

CLARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CLARK, BAILEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CLARK, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CLARK, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CLARK, BREONNA
ADDRESS AVAILABLE UPON REQUEST

CLARK, BRIAN & JORDAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CLARK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CLARK, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, BURT
ADDRESS AVAILABLE UPON REQUEST

CLARK, CALANDRA
ADDRESS AVAILABLE UPON REQUEST

CLARK, CANDY
ADDRESS AVAILABLE UPON REQUEST

CLARK, CAREY
ADDRESS AVAILABLE UPON REQUEST

CLARK, CARLIS
ADDRESS AVAILABLE UPON REQUEST

CLARK, CAROL
ADDRESS AVAILABLE UPON REQUEST

CLARK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CLARK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CLARK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CLARK, CIARAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

CLARK, COLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, DALLAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, DANA
ADDRESS AVAILABLE UPON REQUEST

CLARK, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

CLARK, DARYN
ADDRESS AVAILABLE UPON REQUEST

CLARK, DARYN
ADDRESS AVAILABLE UPON REQUEST

CLARK, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CLARK, DELISA
ADDRESS AVAILABLE UPON REQUEST

CLARK, DONNA
ADDRESS AVAILABLE UPON REQUEST

CLARK, DUDLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, EBONY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLARK, EMMA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLARK, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLARK, EVA
ADDRESS AVAILABLE UPON REQUEST

CLARK, EVELYN
ADDRESS AVAILABLE UPON REQUEST

CLARK, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, GARY
ADDRESS AVAILABLE UPON REQUEST

CLARK, GENISE
ADDRESS AVAILABLE UPON REQUEST

CLARK, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

CLARK, GERALD
ADDRESS AVAILABLE UPON REQUEST

CLARK, GRACE
ADDRESS AVAILABLE UPON REQUEST

CLARK, GREGORY
ADDRESS AVAILABLE UPON REQUEST

CLARK, HALEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, HARRY
ADDRESS AVAILABLE UPON REQUEST

CLARK, HEATHER R.
ADDRESS AVAILABLE UPON REQUEST

CLARK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CLARK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CLARK, IMANI
ADDRESS AVAILABLE UPON REQUEST

CLARK, J. MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, JAMES
ADDRESS AVAILABLE UPON REQUEST

CLARK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, JANAE
ADDRESS AVAILABLE UPON REQUEST

CLARK, JANICE
ADDRESS AVAILABLE UPON REQUEST

CLARK, JASMINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, JASON
ADDRESS AVAILABLE UPON REQUEST

CLARK, JEFF
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNA M
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLARK, JENSEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CLARK, JERRELL
ADDRESS AVAILABLE UPON REQUEST

CLARK, JESS
ADDRESS AVAILABLE UPON REQUEST

CLARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLARK, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, JOHN
ADDRESS AVAILABLE UPON REQUEST

CLARK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, JONI
ADDRESS AVAILABLE UPON REQUEST

CLARK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CLARK, JUDY
ADDRESS AVAILABLE UPON REQUEST

CLARK, JULEA
ADDRESS AVAILABLE UPON REQUEST

CLARK, KALIDAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, KAMRY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KANDY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KATE
ADDRESS AVAILABLE UPON REQUEST

CLARK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

CLARK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CLARK, KELLEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KENLEIGH
ADDRESS AVAILABLE UPON REQUEST

CLARK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CLARK, KIM
ADDRESS AVAILABLE UPON REQUEST

CLARK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CLARK, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

CLARK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CLARK, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CLARK, KYLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, KYRA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAURA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAURA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAURA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEENA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEISELLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LELA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LEONA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, LETTIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, LILY
ADDRESS AVAILABLE UPON REQUEST

CLARK, LINDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LINDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LINDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CLARK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, LISA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LISA
ADDRESS AVAILABLE UPON REQUEST

CLARK, LIZ
ADDRESS AVAILABLE UPON REQUEST

CLARK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARI
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARION
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARTHE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARTHE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MATT
ADDRESS AVAILABLE UPON REQUEST

CLARK, MAYA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MERRILEE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MILES
ADDRESS AVAILABLE UPON REQUEST

CLARK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, MISTY
ADDRESS AVAILABLE UPON REQUEST

CLARK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICKI
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, NOELLE
ADDRESS AVAILABLE UPON REQUEST

CLARK, PEARL
ADDRESS AVAILABLE UPON REQUEST

CLARK, PETER
ADDRESS AVAILABLE UPON REQUEST

CLARK, PETER
ADDRESS AVAILABLE UPON REQUEST

CLARK, PETER
ADDRESS AVAILABLE UPON REQUEST

CLARK, PJ
ADDRESS AVAILABLE UPON REQUEST

CLARK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, RANDY
ADDRESS AVAILABLE UPON REQUEST

CLARK, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

CLARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLARK, RENEE
ADDRESS AVAILABLE UPON REQUEST

CLARK, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, RILEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, ROB
ADDRESS AVAILABLE UPON REQUEST

CLARK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CLARK, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

CLARK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CLARK, RYAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, RYAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CLARK, SALLY
ADDRESS AVAILABLE UPON REQUEST

CLARK, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, SARA
ADDRESS AVAILABLE UPON REQUEST

CLARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLARK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CLARK, SEAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, SHANE
ADDRESS AVAILABLE UPON REQUEST

CLARK, SHAR-LEANN J.
ADDRESS AVAILABLE UPON REQUEST

CLARK, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

CLARK, SHELLBIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, SHERONDA
ADDRESS AVAILABLE UPON REQUEST

CLARK, SILVIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, SU
ADDRESS AVAILABLE UPON REQUEST

CLARK, SUE
ADDRESS AVAILABLE UPON REQUEST

CLARK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CLARK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, TARA R.
ADDRESS AVAILABLE UPON REQUEST

CLARK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLARK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLARK, TENEKA
ADDRESS AVAILABLE UPON REQUEST

CLARK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CLARK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

CLARK, TOM
ADDRESS AVAILABLE UPON REQUEST

CLARK, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CLARK, TYLER
ADDRESS AVAILABLE UPON REQUEST

CLARK, TYLER
ADDRESS AVAILABLE UPON REQUEST

CLARK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CLARK, VICKIE
ADDRESS AVAILABLE UPON REQUEST

CLARK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CLARK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CLARKE SIEVERS, AMY
ADDRESS AVAILABLE UPON REQUEST

CLARKE SMITH, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, AILEIAH
ADDRESS AVAILABLE UPON REQUEST

CLARKE, AMAANY
ADDRESS AVAILABLE UPON REQUEST

CLARKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, APRIL
ADDRESS AVAILABLE UPON REQUEST

CLARKE, BRENNA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ERIC
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, FAITH
ADDRESS AVAILABLE UPON REQUEST

CLARKE, FRANCES
ADDRESS AVAILABLE UPON REQUEST

CLARKE, GILDA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, GWYNNE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JEAN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JERMAINE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CLARKE, JULIAN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CLARKE, LISA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MARQUIS
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CLARKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CLARKE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, NYA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, OLIVER
ADDRESS AVAILABLE UPON REQUEST

CLARKE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CLARKE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CLARKE, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, SARA
ADDRESS AVAILABLE UPON REQUEST

CLARKE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CLARKE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLARKE, TREVOR
ADDRESS AVAILABLE UPON REQUEST

CLARKE, VICKIE
ADDRESS AVAILABLE UPON REQUEST

CLARKE, VINCENT
ADDRESS AVAILABLE UPON REQUEST

CLARKE, WALTER
ADDRESS AVAILABLE UPON REQUEST

CLARK-GAUN, RAINA
ADDRESS AVAILABLE UPON REQUEST

CLARKIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

CLARKIN-BRESLIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CLARK-KILCOYNE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CLARKSBURG WINE CO. LLC
P.O. BOX 123
CLARKSBURG, CA  95612

CLARK-SIMS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CLARKSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

CLARKSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLARKSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CLARKSON, JAN
ADDRESS AVAILABLE UPON REQUEST

CLARKSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLARO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLAROS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CLARRY, RAVEN
ADDRESS AVAILABLE UPON REQUEST

CLARY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CLASON, KARA
ADDRESS AVAILABLE UPON REQUEST

CLASPY, ANNA
ADDRESS AVAILABLE UPON REQUEST

CLASS, CAREN
ADDRESS AVAILABLE UPON REQUEST

CLASSEN, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

CLASSEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CLASSIC BEVERAGE COMPANY LLC
6498 E. 39TH AVENUE
DENVER, CO  80207

CLASSIC BEVERAGE COMPANY
6489 E. 39TH AVE.
DENVER, CO  80207

CLASSIC INVESTMENT TRUST
ADDRESS AVAILABLE UPON REQUEST

CLASSIC PARTY RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

CLASSIE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CLATCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLATTERBUCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLAUDAT, GLORIA
ADDRESS AVAILABLE UPON REQUEST

CLAUDE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CLAUDIA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

CLAUDIA CARDONA
ADDRESS AVAILABLE UPON REQUEST

CLAUDIA COBB DAVIS
ADDRESS AVAILABLE UPON REQUEST

CLAUDIA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

CLAUDIO, JOSE
ADDRESS AVAILABLE UPON REQUEST

CLAUNCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLAUS CASEY
ADDRESS AVAILABLE UPON REQUEST

CLAUS, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

CLAUS, KATY
ADDRESS AVAILABLE UPON REQUEST

CLAUS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

CLAUSE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CLAUSELL, TURI
ADDRESS AVAILABLE UPON REQUEST

CLAUSEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| CLAUSEN, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSEN, CHRISTINA<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSEN, CONNOR<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAUSEN, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSEN, TYLER<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSIUS, SARAH<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAUSS, LAURA<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSS, MATTHEW<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSSEN, CYNTHIA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAUSSEN, KATHY<br>ADDRESS AVAILABLE UPON REQUEST | CLAUSSEN, MORGAN<br>ADDRESS AVAILABLE UPON REQUEST | CLAVET, JAMIE<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAVEUS, FALOON<br>ADDRESS AVAILABLE UPON REQUEST | CLAVIN, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | CLAVIN, MARISSA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAWSON, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST | CLAWSON, CANDICE<br>ADDRESS AVAILABLE UPON REQUEST | CLAWSON, LAURA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAWSON, MARY<br>ADDRESS AVAILABLE UPON REQUEST | CLAXTON, CHRIS<br>ADDRESS AVAILABLE UPON REQUEST | CLAXTON, IRMA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAXTON, KATELYN<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, AMBER<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, ANDREA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAY, BECCA<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, CAMILA<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, CASSANDRA<br>ADDRESS AVAILABLE UPON REQUEST |
| CLAY, DAVID<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, JENNA<br>ADDRESS AVAILABLE UPON REQUEST | CLAY, KRYSTLE<br>ADDRESS AVAILABLE UPON REQUEST |

CLAY, LENISE
ADDRESS AVAILABLE UPON REQUEST

CLAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

CLAY, MAKEBA
ADDRESS AVAILABLE UPON REQUEST

CLAY, PETER
ADDRESS AVAILABLE UPON REQUEST

CLAY, RENEE
ADDRESS AVAILABLE UPON REQUEST

CLAY, TRACIE
ADDRESS AVAILABLE UPON REQUEST

CLAY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CLAYBORN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CLAYBROOK, JEAN
ADDRESS AVAILABLE UPON REQUEST

CLAYBURGH, STESHA
ADDRESS AVAILABLE UPON REQUEST

CLAYCO CAPITAL VENTURES LLC
(NCROWD, INC / BOOMSTREET)
602 S GAY ST. 2ND FLOOR
KNOXVILLE, TN  37902

CLAYCO CAPITAL VENTURES LLC
(NCROWD, INC / BOOMSTREET)
810 W CLINCH AVE 8TH FLOOR
KNOXVILLE, TN  37902

CLAYE, STACY
ADDRESS AVAILABLE UPON REQUEST

CLAYMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, DJ
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CLAYPOOL, MARLENE
ADDRESS AVAILABLE UPON REQUEST

CLAYTER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CLAYTON ANDREWS
ADDRESS AVAILABLE UPON REQUEST

CLAYTON LEE HATFIELD
ADDRESS AVAILABLE UPON REQUEST

CLAYTON MEADOR
ADDRESS AVAILABLE UPON REQUEST

CLAYTON NORRIS
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, ABBIE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, APRIL
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, BRETT
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, CATIE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, DANAE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, JIM
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, LYNSEA
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, MARGIE
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, MICAH
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, PETA
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, RYLEIGH
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLAYTON, VICKI
ADDRESS AVAILABLE UPON REQUEST

CLAYTOR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CLEAN PLATES OMNIMEDIA, INC.
16 EAST 40TH STEET 6TH FLOOR
NEW YORK, NY 10016

CLEANSKINS WINE LLC
(AMY ATWOOD SELECTIONS)
2658 GRIFFITH PARK BLVD 732
LOS ANGELES, CA 90039

CLEAR CHANNEL BROADCASTING, INC
5080 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CLEAR CHANNEL OUTDOOR, INC
19320 HARBORGATE WAY
TORRANCE, CA 90501

CLEAR CHANNEL OUTDOOR, INC
PO BOX 847247
DALLAS, TX 75284-7247

CLEARFIELD, DAN
ADDRESS AVAILABLE UPON REQUEST

CLEARVIEW STRATEGIC PARTNERS INC.
372 BAY STREET, SUITE 1902
TORONTO, ON M5H 2W9
CANADA

CLEARY, KATE
ADDRESS AVAILABLE UPON REQUEST

CLEARY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CLEARY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CLEARY, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLEARY, KERRYANN
ADDRESS AVAILABLE UPON REQUEST

CLEARY, KIM
ADDRESS AVAILABLE UPON REQUEST

CLEARY, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

CLEARY, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

CLEARY, NIKI
ADDRESS AVAILABLE UPON REQUEST

CLEARY, SARA
ADDRESS AVAILABLE UPON REQUEST

CLEARY, SUE
ADDRESS AVAILABLE UPON REQUEST

CLEASBY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CLEAVELAND, LISA
ADDRESS AVAILABLE UPON REQUEST

CLEAVER, BOB
ADDRESS AVAILABLE UPON REQUEST

CLEAVER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CLEAVER, JESSLAYN
ADDRESS AVAILABLE UPON REQUEST

CLEAVER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CLEAVER, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

CLEBORNE, ROCKY
ADDRESS AVAILABLE UPON REQUEST

CLECKLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CLEDARA LIMITED
35-41, FORA, FOLGATE STREET
LONDON  W16BX
UNITED KINGDOM

CLEFISCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLEGG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CLEGG, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CLEGG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLEGG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLEGG, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

CLEGG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CLELAND, DREW
ADDRESS AVAILABLE UPON REQUEST

CLEM, BRENDA
ADDRESS AVAILABLE UPON REQUEST

CLEM, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLEM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CLEM, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CLEM, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CLEM, TRISHA
ADDRESS AVAILABLE UPON REQUEST

CLEMANS, KAY
ADDRESS AVAILABLE UPON REQUEST

CLEMANS-COPE, LISA
ADDRESS AVAILABLE UPON REQUEST

CLEMENCY, CHRISSIE
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, CONSTANCE R
ADDRESS AVAILABLE UPON REQUEST

CLEMENS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, CARLA
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, JUDY
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, LIV
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, MIKE
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, STEWART
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, WENDIE
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CLEMENT, ZOE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, JAROD
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, JOSE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, KIM
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, ANNA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, BRI
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, BURKE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, DONNA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, ED
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, JEFF
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, JENNA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, JULIE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, KORBY
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, LIZ
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, LORETTA
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, MATT
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, MICHI
ADDRESS AVAILABLE UPON REQUEST

CLEMENTS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CLEMINSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

CLEMMER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CLEMMONS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLEMMONS, ZINZI
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, CHIQUITA
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, JODI
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, JOSH
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, KIKI
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, NED
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CLEMONS, TREASURE
ADDRESS AVAILABLE UPON REQUEST

CLEMOW, JOHN
ADDRESS AVAILABLE UPON REQUEST

CLEMSON, BOB
ADDRESS AVAILABLE UPON REQUEST

CLENDANIEL, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

CLENDENNEN, LORI
ADDRESS AVAILABLE UPON REQUEST

CLENDENNEN, SUE
ADDRESS AVAILABLE UPON REQUEST

CLENDENNY, TYCHO
ADDRESS AVAILABLE UPON REQUEST

CLENDON, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CLENTON C WILSON
ADDRESS AVAILABLE UPON REQUEST

CLEOLMSTEAD, CIERIC
ADDRESS AVAILABLE UPON REQUEST

CLEPPER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLERICO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CLERY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

CLETHEN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CLETO, MARIKA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, ANNA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, BRYON
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, CLAY
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, CURTIS
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, DANA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, HALEY
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, JANA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, KELLI
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, KIANA
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, MARYJO
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

CLEVELAND, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, CANDIS
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CLEVENGER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CLEVERLEY, JACK
ADDRESS AVAILABLE UPON REQUEST

CLEVERLEY, TXANTON
ADDRESS AVAILABLE UPON REQUEST

CLEVINGER, CHAZZ
ADDRESS AVAILABLE UPON REQUEST

CLEW, SEAN
ADDRESS AVAILABLE UPON REQUEST

CLEWETT, COURTNIE
ADDRESS AVAILABLE UPON REQUEST

CLEWIS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CLEWLOW, CAYLIE
ADDRESS AVAILABLE UPON REQUEST

CLEWS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CLIATT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLIBER, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

CLIBON, COLLIN
ADDRESS AVAILABLE UPON REQUEST

CLIBURN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CLICK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CLICK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CLICKBOOTH.COM, LLC
5901 N. HONORE AVE SUITE 114
SARASOTA, FL 34243

CLICKNER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

CLICKSO LLC
1411 MCHENRY ROAD SUITE 227
BUFFALO GROVE, IL  60089

CLIFF CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

CLIFF, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CLIFF, TICIA
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD ALEXANDER ABBOTT
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD MOSSON
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, DARA
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, DIANA
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, JANE
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, LEAH
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, MARY
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, SETH
ADDRESS AVAILABLE UPON REQUEST

CLIFFORD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CLIFT HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

CLIFT, SHANE
ADDRESS AVAILABLE UPON REQUEST

CLIFTON ANTHONY LEWIS
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, ARIADNE
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, CINDY
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, DONNA
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, JENNA
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, RANDY
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, KATELIN
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CLIFTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLIMACO, JUNNELOU
ADDRESS AVAILABLE UPON REQUEST

CLIME, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CLINARD, NICK
ADDRESS AVAILABLE UPON REQUEST

CLINARD, RENEE
ADDRESS AVAILABLE UPON REQUEST

CLINCH, AISLINN
ADDRESS AVAILABLE UPON REQUEST

CLINCHER, TYLER
ADDRESS AVAILABLE UPON REQUEST

CLINCO, LOIS
ADDRESS AVAILABLE UPON REQUEST

CLINDINNING, NOREEN
ADDRESS AVAILABLE UPON REQUEST

C-LINE EXPRESS
P.O. BOX 540
NAPA, CA 94559

CLINE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CLINE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

CLINE, CASEY
ADDRESS AVAILABLE UPON REQUEST

CLINE, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

CLINE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CLINE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CLINE, ERIN
ADDRESS AVAILABLE UPON REQUEST

CLINE, HELENA
ADDRESS AVAILABLE UPON REQUEST

CLINE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

CLINE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLINE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CLINE, PAUL
ADDRESS AVAILABLE UPON REQUEST

CLINE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CLINE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CLINE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CLINES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CLINGAMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CLINGENPEEL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CLINGER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CLINGERMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

CLINGMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CLINKENBEARD, AMY
ADDRESS AVAILABLE UPON REQUEST

CLINKHAMMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLINKSCALE, JASON
ADDRESS AVAILABLE UPON REQUEST

CLINKSCALES, WHITTNEY
ADDRESS AVAILABLE UPON REQUEST

CLINT BETROS
ADDRESS AVAILABLE UPON REQUEST

CLINT COWEN
ADDRESS AVAILABLE UPON REQUEST

CLINTON FITZGERALD SIKES
ADDRESS AVAILABLE UPON REQUEST

CLINTON LENARD REDO
ADDRESS AVAILABLE UPON REQUEST

CLINTON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

CLINTON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CLINTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

CLINTON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CLINTON, MARY
ADDRESS AVAILABLE UPON REQUEST

CLINTON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CLIPSHAM, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CLIQUE MEDIA, INC
750 NORTH SAN VICENTE BLVD., 8TH FLR
EAST WEST HOLLYWOOD, CA  90069

CLIQUE MEDIA, INC
8641 WILSHIRE BLVD
BEVERLY HILLS, CA  90211

CLIREHUGH, STACY
ADDRESS AVAILABLE UPON REQUEST

CLITES-BOGARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CLIVER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CLIVER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CL-LJ INVESTMENTS LLC
ADDRESS AVAILABLE UPON REQUEST

CLOAKEY, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

CLOE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CLOETE, YVONNE
ADDRESS AVAILABLE UPON REQUEST

CLOHERTY, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

CLOKE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CLOLINGER, SARA
ADDRESS AVAILABLE UPON REQUEST

CLOMA, EXSENCIA
ADDRESS AVAILABLE UPON REQUEST

CLONINGER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CLONINGER, KRISS
ADDRESS AVAILABLE UPON REQUEST

CLONTS, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

CLONTZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLOONAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

CLOPTON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

CLOSE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLOSE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CLOSS, EMILIA
ADDRESS AVAILABLE UPON REQUEST

CLOSSMAN, NESRENE
ADDRESS AVAILABLE UPON REQUEST

CLOSSON, MARSHA
ADDRESS AVAILABLE UPON REQUEST

CLOSTERMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLOSUIT, SARAH-GRACE
ADDRESS AVAILABLE UPON REQUEST

CLOTAR, GAIL
ADDRESS AVAILABLE UPON REQUEST

CLOTHIER, CALEB
ADDRESS AVAILABLE UPON REQUEST

CLOTHIER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CLOTHIER, KELLI
ADDRESS AVAILABLE UPON REQUEST

CLOUD, AMY
ADDRESS AVAILABLE UPON REQUEST

CLOUD, BREA
ADDRESS AVAILABLE UPON REQUEST

CLOUD, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CLOUD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CLOUD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CLOUD, KENDALL
ADDRESS AVAILABLE UPON REQUEST

CLOUD, LAEL
ADDRESS AVAILABLE UPON REQUEST

CLOUD, LINDA
ADDRESS AVAILABLE UPON REQUEST

CLOUD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CLOUD, TAMMY
ADDRESS AVAILABLE UPON REQUEST

CLOUD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CLOUD-ANDERSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CLOUDFLARE, INC.
101 TOWNSEND ST
SAN FRANCISCO, CA  94107

CLOUGH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, DONNA
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, LAURA
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CLOUGH, TYLER
ADDRESS AVAILABLE UPON REQUEST

CLOUSER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CLOUTHIER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CLOUTHIER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, JULIA
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, KAREN
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLOUTIER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLOVER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CLOVERSETTLE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

CLOWARD, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

CLOWE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CLOWER, KATIE
ADDRESS AVAILABLE UPON REQUEST

CLOWER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CLOWERS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CLOWES, EDWARD
ADDRESS AVAILABLE UPON REQUEST

CLOY, MANDY
ADDRESS AVAILABLE UPON REQUEST

CLUBB, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CLUBB, JANA
ADDRESS AVAILABLE UPON REQUEST

CLUBB, LISA
ADDRESS AVAILABLE UPON REQUEST

CLUBW.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CLUCK, SHERRY
ADDRESS AVAILABLE UPON REQUEST

CLUFF, ERIC
ADDRESS AVAILABLE UPON REQUEST

CLUGSTON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CLUKEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CLUNE, KATHY
ADDRESS AVAILABLE UPON REQUEST

CLUNE, LISA
ADDRESS AVAILABLE UPON REQUEST

CLUNE, SHANE
ADDRESS AVAILABLE UPON REQUEST

CLURMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CLUSKEY, BETHANY
ADDRESS AVAILABLE UPON REQUEST

CLYCE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CLYDE ANTHONY EDWARDS JR
ADDRESS AVAILABLE UPON REQUEST

CLYDE E ANDREW
ADDRESS AVAILABLE UPON REQUEST

CLYDE, DANA
ADDRESS AVAILABLE UPON REQUEST

CLYDE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CLYDE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CLYDE, RON
ADDRESS AVAILABLE UPON REQUEST

CLYMER, CANDY
ADDRESS AVAILABLE UPON REQUEST

CLYMER, CIERRA
ADDRESS AVAILABLE UPON REQUEST

CLYMER, KELLY
ADDRESS AVAILABLE UPON REQUEST

CLYMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

CM & ASSOCIATES
8800 S SEPULVEDA BLVD STE 8
LOS ANGELES, CA  90045

CMCG INC.
C/O MURPHY
4812 SALOMA AVE
SHERMAN OAKS, CA  91403

CMEREK, MARCI
ADDRESS AVAILABLE UPON REQUEST

CMGC INC.
407 SOUTH KENMORE AVENUE 209
LOS ANGELES, CA  90020

CNA INSURANCE
151 N. FRANKLIN ST. 12TH FL
CHICAGO, IL  60606

CNA INSURANCE
POLICY SERVICES DEPARTMENT
PO BOX 958487
LAKE MARY, FL  32746-9487

CNP BON APPETIT
ADDRESS UNAVAILABLE AT TIME OF FILING

CO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO  80261

CO DEPARTMENT OF REVENUE
PO BOX 17087
DENVER, CO  80217-0087

COACH
ADDRESS UNAVAILABLE AT TIME OF FILING

COADY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COAKLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COAKLEY, JANET
ADDRESS AVAILABLE UPON REQUEST

COAKLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

COAKLEY, KERRI
ADDRESS AVAILABLE UPON REQUEST

COAKLEY, REGAN
ADDRESS AVAILABLE UPON REQUEST

COALDRAKE, PETER
ADDRESS AVAILABLE UPON REQUEST

COAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

COAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

COANE, MARY
ADDRESS AVAILABLE UPON REQUEST

COANE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COASH, EMILY
ADDRESS AVAILABLE UPON REQUEST

COASTAL COPY INC.
849 WARD DRIVE
SANTA BARBARA, CA  93111

COASTAL COPY
ADDRESS UNAVAILABLE AT TIME OF FILING

COASTAL PRODUCTS
ADDRESS UNAVAILABLE AT TIME OF FILING

COASTAL VINEYARD CARE ASSOCIATES
224 EAST HIGHWAY 246, STE A
BUELLTON, CA  93427

COASTAL VINEYARD CARE ASSOCIATES
PO BOX 1943
BUELLTON, CA  93427

COATES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COATES, DAVID
ADDRESS AVAILABLE UPON REQUEST

COATES, EDIE
ADDRESS AVAILABLE UPON REQUEST

COATES, GARY
ADDRESS AVAILABLE UPON REQUEST

COATES, HILLARY
ADDRESS AVAILABLE UPON REQUEST

COATES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

COATES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

COATES, KELLY
ADDRESS AVAILABLE UPON REQUEST

COATES, LEZLIE
ADDRESS AVAILABLE UPON REQUEST

COATES, MALLORY
ADDRESS AVAILABLE UPON REQUEST

COATES, ROSS
ADDRESS AVAILABLE UPON REQUEST

COATES, THOMAS
ADDRESS AVAILABLE UPON REQUEST

COATNEY, SARA
ADDRESS AVAILABLE UPON REQUEST

COATS, MARIA
ADDRESS AVAILABLE UPON REQUEST

COATS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

COATS, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

COBAR, XENIA
ADDRESS AVAILABLE UPON REQUEST

COBB, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COBB, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COBB, AMY
ADDRESS AVAILABLE UPON REQUEST

COBB, AURORA
ADDRESS AVAILABLE UPON REQUEST

COBB, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COBB, DARRYL
ADDRESS AVAILABLE UPON REQUEST

COBB, DEJA
ADDRESS AVAILABLE UPON REQUEST

COBB, HOLLY
ADDRESS AVAILABLE UPON REQUEST

COBB, JACINTA
ADDRESS AVAILABLE UPON REQUEST

COBB, JENNA
ADDRESS AVAILABLE UPON REQUEST

COBB, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COBB, JILL
ADDRESS AVAILABLE UPON REQUEST

COBB, JILL
ADDRESS AVAILABLE UPON REQUEST

COBB, JOSH
ADDRESS AVAILABLE UPON REQUEST

COBB, KEM
ADDRESS AVAILABLE UPON REQUEST

COBB, KEVIN
ADDRESS AVAILABLE UPON REQUEST

COBB, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COBB, MADAILEIN
ADDRESS AVAILABLE UPON REQUEST

COBB, MIKEY
ADDRESS AVAILABLE UPON REQUEST

COBB, MILDRED
ADDRESS AVAILABLE UPON REQUEST

COBB, PARKER
ADDRESS AVAILABLE UPON REQUEST

COBB, PETER
ADDRESS AVAILABLE UPON REQUEST

COBB, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

COBB, TINA
ADDRESS AVAILABLE UPON REQUEST

COBBIN, CHARLESTON
ADDRESS AVAILABLE UPON REQUEST

COBBLEDICK, CONNOR
ADDRESS AVAILABLE UPON REQUEST

COBBS, ANNA
ADDRESS AVAILABLE UPON REQUEST

COBBS, ARIANA
ADDRESS AVAILABLE UPON REQUEST

COBBS, HENRY
ADDRESS AVAILABLE UPON REQUEST

COBBS, HUNTER
ADDRESS AVAILABLE UPON REQUEST

COBBS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COBBS, LOVER
ADDRESS AVAILABLE UPON REQUEST

COBEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

COBIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

COBIN, MARLA
ADDRESS AVAILABLE UPON REQUEST

COBLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COBLE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

COBLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COBLE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COBLE, HALI
ADDRESS AVAILABLE UPON REQUEST

COBLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COBLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

COBLEIGH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

COBLEIGH, KAY
ADDRESS AVAILABLE UPON REQUEST

COBO, JUAN
ADDRESS AVAILABLE UPON REQUEST

COBO, MIRANDA ROSE
ADDRESS AVAILABLE UPON REQUEST

COBOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

COBOS, LUISA
ADDRESS AVAILABLE UPON REQUEST

COBRANCHI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COBURN, ADLISE
ADDRESS AVAILABLE UPON REQUEST

COBURN, JANICE
ADDRESS AVAILABLE UPON REQUEST

COBURN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COBURN, KIM
ADDRESS AVAILABLE UPON REQUEST

COBURN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COBURN, RUTHANN
ADDRESS AVAILABLE UPON REQUEST

COBURN, SAFITA
ADDRESS AVAILABLE UPON REQUEST

COBY AKEO
ADDRESS AVAILABLE UPON REQUEST

COBY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

COBY, RUTH
ADDRESS AVAILABLE UPON REQUEST

COCA, BECKY
ADDRESS AVAILABLE UPON REQUEST

COCA, MIHAELA
ADDRESS AVAILABLE UPON REQUEST

COCA, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

COCALLAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COCCA, KATIE
ADDRESS AVAILABLE UPON REQUEST

COCCHIANO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

COCCHIARELLA, DANA
ADDRESS AVAILABLE UPON REQUEST

COCCHIOLA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COCCHIOLA, JULIA
ADDRESS AVAILABLE UPON REQUEST

COCCIA, PAULA
ADDRESS AVAILABLE UPON REQUEST

COCCO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COCCO, LISA
ADDRESS AVAILABLE UPON REQUEST

COCCO-JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COCHENOUR, KAREN
ADDRESS AVAILABLE UPON REQUEST

COCHEO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

COCHEO, TIM
ADDRESS AVAILABLE UPON REQUEST

COCHIOLO AND SON INC.
185 S BROADWAY SUITE 101
SANTA MARIA, CA 93455

COCHRAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, CHANELL
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, CLARK
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COCHRAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, GLEN
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, SEAN
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COCHRANE, TESS
ADDRESS AVAILABLE UPON REQUEST

COCKE, ELANA
ADDRESS AVAILABLE UPON REQUEST

COCKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

COCKERHAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

COCKERHAM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COCKERILLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COCKFIELD, LAURYN
ADDRESS AVAILABLE UPON REQUEST

COCKFIELD, WAYNE
ADDRESS AVAILABLE UPON REQUEST

COCKLE, MARY HELEN
ADDRESS AVAILABLE UPON REQUEST

COCKLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COCKRELL, JACQUE
ADDRESS AVAILABLE UPON REQUEST

COCKREN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

COCKRUM, SETH
ADDRESS AVAILABLE UPON REQUEST

COCKTAIL ACADEMY LP
652 MATEO ST  107
LOS ANGELES, CA  90021

COCO, FRANK
ADDRESS AVAILABLE UPON REQUEST

COCO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COCO, KIRK
ADDRESS AVAILABLE UPON REQUEST

COCO, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

COCOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

COCREHAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

CODD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CODEMO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CODER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

CODER, KASI
ADDRESS AVAILABLE UPON REQUEST

CODI LANCLOS
ADDRESS AVAILABLE UPON REQUEST

CODNEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

CODUTE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CODY RYBA
ADDRESS AVAILABLE UPON REQUEST

CODY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CODY, EDMOND
ADDRESS AVAILABLE UPON REQUEST

CODY, GLORIANNE
ADDRESS AVAILABLE UPON REQUEST

CODY, GRANT
ADDRESS AVAILABLE UPON REQUEST

CODY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CODY, JODI
ADDRESS AVAILABLE UPON REQUEST

CODY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CODY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CODY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CODY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CODY, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

COE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COE, DIANE
ADDRESS AVAILABLE UPON REQUEST

COE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

COE, KEIKO
ADDRESS AVAILABLE UPON REQUEST

COE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COE, LARISSA
ADDRESS AVAILABLE UPON REQUEST

COE, LATASHA
ADDRESS AVAILABLE UPON REQUEST

COE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

COE, MARION
ADDRESS AVAILABLE UPON REQUEST

COE, MERLE
ADDRESS AVAILABLE UPON REQUEST

COE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COE, SHANNAH
ADDRESS AVAILABLE UPON REQUEST

COE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

COE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COELHO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COELHO-BARNES, MIA
ADDRESS AVAILABLE UPON REQUEST

COELLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COELLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COEN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

COEN, WILL
ADDRESS AVAILABLE UPON REQUEST

COENEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

COES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COETZEE, ANTOINE
ADDRESS AVAILABLE UPON REQUEST

COFER, ERIC
ADDRESS AVAILABLE UPON REQUEST

COFER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

COFFEE BEAN
ADDRESS UNAVAILABLE AT TIME OF FILING

COFFEE BREAK WITH DANI, LLC.
9449 LONG HOLLOW CIR
FRISCO, TX  75033

COFFEE STATION
ADDRESS UNAVAILABLE AT TIME OF FILING

COFFEE TIME
ADDRESS UNAVAILABLE AT TIME OF FILING

COFFEE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COFFEE, BRYNE
ADDRESS AVAILABLE UPON REQUEST

COFFEE, LAURA
ADDRESS AVAILABLE UPON REQUEST

COFFEE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COFFEE-HOGAN, TAMICKA
ADDRESS AVAILABLE UPON REQUEST

COFFELT, CARA
ADDRESS AVAILABLE UPON REQUEST

COFFELT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, AIMEE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

COFFEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COFFEY, GERIANNE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

COFFEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COFFEY, LACHELLE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COFFEY, LEANNE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

COFFEY, MARA
ADDRESS AVAILABLE UPON REQUEST

COFFEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COFFEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

COFFEY, MINDY
ADDRESS AVAILABLE UPON REQUEST

COFFEY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

COFFEY, ROLAND
ADDRESS AVAILABLE UPON REQUEST

COFFEY, SHANA
ADDRESS AVAILABLE UPON REQUEST

COFFEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COFFEY, SUMMER
ADDRESS AVAILABLE UPON REQUEST

COFFIN, BETH
ADDRESS AVAILABLE UPON REQUEST

COFFIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

COFFIN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COFFIN, KEELY
ADDRESS AVAILABLE UPON REQUEST

COFFINET, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

COFFING, KATIE
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, STORMY
ADDRESS AVAILABLE UPON REQUEST

COFFMAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

COFFMAN-PEACOCK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

COFIELD, MADISON
ADDRESS AVAILABLE UPON REQUEST

COFIELD-BENJAMIN, JYI-LEEK
ADDRESS AVAILABLE UPON REQUEST

COFOID, TERRI
ADDRESS AVAILABLE UPON REQUEST

COFONE, JOE
ADDRESS AVAILABLE UPON REQUEST

COFFRIN-SHAW, KEELY
ADDRESS AVAILABLE UPON REQUEST

COGAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

COGAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

COGAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COGAR, NANCY
ADDRESS AVAILABLE UPON REQUEST

COGAR, WESLEY
ADDRESS AVAILABLE UPON REQUEST

COGBURN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COGDELL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COGEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COGEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COGERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COGGESHALL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COGGIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COGGIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COGGIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

COGGINS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

COGGINS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COGGINS, LANI
ADDRESS AVAILABLE UPON REQUEST

COGGINS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

COGGINS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COGGINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COGHLAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COGHLAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COGLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

COGLIANO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COGNAT, BRIANA
ADDRESS AVAILABLE UPON REQUEST

COGNIUS INC.
1 KENDALL SQUARE, SUITE B2106
CAMBRIDGE, MA  02139

COGSWELL, AMY
ADDRESS AVAILABLE UPON REQUEST

COGSWELL, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

COHAN, DARI
ADDRESS AVAILABLE UPON REQUEST

COHAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

COHEN, AARON
ADDRESS AVAILABLE UPON REQUEST

COHEN, AARON
ADDRESS AVAILABLE UPON REQUEST

COHEN, ABBE
ADDRESS AVAILABLE UPON REQUEST

COHEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

COHEN, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

COHEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COHEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COHEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COHEN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COHEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COHEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

COHEN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

COHEN, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

COHEN, BEN
ADDRESS AVAILABLE UPON REQUEST

COHEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

COHEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

COHEN, BRIENNA
ADDRESS AVAILABLE UPON REQUEST

COHEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

COHEN, CC
ADDRESS AVAILABLE UPON REQUEST

COHEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COHEN, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

COHEN, CLO
ADDRESS AVAILABLE UPON REQUEST

COHEN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

COHEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

COHEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COHEN, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

COHEN, EDOE
ADDRESS AVAILABLE UPON REQUEST

COHEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

COHEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

COHEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

COHEN, GABI
ADDRESS AVAILABLE UPON REQUEST

COHEN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

COHEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

COHEN, HARRISON
ADDRESS AVAILABLE UPON REQUEST

COHEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COHEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COHEN, HENRY
ADDRESS AVAILABLE UPON REQUEST

COHEN, HUDSON
ADDRESS AVAILABLE UPON REQUEST

COHEN, JACKIE AND MARK
ADDRESS AVAILABLE UPON REQUEST

COHEN, JACOB
ADDRESS AVAILABLE UPON REQUEST

COHEN, JAKE
ADDRESS AVAILABLE UPON REQUEST

COHEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

COHEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

COHEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COHEN, JODI AND NEIL
ADDRESS AVAILABLE UPON REQUEST

COHEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

COHEN, JUDEAN
ADDRESS AVAILABLE UPON REQUEST

COHEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

COHEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COHEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

COHEN, LISA
ADDRESS AVAILABLE UPON REQUEST

COHEN, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

COHEN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

COHEN, MARCI
ADDRESS AVAILABLE UPON REQUEST

COHEN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

COHEN, MARK
ADDRESS AVAILABLE UPON REQUEST

COHEN, MARYJANE
ADDRESS AVAILABLE UPON REQUEST

COHEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

COHEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COHEN, MISUDA
ADDRESS AVAILABLE UPON REQUEST

COHEN, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

COHEN, RABBIT
ADDRESS AVAILABLE UPON REQUEST

COHEN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COHEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COHEN, RUTH
ADDRESS AVAILABLE UPON REQUEST

COHEN, SALLY
ADDRESS AVAILABLE UPON REQUEST

COHEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COHEN, SANDY
ADDRESS AVAILABLE UPON REQUEST

COHEN, SANDY
ADDRESS AVAILABLE UPON REQUEST

COHEN, SARI
ADDRESS AVAILABLE UPON REQUEST

COHEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

COHEN, SHARON
ADDRESS AVAILABLE UPON REQUEST

COHEN, SHARYN
ADDRESS AVAILABLE UPON REQUEST

COHEN, SILVIE
ADDRESS AVAILABLE UPON REQUEST

COHEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

COHEN, WHITAKER
ADDRESS AVAILABLE UPON REQUEST

COHEN, WILL
ADDRESS AVAILABLE UPON REQUEST

COHEN, ZACH
ADDRESS AVAILABLE UPON REQUEST

COHEN-PILAT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

COHICK, SASKIA
ADDRESS AVAILABLE UPON REQUEST

COHN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COHN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

COHN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

COHN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COHN, GARY
ADDRESS AVAILABLE UPON REQUEST

COHN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

COHN, KIM
ADDRESS AVAILABLE UPON REQUEST

COHN, LISA
ADDRESS AVAILABLE UPON REQUEST

COHN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

COHN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

COHN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

COHN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COHN, TERRI
ADDRESS AVAILABLE UPON REQUEST

COHRS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

COICHY DAUPHIN, MARIE
ADDRESS AVAILABLE UPON REQUEST

COIE, DAVID AND CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

COIL, AMBER
ADDRESS AVAILABLE UPON REQUEST

COIL, CHELSY
ADDRESS AVAILABLE UPON REQUEST

COILE, MIKE
ADDRESS AVAILABLE UPON REQUEST

COIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

COINER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COINER, TERESA
ADDRESS AVAILABLE UPON REQUEST

COIRO, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

COISCOU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

COISH, KAREN
ADDRESS AVAILABLE UPON REQUEST

COISH, KAREN
ADDRESS AVAILABLE UPON REQUEST

COKANASIGA, BEN
ADDRESS AVAILABLE UPON REQUEST

COKAS, LORIN
ADDRESS AVAILABLE UPON REQUEST

COKASH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COKE, ASHA
ADDRESS AVAILABLE UPON REQUEST

COKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COKEING, MARY
ADDRESS AVAILABLE UPON REQUEST

CORENOUR, GERRIE
ADDRESS AVAILABLE UPON REQUEST

COKER, AISLINN
ADDRESS AVAILABLE UPON REQUEST

COKER, ALISON
ADDRESS AVAILABLE UPON REQUEST

COKER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

COKER, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

COKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COKER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

COKER, KARLA
ADDRESS AVAILABLE UPON REQUEST

COKER, KELINI
ADDRESS AVAILABLE UPON REQUEST

COKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COKER, MADISON
ADDRESS AVAILABLE UPON REQUEST

COKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COKER, SARA
ADDRESS AVAILABLE UPON REQUEST

COLA, DONALD
ADDRESS AVAILABLE UPON REQUEST

COLA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLALUCA, FAYE
ADDRESS AVAILABLE UPON REQUEST

COLAN MCGEEHAN
ADDRESS AVAILABLE UPON REQUEST

COLAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

COLANERI, GINA
ADDRESS AVAILABLE UPON REQUEST

COLANGELO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COLANGELO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLAR, LAURA
ADDRESS AVAILABLE UPON REQUEST

COLAROSSI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLARUOTOLO, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

COLARUSSO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COLARUSSO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

COLARUSSO, TERESA
ADDRESS AVAILABLE UPON REQUEST

COLAS, MARGAUX
ADDRESS AVAILABLE UPON REQUEST

COLASACCO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COLASURDO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLATO, MELVIN
ADDRESS AVAILABLE UPON REQUEST

COLATO, NADYNA
ADDRESS AVAILABLE UPON REQUEST

COLAVITO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

COLBATH, CRAIG
ADDRESS AVAILABLE UPON REQUEST

COLBAUGH, TYLER
ADDRESS AVAILABLE UPON REQUEST

COLBERG, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

COLBERT, ALISHIA
ADDRESS AVAILABLE UPON REQUEST

COLBERT, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

COLBERT, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

COLBERT, CASEY
ADDRESS AVAILABLE UPON REQUEST

COLBERT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

COLBERT, CRAIG
ADDRESS AVAILABLE UPON REQUEST

COLBERT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

COLBERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COLBERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLBERT, JOHN
ADDRESS AVAILABLE UPON REQUEST

COLBERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLBERT, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COLBERT, PATTI
ADDRESS AVAILABLE UPON REQUEST

COLBERT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COLBORN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLBORNE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

COLBRY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COLBURN, CECILIA
ADDRESS AVAILABLE UPON REQUEST

COLBURN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COLBURN, DAVID & JOANN
ADDRESS AVAILABLE UPON REQUEST

COLBURN, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

COLBURN, LARRY
ADDRESS AVAILABLE UPON REQUEST

COLBURN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLBY, CATHY
ADDRESS AVAILABLE UPON REQUEST

COLBY, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

COLBY, DEREK
ADDRESS AVAILABLE UPON REQUEST

COLBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLBY, KARA
ADDRESS AVAILABLE UPON REQUEST

COLBY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLCLOUGH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COLCORD, LISA
ADDRESS AVAILABLE UPON REQUEST

COLDAGELLI, DANA
ADDRESS AVAILABLE UPON REQUEST

COLDAGELLI, MARIA-RENEE
ADDRESS AVAILABLE UPON REQUEST

COLDEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COLDSMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

COLDSTONE
ADDRESS UNAVAILABLE AT TIME OF FILING

COLE KELLY WILSON
ADDRESS AVAILABLE UPON REQUEST

COLE PISANO
ADDRESS AVAILABLE UPON REQUEST

COLE THORNTON
ADDRESS AVAILABLE UPON REQUEST

COLE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

COLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COLE, AMBUR
ADDRESS AVAILABLE UPON REQUEST

COLE, AMY
ADDRESS AVAILABLE UPON REQUEST

COLE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

COLE, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

COLE, ARIA
ADDRESS AVAILABLE UPON REQUEST

COLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COLE, BENNETT
ADDRESS AVAILABLE UPON REQUEST

COLE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

COLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

COLE, CAMI
ADDRESS AVAILABLE UPON REQUEST

COLE, CANDICE
ADDRESS AVAILABLE UPON REQUEST

COLE, CHAREL
ADDRESS AVAILABLE UPON REQUEST

COLE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COLE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COLE, DANNI
ADDRESS AVAILABLE UPON REQUEST

COLE, DARCY
ADDRESS AVAILABLE UPON REQUEST

COLE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

COLE, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

COLE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

COLE, EMMALIE
ADDRESS AVAILABLE UPON REQUEST

COLE, HADLEY
ADDRESS AVAILABLE UPON REQUEST

COLE, HALEY
ADDRESS AVAILABLE UPON REQUEST

COLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COLE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

COLE, JARRETT
ADDRESS AVAILABLE UPON REQUEST

COLE, JENNA
ADDRESS AVAILABLE UPON REQUEST

COLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLE, JERROLD
ADDRESS AVAILABLE UPON REQUEST

COLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLE, JON AND SUSAN
ADDRESS AVAILABLE UPON REQUEST

COLE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

COLE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

COLE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COLE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

COLE, JUDY
ADDRESS AVAILABLE UPON REQUEST

COLE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

COLE, KAREN
ADDRESS AVAILABLE UPON REQUEST

COLE, KEITH
ADDRESS AVAILABLE UPON REQUEST

COLE, KELLEN
ADDRESS AVAILABLE UPON REQUEST

COLE, KEONNA
ADDRESS AVAILABLE UPON REQUEST

COLE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

COLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COLE, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

COLE, KYLE
ADDRESS AVAILABLE UPON REQUEST

COLE, LANCE
ADDRESS AVAILABLE UPON REQUEST

COLE, LAVETTE
ADDRESS AVAILABLE UPON REQUEST

COLE, LEXI
ADDRESS AVAILABLE UPON REQUEST

COLE, LISA
ADDRESS AVAILABLE UPON REQUEST

COLE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COLE, MARY JO
ADDRESS AVAILABLE UPON REQUEST

COLE, MEG MULDOON
ADDRESS AVAILABLE UPON REQUEST

COLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COLE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

COLE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

COLE, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

COLE, RAMONA
ADDRESS AVAILABLE UPON REQUEST

COLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COLE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

COLE, RHONDA
ADDRESS AVAILABLE UPON REQUEST

COLE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COLE, RODGER
ADDRESS AVAILABLE UPON REQUEST

COLE, ROSA
ADDRESS AVAILABLE UPON REQUEST

COLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

COLE, SARA
ADDRESS AVAILABLE UPON REQUEST

COLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLE, SHAQUEENA
ADDRESS AVAILABLE UPON REQUEST

COLE, SHEENA
ADDRESS AVAILABLE UPON REQUEST

COLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COLE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

COLE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

COLE, TALYSA
ADDRESS AVAILABLE UPON REQUEST

COLE, TERRY
ADDRESS AVAILABLE UPON REQUEST

COLE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COLE, VELVET
ADDRESS AVAILABLE UPON REQUEST

COLE, VICTOR
ADDRESS AVAILABLE UPON REQUEST

COLE, WHITTANY
ADDRESS AVAILABLE UPON REQUEST

COLEBURN, LILA
ADDRESS AVAILABLE UPON REQUEST

COLE-CLARK, DEJA
ADDRESS AVAILABLE UPON REQUEST

COLEEN, MARY
ADDRESS AVAILABLE UPON REQUEST

COLELLO, LIZ
ADDRESS AVAILABLE UPON REQUEST

COLEMAN FROST LLP
201 NEVADA ST
EL SEGUNDO, CA  90245

COLEMAN GARCIA, KARLA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ALESHA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ARICA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, AZA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CAITLAN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CHANEL
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CHERELLE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, DARCY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ELIZA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, EUGENE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, FARRON
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, IRA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JACOB
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JALISA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JANA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JESS
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JESS
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JO-ANN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LANA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LAYLA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LIAM
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LINLEY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LISHA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LORIN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LYDIA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, RAHSHANA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ROB
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, RONNA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SEQUELLA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SHAQUOYAH
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TARYN
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TIM
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, TORI
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, YULIA
ADDRESS AVAILABLE UPON REQUEST

COLEMAN, ZANE
ADDRESS AVAILABLE UPON REQUEST

COLEMAN-RAWLINSON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

COLES, C.JAY
ADDRESS AVAILABLE UPON REQUEST

COLES, JACK
ADDRESS AVAILABLE UPON REQUEST

COLES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COLES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COLES, MAYA
ADDRESS AVAILABLE UPON REQUEST

COLES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

COLES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COLES, PEYTON
ADDRESS AVAILABLE UPON REQUEST

COLES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COLES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

COLETTA, ALEX
ADDRESS AVAILABLE UPON REQUEST

COLETTE MARIE CROOMS
ADDRESS AVAILABLE UPON REQUEST

COLETTE ROBINSON
ADDRESS AVAILABLE UPON REQUEST

COLETTE Y LEKACHMAN
ADDRESS AVAILABLE UPON REQUEST

COLEY, ANNISSA
ADDRESS AVAILABLE UPON REQUEST

COLEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COLEY, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

COLFER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

COLFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COLFLESH, CODY
ADDRESS AVAILABLE UPON REQUEST

COLFORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLGAN, ANN-LOUISE
ADDRESS AVAILABLE UPON REQUEST

COLGAN, CONOR
ADDRESS AVAILABLE UPON REQUEST

COLGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLGAN, KIARA
ADDRESS AVAILABLE UPON REQUEST

COLGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLGATE, JACK
ADDRESS AVAILABLE UPON REQUEST

COLHOUN, BARRETT
ADDRESS AVAILABLE UPON REQUEST

COLHOUN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COLI, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

COLICCHIO, LYNN
ADDRESS AVAILABLE UPON REQUEST

COLIN BOHN
ADDRESS AVAILABLE UPON REQUEST

COLIN HAZELMAN
ADDRESS AVAILABLE UPON REQUEST

COLIN OWENSBY
ADDRESS AVAILABLE UPON REQUEST

COLIN RILEY MCCOMBS
ADDRESS AVAILABLE UPON REQUEST

COLIN STUART LASSITER
ADDRESS AVAILABLE UPON REQUEST

COLIN, MEDEGINE
ADDRESS AVAILABLE UPON REQUEST

COLINA, ELIANA
ADDRESS AVAILABLE UPON REQUEST

COLINA, ESTEFANIA PAOLA
ADDRESS AVAILABLE UPON REQUEST

COLINDRES, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

COLINDRES, ERICK A
ADDRESS AVAILABLE UPON REQUEST

COLINDRES, LILIAN
ADDRESS AVAILABLE UPON REQUEST

COLINDRES, MARIELA
ADDRESS AVAILABLE UPON REQUEST

COLIO HERNANDEZ, LAURA E.
ADDRESS AVAILABLE UPON REQUEST

COLIO, IVAN
ADDRESS AVAILABLE UPON REQUEST

COLISTRA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

COLL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

COLL, JULIA
ADDRESS AVAILABLE UPON REQUEST

COLL, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

COLL, MARY JO
ADDRESS AVAILABLE UPON REQUEST

COLL, PATRICK P
ADDRESS AVAILABLE UPON REQUEST

COLLABOLLETTA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

COLLADO, DEYA
ADDRESS AVAILABLE UPON REQUEST

COLLADO, ERI
ADDRESS AVAILABLE UPON REQUEST

COLLADO, JULIE
ADDRESS AVAILABLE UPON REQUEST

COLLADO, MARIANELA
ADDRESS AVAILABLE UPON REQUEST

COLLADO, MARY
ADDRESS AVAILABLE UPON REQUEST

COLLADO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COLLADO, ROSIE
ADDRESS AVAILABLE UPON REQUEST

COLLADO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COLLADO, VICKIE
ADDRESS AVAILABLE UPON REQUEST

COLLAO, MARINA
ADDRESS AVAILABLE UPON REQUEST

COLLARD, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLLASO, STACEY
ADDRESS AVAILABLE UPON REQUEST

COLLAZO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COLLAZO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

COLLAZO, MARIEL
ADDRESS AVAILABLE UPON REQUEST

COLLECTIVE DIGITAL STUDIO, LLC
8383 WILSHIRE BLVD SUITE 1050
BEVERLY HILLS, CA 90211

COLLEEN ALICE DORR
ADDRESS AVAILABLE UPON REQUEST

COLLEEN GRAVEN-DURSTON
ADDRESS AVAILABLE UPON REQUEST

COLLEEN O'REGAN
ADDRESS AVAILABLE UPON REQUEST

COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COLLEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COLLENDER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COLLENS, DANNY
ADDRESS AVAILABLE UPON REQUEST

COLLETT, ELIZA
ADDRESS AVAILABLE UPON REQUEST

COLLETT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

COLLETTA ENTERPRISES LLC (ILOVEWINE)
33 CORIANDER
IRVINE, CA 92603

COLLETTE SANDRA DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

COLLETTE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COLLETTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLLETTE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COLLETTE, RONDI
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, JAKE
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, JEAN
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, LYNSI
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, TANESHA
ADDRESS AVAILABLE UPON REQUEST

COLLETTI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

COLLEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COLLEY, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

COLLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

COLLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COLLIANDER, GRANT
ADDRESS AVAILABLE UPON REQUEST

COLLIATIE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

COLLIE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

COLLIE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

COLLIE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

COLLIE, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

COLLIE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COLLIER SIMON INC.
1642 WILCOX AVE.
LOS ANGELES, CA  90028

COLLIER VILLAUME, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLLIER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COLLIER, ARTIS
ADDRESS AVAILABLE UPON REQUEST

COLLIER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

COLLIER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COLLIER, DAVID
ADDRESS AVAILABLE UPON REQUEST

COLLIER, DEEDEE
ADDRESS AVAILABLE UPON REQUEST

COLLIER, DOUG
ADDRESS AVAILABLE UPON REQUEST

COLLIER, GUY
ADDRESS AVAILABLE UPON REQUEST

COLLIER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COLLIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLLIER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COLLIER, K.E.
ADDRESS AVAILABLE UPON REQUEST

COLLIER, KHANYA
ADDRESS AVAILABLE UPON REQUEST

COLLIER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLLIER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

COLLIER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLLIER, MONICA
ADDRESS AVAILABLE UPON REQUEST

COLLIER, PAT
ADDRESS AVAILABLE UPON REQUEST

COLLIER, RYAN
ADDRESS AVAILABLE UPON REQUEST

COLLIER, SHANTRELL N
ADDRESS AVAILABLE UPON REQUEST

COLLIER, SHARON
ADDRESS AVAILABLE UPON REQUEST

COLLIER, TINA
ADDRESS AVAILABLE UPON REQUEST

COLLIER, TRACY
ADDRESS AVAILABLE UPON REQUEST

COLLIER-ZANS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COLLIGAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COLLIGAN-LEVINE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COLLIGNON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COLLIN WOOSTER
ADDRESS AVAILABLE UPON REQUEST

COLLING, BETH
ADDRESS AVAILABLE UPON REQUEST

COLLING, GLORIA
ADDRESS AVAILABLE UPON REQUEST

COLLINGS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS CLOSETS, LLC
670 S. PERKINS RD.
MEMPHIS, TN  38119

COLLINS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ALISON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ALIYAH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ALLAIN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, AMY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ANN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BAILEE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BECKY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BETH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BETH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BETTY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BRENT
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CAIT
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CARI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CASEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CHRISTEL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CODIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CRIS
ADDRESS AVAILABLE UPON REQUEST

COLLINS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, DAMON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, DOREAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ERIC
ADDRESS AVAILABLE UPON REQUEST

COLLINS, FRANCES
ADDRESS AVAILABLE UPON REQUEST

COLLINS, GINA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, HELEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, J. MARKHAM
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JACKSON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JAMES
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JAMES
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JANESSA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JANET
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JASON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JEFF
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENNA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENNA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JENNY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JILL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JULIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KATE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KATE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KATIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KELLI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KELLI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KELLY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KELLY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KIM
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LANCE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LAURA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, LIZ
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MARICAR
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MARICAR
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MARIN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MARK
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MARYSSA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MICAH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MICHELE THIBODEAU
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MIKE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MISSY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MOLLEE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, NADYA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, NANCY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, NICK
ADDRESS AVAILABLE UPON REQUEST

COLLINS, PAM
ADDRESS AVAILABLE UPON REQUEST

COLLINS, PATSY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, PATTI ANN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, QUEEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, RACHARD
ADDRESS AVAILABLE UPON REQUEST

COLLINS, RASHAD
ADDRESS AVAILABLE UPON REQUEST

COLLINS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COLLINS, RYAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SAM
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SASHMORE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHARON
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHAUN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SHERI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, STACIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, STACY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COLLINS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

COLLINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COLLINS, THERESA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

COLLINS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

COLLINS, TRACI
ADDRESS AVAILABLE UPON REQUEST

COLLINS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

COLLINS, WES
ADDRESS AVAILABLE UPON REQUEST

COLLINS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

COLLINSON CLO, INC
5217 TENNYSON PARKWAY SUITE 100
PLANO, TX  75024

COLLIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COLLISHAW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COLLISON, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

COLLISON, ROSE
ADDRESS AVAILABLE UPON REQUEST

COLLISON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COLLISTER, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

COLLITON, MARY
ADDRESS AVAILABLE UPON REQUEST

COLLIVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLLMER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

COLLOP, RICH
ADDRESS AVAILABLE UPON REQUEST

COLLOTYPE LABELS-SONOMA
21684 EIGHT STREET SUITE 700
SONOMA, CA  95476

COLLUM, EMMA
ADDRESS AVAILABLE UPON REQUEST

COLLUM, KATY
ADDRESS AVAILABLE UPON REQUEST

COLLURA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

COLLURA, STEFANO
ADDRESS AVAILABLE UPON REQUEST

COLLXAB LLC
110 HORATIO STREET, APT 415
NEW YORK, NY  10014

COLLYER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COLLYER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

COLLYER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COLLYMORE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

COLMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

COLMAN, WALT
ADDRESS AVAILABLE UPON REQUEST

COLMAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

COLMENARES, MARIA
ADDRESS AVAILABLE UPON REQUEST

COLMENARES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COLOCOUSIS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COLODONATO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COLOM, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

COLOMA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COLOMA, SELINE
ADDRESS AVAILABLE UPON REQUEST

COLOMB, DAVID
ADDRESS AVAILABLE UPON REQUEST

COLOMBERO, STEVE
ADDRESS AVAILABLE UPON REQUEST

COLOMBINI, SAWYER
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, FRANCESCO
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, LORI
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

COLOMBO, RAELENE
ADDRESS AVAILABLE UPON REQUEST

COLOMINA, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLON FELIX
ADDRESS AVAILABLE UPON REQUEST

COLON, AMARIS
ADDRESS AVAILABLE UPON REQUEST

COLON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

COLON, ANGIE
ADDRESS AVAILABLE UPON REQUEST

COLON, BRANDYN
ADDRESS AVAILABLE UPON REQUEST

COLON, CARLOS
ADDRESS AVAILABLE UPON REQUEST

COLON, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

COLON, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

COLON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

COLON, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

COLON, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

COLON, EMILY
ADDRESS AVAILABLE UPON REQUEST

COLON, GINA
ADDRESS AVAILABLE UPON REQUEST

COLON, JAMES
ADDRESS AVAILABLE UPON REQUEST

COLON, JANE
ADDRESS AVAILABLE UPON REQUEST

COLON, JOSE
ADDRESS AVAILABLE UPON REQUEST

COLON, JULIAN
ADDRESS AVAILABLE UPON REQUEST

COLON, KARLEE
ADDRESS AVAILABLE UPON REQUEST

COLON, KATHIA
ADDRESS AVAILABLE UPON REQUEST

COLON, KELSIE
ADDRESS AVAILABLE UPON REQUEST

COLON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

COLON, LOURDES
ADDRESS AVAILABLE UPON REQUEST

COLON, LUIS
ADDRESS AVAILABLE UPON REQUEST

COLON, MARIA
ADDRESS AVAILABLE UPON REQUEST

COLON, MARISOL
ADDRESS AVAILABLE UPON REQUEST

COLON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

COLON, NANCY
ADDRESS AVAILABLE UPON REQUEST

COLON, PABLO
ADDRESS AVAILABLE UPON REQUEST

COLON, PATI
ADDRESS AVAILABLE UPON REQUEST

COLON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COLON, ROSAL
ADDRESS AVAILABLE UPON REQUEST

COLON, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

COLON, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

COLONA, TARA
ADDRESS AVAILABLE UPON REQUEST

COLON-CORTES, IVAN
ADDRESS AVAILABLE UPON REQUEST

COLONELL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

COLONIAL LIFE
PROCESSING CENTER
P.O BOX 1365
COLUMBIA, SC  29202-1365

COLONNA, ANDY
ADDRESS AVAILABLE UPON REQUEST

COLONNA, ASHTON
ADDRESS AVAILABLE UPON REQUEST

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO  80261

COLORADO DEPARTMENT OF REVENUE
PO BOX 17087
DENVER, CO  80217-0087

COLORADO DEPARTMENT OF REVENUE-
LIQUOR ENFORCEMENT DIVISION
1707 COLE BLVD, SUITE 300
LAKEWOOD, CO  80401

COLORADO DEPARTMENT OF REVENUE-
LIQUOR ENFORCEMENT DIVISION
2447 NORTH UNION BOULEVARD
COLORADO SPRINGS, CO  80909

COLORADO DEPARTMENT OF REVENUE-
LIQUOR ENFORCEMENT DIVISION
632 MARKET STREET SUITE G
GRAND JUNCTION, CO  81506

COLORADO DEPT OF LABOR AND
EMPLOYMENT
633 17TH STREET SUITE 201
DENVER, CO  80202-3660

COLORADO DEPT OF LABOR AND
EMPLOYMENT
UNEMPLOYMENT INSURANCE EMPLOYER
SERVICES
P.O BOX 956
DENVER, CO  80201-0956

COLORADO DIVISION OF SECURITIES
1560 BROADWAY
SUITE 900
DENVER, CO  80202

COLORADO STATE TREASURER
COLORADO DIVISION OF SECURITIES
REGISTRATIONS
1560 BROADWAY, STE 900
DENVER, CO  80202

COLOREDGE, INC.
132 WEST 31ST STREET
NEW YORK, NY  10001

COLOSIMO, JAIME
ADDRESS AVAILABLE UPON REQUEST

COLOSIMO, JAMES
ADDRESS AVAILABLE UPON REQUEST

COLOSIMO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COLP, MARK
ADDRESS AVAILABLE UPON REQUEST

COLPAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

COLQUITT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COLSON, CANDACE
ADDRESS AVAILABLE UPON REQUEST

COLSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COLSTON, DAILYN
ADDRESS AVAILABLE UPON REQUEST

COLSTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

COLT, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

COLTA, MAGDA
ADDRESS AVAILABLE UPON REQUEST

COLTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

COLTON, MERYL
ADDRESS AVAILABLE UPON REQUEST

COLTON, RENA
ADDRESS AVAILABLE UPON REQUEST

COLTRAINHANKINS, KERRI
ADDRESS AVAILABLE UPON REQUEST

COLTRANE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COLTRIN, ALLYSA
ADDRESS AVAILABLE UPON REQUEST

COLUCCI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

COLUCCI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COLUCCI, JUDY
ADDRESS AVAILABLE UPON REQUEST

COLUCCI, TASHA
ADDRESS AVAILABLE UPON REQUEST

COLUCCIO, CORINNE
ADDRESS AVAILABLE UPON REQUEST

COLUMBARE, TYLER
ADDRESS AVAILABLE UPON REQUEST

COLUMBIA BUSINESS CENTER PARTNERS,
L.P.
750 PISMO STREET
SAN LUIS OBISPO, CA  93401

COLUMBO, JUDITH
ADDRESS AVAILABLE UPON REQUEST

COLUNGA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

COLUNGA, NATALIE EVELYN
ADDRESS AVAILABLE UPON REQUEST

COLUSSI, MARY
ADDRESS AVAILABLE UPON REQUEST

COLUSSY, SARAH
ADDRESS AVAILABLE UPON REQUEST

COLVILLE, MARY
ADDRESS AVAILABLE UPON REQUEST

COLVILLE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

COLVIN, AYANA
ADDRESS AVAILABLE UPON REQUEST

COLVIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COLVIN, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

COLVIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

COLVIN, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

COLVIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COLVIN, MELISA
ADDRESS AVAILABLE UPON REQUEST

COLVIN, WILL
ADDRESS AVAILABLE UPON REQUEST

COLVIS, GIANNA
ADDRESS AVAILABLE UPON REQUEST

COLWAY, BETH
ADDRESS AVAILABLE UPON REQUEST

COLWELL, CATHIE
ADDRESS AVAILABLE UPON REQUEST

COLWELL, HANA
ADDRESS AVAILABLE UPON REQUEST

COLWELL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

COLWICK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COLYER, JANINE
ADDRESS AVAILABLE UPON REQUEST

COLYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COMALANDER, DEVAN
ADDRESS AVAILABLE UPON REQUEST

COMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

COMAR, DONNA
ADDRESS AVAILABLE UPON REQUEST

COMARDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COMBO, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

COMBOY, JASON
ADDRESS AVAILABLE UPON REQUEST

COMBS, ALAETRA
ADDRESS AVAILABLE UPON REQUEST

COMBS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

COMBS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

COMBS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COMBS, AMY
ADDRESS AVAILABLE UPON REQUEST

COMBS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COMBS, CHERYLYN
ADDRESS AVAILABLE UPON REQUEST

COMBS, EMILY
ADDRESS AVAILABLE UPON REQUEST

COMBS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COMBS, JAMES
ADDRESS AVAILABLE UPON REQUEST

COMBS, JANETTE
ADDRESS AVAILABLE UPON REQUEST

COMBS, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

COMBS, KATIE
ADDRESS AVAILABLE UPON REQUEST

COMBS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

COMBS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COMBS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COMBS, NICK
ADDRESS AVAILABLE UPON REQUEST

COMBS, SHALONDA
ADDRESS AVAILABLE UPON REQUEST

COMBS, STAN
ADDRESS AVAILABLE UPON REQUEST

COMBS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

COMCAST CORP.
COMCAST CENTER
1701 JFK BLVD
PHILADELPHIA, PA  19103

COMCAST CORP.
P.O. BOX 70219
PHILADELPHIA, PA  19176-0219

COMEAU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COMEAU, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COMEAU, MARIAH
ADDRESS AVAILABLE UPON REQUEST

COMEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

COMEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

COMEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

COMEAUX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COMER, ALAN
ADDRESS AVAILABLE UPON REQUEST

COMER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

COMER, BRIGID
ADDRESS AVAILABLE UPON REQUEST

COMER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COMER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COMER, ERIN
ADDRESS AVAILABLE UPON REQUEST

COMER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

COMER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

COMER, TEALA
ADDRESS AVAILABLE UPON REQUEST

COMERFORD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

COMERFORD, KAY
ADDRESS AVAILABLE UPON REQUEST

COMERFORD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COMERT, ECE
ADDRESS AVAILABLE UPON REQUEST

COMESANAS, JOELLE
ADDRESS AVAILABLE UPON REQUEST

COMETA, MALLORY
ADDRESS AVAILABLE UPON REQUEST

COMEX CONSULTING SL
ATTN: EDWARD FIELD
PLAZA CASTELLINI, 9-1 IZQ
CARTAGENA  30201
SPAIN

COMEX CONSULTING, SL
PLAZA CASTELLINI NO 9, 10 IZQ.
CARTAGENA, MURCIA  30201
SPAIN

COMEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COMFORT, BLAIR
ADDRESS AVAILABLE UPON REQUEST

COMFORT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COMFORT, LEXIE
ADDRESS AVAILABLE UPON REQUEST

COMICE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

COMINA, MATIAS
ADDRESS AVAILABLE UPON REQUEST

COMINI, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

COMISI, KAREN
ADDRESS AVAILABLE UPON REQUEST

COMISKEY, KENDYL
ADDRESS AVAILABLE UPON REQUEST

COMISSIONG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COMITA, PAUL
ADDRESS AVAILABLE UPON REQUEST

COMITO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COMMANDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COMMERCIAL INSURANCE PROGRAM
C/O WOODRUFF-SAWYER & CO
2 PARK PLAZA, STE 500
IRVINE, CA  92614

COMMERCIAL INSURANCE PROGRAM
POLICY SERVICE DEPT
PO BOX 958487
LAKE MARY, FL  32746-8487

COMMERCIAL PLUMBING, INC
467 S. MARKET STREET
INGLEWOOD, CA  90301

COMMISSIONER OF REVENUE SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

COMMISSIONER OF SECURITIES, STATE OF
LOUISIANA
LOUISIANA OFFICE OF FINANCIAL
INSTITUTIONS
SECURITIES DIVISION
8660 UNITED PLAZA BLVD., 2ND FLOOR
BATON ROUGE, LA  70809

COMMISSIONER OF TAXATION AND FINANCE
ADDRESS UNAVAILABLE AT TIME OF FILING

COMMISSIONER OF TAXATION
ADDRESS UNAVAILABLE AT TIME OF FILING

COMMISSO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

COMMON ACQUIRE, LLC
78 KETEWAMOKE AVENUE
BABYLON, NY 11702

COMMON COLLABS, LLC
ATTN: RICHARD KIM
1820 E. WALNUT AVE
FULLERTON, CA 92831

COMMON LIVING INC.
6 E 43RD ST, 18TH FL
NEW YORK, NY 10280

COMMONS, JANELL
ADDRESS AVAILABLE UPON REQUEST

COMMONS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COMMONWEALTH OF MASSACHUSETTS
SECURITIES DIVISION
MCCORMACK BLDG
ONE ASHBURTON PLACE, 17TH FLOOR
BOSTON, MA 02108

COMMONWEALTH OF PUERTO RICO ATTY
GENERAL
SECTION 902192
SAN JUAN, PR 00902-0192

COMMONWEALTH OF VIRGINIA
ADDRESS UNAVAILABLE AT TIME OF FILING

COMMUNAL BRANDS
51-02 VERNON BLVD. SECOND FLOOR
REAR LONG ISLAND CITY, NY 11101

COMMUNE DESIGN, INC.
2504 W 7TH STREET SUITE A
LOS ANGELES, CA 90057

COMMYN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COMO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

COMO, BARB
ADDRESS AVAILABLE UPON REQUEST

COMOLLI, ANDY
ADDRESS AVAILABLE UPON REQUEST

COMOLLI, MAX
ADDRESS AVAILABLE UPON REQUEST

COMPACTORS, INC.
71 LIGHTHOUSE ROAD SUITE 221
HILTON HEAD ISLAND, SC 29928

COMPAGNONI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

COMPAIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COMPANIONI, SADIAILEN
ADDRESS AVAILABLE UPON REQUEST

COMPARIS TRATTORIA PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

COMPARTES CHOCOLATIER INC
912 S BARRINGTON AVE
LOS ANGELES, CA 90049

COMPENSATION ADVISORY PARTNERS, LLC
1133 AVENUE OF THE AMERICAS, FL 14
NEW YORK, NY 10036

COMPERE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COMPINTELLIGENCE, INC.
56 DRIFTWAY LANE
NEW CANAAN, CT 06840

COMPITELLO, LIZ
ADDRESS AVAILABLE UPON REQUEST

COMPITELLO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

COMPLI, INC.
8834 MORRO ROAD
ATASCADERO, CA 93422

COMPLI, INC.
PO BOX 3617
PASO ROBLES, CA 93447

COMPLIANCE SERVICE OF AMERICA
54476 MARIAH ROAD
MYRTLE POINT, OR 97458

COMPONILE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COMPTON, AARON
ADDRESS AVAILABLE UPON REQUEST

COMPTON, ADAM
ADDRESS AVAILABLE UPON REQUEST

COMPTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, BRANDY
ADDRESS AVAILABLE UPON REQUEST

COMPTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, KAT
ADDRESS AVAILABLE UPON REQUEST

COMPTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

COMPTON, MARIA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

COMPTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, MIKALA
ADDRESS AVAILABLE UPON REQUEST

COMPTON, NINETTE
ADDRESS AVAILABLE UPON REQUEST

COMPTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COMPTON, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

COMPTON, ROCKY
ADDRESS AVAILABLE UPON REQUEST

COMPTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

COMPTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

COMPTON, SEAN
ADDRESS AVAILABLE UPON REQUEST

COMPTON, TRYSTEN
ADDRESS AVAILABLE UPON REQUEST

COMPTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

COMPTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

COMPTON-BROWN, ANNE
ADDRESS AVAILABLE UPON REQUEST

COMPTROLLER OF MDBWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

COMPTROLLER OF MDCW
ADDRESS UNAVAILABLE AT TIME OF FILING

COMPUTECH SUPPORT SVC
ADDRESS UNAVAILABLE AT TIME OF FILING

COMPUTER SOLUTIONS
1404 VIA ASUETO
SANTA MARIA, CA  93454

COMPUTER TECHS, INC
1158 SHANNON LANE
ARROYO GRANDE, CA  93420

COMRIE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COMSTOCK, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

COMSTOCK, MADELYN
ADDRESS AVAILABLE UPON REQUEST

COMSTOCK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COMUNALE, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

COMUNALE, MARY
ADDRESS AVAILABLE UPON REQUEST

COMYNS, ERIN
ADDRESS AVAILABLE UPON REQUEST

CON, JON
ADDRESS AVAILABLE UPON REQUEST

CONABLE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CONAGHAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CONANAN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

CONANT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONANT, DEEDEE
ADDRESS AVAILABLE UPON REQUEST

CONANT, ERIN
ADDRESS AVAILABLE UPON REQUEST

CONANT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CONANT, NOEL
ADDRESS AVAILABLE UPON REQUEST

CONARD, NANCY
ADDRESS AVAILABLE UPON REQUEST

CONARD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CONARTY, MURRAY
ADDRESS AVAILABLE UPON REQUEST

CONATSER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CONATSER, LINDA
ADDRESS AVAILABLE UPON REQUEST

CONATY, CARA
ADDRESS AVAILABLE UPON REQUEST

CONATY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

CONATY, RYAN
ADDRESS AVAILABLE UPON REQUEST

CONAWAY, CODY
ADDRESS AVAILABLE UPON REQUEST

CONAWAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CONBOY, JEANINE
ADDRESS AVAILABLE UPON REQUEST

CONBOY, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

CONCANNON, KATIE
ADDRESS AVAILABLE UPON REQUEST

CONCANNON, KIELY
ADDRESS AVAILABLE UPON REQUEST

CONCEICAO, KERRY
ADDRESS AVAILABLE UPON REQUEST

CONCEICAO, LEXI
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION SINGSON
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, BIENVENIDO
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, DIANA
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, MARIA CECILIA JESUSA
ADDRESS AVAILABLE UPON REQUEST

CONCEPCION, RICARDO
ADDRESS AVAILABLE UPON REQUEST

CONCEPT MEDIA PARTNERS, INC.
307 108 VILLAGE SQUARE
SOMERS, NY 10589

CONCESSI, ROB
ADDRESS AVAILABLE UPON REQUEST

CONCHAS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CONCHOLA, LEAH
ADDRESS AVAILABLE UPON REQUEST

CONCIALDI, MONICA
ADDRESS AVAILABLE UPON REQUEST

CONCIATORI, GLENN & BARBARA
ADDRESS AVAILABLE UPON REQUEST

CONCINI, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

CONCOFF, MANDY
ADDRESS AVAILABLE UPON REQUEST

CONCUR TECHNOLOGIES, INC.
601 108TH AVENUE NE SUITE 1000
BELLEVUE, WA 98004

CONDE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONDE, KIARA
ADDRESS AVAILABLE UPON REQUEST

CONDE, MAYRA
ADDRESS AVAILABLE UPON REQUEST

CONDE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CONDELLA, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

CONDER, JAIME
ADDRESS AVAILABLE UPON REQUEST

CONDER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CONDIE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

CONDILES, CARINA
ADDRESS AVAILABLE UPON REQUEST

CONDON, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

CONDON, DEBI
ADDRESS AVAILABLE UPON REQUEST

CONDON, EMILY
ADDRESS AVAILABLE UPON REQUEST

CONDON, ERINMAURA
ADDRESS AVAILABLE UPON REQUEST

CONDON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CONDON, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

CONDON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CONDON, JULIA
ADDRESS AVAILABLE UPON REQUEST

CONDON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CONDON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CONDON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CONDON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CONDON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CONDON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CONDON, RICK
ADDRESS AVAILABLE UPON REQUEST

CONDON, STEPH
ADDRESS AVAILABLE UPON REQUEST

CONDRA, KATE
ADDRESS AVAILABLE UPON REQUEST

CONDRACK, HILARIE
ADDRESS AVAILABLE UPON REQUEST

CONDRO, JASON
ADDRESS AVAILABLE UPON REQUEST

CONDUITT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CONDYLIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

CONE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CONE, ANNE
ADDRESS AVAILABLE UPON REQUEST

CONE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CONE, JASON
ADDRESS AVAILABLE UPON REQUEST

CONE, KACIE
ADDRESS AVAILABLE UPON REQUEST

CONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CONESET, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CONEXIS
PO BOX 6241
ORANGE, CA  92863-6241

CONEXUS SEARCH LLC
5151 CALIFORNIA AVE, SUITE 100
IRVINE, CA  92617

CONEXUS SEARCH LLC
5151 CALIFORNIA AVE, SUITE 100
STEPHEN FINGAL, OWNER
IRVINE, CA  92617

CONEY, TIANA
ADDRESS AVAILABLE UPON REQUEST

CONEYS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CONFER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

CONFLICT SOLUTIONS CENTER OF S.B.
COUNTY
120 E. JONES ST, SUITE 133
SANTA MARIA, CA  93454

CONFLUENCE SBC
ADDRESS UNAVAILABLE AT TIME OF FILING

CONFORTI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CONFORTI, ELVA
ADDRESS AVAILABLE UPON REQUEST

CONFORTI, MARK
ADDRESS AVAILABLE UPON REQUEST

CONFORTI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CONFORTO, SIMONE
ADDRESS AVAILABLE UPON REQUEST

CONG, LEI
ADDRESS AVAILABLE UPON REQUEST

CONGDEN, LISA
ADDRESS AVAILABLE UPON REQUEST

CONGDON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CONGDON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CONGER, ALISON
ADDRESS AVAILABLE UPON REQUEST

CONGER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

CONGER, SHARON
ADDRESS AVAILABLE UPON REQUEST

CONHEENEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CONIAN, LISA
ADDRESS AVAILABLE UPON REQUEST

CONICELLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONIDI, HILLARY
ADDRESS AVAILABLE UPON REQUEST

CONIGLIARO, DONNA
ADDRESS AVAILABLE UPON REQUEST

CONIGLIARO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CONINE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CONINE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CONINE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, WANANITA
ADDRESS AVAILABLE UPON REQUEST

CONKLIN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CONLAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONLAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CONLAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CONLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CONLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

CONLEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CONLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

CONLEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CONLEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CONLEY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

CONLEY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, KERI
ADDRESS AVAILABLE UPON REQUEST

CONLEY, LAURICE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

CONLEY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

CONLEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CONLEY, LOREE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, MAEVE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CONLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CONLEY, NOREEN
ADDRESS AVAILABLE UPON REQUEST

CONLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CONLEY, PATTI
ADDRESS AVAILABLE UPON REQUEST

CONLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CONLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CONLEY, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

CONLEY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CONLEY, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

CONLEY-DAS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CONLIN, JANIS
ADDRESS AVAILABLE UPON REQUEST

CONLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

CONLISK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CONLON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONLON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CONLON, JONNA
ADDRESS AVAILABLE UPON REQUEST

CONLON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CONLON, MARIA
ADDRESS AVAILABLE UPON REQUEST

CONLON, MARY
ADDRESS AVAILABLE UPON REQUEST

CONLON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CONN, CC
ADDRESS AVAILABLE UPON REQUEST

CONN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CONN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CONN, TERRY
ADDRESS AVAILABLE UPON REQUEST

CONNARD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CONNAUGHTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

CONNAUGHTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

CONNEALY, JED
ADDRESS AVAILABLE UPON REQUEST

CONNEARNEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

CONNECTICUT DEPARTMENT OF
CONSUMER PROTECTION
DEPARTMENT OF CONSUMER PROTECTION
450 COLUMBUS BOULEVARD, SUITE 901
HARTFORD, CONNECTICUT  06103-1840

CONNECTICUT DEPARTMENT OF LABOR
200 FOLLY BROOK BLVD
WETHERSFIELD, CT  06109

CONNECTICUT DEPARTMENT OF
CONSUMER PROTECTION
450 COLUMBUS BLVD
STE 901
HARTFORD, CT  06103-1840

CONNECTICUT DEPT OF REVENUE
SERVICES
25 SIGOURNEY ST, SUITE 2
HARTFORD, CT  06106-5032

CONNECTICUT DEPT OF REVENUE
SERVICES
OPERATIONS DIVISION - INCOME TAX TEAMS
450 COLUMBUS BLVD., STE 1
HARTFORD, CT  6103-5032

CONNECTICUT SECURITIES AND BUSINESS
INVESTMENTS DIVISION
260 CONSTITUTION PLAZA
HARTFORD, CT  06103-1800

CONNEELY, DANICA
ADDRESS AVAILABLE UPON REQUEST

CONNEELY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CONNELL, AMELIA
ADDRESS AVAILABLE UPON REQUEST

CONNELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONNELL, AUBREY
ADDRESS AVAILABLE UPON REQUEST

CONNELL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CONNELL, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CONNELL, CATIE
ADDRESS AVAILABLE UPON REQUEST

CONNELL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CONNELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

CONNELL, JAYJAY
ADDRESS AVAILABLE UPON REQUEST

CONNELL, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CONNELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

CONNELL, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

CONNELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CONNELL, MANDY
ADDRESS AVAILABLE UPON REQUEST

CONNELL, MARY
ADDRESS AVAILABLE UPON REQUEST

CONNELL, REGAN
ADDRESS AVAILABLE UPON REQUEST

CONNELL, SHANDI
ADDRESS AVAILABLE UPON REQUEST

CONNELL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, ALISON
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, BEN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, GERARD
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, JULIA
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KATHY
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KORILEE
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CONNELLY, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

CONNER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CONNER, ALISON
ADDRESS AVAILABLE UPON REQUEST

CONNER, AMBER
ADDRESS AVAILABLE UPON REQUEST

CONNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONNER, BILL
ADDRESS AVAILABLE UPON REQUEST

CONNER, BILL
ADDRESS AVAILABLE UPON REQUEST

CONNER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CONNER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CONNER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

CONNER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CONNER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CONNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

CONNER, DINNIA
ADDRESS AVAILABLE UPON REQUEST

CONNER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

CONNER, JENNA
ADDRESS AVAILABLE UPON REQUEST

CONNER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CONNER, KIM
ADDRESS AVAILABLE UPON REQUEST

CONNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

CONNER, LAUREL
ADDRESS AVAILABLE UPON REQUEST

CONNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CONNER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

CONNER, MAKENZI
ADDRESS AVAILABLE UPON REQUEST

CONNER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

CONNER, MIKALYN
ADDRESS AVAILABLE UPON REQUEST

CONNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CONNER, VICKI
ADDRESS AVAILABLE UPON REQUEST

CONNERLEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CONNERLY, VICKI
ADDRESS AVAILABLE UPON REQUEST

CONNERS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CONNERS, JANICE
ADDRESS AVAILABLE UPON REQUEST

CONNERS, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

CONNERS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

CONNERTY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

CONNERTY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CONNERTY, LEAH
ADDRESS AVAILABLE UPON REQUEST

CONNERTY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CONNET, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CONNET, PAUL
ADDRESS AVAILABLE UPON REQUEST

CONNETT, GREG
ADDRESS AVAILABLE UPON REQUEST

CONNICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

CONNIE CHEN
ADDRESS AVAILABLE UPON REQUEST

CONNIE FLORES
ADDRESS AVAILABLE UPON REQUEST

CONNIE KEDERAL GRAHAM
ADDRESS AVAILABLE UPON REQUEST

CONNIE L REED
ADDRESS AVAILABLE UPON REQUEST

CONNIE MONROE
ADDRESS AVAILABLE UPON REQUEST

CONNIE POST
ADDRESS AVAILABLE UPON REQUEST

CONNIE STATTMANN
ADDRESS AVAILABLE UPON REQUEST

CONNIE, GOODNER
ADDRESS AVAILABLE UPON REQUEST

CONNOLLU, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY TURNER, KIT
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, ANNA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, DIANNE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, DONNA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, FRANK
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, JENNA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, JILL
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, LISA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, MARY
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, MICAELA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, ROSE
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, SIERRA
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, STACY
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, STACY
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CONNOLLY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CONNON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CONNOR AKIRA FALLE
ADDRESS AVAILABLE UPON REQUEST

CONNOR DAVIS YOCKUS
ADDRESS AVAILABLE UPON REQUEST

CONNOR GROUP
3700 BARRON WAY, SUITE 2
RENO, NV 89511

CONNOR GROUP
DEPT 3748
PO BOX 123748
DALLAS, TX 75312-3748

CONNOR MOONEY
ADDRESS AVAILABLE UPON REQUEST

CONNOR ONEILL
ADDRESS AVAILABLE UPON REQUEST

CONNOR SKELLY
ADDRESS AVAILABLE UPON REQUEST

CONNOR, BLAYRE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, BRUCE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CONNOR, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CONNOR, ELISE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CONNOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MARK
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MARY
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, MIKE
ADDRESS AVAILABLE UPON REQUEST

CONNOR, SHERI
ADDRESS AVAILABLE UPON REQUEST

CONNOR, TRINA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONNORS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

CONNORS, DAWN
ADDRESS AVAILABLE UPON REQUEST

CONNORS, DELORES
ADDRESS AVAILABLE UPON REQUEST

CONNORS, DONALD
ADDRESS AVAILABLE UPON REQUEST

CONNORS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CONNORS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CONNORS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONNORS, MARIA
ADDRESS AVAILABLE UPON REQUEST

CONNORS, MARY
ADDRESS AVAILABLE UPON REQUEST

CONNORS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CONNORS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CONNORS-MCBRIDE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CONNS
ADDRESS UNAVAILABLE AT TIME OF FILING

CONOCCHIOLI, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

CONOCO-MGM
ADDRESS UNAVAILABLE AT TIME OF FILING

CONOLLY, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

CONOLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

CONONICO, AMBER
ADDRESS AVAILABLE UPON REQUEST

CONOR, DELANEY,
ADDRESS AVAILABLE UPON REQUEST

CONOVER, BOBBI
ADDRESS AVAILABLE UPON REQUEST

CONOVER, CATRICE
ADDRESS AVAILABLE UPON REQUEST

CONOVER, DAVID
ADDRESS AVAILABLE UPON REQUEST

CONOVER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CONOVER, NIKOLENA
ADDRESS AVAILABLE UPON REQUEST

CONOVER, NINA
ADDRESS AVAILABLE UPON REQUEST

CONOVER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CONOVER, TERESA
ADDRESS AVAILABLE UPON REQUEST

CONRAD CHEEKS
ADDRESS AVAILABLE UPON REQUEST

CONRAD FLOWERS
ADDRESS AVAILABLE UPON REQUEST

CONRAD TARTE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, ADAM
ADDRESS AVAILABLE UPON REQUEST

CONRAD, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, CANDYCE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, CATIE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, FRED
ADDRESS AVAILABLE UPON REQUEST

CONRAD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, JADE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, JENNIE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONRAD, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KATE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KELLY
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KIM
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KIM
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CONRAD, KYLENE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

CONRAD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CONRAD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CONRAD, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CONRAD, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CONRAD, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

CONRAD, RACHEAL
ADDRESS AVAILABLE UPON REQUEST

CONRAD, SARAH
ADDRESS AVAILABLE UPON REQUEST

CONRAD, TYSON
ADDRESS AVAILABLE UPON REQUEST

CONRAN, MARC
ADDRESS AVAILABLE UPON REQUEST

CONROY, ALEXIUS
ADDRESS AVAILABLE UPON REQUEST

CONROY, BETH
ADDRESS AVAILABLE UPON REQUEST

CONROY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CONROY, DELIA
ADDRESS AVAILABLE UPON REQUEST

CONROY, EVAN R.
ADDRESS AVAILABLE UPON REQUEST

CONROY, JAMES
ADDRESS AVAILABLE UPON REQUEST

CONROY, JULIE
ADDRESS AVAILABLE UPON REQUEST

CONROY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CONROY, SARAH
ADDRESS AVAILABLE UPON REQUEST

CONROY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CONROY, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CONRY, SHERIANNE
ADDRESS AVAILABLE UPON REQUEST

CONS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CONSALVI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CONSELYEA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CONSERV FUEL
ADDRESS UNAVAILABLE AT TIME OF FILING

CONSIDINE, CALI
ADDRESS AVAILABLE UPON REQUEST

CONSIDINE, FARRAH
ADDRESS AVAILABLE UPON REQUEST

CONSIDINE, KERRI
ADDRESS AVAILABLE UPON REQUEST

CONSIDINE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CONSIGLIO, KENNETH
ADDRESS AVAILABLE UPON REQUEST

CONSKY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CONSOLES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CONSTABLE, ERICA
ADDRESS AVAILABLE UPON REQUEST

CONSTABLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CONSTABLE, TARYN
ADDRESS AVAILABLE UPON REQUEST

CONSTANCE A MORGAN
ADDRESS AVAILABLE UPON REQUEST

CONSTANCE OBRYANT
ADDRESS AVAILABLE UPON REQUEST

CONSTANDOGLO, IRINA
ADDRESS AVAILABLE UPON REQUEST

CONSTANT, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

CONSTANT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CONSTANTIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, JOHN
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, KATE
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINEAU, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINO, AL
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINO, KERRIGAN
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINO, KIM
ADDRESS AVAILABLE UPON REQUEST

CONSTANTINOS KRASHIAS
ADDRESS AVAILABLE UPON REQUEST

CONSTANZO, ANDREYNA
ADDRESS AVAILABLE UPON REQUEST

CONSTRUCTION MANAGEMENT &
INSPECTION SERVICES INC
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA  90404

CONTAINER TECHNOLOGY, INC.
1000 N. GREEN VALLEY PKWY STE  440-616
HENDERSON, NV  89074

CONTAINER TECHNOLOGY, INC.
P.O BOX 60508
SANTA BARBARA, CA  93160

CONTAINER TECHNOLOGY, INC.
P.O. BOX 60508
SANTA BARBARA, CA  93160

CONTAINERSTORE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CONTANT, NAOMI
ADDRESS AVAILABLE UPON REQUEST

CONTAT, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

CONTE, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

CONTE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CONTE, HAROLD
ADDRESS AVAILABLE UPON REQUEST

CONTE, LISA
ADDRESS AVAILABLE UPON REQUEST

CONTE, NICK
ADDRESS AVAILABLE UPON REQUEST

CONTE, RENATA
ADDRESS AVAILABLE UPON REQUEST

CONTEH, HAWA
ADDRESS AVAILABLE UPON REQUEST

CONTEH, ISATU
ADDRESS AVAILABLE UPON REQUEST

CONTEH, TIANSAL
ADDRESS AVAILABLE UPON REQUEST

CONTENT CAL
ADDRESS UNAVAILABLE AT TIME OF FILING

CONTENTO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CONTES, ADAM
ADDRESS AVAILABLE UPON REQUEST

CONTES, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CONTI, ANNE
ADDRESS AVAILABLE UPON REQUEST

CONTI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CONTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CONTI, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CONTI, FRANK
ADDRESS AVAILABLE UPON REQUEST

CONTI, MARIE
ADDRESS AVAILABLE UPON REQUEST

CONTI, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

CONTICH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CONTILLO, JOLEEN
ADDRESS AVAILABLE UPON REQUEST

CONTIN, YERINA
ADDRESS AVAILABLE UPON REQUEST

CONTINE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CONTINENTAL ATRIUM CO
C/O BANK OF AMERICA FILE 50128
LOS ANGELES, CA 90074-0128

CONTINENTAL VINEYARDS, LLC
(BROKEN EARTH WINERY)
5625 EAST HIGHWAY 46
PASO ROBLES, CA 93446

CONTINENTAL VINEYARDS, LLC
(BROKEN EARTH WINERY)
PO BOX 1498
PASO ROBLES, CA 93447

CONTINI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CONTINO, HALEY
ADDRESS AVAILABLE UPON REQUEST

CONTINO, JASON
ADDRESS AVAILABLE UPON REQUEST

CONTINO, LEANNE
ADDRESS AVAILABLE UPON REQUEST

CONTINO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CONTOIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

CONTOIS, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

CONTRACT, MARC
ADDRESS AVAILABLE UPON REQUEST

CONTRACTOR, MANIJEH
ADDRESS AVAILABLE UPON REQUEST

CONTRATA, KENNETH
ADDRESS AVAILABLE UPON REQUEST

CONTRATTO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, BRIDGITTE
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, CARA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, DEYSI
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, DUCOTE
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, FREEDOM
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, JUAN
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, MARISOL
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, SARAI
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CONTRERAS-MARIEL, JOSE IGNACIO
ADDRESS AVAILABLE UPON REQUEST

CONTRINO, KELLY
ADDRESS AVAILABLE UPON REQUEST

CONTRONE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CONTU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CONVERGENT
PO BOX 29040
PHOENIX, AZ 85038-9040

CONVERSE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CONVERSE, JENNA
ADDRESS AVAILABLE UPON REQUEST

CONVERSE, JILL
ADDRESS AVAILABLE UPON REQUEST

CONVERSE, KAREN
ADDRESS AVAILABLE UPON REQUEST

CONVERT2MEDIA, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

CONVEYOR HANDLING COMPANY, INC.
6715 SANTA BARBARA COURT
ELKRIDGE, MD 21075

CONVISER, HOWARD
ADDRESS AVAILABLE UPON REQUEST

CONVISSOR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CONWARD, CARLA
ADDRESS AVAILABLE UPON REQUEST

CON-WAY MULTIMODAL
2211 OLD EARHART ROAD
ANN ARBOR, MI 48105

CON-WAY MULTIMODAL
PO BOX 4156
97208-4156

CON-WAY MULTIMODAL
PO BOX 4156
PORTLAND, OR 97208-4156

CONWAY, AMBER
ADDRESS AVAILABLE UPON REQUEST

CONWAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CONWAY, BARON
ADDRESS AVAILABLE UPON REQUEST

CONWAY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CONWAY, DEB
ADDRESS AVAILABLE UPON REQUEST

CONWAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CONWAY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CONWAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JAMES
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JANINE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JOE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JOSH
ADDRESS AVAILABLE UPON REQUEST

CONWAY, JULIA
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KAT
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KATTIE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KELLI
ADDRESS AVAILABLE UPON REQUEST

CONWAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CONWAY, LISA
ADDRESS AVAILABLE UPON REQUEST

CONWAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CONWAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CONWAY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

CONWAY, PETER
ADDRESS AVAILABLE UPON REQUEST

CONWAY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CONWAY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

CONWAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CONWELL, AMBERLRR
ADDRESS AVAILABLE UPON REQUEST

CONYERS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CONYERS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

CONYERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CONYERS, SHAY
ADDRESS AVAILABLE UPON REQUEST

CONYERS, THAISIS
ADDRESS AVAILABLE UPON REQUEST

CONZE, MELODI
ADDRESS AVAILABLE UPON REQUEST

COODY, RANDY
ADDRESS AVAILABLE UPON REQUEST

COOEY, TARA
ADDRESS AVAILABLE UPON REQUEST

COOGAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

COOGAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

COOGOZZO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COOIL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COOK, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

COOK, ALISON
ADDRESS AVAILABLE UPON REQUEST

COOK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COOK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COOK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COOK, AMBER
ADDRESS AVAILABLE UPON REQUEST

COOK, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

COOK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COOK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COOK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

COOK, ANNE
ADDRESS AVAILABLE UPON REQUEST

COOK, BENSON
ADDRESS AVAILABLE UPON REQUEST

COOK, BONNIE
ADDRESS AVAILABLE UPON REQUEST

COOK, BRAEDEN  & ALYSON
ADDRESS AVAILABLE UPON REQUEST

COOK, BREANNA
ADDRESS AVAILABLE UPON REQUEST

COOK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COOK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COOK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COOK, C.
ADDRESS AVAILABLE UPON REQUEST

COOK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

COOK, CARLY
ADDRESS AVAILABLE UPON REQUEST

COOK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

COOK, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

COOK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

COOK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

COOK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COOK, CHEREE
ADDRESS AVAILABLE UPON REQUEST

COOK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COOK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

COOK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COOK, CINDEE
ADDRESS AVAILABLE UPON REQUEST

COOK, CINDY
ADDRESS AVAILABLE UPON REQUEST

COOK, CONNOR
ADDRESS AVAILABLE UPON REQUEST

COOK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COOK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COOK, DALLAS
ADDRESS AVAILABLE UPON REQUEST

COOK, DANA
ADDRESS AVAILABLE UPON REQUEST

COOK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOK, DAVID
ADDRESS AVAILABLE UPON REQUEST

COOK, DEANNE
ADDRESS AVAILABLE UPON REQUEST

COOK, EARL
ADDRESS AVAILABLE UPON REQUEST

COOK, EMILIE
ADDRESS AVAILABLE UPON REQUEST

COOK, EMILY
ADDRESS AVAILABLE UPON REQUEST

COOK, ERIN
ADDRESS AVAILABLE UPON REQUEST

COOK, HARLIN
ADDRESS AVAILABLE UPON REQUEST

COOK, HARRY
ADDRESS AVAILABLE UPON REQUEST

COOK, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

COOK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

COOK, IAN
ADDRESS AVAILABLE UPON REQUEST

COOK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

COOK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COOK, JAMES
ADDRESS AVAILABLE UPON REQUEST

COOK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

COOK, JANELL
ADDRESS AVAILABLE UPON REQUEST

COOK, JASMINE
ADDRESS AVAILABLE UPON REQUEST

COOK, JASON
ADDRESS AVAILABLE UPON REQUEST

COOK, JEAN
ADDRESS AVAILABLE UPON REQUEST

COOK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COOK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COOK, JILL
ADDRESS AVAILABLE UPON REQUEST

COOK, JOAN
ADDRESS AVAILABLE UPON REQUEST

COOK, JOAN
ADDRESS AVAILABLE UPON REQUEST

COOK, JODIE
ADDRESS AVAILABLE UPON REQUEST

COOK, JON
ADDRESS AVAILABLE UPON REQUEST

COOK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

COOK, JOY
ADDRESS AVAILABLE UPON REQUEST

COOK, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

COOK, KAREN
ADDRESS AVAILABLE UPON REQUEST

COOK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COOK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COOK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COOK, KATY
ADDRESS AVAILABLE UPON REQUEST

COOK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COOK, KENDALL
ADDRESS AVAILABLE UPON REQUEST

COOK, KERRY
ADDRESS AVAILABLE UPON REQUEST

COOK, KERRY
ADDRESS AVAILABLE UPON REQUEST

COOK, KEVIN B
ADDRESS AVAILABLE UPON REQUEST

COOK, KIM
ADDRESS AVAILABLE UPON REQUEST

COOK, KIMBERELY
ADDRESS AVAILABLE UPON REQUEST

COOK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COOK, KRISTA
ADDRESS AVAILABLE UPON REQUEST

COOK, KRISTA
ADDRESS AVAILABLE UPON REQUEST

COOK, KRISTI
ADDRESS AVAILABLE UPON REQUEST

COOK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COOK, KYLEE JO
ADDRESS AVAILABLE UPON REQUEST

COOK, LACI
ADDRESS AVAILABLE UPON REQUEST

COOK, LATOYA
ADDRESS AVAILABLE UPON REQUEST

COOK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COOK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COOK, LEAH
ADDRESS AVAILABLE UPON REQUEST

COOK, LEE
ADDRESS AVAILABLE UPON REQUEST

COOK, LETICIA
ADDRESS AVAILABLE UPON REQUEST

COOK, LETRESE
ADDRESS AVAILABLE UPON REQUEST

COOK, LINDA
ADDRESS AVAILABLE UPON REQUEST

COOK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COOK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

COOK, LISA
ADDRESS AVAILABLE UPON REQUEST

COOK, LOGAN
ADDRESS AVAILABLE UPON REQUEST

COOK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

COOK, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

COOK, MARY
ADDRESS AVAILABLE UPON REQUEST

COOK, MATT
ADDRESS AVAILABLE UPON REQUEST

COOK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COOK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COOK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COOK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

COOK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COOK, MICHELE
ADDRESS AVAILABLE UPON REQUEST

COOK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COOK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COOK, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

COOK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COOK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COOK, ONDREA
ADDRESS AVAILABLE UPON REQUEST

COOK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

COOK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

COOK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COOK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COOK, RILEY
ADDRESS AVAILABLE UPON REQUEST

COOK, RILEY
ADDRESS AVAILABLE UPON REQUEST

COOK, SADIE
ADDRESS AVAILABLE UPON REQUEST

COOK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COOK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COOK, SHELL
ADDRESS AVAILABLE UPON REQUEST

COOK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COOK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

COOK, TALLEY
ADDRESS AVAILABLE UPON REQUEST

COOK, TARA
ADDRESS AVAILABLE UPON REQUEST

COOK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COOK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

COOK, TONI
ADDRESS AVAILABLE UPON REQUEST

COOK, TONYA
ADDRESS AVAILABLE UPON REQUEST

COOK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

COOK, VANESSA
ADDRESS AVAILABLE UPON REQUEST

COOK, VERANDA
ADDRESS AVAILABLE UPON REQUEST

COOK, VERONICA
ADDRESS AVAILABLE UPON REQUEST

COOK, VICTOR
ADDRESS AVAILABLE UPON REQUEST

COOK-ANDRES, ZIA
ADDRESS AVAILABLE UPON REQUEST

COOK-COTTONE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

COOKE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COOKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COOKE, ANDRE
ADDRESS AVAILABLE UPON REQUEST

COOKE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COOKE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COOKE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COOKE, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

COOKE, DAVID
ADDRESS AVAILABLE UPON REQUEST

COOKE, JOSH
ADDRESS AVAILABLE UPON REQUEST

COOKE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

COOKE, KELLI
ADDRESS AVAILABLE UPON REQUEST

COOKE, MARY
ADDRESS AVAILABLE UPON REQUEST

COOKE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

COOKE, SANDAE
ADDRESS AVAILABLE UPON REQUEST

COOKE, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

COOKIE DO
ADDRESS UNAVAILABLE AT TIME OF FILING

COOKS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COOKS, TERRI
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, BRETT
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, CATHY
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COOKSEY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

COOKSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOKSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COOKSON, KIMBLE
ADDRESS AVAILABLE UPON REQUEST

COOKSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COOKSTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COOL PC INCORPORATED
ADDRESS UNAVAILABLE AT TIME OF FILING

COOL, ELISA
ADDRESS AVAILABLE UPON REQUEST

COOL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COOLERGUYS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

COOLEY LLP
ATTN: ERIC E. WALKER
110 N. WACKER DRIVE, SUITE 4200
CHICAGO, IL  60606

COOLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COOLEY, BALY
ADDRESS AVAILABLE UPON REQUEST

COOLEY, CELESTE
ADDRESS AVAILABLE UPON REQUEST

COOLEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

COOLEY, CHERIE
ADDRESS AVAILABLE UPON REQUEST

COOLEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

COOLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOLEY, JAN
ADDRESS AVAILABLE UPON REQUEST

COOLEY, JON
ADDRESS AVAILABLE UPON REQUEST

COOLEY, KATE
ADDRESS AVAILABLE UPON REQUEST

COOLEY, LLP
101 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA  94111-5800

COOLEY, LLP
1333 2ND STREET SUITE 400
SANTA MONICA, CA  90401

COOLEY, MARVIN
ADDRESS AVAILABLE UPON REQUEST

COOLEY, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

COOLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COOLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

COOLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

COOLEY, SHAWMA
ADDRESS AVAILABLE UPON REQUEST

COOLEY, TOM AND CAROL
ADDRESS AVAILABLE UPON REQUEST

COOLEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

COOLHAUS
ADDRESS UNAVAILABLE AT TIME OF FILING

COOLIDGE, LINDA
ADDRESS AVAILABLE UPON REQUEST

COOLS, KYLA
ADDRESS AVAILABLE UPON REQUEST

COOMBER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COOMBS, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COOMBS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COOMBS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COOMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

COOMES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COOMES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COON, ARYN
ADDRESS AVAILABLE UPON REQUEST

COON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COON, COLIN
ADDRESS AVAILABLE UPON REQUEST

COON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

COON, ERIN
ADDRESS AVAILABLE UPON REQUEST

COON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COON, KAELY
ADDRESS AVAILABLE UPON REQUEST

COON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COON, LAKOTA
ADDRESS AVAILABLE UPON REQUEST

COON, RYAN
ADDRESS AVAILABLE UPON REQUEST

COONAN, CATIE
ADDRESS AVAILABLE UPON REQUEST

COONAN, CATIE
ADDRESS AVAILABLE UPON REQUEST

COONAN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

COONCE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COONEY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

COONEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

COONEY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

COONEY, JANICE
ADDRESS AVAILABLE UPON REQUEST

COONEY, JENNIE
ADDRESS AVAILABLE UPON REQUEST

COONEY, LIAM
ADDRESS AVAILABLE UPON REQUEST

COONEY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

COONEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

COONEY, PETER
ADDRESS AVAILABLE UPON REQUEST

COONEY, RUTHANN
ADDRESS AVAILABLE UPON REQUEST

COONEY, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

COONEY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

COONLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

COONRAD, EMMY
ADDRESS AVAILABLE UPON REQUEST

COONS, AMY
ADDRESS AVAILABLE UPON REQUEST

COONS, CHAUNDRA
ADDRESS AVAILABLE UPON REQUEST

COONS, DIANA
ADDRESS AVAILABLE UPON REQUEST

COONS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

COONS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

COONS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

COONS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

COONS-COE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

COONTZ, BILL
ADDRESS AVAILABLE UPON REQUEST

CO-OP COMMERCE INC
3300 CLAY STREET UNIT 1
SAN FRANCISCO, CA 94118

COOPER MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

COOPER SIMMS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, ALEX
ADDRESS AVAILABLE UPON REQUEST

COOPER, ALLEE
ADDRESS AVAILABLE UPON REQUEST

COOPER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COOPER, AMBER
ADDRESS AVAILABLE UPON REQUEST

COOPER, AMY
ADDRESS AVAILABLE UPON REQUEST

COOPER, ANDISHA
ADDRESS AVAILABLE UPON REQUEST

COOPER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

COOPER, ANN
ADDRESS AVAILABLE UPON REQUEST

COOPER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

COOPER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COOPER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COOPER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

COOPER, BIANCA
ADDRESS AVAILABLE UPON REQUEST

COOPER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

COOPER, BRANTLEY
ADDRESS AVAILABLE UPON REQUEST

COOPER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COOPER, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

COOPER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COOPER, CAREY
ADDRESS AVAILABLE UPON REQUEST

COOPER, CATHY
ADDRESS AVAILABLE UPON REQUEST

COOPER, CELINE
ADDRESS AVAILABLE UPON REQUEST

COOPER, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

COOPER, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COOPER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COOPER, CIARAN
ADDRESS AVAILABLE UPON REQUEST

COOPER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COOPER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COOPER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COOPER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, DAVID
ADDRESS AVAILABLE UPON REQUEST

COOPER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

COOPER, DELORES
ADDRESS AVAILABLE UPON REQUEST

COOPER, DENISE
ADDRESS AVAILABLE UPON REQUEST

COOPER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

COOPER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COOPER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

COOPER, EMILY
ADDRESS AVAILABLE UPON REQUEST

COOPER, ERICA
ADDRESS AVAILABLE UPON REQUEST

COOPER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

COOPER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, GAYLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, GINA
ADDRESS AVAILABLE UPON REQUEST

COOPER, GINNY
ADDRESS AVAILABLE UPON REQUEST

COOPER, GREG M
ADDRESS AVAILABLE UPON REQUEST

COOPER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COOPER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

COOPER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COOPER, JAKE
ADDRESS AVAILABLE UPON REQUEST

COOPER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, JANIS
ADDRESS AVAILABLE UPON REQUEST

COOPER, JAY
ADDRESS AVAILABLE UPON REQUEST

COOPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COOPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COOPER, JO
ADDRESS AVAILABLE UPON REQUEST

COOPER, JOHN
ADDRESS AVAILABLE UPON REQUEST

COOPER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

COOPER, KALLIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, KATE
ADDRESS AVAILABLE UPON REQUEST

COOPER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

COOPER, KATIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

COOPER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COOPER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COOPER, LARKIN
ADDRESS AVAILABLE UPON REQUEST

COOPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

COOPER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COOPER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COOPER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

COOPER, LEIGHANNE
ADDRESS AVAILABLE UPON REQUEST

COOPER, LEXIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COOPER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, MARGARETTE
ADDRESS AVAILABLE UPON REQUEST

COOPER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COOPER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COOPER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

COOPER, NESTA
ADDRESS AVAILABLE UPON REQUEST

COOPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

COOPER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, REGINALD
ADDRESS AVAILABLE UPON REQUEST

COOPER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COOPER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COOPER, RON
ADDRESS AVAILABLE UPON REQUEST

COOPER, RONNIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

COOPER, ROSIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, ROSS
ADDRESS AVAILABLE UPON REQUEST

COOPER, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

COOPER, RUTH
ADDRESS AVAILABLE UPON REQUEST

COOPER, RYAN
ADDRESS AVAILABLE UPON REQUEST

COOPER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COOPER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COOPER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

COOPER, SANDY
ADDRESS AVAILABLE UPON REQUEST

COOPER, SARAH
ADDRESS AVAILABLE UPON REQUEST

COOPER, SARAH
ADDRESS AVAILABLE UPON REQUEST

COOPER, SELINA
ADDRESS AVAILABLE UPON REQUEST

COOPER, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

COOPER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

COOPER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

COOPER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

COOPER, SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

COOPER, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, SUSAN L
ADDRESS AVAILABLE UPON REQUEST

COOPER, TAHIRA
ADDRESS AVAILABLE UPON REQUEST

COOPER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

COOPER, TERESA
ADDRESS AVAILABLE UPON REQUEST

COOPER, TERRI
ADDRESS AVAILABLE UPON REQUEST

COOPER, TIELER
ADDRESS AVAILABLE UPON REQUEST

COOPER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COOPER, TIMMIJO
ADDRESS AVAILABLE UPON REQUEST

COOPER, TRANG
ADDRESS AVAILABLE UPON REQUEST

COOPER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

COOPER, VALARIE
ADDRESS AVAILABLE UPON REQUEST

COOPER, WAYLAND
ADDRESS AVAILABLE UPON REQUEST

COOPERSMITH, TRACY
ADDRESS AVAILABLE UPON REQUEST

COOPERSTROM, ERIC
ADDRESS AVAILABLE UPON REQUEST

COORDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COOTS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

COOTS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COPA FINA
ADDRESS UNAVAILABLE AT TIME OF FILING

COPE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

COPE, BEN
ADDRESS AVAILABLE UPON REQUEST

COPE, GENTRY
ADDRESS AVAILABLE UPON REQUEST

COPE, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

COPE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COPE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

COPE, PAYTON
ADDRESS AVAILABLE UPON REQUEST

COPE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

COPECK, ALLY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, CANDACE
ADDRESS AVAILABLE UPON REQUEST

COPELAND, CINDY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COPELAND, DAWN
ADDRESS AVAILABLE UPON REQUEST

COPELAND, DEXTER
ADDRESS AVAILABLE UPON REQUEST

COPELAND, JANINE
ADDRESS AVAILABLE UPON REQUEST

COPELAND, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

COPELAND, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COPELAND, KELLEY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, KRISSY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, LIBBY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, LIZ
ADDRESS AVAILABLE UPON REQUEST

COPELAND, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COPELAND, MARY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

COPELAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COPELAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COPELAND, SHERRE
ADDRESS AVAILABLE UPON REQUEST

COPELAND, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

COPELAND, TIM
ADDRESS AVAILABLE UPON REQUEST

COPELLA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

COPEMAN, DARWIN
ADDRESS AVAILABLE UPON REQUEST

COPEMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COPEN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

COPENHAVER, JACQUELYNN
ADDRESS AVAILABLE UPON REQUEST

COPENHAVER, JOHN
ADDRESS AVAILABLE UPON REQUEST

COPENHAVER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

COPER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COPE-RANDALL, KELLY
ADDRESS AVAILABLE UPON REQUEST

COPI, ERIN
ADDRESS AVAILABLE UPON REQUEST

COPILEVITZ & CANTER P.C
310 W. 20TH STREET, SUITE 300
KANSAS CITY, MO 64108

COPILEVITZ, CHLOE
ADDRESS AVAILABLE UPON REQUEST

COPING, VERONICA
ADDRESS AVAILABLE UPON REQUEST

COPIOUS MANAGEMENT, INC.
8127 MELROSE AVE., STE 4
LOS ANGELES, CA 90046

COPLAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

COPLAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

COPLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COPLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

COPLEY, LORYN
ADDRESS AVAILABLE UPON REQUEST

COPLEY, SINEAD
ADDRESS AVAILABLE UPON REQUEST

COPLEY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

COPOULOS, ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

COPOULOS, ZOE
ADDRESS AVAILABLE UPON REQUEST

COPP, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COPP, JODY
ADDRESS AVAILABLE UPON REQUEST

COPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COPPA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COPPA, LINNET
ADDRESS AVAILABLE UPON REQUEST

COPPEDGE, KARI
ADDRESS AVAILABLE UPON REQUEST

COPPEL, ABBY
ADDRESS AVAILABLE UPON REQUEST

COPPELIA BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

COPPELMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

COPPENS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

COPPER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COPPERI, PAM
ADDRESS AVAILABLE UPON REQUEST

COPPERMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COPPERSMITH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COPPERSTONE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

COPPERT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

COPPES, EMMA
ADDRESS AVAILABLE UPON REQUEST

COPPINGER, DOREEN
ADDRESS AVAILABLE UPON REQUEST

COPPINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COPPINGER, WALLY
ADDRESS AVAILABLE UPON REQUEST

COPPLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COPPLE, NORA
ADDRESS AVAILABLE UPON REQUEST

COPPOCK, JODY
ADDRESS AVAILABLE UPON REQUEST

COPPOCK, PAM
ADDRESS AVAILABLE UPON REQUEST

COPPOLA, ANNA
ADDRESS AVAILABLE UPON REQUEST

COPPOLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COPPOLINO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COPUS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

COQUERAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CORA APPLE
ADDRESS AVAILABLE UPON REQUEST

CORA, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CORACI, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

CORADO, ZONIA
ADDRESS AVAILABLE UPON REQUEST

CORALEA, WENNBERG,
ADDRESS AVAILABLE UPON REQUEST

CORALLO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CORAM, FRANCES
ADDRESS AVAILABLE UPON REQUEST

CORAM, FRANCY
ADDRESS AVAILABLE UPON REQUEST

CORAM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

CORATEKIN, DEDIANE
ADDRESS AVAILABLE UPON REQUEST

CORAZZINI, KAREN
ADDRESS AVAILABLE UPON REQUEST

CORAZZINI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CORBA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CORBAN ROURKE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CORBEAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CORBEIL, JEN
ADDRESS AVAILABLE UPON REQUEST

CORBETT VINEYARDS
(DBA CENTER OF EFFORT WINES)
2195 CORBETT CANYON ROAD
ARROYO GRANDE, CA 93420

CORBETT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CORBETT, BRENDON
ADDRESS AVAILABLE UPON REQUEST

CORBETT, CASEY
ADDRESS AVAILABLE UPON REQUEST

CORBETT, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CORBETT, DEVONDIR
ADDRESS AVAILABLE UPON REQUEST

CORBETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

CORBETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

CORBETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

CORBETT, JASON
ADDRESS AVAILABLE UPON REQUEST

CORBETT, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CORBETT, JONATHAN K
ADDRESS AVAILABLE UPON REQUEST

CORBETT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CORBETT, KAREN
ADDRESS AVAILABLE UPON REQUEST

CORBETT, KYLE
ADDRESS AVAILABLE UPON REQUEST

CORBETT, LATISHA
ADDRESS AVAILABLE UPON REQUEST

CORBETT, LETITIA
ADDRESS AVAILABLE UPON REQUEST

CORBETT, MADELYN
ADDRESS AVAILABLE UPON REQUEST

CORBETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CORBETTA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CORBETTE, LINDA
ADDRESS AVAILABLE UPON REQUEST

CORBI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CORBI, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CORBIE, CELINE
ADDRESS AVAILABLE UPON REQUEST

CORBIN LYNN MILLER
ADDRESS AVAILABLE UPON REQUEST

CORBIN, BLAKELY
ADDRESS AVAILABLE UPON REQUEST

CORBIN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

CORBIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CORBIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CORBIN, JARUSHA
ADDRESS AVAILABLE UPON REQUEST

CORBIN, KATHY
ADDRESS AVAILABLE UPON REQUEST

CORBIN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CORBIN, LORI
ADDRESS AVAILABLE UPON REQUEST

CORBIN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

CORBIN, MINDY
ADDRESS AVAILABLE UPON REQUEST

CORBIN, MONICA
ADDRESS AVAILABLE UPON REQUEST

CORBIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CORBIN, TANIKA
ADDRESS AVAILABLE UPON REQUEST

CORBIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CORBITT, DELANEY
ADDRESS AVAILABLE UPON REQUEST

CORBITT, MADISON
ADDRESS AVAILABLE UPON REQUEST

CORBO, STACEY
ADDRESS AVAILABLE UPON REQUEST

CORBRAN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CORBUS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CORCETTI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CORCHIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CORCHO, RICARDO
ADDRESS AVAILABLE UPON REQUEST

CORCIONE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

CORCIONE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, ELENA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, JACK
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, LYDIA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, NICK
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CORCORAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CORD, DAVID
ADDRESS AVAILABLE UPON REQUEST

CORDA, ALISSA
ADDRESS AVAILABLE UPON REQUEST

CORDARO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CORDEIRO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CORDELL, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

CORDELL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CORDELL, DIANNE
ADDRESS AVAILABLE UPON REQUEST

CORDELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CORDELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CORDELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CORDER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CORDER, LACO
ADDRESS AVAILABLE UPON REQUEST

CORDERO, ALISHA
ADDRESS AVAILABLE UPON REQUEST

CORDERO, ARRIELLE
ADDRESS AVAILABLE UPON REQUEST

CORDERO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CORDERO, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

CORDERO, JAMES
ADDRESS AVAILABLE UPON REQUEST

CORDERO, JORGE
ADDRESS AVAILABLE UPON REQUEST

CORDERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CORDERO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CORDERO, NORMA
ADDRESS AVAILABLE UPON REQUEST

CORDERO, SMIK
ADDRESS AVAILABLE UPON REQUEST

CORDERO, YANICSA
ADDRESS AVAILABLE UPON REQUEST

CORDES, EMMA
ADDRESS AVAILABLE UPON REQUEST

CORDES, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

CORDES, LYNDSEE
ADDRESS AVAILABLE UPON REQUEST

CORDES, TRACY
ADDRESS AVAILABLE UPON REQUEST

CORDIC, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

CORDIELLO-NIEVES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CORDIER
1 RUE DE LA SEIGLIERE
BORDEAUX CEDEX  CS91958-33088
FRANCE

CORDIER, MARY
ADDRESS AVAILABLE UPON REQUEST

CORDILEONE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CORDILEONE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

CORDILLO, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

CORDINGLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CORDLE, JAMES
ADDRESS AVAILABLE UPON REQUEST

CORDOBA, NEDELKA
ADDRESS AVAILABLE UPON REQUEST

CORDON, BILLY
ADDRESS AVAILABLE UPON REQUEST

CORDOVA & ASSOCIATES
5 ROBINSONG
IRVINE, CA  92614

CORDOVA, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, DAISY
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, DAWN
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, HALEY
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CORDOVA, RODNEY
ADDRESS AVAILABLE UPON REQUEST

CORDOVANO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CORDREY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CORDRY, MEG
ADDRESS AVAILABLE UPON REQUEST

COREIL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CORELL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CORELLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CORELLA, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORELLA, MARCO
ADDRESS AVAILABLE UPON REQUEST

CORELLI, SALLY
ADDRESS AVAILABLE UPON REQUEST

COREY D FISHER
ADDRESS AVAILABLE UPON REQUEST

COREY NOELLE MOIST
ADDRESS AVAILABLE UPON REQUEST

COREY SOLMAN
ADDRESS AVAILABLE UPON REQUEST

COREY STEVEN BREGMAN
ADDRESS AVAILABLE UPON REQUEST

COREY, ALEX
ADDRESS AVAILABLE UPON REQUEST

COREY, DIANA
ADDRESS AVAILABLE UPON REQUEST

COREY, EMILY
ADDRESS AVAILABLE UPON REQUEST

COREY, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

COREY, LACI
ADDRESS AVAILABLE UPON REQUEST

COREY, LARA
ADDRESS AVAILABLE UPON REQUEST

CORGHI, MARIANELLA
ADDRESS AVAILABLE UPON REQUEST

CORI AUZA
ADDRESS AVAILABLE UPON REQUEST

CORICA, TIM
ADDRESS AVAILABLE UPON REQUEST

CORIGLIANO, ALISSA
ADDRESS AVAILABLE UPON REQUEST

CORIGLIANO, COSMO
ADDRESS AVAILABLE UPON REQUEST

CORIGLIANO, PAUL
ADDRESS AVAILABLE UPON REQUEST

CORIN, L
ADDRESS AVAILABLE UPON REQUEST

CORINE, LYDIA
ADDRESS AVAILABLE UPON REQUEST

CORINI, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

CORINNE DAUTEUIL
ADDRESS AVAILABLE UPON REQUEST

CORISSA MILLER
ADDRESS AVAILABLE UPON REQUEST

CORK SUPPLY USA, INC
531 STONE ROAD
BENICIA, CA 94510

CORK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CORKCIRCLE
ADDRESS UNAVAILABLE AT TIME OF FILING

CORKELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CORKER, DONALD
ADDRESS AVAILABLE UPON REQUEST

CORKERY, AUBREE
ADDRESS AVAILABLE UPON REQUEST

CORKERY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

CORKERY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CORKERY, JUDI
ADDRESS AVAILABLE UPON REQUEST

CORKRAN, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

CORKUM, ANN
ADDRESS AVAILABLE UPON REQUEST

CORKUM, LLOYD
ADDRESS AVAILABLE UPON REQUEST

CORLE, BREANNA
ADDRESS AVAILABLE UPON REQUEST

CORLEW, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CORLEW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CORLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CORLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

CORLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CORLEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CORLEY, CIARA
ADDRESS AVAILABLE UPON REQUEST

CORLEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CORLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

CORLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

CORLEY, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CORLEY, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

CORLEY, PATTI
ADDRESS AVAILABLE UPON REQUEST

CORLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CORLISS, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

CORLL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CORMACK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CORMICAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CORMICAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CORMIER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CORMIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CORMIER, AMBER
ADDRESS AVAILABLE UPON REQUEST

CORMIER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

CORMIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CORMIER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CORMIER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CORMIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

CORN, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

CORN, KIP
ADDRESS AVAILABLE UPON REQUEST

CORN, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

CORNACCHIA, JULIA
ADDRESS AVAILABLE UPON REQUEST

CORNACCHIA, JULIA
ADDRESS AVAILABLE UPON REQUEST

CORNEJO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

CORNELIS JACOBUS MARIA SCHILDER
ADDRESS AVAILABLE UPON REQUEST

CORNELISON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, BILLIE
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, CARRY
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CORNELIUS, TARAH
ADDRESS AVAILABLE UPON REQUEST

CORNELL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CORNELL, DANIELL
ADDRESS AVAILABLE UPON REQUEST

CORNELL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CORNELL, DEVON
ADDRESS AVAILABLE UPON REQUEST

CORNELL, EVAN
ADDRESS AVAILABLE UPON REQUEST

CORNELL, IAN
ADDRESS AVAILABLE UPON REQUEST

CORNELL, JEAN
ADDRESS AVAILABLE UPON REQUEST

CORNELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

CORNELL, KRISTI
ADDRESS AVAILABLE UPON REQUEST

CORNELL, SHELBEY
ADDRESS AVAILABLE UPON REQUEST

CORNELL, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CORNELL, TERESA
ADDRESS AVAILABLE UPON REQUEST

CORNELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CORNELL-DEMOSS, JANIS
ADDRESS AVAILABLE UPON REQUEST

CORNER HOUSE COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

CORNER, ZOE
ADDRESS AVAILABLE UPON REQUEST

CORNETT, APRIL
ADDRESS AVAILABLE UPON REQUEST

CORNETT, JACOB
ADDRESS AVAILABLE UPON REQUEST

CORNETT, KATY
ADDRESS AVAILABLE UPON REQUEST

CORNETTE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CORNISH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CORNISH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CORNISH, ELISSA
ADDRESS AVAILABLE UPON REQUEST

CORNISH, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORNISH, LAURA
ADDRESS AVAILABLE UPON REQUEST

CORNISH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

CORNISH, SABRIA
ADDRESS AVAILABLE UPON REQUEST

CORNISH, TKAYHLIA
ADDRESS AVAILABLE UPON REQUEST

CORNN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CORNS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, ALANNA
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, JAIME
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, JODIE
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, MADISON
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CORNWELL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

CORONA BEACH GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

CORONA, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

CORONA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CORONA, CINDY
ADDRESS AVAILABLE UPON REQUEST

CORONA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CORONA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

CORONA, GERALEE
ADDRESS AVAILABLE UPON REQUEST

CORONA, JENNA
ADDRESS AVAILABLE UPON REQUEST

CORONA, JOHANA
ADDRESS AVAILABLE UPON REQUEST

CORONA, LAURA
ADDRESS AVAILABLE UPON REQUEST

CORONA, MADISON
ADDRESS AVAILABLE UPON REQUEST

CORONA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

CORONA, SARAH
ADDRESS AVAILABLE UPON REQUEST

CORONA, VINCE
ADDRESS AVAILABLE UPON REQUEST

CORONADO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

CORONADO, DIAMOND
ADDRESS AVAILABLE UPON REQUEST

CORONADO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

CORONADO, IAN
ADDRESS AVAILABLE UPON REQUEST

CORONADO, MARCELINO
ADDRESS AVAILABLE UPON REQUEST

CORONADO, MARCUS
ADDRESS AVAILABLE UPON REQUEST

CORONADO, MARIA
ADDRESS AVAILABLE UPON REQUEST

CORONADO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CORONEL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CORONEL-KHAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CORONEOS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

CORP, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CORPORATE SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA  19101-3397

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR
WILMINGTON, DE  19808

CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

CORPORATION SERVICE COMPANY
AS REPRESENTATIVE
PO BOX 2576
SPRINGFIELD, IL  62708

CORPUS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CORPUS, TATIANA
ADDRESS AVAILABLE UPON REQUEST

CORR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CORR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CORR, ANNA
ADDRESS AVAILABLE UPON REQUEST

CORR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CORR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CORR, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

CORRA, SARAH
ADDRESS AVAILABLE UPON REQUEST

CORRADI, FRANK
ADDRESS AVAILABLE UPON REQUEST

CORRADO COUSSENS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CORRADO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CORRADO, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

CORRADO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORRADO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

CORRADO, MARY
ADDRESS AVAILABLE UPON REQUEST

CORRADO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CORRAL, AZAHLIA
ADDRESS AVAILABLE UPON REQUEST

CORRAL, LISSETH
ADDRESS AVAILABLE UPON REQUEST

CORRAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CORRALEJO, JAZMYNE
ADDRESS AVAILABLE UPON REQUEST

CORRALES, JAVIER
ADDRESS AVAILABLE UPON REQUEST

CORRALES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CORRALES, LISSET
ADDRESS AVAILABLE UPON REQUEST

CORRALES, MAITE
ADDRESS AVAILABLE UPON REQUEST

CORRAO, PHIL
ADDRESS AVAILABLE UPON REQUEST

CORREA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

CORREA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CORREA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CORREA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CORREA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CORREA, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

CORREA, EMILY & ROB
ADDRESS AVAILABLE UPON REQUEST

CORREA, JUAN
ADDRESS AVAILABLE UPON REQUEST

CORREA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CORREA, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

CORREA, LILIA
ADDRESS AVAILABLE UPON REQUEST

CORREA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CORREA, RENALDO
ADDRESS AVAILABLE UPON REQUEST

CORREA, SARA
ADDRESS AVAILABLE UPON REQUEST

CORREA, YESENIA
ADDRESS AVAILABLE UPON REQUEST

CORREA, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

CORREDATO, JULIE
ADDRESS AVAILABLE UPON REQUEST

CORREDOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CORREIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CORREIA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

CORREIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

CORREIA, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

CORREIA, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORREIA, LEANDRO
ADDRESS AVAILABLE UPON REQUEST

CORREIA, LORI
ADDRESS AVAILABLE UPON REQUEST

CORREIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CORREIA, PHIL
ADDRESS AVAILABLE UPON REQUEST

CORREIA, RITA
ADDRESS AVAILABLE UPON REQUEST

CORREIA, ROBERT AND ELISA
ADDRESS AVAILABLE UPON REQUEST

CORREIA, SHAVONNE
ADDRESS AVAILABLE UPON REQUEST

CORREIA-STAUDT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CORRELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CORRELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CORREN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

CORRENTI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CORRERA, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CORRICK, RONI
ADDRESS AVAILABLE UPON REQUEST

CORRIDON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CORRIDON, LISA
ADDRESS AVAILABLE UPON REQUEST

CORRIDONI, KATIE
ADDRESS AVAILABLE UPON REQUEST

CORRIE, HANNA
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, CAITLYNN
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, ELISSE
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, FRANK
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, KALEY
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

CORRIGAN, SHEERA
ADDRESS AVAILABLE UPON REQUEST

CORRIHER, KAILYN
ADDRESS AVAILABLE UPON REQUEST

CORRIN ONGSTAD
ADDRESS AVAILABLE UPON REQUEST

CORRINA MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

CORRIS, BETSY
ADDRESS AVAILABLE UPON REQUEST

CORRIVEAU, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

CORRON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CORRON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CORROW, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CORRY, DIANA
ADDRESS AVAILABLE UPON REQUEST

CORRY, HELEN
ADDRESS AVAILABLE UPON REQUEST

CORRY, HUEY
ADDRESS AVAILABLE UPON REQUEST

CORSA, AUDREY
ADDRESS AVAILABLE UPON REQUEST

CORSANICO, GINA
ADDRESS AVAILABLE UPON REQUEST

CORSARO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CORSARO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CORSE CAMPION, KERRY
ADDRESS AVAILABLE UPON REQUEST

CORSELLO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CORSO, ANNE
ADDRESS AVAILABLE UPON REQUEST

CORSO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

CORSO, CODEY
ADDRESS AVAILABLE UPON REQUEST

CORSO, DANA
ADDRESS AVAILABLE UPON REQUEST

CORSO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CORSO, SABAH
ADDRESS AVAILABLE UPON REQUEST

CORSO, TINA
ADDRESS AVAILABLE UPON REQUEST

CORSON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

CORSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CORSON, MARY-CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CORSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CORSONES, EMILY
ADDRESS AVAILABLE UPON REQUEST

CORTES, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

CORTES, DANNY
ADDRESS AVAILABLE UPON REQUEST

CORTES, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

CORTES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CORTES, LAURA
ADDRESS AVAILABLE UPON REQUEST

CORTES, LOURDES
ADDRESS AVAILABLE UPON REQUEST

CORTES, LUISA
ADDRESS AVAILABLE UPON REQUEST

CORTES, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

CORTES, TATIANA
ADDRESS AVAILABLE UPON REQUEST

CORTES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CORTESE, A
ADDRESS AVAILABLE UPON REQUEST

CORTESE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CORTESE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CORTESE, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORTESE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CORTES-FREEMAN, KAMERON
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, ANSON
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, EMANUEL
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, HARLEY
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, JOSIE
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, MAGAN
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, NATASHA-QUINN
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CORTEZ, THELMA
ADDRESS AVAILABLE UPON REQUEST

CORTI, JOHN
ADDRESS AVAILABLE UPON REQUEST

CORTIJO, CHASTITY
ADDRESS AVAILABLE UPON REQUEST

CORTINA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CORTINA, GERI
ADDRESS AVAILABLE UPON REQUEST

CORTINAS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

CORTINAS, YANELIS
ADDRESS AVAILABLE UPON REQUEST

CORTIZO, KATE
ADDRESS AVAILABLE UPON REQUEST

CORTOPASSI, LIZZY
ADDRESS AVAILABLE UPON REQUEST

CORTOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CORTRIGHT, ERIC
ADDRESS AVAILABLE UPON REQUEST

CORUN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CORVALAN, COURTENEY
ADDRESS AVAILABLE UPON REQUEST

CORVASCE, APRIL
ADDRESS AVAILABLE UPON REQUEST

CORVELLO, KATIE
ADDRESS AVAILABLE UPON REQUEST

CORWIN J KELTNER
ADDRESS AVAILABLE UPON REQUEST

CORWIN, LEIGH-ANNE
ADDRESS AVAILABLE UPON REQUEST

CORWIN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

CORY ALAN WALKER
ADDRESS AVAILABLE UPON REQUEST

CORY ARTHUR OWENS
ADDRESS AVAILABLE UPON REQUEST

CORY HUGHES
ADDRESS AVAILABLE UPON REQUEST

CORY J ANDERSON
ADDRESS AVAILABLE UPON REQUEST

CORY LIEBMANN
ADDRESS AVAILABLE UPON REQUEST

CORY VAN LOOZEN
ADDRESS AVAILABLE UPON REQUEST

CORY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CORY, IAN
ADDRESS AVAILABLE UPON REQUEST

CORY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CORY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CORY, LISA
ADDRESS AVAILABLE UPON REQUEST

CORYELL, CALE
ADDRESS AVAILABLE UPON REQUEST

CORZINE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CORZINE, ERIC
ADDRESS AVAILABLE UPON REQUEST

CORZINE, LACEY
ADDRESS AVAILABLE UPON REQUEST

COSBY, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

COSBY, COLEMAN
ADDRESS AVAILABLE UPON REQUEST

COSBY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

COSBY, STEVE
ADDRESS AVAILABLE UPON REQUEST

COSCARELLI, BOB
ADDRESS AVAILABLE UPON REQUEST

COSCIA, KAREN
ADDRESS AVAILABLE UPON REQUEST

COSENTINI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

COSENTINO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

COSENTINO, LEAH
ADDRESS AVAILABLE UPON REQUEST

COSENTINO, MARK
ADDRESS AVAILABLE UPON REQUEST

COSENTINO, MARY
ADDRESS AVAILABLE UPON REQUEST

COSETTE POSKO
ADDRESS AVAILABLE UPON REQUEST

COSFORD, DENISE
ADDRESS AVAILABLE UPON REQUEST

COSGEL, METIN
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, ERICA
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, LEE
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, MILLY
ADDRESS AVAILABLE UPON REQUEST

COSGROVE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

COSHEYEV, NIKOLAY
ADDRESS AVAILABLE UPON REQUEST

COSIC, SANELLA
ADDRESS AVAILABLE UPON REQUEST

COSIMANO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COSIMO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COSIO, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

COSMANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COSMAS, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

COSMAS, KIM
ADDRESS AVAILABLE UPON REQUEST

COSME, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COSME, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COSME, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

COSMIDES, CANDICE
ADDRESS AVAILABLE UPON REQUEST

COSS, ABEL
ADDRESS AVAILABLE UPON REQUEST

COSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COSS, CLIFF
ADDRESS AVAILABLE UPON REQUEST

COSS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COSSER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COSSLETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COST PLUS WORLD MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

COST PLUS
ADDRESS UNAVAILABLE AT TIME OF FILING

COSTA, ALAINA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ANALISA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ANDRESSA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ANISA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

COSTA, CARLA
ADDRESS AVAILABLE UPON REQUEST

COSTA, CLARK
ADDRESS AVAILABLE UPON REQUEST

COSTA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

COSTA, DIANNE
ADDRESS AVAILABLE UPON REQUEST

COSTA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

COSTA, DONNA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ELIANA
ADDRESS AVAILABLE UPON REQUEST

COSTA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

COSTA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

COSTA, EVE
ADDRESS AVAILABLE UPON REQUEST

COSTA, GINA
ADDRESS AVAILABLE UPON REQUEST

COSTA, GLENNA
ADDRESS AVAILABLE UPON REQUEST

COSTA, INGRID
ADDRESS AVAILABLE UPON REQUEST

COSTA, JANET
ADDRESS AVAILABLE UPON REQUEST

COSTA, KASEY
ADDRESS AVAILABLE UPON REQUEST

COSTA, LOUIS
ADDRESS AVAILABLE UPON REQUEST

COSTA, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

COSTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COSTA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COSTA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COSTA, MYRA
ADDRESS AVAILABLE UPON REQUEST

COSTA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

COSTA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COSTA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COSTA, THALI
ADDRESS AVAILABLE UPON REQUEST

COSTABILE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

COSTABILE, DAVID
ADDRESS AVAILABLE UPON REQUEST

COSTAIN, EMILY-JANE
ADDRESS AVAILABLE UPON REQUEST

COSTALES, TATIANA
ADDRESS AVAILABLE UPON REQUEST

COSTANTINI, RENEE
ADDRESS AVAILABLE UPON REQUEST

COSTANTINI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

COSTANTINO, ERMINIA
ADDRESS AVAILABLE UPON REQUEST

COSTANTINO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

COSTANZA, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

COSTANZA, ERICA
ADDRESS AVAILABLE UPON REQUEST

COSTANZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COSTANZO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

COSTANZO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COSTANZO, TINA
ADDRESS AVAILABLE UPON REQUEST

COSTARIDES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

COSTAS, LETICIA
ADDRESS AVAILABLE UPON REQUEST

COSTCO
ADDRESS UNAVAILABLE AT TIME OF FILING

COSTEIRA, ABBY
ADDRESS AVAILABLE UPON REQUEST

COSTELLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COSTELLE, ALEX
ADDRESS AVAILABLE UPON REQUEST

COSTELLO AND SONS INSURANCE
BROKERS, INC.
1752 LINCOLN AVENUE
SAN RAFAEL, CA  94903

COSTELLO, ALYSON
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, AMY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, BILL
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, COLTON
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, DAVID G
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, DELANEY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JAMES
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JENNY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, JULIE
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KELLY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KRIS
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, MENDE
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, TARA
ADDRESS AVAILABLE UPON REQUEST

COSTELLO, TERESA
ADDRESS AVAILABLE UPON REQUEST

COSTEN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

COSTER, ELEISA
ADDRESS AVAILABLE UPON REQUEST

COSTES, MAX
ADDRESS AVAILABLE UPON REQUEST

COSTIGLIOLA, TARA
ADDRESS AVAILABLE UPON REQUEST

COSTILOW, ATHENA
ADDRESS AVAILABLE UPON REQUEST

COSTILOW, RITA
ADDRESS AVAILABLE UPON REQUEST

COSTIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

COSTLEY, AARON
ADDRESS AVAILABLE UPON REQUEST

COSTNER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

COSTON, KARRI
ADDRESS AVAILABLE UPON REQUEST

COSTOS, LAURA
ADDRESS AVAILABLE UPON REQUEST

COTA, ANNALIA
ADDRESS AVAILABLE UPON REQUEST

COTA, BETH
ADDRESS AVAILABLE UPON REQUEST

COTA, CATHY
ADDRESS AVAILABLE UPON REQUEST

COTA, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

COTA, GRACE
ADDRESS AVAILABLE UPON REQUEST

COTA, JANET
ADDRESS AVAILABLE UPON REQUEST

COTA, LEEANNA
ADDRESS AVAILABLE UPON REQUEST

COTA, MADISON
ADDRESS AVAILABLE UPON REQUEST

COTA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COTA, ROSANA
ADDRESS AVAILABLE UPON REQUEST

COTA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

COTE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COTE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

COTE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COTE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

COTE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

COTE, ELYSE
ADDRESS AVAILABLE UPON REQUEST

COTE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

COTE, JARROD
ADDRESS AVAILABLE UPON REQUEST

COTE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COTE, TARA
ADDRESS AVAILABLE UPON REQUEST

COTES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

COTHERN, TYLER
ADDRESS AVAILABLE UPON REQUEST

COTHIERE, NADEGE
ADDRESS AVAILABLE UPON REQUEST

COTHREN, EMMA
ADDRESS AVAILABLE UPON REQUEST

COTLEUR, JORDAN
ADDRESS AVAILABLE UPON REQUEST

COTNOIR, AUDREY
ADDRESS AVAILABLE UPON REQUEST

COTNOIR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

COTNOIR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

COTO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COTO-CHANG, OSWALDO
ADDRESS AVAILABLE UPON REQUEST

COTON COLORS EXPRESS, LLC. (COTON-
COLORS)
2718 CENTERVILLE ROAD
TALLAHASSEE, FL  32308

COTRONE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COTRONE, MIKE
ADDRESS AVAILABLE UPON REQUEST

COTRONE, MIKE
ADDRESS AVAILABLE UPON REQUEST

COTRONE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

COTRONEO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COTRUPI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

COTTELL, JILL
ADDRESS AVAILABLE UPON REQUEST

COTTEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COTTEN, DAN
ADDRESS AVAILABLE UPON REQUEST

COTTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

COTTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COTTER, DIANE
ADDRESS AVAILABLE UPON REQUEST

COTTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

COTTER, MARY
ADDRESS AVAILABLE UPON REQUEST

COTTER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COTTER, PETE
ADDRESS AVAILABLE UPON REQUEST

COTTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COTTER-BARON, KATHY
ADDRESS AVAILABLE UPON REQUEST

COTTERMAN, DIONNE
ADDRESS AVAILABLE UPON REQUEST

COTTERMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

COTTINGHAM, ESTELLE
ADDRESS AVAILABLE UPON REQUEST

COTTINGHAM, JASMYN
ADDRESS AVAILABLE UPON REQUEST

COTTLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

COTTLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

COTTLES, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

COTTMAN, INAYAH
ADDRESS AVAILABLE UPON REQUEST

COTTO, ALEX
ADDRESS AVAILABLE UPON REQUEST

COTTO, DANNIELLE
ADDRESS AVAILABLE UPON REQUEST

COTTO, MAKITA
ADDRESS AVAILABLE UPON REQUEST

COTTO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

COTTO, VENUS
ADDRESS AVAILABLE UPON REQUEST

COTTON, ALEC
ADDRESS AVAILABLE UPON REQUEST

COTTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

COTTON, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

COTTON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

COTTON, JONI
ADDRESS AVAILABLE UPON REQUEST

COTTON, KADE
ADDRESS AVAILABLE UPON REQUEST

COTTON, KARLI
ADDRESS AVAILABLE UPON REQUEST

COTTON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

COTTON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

COTTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COTTON, TERRI & JOHN
ADDRESS AVAILABLE UPON REQUEST

COTTON, TINA
ADDRESS AVAILABLE UPON REQUEST

COTTONARO, SARAH
ADDRESS AVAILABLE UPON REQUEST

COTTRELL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COTTRELL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COTTRELL, JARED
ADDRESS AVAILABLE UPON REQUEST

COTTRELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

COTTRELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| COTTRELL, MIAH<br>ADDRESS AVAILABLE UPON REQUEST | COTTRELL, MIKHAYLA<br>ADDRESS AVAILABLE UPON REQUEST | COTTRELL, MINDY<br>ADDRESS AVAILABLE UPON REQUEST |
| COTTRELL, SUMMER<br>ADDRESS AVAILABLE UPON REQUEST | COTTRILL, ALISCHER<br>ADDRESS AVAILABLE UPON REQUEST | COTTRILL, CLAIRE<br>ADDRESS AVAILABLE UPON REQUEST |
| COTTY, CHRISTIE<br>ADDRESS AVAILABLE UPON REQUEST | COTTY, KENZIE<br>ADDRESS AVAILABLE UPON REQUEST | COTUGNO, GIANA<br>ADDRESS AVAILABLE UPON REQUEST |
| COTUMACCIO, SAMARA<br>ADDRESS AVAILABLE UPON REQUEST | COUCH, CLAIRE<br>ADDRESS AVAILABLE UPON REQUEST | COUCH, DANELLE<br>ADDRESS AVAILABLE UPON REQUEST |
| COUCH, KATELYN<br>ADDRESS AVAILABLE UPON REQUEST | COUCH, KIKI<br>ADDRESS AVAILABLE UPON REQUEST | COUCH, KRISTIN<br>ADDRESS AVAILABLE UPON REQUEST |
| COUCH, MARIA<br>ADDRESS AVAILABLE UPON REQUEST | COUCH, NATALIE<br>ADDRESS AVAILABLE UPON REQUEST | COUCHE, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST |
| COUCOUROUX, CLAIRE<br>ADDRESS AVAILABLE UPON REQUEST | COUDRIER, CHRISTINE<br>ADDRESS AVAILABLE UPON REQUEST | COUEY, LAURA AND ALEX<br>ADDRESS AVAILABLE UPON REQUEST |
| COUGHLAN, BRENDAN<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLAN, JILL<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLAN, JOE<br>ADDRESS AVAILABLE UPON REQUEST |
| COUGHLIN, BRIANNA<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLIN, CHERYL<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLIN, HAILEY<br>ADDRESS AVAILABLE UPON REQUEST |
| COUGHLIN, JOANNE<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLIN, LAWRENCE<br>ADDRESS AVAILABLE UPON REQUEST | COUGHLIN, MARY<br>ADDRESS AVAILABLE UPON REQUEST |

COUGHLIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, TIA
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, TIM
ADDRESS AVAILABLE UPON REQUEST

COUGHLIN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

COUGLE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

COULARD, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

COULAS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

COULBOURN, COREY
ADDRESS AVAILABLE UPON REQUEST

COULES, KATE
ADDRESS AVAILABLE UPON REQUEST

COULEUR, NANCY
ADDRESS AVAILABLE UPON REQUEST

COULL, KATEY
ADDRESS AVAILABLE UPON REQUEST

COULOMBE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

COULSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

COULSON, PAULA
ADDRESS AVAILABLE UPON REQUEST

COULTER, ABBY
ADDRESS AVAILABLE UPON REQUEST

COULTER, ANDY
ADDRESS AVAILABLE UPON REQUEST

COULTER, BETH
ADDRESS AVAILABLE UPON REQUEST

COULTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

COULTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COULTER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

COULTER, KAILEY
ADDRESS AVAILABLE UPON REQUEST

COULTER, LISA
ADDRESS AVAILABLE UPON REQUEST

COULTER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

COULTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COULTER, SARA
ADDRESS AVAILABLE UPON REQUEST

COULTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

COULTERCOOKE, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

COULTHARD, ANITA
ADDRESS AVAILABLE UPON REQUEST

COUMING, MARY
ADDRESS AVAILABLE UPON REQUEST

COUNCE, PATTI
ADDRESS AVAILABLE UPON REQUEST

COUNCELL, JOHN MARK
ADDRESS AVAILABLE UPON REQUEST

COUNCELLER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COUNCIL, HARRISON
ADDRESS AVAILABLE UPON REQUEST

COUNCIL, KYRIAKI
ADDRESS AVAILABLE UPON REQUEST

COUNCIL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

COUNSELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COUNSMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

COUNTERPATH CORPORATION
ADDRESS UNAVAILABLE AT TIME OF FILING

COUNTRY CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

COUNTRY HAVEN INVESTMENTS LLC
2206 COUNTRY HAVEN DR
EUGENE, OR 97408

COUNTRYMAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

COUNTRYMAN, CLARITY
ADDRESS AVAILABLE UPON REQUEST

COUNTRYMAN, RAY
ADDRESS AVAILABLE UPON REQUEST

COUNTRYMAN, SHERRY
ADDRESS AVAILABLE UPON REQUEST

COUNTRYMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COUNTS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COUNTS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

COUNTS, EMILY
ADDRESS AVAILABLE UPON REQUEST

COUNTS, WAYNE
ADDRESS AVAILABLE UPON REQUEST

COUNTY OF LA BEACHES
ADDRESS UNAVAILABLE AT TIME OF FILING

COUNTY OF SAN LUIS OBISPO
KIRK CONSULTING
8830 MORRO ROAD
ATASCADERO, CA 93422

COUPA CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

COUPET, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COURDUFF, JEANIMARIE
ADDRESS AVAILABLE UPON REQUEST

COUREMBIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

COURIDES, CHLOE
ADDRESS AVAILABLE UPON REQUEST

COURIE, MARY
ADDRESS AVAILABLE UPON REQUEST

COURIM, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

COURINGTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

COURNOYER, BETH
ADDRESS AVAILABLE UPON REQUEST

COURNOYER, DIANE
ADDRESS AVAILABLE UPON REQUEST

COURNOYER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

COURNOYER, KARA
ADDRESS AVAILABLE UPON REQUEST

COURRIER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COURSER, SHARI
ADDRESS AVAILABLE UPON REQUEST

COURSEY, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

COURSEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

COURSEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

COURSEY, LYNDI
ADDRESS AVAILABLE UPON REQUEST

COURSEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COURSEY, TIM
ADDRESS AVAILABLE UPON REQUEST

COURT OF MASTER SOMMELIE
ADDRESS UNAVAILABLE AT TIME OF FILING

COURT, MANDY
ADDRESS AVAILABLE UPON REQUEST

COURTADE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

COURTEMANCHE, TRACY
ADDRESS AVAILABLE UPON REQUEST

COURTENAY HALL
ADDRESS AVAILABLE UPON REQUEST

COURTENAY, NADIA
ADDRESS AVAILABLE UPON REQUEST

COURTER, DAN
ADDRESS AVAILABLE UPON REQUEST

COURTER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

COURTER, SARA
ADDRESS AVAILABLE UPON REQUEST

COURTNEY B CANFIELD
ADDRESS AVAILABLE UPON REQUEST

COURTNEY ELAM
ADDRESS AVAILABLE UPON REQUEST

COURTNEY FREDERIKSEN
ADDRESS AVAILABLE UPON REQUEST

COURTNEY FREDERIKSEN
ADDRESS AVAILABLE UPON REQUEST

COURTNEY JACKSON
ADDRESS AVAILABLE UPON REQUEST

COURTNEY JAMES
ADDRESS AVAILABLE UPON REQUEST

COURTNEY KAWATA
ADDRESS AVAILABLE UPON REQUEST

COURTNEY LICHTENBERGER
ADDRESS AVAILABLE UPON REQUEST

COURTNEY MITCHELL
ADDRESS AVAILABLE UPON REQUEST

COURTNEY P CHAPLIN
ADDRESS AVAILABLE UPON REQUEST

COURTNEY PRESLEY
ADDRESS AVAILABLE UPON REQUEST

COURTNEY SIMONETTI
ADDRESS AVAILABLE UPON REQUEST

COURTNEY STEPHENSON MCFARLANE-
KENNEDY
ADDRESS AVAILABLE UPON REQUEST

COURTNEY TAWADROUS
ADDRESS AVAILABLE UPON REQUEST

COURTNEY WATTS
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, CATHY
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, MARLENE
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, MRS
ADDRESS AVAILABLE UPON REQUEST

COURTNEY, SUSIE
ADDRESS AVAILABLE UPON REQUEST

COURTNEY-RAE SIMMONDS
ADDRESS AVAILABLE UPON REQUEST

COURTRIGHT, LAURA
ADDRESS AVAILABLE UPON REQUEST

COURTS, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

COURTYARD
ADDRESS UNAVAILABLE AT TIME OF FILING

COURY, JESS
ADDRESS AVAILABLE UPON REQUEST

COUSART, TABITHA
ADDRESS AVAILABLE UPON REQUEST

COUSIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

COUSIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COUSINEAU, LINE
ADDRESS AVAILABLE UPON REQUEST

COUSINO, EMILY
ADDRESS AVAILABLE UPON REQUEST

COUSINS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COUSINS, BUCARO
ADDRESS AVAILABLE UPON REQUEST

COUSINS-ALANIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

COUSMINER, DIANA
ADDRESS AVAILABLE UPON REQUEST

COUSO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

COUTIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COUTLEE, RYAN
ADDRESS AVAILABLE UPON REQUEST

COUTO, AGUSTIN
ADDRESS AVAILABLE UPON REQUEST

COUTO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COUTOIS, JUNIOR
ADDRESS AVAILABLE UPON REQUEST

COUTTS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

COUTTS, MADILYN
ADDRESS AVAILABLE UPON REQUEST

COUTTS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

COUTURE, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

COUTURE, ANNE
ADDRESS AVAILABLE UPON REQUEST

COUTURE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COUTURE, HAUTE
ADDRESS AVAILABLE UPON REQUEST

COUTURE, JANELLE
ADDRESS AVAILABLE UPON REQUEST

COUTURE, MARY
ADDRESS AVAILABLE UPON REQUEST

COUTURE, PEGGY
ADDRESS AVAILABLE UPON REQUEST

COUTURE, SARA
ADDRESS AVAILABLE UPON REQUEST

COUTURE, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

COUTURE-MONSALVE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

COUTURER, ALAN
ADDRESS AVAILABLE UPON REQUEST

COUTURIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COUTURIER, GREG
ADDRESS AVAILABLE UPON REQUEST

COUVILLION, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COVAIS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

COVALESKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

COVALL, HARRISON
ADDRESS AVAILABLE UPON REQUEST

COVARRUBIAS, GERARDO
ADDRESS AVAILABLE UPON REQUEST

COVARRUBIAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COVARRUBIAS, JOSE
ADDRESS AVAILABLE UPON REQUEST

COVEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

COVELL, NATASHA
ADDRESS AVAILABLE UPON REQUEST

COVELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COVEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COVENTRY, ELYSIA
ADDRESS AVAILABLE UPON REQUEST

COVERDALE, KEIRA
ADDRESS AVAILABLE UPON REQUEST

COVERT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COVERT, LISA
ADDRESS AVAILABLE UPON REQUEST

COVERT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

COVEY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

COVEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

COVEY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

COVEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

COVEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

COVEY, SARA
ADDRESS AVAILABLE UPON REQUEST

COVEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

COVI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COVI, MARIO
ADDRESS AVAILABLE UPON REQUEST

COVIELLO, LYNDA
ADDRESS AVAILABLE UPON REQUEST

COVIELLO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

COVILLE, KELL
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, APRIL
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, BEN
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, KENDALL
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, MARK
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, PAM
ADDRESS AVAILABLE UPON REQUEST

COVINGTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

COVITZ, FRED
ADDRESS AVAILABLE UPON REQUEST

COVO, SABINA
ADDRESS AVAILABLE UPON REQUEST

COWAN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

COWAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

COWAN, DARBY
ADDRESS AVAILABLE UPON REQUEST

COWAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

COWAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

COWAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

COWAN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

COWAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

COWAN, JD
ADDRESS AVAILABLE UPON REQUEST

COWAN, KYNDAL
ADDRESS AVAILABLE UPON REQUEST

COWAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COWAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COWAN, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

COWAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

COWANS, JUDY
ADDRESS AVAILABLE UPON REQUEST

COWAN-WIDEMAN, JAMILA
ADDRESS AVAILABLE UPON REQUEST

COWARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COWARD, JACINTHA
ADDRESS AVAILABLE UPON REQUEST

COWARD, STUART
ADDRESS AVAILABLE UPON REQUEST

COWART, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

COWART, EMILY
ADDRESS AVAILABLE UPON REQUEST

COWDEN, AVERY
ADDRESS AVAILABLE UPON REQUEST

COWDEN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

COWDEN, VALARIE
ADDRESS AVAILABLE UPON REQUEST

COWDREY, RYAN
ADDRESS AVAILABLE UPON REQUEST

COWDREY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

COWELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

COWELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

COWELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COWEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

COWEN, CLINT
ADDRESS AVAILABLE UPON REQUEST

COWEN, DARIN
ADDRESS AVAILABLE UPON REQUEST

COWEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COWEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COWEN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

COWGER, JOHN
ADDRESS AVAILABLE UPON REQUEST

COWGER, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

COWGILL, AMY
ADDRESS AVAILABLE UPON REQUEST

COWGILL, JAIME
ADDRESS AVAILABLE UPON REQUEST

COWGILL, RAINA
ADDRESS AVAILABLE UPON REQUEST

COWHER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

COWHER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

COWIE, JENNA
ADDRESS AVAILABLE UPON REQUEST

COWIE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

COWLES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COWLES, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

COWLEY, KLAREEN
ADDRESS AVAILABLE UPON REQUEST

COWLEY, MADDISON
ADDRESS AVAILABLE UPON REQUEST

COWLING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COWN, SYLVAN
ADDRESS AVAILABLE UPON REQUEST

COWPER, ANNE
ADDRESS AVAILABLE UPON REQUEST

COWPER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COWPER, MIA
ADDRESS AVAILABLE UPON REQUEST

COWSERT, BARB
ADDRESS AVAILABLE UPON REQUEST

COX VINEYARDS
PO BOX 1389
UKIAH, CA  95482

COX, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

COX, ALLISON
ADDRESS AVAILABLE UPON REQUEST

COX, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COX, AMY
ADDRESS AVAILABLE UPON REQUEST

COX, ANDRE
ADDRESS AVAILABLE UPON REQUEST

COX, ANDREW
ADDRESS AVAILABLE UPON REQUEST

COX, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COX, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

COX, AYDEN
ADDRESS AVAILABLE UPON REQUEST

COX, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

COX, BRIAN
ADDRESS AVAILABLE UPON REQUEST

COX, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

COX, BRIANNAH
ADDRESS AVAILABLE UPON REQUEST

COX, BROOKE
ADDRESS AVAILABLE UPON REQUEST

COX, CECILIA
ADDRESS AVAILABLE UPON REQUEST

COX, CHANEY
ADDRESS AVAILABLE UPON REQUEST

COX, CHARLES
ADDRESS AVAILABLE UPON REQUEST

COX, CHERYL
ADDRESS AVAILABLE UPON REQUEST

COX, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

COX, CLYNTON
ADDRESS AVAILABLE UPON REQUEST

COX, COLEMAN
ADDRESS AVAILABLE UPON REQUEST

COX, COLIN
ADDRESS AVAILABLE UPON REQUEST

COX, CONNIE
ADDRESS AVAILABLE UPON REQUEST

COX, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

COX, CRAIG
ADDRESS AVAILABLE UPON REQUEST

COX, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

COX, CYNDI
ADDRESS AVAILABLE UPON REQUEST

COX, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

COX, DANA
ADDRESS AVAILABLE UPON REQUEST

COX, DAVID
ADDRESS AVAILABLE UPON REQUEST

COX, DAVID
ADDRESS AVAILABLE UPON REQUEST

COX, DAWN
ADDRESS AVAILABLE UPON REQUEST

COX, DEBRA
ADDRESS AVAILABLE UPON REQUEST

COX, DENA
ADDRESS AVAILABLE UPON REQUEST

COX, DENISE
ADDRESS AVAILABLE UPON REQUEST

COX, DENISE
ADDRESS AVAILABLE UPON REQUEST

COX, EILEEN
ADDRESS AVAILABLE UPON REQUEST

COX, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

COX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COX, ERICA
ADDRESS AVAILABLE UPON REQUEST

COX, ERIN
ADDRESS AVAILABLE UPON REQUEST

COX, ERRICK
ADDRESS AVAILABLE UPON REQUEST

COX, EVAN
ADDRESS AVAILABLE UPON REQUEST

COX, FRANCES
ADDRESS AVAILABLE UPON REQUEST

COX, HANNAH
ADDRESS AVAILABLE UPON REQUEST

COX, HEATHER
ADDRESS AVAILABLE UPON REQUEST

COX, HELAN
ADDRESS AVAILABLE UPON REQUEST

COX, JAMIE
ADDRESS AVAILABLE UPON REQUEST

COX, JANIE
ADDRESS AVAILABLE UPON REQUEST

COX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

COX, JOHN
ADDRESS AVAILABLE UPON REQUEST

COX, JOHN
ADDRESS AVAILABLE UPON REQUEST

COX, JULIE
ADDRESS AVAILABLE UPON REQUEST

COX, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

COX, KATIE
ADDRESS AVAILABLE UPON REQUEST

COX, KAYLA
ADDRESS AVAILABLE UPON REQUEST

COX, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COX, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

COX, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

COX, KYLE
ADDRESS AVAILABLE UPON REQUEST

COX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COX, LEAH
ADDRESS AVAILABLE UPON REQUEST

COX, LEANNE
ADDRESS AVAILABLE UPON REQUEST

COX, LEIGH
ADDRESS AVAILABLE UPON REQUEST

COX, LINDA
ADDRESS AVAILABLE UPON REQUEST

COX, LISA
ADDRESS AVAILABLE UPON REQUEST

COX, LISETTE
ADDRESS AVAILABLE UPON REQUEST

COX, LORELIE
ADDRESS AVAILABLE UPON REQUEST

COX, LYDIA
ADDRESS AVAILABLE UPON REQUEST

COX, MADISON & CJ
ADDRESS AVAILABLE UPON REQUEST

COX, MALEAH
ADDRESS AVAILABLE UPON REQUEST

COX, MARIE
ADDRESS AVAILABLE UPON REQUEST

COX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COX, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

COX, MELISSA
ADDRESS AVAILABLE UPON REQUEST

COX, MICHELLI
ADDRESS AVAILABLE UPON REQUEST

COX, MINDY
ADDRESS AVAILABLE UPON REQUEST

COX, MONA
ADDRESS AVAILABLE UPON REQUEST

COX, MUSETTE
ADDRESS AVAILABLE UPON REQUEST

COX, NANCY
ADDRESS AVAILABLE UPON REQUEST

COX, NANCY
ADDRESS AVAILABLE UPON REQUEST

COX, NELLIE
ADDRESS AVAILABLE UPON REQUEST

COX, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

COX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

COX, PAMELA
ADDRESS AVAILABLE UPON REQUEST

COX, ROBERT
ADDRESS AVAILABLE UPON REQUEST

COX, SARA
ADDRESS AVAILABLE UPON REQUEST

COX, SARAH
ADDRESS AVAILABLE UPON REQUEST

COX, SARAH
ADDRESS AVAILABLE UPON REQUEST

COX, TARA
ADDRESS AVAILABLE UPON REQUEST

COX, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

COX, TOM
ADDRESS AVAILABLE UPON REQUEST

COX, VANDE
ADDRESS AVAILABLE UPON REQUEST

COX-DORMAN, GENA
ADDRESS AVAILABLE UPON REQUEST

COXE, SARAH
ADDRESS AVAILABLE UPON REQUEST

COXEN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

COX-STEINER, COLIN
ADDRESS AVAILABLE UPON REQUEST

COY, APRIL
ADDRESS AVAILABLE UPON REQUEST

COY, CANDICE
ADDRESS AVAILABLE UPON REQUEST

COY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

COY, JANELLE
ADDRESS AVAILABLE UPON REQUEST

COY, RICH
ADDRESS AVAILABLE UPON REQUEST

COY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

COYLE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

COYLE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

COYLE, DANA
ADDRESS AVAILABLE UPON REQUEST

COYLE, JACK
ADDRESS AVAILABLE UPON REQUEST

COYLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

COYLE, LISA
ADDRESS AVAILABLE UPON REQUEST

COYLE, LIZ
ADDRESS AVAILABLE UPON REQUEST

COYLE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

COYLE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

COYLE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

COYLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

COYLE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

COYNE JR, EDWARD
ADDRESS AVAILABLE UPON REQUEST

COYNE, ALISON
ADDRESS AVAILABLE UPON REQUEST

COYNE, AMY
ADDRESS AVAILABLE UPON REQUEST

COYNE, ANNA
ADDRESS AVAILABLE UPON REQUEST

COYNE, JOHN
ADDRESS AVAILABLE UPON REQUEST

COYNE, KERRY
ADDRESS AVAILABLE UPON REQUEST

COYNE, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

COYNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

COYNE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

COYNE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

COYNE, MIKE
ADDRESS AVAILABLE UPON REQUEST

COYNE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

COYNE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

COYNE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

COYOTE LOGISTICS, LLC
COYOTE PO BOX 742636
ATLANTA, GA  30374-2636

COZAD, MARY
ADDRESS AVAILABLE UPON REQUEST

COZART, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

COZART, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

COZBY, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

COZENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

COZIER, DEJALOMO
ADDRESS AVAILABLE UPON REQUEST

COZIER, NIKITA
ADDRESS AVAILABLE UPON REQUEST

COZINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

COZZA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COZZA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

COZZENS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

COZZENS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

COZZI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

COZZI, EMILY
ADDRESS AVAILABLE UPON REQUEST

COZZIE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

COZZO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

COZZO, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

COZZOLINA, LINDA
ADDRESS AVAILABLE UPON REQUEST

CPA, WOOD
ADDRESS AVAILABLE UPON REQUEST

CPC RESOURCES LLC
ADDRESS AVAILABLE UPON REQUEST

CPI SOLUTIONS
5999 RIDGEVIEW STREET UNIT A
CAMARILLO, CA  93012

CPR
ADDRESS UNAVAILABLE AT TIME OF FILING

CRABB, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CRABBE, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

CRABBE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CRABBE, LISA
ADDRESS AVAILABLE UPON REQUEST

CRABBS, COREY
ADDRESS AVAILABLE UPON REQUEST

CRABLE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, JOSH
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, KENZIE
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, LISA
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, RYAN
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, SIENNA
ADDRESS AVAILABLE UPON REQUEST

CRABTREE, THERESE
ADDRESS AVAILABLE UPON REQUEST

CRACCHIOLA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CRACE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CRADDOCK, ANNA
ADDRESS AVAILABLE UPON REQUEST

CRADDOCK, BERNADINE
ADDRESS AVAILABLE UPON REQUEST

CRADDOCK, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRADDOCK, KYLE
ADDRESS AVAILABLE UPON REQUEST

CRADDOCK, THERESA
ADDRESS AVAILABLE UPON REQUEST

CRADIC, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRADY, NORA
ADDRESS AVAILABLE UPON REQUEST

CRADY, SARA
ADDRESS AVAILABLE UPON REQUEST

CRAFFEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRAFT A BEER
ADDRESS UNAVAILABLE AT TIME OF FILING

CRAFT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CRAFT, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CRAFT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CRAFT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CRAFT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRAFT, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRAFT, KILA
ADDRESS AVAILABLE UPON REQUEST

CRAFT, LISA
ADDRESS AVAILABLE UPON REQUEST

CRAFT, SHAUN
ADDRESS AVAILABLE UPON REQUEST

CRAFT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CRAFT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CRAFT, TASMAII
ADDRESS AVAILABLE UPON REQUEST

CRAFTI, NILAY
ADDRESS AVAILABLE UPON REQUEST

CRAFTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

CRAFTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

CRAFTON, SHARON
ADDRESS AVAILABLE UPON REQUEST

CRAFTS, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRAGAN, CLARE
ADDRESS AVAILABLE UPON REQUEST

CRAGER, ZITA
ADDRESS AVAILABLE UPON REQUEST

CRAGGETT, CARA
ADDRESS AVAILABLE UPON REQUEST

CRAGIN, MIKE
ADDRESS AVAILABLE UPON REQUEST

CRAHAN, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

CRAIB-COX, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

CRAIG A GRONINGER
ADDRESS AVAILABLE UPON REQUEST

CRAIG A MASON
ADDRESS AVAILABLE UPON REQUEST

CRAIG BROADHEAD
ADDRESS AVAILABLE UPON REQUEST

CRAIG CHATHAM
ADDRESS AVAILABLE UPON REQUEST

CRAIG EASTMAN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

CRAIG GRETHER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

CRAIG HYLAND
ADDRESS AVAILABLE UPON REQUEST

CRAIG KINSEY
ADDRESS AVAILABLE UPON REQUEST

CRAIG LIPPINCOTT
ADDRESS AVAILABLE UPON REQUEST

CRAIG MCBRIDE
ADDRESS AVAILABLE UPON REQUEST

CRAIG MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

CRAIG PALUMBO
ADDRESS AVAILABLE UPON REQUEST

CRAIG ROBBINS PAINTING
22262 CRAGGYVIEW SY
CHATSWORTH, CA  91311

CRAIG SCHLEICHER
ADDRESS AVAILABLE UPON REQUEST

CRAIG SNYDER
ADDRESS AVAILABLE UPON REQUEST

CRAIG THOMAS CHINDEMI
ADDRESS AVAILABLE UPON REQUEST

CRAIG WERNETTE
ADDRESS AVAILABLE UPON REQUEST

CRAIG WILLOW
ADDRESS AVAILABLE UPON REQUEST

CRAIG WRIGHT
ADDRESS AVAILABLE UPON REQUEST

CRAIG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, BRETT
ADDRESS AVAILABLE UPON REQUEST

CRAIG, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CRAIG, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CRAIG, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CRAIG, CINDI
ADDRESS AVAILABLE UPON REQUEST

CRAIG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CRAIG, DEVAN
ADDRESS AVAILABLE UPON REQUEST

CRAIG, GERALD
ADDRESS AVAILABLE UPON REQUEST

CRAIG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CRAIG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CRAIG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JAHI
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JERRY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JILL
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JIM
ADDRESS AVAILABLE UPON REQUEST

CRAIG, JOAN
ADDRESS AVAILABLE UPON REQUEST

CRAIG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, KIM
ADDRESS AVAILABLE UPON REQUEST

CRAIG, KOLLIN
ADDRESS AVAILABLE UPON REQUEST

CRAIG, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, LEONA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, LINDA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CRAIG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRAIG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CRAIG, RHONDA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, SANTANA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRAIG, SHERETHA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, TANYA
ADDRESS AVAILABLE UPON REQUEST

CRAIG, TREVOR
ADDRESS AVAILABLE UPON REQUEST

CRAIG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CRAIG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CRAIGER, AMY
ADDRESS AVAILABLE UPON REQUEST

CRAIGER, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

CRAIGIE, KIRA
ADDRESS AVAILABLE UPON REQUEST

CRAIGMYLE, ABBY
ADDRESS AVAILABLE UPON REQUEST

CRAIGMYLE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

CRAIGO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CRAIGS PLUMBING
ADDRESS UNAVAILABLE AT TIME OF FILING

CRAIGSLIST.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CRAIL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CRAIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAIN, GARETH
ADDRESS AVAILABLE UPON REQUEST

CRAIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CRAIN, JAYME
ADDRESS AVAILABLE UPON REQUEST

CRAIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRAIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CRAIN, TERESITA
ADDRESS AVAILABLE UPON REQUEST

CRAIN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

CRAIVAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CRAKER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CRALL, DAVID
ADDRESS AVAILABLE UPON REQUEST

CRALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

CRALL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

CRALL, RYAN
ADDRESS AVAILABLE UPON REQUEST

CRAMER, AMY
ADDRESS AVAILABLE UPON REQUEST

CRAMER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CRAMER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CRAMER, DEB
ADDRESS AVAILABLE UPON REQUEST

CRAMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRAMER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

CRAMER, MADISON
ADDRESS AVAILABLE UPON REQUEST

CRAMER, MEGGIE
ADDRESS AVAILABLE UPON REQUEST

CRAMER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CRAMER, SARA
ADDRESS AVAILABLE UPON REQUEST

CRAMER, SCOTLYN
ADDRESS AVAILABLE UPON REQUEST

CRAMER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRAMMOND, MARTHA
ADDRESS AVAILABLE UPON REQUEST

CRAMOY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CRAMPSIE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CRANBERRY
ADDRESS UNAVAILABLE AT TIME OF FILING

CRANBERRY, TEA
ADDRESS AVAILABLE UPON REQUEST

CRANCE, DAVID
ADDRESS AVAILABLE UPON REQUEST

CRANCER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, CAROL
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, DAWN
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, LISA
ADDRESS AVAILABLE UPON REQUEST

CRANDALL, WENDY
ADDRESS AVAILABLE UPON REQUEST

CRANDELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRANDON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CRANE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CRANE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CRANE, CLARA
ADDRESS AVAILABLE UPON REQUEST

CRANE, COLIN
ADDRESS AVAILABLE UPON REQUEST

CRANE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CRANE, CORRIE
ADDRESS AVAILABLE UPON REQUEST

CRANE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CRANE, DAVE
ADDRESS AVAILABLE UPON REQUEST

CRANE, DIANE
ADDRESS AVAILABLE UPON REQUEST

CRANE, DOUG
ADDRESS AVAILABLE UPON REQUEST

CRANE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CRANE, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

CRANE, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRANE, JULIE
ADDRESS AVAILABLE UPON REQUEST

CRANE, NANCY
ADDRESS AVAILABLE UPON REQUEST

CRANE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CRANE, PAULA
ADDRESS AVAILABLE UPON REQUEST

CRANE, RAVEN
ADDRESS AVAILABLE UPON REQUEST

CRANE, SHELBIE
ADDRESS AVAILABLE UPON REQUEST

CRANE, TARA
ADDRESS AVAILABLE UPON REQUEST

CRANE, TARA
ADDRESS AVAILABLE UPON REQUEST

CRANFIELD, LARONDA
ADDRESS AVAILABLE UPON REQUEST

CRANFORD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CRANFORD, JACKIE
ADDRESS AVAILABLE UPON REQUEST

CRANFORD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRANFORD, LISA
ADDRESS AVAILABLE UPON REQUEST

CRANKER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CRANKSHAW, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

CRANMER, BRIGID
ADDRESS AVAILABLE UPON REQUEST

CRANMER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CRANMER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CRANMORE, MARYJO
ADDRESS AVAILABLE UPON REQUEST

CRANNY, ANNE
ADDRESS AVAILABLE UPON REQUEST

CRANSTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

CRANTON, BILLY
ADDRESS AVAILABLE UPON REQUEST

CRANTSHAW, DONNA
ADDRESS AVAILABLE UPON REQUEST

CRANZANO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CRAPARO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CRAPULLI, RENEE
ADDRESS AVAILABLE UPON REQUEST

CRARY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRARY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CRARY, ELISSA
ADDRESS AVAILABLE UPON REQUEST

CRASS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRATE & BARREL- BWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

CRATE AND BARREL
ADDRESS UNAVAILABLE AT TIME OF FILING

CRAVEN, ALAINA
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, CARLA
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, CORISSA
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, LOURDES
ADDRESS AVAILABLE UPON REQUEST

CRAVEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CRAVEN-RISEDORPH, BOBBI
ADDRESS AVAILABLE UPON REQUEST

CRAVENS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CRAVER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CRAVER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

CRAVER, MADISON
ADDRESS AVAILABLE UPON REQUEST

CRAVEY, LANE
ADDRESS AVAILABLE UPON REQUEST

CRAVOTTA-PURVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CRAVOTTA-PURVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CRAW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ABBEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ABBY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, AMY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, APRIL
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ARLEXUS
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, BUREN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CINDY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CODY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, CORONDA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, DAVID
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, EDIE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, EMMA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ERICA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, ERIN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, GARY & LYNN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, GIDGET
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, GRETHELL
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, HELEN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, HYOJUNG
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, IVANOVA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, JULIE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, KATHY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, KATIE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LIZ
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LORI
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, LYNN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MARK
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MATHEW
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MIKE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, RYAN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, RYNE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, SUE
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD, YESHIKA
ADDRESS AVAILABLE UPON REQUEST

CRAWFORD-SMITH, DELANIE
ADDRESS AVAILABLE UPON REQUEST

CRAWL, APRYL
ADDRESS AVAILABLE UPON REQUEST

CRAWLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CRAWLEY, GLENN
ADDRESS AVAILABLE UPON REQUEST

CRAWLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

CRAWLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CRAWSHAW, ANNA
ADDRESS AVAILABLE UPON REQUEST

CRAWSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CRAY-DUBAZ, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CRAYLE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CRAZYEGG.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

CREAGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

CREAGER, CARL
ADDRESS AVAILABLE UPON REQUEST

CREAGER, CINDY LOU
ADDRESS AVAILABLE UPON REQUEST

CREAGER, JAMESON
ADDRESS AVAILABLE UPON REQUEST

CREAGER, JODI
ADDRESS AVAILABLE UPON REQUEST

CREAGH, DAVE
ADDRESS AVAILABLE UPON REQUEST

CREAM WINE COMPANY, LLC.
2455 S. DAMEN AVE. SUITE 900
CHICAGO, IL 60608

CREAM WINE
2455 S DAMEN AVE SUITE 900
CHICAGO, IL 60608

CREAMER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

CREAMER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CREAMER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CREAMER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

CREAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CREAN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CREANE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CREANEY, DORENE
ADDRESS AVAILABLE UPON REQUEST

CREASER, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

CREASON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CREASY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CREATE & CULTIVATE LLC
1201 N MAIN ST
LOS ANGELES, CA  90012

CREATE & CULTIVATE LLC
4164 EDENHURST AVE.
LOS ANGELES, CA  90039

CREATED BY STORM LLC
SARA R STORM-WILSON
10427 DURANGO PLACE
LONGMONT, CO  80504

CREATEFLUENCE LLC
5151 COLLINS AVENUE UNIT 1420
MIAMI BEACH, FL  33140

CREATH, KAY
ADDRESS AVAILABLE UPON REQUEST

CREATINI, TESSA
ADDRESS AVAILABLE UPON REQUEST

CREATIVE ARTISTS AGENCY, LLC
2000 AVENUE OF THE STARS
LOS ANGELES, CA  90067

CREATIVE KINGS HOLDINGS LLC
65 4TH AVENUE APT  1
BROOKLYN, NY  11217

CREATIVE MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

CREAVIN, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

CRECCO, ANNE
ADDRESS AVAILABLE UPON REQUEST

CRECCO, KELLY
ADDRESS AVAILABLE UPON REQUEST

CRECELIUS, LYNN
ADDRESS AVAILABLE UPON REQUEST

CREDENTIAL SECS INC (5083)
ATTN DANIELLE MONTANARI OR PROXY MGR
700 - 1111 W. GEORGIA ST
VANCOUVER, BC  V6E 4T6
CANADA

CREDS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CREE, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

CREE, LEXI
ADDRESS AVAILABLE UPON REQUEST

CREE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CREECH, AUBREY
ADDRESS AVAILABLE UPON REQUEST

CREECH, BYRON
ADDRESS AVAILABLE UPON REQUEST

CREECH, CORINE
ADDRESS AVAILABLE UPON REQUEST

CREECH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CREECH, LONNA
ADDRESS AVAILABLE UPON REQUEST

CREECH, LUKE
ADDRESS AVAILABLE UPON REQUEST

CREECH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CREECH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CREED, KANDICE
ADDRESS AVAILABLE UPON REQUEST

CREED, TANISHA
ADDRESS AVAILABLE UPON REQUEST

CREEDON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CREEDON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CREEGAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CREEGER, JADIE
ADDRESS AVAILABLE UPON REQUEST

CREEL, AARON
ADDRESS AVAILABLE UPON REQUEST

CREEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CREEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CREEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CREEL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CREELMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CREENCIA, TARRAH
ADDRESS AVAILABLE UPON REQUEST

CREER, KIARA
ADDRESS AVAILABLE UPON REQUEST

CREESER, BRETT
ADDRESS AVAILABLE UPON REQUEST

CREGAR, MARK
ADDRESS AVAILABLE UPON REQUEST

CREGER, JIM
ADDRESS AVAILABLE UPON REQUEST

CREGGER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, COLIN
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, JULIE
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, MARGIE
ADDRESS AVAILABLE UPON REQUEST

CREIGHTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRELIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRELLIN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CREMER, JODY
ADDRESS AVAILABLE UPON REQUEST

CREMERS, JOE
ADDRESS AVAILABLE UPON REQUEST

CREMERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CREMIN, BRIGID
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, JAMES
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, JENSEN
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, JUDITH
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, KATIE
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, MARIA
ADDRESS AVAILABLE UPON REQUEST

CRENSHAW, OCHA
ADDRESS AVAILABLE UPON REQUEST

CREPES BONAPARTE
ADDRESS UNAVAILABLE AT TIME OF FILING

CREPEZZI, SARAH
ADDRESS AVAILABLE UPON REQUEST

CREPS, SANDY
ADDRESS AVAILABLE UPON REQUEST

CREQUE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CRESCENDO COMMUNICATIONS
95 SOUTH 35TH STREET
BOUOLDER, CO  80305

CRESCENZI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CRESCENZO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CRESCITELLI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

CRESPI, MARA
ADDRESS AVAILABLE UPON REQUEST

CRESPINO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CRESPO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CRESPO, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

CRESPO, BRENDAMARIS
ADDRESS AVAILABLE UPON REQUEST

CRESPO, CODY
ADDRESS AVAILABLE UPON REQUEST

CRESPO, DOLLY
ADDRESS AVAILABLE UPON REQUEST

CRESPO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CRESPO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

CRESPO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRESPO, NADELYN
ADDRESS AVAILABLE UPON REQUEST

CRESPY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CRESS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CRESS, TERRY
ADDRESS AVAILABLE UPON REQUEST

CRESS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CRESSER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

CRESSLER, APRIL
ADDRESS AVAILABLE UPON REQUEST

CRESSY, ELENA
ADDRESS AVAILABLE UPON REQUEST

CRESTA C ROBERTSON
ADDRESS AVAILABLE UPON REQUEST

CRESTA, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

CRESTO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

CRETE, JENNA
ADDRESS AVAILABLE UPON REQUEST

CRETELLA, KATIE
ADDRESS AVAILABLE UPON REQUEST

CREUTZ, GWEN
ADDRESS AVAILABLE UPON REQUEST

CREUTZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CREW WINE COMPANY LLC
PO BOX 493
ZAMORA, CA  95698

CREW, CORRIE
ADDRESS AVAILABLE UPON REQUEST

CREW, EMILY
ADDRESS AVAILABLE UPON REQUEST

CREW, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CREW, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CREWELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

CREWS OF CALIFORNIA
ADDRESS UNAVAILABLE AT TIME OF FILING

CREWS, AMY
ADDRESS AVAILABLE UPON REQUEST

CREWS, DERRICK
ADDRESS AVAILABLE UPON REQUEST

CREWS, DON
ADDRESS AVAILABLE UPON REQUEST

CREWS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

CREWS, LAQUISHA
ADDRESS AVAILABLE UPON REQUEST

CREWSE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

CREWSE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CRIBB, ALISON
ADDRESS AVAILABLE UPON REQUEST

CRIBB, LAN
ADDRESS AVAILABLE UPON REQUEST

CRIBB, SONIA
ADDRESS AVAILABLE UPON REQUEST

CRIBBIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRIBBS, CHERIE
ADDRESS AVAILABLE UPON REQUEST

CRIBBS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CRICHTON, ROSE
ADDRESS AVAILABLE UPON REQUEST

CRICKET VENTURES
ADDRESS UNAVAILABLE AT TIME OF FILING

CRICKMORE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CRIDDLE, DEON
ADDRESS AVAILABLE UPON REQUEST

CRIDDLE, MADISON
ADDRESS AVAILABLE UPON REQUEST

CRIDER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CRIDER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CRIDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRIDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CRIERIE, ANNA
ADDRESS AVAILABLE UPON REQUEST

CRIFASI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CRIGGER, DARBY
ADDRESS AVAILABLE UPON REQUEST

CRIGGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRIGMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CRILLS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CRILLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRIM, CASEY
ADDRESS AVAILABLE UPON REQUEST

CRIMALDI, GAIL
ADDRESS AVAILABLE UPON REQUEST

CRIMALDI, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRIMALDI, SHARON
ADDRESS AVAILABLE UPON REQUEST

CRIMMINS, AIDAN
ADDRESS AVAILABLE UPON REQUEST

CRIMMINS, JAMES
ADDRESS AVAILABLE UPON REQUEST

CRIMMINS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CRIMMINS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

CRIMSON WINE GROUP LTD
(CHAMISAL VINEYARDS)
2700 NAPA VALLEY CORPORATE DRIVE,
SUITE B
NAPA, CA  94558

CRINE, WENDY
ADDRESS AVAILABLE UPON REQUEST

CRINION, DANELLE
ADDRESS AVAILABLE UPON REQUEST

CRIPPEN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CRIPPEN, NIKI
ADDRESS AVAILABLE UPON REQUEST

CRIPPS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CRISAFI, JARED
ADDRESS AVAILABLE UPON REQUEST

CRISAFULLI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

CRISAFULLI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CRISAFULLI, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRISALLI, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRISCERA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CRISCI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CRISCIONE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRISCITO, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CRISCUOLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CRISLIP, DAVID
ADDRESS AVAILABLE UPON REQUEST

CRISLIP, NANCY
ADDRESS AVAILABLE UPON REQUEST

CRISMAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

CRISMON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRISOFULLI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CRISP, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CRISP, DONNA
ADDRESS AVAILABLE UPON REQUEST

CRISP, HAELWYN
ADDRESS AVAILABLE UPON REQUEST

CRISP, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CRISP, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRISP, KARI
ADDRESS AVAILABLE UPON REQUEST

CRISP, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CRISP, KIM
ADDRESS AVAILABLE UPON REQUEST

CRISP, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CRISP, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CRISPINO, CHIP
ADDRESS AVAILABLE UPON REQUEST

CRISSANDRA JONES FAISON
ADDRESS AVAILABLE UPON REQUEST

CRISSY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CRIST, ANNA
ADDRESS AVAILABLE UPON REQUEST

CRIST, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CRIST, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CRIST, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CRIST, MR. & MRS. JIM
ADDRESS AVAILABLE UPON REQUEST

CRIST, PAT
ADDRESS AVAILABLE UPON REQUEST

CRISTA WERTH
ADDRESS AVAILABLE UPON REQUEST

CRISTI MIDKIFF
ADDRESS AVAILABLE UPON REQUEST

CRISTINA ABELGAS
ADDRESS AVAILABLE UPON REQUEST

CRISTINA FREY, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

CRISTINA I JIMENEZ
ADDRESS AVAILABLE UPON REQUEST

CRISTINA JIMENEZ
ADDRESS AVAILABLE UPON REQUEST

CRISTO, ANDRE
ADDRESS AVAILABLE UPON REQUEST

CRISTO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CRISTOFORIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRISTYLE BLANCHARD
ADDRESS AVAILABLE UPON REQUEST

CRISWELL, AARON
ADDRESS AVAILABLE UPON REQUEST

CRISWELL, JENNIE
ADDRESS AVAILABLE UPON REQUEST

CRITCHFIELD, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CRITCHLEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CRITCHLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CRITES, KRIS
ADDRESS AVAILABLE UPON REQUEST

CRITES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRITIKOS, XANDER
ADDRESS AVAILABLE UPON REQUEST

CRITTENBERGER, LEE
ADDRESS AVAILABLE UPON REQUEST

CRITTENDEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRITTENDEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRITTENDEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRITTENDEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CRITTENDEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CRIVELLO, FRANK
ADDRESS AVAILABLE UPON REQUEST

CRNKOVIC, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CROCCO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CROCE, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

CROCE-ASTALKOSKI, MARIACONCETTA
ADDRESS AVAILABLE UPON REQUEST

CROCETTI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CROCETTI, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CROCETTI, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CROCETTI, TOMASINA
ADDRESS AVAILABLE UPON REQUEST

CROCHET, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROCK, KIMBERLIE
ADDRESS AVAILABLE UPON REQUEST

CROCKARD, COMER
ADDRESS AVAILABLE UPON REQUEST

CROCKER, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

CROCKER, COLTON
ADDRESS AVAILABLE UPON REQUEST

CROCKER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CROCKER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CROCKER, KATELIN
ADDRESS AVAILABLE UPON REQUEST

CROCKER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CROCKER, LISA
ADDRESS AVAILABLE UPON REQUEST

CROCKER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

CROCKER, MADISON
ADDRESS AVAILABLE UPON REQUEST

CROCKER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, JODI
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, JOY
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, KATRINA
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, NI KARI
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

CROCKETT, ZANE
ADDRESS AVAILABLE UPON REQUEST

CROCKIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CROCKTON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRODELLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CROFFIE, EKUA
ADDRESS AVAILABLE UPON REQUEST

CROFFORD, MELINDA
ADDRESS AVAILABLE UPON REQUEST

CROFOOT, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

CROFOOT, MARK
ADDRESS AVAILABLE UPON REQUEST

CROFOOT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROFT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CROFT, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

CROFT, HALEY
ADDRESS AVAILABLE UPON REQUEST

CROFT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CROFT, JERRY
ADDRESS AVAILABLE UPON REQUEST

CROFT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CROFT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CROFT, NORA
ADDRESS AVAILABLE UPON REQUEST

CROFT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CROFT, SARAH
ADDRESS AVAILABLE UPON REQUEST

CROFT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CROFTON, CECELIA
ADDRESS AVAILABLE UPON REQUEST

CROFTON, JULIUS
ADDRESS AVAILABLE UPON REQUEST

CROFTS, JAMES
ADDRESS AVAILABLE UPON REQUEST

CROFTS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CROGNALE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CROGNALE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CROISANT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CROITORU, XENIA
ADDRESS AVAILABLE UPON REQUEST

CROLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

CROLLA, ANA
ADDRESS AVAILABLE UPON REQUEST

CROMACK, NORMA
ADDRESS AVAILABLE UPON REQUEST

CROMBIE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CROMELIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CROMER, JOHN
ADDRESS AVAILABLE UPON REQUEST

CROMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

CROMER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CROMER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CROMER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

CROMEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROMEYER, ELENA
ADDRESS AVAILABLE UPON REQUEST

CROMMETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROMPTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

CROMPTON, BEN
ADDRESS AVAILABLE UPON REQUEST

CROMWELL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CROMWELL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CROMWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

CROMWELL, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

CRON, DELANEY
ADDRESS AVAILABLE UPON REQUEST

CRON, KEITH
ADDRESS AVAILABLE UPON REQUEST

CRONA, LEORA
ADDRESS AVAILABLE UPON REQUEST

CRONAN, AMY
ADDRESS AVAILABLE UPON REQUEST

CRONAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRONAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CRONE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRONE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CRONEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CRONENWETT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

CRONIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CRONIN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

CRONIN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CRONIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CRONIN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

CRONIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CRONIN, JEN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, KATE
ADDRESS AVAILABLE UPON REQUEST

CRONIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRONIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

CRONIN, LUCIA
ADDRESS AVAILABLE UPON REQUEST

CRONIN, MARION
ADDRESS AVAILABLE UPON REQUEST

CRONIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRONIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CRONIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

CRONIN, RILEY
ADDRESS AVAILABLE UPON REQUEST

CRONIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRONIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CRONIN-FURMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CRONK, BRIANA
ADDRESS AVAILABLE UPON REQUEST

CRONK, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

CRONK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRONKHITE, TONJA
ADDRESS AVAILABLE UPON REQUEST

CRONMILLER, KATERINA
ADDRESS AVAILABLE UPON REQUEST

CRONNELLY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CROOK, AIMEE
ADDRESS AVAILABLE UPON REQUEST

CROOK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROOK, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

CROOK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CROOK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

CROOK, SARAH
ADDRESS AVAILABLE UPON REQUEST

CROOK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CROOKER, KIM
ADDRESS AVAILABLE UPON REQUEST

CROOKES, DONNA
ADDRESS AVAILABLE UPON REQUEST

CROOKS, BOBBI SHAE
ADDRESS AVAILABLE UPON REQUEST

CROOKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CROOKS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CROOKS, KHAFRA
ADDRESS AVAILABLE UPON REQUEST

CROOKS, LAURA
ADDRESS AVAILABLE UPON REQUEST

CROOKS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CROOM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CROOP, RICK
ADDRESS AVAILABLE UPON REQUEST

CROPPER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CROPPER, MARY
ADDRESS AVAILABLE UPON REQUEST

CROPPER-PAM, JAMICA
ADDRESS AVAILABLE UPON REQUEST

CROSBIE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROSBY STREET HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

CROSBY, ASHURA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, CYNDEE
ADDRESS AVAILABLE UPON REQUEST

CROSBY, DIANE
ADDRESS AVAILABLE UPON REQUEST

CROSBY, DONNA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, ERIN
ADDRESS AVAILABLE UPON REQUEST

CROSBY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, JIM
ADDRESS AVAILABLE UPON REQUEST

CROSBY, JULIA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, KALYN
ADDRESS AVAILABLE UPON REQUEST

CROSBY, KEILA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CROSBY, KYLE
ADDRESS AVAILABLE UPON REQUEST

CROSBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CROSBY, MICHAL
ADDRESS AVAILABLE UPON REQUEST

CROSBY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

CROSBY, PRECIOUS
ADDRESS AVAILABLE UPON REQUEST

CROSBY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROSBY, RENAY
ADDRESS AVAILABLE UPON REQUEST

CROSBY, SERENA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, TINA
ADDRESS AVAILABLE UPON REQUEST

CROSBY, TORRI
ADDRESS AVAILABLE UPON REQUEST

CROSEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

CROSETTI, ANNA AND VICTOR
ADDRESS AVAILABLE UPON REQUEST

CROSIER-CAMPSEY, ABEGAIL
ADDRESS AVAILABLE UPON REQUEST

CROSKEY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

CROSLAND, EVERETT
ADDRESS AVAILABLE UPON REQUEST

CROSS CANYON VINEYARD, LLC
PO BOX 1673
ARROYO GRANDE, CA  93421

CROSS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

CROSS, ALLI
ADDRESS AVAILABLE UPON REQUEST

CROSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROSS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CROSS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

CROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CROSS, BILL
ADDRESS AVAILABLE UPON REQUEST

CROSS, CASEY
ADDRESS AVAILABLE UPON REQUEST

CROSS, CELISSE
ADDRESS AVAILABLE UPON REQUEST

CROSS, DARLA
ADDRESS AVAILABLE UPON REQUEST

CROSS, DAVID
ADDRESS AVAILABLE UPON REQUEST

CROSS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

CROSS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CROSS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CROSS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CROSS, JAIME
ADDRESS AVAILABLE UPON REQUEST

CROSS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CROSS, JANET
ADDRESS AVAILABLE UPON REQUEST

CROSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CROSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CROSS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CROSS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CROSS, KAREN
ADDRESS AVAILABLE UPON REQUEST

CROSS, KELSIE
ADDRESS AVAILABLE UPON REQUEST

CROSS, KIT
ADDRESS AVAILABLE UPON REQUEST

CROSS, LUANNE
ADDRESS AVAILABLE UPON REQUEST

CROSS, MIRIHA
ADDRESS AVAILABLE UPON REQUEST

CROSS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

CROSS, NIGEL
ADDRESS AVAILABLE UPON REQUEST

CROSS, PAUL
ADDRESS AVAILABLE UPON REQUEST

CROSS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

CROSS, RYLEE
ADDRESS AVAILABLE UPON REQUEST

CROSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

CROSS, SEAN
ADDRESS AVAILABLE UPON REQUEST

CROSS, SHAWNTINA
ADDRESS AVAILABLE UPON REQUEST

CROSS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CROSS, ZACH
ADDRESS AVAILABLE UPON REQUEST

CROSSAN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

CROSSCUT VENTURES 2 L P
3110 MAIN ST, PH
SANTA MONICA, CA  90405

CROSSCUT VENTURES
3110 MAIN ST, PH
SANTA MONICA, CA 90405

CROSSEN, CECELIA
ADDRESS AVAILABLE UPON REQUEST

CROSSEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CROSSIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, MARCIE
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, MORGEN
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, SPENCER
ADDRESS AVAILABLE UPON REQUEST

CROSSLAND, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CROSSLEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CROSSMAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CROSS-NAJAFI, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

CROSSNOE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

CROSSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CROSSON, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

CROSSON, KATONIA
ADDRESS AVAILABLE UPON REQUEST

CROSSROADS FINANCIAL GROUP , LLC
6001 BROKEN SOUND PARKWAY  620
BOCA RATON, FL 33487

CROSSROADS
8284 MELROSE AVENUE
LOS ANGELES, CA 90046

CROSSTYRK, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CROSTIC, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CROSWELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CROSWELL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

CROTEAU, ADAM
ADDRESS AVAILABLE UPON REQUEST

CROTEAU, AMOLIA
ADDRESS AVAILABLE UPON REQUEST

CROTEAU, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

CROTS, KARA
ADDRESS AVAILABLE UPON REQUEST

CROTTS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CROTTY, ANNE
ADDRESS AVAILABLE UPON REQUEST

CROTTY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CROTTY, MAIREAD
ADDRESS AVAILABLE UPON REQUEST

CROTTY, NORA
ADDRESS AVAILABLE UPON REQUEST

CROTTY WHITNEY
ADDRESS AVAILABLE UPON REQUEST

CROUCH, BETH
ADDRESS AVAILABLE UPON REQUEST

CROUCH, DONNA
ADDRESS AVAILABLE UPON REQUEST

CROUCH, JASON
ADDRESS AVAILABLE UPON REQUEST

CROUCH, KARLIE
ADDRESS AVAILABLE UPON REQUEST

CROUCH, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CROUCH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CROUCH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

CROUCH, TARA
ADDRESS AVAILABLE UPON REQUEST

CROUCH, WESLEY
ADDRESS AVAILABLE UPON REQUEST

CROUCH-ALMEIDA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CROUCHELLI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CROUCHLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CROUDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CROUGH SHARON
ADDRESS AVAILABLE UPON REQUEST

CROUPPEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CROUSE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CROUSE, CALLI
ADDRESS AVAILABLE UPON REQUEST

CROUSE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CROUSE, ERICA
ADDRESS AVAILABLE UPON REQUEST

CROUSE, JEFF
ADDRESS AVAILABLE UPON REQUEST

CROUSE, KATE
ADDRESS AVAILABLE UPON REQUEST

CROUSE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

CROUSE, MARY
ADDRESS AVAILABLE UPON REQUEST

CROUT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CROVATO, LISA
ADDRESS AVAILABLE UPON REQUEST

CROVATTO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CROW, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

CROW, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CROW, GILDA
ADDRESS AVAILABLE UPON REQUEST

CROW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CROW, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CROW, KASANDRA
ADDRESS AVAILABLE UPON REQUEST

CROW, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CROW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CROW, LYNN
ADDRESS AVAILABLE UPON REQUEST

CROW, NIKI
ADDRESS AVAILABLE UPON REQUEST

CROW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CROW, TESSIE
ADDRESS AVAILABLE UPON REQUEST

CROWDCHECK, INC
721 N OVERLOOK DR
ALEXANDRIA, VA 22305

CROWDER, COREY
ADDRESS AVAILABLE UPON REQUEST

CROWDER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

CROWDER, KEA
ADDRESS AVAILABLE UPON REQUEST

CROWDER, MARK
ADDRESS AVAILABLE UPON REQUEST

CROWDER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

CROWE, AMY
ADDRESS AVAILABLE UPON REQUEST

CROWE, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

CROWE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CROWE, CIERRA
ADDRESS AVAILABLE UPON REQUEST

CROWE, DANTE
ADDRESS AVAILABLE UPON REQUEST

CROWE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

CROWE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CROWE, JASON
ADDRESS AVAILABLE UPON REQUEST

CROWE, JILL
ADDRESS AVAILABLE UPON REQUEST

CROWE, JILL
ADDRESS AVAILABLE UPON REQUEST

CROWE, KATIE
ADDRESS AVAILABLE UPON REQUEST

CROWE, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

CROWE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CROWE, LEESA
ADDRESS AVAILABLE UPON REQUEST

CROWE, LESA
ADDRESS AVAILABLE UPON REQUEST

CROWE, LISA
ADDRESS AVAILABLE UPON REQUEST

CROWE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CROWE, NANCY
ADDRESS AVAILABLE UPON REQUEST

CROWE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CROWE, PATTI
ADDRESS AVAILABLE UPON REQUEST

CROWE, ROB
ADDRESS AVAILABLE UPON REQUEST

CROWE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

CROWE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CROWE, TORY
ADDRESS AVAILABLE UPON REQUEST

CROWELL, ALAN
ADDRESS AVAILABLE UPON REQUEST

CROWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROWELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

CROWELL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CROWELL, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

CROWELL, JOE
ADDRESS AVAILABLE UPON REQUEST

CROWELL, KATE
ADDRESS AVAILABLE UPON REQUEST

CROWELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

CROWELL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

CROWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CROWELL, TODD
ADDRESS AVAILABLE UPON REQUEST

CROWELL, WESLEY
ADDRESS AVAILABLE UPON REQUEST

CROWE-URGO, CINDY
ADDRESS AVAILABLE UPON REQUEST

CROWL, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

CROWL, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

CROWL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, BOSCHA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, DARIN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, GABBY
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, JAIME
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, MOIRA
ADDRESS AVAILABLE UPON REQUEST

CROWLEY, P.
ADDRESS AVAILABLE UPON REQUEST

CROWN POINT VINEYARDS, LLC
1733 FLETCHER WAY
SANTA YNEZ, CA 93460

CROWNALYTICS, LLC
PO BOX 1635
LONGMONT, CO 80502

CROWNHART, SIERRA
ADDRESS AVAILABLE UPON REQUEST

CROWNINSHIELD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CROWNOVER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

CROWSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CROWTHER, JENEE
ADDRESS AVAILABLE UPON REQUEST

CROWTHER, JESS
ADDRESS AVAILABLE UPON REQUEST

CROWTHER, KATHY
ADDRESS AVAILABLE UPON REQUEST

CROXTON, BRICE
ADDRESS AVAILABLE UPON REQUEST

CROY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CROY, CONRAD
ADDRESS AVAILABLE UPON REQUEST

CROZIER, ALICE
ADDRESS AVAILABLE UPON REQUEST

CROZIER, JIM
ADDRESS AVAILABLE UPON REQUEST

CROZIER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CROZIER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CRUCHETT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRUDELE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CRUDEN, AMY
ADDRESS AVAILABLE UPON REQUEST

CRUELL, JORDYN
ADDRESS AVAILABLE UPON REQUEST

CRUES, MARVIN
ADDRESS AVAILABLE UPON REQUEST

CRUICKSHANK, FIONA
ADDRESS AVAILABLE UPON REQUEST

CRUISE, SHAYLEE
ADDRESS AVAILABLE UPON REQUEST

CRUM, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CRUM, DYLAN
ADDRESS AVAILABLE UPON REQUEST

CRUM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CRUM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CRUM, ELLEN
ADDRESS AVAILABLE UPON REQUEST

CRUM, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CRUM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CRUM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRUM, JOHN PATRICK
ADDRESS AVAILABLE UPON REQUEST

CRUM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRUM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRUM, MR AND MRS
ADDRESS AVAILABLE UPON REQUEST

CRUM, QUENN
ADDRESS AVAILABLE UPON REQUEST

CRUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRUMB, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CRUMBAKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRUMBLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRUMBLEY, ELISA
ADDRESS AVAILABLE UPON REQUEST

CRUMBLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

CRUMBLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CRUMBLY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

CRUMBLY, CORA
ADDRESS AVAILABLE UPON REQUEST

CRUMBO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRUMLEY, MASON
ADDRESS AVAILABLE UPON REQUEST

CRUMMELL, MIYA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, APRIL
ADDRESS AVAILABLE UPON REQUEST

CRUMP, BAILEY
ADDRESS AVAILABLE UPON REQUEST

CRUMP, DONA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CRUMP, KAREN
ADDRESS AVAILABLE UPON REQUEST

CRUMP, LINDA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, NITA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, SONYA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, TASHAWNA
ADDRESS AVAILABLE UPON REQUEST

CRUMP, WAYNE
ADDRESS AVAILABLE UPON REQUEST

CRUMPACKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CRUMPLER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CRUMPLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRUMRINE, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

CRUPI, MIA
ADDRESS AVAILABLE UPON REQUEST

CRUPPER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRUSE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

CRUSE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CRUSE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

CRUSE, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CRUSE-POE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CRUSER, NESHA
ADDRESS AVAILABLE UPON REQUEST

CRUSH DISTRIBUTORS (NEW HAMPSHIRE)
63 MOUNTAIN DRIVE
GILFORD, NH 03249

CRUSH DISTRIBUTORS NH
CRUSH WINES 63 MOUNTAIN DRIVE
GILFORD, NH 03249

CRUSH DISTRIBUTORS
151 WALTON STREET
PORTLAND, ME 04103

CRUSH DISTRIBUTORS
511 RIVERSIDE INDUSTRIAL PKWY
PORTLAND, ME 04103

CRUSH IMPORTS
3515 15TH STREET SW
CALGARY, AB T2T 4A4
CANADA

CRUSH.PICS
ADDRESS UNAVAILABLE AT TIME OF FILING

CRUST, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CRUTCHER, MARK
ADDRESS AVAILABLE UPON REQUEST

CRUTCHER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CRUTCHER, SONJA
ADDRESS AVAILABLE UPON REQUEST

CRUTCHFIELD, ALEX
ADDRESS AVAILABLE UPON REQUEST

CRUTCHFIELD, DAWN
ADDRESS AVAILABLE UPON REQUEST

CRUTCHFIELD, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRUTCHFIELD, SERENA
ADDRESS AVAILABLE UPON REQUEST

CRUZ ALVAREZ, MARY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, AARON
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, AILENETTE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CRUZ, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DAISY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DALIANNA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DARIANA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ENEIDA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, FAYE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, FRANCES
ADDRESS AVAILABLE UPON REQUEST

CRUZ, GARRET
ADDRESS AVAILABLE UPON REQUEST

CRUZ, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

CRUZ, IRENE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, IVETTE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JANELLE LYNNE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JODI
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JON
ADDRESS AVAILABLE UPON REQUEST

CRUZ, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, KALYSTA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LARISSA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LORENA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

CRUZ, LUZMARY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MARCUS
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MARK A
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MEG
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, MINDY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, NORMA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

CRUZ, PATSY
ADDRESS AVAILABLE UPON REQUEST

CRUZ, PETER R
ADDRESS AVAILABLE UPON REQUEST

CRUZ, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SARA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SARINA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SHELSEA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SINAI
ADDRESS AVAILABLE UPON REQUEST

CRUZ, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CRUZ, TAMARA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

CRUZ, WARDELMAR
ADDRESS AVAILABLE UPON REQUEST

CRUZ, WYANNIE
ADDRESS AVAILABLE UPON REQUEST

CRUZ, YELFRI
ADDRESS AVAILABLE UPON REQUEST

CRUZADO, ERIN
ADDRESS AVAILABLE UPON REQUEST

CRUZADO, ROSA
ADDRESS AVAILABLE UPON REQUEST

CRUZ-ALVAREZ, JACLYN
ADDRESS AVAILABLE UPON REQUEST

CRUZAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

CRUZE, CHANEY
ADDRESS AVAILABLE UPON REQUEST

CRUZE, KASEY
ADDRESS AVAILABLE UPON REQUEST

CRUZE, LARISA
ADDRESS AVAILABLE UPON REQUEST

CRUZE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CRYAN, LISA
ADDRESS AVAILABLE UPON REQUEST

CRYDER, ERIN
ADDRESS AVAILABLE UPON REQUEST

CRYDERMAN, TESSA
ADDRESS AVAILABLE UPON REQUEST

CRYMES, CARA
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL KLAVER
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL MAGEE
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL MEARS
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL OF AMERICA
110 FIELDCREST AVENUE 4TH FLOOR, BOX
12
EDISON, NJ 08837

CRYSTAL PITZER
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL RUCAS
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL SPRINGS WATER
3215 ROCKVIEW PLACE
SAN LUIS OBISPO, CA 93401

CRYSTAL SUTPHIN
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL VILKAITIS
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL, ACHENBACH
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL, MACOM
ADDRESS AVAILABLE UPON REQUEST

CRYSTAL, RYAN
ADDRESS AVAILABLE UPON REQUEST

CSA CLIENT FUNDS
ADDRESS UNAVAILABLE AT TIME OF FILING

CSABA KONKOLY
ADDRESS AVAILABLE UPON REQUEST

CSABA MESZAROS
ADDRESS AVAILABLE UPON REQUEST

CSAK, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CSASZAR, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CSEH, MARTIN
ADDRESS AVAILABLE UPON REQUEST

CSENCSITS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

CSM REDEMPTION, INC.
30 CALLE
PACIFICA SAN CLEMENTE, CA 92673

CSOGOR, PAULO
ADDRESS AVAILABLE UPON REQUEST

CSOLAK, GEORGE
ADDRESS AVAILABLE UPON REQUEST

CSUTOROS, DONNA
ADDRESS AVAILABLE UPON REQUEST

CT COMMISSIONER OF REVENUE SERVICES
450 COLUMBUS BLVD
HARTFORD, CT 06103

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

CT SECRETARY OF STATE
165 CAPITOL AVE
HARTFORD, CT 06106

CT STATE TREASURER
165 CAPITOL AVE
HARTFORD, CT 06106

CUA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CUA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CUARTERO, JAIMMIE
ADDRESS AVAILABLE UPON REQUEST

CUBA-DANCA, WENDY
ADDRESS AVAILABLE UPON REQUEST

CUBBAGE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CUBBAGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUBBIN, PATTY
ADDRESS AVAILABLE UPON REQUEST

CUBBIN, TOBY
ADDRESS AVAILABLE UPON REQUEST

CUBBISON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CUBE SOFTWARE
ADDRESS UNAVAILABLE AT TIME OF FILING

CUBE
ADDRESS UNAVAILABLE AT TIME OF FILING

CUBERO, JUAN JOSE
ADDRESS AVAILABLE UPON REQUEST

CUBIC, DOUG
ADDRESS AVAILABLE UPON REQUEST

CUBILLO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CUBINE, KENDAL
ADDRESS AVAILABLE UPON REQUEST

CUBSTEAD, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

CUCCARO, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CUCCHIELLA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CUCCI, CHARLEEN
ADDRESS AVAILABLE UPON REQUEST

CUCCIA, KERRI
ADDRESS AVAILABLE UPON REQUEST

CUCCIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CUCCOVIA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CUCCURULLO, JODI
ADDRESS AVAILABLE UPON REQUEST

CUCINELLO, KIM
ADDRESS AVAILABLE UPON REQUEST

CUCINOTTA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CUCINOTTA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

CUCKOOS NEST WEST, LLC
1910 HUNTINGTON LN  1
REDONDO BEACH, CA  90278

CUCUZZA, CHRISTABEL
ADDRESS AVAILABLE UPON REQUEST

CUDA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CUDA, BARRY
ADDRESS AVAILABLE UPON REQUEST

CUDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CUDAHY, MARY
ADDRESS AVAILABLE UPON REQUEST

CUDAHY, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

CUDBY, CHARLEIGH
ADDRESS AVAILABLE UPON REQUEST

CUDDIHY, DAVID
ADDRESS AVAILABLE UPON REQUEST

CUDDIHY, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

CUDDY, ELISE
ADDRESS AVAILABLE UPON REQUEST

CUDNEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

CUDWORTH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CUE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CUE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, GUIZLENA
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, HECTOR
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, LISA
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, MONIKA
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, RICARDO
ADDRESS AVAILABLE UPON REQUEST

CUELLAR, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

CUELLAR-LOPEZ, RICH
ADDRESS AVAILABLE UPON REQUEST

CUENCA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CUENOD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

CUERDEN, JANET
ADDRESS AVAILABLE UPON REQUEST

CUERDON, PAUL
ADDRESS AVAILABLE UPON REQUEST

CUERVO, DIANA
ADDRESS AVAILABLE UPON REQUEST

CUESTA, ADELE
ADDRESS AVAILABLE UPON REQUEST

CUESTA, DENISE
ADDRESS AVAILABLE UPON REQUEST

CUESTAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CUETO, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

CUETO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CUETTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, ANAVEL
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, FRANK
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, FRANK
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, HECTOR
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, HEIDY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, LUCY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, MAC
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, MARCY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, NANCY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, RICKY
ADDRESS AVAILABLE UPON REQUEST

CUEVAS, TIANA
ADDRESS AVAILABLE UPON REQUEST

CUFF, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CUFFE, RENEE
ADDRESS AVAILABLE UPON REQUEST

CUFFE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

CUGINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUGLE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CUGLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CUI, BING
ADDRESS AVAILABLE UPON REQUEST

CUI, CHENLU
ADDRESS AVAILABLE UPON REQUEST

CUI, XIANNING
ADDRESS AVAILABLE UPON REQUEST

CUILLO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUISSE DE GRENOUILLEPARIS
ADDRESS UNAVAILABLE AT TIME OF FILING

CUJE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CUKIER, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

CULBERSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CULBERSON, CALEB
ADDRESS AVAILABLE UPON REQUEST

CULBERSON, MADISON
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, LILLI
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, LISA
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CULBERTSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CULBREATH, ALICE
ADDRESS AVAILABLE UPON REQUEST

CULBREATH, HAVANNA
ADDRESS AVAILABLE UPON REQUEST

CULBRETH, SHARMAINE
ADDRESS AVAILABLE UPON REQUEST

CULCLASURE, KAYDEE
ADDRESS AVAILABLE UPON REQUEST

CULEN, DEAN
ADDRESS AVAILABLE UPON REQUEST

CULEY, BRITT
ADDRESS AVAILABLE UPON REQUEST

CULGIN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

CULHANE, JOE
ADDRESS AVAILABLE UPON REQUEST

CULHANE, LINDA
ADDRESS AVAILABLE UPON REQUEST

CULKIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CULLADO, ANNA
ADDRESS AVAILABLE UPON REQUEST

CULLATHER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CULLEN KELLY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CULLEN, CAREY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, CATE
ADDRESS AVAILABLE UPON REQUEST

CULLEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

CULLEN, GEN
ADDRESS AVAILABLE UPON REQUEST

CULLEN, HARRY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CULLEN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

CULLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CULLEN, KATE
ADDRESS AVAILABLE UPON REQUEST

CULLEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, MARK
ADDRESS AVAILABLE UPON REQUEST

CULLEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CULLEN, RORAIGH
ADDRESS AVAILABLE UPON REQUEST

CULLEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CULLEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CULLEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

CULLEN, TERRY
ADDRESS AVAILABLE UPON REQUEST

CULLEN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CULLEN-DUPONT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CULLERTON, ED
ADDRESS AVAILABLE UPON REQUEST

CULLERTON, FAITH
ADDRESS AVAILABLE UPON REQUEST

CULLEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

CULLEY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

CULLEY, YVONNE
ADDRESS AVAILABLE UPON REQUEST

CULLIGAN SAN PASO
700 W. COOK ST
SANTA MARIA, CA  93458

CULLIGAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CULLIGAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

CULLIGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CULLIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CULLINAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

CULLINAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CULLINAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CULLINANE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CULLINANE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CULLINS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CULLINS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CULLINS, MARY
ADDRESS AVAILABLE UPON REQUEST

CULLISON, CLIO
ADDRESS AVAILABLE UPON REQUEST

CULLMANN, KIRA
ADDRESS AVAILABLE UPON REQUEST

CULLNAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CULLUM, KELLY
ADDRESS AVAILABLE UPON REQUEST

CULLUM, KELLYE
ADDRESS AVAILABLE UPON REQUEST

CULLUM, RAYNE
ADDRESS AVAILABLE UPON REQUEST

CULNANE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

CULOTTA, KENT
ADDRESS AVAILABLE UPON REQUEST

CULP, JAYME
ADDRESS AVAILABLE UPON REQUEST

CULP, KATELYN
ADDRESS AVAILABLE UPON REQUEST

CULP, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CULPEPPER, ERICA
ADDRESS AVAILABLE UPON REQUEST

CULPEPPER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CULTURE AMP
13949 VENTURA BLVD STE 215
SHERMAN OAKS, CA  91423

CULVER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

CULVER, GREG
ADDRESS AVAILABLE UPON REQUEST

CULVER, HALEY
ADDRESS AVAILABLE UPON REQUEST

CULVER, JULIE
ADDRESS AVAILABLE UPON REQUEST

CULVER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

CULVER, LEA
ADDRESS AVAILABLE UPON REQUEST

CULVER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CULVER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

CULVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CULVER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

CULVER, ROBYNN
ADDRESS AVAILABLE UPON REQUEST

CULVER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CULWELL, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CULWELL, TONI
ADDRESS AVAILABLE UPON REQUEST

CUMBER, CORY
ADDRESS AVAILABLE UPON REQUEST

CUMBERBATCH, JNAYA
ADDRESS AVAILABLE UPON REQUEST

CUMBERFORD, JENNA
ADDRESS AVAILABLE UPON REQUEST

CUMBERLEDGE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CUMBEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

CUMBIA, EMILY
ADDRESS AVAILABLE UPON REQUEST

CUMBO, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

CUMINGS, LIZ
ADDRESS AVAILABLE UPON REQUEST

CUMISKEY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

CUMISKEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

CUMISKEY, TRICIA
ADDRESS AVAILABLE UPON REQUEST

CUMMER, DIANA
ADDRESS AVAILABLE UPON REQUEST

CUMMING, JANICE
ADDRESS AVAILABLE UPON REQUEST

CUMMING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, CAROL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, ERIN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, ERIN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, GWEN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, HAZEL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, JACLYNN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, JULIA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, KATIE
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, KHRISTI
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, KIM
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, LORI
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, LORRA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, MARY
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, PEARL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, SHERYL
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, SHEVON
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, TANISHIA
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, TEVIN
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CUMMINGS-WARDEN, MYORKA
ADDRESS AVAILABLE UPON REQUEST

CUMMINS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CUMMINS, ARIANA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| CUMMINS, ARIANA<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, CHARLOTTE<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, JENNA<br>ADDRESS AVAILABLE UPON REQUEST |
| CUMMINS, KATE<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, KIMBERLY<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST |
| CUMMINS, LYNN<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, PATRICK<br>ADDRESS AVAILABLE UPON REQUEST | CUMMINS, REN<br>ADDRESS AVAILABLE UPON REQUEST |
| CUMMINS, STEVEN<br>ADDRESS AVAILABLE UPON REQUEST | CUMMISKEY, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST | CUMMONS, MIRIAM<br>ADDRESS AVAILABLE UPON REQUEST |
| CUMOLETTI, MARINA<br>ADDRESS AVAILABLE UPON REQUEST | CUMPLIDO, JOSE<br>ADDRESS AVAILABLE UPON REQUEST | CUMPLIDO, KRISTY<br>ADDRESS AVAILABLE UPON REQUEST |
| CUMPSTON, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST | CUNANAN, AIKO<br>ADDRESS AVAILABLE UPON REQUEST | CUNDEY, LISA<br>ADDRESS AVAILABLE UPON REQUEST |
| CUNDIFF, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | CUNEO, DANIELA<br>ADDRESS AVAILABLE UPON REQUEST | CUNEO, ELISE<br>ADDRESS AVAILABLE UPON REQUEST |
| CUNFER, SYDNEY<br>ADDRESS AVAILABLE UPON REQUEST | CUNG, KENNINGTON<br>ADDRESS AVAILABLE UPON REQUEST | CUNHA, JACQUELINE<br>ADDRESS AVAILABLE UPON REQUEST |
| CUNHA, KELLY<br>ADDRESS AVAILABLE UPON REQUEST | CUNHA, SHEY<br>ADDRESS AVAILABLE UPON REQUEST | CUNNANE, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST |
| CUNNIFF, BREEZY<br>ADDRESS AVAILABLE UPON REQUEST | CUNNINGHAM, ALEXANDRA<br>ADDRESS AVAILABLE UPON REQUEST | CUNNINGHAM, ALI<br>ADDRESS AVAILABLE UPON REQUEST |

CUNNINGHAM, AMBER
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, ANNE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, BARB
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CARI
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CASS
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CAYLA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CELIA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CHRISTINE OR KEVIN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, CORYNNE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, DEANA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, DEMEKA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, DENISE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, DOMINQUE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, EBONY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, EMMA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, GINA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, GRACE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JACI
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JANICE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JEREMY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, JULEE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KATHERIN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KEELY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KEITH
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KEN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KERRIE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, LAYLA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, LEPHATE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MADDISON
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MADISON
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MOLLY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, NANCY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, NEIL
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, NOLAN
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, RENAE
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, SALLY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, SHARON
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, STACY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TABETHA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TARA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TERRY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, TORY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, VENESSA
ADDRESS AVAILABLE UPON REQUEST

CUNNINGHAM, VY
ADDRESS AVAILABLE UPON REQUEST

CUNNINGTON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CUNNION, MARIE
ADDRESS AVAILABLE UPON REQUEST

CUNY, ED
ADDRESS AVAILABLE UPON REQUEST

CUNY, TRISH
ADDRESS AVAILABLE UPON REQUEST

CUOCCIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CUOMO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

CUOMO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CUOZZO, KATE
ADDRESS AVAILABLE UPON REQUEST

CUP, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CUPERO, DORIAN
ADDRESS AVAILABLE UPON REQUEST

CUPICHA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CUPID CHARITIES
1200 EAST WEST HWY, UNIT 1117
SILVER SPRING, MD  20910

CUPLER, SHONTELL
ADDRESS AVAILABLE UPON REQUEST

CUPO, RONALD
ADDRESS AVAILABLE UPON REQUEST

CUPO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CUPO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

CUPOLI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CUPP, MATT
ADDRESS AVAILABLE UPON REQUEST

CUPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CUPPLES, MADISON
ADDRESS AVAILABLE UPON REQUEST

CUPPS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CUPRZYNSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

CURA, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

CURATALO, JAMES
ADDRESS AVAILABLE UPON REQUEST

CURATALO, TIANNA
ADDRESS AVAILABLE UPON REQUEST

CURATILO, PHIL
ADDRESS AVAILABLE UPON REQUEST

CURBELO, JUAN
ADDRESS AVAILABLE UPON REQUEST

CURBERA, JULIA
ADDRESS AVAILABLE UPON REQUEST

CURBISHLEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CURBSTAND
ADDRESS UNAVAILABLE AT TIME OF FILING

CURCIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CURCIO, JULIA
ADDRESS AVAILABLE UPON REQUEST

CURCIO, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

CURCIO, SARAH
ADDRESS AVAILABLE UPON REQUEST

CURDA, RILEY
ADDRESS AVAILABLE UPON REQUEST

CURDTS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CURETON, MELVIN
ADDRESS AVAILABLE UPON REQUEST

CURFMAN, KERI
ADDRESS AVAILABLE UPON REQUEST

CURFMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

CORIALE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CURIEL, EVA
ADDRESS AVAILABLE UPON REQUEST

CURIOSO, TOM
ADDRESS AVAILABLE UPON REQUEST

CURIS, TERI
ADDRESS AVAILABLE UPON REQUEST

CURL, JAIME
ADDRESS AVAILABLE UPON REQUEST

CURL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

CURL, TOBY
ADDRESS AVAILABLE UPON REQUEST

CURL, TYLER
ADDRESS AVAILABLE UPON REQUEST

CURLEUY, KELL
ADDRESS AVAILABLE UPON REQUEST

CURLEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

CURLEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CURLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CURLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

CURLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

CURLEY, MEG
ADDRESS AVAILABLE UPON REQUEST

CURLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

CURLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CURLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

CURLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CURLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CURNOW, KELLY
ADDRESS AVAILABLE UPON REQUEST

CURNUTTE, COLE
ADDRESS AVAILABLE UPON REQUEST

CUROE, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, ALANAH
ADDRESS AVAILABLE UPON REQUEST

CURRAN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

CURRAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CURRAN, AMY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CURRAN, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

CURRAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

CURRAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CURRAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, IAN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

CURRAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CURRAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, KASEY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

CURRAN, MARY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CURRAN, PATTI
ADDRESS AVAILABLE UPON REQUEST

CURRAN, PETER
ADDRESS AVAILABLE UPON REQUEST

CURRAN, POLLY
ADDRESS AVAILABLE UPON REQUEST

CURRAN, ROB
ADDRESS AVAILABLE UPON REQUEST

CURRAN, SARA
ADDRESS AVAILABLE UPON REQUEST

CURRAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

CURRAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CURRAN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

CURRAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

CURRAN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

CURRANT, KELLY
ADDRESS AVAILABLE UPON REQUEST

CURRIE, BRENT
ADDRESS AVAILABLE UPON REQUEST

CURRIE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

CURRIE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

CURRIE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

CURRIE, JELANI
ADDRESS AVAILABLE UPON REQUEST

CURRIE, KATE
ADDRESS AVAILABLE UPON REQUEST

CURRIE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

CURRIE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

CURRIE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CURRIE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CURRIER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CURRIER, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

CURRIER, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

CURRIER, CAILIN
ADDRESS AVAILABLE UPON REQUEST

CURRIER, KATIE
ADDRESS AVAILABLE UPON REQUEST

CURRIER, NANCI
ADDRESS AVAILABLE UPON REQUEST

CURRIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CURRIN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CURRISTON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

CURRY, ADAM
ADDRESS AVAILABLE UPON REQUEST

CURRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CURRY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

CURRY, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

CURRY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

CURRY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

CURRY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

CURRY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CURRY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

CURRY, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

CURRY, DEMITRI
ADDRESS AVAILABLE UPON REQUEST

CURRY, ELLA
ADDRESS AVAILABLE UPON REQUEST

CURRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CURRY, JERREL
ADDRESS AVAILABLE UPON REQUEST

CURRY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

CURRY, JULIA
ADDRESS AVAILABLE UPON REQUEST

CURRY, KURT
ADDRESS AVAILABLE UPON REQUEST

CURRY, MATT
ADDRESS AVAILABLE UPON REQUEST

CURRY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

CURRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CURRY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

CURRY, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

CURRY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CURRY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CURRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CURRY, REGINALD
ADDRESS AVAILABLE UPON REQUEST

CURRY, RYAN
ADDRESS AVAILABLE UPON REQUEST

CURRY, STACY
ADDRESS AVAILABLE UPON REQUEST

CURRY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

CURRY, T.
ADDRESS AVAILABLE UPON REQUEST

CURRY, TARA
ADDRESS AVAILABLE UPON REQUEST

CURRY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

CURSCHMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

CURT BELSHE
ADDRESS AVAILABLE UPON REQUEST

CURT EDMUND JABLONOWSKI
ADDRESS AVAILABLE UPON REQUEST

CURT J FREUND
ADDRESS AVAILABLE UPON REQUEST

CURT, HALEY
ADDRESS AVAILABLE UPON REQUEST

CURT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CURTACHIO, TONY
ADDRESS AVAILABLE UPON REQUEST

CURTH, JANE
ADDRESS AVAILABLE UPON REQUEST

CURTI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

CURTICE, CARRA
ADDRESS AVAILABLE UPON REQUEST

CURTICE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CURTIN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CURTIN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

CURTIN, CAMILA
ADDRESS AVAILABLE UPON REQUEST

CURTIN, CHAD
ADDRESS AVAILABLE UPON REQUEST

CURTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

CURTIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CURTIN, KATE
ADDRESS AVAILABLE UPON REQUEST

CURTIN, KRISTY
ADDRESS AVAILABLE UPON REQUEST

CURTIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CURTIS CLARENCE FUSSY
ADDRESS AVAILABLE UPON REQUEST

CURTIS J KAUFMAN
ADDRESS AVAILABLE UPON REQUEST

CURTIS LANE CALLAWAY
ADDRESS AVAILABLE UPON REQUEST

CURTIS PARK DELICATESSEN
ADDRESS UNAVAILABLE AT TIME OF FILING

CURTIS SAUNDERS, LISA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ABBY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ALIA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ALISHA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

CURTIS, ANDY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, BLANCA A
ADDRESS AVAILABLE UPON REQUEST

CURTIS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

CURTIS, CAILA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, CECILY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

CURTIS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CURTIS, DIANA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, GERALD
ADDRESS AVAILABLE UPON REQUEST

CURTIS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

CURTIS, JENNIE
ADDRESS AVAILABLE UPON REQUEST

CURTIS, KARINA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

CURTIS, LUCY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, NIC
ADDRESS AVAILABLE UPON REQUEST

CURTIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

CURTIS, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

CURTIS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

CURTIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

CURTIS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

CURTISS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CURTO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

CURTO, DOLORES
ADDRESS AVAILABLE UPON REQUEST

CURTO, LAURA
ADDRESS AVAILABLE UPON REQUEST

CURTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CURTY BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

CURWEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

CURWIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CURYLO, KELLY
ADDRESS AVAILABLE UPON REQUEST

CUSACK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CUSACK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

CUSACK, LUCAS
ADDRESS AVAILABLE UPON REQUEST

CUSEGLIO, RAINE
ADDRESS AVAILABLE UPON REQUEST

CUSHARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

CUSHING, ANNE
ADDRESS AVAILABLE UPON REQUEST

CUSHING, MARI
ADDRESS AVAILABLE UPON REQUEST

CUSHING, RILEY
ADDRESS AVAILABLE UPON REQUEST

CUSHMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

CUSHMAN, BLINN
ADDRESS AVAILABLE UPON REQUEST

CUSHMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

CUSHMAN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

CUSICK, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

CUSICK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CUSICK, DONNIE
ADDRESS AVAILABLE UPON REQUEST

CUSIMANO, ZACH
ADDRESS AVAILABLE UPON REQUEST

CUSMANO, ANN
ADDRESS AVAILABLE UPON REQUEST

CUSSINS, DAWN
ADDRESS AVAILABLE UPON REQUEST

CUSTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

CUSTER, BETTY
ADDRESS AVAILABLE UPON REQUEST

CUSTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

CUSTER, GREG
ADDRESS AVAILABLE UPON REQUEST

CUSTER, JEFF
ADDRESS AVAILABLE UPON REQUEST

CUSTER, JOY
ADDRESS AVAILABLE UPON REQUEST

CUSTER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

CUSTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

CUSTODI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

CUSTODIA, NORA
ADDRESS AVAILABLE UPON REQUEST

CUSTOM FIELDS APP
ADDRESS UNAVAILABLE AT TIME OF FILING

CUSTOM HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

CUSTOM INK T SHIRTS
ADDRESS UNAVAILABLE AT TIME OF FILING

CUSTOM LABEL
3392 INVESTMENT BLVD.
HAYWARD, CA 94545

CUSTOM WOVEN TOWELS, LLC
8209 MARKET STREET, UNIT A 292
WILMINGTON, NC 28411

CUSTOMINK TSHIRTS MCLEAN
ADDRESS UNAVAILABLE AT TIME OF FILING

CUSTORA, INC.
530 7TH AVENUE SUITE 2001
NEW YORK, NY 10018

CUSUMANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CUSUMANO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

CUTAIA, TARA
ADDRESS AVAILABLE UPON REQUEST

CUTCHER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CUTCHINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CUTHILL, KATIE
ADDRESS AVAILABLE UPON REQUEST

CUTHILL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

CUTI, FAITH
ADDRESS AVAILABLE UPON REQUEST

CUTIGNOLA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CUTILLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

CUTINO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

CUTITTA, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

CUTITTA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

CUTLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

CUTLER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

CUTLER, JAYSON
ADDRESS AVAILABLE UPON REQUEST

CUTLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

CUTLER, KENNY
ADDRESS AVAILABLE UPON REQUEST

CUTLETICS, LLC (DBA PROPERBRAND)
922 SANTA
FLORENCIA SOLANA BEACH, CA 92075

CUTLIP, AARON
ADDRESS AVAILABLE UPON REQUEST

CUTLIP, JAMES
ADDRESS AVAILABLE UPON REQUEST

CUTLIP, MARY
ADDRESS AVAILABLE UPON REQUEST

CUTRALI, MARY
ADDRESS AVAILABLE UPON REQUEST

CUTRI, GINO
ADDRESS AVAILABLE UPON REQUEST

CUTRIGHT, RYAN
ADDRESS AVAILABLE UPON REQUEST

CUTRIGHT, SANDRINE
ADDRESS AVAILABLE UPON REQUEST

CUTRIGHT, SANDRINE
ADDRESS AVAILABLE UPON REQUEST

CUTRONA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

CUTRONI, JAMES
ADDRESS AVAILABLE UPON REQUEST

CUTTER, CARA
ADDRESS AVAILABLE UPON REQUEST

CUTTER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

CUTTER, NOELLE
ADDRESS AVAILABLE UPON REQUEST

CUTTERIDGE, DELANEY
ADDRESS AVAILABLE UPON REQUEST

CUTTICA, LIZ
ADDRESS AVAILABLE UPON REQUEST

CUTTILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

CUTTING, JAMILA
ADDRESS AVAILABLE UPON REQUEST

CUTTINO, TALUEZETA N
ADDRESS AVAILABLE UPON REQUEST

CUVELIER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CUVIELLO, JOELLE
ADDRESS AVAILABLE UPON REQUEST

CUYA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CUYLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

CUYLER, KIM
ADDRESS AVAILABLE UPON REQUEST

CUZZI, JULIANA
ADDRESS AVAILABLE UPON REQUEST

CUZZI, STEVE
ADDRESS AVAILABLE UPON REQUEST

CVANCARA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

CVENGROS, JOHN
ADDRESS AVAILABLE UPON REQUEST

CVETANOVICH, ARIEL
ADDRESS AVAILABLE UPON REQUEST

CVETKOVSKI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

CVETKOVSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CVIJETIC, MARTINA
ADDRESS AVAILABLE UPON REQUEST

CVITANOVICH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

CVITKOVIC, MARY
ADDRESS AVAILABLE UPON REQUEST

CVITKOVICH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

CVS
ADDRESS UNAVAILABLE AT TIME OF FILING

CW HENDERSON IRREVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

CWALINA, DOMINIKA
ADDRESS AVAILABLE UPON REQUEST

CWALINA-ZALEWSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

CWI
ADDRESS UNAVAILABLE AT TIME OF FILING

CWICK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

CWIK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

CWYNAR, DALE
ADDRESS AVAILABLE UPON REQUEST

CWYNAR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

CX3 ADS
427 N TATNALL ST  58331
WILMINGTON, DE  19801

CYBORAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CYBORON, LEIGH-ANN
ADDRESS AVAILABLE UPON REQUEST

CYBUL, JENNY
ADDRESS AVAILABLE UPON REQUEST

CYCON, KELLY
ADDRESS AVAILABLE UPON REQUEST

CYCZ, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

CYGAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

CYGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

CYGAN, SHARRON
ADDRESS AVAILABLE UPON REQUEST

CYMERMAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

CYNDI CASSELL, BRIAN HOFFMAN
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA ARMISTO
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA BALLARD
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA CUELLO COOK
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA DAVIS
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA DONNELLY
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA FOSTER
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA JUAREZ
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA KURIAL
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA L BRAIDFOOT
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA L DOXTATER
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA LAM
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA M REA
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MAIGNAN
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MARCHAND
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MARIBEL MEDINA
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MARTIN, MADONNA HAIRSTON
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MILLS
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MISKELL
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MONACO
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA MORALES
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA ROMEO
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA SIMMONS
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA STAPLES
ADDRESS AVAILABLE UPON REQUEST

CYNTHIA, MRS
ADDRESS AVAILABLE UPON REQUEST

CYPERT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

CYPERT, WHITNIE
ADDRESS AVAILABLE UPON REQUEST

CYPHER, DEREK
ADDRESS AVAILABLE UPON REQUEST

CYPHERS, KARINNE
ADDRESS AVAILABLE UPON REQUEST

CYPIN, TAYLER
ADDRESS AVAILABLE UPON REQUEST

CYR, ALISON
ADDRESS AVAILABLE UPON REQUEST

CYR, JAYLENE
ADDRESS AVAILABLE UPON REQUEST

CYR, JILL
ADDRESS AVAILABLE UPON REQUEST

CYR, JOANNA
ADDRESS AVAILABLE UPON REQUEST

CYR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

CYR, LISA
ADDRESS AVAILABLE UPON REQUEST

CYR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CYRAN, OLYA
ADDRESS AVAILABLE UPON REQUEST

CYRAN, SYLVESTER
ADDRESS AVAILABLE UPON REQUEST

CYRIL DELUCA-VERLEY
ADDRESS AVAILABLE UPON REQUEST

CYRULIK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

CYRUS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

CYRUS, KAYTLYN
ADDRESS AVAILABLE UPON REQUEST

CZACHOR, MARZENA
ADDRESS AVAILABLE UPON REQUEST

CZAJKA, MAREK
ADDRESS AVAILABLE UPON REQUEST

CZAJKA, RON
ADDRESS AVAILABLE UPON REQUEST

CZAMARA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

CZAPLICKI, PAUL
ADDRESS AVAILABLE UPON REQUEST

CZARNIAK, RENEE
ADDRESS AVAILABLE UPON REQUEST

CZARNIECKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

CZARNOPYS, EMMA
ADDRESS AVAILABLE UPON REQUEST

CZECH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CZECH, BERNARD
ADDRESS AVAILABLE UPON REQUEST

CZECH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

CZECH, MONA
ADDRESS AVAILABLE UPON REQUEST

CZECH, PATTY
ADDRESS AVAILABLE UPON REQUEST

CZECHAN, BRANDA
ADDRESS AVAILABLE UPON REQUEST

CZELUSNIAK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

CZEPIEL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

CZERENDA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

CZEREPAK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

CZEREPAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CZERNECKA, ALDONA
ADDRESS AVAILABLE UPON REQUEST

CZERNECKI, ANN
ADDRESS AVAILABLE UPON REQUEST

CZERNICKI, JESS
ADDRESS AVAILABLE UPON REQUEST

CZERNY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

CZERWINSKI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

CZIKOWSKY, KATHY
ADDRESS AVAILABLE UPON REQUEST

CZITROM, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

CZONSTKA, AMBER
ADDRESS AVAILABLE UPON REQUEST

CZOPCZYC, MICHAL
ADDRESS AVAILABLE UPON REQUEST

CZORNIAK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

CZOSEK, JERRI
ADDRESS AVAILABLE UPON REQUEST

CZOSNOWSKI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

CZUCHRA, SHERYL
ADDRESS AVAILABLE UPON REQUEST

CZUDAK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

CZULADA, AMY
ADDRESS AVAILABLE UPON REQUEST

CZULADA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

CZUMAK-DRAUGHERTY, HARPER
ADDRESS AVAILABLE UPON REQUEST

CZURA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

CZYZEWICZ, SARA
ADDRESS AVAILABLE UPON REQUEST

CZYZEWSKI, HOPE
ADDRESS AVAILABLE UPON REQUEST

D ADAMO, JOHN
ADDRESS AVAILABLE UPON REQUEST

D BRADLEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

D CAIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

D COSTA, TERESA
ADDRESS AVAILABLE UPON REQUEST

D GARCIA, SHARON
ADDRESS AVAILABLE UPON REQUEST

D GRIMSTEAD, LINWOOD
ADDRESS AVAILABLE UPON REQUEST

D MARKEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

D MAX BRUCE
ADDRESS AVAILABLE UPON REQUEST

D MCCARTY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

D MCCONNELL, RANDALL
ADDRESS AVAILABLE UPON REQUEST

D NIESEN, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

D OLEA SIMUNOVIC, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

D THATCHER, COLLIN
ADDRESS AVAILABLE UPON REQUEST

D WESTROPE, JOHN
ADDRESS AVAILABLE UPON REQUEST

D, BETHANY
ADDRESS AVAILABLE UPON REQUEST

D, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

D, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

D, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

D, FELICIA
ADDRESS AVAILABLE UPON REQUEST

D, HEATHER
ADDRESS AVAILABLE UPON REQUEST

D, JILL
ADDRESS AVAILABLE UPON REQUEST

D, KESLEY
ADDRESS AVAILABLE UPON REQUEST

D, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

D, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

D, N
ADDRESS AVAILABLE UPON REQUEST

D, NANCY
ADDRESS AVAILABLE UPON REQUEST

D, RUSTIN
ADDRESS AVAILABLE UPON REQUEST

D, TAMMY
ADDRESS AVAILABLE UPON REQUEST

D, TOSHA
ADDRESS AVAILABLE UPON REQUEST

D, YOLANE
ADDRESS AVAILABLE UPON REQUEST

D. CORNWALL, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

D., BETTY
ADDRESS AVAILABLE UPON REQUEST

D., SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

D., ZEPHYR
ADDRESS AVAILABLE UPON REQUEST

D'ADAMO, SEAN
ADDRESS AVAILABLE UPON REQUEST

D'AGOSTINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

D'ALTRUI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

D'AMATO, ANT
ADDRESS AVAILABLE UPON REQUEST

D'AMATO, SALLY
ADDRESS AVAILABLE UPON REQUEST

D'AMICO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

D'AMICO, LIANA
ADDRESS AVAILABLE UPON REQUEST

D'AMICO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

D'ANGELO, AMY
ADDRESS AVAILABLE UPON REQUEST

D'ANGELO, MARY
ADDRESS AVAILABLE UPON REQUEST

D'ANGELO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

D'AQUILA, ERIN
ADDRESS AVAILABLE UPON REQUEST

D'ARCO, KELLY
ADDRESS AVAILABLE UPON REQUEST

D'ARCY, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

D'ELIA, DANA
ADDRESS AVAILABLE UPON REQUEST

D'EON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

D'GYVES, PAOLA
ADDRESS AVAILABLE UPON REQUEST

D'OLIVEIRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

D'OLIVEIRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

D2M PARTNERS LLC
12885 SHERBROOKE DR
FRISCO, TX  75035

DA COSTA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DA COSTA, MARYANN
ADDRESS AVAILABLE UPON REQUEST

DA COSTA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DA COSTA, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

DA COSTA, SARAH
ADDRESS AVAILABLE UPON REQUEST

DA CRUZ MEDEIROS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DA KIKOKIKO
ADDRESS UNAVAILABLE AT TIME OF FILING

DA ROSA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DA ROSA, JOAO
ADDRESS AVAILABLE UPON REQUEST

DA SILVA BRITO, EVERALDO
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, ALEXAS
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, JULIE
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, OZEIAS
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DA SILVA, TAIS
ADDRESS AVAILABLE UPON REQUEST

DA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

DA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DA, MENGNA
ADDRESS AVAILABLE UPON REQUEST

DA, RILDO
ADDRESS AVAILABLE UPON REQUEST

DAANE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DABAGYAN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

DABBS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

DABBS, JULIE
ADDRESS AVAILABLE UPON REQUEST

DABBS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DABBS, SHARON
ADDRESS AVAILABLE UPON REQUEST

DABELSTEIN, SIGRID
ADDRESS AVAILABLE UPON REQUEST

DABLAING, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DABLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DABNEY, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

DABNEY, IRIS
ADDRESS AVAILABLE UPON REQUEST

DABNEY, T
ADDRESS AVAILABLE UPON REQUEST

DABOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

DABROW, LORI
ADDRESS AVAILABLE UPON REQUEST

DABROWSKI, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

DABROWSKI, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DABROWSKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DABROWSKI, THEODORA
ADDRESS AVAILABLE UPON REQUEST

DABUNDO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DACALOS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DACALOS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DACEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DACEY, MARGURITE
ADDRESS AVAILABLE UPON REQUEST

DACEY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DACEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DACH, TIRZAH
ADDRESS AVAILABLE UPON REQUEST

DACHES, MADISON
ADDRESS AVAILABLE UPON REQUEST

DACHILLE, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

DACIERNO, BETSY
ADDRESS AVAILABLE UPON REQUEST

DACOSTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DACOSTA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DACOSTA, EDSON
ADDRESS AVAILABLE UPON REQUEST

DACOSTA, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DACUMOS, DONABEL
ADDRESS AVAILABLE UPON REQUEST

DACUNTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DACUNTO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DACY, CARMEN
ADDRESS AVAILABLE UPON REQUEST

DACY, RYANN
ADDRESS AVAILABLE UPON REQUEST

DACY, TERI
ADDRESS AVAILABLE UPON REQUEST

DACY, THIBAULT
ADDRESS AVAILABLE UPON REQUEST

DAD, MOM AND
ADDRESS AVAILABLE UPON REQUEST

DADA DAILY LLC
600 MADISON AVE STE 14
NEW YORK, NY 10022

DADAMO, JULIE
ADDRESS AVAILABLE UPON REQUEST

DADAMO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DADDARIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DADDIECO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DADDONA, CORY
ADDRESS AVAILABLE UPON REQUEST

DADE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DADE, STANIELLA
ADDRESS AVAILABLE UPON REQUEST

DADIKA, LAURANNE
ADDRESS AVAILABLE UPON REQUEST

DADSON, SARINA
ADDRESS AVAILABLE UPON REQUEST

DADY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DADY, SANTI
ADDRESS AVAILABLE UPON REQUEST

DAEKE, DON
ADDRESS AVAILABLE UPON REQUEST

DAESCHNER, DIANE
ADDRESS AVAILABLE UPON REQUEST

DAFALIAS, THERESIA
ADDRESS AVAILABLE UPON REQUEST

DAFF, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DAFFIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DAFFRON, ADDIE
ADDRESS AVAILABLE UPON REQUEST

DAFFRON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

DAGA, MISHRI
ADDRESS AVAILABLE UPON REQUEST

DAGEFORD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DAGES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAGESSE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAGGER, CARL
ADDRESS AVAILABLE UPON REQUEST

DAGGETT, ALEX
ADDRESS AVAILABLE UPON REQUEST

DAGGETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DAGGETT, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAGGETT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAGGON, JULIEANNE
ADDRESS AVAILABLE UPON REQUEST

DAGHER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAGHER, DALIA
ADDRESS AVAILABLE UPON REQUEST

DAGHER, LAYALL
ADDRESS AVAILABLE UPON REQUEST

DAGHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DAGIOS, JONI
ADDRESS AVAILABLE UPON REQUEST

DAGIT, JULIE
ADDRESS AVAILABLE UPON REQUEST

DAGNINO, ALLY
ADDRESS AVAILABLE UPON REQUEST

DAGOBERTO CASTRO
ADDRESS AVAILABLE UPON REQUEST

DAGOSTINO, JULIA
ADDRESS AVAILABLE UPON REQUEST

DAGOSTINO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DAGUE
ADDRESS AVAILABLE UPON REQUEST

DAHL, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAHL, ANNE
ADDRESS AVAILABLE UPON REQUEST

DAHL, CARL
ADDRESS AVAILABLE UPON REQUEST

DAHL, CASE
ADDRESS AVAILABLE UPON REQUEST

DAHL, CONNOR
ADDRESS AVAILABLE UPON REQUEST

DAHL, DARCIE
ADDRESS AVAILABLE UPON REQUEST

DAHL, DIANE
ADDRESS AVAILABLE UPON REQUEST

DAHL, DORIS
ADDRESS AVAILABLE UPON REQUEST

DAHL, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAHL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DAHL, JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

DAHL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAHL, JENNY
ADDRESS AVAILABLE UPON REQUEST

DAHL, LENA
ADDRESS AVAILABLE UPON REQUEST

DAHL, MADI
ADDRESS AVAILABLE UPON REQUEST

DAHL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAHL, SARA
ADDRESS AVAILABLE UPON REQUEST

DAHL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DAHL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DAHLAGER, JILL
ADDRESS AVAILABLE UPON REQUEST

DAHLBERG, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAHLBERG, WILLIAM AND VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

DAHLE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DAHLE, JANESSA
ADDRESS AVAILABLE UPON REQUEST

DAHLEM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAHLGREN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DAHLHAUSEN, CARA
ADDRESS AVAILABLE UPON REQUEST

DAHLHAUSER, HELEN
ADDRESS AVAILABLE UPON REQUEST

DAHLIN, SONJA
ADDRESS AVAILABLE UPON REQUEST

DAHLINGER, JULIE
ADDRESS AVAILABLE UPON REQUEST

DAHLKE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAHLQUIST, ALAINA
ADDRESS AVAILABLE UPON REQUEST

DAHLSTROM, DINDA
ADDRESS AVAILABLE UPON REQUEST

DAHLSTROM, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DAHM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAHMES, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DAHMES, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DAHMS, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

DAHMS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DAHMS, SARA
ADDRESS AVAILABLE UPON REQUEST

DAHN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DAHNKE, TYLER
ADDRESS AVAILABLE UPON REQUEST

DAI HYUN LEE
ADDRESS AVAILABLE UPON REQUEST

DAI, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAI, BIRTHDAY GIRL LIZA
ADDRESS AVAILABLE UPON REQUEST

DAI, MU
ADDRESS AVAILABLE UPON REQUEST

DAI, SHAOJIE
ADDRESS AVAILABLE UPON REQUEST

DAI, XIAORONG
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, ABBIE
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, ALEX
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, DAWNA
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, DIANE
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, RODD
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAIGLE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DAIHA, YASMIN
ADDRESS AVAILABLE UPON REQUEST

DAIJA H
ADDRESS AVAILABLE UPON REQUEST

DAIL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAIL, MARY
ADDRESS AVAILABLE UPON REQUEST

DAILEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DAILEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DAILEY, CURT
ADDRESS AVAILABLE UPON REQUEST

DAILEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAILEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAILEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAILEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAILEY, KIERA
ADDRESS AVAILABLE UPON REQUEST

DAILEY, LISA
ADDRESS AVAILABLE UPON REQUEST

DAILEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAILEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAILEY, MICKENZIE
ADDRESS AVAILABLE UPON REQUEST

DAILEY, MIKKI
ADDRESS AVAILABLE UPON REQUEST

DAILY HARVEST, INC.
37 W 20TH STREET, SUITE 1101
NEW YORK, NY 10011

DAILY, CORY
ADDRESS AVAILABLE UPON REQUEST

DAILY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAILY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAILY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DAILY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DAILY, TERRY
ADDRESS AVAILABLE UPON REQUEST

DAIN BLODORN
ADDRESS AVAILABLE UPON REQUEST

DAIN
ADDRESS AVAILABLE UPON REQUEST

DAIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAIN, MAGEN
ADDRESS AVAILABLE UPON REQUEST

DAINSON, TANIA
ADDRESS AVAILABLE UPON REQUEST

DAISUKE YAMADA
ADDRESS AVAILABLE UPON REQUEST

DAISY DANIELLE COLEMAN
ADDRESS AVAILABLE UPON REQUEST

DAIWA CAPITAL MKTS AMERICA (0647)
ATTN DAVID BIALER OR PROXY MGR
1 FIN SQ
32 OLD SLIP, 14TH FL
NEW YORK, NY 10005

DAKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAKHE, STANISLAV
ADDRESS AVAILABLE UPON REQUEST

DAKHLIAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAKOTA WOODIE
ADDRESS AVAILABLE UPON REQUEST

DAKOYANNIS, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

DAL PORTO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAL, OLGA
ADDRESS AVAILABLE UPON REQUEST

DALAGER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DALAL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DALALAU, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DALAN, H.
ADDRESS AVAILABLE UPON REQUEST

DALBA, SHARON
ADDRESS AVAILABLE UPON REQUEST

DALBEC, GIULIA
ADDRESS AVAILABLE UPON REQUEST

DALBECK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DALBERTO, MARY
ADDRESS AVAILABLE UPON REQUEST

DALBEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

DALBY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DALCHAND, TEJWATIE
ADDRESS AVAILABLE UPON REQUEST

DALE ACKER
ADDRESS AVAILABLE UPON REQUEST

DALE BROADUS
ADDRESS AVAILABLE UPON REQUEST

DALE E FALK
ADDRESS AVAILABLE UPON REQUEST

DALE III, BOBBY
ADDRESS AVAILABLE UPON REQUEST

DALE MILLER
ADDRESS AVAILABLE UPON REQUEST

DALE, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DALE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DALE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

DALE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DALE, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

DALE, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

DALE, E
ADDRESS AVAILABLE UPON REQUEST

DALE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DALE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DALE, JANE
ADDRESS AVAILABLE UPON REQUEST

DALE, JILL
ADDRESS AVAILABLE UPON REQUEST

DALE, KATRINE
ADDRESS AVAILABLE UPON REQUEST

DALE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

DALE, KIM
ADDRESS AVAILABLE UPON REQUEST

DALE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DALE, LUKE
ADDRESS AVAILABLE UPON REQUEST

DALE, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

DALE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DALE, SHARON
ADDRESS AVAILABLE UPON REQUEST

DALEASANDRO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DALEHITE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DALENCE, GENNA
ADDRESS AVAILABLE UPON REQUEST

DALEO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DALES, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRIS, WALT & LISA
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DALESSANDRO, STACEY
ADDRESS AVAILABLE UPON REQUEST

DALESSIO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DALEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DALEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DALEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DALEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DALEY, DANA
ADDRESS AVAILABLE UPON REQUEST

DALEY, DEAN
ADDRESS AVAILABLE UPON REQUEST

DALEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

DALEY, JIM
ADDRESS AVAILABLE UPON REQUEST

DALEY, JONELLE
ADDRESS AVAILABLE UPON REQUEST

DALEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DALEY, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DALEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

DALEY, LARRY
ADDRESS AVAILABLE UPON REQUEST

DALEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DALEY, MARYANN
ADDRESS AVAILABLE UPON REQUEST

DALEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DALEY, RICKY
ADDRESS AVAILABLE UPON REQUEST

DALEY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DALEZMAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

DALHOFF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DALLE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

DALIMONTE, DARLENE
ADDRESS AVAILABLE UPON REQUEST

DALIPE, CANDI
ADDRESS AVAILABLE UPON REQUEST

DALKE, ALLEN
ADDRESS AVAILABLE UPON REQUEST

DALKE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DALLABRIDA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DALLAGIACOMO, KAROL
ADDRESS AVAILABLE UPON REQUEST

DALLAIRE, DAN
ADDRESS AVAILABLE UPON REQUEST

DALLARA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DALLAS ADOLPHSEN
ADDRESS AVAILABLE UPON REQUEST

DALLAS TUNG
ADDRESS AVAILABLE UPON REQUEST

DALLAS, CANDISE
ADDRESS AVAILABLE UPON REQUEST

DALLAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DALLAS, KIRA
ADDRESS AVAILABLE UPON REQUEST

DALLE, RON
ADDRESS AVAILABLE UPON REQUEST

DALLEO, CINDY
ADDRESS AVAILABLE UPON REQUEST

DALLESANDRO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DALLESASSE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DALLETT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DALLMAN, LUCY
ADDRESS AVAILABLE UPON REQUEST

DALLMANN, LISA
ADDRESS AVAILABLE UPON REQUEST

DALLNER, MISSY
ADDRESS AVAILABLE UPON REQUEST

DALMACIO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DALMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DALMAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

DALMORE GROUP LLC
525 GREEN PLACE
WOODMERE, NY  11598

DALONI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DALPHONSE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DALQUIST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DALRYMPLE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DALRYMPLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DALRYMPLE, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

DALRYMPLE, ROY
ADDRESS AVAILABLE UPON REQUEST

DALSEMER, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

DALTON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DALTON, CARA
ADDRESS AVAILABLE UPON REQUEST

DALTON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DALTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DALTON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DALTON, JANN
ADDRESS AVAILABLE UPON REQUEST

DALTON, JEFF
ADDRESS AVAILABLE UPON REQUEST

DALTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DALTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DALTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DALTON, JILL
ADDRESS AVAILABLE UPON REQUEST

DALTON, JI-NEE
ADDRESS AVAILABLE UPON REQUEST

DALTON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DALTON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DALTON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DALTON, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

DALTON, KERRI
ADDRESS AVAILABLE UPON REQUEST

DALTON, KEWEI
ADDRESS AVAILABLE UPON REQUEST

DALTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DALTON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DALTON, L
ADDRESS AVAILABLE UPON REQUEST

DALTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DALTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DALTON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DALTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DALTON, SHELDON
ADDRESS AVAILABLE UPON REQUEST

DALTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DALTON, TERESA
ADDRESS AVAILABLE UPON REQUEST

DALTON, TRACY
ADDRESS AVAILABLE UPON REQUEST

DALTORIO, GINA
ADDRESS AVAILABLE UPON REQUEST

DALVA L MOELLENBERG
ADDRESS AVAILABLE UPON REQUEST

DALY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DALY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DALY, AMY
ADDRESS AVAILABLE UPON REQUEST

DALY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DALY, BILL & BEV
ADDRESS AVAILABLE UPON REQUEST

DALY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DALY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DALY, CARA
ADDRESS AVAILABLE UPON REQUEST

DALY, CAROL
ADDRESS AVAILABLE UPON REQUEST

DALY, CLAIR
ADDRESS AVAILABLE UPON REQUEST

DALY, DIANE
ADDRESS AVAILABLE UPON REQUEST

DALY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DALY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DALY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DALY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DALY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DALY, JAN
ADDRESS AVAILABLE UPON REQUEST

DALY, JANET
ADDRESS AVAILABLE UPON REQUEST

DALY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DALY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DALY, KIM
ADDRESS AVAILABLE UPON REQUEST

DALY, LAURA
ADDRESS AVAILABLE UPON REQUEST

DALY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DALY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DALY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DALY, NANCY
ADDRESS AVAILABLE UPON REQUEST

DALY, NAOISE
ADDRESS AVAILABLE UPON REQUEST

DALY, NORA
ADDRESS AVAILABLE UPON REQUEST

DALY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DALY, SARA
ADDRESS AVAILABLE UPON REQUEST

DALY, SINEAD
ADDRESS AVAILABLE UPON REQUEST

DALY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DALY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DALY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DALY-MACK, DAWN
ADDRESS AVAILABLE UPON REQUEST

DALYSMAR CABREJA
ADDRESS AVAILABLE UPON REQUEST

DALZELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DALZIELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAM, JOAN
ADDRESS AVAILABLE UPON REQUEST

DAM, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

DAMANI, KARISHMA
ADDRESS AVAILABLE UPON REQUEST

DAMANSKAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAMARIS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DAMARODAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

DAMAS, DORCAS
ADDRESS AVAILABLE UPON REQUEST

DAMAS, SEBASTIEN
ADDRESS AVAILABLE UPON REQUEST

DAMASCENO, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

DAMASCHINO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DAMASKE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAMASSA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DAMATO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DAMATO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DAMATO, PETER
ADDRESS AVAILABLE UPON REQUEST

DAMAZIO, MARLENE
ADDRESS AVAILABLE UPON REQUEST

DAMBROSIO, JAMES
ADDRESS AVAILABLE UPON REQUEST

DAMBROSIO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAMBROSIO, PIA
ADDRESS AVAILABLE UPON REQUEST

DAMBROSIO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAME OF GREEN POND, NOTRE
ADDRESS AVAILABLE UPON REQUEST

DAME, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DAME, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAME, TIANA
ADDRESS AVAILABLE UPON REQUEST

DAMELE, LISA
ADDRESS AVAILABLE UPON REQUEST

DAMELIO, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAMERON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DAMERON, MARCI
ADDRESS AVAILABLE UPON REQUEST

DAMES, PAT
ADDRESS AVAILABLE UPON REQUEST

DAMETZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAMIAN ANTHONY WHITE
ADDRESS AVAILABLE UPON REQUEST

DAMIAN CARSON
ADDRESS AVAILABLE UPON REQUEST

DAMIANI, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

DAMIANI, JAMILAH
ADDRESS AVAILABLE UPON REQUEST

DAMIANO, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAMIANO, KARA
ADDRESS AVAILABLE UPON REQUEST

DAMIANO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DAMIAO A LOUCAO
ADDRESS AVAILABLE UPON REQUEST

DAMICO, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAMICO, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAMICO, ANNE
ADDRESS AVAILABLE UPON REQUEST

DAMICO, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

DAMICO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAMICO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

DAMICO, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

DAMICO, JILL
ADDRESS AVAILABLE UPON REQUEST

DAMICO, JILL
ADDRESS AVAILABLE UPON REQUEST

DAMICO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DAMICO, LEN
ADDRESS AVAILABLE UPON REQUEST

DAMICO, LISA
ADDRESS AVAILABLE UPON REQUEST

DAMICO, MARISA
ADDRESS AVAILABLE UPON REQUEST

DAMICO, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

DAMICO, SHARON
ADDRESS AVAILABLE UPON REQUEST

DAMKJER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DAMM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAMM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAMM, PAUL
ADDRESS AVAILABLE UPON REQUEST

DAMM, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

DAMMON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DAMON STEPHENS
ADDRESS AVAILABLE UPON REQUEST

DAMON WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

DAMON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DAMON, ERICA
ADDRESS AVAILABLE UPON REQUEST

DAMON, HAVERLY
ADDRESS AVAILABLE UPON REQUEST

DAMON, LORA
ADDRESS AVAILABLE UPON REQUEST

DAMORA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DAMORE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

DAMORE, JULES
ADDRESS AVAILABLE UPON REQUEST

DAMORE, JULIAN
ADDRESS AVAILABLE UPON REQUEST

DAMORE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAMORE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DAMOUR, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

DAMRON, ARLENE
ADDRESS AVAILABLE UPON REQUEST

DAMRON, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

DAMRON, GORDON
ADDRESS AVAILABLE UPON REQUEST

DAMRON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DAMRON, SHERYL
ADDRESS AVAILABLE UPON REQUEST

DAMSTETTER, MARY
ADDRESS AVAILABLE UPON REQUEST

DAN BROWN
ADDRESS AVAILABLE UPON REQUEST

DAN EUGENE ROSELAND
ADDRESS AVAILABLE UPON REQUEST

DAN H CONSTABLE
ADDRESS AVAILABLE UPON REQUEST

DAN KLORES COMMUNICATIONS, LLC
261 FIFTH AVE 2ND FLOOR
NEW YORK, NY  10016

DAN LEAGUE
ADDRESS AVAILABLE UPON REQUEST

DAN, CHENGMIN
ADDRESS AVAILABLE UPON REQUEST

DAN, CHENGMIN
ADDRESS AVAILABLE UPON REQUEST

DANA & MARSHA MERRILL
ADDRESS AVAILABLE UPON REQUEST

DANA A GEHMAN
ADDRESS AVAILABLE UPON REQUEST

DANA ALMARAZ
ADDRESS AVAILABLE UPON REQUEST

DANA COVIT
ADDRESS AVAILABLE UPON REQUEST

DANA COVIT
ADDRESS AVAILABLE UPON REQUEST

DANA CRAGIN
ADDRESS AVAILABLE UPON REQUEST

DANA ESTATES INC
PO BOX 153
RUTHERFORD, CA  94573

DANA GUNTHER
ADDRESS AVAILABLE UPON REQUEST

DANA HARTFIELD
ADDRESS AVAILABLE UPON REQUEST

DANA HIBBS
ADDRESS AVAILABLE UPON REQUEST

DANA MATLAK KOETZ
ADDRESS AVAILABLE UPON REQUEST

DANA PERRY
ADDRESS AVAILABLE UPON REQUEST

DANA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

DANA ROME
ADDRESS AVAILABLE UPON REQUEST

DANA SCHWENT
ADDRESS AVAILABLE UPON REQUEST

DANA SEEMAN
ADDRESS AVAILABLE UPON REQUEST

DANA SUTTON
ADDRESS AVAILABLE UPON REQUEST

DANA TEAGUE, DANA
ADDRESS AVAILABLE UPON REQUEST

DANA YARBRO WHITE
ADDRESS AVAILABLE UPON REQUEST

DANA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DANA, DAVIS,
ADDRESS AVAILABLE UPON REQUEST

DANA, DEENA
ADDRESS AVAILABLE UPON REQUEST

DANA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DANA, KARP
ADDRESS AVAILABLE UPON REQUEST

DANA, MARISA
ADDRESS AVAILABLE UPON REQUEST

DANAHER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DANAHY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DANALEWICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DANAN, AMIRA
ADDRESS AVAILABLE UPON REQUEST

DANAN, PETER AND SUSAN
ADDRESS AVAILABLE UPON REQUEST

DANBOM, MICHEAL
ADDRESS AVAILABLE UPON REQUEST

DANBUSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DANCEL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DANCER WOODLEY, GABBY
ADDRESS AVAILABLE UPON REQUEST

DANCH, ALEX
ADDRESS AVAILABLE UPON REQUEST

DANCH, NANCY
ADDRESS AVAILABLE UPON REQUEST

DANCY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DANCY, HABEN
ADDRESS AVAILABLE UPON REQUEST

DANCY, MEKA
ADDRESS AVAILABLE UPON REQUEST

DANDAMUDI, ROOPA
ADDRESS AVAILABLE UPON REQUEST

DANDASHI, NADIA
ADDRESS AVAILABLE UPON REQUEST

DANDERS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DANDOIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DANDREA, COLE
ADDRESS AVAILABLE UPON REQUEST

DANDREA, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DANDREA, SEAN
ADDRESS AVAILABLE UPON REQUEST

DANE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DANEK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DANEK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DANEKAS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DANEKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DANELLO, BENTLEY
ADDRESS AVAILABLE UPON REQUEST

DANENHOWER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DANER, BETTY
ADDRESS AVAILABLE UPON REQUEST

DANER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DANES, BETH
ADDRESS AVAILABLE UPON REQUEST

DANESH, MO
ADDRESS AVAILABLE UPON REQUEST

DANETTE VECCHIO
ADDRESS AVAILABLE UPON REQUEST

DANEY, UNDINE
ADDRESS AVAILABLE UPON REQUEST

DANFORTH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DANG GUAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DANG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DANG, DESTINI
ADDRESS AVAILABLE UPON REQUEST

DANG, HUONG
ADDRESS AVAILABLE UPON REQUEST

DANG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DANG, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

DANGEL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DANGELO, APRIL
ADDRESS AVAILABLE UPON REQUEST

DANGELO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DANGELO, CARA
ADDRESS AVAILABLE UPON REQUEST

DANGELO, CASEY
ADDRESS AVAILABLE UPON REQUEST

DANGELO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DANGELO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DANGELO, KAITY
ADDRESS AVAILABLE UPON REQUEST

DANGELO, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

DANGELO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

DANGELO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DANGELO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DANGELO, STEVE
ADDRESS AVAILABLE UPON REQUEST

DANGERS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DANGLES, KENDRA
ADDRESS AVAILABLE UPON REQUEST

DANGOND, MARIA
ADDRESS AVAILABLE UPON REQUEST

DANGRE, ARJUN
ADDRESS AVAILABLE UPON REQUEST

DANIAL BARRY ASHBAUGH
ADDRESS AVAILABLE UPON REQUEST

DANICO, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

DANIEL A PAPULA
ADDRESS AVAILABLE UPON REQUEST

DANIEL A RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

DANIEL ADAMS
ADDRESS AVAILABLE UPON REQUEST

DANIEL AGO ROLLINGS
ADDRESS AVAILABLE UPON REQUEST

DANIEL AND ADAM
ADDRESS AVAILABLE UPON REQUEST

DANIEL BAUR
ADDRESS AVAILABLE UPON REQUEST

DANIEL BISKUPSKI
ADDRESS AVAILABLE UPON REQUEST

DANIEL BOYER
ADDRESS AVAILABLE UPON REQUEST

DANIEL BROADWATER
ADDRESS AVAILABLE UPON REQUEST

DANIEL BUSBY
ADDRESS AVAILABLE UPON REQUEST

DANIEL BUSBY
ADDRESS AVAILABLE UPON REQUEST

DANIEL CALLOWAY
ADDRESS AVAILABLE UPON REQUEST

DANIEL COLINA
ADDRESS AVAILABLE UPON REQUEST

DANIEL CUA
ADDRESS AVAILABLE UPON REQUEST

DANIEL DAVID WEST
ADDRESS AVAILABLE UPON REQUEST

DANIEL DEITRICK
ADDRESS AVAILABLE UPON REQUEST

DANIEL DIAZ
ADDRESS AVAILABLE UPON REQUEST

DANIEL DORAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DANIEL EARL FRENCH
ADDRESS AVAILABLE UPON REQUEST

DANIEL ERIC SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL ERLANGER
ADDRESS AVAILABLE UPON REQUEST

DANIEL ESPIN
ADDRESS AVAILABLE UPON REQUEST

DANIEL FISHEL
ADDRESS AVAILABLE UPON REQUEST

DANIEL GALBREATH NICHOLS REVOCABLE
TRUST
ADDRESS AVAILABLE UPON REQUEST

DANIEL GALBREATH
ADDRESS AVAILABLE UPON REQUEST

DANIEL GARCIA BRISENO TRUST
ADDRESS AVAILABLE UPON REQUEST

DANIEL GLENN HERSHBERGER
ADDRESS AVAILABLE UPON REQUEST

DANIEL GOLDBECK
ADDRESS AVAILABLE UPON REQUEST

DANIEL GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

DANIEL GRABER
ADDRESS AVAILABLE UPON REQUEST

DANIEL GRINEVICH
ADDRESS AVAILABLE UPON REQUEST

DANIEL H LYNAM
ADDRESS AVAILABLE UPON REQUEST

DANIEL HALL
ADDRESS AVAILABLE UPON REQUEST

DANIEL HAMILTON
ADDRESS AVAILABLE UPON REQUEST

DANIEL HAYES-PATTERSON
ADDRESS AVAILABLE UPON REQUEST

DANIEL HOWARD DINGLE
ADDRESS AVAILABLE UPON REQUEST

DANIEL J JOWISKI
ADDRESS AVAILABLE UPON REQUEST

DANIEL J LICARI
ADDRESS AVAILABLE UPON REQUEST

DANIEL J ZENDER
ADDRESS AVAILABLE UPON REQUEST

DANIEL JOHN COSTELLO
ADDRESS AVAILABLE UPON REQUEST

DANIEL JORDAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL JOSE ARAGON MAY
ADDRESS AVAILABLE UPON REQUEST

DANIEL JOSEPH RADER
ADDRESS AVAILABLE UPON REQUEST

DANIEL KAUFMAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL L DECARVALHO JR
ADDRESS AVAILABLE UPON REQUEST

DANIEL LEHNHARD PA
ADDRESS AVAILABLE UPON REQUEST

DANIEL LEWIS
ADDRESS AVAILABLE UPON REQUEST

DANIEL MAKUROF
ADDRESS AVAILABLE UPON REQUEST

DANIEL MCDONALD
ADDRESS AVAILABLE UPON REQUEST

DANIEL MU
ADDRESS AVAILABLE UPON REQUEST

DANIEL NAVARRO, DAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL PATRICK MCLEMORE
ADDRESS AVAILABLE UPON REQUEST

DANIEL R BOTKIN
ADDRESS AVAILABLE UPON REQUEST

DANIEL RADER
ADDRESS AVAILABLE UPON REQUEST

DANIEL RICHARD KING
ADDRESS AVAILABLE UPON REQUEST

DANIEL RIDER
ADDRESS AVAILABLE UPON REQUEST

DANIEL ROBERT SNYDER
ADDRESS AVAILABLE UPON REQUEST

DANIEL ROBERTS
ADDRESS AVAILABLE UPON REQUEST

DANIEL RODRIGUEZ GARCIA
ADDRESS AVAILABLE UPON REQUEST

DANIEL ROMERO
ADDRESS AVAILABLE UPON REQUEST

DANIEL S SAUNDERS
ADDRESS AVAILABLE UPON REQUEST

DANIEL SAMPSON
ADDRESS AVAILABLE UPON REQUEST

DANIEL SAUGH
ADDRESS AVAILABLE UPON REQUEST

DANIEL SECUYA
ADDRESS AVAILABLE UPON REQUEST

DANIEL SELLARS
ADDRESS AVAILABLE UPON REQUEST

DANIEL STARK
ADDRESS AVAILABLE UPON REQUEST

DANIEL TAO
ADDRESS AVAILABLE UPON REQUEST

DANIEL THOMAS WIEDERKEHR
ADDRESS AVAILABLE UPON REQUEST

DANIEL VALENTINE JONES
ADDRESS AVAILABLE UPON REQUEST

DANIEL WAGNER
ADDRESS AVAILABLE UPON REQUEST

DANIEL WHITE
ADDRESS AVAILABLE UPON REQUEST

DANIEL WIGGINS
ADDRESS AVAILABLE UPON REQUEST

DANIEL WILLIS
ADDRESS AVAILABLE UPON REQUEST

DANIEL WOLFANGER
ADDRESS AVAILABLE UPON REQUEST

DANIEL, BRANTLEY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

DANIEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JAMILA
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JASPER
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JEAN
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DANIEL, JUDITH
ADDRESS AVAILABLE UPON REQUEST

DANIEL, KARA
ADDRESS AVAILABLE UPON REQUEST

DANIEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DANIEL, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

DANIEL, LEAH
ADDRESS AVAILABLE UPON REQUEST

DANIEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, NASH
ADDRESS AVAILABLE UPON REQUEST

DANIEL, PAM
ADDRESS AVAILABLE UPON REQUEST

DANIEL, RANDALL
ADDRESS AVAILABLE UPON REQUEST

DANIEL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DANIEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DANIEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DANIEL, TYLER
ADDRESS AVAILABLE UPON REQUEST

DANIEL, VICTOR
ADDRESS AVAILABLE UPON REQUEST

DANIEL, WILLIE
ADDRESS AVAILABLE UPON REQUEST

DANIELA TRIANA
ADDRESS AVAILABLE UPON REQUEST

DANIELE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DANIELE, NICO
ADDRESS AVAILABLE UPON REQUEST

DANIELI, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DANIELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DANIELLA BIANCHI
ADDRESS AVAILABLE UPON REQUEST

DANIELLE ALBERICO
ADDRESS AVAILABLE UPON REQUEST

DANIELLE CALLEAR
ADDRESS AVAILABLE UPON REQUEST

DANIELLE CHAFFEE
ADDRESS AVAILABLE UPON REQUEST

DANIELLE BAILEY
ADDRESS AVAILABLE UPON REQUEST

DANIELLE DOUGHERTY
ADDRESS AVAILABLE UPON REQUEST

DANIELLE DUNCAN
ADDRESS AVAILABLE UPON REQUEST

DANIELLE GARBIS
ADDRESS AVAILABLE UPON REQUEST

DANIELLE GROVES
ADDRESS AVAILABLE UPON REQUEST

DANIELLE HOHOS
ADDRESS AVAILABLE UPON REQUEST

DANIELLE KIEVIT
ADDRESS AVAILABLE UPON REQUEST

DANIELLE LARKIN
ADDRESS AVAILABLE UPON REQUEST

DANIELLE LEE
ADDRESS AVAILABLE UPON REQUEST

DANIELLE LEFFERTS
ADDRESS AVAILABLE UPON REQUEST

DANIELLE LYNN PRAY
ADDRESS AVAILABLE UPON REQUEST

DANIELLE MAIALE
ADDRESS AVAILABLE UPON REQUEST

DANIELLE MARIE NAUGLER
ADDRESS AVAILABLE UPON REQUEST

DANIELLE SHARAPAN
ADDRESS AVAILABLE UPON REQUEST

DANIELLE SIGISMONDO
ADDRESS AVAILABLE UPON REQUEST

DANIELLE SILVEIRA
ADDRESS AVAILABLE UPON REQUEST

DANIELLE STOKEN
ADDRESS AVAILABLE UPON REQUEST

DANIELLE SUKIS
ADDRESS AVAILABLE UPON REQUEST

DANIELLE SUPYK
ADDRESS AVAILABLE UPON REQUEST

DANIELLE TAL
ADDRESS AVAILABLE UPON REQUEST

DANIELLE TORRES
ADDRESS AVAILABLE UPON REQUEST

DANIELLE W HAMBLETT
ADDRESS AVAILABLE UPON REQUEST

DANIELLE WILLIAMS-RIVERA
ADDRESS AVAILABLE UPON REQUEST

DANIELLE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

DANIELLE, NAKI
ADDRESS AVAILABLE UPON REQUEST

DANIELLE, RENNA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ADELLE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ALESIA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ALEX
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ANDRE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ANNALIESE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, BRYCE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, CARLEN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, CINDY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, CLARE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

DANIELS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DANIELS, DIANE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, EDGAR
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DANIELS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DANIELS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DANIELS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JANET
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JANET
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JOHN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JOHN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DANIELS, KAI
ADDRESS AVAILABLE UPON REQUEST

DANIELS, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, KYLA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, LAVINIA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, LISA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, MADISON AND JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, MARIE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DANIELS, NATASHA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, NOELLE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DANIELS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

DANIELS, RYNE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, SHARON
ADDRESS AVAILABLE UPON REQUEST

DANIELS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

DANIELS, TEMISHA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, THERESA
ADDRESS AVAILABLE UPON REQUEST

DANIELS, WAYNE
ADDRESS AVAILABLE UPON REQUEST

DANIELS, YOKIANA
ADDRESS AVAILABLE UPON REQUEST

DANIELSEN, SOMMER
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, AVERY
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, ELYSE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, KARISSA
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, STACY
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DANIELSON, WADE
ADDRESS AVAILABLE UPON REQUEST

DANIHEL, DONNA
ADDRESS AVAILABLE UPON REQUEST

DANIHY-TORPEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DANIIL KRETS
ADDRESS AVAILABLE UPON REQUEST

DANILE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DANILIUK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DANILO ANTONIO SANTOS
ADDRESS AVAILABLE UPON REQUEST

DANILOVA, IRINA
ADDRESS AVAILABLE UPON REQUEST

DANILOVICH, NADIA
ADDRESS AVAILABLE UPON REQUEST

DANILSON, BRETT
ADDRESS AVAILABLE UPON REQUEST

DANIS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DANIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DANKER, POPPY
ADDRESS AVAILABLE UPON REQUEST

DANKERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

DANKERT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DANKMYER, NORA
ADDRESS AVAILABLE UPON REQUEST

DANKO, JERRY
ADDRESS AVAILABLE UPON REQUEST

DANKS, RYAN
ADDRESS AVAILABLE UPON REQUEST

DANLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DANN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DANN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DANN, RISA
ADDRESS AVAILABLE UPON REQUEST

DANNA NGO
ADDRESS AVAILABLE UPON REQUEST

DANNA USECHE
ADDRESS AVAILABLE UPON REQUEST

DANNA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DANNA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DANNA, MERT
ADDRESS AVAILABLE UPON REQUEST

DANNA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DANNAKER, MARAYA
ADDRESS AVAILABLE UPON REQUEST

DANNENBERG, JULIE
ADDRESS AVAILABLE UPON REQUEST

DANNER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DANNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

DANNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DANNER, MONICA
ADDRESS AVAILABLE UPON REQUEST

DANNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DANNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DANNER, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

DANNEWITZ, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DANNHAUER, MARI
ADDRESS AVAILABLE UPON REQUEST

DANNS, KYM
ADDRESS AVAILABLE UPON REQUEST

DANNUNZIO, ALEX
ADDRESS AVAILABLE UPON REQUEST

DANNY HOOD
ADDRESS AVAILABLE UPON REQUEST

DANNY MARQUEZ
ADDRESS AVAILABLE UPON REQUEST

DANNY MATHEW
ADDRESS AVAILABLE UPON REQUEST

DANOFF, ALEX
ADDRESS AVAILABLE UPON REQUEST

DANOVICH, HORACIO
ADDRESS AVAILABLE UPON REQUEST

DANOWSKI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DANS PAPER
ADDRESS UNAVAILABLE AT TIME OF FILING

DANSBY, KAMARIA
ADDRESS AVAILABLE UPON REQUEST

DANSCHIN, MAYRA
ADDRESS AVAILABLE UPON REQUEST

DANSELMI, JOHN
ADDRESS AVAILABLE UPON REQUEST

DANT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DANTAN WERNECKE
ADDRESS AVAILABLE UPON REQUEST

DANTAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DANTAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DANTAS, PAUL
ADDRESS AVAILABLE UPON REQUEST

DANTAXI
ADDRESS UNAVAILABLE AT TIME OF FILING

DANTIMO, SEAN
ADDRESS AVAILABLE UPON REQUEST

DANTONA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DANTONI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DANTONI, JANET
ADDRESS AVAILABLE UPON REQUEST

DANTONIO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DANTONIO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DANTONIO, PETER
ADDRESS AVAILABLE UPON REQUEST

DANTU, SANJEEVA
ADDRESS AVAILABLE UPON REQUEST

DANTUONO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DANTZLER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

DANUSER, TRENESA
ADDRESS AVAILABLE UPON REQUEST

DANVERS, DONNA MARIE
ADDRESS AVAILABLE UPON REQUEST

DANVERS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DANY KHALEK
ADDRESS AVAILABLE UPON REQUEST

DANYLYK, SVYATOSLAV
ADDRESS AVAILABLE UPON REQUEST

DANZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

DANZ, ARIC
ADDRESS AVAILABLE UPON REQUEST

DANZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

DANZ, TODD
ADDRESS AVAILABLE UPON REQUEST

DANZEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

DANZIG, HALEY
ADDRESS AVAILABLE UPON REQUEST

DANZIGER, DIANNE
ADDRESS AVAILABLE UPON REQUEST

DANZIGER, LUC
ADDRESS AVAILABLE UPON REQUEST

DANZIGER, MALINDA
ADDRESS AVAILABLE UPON REQUEST

DAO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DAO, LAM
ADDRESS AVAILABLE UPON REQUEST

DAO, LYNDA
ADDRESS AVAILABLE UPON REQUEST

DAO, QUANG
ADDRESS AVAILABLE UPON REQUEST

DAO, TIEN
ADDRESS AVAILABLE UPON REQUEST

DAOUD, SARA
ADDRESS AVAILABLE UPON REQUEST

DAOUD, SARA
ADDRESS AVAILABLE UPON REQUEST

DAOULABANI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAOUPHARS, PHILIPPE
ADDRESS AVAILABLE UPON REQUEST

DAPHNIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAPKUS, PAUL
ADDRESS AVAILABLE UPON REQUEST

DAPOLITO, SHARON
ADDRESS AVAILABLE UPON REQUEST

DAPP, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DAPPEN, SLAYDE
ADDRESS AVAILABLE UPON REQUEST

DAPPER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DAPPER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DAPRA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAPRANO, ANNE
ADDRESS AVAILABLE UPON REQUEST

DAPRIZIO, PEYTON
ADDRESS AVAILABLE UPON REQUEST

DAQUILA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DAQUINO, OTTAVIA
ADDRESS AVAILABLE UPON REQUEST

DAQUINO, RITA
ADDRESS AVAILABLE UPON REQUEST

DAR MANARANG LLC
1585 W TEDMAR AVE
ANAHEIM, CA  92802

DARAMOLA, ZAHRA
ADDRESS AVAILABLE UPON REQUEST

DARAPHON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DARBANDI, MOHAMMAD
ADDRESS AVAILABLE UPON REQUEST

DARBY HART
ADDRESS AVAILABLE UPON REQUEST

DARBY, ALLEN
ADDRESS AVAILABLE UPON REQUEST

DARBY, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

DARBY, JAYNE
ADDRESS AVAILABLE UPON REQUEST

DARBY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DARBY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DARBY, LANDERS
ADDRESS AVAILABLE UPON REQUEST

DARBY, MANDY
ADDRESS AVAILABLE UPON REQUEST

DARBY, NAN
ADDRESS AVAILABLE UPON REQUEST

DARCANGELO, JESSE
ADDRESS AVAILABLE UPON REQUEST

DARCEY MERIDITH
ADDRESS AVAILABLE UPON REQUEST

DARCEY, BECKAH
ADDRESS AVAILABLE UPON REQUEST

DARCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DARCHI, NOELLE
ADDRESS AVAILABLE UPON REQUEST

DARCI, TESS
ADDRESS AVAILABLE UPON REQUEST

DARCY KORHONEN
ADDRESS AVAILABLE UPON REQUEST

DARCY LYLE
ADDRESS AVAILABLE UPON REQUEST

DARCY, BERNICE
ADDRESS AVAILABLE UPON REQUEST

DARCY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DARCY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DARCY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DARDARIS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DARDEN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

DARDEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DARDEN, NOLA
ADDRESS AVAILABLE UPON REQUEST

DARDEN, PARIN
ADDRESS AVAILABLE UPON REQUEST

DARDEN, RHONDA
ADDRESS AVAILABLE UPON REQUEST

DARDEN, VICKI
ADDRESS AVAILABLE UPON REQUEST

DARDIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DARE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DARENSBOURG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DARENSBOURG, TASHA
ADDRESS AVAILABLE UPON REQUEST

DARGAHI, CIARA
ADDRESS AVAILABLE UPON REQUEST

DARGAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DARGART, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DARGENZIO, JENNA
ADDRESS AVAILABLE UPON REQUEST

DARIA KRUP
ADDRESS AVAILABLE UPON REQUEST

DARIA SNEGOVSKIKH
ADDRESS AVAILABLE UPON REQUEST

DARIAN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

DARIEN, BREE
ADDRESS AVAILABLE UPON REQUEST

DARIENZO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DARIENZO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DARIGO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DARIIA KOSHELENKO
ADDRESS AVAILABLE UPON REQUEST

DARILEK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DARIN HOLT
ADDRESS AVAILABLE UPON REQUEST

DARIN MACRAE
ADDRESS AVAILABLE UPON REQUEST

DARIN SCOTT
ADDRESS AVAILABLE UPON REQUEST

DARIO VERGARA
ADDRESS AVAILABLE UPON REQUEST

DARITH NGOY
ADDRESS AVAILABLE UPON REQUEST

DARKEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DARKOW, KATIE
ADDRESS AVAILABLE UPON REQUEST

DARLA KAY MILLER
ADDRESS AVAILABLE UPON REQUEST

DARLENE BONG
ADDRESS AVAILABLE UPON REQUEST

DARLENE BRIENZA
ADDRESS AVAILABLE UPON REQUEST

DARLENE CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DARLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

DARLEY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DARLING, ALIVIA
ADDRESS AVAILABLE UPON REQUEST

DARLING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DARLING, ANN
ADDRESS AVAILABLE UPON REQUEST

DARLING, DEB
ADDRESS AVAILABLE UPON REQUEST

DARLING, DIA
ADDRESS AVAILABLE UPON REQUEST

DARLING, ERIN
ADDRESS AVAILABLE UPON REQUEST

DARLING, GRACE
ADDRESS AVAILABLE UPON REQUEST

DARLING, JILL
ADDRESS AVAILABLE UPON REQUEST

DARLING, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DARLINGTON, AUDRA
ADDRESS AVAILABLE UPON REQUEST

DARLINGTON, BEN
ADDRESS AVAILABLE UPON REQUEST

DARLINGTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DARLINGTON, DALE
ADDRESS AVAILABLE UPON REQUEST

DARLINGTON, FRED
ADDRESS AVAILABLE UPON REQUEST

DARMANIN, TRUDIE
ADDRESS AVAILABLE UPON REQUEST

DARMODY, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

DARMON, ZACH
ADDRESS AVAILABLE UPON REQUEST

DARNABY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DARNELL, ASHTON
ADDRESS AVAILABLE UPON REQUEST

DARNELL, LIZ
ADDRESS AVAILABLE UPON REQUEST

DARNELL, SHEREA
ADDRESS AVAILABLE UPON REQUEST

DARNELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DARNER, LARA
ADDRESS AVAILABLE UPON REQUEST

DARNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DARNEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DARNEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DARNOLD, AMY
ADDRESS AVAILABLE UPON REQUEST

DARO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAROFF, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

DAROS, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

DAROSA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DARPA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DARR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DARR, CHRISTENE
ADDRESS AVAILABLE UPON REQUEST

DARR, NOLAN
ADDRESS AVAILABLE UPON REQUEST

DARR, SARAH
ADDRESS AVAILABLE UPON REQUEST

DARRAGH, MARK
ADDRESS AVAILABLE UPON REQUEST

DARRAGH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DARRAH, NEHA
ADDRESS AVAILABLE UPON REQUEST

DARREL SEAHORN
ADDRESS AVAILABLE UPON REQUEST

DARRELL B JOHNSON
ADDRESS AVAILABLE UPON REQUEST

DARRELL BROWN
ADDRESS AVAILABLE UPON REQUEST

DARREN BRUNGARDT
ADDRESS AVAILABLE UPON REQUEST

DARREN CHAPPELL
ADDRESS AVAILABLE UPON REQUEST

DARREN SMITH
ADDRESS AVAILABLE UPON REQUEST

DARREN TETSUO KANENAGA
ADDRESS AVAILABLE UPON REQUEST

DARREN TSUCHIYA
ADDRESS AVAILABLE UPON REQUEST

DARRENS RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

DARRIE GARTH
ADDRESS AVAILABLE UPON REQUEST

DARRIE
ADDRESS AVAILABLE UPON REQUEST

DARRIN, LANA
ADDRESS AVAILABLE UPON REQUEST

DARRINGTON, GINA
ADDRESS AVAILABLE UPON REQUEST

DARROUGH, LEXIE
ADDRESS AVAILABLE UPON REQUEST

DARROW, ALLAYANA
ADDRESS AVAILABLE UPON REQUEST

DARROW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DARROW, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DARRYL DOCTOR
ADDRESS AVAILABLE UPON REQUEST

DARRYL HALL
ADDRESS AVAILABLE UPON REQUEST

DARRYL MOLINA
ADDRESS AVAILABLE UPON REQUEST

DARRYL WASH
ADDRESS AVAILABLE UPON REQUEST

DARRYL WASHINGTON
ADDRESS AVAILABLE UPON REQUEST

DARSEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DARSHAK PATEL
ADDRESS AVAILABLE UPON REQUEST

DART, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DART, PAULA
ADDRESS AVAILABLE UPON REQUEST

DART, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DARTNELL, MALIN
ADDRESS AVAILABLE UPON REQUEST

DARTY, STORMI
ADDRESS AVAILABLE UPON REQUEST

DARVEAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

DARVILLE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DARVISH, SAYEH
ADDRESS AVAILABLE UPON REQUEST

DARWAZEH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DARWENT, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DARWIN AI, LLC
318 W ADAMS ST 1612
CHICAGO, IL  60606

DARWIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DARWIN, LIZA
ADDRESS AVAILABLE UPON REQUEST

DARYL F MCCLENDON
ADDRESS AVAILABLE UPON REQUEST

DAS, AHANA
ADDRESS AVAILABLE UPON REQUEST

DAS, DEBLEENA
ADDRESS AVAILABLE UPON REQUEST

DAS, HRILINA
ADDRESS AVAILABLE UPON REQUEST

DAS, RANJAN
ADDRESS AVAILABLE UPON REQUEST

DAS, RASHMI
ADDRESS AVAILABLE UPON REQUEST

DAS, REWD
ADDRESS AVAILABLE UPON REQUEST

DAS, RINI
ADDRESS AVAILABLE UPON REQUEST

DAS, SUDIPA
ADDRESS AVAILABLE UPON REQUEST

DASARATHY, KESHAVA
ADDRESS AVAILABLE UPON REQUEST

DASCENZIO, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DASCENZO, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

DASCHUK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DASCO, DYLAN
ADDRESS AVAILABLE UPON REQUEST

DASCOLI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DASH TWO, INC
11645 MONTANA  223
LOS ANGELES, CA  90049

DASH, LAURA
ADDRESS AVAILABLE UPON REQUEST

DASH, LESA
ADDRESS AVAILABLE UPON REQUEST

DASH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DASH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DASHARA JACKSON
ADDRESS AVAILABLE UPON REQUEST

DASHEVSKY, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

DASHEVSKY, LILIA
ADDRESS AVAILABLE UPON REQUEST

DASHIELL, GINA
ADDRESS AVAILABLE UPON REQUEST

DASIKA, ADINARAYANA
ADDRESS AVAILABLE UPON REQUEST

DASILVA, BEATA
ADDRESS AVAILABLE UPON REQUEST

DASILVA, FATIMA
ADDRESS AVAILABLE UPON REQUEST

DASILVA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DASILVA, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DASILVA, JOSE
ADDRESS AVAILABLE UPON REQUEST

DASILVA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DASILVA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DASPIT, FATIMA
ADDRESS AVAILABLE UPON REQUEST

DASS, JORDYN
ADDRESS AVAILABLE UPON REQUEST

DASU, ANITA
ADDRESS AVAILABLE UPON REQUEST

DASWANI, L
ADDRESS AVAILABLE UPON REQUEST

DAS-YOUNG, LEENA
ADDRESS AVAILABLE UPON REQUEST

DATA NET COMMUNICATIONS, INC.
24338 EL TORO RD. SUITE E-239
LAGUNA WOODS, CA 92637

DATARI, SUSHMITA
ADDRESS AVAILABLE UPON REQUEST

DATASITE LLC
733 S. MARQUETTE AVE
MINNEAPOLIS, MN 55402

DATASITE LLC
733 S. MARQUETTE AVE, SUITE 600
MINNEAPOLIS, MN 55402

DATASITE LLC
733 S. MARQUETTE AVE, SUITE 600
RICK ATTERBUNY, PRESIDENT & COO
MINNEAPOLIS, MN 55402

DATE, ANJALI
ADDRESS AVAILABLE UPON REQUEST

DATE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

DATES, RITA
ADDRESS AVAILABLE UPON REQUEST

DATRES, CARNIE
ADDRESS AVAILABLE UPON REQUEST

DATSERIS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

DATTA SAMBARE
ADDRESS AVAILABLE UPON REQUEST

DATTA, ADITI
ADDRESS AVAILABLE UPON REQUEST

DATTA, DHRUV
ADDRESS AVAILABLE UPON REQUEST

DATTA, SIMARJYOT
ADDRESS AVAILABLE UPON REQUEST

DATTOLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DATZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DATZMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DAU, EMMA
ADDRESS AVAILABLE UPON REQUEST

DAU, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DAUB, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DAUBE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DAUBENHAUSER, NINAROSE
ADDRESS AVAILABLE UPON REQUEST

DAUBERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

DAUBERT, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAUBMAN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

DAUGHARTHY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, APRIL
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, DAWN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, KAMMIE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, LORI
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, RAE
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, ROBERT J.
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, TRENA
ADDRESS AVAILABLE UPON REQUEST

DAUGHERTY, WILL
ADDRESS AVAILABLE UPON REQUEST

DAUGHRTY, BRENT
ADDRESS AVAILABLE UPON REQUEST

DAUGHTERS, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAUGHTRY, KAILA
ADDRESS AVAILABLE UPON REQUEST

DAUGHTRY, LADONNA
ADDRESS AVAILABLE UPON REQUEST

DAUGUSTA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAUKSAVAGE, MARY
ADDRESS AVAILABLE UPON REQUEST

DAUL, RYAN
ADDRESS AVAILABLE UPON REQUEST

DAUM, ALY
ADDRESS AVAILABLE UPON REQUEST

DAUM, KAREN
ADDRESS AVAILABLE UPON REQUEST

DAUNHAUER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DAUNT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAURIA, DAWN
ADDRESS AVAILABLE UPON REQUEST

DAURIA, JOE
ADDRESS AVAILABLE UPON REQUEST

DAURIO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

DAURIZIO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DAUSCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DAUSES, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAUSMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAUT, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DAUTAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAVE & BUSTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

DAVE LEWIS
ADDRESS AVAILABLE UPON REQUEST

DAVE ZYBOWSKI
ADDRESS AVAILABLE UPON REQUEST

DAVE, KING
ADDRESS AVAILABLE UPON REQUEST

DAVELAAR, GAGE
ADDRESS AVAILABLE UPON REQUEST

DAVENDER BHARDWAJ
ADDRESS AVAILABLE UPON REQUEST

DAVENNY, LUCY
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, ALMA
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, BAILEY
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, BONNIE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, BRIANA
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, EDGAR
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, KATE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, KD KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, MELAYNA
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAVENPORT, SHAHEED
ADDRESS AVAILABLE UPON REQUEST

DAVERN, KELI
ADDRESS AVAILABLE UPON REQUEST

DAVES, ALYSA
ADDRESS AVAILABLE UPON REQUEST

DAVES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DAVES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DAVEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DAVEY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

DAVEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DAVEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAVEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DAVEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAVEY, MARGY
ADDRESS AVAILABLE UPON REQUEST

DAVEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

DAVEY, MARY
ADDRESS AVAILABLE UPON REQUEST

DAVEY, MITCH
ADDRESS AVAILABLE UPON REQUEST

DAVEY, MYCHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DAVI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DAVIA, ALI
ADDRESS AVAILABLE UPON REQUEST

DAVIA, PAUL
ADDRESS AVAILABLE UPON REQUEST

DAVID & SONS INC.
339 WASHINGTON BLVD.
VENICE, CA  90292

DAVID A ELLEY
ADDRESS AVAILABLE UPON REQUEST

DAVID A HAYWARD
ADDRESS AVAILABLE UPON REQUEST

DAVID A PENN
ADDRESS AVAILABLE UPON REQUEST

DAVID A PRITCHETT
ADDRESS AVAILABLE UPON REQUEST

DAVID A ROSENBAUM
ADDRESS AVAILABLE UPON REQUEST

DAVID A SHOCKET
ADDRESS AVAILABLE UPON REQUEST

DAVID ALAN WAGNER
ADDRESS AVAILABLE UPON REQUEST

DAVID ANDREW DAHL
ADDRESS AVAILABLE UPON REQUEST

DAVID ANTHONY DEROSE
ADDRESS AVAILABLE UPON REQUEST

DAVID ANTHONY KUTCH
ADDRESS AVAILABLE UPON REQUEST

DAVID ANTHONY STEWART
ADDRESS AVAILABLE UPON REQUEST

DAVID ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAVID BAKER
ADDRESS AVAILABLE UPON REQUEST

DAVID BARLOW
ADDRESS AVAILABLE UPON REQUEST

DAVID BECHARA
ADDRESS AVAILABLE UPON REQUEST

DAVID BECK
ADDRESS AVAILABLE UPON REQUEST

DAVID BELANGER
ADDRESS AVAILABLE UPON REQUEST

DAVID BENHAMOU
ADDRESS AVAILABLE UPON REQUEST

DAVID BERANEK
ADDRESS AVAILABLE UPON REQUEST

DAVID BERLIN
ADDRESS AVAILABLE UPON REQUEST

DAVID BERNAL
ADDRESS AVAILABLE UPON REQUEST

DAVID BIRSE
ADDRESS AVAILABLE UPON REQUEST

DAVID BREGIO
ADDRESS AVAILABLE UPON REQUEST

DAVID CHARLES SAURUSAITIS
ADDRESS AVAILABLE UPON REQUEST

DAVID CHECEL
ADDRESS AVAILABLE UPON REQUEST

DAVID CHRISTOPHER BONES
ADDRESS AVAILABLE UPON REQUEST

DAVID COLE
ADDRESS AVAILABLE UPON REQUEST

DAVID COX
ADDRESS AVAILABLE UPON REQUEST

DAVID DANNEMILLER
ADDRESS AVAILABLE UPON REQUEST

DAVID DE WISPELAERE
ADDRESS AVAILABLE UPON REQUEST

DAVID DIANGELO
ADDRESS AVAILABLE UPON REQUEST

DAVID DILLON
ADDRESS AVAILABLE UPON REQUEST

DAVID DOUGLASS HEARNE
ADDRESS AVAILABLE UPON REQUEST

DAVID DYJUR
ADDRESS AVAILABLE UPON REQUEST

DAVID E BAXLEY
ADDRESS AVAILABLE UPON REQUEST

DAVID EVANS
ADDRESS AVAILABLE UPON REQUEST

DAVID FRANKLIN REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

DAVID FURTADO
ADDRESS AVAILABLE UPON REQUEST

DAVID GOODMAN
ADDRESS AVAILABLE UPON REQUEST

DAVID GREENHAUS
ADDRESS AVAILABLE UPON REQUEST

DAVID H ELLIS
ADDRESS AVAILABLE UPON REQUEST

DAVID H JONES
ADDRESS AVAILABLE UPON REQUEST

DAVID H STEUER
ADDRESS AVAILABLE UPON REQUEST

DAVID H WONG
ADDRESS AVAILABLE UPON REQUEST

DAVID HAROLD WARE
ADDRESS AVAILABLE UPON REQUEST

DAVID HARRISON
ADDRESS AVAILABLE UPON REQUEST

DAVID HAWBAKER
ADDRESS AVAILABLE UPON REQUEST

DAVID HEROUX
ADDRESS AVAILABLE UPON REQUEST

DAVID J ZEHRING
ADDRESS AVAILABLE UPON REQUEST

DAVID JOHN CLAYTON
ADDRESS AVAILABLE UPON REQUEST

DAVID JOHN KRUEGER
ADDRESS AVAILABLE UPON REQUEST

DAVID KEBEBAW
ADDRESS AVAILABLE UPON REQUEST

DAVID KOCH
ADDRESS AVAILABLE UPON REQUEST

DAVID KULAKOFSKY
ADDRESS AVAILABLE UPON REQUEST

DAVID L PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

DAVID LAYNE
ADDRESS AVAILABLE UPON REQUEST

DAVID LECOMTE, CITY WINERY PIER 57
ADDRESS AVAILABLE UPON REQUEST

DAVID LEE BOONE JR
ADDRESS AVAILABLE UPON REQUEST

DAVID LEE DUNNAVANT
ADDRESS AVAILABLE UPON REQUEST

DAVID LEE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

DAVID LEE NEWMAN
ADDRESS AVAILABLE UPON REQUEST

DAVID LUDWICK
ADDRESS AVAILABLE UPON REQUEST

DAVID M DUFENHORST
ADDRESS AVAILABLE UPON REQUEST

DAVID M DURHAM
ADDRESS AVAILABLE UPON REQUEST

DAVID M KUSHNER
ADDRESS AVAILABLE UPON REQUEST

DAVID M MALONE & BRENNA M MALONE
ADDRESS AVAILABLE UPON REQUEST

DAVID M. RAGER
ADDRESS AVAILABLE UPON REQUEST

DAVID MACLENNAN
ADDRESS AVAILABLE UPON REQUEST

DAVID MARKERT
ADDRESS AVAILABLE UPON REQUEST

DAVID MARTINELLI
ADDRESS AVAILABLE UPON REQUEST

DAVID MCCARRON
ADDRESS AVAILABLE UPON REQUEST

DAVID MEW
ADDRESS AVAILABLE UPON REQUEST

DAVID MILLER
ADDRESS AVAILABLE UPON REQUEST

DAVID MYRES
ADDRESS AVAILABLE UPON REQUEST

DAVID ODELL
ADDRESS AVAILABLE UPON REQUEST

DAVID ORTIZ
ADDRESS AVAILABLE UPON REQUEST

DAVID OSBUN
ADDRESS AVAILABLE UPON REQUEST

DAVID OTERO
ADDRESS AVAILABLE UPON REQUEST

DAVID PAUL HOGUE
ADDRESS AVAILABLE UPON REQUEST

DAVID PAUL WAKFER
ADDRESS AVAILABLE UPON REQUEST

DAVID PEREZ
ADDRESS AVAILABLE UPON REQUEST

DAVID PERRY
ADDRESS AVAILABLE UPON REQUEST

DAVID PETERS
ADDRESS AVAILABLE UPON REQUEST

DAVID PINION
ADDRESS AVAILABLE UPON REQUEST

DAVID PLATTS
ADDRESS AVAILABLE UPON REQUEST

DAVID QUIJANO
ADDRESS AVAILABLE UPON REQUEST

DAVID R DEVEREAUX
ADDRESS AVAILABLE UPON REQUEST

DAVID R KWONG
ADDRESS AVAILABLE UPON REQUEST

DAVID R MOTES
ADDRESS AVAILABLE UPON REQUEST

DAVID RAY JONES
ADDRESS AVAILABLE UPON REQUEST

DAVID ROAHEN
ADDRESS AVAILABLE UPON REQUEST

DAVID ROBERT LUDWIG
ADDRESS AVAILABLE UPON REQUEST

DAVID RODRIGUEZ, ALAN
ADDRESS AVAILABLE UPON REQUEST

DAVID ROSEN BAKERY SUPPLIES
5921 QUEENS MIDTOWN EXPRESSWAY
MASPETH, NY  11378-1220

DAVID ROSS HANSEN
ADDRESS AVAILABLE UPON REQUEST

DAVID RUKUNDO
ADDRESS AVAILABLE UPON REQUEST

DAVID S WEBER
ADDRESS AVAILABLE UPON REQUEST

DAVID SANNA
ADDRESS AVAILABLE UPON REQUEST

DAVID SARNOFF
ADDRESS AVAILABLE UPON REQUEST

DAVID SASSER
ADDRESS AVAILABLE UPON REQUEST

DAVID SCHNEIDER ANDERSON
ADDRESS AVAILABLE UPON REQUEST

DAVID SCOTT LOGIE
ADDRESS AVAILABLE UPON REQUEST

DAVID SEMON
ADDRESS AVAILABLE UPON REQUEST

DAVID SIPPLE
ADDRESS AVAILABLE UPON REQUEST

DAVID SMITH
ADDRESS AVAILABLE UPON REQUEST

DAVID STACK
ADDRESS AVAILABLE UPON REQUEST

DAVID STEELE
ADDRESS AVAILABLE UPON REQUEST

DAVID SUBICH
ADDRESS AVAILABLE UPON REQUEST

DAVID SUTER AND PATSY SUTER
REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

DAVID T COCETTI
ADDRESS AVAILABLE UPON REQUEST

DAVID THORPE
ADDRESS AVAILABLE UPON REQUEST

DAVID TOSHIO ARAKAKI
ADDRESS AVAILABLE UPON REQUEST

DAVID TROVATO
ADDRESS AVAILABLE UPON REQUEST

DAVID TROYA
ADDRESS AVAILABLE UPON REQUEST

DAVID VANINGEN
ADDRESS AVAILABLE UPON REQUEST

DAVID WALLACE
ADDRESS AVAILABLE UPON REQUEST

DAVID WALLIS
ADDRESS AVAILABLE UPON REQUEST

DAVID WARD
ADDRESS AVAILABLE UPON REQUEST

DAVID WEBB
ADDRESS AVAILABLE UPON REQUEST

DAVID Z RING III
ADDRESS AVAILABLE UPON REQUEST

DAVID, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DAVID, CARLY
ADDRESS AVAILABLE UPON REQUEST

DAVID, CLARK
ADDRESS AVAILABLE UPON REQUEST

DAVID, DAWN
ADDRESS AVAILABLE UPON REQUEST

DAVID, DREW
ADDRESS AVAILABLE UPON REQUEST

DAVID, FERN
ADDRESS AVAILABLE UPON REQUEST

DAVID, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

DAVID, JEN
ADDRESS AVAILABLE UPON REQUEST

DAVID, JEREMY
ADDRESS AVAILABLE UPON REQUEST

DAVID, JOY
ADDRESS AVAILABLE UPON REQUEST

DAVID, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DAVID, KARREE
ADDRESS AVAILABLE UPON REQUEST

DAVID, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVID, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAVID, MR.
ADDRESS AVAILABLE UPON REQUEST

DAVID, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DAVID, NATHEMA
ADDRESS AVAILABLE UPON REQUEST

DAVID, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAVID, REGAN
ADDRESS AVAILABLE UPON REQUEST

DAVID, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DAVID, STEFFANIE
ADDRESS AVAILABLE UPON REQUEST

DAVID, TOBYE
ADDRESS AVAILABLE UPON REQUEST

DAVID, TRAMAINE
ADDRESS AVAILABLE UPON REQUEST

DAVID, URSULA
ADDRESS AVAILABLE UPON REQUEST

DAVIDE, GALE
ADDRESS AVAILABLE UPON REQUEST

DAVIDGE, JOE
ADDRESS AVAILABLE UPON REQUEST

DAVIDIAN, LIZA
ADDRESS AVAILABLE UPON REQUEST

DAVIDOFF, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DAVIDOVICH, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAVIDOVICH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIDOVICZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

DAVIDS BRIDAL LLC
1001 WASHINGTON STREET
CONSHOHOCKEN, PA  19428

DAVIDS, MARY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSBURG, ELISHA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ALANA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, AMY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, AMY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ANN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CANDYCE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DENA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DESIREE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DEVON
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, GAYLA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, GAYLE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, GINGER
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, HARLEY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, HARRY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JANE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JIM
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JON
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, KARLA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, KIM
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ROB
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, ROCKI
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, SHAINA
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIDSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

DAVIE, IRYNA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAVIES, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DAVIES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DAVIES, DARLENE
ADDRESS AVAILABLE UPON REQUEST

DAVIES, DEVON
ADDRESS AVAILABLE UPON REQUEST

DAVIES, JENNY
ADDRESS AVAILABLE UPON REQUEST

DAVIES, JOANN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, KAILY
ADDRESS AVAILABLE UPON REQUEST

DAVIES, KATE
ADDRESS AVAILABLE UPON REQUEST

DAVIES, KATHY
ADDRESS AVAILABLE UPON REQUEST

DAVIES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, LEAH
ADDRESS AVAILABLE UPON REQUEST

DAVIES, LIZ
ADDRESS AVAILABLE UPON REQUEST

DAVIES, LYNCEE
ADDRESS AVAILABLE UPON REQUEST

DAVIES, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

DAVIES, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, NINA
ADDRESS AVAILABLE UPON REQUEST

DAVIES, OWAIN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DAVIES, ROBYN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIES, SEAN
ADDRESS AVAILABLE UPON REQUEST

DAVIES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DAVIGNON, CAT
ADDRESS AVAILABLE UPON REQUEST

DAVIGNON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIGNON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

DAVIGNON, TERESA
ADDRESS AVAILABLE UPON REQUEST

DAVILA, ALMA
ADDRESS AVAILABLE UPON REQUEST

DAVILA, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

DAVILA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DAVILA, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

DAVILA, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVILA, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVILA, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVILA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DAVILA, MARY
ADDRESS AVAILABLE UPON REQUEST

DAVILA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DAVILA, SHARON
ADDRESS AVAILABLE UPON REQUEST

DAVILA, SOFIA
ADDRESS AVAILABLE UPON REQUEST

DAVIN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DAVINO, TARYN
ADDRESS AVAILABLE UPON REQUEST

DAVIO, CORRINNE
ADDRESS AVAILABLE UPON REQUEST

DAVIS JR, JOHNNY E
ADDRESS AVAILABLE UPON REQUEST

DAVIS WRIGHT TREMAINE LLP
1300 S. W. FIFTH AVENUE, STE 2400
SEATTLE, OR  97201-5610

DAVIS, AARON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ACACIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ADAISHA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ALYZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AMY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANDRA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANGELYN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BABETTE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BARBRA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BAYCEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BERLYN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BERRY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BETSY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BREE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRENT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BROCK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BROOK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, BRYTTANI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAMEO
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CARMA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAROL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CASEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CASEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CASEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CATIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CAYSEE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHANCE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHANEL CHRISTOFF
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHASE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CINDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CLAUDE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CODY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COLBY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COLEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DANIEL & TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DARCY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DARREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DAWN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DENICE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DENISE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DESIREE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DEVON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DIANA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DOMINI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DONALD
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DORA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DWIGHT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, DYSON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ED
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EDENS
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELENA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILEE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, EMY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ESSENSE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, FAWN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, FORREST
ADDRESS AVAILABLE UPON REQUEST

DAVIS, FORREST
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GARY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GAYLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GINA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GINNY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GRACE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, GREG
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HARRY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HILARY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ILYSSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, IRMA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JACQUILYN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JAKE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JANE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JANET
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JANICE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESIKA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JILL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JOY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JUDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JULEE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KACI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KARI RAE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KASEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KAT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATELIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KAY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KAY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KEITH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KERRY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIM
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIM
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KRISSY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LACEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAILA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LARISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LEW
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LISA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LISA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LIZ
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LONNIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LOU
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LOYCE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LUCIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LUCY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, M. CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MADISON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARKUS
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARTIN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARVAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MARY KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MAX
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MAXINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MAYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MCKENZY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MELANEE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHAEL H
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MORRIS
ADDRESS AVAILABLE UPON REQUEST

DAVIS, MORRIS
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NANCY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NATASHA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, NOEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ORINE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

DAVIS, OZELLA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PAUL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PIPER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RAELYNN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RAMONA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RODREA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ROGER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, ROGER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, RON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SANDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SCOTTIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SETH
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHALLEEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHARON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHARON
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SLOANE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SOLANA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SONYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STACEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STACEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, STEVIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUPRIYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUSANE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DAVIS, T
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TAMEKA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TAMI
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TANGIER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TANNER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TANYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TARA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TERA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TIM
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TIM
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TINA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TONYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TRACY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TYANN
ADDRESS AVAILABLE UPON REQUEST

DAVIS, TYLER
ADDRESS AVAILABLE UPON REQUEST

DAVIS, VENETTA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, VENETTA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, VICTOR
ADDRESS AVAILABLE UPON REQUEST

DAVIS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DAVIS, WENDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS, WENDY
ADDRESS AVAILABLE UPON REQUEST

DAVIS-BURKE, JOY
ADDRESS AVAILABLE UPON REQUEST

DAVIS-HASTLER, RUTH
ADDRESS AVAILABLE UPON REQUEST

DAVIS-HORAN, KATE
ADDRESS AVAILABLE UPON REQUEST

DAVIS-MCMATH, CHAYA
ADDRESS AVAILABLE UPON REQUEST

DAVIS-MENDOZA, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAVISON, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DAVISON, DANA
ADDRESS AVAILABLE UPON REQUEST

DAVISON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DAVISON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAVISON, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAVISON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAVISON, TERESA
ADDRESS AVAILABLE UPON REQUEST

DAVISON, TRANAE
ADDRESS AVAILABLE UPON REQUEST

DAVISSON, JANEL
ADDRESS AVAILABLE UPON REQUEST

DAVIS-STEYER, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

DAVITT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DAVLIN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

DAVLYN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DAVOL, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DAVOS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DAVOUD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DAVY, CLARE
ADDRESS AVAILABLE UPON REQUEST

DAVY, CLARE
ADDRESS AVAILABLE UPON REQUEST

DAVY, IAN
ADDRESS AVAILABLE UPON REQUEST

DAVY, MARIE-LAURE
ADDRESS AVAILABLE UPON REQUEST

DAVY, MINDA
ADDRESS AVAILABLE UPON REQUEST

DAVY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DAVY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

DAVYDOVA, LIZA
ADDRESS AVAILABLE UPON REQUEST

DAW, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DAW, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DAW, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DAWA, TENZIN
ADDRESS AVAILABLE UPON REQUEST

DAWBER, WAYNE
ADDRESS AVAILABLE UPON REQUEST

DAWES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAWES, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DAWES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DAWES, TEDDY
ADDRESS AVAILABLE UPON REQUEST

DAWID WIACEK
ADDRESS AVAILABLE UPON REQUEST

DAWIDOWSKI, BRETT
ADDRESS AVAILABLE UPON REQUEST

DAWIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, ABBIE
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, LAKISHA
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, RONALD
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

DAWKINS, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

DAWLEY, FRANK
ADDRESS AVAILABLE UPON REQUEST

DAWLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAWN GERON
ADDRESS AVAILABLE UPON REQUEST

DAWN LANDRY
ADDRESS AVAILABLE UPON REQUEST

DAWN MARIE PEACOCK
ADDRESS AVAILABLE UPON REQUEST

DAWN MORRIS
ADDRESS AVAILABLE UPON REQUEST

DAWN OMO
ADDRESS AVAILABLE UPON REQUEST

DAWN RICCIO
ADDRESS AVAILABLE UPON REQUEST

DAWN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DAWN, LACIE
ADDRESS AVAILABLE UPON REQUEST

DAWNMARIE HUNTER
ADDRESS AVAILABLE UPON REQUEST

DAWS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DAWSEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAWSEY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DAWSEY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, ALI
ADDRESS AVAILABLE UPON REQUEST

DAWSON, AMY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, ASHLYNN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, CAPRESIAH
ADDRESS AVAILABLE UPON REQUEST

DAWSON, CHARLYNN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DAWSON, DAVINA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, DENISE
ADDRESS AVAILABLE UPON REQUEST

DAWSON, GENYZA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

DAWSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, HOLLI
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JILL
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JO ANN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, KASIA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

DAWSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DAWSON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, NICK
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SANDER
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SARAH MADISON
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SHARI
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAWSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DAWSON, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

DAWSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DAWSON, WILL
ADDRESS AVAILABLE UPON REQUEST

DAY LA JEUNESSE, KYLE
ADDRESS AVAILABLE UPON REQUEST

DAY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DAY, ANDY
ADDRESS AVAILABLE UPON REQUEST

DAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DAY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DAY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DAY, CECIL
ADDRESS AVAILABLE UPON REQUEST

DAY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DAY, DAVELYNN
ADDRESS AVAILABLE UPON REQUEST

DAY, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

DAY, DIANA
ADDRESS AVAILABLE UPON REQUEST

DAY, DOUG
ADDRESS AVAILABLE UPON REQUEST

DAY, ELI
ADDRESS AVAILABLE UPON REQUEST

DAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DAY, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

DAY, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

DAY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DAY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DAY, JAMES
ADDRESS AVAILABLE UPON REQUEST

DAY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

DAY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DAY, JENNA
ADDRESS AVAILABLE UPON REQUEST

DAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DAY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DAY, KENNY
ADDRESS AVAILABLE UPON REQUEST

DAY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DAY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

DAY, MARY
ADDRESS AVAILABLE UPON REQUEST

DAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

DAY, MINDY
ADDRESS AVAILABLE UPON REQUEST

DAY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DAY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DAY, NADIA
ADDRESS AVAILABLE UPON REQUEST

DAY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DAY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DAY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DAY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

DAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DAY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DAY, SERENA
ADDRESS AVAILABLE UPON REQUEST

DAY, SHARI
ADDRESS AVAILABLE UPON REQUEST

DAY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DAY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DAY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DAY, WILLIE
ADDRESS AVAILABLE UPON REQUEST

DAYANNA, FRANCY
ADDRESS AVAILABLE UPON REQUEST

DAYE, DENICE
ADDRESS AVAILABLE UPON REQUEST

DAYMUDE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DAYTON A LEWIS
ADDRESS AVAILABLE UPON REQUEST

DAYTON, HAI-LI
ADDRESS AVAILABLE UPON REQUEST

DAYTON, KARLI
ADDRESS AVAILABLE UPON REQUEST

DAZA, KARINA
ADDRESS AVAILABLE UPON REQUEST

DAZEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

DAZZO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

DAZZO, PERRY
ADDRESS AVAILABLE UPON REQUEST

DBA MEDIA (DRIVE BY DOGS PRODUCTIONS)
8414 ELMWOOD AVE.
STONEWOOD, WV  26301

DBA MEDIA LLC
(DIGITAL BRAND ARCHITECTS)
750 N SAN VINCENTE BLVD., STE 950
WEST HOLLYWOOD, CA  90069

DC DEPT OF EMPLOYMENT SERVICES
4058 MINNESOTA AVE NE
WASHINGTON, DC  20019

DC ENTERTAINMENT SOLUTIONS LLC
7765 WILLOW POINT DRIVE
FALLS CHURCH, VA 22042

DC TREASURER
DC DEPARTMENT OF INSURANCE,
SECURITIES
AND BANKING
PO BOX 92660
WASHINGTON, DC 20090

DCG WORLDWIDE ENTERPRISES LLC
6112 N MESA STREET 6007
EL PASO, TX 79912

DCOSTA, RIYA
ADDRESS AVAILABLE UPON REQUEST

DCRUZ, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

DCSS - NEW CASTLE
ADDRESS UNAVAILABLE AT TIME OF FILING

DE ROSSI, SARA
ADDRESS AVAILABLE UPON REQUEST

DE AGUERO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DE ANDA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

DE ARMAS, LISA
ADDRESS AVAILABLE UPON REQUEST

DE AUGUSTINIS, AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

DE BACA, ELVA
ADDRESS AVAILABLE UPON REQUEST

DE BARROS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DE BELLEGARDE, PAUL MERY
ADDRESS AVAILABLE UPON REQUEST

DE BOER, JORDYN
ADDRESS AVAILABLE UPON REQUEST

DE BOLT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DE BRAUCOURT, HUGUES
ADDRESS AVAILABLE UPON REQUEST

DE BRUYN, MIKO
ADDRESS AVAILABLE UPON REQUEST

DE BRUYN, TARYN
ADDRESS AVAILABLE UPON REQUEST

DE CASTRO, DIANA
ADDRESS AVAILABLE UPON REQUEST

DE CASTRO, DIANA
ADDRESS AVAILABLE UPON REQUEST

DE CASTRO, ORDALITA
ADDRESS AVAILABLE UPON REQUEST

DE CASTRO, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

DE COCK, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DE COO, MINELLY
ADDRESS AVAILABLE UPON REQUEST

DE DIOS, JESENIA
ADDRESS AVAILABLE UPON REQUEST

DE DIOS, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DE FILIPPO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DE FREITAS, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

DE GENNARO, KAREN
ADDRESS AVAILABLE UPON REQUEST

DE GRACIA, EDGAR JOEL
ADDRESS AVAILABLE UPON REQUEST

DE GUZMAN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

DE HOYOS, MICAYLA
ADDRESS AVAILABLE UPON REQUEST

DE JESUS RIVERA, MIRIANDRA
ADDRESS AVAILABLE UPON REQUEST

DE JESUS VEGA, JEZIEL
ADDRESS AVAILABLE UPON REQUEST

DE JESUS, ANNA
ADDRESS AVAILABLE UPON REQUEST

DE JESUS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DE JESUS, ILEANA
ADDRESS AVAILABLE UPON REQUEST

DE JESUS, MARKUS
ADDRESS AVAILABLE UPON REQUEST

DE JESUS, PEDRO
ADDRESS AVAILABLE UPON REQUEST

DE JONG, LISA
ADDRESS AVAILABLE UPON REQUEST

DE JONGE, KAREN
ADDRESS AVAILABLE UPON REQUEST

DE KUYPER, MCKINNON
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, CANDICE
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, JAY
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, RICK
ADDRESS AVAILABLE UPON REQUEST

DE LA CRUZ, RON
ADDRESS AVAILABLE UPON REQUEST

DE LA FLOR, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

DE LA GARZA, HERMAN
ADDRESS AVAILABLE UPON REQUEST

DE LA GARZA, LETICIA
ADDRESS AVAILABLE UPON REQUEST

DE LA GUARDIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DE LA HOZ ZB116032, LUIS
ADDRESS AVAILABLE UPON REQUEST

DE LA HOZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

DE LA MATA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

DE LA NUEZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

DE LA PENA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DE LA PENA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, ANDY
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, CINTHIA
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, SARA
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DE LA ROSA, YOSMARY
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, ALVAR
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, ART
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, GALE F
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, MAYRET
ADDRESS AVAILABLE UPON REQUEST

DE LA TORRE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DE LA VEGA, JORDYN
ADDRESS AVAILABLE UPON REQUEST

DE LANGE, HERCULES
ADDRESS AVAILABLE UPON REQUEST

DE LAO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DE LAPOUYADE, BEAUJEAUX
ADDRESS AVAILABLE UPON REQUEST

DE LEO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DE LEON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DE LEON, CRISPINE
ADDRESS AVAILABLE UPON REQUEST

DE LEON, FELICIANO
ADDRESS AVAILABLE UPON REQUEST

DE LEON, GERRY
ADDRESS AVAILABLE UPON REQUEST

DE LEON, JENNA
ADDRESS AVAILABLE UPON REQUEST

DE LEON, KATHARINE AND LUIS
ADDRESS AVAILABLE UPON REQUEST

DE LEON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

DE LEON, PIA
ADDRESS AVAILABLE UPON REQUEST

DE LEON, ROCIO
ADDRESS AVAILABLE UPON REQUEST

DE LEON, ROXANA
ADDRESS AVAILABLE UPON REQUEST

DE LOACH, JEN
ADDRESS AVAILABLE UPON REQUEST

DE LORENZO, AMY
ADDRESS AVAILABLE UPON REQUEST

DE LOS ANGELES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DE LOS PINOS, ELISABET
ADDRESS AVAILABLE UPON REQUEST

DE LOS REYES MARES, REYES
ADDRESS AVAILABLE UPON REQUEST

DE LOS REYES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DE LOS REYES, MARICAR
ADDRESS AVAILABLE UPON REQUEST

DE LOS REYES, REYES
ADDRESS AVAILABLE UPON REQUEST

DE LOS REYES, VINCE
ADDRESS AVAILABLE UPON REQUEST

DE LOS SANTOS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DE LOS SANTOS, MICHAELANN
ADDRESS AVAILABLE UPON REQUEST

DE LOS SANTOS, VICKIANA
ADDRESS AVAILABLE UPON REQUEST

DE LUCA, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

DE LUNA CASTRO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

DE LUNA, ARI
ADDRESS AVAILABLE UPON REQUEST

DE LUNA, IVONN
ADDRESS AVAILABLE UPON REQUEST

DE LUNA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DE LUNA, KAREN
ADDRESS AVAILABLE UPON REQUEST

DE LUNA, RAMERY
ADDRESS AVAILABLE UPON REQUEST

DE MACEDO, ALEX
ADDRESS AVAILABLE UPON REQUEST

DE MARS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DE MENIL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DE MESA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DE MESA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DE MOLINA, NICK
ADDRESS AVAILABLE UPON REQUEST

DE MONTIS, MARCELA
ADDRESS AVAILABLE UPON REQUEST

DE MOURA, KRISHNA
ADDRESS AVAILABLE UPON REQUEST

DE NICOLO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DE NOBREGA, CARLA
ADDRESS AVAILABLE UPON REQUEST

DE OCAMPO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DE OLIVEIRA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DE OLIVEIRA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DE OLIVEIRA, JOHN
ADDRESS AVAILABLE UPON REQUEST

DE PALMA, KATIE
ADDRESS AVAILABLE UPON REQUEST

DE PALMA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DE PAZ, BIANCA
ADDRESS AVAILABLE UPON REQUEST

DE PEDRO, DENISE
ADDRESS AVAILABLE UPON REQUEST

DE PENA, MARIELA
ADDRESS AVAILABLE UPON REQUEST

DE PENA, MARIELA
ADDRESS AVAILABLE UPON REQUEST

DE POPE, JASON
ADDRESS AVAILABLE UPON REQUEST

DE QUESADA COVEY, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DE QUEVEDO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DE RAAD, NICK
ADDRESS AVAILABLE UPON REQUEST

DE RAAD, ZACK
ADDRESS AVAILABLE UPON REQUEST

DE RAISMES, JOHN
ADDRESS AVAILABLE UPON REQUEST

DE REDON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DE REGO, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DE RIVERA, MARICELA
ADDRESS AVAILABLE UPON REQUEST

DE ROJAS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DE RUYTER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

DE SANTIAGO, MIKKI
ADDRESS AVAILABLE UPON REQUEST

DE SIMONE, JENNA
ADDRESS AVAILABLE UPON REQUEST

DE SOSTOA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DE SOUSA, MARIA
ADDRESS AVAILABLE UPON REQUEST

DE SOUZA, ANNA
ADDRESS AVAILABLE UPON REQUEST

DE SOUZA, FABIANE
ADDRESS AVAILABLE UPON REQUEST

DE SOUZA, GRAZIELE
ADDRESS AVAILABLE UPON REQUEST

DE SOUZA, NAIARA
ADDRESS AVAILABLE UPON REQUEST

DE VARONA, YELANY
ADDRESS AVAILABLE UPON REQUEST

DE VASSAL, PAUL
ADDRESS AVAILABLE UPON REQUEST

DE VERA, LAURA
ADDRESS AVAILABLE UPON REQUEST

DE VRIES, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

DE WEIRDT, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

DE WULF, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DE ZEEUW, RUTH
ADDRESS AVAILABLE UPON REQUEST

DE ZUTTER, JAMES
ADDRESS AVAILABLE UPON REQUEST

DE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DE, CARINA
ADDRESS AVAILABLE UPON REQUEST

DE, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

DE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DE, JORDANA
ADDRESS AVAILABLE UPON REQUEST

DE, KATIE
ADDRESS AVAILABLE UPON REQUEST

DE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

DE, KYLE
ADDRESS AVAILABLE UPON REQUEST

DE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DE, MARIA
ADDRESS AVAILABLE UPON REQUEST

DE, MARIOM
ADDRESS AVAILABLE UPON REQUEST

DE, MARY
ADDRESS AVAILABLE UPON REQUEST

DE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DE, MONTRESSA
ADDRESS AVAILABLE UPON REQUEST

DE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DEA, COREY
ADDRESS AVAILABLE UPON REQUEST

DEACON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEACON, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

DEACONSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

DEADMAN, CHASE
ADDRESS AVAILABLE UPON REQUEST

DEADMON, ERIC
ADDRESS AVAILABLE UPON REQUEST

DEADMON, KELLY
ADDRESS AVAILABLE UPON REQUEST

DEADRICK, TARA
ADDRESS AVAILABLE UPON REQUEST

DEAFENBAUGH, LISA
ADDRESS AVAILABLE UPON REQUEST

DEAGEN INKSTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DEAGLE, APRIL
ADDRESS AVAILABLE UPON REQUEST

DEAHL, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DEAHN, ANDY
ADDRESS AVAILABLE UPON REQUEST

DEAK, ALEX
ADDRESS AVAILABLE UPON REQUEST

DEAKINS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DEAL NATION
3845 TENNYSON ST SUITE 140
DENVER, CO  80212

DEAL, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

DEAL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEAL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEAL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

DEAL, JEFF
ADDRESS AVAILABLE UPON REQUEST

DEAL, JOHN
ADDRESS AVAILABLE UPON REQUEST

DEAL, JUDY
ADDRESS AVAILABLE UPON REQUEST

DEAL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEAL, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

DEAL, TOBY
ADDRESS AVAILABLE UPON REQUEST

DEALBA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEALNEWS.COM INC.
203 GREENE ST. SE
HUNTSVILLE, AL  35801

DEALY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

DEALY, SIMON
ADDRESS AVAILABLE UPON REQUEST

DEAM, TAMMY
ADDRESS AVAILABLE UPON REQUEST

DEAN & DELUCA
ADDRESS UNAVAILABLE AT TIME OF FILING

DEAN CARLSON
ADDRESS AVAILABLE UPON REQUEST

DEAN GUILMETTE
ADDRESS AVAILABLE UPON REQUEST

DEAN HICKEY
ADDRESS AVAILABLE UPON REQUEST

DEAN HOWARD WAGNER
ADDRESS AVAILABLE UPON REQUEST

DEAN ROSE
ADDRESS AVAILABLE UPON REQUEST

DEAN SIMONTON
ADDRESS AVAILABLE UPON REQUEST

DEAN STREET TOWNHOUSLONDON
ADDRESS UNAVAILABLE AT TIME OF FILING

DEAN SWINDLE
ADDRESS AVAILABLE UPON REQUEST

DEAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DEAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DEAN, ANNA BLISS
ADDRESS AVAILABLE UPON REQUEST

DEAN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

DEAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DEAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEAN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHESTER
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DEAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DEAN, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

DEAN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

DEAN, DARNELL
ADDRESS AVAILABLE UPON REQUEST

DEAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

DEAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DEAN, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

DEAN, JESSE
ADDRESS AVAILABLE UPON REQUEST

DEAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

DEAN, JULIANA
ADDRESS AVAILABLE UPON REQUEST

DEAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DEAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DEAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DEAN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

DEAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DEAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEAN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

DEAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DEAN, ROGER
ADDRESS AVAILABLE UPON REQUEST

DEAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DEAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

DEAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DEAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DEAN, TARA
ADDRESS AVAILABLE UPON REQUEST

DEAN, TAUNA
ADDRESS AVAILABLE UPON REQUEST

DEAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DEAN, TODD
ADDRESS AVAILABLE UPON REQUEST

DEAN, TROY
ADDRESS AVAILABLE UPON REQUEST

DEANE CROMWELL, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

DEANE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DEANE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

DEANE, JEFF
ADDRESS AVAILABLE UPON REQUEST

DEANE, JENIFER
ADDRESS AVAILABLE UPON REQUEST

DEANE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DEANE, TARA
ADDRESS AVAILABLE UPON REQUEST

DEANER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, CHERI
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, DIANE
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, MAX
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DEANGELIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

DEANGELO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DEANGELO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DEANGELO, CAROL
ADDRESS AVAILABLE UPON REQUEST

DEANGELO, JESS
ADDRESS AVAILABLE UPON REQUEST

DEANGELO, JILL
ADDRESS AVAILABLE UPON REQUEST

DEANGELS, JUDY
ADDRESS AVAILABLE UPON REQUEST

DEAN-KNOTTS, MANDY
ADDRESS AVAILABLE UPON REQUEST

DEANNA AMONDSEN
ADDRESS AVAILABLE UPON REQUEST

DEANNA COLLINS
ADDRESS AVAILABLE UPON REQUEST

DEANNA D JONES
ADDRESS AVAILABLE UPON REQUEST

DEANNA SINITO
ADDRESS AVAILABLE UPON REQUEST

DEANNI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEANO, GRETA
ADDRESS AVAILABLE UPON REQUEST

DEANS, KYMBRE
ADDRESS AVAILABLE UPON REQUEST

DEANS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DEANTONIS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

DEAPPOLONIO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DEARAGON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DEARBORN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DEARCOS, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

DEARDEN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

DEARDEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEARDEN, SONJA
ADDRESS AVAILABLE UPON REQUEST

DEARDORFF, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DEARDORFF, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DEARIE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DEARING, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DEARING, DOMINICA
ADDRESS AVAILABLE UPON REQUEST

DEARING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEARINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEARMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEARMOND, IAN
ADDRESS AVAILABLE UPON REQUEST

DEARMOND, LISA
ADDRESS AVAILABLE UPON REQUEST

DEARMOND, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DEARSTYNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEAS, FAITH
ADDRESS AVAILABLE UPON REQUEST

DEAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEASON-LOONEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

DEASY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DEASY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

DEATHERAGE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEATHERAGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEATLEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DEATON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEATON, CHANEY
ADDRESS AVAILABLE UPON REQUEST

DEATON, MADLIN
ADDRESS AVAILABLE UPON REQUEST

DEATON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEATRICK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DEAVER, BETH
ADDRESS AVAILABLE UPON REQUEST

DEAVER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DEAVERS, SHAY
ADDRESS AVAILABLE UPON REQUEST

DEAVILA, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

DEB CONROY
ADDRESS AVAILABLE UPON REQUEST

DEB FAGAN
ADDRESS AVAILABLE UPON REQUEST

DEB HENDERSON
ADDRESS AVAILABLE UPON REQUEST

DEB, ROHINI
ADDRESS AVAILABLE UPON REQUEST

DEBACCO, KATRINA
ADDRESS AVAILABLE UPON REQUEST

DEBARBERIE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

DEBARTOLO, DEVYN
ADDRESS AVAILABLE UPON REQUEST

DEBARTOLO, JOE
ADDRESS AVAILABLE UPON REQUEST

DEBARY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DEBAZ, LENA
ADDRESS AVAILABLE UPON REQUEST

DEBBIE BEERS
ADDRESS AVAILABLE UPON REQUEST

DEBBIE GESSINGER
ADDRESS AVAILABLE UPON REQUEST

DEBBIE KOVETS
ADDRESS AVAILABLE UPON REQUEST

DEBBIE NARDOZZI
ADDRESS AVAILABLE UPON REQUEST

DEBBIE SCHUMACHER
ADDRESS AVAILABLE UPON REQUEST

DEBBIE TAYLOR, MAIL BOXES PLUS
ADDRESS AVAILABLE UPON REQUEST

DEBBIE, COTTERALL,
ADDRESS AVAILABLE UPON REQUEST

DEBBY S BROWN
ADDRESS AVAILABLE UPON REQUEST

DEBEAUMONT, RESA
ADDRESS AVAILABLE UPON REQUEST

DEBEE, ERICA
ADDRESS AVAILABLE UPON REQUEST

DEBELL, ALI
ADDRESS AVAILABLE UPON REQUEST

DEBELLA, SARA
ADDRESS AVAILABLE UPON REQUEST

DEBELLIS, DJ
ADDRESS AVAILABLE UPON REQUEST

DEBERARDINIS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEBERRY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DEBERRY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DEBERRY, TERRY
ADDRESS AVAILABLE UPON REQUEST

DEBERRY, TESS
ADDRESS AVAILABLE UPON REQUEST

DEBES, JODEE
ADDRESS AVAILABLE UPON REQUEST

DEBI LANPHEAR
ADDRESS AVAILABLE UPON REQUEST

DEBIAS, KEISHA
ADDRESS AVAILABLE UPON REQUEST

DEBICCARI, CAPRI
ADDRESS AVAILABLE UPON REQUEST

DEBIE, KARA
ADDRESS AVAILABLE UPON REQUEST

DEBLASI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEBLASI, NOAH
ADDRESS AVAILABLE UPON REQUEST

DEBLASIO, BETTA
ADDRESS AVAILABLE UPON REQUEST

DEBLASIO, IRIS
ADDRESS AVAILABLE UPON REQUEST

DEBLEENA DAS
ADDRESS AVAILABLE UPON REQUEST

DEBLOIS, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

DEBOALT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEBOARD, ANN
ADDRESS AVAILABLE UPON REQUEST

DEBOER, DLEENE
ADDRESS AVAILABLE UPON REQUEST

DEBOER, LUKE
ADDRESS AVAILABLE UPON REQUEST

DEBOLD, JON
ADDRESS AVAILABLE UPON REQUEST

DEBOLT, BLAIR
ADDRESS AVAILABLE UPON REQUEST

DEBOLT, MELISA
ADDRESS AVAILABLE UPON REQUEST

DEBONIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEBONIS, SARA
ADDRESS AVAILABLE UPON REQUEST

DEBONO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEBONO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DEBONO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEBONO, TARA
ADDRESS AVAILABLE UPON REQUEST

DEBONTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEBONVILLE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

DEBORA BALES
ADDRESS AVAILABLE UPON REQUEST

DEBORA FENDER
ADDRESS AVAILABLE UPON REQUEST

DEBORA GREENHOW
ADDRESS AVAILABLE UPON REQUEST

DEBORAH AYERS
ADDRESS AVAILABLE UPON REQUEST

DEBORAH BROWN
ADDRESS AVAILABLE UPON REQUEST

DEBORAH GARDNER
ADDRESS AVAILABLE UPON REQUEST

DEBORAH GOLDBERG
ADDRESS AVAILABLE UPON REQUEST

DEBORAH HICKS
ADDRESS AVAILABLE UPON REQUEST

DEBORAH J GEYER
ADDRESS AVAILABLE UPON REQUEST

DEBORAH JOHNSON
ADDRESS AVAILABLE UPON REQUEST

DEBORAH L GRISANTI
ADDRESS AVAILABLE UPON REQUEST

DEBORAH LEPERE
ADDRESS AVAILABLE UPON REQUEST

DEBORAH STANLEY
ADDRESS AVAILABLE UPON REQUEST

DEBORAH, PRICE,
ADDRESS AVAILABLE UPON REQUEST

DEBORD, AARON
ADDRESS AVAILABLE UPON REQUEST

DEBORD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DEBORD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEBOSE, KYLE
ADDRESS AVAILABLE UPON REQUEST

DEBOSIK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEBOUCK, GAETANA
ADDRESS AVAILABLE UPON REQUEST

DEBRA BEAN
ADDRESS AVAILABLE UPON REQUEST

DEBRA COLVIN
ADDRESS AVAILABLE UPON REQUEST

DEBRA GLENDENMEYER
ADDRESS AVAILABLE UPON REQUEST

DEBRA HILMERSON
ADDRESS AVAILABLE UPON REQUEST

DEBRA HOLTHAM
ADDRESS AVAILABLE UPON REQUEST

DEBRA JOYCE BAUMGARTNER
ADDRESS AVAILABLE UPON REQUEST

DEBRA KATCHEN
ADDRESS AVAILABLE UPON REQUEST

DEBRA KEITZER OUTLAW
ADDRESS AVAILABLE UPON REQUEST

DEBRA MORRISS
ADDRESS AVAILABLE UPON REQUEST

DEBRA STAPA
ADDRESS AVAILABLE UPON REQUEST

DEBRA STEPHENSON
ADDRESS AVAILABLE UPON REQUEST

DEBRAGGIO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEBROSSE, LEANNE
ADDRESS AVAILABLE UPON REQUEST

DEBRUYN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DEBURGOS-MILSTEAD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEBY HIRSCH
ADDRESS AVAILABLE UPON REQUEST

DEBYE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DEC, STACEY
ADDRESS AVAILABLE UPON REQUEST

DECALONGNE, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

DECAMP, MARK
ADDRESS AVAILABLE UPON REQUEST

DECAMPS, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

DECAPRIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DECARBO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DECARLI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DECARLO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DECARLO, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

DECARLO, LIZ
ADDRESS AVAILABLE UPON REQUEST

DECARLO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

DECARO, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DECAROLIS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DECAS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DECASPERIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

DECASTRO, JACOB
ADDRESS AVAILABLE UPON REQUEST

DECASTRO, LYNN
ADDRESS AVAILABLE UPON REQUEST

DECASTRO, MARI
ADDRESS AVAILABLE UPON REQUEST

DECAT, ALINE
ADDRESS AVAILABLE UPON REQUEST

DECATO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DECATUR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DECECCO, DAVE
ADDRESS AVAILABLE UPON REQUEST

DECECCO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DECELLES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DECERBO, CINDY
ADDRESS AVAILABLE UPON REQUEST

DECERBO, KADIE
ADDRESS AVAILABLE UPON REQUEST

DECESARE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DECESARE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DECESARO, EVA
ADDRESS AVAILABLE UPON REQUEST

DECEW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DECH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DECHAMBRE, BRETT
ADDRESS AVAILABLE UPON REQUEST

DECHEINE, AERIAL
ADDRESS AVAILABLE UPON REQUEST

DECHON, BREANA
ADDRESS AVAILABLE UPON REQUEST

DECICCIO, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DECIO, KEN
ADDRESS AVAILABLE UPON REQUEST

DECK, JON
ADDRESS AVAILABLE UPON REQUEST

DECK, SHELBY S
ADDRESS AVAILABLE UPON REQUEST

DECK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DECK, TARAH
ADDRESS AVAILABLE UPON REQUEST

DECKARD, AMY
ADDRESS AVAILABLE UPON REQUEST

DECKARD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DECKEL, MARY
ADDRESS AVAILABLE UPON REQUEST

DECKER, ALICE
ADDRESS AVAILABLE UPON REQUEST

DECKER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DECKER, CARMEN
ADDRESS AVAILABLE UPON REQUEST

DECKER, CAROL
ADDRESS AVAILABLE UPON REQUEST

DECKER, CAROL
ADDRESS AVAILABLE UPON REQUEST

DECKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DECKER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DECKER, DANCIA
ADDRESS AVAILABLE UPON REQUEST

DECKER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DECKER, EDNA
ADDRESS AVAILABLE UPON REQUEST

DECKER, ERIC
ADDRESS AVAILABLE UPON REQUEST

DECKER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DECKER, JARRON
ADDRESS AVAILABLE UPON REQUEST

DECKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DECKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DECKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DECKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DECKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DECKER, KIM
ADDRESS AVAILABLE UPON REQUEST

DECKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DECKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DECKER, LINNETTE
ADDRESS AVAILABLE UPON REQUEST

DECKER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DECKER, MEG
ADDRESS AVAILABLE UPON REQUEST

DECKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DECKER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

DECKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DECKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DECKER, SARA
ADDRESS AVAILABLE UPON REQUEST

DECKER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DECKER, TONI
ADDRESS AVAILABLE UPON REQUEST

DECKMAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

DECKOW, SHAINA
ADDRESS AVAILABLE UPON REQUEST

DECKY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DECLEENE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DECLERCK, DAVE
ADDRESS AVAILABLE UPON REQUEST

DECLERCK, KAREN
ADDRESS AVAILABLE UPON REQUEST

DECLERCQ, TINA
ADDRESS AVAILABLE UPON REQUEST

DECOLLI, STACEY
ADDRESS AVAILABLE UPON REQUEST

DECONGILIO, TRACI
ADDRESS AVAILABLE UPON REQUEST

DECOO, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

DECOOK, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

DECOOK, JANELLE
ADDRESS AVAILABLE UPON REQUEST

DECOOK, KEN
ADDRESS AVAILABLE UPON REQUEST

DECOSMO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DECOSSE, HELENE
ADDRESS AVAILABLE UPON REQUEST

DECOSTA, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

DECOSTA, SASKIYA
ADDRESS AVAILABLE UPON REQUEST

DECOSTANZO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DECOSTE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DECOSTER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DECOSTER, KERI
ADDRESS AVAILABLE UPON REQUEST

DECOTEAU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DECOU, KATIE
ADDRESS AVAILABLE UPON REQUEST

DECOURSEY, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DECOURSEY, KATHY
ADDRESS AVAILABLE UPON REQUEST

DECOURTE, TIESHIA
ADDRESS AVAILABLE UPON REQUEST

DECREM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DECRESCENZO, ALEK
ADDRESS AVAILABLE UPON REQUEST

DECRESCENZO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DECRISTO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DECRISTOFANO, NANCY
ADDRESS AVAILABLE UPON REQUEST

DECUFFA, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

DEDA, CHAD
ADDRESS AVAILABLE UPON REQUEST

DEDECKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEDELOW, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

DEDICATED MEDIA, INC.
P.O BOX 740273
LOS ANGELES, CA  90074-0273

DEDINSKY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEDMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

DEDOSHKA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DEDRICK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DEE DEVELOPMENTS LLC
791 BARNABY ST SE
WASHINGTON, DC  20032

DEE
ADDRESS AVAILABLE UPON REQUEST

DEE, ALISON
ADDRESS AVAILABLE UPON REQUEST

DEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DEE, KAREN (MOM)
ADDRESS AVAILABLE UPON REQUEST

DEE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DEE, PATTY
ADDRESS AVAILABLE UPON REQUEST

DEEB, BASIM
ADDRESS AVAILABLE UPON REQUEST

DEEB, MICHELE
ADDRESS AVAILABLE UPON REQUEST

DEEBLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DEECHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEEDE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

DEEDS, SHAYLEY
ADDRESS AVAILABLE UPON REQUEST

DEEGAN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DEEGAN, CORRI
ADDRESS AVAILABLE UPON REQUEST

DEEGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEEKEN, MARK A
ADDRESS AVAILABLE UPON REQUEST

DEEKLE, GLENNA
ADDRESS AVAILABLE UPON REQUEST

DEEL, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DEELY, JENNY
ADDRESS AVAILABLE UPON REQUEST

DEEMER, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

DEEN, ANA
ADDRESS AVAILABLE UPON REQUEST

DEENAGH GIJSBERS
ADDRESS AVAILABLE UPON REQUEST

DEENIHN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEEPA PARAMESH
ADDRESS AVAILABLE UPON REQUEST

DEEPAK BHALLA
ADDRESS AVAILABLE UPON REQUEST

DEEPAK KHETPAL
ADDRESS AVAILABLE UPON REQUEST

DEER USA INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

DEER, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEER, MALEENA
ADDRESS AVAILABLE UPON REQUEST

DEERING, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DEERY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DEERY, SHARON
ADDRESS AVAILABLE UPON REQUEST

DEES, BETH
ADDRESS AVAILABLE UPON REQUEST

DEES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DEES, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

DEESE, BENNA
ADDRESS AVAILABLE UPON REQUEST

DEESE, RENA
ADDRESS AVAILABLE UPON REQUEST

DEETS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DEFA, GINA
ADDRESS AVAILABLE UPON REQUEST

DEFALTAY, SAROLTA G
ADDRESS AVAILABLE UPON REQUEST

DEFANT, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEFANTI, JANNA
ADDRESS AVAILABLE UPON REQUEST

DEFATTE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DEFAZIO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DEFAZIO, JEFF
ADDRESS AVAILABLE UPON REQUEST

DEFEE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEFELICE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEFELICE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEFELICE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEFENBAUGH, DIRK
ADDRESS AVAILABLE UPON REQUEST

DEFEO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEFEO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DEFEO, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DEFEO, JERI
ADDRESS AVAILABLE UPON REQUEST

DEFEO, JOE
ADDRESS AVAILABLE UPON REQUEST

DEFEO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

DEFEO, MARK
ADDRESS AVAILABLE UPON REQUEST

DEFEO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DEFEVER, RYAN
ADDRESS AVAILABLE UPON REQUEST

DEFFENBAUGH, ANNA
ADDRESS AVAILABLE UPON REQUEST

DEFFENBAUGH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DEFFENBAUGH, HALEY
ADDRESS AVAILABLE UPON REQUEST

DEFFENBAUGH, LISA
ADDRESS AVAILABLE UPON REQUEST

DEFFLEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DEFFLEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

DEFILIPPIS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DEFILIPPO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEFILIPPO, LINDSY
ADDRESS AVAILABLE UPON REQUEST

DEFILIPPO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DEFILIPPO, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEFINA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DEFIORE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DEFLORIO, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEFLORIO, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

DEFOE, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

DEFOOR, TERRY
ADDRESS AVAILABLE UPON REQUEST

DEFORD, JESSALIN
ADDRESS AVAILABLE UPON REQUEST

DEFOREST, DIANE
ADDRESS AVAILABLE UPON REQUEST

DEFOREST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEFOREST, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEFOREST, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCHI, ELISSA
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCHI, NIC
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCHI, NIC
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCO, NOREEN
ADDRESS AVAILABLE UPON REQUEST

DEFRANCESCO, RHONDA
ADDRESS AVAILABLE UPON REQUEST

DEFRANCIS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DEFRANCISCI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DEFREES, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DEFREHN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEFREITAS, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEFRESSINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEFRIECE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEFURIA, TONI
ADDRESS AVAILABLE UPON REQUEST

DEFURIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEFUSCO, SHAINA
ADDRESS AVAILABLE UPON REQUEST

DEFY MEDIA, LLC
498 7TH AVENUE, 19TH FLOOR
NEW YORK, NY 10018

DEGARMO, NORMA
ADDRESS AVAILABLE UPON REQUEST

DEGARMO, RUSTY
ADDRESS AVAILABLE UPON REQUEST

DEGEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DEGELDERE, RYDELL
ADDRESS AVAILABLE UPON REQUEST

DEGELE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DEGEN, CARLY
ADDRESS AVAILABLE UPON REQUEST

DEGENHARDT, MAYCIE
ADDRESS AVAILABLE UPON REQUEST

DEGENHARDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEGENNARO, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DEGEORGE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DEGEORGE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DEGGENDORFER, JULIET
ADDRESS AVAILABLE UPON REQUEST

DEGHAND, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DEGHAND, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DEGLANE, RUTHMARIE
ADDRESS AVAILABLE UPON REQUEST

DEGLERIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

DEGLISE, JIVAN
ADDRESS AVAILABLE UPON REQUEST

DEGNAN, ANN
ADDRESS AVAILABLE UPON REQUEST

DEGNAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEGNAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DEGNAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEGNAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DEGNEAU, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DEGRACE, DONALD
ADDRESS AVAILABLE UPON REQUEST

DEGRACE, MONA
ADDRESS AVAILABLE UPON REQUEST

DEGRACIA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DEGRACIA, NOELIA
ADDRESS AVAILABLE UPON REQUEST

DEGRACIA, TRACY
ADDRESS AVAILABLE UPON REQUEST

DEGRADO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DEGRAFF, KERI
ADDRESS AVAILABLE UPON REQUEST

DEGRASSE, LANEY
ADDRESS AVAILABLE UPON REQUEST

DEGRAVE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DEGRAW, LIZ
ADDRESS AVAILABLE UPON REQUEST

DEGRAY, TARYN
ADDRESS AVAILABLE UPON REQUEST

DEGRAZIA, DORA
ADDRESS AVAILABLE UPON REQUEST

DEGRAZIA, FRANK
ADDRESS AVAILABLE UPON REQUEST

DEGRAZIA, PATTY
ADDRESS AVAILABLE UPON REQUEST

DEGRE, HENRI
ADDRESS AVAILABLE UPON REQUEST

DEGRE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEGREGORIO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEGREGORIO, JANELLE
ADDRESS AVAILABLE UPON REQUEST

DEGREGORIO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

DEGROAT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEGROAT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DEGROODT, GALEN
ADDRESS AVAILABLE UPON REQUEST

DEGROOT, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

DEGROOT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DEGROOT, KEELY
ADDRESS AVAILABLE UPON REQUEST

DEGROVE, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEGRUTTOLA, DELANIE
ADDRESS AVAILABLE UPON REQUEST

DEGRUY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DEGTYAREVA, YEKATERINA
ADDRESS AVAILABLE UPON REQUEST

DEGUIO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DEGUISTO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DEGULIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DEGUTIS, MADELYN
ADDRESS AVAILABLE UPON REQUEST

DEGUZMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEHAAI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEHAAN, ANITA
ADDRESS AVAILABLE UPON REQUEST

DEHAAN, KARLEE
ADDRESS AVAILABLE UPON REQUEST

DEHAARTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

DEHAAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEHARDER, SHINE
ADDRESS AVAILABLE UPON REQUEST

DEHART, DAVINA
ADDRESS AVAILABLE UPON REQUEST

DEHART, ISAAC
ADDRESS AVAILABLE UPON REQUEST

DEHART, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEHAVEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEHEER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DEHEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DEHERRERA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

DEHLBOM, ELYSE
ADDRESS AVAILABLE UPON REQUEST

DEHMLOW, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEHN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

DEHN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DEHNE, GARY
ADDRESS AVAILABLE UPON REQUEST

DEHNER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DEHNERT, LORI
ADDRESS AVAILABLE UPON REQUEST

DEHNING, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

DEHNKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEHOMBRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEHONNEY, DELINA
ADDRESS AVAILABLE UPON REQUEST

DEHOPE, TERESA
ADDRESS AVAILABLE UPON REQUEST

DEHOVITZ, HANA
ADDRESS AVAILABLE UPON REQUEST

DEIBEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEIBERT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DEIBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEIBLER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DEICHERT, KELLY
ADDRESS AVAILABLE UPON REQUEST

DEICHERT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEICHL, ERIC
ADDRESS AVAILABLE UPON REQUEST

DEICHMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEICHMEISTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEIGHAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DEIHL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DEIMEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEIN, FORREST
ADDRESS AVAILABLE UPON REQUEST

DEINERT, GARY
ADDRESS AVAILABLE UPON REQUEST

DEIR, CONSTANTINE
ADDRESS AVAILABLE UPON REQUEST

DEIRATANI, MONICA
ADDRESS AVAILABLE UPON REQUEST

DEIRDRE NELIS
ADDRESS AVAILABLE UPON REQUEST

DEIRDRE RAPPLE
ADDRESS AVAILABLE UPON REQUEST

DEISHER, OLYVIA JO
ADDRESS AVAILABLE UPON REQUEST

DEISSLER, MARY
ADDRESS AVAILABLE UPON REQUEST

DEITZ, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DEITZ, MARIE
ADDRESS AVAILABLE UPON REQUEST

DEITZ, MARVIN
ADDRESS AVAILABLE UPON REQUEST

DEITZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEITZ, RONI
ADDRESS AVAILABLE UPON REQUEST

DEITZ, SAM
ADDRESS AVAILABLE UPON REQUEST

DEITZZINGER, ALIX
ADDRESS AVAILABLE UPON REQUEST

DEIULIIS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DEJAGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEJAH WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

DEJAN NIKITOVIC
ADDRESS UNAVAILABLE AT TIME OF FILING

DEJANA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DEJANA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEJARNETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DEJEAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, AMBER
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, DESTINY
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, JOHANNY
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, JULI
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, LISA
ADDRESS AVAILABLE UPON REQUEST

DEJESUS, MITZI
ADDRESS AVAILABLE UPON REQUEST

DEJNAROWICZ, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

DEJOHN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DEJONG, AMY
ADDRESS AVAILABLE UPON REQUEST

DEJONG, BRITTNEE
ADDRESS AVAILABLE UPON REQUEST

DEJONG, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DEJONG, NICK
ADDRESS AVAILABLE UPON REQUEST

DEJONG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DEJONG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DEJORDY, LINDA
ADDRESS AVAILABLE UPON REQUEST

DEJOSEPH, JUDY
ADDRESS AVAILABLE UPON REQUEST

DEJOURNETTE, KEELAR
ADDRESS AVAILABLE UPON REQUEST

DEJOY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DEJOY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

DEJULIO, MARK
ADDRESS AVAILABLE UPON REQUEST

DEKAN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DEKAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEKAY, KATE
ADDRESS AVAILABLE UPON REQUEST

DEKIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEKOCK, CLAY
ADDRESS AVAILABLE UPON REQUEST

DEKONINCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEKONING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DEKOW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DEKREON, SUSIE
ADDRESS AVAILABLE UPON REQUEST

DEL BEN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DEL CARPIO, CESAR
ADDRESS AVAILABLE UPON REQUEST

DEL CASTILLO, MARCO
ADDRESS AVAILABLE UPON REQUEST

DEL CID, CARLA
ADDRESS AVAILABLE UPON REQUEST

DEL CORRAL, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

DEL CORRAL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEL FRATE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DEL GAUDIO, DAVIDE
ADDRESS AVAILABLE UPON REQUEST

DEL GAUDIO, HUMBERT
ADDRESS AVAILABLE UPON REQUEST

DEL GIACCO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

DEL GRECO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DEL GRECO, LORETTA
ADDRESS AVAILABLE UPON REQUEST

DEL GROSSO, EMILIA
ADDRESS AVAILABLE UPON REQUEST

DEL HIERRO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DEL MAURO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEL MONTE, JILL
ADDRESS AVAILABLE UPON REQUEST

DEL PESCHIO, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

DEL RE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DEL REAL, KAROL
ADDRESS AVAILABLE UPON REQUEST

DEL REY PARTY RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

DEL RINCON, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

DEL RIO VINEYARDS
52 N RIVER ROAD, PO BOX 906
GOLD HILL, OR  97525

DEL RIO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DEL RIO, CRIS
ADDRESS AVAILABLE UPON REQUEST

DEL RIO, LIDIA
ADDRESS AVAILABLE UPON REQUEST

DEL ROSSO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DEL SOL, NACHI LUZ
ADDRESS AVAILABLE UPON REQUEST

DEL TESTA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DEL TORO, LYLE
ADDRESS AVAILABLE UPON REQUEST

DEL VALLE, ADA
ADDRESS AVAILABLE UPON REQUEST

DEL VECCHIO, JANE
ADDRESS AVAILABLE UPON REQUEST

DEL VECCHIO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEL, ANALUISA
ADDRESS AVAILABLE UPON REQUEST

DEL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DEL, DENINE
ADDRESS AVAILABLE UPON REQUEST

DEL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEL, MARIA
ADDRESS AVAILABLE UPON REQUEST

DEL, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

DEL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DEL, VIENNA
ADDRESS AVAILABLE UPON REQUEST

DELA CRUZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELA CRUZ, HELEN
ADDRESS AVAILABLE UPON REQUEST

DELA CRUZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DELA PENA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DELA ROSA, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELA TORRE, VANIA
ADDRESS AVAILABLE UPON REQUEST

DELA, KELLY
ADDRESS AVAILABLE UPON REQUEST

DELA, VANNA
ADDRESS AVAILABLE UPON REQUEST

DELABAR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DELABAR, KATIE
ADDRESS AVAILABLE UPON REQUEST

DELABBIO, CAMILLO
ADDRESS AVAILABLE UPON REQUEST

DELA-CRUZ, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, PLOY
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, SONDRA
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, TERRI
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, WALKER
ADDRESS AVAILABLE UPON REQUEST

DELACRUZ, YESICA
ADDRESS AVAILABLE UPON REQUEST

DELAGARZA, SARAH
ADDRESS AVAILABLE UPON REQUEST

DELAGE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DELAGO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DELAHUNT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DELAINE MANSFIELD
ADDRESS AVAILABLE UPON REQUEST

DELALLA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DELAMATER, TYLER
ADDRESS AVAILABLE UPON REQUEST

DELAMONTAIGNE, KIM
ADDRESS AVAILABLE UPON REQUEST

DELANA, ALICE
ADDRESS AVAILABLE UPON REQUEST

DELANCY, PAUL
ADDRESS AVAILABLE UPON REQUEST

DELAND, LOUISA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, ALIDA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DELANEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELANEY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

DELANEY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DELANEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DELANEY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

DELANEY, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MARK
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MICEALA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MICHAEL F
ADDRESS AVAILABLE UPON REQUEST

DELANEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DELANEY, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, SHANNA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

DELANEY, TIM
ADDRESS AVAILABLE UPON REQUEST

DELANGE, EMMA
ADDRESS AVAILABLE UPON REQUEST

DELANGE, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

DELANO, ANNE
ADDRESS AVAILABLE UPON REQUEST

DELANO, JANELLE
ADDRESS AVAILABLE UPON REQUEST

DELANO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DELANO, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

DELANO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DELANOE, ARNAUD
ADDRESS AVAILABLE UPON REQUEST

DELANY, ALI
ADDRESS AVAILABLE UPON REQUEST

DELAP, JESS
ADDRESS AVAILABLE UPON REQUEST

DELAPP, CARLY
ADDRESS AVAILABLE UPON REQUEST

DELARIA, KARY
ADDRESS AVAILABLE UPON REQUEST

DELAROSA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DELAROSA, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DELASALLE, JACOB
ADDRESS AVAILABLE UPON REQUEST

DELASHMUTT, CASEY
ADDRESS AVAILABLE UPON REQUEST

DELASOS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DELATE, CHRISTINS
ADDRESS AVAILABLE UPON REQUEST

DELATORRE, MANUEL
ADDRESS AVAILABLE UPON REQUEST

DELAUNE, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

DELAURENZO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DELAVAL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DELAVALLADE, JALEESA
ADDRESS AVAILABLE UPON REQUEST

DELAVEGA, ELENA
ADDRESS AVAILABLE UPON REQUEST

DELAWARE DEPARTMENT OF JUSTICE
FRAUD & CONSUMER PROTECTION
CARVEL STATE BUILDING
820 N FRENCH ST 5TH FL
WILMINGTON, DE  19801

DELAWARE DEPARTMENT OF LABOR
4425 NORTH MARKET S
WILMINGTON, DE  19802

DELAWARE DIV OF CORP
ADDRESS UNAVAILABLE AT TIME OF FILING

DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN, DE  19947

DELAWARE DIVISION OF REVENUE
540 S DUPONT HIGHWAY
DOVER, DE  19901

DELAWARE DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON, DE  19801

DELAWARE INVESTOR PROTECTION UNIT
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET
5TH FLOOR
WILMINGTON, DE  19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY  13902-5509

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE  19904

DELAWARE, JUDY
ADDRESS AVAILABLE UPON REQUEST

DELAWTER, KATRINA
ADDRESS AVAILABLE UPON REQUEST

DELAY, CIERRA
ADDRESS AVAILABLE UPON REQUEST

DELAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DELAY, LEILANI
ADDRESS AVAILABLE UPON REQUEST

DELAZZER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DELBANCO, YVONNE
ADDRESS AVAILABLE UPON REQUEST

DELBERT L MYERS
ADDRESS AVAILABLE UPON REQUEST

DELBROCCO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DELBRUECK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DELBUONO, ALISHA
ADDRESS AVAILABLE UPON REQUEST

DELBURY, MARY CLAIR
ADDRESS AVAILABLE UPON REQUEST

DELCASINO, TERESA
ADDRESS AVAILABLE UPON REQUEST

DELCUORE, MISTY
ADDRESS AVAILABLE UPON REQUEST

DELCUZE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DELDOTTO, DANA
ADDRESS AVAILABLE UPON REQUEST

DELECCE, AMBER
ADDRESS AVAILABLE UPON REQUEST

DELEEDE, GAIL
ADDRESS AVAILABLE UPON REQUEST

DELELLIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DELEMOS, FAYE
ADDRESS AVAILABLE UPON REQUEST

DELENA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DELENA, SARAH
ADDRESS AVAILABLE UPON REQUEST

DELENCLOS, MARION
ADDRESS AVAILABLE UPON REQUEST

DELENIKOS, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

DELEO, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DELEON KNAPP, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

DELEON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DELEON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DELEON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DELEON, CARLOS
ADDRESS AVAILABLE UPON REQUEST

DELEON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DELEON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DELEON, LISA
ADDRESS AVAILABLE UPON REQUEST

DELEON, PERNILLE
ADDRESS AVAILABLE UPON REQUEST

DELEON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

DELEON, THELMA
ADDRESS AVAILABLE UPON REQUEST

DELEON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

DELERME, MAGDA
ADDRESS AVAILABLE UPON REQUEST

DELESSIO, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

DELESSIO, PJ
ADDRESS AVAILABLE UPON REQUEST

DELETE
ADDRESS AVAILABLE UPON REQUEST

DELETE
ADDRESS AVAILABLE UPON REQUEST

DELETE
ADDRESS AVAILABLE UPON REQUEST

DELEUW, KATIE
ADDRESS AVAILABLE UPON REQUEST

DELEVANTE, SERENA
ADDRESS AVAILABLE UPON REQUEST

DELFELD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DELFIN, BILLIE
ADDRESS AVAILABLE UPON REQUEST

DELFINA RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

DELFINO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DELFINO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DELFINO-SILVA, GABY
ADDRESS AVAILABLE UPON REQUEST

DELFRATTE, KATHY
ADDRESS AVAILABLE UPON REQUEST

DELFS, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

DELGADILLO, ALICE
ADDRESS AVAILABLE UPON REQUEST

DELGADILLO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, BREANA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, DIANA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DELGADO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DELGADO, JARED
ADDRESS AVAILABLE UPON REQUEST

DELGADO, JEANINE
ADDRESS AVAILABLE UPON REQUEST

DELGADO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DELGADO, JOELLE
ADDRESS AVAILABLE UPON REQUEST

DELGADO, JULIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, LARRY
ADDRESS AVAILABLE UPON REQUEST

DELGADO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DELGADO, LEANNA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, LISA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, MADISSON
ADDRESS AVAILABLE UPON REQUEST

DELGADO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

DELGADO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

DELGADO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DELGADO, OSWALDO ELIAS
ADDRESS AVAILABLE UPON REQUEST

DELGADO, RAYNE
ADDRESS AVAILABLE UPON REQUEST

DELGADO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DELGADO, YAMILE
ADDRESS AVAILABLE UPON REQUEST

DELGATTO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DELGAUDIO, STACY
ADDRESS AVAILABLE UPON REQUEST

DELGIUDICE, PENNY
ADDRESS AVAILABLE UPON REQUEST

DELGIUDICE, TERESA
ADDRESS AVAILABLE UPON REQUEST

DELGOBBO, KATE
ADDRESS AVAILABLE UPON REQUEST

DELGRECO, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DELGRECO, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

DELGROSSO, KATHY
ADDRESS AVAILABLE UPON REQUEST

DELGROSSO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DELGROSSO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DELI BOARD
ADDRESS UNAVAILABLE AT TIME OF FILING

DELIA, CECILIA
ADDRESS AVAILABLE UPON REQUEST

DELIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELIBERA, JOHN
ADDRESS AVAILABLE UPON REQUEST

DELIBERTO, NICK
ADDRESS AVAILABLE UPON REQUEST

DELICATO VINEYARDS
12001 S HWY 99
MANTECA, CA  95336-8499

DELICH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DELICIA KAMINS
ADDRESS AVAILABLE UPON REQUEST

DELICIOUS SPOON, THE
ADDRESS AVAILABLE UPON REQUEST

DELIGHTED INC
2555 PARK BOULEVARD SUITE 32
PALO ALTO, CA  94306

DELIGNY, ARMAND
ADDRESS AVAILABLE UPON REQUEST

DELIJANI, AFI
ADDRESS AVAILABLE UPON REQUEST

DELILAH WILSON
ADDRESS AVAILABLE UPON REQUEST

DELIMONT, LAUREL
ADDRESS AVAILABLE UPON REQUEST

DELIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

DELINE, MICHALA
ADDRESS AVAILABLE UPON REQUEST

DELIO, MARINA
ADDRESS AVAILABLE UPON REQUEST

DELIRA-BOSACKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DELISE, THERESA
ADDRESS AVAILABLE UPON REQUEST

DELISLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DELISLE, TINA
ADDRESS AVAILABLE UPON REQUEST

DELISO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DELISSIO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DELIUS, HERBY
ADDRESS AVAILABLE UPON REQUEST

DELIZ, TAINA
ADDRESS AVAILABLE UPON REQUEST

DELIZIO, CINDY
ADDRESS AVAILABLE UPON REQUEST

DELJUIDICE, CAROLEANN
ADDRESS AVAILABLE UPON REQUEST

DELK, AMY
ADDRESS AVAILABLE UPON REQUEST

DELL MARKETING LP
ONE DELL WAY, MS RR8-07
ROUND ROCK, TX  78682

DELL
ADDRESS UNAVAILABLE AT TIME OF FILING

DELL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DELL, TRISH
ADDRESS AVAILABLE UPON REQUEST

DELLA RATTA, TONI
ADDRESS AVAILABLE UPON REQUEST

DELLA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DELLACONA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DELLAFERA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DELLAFERA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DELLAGLIO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DELLAGUARDIA, KALI
ADDRESS AVAILABLE UPON REQUEST

DELLANNO, LISA
ADDRESS AVAILABLE UPON REQUEST

DELLAPENNA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELLAQUILA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DELLARATTA, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

DELLAVOLPE, SARA
ADDRESS AVAILABLE UPON REQUEST

DELLE BOVI, HOPE
ADDRESS AVAILABLE UPON REQUEST

DELLEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

DELLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

DELLERARIO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DELLERT, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

DELLESTATE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DELLI PAOLI, CARA
ADDRESS AVAILABLE UPON REQUEST

DELLINGER, CINDY
ADDRESS AVAILABLE UPON REQUEST

DELLINGER, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

DELLINGER, LORI
ADDRESS AVAILABLE UPON REQUEST

DELLINGER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DELLINGER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DELLITALIA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

DELLO STRITTO, JODIE
ADDRESS AVAILABLE UPON REQUEST

DELLOLIO, JENNA
ADDRESS AVAILABLE UPON REQUEST

DELLORO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DELLORUSSO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DELLOS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DELLOSTRITTO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DELLPLAIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DELMA GILL BAKER
ADDRESS AVAILABLE UPON REQUEST

DELMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DELMAR, ELPIDIA
ADDRESS AVAILABLE UPON REQUEST

DELMASTRO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DELMASTRO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DELMASTRO, TREVIANA
ADDRESS AVAILABLE UPON REQUEST

DELMONICO, HANK
ADDRESS AVAILABLE UPON REQUEST

DELMONICO, TOM
ADDRESS AVAILABLE UPON REQUEST

DELMONTE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DELMOTTE-MARION, JAY
ADDRESS AVAILABLE UPON REQUEST

DELOACH, ELYSA
ADDRESS AVAILABLE UPON REQUEST

DELOACH, LACEY
ADDRESS AVAILABLE UPON REQUEST

DELOACH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DELOACHE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELODOVICI, JASON
ADDRESS AVAILABLE UPON REQUEST

DELOERA, JERRY
ADDRESS AVAILABLE UPON REQUEST

DELONEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DELONEY, CURTIS
ADDRESS AVAILABLE UPON REQUEST

DELONEY, DELIGHT
ADDRESS AVAILABLE UPON REQUEST

DELONG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DELONG, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DELONG, LAURI
ADDRESS AVAILABLE UPON REQUEST

DELONG, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

DELONG, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DELONY, BEN
ADDRESS AVAILABLE UPON REQUEST

DELORENZI, IRENE
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, BRIANA
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, KACIE
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, TARA
ADDRESS AVAILABLE UPON REQUEST

DELORENZO, TIM
ADDRESS AVAILABLE UPON REQUEST

DELORES, BECKER,
ADDRESS AVAILABLE UPON REQUEST

DELOREY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DELORGE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELORIEA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DELORM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DELORME, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DELORME, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DELOSADA, JACOB
ADDRESS AVAILABLE UPON REQUEST

DELOSH, LEANNE
ADDRESS AVAILABLE UPON REQUEST

DELOSREYES, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

DELOSREYES, TEODORA
ADDRESS AVAILABLE UPON REQUEST

DELOSSANTO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DELOSSANTOS, DESS
ADDRESS AVAILABLE UPON REQUEST

DELOSSANTOS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

DELOUISE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DELOUISE, ROSE
ADDRESS AVAILABLE UPON REQUEST

DELOZIER, RITA
ADDRESS AVAILABLE UPON REQUEST

DELP, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DELP, DAVID NYCE
ADDRESS AVAILABLE UPON REQUEST

DELP, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

DELPECH, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

DELPH, HAROLD
ADDRESS AVAILABLE UPON REQUEST

DELPH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DELPHIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELPO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DELPP, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

DELPRETE, DIANNA
ADDRESS AVAILABLE UPON REQUEST

DELSALTO, JENNY
ADDRESS AVAILABLE UPON REQUEST

DELSANTO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DELSENER, MARY
ADDRESS AVAILABLE UPON REQUEST

DELSIGNORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DELSORDO, MORIAH
ADDRESS AVAILABLE UPON REQUEST

DELTA AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

DELTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DELTUFO, PEG
ADDRESS AVAILABLE UPON REQUEST

DELUCA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DELUCA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DELUCA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, DALTON
ADDRESS AVAILABLE UPON REQUEST

DELUCA, DAYNA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, DIANE
ADDRESS AVAILABLE UPON REQUEST

DELUCA, DOUG
ADDRESS AVAILABLE UPON REQUEST

DELUCA, ELENA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

DELUCA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DELUCA, LAURA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, LAURA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, LUANN
ADDRESS AVAILABLE UPON REQUEST

DELUCA, MARIA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DELUCA, MYRA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, ONEIDA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, REGINA
ADDRESS AVAILABLE UPON REQUEST

DELUCA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DELUCCIA, JIM
ADDRESS AVAILABLE UPON REQUEST

DELUCIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DELUCIA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DELUGO, JESS
ADDRESS AVAILABLE UPON REQUEST

DELUISE, JAN
ADDRESS AVAILABLE UPON REQUEST

DELUNA, JOSIE
ADDRESS AVAILABLE UPON REQUEST

DELUZIO, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

DELUZIO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DELVA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DELVALLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

DELVECCHIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DELVECCHIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DELVECCHIO, PHILIP
ADDRESS AVAILABLE UPON REQUEST

DELVECCHIO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

DELVOIS, MARCOH
ADDRESS AVAILABLE UPON REQUEST

DELY, JULIANA
ADDRESS AVAILABLE UPON REQUEST

DELYN RAMEY
ADDRESS AVAILABLE UPON REQUEST

DELZELL, JODY
ADDRESS AVAILABLE UPON REQUEST

DELZER, RON
ADDRESS AVAILABLE UPON REQUEST

DELZOTTO, JOE
ADDRESS AVAILABLE UPON REQUEST

DEMACOPOULOS, ZOE
ADDRESS AVAILABLE UPON REQUEST

DEMAIO, RAY AND MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEMANSS, ATHENA
ADDRESS AVAILABLE UPON REQUEST

DEMAR JACKSON
ADDRESS AVAILABLE UPON REQUEST

DEMAR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DEMAR, AMELIA
ADDRESS AVAILABLE UPON REQUEST

DEMARAIS, JAYMON
ADDRESS AVAILABLE UPON REQUEST

DEMARCE, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

DEMARCHE, HEATHER & BURT
ADDRESS AVAILABLE UPON REQUEST

DEMARCHENA, JULIE
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, KARA
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, KAT
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, OLIVIA PAIGE
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DEMARCO, SHARA
ADDRESS AVAILABLE UPON REQUEST

DEMAREST, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DEMAREST, JESS
ADDRESS AVAILABLE UPON REQUEST

DEMAREST, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

DEMARET, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DEMARET, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEMARI, SUE
ADDRESS AVAILABLE UPON REQUEST

DEMARIA, WENDY
ADDRESS AVAILABLE UPON REQUEST

DEMARS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DEMARS, DAUNDRE
ADDRESS AVAILABLE UPON REQUEST

DEMARS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEMARS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

DEMARTELLY, TORY
ADDRESS AVAILABLE UPON REQUEST

DEMARTINI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DEMARTINI, JAN
ADDRESS AVAILABLE UPON REQUEST

DEMARTINO, DANA
ADDRESS AVAILABLE UPON REQUEST

DEMARTINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEMARZI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DEMARZI, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DEMARZO, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DEMAS, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

DEMAS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DEMASI, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

DEMATTEO, AMBER
ADDRESS AVAILABLE UPON REQUEST

DEMATTEO, DARA
ADDRESS AVAILABLE UPON REQUEST

DEMBECK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DEMBY, MOM
ADDRESS AVAILABLE UPON REQUEST

DEMEESTER, JAIME
ADDRESS AVAILABLE UPON REQUEST

DEMEIS, WALTER
ADDRESS AVAILABLE UPON REQUEST

DEMEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEMELLO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DEMELO, KELSY
ADDRESS AVAILABLE UPON REQUEST

DEMENDONCA, MAHLY
ADDRESS AVAILABLE UPON REQUEST

DEMENT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DEMENT, KATY
ADDRESS AVAILABLE UPON REQUEST

DEMEO, LUCY
ADDRESS AVAILABLE UPON REQUEST

DEMERCY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DEMEROUKAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEMERS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

DEMERS, DARCY
ADDRESS AVAILABLE UPON REQUEST

DEMERS, GEERA
ADDRESS AVAILABLE UPON REQUEST

DEMERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DEMERS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DEMERS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DEMERS, MINDY
ADDRESS AVAILABLE UPON REQUEST

DEMERS, SHERRY
ADDRESS AVAILABLE UPON REQUEST

DEMESTIHAS, ALI
ADDRESS AVAILABLE UPON REQUEST

DEMETER ASSOCIATION, INC.
11933 W. BURLEIGH STREET
MILWAUKEE, WI  53222

DEMETER ASSOCIATION, INC.
PO BOX 1390
PHILOMATH, OR  97370-1390

DEMETER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

DEMETER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DEMETER, SIMONA
ADDRESS AVAILABLE UPON REQUEST

DEMETOR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DEMETRIADES, ELENI
ADDRESS AVAILABLE UPON REQUEST

DEMETRIOU, LISA
ADDRESS AVAILABLE UPON REQUEST

DEMETRIUS DOZIER
ADDRESS AVAILABLE UPON REQUEST

DEMETRIUS SAJOUS-BRADY
ADDRESS AVAILABLE UPON REQUEST

DEMETRO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

DEMETROFF, BRANDY
ADDRESS AVAILABLE UPON REQUEST

DEMETZ, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

DEMGEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DEMIAN SCOTT VAUGHS
ADDRESS AVAILABLE UPON REQUEST

DEMICHAEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

DEMIDOW, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DEMILLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEMING, ELTON
ADDRESS AVAILABLE UPON REQUEST

DEMING, KATE
ADDRESS AVAILABLE UPON REQUEST

DEMING, WENDY
ADDRESS AVAILABLE UPON REQUEST

DEMINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEMIRJIAN, JENIKA
ADDRESS AVAILABLE UPON REQUEST

DEMKE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEMKO, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

DEMKO, ALEK
ADDRESS AVAILABLE UPON REQUEST

DEMKO, LISA
ADDRESS AVAILABLE UPON REQUEST

DEMKO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DEMKOWICZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEMM, ANNE
ADDRESS AVAILABLE UPON REQUEST

DEMMA, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DEMMI, STACEY
ADDRESS AVAILABLE UPON REQUEST

DEMMIN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DEMMONS, ALESSANDRA & PATRICK
ADDRESS AVAILABLE UPON REQUEST

DEMMY, TARA
ADDRESS AVAILABLE UPON REQUEST

DEMNATI, SALIM
ADDRESS AVAILABLE UPON REQUEST

DEMNEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEMONS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DEMONTE, DAMIANO
ADDRESS AVAILABLE UPON REQUEST

DEMONTE, HELENE
ADDRESS AVAILABLE UPON REQUEST

DEMONTE, KATIE
ADDRESS AVAILABLE UPON REQUEST

DEMONTE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

DEMONTMORENCY, NAOMI
ADDRESS AVAILABLE UPON REQUEST

DEMOREST, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DEMOREST, SHANDA
ADDRESS AVAILABLE UPON REQUEST

DEMOSS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEMOTT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DEMOTT, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

DEMOTT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DEMOVILLE, CAROL
ADDRESS AVAILABLE UPON REQUEST

DEMOYA, LOURDES
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, EVAN
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, FINA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, LEO
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, LISA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, MANDY
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, MARK J.
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DEMPSEY, SUMMER
ADDRESS AVAILABLE UPON REQUEST

DEMPSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DEMPTON, ANNA
ADDRESS AVAILABLE UPON REQUEST

DEMPZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DEMRO, JEAN
ADDRESS AVAILABLE UPON REQUEST

DEMSKO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEMULIER, VALERIE-ANNE
ADDRESS AVAILABLE UPON REQUEST

DEMURO, COREY
ADDRESS AVAILABLE UPON REQUEST

DEMURO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DEMUTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DEMUTH, RYAN
ADDRESS AVAILABLE UPON REQUEST

DEMUYNCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEMYAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEN HERDER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DEN HERDER, JENELLE
ADDRESS AVAILABLE UPON REQUEST

DENAPLES, LISA
ADDRESS AVAILABLE UPON REQUEST

DENAPOLI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DENAPOLI, NICK
ADDRESS AVAILABLE UPON REQUEST

DENAPOLI, VAL
ADDRESS AVAILABLE UPON REQUEST

DENARDIS, RICK
ADDRESS AVAILABLE UPON REQUEST

DENARDO, ANN
ADDRESS AVAILABLE UPON REQUEST

DENARO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DENAXAS, MARGOT
ADDRESS AVAILABLE UPON REQUEST

DENBOER, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

DENCH, KACIA
ADDRESS AVAILABLE UPON REQUEST

DENEAU, THERESA
ADDRESS AVAILABLE UPON REQUEST

DENECOCHEA, REGINA
ADDRESS AVAILABLE UPON REQUEST

DENEGRI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DENERO, KATIE
ADDRESS AVAILABLE UPON REQUEST

DENEWETH, BLAKE
ADDRESS AVAILABLE UPON REQUEST

DENEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

DENG, AIWEI
ADDRESS AVAILABLE UPON REQUEST

DENG, HUIQI
ADDRESS AVAILABLE UPON REQUEST

DENG, JIAYI
ADDRESS AVAILABLE UPON REQUEST

DENG, YANA
ADDRESS AVAILABLE UPON REQUEST

DENG, YUNMENG
ADDRESS AVAILABLE UPON REQUEST

DENGAH, FARAH
ADDRESS AVAILABLE UPON REQUEST

DENGEL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DENGLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DENGLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

DENGLER, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

DENHAM, ANNA
ADDRESS AVAILABLE UPON REQUEST

DENHAM, BRIENNA
ADDRESS AVAILABLE UPON REQUEST

DENHAM, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

DENHAM, LIZ
ADDRESS AVAILABLE UPON REQUEST

DENHAM, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DENHOED, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DENHOFF, JULIA
ADDRESS AVAILABLE UPON REQUEST

DENHOLM, MASON
ADDRESS AVAILABLE UPON REQUEST

DENHOLM, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DENICOLA, PATTY
ADDRESS AVAILABLE UPON REQUEST

DENIRO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DENIRO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DENIS, ADRIANN
ADDRESS AVAILABLE UPON REQUEST

DENIS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

DENIS, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

DENIS, LYNN
ADDRESS AVAILABLE UPON REQUEST

DENISE ARRUDA
ADDRESS AVAILABLE UPON REQUEST

DENISE DAY
ADDRESS AVAILABLE UPON REQUEST

DENISE DIANE GOODING
ADDRESS AVAILABLE UPON REQUEST

DENISE GABRIELE
ADDRESS AVAILABLE UPON REQUEST

DENISE SACHECK
ADDRESS AVAILABLE UPON REQUEST

DENISE STURDIVANT (V)
ELEGANT WINES AND SPIRITS LLC
5994 S. HOLLY ST
GREENWOOD VILLAGE, CO  80111

DENISE WOODS
ADDRESS AVAILABLE UPON REQUEST

DENISE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DENISENKO, DMITRY
ADDRESS AVAILABLE UPON REQUEST

DENISON, AMY
ADDRESS AVAILABLE UPON REQUEST

DENISON, ASHLY
ADDRESS AVAILABLE UPON REQUEST

DENISON, ASTRID
ADDRESS AVAILABLE UPON REQUEST

DENISON, LEAH
ADDRESS AVAILABLE UPON REQUEST

DENISON, RILEY
ADDRESS AVAILABLE UPON REQUEST

DENISON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DENISOVA, KSENIIA
ADDRESS AVAILABLE UPON REQUEST

DENIZAC, IVAN
ADDRESS AVAILABLE UPON REQUEST

DENKE, ABIASSI
ADDRESS AVAILABLE UPON REQUEST

DENKER, JESSY
ADDRESS AVAILABLE UPON REQUEST

DENKIN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

DENKIN, ROSS
ADDRESS AVAILABLE UPON REQUEST

DENLINGER, CORINNE K
ADDRESS AVAILABLE UPON REQUEST

DENLINGER, JONALYN
ADDRESS AVAILABLE UPON REQUEST

DENMAN, BRIANA
ADDRESS AVAILABLE UPON REQUEST

DENMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DENMARK, ALLEY
ADDRESS AVAILABLE UPON REQUEST

DENMARK, AYANNA
ADDRESS AVAILABLE UPON REQUEST

DENMARK, LISA
ADDRESS AVAILABLE UPON REQUEST

DENNARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DENNARD-TURNER, MARY
ADDRESS AVAILABLE UPON REQUEST

DENNEHY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DENNEHY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DENNEHY, KC
ADDRESS AVAILABLE UPON REQUEST

DENNELL, KADY
ADDRESS AVAILABLE UPON REQUEST

DENNEN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DENNER, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

DENNESE DEVESA
ADDRESS AVAILABLE UPON REQUEST

DENNETT, TONYA
ADDRESS AVAILABLE UPON REQUEST

DENNEWITZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

DENNEY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DENNEY, CHANTELL
ADDRESS AVAILABLE UPON REQUEST

DENNEY, DEBORA
ADDRESS AVAILABLE UPON REQUEST

DENNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DENNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DENNEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DENNEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DENNEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DENNEY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DENNIE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DENNIE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DENNIES, COREY
ADDRESS AVAILABLE UPON REQUEST

DENNIG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DENNIG, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DENNIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DENNING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DENNING, EVA
ADDRESS AVAILABLE UPON REQUEST

DENNING, JILL
ADDRESS AVAILABLE UPON REQUEST

DENNING, KORI
ADDRESS AVAILABLE UPON REQUEST

DENNING, MARIE
ADDRESS AVAILABLE UPON REQUEST

DENNING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DENNINGTON, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DENNINGTON, NINA
ADDRESS AVAILABLE UPON REQUEST

DENNINGTON, TARA
ADDRESS AVAILABLE UPON REQUEST

DENNIS ALAN HARRIS
ADDRESS AVAILABLE UPON REQUEST

DENNIS B PHELPS JR REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

DENNIS BATES EMORY
ADDRESS AVAILABLE UPON REQUEST

DENNIS BAUM
ADDRESS AVAILABLE UPON REQUEST

DENNIS E REINKING
ADDRESS AVAILABLE UPON REQUEST

DENNIS EDWARD STUCKE
ADDRESS AVAILABLE UPON REQUEST

DENNIS FRAZIER
ADDRESS AVAILABLE UPON REQUEST

DENNIS HARMS
ADDRESS AVAILABLE UPON REQUEST

DENNIS HEALY
ADDRESS AVAILABLE UPON REQUEST

DENNIS JAMES FORWARD
ADDRESS AVAILABLE UPON REQUEST

DENNIS KAUFFMAN
ADDRESS AVAILABLE UPON REQUEST

DENNIS L ECKARD
ADDRESS AVAILABLE UPON REQUEST

DENNIS MAREK JR
ADDRESS AVAILABLE UPON REQUEST

DENNIS MICHAEL WELLS
ADDRESS AVAILABLE UPON REQUEST

DENNIS MICHAEL WELLS
ADDRESS AVAILABLE UPON REQUEST

DENNIS R ORLOV
ADDRESS AVAILABLE UPON REQUEST

DENNIS PHELPS
ADDRESS AVAILABLE UPON REQUEST

DENNIS REY PENA
ADDRESS AVAILABLE UPON REQUEST

DENNIS RICHARDS
ADDRESS AVAILABLE UPON REQUEST

DENNIS TATSUO MASAKI
ADDRESS AVAILABLE UPON REQUEST

DENNIS TSUGIO TANAKA
ADDRESS AVAILABLE UPON REQUEST

DENNIS
ADDRESS AVAILABLE UPON REQUEST

DENNIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

DENNIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

DENNIS, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

DENNIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DENNIS, BREYANNA
ADDRESS AVAILABLE UPON REQUEST

DENNIS, CHELSI
ADDRESS AVAILABLE UPON REQUEST

DENNIS, CINDY
ADDRESS AVAILABLE UPON REQUEST

DENNIS, COLTON
ADDRESS AVAILABLE UPON REQUEST

DENNIS, COOPER
ADDRESS AVAILABLE UPON REQUEST

DENNIS, HELEN
ADDRESS AVAILABLE UPON REQUEST

DENNIS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

DENNIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DENNIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DENNIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DENNIS, LEROY
ADDRESS AVAILABLE UPON REQUEST

DENNIS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MARQUIS
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DENNIS, MIKE
ADDRESS AVAILABLE UPON REQUEST

DENNIS, NAJJEMBA
ADDRESS AVAILABLE UPON REQUEST

DENNIS, NICK
ADDRESS AVAILABLE UPON REQUEST

DENNIS, NICK
ADDRESS AVAILABLE UPON REQUEST

DENNIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

DENNIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DENNIS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DENNISON, AMBER
ADDRESS AVAILABLE UPON REQUEST

DENNISON, ANGI
ADDRESS AVAILABLE UPON REQUEST

DENNISON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DENNISON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DENNISON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DENNISON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DENNISON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DENNISON, VENUS
ADDRESS AVAILABLE UPON REQUEST

DENNISS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DENNISTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

DENNO, BASSAM
ADDRESS AVAILABLE UPON REQUEST

DENNO, JOE
ADDRESS AVAILABLE UPON REQUEST

DENNO, WISAM
ADDRESS AVAILABLE UPON REQUEST

DENNY, ALISON
ADDRESS AVAILABLE UPON REQUEST

DENNY, DEBBY
ADDRESS AVAILABLE UPON REQUEST

DENNY, DEVIN
ADDRESS AVAILABLE UPON REQUEST

DENNY, JANET
ADDRESS AVAILABLE UPON REQUEST

DENNY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DENNY, LOUISE
ADDRESS AVAILABLE UPON REQUEST

DENNY, LYNN
ADDRESS AVAILABLE UPON REQUEST

DENNY, RY
ADDRESS AVAILABLE UPON REQUEST

DENNYS HERMAN
ADDRESS AVAILABLE UPON REQUEST

DENO, JENA
ADDRESS AVAILABLE UPON REQUEST

DENO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DENOFRIO, CASEY
ADDRESS AVAILABLE UPON REQUEST

DENOFRIO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

DENOMA, EMILY
ADDRESS AVAILABLE UPON REQUEST

DENOME, NOELLE
ADDRESS AVAILABLE UPON REQUEST

DENOVILLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DENOWSKI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DENSBERGER, TERRY
ADDRESS AVAILABLE UPON REQUEST

DENSING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DENSMORE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DENSMORE, MENDEN
ADDRESS AVAILABLE UPON REQUEST

DENSON, HANNA
ADDRESS AVAILABLE UPON REQUEST

DENSON, JERRI
ADDRESS AVAILABLE UPON REQUEST

DENSON, SUE
ADDRESS AVAILABLE UPON REQUEST

DENT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DENT, CYANN
ADDRESS AVAILABLE UPON REQUEST

DENT, DENISE
ADDRESS AVAILABLE UPON REQUEST

DENT, ELI
ADDRESS AVAILABLE UPON REQUEST

DENT, LAURA
ADDRESS AVAILABLE UPON REQUEST

DENT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DENT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DENTINGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DENTLEY, EVAN
ADDRESS AVAILABLE UPON REQUEST

DENTON REAL ESTATE COMPANY INC 401K
PSP
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA  90404

DENTON, ANNA
ADDRESS AVAILABLE UPON REQUEST

DENTON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DENTON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DENTON, FAWN
ADDRESS AVAILABLE UPON REQUEST

DENTON, HALEY
ADDRESS AVAILABLE UPON REQUEST

DENTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DENTON, JULIE
ADDRESS AVAILABLE UPON REQUEST

DENTON, JULIENNA
ADDRESS AVAILABLE UPON REQUEST

DENTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

DENTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DENTON, MADISON
ADDRESS AVAILABLE UPON REQUEST

DENTON, MARK
ADDRESS AVAILABLE UPON REQUEST

DENTON, TESSA
ADDRESS AVAILABLE UPON REQUEST

DENU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DENUNZIO, ALEX
ADDRESS AVAILABLE UPON REQUEST

DENUZZIO, DANIELA
ADDRESS AVAILABLE UPON REQUEST

DENVER GAY PROFESSIONALS
ADDRESS UNAVAILABLE AT TIME OF FILING

DENVER PAUL
ADDRESS AVAILABLE UPON REQUEST

DENVER, LEANNA
ADDRESS AVAILABLE UPON REQUEST

DENYER, POPPY
ADDRESS AVAILABLE UPON REQUEST

DENYS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

DENZER, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

DENZER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DENZIL MENEZES 401K PSP
326 PARKWOOD LN
COPPELL, TX 75019

DENZINGER, JULEE
ADDRESS AVAILABLE UPON REQUEST

DEO, CRISI
ADDRESS AVAILABLE UPON REQUEST

DEODHAR, ABHISHEK
ADDRESS AVAILABLE UPON REQUEST

DEOGRACIAS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEOLIVEIRA, JAYME
ADDRESS AVAILABLE UPON REQUEST

DEOLIVEIRA, SHELLY
ADDRESS AVAILABLE UPON REQUEST

DEORTENTIIS, PETER
ADDRESS AVAILABLE UPON REQUEST

DEOT, BALJIT
ADDRESS AVAILABLE UPON REQUEST

DEPACE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEPADOVA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DEPAGNIER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DEPALLO, MIA
ADDRESS AVAILABLE UPON REQUEST

DEPALMA, SHEENA
ADDRESS AVAILABLE UPON REQUEST

DEPANICIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DEPAOLA, JESS
ADDRESS AVAILABLE UPON REQUEST

DEPAOLI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEPAOLO, MONICA
ADDRESS AVAILABLE UPON REQUEST

DEPARTMENT OF ALCOHOLIC BEVERAGE
CONTROL (UTAH)
1625 SOUTH 900 WEST
SALT LAKE CITY, UT  84104

DEPARTMENT OF BUSINESS REGULATION
SECURITIES DIVISION
1511 PONTIAC AVENUE
CRANSTON, RI  02920

DEPARTMENT OF FOOD & AGRICULTURE
MARKET ENFORCEMENT BRANCH STATE OF
CALIFORNIA
1220 N STREET, SACRAMENTO ROOM 140
SACRAMENTO, CA  95814

DEPARTMENT OF FOOD AND AGRICULTURE
DIVISION OF MARKETING SERVICES,
AGRICULTURAL
STATISTICS BRANCH
650 CAPITOL MALL, SUITE 6-100
SACRAMENTO, CA  95814

DEPARTMENT OF HOMELAND SECURITY
BUREAU OF CUSTOMS AND BORDER
PROTECTION
6650 TELECOM DRIVE
INDIANAPOLIS, IN  46278

DEPARTMENT OF LIQUOR CONTROL
COUNTY OF HAWAII
EAST HAWAI'I, DIRECTOR: GERALD TAKASE
HILO LAGOON CENTER,
HILO, HI  96720

DEPARTMENT OF LIQUOR CONTROL
COUNTY OF HAWAII
WEST HAWAI'I, , DIRECTOR: GERALD
TAKASE,
75-5706 KUAKINI HIGHWAY, SUITE 103 & 107
(CONFERENCE ROOM)
101 AUPUNI STREET, SUITE 230
KAILUA-KONA, HI  96740

DEPARTMENT OF LIQUOR CONTROL
COUNTY OF KAUAI
LEO SANDOVAL DIRECTOR DEPARTMENT
OF LIQUOR CONTROL LIHUE CIVIC CENTER
MOIKEHA BUILDING
4444 RICE STREET, SUITE 120
LIHUE, KAUAI, HI  96766

DEPARTMENT OF LIQUOR CONTROL
110 ALA'IHI STREET ROOM 212
KAHULUI, HI  96732

DEPARTMENT OF LIQUOR LICENSES AND
CONTROL
800 WEST WASHINGTON
FIFTH FLOOR PHOENIX, AZ  85007

DEPARTMENT OF REVENUE SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

DEPARTMENT OF THE SECRETARY OF
STATE
DIVISION OF CORPORATIONS, UCC AND
COMMISSIONS
101 STATE HOUSE STATION
AUGUSTA, ME  04333-0101

DEPASQUALE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DEPASQUALE, MARGIE
ADDRESS AVAILABLE UPON REQUEST

DEPASQUALE, MARY
ADDRESS AVAILABLE UPON REQUEST

DEPASQUALE, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEPASS, JAY
ADDRESS AVAILABLE UPON REQUEST

DEPATIE, DAVID
ADDRESS AVAILABLE UPON REQUEST

DEPATIE, TRINITY
ADDRESS AVAILABLE UPON REQUEST

DEPAUL, GAVIN
ADDRESS AVAILABLE UPON REQUEST

DEPAUL, SARA
ADDRESS AVAILABLE UPON REQUEST

DEPCZYNSKI, CARA
ADDRESS AVAILABLE UPON REQUEST

DEPEDRO, DINA
ADDRESS AVAILABLE UPON REQUEST

DEPELTEAU, SHARON
ADDRESS AVAILABLE UPON REQUEST

DEPENA, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DEPERRO, PHIL
ADDRESS AVAILABLE UPON REQUEST

DEPERRY, BEN
ADDRESS AVAILABLE UPON REQUEST

DEPETRILLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEPEW, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DEPEW, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DEPHILLIPS, DAN
ADDRESS AVAILABLE UPON REQUEST

DEPIETRO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DEPIETRO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DEPIETRO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DEPILLO, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

DEPINA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEPIPPO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DEPIRO, JULIE
ADDRESS AVAILABLE UPON REQUEST

DEPLANTY, MARANDA
ADDRESS AVAILABLE UPON REQUEST

DEPOINT, LORI
ADDRESS AVAILABLE UPON REQUEST

DEPOMPEI, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DEPONTE, NICK
ADDRESS AVAILABLE UPON REQUEST

DEPOY, EDITH
ADDRESS AVAILABLE UPON REQUEST

DEPOY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEPOY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEPPE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEPPERSCHMIDT, TERESA
ADDRESS AVAILABLE UPON REQUEST

DEPREY, GENNA
ADDRESS AVAILABLE UPON REQUEST

DEPREY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DEPREY-SEVERANCE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DEPREZ, EMMA
ADDRESS AVAILABLE UPON REQUEST

DEPREZ, KYRA
ADDRESS AVAILABLE UPON REQUEST

DEPRIEST, JENNINGS
ADDRESS AVAILABLE UPON REQUEST

DEPRIEST, TRACY
ADDRESS AVAILABLE UPON REQUEST

DEPRISCO, DOROTHEA
ADDRESS AVAILABLE UPON REQUEST

DEPTULSKI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DEPUGH, LEICA
ADDRESS AVAILABLE UPON REQUEST

DEPUMPO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEQUICK, CLARA
ADDRESS AVAILABLE UPON REQUEST

DEQUIROZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DER SARKISSIAN, KAYO
ADDRESS AVAILABLE UPON REQUEST

DERAIMO, TONY
ADDRESS AVAILABLE UPON REQUEST

DERAJTYS, NANCY
ADDRESS AVAILABLE UPON REQUEST

DERAMO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DERAMUS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

DERANGO, JAKOB
ADDRESS AVAILABLE UPON REQUEST

DERASMO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DERASMO, JO ANN
ADDRESS AVAILABLE UPON REQUEST

DERAVIL, WITHNEY
ADDRESS AVAILABLE UPON REQUEST

DERBY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DERBY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DERCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DERCK, GARY
ADDRESS AVAILABLE UPON REQUEST

DERE, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

DEREE, CINDY
ADDRESS AVAILABLE UPON REQUEST

DEREE, DANE
ADDRESS AVAILABLE UPON REQUEST

DEREK A CYPHER
ADDRESS AVAILABLE UPON REQUEST

DEREK ALAN HALECKY (HUNTERS OAK
VINEYARD)
18101 E. STAMPED RD
LODI, CA 95240

DEREK ANDREW RUSSO
ADDRESS AVAILABLE UPON REQUEST

DEREK BRAHNEY LLC
192 FLATBUSH AVE 4E
BROOKLYN, NY 11217

DEREK CHRISTOPHER EUKEL
ADDRESS AVAILABLE UPON REQUEST

DEREK CLAY
ADDRESS AVAILABLE UPON REQUEST

DEREK CLEMENT
ADDRESS AVAILABLE UPON REQUEST

DEREK DANIEL GRIMM
ADDRESS AVAILABLE UPON REQUEST

DEREK DIAZ
ADDRESS AVAILABLE UPON REQUEST

DEREK FREEMAN
ADDRESS AVAILABLE UPON REQUEST

DEREK GORTHY
ADDRESS AVAILABLE UPON REQUEST

DEREK GRITTMANN
ADDRESS AVAILABLE UPON REQUEST

DEREK JAMES SOLC
ADDRESS AVAILABLE UPON REQUEST

DEREK M COOKE
ADDRESS AVAILABLE UPON REQUEST

DEREK MICHAEL LASHURE
ADDRESS AVAILABLE UPON REQUEST

DEREK NGUYEN
ADDRESS AVAILABLE UPON REQUEST

DEREK PALMER
ADDRESS AVAILABLE UPON REQUEST

DEREK TEUNISSEN
ADDRESS AVAILABLE UPON REQUEST

DEREMER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DEREN, ERIN
ADDRESS AVAILABLE UPON REQUEST

DERENE, THERESA DEREME
ADDRESS AVAILABLE UPON REQUEST

DERENONCOURT, LORETTA
ADDRESS AVAILABLE UPON REQUEST

DERENZIS, DEVAN
ADDRESS AVAILABLE UPON REQUEST

DERENZO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DERENZO, NICK
ADDRESS AVAILABLE UPON REQUEST

DERESCHUK, SHANE
ADDRESS AVAILABLE UPON REQUEST

DERFUSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DERICK, AMY
ADDRESS AVAILABLE UPON REQUEST

DERIDOVICH, NATALIIA
ADDRESS AVAILABLE UPON REQUEST

DERIEG, CAZ
ADDRESS AVAILABLE UPON REQUEST

DERIGGI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DERIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DERISSE, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

DERIZANS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DERKITS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DERKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

DERKS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DERKSEN, TANYA
ADDRESS AVAILABLE UPON REQUEST

DERLINK, AMY
ADDRESS AVAILABLE UPON REQUEST

DERMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DERMO, RONI
ADDRESS AVAILABLE UPON REQUEST

DERMODY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DERMODY, HUGH
ADDRESS AVAILABLE UPON REQUEST

DERMODY, JOHN M
ADDRESS AVAILABLE UPON REQUEST

DERN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DERNOGA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DEROCCO, AMY
ADDRESS AVAILABLE UPON REQUEST

DEROCHE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEROCHE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DEROCK, MELODY
ADDRESS AVAILABLE UPON REQUEST

DEROO, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DEROOS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DEROSA, GINA
ADDRESS AVAILABLE UPON REQUEST

DEROSA, JAMES
ADDRESS AVAILABLE UPON REQUEST

DEROSA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEROSA, LEANNE
ADDRESS AVAILABLE UPON REQUEST

DEROSA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DEROSA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DEROSA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEROSA, PETER
ADDRESS AVAILABLE UPON REQUEST

DEROSA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DEROSA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DEROSA, TERESA
ADDRESS AVAILABLE UPON REQUEST

DEROSE DAVID, LEHIGH EYE SPECIALISTS
ADDRESS AVAILABLE UPON REQUEST

DEROSE, EMILEE
ADDRESS AVAILABLE UPON REQUEST

DEROSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEROSIER, CALVIN
ADDRESS AVAILABLE UPON REQUEST

DEROSIER, WILMINE
ADDRESS AVAILABLE UPON REQUEST

DEROSSO, STACI
ADDRESS AVAILABLE UPON REQUEST

DEROUEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DEROUIN, DEVON
ADDRESS AVAILABLE UPON REQUEST

DERR, BREANNE
ADDRESS AVAILABLE UPON REQUEST

DERR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DERR, LARENDA
ADDRESS AVAILABLE UPON REQUEST

DERR, LAURA
ADDRESS AVAILABLE UPON REQUEST

DERR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DERR, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DERREBERRY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DERRICHO, EDGAR
ADDRESS AVAILABLE UPON REQUEST

DERRICK BRAMBLE
ADDRESS AVAILABLE UPON REQUEST

DERRICK JOHN NYBAKKEN
ADDRESS AVAILABLE UPON REQUEST

DERRICK KINNEY
ADDRESS AVAILABLE UPON REQUEST

DERRICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DERRICK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DERRICKSON, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DERRICKSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

DERRICO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DERRIG, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

DERRY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DERRYBERRY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DERSCH, WAYNE
ADDRESS AVAILABLE UPON REQUEST

DERUBBIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DERUBIS, MADELON
ADDRESS AVAILABLE UPON REQUEST

DERUELLE, MACHELLE
ADDRESS AVAILABLE UPON REQUEST

DERUNTZ, THERESA
ADDRESS AVAILABLE UPON REQUEST

DERUPO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DERUYTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DES ROSIERS, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

DESA, ALEX
ADDRESS AVAILABLE UPON REQUEST

DESA, RALUCA
ADDRESS AVAILABLE UPON REQUEST

DESAI, AMIT
ADDRESS AVAILABLE UPON REQUEST

DESAI, ANAND
ADDRESS AVAILABLE UPON REQUEST

DESAI, ANUJ
ADDRESS AVAILABLE UPON REQUEST

DESAI, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DESAI, DHRUMIL
ADDRESS AVAILABLE UPON REQUEST

DESAI, HETA
ADDRESS AVAILABLE UPON REQUEST

DESAI, KANCHEE
ADDRESS AVAILABLE UPON REQUEST

DESAI, KOMIL
ADDRESS AVAILABLE UPON REQUEST

DESAI, KSHAMATA
ADDRESS AVAILABLE UPON REQUEST

DESAI, MARGI
ADDRESS AVAILABLE UPON REQUEST

DESAI, MEERA
ADDRESS AVAILABLE UPON REQUEST

DESAI, MONA
ADDRESS AVAILABLE UPON REQUEST

DESAI, MONISH
ADDRESS AVAILABLE UPON REQUEST

DESAI, MOULIN
ADDRESS AVAILABLE UPON REQUEST

DESAI, NAMRATA
ADDRESS AVAILABLE UPON REQUEST

DESAI, NIHIT
ADDRESS AVAILABLE UPON REQUEST

DESAI, NIKITA
ADDRESS AVAILABLE UPON REQUEST

DESAI, PAYAL
ADDRESS AVAILABLE UPON REQUEST

DESAI, POOJA
ADDRESS AVAILABLE UPON REQUEST

DESAI, PREEYA
ADDRESS AVAILABLE UPON REQUEST

DESAI, SAHLIA
ADDRESS AVAILABLE UPON REQUEST

DESAI, SALIL
ADDRESS AVAILABLE UPON REQUEST

DESAI, SNEHA
ADDRESS AVAILABLE UPON REQUEST

DESAI, TEJAL
ADDRESS AVAILABLE UPON REQUEST

DESAI, VALEE
ADDRESS AVAILABLE UPON REQUEST

DESAI, VISHWA
ADDRESS AVAILABLE UPON REQUEST

DESALVA, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DESALVO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DESALVO, LIZ
ADDRESS AVAILABLE UPON REQUEST

DESALVO, MARCIA
ADDRESS AVAILABLE UPON REQUEST

DESANDO, ALLEN
ADDRESS AVAILABLE UPON REQUEST

DESANTIAGO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DESANTIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DESANTIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

DESANTIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DESANTIS, KARA
ADDRESS AVAILABLE UPON REQUEST

DESANTIS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DESANTO, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

DESANTO, MALLEY
ADDRESS AVAILABLE UPON REQUEST

DESANTOS, KATHY
ADDRESS AVAILABLE UPON REQUEST

DESAPRI, SHERI
ADDRESS AVAILABLE UPON REQUEST

DESART, BREANNA
ADDRESS AVAILABLE UPON REQUEST

DESBORDES, BRUNA
ADDRESS AVAILABLE UPON REQUEST

DESCALO, BOAZ
ADDRESS AVAILABLE UPON REQUEST

DESCARDES, MINDY
ADDRESS AVAILABLE UPON REQUEST

DESCHAINE, ARIANA
ADDRESS AVAILABLE UPON REQUEST

DESCHAINE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DESCHAINE-HURD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DESCHAMPS, ANA
ADDRESS AVAILABLE UPON REQUEST

DESCHAMPS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DESCHENE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DESCHNER, CORY
ADDRESS AVAILABLE UPON REQUEST

DESCOTEAUX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DESHA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DESHA, TANIA
ADDRESS AVAILABLE UPON REQUEST

DESHANTEL TIMPERANZA
ADDRESS AVAILABLE UPON REQUEST

DESHARNAIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DESHAW-WILNER, GRACE
ADDRESS AVAILABLE UPON REQUEST

DESHAY, JANA
ADDRESS AVAILABLE UPON REQUEST

DESHAZO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

DESHAZO, CHIRAE
ADDRESS AVAILABLE UPON REQUEST

DESHAZOR, THANDIWE THOMAS
ADDRESS AVAILABLE UPON REQUEST

DESHIELDS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DESHMUKH, DIPTEE
ADDRESS AVAILABLE UPON REQUEST

DESHMUKH, SMITA
ADDRESS AVAILABLE UPON REQUEST

DESHONG, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DESHPANDE, ISHA
ADDRESS AVAILABLE UPON REQUEST

DESHPANDE, RAJANI
ADDRESS AVAILABLE UPON REQUEST

DESIATO, ELODIE
ADDRESS AVAILABLE UPON REQUEST

DESIDERIO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DESIDERIO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DESIDERIO, QUINN
ADDRESS AVAILABLE UPON REQUEST

DESIGN DARLING LLC
168 TOKENEKE ROAD
DARIEN, CT  06820

DESIGN SEND, LLC
2147 W MOFFAT ST
CHICAGO, IL  60647

DESIGN WITHIN REACH
ADDRESS UNAVAILABLE AT TIME OF FILING

DESIGNOR, LARA
ADDRESS AVAILABLE UPON REQUEST

DESILETS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DESILVA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DESIMONE, DENISE
ADDRESS AVAILABLE UPON REQUEST

DESIMONE, JENNA
ADDRESS AVAILABLE UPON REQUEST

DESIMONE, KARLY
ADDRESS AVAILABLE UPON REQUEST

DESIMONE, MARYANN
ADDRESS AVAILABLE UPON REQUEST

DESING, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

DESINOR, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

DESIREA, LOZENSKY,
ADDRESS AVAILABLE UPON REQUEST

DESIREE BRENDA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

DESIREE COVIELLO
ADDRESS AVAILABLE UPON REQUEST

DESIREE GOODSON
ADDRESS AVAILABLE UPON REQUEST

DESIREE MCKINNEY
ADDRESS AVAILABLE UPON REQUEST

DESIREE S BONNVILLE
ADDRESS AVAILABLE UPON REQUEST

DESISTO MGMT LLC
113 EILEEN LN
MANAHAWKIN, NJ  08050

DESJARDIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DESJARDINS SECS INC.(5028)
ATTN KARLA DIAZ/VALUERS MOBILIARES
2 COMPLEXE DESJARDINS TOUR EST
NIVEAU 62
MONTREAL, QC  H5B 1B4  CANADA

DESJARDINS, BRIGH
ADDRESS AVAILABLE UPON REQUEST

DESJARDINS, DIANE
ADDRESS AVAILABLE UPON REQUEST

DESJARDINS, JASKARM
ADDRESS AVAILABLE UPON REQUEST

DESJARDINS, SARA
ADDRESS AVAILABLE UPON REQUEST

DESK COM
ADDRESS UNAVAILABLE AT TIME OF FILING

DESLANDES, LISA
ADDRESS AVAILABLE UPON REQUEST

DESLIENS, SHIRLINE
ADDRESS AVAILABLE UPON REQUEST

DESMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, GRACE
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, JACOB
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, JASON
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, MICKEY
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DESMARAIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DESMARTEAU, TARYN
ADDRESS AVAILABLE UPON REQUEST

DESMET, DAVID
ADDRESS AVAILABLE UPON REQUEST

DESMOND HENRY
ADDRESS AVAILABLE UPON REQUEST

DESMOND LYNN
ADDRESS AVAILABLE UPON REQUEST

DESMOND, BETH
ADDRESS AVAILABLE UPON REQUEST

DESMOND, ERIK
ADDRESS AVAILABLE UPON REQUEST

DESMOND, GUY
ADDRESS AVAILABLE UPON REQUEST

DESMOND, JAMES
ADDRESS AVAILABLE UPON REQUEST

DESMOND, KATIE
ADDRESS AVAILABLE UPON REQUEST

DESMOND, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DESMOND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DESMOND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DESMOND, REGINA
ADDRESS AVAILABLE UPON REQUEST

DESMOND, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DESMONIE, DAVID
ADDRESS AVAILABLE UPON REQUEST

DESOMBRE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DESOMOV, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DESORETZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DESOTO, ANNA
ADDRESS AVAILABLE UPON REQUEST

DESOTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DESOUCHET, JENNY
ADDRESS AVAILABLE UPON REQUEST

DESOUSA, DANA
ADDRESS AVAILABLE UPON REQUEST

DESOUZA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DESOUZA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

DESOUZA, EDSON
ADDRESS AVAILABLE UPON REQUEST

DESOUZA, JULIE
ADDRESS AVAILABLE UPON REQUEST

DESOUZA, VIVIAM
ADDRESS AVAILABLE UPON REQUEST

DESPAIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DESPAIN, KORRINA
ADDRESS AVAILABLE UPON REQUEST

DESPIAU, YARIMAR
ADDRESS AVAILABLE UPON REQUEST

DESPIEGLER, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

DESPLECHIN, JASON
ADDRESS AVAILABLE UPON REQUEST

DESPOSITO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DESPRES, KIM
ADDRESS AVAILABLE UPON REQUEST

DESPRES, MARY
ADDRESS AVAILABLE UPON REQUEST

DESROCHERS, AGNIESZKA
ADDRESS AVAILABLE UPON REQUEST

DESROCHERS, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DESROCHERS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DESROCHERS, JESSE
ADDRESS AVAILABLE UPON REQUEST

DESROCHES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DESROCHES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DESROSIER, ERIN
ADDRESS AVAILABLE UPON REQUEST

DESROSIERS, SEAN
ADDRESS AVAILABLE UPON REQUEST

DESROSIERS, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DESRUISSEAUX, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DESSALINE, JAHNIQUE
ADDRESS AVAILABLE UPON REQUEST

DESSANTI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DESSAU, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

DESSERAULT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DESSERT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DESSERT, FELECIA
ADDRESS AVAILABLE UPON REQUEST

DEST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, ANA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, CARLA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, CAYLA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DESTEFANO, SARA
ADDRESS AVAILABLE UPON REQUEST

DESTIN, RICOT
ADDRESS AVAILABLE UPON REQUEST

DESTINI CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

DESTINIE SERRANO
ADDRESS AVAILABLE UPON REQUEST

DESTITO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DESTRALO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DESTREZA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DETALENTE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DETAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DETCHEMENDY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DETCHEVA, DONNIE
ADDRESS AVAILABLE UPON REQUEST

DETELS, MILLY
ADDRESS AVAILABLE UPON REQUEST

DETEMPLE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DETERDING, MARY
ADDRESS AVAILABLE UPON REQUEST

DETERLING, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DETERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DETERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DETERS, TORI
ADDRESS AVAILABLE UPON REQUEST

DETHLEFSEN, FRANCISKA
ADDRESS AVAILABLE UPON REQUEST

DETLING, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DETOMASO, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

DETOMASO, MIREYA
ADDRESS AVAILABLE UPON REQUEST

DETOMMASO, KELLY
ADDRESS AVAILABLE UPON REQUEST

DETORO, KATIE
ADDRESS AVAILABLE UPON REQUEST

DETRANA, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

DETRAZ, DAWN
ADDRESS AVAILABLE UPON REQUEST

DETRICK, NEARY
ADDRESS AVAILABLE UPON REQUEST

DETROIJE-JOHNSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

DETTELBACK, LISA
ADDRESS AVAILABLE UPON REQUEST

DETTEN, JODIE
ADDRESS AVAILABLE UPON REQUEST

DETTENMAYER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DETTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DETTMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DETTMANN, BEN
ADDRESS AVAILABLE UPON REQUEST

DETTMER, MASON
ADDRESS AVAILABLE UPON REQUEST

DETTMERING, JAMINE
ADDRESS AVAILABLE UPON REQUEST

DETTWILER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DETTY, KELLI
ADDRESS AVAILABLE UPON REQUEST

DETURK, DAWN
ADDRESS AVAILABLE UPON REQUEST

DETURO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DETURRIS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DETWEILER, ALEX
ADDRESS AVAILABLE UPON REQUEST

DETWEILER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DETWEILER, DAN
ADDRESS AVAILABLE UPON REQUEST

DEUBLE, DAWN
ADDRESS AVAILABLE UPON REQUEST

DEUCHLER, AMY
ADDRESS AVAILABLE UPON REQUEST

DEUEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEUEL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DEULKAR, ISHAN
ADDRESS AVAILABLE UPON REQUEST

DEUR, KATHY
ADDRESS AVAILABLE UPON REQUEST

DEURINGER, HOWARD
ADDRESS AVAILABLE UPON REQUEST

DEUSER, KEN
ADDRESS AVAILABLE UPON REQUEST

DEUSTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DEUTERMANN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DEUTH, RENEE
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, DAVID
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, JEROME
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DEUTSCH, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

DEUTSCHMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

DEV NARSING
ADDRESS AVAILABLE UPON REQUEST

DEVAKONDA, VARUN
ADDRESS AVAILABLE UPON REQUEST

DEVAN KNIGHT
ADDRESS AVAILABLE UPON REQUEST

DEVANEY EWERS, REGINA
ADDRESS AVAILABLE UPON REQUEST

DEVANEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DEVANEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DEVANEY, KIM
ADDRESS AVAILABLE UPON REQUEST

DEVANEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DEVANTIER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEVANTIER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEVARAJAN, SHANTA
ADDRESS AVAILABLE UPON REQUEST

DEVARAKONDA, SHILPA
ADDRESS AVAILABLE UPON REQUEST

DEVASKAR, CHET
ADDRESS AVAILABLE UPON REQUEST

DEVASTO, PHILIP
ADDRESS AVAILABLE UPON REQUEST

DEVAUGHN, DEVIN
ADDRESS AVAILABLE UPON REQUEST

DEVAUGHN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

DEVAULT, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DEVAULT, MONEE
ADDRESS AVAILABLE UPON REQUEST

DEVAVRAT, ADITYA
ADDRESS AVAILABLE UPON REQUEST

DEVECKA-PERRY, BELLE
ADDRESS AVAILABLE UPON REQUEST

DEVEGLIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEVENDRA SHARMA
ADDRESS AVAILABLE UPON REQUEST

DEVENEY, ALYSON
ADDRESS AVAILABLE UPON REQUEST

DEVENY, DALYCE
ADDRESS AVAILABLE UPON REQUEST

DEVENY, LONA
ADDRESS AVAILABLE UPON REQUEST

DEVENY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

DEVENY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DEVER, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

DEVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEVER, JACK
ADDRESS AVAILABLE UPON REQUEST

DEVER, SHALYN
ADDRESS AVAILABLE UPON REQUEST

DEVERDIS, MARY
ADDRESS AVAILABLE UPON REQUEST

DEVEREAUX, KAILA
ADDRESS AVAILABLE UPON REQUEST

DEVEREAUX, KARI
ADDRESS AVAILABLE UPON REQUEST

DEVEREAUX, MARNIE
ADDRESS AVAILABLE UPON REQUEST

DEVEREAUX, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

DEVEREAUX, WANDA
ADDRESS AVAILABLE UPON REQUEST

DEVEREUX, CIARA
ADDRESS AVAILABLE UPON REQUEST

DEVERICK, SHELBI
ADDRESS AVAILABLE UPON REQUEST

DEVERS, DEVON
ADDRESS AVAILABLE UPON REQUEST

DEVERS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DEVERY, ARIECA
ADDRESS AVAILABLE UPON REQUEST

DEVERY, CALLAN
ADDRESS AVAILABLE UPON REQUEST

DEVES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEVEZA, PIOLITO
ADDRESS AVAILABLE UPON REQUEST

DEVGUN, CHARU
ADDRESS AVAILABLE UPON REQUEST

DEVIA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEVIES, FELICITY
ADDRESS AVAILABLE UPON REQUEST

DEVILLA, LISA
ADDRESS AVAILABLE UPON REQUEST

DEVILLAR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DEVILLE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DEVILLE, MARIA
ADDRESS AVAILABLE UPON REQUEST

DEVILLIER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DEVIN LAFAYE
ADDRESS AVAILABLE UPON REQUEST

DEVINCENZO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DEVINCENZO, JENNA
ADDRESS AVAILABLE UPON REQUEST

DEVINCENZO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DEVINDER K MAKKER
ADDRESS AVAILABLE UPON REQUEST

DEVINE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DEVINE, BRADEN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DEVINE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, GERI
ADDRESS AVAILABLE UPON REQUEST

DEVINE, HILLARY
ADDRESS AVAILABLE UPON REQUEST

DEVINE, JEN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEVINE, JOAN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, LAUREL
ADDRESS AVAILABLE UPON REQUEST

DEVINE, LISA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, LORI
ADDRESS AVAILABLE UPON REQUEST

DEVINE, LORI
ADDRESS AVAILABLE UPON REQUEST

DEVINE, MARY
ADDRESS AVAILABLE UPON REQUEST

DEVINE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEVINE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEVINE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEVINE, MONICA
ADDRESS AVAILABLE UPON REQUEST

DEVINE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DEVINE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DEVINE, RACH
ADDRESS AVAILABLE UPON REQUEST

DEVINE, RYAN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

DEVINE, VICKI
ADDRESS AVAILABLE UPON REQUEST

DEVINEY, AMY
ADDRESS AVAILABLE UPON REQUEST

DEVITO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DEVITO, DEENA
ADDRESS AVAILABLE UPON REQUEST

DEVITO, GAIL
ADDRESS AVAILABLE UPON REQUEST

DEVITO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DEVITO, P A
ADDRESS AVAILABLE UPON REQUEST

DEVITO, TRACI
ADDRESS AVAILABLE UPON REQUEST

DEVITT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEVITT, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DEVITT, LANA
ADDRESS AVAILABLE UPON REQUEST

DEVITT, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEVITT, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

DEVIVO, JOE
ADDRESS AVAILABLE UPON REQUEST

DEVLEMING, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, ISABEL
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, SEAN
ADDRESS AVAILABLE UPON REQUEST

DEVLIN, TRISTIN
ADDRESS AVAILABLE UPON REQUEST

DEVOE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DEVOE, PIERRE
ADDRESS AVAILABLE UPON REQUEST

DEVOE, SY
ADDRESS AVAILABLE UPON REQUEST

DEVOGEL, JEANINE
ADDRESS AVAILABLE UPON REQUEST

DEVOGT, LINDA
ADDRESS AVAILABLE UPON REQUEST

DEVOL, KARI
ADDRESS AVAILABLE UPON REQUEST

DEVOL, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

DEVON COETZER
ADDRESS AVAILABLE UPON REQUEST

DEVON FAIELLA
ADDRESS AVAILABLE UPON REQUEST

DEVON, JOHNSON,
ADDRESS AVAILABLE UPON REQUEST

DEVONTE OLIVER
ADDRESS AVAILABLE UPON REQUEST

DEVOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEVORA, TRACI
ADDRESS AVAILABLE UPON REQUEST

DEVORE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DEVORE, BJ
ADDRESS AVAILABLE UPON REQUEST

DEVORE, CHAD
ADDRESS AVAILABLE UPON REQUEST

DEVORE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DEVORE, DAVA
ADDRESS AVAILABLE UPON REQUEST

DEVORE, DILLON
ADDRESS AVAILABLE UPON REQUEST

DEVORE, DONNA
ADDRESS AVAILABLE UPON REQUEST

DEVORE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DEVORE, MARISHA
ADDRESS AVAILABLE UPON REQUEST

DEVORE, ROSS
ADDRESS AVAILABLE UPON REQUEST

DEVORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DEVORE, TODD
ADDRESS AVAILABLE UPON REQUEST

DEVORE-PUENTE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DEVOSE, AJA
ADDRESS AVAILABLE UPON REQUEST

DEVOUE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

DEVOURSNEY, JOEL
ADDRESS AVAILABLE UPON REQUEST

DEVRIES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DEVRIES, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DEVRIES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DEVRIES, LANCE
ADDRESS AVAILABLE UPON REQUEST

DEVRIES, TARYN
ADDRESS AVAILABLE UPON REQUEST

DEVRIESE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEVULAPALLI, SUNJEEV
ADDRESS AVAILABLE UPON REQUEST

DEW, BILLY
ADDRESS AVAILABLE UPON REQUEST

DEW, JAMES
ADDRESS AVAILABLE UPON REQUEST

DEW, KENNY
ADDRESS AVAILABLE UPON REQUEST

DEWAELSCHE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEWAL, AVADHISH
ADDRESS AVAILABLE UPON REQUEST

DEWALD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DEWALD, SHERI
ADDRESS AVAILABLE UPON REQUEST

DEWALTERS, AUDRA
ADDRESS AVAILABLE UPON REQUEST

DEWAN, MCGARA
ADDRESS AVAILABLE UPON REQUEST

DEWAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DEWANE, JESSE
ADDRESS AVAILABLE UPON REQUEST

DEWANTE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DEWAR, CATHY
ADDRESS AVAILABLE UPON REQUEST

DEWAR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DEWAR, JOHN
ADDRESS AVAILABLE UPON REQUEST

DEWATER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEWATERS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

DEWAYNE WATTERS
ADDRESS AVAILABLE UPON REQUEST

DEWBERRY, KAREN
ADDRESS AVAILABLE UPON REQUEST

DEWBERRY, RANDY
ADDRESS AVAILABLE UPON REQUEST

DEWBERRY, SHENAY
ADDRESS AVAILABLE UPON REQUEST

DEWEES, SAM
ADDRESS AVAILABLE UPON REQUEST

DEWEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DEWEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEWEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DEWEY, PAUL
ADDRESS AVAILABLE UPON REQUEST

DEWHIRST, DAVID
ADDRESS AVAILABLE UPON REQUEST

DEWILDE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DEWITT, DOUG
ADDRESS AVAILABLE UPON REQUEST

DEWITT, JANIS
ADDRESS AVAILABLE UPON REQUEST

DEWITT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DEWITT, KERRY
ADDRESS AVAILABLE UPON REQUEST

DEWITT, LAURA
ADDRESS AVAILABLE UPON REQUEST

DEWITT, MARY
ADDRESS AVAILABLE UPON REQUEST

DEWITT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DEWITT, RYAN
ADDRESS AVAILABLE UPON REQUEST

DEWITT, SHAWNEE
ADDRESS AVAILABLE UPON REQUEST

DEWITT, TRACI
ADDRESS AVAILABLE UPON REQUEST

DEWOLFE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DEWOLFE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DEWOSKIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DEWYEA, WENDY
ADDRESS AVAILABLE UPON REQUEST

DEXHEIMER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DEXTER MCCRERRY
ADDRESS AVAILABLE UPON REQUEST

DEXTER WRIGHT, DEE ANNA
ADDRESS AVAILABLE UPON REQUEST

DEXTER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DEXTER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DEXTER, CHASNEY
ADDRESS AVAILABLE UPON REQUEST

DEXTER, DANIELA
ADDRESS AVAILABLE UPON REQUEST

DEXTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DEXTER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DEXTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DEXTER, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

DEXTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEY, LASHAUNA
ADDRESS AVAILABLE UPON REQUEST

DEYHLE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DEYNAKA, KIM
ADDRESS AVAILABLE UPON REQUEST

DEYO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DEYO, NICK
ADDRESS AVAILABLE UPON REQUEST

DEYOE, DANYELL
ADDRESS AVAILABLE UPON REQUEST

DEYOUNG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DEYOUNG, COLE
ADDRESS AVAILABLE UPON REQUEST

DEYULIS, KARLEE
ADDRESS AVAILABLE UPON REQUEST

DEYULUS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DEZALIA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DEZENDORF, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DEZFOLI, ALLEN
ADDRESS AVAILABLE UPON REQUEST

DEZSO, KAILYN
ADDRESS AVAILABLE UPON REQUEST

DEZURIK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DGA CAPITAL LLC
ADDRESS AVAILABLE UPON REQUEST

DHAEM, PATTI
ADDRESS AVAILABLE UPON REQUEST

DHAGE, GAURAV
ADDRESS AVAILABLE UPON REQUEST

DHAKAL, SUDARSHAN
ADDRESS AVAILABLE UPON REQUEST

DHALL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DHALIWAL, GURU
ADDRESS AVAILABLE UPON REQUEST

DHANDA, SNEHA
ADDRESS AVAILABLE UPON REQUEST

DHANESH GADRE
ADDRESS AVAILABLE UPON REQUEST

DHANI, FAUZI RAHMAT
ADDRESS AVAILABLE UPON REQUEST

DHANIK, ANDY
ADDRESS AVAILABLE UPON REQUEST

DHANRAJ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DHANVINDER, SINGH
ADDRESS AVAILABLE UPON REQUEST

DHAR, HEDIA
ADDRESS AVAILABLE UPON REQUEST

DHAR, MARCELA
ADDRESS AVAILABLE UPON REQUEST

DHARAMSEY, AMAR
ADDRESS AVAILABLE UPON REQUEST

DHARAWAT, AMY
ADDRESS AVAILABLE UPON REQUEST

DHARIA, HARSHAL
ADDRESS AVAILABLE UPON REQUEST

DHARMA, RAJA SHEKAR
ADDRESS AVAILABLE UPON REQUEST

DHARMENDER MATHA
ADDRESS AVAILABLE UPON REQUEST

DHAWAN, ARJUN
ADDRESS AVAILABLE UPON REQUEST

DHAWAN, ARJUN
ADDRESS AVAILABLE UPON REQUEST

DHAWKA, LUVNA
ADDRESS AVAILABLE UPON REQUEST

DHAYER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DHINDSA, MARIA
ADDRESS AVAILABLE UPON REQUEST

DHL EXPRESS USA INC
1200 SOUTH PINE ISLAND ROAD SUITE 600
FORT LAUDERDALE, FL 33324

DHL EXPRESS USA INC
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DHOBLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DHODAPKAR, VIJAY
ADDRESS AVAILABLE UPON REQUEST

DHOLAKIA, AYESHA
ADDRESS AVAILABLE UPON REQUEST

DHONDIBA KAVATEKAR
ADDRESS AVAILABLE UPON REQUEST

DHOOT, KHUSHBOO
ADDRESS AVAILABLE UPON REQUEST

DHOOT, NILESH
ADDRESS AVAILABLE UPON REQUEST

DHOTE, AKANKSHA
ADDRESS AVAILABLE UPON REQUEST

DHRU, KARISHMA
ADDRESS AVAILABLE UPON REQUEST

DI'CECCO, TORREY
ADDRESS AVAILABLE UPON REQUEST

DI COLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DI GIACOMO, AMY
ADDRESS AVAILABLE UPON REQUEST

DI LONARDO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DI MAGGIO, NANCY
ADDRESS AVAILABLE UPON REQUEST

DI MARCO, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

DI NALLO, LIGIA
ADDRESS AVAILABLE UPON REQUEST

DI NINO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DI NIZO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DI PASQUALE, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

DI PIAZZA, COURTNIE
ADDRESS AVAILABLE UPON REQUEST

DI SALVIO, TREVAH
ADDRESS AVAILABLE UPON REQUEST

DI SILVESTRO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DI STEFANO, AARON
ADDRESS AVAILABLE UPON REQUEST

DI TULLIO, MAGGY
ADDRESS AVAILABLE UPON REQUEST

DI, HAYDEE
ADDRESS AVAILABLE UPON REQUEST

DI, MARIA
ADDRESS AVAILABLE UPON REQUEST

DI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DIA DE CAMPOS
ADDRESS UNAVAILABLE AT TIME OF FILING

DIA
237 CENTRE STREET FLOOR 2
NEW YORK, NY 10013

DIABLO MEDIA, LLC.
2641 WALNUST ST.
DENVER, CO 80205

DIABLO VALLEY PACKAGING
2373 NORTH WATNEY WAY
FAIRFIELD, CA 94533

DIABLO VALLEY PACKAGING
PO BOX 95584
CHICAGO, IL 60694-5584

DIACO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DIAGOSTINO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DIAL, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DIAL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

DIAL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIAL, TIFARAH
ADDRESS AVAILABLE UPON REQUEST

DIALLO, ASSIATOU
ADDRESS AVAILABLE UPON REQUEST

DIALLO, ILIASSOU
ADDRESS AVAILABLE UPON REQUEST

DIALLO, SAMBA
ADDRESS AVAILABLE UPON REQUEST

DIALLO, SOKONA
ADDRESS AVAILABLE UPON REQUEST

DIAMADUROS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DIAMENTI, AUDRA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND IMPORTERS, INC.
528 W. WRIGHTWOOD
CHICAGO, IL  60614

DIAMOND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, AVIGAYIL
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, FANNIE
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, GWENDOLINE
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, JOAN
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, MALORIE
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, PRECIOUS
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, RANDI
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, SARA
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, SARAH-ANNE
ADDRESS AVAILABLE UPON REQUEST

DIAMOND, SEAN
ADDRESS AVAILABLE UPON REQUEST

DIAMONDSTEIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DIANA C RUANO
ADDRESS AVAILABLE UPON REQUEST

DIANA CASTELLANO
ADDRESS AVAILABLE UPON REQUEST

DIANA DEMOREST
ADDRESS AVAILABLE UPON REQUEST

DIANA JENUL
ADDRESS AVAILABLE UPON REQUEST

DIANA LATONA
ADDRESS AVAILABLE UPON REQUEST

DIANA MENDOZA
ADDRESS AVAILABLE UPON REQUEST

DIANA SOUDER
ADDRESS AVAILABLE UPON REQUEST

DIANA SUN
ADDRESS AVAILABLE UPON REQUEST

DIANA, ALEXANDRO
ADDRESS AVAILABLE UPON REQUEST

DIANA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DIANA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DIANA, LOPEZ,
ADDRESS AVAILABLE UPON REQUEST

DIANE DANIELS
ADDRESS AVAILABLE UPON REQUEST

DIANE DEMOREST
ADDRESS AVAILABLE UPON REQUEST

DIANE DILLON
ADDRESS AVAILABLE UPON REQUEST

DIANE FITZJOHN
ADDRESS AVAILABLE UPON REQUEST

DIANE GIDDENS
ADDRESS AVAILABLE UPON REQUEST

DIANE GRUENWALD
ADDRESS AVAILABLE UPON REQUEST

DIANE HAINES
ADDRESS AVAILABLE UPON REQUEST

DIANE HUGHART
ADDRESS AVAILABLE UPON REQUEST

DIANE HUGHART
ADDRESS AVAILABLE UPON REQUEST

DIANE LARSEN-REDING
ADDRESS AVAILABLE UPON REQUEST

DIANE LUTJE
ADDRESS AVAILABLE UPON REQUEST

DIANE R GAYTON
ADDRESS AVAILABLE UPON REQUEST

DIANE RICE
ADDRESS AVAILABLE UPON REQUEST

DIANE RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

DIANE SCHOENSIEGEL WOLD
ADDRESS AVAILABLE UPON REQUEST

DIANE WOLD
ADDRESS AVAILABLE UPON REQUEST

DIANELYS VARGAS
ADDRESS AVAILABLE UPON REQUEST

DIANNA HAMM
ADDRESS AVAILABLE UPON REQUEST

DIANNE MORGADO
ADDRESS AVAILABLE UPON REQUEST

DIANNE NOWICKE
ADDRESS AVAILABLE UPON REQUEST

DIANNE WALSH
ADDRESS AVAILABLE UPON REQUEST

DIARRA WATERS
ADDRESS AVAILABLE UPON REQUEST

DIARRA, LYSA
ADDRESS AVAILABLE UPON REQUEST

DIAS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

DIAS, AMY
ADDRESS AVAILABLE UPON REQUEST

DIAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DIAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIAS, LISA
ADDRESS AVAILABLE UPON REQUEST

DIAS, ROSE
ADDRESS AVAILABLE UPON REQUEST

DIAZ ALMONTE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DIAZ CHAVEZ, PRINCELA
ADDRESS AVAILABLE UPON REQUEST

DIAZ DE LEWIS, LILIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ DE LOS SANTOS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ WINBORN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, AIXA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ASTRID
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CARREEN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CRIS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DAWN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DORAIDA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DOREEN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, DORIAN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, EIRENE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ERNESTO
ADDRESS AVAILABLE UPON REQUEST

DIAZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, GENOVEVA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, GLORIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, HANDIS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, HANI
ADDRESS AVAILABLE UPON REQUEST

DIAZ, IRENE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ITZEL
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JAIME R.
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JESSENOA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JOANNIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, KIM
ADDRESS AVAILABLE UPON REQUEST

DIAZ, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DIAZ, KYRA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, LARISSA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MEILYN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MELINA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MILDRED
ADDRESS AVAILABLE UPON REQUEST

DIAZ, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NILAICY
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NIURYS
ADDRESS AVAILABLE UPON REQUEST

DIAZ, NOEMARIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, RAMON
ADDRESS AVAILABLE UPON REQUEST

DIAZ, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ROCIO
ADDRESS AVAILABLE UPON REQUEST

DIAZ, ROSITA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, RYEN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, SILVIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, STACI
ADDRESS AVAILABLE UPON REQUEST

DIAZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DIAZ, TRINITY
ADDRESS AVAILABLE UPON REQUEST

DIAZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, VICTOR
ADDRESS AVAILABLE UPON REQUEST

DIAZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DIAZ, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

DIAZ, WALTER
ADDRESS AVAILABLE UPON REQUEST

DIAZ, WILDALLIE
ADDRESS AVAILABLE UPON REQUEST

DIAZ, WILLIAM SR.
ADDRESS AVAILABLE UPON REQUEST

DIAZPEREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

DIBACCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIBACCO, EDMUND
ADDRESS AVAILABLE UPON REQUEST

DIBACCO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DIBACCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIBARTOLOMEO, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

DIBARTOLOMEO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DIBARTOLOMEO, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

DIBATTISTA, AMY
ADDRESS AVAILABLE UPON REQUEST

DIBATTISTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIBATTISTO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DIBBEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DIBBLE, MARY
ADDRESS AVAILABLE UPON REQUEST

DIBELLA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DIBELLA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DIBENEDETTO, JULIA
ADDRESS AVAILABLE UPON REQUEST

DIBENEDETTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DIBENEDETTO, MARY
ADDRESS AVAILABLE UPON REQUEST

DIBENEDETTO, PJ
ADDRESS AVAILABLE UPON REQUEST

DIBENEDETTO, SUZIE
ADDRESS AVAILABLE UPON REQUEST

DIBENIGNO, MARIAELENA
ADDRESS AVAILABLE UPON REQUEST

DIBI, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DIBIASE, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DIBLASIO, CARLA
ADDRESS AVAILABLE UPON REQUEST

DIBLASSIO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DIBLE, MAISHA
ADDRESS AVAILABLE UPON REQUEST

DIBLE, MASON
ADDRESS AVAILABLE UPON REQUEST

DIBONA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DIBONA, NYASIA
ADDRESS AVAILABLE UPON REQUEST

DIBONAVENTURA, CASSANDRE
ADDRESS AVAILABLE UPON REQUEST

DIBRA, FLLADINA
ADDRESS AVAILABLE UPON REQUEST

DIBRIENZA, MARIE
ADDRESS AVAILABLE UPON REQUEST

DIBRIENZA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DICAMILLO, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DICAMILLO, JOYCE
ADDRESS AVAILABLE UPON REQUEST

DICAMILLO, MARY
ADDRESS AVAILABLE UPON REQUEST

DICAPUA, AMY
ADDRESS AVAILABLE UPON REQUEST

DICATERINO, ERICA
ADDRESS AVAILABLE UPON REQUEST

DICE, CAROLANNE
ADDRESS AVAILABLE UPON REQUEST

DICE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DICEGLIE, MAURO
ADDRESS AVAILABLE UPON REQUEST

DICENSO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

DICESARE, JOAN
ADDRESS AVAILABLE UPON REQUEST

DICESARE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DICICCO, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DICIOCCIO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DICK, CALEB
ADDRESS AVAILABLE UPON REQUEST

DICK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DICK, DAVID
ADDRESS AVAILABLE UPON REQUEST

DICK, ETHAN
ADDRESS AVAILABLE UPON REQUEST

DICK, GERRY
ADDRESS AVAILABLE UPON REQUEST

DICK, GIGI
ADDRESS AVAILABLE UPON REQUEST

DICK, HELENE
ADDRESS AVAILABLE UPON REQUEST

DICK, JACI
ADDRESS AVAILABLE UPON REQUEST

DICK, KATYANN
ADDRESS AVAILABLE UPON REQUEST

DICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

DICK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DICK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DICK, SARA
ADDRESS AVAILABLE UPON REQUEST

DICK, SARA
ADDRESS AVAILABLE UPON REQUEST

DICK, STEVE
ADDRESS AVAILABLE UPON REQUEST

DICKEN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DICKENS, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

DICKENS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DICKENS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DICKENS, EVAN
ADDRESS AVAILABLE UPON REQUEST

DICKENS, JANE
ADDRESS AVAILABLE UPON REQUEST

DICKENS, LISA
ADDRESS AVAILABLE UPON REQUEST

DICKENS, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

DICKENSHEETS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DICKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DICKERBOOM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DICKERHOOF, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, CALEB
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, COREY
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, DAVID O.
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, JERAMY
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, KALISE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, MONICA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

DICKERSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DICKERT, JAMES
ADDRESS AVAILABLE UPON REQUEST

DICKERT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DICKERT, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

DICKESON, JEFF
ADDRESS AVAILABLE UPON REQUEST

DICKEY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DICKEY, DOUG
ADDRESS AVAILABLE UPON REQUEST

DICKEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

DICKEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DICKEY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DICKEY, ROGER
ADDRESS AVAILABLE UPON REQUEST

DICKEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DICKEY, SHEA
ADDRESS AVAILABLE UPON REQUEST

DICKEYPAIGEDICKEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DICKHAUS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DICKI, NEVA
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, PEYTON
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DICKINSON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

DICKINSONFERRELL, TAMMY
ADDRESS AVAILABLE UPON REQUEST

DICKISON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DICKISON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DICKMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DICKMAN, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

DICKMAN, THE 'S
ADDRESS AVAILABLE UPON REQUEST

DICKSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DICKSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DICKSON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DICKSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DICKSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

DICKSON, DEE
ADDRESS AVAILABLE UPON REQUEST

DICKSON, DREW
ADDRESS AVAILABLE UPON REQUEST

DICKSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DICKSON, GWEN
ADDRESS AVAILABLE UPON REQUEST

DICKSON, JANICE
ADDRESS AVAILABLE UPON REQUEST

DICKSON, KARIN
ADDRESS AVAILABLE UPON REQUEST

DICKSON, KATRICE
ADDRESS AVAILABLE UPON REQUEST

DICKSON, KATY
ADDRESS AVAILABLE UPON REQUEST

DICKSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DICKSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

DICKSON, MARY
ADDRESS AVAILABLE UPON REQUEST

DICKSON, MARY
ADDRESS AVAILABLE UPON REQUEST

DICKSON, PERTALA
ADDRESS AVAILABLE UPON REQUEST

DICKSON, WAYNE
ADDRESS AVAILABLE UPON REQUEST

DICKSON, ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

DICKSON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DICLEMENTI, DONNA
ADDRESS AVAILABLE UPON REQUEST

DICOLA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DICOSTANZO, KELLY
ADDRESS AVAILABLE UPON REQUEST

DICRESCE, ERICA
ADDRESS AVAILABLE UPON REQUEST

DIDATO, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

DIDDEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DIDIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIDIGU, CHUKA
ADDRESS AVAILABLE UPON REQUEST

DIDINO, MARISA
ADDRESS AVAILABLE UPON REQUEST

DIDION, KELLEY
ADDRESS AVAILABLE UPON REQUEST

DIDOMENICO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIDOMENICO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DIDOMENICO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DIDOMINICA, MARIE
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, DIANA
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, KATY
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, LEAH
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIDONATO, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DIEBAL, LISA
ADDRESS AVAILABLE UPON REQUEST

DIEBERT, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DIEBNER, ERIC
ADDRESS AVAILABLE UPON REQUEST

DIEBOLD, BARB
ADDRESS AVAILABLE UPON REQUEST

DIEBOLD, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DIECKMANN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DIECKVOSS, ANDRE
ADDRESS AVAILABLE UPON REQUEST

DIEDE, LOREN
ADDRESS AVAILABLE UPON REQUEST

DIEDEN, KINA
ADDRESS AVAILABLE UPON REQUEST

DIEDERICH, CASEY
ADDRESS AVAILABLE UPON REQUEST

DIEDERICH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DIEDRICK, CHRISTYL
ADDRESS AVAILABLE UPON REQUEST

DIEDWARDO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DIEFENBACH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DIEFENDERFER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DIEFFENBACH, LEIGH
ADDRESS AVAILABLE UPON REQUEST

DIEGEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DIEGO CARVAJAL
ADDRESS AVAILABLE UPON REQUEST

DIEGO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DIEHL, ALICA
ADDRESS AVAILABLE UPON REQUEST

DIEHL, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DIEHL, DRAKE
ADDRESS AVAILABLE UPON REQUEST

DIEHL, GARY
ADDRESS AVAILABLE UPON REQUEST

DIEHL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIEHL, JULIA
ADDRESS AVAILABLE UPON REQUEST

DIEHL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DIEHL, KATIE
ADDRESS AVAILABLE UPON REQUEST

DIEHL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DIEHL, MATT
ADDRESS AVAILABLE UPON REQUEST

DIEHL, RYAN
ADDRESS AVAILABLE UPON REQUEST

DIEHL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DIEHL-MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIEHN, ANDI
ADDRESS AVAILABLE UPON REQUEST

DIEKHANS, KATIE
ADDRESS AVAILABLE UPON REQUEST

DIEKHOFF, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DIEM PHAM
ADDRESS AVAILABLE UPON REQUEST

DIEM THUC PHAM
ADDRESS AVAILABLE UPON REQUEST

DIEMAND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DIEMER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

DIEMER, MONICA
ADDRESS AVAILABLE UPON REQUEST

DIENER, ERICA
ADDRESS AVAILABLE UPON REQUEST

DIENG, DIOR
ADDRESS AVAILABLE UPON REQUEST

DIEP NGUYEN
ADDRESS AVAILABLE UPON REQUEST

DIEP, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

DIEPENBROCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIERCKS, EMMA
ADDRESS AVAILABLE UPON REQUEST

DIERCKS, STEVE
ADDRESS AVAILABLE UPON REQUEST

DIERINGER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DIERINGER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

DIERINGER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DIERKHISING, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DIERLAM, LOIS
ADDRESS AVAILABLE UPON REQUEST

DIEROV, DJAMILIA
ADDRESS AVAILABLE UPON REQUEST

DIERS, BRENT
ADDRESS AVAILABLE UPON REQUEST

DIERSCHKE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DIES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DIESBURG, PATTI
ADDRESS AVAILABLE UPON REQUEST

DIESSLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIETAEN, KEITH
ADDRESS AVAILABLE UPON REQUEST

DIETDERICH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIETEL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DIETERLE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DIETIKER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, ANNA
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, JERRY
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, KALEY
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, KATE
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, MARK
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIETRICH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DIETSCH, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DIETSCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DIETZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

DIETZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

DIETZ, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DIETZ, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

DIETZ, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DIETZ, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

DIETZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DIETZ, KRISTI
ADDRESS AVAILABLE UPON REQUEST

DIETZ, MARTHLENE
ADDRESS AVAILABLE UPON REQUEST

DIETZ, MARYETTA
ADDRESS AVAILABLE UPON REQUEST

DIETZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DIETZ, ROBYN
ADDRESS AVAILABLE UPON REQUEST

DIETZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIETZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

DIETZ, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DIETZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DIETZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

DIETZ, TRACI
ADDRESS AVAILABLE UPON REQUEST

DIETZEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DIETZEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DIETZEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DIEUGENIO, JOANN
ADDRESS AVAILABLE UPON REQUEST

DIEWOCK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DIEZ, MAXIMILLAN
ADDRESS AVAILABLE UPON REQUEST

DIEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DIFALCO, SHARLEESHA
ADDRESS AVAILABLE UPON REQUEST

DIFATTA, AMY
ADDRESS AVAILABLE UPON REQUEST

DIFELICE, BETH
ADDRESS AVAILABLE UPON REQUEST

DIFFEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIFFENBAUGH, AUBREY
ADDRESS AVAILABLE UPON REQUEST

DIFFIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DIFILIPPO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DIFILLIPPO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIFIORE, MARIA
ADDRESS AVAILABLE UPON REQUEST

DIFLORIO, CARMELA
ADDRESS AVAILABLE UPON REQUEST

DIFONZO, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

DIFONZO, JUDITH
ADDRESS AVAILABLE UPON REQUEST

DIFONZO, KATE
ADDRESS AVAILABLE UPON REQUEST

DIFRANCESCA, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DIFRANCESCO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DIFRANCESCO, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DIFRANCO, JEN
ADDRESS AVAILABLE UPON REQUEST

DIFRANCO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DIFRANZA, SHARON
ADDRESS AVAILABLE UPON REQUEST

DIFRONZO, CHIARA
ADDRESS AVAILABLE UPON REQUEST

DIFULVIO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DIFURIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIGA, CRIZEL
ADDRESS AVAILABLE UPON REQUEST

DIGENA, ALISON
ADDRESS AVAILABLE UPON REQUEST

DIGENA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIGENAKIS, HELEN
ADDRESS AVAILABLE UPON REQUEST

DIGENNARO, JILL
ADDRESS AVAILABLE UPON REQUEST

DIGENNARO, LYNNE
ADDRESS AVAILABLE UPON REQUEST

DIGEON, ABBIE
ADDRESS AVAILABLE UPON REQUEST

DIGERONIMO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIGG
29 LITTLE WEST 12TH STREET
NEW YORK, NY  10014

DIGGINS, PAUL
ADDRESS AVAILABLE UPON REQUEST

DIGGINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIGGS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIGGS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DIGGS, DONITA
ADDRESS AVAILABLE UPON REQUEST

DIGGS, JASON
ADDRESS AVAILABLE UPON REQUEST

DIGGS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DIGGS, TANYA
ADDRESS AVAILABLE UPON REQUEST

DIGHERO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DIGIACOPO, ELISA
ADDRESS AVAILABLE UPON REQUEST

DIGIAMBATTISTA, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DIGICERT, INC.
2600 EXECUTIVE PKWY
LEHI, UT  84043

DIGILIO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DIGIOIA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DIGIOVANNA, MARK
ADDRESS AVAILABLE UPON REQUEST

DIGIOVANNI, ARIA
ADDRESS AVAILABLE UPON REQUEST

DIGIOVANNI, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

DIGIOVANNI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DIGIROLAMO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DIGIROLAMO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DIGIROLAMO, ERIN
ADDRESS AVAILABLE UPON REQUEST

DIGIROLAMO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DIGITAL BUYER
ADDRESS UNAVAILABLE AT TIME OF FILING

DIGITAL DOGMA CORP
13003 LOS NIETOS RD
SANTA FE SPRINGS, CA  90670

DIGITAL LA
ADDRESS UNAVAILABLE AT TIME OF FILING

DIGITAL MEDIA SOLUTIONS LLC
11833 MISSIPPI AVE 2ND FLOOR
LOS ANGELES, CA  90025

DIGITAL MEDIA SOLUTIONS LLC
4800 140TH AVE N SUITE 101
CLEARWATER, FL  33762

DIGITAL MEDIA SOLUTIONS LLC
W4 HOLDING COMPANY LLC
4800 140TH AVE NORTH, STE 101
CLEARWATER, FL  33762

DIGITAL MEDIA SOLUTIONS LLC
W4 LLC
11833 MISSISSIPPI AVE, 2ND FLOOR
LOS ANGELES, CA  90025

DIGITAL MEDIA SOLUTIONS LLC
W4 LLC
2644 30TH STREET SUITE 100
SANTA MONICA, CA  90405

DIGITAL MEDIA SOLUTIONS LLC
W4 LLC
DEPT. LA 23609
PASADENA, CA  91185-3609

DIGITALOCEAN
ADDRESS UNAVAILABLE AT TIME OF FILING

DIGITALUX, LLC.
1333 HUDSON STREET, 1108N
HOBOKEN, NJ 07030

DIGMAN, JACKI
ADDRESS AVAILABLE UPON REQUEST

DIGNEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DIGNON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DIGRAVIO, DONNA
ADDRESS AVAILABLE UPON REQUEST

DIGRE, MAYA
ADDRESS AVAILABLE UPON REQUEST

DIGREGORIO, CANDRA
ADDRESS AVAILABLE UPON REQUEST

DIGREGORIO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DIGREGORIO, JOHN
ADDRESS AVAILABLE UPON REQUEST

DIGREGORIO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DIGUISEPPE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DIHLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DIIENNO, JAMES
ADDRESS AVAILABLE UPON REQUEST

DIIENNO, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

DIIMMITT, LON
ADDRESS AVAILABLE UPON REQUEST

DIIORIO, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

DIIORIO, RENEE
ADDRESS AVAILABLE UPON REQUEST

DIJEROME, LAURA
ADDRESS AVAILABLE UPON REQUEST

DIJKHOFFZ, ANISA
ADDRESS AVAILABLE UPON REQUEST

DIJOLS, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

DIKEC, TIMUR
ADDRESS AVAILABLE UPON REQUEST

DILANIAN, SARVEN
ADDRESS AVAILABLE UPON REQUEST

DILAURO, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DILAURO, COLETTE
ADDRESS AVAILABLE UPON REQUEST

DILAVERI, LORETA
ADDRESS AVAILABLE UPON REQUEST

DILAWARI, KAVIKA
ADDRESS AVAILABLE UPON REQUEST

DILBECK, ARDEN
ADDRESS AVAILABLE UPON REQUEST

DILDAY, TERESA
ADDRESS AVAILABLE UPON REQUEST

DILDINE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DILELLO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DILENSCHNEIDER, PETER
ADDRESS AVAILABLE UPON REQUEST

DILEO, KATE
ADDRESS AVAILABLE UPON REQUEST

DILEO, PAUL
ADDRESS AVAILABLE UPON REQUEST

DILEONARDO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DILEONE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DILEONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DILGER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

DILGER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DILIBERTA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DILIBERTO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DILIBERTO, MARLA
ADDRESS AVAILABLE UPON REQUEST

DILICK, IAN
ADDRESS AVAILABLE UPON REQUEST

DILICK, SARAH
ADDRESS AVAILABLE UPON REQUEST

DILIONE, ART
ADDRESS AVAILABLE UPON REQUEST

DILIONE, PAUL
ADDRESS AVAILABLE UPON REQUEST

DILIP NARAYANAN RAVINDRAN
ADDRESS AVAILABLE UPON REQUEST

DILIP PATEL
ADDRESS AVAILABLE UPON REQUEST

DILIP, MONISHA
ADDRESS AVAILABLE UPON REQUEST

DILKS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DILL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DILL, BREANNE
ADDRESS AVAILABLE UPON REQUEST

DILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DILL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DILL, DELANEY
ADDRESS AVAILABLE UPON REQUEST

DILL, EMMA
ADDRESS AVAILABLE UPON REQUEST

DILL, HALEY
ADDRESS AVAILABLE UPON REQUEST

DILL, PAT
ADDRESS AVAILABLE UPON REQUEST

DILL, SARA
ADDRESS AVAILABLE UPON REQUEST

DILL, TAMMY
ADDRESS AVAILABLE UPON REQUEST

DILLABAUGH, JACOB
ADDRESS AVAILABLE UPON REQUEST

DILLAHUNT, DARRELL
ADDRESS AVAILABLE UPON REQUEST

DILLAMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DILLARD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DILLARD, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DILLARD, CECILIA
ADDRESS AVAILABLE UPON REQUEST

DILLARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

DILLARD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DILLARD, KENISHA
ADDRESS AVAILABLE UPON REQUEST

DILLARD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DILLARD, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

DILLARD, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

DILLE, ADDIE
ADDRESS AVAILABLE UPON REQUEST

DILLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DILLE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DILLEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

DILLENBECK JR, EARL
ADDRESS AVAILABLE UPON REQUEST

DILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

DILLER, MINDY
ADDRESS AVAILABLE UPON REQUEST

DILLER, RHETT
ADDRESS AVAILABLE UPON REQUEST

DILLEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

DILLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

DILLEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DILLI R SUBEDI
ADDRESS AVAILABLE UPON REQUEST

DILLING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DILLION, MATT
ADDRESS AVAILABLE UPON REQUEST

DILLION, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DILLMAN, MADYSEN
ADDRESS AVAILABLE UPON REQUEST

DILLMAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

DILLOIAN, ALLI
ADDRESS AVAILABLE UPON REQUEST

DILLON, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

DILLON, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DILLON, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DILLON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DILLON, AMY
ADDRESS AVAILABLE UPON REQUEST

DILLON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DILLON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DILLON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DILLON, APRIL
ADDRESS AVAILABLE UPON REQUEST

DILLON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DILLON, BECKY
ADDRESS AVAILABLE UPON REQUEST

DILLON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

DILLON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DILLON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DILLON, CASEY
ADDRESS AVAILABLE UPON REQUEST

DILLON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DILLON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DILLON, DELLA
ADDRESS AVAILABLE UPON REQUEST

DILLON, DIANE
ADDRESS AVAILABLE UPON REQUEST

DILLON, INA
ADDRESS AVAILABLE UPON REQUEST

DILLON, JAMES
ADDRESS AVAILABLE UPON REQUEST

DILLON, JAMES
ADDRESS AVAILABLE UPON REQUEST

DILLON, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

DILLON, JULIE
ADDRESS AVAILABLE UPON REQUEST

DILLON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DILLON, LISA
ADDRESS AVAILABLE UPON REQUEST

DILLON, LUCY
ADDRESS AVAILABLE UPON REQUEST

DILLON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DILLON, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

DILLON, PATTY
ADDRESS AVAILABLE UPON REQUEST

DILLON, REILLY
ADDRESS AVAILABLE UPON REQUEST

DILLON, SHIRLEY A
ADDRESS AVAILABLE UPON REQUEST

DILLON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DILLON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DILLON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DILLON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DILLON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

DILLON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DILLOW, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

DILLOWAY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DILLS, STEFANI
ADDRESS AVAILABLE UPON REQUEST

DILLS, TENA
ADDRESS AVAILABLE UPON REQUEST

DILLWOOD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DILLY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DILOCKER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DILODOVICO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DILOLLO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DILONE, JENNA
ADDRESS AVAILABLE UPON REQUEST

DILORATI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DILORENZO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DILORENZO, LEANN
ADDRESS AVAILABLE UPON REQUEST

DILORENZO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DILORETO, DEREK
ADDRESS AVAILABLE UPON REQUEST

DILORETO-HILL, JD
ADDRESS AVAILABLE UPON REQUEST

DILSAVER, ALAN
ADDRESS AVAILABLE UPON REQUEST

DILSAVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DILSHEIMER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DILUCA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DILUCENTE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DILULLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DILUOFFO, RYAN
ADDRESS AVAILABLE UPON REQUEST

DILWORTH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DILWORTH, ASHTYN
ADDRESS AVAILABLE UPON REQUEST

DIMAANO, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

DIMAGGIO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

DIMAGGIO, SARA
ADDRESS AVAILABLE UPON REQUEST

DIMAGUIPO-MUNOZ, CARINA
ADDRESS AVAILABLE UPON REQUEST

DIMAIO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DIMAIO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DIMAKOS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DIMAMBRO, KATHY
ADDRESS AVAILABLE UPON REQUEST

DIMANGO, TIM
ADDRESS AVAILABLE UPON REQUEST

DIMAO, LEIGH
ADDRESS AVAILABLE UPON REQUEST

DIMAPILIS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

DIMAR, NANCY
ADDRESS AVAILABLE UPON REQUEST

DIMARCA, SOFIA
ADDRESS AVAILABLE UPON REQUEST

DIMARCELLA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DIMARCO, MAY-MAY
ADDRESS AVAILABLE UPON REQUEST

DIMARCO, MELINA
ADDRESS AVAILABLE UPON REQUEST

DIMARE, KATY
ADDRESS AVAILABLE UPON REQUEST

DIMARE, MARIA
ADDRESS AVAILABLE UPON REQUEST

DIMARIA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DIMARIANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DIMARIANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DIMARTILE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DIMARTINO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

DIMARZO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DIMARZO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DIMAS, MARI
ADDRESS AVAILABLE UPON REQUEST

DIMASSIMO, SARA
ADDRESS AVAILABLE UPON REQUEST

DIMATTEO, ANN
ADDRESS AVAILABLE UPON REQUEST

DIMATTEO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DIMATUGA, JANEA
ADDRESS AVAILABLE UPON REQUEST

DIMEDIO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DIMEGLIO, VICKI
ADDRESS AVAILABLE UPON REQUEST

DIMENNA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DIMEO, JEAN
ADDRESS AVAILABLE UPON REQUEST

DIMERCURIO, ERICA
ADDRESS AVAILABLE UPON REQUEST

DIMES, AMY
ADDRESS AVAILABLE UPON REQUEST

DIMETRES, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DIMIC, DARLENE
ADDRESS AVAILABLE UPON REQUEST

DIMIC, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIMICELI, ANNA
ADDRESS AVAILABLE UPON REQUEST

DIMICHELE, JILL
ADDRESS AVAILABLE UPON REQUEST

DIMICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DIMICK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DIMIGOU, MIREILLE
ADDRESS AVAILABLE UPON REQUEST

DIMILLO, CARMELLA
ADDRESS AVAILABLE UPON REQUEST

DIMITRIOU, ROHANIE
ADDRESS AVAILABLE UPON REQUEST

DIMITRIUS KING
ADDRESS AVAILABLE UPON REQUEST

DIMITROFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIMITROV, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DIMITROVA, PLAMENA
ADDRESS AVAILABLE UPON REQUEST

DIMITRUK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DIMLA, RONNIE
ADDRESS AVAILABLE UPON REQUEST

DIMMER, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

DIMMICK, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIMOCK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DIMOFF, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DIMON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DIMON2ART
DMITRIY POGORELOV LENINA 15, 12
KORKINO 456550
RUSSIA

DIMOND, MOM
ADDRESS AVAILABLE UPON REQUEST

DIMOND, TRACEY
ADDRESS AVAILABLE UPON REQUEST

DIMOND, TRACY
ADDRESS AVAILABLE UPON REQUEST

DIMOS, LOIS
ADDRESS AVAILABLE UPON REQUEST

DIMOU, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DIMUCCIO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DIMURO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DINA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DINALLO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DINAN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

DINAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DINARDO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DINARDO, JEFF
ADDRESS AVAILABLE UPON REQUEST

DINARDO, MAURA
ADDRESS AVAILABLE UPON REQUEST

DINAS, MELINA
ADDRESS AVAILABLE UPON REQUEST

DINATALE, JOSH
ADDRESS AVAILABLE UPON REQUEST

DINCAU, LYCI
ADDRESS AVAILABLE UPON REQUEST

DINCER, SUZAN
ADDRESS AVAILABLE UPON REQUEST

DINE, JANICE
ADDRESS AVAILABLE UPON REQUEST

DINEEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DINEEN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DINEEN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DINEEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DINEEN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

DINEEN, NICOLLETTE
ADDRESS AVAILABLE UPON REQUEST

DINEEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DINERMAN, NADINE
ADDRESS AVAILABLE UPON REQUEST

DINES, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

DINES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DINESH KUMAR DHANASEKARAN
ADDRESS AVAILABLE UPON REQUEST

DINESH RAO PEJAVER
ADDRESS AVAILABLE UPON REQUEST

DINETS, ASYA
ADDRESS AVAILABLE UPON REQUEST

DINGEMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DINGLE, DON
ADDRESS AVAILABLE UPON REQUEST

DINGLE, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DINGLEDY, SARA
ADDRESS AVAILABLE UPON REQUEST

DINGLER, LAYNE
ADDRESS AVAILABLE UPON REQUEST

DINGMAN, ALLAN
ADDRESS AVAILABLE UPON REQUEST

DINGMAN, BETH
ADDRESS AVAILABLE UPON REQUEST

DINGMAN, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

DINGUS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DINH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DINH, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DINH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DINH, TERESA
ADDRESS AVAILABLE UPON REQUEST

DINH, TU ANH
ADDRESS AVAILABLE UPON REQUEST

DINH, TU
ADDRESS AVAILABLE UPON REQUEST

DINI, AMY
ADDRESS AVAILABLE UPON REQUEST

DINICE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DINICOLA, AMBER
ADDRESS AVAILABLE UPON REQUEST

DINICOLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

DININGER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DININO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DINITZ-SKLAR, JILL
ADDRESS AVAILABLE UPON REQUEST

DINIUS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DINIZ, GIOVANNE
ADDRESS AVAILABLE UPON REQUEST

DINKEL, AMY
ADDRESS AVAILABLE UPON REQUEST

DINKEL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DINKEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DINKLOCKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DINO RENTOS STUDIO
ADDRESS UNAVAILABLE AT TIME OF FILING

DINOZO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

DINSDALE, KINSEY
ADDRESS AVAILABLE UPON REQUEST

DINSLAGE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DINSMOOR, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DINSMORE, BEN
ADDRESS AVAILABLE UPON REQUEST

DINSMORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DINSMORE, GABBY
ADDRESS AVAILABLE UPON REQUEST

DINSMORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DINSON, MISHA
ADDRESS AVAILABLE UPON REQUEST

DINSTELL, BECCA
ADDRESS AVAILABLE UPON REQUEST

DINUNZIO, THERESA
ADDRESS AVAILABLE UPON REQUEST

DINWIDDIE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DINWIDDIE, SARAH BETH
ADDRESS AVAILABLE UPON REQUEST

DINWOODIE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DINZEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DIODATO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DIOGO, HENRY
ADDRESS AVAILABLE UPON REQUEST

DIOLIVEIRA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DION, ALICE
ADDRESS AVAILABLE UPON REQUEST

DION, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DION, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DION, NINA
ADDRESS AVAILABLE UPON REQUEST

DIONGZON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DIONISIO, MYRA
ADDRESS AVAILABLE UPON REQUEST

DIONNE LEWIS
ADDRESS AVAILABLE UPON REQUEST

DIONNE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

DIONNE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DIONNE, TINA
ADDRESS AVAILABLE UPON REQUEST

DIONYSOS IMPORTS
11581 ROBERTSON DRIVE
MANASSAS, VA 20109

DIONYSOS IMPORTS, INC (VIRGINIA)
11581 ROBERTSON DR. SUITE 101
MANASSAS, VA 20109

DIOR, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

DIORIO, BREANNE
ADDRESS AVAILABLE UPON REQUEST

DIORIO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DIORIO, MARIA
ADDRESS AVAILABLE UPON REQUEST

DIOSA, LAURA
ADDRESS AVAILABLE UPON REQUEST

DIOTALEVI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DIPACE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DIPACE, LARA
ADDRESS AVAILABLE UPON REQUEST

DIPACE, LARA
ADDRESS AVAILABLE UPON REQUEST

DIPALMA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DIPANFILO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DIPAOLA, NICK
ADDRESS AVAILABLE UPON REQUEST

DIPAOLO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIPAOLO, GRACE
ADDRESS AVAILABLE UPON REQUEST

DIPAOLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DIPASQUALE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIPASQUALE-ZYGA, JEN
ADDRESS AVAILABLE UPON REQUEST

DIPEN VARDHE
ADDRESS AVAILABLE UPON REQUEST

DIPERNO, DAN
ADDRESS AVAILABLE UPON REQUEST

DIPERT, SIERA
ADDRESS AVAILABLE UPON REQUEST

DIPIETRANTONIO, KELLY
ADDRESS AVAILABLE UPON REQUEST

DIPIETRO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DIPIETRO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DIPIETRO, DAWN
ADDRESS AVAILABLE UPON REQUEST

DIPIETRO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIPIETRO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DIPIKAR, JAI
ADDRESS AVAILABLE UPON REQUEST

DIPILLA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DIPOLVERE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DIPOMPEI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DIPUO, PINELLA
ADDRESS AVAILABLE UPON REQUEST

DIPOTO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DIPPOLD, SETH
ADDRESS AVAILABLE UPON REQUEST

DIPRIMA, JAMES
ADDRESS AVAILABLE UPON REQUEST

DIPRISCO, JOVANA
ADDRESS AVAILABLE UPON REQUEST

DIRADO, STEVE
ADDRESS AVAILABLE UPON REQUEST

DIRECT SHOPPING CENTER
ADDRESS UNAVAILABLE AT TIME OF FILING

DIRECT SOURCE PACKAGING
SUITE 4240 225 HIGH RIDGE ROAD
STAMFORD, CT 06905

DIRECTOR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DIRIENZI, LISA
ADDRESS AVAILABLE UPON REQUEST

DIRIENZO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DIRIG, YVONNE
ADDRESS AVAILABLE UPON REQUEST

DIRISIO, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIRK PRIEUR DU PLESSIS
ADDRESS AVAILABLE UPON REQUEST

DIRK V TULLY
ADDRESS AVAILABLE UPON REQUEST

DIRKES, KELLY
ADDRESS AVAILABLE UPON REQUEST

DIRKS, AMBER
ADDRESS AVAILABLE UPON REQUEST

DIRKS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DIRKSEN, CHYEANNA
ADDRESS AVAILABLE UPON REQUEST

DIRKSEN, ROGER
ADDRESS AVAILABLE UPON REQUEST

DIRKSEN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

DIRKSMEYER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DIROCCO, LUJAN
ADDRESS AVAILABLE UPON REQUEST

DIROCCO, MERISA
ADDRESS AVAILABLE UPON REQUEST

DIROSARIO, KELSEA
ADDRESS AVAILABLE UPON REQUEST

DIROSE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DIRR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DIRUBBA, WENDY
ADDRESS AVAILABLE UPON REQUEST

DIRUBBO, CARA MIA
ADDRESS AVAILABLE UPON REQUEST

DIRUBBO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DIRUSSO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DISA, JOHN
ADDRESS AVAILABLE UPON REQUEST

DISALVATORE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DISALVO, SARA
ADDRESS AVAILABLE UPON REQUEST

DISANTI, TATIANA
ADDRESS AVAILABLE UPON REQUEST

DISANTIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

DISANTO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DISANTOSTEFANO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DISARRO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DISBROW, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DISCENZA, GABBY
ADDRESS AVAILABLE UPON REQUEST

DISCH, ABBY
ADDRESS AVAILABLE UPON REQUEST

DISCHEL, MURIEL
ADDRESS AVAILABLE UPON REQUEST

DISCHINGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DISCHLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DISCHNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DISCOE, LISA
ADDRESS AVAILABLE UPON REQUEST

DISCOLA, NICK
ADDRESS AVAILABLE UPON REQUEST

DISCOUNTASP.NET
ADDRESS UNAVAILABLE AT TIME OF FILING

DISCOUNTMUGS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

DISCOVERY BENEFITS LLC
4321 20TH AVE. S.
FARGO, ND 58103

DISCOVERY OFFICE SYSTEMS
2550 APOLLO WAY 100
SANTA ROSA, CA 95407

DISDIER, JAMES
ADDRESS AVAILABLE UPON REQUEST

DISEND, JONAH
ADDRESS AVAILABLE UPON REQUEST

DISHAROON, BRANTLEY
ADDRESS AVAILABLE UPON REQUEST

DISHART, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DISHART, MAURA
ADDRESS AVAILABLE UPON REQUEST

DISHLER, BETHANNE
ADDRESS AVAILABLE UPON REQUEST

DISHMAN, BOB
ADDRESS AVAILABLE UPON REQUEST

DISHMAN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

DISHMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DISHNER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

DISHNER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DISHONG, BETH
ADDRESS AVAILABLE UPON REQUEST

DISHY, ZAIDA
ADDRESS AVAILABLE UPON REQUEST

DISICK, GRANT
ADDRESS AVAILABLE UPON REQUEST

DISKIN, JEANMARIE
ADDRESS AVAILABLE UPON REQUEST

DISLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DISMUKE, HILARY
ADDRESS AVAILABLE UPON REQUEST

DISNEY, SHAWNIECE
ADDRESS AVAILABLE UPON REQUEST

DISOMMA, DIANE
ADDRESS AVAILABLE UPON REQUEST

DISON, CATHY
ADDRESS AVAILABLE UPON REQUEST

DISPALTRO, ROB
ADDRESS AVAILABLE UPON REQUEST

DISPENSERKE
ADDRESS UNAVAILABLE AT TIME OF FILING

DISPER, TERRY
ADDRESS AVAILABLE UPON REQUEST

DISPLAY-WORLD
ADDRESS UNAVAILABLE AT TIME OF FILING

DISPONZIO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DISPOTO, CAROL
ADDRESS AVAILABLE UPON REQUEST

DISSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

DISSER, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

DISSTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DISTANISLAO, LAURA
ADDRESS AVAILABLE UPON REQUEST

DISTASI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DISTASIO, DESTINY
ADDRESS AVAILABLE UPON REQUEST

DISTASIO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DISTASO, IMOGEN
ADDRESS AVAILABLE UPON REQUEST

DISTASO, JACK
ADDRESS AVAILABLE UPON REQUEST

DISTEFANO, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DISTEFANO, AUBRYANNA
ADDRESS AVAILABLE UPON REQUEST

DISTEFANO, KATTYA
ADDRESS AVAILABLE UPON REQUEST

DISTEFANO, PAUL
ADDRESS AVAILABLE UPON REQUEST

DISTELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DISTENFELD, ERICA
ADDRESS AVAILABLE UPON REQUEST

DISTRICT OF COLUMBIA ATTORNEY
GENERAL
441 4TH ST, NW
WASHINGTON, DC  20001

DISTRICT OF COLUMBIA
1101 4TH STREET, SW
SUITE 270
WASHINGTON, DC  20024

DISZ, JAIME
ADDRESS AVAILABLE UPON REQUEST

DITARANTO, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DITCHER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DITCHMAN, NANCI
ADDRESS AVAILABLE UPON REQUEST

DITCHMAN, SHAWNTIEL
ADDRESS AVAILABLE UPON REQUEST

DITIZIO, RYLAND
ADDRESS AVAILABLE UPON REQUEST

DITKOFF, NAOMI
ADDRESS AVAILABLE UPON REQUEST

DITO, LO
ADDRESS AVAILABLE UPON REQUEST

DITOMASO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DITOMASSO, JANET
ADDRESS AVAILABLE UPON REQUEST

DITRI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DITTA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DITTHARDT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DITTMANN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DITTMAR, KATLYN
ADDRESS AVAILABLE UPON REQUEST

DITTMER, CRISSY
ADDRESS AVAILABLE UPON REQUEST

DITTMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

DITTO, JACK
ADDRESS AVAILABLE UPON REQUEST

DITTRICH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DITTRICH, DIANE
ADDRESS AVAILABLE UPON REQUEST

DITULLIO, KATE
ADDRESS AVAILABLE UPON REQUEST

DITULLIO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DITULLIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DITZEL, BECKY
ADDRESS AVAILABLE UPON REQUEST

DITZMAN, TANYA
ADDRESS AVAILABLE UPON REQUEST

DIV MANAGEMENT LLC
1550 N EL CENTRO AVENUE 403
LOS ANGELES, CA  90028

DIVELEY, QUINCY
ADDRESS AVAILABLE UPON REQUEST

DIVELY, KIRBY
ADDRESS AVAILABLE UPON REQUEST

DIVEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

DIVERNIERO, STEVE
ADDRESS AVAILABLE UPON REQUEST

DIVERSIFIED COMMUNICATIONS
121 FREE STREET
PORTLAND, ME  04101

DIVILBISS, WHIT
ADDRESS AVAILABLE UPON REQUEST

DIVILOVA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

DIVINA EUROPA SL
CL FRANCESC LAYRET NO 11 OISO 3
HOSPITALET LLOBREGAT
BARCELONA  08903
SPAIN

DIVINAGRACIA, ARLYN
ADDRESS AVAILABLE UPON REQUEST

DIVINE BEST
ADDRESS AVAILABLE UPON REQUEST

DIVINE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

DIVINE, GORDON
ADDRESS AVAILABLE UPON REQUEST

DIVINE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIVINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DIVINE, MARY
ADDRESS AVAILABLE UPON REQUEST

DIVINE, SAVINA
ADDRESS AVAILABLE UPON REQUEST

DIVINEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DIVIRGILIO, PAUL J.
ADDRESS AVAILABLE UPON REQUEST

DIVISION OF ALCOHOL AND TOBACCO
CONTROL
1738 E. ELM LOWER LEVEL
JEFFERSON CITY, MO  65101

DIVISION OF ALCOHOLIC BEVERAGES &
TOBACCO
2601 BLAIR STONE ROAD
TALLAHASSEE, FL  32399

DIVISION OF ALCOHOLIC BEVERAGES AND
TOBACCO-FLORIDA
ADDRESS UNAVAILABLE AT TIME OF FILING

DIVISION OF COMMERCIAL LICENSING AND
REGULATION LIQUOR ENFORCEMENT AND
COMPLIANCE
BUILDING 68, 1511 PONTIAC AVE
CRANSTON, RI  02920

DIVISION OF LIQUOR CONTROL
DIVISION OF LIQUOR CONTROL 6606
TUSSING ROAD
REYNOLDSBURG, OH  43068

DIVISION OF SPECIAL TAXES
445 E CAPITOL AVENUE
PIERRE, SD  57501

DIVISION-D
602 FAY STREET
COLUMBIA, MO  65201

DIVOZZO, NOELLE
ADDRESS AVAILABLE UPON REQUEST

DIVYA SHROFF
ADDRESS AVAILABLE UPON REQUEST

DIVYA SINGH
ADDRESS AVAILABLE UPON REQUEST

DIWAKAR, PRIYA
ADDRESS AVAILABLE UPON REQUEST

DIX, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DIX, MICAELA
ADDRESS AVAILABLE UPON REQUEST

DIX, PEYTON
ADDRESS AVAILABLE UPON REQUEST

DIX, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DIXIT, AJIT
ADDRESS AVAILABLE UPON REQUEST

DIXIT, ANNU
ADDRESS AVAILABLE UPON REQUEST

DIXIT, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

DIXON, AARON
ADDRESS AVAILABLE UPON REQUEST

DIXON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DIXON, ALIZA
ADDRESS AVAILABLE UPON REQUEST

DIXON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DIXON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DIXON, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DIXON, CARLIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, CAROL
ADDRESS AVAILABLE UPON REQUEST

DIXON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, CHARLA
ADDRESS AVAILABLE UPON REQUEST

DIXON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

DIXON, CORIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DIXON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DIXON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DIXON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

DIXON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DIXON, DARREN
ADDRESS AVAILABLE UPON REQUEST

DIXON, DONNA
ADDRESS AVAILABLE UPON REQUEST

DIXON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DIXON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIXON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DIXON, EMMA
ADDRESS AVAILABLE UPON REQUEST

DIXON, ERICA
ADDRESS AVAILABLE UPON REQUEST

DIXON, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

DIXON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DIXON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DIXON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DIXON, JACK
ADDRESS AVAILABLE UPON REQUEST

DIXON, JADA
ADDRESS AVAILABLE UPON REQUEST

DIXON, JAMES
ADDRESS AVAILABLE UPON REQUEST

DIXON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

DIXON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DIXON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DIXON, JOEL
ADDRESS AVAILABLE UPON REQUEST

DIXON, JOY
ADDRESS AVAILABLE UPON REQUEST

DIXON, KAILEY
ADDRESS AVAILABLE UPON REQUEST

DIXON, KARI
ADDRESS AVAILABLE UPON REQUEST

DIXON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DIXON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DIXON, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, LAINEY
ADDRESS AVAILABLE UPON REQUEST

DIXON, LAURA
ADDRESS AVAILABLE UPON REQUEST

DIXON, LAURA
ADDRESS AVAILABLE UPON REQUEST

DIXON, LEAH
ADDRESS AVAILABLE UPON REQUEST

DIXON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DIXON, LINA
ADDRESS AVAILABLE UPON REQUEST

DIXON, MAEVE
ADDRESS AVAILABLE UPON REQUEST

DIXON, MARY
ADDRESS AVAILABLE UPON REQUEST

DIXON, MARY
ADDRESS AVAILABLE UPON REQUEST

DIXON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DIXON, NADENE
ADDRESS AVAILABLE UPON REQUEST

DIXON, NANCY
ADDRESS AVAILABLE UPON REQUEST

DIXON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DIXON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DIXON, RASHETTA
ADDRESS AVAILABLE UPON REQUEST

DIXON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DIXON, SARA
ADDRESS AVAILABLE UPON REQUEST

DIXON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DIXON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DIXON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DIXON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DIXON, TYEESHA
ADDRESS AVAILABLE UPON REQUEST

DIXON, TYON
ADDRESS AVAILABLE UPON REQUEST

DIXON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DIXON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DIXON, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DIXON, WENDY
ADDRESS AVAILABLE UPON REQUEST

DIXON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DIXON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DIYAL DEONARAIN
ADDRESS AVAILABLE UPON REQUEST

DIZE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DIZINNO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DJAMILO LOPES
ADDRESS AVAILABLE UPON REQUEST

DJANTE MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

DJOKOVICH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DJURINA, ELLISA
ADDRESS AVAILABLE UPON REQUEST

DLC
20750 VENTURA BLVD. SUITE 300
WOODLAND HILLS, CA  91364

DLIMA, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DLS WORLDWIDE-BWSC
P.O. BOX 730440
BOLINGBROOK, TX  75373-0440

DLUGOLENSKI, MARC
ADDRESS AVAILABLE UPON REQUEST

DLUGOS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

DLUNA, SIMONE
ADDRESS AVAILABLE UPON REQUEST

DLUZAK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DLUZNEISKI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DME LIVE, LLC
12121 WILSHIRE BLVD, SUITE 725
LOS ANGELES, CA  90025

DMI PARTNERS, INC.
1 SOUTH BROAD STREET, 11TH FLOOR
PHILADELPHIA, PA  19107

DMOCHOWSKI, KRYSTEN
ADDRESS AVAILABLE UPON REQUEST

DMYTERKO, PAUL
ADDRESS AVAILABLE UPON REQUEST

DNC TRAVEL LAX
ADDRESS UNAVAILABLE AT TIME OF FILING

DO GOOD BUS
6053 BRISTOL PARKWAY
CULVER CITY, CA  90230

DO VALLE, LLC (DBA MURPHY
DISTRIBUTORS)
P.O. BOX 623
BRANFORD, CT  06405

DO, DAVID
ADDRESS AVAILABLE UPON REQUEST

DO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DO, PHONG
ADDRESS AVAILABLE UPON REQUEST

DO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DO, TYLER
ADDRESS AVAILABLE UPON REQUEST

DO, UYEN
ADDRESS AVAILABLE UPON REQUEST

DO.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

DOAK, CONNOR
ADDRESS AVAILABLE UPON REQUEST

DOAKES, ANGELE
ADDRESS AVAILABLE UPON REQUEST

DOAN NGO
ADDRESS AVAILABLE UPON REQUEST

DOAN, CALIN
ADDRESS AVAILABLE UPON REQUEST

DOAN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

DOAN, DANIELA
ADDRESS AVAILABLE UPON REQUEST

DOAN, THUY
ADDRESS AVAILABLE UPON REQUEST

DOANE, IGGY
ADDRESS AVAILABLE UPON REQUEST

DOANE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DOBALLAH, REDA
ADDRESS AVAILABLE UPON REQUEST

DOBBIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

DOBBINS, WILL
ADDRESS AVAILABLE UPON REQUEST

DOBBS, ABBY
ADDRESS AVAILABLE UPON REQUEST

DOBBS, CAYLI
ADDRESS AVAILABLE UPON REQUEST

DOBBS, CHAR
ADDRESS AVAILABLE UPON REQUEST

DOBBS, CINDY
ADDRESS AVAILABLE UPON REQUEST

DOBBS, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOBBS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DOBBS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

DOBELSTEIN, MICAH
ADDRESS AVAILABLE UPON REQUEST

DOBENSKY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOBEREINER, NIGEL
ADDRESS AVAILABLE UPON REQUEST

DOBERSTEIN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

DOBERSZTYN, NANCY
ADDRESS AVAILABLE UPON REQUEST

DOBESH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOBIE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DOBIES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOBINSON, IAN
ADDRESS AVAILABLE UPON REQUEST

DOBIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOBIS, MILES
ADDRESS AVAILABLE UPON REQUEST

DOBKIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

DOBKINS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

DOBLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DOBLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOBLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOBLIN, CLEMENCE
ADDRESS AVAILABLE UPON REQUEST

DOBNER, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DOBNIKAR, MICHELE
ADDRESS AVAILABLE UPON REQUEST

DOBO, STEVE
ADDRESS AVAILABLE UPON REQUEST

DOBOS, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

DOBRESKI, CHERIE
ADDRESS AVAILABLE UPON REQUEST

DOBREZ, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DOBRUSIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOBRY, JAMES
ADDRESS AVAILABLE UPON REQUEST

DOBSHINSKY, ORLY
ADDRESS AVAILABLE UPON REQUEST

DOBSON, ALAN
ADDRESS AVAILABLE UPON REQUEST

DOBSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOBSON, CARLEY
ADDRESS AVAILABLE UPON REQUEST

DOBSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOBSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOBSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOBSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOBSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOBSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOBSON, KIRK
ADDRESS AVAILABLE UPON REQUEST

DOBSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DOBUSH, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DOBY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DOCHTERMANN, JUNKO
ADDRESS AVAILABLE UPON REQUEST

DOCIMO, ANNE
ADDRESS AVAILABLE UPON REQUEST

DOCKALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

DOCKAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

DOCKAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOCKEN, SARA
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, KENISHA
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, SHERI
ADDRESS AVAILABLE UPON REQUEST

DOCKERY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOCKHORN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DOCKSTADER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

DOCKSTADER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DOCKTER, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

DOCKTER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DOCKWEILER, DAVE
ADDRESS AVAILABLE UPON REQUEST

DOCTOR, ALLIE
ADDRESS AVAILABLE UPON REQUEST

DOCTOR, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

DOCTOR, DARRYL
ADDRESS AVAILABLE UPON REQUEST

DOCTOR, SAQUIB
ADDRESS AVAILABLE UPON REQUEST

DOCTORS, ANNA
ADDRESS AVAILABLE UPON REQUEST

DOCUMENTATION FEES
ADDRESS UNAVAILABLE AT TIME OF FILING

DOCUSIGN
221 MAIN ST., SUITE 1550
SAN FRANCISCO, CA  94105

DOCUSIGN
ADDRESS UNAVAILABLE AT TIME OF FILING

DOD, BRONTE
ADDRESS AVAILABLE UPON REQUEST

DODARO, SARAH
ADDRESS AVAILABLE UPON REQUEST

DODD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DODD, ERIN
ADDRESS AVAILABLE UPON REQUEST

DODD, ERIN
ADDRESS AVAILABLE UPON REQUEST

DODD, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

DODD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DODD, JAMES
ADDRESS AVAILABLE UPON REQUEST

DODD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DODD, KELLY
ADDRESS AVAILABLE UPON REQUEST

DODD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DODD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DODD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DODD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DODD, SHARON
ADDRESS AVAILABLE UPON REQUEST

DODD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DODD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DODD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DODD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DODDERIDGE, DONNA
ADDRESS AVAILABLE UPON REQUEST

DODDERIDGE, LILI
ADDRESS AVAILABLE UPON REQUEST

DODDRIDGE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

DODDS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DODDS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DODDS, JULIE
ADDRESS AVAILABLE UPON REQUEST

DODDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DODDS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DODDY, LORI
ADDRESS AVAILABLE UPON REQUEST

DODDY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DODEMAIDE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DODENHOFF, KYLE
ADDRESS AVAILABLE UPON REQUEST

DODGE, BROOKS
ADDRESS AVAILABLE UPON REQUEST

DODGE, BRYCE
ADDRESS AVAILABLE UPON REQUEST

DODGE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DODGE, DAYTON
ADDRESS AVAILABLE UPON REQUEST

DODGE, JEAN
ADDRESS AVAILABLE UPON REQUEST

DODGE, JESSE
ADDRESS AVAILABLE UPON REQUEST

DODGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DODGE, JOANN
ADDRESS AVAILABLE UPON REQUEST

DODGE, KAT
ADDRESS AVAILABLE UPON REQUEST

DODGE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DODGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DODGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DODGE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

DODGEN, KAYCE
ADDRESS AVAILABLE UPON REQUEST

DODGER TICKETS LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

DODGION, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

DODIMEAD, SHANNA
ADDRESS AVAILABLE UPON REQUEST

DODSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

DODSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DODSON, ANA
ADDRESS AVAILABLE UPON REQUEST

DODSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DODSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DODSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DODSON, DALLAS
ADDRESS AVAILABLE UPON REQUEST

DODSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

DODSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

DODSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DODSON, KALLI
ADDRESS AVAILABLE UPON REQUEST

DODSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DODSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

DODSON, LATISHA
ADDRESS AVAILABLE UPON REQUEST

DODSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

DODSON, MALONE
ADDRESS AVAILABLE UPON REQUEST

DODSON, MARY
ADDRESS AVAILABLE UPON REQUEST

DODSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DODSON, NEIL
ADDRESS AVAILABLE UPON REQUEST

DODSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DODSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

DODSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DODSON, RHIAN
ADDRESS AVAILABLE UPON REQUEST

DODSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DODSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

DODSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

DODSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DODSONLAVELLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DODSWORTH, TARA
ADDRESS AVAILABLE UPON REQUEST

DOE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOEBLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOEDENS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DOEHRER, MADISON
ADDRESS AVAILABLE UPON REQUEST

DOELY, REGAN
ADDRESS AVAILABLE UPON REQUEST

DOENCH, JANICE
ADDRESS AVAILABLE UPON REQUEST

DOEPPE, KATE
ADDRESS AVAILABLE UPON REQUEST

DOERCK, ZABRINA
ADDRESS AVAILABLE UPON REQUEST

DOEREN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DOERING, JEANNE
ADDRESS AVAILABLE UPON REQUEST

DOERING, TRACI
ADDRESS AVAILABLE UPON REQUEST

DOERP, TAM ANH
ADDRESS AVAILABLE UPON REQUEST

DOERR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DOERR, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DOERR, LORI
ADDRESS AVAILABLE UPON REQUEST

DOERR, RAIFF
ADDRESS AVAILABLE UPON REQUEST

DOERSCH, DIANE
ADDRESS AVAILABLE UPON REQUEST

DOERSCHNER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DOFT, NILI
ADDRESS AVAILABLE UPON REQUEST

DOGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOGAN, ORHAN
ADDRESS AVAILABLE UPON REQUEST

DOGRA, ASHIMA
ADDRESS AVAILABLE UPON REQUEST

DOGRA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DOGTOWN COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

DOH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DOHE, KATE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, AMY
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, BREANNA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, CODY
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, COLLIN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, EMILY
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, ERICA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KAREN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KATE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KEENAN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KEN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, KYRA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, LAURA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, LIAM
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, MEG
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, PAUL
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, RYAN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, STEPHANIE REILLY
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, TARYN
ADDRESS AVAILABLE UPON REQUEST

DOHERTY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DOHERY, MEG
ADDRESS AVAILABLE UPON REQUEST

DOHETY, DEB
ADDRESS AVAILABLE UPON REQUEST

DOHLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOHMANN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DOHMANN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

DOHMLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOHNER, KENZIE
ADDRESS AVAILABLE UPON REQUEST

DOHONY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DOHRMAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DOI, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DOIG, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DOIG, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DOINIDIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

DOIRON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DOIRON, JACOB
ADDRESS AVAILABLE UPON REQUEST

DOIYEN LLC (FORMERLY WHP
ENTERTAINMENT, LLC)
802 N CRESENT DR
BEVERLY HILLS, CA  90210

DOJCHINOVSKA, MELODY
ADDRESS AVAILABLE UPON REQUEST

DOKKEN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DOKSANSKY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DOLAN, AMY
ADDRESS AVAILABLE UPON REQUEST

DOLAN, ANNA MARIA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JANINE
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JOHN RYAN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KAELA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOLAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, LEIGH-ANN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DOLAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DOLAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DOLAN, ROGER
ADDRESS AVAILABLE UPON REQUEST

DOLAN, SEAMUS
ADDRESS AVAILABLE UPON REQUEST

DOLAN, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

DOLAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOLAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOLATA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOLATOWSKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

DOLAWAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOLBASHIAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DOLBEE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DOLBOW, LISA
ADDRESS AVAILABLE UPON REQUEST

DOLBOW, SARAH
ADDRESS AVAILABLE UPON REQUEST

DOLBY, NANETTE
ADDRESS AVAILABLE UPON REQUEST

DOLCE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DOLCE, BRITNEE
ADDRESS AVAILABLE UPON REQUEST

DOLCE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DOLCE, GREGORIE
ADDRESS AVAILABLE UPON REQUEST

DOLCE, LINDA
ADDRESS AVAILABLE UPON REQUEST

DOLCEMASCOLO, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

DOLCEMASCOLO, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

DOLD, AMY
ADDRESS AVAILABLE UPON REQUEST

DOLD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DOLDER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DOLE, ALANA
ADDRESS AVAILABLE UPON REQUEST

DOLE, CAMMY
ADDRESS AVAILABLE UPON REQUEST

DOLE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

DOLE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DOLENTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOLES, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOLES, MIKAL
ADDRESS AVAILABLE UPON REQUEST

DOLESKI, CORINA
ADDRESS AVAILABLE UPON REQUEST

DOLEZAL, NANCY
ADDRESS AVAILABLE UPON REQUEST

DOLFMAN, DOUG
ADDRESS AVAILABLE UPON REQUEST

DOLGIN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DOLIN, GAY
ADDRESS AVAILABLE UPON REQUEST

DOLIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DOLINAR, TRICIA
ADDRESS AVAILABLE UPON REQUEST

DOLINER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DOLINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DOLINS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

DOLINSKY, AMELIA
ADDRESS AVAILABLE UPON REQUEST

DOLINSKY, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

DOLINSKY, PAUL
ADDRESS AVAILABLE UPON REQUEST

DOLISTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOLIVEIRA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DOLL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DOLL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOLL, KENT
ADDRESS AVAILABLE UPON REQUEST

DOLL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DOLL, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

DOLLAK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DOLLAR FLIGHT CLUB INC.
113 CHERRY ST (PMB 79116)
SEATTLE, WA  98104-2205

DOLLAR TREE
ADDRESS UNAVAILABLE AT TIME OF FILING

DOLLAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOLLAR, PASHELL
ADDRESS AVAILABLE UPON REQUEST

DOLLARD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DOLLARHIDE, CAROL
ADDRESS AVAILABLE UPON REQUEST

DOLLHOPF, EMMA
ADDRESS AVAILABLE UPON REQUEST

DOLLHOPF, NYREE
ADDRESS AVAILABLE UPON REQUEST

DOLLINGER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DOLLINS, MICKI
ADDRESS AVAILABLE UPON REQUEST

DOLLISON, YSMELDA
ADDRESS AVAILABLE UPON REQUEST

DOLLIVER, SUNDEEP
ADDRESS AVAILABLE UPON REQUEST

DOLLOFF, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DOLLOFF, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOLLY, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DOLMAGE, GRANT
ADDRESS AVAILABLE UPON REQUEST

DOLMAGE, GREG
ADDRESS AVAILABLE UPON REQUEST

DOLMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DOLMO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DOLORES CATANIA LLC
909 BELMONT AVE
NORTH HALEDON, NJ 07508

DOLORESCO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DOLPH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DOLPH, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

DOLPHIN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DOLSKI, GINA
ADDRESS AVAILABLE UPON REQUEST

DOLSKY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

DOLSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

DOLSON, CARMEN
ADDRESS AVAILABLE UPON REQUEST

DOLTON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DOLUBIZNO, PAULA
ADDRESS AVAILABLE UPON REQUEST

DOLWANI, JAI
ADDRESS AVAILABLE UPON REQUEST

DOLZAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DOM, LEYSE
ADDRESS AVAILABLE UPON REQUEST

DOMACH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DOMAGALA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOMAIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

DOMAINE DE LA COTE
PO BOX 11106
OAKLAND, CA 94611

DOMAINE GIOULIS SA (KTIMA GKIOULI AE)
THESI KAMPOS KLIMENTI
KORINTHIAS 20200
GREECE

DOMAINE IMPORTS, LLC
13941 JACKSON STREET
THORNTON, CO 80602

DOMAINES DES COMTES MEDITERRANEEN
CHATEAU MARIS
LA LIVINIERE 34210
FRANCE

DOMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

DOMAYER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DOMBER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DOMBKOWSKI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DOMBLESKY, JENNA
ADDRESS AVAILABLE UPON REQUEST

DOMBROSKI, ALLY
ADDRESS AVAILABLE UPON REQUEST

DOMBROSKI, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DOMBROSKI, GAYLE
ADDRESS AVAILABLE UPON REQUEST

DOMBROSKI, JENNY
ADDRESS AVAILABLE UPON REQUEST

DOMBROWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOMBROWSKI, KEITH
ADDRESS AVAILABLE UPON REQUEST

DOMEIER, RANDY
ADDRESS AVAILABLE UPON REQUEST

DOMEL, KALEB
ADDRESS AVAILABLE UPON REQUEST

DOMENA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

DOMENECH, CYD
ADDRESS AVAILABLE UPON REQUEST

DOMENICO FIGLIOLIA
ADDRESS AVAILABLE UPON REQUEST

DOMER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOMERSHICK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DOMIANO, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DOMICO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DOMINESKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DOMINGO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DOMINGO, KATRINA
ADDRESS AVAILABLE UPON REQUEST

DOMINGO, SARA
ADDRESS AVAILABLE UPON REQUEST

DOMINGS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DOMINGUES, JULIANA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUES, MARK
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, AMNUBIZ
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ANAIS
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, DAMARIS
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, EMILIO
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, GERALDINA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, JALEAN
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, JASMINE
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, JODY
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, LILY
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, MIA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, PERLA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, PRICELIS
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, SALENA
ADDRESS AVAILABLE UPON REQUEST

DOMINGUEZ, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DOMINIC CORYELL
ADDRESS AVAILABLE UPON REQUEST

DOMINICK DIBENEDETTO
ADDRESS AVAILABLE UPON REQUEST

DOMINICK SIGNORILE
ADDRESS AVAILABLE UPON REQUEST

DOMINICK WALKER
ADDRESS AVAILABLE UPON REQUEST

DOMINICO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

DOMINIE, TARYN
ADDRESS AVAILABLE UPON REQUEST

DOMINIK MATYKA
ADDRESS AVAILABLE UPON REQUEST

DOMINIQUE D XI
ADDRESS AVAILABLE UPON REQUEST

DOMINIQUE DAVIS
ADDRESS AVAILABLE UPON REQUEST

DOMINIQUE EHRL
ADDRESS AVAILABLE UPON REQUEST

DOMINIQUE, JAMES
ADDRESS AVAILABLE UPON REQUEST

DOMINIQUE, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

DOMINO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOMINO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DOMINOCIELO, GABE
ADDRESS AVAILABLE UPON REQUEST

DOMINOS
ADDRESS UNAVAILABLE AT TIME OF FILING

DOMINY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOMITROWSKY, JOANN
ADDRESS AVAILABLE UPON REQUEST

DOMMERMUTH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DOMO, INC
772 EAST UTAH VALLEY DRIVE
JOHN F. MELLOR, CHIEF EXECUTIVE
OFFICER, DIRECTOR
AMERICAN FORK, UT  84003

DOMO, INC.
ATTN: FINANCE DEPT
772 E UTAH VALLEY PKWY
AMERICAN FORK, UT  84003

DOMO, INC.
DEPT CH 10704
PALATINE, IL  60055-0704

DOMVILLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DON CHUYS
ADDRESS UNAVAILABLE AT TIME OF FILING

DON FELIX MEAT MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

DON HUDZIETZ
ADDRESS AVAILABLE UPON REQUEST

DON RESSLER
ADDRESS AVAILABLE UPON REQUEST

DON RESSLER
ADDRESS AVAILABLE UPON REQUEST

DON THOMAS DEERE
ADDRESS AVAILABLE UPON REQUEST

DON W FRASER TRUST DATED APRIL 14 2020
ADDRESS AVAILABLE UPON REQUEST

DON YOO
ADDRESS AVAILABLE UPON REQUEST

DON, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

DONADIO, KRYSTIN
ADDRESS AVAILABLE UPON REQUEST

DONADO, ANA MARIA
ADDRESS AVAILABLE UPON REQUEST

DONADO, ERIC
ADDRESS AVAILABLE UPON REQUEST

DONAGHEY, MARY
ADDRESS AVAILABLE UPON REQUEST

DONAGHEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DONAGHUE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DONAGHY, TONI
ADDRESS AVAILABLE UPON REQUEST

DONAGHY, TYLER
ADDRESS AVAILABLE UPON REQUEST

DONAHER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DONAHO, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

DONAHOE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DONAHOE, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DONAHOE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DONAHOE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DONAHUE PAPER EMPORIUM
ADDRESS UNAVAILABLE AT TIME OF FILING

DONAHUE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, ARIELE
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, BROCK
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, CASEY
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, CATHY
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, CORA
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, COREY
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, DAVE
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, KELLY
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, MACKENNA
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DONAHUE, TERRI/CARLA
ADDRESS AVAILABLE UPON REQUEST

DONAL MCINTYRE APRIL 14 2020
ADDRESS AVAILABLE UPON REQUEST

DONALD A DESALVO
ADDRESS AVAILABLE UPON REQUEST

DONALD BAHIZI
ADDRESS AVAILABLE UPON REQUEST

DONALD BERNARD
ADDRESS AVAILABLE UPON REQUEST

DONALD BIRCH
ADDRESS AVAILABLE UPON REQUEST

DONALD BLAKE HARRIS
ADDRESS AVAILABLE UPON REQUEST

DONALD BRIAN GUSTIN
ADDRESS AVAILABLE UPON REQUEST

DONALD BRIERLEY
ADDRESS AVAILABLE UPON REQUEST

DONALD COUGHLAN
ADDRESS AVAILABLE UPON REQUEST

DONALD E DRAKE JR
ADDRESS AVAILABLE UPON REQUEST

DONALD E THOMAS
ADDRESS AVAILABLE UPON REQUEST

DONALD FOSTER
ADDRESS AVAILABLE UPON REQUEST

DONALD FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

DONALD L NIEMEIER
ADDRESS AVAILABLE UPON REQUEST

DONALD LONG
ADDRESS AVAILABLE UPON REQUEST

DONALD LOREN ROSETH
ADDRESS AVAILABLE UPON REQUEST

DONALD MCGRATH
ADDRESS AVAILABLE UPON REQUEST

DONALD MOEN
ADDRESS AVAILABLE UPON REQUEST

DONALD MUELLER
ADDRESS AVAILABLE UPON REQUEST

DONALD N KNUDSEN
ADDRESS AVAILABLE UPON REQUEST

DONALD OLSON
ADDRESS AVAILABLE UPON REQUEST

DONALD RASCENTO
ADDRESS AVAILABLE UPON REQUEST

DONALD RITTENHOUSE
ADDRESS AVAILABLE UPON REQUEST

DONALD SCHLUETER
ADDRESS AVAILABLE UPON REQUEST

DONALD STEPHEN MATHERS
ADDRESS AVAILABLE UPON REQUEST

DONALD VINCENT STITZ
ADDRESS AVAILABLE UPON REQUEST

DONALD, BENNETT
ADDRESS AVAILABLE UPON REQUEST

DONALD, CALVIN
ADDRESS AVAILABLE UPON REQUEST

DONALD, HOLLINGSWORTH,
ADDRESS AVAILABLE UPON REQUEST

DONALD, ROSELINE
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, AERIANA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, GLEN
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, LISA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, MADONNA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DONALDSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DONAPEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DONARSKI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DONARUMA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DONATELL YOST, JENNA
ADDRESS AVAILABLE UPON REQUEST

DONATELL, CHERY
ADDRESS AVAILABLE UPON REQUEST

DONATELL, SHARI
ADDRESS AVAILABLE UPON REQUEST

DONATELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DONATELLI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DONATELLI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DONATHAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DONATI, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DONATICH, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DONATO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DONATO, HALLE
ADDRESS AVAILABLE UPON REQUEST

DONATO, TONY
ADDRESS AVAILABLE UPON REQUEST

DONATUCCI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DONATUCCI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DONAWAY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DONBERG, JAIRA
ADDRESS AVAILABLE UPON REQUEST

DONDANVILLE, CARISSA
ADDRESS AVAILABLE UPON REQUEST

DONDELINGER, MAX
ADDRESS AVAILABLE UPON REQUEST

DONDERO, MARK
ADDRESS AVAILABLE UPON REQUEST

DONDERO, STACEY
ADDRESS AVAILABLE UPON REQUEST

DONDIEGO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DONEGAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

DONEGAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DONEL DSOUZA
ADDRESS AVAILABLE UPON REQUEST

DONELAN, EION
ADDRESS AVAILABLE UPON REQUEST

DONELSON, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

DONENFELD, SUNNY
ADDRESS AVAILABLE UPON REQUEST

DONER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DONES, JASON
ADDRESS AVAILABLE UPON REQUEST

DONES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DONEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DONEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

DONFRANCESCO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DONG, CIEU LAN
ADDRESS AVAILABLE UPON REQUEST

DONG, ERIC
ADDRESS AVAILABLE UPON REQUEST

DONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DONG, JIATIAN
ADDRESS AVAILABLE UPON REQUEST

DONG, MENG
ADDRESS AVAILABLE UPON REQUEST

DONG, SHIYAO
ADDRESS AVAILABLE UPON REQUEST

DONG, XIURONG
ADDRESS AVAILABLE UPON REQUEST

DONG, YUTONG
ADDRESS AVAILABLE UPON REQUEST

DONGHOON YEUM
ADDRESS AVAILABLE UPON REQUEST

DONGSOO KIM
ADDRESS AVAILABLE UPON REQUEST

DONIEL, KIM
ADDRESS AVAILABLE UPON REQUEST

DONIS, BLANCA
ADDRESS AVAILABLE UPON REQUEST

DONIVAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DONKA, EMILIE
ADDRESS AVAILABLE UPON REQUEST

DONLAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DONLAN, KATE
ADDRESS AVAILABLE UPON REQUEST

DONLEAVY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DONLEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

DONLEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DONLEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DONLEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DONLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DONLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DONLICK, JOHN
ADDRESS AVAILABLE UPON REQUEST

DONLIN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

DONLON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DONLON, JOSH
ADDRESS AVAILABLE UPON REQUEST

DONLON, MARIE
ADDRESS AVAILABLE UPON REQUEST

DONMOYER, MARC
ADDRESS AVAILABLE UPON REQUEST

DONNA CALLEJON
ADDRESS AVAILABLE UPON REQUEST

DONNA CATHLEEN SHOMEN
ADDRESS AVAILABLE UPON REQUEST

DONNA CONWAY
ADDRESS AVAILABLE UPON REQUEST

DONNA DEARING
ADDRESS AVAILABLE UPON REQUEST

DONNA GILBERT
ADDRESS AVAILABLE UPON REQUEST

DONNA HESTER
ADDRESS AVAILABLE UPON REQUEST

DONNA JEAN DIXON
ADDRESS AVAILABLE UPON REQUEST

DONNA L KELLER
ADDRESS AVAILABLE UPON REQUEST

DONNA LEVINE, DINNA
ADDRESS AVAILABLE UPON REQUEST

DONNA POLLACK
ADDRESS AVAILABLE UPON REQUEST

DONNA ROSS, ACCESS LIFTS AND RAMPS
ADDRESS AVAILABLE UPON REQUEST

DONNA S VINCE
ADDRESS AVAILABLE UPON REQUEST

DONNA SROUJI
ADDRESS AVAILABLE UPON REQUEST

DONNALLY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DONNAN, LUCY
ADDRESS AVAILABLE UPON REQUEST

DONNELL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DONNELL, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DONNELL, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

DONNELL, LUCAS
ADDRESS AVAILABLE UPON REQUEST

DONNELLAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DONNELLAN, SALLIE
ADDRESS AVAILABLE UPON REQUEST

DONNELLAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DONNELL-KILMER, NOAH
ADDRESS AVAILABLE UPON REQUEST

DONNELLY FINANCIAL SOLUTIONS
ATTN: DFIN LEGAL DEPARTMENT
35 WEST WACKER DR.
CHICAGO, IL 60601

DONNELLY FINANCIAL SOLUTIONS
P.O. BOX 842282
BOSTON, MA 02284-2282

DONNELLY POOLE, DAWN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, ALEX
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, AUDRA
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, CORINNE
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, DAWN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, EMMA
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, GINA
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, JAMES
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, JOEL
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, KATE
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, KERRY
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, LEAH
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, MAGDALYN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, RONALD
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, SEAN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DONNELLY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

DONNERSON, DRE
ADDRESS AVAILABLE UPON REQUEST

DONNICI, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

DONNICI, ALLI
ADDRESS AVAILABLE UPON REQUEST

DONNINI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, ANLISE
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, JEANINE
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, JENNA
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DONOFRIO, WREN
ADDRESS AVAILABLE UPON REQUEST

DONOGHUE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DONOGHUE, DON
ADDRESS AVAILABLE UPON REQUEST

DONOGHUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DONOGHUE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DONOGHUE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DONOHO, MARCI
ADDRESS AVAILABLE UPON REQUEST

DONOHOE, AIDAN
ADDRESS AVAILABLE UPON REQUEST

DONOHOE, KELLY
ADDRESS AVAILABLE UPON REQUEST

DONOHOE, ODESSA
ADDRESS AVAILABLE UPON REQUEST

DONOHOE, SUSIE
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, JILL
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, JULIA
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DONOHUE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

DONOHUE-BLANZY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DONOHUE-TORRES, CARLY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN EVANS
ADDRESS AVAILABLE UPON REQUEST

DONOVAN HAYES
ADDRESS AVAILABLE UPON REQUEST

DONOVAN RYCKIS
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, AMY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, CALLAN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, CATHY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, DECLAN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, JACQUE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, JENETTE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, MISSY
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DONOVAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

DONOWHO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DONSKER, CECILIA
ADDRESS AVAILABLE UPON REQUEST

DONTE SMITH
ADDRESS AVAILABLE UPON REQUEST

DONVITO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DONZE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DOODY, JILL
ADDRESS AVAILABLE UPON REQUEST

DOODY, LORI
ADDRESS AVAILABLE UPON REQUEST

DOOGAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DOOHAN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

DOOL, CINDY
ADDRESS AVAILABLE UPON REQUEST

DOOL, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOOLAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DOOLAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DOOLAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, BRENNA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, CARLENE
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, JORDYN
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DOOLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, ROSS
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, SHAE
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DOOLIN, TERRI
ADDRESS AVAILABLE UPON REQUEST

DOOLING, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DOOLITTLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DOOLITTLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DOOMY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DOONAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DOONEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DOONEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DOONEY, MARY
ADDRESS AVAILABLE UPON REQUEST

DOORDASH.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

DOPP, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DOPP, KERRIGAN
ADDRESS AVAILABLE UPON REQUEST

DOPPEL CAVERT, CELESTE
ADDRESS AVAILABLE UPON REQUEST

DOPPELT, RUTH
ADDRESS AVAILABLE UPON REQUEST

DORAIS, JAKE
ADDRESS AVAILABLE UPON REQUEST

DORAIS, KEITH
ADDRESS AVAILABLE UPON REQUEST

DORAISWAMY, MANOPRIYA
ADDRESS AVAILABLE UPON REQUEST

DORAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DORAN, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

DORAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

DORAN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

DORAN, GINA AND EDWARD
ADDRESS AVAILABLE UPON REQUEST

DORAN, HELAINE
ADDRESS AVAILABLE UPON REQUEST

DORAN, JODY
ADDRESS AVAILABLE UPON REQUEST

DORAN, LEXIE
ADDRESS AVAILABLE UPON REQUEST

DORAN, LISA
ADDRESS AVAILABLE UPON REQUEST

DORAN, LORI
ADDRESS AVAILABLE UPON REQUEST

DORAN, LYNDEL
ADDRESS AVAILABLE UPON REQUEST

DORAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DORAN, NOEL
ADDRESS AVAILABLE UPON REQUEST

DORAN, TANIA
ADDRESS AVAILABLE UPON REQUEST

DORANS, DEB
ADDRESS AVAILABLE UPON REQUEST

DORANTES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

DORANTES, ZAIRA
ADDRESS AVAILABLE UPON REQUEST

DORAZIO, BETH
ADDRESS AVAILABLE UPON REQUEST

DORCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DORCHINSKY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DORDEVIC, NEVENA
ADDRESS AVAILABLE UPON REQUEST

DORE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DORE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DORE, PETER
ADDRESS AVAILABLE UPON REQUEST

DORE, PHIL
ADDRESS AVAILABLE UPON REQUEST

DOREMUS, DANL
ADDRESS AVAILABLE UPON REQUEST

DOREMUS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DORETHY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOREY, AMY
ADDRESS AVAILABLE UPON REQUEST

DOREY, MARC
ADDRESS AVAILABLE UPON REQUEST

DORFF, GENE
ADDRESS AVAILABLE UPON REQUEST

DORFMAN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

DORGAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DORGAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DORIA THOMAS
ADDRESS AVAILABLE UPON REQUEST

DORIA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DORIAN MILLIRON
ADDRESS AVAILABLE UPON REQUEST

DORIAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DORICKO, TRISHA
ADDRESS AVAILABLE UPON REQUEST

DORIEN, BEAU
ADDRESS AVAILABLE UPON REQUEST

DORIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DORINGCOTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DORIO, MARINA
ADDRESS AVAILABLE UPON REQUEST

DORIOCOURT, SUE
ADDRESS AVAILABLE UPON REQUEST

DORIS-PIERCE, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

DORIVAL, DOLLY
ADDRESS AVAILABLE UPON REQUEST

DORLUS, DASTHERLIE
ADDRESS AVAILABLE UPON REQUEST

DORMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DORMAN, JOE
ADDRESS AVAILABLE UPON REQUEST

DORMAN, MARCIE
ADDRESS AVAILABLE UPON REQUEST

DORMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

DORMOND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DORN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DORN, ELORA
ADDRESS AVAILABLE UPON REQUEST

DORN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DORN, KAMI
ADDRESS AVAILABLE UPON REQUEST

DORN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DORN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DORN, MURPHY
ADDRESS AVAILABLE UPON REQUEST

DORN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DORN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DORNAGON, ROBESPIERRE
ADDRESS AVAILABLE UPON REQUEST

DORNAK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

DORNER, BLAIR
ADDRESS AVAILABLE UPON REQUEST

DORNER, CONCETTA
ADDRESS AVAILABLE UPON REQUEST

DORNER, JODIE
ADDRESS AVAILABLE UPON REQUEST

DORNER, MATT
ADDRESS AVAILABLE UPON REQUEST

DORNES, GLENDA
ADDRESS AVAILABLE UPON REQUEST

DORNEY, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

DORNIC, JEVIN
ADDRESS AVAILABLE UPON REQUEST

DORNIC, MATT
ADDRESS AVAILABLE UPON REQUEST

DORNIG, KARA
ADDRESS AVAILABLE UPON REQUEST

DORNINK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DOROFEEV, SERGEY
ADDRESS AVAILABLE UPON REQUEST

DORONDO, ERICA
ADDRESS AVAILABLE UPON REQUEST

DORONY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DOROTHY A GUNIA
ADDRESS AVAILABLE UPON REQUEST

DOROTHY ANN HANCOCK
ADDRESS AVAILABLE UPON REQUEST

DOROTHY ANNE GUNIA
ADDRESS AVAILABLE UPON REQUEST

DOROTHY DABROWSKA
ADDRESS AVAILABLE UPON REQUEST

DOROTHY E OGE NICHOLS
ADDRESS AVAILABLE UPON REQUEST

DOROTHY HRBACEK
ADDRESS AVAILABLE UPON REQUEST

DOROTHY K WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

DOROTHY NICHOLS
ADDRESS AVAILABLE UPON REQUEST

DOROTHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOROTHY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DORPINGHAUS, ANNA
ADDRESS AVAILABLE UPON REQUEST

DORR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DORR, LEXIA
ADDRESS AVAILABLE UPON REQUEST

DORR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DORRE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

DORRELL, AMY
ADDRESS AVAILABLE UPON REQUEST

DORRELL, LORENA
ADDRESS AVAILABLE UPON REQUEST

DORRELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DORRIS, JILL
ADDRESS AVAILABLE UPON REQUEST

DORROS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DORROUGH, TANNER
ADDRESS AVAILABLE UPON REQUEST

DORSAIN, NELLE
ADDRESS AVAILABLE UPON REQUEST

DORSAINVIL, CELINE
ADDRESS AVAILABLE UPON REQUEST

DORSCH, REGI
ADDRESS AVAILABLE UPON REQUEST

DORSET, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DORSETT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DORSETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DORSETT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DORSETT, MAGGI
ADDRESS AVAILABLE UPON REQUEST

DORSEY, CARLA
ADDRESS AVAILABLE UPON REQUEST

DORSEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

DORSEY, CIARA
ADDRESS AVAILABLE UPON REQUEST

DORSEY, CLEVELAND
ADDRESS AVAILABLE UPON REQUEST

DORSEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

DORSEY, HENRY
ADDRESS AVAILABLE UPON REQUEST

DORSEY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DORSEY, SARA
ADDRESS AVAILABLE UPON REQUEST

DORSHEIMER, DANA
ADDRESS AVAILABLE UPON REQUEST

DORSHIMER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DORSHORST, NICK
ADDRESS AVAILABLE UPON REQUEST

DORSI, HANK
ADDRESS AVAILABLE UPON REQUEST

DORSINVILLE, AURORE
ADDRESS AVAILABLE UPON REQUEST

DORSMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

DORSULESKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DORTA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DORTCH, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

DORTMUND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DORVALL, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

DORVILIAS, CLORAMA
ADDRESS AVAILABLE UPON REQUEST

DORVILLIERS, JASON
ADDRESS AVAILABLE UPON REQUEST

DORY, SAUVEUR
ADDRESS AVAILABLE UPON REQUEST

DORYLAND, MANDI
ADDRESS AVAILABLE UPON REQUEST

DOS REIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOS SANTOS, ADELSON
ADDRESS AVAILABLE UPON REQUEST

DOS SANTOS, FABIANO
ADDRESS AVAILABLE UPON REQUEST

DOS SANTOS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

DOS SANTOS, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

DOS SANTOS, TYLER
ADDRESS AVAILABLE UPON REQUEST

DOSAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DOSANJH, NAVEEN
ADDRESS AVAILABLE UPON REQUEST

DOSCHER, EMMA
ADDRESS AVAILABLE UPON REQUEST

DOSE, JACK
ADDRESS AVAILABLE UPON REQUEST

DOSEN, ABBY
ADDRESS AVAILABLE UPON REQUEST

DOSEN, JANE
ADDRESS AVAILABLE UPON REQUEST

DOSH, RILEY
ADDRESS AVAILABLE UPON REQUEST

DOSHI, EKTA
ADDRESS AVAILABLE UPON REQUEST

DOSHI, PRIYANK
ADDRESS AVAILABLE UPON REQUEST

DOSHI, ROHAK
ADDRESS AVAILABLE UPON REQUEST

DOSHI, VANISHAA
ADDRESS AVAILABLE UPON REQUEST

DOSKI, NATASHA
ADDRESS AVAILABLE UPON REQUEST

DOSKOCIL, KELSY
ADDRESS AVAILABLE UPON REQUEST

DOSS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOSS, LEXIE
ADDRESS AVAILABLE UPON REQUEST

DOSSA, TINA
ADDRESS AVAILABLE UPON REQUEST

DOSSAJI, TASNEEM
ADDRESS AVAILABLE UPON REQUEST

DOSSER, RAMEY
ADDRESS AVAILABLE UPON REQUEST

DOSSEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DOSSEY, AMBER
ADDRESS AVAILABLE UPON REQUEST

DOSSEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DOSTAL, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOSTER, ADARIUS
ADDRESS AVAILABLE UPON REQUEST

DOSTER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

DOSTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOSTIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOSTILIO, SILVIO
ADDRESS AVAILABLE UPON REQUEST

DOSTIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DOSTUFF MEDIA LLC
2200 S LAMAR BLVD STE L
AUSTIN, TX 78704

DOSUNMU, FUNMILAYO
ADDRESS AVAILABLE UPON REQUEST

DOTOLO C/O AMAVI CELLARS, JANNA
ADDRESS AVAILABLE UPON REQUEST

DOTSON, CARMAN
ADDRESS AVAILABLE UPON REQUEST

DOTSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DOTSON, DARRIN
ADDRESS AVAILABLE UPON REQUEST

DOTSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOTSON, EURETHA
ADDRESS AVAILABLE UPON REQUEST

DOTSON, GARREISHA
ADDRESS AVAILABLE UPON REQUEST

DOTSON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

DOTSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DOTSON, VICKY
ADDRESS AVAILABLE UPON REQUEST

DOTT, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DOTTAVIO, DENEEN
ADDRESS AVAILABLE UPON REQUEST

DOTTAVIO, MISTY
ADDRESS AVAILABLE UPON REQUEST

DOTTER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DOTTERER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DOTTERMAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

DOTTOLI, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

DOTY, APRIL
ADDRESS AVAILABLE UPON REQUEST

DOTY, BETH
ADDRESS AVAILABLE UPON REQUEST

DOTY, DEVANN
ADDRESS AVAILABLE UPON REQUEST

DOTY, DONNA
ADDRESS AVAILABLE UPON REQUEST

DOTY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DOTY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DOTY, KATE
ADDRESS AVAILABLE UPON REQUEST

DOTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOTY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DOTY, RAE
ADDRESS AVAILABLE UPON REQUEST

DOTY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DOTY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

DOUB, ELIOT
ADDRESS AVAILABLE UPON REQUEST

DOUB, GRACE
ADDRESS AVAILABLE UPON REQUEST

DOUBLE BARREL EXPRESS & WAREHOUSE
1315 AIRPORT BLVD
NAPA, CA  94558

DOUBLE GREEN LANDSCAPE INC.
2100 ZENO PL
VENICE, CA  90291

DOUBLE GREEN LANDSCAPE INC.
315 W WASHINGTON BLVD, STE. 4
MARINA DEL REY, CA  90292

DOUBLE MAGNUM LLC DBA CROSSROAD
VINTNERS
6429 GUION RD
INDIANAPOLIS, IN  46268

DOUBLE TREE CLEVELAND DOWNTOWN
ADDRESS UNAVAILABLE AT TIME OF FILING

DOUBLE TREE LOS ANGELES
ADDRESS UNAVAILABLE AT TIME OF FILING

DOUBLE, PAUL
ADDRESS AVAILABLE UPON REQUEST

DOUBLEDAY ENTERTAINMENT INC
15260 VENTURA BLVD, SUITE 2100
SHERMAN OAKS, CA  91403

DOUBLEDAY, BROOKS
ADDRESS AVAILABLE UPON REQUEST

DOUBLIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DOUBRAVA, EMILY
ADDRESS AVAILABLE UPON REQUEST

DOUBROFF, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DOUCET, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DOUCET, ARNITRA
ADDRESS AVAILABLE UPON REQUEST

DOUCET, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DOUCET, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, LAURICE
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, LORI
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

DOUCETTE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DOUD, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOUD, KEITH
ADDRESS AVAILABLE UPON REQUEST

DOUD, MANDY
ADDRESS AVAILABLE UPON REQUEST

DOUD, TRACIE
ADDRESS AVAILABLE UPON REQUEST

DOUE, EVYNNE
ADDRESS AVAILABLE UPON REQUEST

DOUG ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

DOUGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOUGHARTY, APRIL
ADDRESS AVAILABLE UPON REQUEST

DOUGHARTY, KENITA
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, ANNA
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, ANNE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, BRAD
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, JENNA
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KERRY
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, KYLE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MATT
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MIKELLE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, NEIL
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY, SUE
ADDRESS AVAILABLE UPON REQUEST

DOUGHERTY-HAYES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DOUGHTIE, ALISON
ADDRESS AVAILABLE UPON REQUEST

DOUGHTIE, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DOUGHTIE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY 0518-040, NANETTE
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, LEELEE
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, MISHA
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, ROGER
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY, STACY
ADDRESS AVAILABLE UPON REQUEST

DOUGHTY-DIETZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOUGLAD TARA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS CATTIE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS CLENDANIEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS CUTLER
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS DOEDENS
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS HAMLIN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS HAUCK
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS HICKEY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS HIDEKI RYOJI
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS JESSUP
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS KAI SUGIMOTO
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS KUSHAN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS LEWIS
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS MOECKEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS MOYER
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS R. CIRCLE (DBA RANCHO CANADA
DE LOS PINOS)
1006 SEGOVIA CIRCLE
PLACENTIA, CA  92870

DOUGLAS R. CIRCLE
(DBA RANCHO CANADA DE LOS PINOS)
1006 SEGOVIA CIRCLE
PLACENTIA, CA  92870

DOUGLAS R. CIRCLE
(DBA RANCHO CANADA)
17772 17TH STREET SUITE 107
TUSTIN, CA  92780

DOUGLAS SIMON HAUNSPERGER
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS WILSON
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS ZMOLEK
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ALISON
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, AMBER
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ANOLA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, BILL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, CHERE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, DORLISA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ERICA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, GLENN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JUANITA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, KACIE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, KALEY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, KAYSI
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, KIM
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MADILYN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MARSHELLE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MAURA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, PERRY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, RANDOLPH
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, SIMRAN
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, SONITA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, TERRELL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, TERRI
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, TERRI
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, TERRY
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, TINA
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, VERNAL
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS, WAYNE
ADDRESS AVAILABLE UPON REQUEST

DOUGLAS-LLYR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, ANHIEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, BETTY
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, DANA
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, DJ
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

DOUGLASS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DOUK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DOUP, SADA
ADDRESS AVAILABLE UPON REQUEST

DOUR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DOURESS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DOUROUDIAN, ARYN
ADDRESS AVAILABLE UPON REQUEST

DOUSE, TYLER
ADDRESS AVAILABLE UPON REQUEST

DOUTHAT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DOUTHIT, GRACE
ADDRESS AVAILABLE UPON REQUEST

DOUTHIT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOUTHIT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DOUTHIT, TAMAR
ADDRESS AVAILABLE UPON REQUEST

DOUVILLE, AFTON
ADDRESS AVAILABLE UPON REQUEST

DOUYON, JEMIMA
ADDRESS AVAILABLE UPON REQUEST

DOVAL, MARIANA
ADDRESS AVAILABLE UPON REQUEST

DOVAL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DOVAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

DOVE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

DOVE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DOVE, BRAD
ADDRESS AVAILABLE UPON REQUEST

DOVE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DOVE, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

DOVER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOVER, KAT
ADDRESS AVAILABLE UPON REQUEST

DOVIAK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DOVIDIO, DENNIS
ADDRESS AVAILABLE UPON REQUEST

DOVIKEN, KAREN KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DOVNER, ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

DOVOLIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DOW, AMY
ADDRESS AVAILABLE UPON REQUEST

DOW, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DOW, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DOW, MITCHELL & KARA
ADDRESS AVAILABLE UPON REQUEST

DOW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DOW, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DOW, WENDY
ADDRESS AVAILABLE UPON REQUEST

DOW, WENDY
ADDRESS AVAILABLE UPON REQUEST

DOWD DUSETTE, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOWD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOWD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DOWD, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DOWD, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DOWD, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOWD, JEANINE
ADDRESS AVAILABLE UPON REQUEST

DOWD, JEN
ADDRESS AVAILABLE UPON REQUEST

DOWD, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOWD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DOWD, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

DOWD, STACEY
ADDRESS AVAILABLE UPON REQUEST

DOWDELL CLAWSON, JODI
ADDRESS AVAILABLE UPON REQUEST

DOWDELL, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

DOWDELL, CAROL
ADDRESS AVAILABLE UPON REQUEST

DOWDELL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

DOWDEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DOWDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DOWDS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DOWDY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

DOWE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DOWELL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

DOWELL, JOYELL
ADDRESS AVAILABLE UPON REQUEST

DOWELL, SAMM
ADDRESS AVAILABLE UPON REQUEST

DOWER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DOWER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

DOWERS, MADISON
ADDRESS AVAILABLE UPON REQUEST

DOWHAN, DANNI
ADDRESS AVAILABLE UPON REQUEST

DOWIE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DOWIE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DOWLING, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DOWLING, BRYCE
ADDRESS AVAILABLE UPON REQUEST

DOWLING, DOUG
ADDRESS AVAILABLE UPON REQUEST

DOWLING, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

DOWLING, EMILY
ADDRESS AVAILABLE UPON REQUEST

DOWLING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DOWLING, JANICE
ADDRESS AVAILABLE UPON REQUEST

DOWLING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DOWLING, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DOWLING, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DOWLING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DOWNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOWNEN, BRETT
ADDRESS AVAILABLE UPON REQUEST

DOWNER, KEN
ADDRESS AVAILABLE UPON REQUEST

DOWNER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOWNES, C.J.
ADDRESS AVAILABLE UPON REQUEST

DOWNES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

DOWNES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DOWNES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOWNES, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOWNES, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOWNES, KIM
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, BLAKE
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, CORTEZ
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, JACELYN
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, KYNDRA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, LISA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, MIKALA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, SARA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, TABATHA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, TESSA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, U975831
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DOWNEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DOWNEY-ZAYAS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DOWNING, BERNESTINE
ADDRESS AVAILABLE UPON REQUEST

DOWNING, BETH
ADDRESS AVAILABLE UPON REQUEST

DOWNING, DARAGH
ADDRESS AVAILABLE UPON REQUEST

DOWNING, JACQUE
ADDRESS AVAILABLE UPON REQUEST

DOWNING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, JULIAN
ADDRESS AVAILABLE UPON REQUEST

DOWNING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOWNING, KRISTIANNA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DOWNING, NEKA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, NINEKA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, PAMELA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DOWNING, SHAWNEE
ADDRESS AVAILABLE UPON REQUEST

DOWNING, SHERI
ADDRESS AVAILABLE UPON REQUEST

DOWNING, TARA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, TARA
ADDRESS AVAILABLE UPON REQUEST

DOWNING, TRACY
ADDRESS AVAILABLE UPON REQUEST

DOWNING, VALERIE
ADDRESS AVAILABLE UPON REQUEST

DOWNOUR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOWNS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DOWNS, CARINNE
ADDRESS AVAILABLE UPON REQUEST

DOWNS, GUS
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JAMES
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JESAKA
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JODIE
ADDRESS AVAILABLE UPON REQUEST

DOWNS, JULIE
ADDRESS AVAILABLE UPON REQUEST

DOWNS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DOWNS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DOWNS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOWNS, SHARON
ADDRESS AVAILABLE UPON REQUEST

DOWNTAIN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DOWNTOWN JOES
ADDRESS UNAVAILABLE AT TIME OF FILING

DOWSETT, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DOWSING, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

DOWSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

DOXEY, JERRY
ADDRESS AVAILABLE UPON REQUEST

DOXON, COOPER
ADDRESS AVAILABLE UPON REQUEST

DOXSEE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

DOXTATOR, CARLEY
ADDRESS AVAILABLE UPON REQUEST

DOY, INDIA
ADDRESS AVAILABLE UPON REQUEST

DOYAL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOYEN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ABBY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, AFTON
ADDRESS AVAILABLE UPON REQUEST

DOYLE, AMY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ANTONINA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, APRIL
ADDRESS AVAILABLE UPON REQUEST

DOYLE, CARIANNA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, CIARA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, DAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ELIZA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, EMMA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, FIONA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

DOYLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JANAE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JANE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JANET
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JANET
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JENNI
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KAREN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, KERRY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, LAURYN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DOYLE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MARCELLUS
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MICAELA
ADDRESS AVAILABLE UPON REQUEST

DOYLE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DOYLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DOYLE, OLWYN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DOYLE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DOYLE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, SCARLET
ADDRESS AVAILABLE UPON REQUEST

DOYLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DOYLE, TOM
ADDRESS AVAILABLE UPON REQUEST

DOYLE, VALENCIA
ADDRESS AVAILABLE UPON REQUEST

DOYNOW, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DOYON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DOZBABA, DEDRIA
ADDRESS AVAILABLE UPON REQUEST

DOZEMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DOZIER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

DOZIER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DOZIER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

DOZIER, KAREN
ADDRESS AVAILABLE UPON REQUEST

DOZIER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DOZIER, LEAH
ADDRESS AVAILABLE UPON REQUEST

DR KAREN DAVIDSON
ADDRESS AVAILABLE UPON REQUEST

DR LYNETTE LIVESAY
ADDRESS AVAILABLE UPON REQUEST

DRAAYER, KANDICE
ADDRESS AVAILABLE UPON REQUEST

DRAB, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DRABEK, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DRABEK, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DRABEK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

DRABIK, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DRABIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DRABKIN, KARINA
ADDRESS AVAILABLE UPON REQUEST

DRACHEVA, ALINA
ADDRESS AVAILABLE UPON REQUEST

DRACONIS, ALDUIN
ADDRESS AVAILABLE UPON REQUEST

DRAFT, DEANDRA
ADDRESS AVAILABLE UPON REQUEST

DRAG, ELISE
ADDRESS AVAILABLE UPON REQUEST

DRAGAN, CODRINA
ADDRESS AVAILABLE UPON REQUEST

DRAGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DRAGAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

DRAGIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DRAGO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DRAGO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DRAGON SPIRITS MARKETING, INC.
15700 S. DELAVAN CV
AUSTIN, TX  78717

DRAGONA, NICK
ADDRESS AVAILABLE UPON REQUEST

DRAGONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DRAGONETTE CELLARS
ADDRESS UNAVAILABLE AT TIME OF FILING

DRAGOO, KYRIE
ADDRESS AVAILABLE UPON REQUEST

DRAGOS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

DRAGOSLIS, JUDY
ADDRESS AVAILABLE UPON REQUEST

DRAHUS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DRAHUSZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

DRAIN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DRAIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DRAIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DRAINVILLE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DRAKE KRYTERION, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

DRAKE, ALLI
ADDRESS AVAILABLE UPON REQUEST

DRAKE, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

DRAKE, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, BRADEN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, CALEB
ADDRESS AVAILABLE UPON REQUEST

DRAKE, CARLY
ADDRESS AVAILABLE UPON REQUEST

DRAKE, CINDI
ADDRESS AVAILABLE UPON REQUEST

DRAKE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DRAKE, DAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, DEAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, DEYA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DRAKE, ELIZA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, ERICA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JACK
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JENNA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LINDAKAY-ALLEY
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LISA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LORI
ADDRESS AVAILABLE UPON REQUEST

DRAKE, LORI
ADDRESS AVAILABLE UPON REQUEST

DRAKE, MELODEE
ADDRESS AVAILABLE UPON REQUEST

DRAKE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DRAKE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DRAKE, RYAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DRAKE, SEAN
ADDRESS AVAILABLE UPON REQUEST

DRAKE, SHOBIE
ADDRESS AVAILABLE UPON REQUEST

DRAKE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DRAKEFORD, JAZMYNE
ADDRESS AVAILABLE UPON REQUEST

DRAKEFORD, REGINALD
ADDRESS AVAILABLE UPON REQUEST

DRAKES, SHANYBELLE
ADDRESS AVAILABLE UPON REQUEST

DRAKULICH, LINDA
ADDRESS AVAILABLE UPON REQUEST

DRAMEL FRAZIER
ADDRESS AVAILABLE UPON REQUEST

DRAMIS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

DRANE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DRANGO, CAROLE
ADDRESS AVAILABLE UPON REQUEST

DRAPALA, DAVID
ADDRESS AVAILABLE UPON REQUEST

DRAPER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DRAPER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DRAPER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DRAPER, FRANCOISE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, JENSON
ADDRESS AVAILABLE UPON REQUEST

DRAPER, JEREMIE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DRAPER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, KYAH
ADDRESS AVAILABLE UPON REQUEST

DRAPER, KYLE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DRAPER, PEYTON
ADDRESS AVAILABLE UPON REQUEST

DRAPER, SHAUN
ADDRESS AVAILABLE UPON REQUEST

DRASKOVICH, KATIE
ADDRESS AVAILABLE UPON REQUEST

DRASSER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

DRATHRING JUNG, ELLYN
ADDRESS AVAILABLE UPON REQUEST

DRAUD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DRAUGELIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DRAUGHON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DRAUS, JIM
ADDRESS AVAILABLE UPON REQUEST

DRAVES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DRAWBRIDGE, INC
2121 S EL CAMINO REAL, 7TH FL
SAN MATEO, CA  94403

DRAWDY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DRAWDY, SHERLEEN
ADDRESS AVAILABLE UPON REQUEST

DRAWZ, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

DRAY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DRAYER, ADAM
ADDRESS AVAILABLE UPON REQUEST

DRAYTON, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DRAYTON, IRIS
ADDRESS AVAILABLE UPON REQUEST

DRAYTON, JEN
ADDRESS AVAILABLE UPON REQUEST

DRAYTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

DRAYTON, ROSE
ADDRESS AVAILABLE UPON REQUEST

DRAZKOWSKI, DONNA
ADDRESS AVAILABLE UPON REQUEST

DREAM CATCHER INVESTMENTS LIMITED
(BVI)
ADDRESS UNAVAILABLE AT TIME OF FILING

DRECHSLER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

DREES, JACOB
ADDRESS AVAILABLE UPON REQUEST

DREES, KERRY
ADDRESS AVAILABLE UPON REQUEST

DREES, MONICA
ADDRESS AVAILABLE UPON REQUEST

DREES, NATHEN
ADDRESS AVAILABLE UPON REQUEST

DREES/BECKA, KAREN
ADDRESS AVAILABLE UPON REQUEST

DREGER, NADIA
ADDRESS AVAILABLE UPON REQUEST

DREHER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DREHS, SHANA
ADDRESS AVAILABLE UPON REQUEST

DREIBELBIS, AMY
ADDRESS AVAILABLE UPON REQUEST

DREIER, LARISSA
ADDRESS AVAILABLE UPON REQUEST

DREIER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DREILING, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

DREILING, JENNY
ADDRESS AVAILABLE UPON REQUEST

DREISBACH, MANDY
ADDRESS AVAILABLE UPON REQUEST

DREISS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DREITH, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

DREIXLER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DRELICHARZ, MARYANN
ADDRESS AVAILABLE UPON REQUEST

DREMEL, LEE
ADDRESS AVAILABLE UPON REQUEST

DREMONAS, ALEX
ADDRESS AVAILABLE UPON REQUEST

DREMONAS, LENA
ADDRESS AVAILABLE UPON REQUEST

DRENDEL, CAROL
ADDRESS AVAILABLE UPON REQUEST

DRENGWITZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

DRENNAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DRENNAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

DRENNAN, MARY
ADDRESS AVAILABLE UPON REQUEST

DRENNAN, MEG
ADDRESS AVAILABLE UPON REQUEST

DRENNEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DRENNEN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DRENTH, TERESSA
ADDRESS AVAILABLE UPON REQUEST

DRENTLAW, MEL
ADDRESS AVAILABLE UPON REQUEST

DREON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DRERUP, JERAE
ADDRESS AVAILABLE UPON REQUEST

DRES, NOELLE
ADDRESS AVAILABLE UPON REQUEST

DRESEL, LISAETTE
ADDRESS AVAILABLE UPON REQUEST

DRESEL, LYDIA
ADDRESS AVAILABLE UPON REQUEST

DRESSANDER, JAN
ADDRESS AVAILABLE UPON REQUEST

DRESSEL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DRESSEL, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DRESSEL/MALIKSCHMITT LLP
11 EAST CLIFF STREET
SOMERVILLE, NJ  08876

DRESSELHAUS VENTURES 2 GMBH
ADDRESS UNAVAILABLE AT TIME OF FILING

DRESSEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DRESSLER, CHELCEA
ADDRESS AVAILABLE UPON REQUEST

DRESSLER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

DRESSLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DRESSNANDT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DREUX LAMOUR DILLINGHAM
(YELLOW BRICK ROAD WINES, LLC)
16014 ASH WAY APT.N-107
LYNNWOOD, WA  98087

DREVER, EMMA
ADDRESS AVAILABLE UPON REQUEST

DREVICH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DREW BOHRMAN
ADDRESS AVAILABLE UPON REQUEST

DREW MARSH
ADDRESS AVAILABLE UPON REQUEST

DREW POLLARD
660 YORKTOWN APT 1327
DALLAS, TX 75208

DREW
ADDRESS AVAILABLE UPON REQUEST

DREW, AMY
ADDRESS AVAILABLE UPON REQUEST

DREW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DREW, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DREW, KAREN
ADDRESS AVAILABLE UPON REQUEST

DREW, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DREW, STUART
ADDRESS AVAILABLE UPON REQUEST

DREW, TERRI
ADDRESS AVAILABLE UPON REQUEST

DREW, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DREWETT, PATTON
ADDRESS AVAILABLE UPON REQUEST

DREWITZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DREWRY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DREWRY, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DREWRY, DYLAN
ADDRESS AVAILABLE UPON REQUEST

DREWRY, MATT
ADDRESS AVAILABLE UPON REQUEST

DREWS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DREWS, MITALI
ADDRESS AVAILABLE UPON REQUEST

DREWS, TIM
ADDRESS AVAILABLE UPON REQUEST

DREXEL, NANCY
ADDRESS AVAILABLE UPON REQUEST

DREXLER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DREYER WINE LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

DREYER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DREYER, PETER
ADDRESS AVAILABLE UPON REQUEST

DREYER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DREYFUS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

DREYFUS, FRAN
ADDRESS AVAILABLE UPON REQUEST

DREYFUS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DREZEK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DRI PRINTING
1543 US HIGHWAY 46
PARSIPPANY, NJ  07054

DRIBBLE LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

DRICKEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DRIESSE, CAROL
ADDRESS AVAILABLE UPON REQUEST

DRIEST, MARY
ADDRESS AVAILABLE UPON REQUEST

DRIETZ, CORY
ADDRESS AVAILABLE UPON REQUEST

DRIFT, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DRIGGERS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

DRIGGIN, TED AND HELENE
ADDRESS AVAILABLE UPON REQUEST

DRIGGS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DRIGO, WILL
ADDRESS AVAILABLE UPON REQUEST

DRIGON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DRIKA, LA
ADDRESS AVAILABLE UPON REQUEST

DRIKAS, CATRINA
ADDRESS AVAILABLE UPON REQUEST

DRILL, ZACKERI
ADDRESS AVAILABLE UPON REQUEST

DRINK BRANDERS, LLC
1015 NOTEWARE DRIVE
TRAVERSE CITY, MI  49686

DRINKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DRINKUTH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DRINKWELL UK LIMITED
LANDMARK HOUSE CHEADLE HULME CHES.
SK8 7BS
UNITED KINGDOM

DRISCOLL, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, CINDY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, CONOR
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, EMILY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, JIM
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, JOHN
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, KRYSTEN
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, LIAM
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, LILLY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, LORI
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MARY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MEG
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, NANCY
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, RICH
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

DRISCOLL, WENDY
ADDRESS AVAILABLE UPON REQUEST

DRISDELL, MARY
ADDRESS AVAILABLE UPON REQUEST

DRISKELL, BRIENNE
ADDRESS AVAILABLE UPON REQUEST

DRISKELL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DRISKELL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DRISKELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DRISKELL, NATHANAEL
ADDRESS AVAILABLE UPON REQUEST

DRISLANE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DRIVER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DRIVER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

DRIVER, KATIE
ADDRESS AVAILABLE UPON REQUEST

DRIVER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

DRIVER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DRIVER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DRIVMWARE
ADDRESS UNAVAILABLE AT TIME OF FILING

DRIZIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DRIZLY, LLC
334 BOYSTON ST
BOSTON, MA 02116

DROBITS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DROBKA, ALYSSA SUSAN
ADDRESS AVAILABLE UPON REQUEST

DROBNICH, DARREL
ADDRESS AVAILABLE UPON REQUEST

DROBNY, AMY
ADDRESS AVAILABLE UPON REQUEST

DROBOT, ANN
ADDRESS AVAILABLE UPON REQUEST

DRODDY, CASEY
ADDRESS AVAILABLE UPON REQUEST

DROEGE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

DROESSLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DROGINSKE, AILEEN
ADDRESS AVAILABLE UPON REQUEST

DROLLINGER, LINDY
ADDRESS AVAILABLE UPON REQUEST

DRONENBURG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DRONES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

DRONGOSKI, STACEY
ADDRESS AVAILABLE UPON REQUEST

DROOGSMA, JANE
ADDRESS AVAILABLE UPON REQUEST

DROP LOYALTY INC.
103 RICHMOND ST. EAST SUITE 202
TORONTO, ON M5C 1N9
CANADA

DROP LOYALTY INC.
120 FRONT STREET EAST, SUITE 200
TORONTO, ON M5A 4L9
CANADA

DROPBOX
ADDRESS UNAVAILABLE AT TIME OF FILING

DROPIK, S. J.
ADDRESS AVAILABLE UPON REQUEST

DROR MAIER
ADDRESS AVAILABLE UPON REQUEST

DROSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DROSTE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

DROUIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DROUTMAN, BORIS
ADDRESS AVAILABLE UPON REQUEST

DROVNYASHINA, ANASTASIYA
ADDRESS AVAILABLE UPON REQUEST

DROWER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DROWN, ALICE
ADDRESS AVAILABLE UPON REQUEST

DROY, DAVID
ADDRESS AVAILABLE UPON REQUEST

DROZD, ABBY
ADDRESS AVAILABLE UPON REQUEST

DROZD, LUKASZ
ADDRESS AVAILABLE UPON REQUEST

DROZDICK, YARY
ADDRESS AVAILABLE UPON REQUEST

DROZDOWSKI, JULIANN
ADDRESS AVAILABLE UPON REQUEST

DROZDZ, DILLON
ADDRESS AVAILABLE UPON REQUEST

DROZE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DROZNIK, ALEX
ADDRESS AVAILABLE UPON REQUEST

DROZYNSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DRUBEL, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

DRUCK, JEFF
ADDRESS AVAILABLE UPON REQUEST

DRUCKENMILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

DRUCKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DRUCKER, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

DRUCKER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

DRUCKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DRUCKMAN, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

DRUCKMAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

DRUCKMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DRUDY, JAMES
ADDRESS AVAILABLE UPON REQUEST

DRUESSEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DRUK, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

DRULINER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DRULLARD, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

DRUM, KATHY
ADDRESS AVAILABLE UPON REQUEST

DRUMM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DRUMM, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DRUMM, DIANNA
ADDRESS AVAILABLE UPON REQUEST

DRUMM, MARK
ADDRESS AVAILABLE UPON REQUEST

DRUMM, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DRUMM, VANESSA
ADDRESS AVAILABLE UPON REQUEST

DRUMMELSMITH, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, ADAM
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, DERICK
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, GLADYS
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, LEAH
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, NISHA
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DRUMMOND, TANIA
ADDRESS AVAILABLE UPON REQUEST

DRUNGO, DION
ADDRESS AVAILABLE UPON REQUEST

DRURY, ALAURA
ADDRESS AVAILABLE UPON REQUEST

DRURY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DRURY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DRURY, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

DRURY, JAN
ADDRESS AVAILABLE UPON REQUEST

DRURY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DRURY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DRURY, LAILA
ADDRESS AVAILABLE UPON REQUEST

DRUSCHEL, GAYDEN
ADDRESS AVAILABLE UPON REQUEST

DRUSCHEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

DRUSSEL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DRUTCHAS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DRUXMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DRY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DRYDEN, BECKY
ADDRESS AVAILABLE UPON REQUEST

DRYDEN, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

DRYE, TIM
ADDRESS AVAILABLE UPON REQUEST

DRYER, KYLE
ADDRESS AVAILABLE UPON REQUEST

DRYER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

DRYER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DRYSDALE-LOMBARDO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DS WATERS
ADDRESS UNAVAILABLE AT TIME OF FILING

DSILVA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DSOUZA, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DSOUZA, DONEL
ADDRESS AVAILABLE UPON REQUEST

DSOUZA, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

DSOUZA, NIGEL
ADDRESS AVAILABLE UPON REQUEST

DSTLD
8899 BEVERLY BLVD, SUITE 600
WEST HOLLYWOOD, CA  90048

DU CLOS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

DU PLESSIS, PIERRE
ADDRESS AVAILABLE UPON REQUEST

DU, CHEN
ADDRESS AVAILABLE UPON REQUEST

DU, PETER
ADDRESS AVAILABLE UPON REQUEST

DUA, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

DUAL, DOUG
ADDRESS AVAILABLE UPON REQUEST

DUAN, EDDY
ADDRESS AVAILABLE UPON REQUEST

DUANE A SHEMKA
ADDRESS AVAILABLE UPON REQUEST

DUANE CONRAD
ADDRESS AVAILABLE UPON REQUEST

DUANE DIERENFIELD, THE SHIPPING
STATION, INE
ADDRESS AVAILABLE UPON REQUEST

DUANE STREET HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

DUARTE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DUARTE, CATALINA
ADDRESS AVAILABLE UPON REQUEST

DUARTE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DUARTE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DUARTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUARTE, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

DUARTE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DUARTE, JIM
ADDRESS AVAILABLE UPON REQUEST

DUARTE, JOSE
ADDRESS AVAILABLE UPON REQUEST

DUARTE, MARCELA
ADDRESS AVAILABLE UPON REQUEST

DUARTE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DUARTE, PAOLA
ADDRESS AVAILABLE UPON REQUEST

DUARTE, REYNA
ADDRESS AVAILABLE UPON REQUEST

DUARTE, SAM
ADDRESS AVAILABLE UPON REQUEST

DUARTE, VINI
ADDRESS AVAILABLE UPON REQUEST

DUARTE-MAIA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DUAY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

DUB, JAY
ADDRESS AVAILABLE UPON REQUEST

DUBACH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DUBAS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

DUBAS, KIRA
ADDRESS AVAILABLE UPON REQUEST

DUBBERT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DUBE, ALISON
ADDRESS AVAILABLE UPON REQUEST

DUBE, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

DUBE, JODI
ADDRESS AVAILABLE UPON REQUEST

DUBE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DUBE, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

DUBE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DUBE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUBE, TROY
ADDRESS AVAILABLE UPON REQUEST

DUBEE, KATHRIN
ADDRESS AVAILABLE UPON REQUEST

DUBENDORFER, DREW
ADDRESS AVAILABLE UPON REQUEST

DUBENION, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DUBEY, SANKALP
ADDRESS AVAILABLE UPON REQUEST

DUBEY, SHIVAM
ADDRESS AVAILABLE UPON REQUEST

DUBIANSKY, EDWINA
ADDRESS AVAILABLE UPON REQUEST

DUBIN, ANA
ADDRESS AVAILABLE UPON REQUEST

DUBIN, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DUBLER, MARCI
ADDRESS AVAILABLE UPON REQUEST

DUBLIN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, JANET
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, KARIS
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, KATE
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUBOIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DUBOIS-BECKER, MARGALEE
ADDRESS AVAILABLE UPON REQUEST

DUBON, MARIA
ADDRESS AVAILABLE UPON REQUEST

DUBORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUBOSE FORE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, ALIISA
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, HANNA
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, KHALIAH
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, KYLE
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, MARCELINE
ADDRESS AVAILABLE UPON REQUEST

DUBOSE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DUBOW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DUBREY, DANA
ADDRESS AVAILABLE UPON REQUEST

DUBROF, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUBROFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUBROSKY, JUDY
ADDRESS AVAILABLE UPON REQUEST

DUBROW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DUBROW, LIZA
ADDRESS AVAILABLE UPON REQUEST

DUBS, ERIN
ADDRESS AVAILABLE UPON REQUEST

DUBS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUBS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DUBUQUE, ADOLFO
ADDRESS AVAILABLE UPON REQUEST

DUBUQUE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUBY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DUCA, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

DUCA, SIERRA
ADDRESS AVAILABLE UPON REQUEST

DUCAUD, TOMAS
ADDRESS AVAILABLE UPON REQUEST

DUCE, FARRELL
ADDRESS AVAILABLE UPON REQUEST

DUCETT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DUCEY, JIM AND DIANE
ADDRESS AVAILABLE UPON REQUEST

DUCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUCHANEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUCHARME, CORBIN
ADDRESS AVAILABLE UPON REQUEST

DUCHARME, KERRIANNE
ADDRESS AVAILABLE UPON REQUEST

DUCHARME, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUCHATELLIER, SONIA
ADDRESS AVAILABLE UPON REQUEST

DUCHEMIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

DUCHENE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DUCHENSKY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

DUCHESNE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

DUCHINI, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DUCHON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DUCK, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DUCK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DUCK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DUCK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

DUCKETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUCKETT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DUCKETT, MINDY
ADDRESS AVAILABLE UPON REQUEST

DUCKWALL, DIXON
ADDRESS AVAILABLE UPON REQUEST

DUCKWITZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DUCKWITZ, LELANI
ADDRESS AVAILABLE UPON REQUEST

DUCKWORTH, BETSY
ADDRESS AVAILABLE UPON REQUEST

DUCKWORTH, JASON
ADDRESS AVAILABLE UPON REQUEST

DUCLOS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUCOS, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

DUCOTE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUCOTE, STEFANI
ADDRESS AVAILABLE UPON REQUEST

DUCSAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUDA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DUDA, FRANCA
ADDRESS AVAILABLE UPON REQUEST

DUDA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

DUDA, TANIA
ADDRESS AVAILABLE UPON REQUEST

DUDA, TOM
ADDRESS AVAILABLE UPON REQUEST

DUDAS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DUDASH, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

DUDDING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DUDDLESTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DUDEK, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

DUDEK, KELLY
ADDRESS AVAILABLE UPON REQUEST

DUDEK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DUDELSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DUDERWICK, GWEN
ADDRESS AVAILABLE UPON REQUEST

DUDGEON, BRE
ADDRESS AVAILABLE UPON REQUEST

DUDICH, ARICA
ADDRESS AVAILABLE UPON REQUEST

DUDICH, KAYLYN MARIE
ADDRESS AVAILABLE UPON REQUEST

DUDKA, ANASTASIIA
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, ELEASAH
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, GINA
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, JEAN
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, KIM
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

DUDLEY, TRICIA
ADDRESS AVAILABLE UPON REQUEST

DUDNEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

DUDNEY, VINCENT
ADDRESS AVAILABLE UPON REQUEST

DUDZIK, LORNA
ADDRESS AVAILABLE UPON REQUEST

DUDZIK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUEBNER, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DUECKER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DUEDE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

DUEHLMEYER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUEHREN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DUELL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DUELLMAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

DUEMESI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DUENAS GARCIA, JESUS
ADDRESS AVAILABLE UPON REQUEST

DUENAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUENAS, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

DUENAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

DUENAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUENAS, ONEIDA
ADDRESS AVAILABLE UPON REQUEST

DUENEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

DUENHOFT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DUENNE-SONNEGA, DIANA
ADDRESS AVAILABLE UPON REQUEST

DUENO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUENSING, THIRZA
ADDRESS AVAILABLE UPON REQUEST

DUERKSEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DUERKSEN, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

DUERR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DUERST, SHARON
ADDRESS AVAILABLE UPON REQUEST

DUESING, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUFAULT, ALDA
ADDRESS AVAILABLE UPON REQUEST

DUFF, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

DUFF, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUFF, HANNAH
ADDRESS AVAILABLE UPON REQUEST

DUFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUFF, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DUFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DUFF, LUKE
ADDRESS AVAILABLE UPON REQUEST

DUFF, MINDY
ADDRESS AVAILABLE UPON REQUEST

DUFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUFF, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DUFFEY, TATIANA
ADDRESS AVAILABLE UPON REQUEST

DUFFEY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

DUFFIELD, CARLENE
ADDRESS AVAILABLE UPON REQUEST

DUFFNER, AMY
ADDRESS AVAILABLE UPON REQUEST

DUFFORD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUFFY, ANN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, APRIL
ADDRESS AVAILABLE UPON REQUEST

DUFFY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

DUFFY, DENISE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, DIANA
ADDRESS AVAILABLE UPON REQUEST

DUFFY, DORRIE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DUFFY, JOHN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, JULIE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, KATE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DUFFY, LISA
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MAGGY
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MARIAH
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, NATHAN
ADDRESS AVAILABLE UPON REQUEST

DUFFY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DUFFY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUFFY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUFFY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DUFFY, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUFFY, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

DUFFY, STEVE
ADDRESS AVAILABLE UPON REQUEST

DUFFY-WEBB, MICKELLA
ADDRESS AVAILABLE UPON REQUEST

DUFORE, JONATHON
ADDRESS AVAILABLE UPON REQUEST

DUFORT, KATE
ADDRESS AVAILABLE UPON REQUEST

DUFOUR, AMY
ADDRESS AVAILABLE UPON REQUEST

DUFOUR, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DUFOUR, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DUFRENE, TORI
ADDRESS AVAILABLE UPON REQUEST

DUFRESNE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DUFRESNE, DENISE
ADDRESS AVAILABLE UPON REQUEST

DUFRESNE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

DUGA, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

DUGAL, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUGAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DUGAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

DUGAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

DUGAN, DELIA
ADDRESS AVAILABLE UPON REQUEST

DUGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DUGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUGAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

DUGAN, KARLI
ADDRESS AVAILABLE UPON REQUEST

DUGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

DUGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

DUGAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DUGAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUGAN, SHANE
ADDRESS AVAILABLE UPON REQUEST

DUGAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DUGAN, TAMMEY
ADDRESS AVAILABLE UPON REQUEST

DUGAR, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DUGARD, CALENE
ADDRESS AVAILABLE UPON REQUEST

DUGAS, ANGELA & DELBERT
ADDRESS AVAILABLE UPON REQUEST

DUGAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUGAS, MIKE
ADDRESS AVAILABLE UPON REQUEST

DUGAS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DUGAS, RANDI
ADDRESS AVAILABLE UPON REQUEST

DUGAS, THERESE
ADDRESS AVAILABLE UPON REQUEST

DUGGAN & ASSOCIATES, INC.
1442 W. 13TH ST.
GARDENA, CA 90249

DUGGAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, COLMAN
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, DIANA
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, FRED
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, JOY
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DUGGAN, STACY
ADDRESS AVAILABLE UPON REQUEST

DUGGER, DARYL
ADDRESS AVAILABLE UPON REQUEST

DUGGER, SARA
ADDRESS AVAILABLE UPON REQUEST

DUGUAY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DUH, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUHAIME, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUHART, LEWIS
ADDRESS AVAILABLE UPON REQUEST

DUHIGG, KATY
ADDRESS AVAILABLE UPON REQUEST

DUHON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

DUHON, SHANQUELYN
ADDRESS AVAILABLE UPON REQUEST

DUIGNAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

DUIGNAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DUIGUID, JUSTIN AND ELISHA
ADDRESS AVAILABLE UPON REQUEST

DUIT, SHELI
ADDRESS AVAILABLE UPON REQUEST

DUIVEN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DUJAN, HUGO
ADDRESS AVAILABLE UPON REQUEST

DUJARDIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DUKANOVIC, IVANA
ADDRESS AVAILABLE UPON REQUEST

DUKART, TODD
ADDRESS AVAILABLE UPON REQUEST

DUKAS, NANCY
ADDRESS AVAILABLE UPON REQUEST

DUKATZ, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DUKE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

DUKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUKE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

DUKE, BRYCE
ADDRESS AVAILABLE UPON REQUEST

DUKE, CASEY
ADDRESS AVAILABLE UPON REQUEST

DUKE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

DUKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DUKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUKE, JAX
ADDRESS AVAILABLE UPON REQUEST

DUKE, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

DUKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUKE, JULEIGH
ADDRESS AVAILABLE UPON REQUEST

DUKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

DUKE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DUKE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DUKE, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

DUKE, MARY
ADDRESS AVAILABLE UPON REQUEST

DUKE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DUKE, QUINTON
ADDRESS AVAILABLE UPON REQUEST

DUKE, RONNIE
ADDRESS AVAILABLE UPON REQUEST

DUKE, TERRY
ADDRESS AVAILABLE UPON REQUEST

DUKE-FERGUSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUKEHART, AMBER
ADDRESS AVAILABLE UPON REQUEST

DUKEMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUKER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

DUKES, AERIAL
ADDRESS AVAILABLE UPON REQUEST

DUKES, CAROL
ADDRESS AVAILABLE UPON REQUEST

DUKES, DANTENEA
ADDRESS AVAILABLE UPON REQUEST

DUKES, EBONY
ADDRESS AVAILABLE UPON REQUEST

DUKES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DUKES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DUKES, KURDIJAH
ADDRESS AVAILABLE UPON REQUEST

DUKES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DUKES, RONIKA
ADDRESS AVAILABLE UPON REQUEST

DUKES, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

DUKES, SONYA
ADDRESS AVAILABLE UPON REQUEST

DUKLEWSKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

DUKOWITZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

DULAC, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DULANEY, NORA
ADDRESS AVAILABLE UPON REQUEST

DULANY FOSTER IV
ADDRESS AVAILABLE UPON REQUEST

DULARIE PERSAUD
ADDRESS AVAILABLE UPON REQUEST

DULAY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

DULAY, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

DULAY, ROSENDO
ADDRESS AVAILABLE UPON REQUEST

DULCEDO DIGITAL INC
438 MCGILL STREET, SUITE 200
MONTREAL, QC  H2Y 2G1
CANADA

DULING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DULIP SHERMAN AQUINAS VENTURI
ADDRESS AVAILABLE UPON REQUEST

DULL, ASHIA
ADDRESS AVAILABLE UPON REQUEST

DULLAGHAN, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

DULLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DULLEY, PETER
ADDRESS AVAILABLE UPON REQUEST

DULMAGE, MADISON
ADDRESS AVAILABLE UPON REQUEST

DULY, BECKI
ADDRESS AVAILABLE UPON REQUEST

DUM, DANA
ADDRESS AVAILABLE UPON REQUEST

DUMAIS, ALI
ADDRESS AVAILABLE UPON REQUEST

DUMAIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DUMAIS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

DUMAN, KARA
ADDRESS AVAILABLE UPON REQUEST

DUMANDAL, DARLEANE MAE
ADDRESS AVAILABLE UPON REQUEST

DUMART, ALLISON
ADDRESS AVAILABLE UPON REQUEST

DUMART, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DUMAS, ANTOINE
ADDRESS AVAILABLE UPON REQUEST

DUMAS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

DUMAS, CARYN
ADDRESS AVAILABLE UPON REQUEST

DUMAS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

DUMAS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

DUMAS, MAR
ADDRESS AVAILABLE UPON REQUEST

DUMAS, MARGRETTA
ADDRESS AVAILABLE UPON REQUEST

DUMAS, ORLANDRIANA PAIGE
ADDRESS AVAILABLE UPON REQUEST

DUMAY, IRVIN
ADDRESS AVAILABLE UPON REQUEST

DUMBROFF, DANA
ADDRESS AVAILABLE UPON REQUEST

DUMENIGO, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

DUMFORD, CAROL
ADDRESS AVAILABLE UPON REQUEST

DUMINIAK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUMITRIU, SIMONA
ADDRESS AVAILABLE UPON REQUEST

DUMITRU, BREANN
ADDRESS AVAILABLE UPON REQUEST

DUMKE, LAURI
ADDRESS AVAILABLE UPON REQUEST

DUMKE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUMKOW, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DUMM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DUMMER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DUMMER, HILARY
ADDRESS AVAILABLE UPON REQUEST

DUMOND, JAKE
ADDRESS AVAILABLE UPON REQUEST

DUMOND, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DUMONT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DUMONT, DILLAN
ADDRESS AVAILABLE UPON REQUEST

DUMONT, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

DUMONT, KATHY
ADDRESS AVAILABLE UPON REQUEST

DUMONT, PETER
ADDRESS AVAILABLE UPON REQUEST

DUMONT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DUMONT, TORI
ADDRESS AVAILABLE UPON REQUEST

DUN & BRADSTREET
ADDRESS UNAVAILABLE AT TIME OF FILING

DUN LIEU LAUTRE
ADDRESS UNAVAILABLE AT TIME OF FILING

DUNAEVSKY, ANNA
ADDRESS AVAILABLE UPON REQUEST

DUNAGAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUNAGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNAGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNAGAN, MITZI
ADDRESS AVAILABLE UPON REQUEST

DUNAGIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DUNAGIN, NIKI
ADDRESS AVAILABLE UPON REQUEST

DUNAVANT, CARLEY
ADDRESS AVAILABLE UPON REQUEST

DUNAVIN, KEELY
ADDRESS AVAILABLE UPON REQUEST

DUNAWAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUNAWAY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DUNAWAY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DUNAWAY, KATHY
ADDRESS AVAILABLE UPON REQUEST

DUNAWAY, SANDI
ADDRESS AVAILABLE UPON REQUEST

DUNBACK, JOSH
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, GRACE
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, JANENE
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, KAYLEN
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, NOAH
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, RORI
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, ROUANA
ADDRESS AVAILABLE UPON REQUEST

DUNBAR, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN FAMILY WINE COMPANY, LLC
1911 CALLE
CALICHE AUSTIN, TX 78733

DUNCAN, ALI
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, BRETT
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, CORI
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DAILA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DANA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DANA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DARREN
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DE ANNA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, DEB
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, EMMY
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ERNESTINE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, FAITH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, JOLIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KARIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, LISA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, MARISA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, MARISA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, NAT
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, RUPERTO
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, TAMERA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, TARYN
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, TIANA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, XAVIER
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ZEB
ADDRESS AVAILABLE UPON REQUEST

DUNCAN, ZENOBIA
ADDRESS AVAILABLE UPON REQUEST

DUNCANSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNCAVAGE, ALISON
ADDRESS AVAILABLE UPON REQUEST

DUNCHIE, APRIL
ADDRESS AVAILABLE UPON REQUEST

DUNCKEL, IAN
ADDRESS AVAILABLE UPON REQUEST

DUNCOMBE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DUNEVANT, SAMMANTHA
ADDRESS AVAILABLE UPON REQUEST

DUNFEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUNFEE, TIM
ADDRESS AVAILABLE UPON REQUEST

DUNFORD, CATREVA
ADDRESS AVAILABLE UPON REQUEST

DUNG, CATHY
ADDRESS AVAILABLE UPON REQUEST

DUNGAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

DUNGAN, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DUNGAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DUNGAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

DUNGEE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, ERIKA
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, HOWARD&TAMI
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, JARROD
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, JONI
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MARIAN
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MARY
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MIKE
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, NNEKA
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, RAY
ADDRESS AVAILABLE UPON REQUEST

DUNHAM, SEAN
ADDRESS AVAILABLE UPON REQUEST

DUNHILL TRAVEL DEALS
2307 WEST BROWARD BLVD., STE 402
FORT LAUDERDALE, FL 33312

DUNICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DUNIGAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DUNIVAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

DUNK, DELOIS
ADDRESS AVAILABLE UPON REQUEST

DUNKEL, CAROL
ADDRESS AVAILABLE UPON REQUEST

DUNKEL, DAREN
ADDRESS AVAILABLE UPON REQUEST

DUNKEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUNKERLY, BILL
ADDRESS AVAILABLE UPON REQUEST

DUNKERSON, CARA
ADDRESS AVAILABLE UPON REQUEST

DUNKERTON, KASSIE
ADDRESS AVAILABLE UPON REQUEST

DUNKIN DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

DUNKIN, KIM
ADDRESS AVAILABLE UPON REQUEST

DUNKIN, WADE
ADDRESS AVAILABLE UPON REQUEST

DUNKLE, NANCY
ADDRESS AVAILABLE UPON REQUEST

DUNKLE, RILEY
ADDRESS AVAILABLE UPON REQUEST

DUNKLE, WENDY
ADDRESS AVAILABLE UPON REQUEST

DUNKLEY, GUY
ADDRESS AVAILABLE UPON REQUEST

DUNKLIN-ISHMAEL, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

DUNLAP NAGY, KIM
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, BRETT
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, CAELIN
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, KYLA
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, MADELINE
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, MARA
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, NICK
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

DUNLAP, TAMRA
ADDRESS AVAILABLE UPON REQUEST

DUNLAVY, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUNLEAVY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUNLEAVY, JODY
ADDRESS AVAILABLE UPON REQUEST

DUNLEAVY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DUNLOP, ARDEN
ADDRESS AVAILABLE UPON REQUEST

DUNLOY, ZARAN
ADDRESS AVAILABLE UPON REQUEST

DUNMORE, RAY
ADDRESS AVAILABLE UPON REQUEST

DUNMYRE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

DUNN, ABBY
ADDRESS AVAILABLE UPON REQUEST

DUNN, AMBER
ADDRESS AVAILABLE UPON REQUEST

DUNN, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

DUNN, ASHLEY-MARTIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, ASHLI
ADDRESS AVAILABLE UPON REQUEST

DUNN, AUDREA
ADDRESS AVAILABLE UPON REQUEST

DUNN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

DUNN, BENJ
ADDRESS AVAILABLE UPON REQUEST

DUNN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

DUNN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

DUNN, BRYANA
ADDRESS AVAILABLE UPON REQUEST

DUNN, BRYN
ADDRESS AVAILABLE UPON REQUEST

DUNN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

DUNN, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

DUNN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DUNN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DUNN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

DUNN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

DUNN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

DUNN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DUNN, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUNN, DONNA
ADDRESS AVAILABLE UPON REQUEST

DUNN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUNN, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUNN, JACK
ADDRESS AVAILABLE UPON REQUEST

DUNN, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUNN, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUNN, JASON
ADDRESS AVAILABLE UPON REQUEST

DUNN, JEANINE
ADDRESS AVAILABLE UPON REQUEST

DUNN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUNN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUNN, JOE
ADDRESS AVAILABLE UPON REQUEST

DUNN, JULIA
ADDRESS AVAILABLE UPON REQUEST

DUNN, JULIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, KATHY-SUE
ADDRESS AVAILABLE UPON REQUEST

DUNN, KELLIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

DUNN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNN, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DUNN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DUNN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DUNN, LIZA
ADDRESS AVAILABLE UPON REQUEST

DUNN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, MADDY
ADDRESS AVAILABLE UPON REQUEST

DUNN, MALINDA
ADDRESS AVAILABLE UPON REQUEST

DUNN, MARY
ADDRESS AVAILABLE UPON REQUEST

DUNN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DUNN, MAURA
ADDRESS AVAILABLE UPON REQUEST

DUNN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

DUNN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

DUNN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DUNN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUNN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

DUNN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DUNN, NALANI
ADDRESS AVAILABLE UPON REQUEST

DUNN, NITA
ADDRESS AVAILABLE UPON REQUEST

DUNN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DUNN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DUNN, PAT
ADDRESS AVAILABLE UPON REQUEST

DUNN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUNN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

DUNN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

DUNN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUNN, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUNN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DUNN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DUNN, STACIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUNN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DUNN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DUNN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

DUNN, TROY
ADDRESS AVAILABLE UPON REQUEST

DUNNAM, BRETT
ADDRESS AVAILABLE UPON REQUEST

DUNNE, BERNIE
ADDRESS AVAILABLE UPON REQUEST

DUNNE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DUNNE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DUNNE, DELANEY
ADDRESS AVAILABLE UPON REQUEST

DUNNE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

DUNNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUNNE, KAT
ADDRESS AVAILABLE UPON REQUEST

DUNNE, LAURA
ADDRESS AVAILABLE UPON REQUEST

DUNNE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

DUNNE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DUNNE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

DUNNE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

DUNNEGAN, PAGE
ADDRESS AVAILABLE UPON REQUEST

DUNNIGAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

DUNNIGAN, LEANNE
ADDRESS AVAILABLE UPON REQUEST

DUNNING, JANE
ADDRESS AVAILABLE UPON REQUEST

DUNNING, KARLA
ADDRESS AVAILABLE UPON REQUEST

DUNNING, KAYLA
ADDRESS AVAILABLE UPON REQUEST

DUNNING, KENNETH
ADDRESS AVAILABLE UPON REQUEST

DUNNING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DUNNING, LEILA
ADDRESS AVAILABLE UPON REQUEST

DUNNING, LUCY
ADDRESS AVAILABLE UPON REQUEST

DUNNING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DUNNING, NANCY
ADDRESS AVAILABLE UPON REQUEST

DUNNING, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DUNNING, SHAWN
ADDRESS AVAILABLE UPON REQUEST

DUNNING, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

DUNNING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DUNNING-CLUNE, NORMA
ADDRESS AVAILABLE UPON REQUEST

DUNNINGTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUNNINGTON, GARY
ADDRESS AVAILABLE UPON REQUEST

DUNN-WALL, SHAILANA
ADDRESS AVAILABLE UPON REQUEST

DUNPHY, ASHTON
ADDRESS AVAILABLE UPON REQUEST

DUNPHY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DUNPHY, KYLE
ADDRESS AVAILABLE UPON REQUEST

DUNPHY, MARY
ADDRESS AVAILABLE UPON REQUEST

DUNPHY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

DUNSHEE, JIM
ADDRESS AVAILABLE UPON REQUEST

DUNSMOOR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

DUNSON, KAY
ADDRESS AVAILABLE UPON REQUEST

DUNSTON, DARREN
ADDRESS AVAILABLE UPON REQUEST

DUNSTONE, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUNTON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

DUNWIDDIE, KAREN
ADDRESS AVAILABLE UPON REQUEST

DUNWOODIE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

DUNWOODY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DUNWORTH, DANNY
ADDRESS AVAILABLE UPON REQUEST

DUNWORTH, ERIN
ADDRESS AVAILABLE UPON REQUEST

DUNWORTH, PETER
ADDRESS AVAILABLE UPON REQUEST

DUONG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DUONG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DUONG, JUDY
ADDRESS AVAILABLE UPON REQUEST

DUONG, KHANG
ADDRESS AVAILABLE UPON REQUEST

DUONG, TOM
ADDRESS AVAILABLE UPON REQUEST

DUONG, XUAN
ADDRESS AVAILABLE UPON REQUEST

DUPAS-NEWTON, TERANESHA
ADDRESS AVAILABLE UPON REQUEST

DUPEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUPERLY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

DUPERRE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DUPERRY, FRAN
ADDRESS AVAILABLE UPON REQUEST

DUPHILY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DUPIN, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

DUPITON, MARSHA
ADDRESS AVAILABLE UPON REQUEST

DUPLANTIS, JO
ADDRESS AVAILABLE UPON REQUEST

DUPLESSIE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DUPLESSIS, KATIANA
ADDRESS AVAILABLE UPON REQUEST

DUPLISSIS, EVE
ADDRESS AVAILABLE UPON REQUEST

DUPONT, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUPONT, KATIE
ADDRESS AVAILABLE UPON REQUEST

DUPRE, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

DUPRE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

DUPRE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DUPRE, FREDERIQUE
ADDRESS AVAILABLE UPON REQUEST

DUPRE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DUPRE, KRISEN
ADDRESS AVAILABLE UPON REQUEST

DUPRE, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

DUPRE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DUPREE, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUPREE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DUPREE, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

DUPREE, TERRI
ADDRESS AVAILABLE UPON REQUEST

DUPREY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

DUPREY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DUPRIEST, MARY
ADDRESS AVAILABLE UPON REQUEST

DUPUIS, ANNE
ADDRESS AVAILABLE UPON REQUEST

DUPUIS, DOLORES
ADDRESS AVAILABLE UPON REQUEST

DUPUIS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DUPUIS, LAURI
ADDRESS AVAILABLE UPON REQUEST

DUPUIS, WILL
ADDRESS AVAILABLE UPON REQUEST

DUPUISLANE, ELAINE
ADDRESS AVAILABLE UPON REQUEST

DUQUE, BRYANT
ADDRESS AVAILABLE UPON REQUEST

DUQUE, EVONNE
ADDRESS AVAILABLE UPON REQUEST

DUQUE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

DUQUE, JUAN
ADDRESS AVAILABLE UPON REQUEST

DUQUE, PAOLA
ADDRESS AVAILABLE UPON REQUEST

DUQUESNAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUQUESNAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DUQUETTE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

DURACARD.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

DURALL, AARON
ADDRESS AVAILABLE UPON REQUEST

DURAN, ALBINO
ADDRESS AVAILABLE UPON REQUEST

DURAN, ANA
ADDRESS AVAILABLE UPON REQUEST

DURAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DURAN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

DURAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DURAN, CAROLE
ADDRESS AVAILABLE UPON REQUEST

DURAN, CASSAUNDRA
ADDRESS AVAILABLE UPON REQUEST

DURAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DURAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

DURAN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

DURAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

DURAN, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

DURAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DURAN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

DURAN, MARISA
ADDRESS AVAILABLE UPON REQUEST

DURAN, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

DURAN, RAMANDA
ADDRESS AVAILABLE UPON REQUEST

DURAN, SANTOS
ADDRESS AVAILABLE UPON REQUEST

DURAN, SELENE
ADDRESS AVAILABLE UPON REQUEST

DURAN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

DURAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

DURAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DURAN, XIOMARA
ADDRESS AVAILABLE UPON REQUEST

DURAND, AMBER
ADDRESS AVAILABLE UPON REQUEST

DURAND, DAVID
ADDRESS AVAILABLE UPON REQUEST

DURAND, ELGIN
ADDRESS AVAILABLE UPON REQUEST

DURAND, ERIN
ADDRESS AVAILABLE UPON REQUEST

DURAND, STARR
ADDRESS AVAILABLE UPON REQUEST

DURANDETTO, JOE
ADDRESS AVAILABLE UPON REQUEST

DURANT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DURANT, CISSY
ADDRESS AVAILABLE UPON REQUEST

DURANT, GRACE
ADDRESS AVAILABLE UPON REQUEST

DURANT, KELLI
ADDRESS AVAILABLE UPON REQUEST

DURANT, SARITA
ADDRESS AVAILABLE UPON REQUEST

DURANT, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

DURANT, TIM
ADDRESS AVAILABLE UPON REQUEST

DURANT, TRACEY
ADDRESS AVAILABLE UPON REQUEST

DURANTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DURANTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DURAPAU, KRISTA
ADDRESS AVAILABLE UPON REQUEST

DURAZO, NYDIA
ADDRESS AVAILABLE UPON REQUEST

DURBIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

DURBIN, MEGGAN
ADDRESS AVAILABLE UPON REQUEST

DURDIN, SHARI
ADDRESS AVAILABLE UPON REQUEST

DURE, ALICE
ADDRESS AVAILABLE UPON REQUEST

DUREC, SHERRY
ADDRESS AVAILABLE UPON REQUEST

DURELL, JUDITH
ADDRESS AVAILABLE UPON REQUEST

DUREN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

DURFEE, DIANE
ADDRESS AVAILABLE UPON REQUEST

DURFEY, JONI
ADDRESS AVAILABLE UPON REQUEST

DURGANA, JAMES
ADDRESS AVAILABLE UPON REQUEST

DURGIN, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, AJA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, BRENDA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DURHAM, CORIE
ADDRESS AVAILABLE UPON REQUEST

DURHAM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DURHAM, DAVID
ADDRESS AVAILABLE UPON REQUEST

DURHAM, HANNA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JACLYN
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JAMES
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, JULIA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

DURHAM, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DURHAM, MADELINE
ADDRESS AVAILABLE UPON REQUEST

DURHAM, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

DURHAM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DURHAM, TERESA
ADDRESS AVAILABLE UPON REQUEST

DURHAM, TRACY
ADDRESS AVAILABLE UPON REQUEST

DURHAM, TRISHA
ADDRESS AVAILABLE UPON REQUEST

DURICHKO, GLORIA
ADDRESS AVAILABLE UPON REQUEST

DURIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DURKACZ, MORGAN
ADDRESS AVAILABLE UPON REQUEST

DURKEE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DURKEE, JOHN
ADDRESS AVAILABLE UPON REQUEST

DURKEE, KERANI
ADDRESS AVAILABLE UPON REQUEST

DURKEE, KERANI
ADDRESS AVAILABLE UPON REQUEST

DURKEE, PAULA
ADDRESS AVAILABLE UPON REQUEST

DURKIN ENTERTAINMENT INC.
904 SILVER SPUR RD  367
ROLLING HILLS ESTATES, CA  90274

DURKIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DURKIN, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

DURKIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

DURKIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

DURKIN, KERRY
ADDRESS AVAILABLE UPON REQUEST

DURKIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

DURKIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

DURKIN, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

DURKIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DURKIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

DURKO, KATIE
ADDRESS AVAILABLE UPON REQUEST

DURLEY, CINDY
ADDRESS AVAILABLE UPON REQUEST

DURLEY, DAN
ADDRESS AVAILABLE UPON REQUEST

DURLING, JEAN
ADDRESS AVAILABLE UPON REQUEST

DURM, CONNOR
ADDRESS AVAILABLE UPON REQUEST

DURMA, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

DURMICK, KERRY AND ERINN
ADDRESS AVAILABLE UPON REQUEST

DURNEY, AIDAN
ADDRESS AVAILABLE UPON REQUEST

DURNIL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

DURNING, BETSY
ADDRESS AVAILABLE UPON REQUEST

DUROCHER, JOAN
ADDRESS AVAILABLE UPON REQUEST

DURO-MARTINEZ, MARLIN
ADDRESS AVAILABLE UPON REQUEST

DURON, CASIMIR
ADDRESS AVAILABLE UPON REQUEST

DURON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DUROS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

DUROW, DEBRA
ADDRESS AVAILABLE UPON REQUEST

DURR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DURR, ELLIE
ADDRESS AVAILABLE UPON REQUEST

DURR, JAZMYN
ADDRESS AVAILABLE UPON REQUEST

DURR, LOGAN
ADDRESS AVAILABLE UPON REQUEST

DURRANT, AIMEE
ADDRESS AVAILABLE UPON REQUEST

DURRETT, DAVID AND KAY
ADDRESS AVAILABLE UPON REQUEST

DURRETT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

DURRETT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

DURRWACHTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

DURSEMA, JULIE
ADDRESS AVAILABLE UPON REQUEST

DURSKI, KATRINA
ADDRESS AVAILABLE UPON REQUEST

DURSO, ANDA
ADDRESS AVAILABLE UPON REQUEST

DURSO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

DURSO, DARCY L.
ADDRESS AVAILABLE UPON REQUEST

DURSO, MARIANN
ADDRESS AVAILABLE UPON REQUEST

DURSO-SMITH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DURST, CARLY
ADDRESS AVAILABLE UPON REQUEST

DURST, CARLY
ADDRESS AVAILABLE UPON REQUEST

DURST, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

DURTSCHI, ABBY
ADDRESS AVAILABLE UPON REQUEST

DURUJI, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

DURUJI, SONJA
ADDRESS AVAILABLE UPON REQUEST

DURUPT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

DURUSSEL, THE FABULOUS MS. MARY
ADDRESS AVAILABLE UPON REQUEST

DURYEE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

DUSANEK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DUSBABEK, JOE
ADDRESS AVAILABLE UPON REQUEST

DUSCH, CANDICE
ADDRESS AVAILABLE UPON REQUEST

DUSCH, RENEE
ADDRESS AVAILABLE UPON REQUEST

DUSCHE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

DUSEK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DUSEK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

DUSEWICZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

DUSHAIS, LISA
ADDRESS AVAILABLE UPON REQUEST

DUSHANE, SHERI
ADDRESS AVAILABLE UPON REQUEST

DUSHEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

DUSHYANT PATEL
ADDRESS AVAILABLE UPON REQUEST

DUSOLD, DARRELL
ADDRESS AVAILABLE UPON REQUEST

DUSSAULT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

DUSSAULT, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUSSEAULT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUSSELIER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

DUSSIN, SANDRAMARA
ADDRESS AVAILABLE UPON REQUEST

DUSSINGER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DUST, SARA
ADDRESS AVAILABLE UPON REQUEST

DUSTAN NEYLAND
ADDRESS AVAILABLE UPON REQUEST

DUSTERHOFT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUSTIN AYARZA
ADDRESS AVAILABLE UPON REQUEST

DUSTIN, DIANE
ADDRESS AVAILABLE UPON REQUEST

DUSTIN, JACK
ADDRESS AVAILABLE UPON REQUEST

DUTCH ICON
ADDRESS UNAVAILABLE AT TIME OF FILING

DUTCHER, JANET
ADDRESS AVAILABLE UPON REQUEST

DUTCHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

DUTCHER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DUTCHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUTCHER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUTILLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DUTKA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

DUTKIEWICZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DUTKO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUTKOWSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUTOIT, LOUISE
ADDRESS AVAILABLE UPON REQUEST

DUTRA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DUTRA, JEMIMA
ADDRESS AVAILABLE UPON REQUEST

DUTRO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DUTT, SAPTARSHI
ADDRESS AVAILABLE UPON REQUEST

DUTTA, ANISHA
ADDRESS AVAILABLE UPON REQUEST

DUTTA, POOJA
ADDRESS AVAILABLE UPON REQUEST

DUTTA, REENA
ADDRESS AVAILABLE UPON REQUEST

DUTTER, LORI
ADDRESS AVAILABLE UPON REQUEST

DUTTINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUTTON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

DUTTON, DARRELL
ADDRESS AVAILABLE UPON REQUEST

DUTTON, KAILEY
ADDRESS AVAILABLE UPON REQUEST

DUTTON, KAREN
ADDRESS AVAILABLE UPON REQUEST

DUTTON, SHANNA
ADDRESS AVAILABLE UPON REQUEST

DUTTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DUTTON, SUE
ADDRESS AVAILABLE UPON REQUEST

DUTY, AARON
ADDRESS AVAILABLE UPON REQUEST

DUTY, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUTY-TROIANO, DENISE
ADDRESS AVAILABLE UPON REQUEST

DUTZER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

DUUS, JAMES
ADDRESS AVAILABLE UPON REQUEST

DUVA, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUVA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

DUVA, THERESA
ADDRESS AVAILABLE UPON REQUEST

DUVAL LEDGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

DUVAL, REGINA
ADDRESS AVAILABLE UPON REQUEST

DUVAL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

DUVAL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DUVAL, TRACIE
ADDRESS AVAILABLE UPON REQUEST

DUVAL, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

DUVALL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

DUVALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DUVALL, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

DUVALL, JAIME
ADDRESS AVAILABLE UPON REQUEST

DUVALL, JONI
ADDRESS AVAILABLE UPON REQUEST

DUVALL, KASANDRA
ADDRESS AVAILABLE UPON REQUEST

DUVALL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

DUVALL, LACEY
ADDRESS AVAILABLE UPON REQUEST

DUVALL, QUINN
ADDRESS AVAILABLE UPON REQUEST

DUVALL-SCHMIDT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DUVAL-PICHE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

DUVARNEY, MONIKA
ADDRESS AVAILABLE UPON REQUEST

DUVE, KENDRIC
ADDRESS AVAILABLE UPON REQUEST

DUVNJAK, DANA
ADDRESS AVAILABLE UPON REQUEST

DUVNJAK, KATE
ADDRESS AVAILABLE UPON REQUEST

DUVVURU, MAHIDHAR
ADDRESS AVAILABLE UPON REQUEST

DUXBURY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

DUYGUN, NUR
ADDRESS AVAILABLE UPON REQUEST

DUYM, HEATHER
ADDRESS AVAILABLE UPON REQUEST

DUZAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

DUZEY, TALIA
ADDRESS AVAILABLE UPON REQUEST

DVERGSTEN, ISAAC
ADDRESS AVAILABLE UPON REQUEST

DVIR, AMIT
ADDRESS AVAILABLE UPON REQUEST

DVORAK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

DVORAK, BEAU
ADDRESS AVAILABLE UPON REQUEST

DVORAVIC, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DVORSCEK, REANN
ADDRESS AVAILABLE UPON REQUEST

DVORSKY, JANA
ADDRESS AVAILABLE UPON REQUEST

DVOSKIN, ALBERT
ADDRESS AVAILABLE UPON REQUEST

DWAYNE E PERRY JR
ADDRESS AVAILABLE UPON REQUEST

DWAYNE R JACKSON
ADDRESS AVAILABLE UPON REQUEST

DWAYNE R JACKSON
ADDRESS AVAILABLE UPON REQUEST

DWECK, JOE
ADDRESS AVAILABLE UPON REQUEST

DWELLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

DWENGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DWITE SHEHAN
ADDRESS AVAILABLE UPON REQUEST

DWORAK, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

DWORAK, VERONICA
ADDRESS AVAILABLE UPON REQUEST

DWOREK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

DWORKIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

DWYER, ALEX & ESKA
ADDRESS AVAILABLE UPON REQUEST

DWYER, ALLY
ADDRESS AVAILABLE UPON REQUEST

DWYER, ARIANE
ADDRESS AVAILABLE UPON REQUEST

DWYER, BRENAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

DWYER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

DWYER, COLTON
ADDRESS AVAILABLE UPON REQUEST

DWYER, DOLORES
ADDRESS AVAILABLE UPON REQUEST

DWYER, ELLEANNA
ADDRESS AVAILABLE UPON REQUEST

DWYER, ERIN
ADDRESS AVAILABLE UPON REQUEST

DWYER, ERIN
ADDRESS AVAILABLE UPON REQUEST

DWYER, INA
ADDRESS AVAILABLE UPON REQUEST

DWYER, JEAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DWYER, JOAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, JOHN
ADDRESS AVAILABLE UPON REQUEST

DWYER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

DWYER, KELLY
ADDRESS AVAILABLE UPON REQUEST

DWYER, LARA
ADDRESS AVAILABLE UPON REQUEST

DWYER, LEAH
ADDRESS AVAILABLE UPON REQUEST

DWYER, LEVI
ADDRESS AVAILABLE UPON REQUEST

DWYER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DWYER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DWYER, NORA
ADDRESS AVAILABLE UPON REQUEST

DWYER, PAT
ADDRESS AVAILABLE UPON REQUEST

DWYER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

DWYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

DWYER, SEAN
ADDRESS AVAILABLE UPON REQUEST

DWYER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

DWYER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DWYER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DWYER, WA
ADDRESS AVAILABLE UPON REQUEST

DY, SINANN
ADDRESS AVAILABLE UPON REQUEST

DYADYUKH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

DYAL, AMY
ADDRESS AVAILABLE UPON REQUEST

DYAR, PATTY
ADDRESS AVAILABLE UPON REQUEST

DYBA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

DYBAS, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

DYBUNCIO, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

DYBUS, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

DYCHA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

DYCKS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

DYCUS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

DYCUS, RODERICK
ADDRESS AVAILABLE UPON REQUEST

DYE, ADAM
ADDRESS AVAILABLE UPON REQUEST

DYE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

DYE, AMY
ADDRESS AVAILABLE UPON REQUEST

DYE, BARRY
ADDRESS AVAILABLE UPON REQUEST

DYE, ERIN
ADDRESS AVAILABLE UPON REQUEST

DYE, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

DYE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DYE, JERRY
ADDRESS AVAILABLE UPON REQUEST

DYE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

DYE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

DYE, KELLY
ADDRESS AVAILABLE UPON REQUEST

DYE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

DYE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DYE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

DYE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

DYE, LOU
ADDRESS AVAILABLE UPON REQUEST

DYE, MEIR
ADDRESS AVAILABLE UPON REQUEST

DYE, NAIMAH
ADDRESS AVAILABLE UPON REQUEST

DYER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

DYER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

DYER, DEESHA
ADDRESS AVAILABLE UPON REQUEST

DYER, EMILY
ADDRESS AVAILABLE UPON REQUEST

DYER, EMMA
ADDRESS AVAILABLE UPON REQUEST

DYER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

DYER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

DYER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

DYER, LAURA
ADDRESS AVAILABLE UPON REQUEST

DYER, LYNN
ADDRESS AVAILABLE UPON REQUEST

DYER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

DYER, MELISA
ADDRESS AVAILABLE UPON REQUEST

DYER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

DYER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DYER, ROB
ADDRESS AVAILABLE UPON REQUEST

DYER, ROBBY
ADDRESS AVAILABLE UPON REQUEST

DYER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

DYER,
ADDRESS AVAILABLE UPON REQUEST

DYERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

DYHOUSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

DYIKANBEKOVA, AIPERI
ADDRESS AVAILABLE UPON REQUEST

DYK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

DYK, PAWEL
ADDRESS AVAILABLE UPON REQUEST

DYKE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DYKE, JENNA
ADDRESS AVAILABLE UPON REQUEST

DYKENS, SARAH
ADDRESS AVAILABLE UPON REQUEST

DYKES, JENNA
ADDRESS AVAILABLE UPON REQUEST

DYKES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

DYKES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

DYKES, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DYKES, RONDA
ADDRESS AVAILABLE UPON REQUEST

DYKHUIZEN, GRACE
ADDRESS AVAILABLE UPON REQUEST

DYKMAN, SERENA
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, ERIN
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, FRED
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, JULIA
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, KENNETH J
ADDRESS AVAILABLE UPON REQUEST

DYKSTRA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DYLA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

DYLAN HIGGINBOTHAM
ADDRESS AVAILABLE UPON REQUEST

DYLAN MOLINELLI
ADDRESS AVAILABLE UPON REQUEST

DYLAN ROBERT MONTGOMERY
ADDRESS AVAILABLE UPON REQUEST

DYLAN ROSS ALLEN
ADDRESS AVAILABLE UPON REQUEST

DYLARA J COLE
ADDRESS AVAILABLE UPON REQUEST

DYLL, JOE
ADDRESS AVAILABLE UPON REQUEST

DYLLAN BROWN-BRAMBLE
ADDRESS AVAILABLE UPON REQUEST

DYMANT, LILY
ADDRESS AVAILABLE UPON REQUEST

DYMOCK, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

DYMOND, SARAH
ADDRESS AVAILABLE UPON REQUEST

DYNAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

DYNARSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

DYRDAHL, AMY
ADDRESS AVAILABLE UPON REQUEST

DYSART, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

DYSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

DYSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

DYSON, ILENE
ADDRESS AVAILABLE UPON REQUEST

DYSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

DYSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

DYSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

DYWAYNE CARLO DUNCAN JR.
529 W 5TH ST.
CHESTER, PA 19013

DZANANOVIC, SELMA
ADDRESS AVAILABLE UPON REQUEST

DZEKTSERMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

DZENOWSKI, ALISSA
ADDRESS AVAILABLE UPON REQUEST

DZHIDZHIYESHVILI, SKYE
ADDRESS AVAILABLE UPON REQUEST

DZHUMASHEVA, DZHAMILIA
ADDRESS AVAILABLE UPON REQUEST

DZHUROV, ROSE
ADDRESS AVAILABLE UPON REQUEST

DZIAK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

DZIAK, MALINA
ADDRESS AVAILABLE UPON REQUEST

DZIAK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

DZIAK, SUE
ADDRESS AVAILABLE UPON REQUEST

DZIALO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

DZIALO, IRENE
ADDRESS AVAILABLE UPON REQUEST

DZIALO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

DZIAMA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

DZIEGIEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

DZIEN, JILL
ADDRESS AVAILABLE UPON REQUEST

DZIENIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DZIERBA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

DZIK, LEAH
ADDRESS AVAILABLE UPON REQUEST

DZILVELIS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

DZIOBA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

DZIUBAK, AGNIESZKA
ADDRESS AVAILABLE UPON REQUEST

DZIUBAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

DZIUBAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

DZIURA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

DZIVENU, DOREEN
ADDRESS AVAILABLE UPON REQUEST

DZURINDA, MARSHA
ADDRESS AVAILABLE UPON REQUEST

DZURINKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

E & J GALLO WINERY
3387 DRY CREEK ROAD
HEALDSBURG, CA  95448

E AND A CHANG FAMILY TRUST DATED
02/08/2019
ADDRESS AVAILABLE UPON REQUEST

E BADGETT, PAULA
ADDRESS AVAILABLE UPON REQUEST

E BOGDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

E BUCKERIDGE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

E CASANOVA, JESSE
ADDRESS AVAILABLE UPON REQUEST

E COLYER, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

E HECKMAN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

E HENDERSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

E HETLAND, SARA
ADDRESS AVAILABLE UPON REQUEST

E HUMBERSTONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

E JONES, CHIRIGA
ADDRESS AVAILABLE UPON REQUEST

E KELLEMS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

E KIM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

E SCHRAMM, LYNNE
ADDRESS AVAILABLE UPON REQUEST

E SOTO, VENESSA
ADDRESS AVAILABLE UPON REQUEST

E TURAL, LEYLA
ADDRESS AVAILABLE UPON REQUEST

E VALENTINE, LAURA
ADDRESS AVAILABLE UPON REQUEST

E WALKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

E WARNING, SARA
ADDRESS AVAILABLE UPON REQUEST

E WEBER, RIO
ADDRESS AVAILABLE UPON REQUEST

E&C EQUITIES LLC DATED 02/08/2019
13501 RANCH ROAD 12 STE 103
WIMBERLEY, TX  78676

E&J GALLO WINERY
600 YOSEMITE BLVD
MODESTO, CA  95354

E, ANNE
ADDRESS AVAILABLE UPON REQUEST

E, BRNDA
ADDRESS AVAILABLE UPON REQUEST

E, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

E, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

E, DAWN
ADDRESS AVAILABLE UPON REQUEST

E, JSSICA
ADDRESS AVAILABLE UPON REQUEST

E, JUAN
ADDRESS AVAILABLE UPON REQUEST

E, KAREN
ADDRESS AVAILABLE UPON REQUEST

E, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

E, LAURA
ADDRESS AVAILABLE UPON REQUEST

E, LAUREN
ADDRESS AVAILABLE UPON REQUEST

E, MITCH
ADDRESS AVAILABLE UPON REQUEST

E, PHILIP
ADDRESS AVAILABLE UPON REQUEST

E, ROBERT
ADDRESS AVAILABLE UPON REQUEST

E, SARA
ADDRESS AVAILABLE UPON REQUEST

E, SARAH
ADDRESS AVAILABLE UPON REQUEST

E, THOMAS
ADDRESS AVAILABLE UPON REQUEST

E. ANDERSON, WILLNARD
ADDRESS AVAILABLE UPON REQUEST

E. NEERGAARD, BENAIAH
ADDRESS AVAILABLE UPON REQUEST

E., JARED
ADDRESS AVAILABLE UPON REQUEST

E., KEVIN
ADDRESS AVAILABLE UPON REQUEST

E., MARY
ADDRESS AVAILABLE UPON REQUEST

E., MICHAEL
ADDRESS AVAILABLE UPON REQUEST

E., NICHOLE
ADDRESS AVAILABLE UPON REQUEST

EACHO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

EACHUS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EACHUS, STEVE
ADDRESS AVAILABLE UPON REQUEST

EAD, GHADA
ADDRESS AVAILABLE UPON REQUEST

EADDY, KIKI
ADDRESS AVAILABLE UPON REQUEST

EADE, IRENE
ADDRESS AVAILABLE UPON REQUEST

EADES, CHARLES
ADDRESS AVAILABLE UPON REQUEST

EADES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

EADES, MARGIE
ADDRESS AVAILABLE UPON REQUEST

EADIE, JIM
ADDRESS AVAILABLE UPON REQUEST

EADIE, SELINA
ADDRESS AVAILABLE UPON REQUEST

EADLER, KENT
ADDRESS AVAILABLE UPON REQUEST

EADON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

EADS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

EADS, KAMILLEN
ADDRESS AVAILABLE UPON REQUEST

EADS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EADS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

EAGAN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

EAGAN, DREW
ADDRESS AVAILABLE UPON REQUEST

EAGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EAGAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EAGAR, JAMES
ADDRESS AVAILABLE UPON REQUEST

EAGEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EAGER, CHASE
ADDRESS AVAILABLE UPON REQUEST

EAGER, ERIC
ADDRESS AVAILABLE UPON REQUEST

EAGLE BEVERAGE DISTRIBUTION -
MONTANA
1011 BROADWATER DRIVE
GREAT FALLS, MT  59405

EAGLE BEVERAGE
1011 BROADWATER DRIVE
GREAT FALLS, MT  59405

EAGLE EQUIPMENT CORP
ADDRESS UNAVAILABLE AT TIME OF FILING

EAGLE ROCK DISTRIBUTING COMPANY
6205 BEST FRIEND RD STE A
NORCROSS, GA  30071

EAGLE, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

EAGLE, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

EAGLE, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

EAGLE, JOY
ADDRESS AVAILABLE UPON REQUEST

EAGLES STADIUM OPERATOR LLC
ATTN: GENERAL COUNSEL
NOVACARE COMPLEX
ONE NOVACARE WAY
PHILADELPHIA, PA  19145

EAGLES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

EAGLES, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

EAGLETON, MERRICK
ADDRESS AVAILABLE UPON REQUEST

EAGLETON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

EAGLIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

EAKES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

EAKES, SARAH
ADDRESS AVAILABLE UPON REQUEST

EAKIN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

EAKIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EAKIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

EAKIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

EAKLOR, BRANDY
ADDRESS AVAILABLE UPON REQUEST

EALY, CACILLE
ADDRESS AVAILABLE UPON REQUEST

EALY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

EALY, LAURA
ADDRESS AVAILABLE UPON REQUEST

EALY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

EAMES, MANDY
ADDRESS AVAILABLE UPON REQUEST

EAMES, SHERRI
ADDRESS AVAILABLE UPON REQUEST

EAMES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

EANES, ANNA
ADDRESS AVAILABLE UPON REQUEST

EANES, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

EAR, SHEH
ADDRESS AVAILABLE UPON REQUEST

EARL OF SANDWICH
ADDRESS UNAVAILABLE AT TIME OF FILING

EARL SHAFFER
ADDRESS AVAILABLE UPON REQUEST

EARL WAYNE SONDREAL
ADDRESS AVAILABLE UPON REQUEST

EARL, ABBEY
ADDRESS AVAILABLE UPON REQUEST

EARL, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

EARL, CORINNE
ADDRESS AVAILABLE UPON REQUEST

EARL, JAMES
ADDRESS AVAILABLE UPON REQUEST

EARL, JULIANN
ADDRESS AVAILABLE UPON REQUEST

EARL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

EARL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

EARLE, ALEX
ADDRESS AVAILABLE UPON REQUEST

EARLE, BLOSSOM
ADDRESS AVAILABLE UPON REQUEST

EARLE, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

EARLE, IAN
ADDRESS AVAILABLE UPON REQUEST

EARLE, KAREN
ADDRESS AVAILABLE UPON REQUEST

EARLE, KATE
ADDRESS AVAILABLE UPON REQUEST

EARLE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

EARLE-CRUICKSHANKS, GERMAINE
ADDRESS AVAILABLE UPON REQUEST

EARLES, ALEX
ADDRESS AVAILABLE UPON REQUEST

EARLEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

EARLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

EARLEY, JASON
ADDRESS AVAILABLE UPON REQUEST

EARLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

EARLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EARLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

EARLS, CHELSIA
ADDRESS AVAILABLE UPON REQUEST

EARLS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EARLS, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

EARLS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

EARLS, RONNIE
ADDRESS AVAILABLE UPON REQUEST

EARLY, APRIL
ADDRESS AVAILABLE UPON REQUEST

EARLY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

EARLY, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

EARLY, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

EARLY, DENISE
ADDRESS AVAILABLE UPON REQUEST

EARLY, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

EARLY, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

EARLY, LAURA
ADDRESS AVAILABLE UPON REQUEST

EARLY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

EARLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

EARLYWINE, TERA
ADDRESS AVAILABLE UPON REQUEST

EARNER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

EARNEST, SARAH
ADDRESS AVAILABLE UPON REQUEST

EARNHART, JARED
ADDRESS AVAILABLE UPON REQUEST

EARNHART, JULIE
ADDRESS AVAILABLE UPON REQUEST

EARNHART, TAMI
ADDRESS AVAILABLE UPON REQUEST

EARP, AMY
ADDRESS AVAILABLE UPON REQUEST

EARP, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EARTH FARE INC.
220 CONTINUUM DRIVE
FLETCHER, NC 28732

EARTHBAR
ADDRESS UNAVAILABLE AT TIME OF FILING

EARTHMAN, LACY
ADDRESS AVAILABLE UPON REQUEST

EARVIN, BONITA
ADDRESS AVAILABLE UPON REQUEST

EASLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

EASLEY, FREDERIKA
ADDRESS AVAILABLE UPON REQUEST

EASLEY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

EASLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EASLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EASLEY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

EASLEY, JODIE
ADDRESS AVAILABLE UPON REQUEST

EASLEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

EASLEY, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

EASLEY, SALLY
ADDRESS AVAILABLE UPON REQUEST

EASLEY, TERRI
ADDRESS AVAILABLE UPON REQUEST

EASON, BOBBY
ADDRESS AVAILABLE UPON REQUEST

EASON, GRAE
ADDRESS AVAILABLE UPON REQUEST

EASON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

EASON, LEJON
ADDRESS AVAILABLE UPON REQUEST

EASON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

EASON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

EASON, ZACH
ADDRESS AVAILABLE UPON REQUEST

EAST AUSTIN SOFTWARE CONSULTING, LLC
1211 EAST 5TH STREET 1552
AUSTIN, TX 78702

EAST BAROUGH FRAICHE
ADDRESS UNAVAILABLE AT TIME OF FILING

EAST END TRIAL GROUP LLC
161 LLOYD AVE
PITTSBURGH, PA 15218

EAST LAKE DIVE CLUB
113 E ROANOKE ST
SEATTLE, WA 98102

EAST, ARIEL
ADDRESS AVAILABLE UPON REQUEST

EAST, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EAST, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EAST, KELSEY
ADDRESS AVAILABLE UPON REQUEST

EASTBURN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EASTER, ERICA
ADDRESS AVAILABLE UPON REQUEST

EASTER, EVANRAE
ADDRESS AVAILABLE UPON REQUEST

EASTER, JOSH
ADDRESS AVAILABLE UPON REQUEST

EASTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

EASTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EASTERDAY, AMY
ADDRESS AVAILABLE UPON REQUEST

EASTERLIN, JAQUETTE
ADDRESS AVAILABLE UPON REQUEST

EASTERLING, DENISE
ADDRESS AVAILABLE UPON REQUEST

EASTERLING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EASTERLING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EASTERLY, ARIANA
ADDRESS AVAILABLE UPON REQUEST

EASTERN DISTRICT OF CALIFORNIA
2500 TULARE ST, STE 4401
FRESNO, CA  93721

EASTERN DISTRICT OF CALIFORNIA
501 I ST, STE 10-100
SACRAMENTO, CA  95814

EASTERN DISTRICT OF PENNSYLVANIA
504 W HAMILTON ST, 3701
ALLENTOWN, PA  18101

EASTERN DISTRICT OF PENNSYLVANIA
615 CHESTNUT ST, STE 1250
PHILADELPHIA, PA  19106

EASTERN LIFT TRUCK
ADDRESS UNAVAILABLE AT TIME OF FILING

EASTHAM, ANN
ADDRESS AVAILABLE UPON REQUEST

EASTHAM, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

EASTHAM, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

EASTIN, PATTY
ADDRESS AVAILABLE UPON REQUEST

EASTLAND, BROOKE
ADDRESS AVAILABLE UPON REQUEST

EASTLAND, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EASTLAND, PARKER
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, MARLENE
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, SHEENA
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, SHERYL
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

EASTMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

EASTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EASTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

EASTON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

EASTON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

EASTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

EASTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

EASTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

EASTON, REVA
ADDRESS AVAILABLE UPON REQUEST

EASTON, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

EASTRIDGE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, AZIZA
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, DEANE AND RACHEL
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, JOHN
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, KYLE
ADDRESS AVAILABLE UPON REQUEST

EASTWOOD, SHANNOM
ADDRESS AVAILABLE UPON REQUEST

EASY CANVAS PRINTS
ADDRESS UNAVAILABLE AT TIME OF FILING

EASY GENERATOR
3044 BC
ROTTERDAM
NETHERLANDS

EASY WINE LICENSING
ADDRESS UNAVAILABLE AT TIME OF FILING

EAT CLUB, INC.
1400A SEAPORT BLVD. SUITE 400
REDWOOD CITY, CA 94063

EAT CLUB, INC.
PO BOX 8290
PASADENA, CA 91109-8290

EATES, TREY
ADDRESS AVAILABLE UPON REQUEST

EATHERTON, NICKI
ADDRESS AVAILABLE UPON REQUEST

EATMAN, MARIAN
ADDRESS AVAILABLE UPON REQUEST

EATMON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EATON, ALISON
ADDRESS AVAILABLE UPON REQUEST

EATON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EATON, AMY
ADDRESS AVAILABLE UPON REQUEST

EATON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

EATON, ANNIE-ROSE
ADDRESS AVAILABLE UPON REQUEST

EATON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

EATON, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

EATON, CASEY
ADDRESS AVAILABLE UPON REQUEST

EATON, CATHY
ADDRESS AVAILABLE UPON REQUEST

EATON, DERBA
ADDRESS AVAILABLE UPON REQUEST

EATON, DONNA
ADDRESS AVAILABLE UPON REQUEST

EATON, ELSEY
ADDRESS AVAILABLE UPON REQUEST

EATON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

EATON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

EATON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EATON, KAY
ADDRESS AVAILABLE UPON REQUEST

EATON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EATON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

EATON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

EATON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

EATON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

EATON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

EATON, PAUL
ADDRESS AVAILABLE UPON REQUEST

EATON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EATON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EATON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

EATON, SARAH
ADDRESS AVAILABLE UPON REQUEST

EATON, STACEY
ADDRESS AVAILABLE UPON REQUEST

EATON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

EATON, TERESA
ADDRESS AVAILABLE UPON REQUEST

EATWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EAVERS, CARRSHA
ADDRESS AVAILABLE UPON REQUEST

EAVES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

EAVES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

EAYRE, NORMA
ADDRESS AVAILABLE UPON REQUEST

EB
ADDRESS UNAVAILABLE AT TIME OF FILING

EBANKS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

EBAUGH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

EBAY
ADDRESS UNAVAILABLE AT TIME OF FILING

EBBERS, JANETTE
ADDRESS AVAILABLE UPON REQUEST

EBBERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

EBBERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

EBBING, MORGAN
ADDRESS AVAILABLE UPON REQUEST

EBBS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EBEID, JUANITA
ADDRESS AVAILABLE UPON REQUEST

EBEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

EBELHAR, MONICA
ADDRESS AVAILABLE UPON REQUEST

EBELING, BRYCE
ADDRESS AVAILABLE UPON REQUEST

EBELING, PAMELA
ADDRESS AVAILABLE UPON REQUEST

EBELL, GEMMA
ADDRESS AVAILABLE UPON REQUEST

EBENGER, LORI
ADDRESS AVAILABLE UPON REQUEST

EBERE, DAVID
ADDRESS AVAILABLE UPON REQUEST

EBERENZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EBERHARDT, AUDREY
ADDRESS AVAILABLE UPON REQUEST

EBERHARDT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

EBERHARDT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

EBERHARDT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

EBERHARDT, WENDY
ADDRESS AVAILABLE UPON REQUEST

EBERHART, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

EBERHART, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

EBERHART, JORDEN
ADDRESS AVAILABLE UPON REQUEST

EBERIUS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

EBERJEY
3300 NW 41ST STREET, SUITE 1E
MIAMI, FL 33142

EBERLE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

EBERLE, CLARE
ADDRESS AVAILABLE UPON REQUEST

EBERLE, EMMA
ADDRESS AVAILABLE UPON REQUEST

EBERLE, MARIA LOREN
ADDRESS AVAILABLE UPON REQUEST

EBERLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EBERLEI, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

EBERLEIN, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

EBERLING, STACY
ADDRESS AVAILABLE UPON REQUEST

EBERLY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

EBERSBERGER, JODI
ADDRESS AVAILABLE UPON REQUEST

EBERSOL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EBERSOLE, MEG
ADDRESS AVAILABLE UPON REQUEST

EBERSOLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

EBERT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

EBERT, DONNA DREW
ADDRESS AVAILABLE UPON REQUEST

EBERT, JANE
ADDRESS AVAILABLE UPON REQUEST

EBERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EBERT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EBERT, REAGAN
ADDRESS AVAILABLE UPON REQUEST

EBERT, RYAN
ADDRESS AVAILABLE UPON REQUEST

EBERT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EBERWEIN, BRYCEN
ADDRESS AVAILABLE UPON REQUEST

EBERWEIN, ELENA
ADDRESS AVAILABLE UPON REQUEST

EBERWEIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EBIG, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

EBINAL, HALEY
ADDRESS AVAILABLE UPON REQUEST

EBINGER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

EBINGER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

EBKE, STEVE
ADDRESS AVAILABLE UPON REQUEST

EBLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

EBLING, BRETT
ADDRESS AVAILABLE UPON REQUEST

EBLING, HILLRY
ADDRESS AVAILABLE UPON REQUEST

EBLING, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

EBLING, TONY
ADDRESS AVAILABLE UPON REQUEST

EBNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

EBNER, DAWN
ADDRESS AVAILABLE UPON REQUEST

EBNER, SABRINA
ADDRESS AVAILABLE UPON REQUEST

EBOCH, DAWN
ADDRESS AVAILABLE UPON REQUEST

EBOIGBODIN, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

EBOL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

EBONI LUNSFORD CALBOW
ADDRESS AVAILABLE UPON REQUEST

EBONY FOSTER
ADDRESS AVAILABLE UPON REQUEST

EBONY WYATT
ADDRESS AVAILABLE UPON REQUEST

EBRAHIMI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EBRAHIMI, MARJAN
ADDRESS AVAILABLE UPON REQUEST

EBRAHIMIAN, SHAHRZAD
ADDRESS AVAILABLE UPON REQUEST

EBSEN, JANET
ADDRESS AVAILABLE UPON REQUEST

EBY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

EBY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EBY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

EBY, SUE
ADDRESS AVAILABLE UPON REQUEST

ECAY, CALLIE
ADDRESS AVAILABLE UPON REQUEST

ECAY, COREY
ADDRESS AVAILABLE UPON REQUEST

ECCLES, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ECCLES, KURT
ADDRESS AVAILABLE UPON REQUEST

ECCLESTON, KERRY
ADDRESS AVAILABLE UPON REQUEST

ECCLESTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ECCO INDUSTRIES LLC
1620 CENTRAL AVE STE 202
CHEYENNE, WY  82001

ECEHRD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ECHANIQUE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ECHARD, ROSE
ADDRESS AVAILABLE UPON REQUEST

ECHAVARRIA, MIKE
ADDRESS AVAILABLE UPON REQUEST

ECHEONA, XOCHILT
ADDRESS AVAILABLE UPON REQUEST

ECHEOZO, CHIDERA
ADDRESS AVAILABLE UPON REQUEST

ECHETO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ECHEVARRIA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ECHEVARRIA, TANIA
ADDRESS AVAILABLE UPON REQUEST

ECHEVERRIA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ECHEVERRIA, DOMENICA
ADDRESS AVAILABLE UPON REQUEST

ECHEVERRIA, JULIE
ADDRESS AVAILABLE UPON REQUEST

ECHEVERRIA, JULIO
ADDRESS AVAILABLE UPON REQUEST

ECHO GLOBAL LOGISTICS, INC.
600 W. CHICAGO AVE. SUITE 725
CHICAGO, IL  60654

ECHOLS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, ALECIA
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, RAYANNA
ADDRESS AVAILABLE UPON REQUEST

ECHOLS, REID
ADDRESS AVAILABLE UPON REQUEST

ECHOSIGN
ADDRESS UNAVAILABLE AT TIME OF FILING

ECHOUFFO TCHEUGUI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ECK, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ECK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ECK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ECK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ECK, SABINA
ADDRESS AVAILABLE UPON REQUEST

ECK, TYLER
ADDRESS AVAILABLE UPON REQUEST

ECKART, JODEE
ADDRESS AVAILABLE UPON REQUEST

ECKART, TONI
ADDRESS AVAILABLE UPON REQUEST

ECKBLAD, FAYE
ADDRESS AVAILABLE UPON REQUEST

ECKE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ECKEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ECKEL, PETER
ADDRESS AVAILABLE UPON REQUEST

ECKENROTH, DEAN
ADDRESS AVAILABLE UPON REQUEST

ECKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ECKER, HALIE
ADDRESS AVAILABLE UPON REQUEST

ECKERD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ECKERL, KELLY
ADDRESS AVAILABLE UPON REQUEST

ECKERMANN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ECKERT, BLAKE
ADDRESS AVAILABLE UPON REQUEST

ECKERT, HADASA
ADDRESS AVAILABLE UPON REQUEST

ECKERT, JULIA
ADDRESS AVAILABLE UPON REQUEST

ECKERT, MARLO
ADDRESS AVAILABLE UPON REQUEST

ECKERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ECKERT, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ECKES, DOLORES
ADDRESS AVAILABLE UPON REQUEST

ECKES, WALTER
ADDRESS AVAILABLE UPON REQUEST

ECKHARDT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ECKHARDT, EMILY
ADDRESS AVAILABLE UPON REQUEST

ECKHARDT, ERICA
ADDRESS AVAILABLE UPON REQUEST

ECKHARDT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ECKHART, GINA
ADDRESS AVAILABLE UPON REQUEST

ECKHART, KATIE
ADDRESS AVAILABLE UPON REQUEST

ECKHART, SARAH
ADDRESS AVAILABLE UPON REQUEST

ECKHART, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ECKHOFF, ANNA
ADDRESS AVAILABLE UPON REQUEST

ECKHOFF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ECKHOFF, MARDI
ADDRESS AVAILABLE UPON REQUEST

ECKHOFF, SELENA
ADDRESS AVAILABLE UPON REQUEST

ECKHOLM, CARA
ADDRESS AVAILABLE UPON REQUEST

ECKIS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ECKLE, MADISON
ADDRESS AVAILABLE UPON REQUEST

ECKLER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ECKLES, JEFF
ADDRESS AVAILABLE UPON REQUEST

ECKLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

ECKLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ECKLOF, ERIN
ADDRESS AVAILABLE UPON REQUEST

ECKLOFF, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ECKMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ECKMAN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ECKMANN, JAKKI
ADDRESS AVAILABLE UPON REQUEST

ECKROATE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ECKSTEIN, ALAN
ADDRESS AVAILABLE UPON REQUEST

ECKSTEIN, KARA
ADDRESS AVAILABLE UPON REQUEST

ECKSTEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

ECKSTEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ECKSTROM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ECLEVIA, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ECLIPSE MARKETING
ADDRESS UNAVAILABLE AT TIME OF FILING

ECM
CALZADA DE LAS AGUILAS LOCAL B NO.
EXT. 1038
COLONIA AMPLIACION LAS AGUILAS
ALVARO OBREGON
MEXICO CITY  CP 01759  MEXICO

ECOLAB
P.O. BOX 850 E STOWELL RD
SANTA MARIA, CA  93454-7012

ECONOMOU, ANNA
ADDRESS AVAILABLE UPON REQUEST

ECONOMOU, ELIAS
ADDRESS AVAILABLE UPON REQUEST

ECR TRADING SOLUTIONS LLC
309 SURFACE DR
TAZEWELL, VA  24651

ECTOR, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ED WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

EDABURN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

EDBERG, KATE
ADDRESS AVAILABLE UPON REQUEST

EDBERG, KELLY
ADDRESS AVAILABLE UPON REQUEST

EDDIE GAVIN
ADDRESS AVAILABLE UPON REQUEST

EDDIE, LESA
ADDRESS AVAILABLE UPON REQUEST

EDDINGER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

EDDINGS, ALEX
ADDRESS AVAILABLE UPON REQUEST

EDDINGS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

EDDINGS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

EDDINGS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EDDINGS, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

EDDINGTON, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

EDDINGTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EDDINGTON, STEVE
ADDRESS AVAILABLE UPON REQUEST

EDDINS, DEBBY
ADDRESS AVAILABLE UPON REQUEST

EDDINS, PATRICIA A
ADDRESS AVAILABLE UPON REQUEST

EDDINS, TANYA
ADDRESS AVAILABLE UPON REQUEST

EDDLEMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EDDLEMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

EDDY KOTT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EDDY, BRETT
ADDRESS AVAILABLE UPON REQUEST

EDDY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EDDY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

EDDY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

EDDY, MARIHA
ADDRESS AVAILABLE UPON REQUEST

EDDY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

EDDY, PAUL
ADDRESS AVAILABLE UPON REQUEST

EDDY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EDDY, RANDY
ADDRESS AVAILABLE UPON REQUEST

EDDY, RANDY
ADDRESS AVAILABLE UPON REQUEST

EDDY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EDDY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EDDY, TARA
ADDRESS AVAILABLE UPON REQUEST

EDEJER, TINA
ADDRESS AVAILABLE UPON REQUEST

EDEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

EDEL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

EDELBERG, ADAM
ADDRESS AVAILABLE UPON REQUEST

EDELBLUTE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EDELBROCK, FLORA
ADDRESS AVAILABLE UPON REQUEST

EDELEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EDELEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

EDELIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EDELMAN, ELINA
ADDRESS AVAILABLE UPON REQUEST

EDELMAN, ELYSE
ADDRESS AVAILABLE UPON REQUEST

EDELMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

EDELMAN, SARAH JANE
ADDRESS AVAILABLE UPON REQUEST

EDELMAN, SARI
ADDRESS AVAILABLE UPON REQUEST

EDELMANN, MARK
ADDRESS AVAILABLE UPON REQUEST

EDELSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

EDELSTEIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

EDELSTEIN, BRETT
ADDRESS AVAILABLE UPON REQUEST

EDELSTEIN, TEALE
ADDRESS AVAILABLE UPON REQUEST

EDELYN OLSON
ADDRESS AVAILABLE UPON REQUEST

EDEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

EDEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EDEN, MANDY
ADDRESS AVAILABLE UPON REQUEST

EDENBACH, ADIE
ADDRESS AVAILABLE UPON REQUEST

EDENS, ALLI
ADDRESS AVAILABLE UPON REQUEST

EDENS, MARY
ADDRESS AVAILABLE UPON REQUEST

EDENS, RIA
ADDRESS AVAILABLE UPON REQUEST

EDER, DAVID AND AMY
ADDRESS AVAILABLE UPON REQUEST

EDEWARDS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

EDGAR ALLEN PITTS
ADDRESS AVAILABLE UPON REQUEST

EDGAR EDUARDO CASTANEDA VEIRA
ADDRESS AVAILABLE UPON REQUEST

EDGAR H LAWTON III
ADDRESS AVAILABLE UPON REQUEST

EDGAR PEREZ
ADDRESS AVAILABLE UPON REQUEST

EDGAR RENEE PADILLA
ADDRESS AVAILABLE UPON REQUEST

EDGAR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

EDGAR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

EDGAR, HILLARY
ADDRESS AVAILABLE UPON REQUEST

EDGAR, JACKI
ADDRESS AVAILABLE UPON REQUEST

EDGAR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

EDGAR, KRISTY
ADDRESS AVAILABLE UPON REQUEST

EDGAR, MADISON
ADDRESS AVAILABLE UPON REQUEST

EDGAR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

EDGAR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EDGAR, WENDY
ADDRESS AVAILABLE UPON REQUEST

EDGARD GERENA
ADDRESS AVAILABLE UPON REQUEST

EDGE, JAKE
ADDRESS AVAILABLE UPON REQUEST

EDGE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

EDGE, KATIE
ADDRESS AVAILABLE UPON REQUEST

EDGE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

EDGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EDGE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EDGE, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

EDGECOMB, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

EDGECOMB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EDGELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EDGER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

EDGERLY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

EDGERLY, LEE
ADDRESS AVAILABLE UPON REQUEST

EDGERTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EDGERTON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

EDGINGTON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

EDGINGTON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

EDGINGTON, RUSTY
ADDRESS AVAILABLE UPON REQUEST

EDGINGTON-GIORDANO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

EDGMON, HALLIE
ADDRESS AVAILABLE UPON REQUEST

EDGREN, ANNA
ADDRESS AVAILABLE UPON REQUEST

EDHOLM, KRISTI
ADDRESS AVAILABLE UPON REQUEST

EDICK, PAULA
ADDRESS AVAILABLE UPON REQUEST

EDILGRACE PECSON
ADDRESS AVAILABLE UPON REQUEST

EDINBORO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

EDINGER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EDINGTON, EDWARD
ADDRESS AVAILABLE UPON REQUEST

EDINGTON, LARA
ADDRESS AVAILABLE UPON REQUEST

EDINGTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EDISON, DONNA
ADDRESS AVAILABLE UPON REQUEST

EDISON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EDISON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

EDITH M VILLAMIL
ADDRESS AVAILABLE UPON REQUEST

EDKIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

EDLEMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

EDLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EDLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

EDLOW, TONYA
ADDRESS AVAILABLE UPON REQUEST

EDLUND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EDME, TAMARA
ADDRESS AVAILABLE UPON REQUEST

EDMIASTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

EDMIASTON, TIM
ADDRESS AVAILABLE UPON REQUEST

EDMISTEN, KARALEA
ADDRESS AVAILABLE UPON REQUEST

EDMISTON, LAUREEN
ADDRESS AVAILABLE UPON REQUEST

EDMISTON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

EDMOND, LANDON
ADDRESS AVAILABLE UPON REQUEST

EDMOND, SARAH
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, DAVID
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, JILL
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, JOAN
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, TANISHA
ADDRESS AVAILABLE UPON REQUEST

EDMONDS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, KATY
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, SHARONDA
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EDMONDSON, VALENTYNE
ADDRESS AVAILABLE UPON REQUEST

EDMONSON, LISA
ADDRESS AVAILABLE UPON REQUEST

EDMUND ROGERS, EDMUND
ADDRESS AVAILABLE UPON REQUEST

EDMUNDO VALENTE
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, CAROL
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, CAROL
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, KATHY
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, SEAN
ADDRESS AVAILABLE UPON REQUEST

EDMUNDS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EDMUNDSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

EDMUNDSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EDNIE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EDOKWE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

EDOUARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EDOUARD, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

EDOUARD, THONY
ADDRESS AVAILABLE UPON REQUEST

EDRINGTON, JANNA
ADDRESS AVAILABLE UPON REQUEST

EDSALL, JACK
ADDRESS AVAILABLE UPON REQUEST

EDSALL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

EDSON, GREG
ADDRESS AVAILABLE UPON REQUEST

EDSON, IMOGENE
ADDRESS AVAILABLE UPON REQUEST

EDSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EDSTAM, TINA
ADDRESS AVAILABLE UPON REQUEST

EDSTROM, DOREEN
ADDRESS AVAILABLE UPON REQUEST

EDUARDO CARRANZA GUTIERREZ
ADDRESS AVAILABLE UPON REQUEST

EDUARDO ESPINOZA
ADDRESS AVAILABLE UPON REQUEST

EDUARDO VIRAMONTES
ADDRESS AVAILABLE UPON REQUEST

EDUCATO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EDUN, ILAR
ADDRESS AVAILABLE UPON REQUEST

EDVIN ARRIAGA AUTOVAN
ADDRESS AVAILABLE UPON REQUEST

EDWARD A DALLY
ADDRESS AVAILABLE UPON REQUEST

EDWARD A HARTMANN
ADDRESS AVAILABLE UPON REQUEST

EDWARD A LOGAN
ADDRESS AVAILABLE UPON REQUEST

EDWARD B BEARCE JR
ADDRESS AVAILABLE UPON REQUEST

EDWARD C MARQUIS
ADDRESS AVAILABLE UPON REQUEST

EDWARD CONLEY
ADDRESS AVAILABLE UPON REQUEST

EDWARD D WALLO
ADDRESS AVAILABLE UPON REQUEST

EDWARD F SCHWAB
ADDRESS AVAILABLE UPON REQUEST

EDWARD FAULKNER
ADDRESS AVAILABLE UPON REQUEST

EDWARD GARDULA
ADDRESS AVAILABLE UPON REQUEST

EDWARD GERG
ADDRESS AVAILABLE UPON REQUEST

EDWARD GIRON
ADDRESS AVAILABLE UPON REQUEST

EDWARD GUBAR
ADDRESS AVAILABLE UPON REQUEST

EDWARD HAYES
ADDRESS AVAILABLE UPON REQUEST

EDWARD JOHN DELMORE III
4272 BIRKDALE ST.
GULF SHORES, AL  36542

EDWARD JOHN KOBIALKA
ADDRESS AVAILABLE UPON REQUEST

EDWARD JONES (0057)
ATTN DEREK ADAMS OR PROXY DEPT
CORPORATE ACTIONS & DISTRIBUTION
12555 MANCHESTER RD
ST. LOUIS, MO  63131

EDWARD KUHRT JR
ADDRESS AVAILABLE UPON REQUEST

EDWARD MUWONGE
ADDRESS AVAILABLE UPON REQUEST

EDWARD NOVAK
ADDRESS AVAILABLE UPON REQUEST

EDWARD REALE
ADDRESS AVAILABLE UPON REQUEST

EDWARD RICE
ADDRESS AVAILABLE UPON REQUEST

EDWARD TERRELL
ADDRESS AVAILABLE UPON REQUEST

EDWARD TOMASEK
ADDRESS AVAILABLE UPON REQUEST

EDWARD TORRES
ADDRESS AVAILABLE UPON REQUEST

EDWARD WHEELING SR
ADDRESS AVAILABLE UPON REQUEST

EDWARD YEE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, A
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ABRIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, AKEITHA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALAN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALEX
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALEX
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ANN M
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ASIA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, B SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, BOB
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CANDIS
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CINDY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CLYDE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, DANA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, DASHAYLA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, DAVID
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, DAVID
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, EBONY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ELMA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ERIN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, GARY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, GWENETH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, HAL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, HILARY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JACOB
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JADE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JAKE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JENNA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JOE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JOHN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JOHN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JOHN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JULIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, JULIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KAMRIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KARA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KARSON
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KELCY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KELSIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KIMBER
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LAURA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LAURA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LEAH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LEAH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LISA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LISA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MARAH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MARI
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MARI
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MARK
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MARY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, NAOMI
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, NIKIA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, PATSY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, PAUL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, RENEE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, RUTH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SHALMADEEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SHARI
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SIMONE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, STACY
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TARA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TARA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TENIQUA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TERRIE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, TONETTE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, VANCE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EDWARDS, ZOE
ADDRESS AVAILABLE UPON REQUEST

EDWARDS-MILLER, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

EDWIN R WILLIAMSON JR
ADDRESS AVAILABLE UPON REQUEST

EDY, SHAY
ADDRESS AVAILABLE UPON REQUEST

EDYBURN, PAM
ADDRESS AVAILABLE UPON REQUEST

EDZARDS, MARYANN
ADDRESS AVAILABLE UPON REQUEST

EENIGENBURG, MARK
ADDRESS AVAILABLE UPON REQUEST

EEVA MARJUKKA MIINALA CURL
ADDRESS AVAILABLE UPON REQUEST

EFFERTZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EFFINGER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

EFFRON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EFIMOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

EFIRD, ELAINA
ADDRESS AVAILABLE UPON REQUEST

EFO LOUIS D. GREENWALD FOR ASSEMBLY
ADDRESS UNAVAILABLE AT TIME OF FILING

EFROSINI KATEHIS
ADDRESS AVAILABLE UPON REQUEST

EFURD, COLIN
ADDRESS AVAILABLE UPON REQUEST

EFWE, HWEE
ADDRESS AVAILABLE UPON REQUEST

EGAN, ALY
ADDRESS AVAILABLE UPON REQUEST

EGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

EGAN, DANA
ADDRESS AVAILABLE UPON REQUEST

EGAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

EGAN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

EGAN, KAYA
ADDRESS AVAILABLE UPON REQUEST

EGAN, LIAM
ADDRESS AVAILABLE UPON REQUEST

EGAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

EGAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EGAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

EGAN, QUINN
ADDRESS AVAILABLE UPON REQUEST

EGAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EGAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

EGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

EGAN, TIM
ADDRESS AVAILABLE UPON REQUEST

EGAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

EGBALIC, KRISHA
ADDRESS AVAILABLE UPON REQUEST

EGBERT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EGBUTA, KELECHI
ADDRESS AVAILABLE UPON REQUEST

EGEA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

EGEA-SIMMONS, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

EGEL, BEN-MARVIN
ADDRESS AVAILABLE UPON REQUEST

EGELAND, JEFF
ADDRESS AVAILABLE UPON REQUEST

EGENER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

EGER, ASA
ADDRESS AVAILABLE UPON REQUEST

EGER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

EGERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

EGERSON, PORSHIA
ADDRESS AVAILABLE UPON REQUEST

EGERT, ILANA
ADDRESS AVAILABLE UPON REQUEST

EGERT, ILANA
ADDRESS AVAILABLE UPON REQUEST

EGERTON, DORENE
ADDRESS AVAILABLE UPON REQUEST

EGET, LESLIE
ADDRESS AVAILABLE UPON REQUEST

EGGBEER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EGGBERT, LINDA
ADDRESS AVAILABLE UPON REQUEST

EGGBORN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EGGEMAN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

EGGEN, JOAN
ADDRESS AVAILABLE UPON REQUEST

EGGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EGGERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

EGGERS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

EGGERS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

EGGERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EGGERT, AASTA
ADDRESS AVAILABLE UPON REQUEST

EGGERT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

EGGERT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

EGGERT, CORNELIA
ADDRESS AVAILABLE UPON REQUEST

EGGING, DON
ADDRESS AVAILABLE UPON REQUEST

EGGLESTON, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

EGGLESTON, JACKEE
ADDRESS AVAILABLE UPON REQUEST

EGGLESTON, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

EGGLETON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

EGHDAMI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

EGIROUS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EGIZIANO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EGLE, JACOB
ADDRESS AVAILABLE UPON REQUEST

EGLE, WHITTNEY
ADDRESS AVAILABLE UPON REQUEST

EGLESTON, KANOELEHUA
ADDRESS AVAILABLE UPON REQUEST

EGLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EGLIN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

EGLOFF, KATIE
ADDRESS AVAILABLE UPON REQUEST

EGLOW, ABBEY
ADDRESS AVAILABLE UPON REQUEST

EGLSAER, KATIE
ADDRESS AVAILABLE UPON REQUEST

EGLSEDER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EGNA, DANI
ADDRESS AVAILABLE UPON REQUEST

EGNATUK, JANE
ADDRESS AVAILABLE UPON REQUEST

EGNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EGOAVIL, SARA
ADDRESS AVAILABLE UPON REQUEST

EGOLF, EILEEN
ADDRESS AVAILABLE UPON REQUEST

EGOLF, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EGRESITS, ANDREW J.
ADDRESS AVAILABLE UPON REQUEST

EGRESITS, WENDY
ADDRESS AVAILABLE UPON REQUEST

EHARMONY, INC.
10900 WILSHIRE BOULEVARD, SUITE 17
LOS ANGELES, CA  90024

EHART, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

EHDE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

EHINGER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

EHL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EHLAND, LEAH
ADDRESS AVAILABLE UPON REQUEST

EHLE, AMY
ADDRESS AVAILABLE UPON REQUEST

EHLE, JANET
ADDRESS AVAILABLE UPON REQUEST

EHLENBECK, KATIE
ADDRESS AVAILABLE UPON REQUEST

EHLE-PARKER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

EHLERINGER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

EHLERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EHLERS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

EHLERS, ERIC
ADDRESS AVAILABLE UPON REQUEST

EHLERS-KWATERSKI, CAMERYN
ADDRESS AVAILABLE UPON REQUEST

EHLERT, MADISON
ADDRESS AVAILABLE UPON REQUEST

EHLINGER, LORAINE
ADDRESS AVAILABLE UPON REQUEST

EHLKE, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

EHLKE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

EHLOW, ARYN
ADDRESS AVAILABLE UPON REQUEST

EHMAN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

EHMAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

EHMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

EHMANN, HELEN
ADDRESS AVAILABLE UPON REQUEST

EHMANN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

EHMKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EHN, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

EHNER, CORAL
ADDRESS AVAILABLE UPON REQUEST

EHNINGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

EHNISZ, JAMEL
ADDRESS AVAILABLE UPON REQUEST

EHRBAKER, JACOB
ADDRESS AVAILABLE UPON REQUEST

EHRBAR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EHREN, TYLER
ADDRESS AVAILABLE UPON REQUEST

EHRENBERGER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EHRENS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

EHRET, MADDIE
ADDRESS AVAILABLE UPON REQUEST

EHRET, RITA
ADDRESS AVAILABLE UPON REQUEST

EHRET, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EHRHARDT, KARA
ADDRESS AVAILABLE UPON REQUEST

EHRHART, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

EHRICKE, LISA
ADDRESS AVAILABLE UPON REQUEST

EHRINGER, NICK
ADDRESS AVAILABLE UPON REQUEST

EHRLICH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EHRLICH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

EHRLICH, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

EHRLICH, SAM
ADDRESS AVAILABLE UPON REQUEST

EHRLICH, SARA
ADDRESS AVAILABLE UPON REQUEST

EHRNST, PAMELA
ADDRESS AVAILABLE UPON REQUEST

EIBAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EICENS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

EICH, DAN
ADDRESS AVAILABLE UPON REQUEST

EICH, KEITH
ADDRESS AVAILABLE UPON REQUEST

EICH, LAURA
ADDRESS AVAILABLE UPON REQUEST

EICHAR, LESLEY
ADDRESS AVAILABLE UPON REQUEST

EICHELBERGER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

EICHELBERGER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

EICHELBERGER, IAN
ADDRESS AVAILABLE UPON REQUEST

EICHELE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

EICHELMAN, MINDY
ADDRESS AVAILABLE UPON REQUEST

EICHENBERGER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

EICHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EICHER, NOAH
ADDRESS AVAILABLE UPON REQUEST

EICHERT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

EICHFELD, ERIN
ADDRESS AVAILABLE UPON REQUEST

EICHHORN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EICHLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EICHLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EICHLIN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

EICHMAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

EICHNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

EICHNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EICHOLZER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EICHORST, JEFF
ADDRESS AVAILABLE UPON REQUEST

EICHTEN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

EICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

EICKER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EICKHOFF, IAN
ADDRESS AVAILABLE UPON REQUEST

EICKHOFF, ROB
ADDRESS AVAILABLE UPON REQUEST

EICKHOLTZ, MERADITH
ADDRESS AVAILABLE UPON REQUEST

EICKMEYER, JENNY
ADDRESS AVAILABLE UPON REQUEST

EIDAM, DIANE
ADDRESS AVAILABLE UPON REQUEST

EIDE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EIDE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

EIDELBES, ERINN
ADDRESS AVAILABLE UPON REQUEST

EIDELMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

EIDELMAN, MAX
ADDRESS AVAILABLE UPON REQUEST

EIDSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

EIDSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

EIDSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

EIDSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

EIDSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

EIDSVAAG-MARTIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

EIFFERT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

EIFLER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

EIG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EIGHMEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

EIGHMY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EIGIL HANNESTAD
ADDRESS AVAILABLE UPON REQUEST

EIKELAND, KINE
ADDRESS AVAILABLE UPON REQUEST

EIKEN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

EIKENHORST, HEIDI
ADDRESS AVAILABLE UPON REQUEST

EIKOM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

EIKREN, ERICA
ADDRESS AVAILABLE UPON REQUEST

EILBERT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

EILER, ISABEL
ADDRESS AVAILABLE UPON REQUEST

EILERS, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

EILERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EILMANN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EIMPROVEMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

EINBODEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

EINCK, DONALD
ADDRESS AVAILABLE UPON REQUEST

EINCK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

EINFRANK, JULIAN
ADDRESS AVAILABLE UPON REQUEST

EINHORN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

EINHORN, MAREE
ADDRESS AVAILABLE UPON REQUEST

EINIG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EINIG, JOHN
ADDRESS AVAILABLE UPON REQUEST

EINOLANDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

EINSPANIER, KATE
ADDRESS AVAILABLE UPON REQUEST

EINTERZ, KENDALL
ADDRESS AVAILABLE UPON REQUEST

EINY, GALIT
ADDRESS AVAILABLE UPON REQUEST

EIPPERLE, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

EIRAS, JOSIE
ADDRESS AVAILABLE UPON REQUEST

EIRICH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

EIRING, HILARY
ADDRESS AVAILABLE UPON REQUEST

EISBERG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

EISCHEID, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

EISCHEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

EISELE, CINDY
ADDRESS AVAILABLE UPON REQUEST

EISELE, MAURA
ADDRESS AVAILABLE UPON REQUEST

EISELE, ROGAN
ADDRESS AVAILABLE UPON REQUEST

EISELE, VALRIE
ADDRESS AVAILABLE UPON REQUEST

EISEMAN, GREG
ADDRESS AVAILABLE UPON REQUEST

EISEMANN, PERRY
ADDRESS AVAILABLE UPON REQUEST

EISEN, MAYA
ADDRESS AVAILABLE UPON REQUEST

EISENBARTH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EISENBECK, PEYTON
ADDRESS AVAILABLE UPON REQUEST

EISENBEISZ, ROD
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, ALBERT
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, JAKE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, JULIA
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EISENBERG, TARA
ADDRESS AVAILABLE UPON REQUEST

EISENBERGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EISENGRUBER, KAREN
ADDRESS AVAILABLE UPON REQUEST

EISENHARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EISENHART, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

EISENHART, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

EISENHAUER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EISENHAUER, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

EISENHAUER, REED
ADDRESS AVAILABLE UPON REQUEST

EISENHAUER-WALL, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

EISENHAURE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EISENHOUR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

EISENHUTH, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

EISENHUTH, LEIGH
ADDRESS AVAILABLE UPON REQUEST

EISENMAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

EISENMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

EISENRING, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

EISENSTEIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EISENSTEIN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

EISENWINE, JAMES
ADDRESS AVAILABLE UPON REQUEST

EISINGER, JAMES
ADDRESS AVAILABLE UPON REQUEST

EISL, MAX
ADDRESS AVAILABLE UPON REQUEST

EISLER, CATRINA
ADDRESS AVAILABLE UPON REQUEST

EISLEY, TAI
ADDRESS AVAILABLE UPON REQUEST

EISMAN, LIANA
ADDRESS AVAILABLE UPON REQUEST

EISNER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EITAN, NOAM
ADDRESS AVAILABLE UPON REQUEST

EITEL, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

EITEL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

EITEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

EITER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

EITING, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

EITNER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

EIZINGER, ERIC
ADDRESS AVAILABLE UPON REQUEST

EJERE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EJNES, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

EKAS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

EKATERINA LOMAZOV
ADDRESS AVAILABLE UPON REQUEST

EKBAL, ALINA
ADDRESS AVAILABLE UPON REQUEST

EKEOCHA, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

EKERUO, TONY
ADDRESS AVAILABLE UPON REQUEST

EKHOFF, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

EKKERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EKLE, BARRY
ADDRESS AVAILABLE UPON REQUEST

EKLEBERRY, ELLERY
ADDRESS AVAILABLE UPON REQUEST

EKLUND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EKLUND, MARY
ADDRESS AVAILABLE UPON REQUEST

EKMAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

EKMAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

EKNOIAN, RICH
ADDRESS AVAILABLE UPON REQUEST

EKO, KRISTY
ADDRESS AVAILABLE UPON REQUEST

EKOKOBE, ASTA
ADDRESS AVAILABLE UPON REQUEST

EKSTROM, AISHA
ADDRESS AVAILABLE UPON REQUEST

EKSTROM, KRISTI
ADDRESS AVAILABLE UPON REQUEST

EKSTROM, TAELOR
ADDRESS AVAILABLE UPON REQUEST

EKWURZEL, JARROD
ADDRESS AVAILABLE UPON REQUEST

EL KHATIB, JANET
ADDRESS AVAILABLE UPON REQUEST

EL MOFTY, OMAR
ADDRESS AVAILABLE UPON REQUEST

EL NAGGAR, LILA
ADDRESS AVAILABLE UPON REQUEST

EL NASHAAR, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

EL POLLO LOCO
ADDRESS UNAVAILABLE AT TIME OF FILING

EL RANCHO MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

EL SEGUNDO BREWING
ADDRESS UNAVAILABLE AT TIME OF FILING

EL STUDIO B, LLC
19170 FOX LANDING DR
BOCA RATON, FL  33434

EL TIZON 2
ADDRESS UNAVAILABLE AT TIME OF FILING

EL TORO BLANCO
ADDRESS UNAVAILABLE AT TIME OF FILING

EL, FADWA
ADDRESS AVAILABLE UPON REQUEST

EL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ELAD DANIEL
ADDRESS AVAILABLE UPON REQUEST

ELAGANDHALA, AKSHAY
ADDRESS AVAILABLE UPON REQUEST

ELAGIN, KIRILL
ADDRESS AVAILABLE UPON REQUEST

ELAHI, RUBAYET
ADDRESS AVAILABLE UPON REQUEST

ELAHIAN, ZOHRE
ADDRESS AVAILABLE UPON REQUEST

ELAHWAL, CAMILLIA
ADDRESS AVAILABLE UPON REQUEST

ELAINE MARTINEZ GABRIEL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ELAINE MCCARROLL
ADDRESS AVAILABLE UPON REQUEST

ELAINE, JESEKA
ADDRESS AVAILABLE UPON REQUEST

ELAINE, MARY
ADDRESS AVAILABLE UPON REQUEST

ELAM, AMY
ADDRESS AVAILABLE UPON REQUEST

ELAM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELAM, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ELAM, UMIKA
ADDRESS AVAILABLE UPON REQUEST

EL-AMINE, ZEIN
ADDRESS AVAILABLE UPON REQUEST

ELAYDI, RACHID
ADDRESS AVAILABLE UPON REQUEST

ELBAOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ELBAUM, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

ELBAUM, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

ELBE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ELBERT, CASEY
ADDRESS AVAILABLE UPON REQUEST

ELBERT, CINDY
ADDRESS AVAILABLE UPON REQUEST

ELBERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ELBERT, EBONY
ADDRESS AVAILABLE UPON REQUEST

ELBIN, MARCIE
ADDRESS AVAILABLE UPON REQUEST

ELCHIBEKOV, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ELCOCK, MATT
ADDRESS AVAILABLE UPON REQUEST

ELDER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ELDER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ELDER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ELDER, ELLA CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ELDER, ERIN
ADDRESS AVAILABLE UPON REQUEST

ELDER, JAMES
ADDRESS AVAILABLE UPON REQUEST

ELDER, KANDACE
ADDRESS AVAILABLE UPON REQUEST

ELDER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ELDER, MARLEENE
ADDRESS AVAILABLE UPON REQUEST

ELDER, MAXIMILIAN
ADDRESS AVAILABLE UPON REQUEST

ELDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

ELDER, SUE
ADDRESS AVAILABLE UPON REQUEST

ELDER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ELDER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ELDERKIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

ELDERKIN, KERRY
ADDRESS AVAILABLE UPON REQUEST

ELDERS, KATHY
ADDRESS AVAILABLE UPON REQUEST

ELDER-WEEMS, B
ADDRESS AVAILABLE UPON REQUEST

ELDRED, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ELDRED, JOHN
ADDRESS AVAILABLE UPON REQUEST

ELDREDGE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

ELDREDGE, BENNETT
ADDRESS AVAILABLE UPON REQUEST

ELDREDGE, CHASE
ADDRESS AVAILABLE UPON REQUEST

ELDREDGE, MACY
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, ASHELI
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, DIANA
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, MARY
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, MERILYN
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ELDRIDGE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ELEANA JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ELEANOR SALUMBRE
ADDRESS AVAILABLE UPON REQUEST

ELEBY, DIONNE
ADDRESS AVAILABLE UPON REQUEST

ELECHI, IZUCHUKWU
ADDRESS AVAILABLE UPON REQUEST

ELECTRIC AI, INC.
408 BROADWAY, 5TH FLOOR
NEW YORK, NY  10010

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC
711 SW 24TH STREET
BOYNTON BEACH, FL  33435

ELECTRONIC IMAGING SERVICES, INC
(VESTCOM RETAIL SOLUTIONS)
2800 CANTRELL RD. STE. 500
LITTLE ROCK, AR  72202

ELEFANT, BLAIR
ADDRESS AVAILABLE UPON REQUEST

ELEFANTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ELEFTHERIOU, ANGELIKA
ADDRESS AVAILABLE UPON REQUEST

ELEK, JACLYN
ADDRESS AVAILABLE UPON REQUEST

ELEN ZEPEDA
ADDRESS AVAILABLE UPON REQUEST

ELENA CROSS
ADDRESS AVAILABLE UPON REQUEST

ELENA IURINOVA
ADDRESS AVAILABLE UPON REQUEST

ELENA NIKOLAYEVNA MEADOWCROFT
ADDRESS AVAILABLE UPON REQUEST

ELENA TREANOR
ADDRESS AVAILABLE UPON REQUEST

ELENA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ELENA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ELENDT, ALISON
ADDRESS AVAILABLE UPON REQUEST

ELETHORP, AMBER
ADDRESS AVAILABLE UPON REQUEST

ELETTO, JOY
ADDRESS AVAILABLE UPON REQUEST

ELEVATE MY BRAND INC
ADDRESS AVAILABLE UPON REQUEST

ELEVENPARIS TEMPLE
ADDRESS UNAVAILABLE AT TIME OF FILING

ELEY, TONGINIQUE
ADDRESS AVAILABLE UPON REQUEST

ELEZI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELF, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ELFAGHI, JOSE
ADDRESS AVAILABLE UPON REQUEST

EL-FAURI, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

ELFSTROM, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ELFVIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ELG, VALERI
ADDRESS AVAILABLE UPON REQUEST

ELGABROWNY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELGAR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ELGAR, RUBY
ADDRESS AVAILABLE UPON REQUEST

EL-GAWLY, AMIRA
ADDRESS AVAILABLE UPON REQUEST

ELGUETA, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

ELGUN TILLMAN, OZLEM
ADDRESS AVAILABLE UPON REQUEST

ELHAJJ, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ELHAMI, SHOREH
ADDRESS AVAILABLE UPON REQUEST

EL-HINNAWY, NAELA
ADDRESS AVAILABLE UPON REQUEST

ELI ALTARAS
ADDRESS AVAILABLE UPON REQUEST

ELI LEVY, ELI
ADDRESS AVAILABLE UPON REQUEST

ELIAS CHAIJ
ADDRESS AVAILABLE UPON REQUEST

ELIAS JR, DERON M.
ADDRESS AVAILABLE UPON REQUEST

ELIAS MOROTE, YOEL
ADDRESS AVAILABLE UPON REQUEST

ELIAS SALVADOR JIMENEZ
ADDRESS AVAILABLE UPON REQUEST

ELIAS, ALEX
ADDRESS AVAILABLE UPON REQUEST

ELIAS, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

ELIAS, LANDEN
ADDRESS AVAILABLE UPON REQUEST

ELIAS, LISA
ADDRESS AVAILABLE UPON REQUEST

ELIAS, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

ELIAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ELIAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ELIAS, RENE
ADDRESS AVAILABLE UPON REQUEST

ELIAS, SARA
ADDRESS AVAILABLE UPON REQUEST

ELIAS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ELIAS, SUEZCORAZON
ADDRESS AVAILABLE UPON REQUEST

ELIAS, TOM
ADDRESS AVAILABLE UPON REQUEST

ELIASSON, KILEY
ADDRESS AVAILABLE UPON REQUEST

ELIE AHOVI
ADDRESS AVAILABLE UPON REQUEST

ELIE, EARL
ADDRESS AVAILABLE UPON REQUEST

ELIE, LELAND
ADDRESS AVAILABLE UPON REQUEST

ELIF AYVALI
ADDRESS AVAILABLE UPON REQUEST

ELIJAH HARMON
ADDRESS AVAILABLE UPON REQUEST

ELIJAH KRANSKI
ADDRESS AVAILABLE UPON REQUEST

ELIJAH RITTENHOUSE
ADDRESS AVAILABLE UPON REQUEST

ELIJAH WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

ELINE, EMMA
ADDRESS AVAILABLE UPON REQUEST

ELIOPOULOS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ELIOT EDWARD FREESTON
ADDRESS AVAILABLE UPON REQUEST

ELISA RENEE KUHAR
ADDRESS AVAILABLE UPON REQUEST

ELISA WERBLER
ADDRESS AVAILABLE UPON REQUEST

ELISABETE PEREIRA
ADDRESS AVAILABLE UPON REQUEST

ELISABETH, A
ADDRESS AVAILABLE UPON REQUEST

ELISE FOX
ADDRESS AVAILABLE UPON REQUEST

ELISE KUEPPURG CHOU
ADDRESS AVAILABLE UPON REQUEST

ELISE PEASLEE
ADDRESS AVAILABLE UPON REQUEST

ELISE WIGGINS
ADDRESS AVAILABLE UPON REQUEST

ELISE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ELISEO, NINA
ADDRESS AVAILABLE UPON REQUEST

ELISHA FRENCH
ADDRESS AVAILABLE UPON REQUEST

ELISHA MAREE DONNISON
ADDRESS AVAILABLE UPON REQUEST

ELISHA RAEKER-JORDAN
ADDRESS AVAILABLE UPON REQUEST

ELISSA BORDNER
ADDRESS AVAILABLE UPON REQUEST

ELITE RESTAURANT EQUIPMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

ELIZABETH ALISON HOLDEN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH BETCHER
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH BINA RITTER
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH CHRISTINA KELLOGG
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH COLLETTI
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH COPPEDGE
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH CRABTREE
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH DAVIS
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH ELSON
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH FARDOUN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH FLOOD
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH GILMOUR
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH GRAHAM
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH HEWITT
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH HOYT
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH JETTE, BRAD MOORE
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH JIMENEZ
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH KILCOMMONS
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH KILPATRICK
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH LEGLER
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH LUCHETTI
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH LUCHETTI
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH MCCLURG
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH MCDEVITT
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH MCKAY
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH N WOOD
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH OLIVER
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH POPWELL
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH POWERS
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH REBURN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH ROLLINS
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH ROSSON
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH SCHNOBRICH
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH SPENCE, KERRY
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH STAVER
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH TROOST
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH VAN HOEK
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH WARE
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH WILSON
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH WILSON
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH WINKELMANN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH ZWYNENBURG
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, ANNA
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, BARRETT,
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, SARA
ADDRESS AVAILABLE UPON REQUEST

ELIZABETH, SARA
ADDRESS AVAILABLE UPON REQUEST

ELIZAH DEMOTT
ADDRESS AVAILABLE UPON REQUEST

ELIZARDO, MADDISSON
ADDRESS AVAILABLE UPON REQUEST

ELIZEE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, MONICA
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ELIZONDO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ELKADY, NADA
ADDRESS AVAILABLE UPON REQUEST

ELKHAIRI, DALIA
ADDRESS AVAILABLE UPON REQUEST

EL-KILDANI, FARIS
ADDRESS AVAILABLE UPON REQUEST

ELKIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELKIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ELKIN, KASEY
ADDRESS AVAILABLE UPON REQUEST

ELKIN, NATALIA
ADDRESS AVAILABLE UPON REQUEST

ELKIN, ZOE
ADDRESS AVAILABLE UPON REQUEST

ELKINGTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ELKINGTON, JEN
ADDRESS AVAILABLE UPON REQUEST

ELKINGTON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

ELKINS, ADAM
ADDRESS AVAILABLE UPON REQUEST

ELKINS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ELKINS, BILLIE
ADDRESS AVAILABLE UPON REQUEST

ELKINS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

ELKINS, DEBI
ADDRESS AVAILABLE UPON REQUEST

ELKINS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

ELKINS, ISAAC
ADDRESS AVAILABLE UPON REQUEST

ELKINS, JOEL
ADDRESS AVAILABLE UPON REQUEST

ELKINS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ELKINS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ELKINS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ELKINS, MARLEY
ADDRESS AVAILABLE UPON REQUEST

ELKINS, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

ELKINS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ELKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ELKINTON, LYNN
ADDRESS AVAILABLE UPON REQUEST

ELKO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ELKO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ELKOBI, ILAN
ADDRESS AVAILABLE UPON REQUEST

ELLA BLANKS
ADDRESS AVAILABLE UPON REQUEST

ELLA DINNING ROOM
ADDRESS AVAILABLE UPON REQUEST

ELLA MCMAHAN
ADDRESS AVAILABLE UPON REQUEST

ELLAM, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ELLARD, MICKAELA
ADDRESS AVAILABLE UPON REQUEST

ELLEBRACHT, SUE
ADDRESS AVAILABLE UPON REQUEST

ELLEDGE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ELLEGOOD, EMORY
ADDRESS AVAILABLE UPON REQUEST

ELLEN BRO
ADDRESS AVAILABLE UPON REQUEST

ELLEN M COON
ADDRESS AVAILABLE UPON REQUEST

ELLEN SALENJUS
ADDRESS AVAILABLE UPON REQUEST

ELLEN YAN YAN CHEN YU
ADDRESS AVAILABLE UPON REQUEST

ELLEN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ELLEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLEN, ROSE
ADDRESS AVAILABLE UPON REQUEST

ELLEN, SUE
ADDRESS AVAILABLE UPON REQUEST

ELLENA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ELLENBERGER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ELLENBURG, EVA
ADDRESS AVAILABLE UPON REQUEST

ELLENDER, CARLY
ADDRESS AVAILABLE UPON REQUEST

ELLENWOOD, MARY
ADDRESS AVAILABLE UPON REQUEST

ELLER, ALISON
ADDRESS AVAILABLE UPON REQUEST

ELLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ELLER, MICAELA
ADDRESS AVAILABLE UPON REQUEST

ELLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ELLER, PATTY
ADDRESS AVAILABLE UPON REQUEST

ELLER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ELLERBE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ELLERBROEK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ELLERBROEK, NICK
ADDRESS AVAILABLE UPON REQUEST

ELLERBROEK, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ELLERBY, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELLERHORST, BERTHA
ADDRESS AVAILABLE UPON REQUEST

ELLERIN, NELSON
ADDRESS AVAILABLE UPON REQUEST

ELLERMEYER, SEAN
ADDRESS AVAILABLE UPON REQUEST

ELLERSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ELLERTHORPE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELLERTON, MANDY
ADDRESS AVAILABLE UPON REQUEST

ELLESTAD, JOSH
ADDRESS AVAILABLE UPON REQUEST

ELLIAS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ELLIE LINDROOTH, ESTELLE
ADDRESS AVAILABLE UPON REQUEST

ELLIEWOOD
ADDRESS UNAVAILABLE AT TIME OF FILING

ELLING, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ELLINGER, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

ELLINGSEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ELLINGSON, ABEL
ADDRESS AVAILABLE UPON REQUEST

ELLINGSON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ELLINGTON, LAINE
ADDRESS AVAILABLE UPON REQUEST

ELLINGTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ELLINGTON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ELLINWOOD, DAWN
ADDRESS AVAILABLE UPON REQUEST

ELLINWOOD, DAWN
ADDRESS AVAILABLE UPON REQUEST

ELLINWOOD, JILL
ADDRESS AVAILABLE UPON REQUEST

ELLIOT REES-DAVIES
ADDRESS AVAILABLE UPON REQUEST

ELLIOT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ELLIOT, PAUL
ADDRESS AVAILABLE UPON REQUEST

ELLIOT, SHAWN
ADDRESS AVAILABLE UPON REQUEST

ELLIOT, TRACY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT CARSTENS ROBERTS JR
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT HOLT
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT MORGAN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT OLSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT YOAKUM
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ALICE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ALISE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, AMBER
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, AMBER
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ANDROMEDA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ANNE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, BETH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, CRASTINA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, CLAY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DANA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DEKONTEE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DEVIN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, EIREANN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, GARETH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, HALIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, IAN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JENNA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JODY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JOHN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JOHN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, JUDITH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KARA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KATE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KATIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KEITH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KENNA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, LAURA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, LISA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MARIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MARIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MARK
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MARY J
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MIKE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MIKENZIE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, MORRIS
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, NAEDA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, RHONDA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, SHANAH
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, SHANE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, SHAWN
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, TERESA
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ELLIOTT-SEMPER, ATIYA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, AJ
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ALINA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ELLIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BETH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BOBBI
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ELLIS, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, DAWN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, DAWN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

ELLIS, GINA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, GRAYDON
ADDRESS AVAILABLE UPON REQUEST

ELLIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, HARRISON
ADDRESS AVAILABLE UPON REQUEST

ELLIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ELLIS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JACQUALYN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JANE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JD
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, JIM
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KARI
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KARLEE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KATE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KEITH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KELLI
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KELLIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KIRK
ADDRESS AVAILABLE UPON REQUEST

ELLIS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, LEIA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, LETICIA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MARC
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MARIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MARSHA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MAYA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MEG
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MICHELINE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MIKE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, MOSES
ADDRESS AVAILABLE UPON REQUEST

ELLIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ELLIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, RENI
ADDRESS AVAILABLE UPON REQUEST

ELLIS, RICH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SHANARA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ELLIS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

ELLIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELLIS, TAMP
ADDRESS AVAILABLE UPON REQUEST

ELLIS, TASHAILA
ADDRESS AVAILABLE UPON REQUEST

ELLIS, TEDD
ADDRESS AVAILABLE UPON REQUEST

ELLIS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ELLIS, TIM
ADDRESS AVAILABLE UPON REQUEST

ELLIS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ELLISON, ASHLEA
ADDRESS AVAILABLE UPON REQUEST

ELLISON, DENISE
ADDRESS AVAILABLE UPON REQUEST

ELLISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ELLISON, HANNAH GROVE
ADDRESS AVAILABLE UPON REQUEST

ELLISON, JAZZMENE
ADDRESS AVAILABLE UPON REQUEST

ELLISON, JENNA
ADDRESS AVAILABLE UPON REQUEST

ELLISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELLISON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ELLISON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELLISON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ELLISON, REGAN
ADDRESS AVAILABLE UPON REQUEST

ELLISON, SHONAKA
ADDRESS AVAILABLE UPON REQUEST

ELLISON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

ELLISON, TALIB
ADDRESS AVAILABLE UPON REQUEST

ELLISON, TASHA
ADDRESS AVAILABLE UPON REQUEST

ELLISON, TORI
ADDRESS AVAILABLE UPON REQUEST

ELLISON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ELLISTON, DENIELLE
ADDRESS AVAILABLE UPON REQUEST

ELLIXSON, KARA
ADDRESS AVAILABLE UPON REQUEST

ELLMER, KERRY
ADDRESS AVAILABLE UPON REQUEST

ELLRICH, TYLER
ADDRESS AVAILABLE UPON REQUEST

ELLSASSER, KIRA
ADDRESS AVAILABLE UPON REQUEST

ELLSTROM, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, ERIN
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, JANET
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, SARAH
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, SEAN
ADDRESS AVAILABLE UPON REQUEST

ELLSWORTH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ELLWEIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELLWOOD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ELLY BEAMER
ADDRESS AVAILABLE UPON REQUEST

ELLYSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ELLYSON, MARICEL
ADDRESS AVAILABLE UPON REQUEST

ELMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ELMAR SANDYCK
ADDRESS AVAILABLE UPON REQUEST

ELMASRI, RAMY
ADDRESS AVAILABLE UPON REQUEST

ELMASRI, TARA
ADDRESS AVAILABLE UPON REQUEST

ELMASSIAN, JANET
ADDRESS AVAILABLE UPON REQUEST

ELMATAD, DORR
ADDRESS AVAILABLE UPON REQUEST

ELMEER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ELMENDORF, DAVID
ADDRESS AVAILABLE UPON REQUEST

ELMER MERITHEW
ADDRESS AVAILABLE UPON REQUEST

ELMERS, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELMES, MADDIE
ADDRESS AVAILABLE UPON REQUEST

ELMIRA GEURKOV
ADDRESS AVAILABLE UPON REQUEST

ELMOJAHID, SAMIR
ADDRESS AVAILABLE UPON REQUEST

ELMORE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ELMORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELMORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ELMORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ELMORE, ERIN
ADDRESS AVAILABLE UPON REQUEST

ELMORE, GLENN
ADDRESS AVAILABLE UPON REQUEST

ELMORE, HALEY
ADDRESS AVAILABLE UPON REQUEST

ELMQUIST, DAVID
ADDRESS AVAILABLE UPON REQUEST

ELMQUIST, PEG
ADDRESS AVAILABLE UPON REQUEST

ELMS, MARK
ADDRESS AVAILABLE UPON REQUEST

ELNAHRAWI, KAREEM
ADDRESS AVAILABLE UPON REQUEST

ELNARDO WEBSTER II
ADDRESS AVAILABLE UPON REQUEST

ELNIFF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ELOGE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELORA JORGENSON
ADDRESS AVAILABLE UPON REQUEST

ELPEDES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ELRICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELROD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ELROD, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

ELROD, FRAN
ADDRESS AVAILABLE UPON REQUEST

ELROD, JANET
ADDRESS AVAILABLE UPON REQUEST

ELROD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ELROD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELROD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ELS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ELSAADI, KAREEM
ADDRESS AVAILABLE UPON REQUEST

ELSBERRY, CHELS
ADDRESS AVAILABLE UPON REQUEST

ELSE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ELSE, KAREN
ADDRESS AVAILABLE UPON REQUEST

ELSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ELSENBECK, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ELSEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ELSHERBINI, JODY
ADDRESS AVAILABLE UPON REQUEST

ELSIE A MARCUS
ADDRESS AVAILABLE UPON REQUEST

ELSIE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ELSIE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ELSILA, JANET
ADDRESS AVAILABLE UPON REQUEST

ELSNER, JERAMIAH
ADDRESS AVAILABLE UPON REQUEST

ELSNER, TARA
ADDRESS AVAILABLE UPON REQUEST

ELSON, CHIEMI
ADDRESS AVAILABLE UPON REQUEST

ELSON, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ELSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ELSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ELSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ELSTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELSTON, AMY
ADDRESS AVAILABLE UPON REQUEST

ELSTON, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

ELSTON, KATHY
ADDRESS AVAILABLE UPON REQUEST

ELSTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ELSTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ELSTON, TORI
ADDRESS AVAILABLE UPON REQUEST

ELSWICK, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

ELTAFISH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ELTISTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ELTON TANG
ADDRESS AVAILABLE UPON REQUEST

ELTRINGHAM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ELVERU, EMILY
ADDRESS AVAILABLE UPON REQUEST

ELVIRA RUVALCABA
ADDRESS AVAILABLE UPON REQUEST

ELWAYS
ADDRESS UNAVAILABLE AT TIME OF FILING

ELWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ELWOOD, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

ELWOOD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ELWORTHY, ALISON
ADDRESS AVAILABLE UPON REQUEST

ELY, PUDGET
ADDRESS AVAILABLE UPON REQUEST

ELY, ARIELLA
ADDRESS AVAILABLE UPON REQUEST

ELY, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

ELY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ELY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ELY, KELLY
ADDRESS AVAILABLE UPON REQUEST

ELY, LORRI
ADDRESS AVAILABLE UPON REQUEST

ELYACHAR, JONAH
ADDRESS AVAILABLE UPON REQUEST

ELYAS, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

ELYSE, HORNBACHER
ADDRESS AVAILABLE UPON REQUEST

ELYSSE, MARY
ADDRESS AVAILABLE UPON REQUEST

ELZER, BETH
ADDRESS AVAILABLE UPON REQUEST

ELZEY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ELZHOLZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ELZINGA, MICHAELENE
ADDRESS AVAILABLE UPON REQUEST

ELZY, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

EMAIL ON ACID
2630 W BELLEVIEW AVE  200
LITTLETON, CO  80123

EMALA, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

EMAMI, MOHSEN
ADDRESS AVAILABLE UPON REQUEST

EMAMIFAR, NINA
ADDRESS AVAILABLE UPON REQUEST

EMANI, SRIRAM
ADDRESS AVAILABLE UPON REQUEST

EMANN SULEIMAN
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, MARISSA
ADDRESS AVAILABLE UPON REQUEST

EMANUEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

EMANUELE, LARISSA
ADDRESS AVAILABLE UPON REQUEST

EMANUELLI, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

EMANULOVA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

EMARD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

EMARK, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

EMAS DESTRELLE
ADDRESS AVAILABLE UPON REQUEST

EMASH DIGITAL, LLC
707 MIAMISBURG CENTERVILLE RD. SUITE 116
DAYTON, OH  45459

EMBASSY STE
ADDRESS UNAVAILABLE AT TIME OF FILING

EMBERGER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

EMBERSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EMBERTON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

EMBERTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EMBODY, MARY
ADDRESS AVAILABLE UPON REQUEST

EMBREE, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

EMBRETSON, TERI
ADDRESS AVAILABLE UPON REQUEST

EMBRICK, SHELLY
ADDRESS AVAILABLE UPON REQUEST

EMBROIDERY, INSTITCHES
ADDRESS AVAILABLE UPON REQUEST

EMBRY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

EMBRY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

EMECHETA, CHINENYA
ADDRESS AVAILABLE UPON REQUEST

EMEIGH, MARY
ADDRESS AVAILABLE UPON REQUEST

EMERICH, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

EMERICK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EMERICK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

EMERICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EMERSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

EMERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

EMERSON, DANE
ADDRESS AVAILABLE UPON REQUEST

EMERSON, DAVI
ADDRESS AVAILABLE UPON REQUEST

EMERSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

EMERSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

EMERSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

EMERSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

EMERSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

EMERSON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

EMERSON, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

EMERSON, SKY
ADDRESS AVAILABLE UPON REQUEST

EMERSON, TODD
ADDRESS AVAILABLE UPON REQUEST

EMERSON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

EMERSON, ZAC
ADDRESS AVAILABLE UPON REQUEST

EMERT, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

EMERT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EMERTON, ZOE
ADDRESS AVAILABLE UPON REQUEST

EMERY, AARON
ADDRESS AVAILABLE UPON REQUEST

EMERY, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

EMERY, AYANA
ADDRESS AVAILABLE UPON REQUEST

EMERY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

EMERY, BRONTE
ADDRESS AVAILABLE UPON REQUEST

EMERY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EMERY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EMERY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

EMERY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EMERY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EMERY, LEFKOTHEA
ADDRESS AVAILABLE UPON REQUEST

EMERY, MACY
ADDRESS AVAILABLE UPON REQUEST

EMERY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

EMERY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

EMERY/BALLARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EMES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

EMETULU, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EMGE, CASEY
ADDRESS AVAILABLE UPON REQUEST

EMIG, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

EMIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

EMILEE COOLEY
ADDRESS AVAILABLE UPON REQUEST

E-MILES
5800 TENNYSON PARKWAY SUITE 600
PLANO, TX  75024

EMILIANI, LOUIE
ADDRESS AVAILABLE UPON REQUEST

EMILIE LINDELL, EMILIE LINDELL
ADDRESS AVAILABLE UPON REQUEST

EMILY ANN ORGANOWSKI
ADDRESS AVAILABLE UPON REQUEST

EMILY BAR
ADDRESS AVAILABLE UPON REQUEST

EMILY BERGER
ADDRESS AVAILABLE UPON REQUEST

EMILY BREUNIG
ADDRESS AVAILABLE UPON REQUEST

EMILY BRICKLEY
ADDRESS AVAILABLE UPON REQUEST

EMILY BROWN
ADDRESS AVAILABLE UPON REQUEST

EMILY CORRITORE
ADDRESS AVAILABLE UPON REQUEST

EMILY DERDEN
ADDRESS AVAILABLE UPON REQUEST

EMILY DORAN
ADDRESS AVAILABLE UPON REQUEST

EMILY GAMBER
ADDRESS AVAILABLE UPON REQUEST

EMILY GARBER
ADDRESS AVAILABLE UPON REQUEST

EMILY GLASS
ADDRESS AVAILABLE UPON REQUEST

EMILY GRIDER
ADDRESS AVAILABLE UPON REQUEST

EMILY J FRENCH
ADDRESS AVAILABLE UPON REQUEST

EMILY JARNUTOWSKI
ADDRESS AVAILABLE UPON REQUEST

EMILY JAUCH
ADDRESS AVAILABLE UPON REQUEST

EMILY JOHANSON
ADDRESS AVAILABLE UPON REQUEST

EMILY JONES
ADDRESS AVAILABLE UPON REQUEST

EMILY KRISTINE FRIEND-KANTER
ADDRESS AVAILABLE UPON REQUEST

EMILY LEY PAPER, INC
13046 RACE TRACK ROAD NO. 332
TAMPA, FL  33626

EMILY LEY PAPER, INC
9206 TILLINGHAST DRIVE
TAMPA, FL  33626

EMILY LOGAN
ADDRESS AVAILABLE UPON REQUEST

EMILY MAHONEY
ADDRESS AVAILABLE UPON REQUEST

EMILY MCCORMICK
ADDRESS AVAILABLE UPON REQUEST

EMILY NEEL
ADDRESS AVAILABLE UPON REQUEST

EMILY NEWGAARD
ADDRESS AVAILABLE UPON REQUEST

EMILY QUINN
ADDRESS AVAILABLE UPON REQUEST

EMILY R THOMAS
ADDRESS AVAILABLE UPON REQUEST

EMILY ROSS
ADDRESS AVAILABLE UPON REQUEST

EMILY SAVAGE
ADDRESS AVAILABLE UPON REQUEST

EMILY SAWYER
ADDRESS AVAILABLE UPON REQUEST

EMILY SEIFARTH
ADDRESS AVAILABLE UPON REQUEST

EMILY SHABA
ADDRESS AVAILABLE UPON REQUEST

EMILY STEVENSON
ADDRESS AVAILABLE UPON REQUEST

EMILY STICHLER
ADDRESS AVAILABLE UPON REQUEST

EMILY WAMPLER
ADDRESS AVAILABLE UPON REQUEST

EMILY WEED
ADDRESS AVAILABLE UPON REQUEST

EMILY WILDE-WALMAN
ADDRESS AVAILABLE UPON REQUEST

EMILY WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

EMILY ZENDEL
ADDRESS AVAILABLE UPON REQUEST

EMILY.PROCEKCLUBW.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

EMINI, FRAN
ADDRESS AVAILABLE UPON REQUEST

EMIRU, KUMNEGER
ADDRESS AVAILABLE UPON REQUEST

EMISON, JOE
ADDRESS AVAILABLE UPON REQUEST

EMKEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

EMKEN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

EMLANO, MARIA
ADDRESS AVAILABLE UPON REQUEST

EMMA DRAGAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

EMMA FALSEY
ADDRESS AVAILABLE UPON REQUEST

EMMA MARIE STIER
ADDRESS AVAILABLE UPON REQUEST

EMMA OWENS
ADDRESS AVAILABLE UPON REQUEST

EMMA SHERR-ZIARKO
ADDRESS AVAILABLE UPON REQUEST

EMMA WROBEL
ADDRESS AVAILABLE UPON REQUEST

EMMANUEL MBOHO
ADDRESS AVAILABLE UPON REQUEST

EMMANUEL THOMAS
ADDRESS AVAILABLE UPON REQUEST

EMMANUEL U MBOHO
ADDRESS AVAILABLE UPON REQUEST

EMMANUEL, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

EMMANUEL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

EMMENECKER, SARA
ADDRESS AVAILABLE UPON REQUEST

EMMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EMMERICH, KENDRA
ADDRESS AVAILABLE UPON REQUEST

EMMERMANN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

EMMERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

EMMERTZ, CHARLES
ADDRESS AVAILABLE UPON REQUEST

EMMILY, IVY
ADDRESS AVAILABLE UPON REQUEST

EMMIS COMMUNICATION CO
ADDRESS UNAVAILABLE AT TIME OF FILING

EMMONS, DAESHA
ADDRESS AVAILABLE UPON REQUEST

EMMONS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EMMONS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EMMONS, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

EMMONS, NATE
ADDRESS AVAILABLE UPON REQUEST

EMMONS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

EMMONS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EMONS, JULINE
ADDRESS AVAILABLE UPON REQUEST

EMORY, AIJALON
ADDRESS AVAILABLE UPON REQUEST

EMORY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

EMORY, JACOB
ADDRESS AVAILABLE UPON REQUEST

EMORY, KASHINA
ADDRESS AVAILABLE UPON REQUEST

EMORY, MARTIE
ADDRESS AVAILABLE UPON REQUEST

EMOTO, AYAKA
ADDRESS AVAILABLE UPON REQUEST

EMPER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EMPFIELD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

EMPIRE DISTRIBUTORS (COLORADO)
5301 PEORIA STREET UNIT A
DENVER, CO  80239

EMPIRE DISTRIBUTORS OF NC, INC. (NORTH CAROLINA)
131 CORPORATE DRIVE
WILMINGTON, NC  28401

EMPIRE DISTRIBUTORS OF NORTH CAROLINA, INC.
12115 DOWNS ROAD
PINEVILLE, NC  28134

EMPIRE DISTRIBUTORS OF TN
1541 MT. TABOR RD
MARYVILLE, TN  37801

EMPIRE MARKETING STRATEGIES, INC.
11243 CORNELL PARK DR
CINCINNATI, OH  45242

EMPIRE VENTURES GROUP INC
ADDRESS AVAILABLE UPON REQUEST

EMPLOYEE  DISCOUNT
549 N SWARTHMORE AVE
PACIFIC PALISADES, CA  90272

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 989061
WEST SACRAMENTO, CA  95798-9061

EMPLOYMENT MATTERS COUNSELING & CONSULTING LLP
1500 ROSECRANS AVE STE 500
MANHATTAN BEACH, CA  90266

EMRICH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EMRICK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

EMRICK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

EMSHOFF, MADELINE
ADDRESS AVAILABLE UPON REQUEST

EMSLIE NICHOLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EMUKA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ENA JONES
ADDRESS AVAILABLE UPON REQUEST

ENABU, UWAILA
ADDRESS AVAILABLE UPON REQUEST

ENAMORADO, MARLEN
ADDRESS AVAILABLE UPON REQUEST

ENARTIS VINQUIRY
7795 BELL ROAD
WINDSOR, CA  95492

ENCARNACION, AMY
ADDRESS AVAILABLE UPON REQUEST

ENCARNACION, JEAN PIERRE
ADDRESS AVAILABLE UPON REQUEST

ENCARNACION-PATTERSON, YAKHIRA
ADDRESS AVAILABLE UPON REQUEST

ENCARNATION, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ENCE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ENCINAS, ZARINA
ADDRESS AVAILABLE UPON REQUEST

ENCIU, JASMIN
ADDRESS AVAILABLE UPON REQUEST

ENCOMPASS HOME HEALTH, PATRICIA THOMPSON
ADDRESS AVAILABLE UPON REQUEST

ENCOMPASS SUPPLY CHAIN
ADDRESS UNAVAILABLE AT TIME OF FILING

ENCORE GLASS, INC
PO BOX 49243
SAN JOSE, CA  95161-9243

ENDER BAYKAL
ADDRESS AVAILABLE UPON REQUEST

ENDER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ENDER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ENDERLABS.COM
(EVENTBOARD, INC.)

ENDERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ENDERS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ENDICIA
ADDRESS UNAVAILABLE AT TIME OF FILING

ENDICOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ENDL, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

ENDO, YOSHIKI
ADDRESS AVAILABLE UPON REQUEST

ENDRES, BRADY
ADDRESS AVAILABLE UPON REQUEST

ENDRES, ERIN
ADDRESS AVAILABLE UPON REQUEST

ENDRES, JANE
ADDRESS AVAILABLE UPON REQUEST

ENDRESON, MILDRED
ADDRESS AVAILABLE UPON REQUEST

ENDRIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ENDSLEY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

ENDURANCE AMERICAN INSURANCE
COMPANY
4 MANHATTANVILLE RD, FL 3
PURCHASE, NY  10577-2139

ENDURANCE RISK SOLUTIONS ASSURANCE
CO
3780 MANSELL ROAD SUITE 400
ALPHARETTA, GA  30022

ENE, RALUCA
ADDRESS AVAILABLE UPON REQUEST

ENESSA MASSEY
ADDRESS AVAILABLE UPON REQUEST

ENFINGER, ERICA
ADDRESS AVAILABLE UPON REQUEST

ENG, DENNIS
ADDRESS AVAILABLE UPON REQUEST

ENG, JACK
ADDRESS AVAILABLE UPON REQUEST

ENG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ENG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ENG, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

ENGAGE & RESONATE LLC
1350 E TOUHY AVE, STE 330E
DES PLAINES, IL  60018

ENGAGED INFLUENCERS MGMT.
GO GIRL PUBLIC RELATION INC.
4803 SW LANDER STREET
SEATTLE, WA  98116

ENGALYCHEVA, ANISA
ADDRESS AVAILABLE UPON REQUEST

ENGBLOM, JEAN
ADDRESS AVAILABLE UPON REQUEST

ENGBRECHT, KARA
ADDRESS AVAILABLE UPON REQUEST

ENGDAHL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ENGDAHL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ENGE, ANITA
ADDRESS AVAILABLE UPON REQUEST

ENGEBRITSON, TINA
ADDRESS AVAILABLE UPON REQUEST

ENGEL, ABBIE
ADDRESS AVAILABLE UPON REQUEST

ENGEL, CASEY
ADDRESS AVAILABLE UPON REQUEST

ENGEL, CHADD
ADDRESS AVAILABLE UPON REQUEST

ENGEL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ENGEL, DESIREE
ADDRESS AVAILABLE UPON REQUEST

ENGEL, ELIZA
ADDRESS AVAILABLE UPON REQUEST

ENGEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

ENGEL, JEN
ADDRESS AVAILABLE UPON REQUEST

ENGEL, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ENGEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ENGEL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ENGEL, PAILIN
ADDRESS AVAILABLE UPON REQUEST

ENGEL, PAUL
ADDRESS AVAILABLE UPON REQUEST

ENGEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

ENGEL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ENGEL, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

ENGEL, SHIRA
ADDRESS AVAILABLE UPON REQUEST

ENGEL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ENGEL, TARA
ADDRESS AVAILABLE UPON REQUEST

ENGELAGE, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

ENGELBERGER, CARLEY
ADDRESS AVAILABLE UPON REQUEST

ENGELBERT, JENAY
ADDRESS AVAILABLE UPON REQUEST

ENGELERDT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ENGELGAU, SHELBIE
ADDRESS AVAILABLE UPON REQUEST

ENGELHARD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ENGELHART, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ENGELHART, BLAKE
ADDRESS AVAILABLE UPON REQUEST

ENGELHART, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ENGELHAUPT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ENGELKE, APRIL
ADDRESS AVAILABLE UPON REQUEST

ENGELKEN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

ENGELMAIER, LILY
ADDRESS AVAILABLE UPON REQUEST

ENGELMAN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

ENGELMAN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

ENGELMAN-BERNS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ENGELMANN, LACEY
ADDRESS AVAILABLE UPON REQUEST

ENGELS NNAMDI OBI
ADDRESS AVAILABLE UPON REQUEST

ENGELS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ENGELS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ENGEMANN, KARA
ADDRESS AVAILABLE UPON REQUEST

ENGEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ENGEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ENGER, ALEXZANDRA
ADDRESS AVAILABLE UPON REQUEST

ENGH, CARA
ADDRESS AVAILABLE UPON REQUEST

ENGINE CO NO 28
ADDRESS UNAVAILABLE AT TIME OF FILING

ENGLAND, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, CHERIE
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, HALEY
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, JOY
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, NATASHIA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, PORTIA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, SARA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, TASHA
ADDRESS AVAILABLE UPON REQUEST

ENGLAND, TERRA
ADDRESS AVAILABLE UPON REQUEST

ENGLANDER, SPENCER
ADDRESS AVAILABLE UPON REQUEST

ENGLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

ENGLE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ENGLE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ENGLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ENGLE, KAURIE
ADDRESS AVAILABLE UPON REQUEST

ENGLE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ENGLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ENGLEBAUGH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ENGLEBERT, GRACE
ADDRESS AVAILABLE UPON REQUEST

ENGLEBRECHT, JON
ADDRESS AVAILABLE UPON REQUEST

ENGLEHART, ALEX
ADDRESS AVAILABLE UPON REQUEST

ENGLEHART, TABATHA
ADDRESS AVAILABLE UPON REQUEST

ENGLEMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ENGLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

ENGLER, CINDY
ADDRESS AVAILABLE UPON REQUEST

ENGLER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ENGLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ENGLERT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ENGLERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ENGLERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ENGLERT, NADINE
ADDRESS AVAILABLE UPON REQUEST

ENGLHARDT, JULIA
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, AMBER
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, AUDEY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, BECKY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, JILL
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, KELLI
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, NOLAN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ENGLISH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ENGLUND, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ENGMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ENGQUIST, LAURA
ADDRESS AVAILABLE UPON REQUEST

ENGRAM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ENGSBERG, MARK
ADDRESS AVAILABLE UPON REQUEST

ENGSBERG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ENGSTROM, CORINNE
ADDRESS AVAILABLE UPON REQUEST

ENGSTROM, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

ENGSTROM, KELLYN
ADDRESS AVAILABLE UPON REQUEST

ENGWALL, BRETT
ADDRESS AVAILABLE UPON REQUEST

ENIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ENKE, COLLIN
ADDRESS AVAILABLE UPON REQUEST

ENKHBAYAR, INDRA
ADDRESS AVAILABLE UPON REQUEST

ENKOFF, LEE
ADDRESS AVAILABLE UPON REQUEST

ENLOE, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

ENLOE, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

ENLOW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ENLUND, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ENNEPER, GLEN
ADDRESS AVAILABLE UPON REQUEST

ENNIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

ENNIS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

ENNIS, BRADY
ADDRESS AVAILABLE UPON REQUEST

ENNIS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ENNIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ENNIS, RICK
ADDRESS AVAILABLE UPON REQUEST

ENNIS, SHARON
ADDRESS AVAILABLE UPON REQUEST

ENNIS, SHAVON
ADDRESS AVAILABLE UPON REQUEST

ENNIST, AMIE
ADDRESS AVAILABLE UPON REQUEST

ENNS, EVA
ADDRESS AVAILABLE UPON REQUEST

ENNS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ENNS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

ENO, TARA
ADDRESS AVAILABLE UPON REQUEST

ENOBAKHARE, AMADIN
ADDRESS AVAILABLE UPON REQUEST

ENOCH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ENOCH, ROBERT/ASA
ADDRESS AVAILABLE UPON REQUEST

ENOCH, RYAN
ADDRESS AVAILABLE UPON REQUEST

ENOCHS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ENOKAWA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ENOMOTO, KAORI
ADDRESS AVAILABLE UPON REQUEST

ENOMOTO, KAORI
ADDRESS AVAILABLE UPON REQUEST

ENOPLASTIC USA
2487 COURAGE DRIVE, SUITE 5
FAIRFIELD, CA 94533

ENOPLASTIC USA
2601 MAXWELL WAY
FAIRFIELD, CA 94534

ENOS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ENOS, DORIS
ADDRESS AVAILABLE UPON REQUEST

ENOS, GAIL
ADDRESS AVAILABLE UPON REQUEST

ENOS, JULIE
ADDRESS AVAILABLE UPON REQUEST

ENOS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ENOS, MADISON
ADDRESS AVAILABLE UPON REQUEST

ENPLUG
ADDRESS UNAVAILABLE AT TIME OF FILING

ENRICO YABUT
ADDRESS AVAILABLE UPON REQUEST

ENRIGHT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ENRIGHT, ALISHA
ADDRESS AVAILABLE UPON REQUEST

ENRIGHT, BRE
ADDRESS AVAILABLE UPON REQUEST

ENRIGHT, MADISON
ADDRESS AVAILABLE UPON REQUEST

ENRIGHT-SCHUR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ENRIGHY, KERRY
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ DE GARCIA, ROSE
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, ELKA
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, JANETH
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, LIANA
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, MARI
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, NADINE
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ENRIQUEZ, RUBY
ADDRESS AVAILABLE UPON REQUEST

ENSALDO, KATIE
ADDRESS AVAILABLE UPON REQUEST

ENSANIAN, ARMAND
ADDRESS AVAILABLE UPON REQUEST

ENSCOE, ZOE
ADDRESS AVAILABLE UPON REQUEST

ENSEMBLE DIGITAL STUDIOS
1721 CARLYLE AVE
SANTA MONICA, CA  90402

ENSIGN, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

ENSING, KYLE
ADDRESS AVAILABLE UPON REQUEST

ENSLIN, TATUM
ADDRESS AVAILABLE UPON REQUEST

ENSMINGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

ENSMINGER, SHILOWE
ADDRESS AVAILABLE UPON REQUEST

ENSOR, BLAIR
ADDRESS AVAILABLE UPON REQUEST

ENSOR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ENSOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

ENT, KARLA
ADDRESS AVAILABLE UPON REQUEST

ENTEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ENTER LABS LLC
1234 DANIELS DR
LOS ANGELES, CA  90035

ENTERLINE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ENTERPRISE 1942 LLC
ADDRESS AVAILABLE UPON REQUEST

ENTERPRISE RENT-A-CAR
1738 S BROADWAY
SANTA MARIA, CA  93454

ENTERPRISE
ADDRESS UNAVAILABLE AT TIME OF FILING

ENTERTAINMENT BENEFITS GROUP, LLC
19495 BISCAYNE BLVD STE 300
AVENTURA, FL  33180

ENTERTAINMENT
1401 CROOKS ROAD, SUITE 150
TROY, MI  48084

ENTIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

ENTRIKEN, BIRCH
ADDRESS AVAILABLE UPON REQUEST

ENTRUP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ENTSUAH, LAKEISHA
ADDRESS AVAILABLE UPON REQUEST

ENTWISTLE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ENTZ, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ENVALL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ENVELOPES.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

ENVIEH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ENVISTA CONCEPTS LLC
11555 N. MERIDIAN SUITE 300
CARMEL, IN  46032

ENZ VINEYARDS,INC
1781 LIMEKILN ROAD
HOLLISTER, CA  95023

ENZINGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ENZLER, DARA
ADDRESS AVAILABLE UPON REQUEST

ENZLER, SIMA
ADDRESS AVAILABLE UPON REQUEST

ENZMANN, BRAD
ADDRESS AVAILABLE UPON REQUEST

EON, MARTINE
ADDRESS AVAILABLE UPON REQUEST

EON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

EPA - REGION 3
1650 ARCH ST
PHILADELPHIA, PA  19103-2029

EPA - REGION 9
75 HAWTHORNE ST
SAN FRANCISCO, CA  94105

EPATH DIGITAL, LP
32392 COAST HWY SUITE 200
LAGUNA BEACH, CA  92651

EPHESIA MITCHELL
ADDRESS AVAILABLE UPON REQUEST

EPHLIN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

EPHRAIM SYDNEY
ADDRESS AVAILABLE UPON REQUEST

EPIC VENTURES INC (CONVOY BEVERAGE
ALLIANCE)
1701 VILLAGE CENTER CIRCLE, STE 100
LAS VEGAS, NV  89134

EPIFANO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

EPILEPSY FOUNDATION
ADDRESS UNAVAILABLE AT TIME OF FILING

EPISCOPO-NASSIF, LISA
ADDRESS AVAILABLE UPON REQUEST

EPLEN, LEE
ADDRESS AVAILABLE UPON REQUEST

EPLIN, NICK
ADDRESS AVAILABLE UPON REQUEST

EPP, JANELLE
ADDRESS AVAILABLE UPON REQUEST

EPPELE, LEANNA
ADDRESS AVAILABLE UPON REQUEST

EPPERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EPPERSON, TERRY KAY
ADDRESS AVAILABLE UPON REQUEST

EPPERSON-LATTZ, COLLIN
ADDRESS AVAILABLE UPON REQUEST

EPPINGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EPPINGER, TARA
ADDRESS AVAILABLE UPON REQUEST

EPPLE, JILL
ADDRESS AVAILABLE UPON REQUEST

EPPLER, FLORA
ADDRESS AVAILABLE UPON REQUEST

EPPLEY, PERLEY
ADDRESS AVAILABLE UPON REQUEST

EPPS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

EPPS, DORIAN
ADDRESS AVAILABLE UPON REQUEST

EPPS, ELENA
ADDRESS AVAILABLE UPON REQUEST

EPPS, EMMA
ADDRESS AVAILABLE UPON REQUEST

EPPS, JOEL
ADDRESS AVAILABLE UPON REQUEST

EPPS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

EPROMOS PROMOTIONAL PRODUCTS
120 BROADWAY 13TH FLOOR
NEW YORK, NY  10271

EPSHTEIN, LAZAR
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, ALANA
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, JAYME
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, JEFF
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, JOE
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, SARA
ADDRESS AVAILABLE UPON REQUEST

EPSTEIN, TYLER
ADDRESS AVAILABLE UPON REQUEST

EPTING, ELAINE
ADDRESS AVAILABLE UPON REQUEST

EPTING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EQUITY TRUST COMPANY CUSTODIAN SDIRA
FBO CORNELIA CORNILS
1 EQUITY WAY
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO CATHERINE GRABER IRA
1 EQUITY WAY
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO CHRISTOPHER E LACKEY IRA
1 EQUITY WAY
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO LESLIE P SHANKMAN ROTH IRA
1 EQUITY WAY
WESTLAKE, OH  44145

ERAL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ERAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ERAZO, TAYINA
ADDRESS AVAILABLE UPON REQUEST

ERB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ERB, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ERB, DEB
ADDRESS AVAILABLE UPON REQUEST

ERB, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ERB, KENNY
ADDRESS AVAILABLE UPON REQUEST

ERB, PHYLIS
ADDRESS AVAILABLE UPON REQUEST

ERB, SARAH BETH
ADDRESS AVAILABLE UPON REQUEST

ERB-ABPLANALP, JOLEEN
ADDRESS AVAILABLE UPON REQUEST

ERBE, CECILE
ADDRESS AVAILABLE UPON REQUEST

ERBE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ERBLAND, JEFF
ADDRESS AVAILABLE UPON REQUEST

ERBS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ERCEG, MARCELA
ADDRESS AVAILABLE UPON REQUEST

ERCOLANI, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ERCOLE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ERCOLINI, JOSH
ADDRESS AVAILABLE UPON REQUEST

ERDBRUEGGER, HAILEY
ADDRESS AVAILABLE UPON REQUEST

ERDELYI, ADEL
ADDRESS AVAILABLE UPON REQUEST

ERDELYI, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

ERDHEIM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ERDKAMP, BECKY
ADDRESS AVAILABLE UPON REQUEST

ERDLE, BETH
ADDRESS AVAILABLE UPON REQUEST

ERDLE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ERDMAN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ERDMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ERDMAN, HIPOLITO
ADDRESS AVAILABLE UPON REQUEST

ERDMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ERDMAN, WAYLAND
ADDRESS AVAILABLE UPON REQUEST

ERDMANN, ELISE
ADDRESS AVAILABLE UPON REQUEST

ERDNER, JAIME
ADDRESS AVAILABLE UPON REQUEST

ERDO MCWHIRTER, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

ERDY, ROSIE
ADDRESS AVAILABLE UPON REQUEST

EREMIAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EREMITA, MONICA
ADDRESS AVAILABLE UPON REQUEST

ERENO, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ERES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ERESE, VANCE ANDREI
ADDRESS AVAILABLE UPON REQUEST

ERFERT, LAURA
ADDRESS AVAILABLE UPON REQUEST

ERGASHEV, BEK
ADDRESS AVAILABLE UPON REQUEST

ERGONENC, MEHMET
ADDRESS AVAILABLE UPON REQUEST

ERGUVEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ERHARD, JULIA
ADDRESS AVAILABLE UPON REQUEST

ERHARDT, GRACE
ADDRESS AVAILABLE UPON REQUEST

ERHARDT, GWEN
ADDRESS AVAILABLE UPON REQUEST

ERHARDT, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

ERIBEZ, ANITA
ADDRESS AVAILABLE UPON REQUEST

ERIC & LAURA LAMISON FAMILY TRUST
516 DALEWOOD DRIVE
ORINDA, CA  94563

ERIC & LAURA LAMISON FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

ERIC ADAMS
ADDRESS AVAILABLE UPON REQUEST

ERIC ALAN BURKGREN
ADDRESS AVAILABLE UPON REQUEST

ERIC ANDERSON
ADDRESS AVAILABLE UPON REQUEST

ERIC BRUSTAD
ADDRESS AVAILABLE UPON REQUEST

ERIC BUKOVEC
ADDRESS AVAILABLE UPON REQUEST

ERIC CAMERON
ADDRESS AVAILABLE UPON REQUEST

ERIC CARLSON
ADDRESS AVAILABLE UPON REQUEST

ERIC CHARLES SITCHERAN
ADDRESS AVAILABLE UPON REQUEST

ERIC CHOE
ADDRESS AVAILABLE UPON REQUEST

ERIC CHRISTIAN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ERIC DANIEL BERGMAN
ADDRESS AVAILABLE UPON REQUEST

ERIC DAUGHERTY
ADDRESS AVAILABLE UPON REQUEST

ERIC DAVID JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ERIC DE LA CRUZ
ADDRESS AVAILABLE UPON REQUEST

ERIC DE LARMINAT
ADDRESS AVAILABLE UPON REQUEST

ERIC DER SARKISIAN
ADDRESS AVAILABLE UPON REQUEST

ERIC DOTY
ADDRESS AVAILABLE UPON REQUEST

ERIC FAUST
ADDRESS AVAILABLE UPON REQUEST

ERIC FLYNN
ADDRESS AVAILABLE UPON REQUEST

ERIC FURNEE
ADDRESS AVAILABLE UPON REQUEST

ERIC GELDMAKER
ADDRESS AVAILABLE UPON REQUEST

ERIC GOEDECKE
ADDRESS AVAILABLE UPON REQUEST

ERIC HAIGLER HELSABECK
ADDRESS AVAILABLE UPON REQUEST

ERIC IRELAND
ADDRESS AVAILABLE UPON REQUEST

ERIC JAMES HUYNH
ADDRESS AVAILABLE UPON REQUEST

ERIC JANUAR
ADDRESS AVAILABLE UPON REQUEST

ERIC JEFFREY AGAR
ADDRESS AVAILABLE UPON REQUEST

ERIC JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ERIC JUSTIN SWARTZ
ADDRESS AVAILABLE UPON REQUEST

ERIC KNIERIM
ADDRESS AVAILABLE UPON REQUEST

ERIC LAM
ADDRESS AVAILABLE UPON REQUEST

ERIC LOOKHOFF
ADDRESS AVAILABLE UPON REQUEST

ERIC MAIER
ADDRESS AVAILABLE UPON REQUEST

ERIC MAZZIE
ADDRESS AVAILABLE UPON REQUEST

ERIC MCINTYRE
ADDRESS AVAILABLE UPON REQUEST

ERIC MELANCON
ADDRESS AVAILABLE UPON REQUEST

ERIC MOYER
ADDRESS AVAILABLE UPON REQUEST

ERIC NEIL CYPERT
ADDRESS AVAILABLE UPON REQUEST

ERIC NELSON
ADDRESS AVAILABLE UPON REQUEST

ERIC NOELDECHEN
ADDRESS AVAILABLE UPON REQUEST

ERIC PAUL BENSON
ADDRESS AVAILABLE UPON REQUEST

ERIC R PORINGTON
ADDRESS AVAILABLE UPON REQUEST

ERIC ROGERS
ADDRESS AVAILABLE UPON REQUEST

ERIC SARNO
ADDRESS AVAILABLE UPON REQUEST

ERIC SITCHERAN
ADDRESS AVAILABLE UPON REQUEST

ERIC SO
ADDRESS AVAILABLE UPON REQUEST

ERIC STANG
ADDRESS AVAILABLE UPON REQUEST

ERIC SUH
ADDRESS AVAILABLE UPON REQUEST

ERIC TURNER
ADDRESS AVAILABLE UPON REQUEST

ERIC WARNARS
ADDRESS AVAILABLE UPON REQUEST

ERIC WILLIAM TRYGSTAD
ADDRESS AVAILABLE UPON REQUEST

ERIC ZERRAHN
ADDRESS AVAILABLE UPON REQUEST

ERIC ZHININ
ADDRESS AVAILABLE UPON REQUEST

ERIC ZIEGLER
ADDRESS AVAILABLE UPON REQUEST

ERICA BURGER
ADDRESS AVAILABLE UPON REQUEST

ERICA D SMITH
ADDRESS AVAILABLE UPON REQUEST

ERICA DOX MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

ERICA ECKMAN LLC
8643 TORREY ISLES
TERRANCE BOCA RATON, FL  33496

ERICA FIOCCO
ADDRESS AVAILABLE UPON REQUEST

ERICA LINDO
ADDRESS AVAILABLE UPON REQUEST

ERICA NUSSEN
ADDRESS AVAILABLE UPON REQUEST

ERICA SNOWBERGER
ADDRESS AVAILABLE UPON REQUEST

ERICA WILSON
ADDRESS AVAILABLE UPON REQUEST

ERICA Y GARCIA
ADDRESS AVAILABLE UPON REQUEST

ERICHSEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

ERICK DESANTIAGO
ADDRESS AVAILABLE UPON REQUEST

ERICK GABRIEL SUAREZ NUNEZ
ADDRESS AVAILABLE UPON REQUEST

ERICK POUND
ADDRESS AVAILABLE UPON REQUEST

ERICKA GILLESPIE
ADDRESS AVAILABLE UPON REQUEST

ERICKSEN, BOB
ADDRESS AVAILABLE UPON REQUEST

ERICKSEN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

ERICKSEN, GREG
ADDRESS AVAILABLE UPON REQUEST

ERICKSEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, AGATHA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, BILL
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CARA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CATRINA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CELIA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, DANA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, ELISSA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, GENNA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, JANE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, LEISA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, LINNEA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, RON
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, SIENA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, TANYA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, TINA
ADDRESS AVAILABLE UPON REQUEST

ERICKSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

ERICSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ERICSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

ERICSON, BRITT
ADDRESS AVAILABLE UPON REQUEST

ERICSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ERIE, TARYN
ADDRESS AVAILABLE UPON REQUEST

ERIK BERTELSEN
ADDRESS AVAILABLE UPON REQUEST

ERIK DUNLAP
ADDRESS AVAILABLE UPON REQUEST

ERIK ETHERLY
ADDRESS AVAILABLE UPON REQUEST

ERIK GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

ERIK PARKER
ADDRESS AVAILABLE UPON REQUEST

ERIK REHDER
ADDRESS AVAILABLE UPON REQUEST

ERIK REY GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

ERIK SAVAGE
ADDRESS AVAILABLE UPON REQUEST

ERIK TALVOLA
ADDRESS AVAILABLE UPON REQUEST

ERIKA BALDERAS PEREZ
ADDRESS AVAILABLE UPON REQUEST

ERIKA DICKERSON
ADDRESS AVAILABLE UPON REQUEST

ERIKA DICKERSON
ADDRESS AVAILABLE UPON REQUEST

ERIKA HRDINOVA
ADDRESS AVAILABLE UPON REQUEST

ERIKA WIJAYA TAN
ADDRESS AVAILABLE UPON REQUEST

ERIKCSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

ERIKSEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

ERIKSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ERIKSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ERIKSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ERIKSON, MARY
ADDRESS AVAILABLE UPON REQUEST

ERIN BOGLE
ADDRESS AVAILABLE UPON REQUEST

ERIN COHEN
ADDRESS AVAILABLE UPON REQUEST

ERIN COHEN
ADDRESS AVAILABLE UPON REQUEST

ERIN DAUGHERTY
ADDRESS AVAILABLE UPON REQUEST

ERIN DONNELLY
ADDRESS AVAILABLE UPON REQUEST

ERIN E MILLER
ADDRESS AVAILABLE UPON REQUEST

ERIN ELIZABETH FINNEGAN
ADDRESS AVAILABLE UPON REQUEST

ERIN FUKUSHIMA
ADDRESS AVAILABLE UPON REQUEST

ERIN G HAMM
ADDRESS AVAILABLE UPON REQUEST

ERIN GALLAGHER
ADDRESS AVAILABLE UPON REQUEST

ERIN GREEN - VEN
ADDRESS AVAILABLE UPON REQUEST

ERIN GREEN
ADDRESS AVAILABLE UPON REQUEST

ERIN GREEN
ADDRESS AVAILABLE UPON REQUEST

ERIN GREEN
4140 GLENCOE AVE  UNITE 509
LOS ANGELES, CA  90292

ERIN GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

ERIN HARRIS
ADDRESS AVAILABLE UPON REQUEST

ERIN HARRIS
ADDRESS AVAILABLE UPON REQUEST

ERIN HEFFRON
ADDRESS AVAILABLE UPON REQUEST

ERIN HIGHUM
ADDRESS AVAILABLE UPON REQUEST

ERIN JANEE CALDWELL
ADDRESS AVAILABLE UPON REQUEST

ERIN KENNEDY
ADDRESS AVAILABLE UPON REQUEST

ERIN KILLION
ADDRESS AVAILABLE UPON REQUEST

ERIN MARCINKIEWICZ
ADDRESS AVAILABLE UPON REQUEST

ERIN MOODY
ADDRESS AVAILABLE UPON REQUEST

ERIN PAGE JOHANNES
ADDRESS AVAILABLE UPON REQUEST

ERIN PETREE
ADDRESS AVAILABLE UPON REQUEST

ERIN RUCKER
ADDRESS AVAILABLE UPON REQUEST

ERIN SMART
ADDRESS AVAILABLE UPON REQUEST

ERIN TOFT
ADDRESS AVAILABLE UPON REQUEST

ERIN WEBER
ADDRESS AVAILABLE UPON REQUEST

ERIN, BARRETT
ADDRESS AVAILABLE UPON REQUEST

ERIN, SULLIVAN,
ADDRESS AVAILABLE UPON REQUEST

ERINGA HOBART, RIKA
ADDRESS AVAILABLE UPON REQUEST

ERINN KAHLER
ADDRESS AVAILABLE UPON REQUEST

ERISGEN, KERYLYN
ADDRESS AVAILABLE UPON REQUEST

ERJAVEC, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

ERKEL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ERKENS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ERKES, JAN
ADDRESS AVAILABLE UPON REQUEST

ERKOBONI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ERKS, REBEKKAH
ADDRESS AVAILABLE UPON REQUEST

ERKSON, HOLLI
ADDRESS AVAILABLE UPON REQUEST

ERLAM, NELSON
ADDRESS AVAILABLE UPON REQUEST

ERLANDSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ERLANDSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ERLANDSON, KELLIE
ADDRESS AVAILABLE UPON REQUEST

ERLANGER, JUNE
ADDRESS AVAILABLE UPON REQUEST

ERLANGER, SIDONIE
ADDRESS AVAILABLE UPON REQUEST

ERLE FREEMAN
ADDRESS AVAILABLE UPON REQUEST

ERLENBACH, LAURA
ADDRESS AVAILABLE UPON REQUEST

ERLENWEIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ERLICH, DENISE
ADDRESS AVAILABLE UPON REQUEST

ERLICH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ERLINDA ORTIVEZ
ADDRESS AVAILABLE UPON REQUEST

ERMEL, CAREN
ADDRESS AVAILABLE UPON REQUEST

ERMITANIO, MARY
ADDRESS AVAILABLE UPON REQUEST

ERNDL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ERNENWEIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ERNEST ARGENBRIGHT JR, ERNEST
ARGENBRIGHT
ADDRESS AVAILABLE UPON REQUEST

ERNEST JOHN BARBILLION
ADDRESS AVAILABLE UPON REQUEST

ERNEST, EZRA
ADDRESS AVAILABLE UPON REQUEST

ERNEST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ERNEST, TANNER
ADDRESS AVAILABLE UPON REQUEST

ERNESTO DURAN
ADDRESS AVAILABLE UPON REQUEST

ERNESTO RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

ERNETTE, LIAN
ADDRESS AVAILABLE UPON REQUEST

ERNIE BOLING
ADDRESS AVAILABLE UPON REQUEST

ERNIE PAUL BAILEY
ADDRESS AVAILABLE UPON REQUEST

ERNSER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

ERNSNDES, JILL
ADDRESS AVAILABLE UPON REQUEST

ERNSPERGER, CLEASY
ADDRESS AVAILABLE UPON REQUEST

ERNST, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ERNST, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ERNST, KATHI
ADDRESS AVAILABLE UPON REQUEST

ERNST, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ERNST, LIA
ADDRESS AVAILABLE UPON REQUEST

ERNST, MARK
ADDRESS AVAILABLE UPON REQUEST

ERNST, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ERNST, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

ERNST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ERNST, SEYCHELLE
ADDRESS AVAILABLE UPON REQUEST

ERNST, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ERNST, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ERNST-BORIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ERNSTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

ERNZER, RICK
ADDRESS AVAILABLE UPON REQUEST

EROGLU, CADDIE
ADDRESS AVAILABLE UPON REQUEST

EROGLU, CADDIE
ADDRESS AVAILABLE UPON REQUEST

ERON GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

ERPELDING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ERPELDING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ERREA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ERRETT, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ERRETT, LES
ADDRESS AVAILABLE UPON REQUEST

ERRICHETTI, AMY
ADDRESS AVAILABLE UPON REQUEST

ERRICO, JANET
ADDRESS AVAILABLE UPON REQUEST

ERRICO, KATIE
ADDRESS AVAILABLE UPON REQUEST

ERRIN, SIELING,
ADDRESS AVAILABLE UPON REQUEST

ERRINGTON, CLELA
ADDRESS AVAILABLE UPON REQUEST

ERRITY, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

ERROL HALL
ADDRESS AVAILABLE UPON REQUEST

ERRTHUM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ERSIN, ZEYNEP
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, ANNA
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, ERIN
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, EVELYN
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ERSKINE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ERSPAMER, KELLI
ADDRESS AVAILABLE UPON REQUEST

ERSTAD, LYNN
ADDRESS AVAILABLE UPON REQUEST

ERSTLING, MATT
ADDRESS AVAILABLE UPON REQUEST

ERTEL, BRAD
ADDRESS AVAILABLE UPON REQUEST

ERTEL, KARA
ADDRESS AVAILABLE UPON REQUEST

ERTEL, TRACY
ADDRESS AVAILABLE UPON REQUEST

ERTIN, EBRU
ADDRESS AVAILABLE UPON REQUEST

ERTL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ERTLE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ERTLE, JANE
ADDRESS AVAILABLE UPON REQUEST

ERTLE, JANET
ADDRESS AVAILABLE UPON REQUEST

ERTS, JENNY
ADDRESS AVAILABLE UPON REQUEST

ERUKPEME, NNENNA
ADDRESS AVAILABLE UPON REQUEST

ERVEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ERVES, EMILY
ADDRESS AVAILABLE UPON REQUEST

ERVIN, ARIA
ADDRESS AVAILABLE UPON REQUEST

ERVIN, DANTE
ADDRESS AVAILABLE UPON REQUEST

ERVIN-PENNER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ERWIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

ERWIN, ANNA CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ERWIN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ERWIN, ERYNN
ADDRESS AVAILABLE UPON REQUEST

ERWIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ERWIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ERWIN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ERWIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ERWIN, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

ERWIN, TARA
ADDRESS AVAILABLE UPON REQUEST

ERWIN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ERWINS, THE
ADDRESS AVAILABLE UPON REQUEST

ERWOOD, AMY
ADDRESS AVAILABLE UPON REQUEST

ERXLEBEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ERYURT, FATOS
ADDRESS AVAILABLE UPON REQUEST

ESANCY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ESAU, TED
ADDRESS AVAILABLE UPON REQUEST

ESBENSHADE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ESBENSHADE, MARK
ADDRESS AVAILABLE UPON REQUEST

ESBER, LIZ
ADDRESS AVAILABLE UPON REQUEST

ESCAJEDA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, LINDA
ADDRESS AVAILABLE UPON REQUEST

ESCALANTE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ESCALATE MEDIA, LP
444 N. MICHIGAN AVE SUITE 3550
CHICAGO, IL 60611

ESCALERA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ESCALERA-BOULET, LLC (CONSILIENCE)
2923 GRAND AVENUE
LOS OLIVOS, CA 93441

ESCALLIER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ESCALONA, ALVARO
ADDRESS AVAILABLE UPON REQUEST

ESCALONA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ESCALONA, YEBEL
ADDRESS AVAILABLE UPON REQUEST

ESCAMILLA, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

ESCAMILLA, JOSE
ADDRESS AVAILABLE UPON REQUEST

ESCAMILLA, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ESCAMILLA-SOTO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ESCANDON, ARIANA
ADDRESS AVAILABLE UPON REQUEST

ESCANDON, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ESCANILLA, PATRICIO
ADDRESS AVAILABLE UPON REQUEST

ESCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ESCHBACH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ESCHEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ESCHEN, NANCI
ADDRESS AVAILABLE UPON REQUEST

ESCHER, NANCY
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR FRANCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR WHITE, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, JATON
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, LACEY
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, LAURA
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ESCOBAR-VOLLAND, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO, MEA
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO, RODOLFO
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO, TRINIDAD
ADDRESS AVAILABLE UPON REQUEST

ESCOBEDO-GARCIA, CARISA
ADDRESS AVAILABLE UPON REQUEST

ESCOBOSA, DENISE
ADDRESS AVAILABLE UPON REQUEST

ESCODA, TINA
ADDRESS AVAILABLE UPON REQUEST

ESCOFFERY, SHAWNEE
ADDRESS AVAILABLE UPON REQUEST

ESCOTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ESCOTT, KATY
ADDRESS AVAILABLE UPON REQUEST

ESCROW.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

ESCUDERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ESCUE, CALEY
ADDRESS AVAILABLE UPON REQUEST

ESCUE, JAMES
ADDRESS AVAILABLE UPON REQUEST

ESCUETA, MARITESS
ADDRESS AVAILABLE UPON REQUEST

ESCUREL, DENISE
ADDRESS AVAILABLE UPON REQUEST

ESDAILLE, REYNESS
ADDRESS AVAILABLE UPON REQUEST

ESDANEL, JANINE
ADDRESS AVAILABLE UPON REQUEST

ESEPPI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ESFORD, KARA
ADDRESS AVAILABLE UPON REQUEST

ESGUERRA FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

ESHARES, INC. (CARTA)
195 PAGE MILL ROAD, SUITE 101
PALO ALTO, CA  94306

ESHBACK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ESHELMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

ESHLEMAN, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

ESKENAZI, CARLY
ADDRESS AVAILABLE UPON REQUEST

ESKENAZI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESKENAZI, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ESKER-WILLIAMSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESKEW, DIONA
ADDRESS AVAILABLE UPON REQUEST

ESKIE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ESKILDSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ESKIN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ESKINE, JODY
ADDRESS AVAILABLE UPON REQUEST

ESKINS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ESKINS, SARA
ADDRESS AVAILABLE UPON REQUEST

ESKOWITZ, ART
ADDRESS AVAILABLE UPON REQUEST

ESKRIDGE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ESKRIDGE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ESKRIDGE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ESKURI, KATE
ADDRESS AVAILABLE UPON REQUEST

ESLICH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ESLICK, ANNA
ADDRESS AVAILABLE UPON REQUEST

ESLINGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ESMAY, ANALICIA
ADDRESS AVAILABLE UPON REQUEST

ESMERALDO M TALASTAS
ADDRESS AVAILABLE UPON REQUEST

ESMONDE, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

ESPADAZ, PAULINA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, IRMA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, IVAN
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, LISA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, MADONNA
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, MARISOL
ADDRESS AVAILABLE UPON REQUEST

ESPARZA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ESPE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ESPE, LIZ
ADDRESS AVAILABLE UPON REQUEST

ESPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ESPEJO, MACHELL
ADDRESS AVAILABLE UPON REQUEST

ESPEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ESPEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ESPINA, SUGAR
ADDRESS AVAILABLE UPON REQUEST

ESPINAL, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESPINAL, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESPINAL, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ESPINAL, MAYELIN
ADDRESS AVAILABLE UPON REQUEST

ESPINAL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ESPINALES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ESPINELL, JOANNE
ADDRESS AVAILABLE UPON REQUEST

ESPINO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ESPINOLA, BETHANIE
ADDRESS AVAILABLE UPON REQUEST

ESPINOLA, SHERYLL
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, EMILY
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, GILVINCENT
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, GINA
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, JENNA
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, JO-ANNE
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, JOSE
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, MARISOL
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, RUBEN
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, SOL
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ESPINOSA, TOMMY
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, ARIANA
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, IRIS
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, JUAN
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, LINDA DAHLEM
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ESPINOZA, MONICA
ADDRESS AVAILABLE UPON REQUEST

ESPIRICUETA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ESPIRITU, AUGUSTO
ADDRESS AVAILABLE UPON REQUEST

ESPLING, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ESPOLT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, AMY
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, BENEDETTA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, CHERYLANN
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, JEUNICE
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, JOANN
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, LYDIA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, PAULA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, SHERYL
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, TERI
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, TONYA
ADDRESS AVAILABLE UPON REQUEST

ESPOSITO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ESPOSTI, SONJA
ADDRESS AVAILABLE UPON REQUEST

ESPOSTO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ESPRESSAMENTE ILLY
ADDRESS UNAVAILABLE AT TIME OF FILING

ESQUENAZI, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ESQUER, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESQUER, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESQUIBEL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ESQUIBEL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, DIEGO
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, GEN
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, KACEE
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ESQUIVEL, SILVIA
ADDRESS AVAILABLE UPON REQUEST

ESSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ESSENCE FINANCIALS LTD
82 PANATELLA HILL NW
CALGARY, AB  T3K 0B6
CANADA

ESSENFELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

ESSENWEIN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ESSER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ESSER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ESSER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESSER, KIM
ADDRESS AVAILABLE UPON REQUEST

ESSERT, SUMMER
ADDRESS AVAILABLE UPON REQUEST

ESSEX COUNTY DEMOCRATIC COMMITTEE
ON VICTORY 2020

ESSEX, AVERY
ADDRESS AVAILABLE UPON REQUEST

ESSEX, COURT
ADDRESS AVAILABLE UPON REQUEST

ESSEX, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ESSEX, KAHLEA
ADDRESS AVAILABLE UPON REQUEST

ESSICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ESSICK, SHANAN
ADDRESS AVAILABLE UPON REQUEST

ESSIEN, IME
ADDRESS AVAILABLE UPON REQUEST

ESSIG, DANNY
ADDRESS AVAILABLE UPON REQUEST

ESSIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

ESSIG, ETHAN
ADDRESS AVAILABLE UPON REQUEST

ESSIG, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ESSILFIE, VELMA
ADDRESS AVAILABLE UPON REQUEST

ESSLER, MARLEIGH
ADDRESS AVAILABLE UPON REQUEST

ESSLIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ESSMAN, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

ESSOKA-LASENBERRY, AMADI
ADDRESS AVAILABLE UPON REQUEST

ESSWEIN, EVAN
ADDRESS AVAILABLE UPON REQUEST

ESTABROOKS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ESTACIO, JULIA
ADDRESS AVAILABLE UPON REQUEST

ESTAND, MARIE
ADDRESS AVAILABLE UPON REQUEST

ESTAREJA, SHARI
ADDRESS AVAILABLE UPON REQUEST

ESTATE FIVE MEDIA LLC
1345 CHEMICAL ST
DALLAS, TX  75207

ESTEBAN BENITO OLIVIERI
ADDRESS AVAILABLE UPON REQUEST

ESTEBAN, JUAN
ADDRESS AVAILABLE UPON REQUEST

ESTEBANEZ, SHELLEY AND CHRIS
ADDRESS AVAILABLE UPON REQUEST

ESTELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ESTELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ESTELLE VINEYARD LLC
PO BOX 688
LOS OLIVOS, CA  93441

ESTELLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ESTELLE, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

ESTELLE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ESTELLE, MARIE
ADDRESS AVAILABLE UPON REQUEST

ESTEP, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ESTEPANI, KARIN
ADDRESS AVAILABLE UPON REQUEST

ESTERA, DISHA
ADDRESS AVAILABLE UPON REQUEST

ESTERELLE, LLC
333 BEECH SPRING ROAD SOUTH
ORANGE, NJ  07079

ESTERLY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ESTES EXPRESS LINES
ADDRESS UNAVAILABLE AT TIME OF FILING

ESTES, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ESTES, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

ESTES, ELISE
ADDRESS AVAILABLE UPON REQUEST

ESTES, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

ESTES, JANIE AND BLAKE
ADDRESS AVAILABLE UPON REQUEST

ESTES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ESTES, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

ESTES, TARA
ADDRESS AVAILABLE UPON REQUEST

ESTES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ESTES, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ESTEVES, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

ESTEVEZ, JOSELYN
ADDRESS AVAILABLE UPON REQUEST

ESTEVEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ESTEVEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESTEVEZ, WALROGEN
ADDRESS AVAILABLE UPON REQUEST

ESTEY, HILARY
ADDRESS AVAILABLE UPON REQUEST

ESTEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

ESTHER JIMENEZ
ADDRESS AVAILABLE UPON REQUEST

ESTHER LEE
ADDRESS AVAILABLE UPON REQUEST

ESTHER OGBUOKIRI
ADDRESS AVAILABLE UPON REQUEST

ESTHER, JANOUSKI,
ADDRESS AVAILABLE UPON REQUEST

ESTHER, MARIA
ADDRESS AVAILABLE UPON REQUEST

ESTIENNE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ESTIMA ALMEIDA, LIA
ADDRESS AVAILABLE UPON REQUEST

ESTIME, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

ESTIME, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ESTIME, SARAH
ADDRESS AVAILABLE UPON REQUEST

ESTLOW, LAINIE
ADDRESS AVAILABLE UPON REQUEST

ESTOCK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ESTOESTA, IRMA
ADDRESS AVAILABLE UPON REQUEST

ESTOK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ESTOK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, BEA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, DEMITRIA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, FRANCISCO F
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, KAALA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, KARLA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, PABLO
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, PAOLO
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, SHURRICE
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, SOLELIL
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, SUGEILY
ADDRESS AVAILABLE UPON REQUEST

ESTRADA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ESTRELLA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ESTRELLA, BALDEMAR
ADDRESS AVAILABLE UPON REQUEST

ESTRELLA, GISELLE
ADDRESS AVAILABLE UPON REQUEST

ESTRELLA, PAULA
ADDRESS AVAILABLE UPON REQUEST

ESTRELLA, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

ESTRIDGE, KAREN
ADDRESS AVAILABLE UPON REQUEST

ESTY, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

ESWAR, PRIYA
ADDRESS AVAILABLE UPON REQUEST

ESZLINGER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ETCHED IMAGES, INC
1758 INDUSTRIAL WAY, STE 101
NAPA, CA  94558

ETCHELLS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ETCHEPARE, KERRY
ADDRESS AVAILABLE UPON REQUEST

ETEHAD, AVITAL
ADDRESS AVAILABLE UPON REQUEST

ETHAN EVANS
ADDRESS AVAILABLE UPON REQUEST

ETHAN HARRISON
ADDRESS AVAILABLE UPON REQUEST

ETHAN JONES
ADDRESS AVAILABLE UPON REQUEST

ETHAN WHEELER
ADDRESS AVAILABLE UPON REQUEST

ETHAN ZALTA
ADDRESS AVAILABLE UPON REQUEST

ETHEN, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

ETHEREDGE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ETHEREDGE, COLE
ADDRESS AVAILABLE UPON REQUEST

ETHEREDGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ETHERIDGE, RUBY
ADDRESS AVAILABLE UPON REQUEST

ETHERIDGE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ETHERIDGE-MAY, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

ETHERINGTON, JEAN
ADDRESS AVAILABLE UPON REQUEST

ETHEVENIN, PIERRE
ADDRESS AVAILABLE UPON REQUEST

ETHIER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ETHRIDGE, BLAIR
ADDRESS AVAILABLE UPON REQUEST

ETHRIDGE, FLOYD
ADDRESS AVAILABLE UPON REQUEST

ETHRIDGE, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

ETHRIDGE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ETHRIDGE, TERRY
ADDRESS AVAILABLE UPON REQUEST

ETIENNE, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ETIENNE, DESTINI
ADDRESS AVAILABLE UPON REQUEST

ETIENNE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ETIENNE, VIVIANE
ADDRESS AVAILABLE UPON REQUEST

ETLING, ALANA
ADDRESS AVAILABLE UPON REQUEST

ETLING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ETLING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ETLING, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ETLINGER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ETLINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ETNIER, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

ETONIEN, LLC
222 N. SEPULVEDA BLVD. STE 1507
EL SEGUNDO, CA 90245

ETONIEN, LLC
222 NORTH PACIFIC COAST HWY SUITE 1507
EL SEGUNDO, CA 90245

E-TRADE FINANCIAL CORPORATE
SERVICES, INC.
ATTN: MANAGING ATTORNEY
3 EDISON DR
ALPHARETTA, GA 30005

E-TRADE FINANCIAL CORPORATE
SERVICES, INC.
ATTN: PRESIDENT
3 EDISON DR
ALPHARETTA, GA 30005

E-TRADE FINANCIAL CORPORATE
SERVICES, INC.
C/O CORP. TAX DEPT.
671 N. GLEBE RAOD
ARLINGTON, VA 22203

ETS LABORATORIES
899 ADAMS STREET SUITE A
SAINT HELENA, CA 94574

ETSY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

ETTELMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ETTEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ETTENSOHN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ETTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ETTERMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ETTIEN, AMAYA
ADDRESS AVAILABLE UPON REQUEST

ETTIN, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ETTLINGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ETTORE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ETTORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ETTORRE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ETUE, RYAN
ADDRESS AVAILABLE UPON REQUEST

ETZBACH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ETZEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ETZKORN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

EUBANK, LISA
ADDRESS AVAILABLE UPON REQUEST

EUBANK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

EUBANK, PATTI
ADDRESS AVAILABLE UPON REQUEST

EUBANKS, HARLIE
ADDRESS AVAILABLE UPON REQUEST

EUBANKS, KATIE
ADDRESS AVAILABLE UPON REQUEST

EUDY, AMY
ADDRESS AVAILABLE UPON REQUEST

EUDY, MARY
ADDRESS AVAILABLE UPON REQUEST

EUELL, JULIAN
ADDRESS AVAILABLE UPON REQUEST

EUGENE CLEVELAND HOLLOWAY III
ADDRESS AVAILABLE UPON REQUEST

EUGENE KALENKOVICH
ADDRESS AVAILABLE UPON REQUEST

EUGENE LUZGIN
ADDRESS AVAILABLE UPON REQUEST

EUGENE MCFADDEN
ADDRESS AVAILABLE UPON REQUEST

EUGENE PERTICONE
ADDRESS AVAILABLE UPON REQUEST

EUGENE SUEI
ADDRESS AVAILABLE UPON REQUEST

EUGENE THEODORE QUAIL
ADDRESS AVAILABLE UPON REQUEST

EUGENE, MILDRED
ADDRESS AVAILABLE UPON REQUEST

EUGENE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EUGENIA BLACKSTONE
ADDRESS AVAILABLE UPON REQUEST

EUGENIO WILLIAM TELFER
ADDRESS AVAILABLE UPON REQUEST

EUGENIO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

EUHARDY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

EUILER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EULBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EULER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

EULER, MARK
ADDRESS AVAILABLE UPON REQUEST

EULER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EULETTE, PAUL
ADDRESS AVAILABLE UPON REQUEST

EULLER, BILL
ADDRESS AVAILABLE UPON REQUEST

EURESTI, NEFTALI
ADDRESS AVAILABLE UPON REQUEST

EURILLO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EURL LOUSTAL ANNE DE JOYEUSE
41, AVENUE CHARLES DE GAULLE
LIMOUX  11300
FRANCE

EURO CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

EUROPA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

EUROPEAN ELEGANCE WOODWORK, INC
8019 HASKELL AVE  102
VAN NUYS, CA  91406

EUROVINTAGE INTERNATIONAL INC.
(RARE EARTH WINES)
1315 LAWRENCE AVENUE EAST, SUITE  408
TORONTO, ON  M3A 3R3
CANADA

EUSEBIO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

EUSTACE, ABBY
ADDRESS AVAILABLE UPON REQUEST

EUSTACE, DAVID
ADDRESS AVAILABLE UPON REQUEST

EUSTACE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

EUSTACE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

EUSTIS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

EUTING, HALEY
ADDRESS AVAILABLE UPON REQUEST

EUTSAY, ALEXZANDRIA
ADDRESS AVAILABLE UPON REQUEST

EVA, LEAL,
ADDRESS AVAILABLE UPON REQUEST

EVAN ARTHUR BERLIN
ADDRESS AVAILABLE UPON REQUEST

EVAN FEATHERSTONE
ADDRESS AVAILABLE UPON REQUEST

EVAN LITTMAN
ADDRESS AVAILABLE UPON REQUEST

EVAN SMYTH
ADDRESS AVAILABLE UPON REQUEST

EVAN SPENCE
ADDRESS AVAILABLE UPON REQUEST

EVAN WAKELIN
ADDRESS AVAILABLE UPON REQUEST

EVANCHA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EVANGELINA ESTRADA
ADDRESS AVAILABLE UPON REQUEST

EVANGELIST, MAKENZI
ADDRESS AVAILABLE UPON REQUEST

EVANGELISTA, JHANA
ADDRESS AVAILABLE UPON REQUEST

EVANGELISTA, RAMON
ADDRESS AVAILABLE UPON REQUEST

EVANGELISTA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EVANGELISTI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

EVANGELOU, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

EVANOFF, AMBER
ADDRESS AVAILABLE UPON REQUEST

EVANOFF, TONY
ADDRESS AVAILABLE UPON REQUEST

EVANOSKI, JESSIE
ADDRESS AVAILABLE UPON REQUEST

EVANS TRANSPORTATION SERVICES, INC.
21755 GATEWAY ROAD
BROOKFIELD, WI  53045

EVANS, ABBY
ADDRESS AVAILABLE UPON REQUEST

EVANS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

EVANS, AKEEM
ADDRESS AVAILABLE UPON REQUEST

EVANS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

EVANS, ALINA
ADDRESS AVAILABLE UPON REQUEST

EVANS, ALYSON
ADDRESS AVAILABLE UPON REQUEST

EVANS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

EVANS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

EVANS, AMY
ADDRESS AVAILABLE UPON REQUEST

EVANS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

EVANS, ARIADNA
ADDRESS AVAILABLE UPON REQUEST

EVANS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

EVANS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

EVANS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

EVANS, BETH
ADDRESS AVAILABLE UPON REQUEST

EVANS, BILL
ADDRESS AVAILABLE UPON REQUEST

EVANS, BILL
ADDRESS AVAILABLE UPON REQUEST

EVANS, BOB
ADDRESS AVAILABLE UPON REQUEST

EVANS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

EVANS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

EVANS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

EVANS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

EVANS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

EVANS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EVANS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EVANS, CASEY
ADDRESS AVAILABLE UPON REQUEST

EVANS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

EVANS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

EVANS, CLINT
ADDRESS AVAILABLE UPON REQUEST

EVANS, COLIN
ADDRESS AVAILABLE UPON REQUEST

EVANS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

EVANS, COLTON
ADDRESS AVAILABLE UPON REQUEST

EVANS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

EVANS, DAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, DAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, DONNA
ADDRESS AVAILABLE UPON REQUEST

EVANS, DREW
ADDRESS AVAILABLE UPON REQUEST

EVANS, EDEN
ADDRESS AVAILABLE UPON REQUEST

EVANS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

EVANS, ELISA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

EVANS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EVANS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

EVANS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EVANS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EVANS, EMILY
ADDRESS AVAILABLE UPON REQUEST

EVANS, ERIC
ADDRESS AVAILABLE UPON REQUEST

EVANS, ESME
ADDRESS AVAILABLE UPON REQUEST

EVANS, GARETH
ADDRESS AVAILABLE UPON REQUEST

EVANS, GEETA
ADDRESS AVAILABLE UPON REQUEST

EVANS, GENA
ADDRESS AVAILABLE UPON REQUEST

EVANS, GINA
ADDRESS AVAILABLE UPON REQUEST

EVANS, GWEN
ADDRESS AVAILABLE UPON REQUEST

EVANS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EVANS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

EVANS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EVANS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

EVANS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

EVANS, JAKE
ADDRESS AVAILABLE UPON REQUEST

EVANS, JEANNE
ADDRESS AVAILABLE UPON REQUEST

EVANS, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EVANS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EVANS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EVANS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EVANS, JENNY
ADDRESS AVAILABLE UPON REQUEST

EVANS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

EVANS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

EVANS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EVANS, JOEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, JOHN
ADDRESS AVAILABLE UPON REQUEST

EVANS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, JORDYN
ADDRESS AVAILABLE UPON REQUEST

EVANS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

EVANS, JUANITA
ADDRESS AVAILABLE UPON REQUEST

EVANS, JUDY
ADDRESS AVAILABLE UPON REQUEST

EVANS, JULIAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, JULIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KAREN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KAREN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATHY
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, KATLYN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KELLY
ADDRESS AVAILABLE UPON REQUEST

EVANS, KELLY
ADDRESS AVAILABLE UPON REQUEST

EVANS, KIARA
ADDRESS AVAILABLE UPON REQUEST

EVANS, KIM
ADDRESS AVAILABLE UPON REQUEST

EVANS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EVANS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

EVANS, KIPTORI
ADDRESS AVAILABLE UPON REQUEST

EVANS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

EVANS, KRISTLE
ADDRESS AVAILABLE UPON REQUEST

EVANS, KYLA
ADDRESS AVAILABLE UPON REQUEST

EVANS, LA RONDA
ADDRESS AVAILABLE UPON REQUEST

EVANS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EVANS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

EVANS, LES
ADDRESS AVAILABLE UPON REQUEST

EVANS, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, LISA
ADDRESS AVAILABLE UPON REQUEST

EVANS, LISA
ADDRESS AVAILABLE UPON REQUEST

EVANS, LISA
ADDRESS AVAILABLE UPON REQUEST

EVANS, LOURDES
ADDRESS AVAILABLE UPON REQUEST

EVANS, LUCIA
ADDRESS AVAILABLE UPON REQUEST

EVANS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

EVANS, MAHALIA
ADDRESS AVAILABLE UPON REQUEST

EVANS, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

EVANS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

EVANS, MARK
ADDRESS AVAILABLE UPON REQUEST

EVANS, MARY
ADDRESS AVAILABLE UPON REQUEST

EVANS, MATT
ADDRESS AVAILABLE UPON REQUEST

EVANS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

EVANS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

EVANS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

EVANS, MISAE
ADDRESS AVAILABLE UPON REQUEST

EVANS, MISHA
ADDRESS AVAILABLE UPON REQUEST

EVANS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, NAOMI
ADDRESS AVAILABLE UPON REQUEST

EVANS, NICK
ADDRESS AVAILABLE UPON REQUEST

EVANS, OLGA
ADDRESS AVAILABLE UPON REQUEST

EVANS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

EVANS, PAUL
ADDRESS AVAILABLE UPON REQUEST

EVANS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EVANS, RALAYA
ADDRESS AVAILABLE UPON REQUEST

EVANS, RALPH
ADDRESS AVAILABLE UPON REQUEST

EVANS, REJEAN
ADDRESS AVAILABLE UPON REQUEST

EVANS, RICK
ADDRESS AVAILABLE UPON REQUEST

EVANS, RUTH
ADDRESS AVAILABLE UPON REQUEST

EVANS, SAM
ADDRESS AVAILABLE UPON REQUEST

EVANS, SAM
ADDRESS AVAILABLE UPON REQUEST

EVANS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

EVANS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EVANS, SARAH
ADDRESS AVAILABLE UPON REQUEST

EVANS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

EVANS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

EVANS, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

EVANS, TABITHA
ADDRESS AVAILABLE UPON REQUEST

EVANS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

EVANS, TIARA
ADDRESS AVAILABLE UPON REQUEST

EVANS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

EVANS, TONIA
ADDRESS AVAILABLE UPON REQUEST

EVANS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

EVANS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

EVANS, TYLER
ADDRESS AVAILABLE UPON REQUEST

EVANS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EVANS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EVANS, ZACH
ADDRESS AVAILABLE UPON REQUEST

EVANSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EVARD, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

EVARISTO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

EVARISTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

EVASHENK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

EVATZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

EVELAND, BETSY
ADDRESS AVAILABLE UPON REQUEST

EVELAND, ROBIN
ADDRESS AVAILABLE UPON REQUEST

EVELER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

EVELYN TERAN
ADDRESS AVAILABLE UPON REQUEST

EVELYN VALDE
ADDRESS AVAILABLE UPON REQUEST

EVEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EVENHUIS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

EVENSKY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

EVENSKY, JOSH
ADDRESS AVAILABLE UPON REQUEST

EVENSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

EVENSON, HALLY
ADDRESS AVAILABLE UPON REQUEST

EVENSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

EVENSON, JILL
ADDRESS AVAILABLE UPON REQUEST

EVENSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EVENSON, NICHOLA
ADDRESS AVAILABLE UPON REQUEST

EVENSON, SARA
ADDRESS AVAILABLE UPON REQUEST

EVENSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

EVENT INSURANCE
ADDRESS UNAVAILABLE AT TIME OF FILING

EVENTBRITE
ADDRESS UNAVAILABLE AT TIME OF FILING

EVENTCORE
ADDRESS UNAVAILABLE AT TIME OF FILING

EVENTPLICITY INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

EVENTS, ALICORN
ADDRESS AVAILABLE UPON REQUEST

EVERDING, DEB
ADDRESS AVAILABLE UPON REQUEST

EVEREST, GENE
ADDRESS AVAILABLE UPON REQUEST

EVERETT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

EVERETT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

EVERETT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

EVERETT, BRYAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

EVERETT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

EVERETT, CASEY
ADDRESS AVAILABLE UPON REQUEST

EVERETT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

EVERETT, EMILY
ADDRESS AVAILABLE UPON REQUEST

EVERETT, ERIN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JENNA
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JERROD
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JEZLAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, LINDA
ADDRESS AVAILABLE UPON REQUEST

EVERETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, PATRICK
ADDRESS AVAILABLE UPON REQUEST

EVERETT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EVERETT, ROSE
ADDRESS AVAILABLE UPON REQUEST

EVERETT, RYAN
ADDRESS AVAILABLE UPON REQUEST

EVERETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

EVERETT, TANYA
ADDRESS AVAILABLE UPON REQUEST

EVERETT, TRACEY
ADDRESS AVAILABLE UPON REQUEST

EVERETT, TRICIA
ADDRESS AVAILABLE UPON REQUEST

EVERETTE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

EVERETTE, JESSE
ADDRESS AVAILABLE UPON REQUEST

EVERHART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EVERHART, LISA
ADDRESS AVAILABLE UPON REQUEST

EVERHART, NATHAN
ADDRESS AVAILABLE UPON REQUEST

EVERHART, RYANN
ADDRESS AVAILABLE UPON REQUEST

EVERHART, SHAWN
ADDRESS AVAILABLE UPON REQUEST

EVERHART, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EVERHEARDT, NANCY
ADDRESS AVAILABLE UPON REQUEST

EVERIDGE, JULIE
ADDRESS AVAILABLE UPON REQUEST

EVERIST, NICK
ADDRESS AVAILABLE UPON REQUEST

EVERITT, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

EVERITT, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

EVERITT-PAYNE, MARLENE
ADDRESS AVAILABLE UPON REQUEST

EVERLY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

EVERS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

EVERS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

EVERS, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

EVERS, PAT
ADDRESS AVAILABLE UPON REQUEST

EVERS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

EVERS, STACY
ADDRESS AVAILABLE UPON REQUEST

EVERS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

EVERS, WENDY
ADDRESS AVAILABLE UPON REQUEST

EVERSMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

EVERSMAN, THERESE
ADDRESS AVAILABLE UPON REQUEST

EVERSOLE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

EVERSOLL, MIKE
ADDRESS AVAILABLE UPON REQUEST

EVERSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

EVERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

EVERSON, FRANCES
ADDRESS AVAILABLE UPON REQUEST

EVERSON, KARI
ADDRESS AVAILABLE UPON REQUEST

EVERSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

EVERTSBERG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EVERTSEN, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

EVERTZ, MISHA
ADDRESS AVAILABLE UPON REQUEST

EVERY, WENDY
ADDRESS AVAILABLE UPON REQUEST

EVESLAGE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

EVGENIYA IVANITSKAYA
ADDRESS AVAILABLE UPON REQUEST

EVGIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

EVINS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

EVITA, DIAMOND
ADDRESS AVAILABLE UPON REQUEST

EVITE, INC.
600 WILSHIRE BLVD SUITE 400
LOS ANGELES, CA 90017

EVOLA, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

EVOLUTION SERVICE CORPORATION
4265 MILDRED AVENUE
LOS ANGELES, CA 90066

EVON, SARAH
ADDRESS AVAILABLE UPON REQUEST

EVOY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

EVOY, SAM
ADDRESS AVAILABLE UPON REQUEST

EVVIA
ADDRESS UNAVAILABLE AT TIME OF FILING

EWALD, CHARLES
ADDRESS AVAILABLE UPON REQUEST

EWALD, GENNESSA
ADDRESS AVAILABLE UPON REQUEST

EWALD, JACKIE
ADDRESS AVAILABLE UPON REQUEST

EWALD, KRIS
ADDRESS AVAILABLE UPON REQUEST

EWALD, MARCY
ADDRESS AVAILABLE UPON REQUEST

EWALD, MARIE
ADDRESS AVAILABLE UPON REQUEST

EWALD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EWALD, SARAH
ADDRESS AVAILABLE UPON REQUEST

EWANOWSKI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

EWANYK, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

EWASKO, MARIE
ADDRESS AVAILABLE UPON REQUEST

EWELL, KARLA
ADDRESS AVAILABLE UPON REQUEST

EWEN, JAN
ADDRESS AVAILABLE UPON REQUEST

EWER, MAIA
ADDRESS AVAILABLE UPON REQUEST

EWER, RAYNA
ADDRESS AVAILABLE UPON REQUEST

EWERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EWERT, DONNA
ADDRESS AVAILABLE UPON REQUEST

EWERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

EWERT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

EWING, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

EWING, ALLISON
ADDRESS AVAILABLE UPON REQUEST

EWING, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

EWING, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

EWING, BRANDI
ADDRESS AVAILABLE UPON REQUEST

EWING, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

EWING, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

EWING, CLOTHILDE
ADDRESS AVAILABLE UPON REQUEST

EWING, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

EWING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

EWING, JUDITH
ADDRESS AVAILABLE UPON REQUEST

EWING, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

EWING, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

EWING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

EWING, KAYLA
ADDRESS AVAILABLE UPON REQUEST

EWING, LESLI
ADDRESS AVAILABLE UPON REQUEST

EWING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

EWING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

EWING, PARKER
ADDRESS AVAILABLE UPON REQUEST

EWING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EWING, RYAN
ADDRESS AVAILABLE UPON REQUEST

EWING, SAM
ADDRESS AVAILABLE UPON REQUEST

EWING, SARAH
ADDRESS AVAILABLE UPON REQUEST

EWING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

EWING, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

EXACTEQUITY
C/O WELLS FARGO BANK LOCK BOX 417
PO BOX 8500
PHILADELPHIA, PA  19178-0700

EXACTEQUITY
THE NADAQ PRIVATE MARKET LLC
ONE LIBERTY PLAZA-49FL
NEW YORK, NY  10006

EXANTUS, FABIENNE
ADDRESS AVAILABLE UPON REQUEST

EXANTUS, KESHIA
ADDRESS AVAILABLE UPON REQUEST

EXCEL IT PARTNERS LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

EXCEL OFFICE SERVICES
12031 JEFFERSON BLVD
CULVER CITY, CA  90230

EXCENTUS CORPORATION (FUELREWARDS)
14241 DALLAS PARKWAY SUITE  400
DALLAS, TX  75254

EXDO EVENT CENTER
ADDRESS UNAVAILABLE AT TIME OF FILING

EXELBY, COLIN
ADDRESS AVAILABLE UPON REQUEST

EXILUS, JESSE
ADDRESS AVAILABLE UPON REQUEST

EXINOR SR., JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

EXLINE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

EXNER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

EXPEDIA
ADDRESS UNAVAILABLE AT TIME OF FILING

EXPEDITORS CARGO INSURANCE
BROKERS, INC.
1015 THIRD AVE 12TH FLOOR
SEATTLE, WA  98104

EXPEDITORS INTL
12200 WILKIE AVE., STE 100
HAWTHORNE, CA  90250

EXPEDITORS INTL
5757 W CENTURY BLVD. STE 200
LOS ANGELES, CA  90045

EXPENSIFY, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

EXPERIAN
ADDRESS UNAVAILABLE AT TIME OF FILING

EXPERT SURFACE SOLUTIONS
1275 CEDAR ST
ARROYO GRANDE, CA  93420

EXPOSITO, PATTI
ADDRESS AVAILABLE UPON REQUEST

EXTEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

EXTENDED STAY
ADDRESS UNAVAILABLE AT TIME OF FILING

EXTRA SPACE STORAGE
401 FAMEL RD
SANTA MARIA, CA  93458

EXUM, ABRIANNA
ADDRESS AVAILABLE UPON REQUEST

EXXON MOBIL
ADDRESS UNAVAILABLE AT TIME OF FILING

EYANSON, ROY
ADDRESS AVAILABLE UPON REQUEST

EYEN, MEGDALEN
ADDRESS AVAILABLE UPON REQUEST

EYES, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

EYKE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

EYLER, KACIE
ADDRESS AVAILABLE UPON REQUEST

EYLER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

EYLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

EYLES, CUSTER
ADDRESS AVAILABLE UPON REQUEST

EYMAN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

EYRE, DIANA
ADDRESS AVAILABLE UPON REQUEST

EYRES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

EYSSELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

EYSTAD, NYKOL
ADDRESS AVAILABLE UPON REQUEST

EYSTER, AVERY
ADDRESS AVAILABLE UPON REQUEST

EYTALIS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

EYZAGUIRRE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

EZALDEIN, HANA
ADDRESS AVAILABLE UPON REQUEST

EZEKIEL SUMNER SANSING
ADDRESS AVAILABLE UPON REQUEST

EZELL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

EZELL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

EZELL, MELVIN
ADDRESS AVAILABLE UPON REQUEST

EZELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

EZELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

EZERNACK, JANEL
ADDRESS AVAILABLE UPON REQUEST

EZIAKONWA, PEACE
ADDRESS AVAILABLE UPON REQUEST

EZIGBO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

EZRA ERNEST
ADDRESS AVAILABLE UPON REQUEST

EZRA, LISA
ADDRESS AVAILABLE UPON REQUEST

EZZELL, JILL
ADDRESS AVAILABLE UPON REQUEST

EZZELL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

EZZO, ERIN
ADDRESS AVAILABLE UPON REQUEST

EZZO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

F EVANGELIST, TIFANI
ADDRESS AVAILABLE UPON REQUEST

F GARZA, SHALEE
ADDRESS AVAILABLE UPON REQUEST

F MYERS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

F, CHRISTIANNA
ADDRESS AVAILABLE UPON REQUEST

F, CLEOPATRA
ADDRESS AVAILABLE UPON REQUEST

F, DAVE
ADDRESS AVAILABLE UPON REQUEST

F, JASON
ADDRESS AVAILABLE UPON REQUEST

F, LAUREN
ADDRESS AVAILABLE UPON REQUEST

F, NATALIE
ADDRESS AVAILABLE UPON REQUEST

F. BEAU LAC, KEITH
ADDRESS AVAILABLE UPON REQUEST

F. MCGOWAN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

F. SHIMMIN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

F., FRANK
ADDRESS AVAILABLE UPON REQUEST

FAAS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

FABBI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FABBRI, GARY
ADDRESS AVAILABLE UPON REQUEST

FABBRI, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FABBRICANTE, GINA
ADDRESS AVAILABLE UPON REQUEST

FABBRIS, GILBERTO
ADDRESS AVAILABLE UPON REQUEST

FABELA, ALEX
ADDRESS AVAILABLE UPON REQUEST

FABENS-LASSEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FABER, BETH ANN
ADDRESS AVAILABLE UPON REQUEST

FABER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FABER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FABER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FABER, JADE
ADDRESS AVAILABLE UPON REQUEST

FABER, JOEL
ADDRESS AVAILABLE UPON REQUEST

FABER, LEORE
ADDRESS AVAILABLE UPON REQUEST

FABER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FABER, PAUL
ADDRESS AVAILABLE UPON REQUEST

FABER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FABER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FABIAN PROPPER
ADDRESS AVAILABLE UPON REQUEST

FABIAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FABIAN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

FABIAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FABIAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

FABIAN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FABIANSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

FABICK, RYAN
ADDRESS AVAILABLE UPON REQUEST

FABII, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

FABIO HIDEAKI MATSUMOTO
ADDRESS AVAILABLE UPON REQUEST

FABIO JAIME
ADDRESS AVAILABLE UPON REQUEST

FABIOLA CHARLES
ADDRESS AVAILABLE UPON REQUEST

FABIOLA GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

FABLETICS
ADDRESS UNAVAILABLE AT TIME OF FILING

FABRIC, KARLI
ADDRESS AVAILABLE UPON REQUEST

FABRICATORE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FABRICIUS, KERRY
ADDRESS AVAILABLE UPON REQUEST

FABRIZIO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FABRIZIO, JANET
ADDRESS AVAILABLE UPON REQUEST

FABRIZIO, LARRY
ADDRESS AVAILABLE UPON REQUEST

FABRIZIO, SARA
ADDRESS AVAILABLE UPON REQUEST

FACADA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

FACCHINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FACCHINO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FACCIO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FACCIOBENE, DARICCA
ADDRESS AVAILABLE UPON REQUEST

FACCIOLA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FACEBK HVAA EBA
ADDRESS UNAVAILABLE AT TIME OF FILING

FACEBK ZU A
ADDRESS UNAVAILABLE AT TIME OF FILING

FACH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FACILITY FEES
ADDRESS UNAVAILABLE AT TIME OF FILING

FACIO-HEINEMAN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

FACKEL-DARROW, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FACKENTHALL, JON
ADDRESS AVAILABLE UPON REQUEST

FACTOR, JACOB
ADDRESS AVAILABLE UPON REQUEST

FACTORYOUTLETSTORE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

FADAEE, SHADI
ADDRESS AVAILABLE UPON REQUEST

FADELEY, RICKY
ADDRESS AVAILABLE UPON REQUEST

FADER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

FADER, TATIANA
ADDRESS AVAILABLE UPON REQUEST

FADI GHALI
ADDRESS AVAILABLE UPON REQUEST

FADKE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FADUS, LORYN
ADDRESS AVAILABLE UPON REQUEST

FADZAI NHAMBURO
ADDRESS AVAILABLE UPON REQUEST

FAE, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

FAERBER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FAETT, MONICA
ADDRESS AVAILABLE UPON REQUEST

FAFEJTA, ERIC
ADDRESS AVAILABLE UPON REQUEST

FAFOGLIA, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

FAFORD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FAGAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

FAGAN, BRE
ADDRESS AVAILABLE UPON REQUEST

FAGAN, BRETT
ADDRESS AVAILABLE UPON REQUEST

FAGAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FAGAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

FAGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAGAN, KATE
ADDRESS AVAILABLE UPON REQUEST

FAGAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FAGAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FAGAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, SASKIA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FAGAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

FAGAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FAGAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

FAGAN, WANDA
ADDRESS AVAILABLE UPON REQUEST

FAGANELLO, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

FAGBEMI, BAMIDELE
ADDRESS AVAILABLE UPON REQUEST

FAGEN, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

FAGERHOLT, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FAGERLAND, MARIA
ADDRESS AVAILABLE UPON REQUEST

FAGIANIS AT THE
ADDRESS UNAVAILABLE AT TIME OF FILING

FAGLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FAGNANO, KYLIE
ADDRESS AVAILABLE UPON REQUEST

FAGOT, ANN-MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FAGUNDES, EVAN
ADDRESS AVAILABLE UPON REQUEST

FAGUNDES, FELIPE
ADDRESS AVAILABLE UPON REQUEST

FAHERTY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FAHERTY, KATE
ADDRESS AVAILABLE UPON REQUEST

FAHEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FAHEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

FAHEY, GREG
ADDRESS AVAILABLE UPON REQUEST

FAHEY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FAHEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FAHEY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

FAHEY, LIA
ADDRESS AVAILABLE UPON REQUEST

FAHEY, PERRY
ADDRESS AVAILABLE UPON REQUEST

FAHIE, JAMIRA
ADDRESS AVAILABLE UPON REQUEST

FAHL, MARLA
ADDRESS AVAILABLE UPON REQUEST

FAHL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FAHL, WENDY
ADDRESS AVAILABLE UPON REQUEST

FAHLE, STEVIE
ADDRESS AVAILABLE UPON REQUEST

FAHLGREN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

FAHMI, ERIC
ADDRESS AVAILABLE UPON REQUEST

FAHMY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FAHNBULLEH, MAIMA
ADDRESS AVAILABLE UPON REQUEST

FAHNER, JOLLEEN
ADDRESS AVAILABLE UPON REQUEST

FAHNING, TIM
ADDRESS AVAILABLE UPON REQUEST

FAHRENKOPF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FAHRION, ALEX
ADDRESS AVAILABLE UPON REQUEST

FAHY, MARY
ADDRESS AVAILABLE UPON REQUEST

FAIELLA, JULIA
ADDRESS AVAILABLE UPON REQUEST

FAIELLA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

FAILES, CALEB
ADDRESS AVAILABLE UPON REQUEST

FAILLACE, SAM
ADDRESS AVAILABLE UPON REQUEST

FAILLE, BRIGET
ADDRESS AVAILABLE UPON REQUEST

FAILLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FAILS, CLAY
ADDRESS AVAILABLE UPON REQUEST

FAILY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FAIN, BEE
ADDRESS AVAILABLE UPON REQUEST

FAIN, CATHY
ADDRESS AVAILABLE UPON REQUEST

FAIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FAIN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

FAIOLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

FAIR, ERICA
ADDRESS AVAILABLE UPON REQUEST

FAIR, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FAIR, JAMES
ADDRESS AVAILABLE UPON REQUEST

FAIR, JANET
ADDRESS AVAILABLE UPON REQUEST

FAIR, KELLY
ADDRESS AVAILABLE UPON REQUEST

FAIR, SARA
ADDRESS AVAILABLE UPON REQUEST

FAIR, SHELLY
ADDRESS AVAILABLE UPON REQUEST

FAIR, TOSHA
ADDRESS AVAILABLE UPON REQUEST

FAIRAIZL, JORDYN
ADDRESS AVAILABLE UPON REQUEST

FAIRBAIRN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FAIRBANK, DAVID
ADDRESS AVAILABLE UPON REQUEST

FAIRBANK, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

FAIRBANKS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

FAIRBEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FAIRBROTHER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FAIRCHILD, ALEX
ADDRESS AVAILABLE UPON REQUEST

FAIRCHILD, AMY
ADDRESS AVAILABLE UPON REQUEST

FAIRCHILD, LINDA
ADDRESS AVAILABLE UPON REQUEST

FAIRCHILD, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FAIRCLOTH, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

FAIRCLOTH, CARSON
ADDRESS AVAILABLE UPON REQUEST

FAIRCLOTH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FAIRCLOTH, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FAIRCLOTH, TROY
ADDRESS AVAILABLE UPON REQUEST

FAIRES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FAIRFAX, BRIA
ADDRESS AVAILABLE UPON REQUEST

FAIRFAX, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FAIRFIELD, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FAIRFIELD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FAIRFIELD, SARAH
ADDRESS AVAILABLE UPON REQUEST

FAIRHURST, MADISON
ADDRESS AVAILABLE UPON REQUEST

FAIRLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

FAIRLEY, MIMI
ADDRESS AVAILABLE UPON REQUEST

FAIRLEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FAIRLEY, TONYA
ADDRESS AVAILABLE UPON REQUEST

FAIRMAN, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

FAIRMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FAIRMAN, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

FAIRMONT MIRAMAR HOTEL & BUNGALOWS
101 WILSHIRE BOULEVARD
SANTA MONICA, CA  90401

FAIRMONTMIRAMARHOTELANDBUNGALOWS
101 WILSHIRE BLVD
SANTA MONICA, CA  90401

FAIRNOT, RONALD
ADDRESS AVAILABLE UPON REQUEST

FAISON, ANN
ADDRESS AVAILABLE UPON REQUEST

FAISON, CRISS
ADDRESS AVAILABLE UPON REQUEST

FAISON, ELON
ADDRESS AVAILABLE UPON REQUEST

FAIT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FAITH HUNT
ADDRESS AVAILABLE UPON REQUEST

FAITH MILLER
ADDRESS AVAILABLE UPON REQUEST

FAITH, ALISHA
ADDRESS AVAILABLE UPON REQUEST

FAITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FAITH, JUDY
ADDRESS AVAILABLE UPON REQUEST

FAITH, NICKLAUS
ADDRESS AVAILABLE UPON REQUEST

FAITH, UTAHNA
ADDRESS AVAILABLE UPON REQUEST

FAIVRE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FAIZ, TIMA
ADDRESS AVAILABLE UPON REQUEST

FAJANS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, DELINA
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, JAMES
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FAJARDO, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

FAJARDO-MARTINEZ, ELICEO
ADDRESS AVAILABLE UPON REQUEST

FAJIRAM, JOSH
ADDRESS AVAILABLE UPON REQUEST

FAKAHANY, SAMANTAH F.
ADDRESS AVAILABLE UPON REQUEST

FAKELMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FAKHRI, SAHAR
ADDRESS AVAILABLE UPON REQUEST

FALABELLA, KAYE
ADDRESS AVAILABLE UPON REQUEST

FALABELLA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FALANDYS, THERESA
ADDRESS AVAILABLE UPON REQUEST

FALARO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FALBAUM, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

FALBER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FALBORN, JESS
ADDRESS AVAILABLE UPON REQUEST

FALCARO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FALCHECK, ADAM
ADDRESS AVAILABLE UPON REQUEST

FALCHI, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

FALCICCHIO, JANICE
ADDRESS AVAILABLE UPON REQUEST

FALCO, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

FALCON, JENNA
ADDRESS AVAILABLE UPON REQUEST

FALCON, JOHANA
ADDRESS AVAILABLE UPON REQUEST

FALCON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FALCONE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FALCONE, DR. ALBERT
ADDRESS AVAILABLE UPON REQUEST

FALCONE, GINA
ADDRESS AVAILABLE UPON REQUEST

FALCONE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FALCONE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FALCONE, JESSE
ADDRESS AVAILABLE UPON REQUEST

FALCONE, JODY
ADDRESS AVAILABLE UPON REQUEST

FALCONE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

FALCONE, MARINA
ADDRESS AVAILABLE UPON REQUEST

FALCONE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

FALCONER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FALCONER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FALCONER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FALCONER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FALCONER, SHELLY
ADDRESS AVAILABLE UPON REQUEST

FALCONI, GREGORY
ADDRESS AVAILABLE UPON REQUEST

FALDOWSKI, MIKE
ADDRESS AVAILABLE UPON REQUEST

FALE, SURAJ
ADDRESS AVAILABLE UPON REQUEST

FALEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FALENSCHEK, ALISON
ADDRESS AVAILABLE UPON REQUEST

FALESE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FALETTO, JENNY
ADDRESS AVAILABLE UPON REQUEST

FALEY, GLORIA
ADDRESS AVAILABLE UPON REQUEST

FALGIANO, LINDA
ADDRESS AVAILABLE UPON REQUEST

FALGOUST, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FALGOUT, HALEY
ADDRESS AVAILABLE UPON REQUEST

FALGOUT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FALIK, ODED
ADDRESS AVAILABLE UPON REQUEST

FALIPOU-KARKARI, SYLVAIN
ADDRESS AVAILABLE UPON REQUEST

FALIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

FALISI, KELLEY
ADDRESS AVAILABLE UPON REQUEST

FALIVENE, MADELYN
ADDRESS AVAILABLE UPON REQUEST

FALK, BRIANA
ADDRESS AVAILABLE UPON REQUEST

FALK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FALK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FALK, DAYLE
ADDRESS AVAILABLE UPON REQUEST

FALK, JANE
ADDRESS AVAILABLE UPON REQUEST

FALK, MICHELENE
ADDRESS AVAILABLE UPON REQUEST

FALK, SHERRY
ADDRESS AVAILABLE UPON REQUEST

FALKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

FALKE, SARA
ADDRESS AVAILABLE UPON REQUEST

FALKENBERG, BETH
ADDRESS AVAILABLE UPON REQUEST

FALKENBERG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FALKENBERG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FALKENSTEIN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

FALKENSTEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

FALKENSTERN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FALKNER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

FALKNER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FALKNER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FALKNER, LORA
ADDRESS AVAILABLE UPON REQUEST

FALKNOR, JODI
ADDRESS AVAILABLE UPON REQUEST

FALKNOR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FALKOF, PHILIP
ADDRESS AVAILABLE UPON REQUEST

FALKOWSKI, THEODORE
ADDRESS AVAILABLE UPON REQUEST

FALKSEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FALKSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FALL, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

FALLA, CATALINA
ADDRESS AVAILABLE UPON REQUEST

FALLAH, SAHAR
ADDRESS AVAILABLE UPON REQUEST

FALLAH, SIAH
ADDRESS AVAILABLE UPON REQUEST

FALLAHI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FALLAHI, NASIM
ADDRESS AVAILABLE UPON REQUEST

FALLAVOLLITA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FALLEN II, SMYTHER
ADDRESS AVAILABLE UPON REQUEST

FALLER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FALLERONI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FALLET, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FALLIN, MATT
ADDRESS AVAILABLE UPON REQUEST

FALLIN, REGINALD
ADDRESS AVAILABLE UPON REQUEST

FALLIS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FALLLS, KESHAWNA
ADDRESS AVAILABLE UPON REQUEST

FALLON, ALISON
ADDRESS AVAILABLE UPON REQUEST

FALLON, BRENNAH
ADDRESS AVAILABLE UPON REQUEST

FALLON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FALLON, DEBORA
ADDRESS AVAILABLE UPON REQUEST

FALLON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FALLON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FALLON, ERIN
ADDRESS AVAILABLE UPON REQUEST

FALLON, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

FALLON, JAIME
ADDRESS AVAILABLE UPON REQUEST

FALLON, JESSI
ADDRESS AVAILABLE UPON REQUEST

FALLON, JILL
ADDRESS AVAILABLE UPON REQUEST

FALLON, KELLY
ADDRESS AVAILABLE UPON REQUEST

FALLON, KELLY
ADDRESS AVAILABLE UPON REQUEST

FALLON, KERRY
ADDRESS AVAILABLE UPON REQUEST

FALLON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FALLON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FALLON, KILEY
ADDRESS AVAILABLE UPON REQUEST

FALLON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FALLON, LIZ
ADDRESS AVAILABLE UPON REQUEST

FALLON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FALLON, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

FALLON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FALLONA, MARK
ADDRESS AVAILABLE UPON REQUEST

FALLONE OTTO, BONNIE
ADDRESS AVAILABLE UPON REQUEST

FALLOWS, MARK
ADDRESS AVAILABLE UPON REQUEST

FALLS, ASHARHRI
ADDRESS AVAILABLE UPON REQUEST

FALLS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FALLS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FALLS, CLAY
ADDRESS AVAILABLE UPON REQUEST

FALOCCO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FALOON, AIDAN
ADDRESS AVAILABLE UPON REQUEST

FALOON, ARLEN
ADDRESS AVAILABLE UPON REQUEST

FALOON, DANE
ADDRESS AVAILABLE UPON REQUEST

FALOTICO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FALQUEZ, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

FALSETTI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FALSEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FALTAS, JULI
ADDRESS AVAILABLE UPON REQUEST

FALTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FALTERMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

FALUDI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FALVEY INSURANCE GROUP
ATTN ROBERT FALVEY, GENERAL COUNSEL
66 WHITECAP DR
NORTH KINGSTON, RI  02852

FALVEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FALVEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FALVEY, WILL
ADDRESS AVAILABLE UPON REQUEST

FALVO, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

FALZON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FALZONE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FALZONE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FAM, COLOMBO
ADDRESS AVAILABLE UPON REQUEST

FAMA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

FAMA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FAMA, KATYE
ADDRESS AVAILABLE UPON REQUEST

FAMEBIT.COM
1447 2ND STREET SUITE 200
SANTA MONICA, CA  90401

FAMEPICK, INC.
1250 BORREGAS AVENUE
SUNNYVALE, CA  94089

FAMERA, BRIENNE
ADDRESS AVAILABLE UPON REQUEST

FAMIGLIETTI, DONNA
ADDRESS AVAILABLE UPON REQUEST

FAMILARA, JARUWAN
ADDRESS AVAILABLE UPON REQUEST

FAMILLE CHAUDIERE
1365 B ROUTE DE FLASSAN 84570
MORMOIRON
FRANCE

FAMILLE CHAUDIERE
1365 B ROUTE DE FLASSAN
MORMOIRON  84570
FRANCE

FAMILY MART
ADDRESS UNAVAILABLE AT TIME OF FILING

FAMILY OFFICE NETWORKS, INC.
135 W. 41ST ST FLOOR 5
NEW YORK, NY  10036

FAMILY, THE DE CHABERT
ADDRESS AVAILABLE UPON REQUEST

FAMILY, THE KETCHAM
ADDRESS AVAILABLE UPON REQUEST

FAMILY, THE QUINN
ADDRESS AVAILABLE UPON REQUEST

FAMOSO, LAURA
ADDRESS AVAILABLE UPON REQUEST

FAMULARO, MARIA
ADDRESS AVAILABLE UPON REQUEST

FAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FAN, HELEN
ADDRESS AVAILABLE UPON REQUEST

FAN, HUI
ADDRESS AVAILABLE UPON REQUEST

FAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAN, MEIQING
ADDRESS AVAILABLE UPON REQUEST

FAN, RANDALL
ADDRESS AVAILABLE UPON REQUEST

FAN, SHUEH
ADDRESS AVAILABLE UPON REQUEST

FAN, XINZHU
ADDRESS AVAILABLE UPON REQUEST

FAN, XUESONG
ADDRESS AVAILABLE UPON REQUEST

FAN, YUQI
ADDRESS AVAILABLE UPON REQUEST

FAN, ZHIBING
ADDRESS AVAILABLE UPON REQUEST

FANALE, DONALD
ADDRESS AVAILABLE UPON REQUEST

FANATICS RETAIL GROUP FULFILLMENT, LLC
8100 NATIONS WAY
JACKSONVILLE, FL  32256

FANCHER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

FANCHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FANCHER, MONICA
ADDRESS AVAILABLE UPON REQUEST

FANCHER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

FANDEL, AMY
ADDRESS AVAILABLE UPON REQUEST

FANDRE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FANELLI, DANNI
ADDRESS AVAILABLE UPON REQUEST

FANELLI, KAREN
ADDRESS AVAILABLE UPON REQUEST

FANELLI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FANG DIGITAL MARKETING
C/O CLINE CARROLL CLARK & BARTELL LLP
9190 IRVINE CENTER DRIVE
IRVINE, CA  92618

FANG, DAVID
ADDRESS AVAILABLE UPON REQUEST

FANG, YU HSUAN
ADDRESS AVAILABLE UPON REQUEST

FANGEL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

FANGER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FANGMAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

FANION, LEANN
ADDRESS AVAILABLE UPON REQUEST

FANKHAUSER, MARK
ADDRESS AVAILABLE UPON REQUEST

FANKUCHEN, SAM
ADDRESS AVAILABLE UPON REQUEST

FANN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FANNIE, NINA
ADDRESS AVAILABLE UPON REQUEST

FANNING, AJ
ADDRESS AVAILABLE UPON REQUEST

FANNING, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FANNING, DEVIN
ADDRESS AVAILABLE UPON REQUEST

FANNING, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FANNING, KAREN
ADDRESS AVAILABLE UPON REQUEST

FANNING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FANNING, KATI
ADDRESS AVAILABLE UPON REQUEST

FANNING, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

FANNING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FANNING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FANNING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FANNING, PORSHIA
ADDRESS AVAILABLE UPON REQUEST

FANO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FANSLAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

FANT, GREG
ADDRESS AVAILABLE UPON REQUEST

FANT, JILL
ADDRESS AVAILABLE UPON REQUEST

FANTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FANTINI, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

FANTI-PESCETTO, TRACY
ADDRESS AVAILABLE UPON REQUEST

FANTONE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

FANTUZZO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FANTZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FANUCCI, FRANK
ADDRESS AVAILABLE UPON REQUEST

FANZO, JESS
ADDRESS AVAILABLE UPON REQUEST

FARA, MOE
ADDRESS AVAILABLE UPON REQUEST

FARACE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FARACI, ROSE
ADDRESS AVAILABLE UPON REQUEST

FARAGO, JULIE
ADDRESS AVAILABLE UPON REQUEST

FARAG-WESTERMAN, DEENA
ADDRESS AVAILABLE UPON REQUEST

FARAH, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FARAH, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FARAH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FARAHAT, RAHMA
ADDRESS AVAILABLE UPON REQUEST

FARAHDEL, TINA
ADDRESS AVAILABLE UPON REQUEST

FARAHVASHI, BRENNA
ADDRESS AVAILABLE UPON REQUEST

FARAWELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FARBACHER, DAVID
ADDRESS AVAILABLE UPON REQUEST

FARBER, ALEX
ADDRESS AVAILABLE UPON REQUEST

FARBER, ANN
ADDRESS AVAILABLE UPON REQUEST

FARBER, DANA
ADDRESS AVAILABLE UPON REQUEST

FARBER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FARBER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FARBER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FARBER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FARBER, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

FARBER, RYAN
ADDRESS AVAILABLE UPON REQUEST

FARCAS, MARIUS
ADDRESS AVAILABLE UPON REQUEST

FARDIG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARELLI, CARA
ADDRESS AVAILABLE UPON REQUEST

FARELLO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FARELLO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

FARELLO, JODI
ADDRESS AVAILABLE UPON REQUEST

FARGHER, KATHY
ADDRESS AVAILABLE UPON REQUEST

FARGIS, JILL
ADDRESS AVAILABLE UPON REQUEST

FARGNOLI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FARGO, ERIN
ADDRESS AVAILABLE UPON REQUEST

FARGO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FARHANG, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

FARHAT, LORI
ADDRESS AVAILABLE UPON REQUEST

FARHAT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FARHI, ARDEN
ADDRESS AVAILABLE UPON REQUEST

FARHI, YASSINE
ADDRESS AVAILABLE UPON REQUEST

FARIAS, ELISA
ADDRESS AVAILABLE UPON REQUEST

FARIAS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FARIAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FARIES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FARIES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FARINA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FARINA, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

FARINA, DAVE
ADDRESS AVAILABLE UPON REQUEST

FARINA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FARINA, JUAN
ADDRESS AVAILABLE UPON REQUEST

FARINA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FARINA, MONICA
ADDRESS AVAILABLE UPON REQUEST

FARINA, SARAH
ADDRESS AVAILABLE UPON REQUEST

FARINAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FARINAS, RUDY
ADDRESS AVAILABLE UPON REQUEST

FARINHOLT, IDA
ADDRESS AVAILABLE UPON REQUEST

FARINO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FARINO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FARIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FARISH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FARISS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FARKAS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FARLAND, ASHELEY
ADDRESS AVAILABLE UPON REQUEST

FARLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

FARLEY, AISHA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

FARLEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, CARA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, CHELBY
ADDRESS AVAILABLE UPON REQUEST

FARLEY, DEIAH
ADDRESS AVAILABLE UPON REQUEST

FARLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FARLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FARLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

FARLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

FARLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, LAURALYNN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, LOUISA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

FARLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FARLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FARLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FARLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

FARLEY, THERESA
ADDRESS AVAILABLE UPON REQUEST

FARLEY, TIOMBE
ADDRESS AVAILABLE UPON REQUEST

FARLOW, HILARY
ADDRESS AVAILABLE UPON REQUEST

FARM FRESH TO YOU
ADDRESS UNAVAILABLE AT TIME OF FILING

FARMELO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FARMER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FARMER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FARMER, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

FARMER, DAN
ADDRESS AVAILABLE UPON REQUEST

FARMER, ERICA
ADDRESS AVAILABLE UPON REQUEST

FARMER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FARMER, J. S.
ADDRESS AVAILABLE UPON REQUEST

FARMER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FARMER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

FARMER, KELLY
ADDRESS AVAILABLE UPON REQUEST

FARMER, LETICIA
ADDRESS AVAILABLE UPON REQUEST

FARMER, MARC
ADDRESS AVAILABLE UPON REQUEST

FARMER, MEG
ADDRESS AVAILABLE UPON REQUEST

FARMER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FARMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FARMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FARMER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FARMER, SHEENA
ADDRESS AVAILABLE UPON REQUEST

FARMER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

FARMER, TANIA
ADDRESS AVAILABLE UPON REQUEST

FARMER, TRACEE
ADDRESS AVAILABLE UPON REQUEST

FARMERS BELLY
ADDRESS UNAVAILABLE AT TIME OF FILING

FARMSHOP
ADDRESS UNAVAILABLE AT TIME OF FILING

FARNACK, STEF
ADDRESS AVAILABLE UPON REQUEST

FARNAN, REMI
ADDRESS AVAILABLE UPON REQUEST

FARNEN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FARNER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

FARNES, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

FARNESE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FARNEY, LEA
ADDRESS AVAILABLE UPON REQUEST

FARNHAM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FARNHAM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FARNHAM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, ELYSE
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, HILLARY
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, MARY
ADDRESS AVAILABLE UPON REQUEST

FARNSWORTH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

FARNUM, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

FARNUM, CATHIE
ADDRESS AVAILABLE UPON REQUEST

FARNUM, CATHIE
ADDRESS AVAILABLE UPON REQUEST

FARO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FAROOQ, NOELLE
ADDRESS AVAILABLE UPON REQUEST

FAROOQI, AMNA
ADDRESS AVAILABLE UPON REQUEST

FARO-WHITE, ROLAND
ADDRESS AVAILABLE UPON REQUEST

FARO-WINKELMAN, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FARQUER, SHARON
ADDRESS AVAILABLE UPON REQUEST

FARQUHAR, LIZ
ADDRESS AVAILABLE UPON REQUEST

FARQUHAR-LEICESTER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

FARQUHARSON, KETLIE
ADDRESS AVAILABLE UPON REQUEST

FARR, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

FARR, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FARR, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

FARR, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FARR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FARR, KENDALL
ADDRESS AVAILABLE UPON REQUEST

FARR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FARR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FARR, PHILIP
ADDRESS AVAILABLE UPON REQUEST

FARR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FARR, ROB
ADDRESS AVAILABLE UPON REQUEST

FARR, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FARRALL, JOANN
ADDRESS AVAILABLE UPON REQUEST

FARRALL, JOHN
ADDRESS AVAILABLE UPON REQUEST

FARRAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FARRAND, JILL
ADDRESS AVAILABLE UPON REQUEST

FARRAND, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

FARRAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FARRAR, JADE
ADDRESS AVAILABLE UPON REQUEST

FARRAR, JOHARI
ADDRESS AVAILABLE UPON REQUEST

FARRAR, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

FARRAR, MADISON
ADDRESS AVAILABLE UPON REQUEST

FARRAR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FARRAYE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARRELL DISTRIBUTING - VERMONT
5 HOLMES ROAD SOUTH
BURLINGTON, VT 05403

FARRELL DISTRIBUTING CORPORATION
5 HOLMES ROAD SOUTH
BURLINGTON, VT 05403

FARRELL TWYLA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ALIE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ANDY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, APRIL
ADDRESS AVAILABLE UPON REQUEST

FARRELL, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, COLIN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

FARRELL, DENISE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, DILLON
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ELSA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KERRY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FARRELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, LORI
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MIKE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MOIRA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, PAUL
ADDRESS AVAILABLE UPON REQUEST

FARRELL, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, PETER
ADDRESS AVAILABLE UPON REQUEST

FARRELL, RONNA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, SEAN
ADDRESS AVAILABLE UPON REQUEST

FARRELL, SEELEY
ADDRESS AVAILABLE UPON REQUEST

FARRELL, SHANE
ADDRESS AVAILABLE UPON REQUEST

FARRELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FARRELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

FARRELL, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

FARRELLY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FARRELLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FARRELLY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FARREN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

FARRER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FARRIER, JOMO
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, EAMONN
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, PENNI
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, QADIRA
ADDRESS AVAILABLE UPON REQUEST

FARRINGTON, VINNETTE
ADDRESS AVAILABLE UPON REQUEST

FARRIS, ADAM
ADDRESS AVAILABLE UPON REQUEST

FARRIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FARRIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

FARRIS, GRACE
ADDRESS AVAILABLE UPON REQUEST

FARRIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

FARRIS, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

FARRIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FARRIS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FARRIS, MAY
ADDRESS AVAILABLE UPON REQUEST

FARRIS, PJ
ADDRESS AVAILABLE UPON REQUEST

FARRIS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FARRIS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FARRIS, WYATT
ADDRESS AVAILABLE UPON REQUEST

FARRISON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FARRON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FARROW, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FARROW, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FARROW, DARCIE
ADDRESS AVAILABLE UPON REQUEST

FARROW, DARCIE
ADDRESS AVAILABLE UPON REQUEST

FARROW, DAVID
ADDRESS AVAILABLE UPON REQUEST

FARROW, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

FARROW, LORI
ADDRESS AVAILABLE UPON REQUEST

FARROW, NATE
ADDRESS AVAILABLE UPON REQUEST

FARROW, SANDEY
ADDRESS AVAILABLE UPON REQUEST

FARROW, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FARROW, WENDY
ADDRESS AVAILABLE UPON REQUEST

FARRUGIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FARRUGIA, KATIE
ADDRESS AVAILABLE UPON REQUEST

FARSACI, CHENOA
ADDRESS AVAILABLE UPON REQUEST

FARSET, STEVE
ADDRESS AVAILABLE UPON REQUEST

FARSHIDFARD, YASAMAN
ADDRESS AVAILABLE UPON REQUEST

FARSTVEET, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FARTHING, CASEY
ADDRESS AVAILABLE UPON REQUEST

FARTIS, SALENA
ADDRESS AVAILABLE UPON REQUEST

FARUP-ROMERO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FARVER, DON
ADDRESS AVAILABLE UPON REQUEST

FARVER, KYLE
ADDRESS AVAILABLE UPON REQUEST

FARVER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FARWELL, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FARWELL, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

FARWELL, KERI
ADDRESS AVAILABLE UPON REQUEST

FARWELL, ROY
ADDRESS AVAILABLE UPON REQUEST

FARY, SARAH
ADDRESS AVAILABLE UPON REQUEST

FARZAD ZAMANI
ADDRESS AVAILABLE UPON REQUEST

FARZINE, MARYAM
ADDRESS AVAILABLE UPON REQUEST

FASANO, KELLY
ADDRESS AVAILABLE UPON REQUEST

FASANO, KIM
ADDRESS AVAILABLE UPON REQUEST

FASBINDER, WENDY
ADDRESS AVAILABLE UPON REQUEST

FASCHING, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FASCHING, MADISON
ADDRESS AVAILABLE UPON REQUEST

FASCIANO, LANCE
ADDRESS AVAILABLE UPON REQUEST

FASCILLA, EMILY
ADDRESS AVAILABLE UPON REQUEST

FASCILLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FASGOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

FASNACHT, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

FASOLA, DAVID
ADDRESS AVAILABLE UPON REQUEST

FASOLINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FASOLO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FASS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FASSARI, DYLAN
ADDRESS AVAILABLE UPON REQUEST

FASSBERG, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FASSE, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

FAST COMPANY
PO BOX 3016
HARLAN, IA  51593-0107

FAST, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

FAST, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

FAST, ERIN
ADDRESS AVAILABLE UPON REQUEST

FASTMAN, HOPE
ADDRESS AVAILABLE UPON REQUEST

FASTNACHT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FASTOV, EMILY
ADDRESS AVAILABLE UPON REQUEST

FASULLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FASULO, FORTUNA
ADDRESS AVAILABLE UPON REQUEST

FASULO, MEG
ADDRESS AVAILABLE UPON REQUEST

FASZEWSKI, RILEY
ADDRESS AVAILABLE UPON REQUEST

FATA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FATA, ELENA
ADDRESS AVAILABLE UPON REQUEST

FATAKIA, TRACY
ADDRESS AVAILABLE UPON REQUEST

FATALE, STACY
ADDRESS AVAILABLE UPON REQUEST

FATALL, AMY
ADDRESS AVAILABLE UPON REQUEST

FATEHI, MAZIAR
ADDRESS AVAILABLE UPON REQUEST

FATHEREE, KAILEY
ADDRESS AVAILABLE UPON REQUEST

FATHEREE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FATHERS OFFICE
ADDRESS UNAVAILABLE AT TIME OF FILING

FATIAH TOURAY
ADDRESS AVAILABLE UPON REQUEST

FATICA, KATHY
ADDRESS AVAILABLE UPON REQUEST

FATIGANTE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

FATMIR MULIQI
ADDRESS AVAILABLE UPON REQUEST

FATOBA, TANYA
ADDRESS AVAILABLE UPON REQUEST

FATONY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FATOOL, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FATTARSI, TONY
ADDRESS AVAILABLE UPON REQUEST

FATTIES PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

FATTYKINE, LLC
5230 PACIFIC CONCOURSE DR STE 100
LOS ANGELES, CA  90045

FAUBEL, ALEX
ADDRESS AVAILABLE UPON REQUEST

FAUBION, EMILY
ADDRESS AVAILABLE UPON REQUEST

FAUBION, LAURA
ADDRESS AVAILABLE UPON REQUEST

FAUCETTE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FAUCHER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FAUCHER, RANDI
ADDRESS AVAILABLE UPON REQUEST

FAUCHER, WILL
ADDRESS AVAILABLE UPON REQUEST

FAUCHEUX, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FAUDOA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

FAUGERSTROM, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FAUGHT, JAN
ADDRESS AVAILABLE UPON REQUEST

FROGNO, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FAUL, CHASITY
ADDRESS AVAILABLE UPON REQUEST

FAUL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FAUL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FAULCONER, CLARE
ADDRESS AVAILABLE UPON REQUEST

FAULDS, CHAD
ADDRESS AVAILABLE UPON REQUEST

FAULK, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAULK, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, ANNA
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, LASHAUN
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, MAC
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, MARIE
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, PIERCE
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FAULKNER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FAULKNOR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FAULKS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FAULSTICK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FAUNCE, NANCY
ADDRESS AVAILABLE UPON REQUEST

FAUNES, JAMES
ADDRESS AVAILABLE UPON REQUEST

FAURE, ABBY
ADDRESS AVAILABLE UPON REQUEST

FAURE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

FAURIE RODAS, JESLI
ADDRESS AVAILABLE UPON REQUEST

FAUS, MARY
ADDRESS AVAILABLE UPON REQUEST

FAUSNACHT, JACQUELYNE
ADDRESS AVAILABLE UPON REQUEST

FAUSSET, JENY
ADDRESS AVAILABLE UPON REQUEST

FAUST, ANNE
ADDRESS AVAILABLE UPON REQUEST

FAUST, CAMERON
ADDRESS AVAILABLE UPON REQUEST

FAUST, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FAUST, DONALD
ADDRESS AVAILABLE UPON REQUEST

FAUST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FAUST, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FAUST, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FAUST, JUDY
ADDRESS AVAILABLE UPON REQUEST

FAUST, KIM
ADDRESS AVAILABLE UPON REQUEST

FAUST, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FAUST, MATT
ADDRESS AVAILABLE UPON REQUEST

FAUST, PJ
ADDRESS AVAILABLE UPON REQUEST

FAUST, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FAUSTI, MARSHA
ADDRESS AVAILABLE UPON REQUEST

FAUSTIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

FAUSTINA, BAILEY
ADDRESS AVAILABLE UPON REQUEST

FAUSTINO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FAUTH, PAULA
ADDRESS AVAILABLE UPON REQUEST

FAUTH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FAUX, BENITA
ADDRESS AVAILABLE UPON REQUEST

FAUZIA HASSAN
ADDRESS AVAILABLE UPON REQUEST

FAUZIA-WHATLEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

FAVA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FAVA, CARLEE
ADDRESS AVAILABLE UPON REQUEST

FAVA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FAVALE, SANDY
ADDRESS AVAILABLE UPON REQUEST

FAVALORO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FAVALORO, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

FAVARIN WESTRUPP, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FAVARISOVA, DIANA
ADDRESS AVAILABLE UPON REQUEST

FAVELA, CONNIE
ADDRESS AVAILABLE UPON REQUEST

FAVILA, BRIANA
ADDRESS AVAILABLE UPON REQUEST

FAVIS, VIRGILIO
ADDRESS AVAILABLE UPON REQUEST

FAVOCCI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FAVORITE BRANDS (NEW MEXICO)
2500 SOLANO DRIVE NE
ALBUQUERQUE, NM 87110

FAVORITE BRANDS LLC
3900 NORTH MCCOLL ROAD
MCALLEN, TX 78501

FAVORITE, EMILY
ADDRESS AVAILABLE UPON REQUEST

FAVORITO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

FAVORS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FAVOT, TOM
ADDRESS AVAILABLE UPON REQUEST

FAVRE, JEAN-CYRILLE
ADDRESS AVAILABLE UPON REQUEST

FAVREAU, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

FAVREAU, LYNNE
ADDRESS AVAILABLE UPON REQUEST

FAVREAU, SEAN
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, AMELIA
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

FAWCETT, SHANNA
ADDRESS AVAILABLE UPON REQUEST

FAWKES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FAWKES, TREVOR
ADDRESS AVAILABLE UPON REQUEST

FAWSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FAWTHORP, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

FAWZY, MARIA
ADDRESS AVAILABLE UPON REQUEST

FAY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

FAY, CATHERINE A
ADDRESS AVAILABLE UPON REQUEST

FAY, CLIFTON
ADDRESS AVAILABLE UPON REQUEST

FAY, DEVON
ADDRESS AVAILABLE UPON REQUEST

FAY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

FAY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

FAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

FAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

FAY, KENDAL
ADDRESS AVAILABLE UPON REQUEST

FAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FAY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FAY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FAY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FAY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FAY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FAYAZ, SAAD
ADDRESS AVAILABLE UPON REQUEST

FAY-COELHO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FAYE LANDIES OTERO
ADDRESS AVAILABLE UPON REQUEST

FAYE, ALYCE
ADDRESS AVAILABLE UPON REQUEST

FAYE, JULIA
ADDRESS AVAILABLE UPON REQUEST

FAYE, MCBEE
ADDRESS AVAILABLE UPON REQUEST

FAYE, TARYN
ADDRESS AVAILABLE UPON REQUEST

FAYED, JEANETT
ADDRESS AVAILABLE UPON REQUEST

FAYNE, MONICA
ADDRESS AVAILABLE UPON REQUEST

FAYSSOUX, KAREN
ADDRESS AVAILABLE UPON REQUEST

FAYTON, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

FAY-TUCKER, JANINE
ADDRESS AVAILABLE UPON REQUEST

FAZENDIN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FAZENDIN, KATHY
ADDRESS AVAILABLE UPON REQUEST

FAZI, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

FAZIA, GRACE
ADDRESS AVAILABLE UPON REQUEST

FAZIO, AILEEN
ADDRESS AVAILABLE UPON REQUEST

FAZIO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FAZIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FAZIO, LOUIE
ADDRESS AVAILABLE UPON REQUEST

FAZIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FAZIO, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

FAZLE, TRILLIAH
ADDRESS AVAILABLE UPON REQUEST

FAZLOLLAH, PETER
ADDRESS AVAILABLE UPON REQUEST

FAZZANO, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

FAZZARI, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FAZZINA BOUDES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FAZZINO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FAZZIO, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FAZZOLARI, JEN
ADDRESS AVAILABLE UPON REQUEST

FCE EXCAVATION, TRISTA DEMING
ADDRESS AVAILABLE UPON REQUEST

FE, CAZ
ADDRESS AVAILABLE UPON REQUEST

FEAGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FEAGANS, DENISE
ADDRESS AVAILABLE UPON REQUEST

FEAMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FEAMSTSR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FEARN, MARY
ADDRESS AVAILABLE UPON REQUEST

FEARNEYHOUGH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FEARRINGTON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FEARS, BRE
ADDRESS AVAILABLE UPON REQUEST

FEARS, MANDY
ADDRESS AVAILABLE UPON REQUEST

FEARS, TENNILLE
ADDRESS AVAILABLE UPON REQUEST

FEARSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FEARY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FEASER, CARMEL
ADDRESS AVAILABLE UPON REQUEST

FEASTER, ALFIE
ADDRESS AVAILABLE UPON REQUEST

FEASTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FEATHER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FEATHER, DENISE
ADDRESS AVAILABLE UPON REQUEST

FEATHERS & SIGNS PRINTING
ADDRESS UNAVAILABLE AT TIME OF FILING

FEATHERSTONE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FEATHERSTONE, NELLIE
ADDRESS AVAILABLE UPON REQUEST

FEATHERSTONE, NOAH
ADDRESS AVAILABLE UPON REQUEST

FEATHLER, BOBBI-LYN
ADDRESS AVAILABLE UPON REQUEST

FEBLES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FEBLOWITZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FECHEE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FECHER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FECH-HAATAJA, SARA
ADDRESS AVAILABLE UPON REQUEST

FECHNER, BRENNA
ADDRESS AVAILABLE UPON REQUEST

FECHT, CLARA
ADDRESS AVAILABLE UPON REQUEST

FECHT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FECHTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FECKO, ETHEL
ADDRESS AVAILABLE UPON REQUEST

FECTEAU, ALLY
ADDRESS AVAILABLE UPON REQUEST

FECTEAU, KYRA
ADDRESS AVAILABLE UPON REQUEST

FECTEAU, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FEDDELER, GERTRUDE
ADDRESS AVAILABLE UPON REQUEST

FEDDERLY, CLAIR
ADDRESS AVAILABLE UPON REQUEST

FEDELE, JOELLE
ADDRESS AVAILABLE UPON REQUEST

FEDELE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FEDELE, MARYCRUZ
ADDRESS AVAILABLE UPON REQUEST

FEDER, DAN
ADDRESS AVAILABLE UPON REQUEST

FEDER, ELYSA
ADDRESS AVAILABLE UPON REQUEST

FEDER, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

FEDERAL EXPRESS CORP
3650 HACKS CROSS RD
BLDG E, 1ST FL
MEMPHIS, TN  38125

FEDERAL EXPRESS CORP
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125

FEDERAL EXPRESS
ADDRESS UNAVAILABLE AT TIME OF FILING

FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20580

FEDERICI, GEMMA
ADDRESS AVAILABLE UPON REQUEST

FEDERICI, LEE
ADDRESS AVAILABLE UPON REQUEST

FEDERICI, RANDI
ADDRESS AVAILABLE UPON REQUEST

FEDERICK LEDESMA
ADDRESS AVAILABLE UPON REQUEST

FEDERICO, GAYLE
ADDRESS AVAILABLE UPON REQUEST

FEDERICO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FEDERICO, PANFILO
ADDRESS AVAILABLE UPON REQUEST

FEDERICO, PAUL
ADDRESS AVAILABLE UPON REQUEST

FEDERICO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FEDERIGHI, JESSICA MARGOT
ADDRESS AVAILABLE UPON REQUEST

FEDERLINE, EDDIE
ADDRESS AVAILABLE UPON REQUEST

FEDERLINE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FEDERONICK, YVONNE
ADDRESS AVAILABLE UPON REQUEST

FEDEROWICZ, BIANCA
ADDRESS AVAILABLE UPON REQUEST

FEDERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FED-EX - BWSC
FED-EX ERS PO BOX 371741
RAJESH SUBRAMANIAM, PRESIDENT, CHIEF
EXECUTIVE OFFICER AND DIRECTOR
PITTSBURGH, PA  15250-7741

FEDEX CORPORATE SERVICES INC
3650 HACKS CROSS RD
BLDG E, 1ST FL
MEMPHIS, TN  38125

FEDEX CORPORATE SERVICES INC
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125

FEDEX FREIGHT INC
3650 HACKS CROSS RD
BLDG E, 1ST FL
MEMPHIS, TN  38125

FEDEX FREIGHT INC
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125

FEDEX GROUND PACKAGE SYSTEM INC
3650 HACKS CROSS RD
BLDG E, 1ST FL
MEMPHIS, TN  38125

FEDEX GROUND PACKAGE SYSTEM INC
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125

FED-EX LINE HAUL
PO BOX 94515
PALATINE, IL  60094-4515

FEDEX OFFICE
ADDRESS UNAVAILABLE AT TIME OF FILING

FED-EX
FEDEX CORPORATION
942 SHADY GROVE RD S
MEMPHIS, TN  38120-4117

FED-EX
PO BOX 371741
PITTSBURGH, PA  15250-7741

FED-EX
PO BOX 7221
PASADENA, CA  91109-7321

FEDKENHEUER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FEDOR, ALISSA
ADDRESS AVAILABLE UPON REQUEST

FEDOR, AYLA
ADDRESS AVAILABLE UPON REQUEST

FEDORA HINES, GAIL
ADDRESS AVAILABLE UPON REQUEST

FEDORA, ARABELLE
ADDRESS AVAILABLE UPON REQUEST

FEDORCHEK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FEDRICCI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FEDULOVA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

FEDUN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

FEDUNOK, PATTY
ADDRESS AVAILABLE UPON REQUEST

FEE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FEE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FEE, RON
ADDRESS AVAILABLE UPON REQUEST

FEEBACK, ABBY
ADDRESS AVAILABLE UPON REQUEST

FEECE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

FEED BODY & SOUL
ADDRESS UNAVAILABLE AT TIME OF FILING

FEEDONOMICS HOLDINGS, LLC
11305 FOUR POINTS DR
AUSTIN, TX  78726

FEEDONOMICS LLC
21011 WARNER CENTER LANE STE A
WOODLAND HILLS, CA  91367

FEEGEL, LISA
ADDRESS AVAILABLE UPON REQUEST

FEEHAN, HUGH
ADDRESS AVAILABLE UPON REQUEST

FEEHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FEEHAN, RILEY
ADDRESS AVAILABLE UPON REQUEST

FEEHERY, MARLENA
ADDRESS AVAILABLE UPON REQUEST

FEELEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

FEEMSTER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FEENEY, AYNDRAEA
ADDRESS AVAILABLE UPON REQUEST

FEENEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

FEENEY, CHASE
ADDRESS AVAILABLE UPON REQUEST

FEENEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FEENEY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FEENEY, KIM
ADDRESS AVAILABLE UPON REQUEST

FEENEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FEENEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FEENEY, NORA
ADDRESS AVAILABLE UPON REQUEST

FEENEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FEENEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FEENEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

FEENY, LAUREEN
ADDRESS AVAILABLE UPON REQUEST

FEERNICHKO, KELSERT
ADDRESS AVAILABLE UPON REQUEST

FEESER, DORIS
ADDRESS AVAILABLE UPON REQUEST

FEESER, MARINA
ADDRESS AVAILABLE UPON REQUEST

FEEST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FEEST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FEEZOR, ZOE
ADDRESS AVAILABLE UPON REQUEST

FEFILOVA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

FEGAN BROWN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FEGAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FEGAN, DONYA
ADDRESS AVAILABLE UPON REQUEST

FEGAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

FEGELEY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

FEGLEY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FEGLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FEHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FEHIR, AMY
ADDRESS AVAILABLE UPON REQUEST

FEHLING, JONOTHAN
ADDRESS AVAILABLE UPON REQUEST

FEHLING, MARIA
ADDRESS AVAILABLE UPON REQUEST

FEHLKER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

FEHLMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FEHR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FEHR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FEHR, BECKY
ADDRESS AVAILABLE UPON REQUEST

FEHR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FEHSENFELD, BEN
ADDRESS AVAILABLE UPON REQUEST

FEI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FEICHTINGER, KELBY
ADDRESS AVAILABLE UPON REQUEST

FEIDT, CAILY
ADDRESS AVAILABLE UPON REQUEST

FEIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

FEIGENBAUM, BEN
ADDRESS AVAILABLE UPON REQUEST

FEIGENBAUM, KARA
ADDRESS AVAILABLE UPON REQUEST

FEIGERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FEIGHERY, JULIE
ADDRESS AVAILABLE UPON REQUEST

FEIGLES, CALEB
ADDRESS AVAILABLE UPON REQUEST

FEIGS, CAROLIN
ADDRESS AVAILABLE UPON REQUEST

FEIKERT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FEILEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FEIM, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, EMMA
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, ERIN
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, ETTEL
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, JAIME
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, JANIE
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, KAZIA
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FEINBERG, SIRI
ADDRESS AVAILABLE UPON REQUEST

FEINER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FEINGOLD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FEINGOLD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FEINGOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

FEINMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FEINSILVER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FEINSTEIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

FEINSTEIN, JUDY
ADDRESS AVAILABLE UPON REQUEST

FEINSTEIN, SOFIE
ADDRESS AVAILABLE UPON REQUEST

FEINTUCH, STACY
ADDRESS AVAILABLE UPON REQUEST

FEIST, DENISE
ADDRESS AVAILABLE UPON REQUEST

FEIST, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FEIT, CHARITY
ADDRESS AVAILABLE UPON REQUEST

FEITO, MARI
ADDRESS AVAILABLE UPON REQUEST

FEITOSA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FEJERAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FEJKA, MARTIN
ADDRESS AVAILABLE UPON REQUEST

FEKETE, AMBER
ADDRESS AVAILABLE UPON REQUEST

FEKETE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FEKKAK, LENA
ADDRESS AVAILABLE UPON REQUEST

FELAND, KELCI
ADDRESS AVAILABLE UPON REQUEST

FELBER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FELBERG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FELBINGER, BOBBI
ADDRESS AVAILABLE UPON REQUEST

FELCH, CURTIS
ADDRESS AVAILABLE UPON REQUEST

FELDE, LAURA
ADDRESS AVAILABLE UPON REQUEST

FELDENKREISS, KYLE
ADDRESS AVAILABLE UPON REQUEST

FELDER, BEAU
ADDRESS AVAILABLE UPON REQUEST

FELDER, CANEISHA
ADDRESS AVAILABLE UPON REQUEST

FELDER, MIKE
ADDRESS AVAILABLE UPON REQUEST

FELDERMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FELDERMAN, GERRY
ADDRESS AVAILABLE UPON REQUEST

FELDERMAN, JON
ADDRESS AVAILABLE UPON REQUEST

FELDHAUSEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FELDHUSEN, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, GIT
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JAYME
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, LOIS
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, RAEANN
ADDRESS AVAILABLE UPON REQUEST

FELDMAN, SHANA
ADDRESS AVAILABLE UPON REQUEST

FELDMAYER, PAUL
ADDRESS AVAILABLE UPON REQUEST

FELDMUS, JESSE
ADDRESS AVAILABLE UPON REQUEST

FELDSTEIN, SASHA
ADDRESS AVAILABLE UPON REQUEST

FELDSTEIN, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

FELDSTEIN, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

FELDT, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FELDT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FELEEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

FELGER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FELICE, FRANK AND SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FELICE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FELICE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FELICE, SARA
ADDRESS AVAILABLE UPON REQUEST

FELICE, STEVE
ADDRESS AVAILABLE UPON REQUEST

FELICETTI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

FELICIA, ILON
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, AARON
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, EMILY
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, RAFI
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, ROSA
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, TEELA
ADDRESS AVAILABLE UPON REQUEST

FELICIANO, YARIELIZ
ADDRESS AVAILABLE UPON REQUEST

FELICIO, CAROL
ADDRESS AVAILABLE UPON REQUEST

FELICITAS PIETRULLA
ADDRESS AVAILABLE UPON REQUEST

FELIPE ZETTER MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

FELIPE, LEANNA
ADDRESS AVAILABLE UPON REQUEST

FELIPE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FELIPE, YAILYN
ADDRESS AVAILABLE UPON REQUEST

FELIX GOMEZ, LILIS
ADDRESS AVAILABLE UPON REQUEST

FELIX KASTNER
ADDRESS AVAILABLE UPON REQUEST

FELIX, AMY
ADDRESS AVAILABLE UPON REQUEST

FELIX, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FELIX, CHERISE
ADDRESS AVAILABLE UPON REQUEST

FELIX, EVELYN
ADDRESS AVAILABLE UPON REQUEST

FELIX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FELIX, KIM
ADDRESS AVAILABLE UPON REQUEST

FELIX, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

FELIX, MANDY
ADDRESS AVAILABLE UPON REQUEST

FELIX, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

FELIX, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

FELIX, MYRNA
ADDRESS AVAILABLE UPON REQUEST

FELIX, SARA
ADDRESS AVAILABLE UPON REQUEST

FELIX, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FELIZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FELIZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FELIZ, JOVANNA
ADDRESS AVAILABLE UPON REQUEST

FELIZ, MARY
ADDRESS AVAILABLE UPON REQUEST

FELIZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FELIZARDO, SARA
ADDRESS AVAILABLE UPON REQUEST

FELKER, ADRIA
ADDRESS AVAILABLE UPON REQUEST

FELKER, AMBER
ADDRESS AVAILABLE UPON REQUEST

FELKER, MIA
ADDRESS AVAILABLE UPON REQUEST

FELKNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FELL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FELL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

FELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FELLER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

FELLER, LISA
ADDRESS AVAILABLE UPON REQUEST

FELLER, MARION
ADDRESS AVAILABLE UPON REQUEST

FELLINGER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FELLOM, JOAN
ADDRESS AVAILABLE UPON REQUEST

FELLOM, RYAN
ADDRESS AVAILABLE UPON REQUEST

FELLOWS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FELLOWS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FELLOWS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FELLOWS, JON
ADDRESS AVAILABLE UPON REQUEST

FELLOWS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FELLS, LETICIA
ADDRESS AVAILABLE UPON REQUEST

FELLWOCK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FELOCK, MATT
ADDRESS AVAILABLE UPON REQUEST

FELSENFELD, MALLORIE
ADDRESS AVAILABLE UPON REQUEST

FELSOCI MATTIA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FELT, ERIN
ADDRESS AVAILABLE UPON REQUEST

FELT, KELLY
ADDRESS AVAILABLE UPON REQUEST

FELTEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FELTER, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

FELTERMAN, PARKER
ADDRESS AVAILABLE UPON REQUEST

FELTES, EMILY
ADDRESS AVAILABLE UPON REQUEST

FELTES, SARAH
ADDRESS AVAILABLE UPON REQUEST

FELTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FELTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

FELTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

FELTON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FELTON, MARY
ADDRESS AVAILABLE UPON REQUEST

FELTON, SEAN
ADDRESS AVAILABLE UPON REQUEST

FELTUS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FELTY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FELUX, ERNIE AND MUZETTE
ADDRESS AVAILABLE UPON REQUEST

FEMALE COLLECTIVE, LLC
1270 ADAMITE
TERRACE HARBOR CITY, CA  90710

FENAUGHTY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FENDELMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FENDER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

FENDER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FENDERSON, LEESA
ADDRESS AVAILABLE UPON REQUEST

FENERLIS, HELEN
ADDRESS AVAILABLE UPON REQUEST

FENERTY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FENERTY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

FENG, JIASHI
ADDRESS AVAILABLE UPON REQUEST

FENG, JING
ADDRESS AVAILABLE UPON REQUEST

FENG, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FENG, SHAZHOU
ADDRESS AVAILABLE UPON REQUEST

FENG, SILVIA
ADDRESS AVAILABLE UPON REQUEST

FENG, YIYI
ADDRESS AVAILABLE UPON REQUEST

FENGEL, TINA
ADDRESS AVAILABLE UPON REQUEST

FENGER, ELISA
ADDRESS AVAILABLE UPON REQUEST

FENILI, DANIELA
ADDRESS AVAILABLE UPON REQUEST

FENIMORE, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

FENING, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FENITY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FENLEY, JACK
ADDRESS AVAILABLE UPON REQUEST

FENN, BRANDY
ADDRESS AVAILABLE UPON REQUEST

FENN, NICK
ADDRESS AVAILABLE UPON REQUEST

FENNELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FENNELL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FENNELL, ERIC
ADDRESS AVAILABLE UPON REQUEST

FENNELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FENNELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

FENNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FENNELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FENNELL, TRISHA
ADDRESS AVAILABLE UPON REQUEST

FENNEMA, KIM
ADDRESS AVAILABLE UPON REQUEST

FENNEMA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FENNEMA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FENNEMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FENNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FENNER, LARRY
ADDRESS AVAILABLE UPON REQUEST

FENNER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FENNER, ULIANA
ADDRESS AVAILABLE UPON REQUEST

FENNESSEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FENNESSY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FENNEWALD, EMILY
ADDRESS AVAILABLE UPON REQUEST

FENNINGTON, ILSE
ADDRESS AVAILABLE UPON REQUEST

FENNINGTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FENRICH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FENRICK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FENSEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FENSKE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FENSKE, PAUL
ADDRESS AVAILABLE UPON REQUEST

FENSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FENSTERMACHER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FENSTERMAKER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

FENSTERMAKER, LORI
ADDRESS AVAILABLE UPON REQUEST

FENTE, MARIA
ADDRESS AVAILABLE UPON REQUEST

FENTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FENTON, BETH
ADDRESS AVAILABLE UPON REQUEST

FENTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FENTON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FENTON, JENIFER
ADDRESS AVAILABLE UPON REQUEST

FENTON, KARIN
ADDRESS AVAILABLE UPON REQUEST

FENTON, LEAH
ADDRESS AVAILABLE UPON REQUEST

FENTON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FENTON, PAUL
ADDRESS AVAILABLE UPON REQUEST

FENTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FENTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FENTRESS, DAVID
ADDRESS AVAILABLE UPON REQUEST

FENTRESS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FENWICK & WEST LLP
SILICON VALLEY CENTER
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA  94041

FENWICK, LAURA
ADDRESS AVAILABLE UPON REQUEST

FENYVES, WANDA
ADDRESS AVAILABLE UPON REQUEST

FERA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FERA, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

FERAL AUDIO, LLC.
1700 W. BURBANK BLVD.
BURBANK, CA  91506

FERAN, AMY
ADDRESS AVAILABLE UPON REQUEST

FERARRA, SAL
ADDRESS AVAILABLE UPON REQUEST

FERBER, SONYA
ADDRESS AVAILABLE UPON REQUEST

FERCHAW, JOYCE
ADDRESS AVAILABLE UPON REQUEST

FERD, AVITAL
ADDRESS AVAILABLE UPON REQUEST

FERDELLA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FERDINAND, AMINISHA
ADDRESS AVAILABLE UPON REQUEST

FERDINAND, VIANNEY
ADDRESS AVAILABLE UPON REQUEST

FERDINANDT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

FERDON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

FEREDE, DESTA
ADDRESS AVAILABLE UPON REQUEST

FEREJOHN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERENC, JUSTYNA
ADDRESS AVAILABLE UPON REQUEST

FERENCAK, DAWN
ADDRESS AVAILABLE UPON REQUEST

FERENCHICK, RAINA
ADDRESS AVAILABLE UPON REQUEST

FERENCZHALMY, TENA
ADDRESS AVAILABLE UPON REQUEST

FERESHTEH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FERGERSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

FERGOLA, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

FERGUS, JOHN
ADDRESS AVAILABLE UPON REQUEST

FERGUS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ALY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ASHLI
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ASTRID
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, CONOR
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, D
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, GINA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, GWYNNE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JANIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JASON
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JAY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JILL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JILL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KALYN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KELLEY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KERRI
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KIMBALL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LANDON
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LANIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LASHONNA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, LOGAN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MARCIA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MARLA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, NATASCHA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, NEDRA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, PATSY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, PATTI
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, RONDELL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, TARA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, TIM
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, TORRES
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, WADE
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, WILL
ADDRESS AVAILABLE UPON REQUEST

FERGUSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FERGUSSON, NELLA
ADDRESS AVAILABLE UPON REQUEST

FERIANCEK, BETTY
ADDRESS AVAILABLE UPON REQUEST

FERILLO, MEG
ADDRESS AVAILABLE UPON REQUEST

FERIX, MANUEL
ADDRESS AVAILABLE UPON REQUEST

FERKO, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

FERKO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FERLAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FERLAUTO, KAREN
ADDRESS AVAILABLE UPON REQUEST

FERLAZZO, HELEN
ADDRESS AVAILABLE UPON REQUEST

FERM, DAVID
ADDRESS AVAILABLE UPON REQUEST

FERMAINT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FERMAINT, MARITZA
ADDRESS AVAILABLE UPON REQUEST

FERMIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FERMIN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FERMINS ULTIMATE PLUMB, INC
21350 NORDHOFF STREET STE  116Q
CHATSWORTH, CA  91311

FERMINS ULTIMATE PLUMB, INC
8335 WINNETKA AVE  407
WINNETKA, CA  91306

FERN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERNALD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FERNANDES, ALICE
ADDRESS AVAILABLE UPON REQUEST

FERNANDES, MARCOS
ADDRESS AVAILABLE UPON REQUEST

FERNANDES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FERNANDES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FERNANDES, WENDY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ WILLIAMS, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, CELESTE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, DOLORES
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ELLA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, FRANCHESKA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GABY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GENESIS
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GINA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GISELLE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, GREER
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, HELEN
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ICELA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, IVETTE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JESSE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JUANA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, JULIANY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, LARA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, LARA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, LESLYE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, LOUISE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, LOURDES
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MANUEL
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MARIO
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MARITZA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MELIZA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MITCH
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MONIKA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, MONSERRAT
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ROSA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, SABINA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, STACY
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, VICTOR
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ, ZOE
ADDRESS AVAILABLE UPON REQUEST

FERNANDEZ-CRIADO, RODOLFO
ADDRESS AVAILABLE UPON REQUEST

FERNANDO-FERNANDEZ CABA
ADDRESS AVAILABLE UPON REQUEST

FERNANDO GONGORA
ADDRESS AVAILABLE UPON REQUEST

FERNANDO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FERNANDO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FERNE, JENIFER
ADDRESS AVAILABLE UPON REQUEST

FERNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FERNG, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FERNO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FERNS, JULIE
ADDRESS AVAILABLE UPON REQUEST

FEROLI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FERONG, DAVID
ADDRESS AVAILABLE UPON REQUEST

FERONTI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FERRACANE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FERRAIOLO, DONNA
ADDRESS AVAILABLE UPON REQUEST

FERRAIUOLO, BONNIE
ADDRESS AVAILABLE UPON REQUEST

FERRAIUOLO, STEVE
ADDRESS AVAILABLE UPON REQUEST

FERRALES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FERRALES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FERRAN, JON
ADDRESS AVAILABLE UPON REQUEST

FERRAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERRANDINO, CANDACE
ADDRESS AVAILABLE UPON REQUEST

FERRANDO, TIA
ADDRESS AVAILABLE UPON REQUEST

FERRANS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

FERRANTE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FERRANTE, MARCELLO
ADDRESS AVAILABLE UPON REQUEST

FERRANTE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FERRANTE, STACIE
ADDRESS AVAILABLE UPON REQUEST

FERRANTI, RENE
ADDRESS AVAILABLE UPON REQUEST

FERRARA AT THE FOUR WINDS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERRARA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FERRARA, BETTY
ADDRESS AVAILABLE UPON REQUEST

FERRARA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FERRARA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FERRARA, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FERRARA, LEILA
ADDRESS AVAILABLE UPON REQUEST

FERRARA, LORENA
ADDRESS AVAILABLE UPON REQUEST

FERRARA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FERRARA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FERRARI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FERRARI, DANA
ADDRESS AVAILABLE UPON REQUEST

FERRARI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FERRARI, KIM
ADDRESS AVAILABLE UPON REQUEST

FERRARI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FERRARI, RENY
ADDRESS AVAILABLE UPON REQUEST

FERRARI, SARAH
ADDRESS AVAILABLE UPON REQUEST

FERRARI, TRACY
ADDRESS AVAILABLE UPON REQUEST

FERRARINI, JOHN
ADDRESS AVAILABLE UPON REQUEST

FERRARO, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

FERRARO, CAROL
ADDRESS AVAILABLE UPON REQUEST

FERRARO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FERRARO, JEFF
ADDRESS AVAILABLE UPON REQUEST

FERRARO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FERRARO, NICOLA
ADDRESS AVAILABLE UPON REQUEST

FERRARO, SCOT
ADDRESS AVAILABLE UPON REQUEST

FERRARO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FERRAZ, ARAK
ADDRESS AVAILABLE UPON REQUEST

FERRAZZANO, KELLY
ADDRESS AVAILABLE UPON REQUEST

FERREBEE, ALEX
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, BRADEN
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, CAMILA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, CATARINA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, GISELA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, MACARENA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, MARCOS
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, RANDI
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, RICARDO
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, RITA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, TARA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, YANIRA
ADDRESS AVAILABLE UPON REQUEST

FERREIRA, ZACHERY
ADDRESS AVAILABLE UPON REQUEST

FERREL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FERRELL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FERRELL, DAELYNN
ADDRESS AVAILABLE UPON REQUEST

FERRELL, NATTISHA
ADDRESS AVAILABLE UPON REQUEST

FERRELL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FERRELL, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

FERRELL, RENNA
ADDRESS AVAILABLE UPON REQUEST

FERRELL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FERRELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

FERRELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

FERRELL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FERRELL, TRICIA
ADDRESS AVAILABLE UPON REQUEST

FERRELL-ARMSTRONG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FERREN, CHASE
ADDRESS AVAILABLE UPON REQUEST

FERRENCE, STACEY
ADDRESS AVAILABLE UPON REQUEST

FERRER, DIANE
ADDRESS AVAILABLE UPON REQUEST

FERRER, LILIANA
ADDRESS AVAILABLE UPON REQUEST

FERRER, RAYMA
ADDRESS AVAILABLE UPON REQUEST

FERRER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FERRERA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

FERRERAS, EZEQUIEL
ADDRESS AVAILABLE UPON REQUEST

FERRERO, CATHENA
ADDRESS AVAILABLE UPON REQUEST

FERRERO, GENO
ADDRESS AVAILABLE UPON REQUEST

FERRERO, JIM & EVELYN
ADDRESS AVAILABLE UPON REQUEST

FERRERO, KYLI
ADDRESS AVAILABLE UPON REQUEST

FERRERO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

FERRETT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FERRETT, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FERRETTE, HILARY
ADDRESS AVAILABLE UPON REQUEST

FERRETTI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FERRETTI, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

FERRETTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FERRETTI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FERRETTI, TRACY
ADDRESS AVAILABLE UPON REQUEST

FERRETTO, ELISABETTA
ADDRESS AVAILABLE UPON REQUEST

FERRI, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

FERRI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERRIE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FERRIE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FERRIE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FERRIE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FERRIE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

FERRIER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FERRIGAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, CAROL
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, LISA
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FERRIGNO, ROCCO
ADDRESS AVAILABLE UPON REQUEST

FERRILL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FERRIMAN, MALEAH
ADDRESS AVAILABLE UPON REQUEST

FERRIN, AIDE
ADDRESS AVAILABLE UPON REQUEST

FERRIS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, COLIN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, EVE
ADDRESS AVAILABLE UPON REQUEST

FERRIS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FERRIS, JERRY
ADDRESS AVAILABLE UPON REQUEST

FERRIS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

FERRIS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

FERRIS, NENA
ADDRESS AVAILABLE UPON REQUEST

FERRIS, REAGAN
ADDRESS AVAILABLE UPON REQUEST

FERRIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FERRITER, JOEY
ADDRESS AVAILABLE UPON REQUEST

FERRITER, MARITA
ADDRESS AVAILABLE UPON REQUEST

FERRITER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FERRITER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

FERRIZZ, MARYANN
ADDRESS AVAILABLE UPON REQUEST

FERRO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FERRO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FERRO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FERRO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FERROCONCRETE
1050 S. FLOWER STREET  139
LOS ANGELES, CA  90015

FERRONE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FERRONI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FERRUZZI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FERRY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FERRY, DIANA
ADDRESS AVAILABLE UPON REQUEST

FERRY, JAMES
ADDRESS AVAILABLE UPON REQUEST

FERRY, JOE
ADDRESS AVAILABLE UPON REQUEST

FERRY, JORDAN AND KATELYN
ADDRESS AVAILABLE UPON REQUEST

FERRY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FERRY-ROONEY, RAECHEL
ADDRESS AVAILABLE UPON REQUEST

FERSH, DAVID
ADDRESS AVAILABLE UPON REQUEST

FERSH, LYNN
ADDRESS AVAILABLE UPON REQUEST

FERSHING, CARI
ADDRESS AVAILABLE UPON REQUEST

FERTIG, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FERTITTA, ELLA
ADDRESS AVAILABLE UPON REQUEST

FERTITTA, TOM
ADDRESS AVAILABLE UPON REQUEST

FERTL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FERULLO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FERZOCO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FERZOCO, KARINA
ADDRESS AVAILABLE UPON REQUEST

FESENKO, YULIIA
ADDRESS AVAILABLE UPON REQUEST

FESER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

FESI, LEAH
ADDRESS AVAILABLE UPON REQUEST

FESPERMAN, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

FESSMAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

FESSY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FESTA, AMY
ADDRESS AVAILABLE UPON REQUEST

FESTA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FESTA, SARAH
ADDRESS AVAILABLE UPON REQUEST

FESTIN, INGRID
ADDRESS AVAILABLE UPON REQUEST

FETHERSTON, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

FETHIERE, MARIE-JEANNE
ADDRESS AVAILABLE UPON REQUEST

FETISH, SCENT
ADDRESS AVAILABLE UPON REQUEST

FETIZANAN, ARLENE
ADDRESS AVAILABLE UPON REQUEST

FETSKE, MARY
ADDRESS AVAILABLE UPON REQUEST

FETT, MOIRA
ADDRESS AVAILABLE UPON REQUEST

FETTER, AMY
ADDRESS AVAILABLE UPON REQUEST

FETTER, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

FETTER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FETTER, KYLE
ADDRESS AVAILABLE UPON REQUEST

FETTERMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FETTERMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FETTERMAN, STACI
ADDRESS AVAILABLE UPON REQUEST

FETTERMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FETTERS, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

FETTIG, PAIGE
ADDRESS AVAILABLE UPON REQUEST

FETTIG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FETTING, LYNN
ADDRESS AVAILABLE UPON REQUEST

FETTINGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FETZ, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

FETZER VINEYARDS
12901 OLD RIVER ROAD
HOPLAND, CA  95449

FETZER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FETZER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FETZER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FETZER, TOM
ADDRESS AVAILABLE UPON REQUEST

FEUCHT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FEUDTNER, MARK
ADDRESS AVAILABLE UPON REQUEST

FEUER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

FEUER, LEONARD
ADDRESS AVAILABLE UPON REQUEST

FEUERBORN, PETER
ADDRESS AVAILABLE UPON REQUEST

FEUERMAN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

FEUERMAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

FEUERSTEIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FEUERSTEIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

FEULING, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FEUREY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FEURICH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FEURING, JODI
ADDRESS AVAILABLE UPON REQUEST

FEVER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FEVER, LAURA
ADDRESS AVAILABLE UPON REQUEST

FEVRY, JULIAN
ADDRESS AVAILABLE UPON REQUEST

FEVRY, JULIAN
ADDRESS AVAILABLE UPON REQUEST

FEW DUCKS
ADDRESS UNAVAILABLE AT TIME OF FILING

FEWELL, DECATUR
ADDRESS AVAILABLE UPON REQUEST

FEWINS, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

FEWKES, COLIN
ADDRESS AVAILABLE UPON REQUEST

FEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FEY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

FEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FEY, STEPH
ADDRESS AVAILABLE UPON REQUEST

FEYERHERM, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FIALA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FIASCHI, YURI
ADDRESS AVAILABLE UPON REQUEST

FICANO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FICARA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FICARA, JOHN
ADDRESS AVAILABLE UPON REQUEST

FICARRO, RYLIE
ADDRESS AVAILABLE UPON REQUEST

FICERE, RAY
ADDRESS AVAILABLE UPON REQUEST

FICHERA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FICHTEL, ELISE
ADDRESS AVAILABLE UPON REQUEST

FICK, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FICK, KARA
ADDRESS AVAILABLE UPON REQUEST

FICKEISEN, PETER
ADDRESS AVAILABLE UPON REQUEST

FICKEN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FICKER, URSA
ADDRESS AVAILABLE UPON REQUEST

FICKES, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

FICKES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FICKETT, DAVID
ADDRESS AVAILABLE UPON REQUEST

FICKLEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FICORILLI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FIDANZA-LUSK, KATIE
ADDRESS AVAILABLE UPON REQUEST

FIDDLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FIDELER, SARA
ADDRESS AVAILABLE UPON REQUEST

FIDELIS, JAYKEL
ADDRESS AVAILABLE UPON REQUEST

FIDELITY MANAGEMENT TRUST CO CUST
ADDRESS AVAILABLE UPON REQUEST

FIDELITY SECURITY LIFE INSURANCE
COMPANY
C/O SPECIAL INSURANCE SERVICES, INC.
DBA SISTEX IN
PO BOX 250349
PLANO, TX  75025-0349

FIDLER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FIDLER, MICA
ADDRESS AVAILABLE UPON REQUEST

FIDLER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FIDRIC, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FIECK, LISA
ADDRESS AVAILABLE UPON REQUEST

FIEDELMAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FIEDLER, JARED
ADDRESS AVAILABLE UPON REQUEST

FIEDLER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

FIEDLER, VICKI
ADDRESS AVAILABLE UPON REQUEST

FIEDOREK, CALLY
ADDRESS AVAILABLE UPON REQUEST

FIEGE, TALIA
ADDRESS AVAILABLE UPON REQUEST

FIEGER, MARIETTA
ADDRESS AVAILABLE UPON REQUEST

FIELD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FIELD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FIELD, BRENDA
ADDRESS AVAILABLE UPON REQUEST

FIELD, CALLIE
ADDRESS AVAILABLE UPON REQUEST

FIELD, DANIELA
ADDRESS AVAILABLE UPON REQUEST

FIELD, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

FIELD, EDWARD
C/O NATURAL MERHCANTS INC
560-A NE F ST, 330
GRANTS PASS, OR  97526

FIELD, EDWARD
C/O ROBERT WEINBERGER LAW PC
ATTN ROBERT K WEINBERGER, ESQ
1340 E 6TH ST, STE 603
LOS ANGELES, CA  90021

FIELD, EVAN
ADDRESS AVAILABLE UPON REQUEST

FIELD, HANNA
ADDRESS AVAILABLE UPON REQUEST

FIELD, JANE
ADDRESS AVAILABLE UPON REQUEST

FIELD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FIELD, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

FIELD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FIELD, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FIELD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FIELD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FIELD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FIELDER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FIELDING, DONALD
ADDRESS AVAILABLE UPON REQUEST

FIELDING, JENNY
ADDRESS AVAILABLE UPON REQUEST

FIELDING, NANCYJO
ADDRESS AVAILABLE UPON REQUEST

FIELDING, ZORINA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FIELDS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FIELDS, CAROL
ADDRESS AVAILABLE UPON REQUEST

FIELDS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FIELDS, CINDY
ADDRESS AVAILABLE UPON REQUEST

FIELDS, COREY
ADDRESS AVAILABLE UPON REQUEST

FIELDS, DARRELL
ADDRESS AVAILABLE UPON REQUEST

FIELDS, DARYA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, ERICA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FIELDS, JASON
ADDRESS AVAILABLE UPON REQUEST

FIELDS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, JULIA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, KIT
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LAURA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LISA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LISA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LORETTA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, MAI
ADDRESS AVAILABLE UPON REQUEST

FIELDS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FIELDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FIELDS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FIELDS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FIELDS, NINA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, RAE
ADDRESS AVAILABLE UPON REQUEST

FIELDS, RAECHEL
ADDRESS AVAILABLE UPON REQUEST

FIELDS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FIELDS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FIELDS, SARA
ADDRESS AVAILABLE UPON REQUEST

FIELDS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FIELDS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FIELDS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FIELDS, TONYA
ADDRESS AVAILABLE UPON REQUEST

FIELDSETH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FIELDS-JACKSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FIELDSTONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FIELS, DAVID
ADDRESS AVAILABLE UPON REQUEST

FIEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FIENHOLD, URSULA
ADDRESS AVAILABLE UPON REQUEST

FIENI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FIERLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FIERO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FIEROH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FIERRO, JILL
ADDRESS AVAILABLE UPON REQUEST

FIERRO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FIERRO, NOREEN
ADDRESS AVAILABLE UPON REQUEST

FIERRO, NOREEN
ADDRESS AVAILABLE UPON REQUEST

FIERRO, PAM
ADDRESS AVAILABLE UPON REQUEST

FIERRO, PATTY
ADDRESS AVAILABLE UPON REQUEST

FIERRO, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FIESER, LEAH
ADDRESS AVAILABLE UPON REQUEST

FIESER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FIESTA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FIEVISOHN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIEWEGER, JOLYN
ADDRESS AVAILABLE UPON REQUEST

FIFE, BILL
ADDRESS AVAILABLE UPON REQUEST

FIFE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

FIFE, FRANK
ADDRESS AVAILABLE UPON REQUEST

FIFE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

FIFER, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

FIFIELD, ALETHEA
ADDRESS AVAILABLE UPON REQUEST

FIFIELD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FIFIELD, KAREN
ADDRESS AVAILABLE UPON REQUEST

FIFTH HILL, INC
185 WILKING WAY
SONOMA, CA  95476

FIFTH THIRD BANK THE (2116)
ATTN CARRIE POTTER OR PROXY DEPT
5001 KINGSLEY DR
MAIL DROP 1M0B2D
CINCINNATI, OH  45227

FIGANIAK, JAMES
ADDRESS AVAILABLE UPON REQUEST

FIGARD, APRIL
ADDRESS AVAILABLE UPON REQUEST

FIGEROID, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

FIGETAKIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

FIGG, SANDY
ADDRESS AVAILABLE UPON REQUEST

FIGGATT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FIGIEL, JEANINE
ADDRESS AVAILABLE UPON REQUEST

FIGJAM 401K TRUST
ADDRESS AVAILABLE UPON REQUEST

FIGLER, AVIVA
ADDRESS AVAILABLE UPON REQUEST

FIGLEY, TYLER
ADDRESS AVAILABLE UPON REQUEST

FIGLIA, SANTO
ADDRESS AVAILABLE UPON REQUEST

FIGLIOLINI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FIGLIOMENI, AMY
ADDRESS AVAILABLE UPON REQUEST

FIGLIOMENI, EMILY
ADDRESS AVAILABLE UPON REQUEST

FIGMA
ADDRESS UNAVAILABLE AT TIME OF FILING

FIGNOLE, KENNISHA
ADDRESS AVAILABLE UPON REQUEST

FIGUEIRA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FIGUEIREDO, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

FIGUEIREDO, SARA
ADDRESS AVAILABLE UPON REQUEST

FIGUERAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FIGUEREO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA MOUNTAIN
ADDRESS UNAVAILABLE AT TIME OF FILING

FIGUEROA, AARON
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, AIDEN
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, ANA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, DEB
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, DIANA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, ELIA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, EVITA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, JOY
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, KAI
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, KONNIE
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, LARA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, MILITZA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, RIVA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, STACY
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, TASHA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FIGUEROA, VIANCA
ADDRESS AVAILABLE UPON REQUEST

FIGULA, LINDA
ADDRESS AVAILABLE UPON REQUEST

FIKANY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

FIKE, CASEY
ADDRESS AVAILABLE UPON REQUEST

FIKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FIL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

FIL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

FILAK, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FILALI-ADIB, YASMINE
ADDRESS AVAILABLE UPON REQUEST

FILAND, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FILANDER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FILAR, ANNE
ADDRESS AVAILABLE UPON REQUEST

FILARDO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FILARECKI, RENATA
ADDRESS AVAILABLE UPON REQUEST

FILD INC
830 S. SEPULVEDA BLVD. SUITE 206
EL SEGUNDO, CA  90245

FILEMYR, KATIE
ADDRESS AVAILABLE UPON REQUEST

FILES, BRENDA
ADDRESS AVAILABLE UPON REQUEST

FILES, KESHELL
ADDRESS AVAILABLE UPON REQUEST

FILETA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FILETTI, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FILIATRAULT, DENISE
ADDRESS AVAILABLE UPON REQUEST

FILIAULT, SARAH
ADDRESS AVAILABLE UPON REQUEST

FILIBERTO NOLASCO
ADDRESS AVAILABLE UPON REQUEST

FILIMON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FILING FEES
ADDRESS UNAVAILABLE AT TIME OF FILING

FILIP AND MURPHY, JACK AND OWEN
ADDRESS AVAILABLE UPON REQUEST

FILIP, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FILIPE PEERALLY
ADDRESS AVAILABLE UPON REQUEST

FILIPESCU, BRI
ADDRESS AVAILABLE UPON REQUEST

FILIPIAK, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

FILIPOVA, ELENA
ADDRESS AVAILABLE UPON REQUEST

FILIPOVITCH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FILIPOW, TARYN
ADDRESS AVAILABLE UPON REQUEST

FILIPOWICZ, KENYA
ADDRESS AVAILABLE UPON REQUEST

FILIPPI, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FILIPPI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FILIPPO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FILIPPONE, ANN
ADDRESS AVAILABLE UPON REQUEST

FILKINS, ZACH
ADDRESS AVAILABLE UPON REQUEST

FILL, JULIA
ADDRESS AVAILABLE UPON REQUEST

FILLBRANDT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FILLER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

FILLIMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

FILLINGER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FILLION, ELISSA
ADDRESS AVAILABLE UPON REQUEST

FILLIPPO, ERIN
ADDRESS AVAILABLE UPON REQUEST

FILLIPUCCI, MARY
ADDRESS AVAILABLE UPON REQUEST

FILLMORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FILLMORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FILLPOT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FILMTOOLS
ADDRESS UNAVAILABLE AT TIME OF FILING

FILO, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

FILORETO, NICK
ADDRESS AVAILABLE UPON REQUEST

FILOSA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FILOUS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FILS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FILS-AIME, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FILSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FILTER, JILL
ADDRESS AVAILABLE UPON REQUEST

FIMBRES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FIMBRES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIMRITE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FINAMORE, NANCY
ADDRESS AVAILABLE UPON REQUEST

FINAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FINAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FINANCIAL ACCOUNTING FOUNDATION
ADDRESS UNAVAILABLE AT TIME OF FILING

FINANCIAL ACCOUNTING STANDARDS
BOARD/
GOVERNMENTAL ACCOUNTING STANDARD
BOARD
401 MERRITT 7
NORWALK, CT  06856-5116

FINC, RAIA
ADDRESS AVAILABLE UPON REQUEST

FINCH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FINCH, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FINCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FINCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FINCH, JACQUI
ADDRESS AVAILABLE UPON REQUEST

FINCH, JADE
ADDRESS AVAILABLE UPON REQUEST

FINCH, JOSH
ADDRESS AVAILABLE UPON REQUEST

FINCH, KARA
ADDRESS AVAILABLE UPON REQUEST

FINCH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FINCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FINCH, LORI LYNN
ADDRESS AVAILABLE UPON REQUEST

FINCH, LYNN
ADDRESS AVAILABLE UPON REQUEST

FINCH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FINCH, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

FINCH, SHAINA
ADDRESS AVAILABLE UPON REQUEST

FINCH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FINCHAM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FINCHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FINCHER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FINCHER, DUSTI
ADDRESS AVAILABLE UPON REQUEST

FINCHER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FINCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FINCK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FIND YOUR INFLUENCE INC.
653 W HONEYSUCKLE DR
CHANDLER, AZ  85248-3843

FINDEISEN, HUDSON
ADDRESS AVAILABLE UPON REQUEST

FINDEISEN, HUDSON
ADDRESS AVAILABLE UPON REQUEST

FINDEISEN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

FINDLAY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

FINDLAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FINDLAY, MIA
ADDRESS AVAILABLE UPON REQUEST

FINDLEN, DECLAN
ADDRESS AVAILABLE UPON REQUEST

FINDLETAR HINES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FINDLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FINDON, ABBY
ADDRESS AVAILABLE UPON REQUEST

FINE TERROIR SELECTIONS, LLC.
34 EAST PUTNAM AVE. SUITE 100
GREENWICH, CT  06830

FINE VINTAGE LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

FINE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FINE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FINE, BILL
ADDRESS AVAILABLE UPON REQUEST

FINE, FELISA
ADDRESS AVAILABLE UPON REQUEST

FINE, GARY
ADDRESS AVAILABLE UPON REQUEST

FINE, HOWARD
ADDRESS AVAILABLE UPON REQUEST

FINE, JEAN
ADDRESS AVAILABLE UPON REQUEST

FINE, JOSH
ADDRESS AVAILABLE UPON REQUEST

FINE, RHONDA
ADDRESS AVAILABLE UPON REQUEST

FINEBERG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FINEGAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FINEGAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FINELINE
601 W 48TH AVE
DENVER, CO  80216

FINELLI, LYNNE
ADDRESS AVAILABLE UPON REQUEST

FINELLI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FINER, LIZABETH
ADDRESS AVAILABLE UPON REQUEST

FINERAN, BETH
ADDRESS AVAILABLE UPON REQUEST

FINFROCK, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FINFROCK, CELIA
ADDRESS AVAILABLE UPON REQUEST

FINFROCK, RICHEL
ADDRESS AVAILABLE UPON REQUEST

FINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FINGER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FINGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FINGER, TEVYA
ADDRESS AVAILABLE UPON REQUEST

FINGERHUT, ESTHER
ADDRESS AVAILABLE UPON REQUEST

FINGLASS, ESTHER
ADDRESS AVAILABLE UPON REQUEST

FINIGAN, CAVAN
ADDRESS AVAILABLE UPON REQUEST

FINK, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FINK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FINK, CATHY
ADDRESS AVAILABLE UPON REQUEST

FINK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FINK, DAVID
ADDRESS AVAILABLE UPON REQUEST

FINK, JAKE
ADDRESS AVAILABLE UPON REQUEST

FINK, JAREN
ADDRESS AVAILABLE UPON REQUEST

FINK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FINK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FINK, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

FINK, KARA
ADDRESS AVAILABLE UPON REQUEST

FINK, KAREN
ADDRESS AVAILABLE UPON REQUEST

FINK, LAURA
ADDRESS AVAILABLE UPON REQUEST

FINK, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

FINK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FINK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FINK, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

FINK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FINK, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

FINK, SARAH
ADDRESS AVAILABLE UPON REQUEST

FINK, SARAH
ADDRESS AVAILABLE UPON REQUEST

FINKBINER, JAKE
ADDRESS AVAILABLE UPON REQUEST

FINKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FINKE, DAVID
ADDRESS AVAILABLE UPON REQUEST

FINKEL, MARCIA
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, ELAINA
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, JASON
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, LIA
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FINKELSTEIN, TATYANA
ADDRESS AVAILABLE UPON REQUEST

FINKEN, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

FINKENAUER, ANNA.@GMAIL.COM
ADDRESS AVAILABLE UPON REQUEST

FINKLE, ALLAN
ADDRESS AVAILABLE UPON REQUEST

FINKLE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

FINKLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FINKLER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FINKS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

FINLAY, CATYLYN
ADDRESS AVAILABLE UPON REQUEST

FINLAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FINLAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

FINLAYSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FINLAYSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FINLAYSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

FINLEON, MARIAH
ADDRESS AVAILABLE UPON REQUEST

FINLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FINLEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FINLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

FINLEY, DAVE
ADDRESS AVAILABLE UPON REQUEST

FINLEY, FRANK
ADDRESS AVAILABLE UPON REQUEST

FINLEY, GINGER
ADDRESS AVAILABLE UPON REQUEST

FINLEY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FINLEY, JANICE
ADDRESS AVAILABLE UPON REQUEST

FINLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FINLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FINLEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FINLEY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FINLEY, KAWANA
ADDRESS AVAILABLE UPON REQUEST

FINLEY, KIRK
ADDRESS AVAILABLE UPON REQUEST

FINLEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

FINLEY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

FINLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FINLEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FINLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FINLEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

FINLEY, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

FINLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

FINLEY-DAVIS, LYNN
ADDRESS AVAILABLE UPON REQUEST

FINN, ABBIE
ADDRESS AVAILABLE UPON REQUEST

FINN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FINN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FINN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FINN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

FINN, DAVID
ADDRESS AVAILABLE UPON REQUEST

FINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FINN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FINN, KELLI
ADDRESS AVAILABLE UPON REQUEST

FINN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FINN, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

FINN, MAIKIN
ADDRESS AVAILABLE UPON REQUEST

FINN, MARYCLARE
ADDRESS AVAILABLE UPON REQUEST

FINN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FINN, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

FINN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FINN, NEIL
ADDRESS AVAILABLE UPON REQUEST

FINN, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

FINNEFROCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, MICHELA
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, PAM
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN, TERENCE
ADDRESS AVAILABLE UPON REQUEST

FINNEGAN.MEGANGMAIL.COM, MEGAN
GENTILE
ADDRESS AVAILABLE UPON REQUEST

FINNELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FINNEMAN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

FINNERAN, SARA
ADDRESS AVAILABLE UPON REQUEST

FINNERN, MARY
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, ALISON
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, JENNA
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FINNERTY, TONY
ADDRESS AVAILABLE UPON REQUEST

FINNEY, BREANNA
ADDRESS AVAILABLE UPON REQUEST

FINNEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FINNEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FINNEY, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

FINNEY, JENNY
ADDRESS AVAILABLE UPON REQUEST

FINNEY, MEG
ADDRESS AVAILABLE UPON REQUEST

FINNEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

FINNEY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

FINNIE FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

FINNIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FINNIE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FINN-MCLAUGHLIN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FINOCCHIARO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FINOCCHIARO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FINS RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

FINTECH
3109 W DR MARTIN LUTHER KING JR BLVD
SUITE 200
TAMPA, FL  33607

FINUCANE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FINUCANE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FINUCANE, TARA
ADDRESS AVAILABLE UPON REQUEST

FINZEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FINZEL, KELLEY
ADDRESS AVAILABLE UPON REQUEST

FINZI, ELISE
ADDRESS AVAILABLE UPON REQUEST

FIOLEK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FIONA BRESLIN
ADDRESS AVAILABLE UPON REQUEST

FIONA HORGAN
ADDRESS AVAILABLE UPON REQUEST

FIORANI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FIORANTE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FIORE DESIGNS
ADDRESS UNAVAILABLE AT TIME OF FILING

FIORE JR, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

FIORE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FIORE, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

FIORE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FIORE, KARI
ADDRESS AVAILABLE UPON REQUEST

FIORE, KATI
ADDRESS AVAILABLE UPON REQUEST

FIORE, KELLY
ADDRESS AVAILABLE UPON REQUEST

FIORE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

FIORELLA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FIORELLA, RICH
ADDRESS AVAILABLE UPON REQUEST

FIORELLI, MARY
ADDRESS AVAILABLE UPON REQUEST

FIORENTINO, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

FIORENZA, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

FIORETTI, LISA
ADDRESS AVAILABLE UPON REQUEST

FIORI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FIORI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FIORI, SARAH
ADDRESS AVAILABLE UPON REQUEST

FIORICA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FIORILLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

FIORILLO, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FIORINA, LEE
ADDRESS AVAILABLE UPON REQUEST

FIORINO, ALESSANDRA L.
ADDRESS AVAILABLE UPON REQUEST

FIORITO, ELISSA
ADDRESS AVAILABLE UPON REQUEST

FIORITO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FIRCHA, JANEL
ADDRESS AVAILABLE UPON REQUEST

FIREBAUGH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIREMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FIREOVED, KATIE
ADDRESS AVAILABLE UPON REQUEST

FIRESTONE, ADAM
ADDRESS AVAILABLE UPON REQUEST

FIRESTONE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FIRGENS, CARYSSA
ADDRESS AVAILABLE UPON REQUEST

FIRKSER, GAIL
ADDRESS AVAILABLE UPON REQUEST

FIRKUS, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

FIRLUS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FIRMAN, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

FIRME, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FIRRELLO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FIRSCHING, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FIRSHT, ELANA
ADDRESS AVAILABLE UPON REQUEST

FIRST APEX INTERNATIONAL
721 N. VULCAN AVE. SUITE 106
ENCINITAS, CA  92024

FIRST IN PRINT
8515 BAYMEADOWS WAY, STE 102
JACKSONBILLE, FL  32256

FIRST INSURANCE FUNDING CORPORATION
450 SKOKIE BLVD., STE. 1000
NORTHBROOK, IL  60062-7917

FIRST MEDIATION CORPORATION
16501 VENTURA BLVD., SUITE 606
ENCINO, CA  91436

FIRST MEDIATION CORPORATION
633 WEST FIFTH STREET, 52ND FLOOR
LOS ANGELES, CA  90071

FIRST MIRACLE, LLC
(ADVINTAGE WINE DISTRIBUTING)
9570 WILLIAM AIKEN AVE.
LADSON, SC  29456

FIRST, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FIRSTER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FIRTH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FIRTH, KYLE
ADDRESS AVAILABLE UPON REQUEST

FISCH, SARA
ADDRESS AVAILABLE UPON REQUEST

FISCH, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FISCHER, BARB
ADDRESS AVAILABLE UPON REQUEST

FISCHER, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

FISCHER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, CARL
ADDRESS AVAILABLE UPON REQUEST

FISCHER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FISCHER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FISCHER, EDIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JARED
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JEN
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JENNY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, KAI
ADDRESS AVAILABLE UPON REQUEST

FISCHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

FISCHER, KAT
ADDRESS AVAILABLE UPON REQUEST

FISCHER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, MARIA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, MEL
ADDRESS AVAILABLE UPON REQUEST

FISCHER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FISCHER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

FISCHER, QUINN
ADDRESS AVAILABLE UPON REQUEST

FISCHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FISCHER, S
ADDRESS AVAILABLE UPON REQUEST

FISCHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, SARA
ADDRESS AVAILABLE UPON REQUEST

FISCHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FISCHER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FISCHER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FISCHETTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FISCHETTI, MARISA
ADDRESS AVAILABLE UPON REQUEST

FISCHETTI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FISCHGRUND, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FISCHLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FISCHLER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

FISCHLER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

FISCHOFF, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FISCO, MAX
ADDRESS AVAILABLE UPON REQUEST

FISCUS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FISER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

FISH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FISH, AMBER
ADDRESS AVAILABLE UPON REQUEST

FISH, CORINNE
ADDRESS AVAILABLE UPON REQUEST

FISH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FISH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FISH, HAROLD
ADDRESS AVAILABLE UPON REQUEST

FISH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FISH, JESSEE
ADDRESS AVAILABLE UPON REQUEST

FISH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FISH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FISH, SARA
ADDRESS AVAILABLE UPON REQUEST

FISHBOURNE, MARIE
ADDRESS AVAILABLE UPON REQUEST

FISHBURN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FISHBURNE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FISHER MAURER, ARLENE
ADDRESS AVAILABLE UPON REQUEST

FISHER SUSAN
ADDRESS AVAILABLE UPON REQUEST

FISHER, ALAINA
ADDRESS AVAILABLE UPON REQUEST

FISHER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

FISHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FISHER, AMY
ADDRESS AVAILABLE UPON REQUEST

FISHER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FISHER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FISHER, ANN
ADDRESS AVAILABLE UPON REQUEST

FISHER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FISHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, BETTY
ADDRESS AVAILABLE UPON REQUEST

FISHER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

FISHER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, BRITTNY
ADDRESS AVAILABLE UPON REQUEST

FISHER, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

FISHER, CASSI
ADDRESS AVAILABLE UPON REQUEST

FISHER, CINDY
ADDRESS AVAILABLE UPON REQUEST

FISHER, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

FISHER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FISHER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

FISHER, CYNDY
ADDRESS AVAILABLE UPON REQUEST

FISHER, DARYAN
ADDRESS AVAILABLE UPON REQUEST

FISHER, DENISE
ADDRESS AVAILABLE UPON REQUEST

FISHER, DUSTY
ADDRESS AVAILABLE UPON REQUEST

FISHER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

FISHER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FISHER, ELISE
ADDRESS AVAILABLE UPON REQUEST

FISHER, ELISE
ADDRESS AVAILABLE UPON REQUEST

FISHER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FISHER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FISHER, HALEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FISHER, IGNACIA
ADDRESS AVAILABLE UPON REQUEST

FISHER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FISHER, JAKLYN
ADDRESS AVAILABLE UPON REQUEST

FISHER, JAMES
ADDRESS AVAILABLE UPON REQUEST

FISHER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, JANET
ADDRESS AVAILABLE UPON REQUEST

FISHER, JENN
ADDRESS AVAILABLE UPON REQUEST

FISHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FISHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FISHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FISHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FISHER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

FISHER, JOE
ADDRESS AVAILABLE UPON REQUEST

FISHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

FISHER, JON
ADDRESS AVAILABLE UPON REQUEST

FISHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, KAREN R
ADDRESS AVAILABLE UPON REQUEST

FISHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

FISHER, KATE
ADDRESS AVAILABLE UPON REQUEST

FISHER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FISHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FISHER, KATRINA
ADDRESS AVAILABLE UPON REQUEST

FISHER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FISHER, KEITH
ADDRESS AVAILABLE UPON REQUEST

FISHER, KELI
ADDRESS AVAILABLE UPON REQUEST

FISHER, KELLY
ADDRESS AVAILABLE UPON REQUEST

FISHER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

FISHER, KERI
ADDRESS AVAILABLE UPON REQUEST

FISHER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FISHER, LAURE
ADDRESS AVAILABLE UPON REQUEST

FISHER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FISHER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FISHER, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FISHER, LYNN
ADDRESS AVAILABLE UPON REQUEST

FISHER, MADISON
ADDRESS AVAILABLE UPON REQUEST

FISHER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, MARK
ADDRESS AVAILABLE UPON REQUEST

FISHER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FISHER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FISHER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FISHER, MERIDETH
ADDRESS AVAILABLE UPON REQUEST

FISHER, NICHOL
ADDRESS AVAILABLE UPON REQUEST

FISHER, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

FISHER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FISHER, PAT
ADDRESS AVAILABLE UPON REQUEST

FISHER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FISHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FISHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FISHER, RILEY
ADDRESS AVAILABLE UPON REQUEST

FISHER, ROB
ADDRESS AVAILABLE UPON REQUEST

FISHER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FISHER, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

FISHER, ROSS
ADDRESS AVAILABLE UPON REQUEST

FISHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FISHER, SARA
ADDRESS AVAILABLE UPON REQUEST

FISHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FISHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FISHER, SHARON
ADDRESS AVAILABLE UPON REQUEST

FISHER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FISHER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

FISHER, THERESA
ADDRESS AVAILABLE UPON REQUEST

FISHER, TINA
ADDRESS AVAILABLE UPON REQUEST

FISHER, TONI
ADDRESS AVAILABLE UPON REQUEST

FISHER, TREY
ADDRESS AVAILABLE UPON REQUEST

FISHER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FISHER, WENDY
ADDRESS AVAILABLE UPON REQUEST

FISHER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FISHER, ZACK
ADDRESS AVAILABLE UPON REQUEST

FISHER, ZOE
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, CHALLYN
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, LIORA
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, YELENA
ADDRESS AVAILABLE UPON REQUEST

FISHMAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

FISHWICK, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FISHWICK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FISK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FISK, MIKE
ADDRESS AVAILABLE UPON REQUEST

FISK, SARAH
ADDRESS AVAILABLE UPON REQUEST

FISKE, MARY
ADDRESS AVAILABLE UPON REQUEST

FISKE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FISKETJON, HALL
ADDRESS AVAILABLE UPON REQUEST

FITCH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FITCH, BRAD
ADDRESS AVAILABLE UPON REQUEST

FITCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FITCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FITCH, JAMES
ADDRESS AVAILABLE UPON REQUEST

FITCH, KARA
ADDRESS AVAILABLE UPON REQUEST

FITCH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FITCH, TODD
ADDRESS AVAILABLE UPON REQUEST

FITCH, WESTLEY
ADDRESS AVAILABLE UPON REQUEST

FITCHETT, NONA
ADDRESS AVAILABLE UPON REQUEST

FITCHETT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

FITCHETTE, SHANITA
ADDRESS AVAILABLE UPON REQUEST

FITCHIE, ERIN
ADDRESS AVAILABLE UPON REQUEST

FITE, KAITI
ADDRESS AVAILABLE UPON REQUEST

FITE, VANCE
ADDRESS AVAILABLE UPON REQUEST

FITGURLMEL LLC
844 MILWOOD AVE.
VENICE, CA  90291

FITHIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FITHIAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FITING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FITO, J
ADDRESS AVAILABLE UPON REQUEST

FITORIA, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FITTERER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FITTERER, MARY
ADDRESS AVAILABLE UPON REQUEST

FITTES, STEVEN P
ADDRESS AVAILABLE UPON REQUEST

FITTIN, NORA
ADDRESS AVAILABLE UPON REQUEST

FITTING, HILLARY
ADDRESS AVAILABLE UPON REQUEST

FITTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FITTON, LENORA
ADDRESS AVAILABLE UPON REQUEST

FITTRO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FITTS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FITTS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITTS, LEONARD
ADDRESS AVAILABLE UPON REQUEST

FITZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FITZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FITZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

FITZ-AMADO, CHANTELL
ADDRESS AVAILABLE UPON REQUEST

FITZELL, LISA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ABBY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ALISON
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, AMY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, AMY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, BARRY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CARTER
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CARTER
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CINDY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CONOR
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, CONOR
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ELLA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ERIN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ERIN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ERIN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, FIONA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, FRANK
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, HALEY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JAMES
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JOHN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JOHN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KATE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KATE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KATIE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, KELLEY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LACEY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MARNIE
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MARY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, NANCY
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, NEIL
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, PAM
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, PHILIP
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, ROB
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, RYAN
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, SARA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, SHAUNTA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, TEAYA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, TERESA
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, TRISH
ADDRESS AVAILABLE UPON REQUEST

FITZGERALD, TURQUOISE
ADDRESS AVAILABLE UPON REQUEST

FITZGIBBONS, KELLY
ADDRESS AVAILABLE UPON REQUEST

FITZGIBBONS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FITZHARRIS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FITZHENRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

FITZHUGH, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

FITZHUGH, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

FITZHUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FITZHUGH, STACY
ADDRESS AVAILABLE UPON REQUEST

FITZMARTIN, TORI
ADDRESS AVAILABLE UPON REQUEST

FITZMAURICE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FITZMAURICE, ERIN
ADDRESS AVAILABLE UPON REQUEST

FITZMAURICE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FITZMAURICE, LENAE
ADDRESS AVAILABLE UPON REQUEST

FITZMAURICE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, CASEY
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, CONNIE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, CONNOR
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, DARON
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, JENNA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, JOHN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, JOHN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KATRINA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MARIA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MARIA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MARY
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, SHANON
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, TIM
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FITZPATRICK-BURKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, APRIL
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, EMMA
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, JANITA
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, JODI
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, JONI C
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, KAREN
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FITZSIMMONS, SEAN
ADDRESS AVAILABLE UPON REQUEST

FITZSIMONS, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

FITZWATER, APRIL
ADDRESS AVAILABLE UPON REQUEST

FITZWILLIAMS-HECK, CINDY
ADDRESS AVAILABLE UPON REQUEST

FIUMARA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FIVEASH, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

FIVETRAN, INC.
405 14TH STREET, SUITE 1100
OAKLAND, CA 94612

FIVEY, SAMSON
ADDRESS AVAILABLE UPON REQUEST

FIX, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

FIX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FIX, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FIXEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FIZBIZ
5023 N. PARKWAY
CALABASAS, CA 91302

FIZEL, KALI
ADDRESS AVAILABLE UPON REQUEST

FJERRY LLC
112 BOWERY STREET, 4TH FLOOR
NEW YORK, NY 10013

FL DEPT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399

FLACCAVENTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLACCO, VAL
ADDRESS AVAILABLE UPON REQUEST

FLACH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLACK, MARY
ADDRESS AVAILABLE UPON REQUEST

FLACKS, WENDY
ADDRESS AVAILABLE UPON REQUEST

FLAGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FLAGE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FLAGG, BILL
ADDRESS AVAILABLE UPON REQUEST

FLAGG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FLAGG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLAGG, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLAGG, NATASHA
ADDRESS AVAILABLE UPON REQUEST

FLAGG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FLAGG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FLAGLE, NANCY
ADDRESS AVAILABLE UPON REQUEST

FLAGLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

FLAGSTAD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FLAHART, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY & OHARA, PC
610 SMITHFIELD ST, SUITE 300
PITTSBURGH, PA 15222

FLAHERTY, ALANNAH
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, DARCY
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, GRACE
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, ISA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, KAREN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, MAURA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, MAURA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, RORY
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, SADIANNA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, SKYLER
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, TERRI
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, THERESA
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

FLAHERTY, VERONICA ALEX
ADDRESS AVAILABLE UPON REQUEST

FLAHIVE, SHARON
ADDRESS AVAILABLE UPON REQUEST

FLAIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLAIGLE, HAROLD
ADDRESS AVAILABLE UPON REQUEST

FLAIM, DEVON
ADDRESS AVAILABLE UPON REQUEST

FLAK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FLAKE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FLAKE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

FLAKE, MANDI
ADDRESS AVAILABLE UPON REQUEST

FLAM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FLAMBERG, GWEN
ADDRESS AVAILABLE UPON REQUEST

FLAMIG, MAKISHA
ADDRESS AVAILABLE UPON REQUEST

FLAMIO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

FLAMMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLAMPOURIS, STYLIANOS
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, CAT
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, ERINN
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, JANET
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, LUCY
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, MEG
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, OWEN
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FLANAGAN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

FLANAGIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FLANDERS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

FLANDERS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

FLANDERS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FLANERY, JULIE
ADDRESS AVAILABLE UPON REQUEST

FLANERY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FLANERY, MATT
ADDRESS AVAILABLE UPON REQUEST

FLANIGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLANIGAN, KENLY
ADDRESS AVAILABLE UPON REQUEST

FLANIGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

FLANIGAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FLANIGAN, TOREY
ADDRESS AVAILABLE UPON REQUEST

FLANNAGAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, DANA
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, HONOR
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, KAROL
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, PAGE
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FLANNERY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FLANNIGAN, STACY
ADDRESS AVAILABLE UPON REQUEST

FLANSBURG, ERIN
ADDRESS AVAILABLE UPON REQUEST

FLANSBURG, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLANSBURG, SARA
ADDRESS AVAILABLE UPON REQUEST

FLANZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLASHLIGHTS
ADDRESS UNAVAILABLE AT TIME OF FILING

FLASPOHLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FLATAU, DAVID
ADDRESS AVAILABLE UPON REQUEST

FLATEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FLATLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLATT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FLATT, NOLAN
ADDRESS AVAILABLE UPON REQUEST

FLATTERY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FLAUM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FLAVIN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FLAVIN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

FLAVIN, JULIAN
ADDRESS AVAILABLE UPON REQUEST

FLAVIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

FLAVIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FLAVIO PINHEIRO
ADDRESS AVAILABLE UPON REQUEST

FLAVONI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FLAVORS OF ITALY, LLC
PO BOX 61631
HONOLULU, HI  96839

FLAWS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FLAX, TITIANA
ADDRESS AVAILABLE UPON REQUEST

FLAXBEARD, HELENE
ADDRESS AVAILABLE UPON REQUEST

FLEAK, BILL
ADDRESS AVAILABLE UPON REQUEST

FLECHSENHAAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLECHSIG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FLECK, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FLECK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FLECK, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FLECKER, JEANNE
ADDRESS AVAILABLE UPON REQUEST

FLEDDERMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

FLEECE, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

FLEEMAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FLEEMAN, JERRY
ADDRESS AVAILABLE UPON REQUEST

FLEENOR, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FLEENOR, SARA
ADDRESS AVAILABLE UPON REQUEST

FLEET, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FLEETWOOD, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

FLEETWOOD, LENNA
ADDRESS AVAILABLE UPON REQUEST

FLEETWOOD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FLEGEL, ANGIE
ADDRESS AVAILABLE UPON REQUEST

FLEGENHEIMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLEISCH, JOSH
ADDRESS AVAILABLE UPON REQUEST

FLEISCHAUER, ARI
ADDRESS AVAILABLE UPON REQUEST

FLEISCHER, HARLEY
ADDRESS AVAILABLE UPON REQUEST

FLEISCHER, JAKE
ADDRESS AVAILABLE UPON REQUEST

FLEISCHMANN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

FLEISHAKER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FLEISHER, KENNON
ADDRESS AVAILABLE UPON REQUEST

FLEISHER, LINDA
ADDRESS AVAILABLE UPON REQUEST

FLEISHMAN, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

FLEITAS, ANA
ADDRESS AVAILABLE UPON REQUEST

FLEMEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FLEMING BRUCE, LA SHON
ADDRESS AVAILABLE UPON REQUEST

FLEMING, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FLEMING, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

FLEMING, ASHIVIAH
ADDRESS AVAILABLE UPON REQUEST

FLEMING, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CARLTON
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CEEJAY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CHARLES
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FLEMING, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FLEMING, DANI
ADDRESS AVAILABLE UPON REQUEST

FLEMING, DARCIE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, DAVID
ADDRESS AVAILABLE UPON REQUEST

FLEMING, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FLEMING, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, ERNEST
ADDRESS AVAILABLE UPON REQUEST

FLEMING, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, JUANITA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, JULIA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, JULIE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, KARA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, KARLEY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FLEMING, KIM
ADDRESS AVAILABLE UPON REQUEST

FLEMING, KRIS
ADDRESS AVAILABLE UPON REQUEST

FLEMING, LAURIE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, LYNNE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FLEMING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FLEMING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLEMING, NANCY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, NICOLA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLEMING, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FLEMING, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, RONALD
ADDRESS AVAILABLE UPON REQUEST

FLEMING, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

FLEMING, SHARI
ADDRESS AVAILABLE UPON REQUEST

FLEMING, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

FLEMING, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FLEMING, TINA
ADDRESS AVAILABLE UPON REQUEST

FLEMMING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FLEMMING, BROGAN
ADDRESS AVAILABLE UPON REQUEST

FLEMMING, DAVID
ADDRESS AVAILABLE UPON REQUEST

FLEMMING, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

FLEMMING, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FLEMON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FLENORY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FLERCHINGER-BASTA, JULIE
ADDRESS AVAILABLE UPON REQUEST

FLERI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FLESCHER, SHIRA
ADDRESS AVAILABLE UPON REQUEST

FLESH, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLESHER, SUNNY
ADDRESS AVAILABLE UPON REQUEST

FLESHMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

FLESSAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLESSER, SHAINA
ADDRESS AVAILABLE UPON REQUEST

FLESSNER, TYLER
ADDRESS AVAILABLE UPON REQUEST

FLETCHALL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, BOB
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, BRAD
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, BRUCIE
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, CALEB
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, CARYN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, DELLA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, KEYLEE
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, LISA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, MARRISSA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, PAUL
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, SANDY
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, TERRY
ADDRESS AVAILABLE UPON REQUEST

FLETCHER, TRACY
ADDRESS AVAILABLE UPON REQUEST

FLETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

FLETTER, AVA
ADDRESS AVAILABLE UPON REQUEST

FLETTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FLEURANGES, MARGAUX
ADDRESS AVAILABLE UPON REQUEST

FLEURANVIL, ALFRED
ADDRESS AVAILABLE UPON REQUEST

FLEURAT, FAITH
ADDRESS AVAILABLE UPON REQUEST

FLEURY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FLEURY, GERARD
ADDRESS AVAILABLE UPON REQUEST

FLEURY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FLEURY, MARY
ADDRESS AVAILABLE UPON REQUEST

FLEURY, MELINA
ADDRESS AVAILABLE UPON REQUEST

FLEURY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FLEWHARTY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FLEX MARKETING GROUP, LLC.
1776 BROADWAY, 23RD FLOOR
NEW YORK, NY  10019

FLEXER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FLEXJOBS CORPORATION
ADDRESS UNAVAILABLE AT TIME OF FILING

FLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLIAKOS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FLICK, BETH
ADDRESS AVAILABLE UPON REQUEST

FLICK, DAVE
ADDRESS AVAILABLE UPON REQUEST

FLICK, DEVON
ADDRESS AVAILABLE UPON REQUEST

FLICK, NINA
ADDRESS AVAILABLE UPON REQUEST

FLICKINGER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FLICKINGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLICKINGER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FLICKINGER, SARA
ADDRESS AVAILABLE UPON REQUEST

FLICKNER, BETTY
ADDRESS AVAILABLE UPON REQUEST

FLICKNER, KIM
ADDRESS AVAILABLE UPON REQUEST

FLIEDNER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FLIEGE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FLIEGELMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FLIESLER, AMY
ADDRESS AVAILABLE UPON REQUEST

FLIGG, RYAN
ADDRESS AVAILABLE UPON REQUEST

FLIGG, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLIGHT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FLIKEID, SHEILA
ADDRESS AVAILABLE UPON REQUEST

FLINK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FLINK, TANYA
ADDRESS AVAILABLE UPON REQUEST

FLINN, DELANEY
ADDRESS AVAILABLE UPON REQUEST

FLINN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FLINN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLINT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FLINT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FLINT, DAVID
ADDRESS AVAILABLE UPON REQUEST

FLINT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FLINT, ISAAC
ADDRESS AVAILABLE UPON REQUEST

FLINT, JACOB
ADDRESS AVAILABLE UPON REQUEST

FLINT, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLINT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FLINT, LAURA
ADDRESS AVAILABLE UPON REQUEST

FLINT, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FLINT, WAYNE
ADDRESS AVAILABLE UPON REQUEST

FLIPP CORPORATION
DEPT CH 19946
PALATINE, IL  60055-9946

FLIPPEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FLIPPIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLIPPIN, MACARTY
ADDRESS AVAILABLE UPON REQUEST

FLIS, TYLER
ADDRESS AVAILABLE UPON REQUEST

FLITER, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

FLITTIE, HELENE
ADDRESS AVAILABLE UPON REQUEST

FLOCCO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FLOCCO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

FLOCKENCIER, PETER
ADDRESS AVAILABLE UPON REQUEST

FLOCKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLODING, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

FLODING, SAIDE
ADDRESS AVAILABLE UPON REQUEST

FLOE, SIROCCO
ADDRESS AVAILABLE UPON REQUEST

FLOERSHEIM, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FLOHR, MANDI
ADDRESS AVAILABLE UPON REQUEST

FLOHR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FLOHR, SARA
ADDRESS AVAILABLE UPON REQUEST

FLOHR, SARA
ADDRESS AVAILABLE UPON REQUEST

FLOM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FLOM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FLOM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FLOOD, ABBY
ADDRESS AVAILABLE UPON REQUEST

FLOOD, ALISON
ADDRESS AVAILABLE UPON REQUEST

FLOOD, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

FLOOD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FLOOD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FLOOD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FLOOD, ERIN
ADDRESS AVAILABLE UPON REQUEST

FLOOD, GALE
ADDRESS AVAILABLE UPON REQUEST

FLOOD, JASON
ADDRESS AVAILABLE UPON REQUEST

FLOOD, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLOOD, LARRY
ADDRESS AVAILABLE UPON REQUEST

FLOOD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FLOOD, ROZLYN
ADDRESS AVAILABLE UPON REQUEST

FLOOD, SHELBI
ADDRESS AVAILABLE UPON REQUEST

FLOOD, TERRY
ADDRESS AVAILABLE UPON REQUEST

FLOOD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FLOOK, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

FLOOR, CARLI
ADDRESS AVAILABLE UPON REQUEST

FLOR I VASQUEZ
ADDRESS AVAILABLE UPON REQUEST

FLOR, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FLORA, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLORA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FLORANCE K CONDOS
PO BOX 11
HAPPY CAMP, CA  96039

FLORATOS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FLORENCE LEA COMBS
ADDRESS AVAILABLE UPON REQUEST

FLORENCE, CARA
ADDRESS AVAILABLE UPON REQUEST

FLORENCE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FLORENCE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FLORENCE, LUTRICA
ADDRESS AVAILABLE UPON REQUEST

FLORENTINE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FLORENTINO, GAIL
ADDRESS AVAILABLE UPON REQUEST

FLORER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FLORES CASAB, JULIO AZIZ
ADDRESS AVAILABLE UPON REQUEST

FLORES GONZALEZ, YOCELIN
ADDRESS AVAILABLE UPON REQUEST

FLORES, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

FLORES, ALISON
ADDRESS AVAILABLE UPON REQUEST

FLORES, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

FLORES, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

FLORES, AMARIS
ADDRESS AVAILABLE UPON REQUEST

FLORES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

FLORES, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

FLORES, BLAKE
ADDRESS AVAILABLE UPON REQUEST

FLORES, BRENNA
ADDRESS AVAILABLE UPON REQUEST

FLORES, CARLOS
ADDRESS AVAILABLE UPON REQUEST

FLORES, CECILIA
ADDRESS AVAILABLE UPON REQUEST

FLORES, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

FLORES, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FLORES, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FLORES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FLORES, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FLORES, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FLORES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FLORES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FLORES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FLORES, ERIN
ADDRESS AVAILABLE UPON REQUEST

FLORES, FAITH A.
ADDRESS AVAILABLE UPON REQUEST

FLORES, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

FLORES, FREDY
ADDRESS AVAILABLE UPON REQUEST

FLORES, GABY
ADDRESS AVAILABLE UPON REQUEST

FLORES, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

FLORES, HAVALA
ADDRESS AVAILABLE UPON REQUEST

FLORES, HECTOR
ADDRESS AVAILABLE UPON REQUEST

FLORES, HILDA
ADDRESS AVAILABLE UPON REQUEST

FLORES, IRMA
ADDRESS AVAILABLE UPON REQUEST

FLORES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLORES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLORES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLORES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLORES, JOFNI
ADDRESS AVAILABLE UPON REQUEST

FLORES, JOr
ADDRESS AVAILABLE UPON REQUEST

FLORES, JOSE
ADDRESS AVAILABLE UPON REQUEST

FLORES, JOSE
ADDRESS AVAILABLE UPON REQUEST

FLORES, JUAN C.
ADDRESS AVAILABLE UPON REQUEST

FLORES, JULIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, KAI
ADDRESS AVAILABLE UPON REQUEST

FLORES, KALEB
ADDRESS AVAILABLE UPON REQUEST

FLORES, KARISSA
ADDRESS AVAILABLE UPON REQUEST

FLORES, KASSI
ADDRESS AVAILABLE UPON REQUEST

FLORES, KAYLENE
ADDRESS AVAILABLE UPON REQUEST

FLORES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FLORES, LARISSA
ADDRESS AVAILABLE UPON REQUEST

FLORES, LAURA
ADDRESS AVAILABLE UPON REQUEST

FLORES, LEEBY
ADDRESS AVAILABLE UPON REQUEST

FLORES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, LISA
ADDRESS AVAILABLE UPON REQUEST

FLORES, LUIS
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARCEL
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARCEL
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARIA
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARIO
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARTIN
ADDRESS AVAILABLE UPON REQUEST

FLORES, MARTIN
ADDRESS AVAILABLE UPON REQUEST

FLORES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FLORES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FLORES, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

FLORES, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

FLORES, MIA
ADDRESS AVAILABLE UPON REQUEST

FLORES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLORES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FLORES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FLORES, NATHAN
ADDRESS AVAILABLE UPON REQUEST

FLORES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLORES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLORES, NIKKI
ADDRESS AVAILABLE UPON REQUEST

FLORES, NORMA
ADDRESS AVAILABLE UPON REQUEST

FLORES, NORY
ADDRESS AVAILABLE UPON REQUEST

FLORES, OWEN
ADDRESS AVAILABLE UPON REQUEST

FLORES, RAYO
ADDRESS AVAILABLE UPON REQUEST

FLORES, RENEE
ADDRESS AVAILABLE UPON REQUEST

FLORES, RITA
ADDRESS AVAILABLE UPON REQUEST

FLORES, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

FLORES, ROSA
ADDRESS AVAILABLE UPON REQUEST

FLORES, SARIAH
ADDRESS AVAILABLE UPON REQUEST

FLORES, SELENA
ADDRESS AVAILABLE UPON REQUEST

FLORES, SONDRA
ADDRESS AVAILABLE UPON REQUEST

FLORES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FLORES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FLORES, THANNYA
ADDRESS AVAILABLE UPON REQUEST

FLORES, TIANNAMORRISON
ADDRESS AVAILABLE UPON REQUEST

FLORES, TINA
ADDRESS AVAILABLE UPON REQUEST

FLORES, TONY
ADDRESS AVAILABLE UPON REQUEST

FLORES, TRICIA
ADDRESS AVAILABLE UPON REQUEST

FLORES-GONZALES, INEZ-ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FLORES-RUIZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

FLOREZ, ROMAN
ADDRESS AVAILABLE UPON REQUEST

FLORIANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLORIANZ, WANDA
ADDRESS AVAILABLE UPON REQUEST

FLORIANZ, WANDA
ADDRESS AVAILABLE UPON REQUEST

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399-007389

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 6327
REGISTRATION SECTION TALLAHASSEE, FL
32314

FLORIDA DEPT OF LABOR
DEPT OF ECONOMIC OPPORTUNITY
107 EAST MADISON ST
CALDWELL BUILDING
TALLAHASSEE, FL  32399-4120

FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399-0100

FLORIDA OFFICE OF FINANCIAL
REGULATION
FINANCIAL REGULATION
200 E. GAINES STREET
TALLAHASSEE, FL  32399

FLORIDA U.C. FUND
FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST BLDG L
TALLAHASSEE, FL  32399-0180

FLORIDI, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FLORIE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FLORIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLORITA, NELLANI
ADDRESS AVAILABLE UPON REQUEST

FLORKOSKI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FLORKOWSKI, JODI
ADDRESS AVAILABLE UPON REQUEST

FLORMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FLORO, MARISA
ADDRESS AVAILABLE UPON REQUEST

FLORY, ADAM
ADDRESS AVAILABLE UPON REQUEST

FLORY, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

FLOS USA INC
110 YORK ST, 5TH FLOOR
BROOKLYN, NY  11201

FLOSS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FLOTA, CARISSA
ADDRESS AVAILABLE UPON REQUEST

FLOTKOETTER, DALE
ADDRESS AVAILABLE UPON REQUEST

FLOTTE, KEITH
ADDRESS AVAILABLE UPON REQUEST

FLOTTERUD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FLOTZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FLOURNOY, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FLOURNOY, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

FLOURNOY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FLOURNOY, SHERISE
ADDRESS AVAILABLE UPON REQUEST

FLOW WINE COMPANY INC (FLOW WINE
GROUP)
235 COCOANUT AVE UNIT 128E
SARASOTA, FL 34236

FLOW WINE COMPANY INC (FLOW WINE
GROUP)
333 W. NORTH AVE 350
CHICAGO, IL 60610

FLOW WINE COMPANY INC (FLOW WINE
GROUP)
435 S. OSPREY AVE
SARASOTA, FL 34236

FLOWER & VINE (ALISOS VINEYARD)
5933 BOWCROFT ST.
LOS ANGELES, CA 90016

FLOWER, EMELIE
ADDRESS AVAILABLE UPON REQUEST

FLOWERDAY, SHANA
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, CAROL
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, CHE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, CINDY
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, JAIME
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, KAREN
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, KENYA
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, KYLENE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, MARY
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, NANCY
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, SHIRELLE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, STEVE
ADDRESS AVAILABLE UPON REQUEST

FLOWERS, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

FLOYD
ADDRESS AVAILABLE UPON REQUEST

FLOYD, AARON
ADDRESS AVAILABLE UPON REQUEST

FLOYD, ALEX
ADDRESS AVAILABLE UPON REQUEST

FLOYD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FLOYD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FLOYD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FLOYD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FLOYD, CIERRA
ADDRESS AVAILABLE UPON REQUEST

FLOYD, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

FLOYD, EMILY
ADDRESS AVAILABLE UPON REQUEST

FLOYD, ERICA
ADDRESS AVAILABLE UPON REQUEST

FLOYD, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

FLOYD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FLOYD, JAMES
ADDRESS AVAILABLE UPON REQUEST

FLOYD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FLOYD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FLOYD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FLOYD, LORI
ADDRESS AVAILABLE UPON REQUEST

FLOYD, MADISON
ADDRESS AVAILABLE UPON REQUEST

FLOYD, MATT
ADDRESS AVAILABLE UPON REQUEST

FLOYD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FLOYD, SARA
ADDRESS AVAILABLE UPON REQUEST

FLOYD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FLOYD, SHAWNDA
ADDRESS AVAILABLE UPON REQUEST

FLOYD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FLOYD, TERA
ADDRESS AVAILABLE UPON REQUEST

FLUDDER, ALISON
ADDRESS AVAILABLE UPON REQUEST

FLUEGEL, JULIA
ADDRESS AVAILABLE UPON REQUEST

FLUEHR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FLUENT, INC.
PO BOX 931014
ATLANTA, GA  31193-1014

FLUHART, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLUHART, TINA
ADDRESS AVAILABLE UPON REQUEST

FLUHARTY, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

FLUHARTY, JOSH
ADDRESS AVAILABLE UPON REQUEST

FLUHLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FLUKE, HALEY
ADDRESS AVAILABLE UPON REQUEST

FLUKER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

FLUKER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

FLUKERS, SHYLA
ADDRESS AVAILABLE UPON REQUEST

FLUMENBAUM, JUDY
ADDRESS AVAILABLE UPON REQUEST

FLURY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FLURY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FLY, KATHI
ADDRESS AVAILABLE UPON REQUEST

FLYG, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ALISTAIR
ADDRESS AVAILABLE UPON REQUEST

FLYNN, AMBER
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ANN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ANNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, CINDY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, COLIN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, DARLENE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, DONNA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ERIC
ADDRESS AVAILABLE UPON REQUEST

FLYNN, GAIL
ADDRESS AVAILABLE UPON REQUEST

FLYNN, GRACE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FLYNN, HOPE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLYNN, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, JOSH AND CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KARA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KAREN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KATIE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KIIRSTEN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KIM
ADDRESS AVAILABLE UPON REQUEST

FLYNN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, LORENA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MARK
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MARY J CASEY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MATT
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MOIRA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FLYNN, PAULA
ADDRESS AVAILABLE UPON REQUEST

FLYNN, PETER
ADDRESS AVAILABLE UPON REQUEST

FLYNN, REBECCAH
ADDRESS AVAILABLE UPON REQUEST

FLYNN, ROBIN ANN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FLYNN, SEAN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, SHAUN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

FLYNN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FLYNN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FLYNN, TIM
ADDRESS AVAILABLE UPON REQUEST

FLYNN, TIM
ADDRESS AVAILABLE UPON REQUEST

FLYNN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

FLYNN-MCDONALD, NORAANN
ADDRESS AVAILABLE UPON REQUEST

FLYNN-WELTER, JANICE
ADDRESS AVAILABLE UPON REQUEST

FLYNT, HARRY
ADDRESS AVAILABLE UPON REQUEST

FLYNT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FLYNT, MARLA
ADDRESS AVAILABLE UPON REQUEST

FLYSAS
ADDRESS UNAVAILABLE AT TIME OF FILING

FM, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FOA, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOBELLAH, SHELA
ADDRESS AVAILABLE UPON REQUEST

FOCKLER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

FOCKLER, MARLA
ADDRESS AVAILABLE UPON REQUEST

FODDE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FODSE, JAMES
ADDRESS AVAILABLE UPON REQUEST

FOELL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FOELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

FOERSTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FOERTSCH, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

FOERTSCH, JAIME
ADDRESS AVAILABLE UPON REQUEST

FOESS, JASON
ADDRESS AVAILABLE UPON REQUEST

FOGAH, ANGEL
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, FRANK
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, JACK
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, JAMES
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, KATE
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FOGARTY, MARIAH
ADDRESS AVAILABLE UPON REQUEST

FOGAS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FOGEL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FOGEL, RANDI
ADDRESS AVAILABLE UPON REQUEST

FOGERSON, JODA
ADDRESS AVAILABLE UPON REQUEST

FOGG, AMBER
ADDRESS AVAILABLE UPON REQUEST

FOGG, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FOGG, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOGG, YVETTE
ADDRESS AVAILABLE UPON REQUEST

FOGGETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOGL, SUE
ADDRESS AVAILABLE UPON REQUEST

FOGLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FOGLE, DONA
ADDRESS AVAILABLE UPON REQUEST

FOGLE, THERESA
ADDRESS AVAILABLE UPON REQUEST

FOGLEMAN, GARY
ADDRESS AVAILABLE UPON REQUEST

FOGLER, EMMA
ADDRESS AVAILABLE UPON REQUEST

FOGLESONG, MARCELINE
ADDRESS AVAILABLE UPON REQUEST

FOGLIETTA, MARY
ADDRESS AVAILABLE UPON REQUEST

FOGO, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

FOGT, LYNN
ADDRESS AVAILABLE UPON REQUEST

FOICA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FOIL, GINA
ADDRESS AVAILABLE UPON REQUEST

FOISY, ALEC
ADDRESS AVAILABLE UPON REQUEST

FOJAS, ALMA
ADDRESS AVAILABLE UPON REQUEST

FOKS, KENNY
ADDRESS AVAILABLE UPON REQUEST

FOKSHA, NADIA
ADDRESS AVAILABLE UPON REQUEST

FOLAN, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

FOLCK, JAMES
ADDRESS AVAILABLE UPON REQUEST

FOLCO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOLCO, MIMI
ADDRESS AVAILABLE UPON REQUEST

FOLDESI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

FOLDS, KATIE
ADDRESS AVAILABLE UPON REQUEST

FOLDY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FOLEY FAMILY WINES, INC.
200 CONCOURSE BLVD.
SANTA ROSA, CA  95403

FOLEY
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, AVERY
ADDRESS AVAILABLE UPON REQUEST

FOLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, COLM
ADDRESS AVAILABLE UPON REQUEST

FOLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, DOUG
ADDRESS AVAILABLE UPON REQUEST

FOLEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, GORDON
ADDRESS AVAILABLE UPON REQUEST

FOLEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KATE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KIERRA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LUKE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, LYLA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, MARIKA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

FOLEY, MATT
ADDRESS AVAILABLE UPON REQUEST

FOLEY, MATT
ADDRESS AVAILABLE UPON REQUEST

FOLEY, NANTS
ADDRESS AVAILABLE UPON REQUEST

FOLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FOLEY, NICK
ADDRESS AVAILABLE UPON REQUEST

FOLEY, PETER
ADDRESS AVAILABLE UPON REQUEST

FOLEY, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

FOLEY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

FOLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FOLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

FOLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FOLEY, TAZ
ADDRESS AVAILABLE UPON REQUEST

FOLEY, TREVOR
ADDRESS AVAILABLE UPON REQUEST

FOLEY-ROBERTS, HOPE
ADDRESS AVAILABLE UPON REQUEST

FOLGA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FOLIE, JOY
ADDRESS AVAILABLE UPON REQUEST

FOLINEO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

FOLK, ALISON
ADDRESS AVAILABLE UPON REQUEST

FOLK, CINDY
ADDRESS AVAILABLE UPON REQUEST

FOLK, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

FOLK, REAGAN
ADDRESS AVAILABLE UPON REQUEST

FOLK-CARPENTER, MINDY
ADDRESS AVAILABLE UPON REQUEST

FOLKERTH, MARY
ADDRESS AVAILABLE UPON REQUEST

FOLKERTS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

FOLKMAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

FOLKS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FOLLETTE, PETER
ADDRESS AVAILABLE UPON REQUEST

FOLLETTE, SHANA
ADDRESS AVAILABLE UPON REQUEST

FOLLIARD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FOLLO, SHARON
ADDRESS AVAILABLE UPON REQUEST

FOLLON, DARCIE
ADDRESS AVAILABLE UPON REQUEST

FOLLOWELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

FOLMAR, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, ELLEN S
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, JAMES
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, LORRIE
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, ROY
ADDRESS AVAILABLE UPON REQUEST

FOLSOM, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOLSTAD, ERIN
ADDRESS AVAILABLE UPON REQUEST

FOLSTER, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

FOLTARE
ADDRESS UNAVAILABLE AT TIME OF FILING

FOLTS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FOLTZ, APRIL
ADDRESS AVAILABLE UPON REQUEST

FOLTZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOLTZ, NIKITA
ADDRESS AVAILABLE UPON REQUEST

FOLTZ, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FOMA, ABBY
ADDRESS AVAILABLE UPON REQUEST

FOMBY, ADAM
ADDRESS AVAILABLE UPON REQUEST

FON, NCHANG-NWI
ADDRESS AVAILABLE UPON REQUEST

FONASH, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FONCELLINO, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

FONDA, JUDY
ADDRESS AVAILABLE UPON REQUEST

FONES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FONG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FONG, ELSIE
ADDRESS AVAILABLE UPON REQUEST

FONG, JAMES
ADDRESS AVAILABLE UPON REQUEST

FONG, PETER
ADDRESS AVAILABLE UPON REQUEST

FONG, ROSE
ADDRESS AVAILABLE UPON REQUEST

FONG, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

FONKE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FONKEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FONNER, SHERRALL
ADDRESS AVAILABLE UPON REQUEST

FONS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FONSECA, ANGEL
ADDRESS AVAILABLE UPON REQUEST

FONSECA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FONSECA, ERIC
ADDRESS AVAILABLE UPON REQUEST

FONSECA, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

FONSECA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FONSECA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FONSECA, KADY
ADDRESS AVAILABLE UPON REQUEST

FONSECA, MAJELA
ADDRESS AVAILABLE UPON REQUEST

FONSECA, TONY
ADDRESS AVAILABLE UPON REQUEST

FONT, ROLAND
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, AMY
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, KEITH
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, RYAN
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, TESSA
ADDRESS AVAILABLE UPON REQUEST

FONTAINE, ZEEJAY
ADDRESS AVAILABLE UPON REQUEST

FONTALVO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FONTANA, BLAKE
ADDRESS AVAILABLE UPON REQUEST

FONTANA, CASEY
ADDRESS AVAILABLE UPON REQUEST

FONTANA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

FONTANA, JOHN
ADDRESS AVAILABLE UPON REQUEST

FONTANA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FONTANELLA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FONTANELLA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

FONTANELLA, MARK
ADDRESS AVAILABLE UPON REQUEST

FONTANESI, LISA
ADDRESS AVAILABLE UPON REQUEST

FONTANEZ, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FONTANEZ, MATHEW
ADDRESS AVAILABLE UPON REQUEST

FONTECCHIO, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

FONTECCHIO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FONTEIN, KIMBALL
ADDRESS AVAILABLE UPON REQUEST

FONTEIX, HARRISON
ADDRESS AVAILABLE UPON REQUEST

FONTENAULT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FONTENAY, JADE
ADDRESS AVAILABLE UPON REQUEST

FONTENELLE, JULIE
ADDRESS AVAILABLE UPON REQUEST

FONTENOT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FONTENOT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

FONTENOT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FONTENOT, MIKE
ADDRESS AVAILABLE UPON REQUEST

FONTOURA, EVANDRO
ADDRESS AVAILABLE UPON REQUEST

FONTS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

FONVILLE, JODI
ADDRESS AVAILABLE UPON REQUEST

FONZ
ADDRESS UNAVAILABLE AT TIME OF FILING

FOOD & WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

FOOD INGREDIENTS, INC.
2100 AIRPORT ROAD
WAUKESHA, WI 53188

FOOD52
122 W 26TH STREET, 8TH FLOOR
NEW YORK, NY 10001

FOODA INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

FOODCHAIN ID TECHNICAL SERVICES, INC.
504 N. 4TH STREET, SUITE 300
FAIRFIELD, IA 52556

FOODMAXX
2440 S BROADWAY
SANTA MARIA, CA  93454

FOODSCO FUEL
ADDRESS UNAVAILABLE AT TIME OF FILING

FOODSHED PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

FOODWIT
7411 SW CAPITOL HWY
PORTLAND, OR  97219

FOODY, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

FOOKS, BRENT
ADDRESS AVAILABLE UPON REQUEST

FOOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FOOS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FOOTE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

FOOTE, JANET
ADDRESS AVAILABLE UPON REQUEST

FOOTE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

FOOTE, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

FOOTE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

FOOTE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FOOTEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

FOOTMAN, LANEY
ADDRESS AVAILABLE UPON REQUEST

FOOTPRINT LLC
FOOTPRINT LLC 1510 NORTH HOBSON
STREET
GILBERT, AZ  85233

FOPIANO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FORAN, CARA
ADDRESS AVAILABLE UPON REQUEST

FORAN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

FORAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FORAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FORBES, ALI
ADDRESS AVAILABLE UPON REQUEST

FORBES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FORBES, BARRY
ADDRESS AVAILABLE UPON REQUEST

FORBES, BETH
ADDRESS AVAILABLE UPON REQUEST

FORBES, CARLA
ADDRESS AVAILABLE UPON REQUEST

FORBES, CASEY
ADDRESS AVAILABLE UPON REQUEST

FORBES, CORI
ADDRESS AVAILABLE UPON REQUEST

FORBES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FORBES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FORBES, JACQUELINE/JELINE
ADDRESS AVAILABLE UPON REQUEST

FORBES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FORBES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FORBES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FORBES, LEIGH
ADDRESS AVAILABLE UPON REQUEST

FORBES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FORBES, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

FORBES, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FORBES, PHOENIX
ADDRESS AVAILABLE UPON REQUEST

FORBES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FORBES, SARAH
ADDRESS AVAILABLE UPON REQUEST

FORBES, TANYA
ADDRESS AVAILABLE UPON REQUEST

FORBES, TASHA
ADDRESS AVAILABLE UPON REQUEST

FORBES, TAYESHA
ADDRESS AVAILABLE UPON REQUEST

FORBES, TEZINA
ADDRESS AVAILABLE UPON REQUEST

FORBESS, KLAIRE
ADDRESS AVAILABLE UPON REQUEST

FORBING, NICK
ADDRESS AVAILABLE UPON REQUEST

FORBUS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FORCE BRANDS LLC
34 3RD AVE  265
NEW YORK, NY  10003

FORCE, BRITTNEI
ADDRESS AVAILABLE UPON REQUEST

FORCELLEDO, RITA
ADDRESS AVAILABLE UPON REQUEST

FORCEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

FORCEY, MARA
ADDRESS AVAILABLE UPON REQUEST

FORCH, ERIN
ADDRESS AVAILABLE UPON REQUEST

FORCHETTI, STACY
ADDRESS AVAILABLE UPON REQUEST

FORCIEA, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

FORCIER, MELONY
ADDRESS AVAILABLE UPON REQUEST

FORCIERI, DREW
ADDRESS AVAILABLE UPON REQUEST

FORCONE, MARCO
ADDRESS AVAILABLE UPON REQUEST

FORCUM, JOE
ADDRESS AVAILABLE UPON REQUEST

FORCUM, WENDY
ADDRESS AVAILABLE UPON REQUEST

FORD II, JERRY
ADDRESS AVAILABLE UPON REQUEST

FORD MORTHEL, ENIKIA
ADDRESS AVAILABLE UPON REQUEST

FORD, ABBY
ADDRESS AVAILABLE UPON REQUEST

FORD, ALICE
ADDRESS AVAILABLE UPON REQUEST

FORD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FORD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FORD, ANNA
ADDRESS AVAILABLE UPON REQUEST

FORD, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FORD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

FORD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

FORD, BREYDEN
ADDRESS AVAILABLE UPON REQUEST

FORD, CALYN
ADDRESS AVAILABLE UPON REQUEST

FORD, CASSIE
ADDRESS AVAILABLE UPON REQUEST

FORD, CASSIE
ADDRESS AVAILABLE UPON REQUEST

FORD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FORD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FORD, DAN
ADDRESS AVAILABLE UPON REQUEST

FORD, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FORD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FORD, ELENA
ADDRESS AVAILABLE UPON REQUEST

FORD, EMILY
ADDRESS AVAILABLE UPON REQUEST

FORD, EOWYN
ADDRESS AVAILABLE UPON REQUEST

FORD, FELICIA
ADDRESS AVAILABLE UPON REQUEST

FORD, FRANNY
ADDRESS AVAILABLE UPON REQUEST

FORD, GARY
ADDRESS AVAILABLE UPON REQUEST

FORD, HALEY
ADDRESS AVAILABLE UPON REQUEST

FORD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FORD, HENRY
ADDRESS AVAILABLE UPON REQUEST

FORD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FORD, IEISHA
ADDRESS AVAILABLE UPON REQUEST

FORD, ILIA
ADDRESS AVAILABLE UPON REQUEST

FORD, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FORD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FORD, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

FORD, JANE
ADDRESS AVAILABLE UPON REQUEST

FORD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FORD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FORD, JODY
ADDRESS AVAILABLE UPON REQUEST

FORD, JOHN
ADDRESS AVAILABLE UPON REQUEST

FORD, JOHN
ADDRESS AVAILABLE UPON REQUEST

FORD, JON
ADDRESS AVAILABLE UPON REQUEST

FORD, KASIA
ADDRESS AVAILABLE UPON REQUEST

FORD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FORD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FORD, KATIE
ADDRESS AVAILABLE UPON REQUEST

FORD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FORD, KAYLAH
ADDRESS AVAILABLE UPON REQUEST

FORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FORD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FORD, LARISSA
ADDRESS AVAILABLE UPON REQUEST

FORD, LAURA
ADDRESS AVAILABLE UPON REQUEST

FORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FORD, LOVETTA
ADDRESS AVAILABLE UPON REQUEST

FORD, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FORD, MARIANA
ADDRESS AVAILABLE UPON REQUEST

FORD, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FORD, MELVINA
ADDRESS AVAILABLE UPON REQUEST

FORD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FORD, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FORD, RAE
ADDRESS AVAILABLE UPON REQUEST

FORD, RILEY
ADDRESS AVAILABLE UPON REQUEST

FORD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FORD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

FORD, SEAN
ADDRESS AVAILABLE UPON REQUEST

FORD, SHARANYA
ADDRESS AVAILABLE UPON REQUEST

FORD, SHAW
ADDRESS AVAILABLE UPON REQUEST

FORD, SHEA
ADDRESS AVAILABLE UPON REQUEST

FORD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

FORD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FORD, TIMOTHY J
ADDRESS AVAILABLE UPON REQUEST

FORD, TODD
ADDRESS AVAILABLE UPON REQUEST

FORD, TREWERY
ADDRESS AVAILABLE UPON REQUEST

FORD, TYLER
ADDRESS AVAILABLE UPON REQUEST

FORD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

FORD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FORD-DAVIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FORDE, AMY
ADDRESS AVAILABLE UPON REQUEST

FORDHAM, AMBER
ADDRESS AVAILABLE UPON REQUEST

FORDHAM, BRANDI
ADDRESS AVAILABLE UPON REQUEST

FORDYCE, JENNY
ADDRESS AVAILABLE UPON REQUEST

FORE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FORE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FOREHAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FOREHAND, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FORELL, DAKOTAH
ADDRESS AVAILABLE UPON REQUEST

FORELLA, ARIANN
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, KAMILAH
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FOREMAN, TANNEAH
ADDRESS AVAILABLE UPON REQUEST

FOREMAN-JADUSING, EVELYN
ADDRESS AVAILABLE UPON REQUEST

FOREMOST INSURANCE GROUP
PO BOX 4665
CAROL STREAM, IL  60197-4665

FORENZA, MIKE
ADDRESS AVAILABLE UPON REQUEST

FORENZA, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

FORERO, LUISA
ADDRESS AVAILABLE UPON REQUEST

FORESMAN, ELISE
ADDRESS AVAILABLE UPON REQUEST

FORESTE, GELAS
ADDRESS AVAILABLE UPON REQUEST

FORESTEIRE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FORESTER, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

FORESTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FORESTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FORESTIER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FORET, COLIN
ADDRESS AVAILABLE UPON REQUEST

FORET, GERALD
ADDRESS AVAILABLE UPON REQUEST

FORETEK, KATE
ADDRESS AVAILABLE UPON REQUEST

FOREY, KEELAN
ADDRESS AVAILABLE UPON REQUEST

FORFA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FORFAR, LUKE
ADDRESS AVAILABLE UPON REQUEST

FORGER, ALBERT
ADDRESS AVAILABLE UPON REQUEST

FORGEY, ARYN
ADDRESS AVAILABLE UPON REQUEST

FORGEY, JACOB
ADDRESS AVAILABLE UPON REQUEST

FORGEY, SHAYLEA
ADDRESS AVAILABLE UPON REQUEST

FORGEY-JAHN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FORGHANI, NEANA
ADDRESS AVAILABLE UPON REQUEST

FORGIONE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FORGIONE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FORGUE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FORGY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FORH, LUCIMARA
ADDRESS AVAILABLE UPON REQUEST

FORINASH, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORK IN THE ROAD
ADDRESS UNAVAILABLE AT TIME OF FILING

FORK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FORKER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FORKER, ED
ADDRESS AVAILABLE UPON REQUEST

FORKEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

FORLENZA, SEAN
ADDRESS AVAILABLE UPON REQUEST

FORLENZA, TONY
ADDRESS AVAILABLE UPON REQUEST

FORLINE, KATHY
ADDRESS AVAILABLE UPON REQUEST

FORM MAGIC INC
9052 W WISCONSIN AVE.
LAKEWOOD, CO  80232

FORMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

FORMAN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

FORMAN, ILYSA
ADDRESS AVAILABLE UPON REQUEST

FORMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FORMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FORMAN, LIZA
ADDRESS AVAILABLE UPON REQUEST

FORMAN, MARTINA
ADDRESS AVAILABLE UPON REQUEST

FORMAN, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

FORMAN, RUTH
ADDRESS AVAILABLE UPON REQUEST

FORMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

FORMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FORMAN, TIVA
ADDRESS AVAILABLE UPON REQUEST

FORMATO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FORMEN TIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

FORMENTIN, ALESSA
ADDRESS AVAILABLE UPON REQUEST

FORMICA, MARIO
ADDRESS AVAILABLE UPON REQUEST

FORMICHELLI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FORMIGONI, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

FORMOSA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FORNEK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FORNEK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FORNER, ANN
ADDRESS AVAILABLE UPON REQUEST

FORNEY, BRI
ADDRESS AVAILABLE UPON REQUEST

FORNEY, CARNEISHA
ADDRESS AVAILABLE UPON REQUEST

FORNEY, JANELLE
ADDRESS AVAILABLE UPON REQUEST

FORNEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FORNEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

FORNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

FORNEY, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FORNEY, RODNEY
ADDRESS AVAILABLE UPON REQUEST

FORNOS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

FORONDA, AL
ADDRESS AVAILABLE UPON REQUEST

FORONDA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

FORREIDER, JUDY
ADDRESS AVAILABLE UPON REQUEST

FORRENCE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FORRER, MIKE
ADDRESS AVAILABLE UPON REQUEST

FORREST MICHAEL HOBBS
ADDRESS AVAILABLE UPON REQUEST

FORREST MILLER
ADDRESS AVAILABLE UPON REQUEST

FORREST, ADRAH
ADDRESS AVAILABLE UPON REQUEST

FORREST, AISHA
ADDRESS AVAILABLE UPON REQUEST

FORREST, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FORREST, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FORREST, CECELIA
ADDRESS AVAILABLE UPON REQUEST

FORREST, CORRIE
ADDRESS AVAILABLE UPON REQUEST

FORREST, HELEN
ADDRESS AVAILABLE UPON REQUEST

FORREST, KATRINA
ADDRESS AVAILABLE UPON REQUEST

FORREST, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORREST, KIM
ADDRESS AVAILABLE UPON REQUEST

FORREST, LORI
ADDRESS AVAILABLE UPON REQUEST

FORREST, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FORREST, RILEY
ADDRESS AVAILABLE UPON REQUEST

FORREST, SHARNAKAY
ADDRESS AVAILABLE UPON REQUEST

FORREST, TARA
ADDRESS AVAILABLE UPON REQUEST

FORRESTAL, LINA
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FORRESTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FORRESTER-RAYMOND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FORREY, IVAGENE
ADDRESS AVAILABLE UPON REQUEST

FORSBERG, ELIN
ADDRESS AVAILABLE UPON REQUEST

FORSBERG, KENDALL
ADDRESS AVAILABLE UPON REQUEST

FORSBERG, LINDA
ADDRESS AVAILABLE UPON REQUEST

FORSBERG, MINDY
ADDRESS AVAILABLE UPON REQUEST

FORSELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

FORSETH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FORSETH, SARAH
ADDRESS AVAILABLE UPON REQUEST

FORSGREN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FORSHAW, TESSA
ADDRESS AVAILABLE UPON REQUEST

FORSHEE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FORSH-HAMILTON, YOMI
ADDRESS AVAILABLE UPON REQUEST

FORSLUND, ASHLEY & ROB
ADDRESS AVAILABLE UPON REQUEST

FORSLUND, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FORSLUND, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FORSMAN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

FORSSTROM, KEPANO
ADDRESS AVAILABLE UPON REQUEST

FORSTELL, KIERA
ADDRESS AVAILABLE UPON REQUEST

FORSTELL, KIERA
ADDRESS AVAILABLE UPON REQUEST

FORSTEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FORSTER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FORSTER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FORSTER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FORSTER, TISH
ADDRESS AVAILABLE UPON REQUEST

FORSTNER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FORSYTH JR, JAMES
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, ABBY
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, AMY
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, PAIGE MCRAYE
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FORSYTH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FORSYTHE, JACOB
ADDRESS AVAILABLE UPON REQUEST

FORSYTHE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FORSYTHE, LINDA
ADDRESS AVAILABLE UPON REQUEST

FORSYTHE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FORSYTHE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FORT POINT BEER COMPANY
644 OLD MASON ST.
SAN FRANCISCO, CA  94129

FORT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FORT, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FORT, FARYN
ADDRESS AVAILABLE UPON REQUEST

FORT, FAYNETTA
ADDRESS AVAILABLE UPON REQUEST

FORT, MARCY
ADDRESS AVAILABLE UPON REQUEST

FORT, MELINDA
ADDRESS AVAILABLE UPON REQUEST

FORT, SARAH
ADDRESS AVAILABLE UPON REQUEST

FORTE, ARYELE
ADDRESS AVAILABLE UPON REQUEST

FORTE, DANYELLE
ADDRESS AVAILABLE UPON REQUEST

FORTE, ELENA
ADDRESS AVAILABLE UPON REQUEST

FORTE, JENNA
ADDRESS AVAILABLE UPON REQUEST

FORTE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FORTE, KATERI
ADDRESS AVAILABLE UPON REQUEST

FORTE, KELLI
ADDRESS AVAILABLE UPON REQUEST

FORTE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FORTE, LUCA
ADDRESS AVAILABLE UPON REQUEST

FORTE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FORTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

FORTEITH, DORIS
ADDRESS AVAILABLE UPON REQUEST

FORTENBACH, FOUSTENE
ADDRESS AVAILABLE UPON REQUEST

FORTENBERRY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FORTES, TANYA
ADDRESS AVAILABLE UPON REQUEST

FORTH  BACK LLC
120 EAST 8TH ST STE 606
LOS ANGELES, CA  90014

FORTH, LINDA
ADDRESS AVAILABLE UPON REQUEST

FORTHUBER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FORTI, MAEVE
ADDRESS AVAILABLE UPON REQUEST

FORTIER, ANNA
ADDRESS AVAILABLE UPON REQUEST

FORTIER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FORTIER, RICK
ADDRESS AVAILABLE UPON REQUEST

FORTIN, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

FORTIN, GERALYN
ADDRESS AVAILABLE UPON REQUEST

FORTIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

FORTINI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FORTINO, AMY
ADDRESS AVAILABLE UPON REQUEST

FORTINO, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

FORTIS, NATACHA
ADDRESS AVAILABLE UPON REQUEST

FORTLAGE, JULES
ADDRESS AVAILABLE UPON REQUEST

FORTMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FORTMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FORTMAN, CAYLA
ADDRESS AVAILABLE UPON REQUEST

FORTMAN, KEITH
ADDRESS AVAILABLE UPON REQUEST

FORTMUELLER, BETH
ADDRESS AVAILABLE UPON REQUEST

FORTNER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

FORTNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FORTNER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FORTNER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FORTNEY, DARNELL
ADDRESS AVAILABLE UPON REQUEST

FORTNEY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FORTNEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FORTNEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FORTOSIS, TRISTA
ADDRESS AVAILABLE UPON REQUEST

FORTSON, MARK
ADDRESS AVAILABLE UPON REQUEST

FORTUGNO, DOMINICK
ADDRESS AVAILABLE UPON REQUEST

FORTUNA, DESIREE
ADDRESS AVAILABLE UPON REQUEST

FORTUNA, VITO
ADDRESS AVAILABLE UPON REQUEST

FORTUNATO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FORTUNATO, JULIE
ADDRESS AVAILABLE UPON REQUEST

FORTUNATO, LEANNA
ADDRESS AVAILABLE UPON REQUEST

FORTUNATO, ROSI
ADDRESS AVAILABLE UPON REQUEST

FORTUNATO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FORTUNE, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

FORTUNE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FORTUNE, THIERRY
ADDRESS AVAILABLE UPON REQUEST

FORTWENDEL, BRITTANEY
ADDRESS AVAILABLE UPON REQUEST

FORWARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FORZLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

FOSCHI, LEYLA
ADDRESS AVAILABLE UPON REQUEST

FOSHAY, KARIN
ADDRESS AVAILABLE UPON REQUEST

FOSHE, KYLE
ADDRESS AVAILABLE UPON REQUEST

FOSHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOSLER, JILL
ADDRESS AVAILABLE UPON REQUEST

FOSNOT, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FOSS CREEK CELLARS
1183 DUNAWEAL LANE
CALISTOGA, CA 94515

FOSS, AMY
ADDRESS AVAILABLE UPON REQUEST

FOSS, BRYNN
ADDRESS AVAILABLE UPON REQUEST

FOSS, GERALD
ADDRESS AVAILABLE UPON REQUEST

FOSS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FOSS, KATIE
ADDRESS AVAILABLE UPON REQUEST

FOSS, KIM
ADDRESS AVAILABLE UPON REQUEST

FOSS, STACIE
ADDRESS AVAILABLE UPON REQUEST

FOSS, ZOE
ADDRESS AVAILABLE UPON REQUEST

FOSSE, CAROL
ADDRESS AVAILABLE UPON REQUEST

FOSSEN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

FOSSEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FOSSEN, KARI
ADDRESS AVAILABLE UPON REQUEST

FOSSIER, ELLIE
ADDRESS AVAILABLE UPON REQUEST

FOSSUM, SHARON
ADDRESS AVAILABLE UPON REQUEST

FOSTE, ZAK
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ALANA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FOSTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANISSA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANNA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANNE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ANNE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

FOSTER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, DENISE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, DEVON
ADDRESS AVAILABLE UPON REQUEST

FOSTER, EBONY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ERIC
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ETZU
ADDRESS AVAILABLE UPON REQUEST

FOSTER, FAITH
ADDRESS AVAILABLE UPON REQUEST

FOSTER, GARY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, HAILEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FOSTER, HUNTER
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JACK
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JADE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JANET
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JASON
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JENNIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JOSH
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JULIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, JULIANA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KAREEM
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KELLIANN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, LANCE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, LYNANNE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MARNIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MARY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, NANCILEE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, NAOMI
ADDRESS AVAILABLE UPON REQUEST

FOSTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, PHILLUP
ADDRESS AVAILABLE UPON REQUEST

FOSTER, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, RENEE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FOSTER, RICK
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SAM
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SARA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SHAN
ADDRESS AVAILABLE UPON REQUEST

FOSTER, STACY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FOSTER, TRACY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

FOSTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FOSTER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FOSTER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

FOSTER-MOORE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

FOTH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FOTHERINGHAM, PETER
ADDRESS AVAILABLE UPON REQUEST

FOTHERINGHAM, SANDI
ADDRESS AVAILABLE UPON REQUEST

FOTI, NORMA
ADDRESS AVAILABLE UPON REQUEST

FOTIU, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FOTSCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOTSCH, TIM
ADDRESS AVAILABLE UPON REQUEST

FOUBARE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FOUCAULT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FOUCHET, ANDRE
ADDRESS AVAILABLE UPON REQUEST

FOUGHT, DEREK
ADDRESS AVAILABLE UPON REQUEST

FOUGHTY, JON
ADDRESS AVAILABLE UPON REQUEST

FOUKE, SHARON
ADDRESS AVAILABLE UPON REQUEST

FOULDS, KORIE
ADDRESS AVAILABLE UPON REQUEST

FOULK, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

FOULKE, HOWARD
ADDRESS AVAILABLE UPON REQUEST

FOULKROD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

FOULKS, JONI
ADDRESS AVAILABLE UPON REQUEST

FOULOIS, LILYAN
ADDRESS AVAILABLE UPON REQUEST

FOUNDERS ENTERTAINMENT, LLC
430 WEST 15TH STREET
NEW YORK, NY  10011

FOUNTAIN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, CIERRA
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, JADA
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, MARYELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FOUNTAIN, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

FOUNTAINE, LOREN
ADDRESS AVAILABLE UPON REQUEST

FOUNTAINE, TINA
ADDRESS AVAILABLE UPON REQUEST

FOUNTIS, ELENA
ADDRESS AVAILABLE UPON REQUEST

FOUQUE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FOUR BARREL COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

FOUR DAUGHTERS KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

FOUR SEASONS HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

FOURA, TYLER
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, BRY
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, DEB
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, MITCH
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FOURNIER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

FOURNOVA
ADDRESS UNAVAILABLE AT TIME OF FILING

FOUSE, SETH
ADDRESS AVAILABLE UPON REQUEST

FOUSSEKIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FOUST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FOUST, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FOUST, MARSHA
ADDRESS AVAILABLE UPON REQUEST

FOUST, MISTI
ADDRESS AVAILABLE UPON REQUEST

FOUST, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

FOUST, SHANNON
ADDRESS AVAILABLE UPON REQUEST

FOUST, STEVE
ADDRESS AVAILABLE UPON REQUEST

FOUST, TEENA
ADDRESS AVAILABLE UPON REQUEST

FOUT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FOUT, LORI
ADDRESS AVAILABLE UPON REQUEST

FOUTS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FOUTS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

FOUTS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

FOUTZ, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FOWKE-ROOD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FOWLE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ALI
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CADESHA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CAITLAN-DALLAS
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, DANI
ADDRESS AVAILABLE UPON REQUEST

FOWLER, DANYE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, DIETKE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, DONNA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, EVA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, FINBAR
ADDRESS AVAILABLE UPON REQUEST

FOWLER, GREG
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JADA AND LARRY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JAKE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JIM AND KATHY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, KYLA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, LOU
ADDRESS AVAILABLE UPON REQUEST

FOWLER, MARIA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOWLER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FOWLER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

FOWLER, PRESLEY
ADDRESS AVAILABLE UPON REQUEST

FOWLER, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, RUTH
ADDRESS AVAILABLE UPON REQUEST

FOWLER, SARA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, SARA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOWLER, SENA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, TANYA
ADDRESS AVAILABLE UPON REQUEST

FOWLER, WENDY
ADDRESS AVAILABLE UPON REQUEST

FOWLIE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FOWLKES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FOWORA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FOX ALSTON, JEANNE
ADDRESS AVAILABLE UPON REQUEST

FOX RENT A CAR LAX
ADDRESS UNAVAILABLE AT TIME OF FILING

FOX, ALETA
ADDRESS AVAILABLE UPON REQUEST

FOX, ALEX
ADDRESS AVAILABLE UPON REQUEST

FOX, ALIVIA
ADDRESS AVAILABLE UPON REQUEST

FOX, AMY
ADDRESS AVAILABLE UPON REQUEST

FOX, ANNA
ADDRESS AVAILABLE UPON REQUEST

FOX, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FOX, AVI
ADDRESS AVAILABLE UPON REQUEST

FOX, BAILEY
ADDRESS AVAILABLE UPON REQUEST

FOX, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FOX, BECKY
ADDRESS AVAILABLE UPON REQUEST

FOX, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FOX, BRANDON
ADDRESS AVAILABLE UPON REQUEST

FOX, BRANDON
ADDRESS AVAILABLE UPON REQUEST

FOX, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

FOX, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FOX, BRONZA
ADDRESS AVAILABLE UPON REQUEST

FOX, CARLA
ADDRESS AVAILABLE UPON REQUEST

FOX, CHLOE
ADDRESS AVAILABLE UPON REQUEST

FOX, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FOX, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FOX, DANE
ADDRESS AVAILABLE UPON REQUEST

FOX, DANIELA
ADDRESS AVAILABLE UPON REQUEST

FOX, DANNICA
ADDRESS AVAILABLE UPON REQUEST

FOX, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FOX, DONNA
ADDRESS AVAILABLE UPON REQUEST

FOX, DOVEY
ADDRESS AVAILABLE UPON REQUEST

FOX, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FOX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FOX, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FOX, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

FOX, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

FOX, EMILY
ADDRESS AVAILABLE UPON REQUEST

FOX, EMMA
ADDRESS AVAILABLE UPON REQUEST

FOX, ERIC
ADDRESS AVAILABLE UPON REQUEST

FOX, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FOX, JACKIE
ADDRESS AVAILABLE UPON REQUEST

FOX, JANA
ADDRESS AVAILABLE UPON REQUEST

FOX, JANE
ADDRESS AVAILABLE UPON REQUEST

FOX, JANET
ADDRESS AVAILABLE UPON REQUEST

FOX, JENNY
ADDRESS AVAILABLE UPON REQUEST

FOX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOX, JIMMY
ADDRESS AVAILABLE UPON REQUEST

FOX, JOAN
ADDRESS AVAILABLE UPON REQUEST

FOX, JOAN
ADDRESS AVAILABLE UPON REQUEST

FOX, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FOX, JOELY
ADDRESS AVAILABLE UPON REQUEST

FOX, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FOX, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FOX, JOY
ADDRESS AVAILABLE UPON REQUEST

FOX, JUDY
ADDRESS AVAILABLE UPON REQUEST

FOX, JULES
ADDRESS AVAILABLE UPON REQUEST

FOX, KARA
ADDRESS AVAILABLE UPON REQUEST

FOX, KARINA
ADDRESS AVAILABLE UPON REQUEST

FOX, KATIE
ADDRESS AVAILABLE UPON REQUEST

FOX, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOX, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOX, KIANA
ADDRESS AVAILABLE UPON REQUEST

FOX, KOREY
ADDRESS AVAILABLE UPON REQUEST

FOX, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOX, KYLIE
ADDRESS AVAILABLE UPON REQUEST

FOX, LAILA
ADDRESS AVAILABLE UPON REQUEST

FOX, LAURA
ADDRESS AVAILABLE UPON REQUEST

FOX, LAYLA
ADDRESS AVAILABLE UPON REQUEST

FOX, LEAH
ADDRESS AVAILABLE UPON REQUEST

FOX, LINDA
ADDRESS AVAILABLE UPON REQUEST

FOX, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FOX, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FOX, LISA
ADDRESS AVAILABLE UPON REQUEST

FOX, LOUIS
ADDRESS AVAILABLE UPON REQUEST

FOX, LOUISE
ADDRESS AVAILABLE UPON REQUEST

FOX, LUCY
ADDRESS AVAILABLE UPON REQUEST

FOX, LYNN
ADDRESS AVAILABLE UPON REQUEST

FOX, MADDIELYNN
ADDRESS AVAILABLE UPON REQUEST

FOX, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

FOX, MADISON
ADDRESS AVAILABLE UPON REQUEST

FOX, MANUEL
ADDRESS AVAILABLE UPON REQUEST

FOX, MARK
ADDRESS AVAILABLE UPON REQUEST

FOX, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

FOX, MARY
ADDRESS AVAILABLE UPON REQUEST

FOX, MARY
ADDRESS AVAILABLE UPON REQUEST

FOX, MARY
ADDRESS AVAILABLE UPON REQUEST

FOX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FOX, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FOX, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FOX, MONICA
ADDRESS AVAILABLE UPON REQUEST

FOX, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FOX, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FOX, ODETTE
ADDRESS AVAILABLE UPON REQUEST

FOX, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FOX, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FOX, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FOX, RENEE
ADDRESS AVAILABLE UPON REQUEST

FOX, RICCI
ADDRESS AVAILABLE UPON REQUEST

FOX, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FOX, SARA
ADDRESS AVAILABLE UPON REQUEST

FOX, SARAH AND DAVIS
ADDRESS AVAILABLE UPON REQUEST

FOX, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOX, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOX, SARAH-ANN
ADDRESS AVAILABLE UPON REQUEST

FOX, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

FOX, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FOX, SHERYL
ADDRESS AVAILABLE UPON REQUEST

FOX, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

FOX, SPENCER
ADDRESS AVAILABLE UPON REQUEST

FOX, SPENCER
ADDRESS AVAILABLE UPON REQUEST

FOX, STACY
ADDRESS AVAILABLE UPON REQUEST

FOX, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FOX, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FOX, SUE
ADDRESS AVAILABLE UPON REQUEST

FOX, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FOX, TAMARA
ADDRESS AVAILABLE UPON REQUEST

FOX, TANER
ADDRESS AVAILABLE UPON REQUEST

FOX, TORI
ADDRESS AVAILABLE UPON REQUEST

FOX, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FOXALL, MAYA
ADDRESS AVAILABLE UPON REQUEST

FOXALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

FOX-KELLY, KESHAWNAN
ADDRESS AVAILABLE UPON REQUEST

FOX-KULAKOWSKI, TESSA
ADDRESS AVAILABLE UPON REQUEST

FOXMAN, KELLYN
ADDRESS AVAILABLE UPON REQUEST

FOX-MILLS, GEORGES
ADDRESS AVAILABLE UPON REQUEST

FOXWELL, AMY
ADDRESS AVAILABLE UPON REQUEST

FOY, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

FOY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FOY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FOY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FOY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FOY, JULIA
ADDRESS AVAILABLE UPON REQUEST

FOY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FOY, KELLY
ADDRESS AVAILABLE UPON REQUEST

FOY, KISHA
ADDRESS AVAILABLE UPON REQUEST

FOY, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

FOY, RILEY
ADDRESS AVAILABLE UPON REQUEST

FOY, SHAE
ADDRESS AVAILABLE UPON REQUEST

FOYE, AMY
ADDRESS AVAILABLE UPON REQUEST

FOYE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FOYE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FOZILOVA, RIKHSIKHON
ADDRESS AVAILABLE UPON REQUEST

FRACAS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FRACASSO, LEA ANN
ADDRESS AVAILABLE UPON REQUEST

FRACKOVIAK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FRADELLA, LAKEESHA
ADDRESS AVAILABLE UPON REQUEST

FRAEDRICH, AMY
ADDRESS AVAILABLE UPON REQUEST

FRAENKEL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FRAENKEL, EVAN
ADDRESS AVAILABLE UPON REQUEST

FRAGA, GALO
ADDRESS AVAILABLE UPON REQUEST

FRAGA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FRAGAKIS, GRACE
ADDRESS AVAILABLE UPON REQUEST

FRAGOLA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FRAGOMENI, GRACE
ADDRESS AVAILABLE UPON REQUEST

FRAGOMENI, ROCCO
ADDRESS AVAILABLE UPON REQUEST

FRAGUEIRO, DIANNE
ADDRESS AVAILABLE UPON REQUEST

FRAHM, ERIKA
ADDRESS AVAILABLE UPON REQUEST

FRAICHE SFO AIRPOR
ADDRESS UNAVAILABLE AT TIME OF FILING

FRAIJO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

FRAILEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRAILEY, JANE
ADDRESS AVAILABLE UPON REQUEST

FRAME, LAURA
ADDRESS AVAILABLE UPON REQUEST

FRAIN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

FRAIOLI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FRAIRE, GAY
ADDRESS AVAILABLE UPON REQUEST

FRAIRE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FRAIRE, PEDRO
ADDRESS AVAILABLE UPON REQUEST

FRAITES, ERAENA
ADDRESS AVAILABLE UPON REQUEST

FRAKE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRAKE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FRAKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FRAKER, CHANNING
ADDRESS AVAILABLE UPON REQUEST

FRAKES, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

FRALEIGH, DONNA
ADDRESS AVAILABLE UPON REQUEST

FRALEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

FRALEY, TRACI
ADDRESS AVAILABLE UPON REQUEST

FRALEY, ZACH
ADDRESS AVAILABLE UPON REQUEST

FRALICK, JANNA
ADDRESS AVAILABLE UPON REQUEST

FRALICK, MANDA
ADDRESS AVAILABLE UPON REQUEST

FRALING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FRAME MANAGEMENT LLC
415 HERONDO STREET SUITE 315
HERMOSA BEACH, CA 90254

FRAME, CARL
ADDRESS AVAILABLE UPON REQUEST

FRAME, DWYER
ADDRESS AVAILABLE UPON REQUEST

FRAME, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRAME, LEIGH
ADDRESS AVAILABLE UPON REQUEST

FRAME, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FRAME, TEAGAN
ADDRESS AVAILABLE UPON REQUEST

FRAMPTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRAMPTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FRAN BISHARA
ADDRESS AVAILABLE UPON REQUEST

FRAN COONEY
ADDRESS AVAILABLE UPON REQUEST

FRAN GURSKY
ADDRESS AVAILABLE UPON REQUEST

FRANC, LEXIE
ADDRESS AVAILABLE UPON REQUEST

FRANCATI, JORDYN
ADDRESS AVAILABLE UPON REQUEST

FRANCAVILLA, KAREN
ADDRESS AVAILABLE UPON REQUEST

FRANCE, AMOREENA
ADDRESS AVAILABLE UPON REQUEST

FRANCE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FRANCE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

FRANCE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRANCE, JANA
ADDRESS AVAILABLE UPON REQUEST

FRANCE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FRANCE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FRANCE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FRANCE, SHARELLE
ADDRESS AVAILABLE UPON REQUEST

FRANCE, TERESA
ADDRESS AVAILABLE UPON REQUEST

FRANCELL, BETH
ADDRESS AVAILABLE UPON REQUEST

FRANCES HORNER
ADDRESS AVAILABLE UPON REQUEST

FRANCES JEAN SOLES
ADDRESS AVAILABLE UPON REQUEST

FRANCES TERAOKA (FOODWITHFRANCIS)
FRANCES TERAOKA
4473 MISSISSIPPI ST. APT  4
SAN DIEGO, CA  92116

FRANCES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

FRANCESCA GRAZIER
ADDRESS AVAILABLE UPON REQUEST

FRANCESCHINI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FRANCESCHINO, CAROL
ADDRESS AVAILABLE UPON REQUEST

FRANCESCO, DIANNE
ADDRESS AVAILABLE UPON REQUEST

FRANCESE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FRANCESE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FRANCESE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRANCEZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FRANCHESKA YESKOLSKI
ADDRESS AVAILABLE UPON REQUEST

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA  94257-0531

FRANCHON MCINTYRE
ADDRESS AVAILABLE UPON REQUEST

FRANCIK, ELISA
ADDRESS AVAILABLE UPON REQUEST

FRANCILLON, JEMY
ADDRESS AVAILABLE UPON REQUEST

FRANCILLON, SHANI ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FRANCINEGLIDE ADELEKE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS CAMPANA
ADDRESS AVAILABLE UPON REQUEST

FRANCIS COPPOLA WINERY, LLC
300 VIA ARCHIMEDES
GEYSERVILLE, CA  95441-9325

FRANCIS DYBUNCIO
ADDRESS AVAILABLE UPON REQUEST

FRANCIS J LUCANO
ADDRESS AVAILABLE UPON REQUEST

FRANCIS LIU
ADDRESS AVAILABLE UPON REQUEST

FRANCIS XAVER SCHMITT
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, BRETLEY
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, COREY
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, GENNINE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JEAN-TAE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JO
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, LEANNE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, MARK
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, TALIA
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, TYLER
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, UMI
ADDRESS AVAILABLE UPON REQUEST

FRANCIS, WENDY
ADDRESS AVAILABLE UPON REQUEST

FRANCISCA ESCOBAR
ADDRESS AVAILABLE UPON REQUEST

FRANCISCHETTI, TERESA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO ACOSTA ROA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO AGREST
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO CORTEZ
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO DUARTE
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO MARIA MALAFAYA CABRAL
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO SOCORRO LEITAO
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, AQUIA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, CAROL
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, EMMA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, ERISEL
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRANCISCO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FRANCISCUS REZA PAUL ADAM
ADDRESS AVAILABLE UPON REQUEST

FRANCISQUINI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FRANCK, KRISTY
ADDRESS AVAILABLE UPON REQUEST

FRANCO WINE - NEVADA
3935 W. RENO AVE SUITE F
LAS VEGAS, NV  89118

FRANCO WINE
3935 W. RENO AVE SUITE F
LAS VEGAS, NV  89118

FRANCO, ALEX
ADDRESS AVAILABLE UPON REQUEST

FRANCO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRANCO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FRANCO, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FRANCO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, DIANE
ADDRESS AVAILABLE UPON REQUEST

FRANCO, HALEY
ADDRESS AVAILABLE UPON REQUEST

FRANCO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRANCO, JOHN
ADDRESS AVAILABLE UPON REQUEST

FRANCO, JOSEPHINA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, MALERIE
ADDRESS AVAILABLE UPON REQUEST

FRANCO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FRANCO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

FRANCO, RICARDO
ADDRESS AVAILABLE UPON REQUEST

FRANCO, TARA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FRANCO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FRANCO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

FRANCO, YVETTE
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS FRERES USA, INC.
1403 JEFFERSON STREET
NAPA, CA 94559

FRANCOIS JEAN BLANC
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, JEAN
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, JUDE
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, MICHAELLE
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FRANCOIS, YSABELLE
ADDRESS AVAILABLE UPON REQUEST

FRANCOMANO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FRANCOWARD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

FRANCUZ, ALLEN
ADDRESS AVAILABLE UPON REQUEST

FRANDSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FRANGAJ, ESTERINA
ADDRESS AVAILABLE UPON REQUEST

FRANGAKIS, A.
ADDRESS AVAILABLE UPON REQUEST

FRANGELLA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRANGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FRANGIPANE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FRANGOGIANNIS, DEMETRE
ADDRESS AVAILABLE UPON REQUEST

FRANJOLA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRANK - LIN
ADDRESS AVAILABLE UPON REQUEST

FRANK BURNS
ADDRESS AVAILABLE UPON REQUEST

FRANK CHIAPPETTA III
ADDRESS AVAILABLE UPON REQUEST

FRANK DAJKA
ADDRESS AVAILABLE UPON REQUEST

FRANK DILLENBECK
ADDRESS AVAILABLE UPON REQUEST

FRANK ISADORE MARCIANTE
ADDRESS AVAILABLE UPON REQUEST

FRANK JAEN
ADDRESS AVAILABLE UPON REQUEST

FRANK LITTLE
ADDRESS AVAILABLE UPON REQUEST

FRANK MICHAEL SPARACINO
ADDRESS AVAILABLE UPON REQUEST

FRANK OFORI AKWA
ADDRESS AVAILABLE UPON REQUEST

FRANK PRIEFLER
ADDRESS AVAILABLE UPON REQUEST

FRANK R COULTER
ADDRESS AVAILABLE UPON REQUEST

FRANK R HINKLE
ADDRESS AVAILABLE UPON REQUEST

FRANK SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

FRANK VINYL
2536 UNIVERSITY AVE.
SAN DIEGO, CA  92104

FRANK, ABBY
ADDRESS AVAILABLE UPON REQUEST

FRANK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRANK, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

FRANK, ELLEN AND RICHARD
ADDRESS AVAILABLE UPON REQUEST

FRANK, EVENS
ADDRESS AVAILABLE UPON REQUEST

FRANK, FALLYN
ADDRESS AVAILABLE UPON REQUEST

FRANK, GENEVA
ADDRESS AVAILABLE UPON REQUEST

FRANK, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

FRANK, JALEESA
ADDRESS AVAILABLE UPON REQUEST

FRANK, JASON
ADDRESS AVAILABLE UPON REQUEST

FRANK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRANK, KARA
ADDRESS AVAILABLE UPON REQUEST

FRANK, LESLEY
ADDRESS AVAILABLE UPON REQUEST

FRANK, LISA
ADDRESS AVAILABLE UPON REQUEST

FRANK, MARAH
ADDRESS AVAILABLE UPON REQUEST

FRANK, MARYANN
ADDRESS AVAILABLE UPON REQUEST

FRANK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRANK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FRANK, OWEN
ADDRESS AVAILABLE UPON REQUEST

FRANK, PATTY
ADDRESS AVAILABLE UPON REQUEST

FRANK, RANA
ADDRESS AVAILABLE UPON REQUEST

FRANK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRANK, SANDRA
ADDRESS AVAILABLE UPON REQUEST

FRANK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

FRANK, TANNA
ADDRESS AVAILABLE UPON REQUEST

FRANK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FRANKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRANKE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FRANKE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FRANKE, TOM
ADDRESS AVAILABLE UPON REQUEST

FRANKEL, DIANA
ADDRESS AVAILABLE UPON REQUEST

FRANKEL, LISA
ADDRESS AVAILABLE UPON REQUEST

FRANKEL, MARC
ADDRESS AVAILABLE UPON REQUEST

FRANKEL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FRANKEL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

FRANKEL-BONACCI, DAVITA
ADDRESS AVAILABLE UPON REQUEST

FRANKEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRANKEN, PAULA
ADDRESS AVAILABLE UPON REQUEST

FRANKENBERGER, MEG
ADDRESS AVAILABLE UPON REQUEST

FRANKENFIELD, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

FRANKFURTH, GERRICA
ADDRESS AVAILABLE UPON REQUEST

FRANKHAUSER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FRANKLE, CELESTE
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN CASTRO
7545 MARBISA AVE
HUNTINGTON PARK, CA 90255

FRANKLIN D WARREN II
ADDRESS AVAILABLE UPON REQUEST

FRANK-LIN DISTILLERS PRODUCTS LTD.
2455 HUNTINGTON DR.
FAIRFIELD, CA 94533

FRANKLIN KATZ, CINDIE
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, ASILIA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, BETH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, CHAD
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, CHAD
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, CHRISTO
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, HARRY
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, KACEE
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, KACI
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, KEENAN
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, LORI
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, MARK
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, MEG
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, MYLES
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, PAM
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, RANA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, RAY
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SHARON
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, SHONA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, TARON
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, TINA
ADDRESS AVAILABLE UPON REQUEST

FRANKLIN, TOBY
ADDRESS AVAILABLE UPON REQUEST

FRANKLYN LLC
PO BOX 398
WOODSTOCK, NY 12498

FRANKLYN, KEMAHL
ADDRESS AVAILABLE UPON REQUEST

FRANKO, PATTI
ADDRESS AVAILABLE UPON REQUEST

FRANKOS, HELEN
ADDRESS AVAILABLE UPON REQUEST

FRANKS, AL
ADDRESS AVAILABLE UPON REQUEST

FRANKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FRANKS, AMY
ADDRESS AVAILABLE UPON REQUEST

FRANKS, BEN
ADDRESS AVAILABLE UPON REQUEST

FRANKS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FRANKS, BOBBY
ADDRESS AVAILABLE UPON REQUEST

FRANKS, CASSI
ADDRESS AVAILABLE UPON REQUEST

FRANKS, DENISE
ADDRESS AVAILABLE UPON REQUEST

FRANKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FRANKS, LUCY
ADDRESS AVAILABLE UPON REQUEST

FRANKS, NAN
ADDRESS AVAILABLE UPON REQUEST

FRANKS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FRANKS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FRANKS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

FRANKSEN, TRACI
ADDRESS AVAILABLE UPON REQUEST

FRANMARA INC.
560 WORK ST
SALINAS, CA 93901

FRANSEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

FRANSISCOE, LACEE
ADDRESS AVAILABLE UPON REQUEST

FRANSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRANSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FRANTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FRANTA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRANTES, NAOMI
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, CAMERON
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, HENRY
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, KRISTYNA
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, NICHOLLE
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FRANTZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRANTZEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FRANTZREB, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FRANZ, JULIET
ADDRESS AVAILABLE UPON REQUEST

FRANZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

FRANZ, RANDALL
ADDRESS AVAILABLE UPON REQUEST

FRANZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FRANZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FRANZE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

FRANZE, HANNA
ADDRESS AVAILABLE UPON REQUEST

FRANZE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRANZELLA, ANGELO
ADDRESS AVAILABLE UPON REQUEST

FRANZELLA, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

FRANZEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FRANZEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRANZESE, NEIL
ADDRESS AVAILABLE UPON REQUEST

FRANZESE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FRANZINI, SAM
ADDRESS AVAILABLE UPON REQUEST

FRANZINO, FRANK
ADDRESS AVAILABLE UPON REQUEST

FRANZMANN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

FRANZOLINO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FRAPPIER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FRAPPIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRAPPIER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FRARY, CASEY
ADDRESS AVAILABLE UPON REQUEST

FRARY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FRASCELLA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FRASCH, TYLER
ADDRESS AVAILABLE UPON REQUEST

FRASER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FRASER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRASER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRASER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FRASER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FRASER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

FRASER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

FRASER, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

FRASER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FRASER, DAVID
ADDRESS AVAILABLE UPON REQUEST

FRASER, EMMALEA
ADDRESS AVAILABLE UPON REQUEST

FRASER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRASER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

FRASER, JENNA-ROSE
ADDRESS AVAILABLE UPON REQUEST

FRASER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRASER, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

FRASER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FRASER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FRASER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

FRASER, KERRIN
ADDRESS AVAILABLE UPON REQUEST

FRASER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FRASER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

FRASER, LESLEY
ADDRESS AVAILABLE UPON REQUEST

FRASER, LIZZY
ADDRESS AVAILABLE UPON REQUEST

FRASER, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

FRASER, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

FRASER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRASER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FRASER, MYKAL
ADDRESS AVAILABLE UPON REQUEST

FRASER, NARDA
ADDRESS AVAILABLE UPON REQUEST

FRASER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FRASER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRASER, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

FRASER, RYAN
ADDRESS AVAILABLE UPON REQUEST

FRASER, SARA
ADDRESS AVAILABLE UPON REQUEST

FRASER, TABITHA
ADDRESS AVAILABLE UPON REQUEST

FRASER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FRASIER, ERICA
ADDRESS AVAILABLE UPON REQUEST

FRASURE, DENYCE
ADDRESS AVAILABLE UPON REQUEST

FRATARCANGELO, KERRI
ADDRESS AVAILABLE UPON REQUEST

FRATES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRATES, KERRI
ADDRESS AVAILABLE UPON REQUEST

FRATES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FRATI, J E
ADDRESS AVAILABLE UPON REQUEST

FRATI, LORENZO
ADDRESS AVAILABLE UPON REQUEST

FRATICELLI, MARCO
ADDRESS AVAILABLE UPON REQUEST

FRATTALONE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FRATTAROLI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRAUENHOFER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

FRAUENHOLZ, DOUG
ADDRESS AVAILABLE UPON REQUEST

FRAUENKNECHT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FRAUNGRUBER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

FRAUSTO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRAUSTO, JOSELIN
ADDRESS AVAILABLE UPON REQUEST

FRAUSTO, RUTH
ADDRESS AVAILABLE UPON REQUEST

FRAUTNICK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRAVEL, JO
ADDRESS AVAILABLE UPON REQUEST

FRAWLEY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

FRAWLEY, ERIC
ADDRESS AVAILABLE UPON REQUEST

FRAWLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FRAWLEY, MARY CLARE
ADDRESS AVAILABLE UPON REQUEST

FRAY, HANNA
ADDRESS AVAILABLE UPON REQUEST

FRAYLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FRAYLING, LINDA
ADDRESS AVAILABLE UPON REQUEST

FRAYSER, JENNY
ADDRESS AVAILABLE UPON REQUEST

FRAZEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FRAZER, CAREY
ADDRESS AVAILABLE UPON REQUEST

FRAZER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FRAZIER INVESTMENTS LLC
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, DESTINI
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, DRAMEL
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, JANE
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, JENNYFER
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, KIM
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, MICHAELLA
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, NANCY
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, NATE
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, THUY
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, WENDY
ADDRESS AVAILABLE UPON REQUEST

FRAZIER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FRAZIER-SLAUGHTER, TODD
ADDRESS AVAILABLE UPON REQUEST

FRAZZETTO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FRD
ADDRESS AVAILABLE UPON REQUEST

FREAR, HEIDI
ADDRESS AVAILABLE UPON REQUEST

FREAY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

FRECH, ROSE
ADDRESS AVAILABLE UPON REQUEST

FRECH, TIM
ADDRESS AVAILABLE UPON REQUEST

FRECHETTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRECK, JOELLE
ADDRESS AVAILABLE UPON REQUEST

FRECKLETON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FRED BUCHHOLZ
ADDRESS AVAILABLE UPON REQUEST

FRED CHILDS, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

FRED FARDONE
ADDRESS AVAILABLE UPON REQUEST

FRED KARPOFF
ADDRESS AVAILABLE UPON REQUEST

FRED POWER
ADDRESS AVAILABLE UPON REQUEST

FREDA, DON
ADDRESS AVAILABLE UPON REQUEST

FREDA, KATIE
ADDRESS AVAILABLE UPON REQUEST

FREDAY, JULIE
ADDRESS AVAILABLE UPON REQUEST

FREDDIE ULAN
ADDRESS AVAILABLE UPON REQUEST

FREDDY ERNESTO LOPEZ HERRERA
ADDRESS AVAILABLE UPON REQUEST

FREDDY MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

FREDDY RAMIREZ
1101 CONCORD AVE.
SANTA MARIA, CA  93454

FREDE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FREDEICK, DAJAH
ADDRESS AVAILABLE UPON REQUEST

FREDEMAN JR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FREDERIC CHARLES KLASKE
ADDRESS AVAILABLE UPON REQUEST

FREDERIC CORWIN
ADDRESS AVAILABLE UPON REQUEST

FREDERIC, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK HENRY SAMMONS JR
ADDRESS AVAILABLE UPON REQUEST

FREDERICK II, MARCUS
ADDRESS AVAILABLE UPON REQUEST

FREDERICK JAMES LEAVITT
ADDRESS AVAILABLE UPON REQUEST

FREDERICK MONTESI
ADDRESS AVAILABLE UPON REQUEST

FREDERICK ODENBACH
ADDRESS AVAILABLE UPON REQUEST

FREDERICK SABETTA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, DENISE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, HARMONY
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, JAMES
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, JULIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, KATHY
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, LEIGH
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, LOUISE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, MADDIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FREDERICK, V SHAYNE
ADDRESS AVAILABLE UPON REQUEST

FREDERICKS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FREDERICKS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FREDERICKS, JAMAICA
ADDRESS AVAILABLE UPON REQUEST

FREDERICKS, JOHN
ADDRESS AVAILABLE UPON REQUEST

FREDERICKS, SUSIE
ADDRESS AVAILABLE UPON REQUEST

FREDERICKSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

FREDERICO, JULIENNE
ADDRESS AVAILABLE UPON REQUEST

FREDERICUS LAMI
802 N SWEETZER AVENUE
LOS ANGELES, CA  90069

FREDERIKSEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

FREDERIKSEN, GAYLE
ADDRESS AVAILABLE UPON REQUEST

FREDERIKSEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FREDETTE, SHARON
ADDRESS AVAILABLE UPON REQUEST

FREDIANI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FREDLUND, ALLI
ADDRESS AVAILABLE UPON REQUEST

FREDRICK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FREDRICK, RILEY
ADDRESS AVAILABLE UPON REQUEST

FREDRICKS, SEAN
ADDRESS AVAILABLE UPON REQUEST

FREDRICKSON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

FREDRICKSON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

FREDRICKSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FREDRICKSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FREDRIK BROMS
ADDRESS AVAILABLE UPON REQUEST

FREDRIKSON, AMY
ADDRESS AVAILABLE UPON REQUEST

FREDSBO, LISA
ADDRESS AVAILABLE UPON REQUEST

FREE FLOW WINES
2557 NAPA VALLEY CORPORATE DRIVE
SUITE A
NAPA, CA  94558

FREE, CHARLAINE
ADDRESS AVAILABLE UPON REQUEST

FREE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FREE, SARAH
ADDRESS AVAILABLE UPON REQUEST

FREE, STAN
ADDRESS AVAILABLE UPON REQUEST

FREE, VICKY
ADDRESS AVAILABLE UPON REQUEST

FREEBERG, LOREEN
ADDRESS AVAILABLE UPON REQUEST

FREEBORN, MARY JO
ADDRESS AVAILABLE UPON REQUEST

FREEBURG, ELISE
ADDRESS AVAILABLE UPON REQUEST

FREEBURN, SONYA
ADDRESS AVAILABLE UPON REQUEST

FREED, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

FREED, CASEY
ADDRESS AVAILABLE UPON REQUEST

FREED, EMILY
ADDRESS AVAILABLE UPON REQUEST

FREED, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FREED, JOAN
ADDRESS AVAILABLE UPON REQUEST

FREED, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FREEDBERG, ABE
ADDRESS AVAILABLE UPON REQUEST

FREEDLEY, VINTON
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, JESSIE
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, NINA
ADDRESS AVAILABLE UPON REQUEST

FREEDMAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

FREEDOM BEVERAGE COMPANY
4319 WATERLEAF CT. STE 101
GREENSBORO, NC  27410

FREEHILL, LAURENE
ADDRESS AVAILABLE UPON REQUEST

FREEL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FREELAND, DONALD
ADDRESS AVAILABLE UPON REQUEST

FREELAND, DORRIE
ADDRESS AVAILABLE UPON REQUEST

FREELAND, JULIE
ADDRESS AVAILABLE UPON REQUEST

FREELAND, RON
ADDRESS AVAILABLE UPON REQUEST

FREELEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN DREYER, ELYSE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ABBI
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ADAMS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, BRYNDON
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, ELLE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, GINNY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, HOWARD
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JACQUANIQUE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JENN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KAMILAH
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KAREE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LEILANI
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LEWIS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LEWIS
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LORI
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, LYNAE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, MORGANE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, PHALLON
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SHAMEKA
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, SYDNE
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, TOMMY
ADDRESS AVAILABLE UPON REQUEST

FREEMAN, VICTOR
ADDRESS AVAILABLE UPON REQUEST

FREE-MARSHALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FREEMON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FREERKS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FREESE, DESTINY
ADDRESS AVAILABLE UPON REQUEST

FREESE, LOUISE
ADDRESS AVAILABLE UPON REQUEST

FREESE, MARY
ADDRESS AVAILABLE UPON REQUEST

FREEZE, RANA
ADDRESS AVAILABLE UPON REQUEST

FREEZE, TYLER
ADDRESS AVAILABLE UPON REQUEST

FREGA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FREGIA, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

FREGO, HILARY
ADDRESS AVAILABLE UPON REQUEST

FREHLING, KELLY
ADDRESS AVAILABLE UPON REQUEST

FREI, ALETHA
ADDRESS AVAILABLE UPON REQUEST

FREI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FREIBOTH, JADE
ADDRESS AVAILABLE UPON REQUEST

FREIBURGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FREIDA HARMON
ADDRESS AVAILABLE UPON REQUEST

FREIDBERG, NICK
ADDRESS AVAILABLE UPON REQUEST

FREIGHTQUOTE.COM, INC.
901 WEST CARONDELET DRIVE
KANSAS CITY, MO 64114

FREIMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

FREIMARK, LAURYN
ADDRESS AVAILABLE UPON REQUEST

FREIN, FAYE
ADDRESS AVAILABLE UPON REQUEST

FREIRE, FAUSTO
ADDRESS AVAILABLE UPON REQUEST

FREIRE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FREIRE, KEYCHA
ADDRESS AVAILABLE UPON REQUEST

FREISEM, ALLEN
ADDRESS AVAILABLE UPON REQUEST

FREISMUTH, SARAH
ADDRESS AVAILABLE UPON REQUEST

FREITAG, BIRDIE
ADDRESS AVAILABLE UPON REQUEST

FREITAG, CALISTA
ADDRESS AVAILABLE UPON REQUEST

FREITAG, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

FREITAG, JULIE
ADDRESS AVAILABLE UPON REQUEST

FREITAG, RANDI
ADDRESS AVAILABLE UPON REQUEST

FREITAS CLARK, BETH
ADDRESS AVAILABLE UPON REQUEST

FREITAS, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

FREITAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

FREITAS, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

FREITAS, MARCILEIA
ADDRESS AVAILABLE UPON REQUEST

FREITAS, NICK
ADDRESS AVAILABLE UPON REQUEST

FREITAS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FREKING, MARIA
ADDRESS AVAILABLE UPON REQUEST

FRELINGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FREMER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FREMSTAD, JOHANNE
ADDRESS AVAILABLE UPON REQUEST

FRENCH CAMP VINEYARDS, L.P.
(DBA MILLER FAMILY WINE COMPANY)
132 EAST CARRILLO STREET
SANTA BARBARA, CA  93101

FRENCH FLORIST
ADDRESS UNAVAILABLE AT TIME OF FILING

FRENCH, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

FRENCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRENCH, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

FRENCH, DARIAN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FRENCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

FRENCH, ERIC
ADDRESS AVAILABLE UPON REQUEST

FRENCH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRENCH, JAMES
ADDRESS AVAILABLE UPON REQUEST

FRENCH, JANICE
ADDRESS AVAILABLE UPON REQUEST

FRENCH, JEFF
ADDRESS AVAILABLE UPON REQUEST

FRENCH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FRENCH, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FRENCH, MACI
ADDRESS AVAILABLE UPON REQUEST

FRENCH, MADELINE
ADDRESS AVAILABLE UPON REQUEST

FRENCH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FRENCH, R ADRIAN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRENCH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FRENCH, RUBY
ADDRESS AVAILABLE UPON REQUEST

FRENCH, RYAN
ADDRESS AVAILABLE UPON REQUEST

FRENCH, SHAINA
ADDRESS AVAILABLE UPON REQUEST

FRENCH, SHERRI
ADDRESS AVAILABLE UPON REQUEST

FRENCH, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

FRENCH, TOM
ADDRESS AVAILABLE UPON REQUEST

FRENCH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FRENCH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRENKEL, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

FRENKEL-POPELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FRENN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRENNING, CAROL
ADDRESS AVAILABLE UPON REQUEST

FRENTSOS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

FRERICHS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

FRERICHS, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

FRESA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRESCHI, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FRESCO COMMUNITY MARKET
5914 MONTEREY RD.
LOS ANGELES, CA  90042

FRESE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FRESE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FRESH & EASY
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESH BROTHERS MDR
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESH BROTHERS
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESH WATER SYSTEMS
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESH WATER
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESH
ADDRESS UNAVAILABLE AT TIME OF FILING

FRESHOUR, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

FRESHWATER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

FRESOLONE, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

FRETER, MAX
ADDRESS AVAILABLE UPON REQUEST

FRETT, MARY-KATE
ADDRESS AVAILABLE UPON REQUEST

FRETWELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FRETZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

FRETZ, KIT
ADDRESS AVAILABLE UPON REQUEST

FRETZ, REID AND TRUDY
ADDRESS AVAILABLE UPON REQUEST

FREUDENBERG, ANNA
ADDRESS AVAILABLE UPON REQUEST

FREUDENBERG, ANNA
ADDRESS AVAILABLE UPON REQUEST

FREUND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FREUND, DENNIE
ADDRESS AVAILABLE UPON REQUEST

FREUND, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FREUND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FREUNDLICH, MAX
ADDRESS AVAILABLE UPON REQUEST

FREUNDSCHUH, AARON
ADDRESS AVAILABLE UPON REQUEST

FREVELETTI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FREY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FREY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

FREY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FREY, JODIE
ADDRESS AVAILABLE UPON REQUEST

FREY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FREY, KATIE
ADDRESS AVAILABLE UPON REQUEST

FREY, KELLY
ADDRESS AVAILABLE UPON REQUEST

FREY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FREY, LEONA
ADDRESS AVAILABLE UPON REQUEST

FREY, LIZ
ADDRESS AVAILABLE UPON REQUEST

FREY, MARA
ADDRESS AVAILABLE UPON REQUEST

FREY, MARCUS AND STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FREY, MARCY
ADDRESS AVAILABLE UPON REQUEST

FREY, MORTON
ADDRESS AVAILABLE UPON REQUEST

FREY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FREY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FREY, SARA
ADDRESS AVAILABLE UPON REQUEST

FREY, WILMMA
ADDRESS AVAILABLE UPON REQUEST

FREYERMUTH, GRETTA
ADDRESS AVAILABLE UPON REQUEST

FREYMUTH, NICK
ADDRESS AVAILABLE UPON REQUEST

FREYRE, MONICA
ADDRESS AVAILABLE UPON REQUEST

FREYS, THE
ADDRESS AVAILABLE UPON REQUEST

FREZAL, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

FREZAL, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

FRG LEASING, INC
P.O. BOX 10858
NAPA, CA  94581

FRIAR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FRIAS PROPERTIES OF ASPEN
ADDRESS UNAVAILABLE AT TIME OF FILING

FRIAS, DANENCY
ADDRESS AVAILABLE UPON REQUEST

FRIAS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

FRIBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRICCHIONE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRICCHIONE, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

FRICHTL, TARA
ADDRESS AVAILABLE UPON REQUEST

FRICK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FRICK, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRICK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FRICK, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FRICKE, ANNA
ADDRESS AVAILABLE UPON REQUEST

FRICKE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FRICKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FRICKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FRICKE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FRICKEN, NANETTE
ADDRESS AVAILABLE UPON REQUEST

FRICKS, LISA
ADDRESS AVAILABLE UPON REQUEST

FRIDAY, LACIE
ADDRESS AVAILABLE UPON REQUEST

FRIDAY, NATASHA
ADDRESS AVAILABLE UPON REQUEST

FRIDAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FRIDDLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

FRIDGEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRIDLEY, STEPFANIE
ADDRESS AVAILABLE UPON REQUEST

FRIDONO, LEANNA
ADDRESS AVAILABLE UPON REQUEST

FRIDONO, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRIEBELE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

FRIECE, JENNA
ADDRESS AVAILABLE UPON REQUEST

FRIED, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FRIED, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRIED, MARINA
ADDRESS AVAILABLE UPON REQUEST

FRIED, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRIED, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FRIEDBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRIEDEL, ALISHA
ADDRESS AVAILABLE UPON REQUEST

FRIEDEL, JENIFER
ADDRESS AVAILABLE UPON REQUEST

FRIEDEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

FRIEDEL, TRACY
ADDRESS AVAILABLE UPON REQUEST

FRIEDEN, BECKY
ADDRESS AVAILABLE UPON REQUEST

FRIEDEN, REGENA
ADDRESS AVAILABLE UPON REQUEST

FRIEDENBERG, JULIE
ADDRESS AVAILABLE UPON REQUEST

FRIEDENBERG, LORI
ADDRESS AVAILABLE UPON REQUEST

FRIEDERICH, AMY
ADDRESS AVAILABLE UPON REQUEST

FRIEDERS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

FRIEDHEIM, CARA
ADDRESS AVAILABLE UPON REQUEST

FRIEDHOFF, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FRIEDHOFF, D.
ADDRESS AVAILABLE UPON REQUEST

FRIEDLAND, SUE
ADDRESS AVAILABLE UPON REQUEST

FRIEDLANDER, CHERISA
ADDRESS AVAILABLE UPON REQUEST

FRIEDLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, ALAN
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, INGRID
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, JANEE
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, MAX
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, NOAH
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, RONNIE
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRIEDMAN-COHEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICH OHMENHAUSER
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICH, ALAINA
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICH, MARINA
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

FRIEDRICHS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FRIEDWALD, LISA
ADDRESS AVAILABLE UPON REQUEST

FRIEDWALD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FRIEH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FRIEL, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

FRIEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FRIEMEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRIEND, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FRIEND, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

FRIEND, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FRIEND, EMILY
ADDRESS AVAILABLE UPON REQUEST

FRIEND, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FRIEND, TERRI
ADDRESS AVAILABLE UPON REQUEST

FRIEND, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRIERSON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

FRIERSON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FRIES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FRIES, JEFF
ADDRESS AVAILABLE UPON REQUEST

FRIES, JEN
ADDRESS AVAILABLE UPON REQUEST

FRIES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FRIES, KATIE
ADDRESS AVAILABLE UPON REQUEST

FRIES, PEYTON
ADDRESS AVAILABLE UPON REQUEST

FRIES, TODD
ADDRESS AVAILABLE UPON REQUEST

FRIESE, JULIE
ADDRESS AVAILABLE UPON REQUEST

FRIESE, MINDI
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, HELENA
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, MARY
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, MARYAH
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRIESEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRIESENHAHN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

FRIESINGER, ANIKA
ADDRESS AVAILABLE UPON REQUEST

FRIESS, TERESITA MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

FRIESZELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FRIESZ-MARTIN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

FRIETZ, CINTIA
ADDRESS AVAILABLE UPON REQUEST

FRIEZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FRIEZE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FRIGAARD, GORDON
ADDRESS AVAILABLE UPON REQUEST

FRIGO, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

FRIGO, VICTOR
ADDRESS AVAILABLE UPON REQUEST

FRIGO, VINCE
ADDRESS AVAILABLE UPON REQUEST

FRIGON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FRILEY, MARY
ADDRESS AVAILABLE UPON REQUEST

FRILEY, MARY
ADDRESS AVAILABLE UPON REQUEST

FRILOUX, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

FRIMENKO, HILARY
ADDRESS AVAILABLE UPON REQUEST

FRIMODIG- MARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

FRIMPONG, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FRINK, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FRINZI, JOHN
ADDRESS AVAILABLE UPON REQUEST

FRIONI, DARCY
ADDRESS AVAILABLE UPON REQUEST

FRIOU, JULIA
ADDRESS AVAILABLE UPON REQUEST

FRISBEY, ALEXES
ADDRESS AVAILABLE UPON REQUEST

FRISBIE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRISBIE, ROBERT L
ADDRESS AVAILABLE UPON REQUEST

FRISBY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FRISCH, ALAINA
ADDRESS AVAILABLE UPON REQUEST

FRISCH, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

FRISCH, BILL
ADDRESS AVAILABLE UPON REQUEST

FRISCH, GAIL
ADDRESS AVAILABLE UPON REQUEST

FRISCH, STUART
ADDRESS AVAILABLE UPON REQUEST

FRISCHE, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRISCHKORN, ERYN
ADDRESS AVAILABLE UPON REQUEST

FRISELLA, BENNY
ADDRESS AVAILABLE UPON REQUEST

FRISHMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FRISHMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

FRISQUE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FRISSE, ANN
ADDRESS AVAILABLE UPON REQUEST

FRISTACHI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

FRISZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FRITCH, HILLARY
ADDRESS AVAILABLE UPON REQUEST

FRITCHIE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

FRITCHLEY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

FRITCHLEY, MISSY
ADDRESS AVAILABLE UPON REQUEST

FRITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FRITHSEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FRITTS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

FRITZ DUGGAN
ADDRESS AVAILABLE UPON REQUEST

FRITZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

FRITZ, CAROL
ADDRESS AVAILABLE UPON REQUEST

FRITZ, CHANNON
ADDRESS AVAILABLE UPON REQUEST

FRITZ, DANIEL C
ADDRESS AVAILABLE UPON REQUEST

FRITZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

FRITZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

FRITZ, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FRITZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

FRITZ, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

FRITZ, MALLORY
ADDRESS AVAILABLE UPON REQUEST

FRITZ, MARK
ADDRESS AVAILABLE UPON REQUEST

FRITZ, MARY
ADDRESS AVAILABLE UPON REQUEST

FRITZ, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

FRITZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

FRITZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FRITZ, PAULA
ADDRESS AVAILABLE UPON REQUEST

FRITZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRITZ, REINHARD
ADDRESS AVAILABLE UPON REQUEST

FRITZ, TERRI
ADDRESS AVAILABLE UPON REQUEST

FRITZ, TREVOR
ADDRESS AVAILABLE UPON REQUEST

FRITZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

FRITZE, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

FRITZE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FRITZINGER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FRITZMONT, JANET
ADDRESS AVAILABLE UPON REQUEST

FRITZSCHE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

FRIZZAR, HAROLD
ADDRESS AVAILABLE UPON REQUEST

FRIZZELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FRIZZELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FROEHLICH, SHERI
ADDRESS AVAILABLE UPON REQUEST

FROELICH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FROELICH, GREG
ADDRESS AVAILABLE UPON REQUEST

FROELICH, MATT
ADDRESS AVAILABLE UPON REQUEST

FROELICH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FROELKE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FROESS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FROGGATT, ELLA
ADDRESS AVAILABLE UPON REQUEST

FROGGATT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FROHBERG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FROHNHOEFER, EMILY
ADDRESS AVAILABLE UPON REQUEST

FROHNING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FROHOCK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

FROKE, PAULA
ADDRESS AVAILABLE UPON REQUEST

FROLOVA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

FROMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

FROMBACH, ZACH
ADDRESS AVAILABLE UPON REQUEST

FROMHART, ZAK
ADDRESS AVAILABLE UPON REQUEST

FROMM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

FROMM, MARIA
ADDRESS AVAILABLE UPON REQUEST

FROMMER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

FROMMEYER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FROMOWITZ, CASSIE
ADDRESS AVAILABLE UPON REQUEST

FROMZEL, ELENA
ADDRESS AVAILABLE UPON REQUEST

FROMZEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FRONBERRY, BECCA
ADDRESS AVAILABLE UPON REQUEST

FRONCEK, DANA
ADDRESS AVAILABLE UPON REQUEST

FRONCZAK, KYLIE
ADDRESS AVAILABLE UPON REQUEST

FRONEBERGER, JIM
ADDRESS AVAILABLE UPON REQUEST

FRONEK, JOANNE
ADDRESS AVAILABLE UPON REQUEST

FRONIUS, LAURA
ADDRESS AVAILABLE UPON REQUEST

FRONK, JILL
ADDRESS AVAILABLE UPON REQUEST

FRONK-COLE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

FRONTIER
ADDRESS UNAVAILABLE AT TIME OF FILING

FRONTLINE SERVICES, LLC
9 HOPE LANE
EASTSOUND, WA  98245

FROOD, KAREN
ADDRESS AVAILABLE UPON REQUEST

FROSCHEISER, JOSH
ADDRESS AVAILABLE UPON REQUEST

FROSINOS, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

FROST, CANDACE
ADDRESS AVAILABLE UPON REQUEST

FROST, CASEY
ADDRESS AVAILABLE UPON REQUEST

FROST, DARLENE
ADDRESS AVAILABLE UPON REQUEST

FROST, DAVID
ADDRESS AVAILABLE UPON REQUEST

FROST, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

FROST, ELLEN
ADDRESS AVAILABLE UPON REQUEST

FROST, JAMIE
ADDRESS AVAILABLE UPON REQUEST

FROST, JODY
ADDRESS AVAILABLE UPON REQUEST

FROST, KIMBERLYN
ADDRESS AVAILABLE UPON REQUEST

FROST, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

FROST, MATT
ADDRESS AVAILABLE UPON REQUEST

FROST, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FROST, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FROST, RYAN
ADDRESS AVAILABLE UPON REQUEST

FROST, SONJA
ADDRESS AVAILABLE UPON REQUEST

FROST, STACEY
ADDRESS AVAILABLE UPON REQUEST

FROST, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FROST, TARA
ADDRESS AVAILABLE UPON REQUEST

FROST, TIM
ADDRESS AVAILABLE UPON REQUEST

FROST, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FROST, ZANYA
ADDRESS AVAILABLE UPON REQUEST

FROSZTEGA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FROTHINGHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FROTHINGHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FROZE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

FRUEH, NATE
ADDRESS AVAILABLE UPON REQUEST

FRUEHAUF, ANDREA
ADDRESS AVAILABLE UPON REQUEST

FRUEHSTORFER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

FRUEND, NICK
ADDRESS AVAILABLE UPON REQUEST

FRUGALPAC LIMITED
FRUGAL HOUSE, 37 CRANES BUSINESS
PARK CRANE BOULEVARD, IPSWICH IP3 9SQ

FRUGE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FRUHAUF, SABRINA
ADDRESS AVAILABLE UPON REQUEST

FRUIT OF THE VINES, INC.
51-02 VERNON BLVD. 2ND FLOOR
LONG ISLAND CITY, CA  11101

FRUIT OF THE VINES, INC.
51-02 VERNON BLVD. 2ND FLOOR
LONG ISLAND CITY, NY  11101

FRUIT OF THE
ADDRESS UNAVAILABLE AT TIME OF FILING

FRUITSMART, INC.
506 6TH STREET PO BOX 177
(MAILING) PROSSER, WA  99350

FRULAND, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

FRULIO MANETTA, GRACE
ADDRESS AVAILABLE UPON REQUEST

FRULLA, KURT
ADDRESS AVAILABLE UPON REQUEST

FRUSCELLO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FRUSTACI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

FRUTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FRUTIGER, STELLA
ADDRESS AVAILABLE UPON REQUEST

FRUTO, MIN
ADDRESS AVAILABLE UPON REQUEST

FRUTOS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

FRUZYNSKI, DANA
ADDRESS AVAILABLE UPON REQUEST

FRY, ADAM
ADDRESS AVAILABLE UPON REQUEST

FRY, AMY
ADDRESS AVAILABLE UPON REQUEST

FRY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FRY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

FRY, BETHANY
ADDRESS AVAILABLE UPON REQUEST

FRY, BLAKE
ADDRESS AVAILABLE UPON REQUEST

FRY, CAROL
ADDRESS AVAILABLE UPON REQUEST

FRY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FRY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FRY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FRY, EREN
ADDRESS AVAILABLE UPON REQUEST

FRY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

FRY, JOSH
ADDRESS AVAILABLE UPON REQUEST

FRY, JULIE
ADDRESS AVAILABLE UPON REQUEST

FRY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FRY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FRY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FRY, LINDA
ADDRESS AVAILABLE UPON REQUEST

FRY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FRYC, MARIE
ADDRESS AVAILABLE UPON REQUEST

FRYDAY, LEAH
ADDRESS AVAILABLE UPON REQUEST

FRYDENBORG, ERIK
ADDRESS AVAILABLE UPON REQUEST

FRYDENLUND, LISA
ADDRESS AVAILABLE UPON REQUEST

FRYE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FRYE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FRYE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FRYE, DANICA
ADDRESS AVAILABLE UPON REQUEST

FRYE, GARY
ADDRESS AVAILABLE UPON REQUEST

FRYE, JENNI
ADDRESS AVAILABLE UPON REQUEST

FRYE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FRYE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FRYE, SARAH
ADDRESS AVAILABLE UPON REQUEST

FRYE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FRYE-FUENTES, KORYN
ADDRESS AVAILABLE UPON REQUEST

FRYER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

FRYER, DEVON
ADDRESS AVAILABLE UPON REQUEST

FRYER, HILARY
ADDRESS AVAILABLE UPON REQUEST

FRYER, MARLO
ADDRESS AVAILABLE UPON REQUEST

FRYER, MONICA
ADDRESS AVAILABLE UPON REQUEST

FRYER, WENDY
ADDRESS AVAILABLE UPON REQUEST

FRYETT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

FRYLING, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

FRYLING, MEG
ADDRESS AVAILABLE UPON REQUEST

FRYMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

FRYMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FRYMIER-LAZAR, KATHY
ADDRESS AVAILABLE UPON REQUEST

FRYMIRE, BETSY
ADDRESS AVAILABLE UPON REQUEST

FRYREAR, KATE
ADDRESS AVAILABLE UPON REQUEST

FRYREAR, LANCE
ADDRESS AVAILABLE UPON REQUEST

FRYS ELECTRONICS
ADDRESS UNAVAILABLE AT TIME OF FILING

FRYZOL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FS AULUX
ADDRESS UNAVAILABLE AT TIME OF FILING

FSDF, D
ADDRESS AVAILABLE UPON REQUEST

FTD.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

FU, AARON
ADDRESS AVAILABLE UPON REQUEST

FU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FU, EMILY
ADDRESS AVAILABLE UPON REQUEST

FU, ERICA
ADDRESS AVAILABLE UPON REQUEST

FU, MORGYN
ADDRESS AVAILABLE UPON REQUEST

FU, OSBERT
ADDRESS AVAILABLE UPON REQUEST

FU, XIN
ADDRESS AVAILABLE UPON REQUEST

FUAN, GUO
ADDRESS AVAILABLE UPON REQUEST

FUCCI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FUCCIONE, NINA
ADDRESS AVAILABLE UPON REQUEST

FUCETOLA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

FUCHECK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FUCHS, ELYSE
ADDRESS AVAILABLE UPON REQUEST

FUCHS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FUCHS, SEAN
ADDRESS AVAILABLE UPON REQUEST

FUCHSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

FUCHU, PLYCE
ADDRESS AVAILABLE UPON REQUEST

FUCILE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

FUCILE, TERRI
ADDRESS AVAILABLE UPON REQUEST

FUCINATO, EMILY
ADDRESS AVAILABLE UPON REQUEST

FUDALA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

FUDENBERG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FUDESCO, ANNA
ADDRESS AVAILABLE UPON REQUEST

FUDESCO, MIA
ADDRESS AVAILABLE UPON REQUEST

FUDGE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FUDGE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

FUEMMELER, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

FUENMAYOR, ORLANYS
ADDRESS AVAILABLE UPON REQUEST

FUENMAYOR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FUENTES SEGURA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

FUENTES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FUENTES, ANGEL
ADDRESS AVAILABLE UPON REQUEST

FUENTES, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FUENTES, CARLOS
ADDRESS AVAILABLE UPON REQUEST

FUENTES, CARMEN
ADDRESS AVAILABLE UPON REQUEST

FUENTES, CECILIA
ADDRESS AVAILABLE UPON REQUEST

FUENTES, CRISTOBALINA
ADDRESS AVAILABLE UPON REQUEST

FUENTES, ED
ADDRESS AVAILABLE UPON REQUEST

FUENTES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FUENTES, JACELY
ADDRESS AVAILABLE UPON REQUEST

FUENTES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

FUENTES, LUDMILA
ADDRESS AVAILABLE UPON REQUEST

FUENTES, LUIS
ADDRESS AVAILABLE UPON REQUEST

FUENTES, MARIA
ADDRESS AVAILABLE UPON REQUEST

FUENTES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FUENTES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FUENTES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

FUENTES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FUENTES, SARAH
ADDRESS AVAILABLE UPON REQUEST

FUENTES, VICENTE
ADDRESS AVAILABLE UPON REQUEST

FUENTES-CHATMON, DONITA
ADDRESS AVAILABLE UPON REQUEST

FUERMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

FUERST, ALEX
ADDRESS AVAILABLE UPON REQUEST

FUERTE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

FUERTES-NIEVES, MARIA
ADDRESS AVAILABLE UPON REQUEST

FUEST, ALYSON
ADDRESS AVAILABLE UPON REQUEST

FUFA, TEFERI
ADDRESS AVAILABLE UPON REQUEST

FUGATE, KAREN
ADDRESS AVAILABLE UPON REQUEST

FUGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FUGERE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FUHLBRIGGE, KREIG
ADDRESS AVAILABLE UPON REQUEST

FUHR, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

FUHRMAN, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

FUHS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

FUIR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FUJAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FUJI 9, LLC
2060-D E AVENIDA DE LOS ARBOLES 213
THOUSAND OAKS, CA 91362

FUJIMORI, JORDAN
ADDRESS AVAILABLE UPON REQUEST

FUJIMOTO, ALLEN
ADDRESS AVAILABLE UPON REQUEST

FUJISAKI, NORMAN
ADDRESS AVAILABLE UPON REQUEST

FUJITA, MIMKO
ADDRESS AVAILABLE UPON REQUEST

FUJIWARA, CAROL
ADDRESS AVAILABLE UPON REQUEST

FUKUDA, MATT
ADDRESS AVAILABLE UPON REQUEST

FUKUSHIMA, ERIN
ADDRESS AVAILABLE UPON REQUEST

FUKUYAMA, MARIAN
ADDRESS AVAILABLE UPON REQUEST

FULARZ, AMY
ADDRESS AVAILABLE UPON REQUEST

FULBRIGHT, CINDY
ADDRESS AVAILABLE UPON REQUEST

FULCHER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FULCHER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

FULCHER, WANDA
ADDRESS AVAILABLE UPON REQUEST

FULD, ANNA
ADDRESS AVAILABLE UPON REQUEST

FULDA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

FULFORD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FULFORD, LAURIE
ADDRESS AVAILABLE UPON REQUEST

FULGENCIO, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

FULK, AMY
ADDRESS AVAILABLE UPON REQUEST

FULK, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

FULK, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

FULKERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

FULKS, LISA
ADDRESS AVAILABLE UPON REQUEST

FULL STACK FINANCE LLC.
1112 MONTANA AVE 116
SANTA MONICA, CA 90403

FULL, ELISE
ADDRESS AVAILABLE UPON REQUEST

FULLCLIP CRAFT DISTRIBUTORS
ADDRESS UNAVAILABLE AT TIME OF FILING

FULLDECK
5757 WEST CENTURY BLVD. SUITE 300
LOS ANGELES, CA 90045

FULLEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

FULLEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

FULLENKAMP, THOMAS
ADDRESS AVAILABLE UPON REQUEST

FULLENWIDER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FULLER TILLMAN, SHANI
ADDRESS AVAILABLE UPON REQUEST

FULLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

FULLER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

FULLER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FULLER, ANISHA
ADDRESS AVAILABLE UPON REQUEST

FULLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

FULLER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FULLER, BERNARD
ADDRESS AVAILABLE UPON REQUEST

FULLER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FULLER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FULLER, CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

FULLER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

FULLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FULLER, CHERI
ADDRESS AVAILABLE UPON REQUEST

FULLER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

FULLER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

FULLER, CLARICE
ADDRESS AVAILABLE UPON REQUEST

FULLER, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

FULLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

FULLER, DAILEY
ADDRESS AVAILABLE UPON REQUEST

FULLER, ELIZA
ADDRESS AVAILABLE UPON REQUEST

FULLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

FULLER, GINA
ADDRESS AVAILABLE UPON REQUEST

FULLER, IVAN
ADDRESS AVAILABLE UPON REQUEST

FULLER, JAYNEE
ADDRESS AVAILABLE UPON REQUEST

FULLER, JEDI
ADDRESS AVAILABLE UPON REQUEST

FULLER, JILL
ADDRESS AVAILABLE UPON REQUEST

FULLER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

FULLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

FULLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

FULLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FULLER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

FULLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

FULLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FULLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FULLER, MARIE
ADDRESS AVAILABLE UPON REQUEST

FULLER, MARK
ADDRESS AVAILABLE UPON REQUEST

FULLER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

FULLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

FULLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FULLER, RALPH
ADDRESS AVAILABLE UPON REQUEST

FULLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FULLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FULLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FULLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FULLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

FULLER, SASHA
ADDRESS AVAILABLE UPON REQUEST

FULLER, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

FULLER, STACEY
ADDRESS AVAILABLE UPON REQUEST

FULLER, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

FULLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FULLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

FULLER, TAYLER
ADDRESS AVAILABLE UPON REQUEST

FULLER, THERESA
ADDRESS AVAILABLE UPON REQUEST

FULLER, TORI
ADDRESS AVAILABLE UPON REQUEST

FULLER, TRYNITY
ADDRESS AVAILABLE UPON REQUEST

FULLER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FULLER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

FULLERAYOUB, KAY
ADDRESS AVAILABLE UPON REQUEST

FULLER-HOWARD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

FULLERTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FULLERTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

FULLERTON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FULLERTON, MAC
ADDRESS AVAILABLE UPON REQUEST

FULLERTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

FULLGRAF, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FULLING, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

FULLMER, AMBER
ADDRESS AVAILABLE UPON REQUEST

FULLMER, HALEY
ADDRESS AVAILABLE UPON REQUEST

FULLONE, KIM
ADDRESS AVAILABLE UPON REQUEST

FULLOP, BREANNA
ADDRESS AVAILABLE UPON REQUEST

FULL-PAK INTERNATIONAL S.A.
ADDRESS UNAVAILABLE AT TIME OF FILING

FULLUM, CHARLEA
ADDRESS AVAILABLE UPON REQUEST

FULMER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FULMER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FULMORE, COREY
ADDRESS AVAILABLE UPON REQUEST

FULP, APRIL
ADDRESS AVAILABLE UPON REQUEST

FULP, CASSONDRA
ADDRESS AVAILABLE UPON REQUEST

FULP, MARY
ADDRESS AVAILABLE UPON REQUEST

FULP, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FULSOME, OWEN
ADDRESS AVAILABLE UPON REQUEST

FULTANO, DONNA
ADDRESS AVAILABLE UPON REQUEST

FULTON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

FULTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

FULTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

FULTON, GRACE
ADDRESS AVAILABLE UPON REQUEST

FULTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FULTON, KAROLYN
ADDRESS AVAILABLE UPON REQUEST

FULTON, LYNN
ADDRESS AVAILABLE UPON REQUEST

FULTON, MADDISEN
ADDRESS AVAILABLE UPON REQUEST

FULTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FULTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

FULTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

FULTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FULTON, RYAN AND JO ANN
ADDRESS AVAILABLE UPON REQUEST

FULTON, SHAUN
ADDRESS AVAILABLE UPON REQUEST

FULTON, SHYANNE
ADDRESS AVAILABLE UPON REQUEST

FULTON, SUE
ADDRESS AVAILABLE UPON REQUEST

FULTON-BLACK, MAIA
ADDRESS AVAILABLE UPON REQUEST

FULTZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

FULTZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

FULTZ, MADDI
ADDRESS AVAILABLE UPON REQUEST

FULTZ, MARK
ADDRESS AVAILABLE UPON REQUEST

FULTZ, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

FULWOOD, JALISA
ADDRESS AVAILABLE UPON REQUEST

FUMAGALLI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FUMFIE
ADDRESS UNAVAILABLE AT TIME OF FILING

FUMI SUEYOSHI
ADDRESS AVAILABLE UPON REQUEST

FUN FLICKS
ADDRESS UNAVAILABLE AT TIME OF FILING

FUN GRAB LLC (PRIZEGRAB)
548 MARKET ST.  77649
SAN FRANCISCO, CA  94104

FUNAI, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

FUNARO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FUNCHE, R
ADDRESS AVAILABLE UPON REQUEST

FUNCHES, JAYLA
ADDRESS AVAILABLE UPON REQUEST

FUNCHESS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FUND, ALLISON
ADDRESS AVAILABLE UPON REQUEST

FUNDAN, NOEL
ADDRESS AVAILABLE UPON REQUEST

FUNDAREK, KATE
ADDRESS AVAILABLE UPON REQUEST

FUNDER, P
ADDRESS AVAILABLE UPON REQUEST

FUNDERBURG, BRETT
ADDRESS AVAILABLE UPON REQUEST

FUNDERBURG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

FUNDERBURK, AALAIYA
ADDRESS AVAILABLE UPON REQUEST

FUNDERBURK, GARY
ADDRESS AVAILABLE UPON REQUEST

FUNDERBURK, KARNISHIA
ADDRESS AVAILABLE UPON REQUEST

FUNES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

FUNG, ALEX
ADDRESS AVAILABLE UPON REQUEST

FUNG, AMOS
ADDRESS AVAILABLE UPON REQUEST

FUNG, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

FUNG, KAYSEY
ADDRESS AVAILABLE UPON REQUEST

FUNG, LILY
ADDRESS AVAILABLE UPON REQUEST

FUNICIELLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

FUNK, ALEX
ADDRESS AVAILABLE UPON REQUEST

FUNK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

FUNK, AMY
ADDRESS AVAILABLE UPON REQUEST

FUNK, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

FUNK, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

FUNK, CALLIE
ADDRESS AVAILABLE UPON REQUEST

FUNK, JAMES
ADDRESS AVAILABLE UPON REQUEST

FUNK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

FUNK, KENZIE
ADDRESS AVAILABLE UPON REQUEST

FUNK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

FUNK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FUNK, PEGGY
ADDRESS AVAILABLE UPON REQUEST

FUNK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

FUNK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FUNK, SALLY
ADDRESS AVAILABLE UPON REQUEST

FUNK, VINCE
ADDRESS AVAILABLE UPON REQUEST

FUNKE, JULIE
ADDRESS AVAILABLE UPON REQUEST

FUNKE, SEAN
ADDRESS AVAILABLE UPON REQUEST

FUNKHOUSER, KYLE
ADDRESS AVAILABLE UPON REQUEST

FUNKHOUSER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

FUNKHOUSER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FUNNY, TAMEKA
ADDRESS AVAILABLE UPON REQUEST

FUNSTON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

FUNT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

FUNT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

FUNTELAR, ANNA
ADDRESS AVAILABLE UPON REQUEST

FUNTIK, JOHN
ADDRESS AVAILABLE UPON REQUEST

FUNWELA, JEAN
ADDRESS AVAILABLE UPON REQUEST

FUQUA, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

FUQUA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

FUQUA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FUQUA, LAUREL
ADDRESS AVAILABLE UPON REQUEST

FURANO, ROSE
ADDRESS AVAILABLE UPON REQUEST

FURBER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

FURCI, GINA
ADDRESS AVAILABLE UPON REQUEST

FURCRON, PHERITA
ADDRESS AVAILABLE UPON REQUEST

FUREY, RYAN
ADDRESS AVAILABLE UPON REQUEST

FUREY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

FUREY, SUE
ADDRESS AVAILABLE UPON REQUEST

FURGATCH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

FURGERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

FURLONG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

FURLONG, CECILY
ADDRESS AVAILABLE UPON REQUEST

FURLONG, DIANE
ADDRESS AVAILABLE UPON REQUEST

FURLONG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

FURLONG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

FURLONG, SEAN
ADDRESS AVAILABLE UPON REQUEST

FURLOUGH, SARAH
ADDRESS AVAILABLE UPON REQUEST

FURMAN G WALL JR
ADDRESS AVAILABLE UPON REQUEST

FURMAN PRAUSE, DARIA
ADDRESS AVAILABLE UPON REQUEST

FURMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FURMAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

FURMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

FURMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

FURMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

FURMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

FURMAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

FURMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FURMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

FURMANEK, STACYE
ADDRESS AVAILABLE UPON REQUEST

FURMANSKI, TONI
ADDRESS AVAILABLE UPON REQUEST

FURNACE, GARY
ADDRESS AVAILABLE UPON REQUEST

FURNARI, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

FURNEE, CAROL
ADDRESS AVAILABLE UPON REQUEST

FURNESS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

FURNESS, BILL
ADDRESS AVAILABLE UPON REQUEST

FURNESS, KERRY
ADDRESS AVAILABLE UPON REQUEST

FURNESS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

FURNISH, BRANDI
ADDRESS AVAILABLE UPON REQUEST

FURNO, ELISE
ADDRESS AVAILABLE UPON REQUEST

FURNO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

FURR, ARA
ADDRESS AVAILABLE UPON REQUEST

FURR, LEVI
ADDRESS AVAILABLE UPON REQUEST

FURR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

FURR, SHARIE
ADDRESS AVAILABLE UPON REQUEST

FURRER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

FURREY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

FURRY, CARAH
ADDRESS AVAILABLE UPON REQUEST

FURRY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

FURTADO, CHELZEA
ADDRESS AVAILABLE UPON REQUEST

FURTADO, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

FURTADO-SIMPSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

FURTAK, CAROL
ADDRESS AVAILABLE UPON REQUEST

FURTNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FURUSHO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FURY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

FURYK, KAREN
ADDRESS AVAILABLE UPON REQUEST

FUSARINI, KAYLI
ADDRESS AVAILABLE UPON REQUEST

FUSARO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

FUSARO, ELENA
ADDRESS AVAILABLE UPON REQUEST

FUSARO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FUSARO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

FUSCO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

FUSCO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

FUSCO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FUSCO, ERIN
ADDRESS AVAILABLE UPON REQUEST

FUSCO, HOPE
ADDRESS AVAILABLE UPON REQUEST

FUSCO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

FUSCO, KARA
ADDRESS AVAILABLE UPON REQUEST

FUSCO, LISA
ADDRESS AVAILABLE UPON REQUEST

FUSCO, LORI
ADDRESS AVAILABLE UPON REQUEST

FUSCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

FUSCO, MOSEY
ADDRESS AVAILABLE UPON REQUEST

FUSCO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

FUSCO, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

FUSER, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

FUSILIER, LABRADFORD
ADDRESS AVAILABLE UPON REQUEST

FUSILLO, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FUSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

FUSS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

FUSSELL, MARY
ADDRESS AVAILABLE UPON REQUEST

FUSSELL, TARA
ADDRESS AVAILABLE UPON REQUEST

FUSSELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

FUSSNER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

FUSSNER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

FUSTER, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

FUSTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

FUTAGAKI, KEI
ADDRESS AVAILABLE UPON REQUEST

FUTAGAKI, REGINA
ADDRESS AVAILABLE UPON REQUEST

FUTCH, ALEX
ADDRESS AVAILABLE UPON REQUEST

FUTCHER, JUDY
ADDRESS AVAILABLE UPON REQUEST

FUTRAL, LYNN
ADDRESS AVAILABLE UPON REQUEST

FUTRELL, ANN
ADDRESS AVAILABLE UPON REQUEST

FUTRELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

FUTRELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

FUTTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

FUTTER, JAYME
ADDRESS AVAILABLE UPON REQUEST

FUTTERMAN, ELISSA
ADDRESS AVAILABLE UPON REQUEST

FUTTERMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

FUTTERMAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

FUTU CLEARING INC. (4272)
ATTN COLETTE REX OR PROXY DEPT
12750 MERIT DR STE 475
DALLAS, TX  75251

FUXA, DAWN
ADDRESS AVAILABLE UPON REQUEST

FUZESI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

FYBER MEDIA GMBH
WALLSTRASSE 9-13, 10179
BERLIN
GERMANY

FYBER
JOHANNISTRASSE 20 10117
BERLIN
GERMANY

FYE, RENEE
ADDRESS AVAILABLE UPON REQUEST

FYFFE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

FYFFE, JOSH
ADDRESS AVAILABLE UPON REQUEST

FYHRIE, NICK
ADDRESS AVAILABLE UPON REQUEST

FYKES, BRUCE
ADDRESS AVAILABLE UPON REQUEST

FYOCK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

G ANN LAUDER
ADDRESS AVAILABLE UPON REQUEST

G LEWIS JR, HENRY
ADDRESS AVAILABLE UPON REQUEST

G LEWIS JR, HENRY
ADDRESS AVAILABLE UPON REQUEST

G REID, DAVID
ADDRESS AVAILABLE UPON REQUEST

G SANFORD, ALBERT
ADDRESS AVAILABLE UPON REQUEST

G STETLER, CARLY
ADDRESS AVAILABLE UPON REQUEST

G, CLARA
ADDRESS AVAILABLE UPON REQUEST

G, D
ADDRESS AVAILABLE UPON REQUEST

G, DENNY
ADDRESS AVAILABLE UPON REQUEST

G, ESTELLA
ADDRESS AVAILABLE UPON REQUEST

G, FRANK
ADDRESS AVAILABLE UPON REQUEST

G, HENRY
ADDRESS AVAILABLE UPON REQUEST

G, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

G, JAIMY
ADDRESS AVAILABLE UPON REQUEST

G, MARLIN
ADDRESS AVAILABLE UPON REQUEST

G, NICOLE
ADDRESS AVAILABLE UPON REQUEST

G, STEPH
ADDRESS AVAILABLE UPON REQUEST

G, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

G, V
ADDRESS AVAILABLE UPON REQUEST

G. MARKL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

G. NESBIT, MERDELL
ADDRESS AVAILABLE UPON REQUEST

G., DANN
ADDRESS AVAILABLE UPON REQUEST

G., KELLI
ADDRESS AVAILABLE UPON REQUEST

G.W. KENT INC
ADDRESS UNAVAILABLE AT TIME OF FILING

G3 ENTERPRISES, INC.
502 E. WHITMORE AVENUE
MODESTO, CA  95358

GA DEPT OF REVENUE
1800 CENTURY BOULEVARD, NE
ATLANTA, GA  30345

GAARD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GAAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GAASBECK, BETH
ADDRESS AVAILABLE UPON REQUEST

GABAJI, ZAHABIYA
ADDRESS AVAILABLE UPON REQUEST

GABALDON, AARON
ADDRESS AVAILABLE UPON REQUEST

GABARATA, ALINA
ADDRESS AVAILABLE UPON REQUEST

GABBARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GABBARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

GABBARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GABBARD, RONDA
ADDRESS AVAILABLE UPON REQUEST

GABBAYAN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

GABBE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GABBERT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GABBERT, EMILY
ADDRESS AVAILABLE UPON REQUEST

GABBERT, JULIA
ADDRESS AVAILABLE UPON REQUEST

GABBERT, KATE
ADDRESS AVAILABLE UPON REQUEST

GABBERT, TAVIA
ADDRESS AVAILABLE UPON REQUEST

GABBY GLOVER
ADDRESS AVAILABLE UPON REQUEST

GABBY RUSSELL, GABBY
ADDRESS AVAILABLE UPON REQUEST

GABEL, AMY
ADDRESS AVAILABLE UPON REQUEST

GABEL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

GABEL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GABEL, KATE
ADDRESS AVAILABLE UPON REQUEST

GABEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GABEL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GABEL, TOM
ADDRESS AVAILABLE UPON REQUEST

GABELE, TARA
ADDRESS AVAILABLE UPON REQUEST

GABER, LOBNA
ADDRESS AVAILABLE UPON REQUEST

GABHART, JASON
ADDRESS AVAILABLE UPON REQUEST

GABIDULINA, FARIDA
ADDRESS AVAILABLE UPON REQUEST

GABLE, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

GABLE, JULISSA LEZCANO
ADDRESS AVAILABLE UPON REQUEST

GABLE, MARY
ADDRESS AVAILABLE UPON REQUEST

GABLE, TAYSIA
ADDRESS AVAILABLE UPON REQUEST

GABLEMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GABLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GABLER, NATE
ADDRESS AVAILABLE UPON REQUEST

GABLER, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

GABLER, RANDY
ADDRESS AVAILABLE UPON REQUEST

GABLICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GABOR, JODY
ADDRESS AVAILABLE UPON REQUEST

GABOURY, BETH
ADDRESS AVAILABLE UPON REQUEST

GABOWER, PATRICE
ADDRESS AVAILABLE UPON REQUEST

GABRIEL ALFONSO CASTELLANOS VALDEZ
ADDRESS AVAILABLE UPON REQUEST

GABRIEL AND MALINI CUNJE
ADDRESS AVAILABLE UPON REQUEST

GABRIEL ANDRADE KAISER
ADDRESS AVAILABLE UPON REQUEST

GABRIEL ARELLANO TORRES
ADDRESS AVAILABLE UPON REQUEST

GABRIEL ARELLANO
ADDRESS AVAILABLE UPON REQUEST

GABRIEL BODMER
ADDRESS AVAILABLE UPON REQUEST

GABRIEL CARTER
ADDRESS AVAILABLE UPON REQUEST

GABRIEL CINTRON
ADDRESS AVAILABLE UPON REQUEST

GABRIEL DAWE
ADDRESS AVAILABLE UPON REQUEST

GABRIEL KAHAN
ADDRESS AVAILABLE UPON REQUEST

GABRIEL LEBLANC
ADDRESS AVAILABLE UPON REQUEST

GABRIEL LEIS
ADDRESS AVAILABLE UPON REQUEST

GABRIEL SANDOVAL
ADDRESS AVAILABLE UPON REQUEST

GABRIEL SANDOVAL
ADDRESS AVAILABLE UPON REQUEST

GABRIEL ZELTSER
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, AQEELEZRA
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, DAMONA
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, LEIGH
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

GABRIEL, REGGIE
ADDRESS AVAILABLE UPON REQUEST

GABRIELA LOPEZ
ADDRESS AVAILABLE UPON REQUEST

GABRIELA, SIMONE
ADDRESS AVAILABLE UPON REQUEST

GABRIELE, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

GABRIELLA CASTELLI
ADDRESS AVAILABLE UPON REQUEST

GABRIELLA S LOUGHNOT
ADDRESS AVAILABLE UPON REQUEST

GABRIELLE LYNCH
ADDRESS AVAILABLE UPON REQUEST

GABRIELLE, SHANARA
ADDRESS AVAILABLE UPON REQUEST

GABRIELLO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GABRIELSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GABRIELSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GABRIELSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

GABRIELSON, MAJA
ADDRESS AVAILABLE UPON REQUEST

GABSO, PATRICIA W
ADDRESS AVAILABLE UPON REQUEST

GACHALIAN, LAILANI
ADDRESS AVAILABLE UPON REQUEST

GACKA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GADALETA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

GADBOIS, JILL & COLE
ADDRESS AVAILABLE UPON REQUEST

GADDIE, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

GADDINI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GADDIS, GENA
ADDRESS AVAILABLE UPON REQUEST

GADDIS, NADIA
ADDRESS AVAILABLE UPON REQUEST

GADDIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GADDIS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GADDIS, VICKI
ADDRESS AVAILABLE UPON REQUEST

GADDY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GADDY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GADDY, SUBRINA
ADDRESS AVAILABLE UPON REQUEST

GADDY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GADE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GADERLUND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GADGET CIRCUIT
ADDRESS UNAVAILABLE AT TIME OF FILING

GADHOK, VAISHALI
ADDRESS AVAILABLE UPON REQUEST

GADI, SUBBARAO
ADDRESS AVAILABLE UPON REQUEST

GADIENT, TRACY
ADDRESS AVAILABLE UPON REQUEST

GADINSKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GADOURY, IRVING
ADDRESS AVAILABLE UPON REQUEST

GADRE, MAITHILI
ADDRESS AVAILABLE UPON REQUEST

GADSBY, KARALINE
ADDRESS AVAILABLE UPON REQUEST

GADSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GADSON, NATASHAJA
ADDRESS AVAILABLE UPON REQUEST

GADWOOD, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GADWOOD, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GADZEKPO, SEDINAM
ADDRESS AVAILABLE UPON REQUEST

GADZINSKI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GAEBEL, KATERINA
ADDRESS AVAILABLE UPON REQUEST

GAEDCHENS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GAEDE, CAREY
ADDRESS AVAILABLE UPON REQUEST

GAESSER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GAETACASTORI, ERICA
ADDRESS AVAILABLE UPON REQUEST

GAETANA MASSARO
ADDRESS AVAILABLE UPON REQUEST

GAETANO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GAFFIGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAFFIGAN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GAFFINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, ADOLPHIS
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, DAN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, LEYAH
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, MINA
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GAFFNEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GAGA, DUREETI
ADDRESS AVAILABLE UPON REQUEST

GAGALA, LYNN
ADDRESS AVAILABLE UPON REQUEST

GAGARKIN, DMITRIY
ADDRESS AVAILABLE UPON REQUEST

GAGE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GAGE, EBONI
ADDRESS AVAILABLE UPON REQUEST

GAGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GAGE, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

GAGE, JOAN
ADDRESS AVAILABLE UPON REQUEST

GAGE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GAGE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GAGE-HUNT, LAURA
ADDRESS AVAILABLE UPON REQUEST

GAGEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

GAGEN, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

GAGGIOLI, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

GAGGION, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAGIC, NIKOLA
ADDRESS AVAILABLE UPON REQUEST

GAGLIANO, KELLI
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDI, MARIN
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDI, NICK
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDI, ROSE
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GAGLIARDO, KARA
ADDRESS AVAILABLE UPON REQUEST

GAGLIONE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GAGNE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GAGNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAGNE, JOHNATHON
ADDRESS AVAILABLE UPON REQUEST

GAGNE, KERRY
ADDRESS AVAILABLE UPON REQUEST

GAGNE, LAURIN
ADDRESS AVAILABLE UPON REQUEST

GAGNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GAGNON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GAGNON, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GAGNON, DAVE
ADDRESS AVAILABLE UPON REQUEST

GAGNON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GAGNON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GAGNON, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

GAGNON, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

GAGNON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GAGNON, LISA
ADDRESS AVAILABLE UPON REQUEST

GAGNON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GAGNON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GAGNON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GAGNON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GAGNOR, ALEX
ADDRESS AVAILABLE UPON REQUEST

GAGO VELASQUEZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

GAHAGAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GAHAGAN, KEN
ADDRESS AVAILABLE UPON REQUEST

GAHAN-HUNTER, TARNA
ADDRESS AVAILABLE UPON REQUEST

GAHLOT, NIKHIL
ADDRESS AVAILABLE UPON REQUEST

GAHN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GAHUNGU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GAI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GAI, MARSHA
ADDRESS AVAILABLE UPON REQUEST

GAIBI, ASHLA
ADDRESS AVAILABLE UPON REQUEST

GAIDA, KELLY
ADDRESS AVAILABLE UPON REQUEST

GAIDOS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GAIENNIE, CRISTINE
ADDRESS AVAILABLE UPON REQUEST

GAIER, APRIL
ADDRESS AVAILABLE UPON REQUEST

GAIER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GAIFEDJIAN, LEANNA
ADDRESS AVAILABLE UPON REQUEST

GAIGE, KELLY
ADDRESS AVAILABLE UPON REQUEST

GAIKWAD, KIMAYA
ADDRESS AVAILABLE UPON REQUEST

GAIKWAD, PRADNYA
ADDRESS AVAILABLE UPON REQUEST

GAIL A GRENZIG
ADDRESS AVAILABLE UPON REQUEST

GAIL MCDIFFETT DOYLE
ADDRESS AVAILABLE UPON REQUEST

GAIL PARADOWSKI
ADDRESS AVAILABLE UPON REQUEST

GAIL SAUNEE
ADDRESS AVAILABLE UPON REQUEST

GAILLANT, NADINE
ADDRESS AVAILABLE UPON REQUEST

GAILLARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

GAILLARD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GAILLIOT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GAILYARD, SINADIA
ADDRESS AVAILABLE UPON REQUEST

GAINER, STEVE
ADDRESS AVAILABLE UPON REQUEST

GAINES RODRIGUEZ, ANN
ADDRESS AVAILABLE UPON REQUEST

GAINES, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GAINES, AYLA
ADDRESS AVAILABLE UPON REQUEST

GAINES, BRIANA
ADDRESS AVAILABLE UPON REQUEST

GAINES, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GAINES, DAVID
ADDRESS AVAILABLE UPON REQUEST

GAINES, EASTON
ADDRESS AVAILABLE UPON REQUEST

GAINES, ERIN
ADDRESS AVAILABLE UPON REQUEST

GAINES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAINES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GAINES, JOSH
ADDRESS AVAILABLE UPON REQUEST

GAINES, JULIA
ADDRESS AVAILABLE UPON REQUEST

GAINES, JULIE
ADDRESS AVAILABLE UPON REQUEST

GAINES, KAREN
ADDRESS AVAILABLE UPON REQUEST

GAINES, LERIN
ADDRESS AVAILABLE UPON REQUEST

GAINES, PAULA
ADDRESS AVAILABLE UPON REQUEST

GAINES, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GAINES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GAINES, YVONNE
ADDRESS AVAILABLE UPON REQUEST

GAINEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GAINEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GAINOR, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

GAINOUS, MARTY
ADDRESS AVAILABLE UPON REQUEST

GAIR SOLO 401K TRUST
ADDRESS AVAILABLE UPON REQUEST

GAIS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GAISSERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GAITAN, KARLA
ADDRESS AVAILABLE UPON REQUEST

GAITAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAITER, SALATHIEL
ADDRESS AVAILABLE UPON REQUEST

GAITHER, ADAM
ADDRESS AVAILABLE UPON REQUEST

GAITHER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GAITHER, DEANDREA
ADDRESS AVAILABLE UPON REQUEST

GAITHER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GAITHER, JULIANA
ADDRESS AVAILABLE UPON REQUEST

GAITHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAITHER, MATT
ADDRESS AVAILABLE UPON REQUEST

GAITHER, VELVA
ADDRESS AVAILABLE UPON REQUEST

GAITHER, ZENOBIA
ADDRESS AVAILABLE UPON REQUEST

GAITO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GAITTEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GAJDOSIK, REBECAH
ADDRESS AVAILABLE UPON REQUEST

GAJDUKO II, JOHN
ADDRESS AVAILABLE UPON REQUEST

GAJENDRA SHUKLA
ADDRESS AVAILABLE UPON REQUEST

GAJJAR, RAINA
ADDRESS AVAILABLE UPON REQUEST

GAJUS, GLENDA
ADDRESS AVAILABLE UPON REQUEST

GAJUS, JAIME
ADDRESS AVAILABLE UPON REQUEST

GALA, MANSI
ADDRESS AVAILABLE UPON REQUEST

GALAK, CAIT
ADDRESS AVAILABLE UPON REQUEST

GALAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GALANEK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GALANG, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GALANG, JOEL
ADDRESS AVAILABLE UPON REQUEST

GALANT, JULIE
ADDRESS AVAILABLE UPON REQUEST

GALANTE, CARLYLE
ADDRESS AVAILABLE UPON REQUEST

GALANTE, JERRY
ADDRESS AVAILABLE UPON REQUEST

GALARCE, HECTOR
ADDRESS AVAILABLE UPON REQUEST

GALARNO, BARBI
ADDRESS AVAILABLE UPON REQUEST

GALARZA, EDISON
ADDRESS AVAILABLE UPON REQUEST

GALARZA, GRICEL
ADDRESS AVAILABLE UPON REQUEST

GALARZA, TIARA
ADDRESS AVAILABLE UPON REQUEST

GALASKEWICZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GALASSO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GALASSO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GALASSO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

GALATI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GALATIOTO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GALATOLO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GALATRO, DIANA
ADDRESS AVAILABLE UPON REQUEST

GALATZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GALAUSKI, DENISE
ADDRESS AVAILABLE UPON REQUEST

GALAVOTTI, BARBRA
ADDRESS AVAILABLE UPON REQUEST

GALAZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GALBATO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GALBATO, MINDI
ADDRESS AVAILABLE UPON REQUEST

GALBIER, JOSE
ADDRESS AVAILABLE UPON REQUEST

GALBO, JOAN
ADDRESS AVAILABLE UPON REQUEST

GALBO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, LYNN
ADDRESS AVAILABLE UPON REQUEST

GALBRAITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GALBREATH, ANN
ADDRESS AVAILABLE UPON REQUEST

GALBREATH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GALBREATH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GALCZYK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GALDAMEZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GALDI, NANCY
ADDRESS AVAILABLE UPON REQUEST

GALDINO, FRAN
ADDRESS AVAILABLE UPON REQUEST

GALE SPENCE
ADDRESS AVAILABLE UPON REQUEST

GALE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GALE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GALE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

GALE, KELSI
ADDRESS AVAILABLE UPON REQUEST

GALE, LISA
ADDRESS AVAILABLE UPON REQUEST

GALE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GALE, MIKE
ADDRESS AVAILABLE UPON REQUEST

GALE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

GALE, SHANON
ADDRESS AVAILABLE UPON REQUEST

GALEANO, MONICA
ADDRESS AVAILABLE UPON REQUEST

GALEANO, NICK
ADDRESS AVAILABLE UPON REQUEST

GALEAS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GALEAZZI, EMILIO
ADDRESS AVAILABLE UPON REQUEST

GALECKE, R.JILL JEFF
ADDRESS AVAILABLE UPON REQUEST

GALEN BRICKER
ADDRESS AVAILABLE UPON REQUEST

GALEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GALENA, KYLE
ADDRESS AVAILABLE UPON REQUEST

GALERA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GALES, MAEVE
ADDRESS AVAILABLE UPON REQUEST

GALETANO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GALEY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

GALGANO, PETER
ADDRESS AVAILABLE UPON REQUEST

GALI, YELITZA
ADDRESS AVAILABLE UPON REQUEST

GALIANO, LUCERO
ADDRESS AVAILABLE UPON REQUEST

GALIARDI, MADISON
ADDRESS AVAILABLE UPON REQUEST

GALICIA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GALICIA, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

GALICIA, ORALIA
ADDRESS AVAILABLE UPON REQUEST

GALIE, VICKI
ADDRESS AVAILABLE UPON REQUEST

GALINAT, SARAH
ADDRESS AVAILABLE UPON REQUEST

GALINDO, ANDRES
ADDRESS AVAILABLE UPON REQUEST

GALINDO, ELLA
ADDRESS AVAILABLE UPON REQUEST

GALINDO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GALINDO, HENRY
ADDRESS AVAILABLE UPON REQUEST

GALINDO, REUEL
ADDRESS AVAILABLE UPON REQUEST

GALINDO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GALINEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GALING, VALARIE
ADDRESS AVAILABLE UPON REQUEST

GALINSKY, KELLY
ADDRESS AVAILABLE UPON REQUEST

GALIPEAU, ALANA
ADDRESS AVAILABLE UPON REQUEST

GALIVO, CZARAH
ADDRESS AVAILABLE UPON REQUEST

GALL, BRIANTIFFANY
ADDRESS AVAILABLE UPON REQUEST

GALL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

GALL, EMMA
ADDRESS AVAILABLE UPON REQUEST

GALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GALL, MORDION
ADDRESS AVAILABLE UPON REQUEST

GALL, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GALL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GALL, TIM
ADDRESS AVAILABLE UPON REQUEST

GALLA, JAMES
ADDRESS AVAILABLE UPON REQUEST

GALLACCHI, JENN
ADDRESS AVAILABLE UPON REQUEST

GALLACHER, JENI
ADDRESS AVAILABLE UPON REQUEST

GALLACHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GALLAGHE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, AMY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, ATTENTION: MICK
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BEN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BRIGID
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, CARILYN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, CARYN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, CATHY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, DIANA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, EMMA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, ERIN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, GAVIN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, GERALD
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JANET
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JENNA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JOAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, JW
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KAREN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KATE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KATE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KIRA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, KURT
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LESLIEANN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LYNN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, LYNN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MANDY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MARIE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MARY BEVERLY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, PAULINA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, QUINN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, RANDOLPH
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, RORI
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, ROSE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, RUTH
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SALLY
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SARA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SEAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SEAN
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, THEA
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, THERESE
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GALLAGHER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GALLAHER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GALLAHER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GALLAHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GALLAHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GALLAM, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GALLANT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GALLANT, GAIL
ADDRESS AVAILABLE UPON REQUEST

GALLANT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GALLARDO GIOZZA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GALLARDO HERNANDEZ, JAZMIN L.
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, JOY
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, WENDY
ADDRESS AVAILABLE UPON REQUEST

GALLARDO, YONELLY
ADDRESS AVAILABLE UPON REQUEST

GALLARDO-RUNK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GALLAS, JENNA
ADDRESS AVAILABLE UPON REQUEST

GALLAS, KYLE
ADDRESS AVAILABLE UPON REQUEST

GALLATIN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

GALLAUGHER, ANITA
ADDRESS AVAILABLE UPON REQUEST

GALLAWAY, ROD&NANCY
ADDRESS AVAILABLE UPON REQUEST

GALLAWAY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

GALLE, KATY
ADDRESS AVAILABLE UPON REQUEST

GALLE, MEG
ADDRESS AVAILABLE UPON REQUEST

GALLEGO, BERTHA
ADDRESS AVAILABLE UPON REQUEST

GALLEGO, FLORA
ADDRESS AVAILABLE UPON REQUEST

GALLEGO, NELIA
ADDRESS AVAILABLE UPON REQUEST

GALLEGO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, AUDRA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, DAVID
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, GRISELDA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, JOANN
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, JONI
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, JORGE
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GALLEGOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GALLELLA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GALLELLI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GALLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GALLER, MADEANA
ADDRESS AVAILABLE UPON REQUEST

GALLETTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GALLETTA, DANI
ADDRESS AVAILABLE UPON REQUEST

GALLETTI, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

GALLI, BOBBI
ADDRESS AVAILABLE UPON REQUEST

GALLI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GALLIC, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GALLIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GALLIGAN, ELOISE
ADDRESS AVAILABLE UPON REQUEST

GALLIGAR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GALLIK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GALLIMORE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GALLIMORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GALLIMORE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GALLINA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GALLINA, TINA
ADDRESS AVAILABLE UPON REQUEST

GALLINAL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GALLINGER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

GALLION, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GALLION, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GALLIPO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GALLIPPO, DENISE
ADDRESS AVAILABLE UPON REQUEST

GALLISA, LAURA
ADDRESS AVAILABLE UPON REQUEST

GALLITELLI, DENISE
ADDRESS AVAILABLE UPON REQUEST

GALLITELLI, GIANNA
ADDRESS AVAILABLE UPON REQUEST

GALLITELLI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GALLMAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GALLNER, CAROL
ADDRESS AVAILABLE UPON REQUEST

GALLO VINEYARDS INC
600 YOSEMITE BLVD
MODESTO, CA  95354

GALLO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GALLO, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GALLO, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

GALLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GALLO, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GALLO, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

GALLO, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

GALLO, MARK
ADDRESS AVAILABLE UPON REQUEST

GALLO, MAURA
ADDRESS AVAILABLE UPON REQUEST

GALLO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GALLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GALLO, MR. MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GALLO, PETER
ADDRESS AVAILABLE UPON REQUEST

GALLO, RAY
ADDRESS AVAILABLE UPON REQUEST

GALLO, TERESA
ADDRESS AVAILABLE UPON REQUEST

GALLO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GALLOGLY, CECI
ADDRESS AVAILABLE UPON REQUEST

GALLOGLY, STACEY
ADDRESS AVAILABLE UPON REQUEST

GALLON, DAVE
ADDRESS AVAILABLE UPON REQUEST

GALLOP, JULIA
ADDRESS AVAILABLE UPON REQUEST

GALLOT, VERNA
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, ALICE
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, AMBER
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, CAROL
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, CHANTIL
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, HALEY
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, LIZ
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, MELLISSA
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, RACHEAL
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, RANDALL
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GALLOWAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GALLOZZI, JOLETA
ADDRESS AVAILABLE UPON REQUEST

GALLUCCI, LUCIANE
ADDRESS AVAILABLE UPON REQUEST

GALLUCCI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GALLUGI, LAURA
ADDRESS AVAILABLE UPON REQUEST

GALLUN, JANAE
ADDRESS AVAILABLE UPON REQUEST

GALLUP, ANNA
ADDRESS AVAILABLE UPON REQUEST

GALLUP, DANA
ADDRESS AVAILABLE UPON REQUEST

GALLUP, DONNA
ADDRESS AVAILABLE UPON REQUEST

GALLUP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GALLUP, JOAN
ADDRESS AVAILABLE UPON REQUEST

GALLUP, LYDIA
ADDRESS AVAILABLE UPON REQUEST

GALLUP, SARAH
ADDRESS AVAILABLE UPON REQUEST

GALLUPPI, TRACY
ADDRESS AVAILABLE UPON REQUEST

GALLUS, KATERINA
ADDRESS AVAILABLE UPON REQUEST

GALLUZZO, MIKE
ADDRESS AVAILABLE UPON REQUEST

GALLUZZO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GALMIN, DAMON
ADDRESS AVAILABLE UPON REQUEST

GALOB, JENNA
ADDRESS AVAILABLE UPON REQUEST

GALOFORO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GALOS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GALOS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GALOTTA, COREY
ADDRESS AVAILABLE UPON REQUEST

GALPHIN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GALSTAD, AKASHA
ADDRESS AVAILABLE UPON REQUEST

GALSTON, MICAELA
ADDRESS AVAILABLE UPON REQUEST

GALUSHA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GALUSZKA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GALUSZKA, GAYLA
ADDRESS AVAILABLE UPON REQUEST

GALVAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GALVAN, JASMIN
ADDRESS AVAILABLE UPON REQUEST

GALVAN, JEAN
ADDRESS AVAILABLE UPON REQUEST

GALVAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GALVAN, MALINA
ADDRESS AVAILABLE UPON REQUEST

GALVAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

GALVAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GALVAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GALVAN, THANIA
ADDRESS AVAILABLE UPON REQUEST

GALVAN, YESENIA
ADDRESS AVAILABLE UPON REQUEST

GALVEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

GALVIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GALVIN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GALVIN, JODYANN
ADDRESS AVAILABLE UPON REQUEST

GALVIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GALVIN, MARY
ADDRESS AVAILABLE UPON REQUEST

GALVIS, ALBALILIANA
ADDRESS AVAILABLE UPON REQUEST

GALVIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GALYON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GALYUK, TATYANA
ADDRESS AVAILABLE UPON REQUEST

GAM, INBAR
ADDRESS AVAILABLE UPON REQUEST

GAMACHCHI PATHIRANA
ADDRESS AVAILABLE UPON REQUEST

GAMADY, AVINOAM
ADDRESS AVAILABLE UPON REQUEST

GAMALDI, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GAMALDI, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GAMART, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAMART, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GAMBA, HELEN-ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GAMBARDELLA, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GAMBEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GAMBEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GAMBEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GAMBHIR, ISHITA
ADDRESS AVAILABLE UPON REQUEST

GAMBHIRE, DHIRAJ
ADDRESS AVAILABLE UPON REQUEST

GAMBILL, BRETT
ADDRESS AVAILABLE UPON REQUEST

GAMBILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GAMBINI, ANTONETTE
ADDRESS AVAILABLE UPON REQUEST

GAMBINO, KELLY
ADDRESS AVAILABLE UPON REQUEST

GAMBINO, TOREBAK
ADDRESS AVAILABLE UPON REQUEST

GAMBIRAZIO, JOSE
ADDRESS AVAILABLE UPON REQUEST

GAMBIZA, FADZI
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, ALAN
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, DEANA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, GINGER
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, JAYME
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, LACOSHIA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, LORETTA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, MANISHA
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, MARY
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, PENNY
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, RIANNE
ADDRESS AVAILABLE UPON REQUEST

GAMBLE, TIANA
ADDRESS AVAILABLE UPON REQUEST

GAMBLER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GAMBOA, ALBA
ADDRESS AVAILABLE UPON REQUEST

GAMBOA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GAMBOA, DEREK
ADDRESS AVAILABLE UPON REQUEST

GAMBOA, JULIE
ADDRESS AVAILABLE UPON REQUEST

GAMBOA, XAVIERA
ADDRESS AVAILABLE UPON REQUEST

GAMBRINO MOORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAMBUTI, RICK
ADDRESS AVAILABLE UPON REQUEST

GAME, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

GAMEL, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

GAMER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GAMERMAN, JEN
ADDRESS AVAILABLE UPON REQUEST

GAMERO, GISELLE
ADDRESS AVAILABLE UPON REQUEST

GAMERO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GAMEROZ, SHAUN
ADDRESS AVAILABLE UPON REQUEST

GAMEZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GAMEZ, SANJUANITA
ADDRESS AVAILABLE UPON REQUEST

GAMEZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

GAMINO, MARIA
ADDRESS AVAILABLE UPON REQUEST

GAMIO CUERVO, ALVARO
ADDRESS AVAILABLE UPON REQUEST

GAMMAGE, STACIA
ADDRESS AVAILABLE UPON REQUEST

GAMMANS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GAMMARINO, IAN
ADDRESS AVAILABLE UPON REQUEST

GAMMEL, ANNAMAREE
ADDRESS AVAILABLE UPON REQUEST

GAMMEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GAMMIERE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GAMMILL, ALANA
ADDRESS AVAILABLE UPON REQUEST

GAMMILL, AMY
ADDRESS AVAILABLE UPON REQUEST

GAMMILL, BARCLAY
ADDRESS AVAILABLE UPON REQUEST

GAMMILL, NIKI
ADDRESS AVAILABLE UPON REQUEST

GAMMON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

GAMMON, DALUANA
ADDRESS AVAILABLE UPON REQUEST

GAMS, KAREN
ADDRESS AVAILABLE UPON REQUEST

GAMSJAGER, TARA
ADDRESS AVAILABLE UPON REQUEST

GAMST, ANNA
ADDRESS AVAILABLE UPON REQUEST

GAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GANA, GWANYGHAA
ADDRESS AVAILABLE UPON REQUEST

GANA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GANA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GANAS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GANAU AMERICA, INC
219000 CARNEROS OAK LANE
SONOMA, CA  95476

GANAWAY, AARON
ADDRESS AVAILABLE UPON REQUEST

GANAWAY, ASHANTAY
ADDRESS AVAILABLE UPON REQUEST

GANAWAY, CROSS
ADDRESS AVAILABLE UPON REQUEST

GANDARA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GANDARA, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

GANDARA-CASTILLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GANDARILLA, CECILIA
ADDRESS AVAILABLE UPON REQUEST

GANDARILLAS, CLOTILDE
ADDRESS AVAILABLE UPON REQUEST

GANDE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GANDEEP, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GANDHI, ASHOK
ADDRESS AVAILABLE UPON REQUEST

GANDHI, JAY
ADDRESS AVAILABLE UPON REQUEST

GANDHI, KAMALDEEP
ADDRESS AVAILABLE UPON REQUEST

GANDHI, KANISHK
ADDRESS AVAILABLE UPON REQUEST

GANDHI, MOHNISH
ADDRESS AVAILABLE UPON REQUEST

GANDHI, NINA
ADDRESS AVAILABLE UPON REQUEST

GANDHI, NISHA
ADDRESS AVAILABLE UPON REQUEST

GANDHI, POOJA
ADDRESS AVAILABLE UPON REQUEST

GANDHI, REENA
ADDRESS AVAILABLE UPON REQUEST

GANDHI, VISHAL
ADDRESS AVAILABLE UPON REQUEST

GANDIA, MONICA
ADDRESS AVAILABLE UPON REQUEST

GANDOLFI, PAOLO
ADDRESS AVAILABLE UPON REQUEST

GANDOLFI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GANDOLFO, DANIELLE & JOE
ADDRESS AVAILABLE UPON REQUEST

GANDOLFO, EMILY
ADDRESS AVAILABLE UPON REQUEST

GANDOLFO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GANDRAPU, VAMSHI
ADDRESS AVAILABLE UPON REQUEST

GANDY, AHMAD
ADDRESS AVAILABLE UPON REQUEST

GANDY, JACOB
ADDRESS AVAILABLE UPON REQUEST

GANDY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

GANDY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

GANDY, VENCE
ADDRESS AVAILABLE UPON REQUEST

GANDY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GANELES, JOSH
ADDRESS AVAILABLE UPON REQUEST

GANESAN, DHRUVA
ADDRESS AVAILABLE UPON REQUEST

GANESH, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

GANESHAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GANEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

GANGABHATHINA, PRADEEP
ADDRESS AVAILABLE UPON REQUEST

GANGADHARA INAGANTI
ADDRESS AVAILABLE UPON REQUEST

GANGAL, SHARVARI
ADDRESS AVAILABLE UPON REQUEST

GANGALOO, SARUJNIE
ADDRESS AVAILABLE UPON REQUEST

GANGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GANGE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GANGEMI, LYLE
ADDRESS AVAILABLE UPON REQUEST

GANGER, TERESA
ADDRESS AVAILABLE UPON REQUEST

GANGI WILLEMANN, SUE
ADDRESS AVAILABLE UPON REQUEST

GANGI, LISA
ADDRESS AVAILABLE UPON REQUEST

GANGI, NANCY
ADDRESS AVAILABLE UPON REQUEST

GANGI, NICK
ADDRESS AVAILABLE UPON REQUEST

GANGLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GANGNES, DREW
ADDRESS AVAILABLE UPON REQUEST

GANIER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GANIERE, CHARONNE
ADDRESS AVAILABLE UPON REQUEST

GANIO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

GANIVET, SHARON
ADDRESS AVAILABLE UPON REQUEST

GANJAMIE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GANLEY, VICKI
ADDRESS AVAILABLE UPON REQUEST

GANN, CASEY
ADDRESS AVAILABLE UPON REQUEST

GANN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GANN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GANN, MALIA
ADDRESS AVAILABLE UPON REQUEST

GANN, MISTY
ADDRESS AVAILABLE UPON REQUEST

GANNETT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GANNON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GANNON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

GANNON, BEN
ADDRESS AVAILABLE UPON REQUEST

GANNON, CAROLEE
ADDRESS AVAILABLE UPON REQUEST

GANNON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GANNON, DIANE
ADDRESS AVAILABLE UPON REQUEST

GANNON, KAREN
ADDRESS AVAILABLE UPON REQUEST

GANNON, KAREN
ADDRESS AVAILABLE UPON REQUEST

GANNON, LEDA
ADDRESS AVAILABLE UPON REQUEST

GANNON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GANNON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GANNON, PAUL
ADDRESS AVAILABLE UPON REQUEST

GANNON, PAYTON
ADDRESS AVAILABLE UPON REQUEST

GANNON, SEAN
ADDRESS AVAILABLE UPON REQUEST

GANNON, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

GANNON, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

GANOE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GANON, MARGO
ADDRESS AVAILABLE UPON REQUEST

GANS, HENRY
ADDRESS AVAILABLE UPON REQUEST

GANS, LILIA
ADDRESS AVAILABLE UPON REQUEST

GANS, MD, BRUCE
ADDRESS AVAILABLE UPON REQUEST

GANS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GANSER, JASON
ADDRESS AVAILABLE UPON REQUEST

GANSER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GANSEVOORT PARK AVEN NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

GANSEVOORT TURKS AND CAICOS
LOWER BIGHT ROAD
BRITISH WEST INDIES  TKCA 1ZZ
TURKS AND CAICOS ISLANDS

GANSKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

GANSKE, TABITHA
ADDRESS AVAILABLE UPON REQUEST

GANSSLE, JOHN
ADDRESS AVAILABLE UPON REQUEST

GANSWINDT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GANT, JEN
ADDRESS AVAILABLE UPON REQUEST

GANT, LESYLE
ADDRESS AVAILABLE UPON REQUEST

GANT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GANTA, JANANI
ADDRESS AVAILABLE UPON REQUEST

GANTENBEIN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

GANTT, SINDHU
ADDRESS AVAILABLE UPON REQUEST

GANTICK, ERICKA
ADDRESS AVAILABLE UPON REQUEST

GANTNER, TRISH
ADDRESS AVAILABLE UPON REQUEST

GANTNER, ZOE
ADDRESS AVAILABLE UPON REQUEST

GANTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GANTT, MARIALYCE
ADDRESS AVAILABLE UPON REQUEST

GANTZ, JOE
ADDRESS AVAILABLE UPON REQUEST

GANTZ, KANOE
ADDRESS AVAILABLE UPON REQUEST

GANTZER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GANZ, DESIREE
ADDRESS AVAILABLE UPON REQUEST

GANZ, DYLAN
ADDRESS AVAILABLE UPON REQUEST

GANZEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAO, KARI
ADDRESS AVAILABLE UPON REQUEST

GAO, LISA
ADDRESS AVAILABLE UPON REQUEST

GAO, LU
ADDRESS AVAILABLE UPON REQUEST

GAO, QIANYING
ADDRESS AVAILABLE UPON REQUEST

GAO, TIAN
ADDRESS AVAILABLE UPON REQUEST

GAO, WENDY
ADDRESS AVAILABLE UPON REQUEST

GAO, YANGZHENYU
ADDRESS AVAILABLE UPON REQUEST

GAO, YING
ADDRESS AVAILABLE UPON REQUEST

GAO, YUE
ADDRESS AVAILABLE UPON REQUEST

GAOA, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GAPINSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAPON, TATYANA
ADDRESS AVAILABLE UPON REQUEST

GAPONENKO, TETYANA
ADDRESS AVAILABLE UPON REQUEST

GARA, SHERRY
ADDRESS AVAILABLE UPON REQUEST

GARABEDIAN, DAWNA
ADDRESS AVAILABLE UPON REQUEST

GARABEDIAN, JASON
ADDRESS AVAILABLE UPON REQUEST

GARADI, AHANA
ADDRESS AVAILABLE UPON REQUEST

GARAFANO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GARAN, MAGNOLIA
ADDRESS AVAILABLE UPON REQUEST

GARAND, JULIE
ADDRESS AVAILABLE UPON REQUEST

GARANT, BETH
ADDRESS AVAILABLE UPON REQUEST

GARANZINI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARAPOLO, MARK
ADDRESS AVAILABLE UPON REQUEST

GARAY, THALIA
ADDRESS AVAILABLE UPON REQUEST

GARAY, YAJAIRA
ADDRESS AVAILABLE UPON REQUEST

GARB, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

GARB, LISA
ADDRESS AVAILABLE UPON REQUEST

GARBANI, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

GARBAREK, LARRY
ADDRESS AVAILABLE UPON REQUEST

GARBARINI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARBARINO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GARBARINO, JASON
ADDRESS AVAILABLE UPON REQUEST

GARBARINO, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

GARBARINO, TINA
ADDRESS AVAILABLE UPON REQUEST

GARBARK, KATIE
ADDRESS AVAILABLE UPON REQUEST

GARBE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARBER, AUDRALEE
ADDRESS AVAILABLE UPON REQUEST

GARBER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

GARBER, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

GARBER, KEITH
ADDRESS AVAILABLE UPON REQUEST

GARBER, KRISSY
ADDRESS AVAILABLE UPON REQUEST

GARBER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GARBER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARBERG, GRETA
ADDRESS AVAILABLE UPON REQUEST

GARBITELLI, MARIA
ADDRESS AVAILABLE UPON REQUEST

GARBY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GARCES, BIANCA
ADDRESS AVAILABLE UPON REQUEST

GARCES, OMAR
ADDRESS AVAILABLE UPON REQUEST

GARCIA ALVAREZ, HENRRY
ADDRESS AVAILABLE UPON REQUEST

GARCIA JR., ANTONIO
ADDRESS AVAILABLE UPON REQUEST

GARCIA LEZAMA, GENESIS
ADDRESS AVAILABLE UPON REQUEST

GARCIA OROSCO, CARLOS IVAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA SANCHE, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA SWISHER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ADAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEC
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEX
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALLYN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALMA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ALONDRA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANA-GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANALEIGH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ANTONETTE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, AURORA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CALLIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CARLI
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CHERISE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CHESLYMAR
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CINDY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DAMON
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DANIELA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DELILAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DIEGO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DOLORES
ADDRESS AVAILABLE UPON REQUEST

GARCIA, DYANA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ERIC
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ERICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ESPERANZA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ESS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, EVANYANIS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, FELICIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, FELIX
ADDRESS AVAILABLE UPON REQUEST

GARCIA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GENEVA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GIO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GISELA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, HALEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GARCIA, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, IRMA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ISMAEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, IVAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JANEEN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JEANINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JENIFER
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JENNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JENNY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JERAMEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESSE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JESUS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JORGE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JOSE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JOSMAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JUAN ANDRES
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JUAN MANUEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JULIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JULIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KATERINA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KEILEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KELSIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, KHRYSTIN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LADONNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LAURA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LEAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LEAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LEEANA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LEO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LETICIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LILLIAM
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LIZ ANN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUCIO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUIS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUZ
ADDRESS AVAILABLE UPON REQUEST

GARCIA, LUZ
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MADILYNN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARELYN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIA J
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIAMELIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARIELA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARINA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARK
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MASSY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MAYA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MAYRA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MAYTE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MIKE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MISH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MOISES
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MONICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NATALY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NEFTALI
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NICK
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NINA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, NORA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, PAUL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, PAUL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, PEDRO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, PHIL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RAMLYNE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RAY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, REGINA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RENEE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RENEE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, REYNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RITA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ROSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ROSA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, ROSIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, RYAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SARA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SARAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SARAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SERENA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SHANEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SHANNY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SHARON
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SHAUNTEL
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SHYANA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SONDRA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, STACEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, STACIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, STEVE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, TAMEY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, TAMMY
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, YAMI
ADDRESS AVAILABLE UPON REQUEST

GARCIA, YECENIA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, YELITZA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, YULIANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA, YURITZI
ADDRESS AVAILABLE UPON REQUEST

GARCIA-COATS, SHAN
ADDRESS AVAILABLE UPON REQUEST

GARCIA-GARZA, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

GARCIA-MELENDEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GARCIA-MEYERS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GARCIA-RICKETTS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GARCIA-RUIZ, JOMEINI
ADDRESS AVAILABLE UPON REQUEST

GARCIA-YOUDELMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GARCILAZO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GARD, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

GARDEA, JAIME
ADDRESS AVAILABLE UPON REQUEST

GARDELIUS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GARDEN, GIOIA
ADDRESS AVAILABLE UPON REQUEST

GARDEN, JAIDEN
ADDRESS AVAILABLE UPON REQUEST

GARDEN, MARIO
ADDRESS AVAILABLE UPON REQUEST

GARDEN, MARIS
ADDRESS AVAILABLE UPON REQUEST

GARDENER, KAYLI
ADDRESS AVAILABLE UPON REQUEST

GARDES, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

GARDETTO, KIM
ADDRESS AVAILABLE UPON REQUEST

GARDINELLA, DIANE
ADDRESS AVAILABLE UPON REQUEST

GARDINER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

GARDINER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GARDINER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GARDINER, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

GARDINER, HALEY
ADDRESS AVAILABLE UPON REQUEST

GARDINER, IAN
ADDRESS AVAILABLE UPON REQUEST

GARDINER, KELLY
ADDRESS AVAILABLE UPON REQUEST

GARDINER, KYRA
ADDRESS AVAILABLE UPON REQUEST

GARDINER, MARGOT
ADDRESS AVAILABLE UPON REQUEST

GARDINER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GARDINER, SARA
ADDRESS AVAILABLE UPON REQUEST

GARDINER, SEAN
ADDRESS AVAILABLE UPON REQUEST

GARDINIER, JULIAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER AUSTIN BUILDING CORP
25251 AVE
TIBBITS VALENCIA, CA  91355

GARDNER, ALANNA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GARDNER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GARDNER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, CHRYSAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, CYPRIS
ADDRESS AVAILABLE UPON REQUEST

GARDNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, DEACON
ADDRESS AVAILABLE UPON REQUEST

GARDNER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, ERIC
ADDRESS AVAILABLE UPON REQUEST

GARDNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, GLENN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, HALLE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

GARDNER, JANICE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, KELLEY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, LORETTA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, LUCY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MARY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MARYN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MATT
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MELITA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MELITA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, NANCY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, PAUL
ADDRESS AVAILABLE UPON REQUEST

GARDNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GARDNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GARDNER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TALISA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TERESA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TERESA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GARDNER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

GARDNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GARDOCKI, AILEEN
ADDRESS AVAILABLE UPON REQUEST

GARDOCKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GARDOCKI, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GARDONE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GARDUNO, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GAREA, ANNE
ADDRESS AVAILABLE UPON REQUEST

GARECHT, GRETA
ADDRESS AVAILABLE UPON REQUEST

GARELICK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GARELICK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GARET, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GARETH LEIGH NELLIES
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, ALIYA
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, EMMA
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GARFIELD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GARFINKEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GARFINKEL, JESSE
ADDRESS AVAILABLE UPON REQUEST

GARFINKEL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GARFINKEL, TONJA
ADDRESS AVAILABLE UPON REQUEST

GARFOLA, VICKI
ADDRESS AVAILABLE UPON REQUEST

GARG, AKANKSHA
ADDRESS AVAILABLE UPON REQUEST

GARG, ARNAV
ADDRESS AVAILABLE UPON REQUEST

GARG, RIYA
ADDRESS AVAILABLE UPON REQUEST

GARGANA, JOHN
ADDRESS AVAILABLE UPON REQUEST

GARGANO, FAITH
ADDRESS AVAILABLE UPON REQUEST

GARGANO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GARGANO, MARYANN
ADDRESS AVAILABLE UPON REQUEST

GARGAS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

GARGES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARGIULLO, LUZ
ADDRESS AVAILABLE UPON REQUEST

GARGIULO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GARGIULO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GARGUILO, PAUL
ADDRESS AVAILABLE UPON REQUEST

GARHART, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

GARIA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

GARIANO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

GARIANO, MARISA
ADDRESS AVAILABLE UPON REQUEST

GARIBALDI, DAVID
ADDRESS AVAILABLE UPON REQUEST

GARIBAY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GARIBAY, LUIS
ADDRESS AVAILABLE UPON REQUEST

GARIBAY, MYRNA
ADDRESS AVAILABLE UPON REQUEST

GARIBAY, NARCISO
ADDRESS AVAILABLE UPON REQUEST

GARIBO, ROSA
ADDRESS AVAILABLE UPON REQUEST

GARIGLIO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GARIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

GARINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GARIPPA, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GARIS, ADAIR
ADDRESS AVAILABLE UPON REQUEST

GARIS, VIOLA
ADDRESS AVAILABLE UPON REQUEST

GARKIE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GARKOWSKI, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

GARLAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GARLAND, ALLEN
ADDRESS AVAILABLE UPON REQUEST

GARLAND, ANNA
ADDRESS AVAILABLE UPON REQUEST

GARLAND, BREANDAN
ADDRESS AVAILABLE UPON REQUEST

GARLAND, BYRD
ADDRESS AVAILABLE UPON REQUEST

GARLAND, CARLY
ADDRESS AVAILABLE UPON REQUEST

GARLAND, DEANA
ADDRESS AVAILABLE UPON REQUEST

GARLAND, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GARLAND, NEIL
ADDRESS AVAILABLE UPON REQUEST

GARLICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARLICK, KATE
ADDRESS AVAILABLE UPON REQUEST

GARLIEPP, TAMI
ADDRESS AVAILABLE UPON REQUEST

GARLIKE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GARLING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GARLOCK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GARMAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GARMAN, MEG
ADDRESS AVAILABLE UPON REQUEST

GARMENDIA, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GARMER, ZAC
ADDRESS AVAILABLE UPON REQUEST

GARMISE, MARK
ADDRESS AVAILABLE UPON REQUEST

GARMON, BETH
ADDRESS AVAILABLE UPON REQUEST

GARMON, KARISSA
ADDRESS AVAILABLE UPON REQUEST

GARMON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GARNCARZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARNER 1, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GARNER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GARNER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GARNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARNER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GARNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GARNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GARNER, JAMAL
ADDRESS AVAILABLE UPON REQUEST

GARNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GARNER, LAYNE
ADDRESS AVAILABLE UPON REQUEST

GARNER, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

GARNER, REAGAN
ADDRESS AVAILABLE UPON REQUEST

GARNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARNER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GARNER, SADIE
ADDRESS AVAILABLE UPON REQUEST

GARNER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GARNER, SHANNA
ADDRESS AVAILABLE UPON REQUEST

GARNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARNER, TINA
ADDRESS AVAILABLE UPON REQUEST

GARNER, WENDY
ADDRESS AVAILABLE UPON REQUEST

GARNESE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GARNETT, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

GARNETT, CARLA
ADDRESS AVAILABLE UPON REQUEST

GARNETT, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GARNETT, SHANE
ADDRESS AVAILABLE UPON REQUEST

GARNHOLZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GARNIER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GAROFOLI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GARON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GARON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GAROPPOLO, GREGORY
ADDRESS AVAILABLE UPON REQUEST

GARR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARR, SHAUNTEL
ADDRESS AVAILABLE UPON REQUEST

GARRA, STEVIE
ADDRESS AVAILABLE UPON REQUEST

GARRABRANT, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GARRAND, AMY
ADDRESS AVAILABLE UPON REQUEST

GARRARD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GARRARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARRATT, JAIME
ADDRESS AVAILABLE UPON REQUEST

GARRATY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GARREAU, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GARRED, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GARREN, TINSLEY
ADDRESS AVAILABLE UPON REQUEST

GARRETSON, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GARRETSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

GARRETSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GARRETSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GARRETT HEMMERLEIN
ADDRESS AVAILABLE UPON REQUEST

GARRETT JOHN BALTZER
ADDRESS AVAILABLE UPON REQUEST

GARRETT LYSFORD
ADDRESS AVAILABLE UPON REQUEST

GARRETT MULHOLLAND
ADDRESS AVAILABLE UPON REQUEST

GARRETT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GARRETT, AMY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GARRETT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GARRETT, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, BAILEY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, CHASIDY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, DEBI
ADDRESS AVAILABLE UPON REQUEST

GARRETT, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, DERMOT
ADDRESS AVAILABLE UPON REQUEST

GARRETT, DON
ADDRESS AVAILABLE UPON REQUEST

GARRETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARRETT, EMMA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, JEN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GARRETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, KAELA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, KAREN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, KIM
ADDRESS AVAILABLE UPON REQUEST

GARRETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, LINNEA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MADDY
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MADELYNN
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MATTIE
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GARRETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GARRETT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, PAUL
ADDRESS AVAILABLE UPON REQUEST

GARRETT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARRETT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, SARA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, STELLA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, TEIRANI
ADDRESS AVAILABLE UPON REQUEST

GARRETT, THELJEWA
ADDRESS AVAILABLE UPON REQUEST

GARRETT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GARRETTO, TRICIA
ADDRESS AVAILABLE UPON REQUEST

GARREY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GARRICK
ADDRESS AVAILABLE UPON REQUEST

GARRICK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GARRIDO, GLENDA
ADDRESS AVAILABLE UPON REQUEST

GARRIDO, KARINA
ADDRESS AVAILABLE UPON REQUEST

GARRIDO, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GARRIDO, MONICA
ADDRESS AVAILABLE UPON REQUEST

GARRIGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GARRINGTON, SARA
ADDRESS AVAILABLE UPON REQUEST

GARRIQUES, JONATHON
ADDRESS AVAILABLE UPON REQUEST

GARRIS, ABIGAL
ADDRESS AVAILABLE UPON REQUEST

GARRIS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

GARRIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GARRIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GARRISON, ANNA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, ANNABELLA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, ARIS
ADDRESS AVAILABLE UPON REQUEST

GARRISON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GARRISON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GARRISON, DALE
ADDRESS AVAILABLE UPON REQUEST

GARRISON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GARRISON, JAMES
ADDRESS AVAILABLE UPON REQUEST

GARRISON, KAILA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

GARRISON, MARK
ADDRESS AVAILABLE UPON REQUEST

GARRISON, MATTEA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

GARRISON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARRISON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARRISON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GARRISON, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

GARRISON, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

GARRISON, SIMIYHA
ADDRESS AVAILABLE UPON REQUEST

GARRISON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GARRITY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GARRITY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GARRITY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GARRITY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GARRITY, RIBEKA
ADDRESS AVAILABLE UPON REQUEST

GARRITY, SEAN
ADDRESS AVAILABLE UPON REQUEST

GARRO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GARROCHO, JENNY
ADDRESS AVAILABLE UPON REQUEST

GARROCHO, JESUS
ADDRESS AVAILABLE UPON REQUEST

GARROD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GARROLINI, EULIA
ADDRESS AVAILABLE UPON REQUEST

GARRONE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARROTT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GARROW, JACK
ADDRESS AVAILABLE UPON REQUEST

GARROW, TORI
ADDRESS AVAILABLE UPON REQUEST

GARROWAY, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

GARROWAY, KATY
ADDRESS AVAILABLE UPON REQUEST

GARRUS JR, WAYNE
ADDRESS AVAILABLE UPON REQUEST

GARRY DUROSIER
ADDRESS AVAILABLE UPON REQUEST

GARRY, BERT
ADDRESS AVAILABLE UPON REQUEST

GARRY, BILLIE
ADDRESS AVAILABLE UPON REQUEST

GARRY, DONNA
ADDRESS AVAILABLE UPON REQUEST

GARRY, DOREEN
ADDRESS AVAILABLE UPON REQUEST

GARRY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GARRY, TERESA
ADDRESS AVAILABLE UPON REQUEST

GARSED, ALAINA
ADDRESS AVAILABLE UPON REQUEST

GARSKE, CAROL
ADDRESS AVAILABLE UPON REQUEST

GARSON, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

GARST, KELLY
ADDRESS AVAILABLE UPON REQUEST

GARST, KIM
ADDRESS AVAILABLE UPON REQUEST

GARTEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GARTH, JIMMY
ADDRESS AVAILABLE UPON REQUEST

GARTHWAITE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GARTHWAITE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GARTLAND, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GARTLAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

GARTLAND, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

GARTLAND, JENA
ADDRESS AVAILABLE UPON REQUEST

GARTMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GARTNER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GARTNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARTNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARTNER, LISA
ADDRESS AVAILABLE UPON REQUEST

GARTON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GARTON, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

GARTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

GARTON, SARA
ADDRESS AVAILABLE UPON REQUEST

GARTRELL, MARK
ADDRESS AVAILABLE UPON REQUEST

GARTZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GARVER, J
ADDRESS AVAILABLE UPON REQUEST

GARVEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

GARVEY, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

GARVEY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GARVEY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GARVEY, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

GARVEY, KATHY
ADDRESS AVAILABLE UPON REQUEST

GARVEY, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GARVEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, LISA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

GARVEY, MARSHA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, MATT
ADDRESS AVAILABLE UPON REQUEST

GARVEY, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

GARVEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GARVEY, TARA
ADDRESS AVAILABLE UPON REQUEST

GARVIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GARVIN, ELISE
ADDRESS AVAILABLE UPON REQUEST

GARVIN, KARYN
ADDRESS AVAILABLE UPON REQUEST

GARVIN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

GARVIN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GARVIN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GARVIS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GARWOOD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GARWOOD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GARWOOD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GARWOOD, WESLEY
ADDRESS AVAILABLE UPON REQUEST

GARY BENSON
ADDRESS AVAILABLE UPON REQUEST

GARY COMITTO
ADDRESS AVAILABLE UPON REQUEST

GARY DUDLEY
ADDRESS AVAILABLE UPON REQUEST

GARY DUNHAM
ADDRESS AVAILABLE UPON REQUEST

GARY FLOYD
ADDRESS AVAILABLE UPON REQUEST

GARY GORZOCH
ADDRESS AVAILABLE UPON REQUEST

GARY J DELLERSON
ADDRESS AVAILABLE UPON REQUEST

GARY J HAVRANEK
ADDRESS AVAILABLE UPON REQUEST

GARY JOH
ADDRESS AVAILABLE UPON REQUEST

GARY L CARTER
ADDRESS AVAILABLE UPON REQUEST

GARY LARDY
ADDRESS AVAILABLE UPON REQUEST

GARY LEE COLLINS
ADDRESS AVAILABLE UPON REQUEST

GARY MICCHELLI
ADDRESS AVAILABLE UPON REQUEST

GARY NEMCEK
ADDRESS AVAILABLE UPON REQUEST

GARY ORF
ADDRESS AVAILABLE UPON REQUEST

GARY PAGLIOCCA
ADDRESS AVAILABLE UPON REQUEST

GARY ROSENBERG
ADDRESS AVAILABLE UPON REQUEST

GARY SHOVER
ADDRESS AVAILABLE UPON REQUEST

GARY SKIDMORE
ADDRESS AVAILABLE UPON REQUEST

GARY SMITH
ADDRESS AVAILABLE UPON REQUEST

GARY, JAN
ADDRESS AVAILABLE UPON REQUEST

GARY, MILENA
ADDRESS AVAILABLE UPON REQUEST

GARY, MONICA
ADDRESS AVAILABLE UPON REQUEST

GARY, THEL
ADDRESS AVAILABLE UPON REQUEST

GARY, WANDA
ADDRESS AVAILABLE UPON REQUEST

GARZA, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GARZA, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

GARZA, CAREN
ADDRESS AVAILABLE UPON REQUEST

GARZA, CINDY
ADDRESS AVAILABLE UPON REQUEST

GARZA, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GARZA, DIANA
ADDRESS AVAILABLE UPON REQUEST

GARZA, ELEXIS
ADDRESS AVAILABLE UPON REQUEST

GARZA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GARZA, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

GARZA, GIANNA
ADDRESS AVAILABLE UPON REQUEST

GARZA, GINA
ADDRESS AVAILABLE UPON REQUEST

GARZA, JOHN C
ADDRESS AVAILABLE UPON REQUEST

GARZA, JOHN
ADDRESS AVAILABLE UPON REQUEST

GARZA, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GARZA, LINDA
ADDRESS AVAILABLE UPON REQUEST

GARZA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GARZA, RENE
ADDRESS AVAILABLE UPON REQUEST

GARZA, RIGOBERTO
ADDRESS AVAILABLE UPON REQUEST

GARZA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GARZA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GARZA-HOGUE, MARITZA
ADDRESS AVAILABLE UPON REQUEST

GARZIA, IRIELA
ADDRESS AVAILABLE UPON REQUEST

GARZON, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

GARZOT, AMY
ADDRESS AVAILABLE UPON REQUEST

GASCHIGNARD, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

GASCHLER, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

GASCICH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GASCON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GASCOYNE, PAM
ADDRESS AVAILABLE UPON REQUEST

GASE, TARA
ADDRESS AVAILABLE UPON REQUEST

GASHI, BLERINA
ADDRESS AVAILABLE UPON REQUEST

GASIOR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GASKAMP, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GASKELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GASKEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GASKILL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GASKILL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GASKILL, MARIA
ADDRESS AVAILABLE UPON REQUEST

GASKILL, REGINA
ADDRESS AVAILABLE UPON REQUEST

GASKIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GASKIN, MADISEN
ADDRESS AVAILABLE UPON REQUEST

GASKIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GASKIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GASKINS, CLARE
ADDRESS AVAILABLE UPON REQUEST

GASKINS, FAITH
ADDRESS AVAILABLE UPON REQUEST

GASKINS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GASKINS, SHAUN
ADDRESS AVAILABLE UPON REQUEST

GASKINS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GASKY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

GASPAR GONZALEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GASPAR, ARMEDA
ADDRESS AVAILABLE UPON REQUEST

GASPAR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GASPAR, KATY
ADDRESS AVAILABLE UPON REQUEST

GASPAR, PETER
ADDRESS AVAILABLE UPON REQUEST

GASPAR, PRESTON
ADDRESS AVAILABLE UPON REQUEST

GASPARD, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GASPARI, MARIA
ADDRESS AVAILABLE UPON REQUEST

GASPARO, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

GASPARYAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

GASPARYAN, LILIT
ADDRESS AVAILABLE UPON REQUEST

GASPERONI, SIERRA
ADDRESS AVAILABLE UPON REQUEST

GASPERS, RICH
ADDRESS AVAILABLE UPON REQUEST

GASS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GASSERT, JULIA
ADDRESS AVAILABLE UPON REQUEST

GASSET, ERNIE
ADDRESS AVAILABLE UPON REQUEST

GASSEW, SARAH
ADDRESS AVAILABLE UPON REQUEST

GASSLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GASSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GASSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GAST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GAST, GRACE
ADDRESS AVAILABLE UPON REQUEST

GAST, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GASTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GASTLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GASTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GASTON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GASTON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GASTON, NAPILI
ADDRESS AVAILABLE UPON REQUEST

GASTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GASTONE, JULIA
ADDRESS AVAILABLE UPON REQUEST

GASTRIGHT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GASWAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GASWAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GATCH, MAURA
ADDRESS AVAILABLE UPON REQUEST

GATCHELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GATCHELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GATCHOFF, LAURA
ADDRESS AVAILABLE UPON REQUEST

GATENS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GATES, BETTY
ADDRESS AVAILABLE UPON REQUEST

GATES, BRIEANNE
ADDRESS AVAILABLE UPON REQUEST

GATES, CASEY
ADDRESS AVAILABLE UPON REQUEST

GATES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GATES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GATES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GATES, CONNER
ADDRESS AVAILABLE UPON REQUEST

GATES, DYLAN
ADDRESS AVAILABLE UPON REQUEST

GATES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GATES, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GATES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GATES, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

GATES, JULIANN
ADDRESS AVAILABLE UPON REQUEST

GATES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GATES, KIERRA
ADDRESS AVAILABLE UPON REQUEST

GATES, LEAH
ADDRESS AVAILABLE UPON REQUEST

GATES, NANCY
ADDRESS AVAILABLE UPON REQUEST

GATES, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GATES, PAT AND ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GATES, PERRY
ADDRESS AVAILABLE UPON REQUEST

GATES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GATES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GATES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GATES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GATES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GATES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GATES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GATES-WALLACE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GATEWOOD, RASHIDA
ADDRESS AVAILABLE UPON REQUEST

GATEWOOD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GATEWOOD, SARAH
ADDRESS AVAILABLE UPON REQUEST

GATEWOOD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GATHERIDGE, VADA
ADDRESS AVAILABLE UPON REQUEST

GATHOGA-OGBUIKE, CHIOMA
ADDRESS AVAILABLE UPON REQUEST

GATLIN, CARIE
ADDRESS AVAILABLE UPON REQUEST

GATLIN, CARIE
ADDRESS AVAILABLE UPON REQUEST

GATLIN, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

GATLIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GATLIN, SHELBI
ADDRESS AVAILABLE UPON REQUEST

GATO 18
ADDRESS UNAVAILABLE AT TIME OF FILING

GATPOLINTAN, JR
ADDRESS AVAILABLE UPON REQUEST

GATREL, KRISSY
ADDRESS AVAILABLE UPON REQUEST

GATTA, JULIAN
ADDRESS AVAILABLE UPON REQUEST

GATTAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GATTEGNO, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

GATTENS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GATTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GATTERMEYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GATTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GATTI, MARIE
ADDRESS AVAILABLE UPON REQUEST

GATTIS, CONOR
ADDRESS AVAILABLE UPON REQUEST

GATTO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GATTO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GATTO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GATTO, SARAH
ADDRESS AVAILABLE UPON REQUEST

GATTON, AVERELL
ADDRESS AVAILABLE UPON REQUEST

GATTONE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GATTONI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GATTUNG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GATZKE, NEVA
ADDRESS AVAILABLE UPON REQUEST

GAU, SEAN
ADDRESS AVAILABLE UPON REQUEST

GAU, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GAUBATZ, GWYNETH
ADDRESS AVAILABLE UPON REQUEST

GAUCHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GAUDELLI, JANIS
ADDRESS AVAILABLE UPON REQUEST

GAUDET, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GAUDET, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAUDET, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GAUDET, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

GAUDILLIERE, DYANI
ADDRESS AVAILABLE UPON REQUEST

GAUDIOSO, DONALD
ADDRESS AVAILABLE UPON REQUEST

GAUDREAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GAUDRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAUER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GAUG, SAREENA
ADDRESS AVAILABLE UPON REQUEST

GAUGHAN, CHAD
ADDRESS AVAILABLE UPON REQUEST

GAUGHAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

GAUGHAN, MARY
ADDRESS AVAILABLE UPON REQUEST

GAUGHEN, ALISON
ADDRESS AVAILABLE UPON REQUEST

GAUGHRAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GAUGLER, C
ADDRESS AVAILABLE UPON REQUEST

GAUGLER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GAUKIN, LYNN
ADDRESS AVAILABLE UPON REQUEST

GAUL, GARY
ADDRESS AVAILABLE UPON REQUEST

GAUL, JACOB
ADDRESS AVAILABLE UPON REQUEST

GAUL, KYLAH
ADDRESS AVAILABLE UPON REQUEST

GAUL, NANCY
ADDRESS AVAILABLE UPON REQUEST

GAULOCHER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GAULTNEY, TRACI
ADDRESS AVAILABLE UPON REQUEST

GAUMER, ERIC
ADDRESS AVAILABLE UPON REQUEST

GAUMER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GAUNA, GINA
ADDRESS AVAILABLE UPON REQUEST

GAUNTLETT, DAVID
ADDRESS AVAILABLE UPON REQUEST

GAUNTNER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GAUNTNER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GAUNTNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

GAUR, CHANDINI
ADDRESS AVAILABLE UPON REQUEST

GAUR, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

GAURAV BHALLA
ADDRESS AVAILABLE UPON REQUEST

GAURAV DHAGE
ADDRESS AVAILABLE UPON REQUEST

GAURAV GUPTA
ADDRESS AVAILABLE UPON REQUEST

GAURINO, ABBY
ADDRESS AVAILABLE UPON REQUEST

GAURUDER, ROLAND
ADDRESS AVAILABLE UPON REQUEST

GAUS, CASEY
ADDRESS AVAILABLE UPON REQUEST

GAUSE, COLIN
ADDRESS AVAILABLE UPON REQUEST

GAUSS, JOLENE
ADDRESS AVAILABLE UPON REQUEST

GAUTAM BATRA
ADDRESS AVAILABLE UPON REQUEST

GAUTAM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GAUTEREAUX, CORY
ADDRESS AVAILABLE UPON REQUEST

GAUTHAM VELCHURU
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER LUC M ROMMELAERE
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, CHANCE
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, GIGI
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, JOELLE
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GAUTHIER, RITA
ADDRESS AVAILABLE UPON REQUEST

GAUTIER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GAUTIER, PAUL
ADDRESS AVAILABLE UPON REQUEST

GAUTREAU, CURT
ADDRESS AVAILABLE UPON REQUEST

GAUTREAU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GAUTREAU, LACEY
ADDRESS AVAILABLE UPON REQUEST

GAUTREAU, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GAUTSCHE, ERIN
ADDRESS AVAILABLE UPON REQUEST

GAUVAIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

GAUVIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GAUVIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

GAUVIN, TANNER
ADDRESS AVAILABLE UPON REQUEST

GAUVREAU, RICK
ADDRESS AVAILABLE UPON REQUEST

GAVALLA, CARLY
ADDRESS AVAILABLE UPON REQUEST

GAVELA, MADISON
ADDRESS AVAILABLE UPON REQUEST

GAVELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GAVERTH, KEN
ADDRESS AVAILABLE UPON REQUEST

GAVET, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GAVILAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GAVILAN, RUBEN
ADDRESS AVAILABLE UPON REQUEST

GAVILANEZ, NATASHA
ADDRESS AVAILABLE UPON REQUEST

GAVIN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GAVIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GAVIN, ANH
ADDRESS AVAILABLE UPON REQUEST

GAVIN, BETH
ADDRESS AVAILABLE UPON REQUEST

GAVIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GAVIN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GAVIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GAVIN, KARA
ADDRESS AVAILABLE UPON REQUEST

GAVIN, LEE
ADDRESS AVAILABLE UPON REQUEST

GAVIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GAVIN, SELINA
ADDRESS AVAILABLE UPON REQUEST

GAVIN, YVETTE
ADDRESS AVAILABLE UPON REQUEST

GAVINELLI, MARIA
ADDRESS AVAILABLE UPON REQUEST

GAVIOLI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAVISER, JUDY
ADDRESS AVAILABLE UPON REQUEST

GAVISER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GAVITT, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

GAVLICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

GAVRICH, BREE
ADDRESS AVAILABLE UPON REQUEST

GAVRILA, RADU
ADDRESS AVAILABLE UPON REQUEST

GAVUGLIO, PAULA
ADDRESS AVAILABLE UPON REQUEST

GAVULA, JIM
ADDRESS AVAILABLE UPON REQUEST

GAVURIN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

GAWD, YODA
ADDRESS AVAILABLE UPON REQUEST

GAWEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GAWIN, GIANNA
ADDRESS AVAILABLE UPON REQUEST

GAWITT, GREGORY
ADDRESS AVAILABLE UPON REQUEST

GAWKER MEDIA LLC
210 ELIZABETH STREET 3RD FLOOR
NEW YORK, NY 10012

GAWKER MEDIA LLC
DEPT CH 16689
PALATINE, IL 60055-6689

GAWLIK, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAWRON, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

GAWRONSKA, ELZBIETA
ADDRESS AVAILABLE UPON REQUEST

GAWRYS, KATE
ADDRESS AVAILABLE UPON REQUEST

GAWRYSIAK, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GAXIOLA, ANALY
ADDRESS AVAILABLE UPON REQUEST

GAXIOLA, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

GAY, BETSY
ADDRESS AVAILABLE UPON REQUEST

GAY, CARLY
ADDRESS AVAILABLE UPON REQUEST

GAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GAY, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

GAY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GAY, FRANK
ADDRESS AVAILABLE UPON REQUEST

GAY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GAY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GAY, MARLA
ADDRESS AVAILABLE UPON REQUEST

GAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GAY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GAY, RANDY
ADDRESS AVAILABLE UPON REQUEST

GAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GAYA, ARIADNA
ADDRESS AVAILABLE UPON REQUEST

GAYDA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GAYDOS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GAYDOS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GAYE, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

GAYE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GAYGAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GAYLA GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

GAYLA HADDAD
ADDRESS AVAILABLE UPON REQUEST

GAYLA TROTTER
ADDRESS AVAILABLE UPON REQUEST

GAYLE IANNITELLI
ADDRESS AVAILABLE UPON REQUEST

GAYLE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GAYLE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GAYLE, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

GAYLE, LINDA
ADDRESS AVAILABLE UPON REQUEST

GAYLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GAYLE, RHEIA
ADDRESS AVAILABLE UPON REQUEST

GAYLER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

GAYLONG SMITH
ADDRESS AVAILABLE UPON REQUEST

GAYLOR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GAYLORD, LISA
ADDRESS AVAILABLE UPON REQUEST

GAYLORD, WESTON
ADDRESS AVAILABLE UPON REQUEST

GAYMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

GAYMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

GAYNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GAYNOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GAYNOR, LLOYD
ADDRESS AVAILABLE UPON REQUEST

GAYNOR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GAYNOR, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

GAYNOR, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

GAYON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GAYTAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

GAZARYAN, DIANA
ADDRESS AVAILABLE UPON REQUEST

GAZDZIAK, ANNA
ADDRESS AVAILABLE UPON REQUEST

GAZELKA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GAZMARIAN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GAZULA, DATT
ADDRESS AVAILABLE UPON REQUEST

GAZULIS, MATT
ADDRESS AVAILABLE UPON REQUEST

GAZZARA, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GAZZARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

GAZZOLA, ALI
ADDRESS AVAILABLE UPON REQUEST

GBANA, ZOEBORN
ADDRESS AVAILABLE UPON REQUEST

GBSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

GBUR, ZACK
ADDRESS AVAILABLE UPON REQUEST

GC LABELS
ADDRESS UNAVAILABLE AT TIME OF FILING

GCA SAVVIAN, INC. (GCA ADVISORS, LLC)
ONE MARITIME PLAZA, 25TH FLOOR
SAN FRANCISCO, CA  94111

GCABA, ANDILE
ADDRESS AVAILABLE UPON REQUEST

GE, SHUPING
ADDRESS AVAILABLE UPON REQUEST

GE, TINGCHAO
ADDRESS AVAILABLE UPON REQUEST

GE, XIYANG
ADDRESS AVAILABLE UPON REQUEST

GE, YI
ADDRESS AVAILABLE UPON REQUEST

GEAGHAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

GEAGIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GEALER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEAREN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GEARHARDT, CHENEE
ADDRESS AVAILABLE UPON REQUEST

GEARHART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GEARHART, CHAD
ADDRESS AVAILABLE UPON REQUEST

GEARHART, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GEARHART, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GEARHART, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GEARHART, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GEARHART, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GEARING, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GEARING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GEARNER, CALLAN
ADDRESS AVAILABLE UPON REQUEST

GEARNER, KARA
ADDRESS AVAILABLE UPON REQUEST

GEARWAR, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GEARY, ALLY
ADDRESS AVAILABLE UPON REQUEST

GEARY, DAVE
ADDRESS AVAILABLE UPON REQUEST

GEARY, DENISE
ADDRESS AVAILABLE UPON REQUEST

GEARY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GEARY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

GEARY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GEARY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GEARY, RONI
ADDRESS AVAILABLE UPON REQUEST

GEARY, RYAN
ADDRESS AVAILABLE UPON REQUEST

GEARY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEARY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GEARY-LYONS, KRISTY
ADDRESS AVAILABLE UPON REQUEST

GEASEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GEASLIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

GEATENS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GEBALLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GEBAUER, GERRY
ADDRESS AVAILABLE UPON REQUEST

GEBELEIN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GEBETSBERGER, JANET
ADDRESS AVAILABLE UPON REQUEST

GEBHARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GEBHART, BETH
ADDRESS AVAILABLE UPON REQUEST

GEBHART, KORY
ADDRESS AVAILABLE UPON REQUEST

GEBING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GEBLER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GEBURA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GECZI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GEDDES, JANICE
ADDRESS AVAILABLE UPON REQUEST

GEDDES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GEDDIE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

GEDDIS-MUTASCIO, BETSEY
ADDRESS AVAILABLE UPON REQUEST

GEDEON, OSAMA
ADDRESS AVAILABLE UPON REQUEST

GEDEON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GEDMAN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GEDMAN, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

GEDNEY, DEVON
ADDRESS AVAILABLE UPON REQUEST

GEDRICH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GEDROSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEDULD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GEDZ, SERGIY
ADDRESS AVAILABLE UPON REQUEST

GEE, DENISE
ADDRESS AVAILABLE UPON REQUEST

GEE, JAMISON
ADDRESS AVAILABLE UPON REQUEST

GEE, KACY
ADDRESS AVAILABLE UPON REQUEST

GEE, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

GEE, KERRY
ADDRESS AVAILABLE UPON REQUEST

GEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GEE, NOLAN
ADDRESS AVAILABLE UPON REQUEST

GEE, RHEA
ADDRESS AVAILABLE UPON REQUEST

GEE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GEEDEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GEEGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

GEEKLYINC LLC.
20D WHITNEY RIDGE RD.  5
FARIPORT, NY  14450

GEELAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GEELS, JEFF
ADDRESS AVAILABLE UPON REQUEST

GEER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GEER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GEER, RUTHANN
ADDRESS AVAILABLE UPON REQUEST

GEERDES, MATT
ADDRESS AVAILABLE UPON REQUEST

GEESLINDEMPSEY, HOLLY/IRMA
ADDRESS AVAILABLE UPON REQUEST

GEETER, LIA
ADDRESS AVAILABLE UPON REQUEST

GEETING, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GEFFNER, WES
ADDRESS AVAILABLE UPON REQUEST

GEFFRE, KYLEE
ADDRESS AVAILABLE UPON REQUEST

GEFFS, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

GEFKOVICZ, CHANA
ADDRESS AVAILABLE UPON REQUEST

GEGLEIN, HOPE
ADDRESS AVAILABLE UPON REQUEST

GEHM, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GEHMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

GEHMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GEHMAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

GEHMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GEHR, NANCY
ADDRESS AVAILABLE UPON REQUEST

GEHR, NANCY
ADDRESS AVAILABLE UPON REQUEST

GEHRED, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GEHRELS, JAMES
ADDRESS AVAILABLE UPON REQUEST

GEHRES, EYVETTE
ADDRESS AVAILABLE UPON REQUEST

GEHRET, IVAN
ADDRESS AVAILABLE UPON REQUEST

GEHRI, GALE
ADDRESS AVAILABLE UPON REQUEST

GEHRIG, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GEHRING, ANNE
ADDRESS AVAILABLE UPON REQUEST

GEHRING, JILL
ADDRESS AVAILABLE UPON REQUEST

GEHRINGER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GEHRINGER, KERRY
ADDRESS AVAILABLE UPON REQUEST

GEHRKING, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GEHRKING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEHRMAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

GEHRMAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GEHRMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GEHRMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GEIB, TESS
ADDRESS AVAILABLE UPON REQUEST

GEIBIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GEICUL, I
ADDRESS AVAILABLE UPON REQUEST

GEIER, ALICE
ADDRESS AVAILABLE UPON REQUEST

GEIER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GEIER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GEIER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GEIER, JOBETH
ADDRESS AVAILABLE UPON REQUEST

GEIER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GEIER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GEIER, NANCY
ADDRESS AVAILABLE UPON REQUEST

GEIGER BERGIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GEIGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

GEIGER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

GEIGER, DAN
ADDRESS AVAILABLE UPON REQUEST

GEIGER, GARY
ADDRESS AVAILABLE UPON REQUEST

GEIGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, LISA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GEIGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GEIGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GEIGER, SONA
ADDRESS AVAILABLE UPON REQUEST

GEIL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GEILER, JOSH
ADDRESS AVAILABLE UPON REQUEST

GEILING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GEIPEL, GARY
ADDRESS AVAILABLE UPON REQUEST

GEIS, JOAN
ADDRESS AVAILABLE UPON REQUEST

GEISDORF, JILL
ADDRESS AVAILABLE UPON REQUEST

GEISEL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GEISELMAN, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

GEISER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

GEISER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEISER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GEISERT, EMILY
ADDRESS AVAILABLE UPON REQUEST

GEISHEKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GEISHERT, SALLY
ADDRESS AVAILABLE UPON REQUEST

GEISINGER, K.
ADDRESS AVAILABLE UPON REQUEST

GEISINGER, MAX
ADDRESS AVAILABLE UPON REQUEST

GEISS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GEISSEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GEISSLER, JASON
ADDRESS AVAILABLE UPON REQUEST

GEISSLER, LISA
ADDRESS AVAILABLE UPON REQUEST

GEIST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GEIST, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

GEIST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GEIST, RAY
ADDRESS AVAILABLE UPON REQUEST

GEIST, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GEIST, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GEITTMANN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GEIVETT, KATHRYN ANN
ADDRESS AVAILABLE UPON REQUEST

GEJENSKI, SEAN
ADDRESS AVAILABLE UPON REQUEST

GEKKEIKAN SAKE COMPANY, LTD
247 MINAMIHAMA-CHO FUSHIMI-KU
KYOTO  612-8660 CA
JAPAN

GELATT, CLARA
ADDRESS AVAILABLE UPON REQUEST

GELATT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GELB, ALAN
ADDRESS AVAILABLE UPON REQUEST

GELB, CAM
ADDRESS AVAILABLE UPON REQUEST

GELB, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GELBAUGH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GELBER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GELBER, JUDY
ADDRESS AVAILABLE UPON REQUEST

GELBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GELBMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

GELDERSMA, BEN
ADDRESS AVAILABLE UPON REQUEST

GELEN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GELERIS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GELERMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

GELETKA, KATE
ADDRESS AVAILABLE UPON REQUEST

GELFAND, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GELFAND, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GELINAS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GELINAS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GELINO, KACIE
ADDRESS AVAILABLE UPON REQUEST

GELISH, JANINE
ADDRESS AVAILABLE UPON REQUEST

GELL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GELLAR, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GELLATLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GELLATLY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GELLER, ALICYN
ADDRESS AVAILABLE UPON REQUEST

GELLER, AMY
ADDRESS AVAILABLE UPON REQUEST

GELLER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GELLER, CINDY
ADDRESS AVAILABLE UPON REQUEST

GELLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GELLER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GELLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

GELLER, SETH
ADDRESS AVAILABLE UPON REQUEST

GELLERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

GELLMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GELLNER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

GELMAN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

GELMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GELNAR, KELLEY
ADDRESS AVAILABLE UPON REQUEST

GELNETT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GELO, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

GELSEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GELSI, TERRY
ADDRESS AVAILABLE UPON REQUEST

GELSINGER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GELSINON, GWEN
ADDRESS AVAILABLE UPON REQUEST

GELSOMINI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GELSOMINO, DAVID
ADDRESS AVAILABLE UPON REQUEST

GELSONS
ADDRESS UNAVAILABLE AT TIME OF FILING

GELSTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GELT, CASS
ADDRESS AVAILABLE UPON REQUEST

GELTEL, TARA
ADDRESS AVAILABLE UPON REQUEST

GELTMAKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GELTZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GEMAEHLICH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GEMBALA, HOLLI
ADDRESS AVAILABLE UPON REQUEST

GEMEREK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GEMMA RISTORANTE
ADDRESS UNAVAILABLE AT TIME OF FILING

GEMMEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GEMMILL, DANA
ADDRESS AVAILABLE UPON REQUEST

GEMMILL, TOM
ADDRESS AVAILABLE UPON REQUEST

GEMORE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEMORE, PHIL
ADDRESS AVAILABLE UPON REQUEST

GENA SMITH
ADDRESS AVAILABLE UPON REQUEST

GENA, T
ADDRESS AVAILABLE UPON REQUEST

GENAO, JHONATIEL
ADDRESS AVAILABLE UPON REQUEST

GENARO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GENASEVICH, JAROD
ADDRESS AVAILABLE UPON REQUEST

GENAUER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GENAW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GENCARLLI, KIM
ADDRESS AVAILABLE UPON REQUEST

GENCO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GENDELMAN, LEA
ADDRESS AVAILABLE UPON REQUEST

GENDLE, REINA
ADDRESS AVAILABLE UPON REQUEST

GENDREAU, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GENDRON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GENDRON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GENDRON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GENDRON, TARA
ADDRESS AVAILABLE UPON REQUEST

GENE ANDRADE SIMEON
ADDRESS AVAILABLE UPON REQUEST

GENE BLOCK
ADDRESS AVAILABLE UPON REQUEST

GENE GROSSMAN
ADDRESS AVAILABLE UPON REQUEST

GENE LY
ADDRESS AVAILABLE UPON REQUEST

GENE RUSSO
ADDRESS AVAILABLE UPON REQUEST

GENEMORE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GENENBACHER, DIANE
ADDRESS AVAILABLE UPON REQUEST

GENERAL ASSEMBLY
902 BROADWAY 4TH FLOOR
NEW YORK, NY  10010

GENERALI, PATTY
ADDRESS AVAILABLE UPON REQUEST

GENERELLI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GENERES, SARAH
ADDRESS AVAILABLE UPON REQUEST

GENERIC IMPORT VENDOR
ADDRESS UNAVAILABLE AT TIME OF FILING

GENESER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GENEST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GENEST, BRYAN
ADDRESS AVAILABLE UPON REQUEST

GENETTA SUTTLES
ADDRESS AVAILABLE UPON REQUEST

GENETTI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GENEVICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GENEVIEVE, MARY
ADDRESS AVAILABLE UPON REQUEST

GENG, BONI
ADDRESS AVAILABLE UPON REQUEST

GENGELBACH-WYLIE, JILL
ADDRESS AVAILABLE UPON REQUEST

GENGLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GENGLER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GENGLER-HANSON, DARIELLE
ADDRESS AVAILABLE UPON REQUEST

GENIA LYSAK
ADDRESS AVAILABLE UPON REQUEST

GENIES, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

GENNA FILES
ADDRESS AVAILABLE UPON REQUEST

GENNACO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GENNADYEVNA, DAYANA
ADDRESS AVAILABLE UPON REQUEST

GENNARELLI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GENNARO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GENNELL, AILEEN
ADDRESS AVAILABLE UPON REQUEST

GENNELLE THOMAS
ADDRESS AVAILABLE UPON REQUEST

GENNETT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GENNETTE, JAMES
ADDRESS AVAILABLE UPON REQUEST

GENO CARVALHO
ADDRESS AVAILABLE UPON REQUEST

GENOULA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GENOVA RAFAELLA
ADDRESS AVAILABLE UPON REQUEST

GENOVA, MATT
ADDRESS AVAILABLE UPON REQUEST

GENOVESE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GENOVIA, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

GENS, DELLA
ADDRESS AVAILABLE UPON REQUEST

GENS, LISA
ADDRESS AVAILABLE UPON REQUEST

GENS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

GENSBUGEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GENSEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GENSHAFT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GENSHENG TAN
ADDRESS AVAILABLE UPON REQUEST

GENSICKE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GENSKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GENSLINGER, HALEY
ADDRESS AVAILABLE UPON REQUEST

GENSOLIN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

GENSON, KATARINA
ADDRESS AVAILABLE UPON REQUEST

GENSON, MADISON
ADDRESS AVAILABLE UPON REQUEST

GENT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GENT, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GENTEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GENTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

GENTES, JILL
ADDRESS AVAILABLE UPON REQUEST

GENTGES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GENTHE, ANALIESE
ADDRESS AVAILABLE UPON REQUEST

GENTILCORE, KERI
ADDRESS AVAILABLE UPON REQUEST

GENTILE, ALY
ADDRESS AVAILABLE UPON REQUEST

GENTILE, DAWN
ADDRESS AVAILABLE UPON REQUEST

GENTILE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GENTILE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GENTILE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GENTILE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GENTILE, KELLY
ADDRESS AVAILABLE UPON REQUEST

GENTILE, KELLY
ADDRESS AVAILABLE UPON REQUEST

GENTILE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GENTILE, MATT
ADDRESS AVAILABLE UPON REQUEST

GENTILE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

GENTILE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GENTILE, SARA
ADDRESS AVAILABLE UPON REQUEST

GENTILE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GENTILELLA, GABBY
ADDRESS AVAILABLE UPON REQUEST

GENTILELLO, LARRY
ADDRESS AVAILABLE UPON REQUEST

GENTILI, CORINNE
ADDRESS AVAILABLE UPON REQUEST

GENTILI, CORINNE
ADDRESS AVAILABLE UPON REQUEST

GENTILUCCI, ERICA
ADDRESS AVAILABLE UPON REQUEST

GENTILUOMO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GENTLE HILLS VINEYARD LLC
5940 UNION ROAD
PASO ROBLES, CA  93446

GENTLE, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

GENTLEY, TODD
ADDRESS AVAILABLE UPON REQUEST

GENTNER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GENTRUP, KELLY
ADDRESS AVAILABLE UPON REQUEST

GENTRY, BELLE
ADDRESS AVAILABLE UPON REQUEST

GENTRY, CAITLYNNE
ADDRESS AVAILABLE UPON REQUEST

GENTRY, CARRIETTA "HONEY"
ADDRESS AVAILABLE UPON REQUEST

GENTRY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GENTRY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GENTRY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GENTRY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GENTRY, HUNT
ADDRESS AVAILABLE UPON REQUEST

GENTRY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GENTRY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GENTRY, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

GENTRY, KHRIS
ADDRESS AVAILABLE UPON REQUEST

GENTRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GENTRY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GENTRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GENTRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GENTRY, SHARON
ADDRESS AVAILABLE UPON REQUEST

GENTY, JEAN
ADDRESS AVAILABLE UPON REQUEST

GENUNG, JESS
ADDRESS AVAILABLE UPON REQUEST

GENYARD, TERRI
ADDRESS AVAILABLE UPON REQUEST

GENZANO, CINDY
ADDRESS AVAILABLE UPON REQUEST

GENZLINGER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GEO LI
ADDRESS AVAILABLE UPON REQUEST

GEOFFREY MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

GEOFFRION, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GEOFFRION, TRACY
ADDRESS AVAILABLE UPON REQUEST

GEOFREY GREENLEAF
ADDRESS AVAILABLE UPON REQUEST

GEOGHAGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GEOGHEGAN, ALYSON
ADDRESS AVAILABLE UPON REQUEST

GEOGHEGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GEOGHEGAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

GEONIE, LIZA
ADDRESS AVAILABLE UPON REQUEST

GEORGAKOPOULOS, ELENI
ADDRESS AVAILABLE UPON REQUEST

GEORGAKOPOULOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEORGATOS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GEORGE AKINKUOYE
ADDRESS AVAILABLE UPON REQUEST

GEORGE BRUNSWIG
ADDRESS AVAILABLE UPON REQUEST

GEORGE CARSWELL
ADDRESS AVAILABLE UPON REQUEST

GEORGE CHESTER SARGEANT
ADDRESS AVAILABLE UPON REQUEST

GEORGE DAWKINS
ADDRESS AVAILABLE UPON REQUEST

GEORGE DUKE MOSCRIP
ADDRESS AVAILABLE UPON REQUEST

GEORGE FARRALL
ADDRESS AVAILABLE UPON REQUEST

GEORGE GRADY RICHARDSON JR
ADDRESS AVAILABLE UPON REQUEST

GEORGE HOMER RYAN JR
ADDRESS AVAILABLE UPON REQUEST

GEORGE III, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GEORGE KERR
ADDRESS AVAILABLE UPON REQUEST

GEORGE KONTORINIS
ADDRESS AVAILABLE UPON REQUEST

GEORGE KOZONAS
ADDRESS AVAILABLE UPON REQUEST

GEORGE M KOTCH
ADDRESS AVAILABLE UPON REQUEST

GEORGE MATEER
ADDRESS AVAILABLE UPON REQUEST

GEORGE MONAHAN
ADDRESS AVAILABLE UPON REQUEST

GEORGE NEBEL
ADDRESS AVAILABLE UPON REQUEST

GEORGE OWENS
ADDRESS AVAILABLE UPON REQUEST

GEORGE PATRICK HAMATY
ADDRESS AVAILABLE UPON REQUEST

GEORGE RICHARDSON JR
ADDRESS AVAILABLE UPON REQUEST

GEORGE SHEHATA
ADDRESS AVAILABLE UPON REQUEST

GEORGE STEVENSON
ADDRESS AVAILABLE UPON REQUEST

GEORGE STRAUCH
ADDRESS AVAILABLE UPON REQUEST

GEORGE T ARAI
ADDRESS AVAILABLE UPON REQUEST

GEORGE T SMALL III
ADDRESS AVAILABLE UPON REQUEST

GEORGE T, OSCAR
ADDRESS AVAILABLE UPON REQUEST

GEORGE WATSON
ADDRESS AVAILABLE UPON REQUEST

GEORGE, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, AMBER
ADDRESS AVAILABLE UPON REQUEST

GEORGE, AMY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, ANNE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, BECKY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, BINU
ADDRESS AVAILABLE UPON REQUEST

GEORGE, BROOKS
ADDRESS AVAILABLE UPON REQUEST

GEORGE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GEORGE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DALTON
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DENISE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DEVON
ADDRESS AVAILABLE UPON REQUEST

GEORGE, DIANE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, EMMA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, ERIN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, GWEN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, HALEY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GEORGE, HOLLI
ADDRESS AVAILABLE UPON REQUEST

GEORGE, JACOB
ADDRESS AVAILABLE UPON REQUEST

GEORGE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, JULIE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, KAREN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, LARRY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, LEXI
ADDRESS AVAILABLE UPON REQUEST

GEORGE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MAKANE
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MARY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

GEORGE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, SANDY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, SNEHA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

GEORGE, STACEY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, STACEY
ADDRESS AVAILABLE UPON REQUEST

GEORGE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GEORGE, TRINA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, WILMA
ADDRESS AVAILABLE UPON REQUEST

GEORGE, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

GEORGE-ANDRIJESKI, ATTICUS
ADDRESS AVAILABLE UPON REQUEST

GEORGEFF, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GEORGES DISTRIBUTING INC.
2782 BROADWATER AVE
HELENA, MT  59602

GEORGES DISTRIBUTING INC.
PO BOX 1126
HELENA, MT  59624

GEORGES DISTRIBUTING
PO BOX 1126
HELENA, MT  59624

GEORGES, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

GEORGES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GEORGES, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEORGESON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GEORGESON, MACLANE
ADDRESS AVAILABLE UPON REQUEST

GEORGIA BURKE
ADDRESS AVAILABLE UPON REQUEST

GEORGIA CROWN DISTRIBUTING CO
(DBA TENNEESSEE CROWN DISTRIBUTING
CO.)
3485 TCHULATECH DRIVE
MEMPHIS, TN  38118

GEORGIA DEPARTMENT OF REVENUE
ALCOHOL & TOBACCO TAX DIVISION
1800 CENTURY BOULEVARD, NE
ATLANTA, GA  30345

GEORGIA DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

GEORGIA DEPT OF LABOR
148 ANDREW YOUNG
INTERNATIONAL BLVD
SUITE 850
ATLANTA, GA  30303

GEORGIA DEPT OF REVENUE
1000 TOWNE CENTER BLVD
BUILDING 900, SUITE A
POOLER, GA  31322

GEORGIA DEPT OF REVENUE
1800 CENTURY CENTER BLVD., N.E.
ATLANTA, GA  30345-3205

GEORGIA DEPT OF REVENUE
314 EAST MAIN STREET
SUITE 150
CARTERSVILLE, GA  30120

GEORGIA DEPT OF REVENUE
528 BORAD ST SE
GAINESVILLE, GA  30501-3728

GEORGIA DEPT OF REVENUE
610 RONALD REAGAN DRIVE
BUILDING G-1
EVANS, GA  30809

GEORGIA GOVERNORS OFFICE OF
CONSUMER AFFAIRS
2 MARTIN LUTHER KING JR DR SESTE 356
ATLANTA, GA  30334-9077

GEORGIA PELLEGRINI
815-A BRAZOS ST 677
AUSTIN, TX  78701

GEORGIEFF, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

GEORGINA, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GEORGIOS SIOUTIS
ADDRESS AVAILABLE UPON REQUEST

GEORGIOU, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GEORGITSIS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

GEORGUSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

GEPALAGA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GEPFORD, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

GEPPI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GERACE, CATHY
ADDRESS AVAILABLE UPON REQUEST

GERACE, JENNY
ADDRESS AVAILABLE UPON REQUEST

GERACI, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GERACI, LISA
ADDRESS AVAILABLE UPON REQUEST

GERACIMOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GERADS, EMILY
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, JAMES
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GERAGHTY, TOM
ADDRESS AVAILABLE UPON REQUEST

GERAGOS, TENY
ADDRESS AVAILABLE UPON REQUEST

GERALD BOMAN
ADDRESS AVAILABLE UPON REQUEST

GERALD FRANCIS GENTRUP
ADDRESS AVAILABLE UPON REQUEST

GERALD J HOOPFER JR
ADDRESS AVAILABLE UPON REQUEST

GERALD JAMES KYLE
ADDRESS AVAILABLE UPON REQUEST

GERALD JOSEPH TOMECHKO
ADDRESS AVAILABLE UPON REQUEST

GERALD LACUARTA
ADDRESS AVAILABLE UPON REQUEST

GERALD MCBURNEY
ADDRESS AVAILABLE UPON REQUEST

GERALD MOREL
ADDRESS AVAILABLE UPON REQUEST

GERALD ROBISON
ADDRESS AVAILABLE UPON REQUEST

GERALD ROTHSTEIN III
ADDRESS AVAILABLE UPON REQUEST

GERALD STCHYRBA
ADDRESS AVAILABLE UPON REQUEST

GERALD SUTTON
ADDRESS AVAILABLE UPON REQUEST

GERALD THOMAS FRENCH
ADDRESS AVAILABLE UPON REQUEST

GERALD, BLAINE
ADDRESS AVAILABLE UPON REQUEST

GERALD, CALEB
ADDRESS AVAILABLE UPON REQUEST

GERALD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GERALD, WILKE,
ADDRESS AVAILABLE UPON REQUEST

GERALDINE CASON
ADDRESS AVAILABLE UPON REQUEST

GERALDINE HANER-NELMS
ADDRESS AVAILABLE UPON REQUEST

GERALDINE IWANCIW
ADDRESS AVAILABLE UPON REQUEST

GERALDINO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

GERARD A PALLOTTA
ADDRESS AVAILABLE UPON REQUEST

GERARD CANTALUPO
ADDRESS AVAILABLE UPON REQUEST

GERARD DERICKS
ADDRESS AVAILABLE UPON REQUEST

GERARD IMHOFF
ADDRESS AVAILABLE UPON REQUEST

GERARD JOSEPH KNIGHTRUBINO
ADDRESS AVAILABLE UPON REQUEST

GERARD, DARNELY
ADDRESS AVAILABLE UPON REQUEST

GERARD, GINA
ADDRESS AVAILABLE UPON REQUEST

GERARD, HALEY
ADDRESS AVAILABLE UPON REQUEST

GERARD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GERARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GERARD, MONTE
ADDRESS AVAILABLE UPON REQUEST

GERARD, TYLER & KEEVA
ADDRESS AVAILABLE UPON REQUEST

GERARD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GERARD, WENDY
ADDRESS AVAILABLE UPON REQUEST

GERARDI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GERARDI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GERARDO GARAY
ADDRESS AVAILABLE UPON REQUEST

GERARDO PARDO-CASTELLOTE
ADDRESS AVAILABLE UPON REQUEST

GERARDO VAQUEIRO
ADDRESS AVAILABLE UPON REQUEST

GERARDO, DAVID
ADDRESS AVAILABLE UPON REQUEST

GERARDO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GERARDY, KATHY
ADDRESS AVAILABLE UPON REQUEST

GERASIM ORBELYAN
ADDRESS AVAILABLE UPON REQUEST

GERATY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GERAUD, DARCY
ADDRESS AVAILABLE UPON REQUEST

GERAWAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GERBER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GERBER, ERIN
ADDRESS AVAILABLE UPON REQUEST

GERBER, FAITH
ADDRESS AVAILABLE UPON REQUEST

GERBER, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

GERBER, JODIE
ADDRESS AVAILABLE UPON REQUEST

GERBER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GERBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GERBER, MONICA
ADDRESS AVAILABLE UPON REQUEST

GERBER, NORA
ADDRESS AVAILABLE UPON REQUEST

GERBER, SALLY
ADDRESS AVAILABLE UPON REQUEST

GERBER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

GERBER, WILL
ADDRESS AVAILABLE UPON REQUEST

GERBICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GERBINO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GERBINO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GERBRACHT, HENRY
ADDRESS AVAILABLE UPON REQUEST

GERCAK, ALEX
ADDRESS AVAILABLE UPON REQUEST

GERCHEN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GERCHMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GERDEMANN, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GERDES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GERDES, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

GERDING, LAURA
ADDRESS AVAILABLE UPON REQUEST

GERDING, LEIGH
ADDRESS AVAILABLE UPON REQUEST

GERDTS, KAT
ADDRESS AVAILABLE UPON REQUEST

GERE, SAM
ADDRESS AVAILABLE UPON REQUEST

GERECITANO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GERECITANO, LISA
ADDRESS AVAILABLE UPON REQUEST

GERELMAA TODMAGNAI
ADDRESS AVAILABLE UPON REQUEST

GERELUS, MARK
ADDRESS AVAILABLE UPON REQUEST

GERENA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GERENDAI, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

GERHAN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GERHARD DIETER DOELL
ADDRESS AVAILABLE UPON REQUEST

GERHARD, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GERHARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GERHARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GERHARD, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

GERHARDS, JEFF
ADDRESS AVAILABLE UPON REQUEST

GERHARDSON, SASHA
ADDRESS AVAILABLE UPON REQUEST

GERHARDSTEIN, LISA
ADDRESS AVAILABLE UPON REQUEST

GERHARDT, ANNA
ADDRESS AVAILABLE UPON REQUEST

GERHARDT, SANDY
ADDRESS AVAILABLE UPON REQUEST

GERHARDT, TRACY
ADDRESS AVAILABLE UPON REQUEST

GERHART, CRAIG
ADDRESS AVAILABLE UPON REQUEST

GERHART, DAWN
ADDRESS AVAILABLE UPON REQUEST

GERHART, ERIN
ADDRESS AVAILABLE UPON REQUEST

GERHART, KATHY
ADDRESS AVAILABLE UPON REQUEST

GERI HIRSCH
ADDRESS AVAILABLE UPON REQUEST

GERI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GERICH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GERIK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GERING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GERING, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

GERKEN, JENNI
ADDRESS AVAILABLE UPON REQUEST

GERKEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GERLACH FAMILY REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

GERLACH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GERLACH, JAMES
ADDRESS AVAILABLE UPON REQUEST

GERLACH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GERLACH, JONA
ADDRESS AVAILABLE UPON REQUEST

GERLACH, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

GERLETTI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GERLI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GERLICH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

GERLING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GERLOFF, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GERLOWSKI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GERMAIN, JILL
ADDRESS AVAILABLE UPON REQUEST

GERMAIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

GERMAIN, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

GERMAIN, REGINALD
ADDRESS AVAILABLE UPON REQUEST

GERMAINE ANNETTE HOSTON
ADDRESS AVAILABLE UPON REQUEST

GERMAN & MARTHA GOMEZ
ADDRESS AVAILABLE UPON REQUEST

GERMAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

GERMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GERMANN, JAIMEE
ADDRESS AVAILABLE UPON REQUEST

GERMANO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GERMANO, KELLEY
ADDRESS AVAILABLE UPON REQUEST

GERMANO, MATT
ADDRESS AVAILABLE UPON REQUEST

GERMANO, SARSH
ADDRESS AVAILABLE UPON REQUEST

GERMANOTTA, NATALI
ADDRESS AVAILABLE UPON REQUEST

GERMER, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

GERMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GERMICK, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

GERMINARI, ROSENI
ADDRESS AVAILABLE UPON REQUEST

GERMY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GERNAZIAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GERNERT, ANNALIE
ADDRESS AVAILABLE UPON REQUEST

GERNIE FOSTER
ADDRESS AVAILABLE UPON REQUEST

GERNON, AARON
ADDRESS AVAILABLE UPON REQUEST

GERNUX, DAVID
ADDRESS AVAILABLE UPON REQUEST

GEROLD, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

GERONA, EMMA
ADDRESS AVAILABLE UPON REQUEST

GERONDALE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GERONDALE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GERONE, NOEL
ADDRESS AVAILABLE UPON REQUEST

GERONIME, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GERONIMO, MIKHAIL
ADDRESS AVAILABLE UPON REQUEST

GEROT, JANNEANE
ADDRESS AVAILABLE UPON REQUEST

GEROULD, KIM
ADDRESS AVAILABLE UPON REQUEST

GEROVASILIOU, OREANTHY
ADDRESS AVAILABLE UPON REQUEST

GEROWSKI, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GERRA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GERRARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

GERRICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GERRICK, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

GERRICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GERRING, MARCIA
ADDRESS AVAILABLE UPON REQUEST

GERRISH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GERRISH, JASON
ADDRESS AVAILABLE UPON REQUEST

GERRISH, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

GERRISH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GERRITS, HENRY
ADDRESS AVAILABLE UPON REQUEST

GERRITS, KELI
ADDRESS AVAILABLE UPON REQUEST

GERRITSEN, TERRY
ADDRESS AVAILABLE UPON REQUEST

GERRITY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GERRITY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GERRITZEN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GERRY THOMAS CARDINAL III
ADDRESS AVAILABLE UPON REQUEST

GERRY, BENJIE
ADDRESS AVAILABLE UPON REQUEST

GERRY, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

GERRY, MCKENZI
ADDRESS AVAILABLE UPON REQUEST

GERSH, ALAN
ADDRESS AVAILABLE UPON REQUEST

GERSHFELD, ALAN
ADDRESS AVAILABLE UPON REQUEST

GERSHFELD, EYAL
ADDRESS AVAILABLE UPON REQUEST

GERSHFELD, ISACC
ADDRESS AVAILABLE UPON REQUEST

GERSHMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GERSHMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GERSHON, STACEY
ADDRESS AVAILABLE UPON REQUEST

GERSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

GERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GERSTACKER, ADAM
ADDRESS AVAILABLE UPON REQUEST

GERSTBREIN, LEIGHANNE
ADDRESS AVAILABLE UPON REQUEST

GERSTBREIN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

GERSTEIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GERSTEL, SARA
ADDRESS AVAILABLE UPON REQUEST

GERSTEN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GERSTENBERGER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GERSTENFELD, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

GERSTLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GERSTMAN, ETHAN
ADDRESS AVAILABLE UPON REQUEST

GERSTNER, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

GERSTON, ERICA
ADDRESS AVAILABLE UPON REQUEST

GERSZEWSKI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GERT VAN DER WESTHUIZEN
ADDRESS AVAILABLE UPON REQUEST

GERTEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

GERTKEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GERTMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GERTON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GERTSCH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GERTSEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GERTZ, DANA
ADDRESS AVAILABLE UPON REQUEST

GERTZ, GENIE
ADDRESS AVAILABLE UPON REQUEST

GERVAIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GERVAIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GERVAIS, MATT
ADDRESS AVAILABLE UPON REQUEST

GERVASI, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

GERVASIO, GERALD
ADDRESS AVAILABLE UPON REQUEST

GERVE, JINETTE
ADDRESS AVAILABLE UPON REQUEST

GERVELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GERVERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GERZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GERZEMA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GERZON, NANCY
ADDRESS AVAILABLE UPON REQUEST

GESELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GESELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GESFORD, KATIE
ADDRESS AVAILABLE UPON REQUEST

GESHEL, KATHY
ADDRESS AVAILABLE UPON REQUEST

GESSELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

GESSER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GESSFORD, MARY
ADDRESS AVAILABLE UPON REQUEST

GESSLER, JORDANNA
ADDRESS AVAILABLE UPON REQUEST

GESSNER, DANNY
ADDRESS AVAILABLE UPON REQUEST

GESSNER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GEST, JOSH
ADDRESS AVAILABLE UPON REQUEST

GESUALDO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GESUALE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GET SWOOPED
ADDRESS UNAVAILABLE AT TIME OF FILING

GETAROOM.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

GETCHELL, AMY
ADDRESS AVAILABLE UPON REQUEST

GETER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GETER, TAYA
ADDRESS AVAILABLE UPON REQUEST

GETFEEDBACK
ADDRESS UNAVAILABLE AT TIME OF FILING

GETHA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GETKIN, BRAD
ADDRESS AVAILABLE UPON REQUEST

GETMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GETMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GETMAN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

GETRAJDMAN, GREG
ADDRESS AVAILABLE UPON REQUEST

GETSIE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GETSINGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GETSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GETTEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GETTERT, KATHY
ADDRESS AVAILABLE UPON REQUEST

GETTES, NINA B
ADDRESS AVAILABLE UPON REQUEST

GETTINGER, BEN
ADDRESS AVAILABLE UPON REQUEST

GETTINGER, WENDI
ADDRESS AVAILABLE UPON REQUEST

GETTINGS, LISA
ADDRESS AVAILABLE UPON REQUEST

GETTLER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GETTMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GETTY IMAGES
ADDRESS UNAVAILABLE AT TIME OF FILING

GETTY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GETTY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GETZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

GETZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

GETZ, DIANE
ADDRESS AVAILABLE UPON REQUEST

GETZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GETZ, MARCY
ADDRESS AVAILABLE UPON REQUEST

GETZ, MARY
ADDRESS AVAILABLE UPON REQUEST

GETZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

GETZELMAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GETZEN, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

GETZEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GEURINK, LORI
ADDRESS AVAILABLE UPON REQUEST

GEURKINK, NIKI
ADDRESS AVAILABLE UPON REQUEST

GEVORKIAN, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

GEWITZ, ANDY
ADDRESS AVAILABLE UPON REQUEST

GEWITZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GEYELIN, ELISE
ADDRESS AVAILABLE UPON REQUEST

GEYEN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GEYER, CLARE
ADDRESS AVAILABLE UPON REQUEST

GEYER, ERIC
ADDRESS AVAILABLE UPON REQUEST

GEYER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GEYER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GEYER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GEYER, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

GEYNISMAN-TAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

GEZALYAN, RIPSIME
ADDRESS AVAILABLE UPON REQUEST

GEZELLA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GEZELLE, JEANINE
ADDRESS AVAILABLE UPON REQUEST

GEZHA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

GEZON, JAMES
ADDRESS AVAILABLE UPON REQUEST

GFELLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

GFRERER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GHADA JOSEPH ISSA SAKAAN
ADDRESS AVAILABLE UPON REQUEST

GHADIYALI, AMIT
ADDRESS AVAILABLE UPON REQUEST

GHAFFARIAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GHAFOORI, NOORIA
ADDRESS AVAILABLE UPON REQUEST

GHAG, AMAN
ADDRESS AVAILABLE UPON REQUEST

GHAGAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GHAI, SURABHI
ADDRESS AVAILABLE UPON REQUEST

GHALI, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

GHALY, FADI
ADDRESS AVAILABLE UPON REQUEST

GHANARA, ROMITA
ADDRESS AVAILABLE UPON REQUEST

GHANTOUS, DENISE
ADDRESS AVAILABLE UPON REQUEST

GHARBIN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GHARBIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GHARIBIAN, RITA
ADDRESS AVAILABLE UPON REQUEST

GHARINEH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GHARNIT, SARA
ADDRESS AVAILABLE UPON REQUEST

GHARONY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GHASSEMI, SAHAR
ADDRESS AVAILABLE UPON REQUEST

GHAZAII, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GHAZALIAN, LINA
ADDRESS AVAILABLE UPON REQUEST

GHAZARIAN, TENY
ADDRESS AVAILABLE UPON REQUEST

GHAZNAVI, SAMEER
ADDRESS AVAILABLE UPON REQUEST

GHELANI, AAUSHI
ADDRESS AVAILABLE UPON REQUEST

GHELARDI, EVA-MARIA
ADDRESS AVAILABLE UPON REQUEST

GHENBOT, RAHEL
ADDRESS AVAILABLE UPON REQUEST

GHENTS, JENNY
ADDRESS AVAILABLE UPON REQUEST

GHERE, ERIN
ADDRESS AVAILABLE UPON REQUEST

GHERE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GHERGICH, ALBERT
ADDRESS AVAILABLE UPON REQUEST

GHERSI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GHEZZI, JOAN
ADDRESS AVAILABLE UPON REQUEST

GHEZZI, SOFIA
ADDRESS AVAILABLE UPON REQUEST

GHIA, SAMIR
ADDRESS AVAILABLE UPON REQUEST

GHICONDEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

GHIDIA, BETTINA
ADDRESS AVAILABLE UPON REQUEST

GHIGLIONE-EBENSTEIN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GHILARDI, HYEMI
ADDRESS AVAILABLE UPON REQUEST

GHIMIRE, RASHMI
ADDRESS AVAILABLE UPON REQUEST

GHIO, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

GHIORZI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GHISELLI, AMY
ADDRESS AVAILABLE UPON REQUEST

GHOBADI, SANA
ADDRESS AVAILABLE UPON REQUEST

GHOBBEH, MARIA
ADDRESS AVAILABLE UPON REQUEST

GHODSE-ELAHI, YASAMAN
ADDRESS AVAILABLE UPON REQUEST

GHOLSON, SAUL
ADDRESS AVAILABLE UPON REQUEST

GHOM, KELLY
ADDRESS AVAILABLE UPON REQUEST

GHORASHI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

GHORCHIAN, JODI
ADDRESS AVAILABLE UPON REQUEST

GHORES, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GHOSH, SUKIRTI
ADDRESS AVAILABLE UPON REQUEST

GHOSH, SUKRITI
ADDRESS AVAILABLE UPON REQUEST

GIA RYAN
ADDRESS AVAILABLE UPON REQUEST

GIACALONE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GIACHETTI, CAROL
ADDRESS AVAILABLE UPON REQUEST

GIACINI, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIACOLETTI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GIACOMETTI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIACOMETTO, ALLI
ADDRESS AVAILABLE UPON REQUEST

GIACOMINI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GIACOMO TORSIELLO
ADDRESS AVAILABLE UPON REQUEST

GIACONELLI, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

GIACUBENO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIAIMO, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIAIMO, REINA
ADDRESS AVAILABLE UPON REQUEST

GIAKOUMIS, TINA
ADDRESS AVAILABLE UPON REQUEST

GIALANELLA, LOREN
ADDRESS AVAILABLE UPON REQUEST

GIALLONGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GIAMBARBEREE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GIAMBER, KAREN
ADDRESS AVAILABLE UPON REQUEST

GIAMBER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GIAMBRA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIAMBRA, LESA
ADDRESS AVAILABLE UPON REQUEST

GIAMBRONE, JANET
ADDRESS AVAILABLE UPON REQUEST

GIAMBUSSO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIAMELA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GIAMMANCO, TOM
ADDRESS AVAILABLE UPON REQUEST

GIAMMARINO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GIAMPAOLI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GIANAKAS, ANNE
ADDRESS AVAILABLE UPON REQUEST

GIANATIEMPO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GIANAZZA, KERRI
ADDRESS AVAILABLE UPON REQUEST

GIANCI, ALAINA
ADDRESS AVAILABLE UPON REQUEST

GIANDONATO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GIANDONATO, KAREN
ADDRESS AVAILABLE UPON REQUEST

GIANELLONI, JULIE
ADDRESS AVAILABLE UPON REQUEST

GIANETTI, JANE
ADDRESS AVAILABLE UPON REQUEST

GIANG, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GIANGIORDANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIANGIORDANO, MARTHA
ADDRESS AVAILABLE UPON REQUEST

GIANGIULI, LAURA
ADDRESS AVAILABLE UPON REQUEST

GIANGROSSO, GERARD
ADDRESS AVAILABLE UPON REQUEST

GIANINY, ROBYN
ADDRESS AVAILABLE UPON REQUEST

GIANITSOS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GIANLUIGI SALATIELLO
ADDRESS AVAILABLE UPON REQUEST

GIANNACE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GIANNACOPOULOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GIANNANTONIO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GIANNASCA, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIANNATOS, ELAYNE
ADDRESS AVAILABLE UPON REQUEST

GIANNECCHINI, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GIANNELLI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GIANNELLI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GIANNELLI, YVONNE
ADDRESS AVAILABLE UPON REQUEST

GIANNETTO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GIANNINI, DONNA
ADDRESS AVAILABLE UPON REQUEST

GIANNINI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GIANNINOTO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GIANNOKIS, THE BDAY GAL JILL
ADDRESS AVAILABLE UPON REQUEST

GIANNONE, JOHN
ADDRESS AVAILABLE UPON REQUEST

GIANNONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GIANNOURAKIS, JENNI
ADDRESS AVAILABLE UPON REQUEST

GIANOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GIANOTTO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GIANSANTE, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

GIARDELLI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GIARDINA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GIARDINA, WENDY
ADDRESS AVAILABLE UPON REQUEST

GIARDINIERE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

GIARDULLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GIARELLI, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GIARRA, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GIARRATANO, LINDA
ADDRESS AVAILABLE UPON REQUEST

GIARRIZZO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GIARRIZZO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GIAUQUE, DENISE
ADDRESS AVAILABLE UPON REQUEST

GIAVONETTE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GIBB, ANDEE
ADDRESS AVAILABLE UPON REQUEST

GIBB, BRIGID
ADDRESS AVAILABLE UPON REQUEST

GIBB, CASSAUNDRA
ADDRESS AVAILABLE UPON REQUEST

GIBB, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIBBENS, ENGLISH
ADDRESS AVAILABLE UPON REQUEST

GIBBES, ASBURY
ADDRESS AVAILABLE UPON REQUEST

GIBBINS, DAWN
ADDRESS AVAILABLE UPON REQUEST

GIBBINS, MARLA
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, CEALLACH
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, COLLIN
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, DELANEY
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, HILARY
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, JACK
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, JENNY
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, LARA
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, RIE
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, SAWYER
ADDRESS AVAILABLE UPON REQUEST

GIBBONS, THOM
ADDRESS AVAILABLE UPON REQUEST

GIBBS, AMY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, ANGI
ADDRESS AVAILABLE UPON REQUEST

GIBBS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, DENISE
ADDRESS AVAILABLE UPON REQUEST

GIBBS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

GIBBS, GERALD
ADDRESS AVAILABLE UPON REQUEST

GIBBS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, JENNY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, JERRI
ADDRESS AVAILABLE UPON REQUEST

GIBBS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GIBBS, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, KARL
ADDRESS AVAILABLE UPON REQUEST

GIBBS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, KIMMI
ADDRESS AVAILABLE UPON REQUEST

GIBBS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIBBS, LUGENE
ADDRESS AVAILABLE UPON REQUEST

GIBBS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIBBS, NATASHA
ADDRESS AVAILABLE UPON REQUEST

GIBBS, ROB
ADDRESS AVAILABLE UPON REQUEST

GIBBS, RON
ADDRESS AVAILABLE UPON REQUEST

GIBBS, STACEY
ADDRESS AVAILABLE UPON REQUEST

GIBBS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GIBBY, ALEX
ADDRESS AVAILABLE UPON REQUEST

GIBBY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GIBBY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GIBEAULT, ARIANA
ADDRESS AVAILABLE UPON REQUEST

GIBERT, ROLAND
ADDRESS AVAILABLE UPON REQUEST

GIBERT, ROLAND
ADDRESS AVAILABLE UPON REQUEST

GIBERT, VICKY AND KIP
ADDRESS AVAILABLE UPON REQUEST

GIBLER, SARA
ADDRESS AVAILABLE UPON REQUEST

GIBLIN NANCY J
ADDRESS AVAILABLE UPON REQUEST

GIBLIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GIBLIN, PAULA
ADDRESS AVAILABLE UPON REQUEST

GIBNEY, FIONA
ADDRESS AVAILABLE UPON REQUEST

GIBNEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

GIBNEY, MOIRA
ADDRESS AVAILABLE UPON REQUEST

GIBONEY, SARA
ADDRESS AVAILABLE UPON REQUEST

GIBSON ZINK, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ALLEN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, BRANDY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, CAMARA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, CANDICE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, GIANNA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HANNA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JAYME
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JHANE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JO
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, JULANN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KEENA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KENDALL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KENDIS
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LASANDRA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LEIGHTON
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LEON
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LORI
ADDRESS AVAILABLE UPON REQUEST

GIBSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, MAINESS
ADDRESS AVAILABLE UPON REQUEST

GIBSON, MARY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, MYEISHA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, NAOTOSHI
ADDRESS AVAILABLE UPON REQUEST

GIBSON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GIBSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

GIBSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, SARA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, SARA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

GIBSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GIBSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GIBSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, TIARA
ADDRESS AVAILABLE UPON REQUEST

GIBSON, TIFFINEY OR
ADDRESS AVAILABLE UPON REQUEST

GIBSON, TORI
ADDRESS AVAILABLE UPON REQUEST

GIBSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

GIBSON, VINCENT
ADDRESS AVAILABLE UPON REQUEST

GIBSON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

GIBSON-LOPEZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

GIBSON-THIGPGEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

GICHANA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GICHIE, SANYU
ADDRESS AVAILABLE UPON REQUEST

GICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIDDINGS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIDDINGS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

GIDDINGS, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIDDINGS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GIDDINGS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GIDEON MALHERBE
ADDRESS AVAILABLE UPON REQUEST

GIDEON TICHO
ADDRESS AVAILABLE UPON REQUEST

GIDEON, JERRY
ADDRESS AVAILABLE UPON REQUEST

GIDEON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GIDICH, KELLY
ADDRESS AVAILABLE UPON REQUEST

GIDICSIN, BETH
ADDRESS AVAILABLE UPON REQUEST

GIDIEMME BREVETTI & MARCHI DIMPRESA
41124 MODENA - ITALIA VIA GIARDINI, 474 -
SCALA M
ITALY

GIEBISCH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GIEDRAITIS, SARA
ADDRESS AVAILABLE UPON REQUEST

GIEFER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GIEGER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GIEGERICH, CATHY
ADDRESS AVAILABLE UPON REQUEST

GIEL, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GIEL, COLLENE
ADDRESS AVAILABLE UPON REQUEST

GIEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GIELERT, STACY
ADDRESS AVAILABLE UPON REQUEST

GIER HANSON
ADDRESS AVAILABLE UPON REQUEST

GIER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

GIERAHN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GIERBA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GIERE, NANCY
ADDRESS AVAILABLE UPON REQUEST

GIERLOFF, SARA
ADDRESS AVAILABLE UPON REQUEST

GIERMAK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GIERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIERSCH, CAROL
ADDRESS AVAILABLE UPON REQUEST

GIES, SHAWN
ADDRESS AVAILABLE UPON REQUEST

GIESE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GIESE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

GIESE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GIESE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GIESE, LISA
ADDRESS AVAILABLE UPON REQUEST

GIESE, MASON
ADDRESS AVAILABLE UPON REQUEST

GIESE, TERRY
ADDRESS AVAILABLE UPON REQUEST

GIESEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GIESER, DAN
ADDRESS AVAILABLE UPON REQUEST

GIESLER, GRACE
ADDRESS AVAILABLE UPON REQUEST

GIESLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GIESLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

GIESS, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIESSMANN, LORELEI
ADDRESS AVAILABLE UPON REQUEST

GIESTING, TERRY
ADDRESS AVAILABLE UPON REQUEST

GIETTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GIFFI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIFFIN, KATE
ADDRESS AVAILABLE UPON REQUEST

GIFFIN, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GIFFIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GIFFIN, SUNDAY
ADDRESS AVAILABLE UPON REQUEST

GIFFORD JENNA
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, ALEX
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, IAN
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, LEENA
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, MARY
ADDRESS AVAILABLE UPON REQUEST

GIFFORD, ZACH
ADDRESS AVAILABLE UPON REQUEST

GIFIS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GIFT CARD IMPRESSIONS, LLC
415 DELAWARE SUITE B
KANSAS CITY, MO  64105

GIFT N. CHOMBWE
ADDRESS AVAILABLE UPON REQUEST

GIFT, LEANN
ADDRESS AVAILABLE UPON REQUEST

GIFTAGRAM USA INC
520 BROADWAY, 2ND FLOOR
SANTA MONICA, CA  90401

GIFTTREE
ADDRESS UNAVAILABLE AT TIME OF FILING

GIGANTE, CASEY
ADDRESS AVAILABLE UPON REQUEST

GIGANTE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

GIGANTE, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

GIGANTINO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GIGAX, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GIGI STRAUSS
ADDRESS AVAILABLE UPON REQUEST

GIGLIO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIGLIO, BECKY
ADDRESS AVAILABLE UPON REQUEST

GIGLIO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIGLIOTTI, ANNA
ADDRESS AVAILABLE UPON REQUEST

GIGLIOTTI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIGLIOTTI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GIL, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GIL, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

GIL, GAIL
ADDRESS AVAILABLE UPON REQUEST

GIL, JENNY
ADDRESS AVAILABLE UPON REQUEST

GIL, JOHN MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GIL, KATIUSKA
ADDRESS AVAILABLE UPON REQUEST

GIL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GIL, MONICA
ADDRESS AVAILABLE UPON REQUEST

GIL, TERESA
ADDRESS AVAILABLE UPON REQUEST

GIL, YESENIA
ADDRESS AVAILABLE UPON REQUEST

GIL, YESSICA
ADDRESS AVAILABLE UPON REQUEST

GIL, YUVONDA
ADDRESS AVAILABLE UPON REQUEST

GIL, ZAIDA
ADDRESS AVAILABLE UPON REQUEST

GILAD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GILANE, AMY
ADDRESS AVAILABLE UPON REQUEST

GILARDI, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

GILB, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILBERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILBERG, EMMA
ADDRESS AVAILABLE UPON REQUEST

GILBERG, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GILBERG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GILBERT JIMENEZ VALVERDE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, AARON
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ALEX
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, AMBER
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ANNA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, AVA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BARRY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BRAD KIM
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BREANN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, CANDICE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, DAVID
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GILBERT, ELLYN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, GISELA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, GRADY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, GREER
ADDRESS AVAILABLE UPON REQUEST

GILBERT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GILBERT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JODY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JODY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, JUSTYNE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KARMEN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KELLY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GILBERT, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, LATOYA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, LINDA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MALORIE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GILBERT, MONICA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GILBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILBERT, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GILBERT, STEVE&ERIN
ADDRESS AVAILABLE UPON REQUEST

GILBERT, TATUM
ADDRESS AVAILABLE UPON REQUEST

GILBERT, TERRY
ADDRESS AVAILABLE UPON REQUEST

GILBERT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GILBERT, TONJA
ADDRESS AVAILABLE UPON REQUEST

GILBERT, WILLA MAE
ADDRESS AVAILABLE UPON REQUEST

GILBERTCLARKSON,
WHITNEYGCCOMCAST.NET
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, MARY
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, ROBYN
ADDRESS AVAILABLE UPON REQUEST

GILBERTSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GILBOA, NOA
ADDRESS AVAILABLE UPON REQUEST

GILBOY IO LLC
ADDRESS AVAILABLE UPON REQUEST

GILBOY, JACOB
ADDRESS AVAILABLE UPON REQUEST

GILBREATH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GILBREATH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GILBRETH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GILBRIDE, KATE
ADDRESS AVAILABLE UPON REQUEST

GILBY, LEE
ADDRESS AVAILABLE UPON REQUEST

GILCA, MARINA
ADDRESS AVAILABLE UPON REQUEST

GILCHER, BETH
ADDRESS AVAILABLE UPON REQUEST

GILCHRIESE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

GILCHRIST, RICK
ADDRESS AVAILABLE UPON REQUEST

GILCREST, JESLYN
ADDRESS AVAILABLE UPON REQUEST

GILDAWIE, KELSEA
ADDRESS AVAILABLE UPON REQUEST

GILDAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GILDEA, DONNA
ADDRESS AVAILABLE UPON REQUEST

GILDEA, JAIME
ADDRESS AVAILABLE UPON REQUEST

GILDEA, KELLY
ADDRESS AVAILABLE UPON REQUEST

GILDER, IRENE
ADDRESS AVAILABLE UPON REQUEST

GILDNER, BOBBIE JO
ADDRESS AVAILABLE UPON REQUEST

GILE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GILENE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GILES GOODBURN
ADDRESS AVAILABLE UPON REQUEST

GILES, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GILES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GILES, AMIAH
ADDRESS AVAILABLE UPON REQUEST

GILES, ANNE
ADDRESS AVAILABLE UPON REQUEST

GILES, BECKY
ADDRESS AVAILABLE UPON REQUEST

GILES, DYANNA
ADDRESS AVAILABLE UPON REQUEST

GILES, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

GILES, JALEN
ADDRESS AVAILABLE UPON REQUEST

GILES, JEANNA
ADDRESS AVAILABLE UPON REQUEST

GILES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GILES, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

GILES, JOSH
ADDRESS AVAILABLE UPON REQUEST

GILES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GILES, KAREN
ADDRESS AVAILABLE UPON REQUEST

GILES, KIM
ADDRESS AVAILABLE UPON REQUEST

GILES, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

GILES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GILES, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GILES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GILEZA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILFEATHER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GILFENBAUM, EBEN
ADDRESS AVAILABLE UPON REQUEST

GILFILLAN, KIRRA
ADDRESS AVAILABLE UPON REQUEST

GILGAN, KARLY
ADDRESS AVAILABLE UPON REQUEST

GILGANNON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GILGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

GILGER-VANDERZANDEN, JANET
ADDRESS AVAILABLE UPON REQUEST

GILHAM, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GILHOOLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GILI, LUCIANA
ADDRESS AVAILABLE UPON REQUEST

GILIKER, NORMA
ADDRESS AVAILABLE UPON REQUEST

GILILLAND, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GILINGER, PAUL
ADDRESS AVAILABLE UPON REQUEST

GILINSKY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GILINSKY, JAKE
ADDRESS AVAILABLE UPON REQUEST

GILINSKY, LEW
ADDRESS AVAILABLE UPON REQUEST

GIL-KASHIWABARA, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

GILKENSON, HUNTER
ADDRESS AVAILABLE UPON REQUEST

GILKER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GILKES, LESTOR
ADDRESS AVAILABLE UPON REQUEST

GILKEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GILKEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GILL PIERRE, COLETTE
ADDRESS AVAILABLE UPON REQUEST

GILL, ADAM
ADDRESS AVAILABLE UPON REQUEST

GILL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GILL, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GILL, AURORA
ADDRESS AVAILABLE UPON REQUEST

GILL, BECKY
ADDRESS AVAILABLE UPON REQUEST

GILL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GILL, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

GILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GILL, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

GILL, DANA
ADDRESS AVAILABLE UPON REQUEST

GILL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GILL, FAYE
ADDRESS AVAILABLE UPON REQUEST

GILL, GINA ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GILL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GILL, JAYCEE
ADDRESS AVAILABLE UPON REQUEST

GILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILL, JENNY
ADDRESS AVAILABLE UPON REQUEST

GILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GILL, JOHN
ADDRESS AVAILABLE UPON REQUEST

GILL, KARIE
ADDRESS AVAILABLE UPON REQUEST

GILL, KATE
ADDRESS AVAILABLE UPON REQUEST

GILL, KATIE
ADDRESS AVAILABLE UPON REQUEST

GILL, KELLY
ADDRESS AVAILABLE UPON REQUEST

GILL, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

GILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GILL, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

GILL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GILL, LINDA
ADDRESS AVAILABLE UPON REQUEST

GILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GILL, MIRA
ADDRESS AVAILABLE UPON REQUEST

GILL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GILL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GILL, NORMA
ADDRESS AVAILABLE UPON REQUEST

GILL, PAULINE
ADDRESS AVAILABLE UPON REQUEST

GILL, PREETI
ADDRESS AVAILABLE UPON REQUEST

GILL, REAGAN
ADDRESS AVAILABLE UPON REQUEST

GILL, SARA
ADDRESS AVAILABLE UPON REQUEST

GILL, SEAN
ADDRESS AVAILABLE UPON REQUEST

GILL, SHANE
ADDRESS AVAILABLE UPON REQUEST

GILL, SIMRIT
ADDRESS AVAILABLE UPON REQUEST

GILL, SONNY
ADDRESS AVAILABLE UPON REQUEST

GILL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GILL, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

GILLAM, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

GILLAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GILLAR, GRANT
ADDRESS AVAILABLE UPON REQUEST

GILLARD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GILLARD, MONET
ADDRESS AVAILABLE UPON REQUEST

GILLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GILLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GILLECE, JOAN
ADDRESS AVAILABLE UPON REQUEST

GILLELAND, CHERI
ADDRESS AVAILABLE UPON REQUEST

GILLEN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

GILLEN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GILLEN, MAURA
ADDRESS AVAILABLE UPON REQUEST

GILLEN, MEKKO
ADDRESS AVAILABLE UPON REQUEST

GILLEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GILLENWATER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GILLEO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GILLEPSIE, AMY
ADDRESS AVAILABLE UPON REQUEST

GILLES, JOYLYNN
ADDRESS AVAILABLE UPON REQUEST

GILLES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, AMY
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, JACQUE
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, JANE
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, JENNY
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, JODI
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, LYDIA
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, MALIESHA
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, RYAN
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, TERRI
ADDRESS AVAILABLE UPON REQUEST

GILLESPIE, TONYA
ADDRESS AVAILABLE UPON REQUEST

GILLETT, ADAM
ADDRESS AVAILABLE UPON REQUEST

GILLETT, MARCIE
ADDRESS AVAILABLE UPON REQUEST

GILLETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILLETT, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GILLETT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, ALEX
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, BETTY
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, CHRISTEL
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, LAYA
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILLETTE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GILLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILLFILLIAN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GILLHAM, PETER
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, CALAE
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, DAVID
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, ECHO
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, JODY
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

GILLIAM, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILLIARD, ROSE
ADDRESS AVAILABLE UPON REQUEST

GILLIATTE, TARA
ADDRESS AVAILABLE UPON REQUEST

GILLICH, DON
ADDRESS AVAILABLE UPON REQUEST

GILLICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GILLIES, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILLIES, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILLIES, ZAN
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, CAROLE
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, RIKKIA
ADDRESS AVAILABLE UPON REQUEST

GILLIGAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

GILLIHAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GILLIKIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, BREANNA
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, ERICA
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, KYCE
ADDRESS AVAILABLE UPON REQUEST

GILLILAND, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

GILLILLAND, CHAUNTEL
ADDRESS AVAILABLE UPON REQUEST

GILLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILLINGS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GILLIOM, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GILLIS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

GILLIS, JOAN
ADDRESS AVAILABLE UPON REQUEST

GILLIS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GILLIS, KATE
ADDRESS AVAILABLE UPON REQUEST

GILLIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GILLIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILLIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILLIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILLIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILLIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GILLIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

GILLIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILLIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILLIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILLIS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GILLIS, TATUM
ADDRESS AVAILABLE UPON REQUEST

GILLISON, SHATONE
ADDRESS AVAILABLE UPON REQUEST

GILLISPIE, CAYLA
ADDRESS AVAILABLE UPON REQUEST

GILLISPIE, JOANIE
ADDRESS AVAILABLE UPON REQUEST

GILLISSEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GILLMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GILLMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GILLOGLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

GILLOGLY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GILLOOLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GILLOTTI, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GILL-SOMMERHAUSER, DELANEY
ADDRESS AVAILABLE UPON REQUEST

GILLSTRAP, STEFFANIE
ADDRESS AVAILABLE UPON REQUEST

GILLULY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GILLUM, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILLUM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GILLUND, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GILLUS, KENNEY
ADDRESS AVAILABLE UPON REQUEST

GILLY AND CO.
468 N. CAMDEN DR.  333
BEVERLY HILLS, CA  90210

GILLY, JS
ADDRESS AVAILABLE UPON REQUEST

GILMAN, ELI
ADDRESS AVAILABLE UPON REQUEST

GILMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

GILMAN, LORI
ADDRESS AVAILABLE UPON REQUEST

GILMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, ALLY
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, LIZA
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, MARTINA
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, SKYE
ADDRESS AVAILABLE UPON REQUEST

GILMARTIN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GILMER, KARIS
ADDRESS AVAILABLE UPON REQUEST

GILMER, KELLI
ADDRESS AVAILABLE UPON REQUEST

GILMER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, ABBE
ADDRESS AVAILABLE UPON REQUEST

GILMORE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GILMORE, ALISON
ADDRESS AVAILABLE UPON REQUEST

GILMORE, AMIE
ADDRESS AVAILABLE UPON REQUEST

GILMORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GILMORE, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, BRIA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GILMORE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, CASEY
ADDRESS AVAILABLE UPON REQUEST

GILMORE, CHARLA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, DANA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, DANA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GILMORE, DOMONIK
ADDRESS AVAILABLE UPON REQUEST

GILMORE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GILMORE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GILMORE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GILMORE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GILMORE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, STACY
ADDRESS AVAILABLE UPON REQUEST

GILMORE, TASHA
ADDRESS AVAILABLE UPON REQUEST

GILMORE, TERRY
ADDRESS AVAILABLE UPON REQUEST

GILMOUR, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GILMOUR, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GILNER, ANGELLICA
ADDRESS AVAILABLE UPON REQUEST

GILPIN, LEILANI
ADDRESS AVAILABLE UPON REQUEST

GILRAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GILREATH, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GILREATH, KATIE
ADDRESS AVAILABLE UPON REQUEST

GILROY, JEFF
ADDRESS AVAILABLE UPON REQUEST

GILROY, KADIE
ADDRESS AVAILABLE UPON REQUEST

GILROY, MARY
ADDRESS AVAILABLE UPON REQUEST

GILROY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GILSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

GILSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GILSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GILSON, ERYN
ADDRESS AVAILABLE UPON REQUEST

GILSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GILSTRAP, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GILSTRAP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GILSTRAP, EMILY
ADDRESS AVAILABLE UPON REQUEST

GILSTRAP, VELMA
ADDRESS AVAILABLE UPON REQUEST

GILT CITY UNLIMITED COMPANY
1 MADISON AVE.
NEW YORK, NY  10010

GILT CITY UNLIMITED COMPANY
HAMILTON HOUSE BLOCK 1
NATIONAL TECHNOLOGY PLASSEY
LIMERICK
IRELAND

GILT CITY
225 LIBERTY ST
NEW YORK, NY  10281

GILTER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GILTER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GILTINAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

GILTNANE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GILTNER, ALISON
ADDRESS AVAILABLE UPON REQUEST

GILTNER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GILTNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GILWAY, HILARY
ADDRESS AVAILABLE UPON REQUEST

GIMBEL, ALY
ADDRESS AVAILABLE UPON REQUEST

GIMBEL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GIMBEL, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

GIMBEL, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIMBEL, MARYANN
ADDRESS AVAILABLE UPON REQUEST

GIMBERT, GENEVIEVE & CHRIS
ADDRESS AVAILABLE UPON REQUEST

GIMELSTEIN, SHELLI
ADDRESS AVAILABLE UPON REQUEST

GIMENO, HUGO
ADDRESS AVAILABLE UPON REQUEST

GIMINO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

GIMLER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

GIMPEL, DUDLEY
ADDRESS AVAILABLE UPON REQUEST

GINA BEASLEY
ADDRESS AVAILABLE UPON REQUEST

GINA BERGDORF
ADDRESS AVAILABLE UPON REQUEST

GINA JAIMAN
ADDRESS AVAILABLE UPON REQUEST

GINA MISENHELDER
ADDRESS AVAILABLE UPON REQUEST

GINA MULDOON
ADDRESS AVAILABLE UPON REQUEST

GINA NENNI
ADDRESS AVAILABLE UPON REQUEST

GINA RENEE KNOX
ADDRESS AVAILABLE UPON REQUEST

GINA, MS
ADDRESS AVAILABLE UPON REQUEST

GINAC, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GINAL, MARY JO
ADDRESS AVAILABLE UPON REQUEST

GINAMARIE SIMEONE
ADDRESS AVAILABLE UPON REQUEST

GINAVAN, TERRI
ADDRESS AVAILABLE UPON REQUEST

GINCHEREAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

GINDELE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GINDLESPARGER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GINDOFF, JEANNE
ADDRESS AVAILABLE UPON REQUEST

GINEMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

GINES, JERASON
ADDRESS AVAILABLE UPON REQUEST

GINES, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GINGELESKIE, GAIL
ADDRESS AVAILABLE UPON REQUEST

GINGELL, BRENT
ADDRESS AVAILABLE UPON REQUEST

GINGER KAY ENGLAND
ADDRESS AVAILABLE UPON REQUEST

GINGER POLLACK
ADDRESS AVAILABLE UPON REQUEST

GINGER RITTENHOUSE
ADDRESS AVAILABLE UPON REQUEST

GINGER SETSER
ADDRESS AVAILABLE UPON REQUEST

GINGER, BEN
ADDRESS AVAILABLE UPON REQUEST

GINGERICH, LYDIA
ADDRESS AVAILABLE UPON REQUEST

GINGERY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GINGERY, MICAYLA
ADDRESS AVAILABLE UPON REQUEST

GINGRICH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GINGRICH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GINGRICH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GINGUE, DENIS
ADDRESS AVAILABLE UPON REQUEST

GINI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GINI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GINS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GINSE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GINJA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GINN, JEWEL
ADDRESS AVAILABLE UPON REQUEST

GINNANE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GINNETTI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GINNIS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

GINNY BORELLI
ADDRESS AVAILABLE UPON REQUEST

GINNY FARRELL
ADDRESS AVAILABLE UPON REQUEST

GINO ANTHONY ABBATE III
ADDRESS AVAILABLE UPON REQUEST

GINODIA, STUTI
ADDRESS AVAILABLE UPON REQUEST

GINOS PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

GINS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GINSBERG, BEN
ADDRESS AVAILABLE UPON REQUEST

GINSBERG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GINSBERG, SARA
ADDRESS AVAILABLE UPON REQUEST

GINSBURG, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GINSBURG, HILARY
ADDRESS AVAILABLE UPON REQUEST

GINSBURG, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GINSBURG, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GINTER, JILL
ADDRESS AVAILABLE UPON REQUEST

GINTER, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

GINTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GINTHER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GINTHER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GINTHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GINTLING, ED
ADDRESS AVAILABLE UPON REQUEST

GINTOF, RHONDA
ADDRESS AVAILABLE UPON REQUEST

GINZLER, ANIKA
ADDRESS AVAILABLE UPON REQUEST

GIOELI, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIOIA, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

GIOIELLI, SKYE
ADDRESS AVAILABLE UPON REQUEST

GIOMBARRESE, MARIA
ADDRESS AVAILABLE UPON REQUEST

GIOMBETTI, ADAM
ADDRESS AVAILABLE UPON REQUEST

GIOMBETTI, LISA
ADDRESS AVAILABLE UPON REQUEST

GIORA ZEEVY
ADDRESS AVAILABLE UPON REQUEST

GIORDANI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIORDANI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, ADAM
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, JACOB
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, KELLY
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, MARC
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GIORDANO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GIORGI, PABLO
ADDRESS AVAILABLE UPON REQUEST

GIORGIO GORI USA, INC.
80 RIVER STREET
HOBOKEN, NJ  07030

GIOTTA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

GIOTTA, MARGA
ADDRESS AVAILABLE UPON REQUEST

GIOTTO, LEA
ADDRESS AVAILABLE UPON REQUEST

GIOVANARDI, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

GIOVANINE, ELKE
ADDRESS AVAILABLE UPON REQUEST

GIOVANNI MAZZOCCHI PALMIERI
ADDRESS AVAILABLE UPON REQUEST

GIOVATI, MATT
ADDRESS AVAILABLE UPON REQUEST

GIOVE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIOVENCO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GIPE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIPE, BETSY
ADDRESS AVAILABLE UPON REQUEST

GIPE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GIPE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

GIPSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GIPSON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

GIPSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GIPSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GIPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GIPSON, MELODY
ADDRESS AVAILABLE UPON REQUEST

GIPSON, REISHA
ADDRESS AVAILABLE UPON REQUEST

GIPSON, VALYN
ADDRESS AVAILABLE UPON REQUEST

GIRA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GIRAGOSIAN, MATT
ADDRESS AVAILABLE UPON REQUEST

GIRALDEZ, MARIANELA
ADDRESS AVAILABLE UPON REQUEST

GIRALDO, DORA
ADDRESS AVAILABLE UPON REQUEST

GIRALDO, HALEY
ADDRESS AVAILABLE UPON REQUEST

GIRALDO, NATHALY
ADDRESS AVAILABLE UPON REQUEST

GIRANDOLA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GIRARD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIRARD, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

GIRARD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GIRARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIRARD, JEN
ADDRESS AVAILABLE UPON REQUEST

GIRARD, MARIE
ADDRESS AVAILABLE UPON REQUEST

GIRARD, MEL
ADDRESS AVAILABLE UPON REQUEST

GIRARD, PAUL
ADDRESS AVAILABLE UPON REQUEST

GIRARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GIRARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GIRARD, TONYA
ADDRESS AVAILABLE UPON REQUEST

GIRARDIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GIRARDIN, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

GIRARDIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GIRARDOT, MARY
ADDRESS AVAILABLE UPON REQUEST

GIRAUDON, MICHEL
ADDRESS AVAILABLE UPON REQUEST

GIREESH, DEVIKA
ADDRESS AVAILABLE UPON REQUEST

GIRER, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

GIRI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIRISH AMIN
ADDRESS AVAILABLE UPON REQUEST

GIRISH MALLAPRAGADA
ADDRESS AVAILABLE UPON REQUEST

GIRK, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

GIRKESH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GIRL GANG CRAFT
1585 62ND STREET PO BOX 8561
EMERYVILLE, CA  94662

GIRLBOSS MEDIA, INC. (GIRLBOSS)
4111 W. SUNSET BLVD UNIT 550
LOS ANGELES, CA  90029

GIRLEY, CHARLESTON
ADDRESS AVAILABLE UPON REQUEST

GIRLIES, HOUSEY
ADDRESS AVAILABLE UPON REQUEST

GIRMAI, MERHAWI
ADDRESS AVAILABLE UPON REQUEST

GIRO, JOE
ADDRESS AVAILABLE UPON REQUEST

GIROLAMI, SHALA
ADDRESS AVAILABLE UPON REQUEST

GIRON, IDALIA
ADDRESS AVAILABLE UPON REQUEST

GIRON, MARILUZ
ADDRESS AVAILABLE UPON REQUEST

GIROTTI, K
ADDRESS AVAILABLE UPON REQUEST

GIROUARD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GIROUARD, GRACIE
ADDRESS AVAILABLE UPON REQUEST

GIROUARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GIROUARD, NIKOLAI
ADDRESS AVAILABLE UPON REQUEST

GIROUARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

GIROUX, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GIROUX, AUNDREA
ADDRESS AVAILABLE UPON REQUEST

GIROUX, DAVE
ADDRESS AVAILABLE UPON REQUEST

GIROUX, GWEN
ADDRESS AVAILABLE UPON REQUEST

GIROUX, MARY T
ADDRESS AVAILABLE UPON REQUEST

GIRTEN, BILL
ADDRESS AVAILABLE UPON REQUEST

GIRTEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GIRTHOFFER, RENATA
ADDRESS AVAILABLE UPON REQUEST

GIRTON, ALAN
ADDRESS AVAILABLE UPON REQUEST

GIRTON, KATLIN
ADDRESS AVAILABLE UPON REQUEST

GIRTS, LYNSAY
ADDRESS AVAILABLE UPON REQUEST

GIRUZZI, SUE
ADDRESS AVAILABLE UPON REQUEST

GIRVEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GISCOMBE, KATE
ADDRESS AVAILABLE UPON REQUEST

GISE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GISH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GISLER, HEIDY
ADDRESS AVAILABLE UPON REQUEST

GISMONDI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GISMONDI, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

GISONDI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GISONDI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GISSING, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GIST, JUDY
ADDRESS AVAILABLE UPON REQUEST

GISVOLD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GISVOLD, DEREK
ADDRESS AVAILABLE UPON REQUEST

GITAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GITELMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

GITELSON, LOIS
ADDRESS AVAILABLE UPON REQUEST

GITHENS, MELODY
ADDRESS AVAILABLE UPON REQUEST

GITHUA, LEAH
ADDRESS AVAILABLE UPON REQUEST

GITHUB
ADDRESS UNAVAILABLE AT TIME OF FILING

GITHUKU, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GITLIN, JACKELYN
ADDRESS AVAILABLE UPON REQUEST

GITTEMEIER, JULIA
ADDRESS AVAILABLE UPON REQUEST

GITTENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GITTER, ROSS
ADDRESS AVAILABLE UPON REQUEST

GITTER, ZOE
ADDRESS AVAILABLE UPON REQUEST

GITTLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GITTLESON, ERICA
ADDRESS AVAILABLE UPON REQUEST

GITTO-REYNOLDS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GITZEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GIUDITTA, KATIE
ADDRESS AVAILABLE UPON REQUEST

GIUFFRE, DORIS
ADDRESS AVAILABLE UPON REQUEST

GIUGGIO, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

GIUGLIANO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIULIAN, BERTRAND
ADDRESS AVAILABLE UPON REQUEST

GIULIANI, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GIULIANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GIULIANO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GIULIANO, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

GIULIANO, KATLYN
ADDRESS AVAILABLE UPON REQUEST

GIULIANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GIULIETTI-LAMPI, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

GIUNCO, JILL
ADDRESS AVAILABLE UPON REQUEST

GIUNTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GIUNTA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GIUNTA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GIURBINO, SADIE
ADDRESS AVAILABLE UPON REQUEST

GIUSEFFI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GIUSEPPE SALVATO
ADDRESS AVAILABLE UPON REQUEST

GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

GIUSEPPE, VINCENZO
ADDRESS AVAILABLE UPON REQUEST

GIUSEPPETTI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GIUSTI, REALT
ADDRESS AVAILABLE UPON REQUEST

GIUSTI, NORMA
ADDRESS AVAILABLE UPON REQUEST

GIUSTINO, KARA
ADDRESS AVAILABLE UPON REQUEST

GIUSTO, MERIDETH
ADDRESS AVAILABLE UPON REQUEST

GIVANT, TRACY
ADDRESS AVAILABLE UPON REQUEST

GIVEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GIVEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIVENS, CARESSA
ADDRESS AVAILABLE UPON REQUEST

GIVENS, ERIN
ADDRESS AVAILABLE UPON REQUEST

GIVENS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GIVENS, JEAN
ADDRESS AVAILABLE UPON REQUEST

GIVENS, JESSE
ADDRESS AVAILABLE UPON REQUEST

GIVENS, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIVENS, JULIA
ADDRESS AVAILABLE UPON REQUEST

GIVENS, KATE
ADDRESS AVAILABLE UPON REQUEST

GIVENS, MIKE
ADDRESS AVAILABLE UPON REQUEST

GIVENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GIVENS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GIVENS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GIVENS, TAWN
ADDRESS AVAILABLE UPON REQUEST

GIVEON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GIVLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

GIVLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GIVONETTI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GIWA, TAIWO
ADDRESS AVAILABLE UPON REQUEST

GIZEWSKI, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GIZZI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GIZZI, MARINA
ADDRESS AVAILABLE UPON REQUEST

GIZZO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GJELINA
ADDRESS UNAVAILABLE AT TIME OF FILING

GJERGJI, XHENI
ADDRESS AVAILABLE UPON REQUEST

GJINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GJOKA, MANUELA
ADDRESS AVAILABLE UPON REQUEST

GJONAJ, JETMIR
ADDRESS AVAILABLE UPON REQUEST

GJP INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

GJUSTA
ADDRESS UNAVAILABLE AT TIME OF FILING

GKIONIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GLABACH, STACY
ADDRESS AVAILABLE UPON REQUEST

GLACE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GLACE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLAD, BRYCE
ADDRESS AVAILABLE UPON REQUEST

GLAD, DAVID
ADDRESS AVAILABLE UPON REQUEST

GLAD, MARY
ADDRESS AVAILABLE UPON REQUEST

GLADD, BRI-ANNE
ADDRESS AVAILABLE UPON REQUEST

GLADDEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GLADDING, CLINT
ADDRESS AVAILABLE UPON REQUEST

GLADE, JOY
ADDRESS AVAILABLE UPON REQUEST

GLADE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GLADIEUX, JOY & PAT
ADDRESS AVAILABLE UPON REQUEST

GLADIEUX, JOY
ADDRESS AVAILABLE UPON REQUEST

GLADIS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GLADKOWSKI, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GLADORA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLADSTONE, BRETT
ADDRESS AVAILABLE UPON REQUEST

GLADSTONE, FRED
ADDRESS AVAILABLE UPON REQUEST

GLADSTONE, SAM
ADDRESS AVAILABLE UPON REQUEST

GLADU, ANDY
ADDRESS AVAILABLE UPON REQUEST

GLADYSH, ILONA
ADDRESS AVAILABLE UPON REQUEST

GLAESER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GLAESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GLAH, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GLANCEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GLANCY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GLANCY, ARAYA
ADDRESS AVAILABLE UPON REQUEST

GLANDER, JILL
ADDRESS AVAILABLE UPON REQUEST

GLANDERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GLANG, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GLANNON, ERIN
ADDRESS AVAILABLE UPON REQUEST

GLANSBERG, TINA
ADDRESS AVAILABLE UPON REQUEST

GLANTON, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

GLANTZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GLANTZ, KATE
ADDRESS AVAILABLE UPON REQUEST

GLANVILL, BARON
ADDRESS AVAILABLE UPON REQUEST

GLANZMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GLANZMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLANZMAN, RUTH
ADDRESS AVAILABLE UPON REQUEST

GLAS, ANNA
ADDRESS AVAILABLE UPON REQUEST

GLAS, DONALD
ADDRESS AVAILABLE UPON REQUEST

GLASCO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GLASCO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GLASENAPP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLASENER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

GLASER, DONNA
ADDRESS AVAILABLE UPON REQUEST

GLASER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GLASER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GLASER, LISA
ADDRESS AVAILABLE UPON REQUEST

GLASER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLASER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GLASER, NORA
ADDRESS AVAILABLE UPON REQUEST

GLASER, SARA
ADDRESS AVAILABLE UPON REQUEST

GLASER, TARYN
ADDRESS AVAILABLE UPON REQUEST

GLASER, VIOLET
ADDRESS AVAILABLE UPON REQUEST

GLASFORD, FAITH
ADDRESS AVAILABLE UPON REQUEST

GLASFURD AND WALKER DESIGN INC.
102 325 HOWE STREET
VANCOUVER, BC  V6C1Z7

GLASGOW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GLASGOW, LAURA
ADDRESS AVAILABLE UPON REQUEST

GLASGOW, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLASGOW, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GLASMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GLASMYRE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GLASPER, ALEX
ADDRESS AVAILABLE UPON REQUEST

GLASPER, AMBER
ADDRESS AVAILABLE UPON REQUEST

GLASPEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GLASPIE, GAIL
ADDRESS AVAILABLE UPON REQUEST

GLASS, ALAN
ADDRESS AVAILABLE UPON REQUEST

GLASS, ALEX
ADDRESS AVAILABLE UPON REQUEST

GLASS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GLASS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

GLASS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GLASS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GLASS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GLASS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GLASS, DIANA
ADDRESS AVAILABLE UPON REQUEST

GLASS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GLASS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

GLASS, JODY
ADDRESS AVAILABLE UPON REQUEST

GLASS, JULIE
ADDRESS AVAILABLE UPON REQUEST

GLASS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GLASS, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

GLASS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

GLASS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GLASS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GLASS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GLASS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GLASS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GLASS, MARIA
ADDRESS AVAILABLE UPON REQUEST

GLASS, MARY
ADDRESS AVAILABLE UPON REQUEST

GLASS, MICHAIAH
ADDRESS AVAILABLE UPON REQUEST

GLASS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLASS, MIKKI
ADDRESS AVAILABLE UPON REQUEST

GLASS, NANCY
ADDRESS AVAILABLE UPON REQUEST

GLASS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GLASS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GLASS, SAM
ADDRESS AVAILABLE UPON REQUEST

GLASS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GLASSBERG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GLASSBURN, LYNN
ADDRESS AVAILABLE UPON REQUEST

GLASSBURN, SHARON
ADDRESS AVAILABLE UPON REQUEST

GLASSBURN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GLASSCOCK, MARTI
ADDRESS AVAILABLE UPON REQUEST

GLASSDOOR
ADDRESS UNAVAILABLE AT TIME OF FILING

GLASSER, BRAD
ADDRESS AVAILABLE UPON REQUEST

GLASSER, DAVE
ADDRESS AVAILABLE UPON REQUEST

GLASSER, GAIL
ADDRESS AVAILABLE UPON REQUEST

GLASSER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GLASSER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GLASSER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GLASSEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GLASSFORD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GLASSFORD, MARIA
ADDRESS AVAILABLE UPON REQUEST

GLASSGOW, ANN
ADDRESS AVAILABLE UPON REQUEST

GLASSICK, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

GLASSINGER, STEVE
ADDRESS AVAILABLE UPON REQUEST

GLASSON VENTURES LLC
2205 S PERRYVILLE RD NUM520
ROCKFORD, IL 61108

GLASSON, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

GLASURE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GLATFELTER, ANNE
ADDRESS AVAILABLE UPON REQUEST

GLATSTEIN, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GLATT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLATTHORN, ISABEL
ADDRESS AVAILABLE UPON REQUEST

GLATTHORN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GLATTING, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GLATZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GLAUSER, MARY
ADDRESS AVAILABLE UPON REQUEST

GLAVEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GLAVIANO, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

GLAVIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GLAZA, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

GLAZE, AARON
ADDRESS AVAILABLE UPON REQUEST

GLAZE, DAN
ADDRESS AVAILABLE UPON REQUEST

GLAZE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GLAZEBROOK, DARCEY
ADDRESS AVAILABLE UPON REQUEST

GLAZEBROOK, SEAN
ADDRESS AVAILABLE UPON REQUEST

GLAZER, AMY
ADDRESS AVAILABLE UPON REQUEST

GLAZER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GLAZER, JASON
ADDRESS AVAILABLE UPON REQUEST

GLAZIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GLEAM FUTURES LLC
5800 BRISTOL PRKWY, 5TH FLOOR
CULVER CITY, CA 90230

GLEASON, ANNA
ADDRESS AVAILABLE UPON REQUEST

GLEASON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GLEASON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

GLEASON, CONNOR
ADDRESS AVAILABLE UPON REQUEST

GLEASON, DANTE
ADDRESS AVAILABLE UPON REQUEST

GLEASON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GLEASON, KELLY
ADDRESS AVAILABLE UPON REQUEST

GLEASON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GLEASON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GLEASON, MAEVE
ADDRESS AVAILABLE UPON REQUEST

GLEASON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GLEASON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GLEASON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GLEASON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GLEASON, STACEY
ADDRESS AVAILABLE UPON REQUEST

GLEASON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GLEBA, KATHY
ADDRESS AVAILABLE UPON REQUEST

GLEBE, MARTE
ADDRESS AVAILABLE UPON REQUEST

GLEBER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GLEDHILL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GLEDHILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GLEESON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GLEESON, DAVE
ADDRESS AVAILABLE UPON REQUEST

GLEESON, REILLY
ADDRESS AVAILABLE UPON REQUEST

GLEIBERMAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GLEICH, LEILA
ADDRESS AVAILABLE UPON REQUEST

GLEICHOWSKI, RYAN
ADDRESS AVAILABLE UPON REQUEST

GLEISSNER, MARA
ADDRESS AVAILABLE UPON REQUEST

GLEISSNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLEMBOCKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

GLEMZA, RENEE
ADDRESS AVAILABLE UPON REQUEST

GLEN ARNOLD SAVELLE
ADDRESS AVAILABLE UPON REQUEST

GLEN KUOPUS
ADDRESS AVAILABLE UPON REQUEST

GLEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLEN, ZAKEYROW
ADDRESS AVAILABLE UPON REQUEST

GLENDA CAUDILL
ADDRESS AVAILABLE UPON REQUEST

GLENDA GREENHALGH
ADDRESS AVAILABLE UPON REQUEST

GLENDA VALDIVIESO
ADDRESS AVAILABLE UPON REQUEST

GLENDA Y VILLAREAL GARCIA
ADDRESS AVAILABLE UPON REQUEST

GLENDENNING, CORI
ADDRESS AVAILABLE UPON REQUEST

GLENDENNING, JAKE
ADDRESS AVAILABLE UPON REQUEST

GLENDINNING, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GLENN ADAMS
ADDRESS AVAILABLE UPON REQUEST

GLENN ARDEN SISK
ADDRESS AVAILABLE UPON REQUEST

GLENN C FRANK
ADDRESS AVAILABLE UPON REQUEST

GLENN CAMACHO
ADDRESS AVAILABLE UPON REQUEST

GLENN HAYDU
ADDRESS AVAILABLE UPON REQUEST

GLENN LEONARD
ADDRESS AVAILABLE UPON REQUEST

GLENN P MEADE
ADDRESS AVAILABLE UPON REQUEST

GLENN PAJARITO
ADDRESS AVAILABLE UPON REQUEST

GLENN PEARSON
ADDRESS AVAILABLE UPON REQUEST

GLENN VARGAS
ADDRESS AVAILABLE UPON REQUEST

GLENN WEIGHT
ADDRESS AVAILABLE UPON REQUEST

GLENN WILLIAM DAVIS
ADDRESS AVAILABLE UPON REQUEST

GLENN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GLENN, CAVIN
ADDRESS AVAILABLE UPON REQUEST

GLENN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GLENN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GLENN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GLENN, GIGI
ADDRESS AVAILABLE UPON REQUEST

GLENN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GLENN, JULIE
ADDRESS AVAILABLE UPON REQUEST

GLENN, KAREN
ADDRESS AVAILABLE UPON REQUEST

GLENN, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

GLENN, LILY
ADDRESS AVAILABLE UPON REQUEST

GLENN, MARY LYNN
ADDRESS AVAILABLE UPON REQUEST

GLENN, MERISSA
ADDRESS AVAILABLE UPON REQUEST

GLENN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GLENN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GLENN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GLENN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GLENN, SHEA
ADDRESS AVAILABLE UPON REQUEST

GLENN, TORRENCE
ADDRESS AVAILABLE UPON REQUEST

GLENN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

GLENNIE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GLENNIE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GLENNIE, MARIE
ADDRESS AVAILABLE UPON REQUEST

GLENNON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLENNON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GLENROY MOORE
ADDRESS AVAILABLE UPON REQUEST

GLENSGARD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GLENWOOD STANCIL JR
ADDRESS AVAILABLE UPON REQUEST

GLENZER, STACEY
ADDRESS AVAILABLE UPON REQUEST

GLESENER, ALEXSIS
ADDRESS AVAILABLE UPON REQUEST

GLESSNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

GLICK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GLICK, KATHIE
ADDRESS AVAILABLE UPON REQUEST

GLICK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLICK, NACHI
ADDRESS AVAILABLE UPON REQUEST

GLICK, PATTY
ADDRESS AVAILABLE UPON REQUEST

GLICK, PAYTON
ADDRESS AVAILABLE UPON REQUEST

GLICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GLICKMAN, ELIANA
ADDRESS AVAILABLE UPON REQUEST

GLICKMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GLICKSTEIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

GLIDDEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GLIDDEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GLIDDEN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GLIER, SETH
ADDRESS AVAILABLE UPON REQUEST

GLIFFY
ADDRESS UNAVAILABLE AT TIME OF FILING

GLIKIN, IRIS
ADDRESS AVAILABLE UPON REQUEST

GLIKSMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GLIN, NASSANAH
ADDRESS AVAILABLE UPON REQUEST

GLINATSIS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GLINDINNING, EMILIE
ADDRESS AVAILABLE UPON REQUEST

GLINTON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GLISAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

GLISAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

GLISCI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

GLISSMAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GLISSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

GLISSON-PULLAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GLISTER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GLITTER AND LAZERS LLC
400 WEST 37TH ST, APT 3N
NEW YORK, NY 10018

GLIVA, CARLY
ADDRESS AVAILABLE UPON REQUEST

GLIVA, NAOMI
ADDRESS AVAILABLE UPON REQUEST

GLO, JOSH
ADDRESS AVAILABLE UPON REQUEST

GLOBAL BIZFORCE
ADDRESS UNAVAILABLE AT TIME OF FILING

GLOBAL EQUIPMENT COMPANY INC.
(GLOBAL INDUSTRIAL-BWSC)
11 HARBOR PARK DRIVE PORT
WASHINGTON, NY 11050

GLOBAL EQUIPMENT COMPANY INC.
(GLOBAL INDUSTRIAL-BWSC)
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

GLOBAL INDUSTRIAL
ADDRESS UNAVAILABLE AT TIME OF FILING

GLOBAL PATHFINDER INVESTMENTS LLC
8908 FOX HOLLOW TRAIL
IRVING, TX 75063

GLOBAL TRAVEL SOLUTIONS GROUP, INC.
137 W 25TH ST. FLOOR 11
NEW YORK, NY 10001

GLOBALWIDE MEDIA LIMITED
200-1675 DOUGLAS STREET
VICTORIA, BC V8W 2G5
CANADA

GLOBIG, ANNA-MARIA
ADDRESS AVAILABLE UPON REQUEST

GLOBUS GEN
ADDRESS UNAVAILABLE AT TIME OF FILING

GLOCKE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GLOCKLER, JOEL
ADDRESS AVAILABLE UPON REQUEST

GLOE, KARA
ADDRESS AVAILABLE UPON REQUEST

GLOEKLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GLOER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GLOER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GLOGER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GLOGOVSKY, JAY
ADDRESS AVAILABLE UPON REQUEST

GLOGOWSKI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GLOGOWSKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GLORIA RIVERA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GLORIA, MARIE
ADDRESS AVAILABLE UPON REQUEST

GLORIOSO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GLORIOSO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GLORIUS-DANGELO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GLORY JAYAGARAN
ADDRESS AVAILABLE UPON REQUEST

GLOSEMEYER, MICKAYLA
ADDRESS AVAILABLE UPON REQUEST

GLOSEMEYER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GLOSS, STEPHEN M
ADDRESS AVAILABLE UPON REQUEST

GLOSSER, ALY
ADDRESS AVAILABLE UPON REQUEST

GLOSSER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GLOSSNER, LISA
ADDRESS AVAILABLE UPON REQUEST

GLOSSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GLOSSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GLOSSON, LISA
ADDRESS AVAILABLE UPON REQUEST

GLOSSON, REGINALD
ADDRESS AVAILABLE UPON REQUEST

GLOVA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GLOVAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GLOVELLE LLOYD PRATT
ADDRESS AVAILABLE UPON REQUEST

GLOVER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GLOVER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GLOVER, DARNETTA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, DIANA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

GLOVER, GARY
ADDRESS AVAILABLE UPON REQUEST

GLOVER, HALEY
ADDRESS AVAILABLE UPON REQUEST

GLOVER, JIM
ADDRESS AVAILABLE UPON REQUEST

GLOVER, KATIE
ADDRESS AVAILABLE UPON REQUEST

GLOVER, LARSEN
ADDRESS AVAILABLE UPON REQUEST

GLOVER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GLOVER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

GLOVER, MALISHER
ADDRESS AVAILABLE UPON REQUEST

GLOVER, MANDY
ADDRESS AVAILABLE UPON REQUEST

GLOVER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

GLOVER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GLOVER, NELLIE
ADDRESS AVAILABLE UPON REQUEST

GLOVER, NICKY
ADDRESS AVAILABLE UPON REQUEST

GLOVER, ODIS
ADDRESS AVAILABLE UPON REQUEST

GLOVER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, PAULA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GLOVER, REENA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, SARA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GLOVER, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

GLOVER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GLOVER-GRAF, NOREEN
ADDRESS AVAILABLE UPON REQUEST

GLOWACKI, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

GLOWACKI, KATE
ADDRESS AVAILABLE UPON REQUEST

GLOWATY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GLOWCZYNSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

GLOYD, JAELYN
ADDRESS AVAILABLE UPON REQUEST

GLOYN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GLOYN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

GLOYSTEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GLS US
GOLDEN STATE OVERNIGHT
4000 EXECUTIVE PARKWAY, 295
SAN RAMON, CA 94583

GLUBIAK, DIANA
ADDRESS AVAILABLE UPON REQUEST

GLUC, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GLUCK, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

GLUCK, DANA
ADDRESS AVAILABLE UPON REQUEST

GLUCK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GLUCK, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GLUECK, KELLY
ADDRESS AVAILABLE UPON REQUEST

GLUECK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GLUGLA, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GLUMAC, IVA
ADDRESS AVAILABLE UPON REQUEST

GLUMAC, TRACIE
ADDRESS AVAILABLE UPON REQUEST

GLUNT, AMY
ADDRESS AVAILABLE UPON REQUEST

GLUNT, NICKI
ADDRESS AVAILABLE UPON REQUEST

GLUP, TREVOR
ADDRESS AVAILABLE UPON REQUEST

GLUSKIN-BRAUN, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GLYDER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GLYNN, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

GLYNN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GLYNN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GLYNN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GLYNN, PAUL
ADDRESS AVAILABLE UPON REQUEST

GLYNN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GLYNNESSIA SMITH
ADDRESS AVAILABLE UPON REQUEST

GMEREK, ANNE
ADDRESS AVAILABLE UPON REQUEST

GMITRO, ANNA
ADDRESS AVAILABLE UPON REQUEST

GMITTER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

GMYR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GNADT, BOB & KATHY
ADDRESS AVAILABLE UPON REQUEST

GNADT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GNAS, JESSE
ADDRESS AVAILABLE UPON REQUEST

GNATYUK, AUNYA
ADDRESS AVAILABLE UPON REQUEST

GNIAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GNIAZDOWSKI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GNICH, HILARY
ADDRESS AVAILABLE UPON REQUEST

GNIDENKO, YEVGENIYA
ADDRESS AVAILABLE UPON REQUEST

GNJATIC, LIDIJA
ADDRESS AVAILABLE UPON REQUEST

GNOFFO, GAIL
ADDRESS AVAILABLE UPON REQUEST

GO VINO
10446 NORTH 74TH STREET, SUITE 150
SCOTTSDALE, AZ 85258

GO, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GO, YUJIN
ADDRESS AVAILABLE UPON REQUEST

GOAD, ELISE
ADDRESS AVAILABLE UPON REQUEST

GOAD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GOANVI – CENTRAL DE ENGARRAFAMENTO
DE BEBIDAS, LDA
ESTRADA NACIONAL 8-5, KM 2,3
MAIORGA
ALCOBACA  2460-526  PORTUGAL

GOBBLE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GOBEIL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GOBEL, LATICIA
ADDRESS AVAILABLE UPON REQUEST

GOBENCION, ELISSIA
ADDRESS AVAILABLE UPON REQUEST

GOBER, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOBER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GOBERT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GOBERT, MR AND (ALMOST) MRS
ADDRESS AVAILABLE UPON REQUEST

GOBIDAS, FAITH
ADDRESS AVAILABLE UPON REQUEST

GOBIN, DEANN
ADDRESS AVAILABLE UPON REQUEST

GOBLE, GENE
ADDRESS AVAILABLE UPON REQUEST

GOBLE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GOBLE, JENN
ADDRESS AVAILABLE UPON REQUEST

GOBLE, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOBLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GOBLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOBLUE VENTURES LLC
1865 PALMER AVENUE
LARCHMONT, NY  10538

GOCHEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOCHMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOCKOWSKI, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

GOD AND BEAUTY LLC
4568 W. 1ST STREET  201
LOS ANGELES, CA  90004

GODADDY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

GODAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

GODAR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GODBEHERE, BRENT
ADDRESS AVAILABLE UPON REQUEST

GODBOUT, KATE AND BEN
ADDRESS AVAILABLE UPON REQUEST

GODBY, ROYAL
ADDRESS AVAILABLE UPON REQUEST

GODCHAUX ROTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

GODDARD MCGUIRK, LISA
ADDRESS AVAILABLE UPON REQUEST

GODDARD, ALICE
ADDRESS AVAILABLE UPON REQUEST

GODDARD, ALICE
ADDRESS AVAILABLE UPON REQUEST

GODDARD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GODDARD, CHANCE
ADDRESS AVAILABLE UPON REQUEST

GODDARD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GODDARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

GODDARD, GERI
ADDRESS AVAILABLE UPON REQUEST

GODDARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GODDARD, TERRI
ADDRESS AVAILABLE UPON REQUEST

GODE, CINDY
ADDRESS AVAILABLE UPON REQUEST

GODEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GODEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GODETTE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GODFREY BROWN, YVETTE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

GODFREY, CJ
ADDRESS AVAILABLE UPON REQUEST

GODFREY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GODFREY, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

GODFREY, JANE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GODFREY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GODFREY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, MIKE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GODFREY, RUTH
ADDRESS AVAILABLE UPON REQUEST

GODFREY, RYAN
ADDRESS AVAILABLE UPON REQUEST

GODFREY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GODFREY, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GODFREY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GODFREY, WILMER
ADDRESS AVAILABLE UPON REQUEST

GODFREY-CANADA, STARRISHA
ADDRESS AVAILABLE UPON REQUEST

GODIKSEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GODINA, ANNE
ADDRESS AVAILABLE UPON REQUEST

GODINA, JESUS
ADDRESS AVAILABLE UPON REQUEST

GODINEZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GODINEZ, MARIA TERESA
ADDRESS AVAILABLE UPON REQUEST

GODINEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GODINHO, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

GODLA, ERIN
ADDRESS AVAILABLE UPON REQUEST

GODLEWSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GODLEY, CARLISLE
ADDRESS AVAILABLE UPON REQUEST

GODMAN, SHANE
ADDRESS AVAILABLE UPON REQUEST

GODMERE, ANN
ADDRESS AVAILABLE UPON REQUEST

GODNICK, SETH
ADDRESS AVAILABLE UPON REQUEST

GODOROV, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GODOROV, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

GODOY, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

GODOY, JENCY
ADDRESS AVAILABLE UPON REQUEST

GODOY, MARIA LORENA
ADDRESS AVAILABLE UPON REQUEST

GODSEY, JUDY
ADDRESS AVAILABLE UPON REQUEST

GODSEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GODSEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GODSEY, TONJA
ADDRESS AVAILABLE UPON REQUEST

GODSHALK, LORI
ADDRESS AVAILABLE UPON REQUEST

GODSHAW, PAUL
ADDRESS AVAILABLE UPON REQUEST

GODSOE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GODULA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GODWIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GODWIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GODWIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GODWIN, AMY
ADDRESS AVAILABLE UPON REQUEST

GODWIN, CLYDE
ADDRESS AVAILABLE UPON REQUEST

GODWIN, CORLEY
ADDRESS AVAILABLE UPON REQUEST

GODWIN, LIBBY
ADDRESS AVAILABLE UPON REQUEST

GODWIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GODWIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GODWIN, TANYA
ADDRESS AVAILABLE UPON REQUEST

GODWIN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GODZICKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GOE, PAUL
ADDRESS AVAILABLE UPON REQUEST

GOEBEL, ALI
ADDRESS AVAILABLE UPON REQUEST

GOEBEL, LINNEA
ADDRESS AVAILABLE UPON REQUEST

GOEBEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GOECKE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOECKNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GOEDEKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

GOEGEBUER, IAN
ADDRESS AVAILABLE UPON REQUEST

GOEHRING, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GOEHRING, LEE
ADDRESS AVAILABLE UPON REQUEST

GOEHRING, TREVOR
ADDRESS AVAILABLE UPON REQUEST

GOEKE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

GOEL, AKANKSHA
ADDRESS AVAILABLE UPON REQUEST

GOEL, JESSEY
ADDRESS AVAILABLE UPON REQUEST

GOEL, NIDHI
ADDRESS AVAILABLE UPON REQUEST

GOEL, RUPALI
ADDRESS AVAILABLE UPON REQUEST

GOELDNER, THERESA
ADDRESS AVAILABLE UPON REQUEST

GOELLER, AUSTRIA
ADDRESS AVAILABLE UPON REQUEST

GOELZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOELZ, AMY ANN
ADDRESS AVAILABLE UPON REQUEST

GOELZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

GOEMAAT, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOEMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GOEMBEL, AMBER
ADDRESS AVAILABLE UPON REQUEST

GOERES, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOERGEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOERGEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOERING, MARY
ADDRESS AVAILABLE UPON REQUEST

GOERING, MCPHERSON EYE CARE
ADDRESS AVAILABLE UPON REQUEST

GOERING, SARA
ADDRESS AVAILABLE UPON REQUEST

GOERLING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOERTZEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOES, ROD
ADDRESS AVAILABLE UPON REQUEST

GOESCH, JIOVANA
ADDRESS AVAILABLE UPON REQUEST

GOESER, LANI
ADDRESS AVAILABLE UPON REQUEST

GOESLING, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOESLING, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOETCHIUS, ALEIDA
ADDRESS AVAILABLE UPON REQUEST

GOETHALS, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

GOETSCH, JOHN
ADDRESS AVAILABLE UPON REQUEST

GOETTSCHE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOETZ, ALLENE
ADDRESS AVAILABLE UPON REQUEST

GOETZ, COLBY
ADDRESS AVAILABLE UPON REQUEST

GOETZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOETZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOETZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

GOETZ, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

GOETZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOETZ, TREVOR
ADDRESS AVAILABLE UPON REQUEST

GOFF, AARON
ADDRESS AVAILABLE UPON REQUEST

GOFF, AMY
ADDRESS AVAILABLE UPON REQUEST

GOFF, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

GOFF, CONNOR
ADDRESS AVAILABLE UPON REQUEST

GOFF, JEANINE
ADDRESS AVAILABLE UPON REQUEST

GOFF, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GOFF, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GOFF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GOFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GOFF, RHONDA
ADDRESS AVAILABLE UPON REQUEST

GOFF, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

GOFF, TOM
ADDRESS AVAILABLE UPON REQUEST

GOFF, TRUDY
ADDRESS AVAILABLE UPON REQUEST

GOFFENA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOFFMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GOFORTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOFORTH, SARA
ADDRESS AVAILABLE UPON REQUEST

GOGA, TOM
ADDRESS AVAILABLE UPON REQUEST

GOGEL, BILL
ADDRESS AVAILABLE UPON REQUEST

GOGGANS, ASIA
ADDRESS AVAILABLE UPON REQUEST

GOGGANS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GOGGIN, JUDY
ADDRESS AVAILABLE UPON REQUEST

GOGGIN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

GOGOAIR.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

GOGOI, SANGHAMITRA
ADDRESS AVAILABLE UPON REQUEST

GOGUEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

GOGUEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOHEL, PAULOMI
ADDRESS AVAILABLE UPON REQUEST

GOHS, EVA
ADDRESS AVAILABLE UPON REQUEST

GOICO, ANNE
ADDRESS AVAILABLE UPON REQUEST

GOICOECHEA, ARGIMIRO
ADDRESS AVAILABLE UPON REQUEST

GOIDEL, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

GOILO, EMMA
ADDRESS AVAILABLE UPON REQUEST

GOIN, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

GOING, CAROL
ADDRESS AVAILABLE UPON REQUEST

GOINS, AMIE
ADDRESS AVAILABLE UPON REQUEST

GOINS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GOINS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GOINS, CORRISSA
ADDRESS AVAILABLE UPON REQUEST

GOINS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

GOINS, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

GOINS, RUTH
ADDRESS AVAILABLE UPON REQUEST

GOINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOIRAN, REAGAN
ADDRESS AVAILABLE UPON REQUEST

GOKCEBAY, FAITH
ADDRESS AVAILABLE UPON REQUEST

GOKEY, WILL
ADDRESS AVAILABLE UPON REQUEST

GOKEYLESS
ADDRESS UNAVAILABLE AT TIME OF FILING

GOKSEVER, KATY
ADDRESS AVAILABLE UPON REQUEST

GOLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GOLA, ANN
ADDRESS AVAILABLE UPON REQUEST

GOLAN, TAMI
ADDRESS AVAILABLE UPON REQUEST

GOLANI, MARK
ADDRESS AVAILABLE UPON REQUEST

GOLATO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOLAUB, AISHA
ADDRESS AVAILABLE UPON REQUEST

GOLAY, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

GOLAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOLBA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GOLBA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GOLD IMAGE PRINTING
ADDRESS UNAVAILABLE AT TIME OF FILING

GOLD LAW OFFICES
1630 N MAIN ST STE 44
WALNUT CREEK, CA  94596

GOLD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GOLD, ARMAND
ADDRESS AVAILABLE UPON REQUEST

GOLD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GOLD, CARL
ADDRESS AVAILABLE UPON REQUEST

GOLD, DALE
ADDRESS AVAILABLE UPON REQUEST

GOLD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GOLD, HARVEY
ADDRESS AVAILABLE UPON REQUEST

GOLD, HELENE
ADDRESS AVAILABLE UPON REQUEST

GOLD, JENNIE
ADDRESS AVAILABLE UPON REQUEST

GOLD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOLD, JIM
ADDRESS AVAILABLE UPON REQUEST

GOLD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GOLD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOLD, MARC
ADDRESS AVAILABLE UPON REQUEST

GOLD, REBEKKAH
ADDRESS AVAILABLE UPON REQUEST

GOLDAPP, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GOLDAPP, CATHY
ADDRESS AVAILABLE UPON REQUEST

GOLDAUSKAS, TANYA
ADDRESS AVAILABLE UPON REQUEST

GOLDBAUM, ELANA
ADDRESS AVAILABLE UPON REQUEST

GOLDBECK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOLDBECK, JODI
ADDRESS AVAILABLE UPON REQUEST

GOLDBECK, RALPH
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ADIN
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ALISON
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, AMY
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, BOB
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ERICA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, GRACIE
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, HOWARD
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, JEREMY
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, KEITH
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, LYSSA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, MENDEL
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, NIKKI
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ROB
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, TED
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, TROY
ADDRESS AVAILABLE UPON REQUEST

GOLDBERG, ZARA
ADDRESS AVAILABLE UPON REQUEST

GOLDBLATT, ANNA
ADDRESS AVAILABLE UPON REQUEST

GOLDBLATT, HILARY
ADDRESS AVAILABLE UPON REQUEST

GOLDBLATT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOLDBLATT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOLDBUD FARM ENTERPRISE, INC
2501 CARSON RD
PLACERVILLE, CA  95667

GOLDEN BULL
ADDRESS UNAVAILABLE AT TIME OF FILING

GOLDEN COWRIE
ADDRESS UNAVAILABLE AT TIME OF FILING

GOLDEN STATE MAINTENANCE, INC.
11600 WASHINGTON PLACE, SUITE 116E
LOS ANGELES, CA  90066

GOLDEN STATE OVERNIGHT
PO BOX 10877
PLEASANTON, CA  94588

GOLDEN, ALAURA
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, CELIA
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, JASON
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, LATASHA
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, MARY KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, SHARON
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, SHERMAN
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, SHERMAN
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, TARA
ADDRESS AVAILABLE UPON REQUEST

GOLDEN, TOM
ADDRESS AVAILABLE UPON REQUEST

GOLDENBERG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOLDENRING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOLDER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GOLDERMAN, ERIC & ERIN
ADDRESS AVAILABLE UPON REQUEST

GOLDEROS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOLDFARB, JILL
ADDRESS AVAILABLE UPON REQUEST

GOLDFARB, LEORA
ADDRESS AVAILABLE UPON REQUEST

GOLDFARB, MARK
ADDRESS AVAILABLE UPON REQUEST

GOLDFARB, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOLDFARB, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GOLDFEDER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GOLDFISH SOCIAL INC.
251 WEST 30TH STREET, 6TH FLOOR
NEW YORK, NY  10001

GOLDFOOT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOLDI, AMY
ADDRESS AVAILABLE UPON REQUEST

GOLDIE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GOLDIN, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

GOLDIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOLDIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GOLDING, AGNES
ADDRESS AVAILABLE UPON REQUEST

GOLDING, GRAY
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN SACHS (0005)
ATTN MEGHAN SULLIVAN OR PROXY DEPT
30 HUDSON ST
JERSEY CITY, NJ  07302

GOLDMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, BRETT
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, CLARE
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, CORY
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, FEI FEI
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, LARRY
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, LORI
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, MINDY
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, RON
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GOLDMAN, TYER
ADDRESS AVAILABLE UPON REQUEST

GOLDNER, ALLISON LAYNE
ADDRESS AVAILABLE UPON REQUEST

GOLDNEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GOLDOVICH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GOLDRICH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GOLDSBERRY, AARON
ADDRESS AVAILABLE UPON REQUEST

GOLDSCHECK, JOE
ADDRESS AVAILABLE UPON REQUEST

GOLDSCHMEDING, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GOLDSCHMIDT, ALISHA
ADDRESS AVAILABLE UPON REQUEST

GOLDSCHMIDT, KAREN
ADDRESS AVAILABLE UPON REQUEST

GOLDSCHNEIDER, MICHEL
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, APRIL
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, NOAH
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, SIMON
ADDRESS AVAILABLE UPON REQUEST

GOLDSMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOLDSTAR EVENTS, INC.
141 S LAKE AVE., STE 200
PASADENA, CA  91101

GOLDSTEIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, ALYSON
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, BENNETT
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, BETH
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, GLENN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, JELENA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, PATRICIO MARTIN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, SKYE
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, STRUL
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, TARYN
ADDRESS AVAILABLE UPON REQUEST

GOLDSTEIN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTON, JULIE
ADDRESS AVAILABLE UPON REQUEST

GOLDSTONE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GOLDSTROHM, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

GOLDSTROHM, KATEY
ADDRESS AVAILABLE UPON REQUEST

GOLDTHORPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GOLDTHRIP, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

GOLDWARE, STUART
ADDRESS AVAILABLE UPON REQUEST

GOLDWASSER, YITZI
ADDRESS AVAILABLE UPON REQUEST

GOLDWORM, RHONDA
ADDRESS AVAILABLE UPON REQUEST

GOLDY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GOLEB, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GOLEB, PAUL
ADDRESS AVAILABLE UPON REQUEST

GOLEBIOWSKI, KARA
ADDRESS AVAILABLE UPON REQUEST

GOLEBIOWSKI, MARCIN
ADDRESS AVAILABLE UPON REQUEST

GOLEBIOWSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOLEC, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GOLEMBESKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

GOLEMBIEWSKI, DANA
ADDRESS AVAILABLE UPON REQUEST

GOLEMBIEWSKI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GOLEMBIEWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOLERO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GOLF, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GOLFINOS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GOLFLOGIX, INC
15685 N. GREENWAY-HAYDEN LOOP SUITE
100A
SCOTTDALE, AZ  85260

GOLIKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOLINDER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOLINELLO, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

GOLINI, AMELIA
ADDRESS AVAILABLE UPON REQUEST

GOLINSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOLIS, TASHA
ADDRESS AVAILABLE UPON REQUEST

GOLL, CAYLA
ADDRESS AVAILABLE UPON REQUEST

GOLL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOLL, MIKE
ADDRESS AVAILABLE UPON REQUEST

GOLLA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

GOLLA, NICK
ADDRESS AVAILABLE UPON REQUEST

GOLLAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GOLLAPUDI, ARTI
ADDRESS AVAILABLE UPON REQUEST

GOLLARD, GINA
ADDRESS AVAILABLE UPON REQUEST

GOLLIHER, DIANE
ADDRESS AVAILABLE UPON REQUEST

GOLLOHER, LISA
ADDRESS AVAILABLE UPON REQUEST

GOLON, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

GOLONKA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GOLOS, CINDY
ADDRESS AVAILABLE UPON REQUEST

GOLOS, SHEPARD
ADDRESS AVAILABLE UPON REQUEST

GOLSON, KESHAWN
ADDRESS AVAILABLE UPON REQUEST

GOLSTEIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOLUB, AARON
ADDRESS AVAILABLE UPON REQUEST

GOLUB, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GOLUB, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOLUB, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GOLUKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

GOLYSHKO, PHIL
ADDRESS AVAILABLE UPON REQUEST

GOMER, DUANE
ADDRESS AVAILABLE UPON REQUEST

GOMER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOMER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GOMERA, ELISA
ADDRESS AVAILABLE UPON REQUEST

GOMES, ERYKAH
ADDRESS AVAILABLE UPON REQUEST

GOMES, GARY & LISA
ADDRESS AVAILABLE UPON REQUEST

GOMES, KATIE
ADDRESS AVAILABLE UPON REQUEST

GOMES, KYLIE
ADDRESS AVAILABLE UPON REQUEST

GOMES, MARISOL
ADDRESS AVAILABLE UPON REQUEST

GOMES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOMES, MONDA
ADDRESS AVAILABLE UPON REQUEST

GOMES, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GOMES, RAEANN
ADDRESS AVAILABLE UPON REQUEST

GOMES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOMES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GOMES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GOMES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

GOMES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GOMES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GOMEZ COBAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ LORA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANDREINA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ART
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, AVERY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, AVERY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, AVERY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, BETSY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, BETTY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, BIANCA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, EMILIO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ESPERANZA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, FAITH
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, FRANCHESCA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, GREGORY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, GRISELA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, GUILLERMO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, IGNACIO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, IMELDA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, INOCENSIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, IRVIN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JOAQUIN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JOSEMIGUEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, KIM
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, LEXINGTON
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, LEXY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, LUIS F
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MANOLO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MARISOL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MARLENY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MAXEEN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, NAOMI
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, NELSON
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, POLO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, PRESTON
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, REYNALDO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, RYAN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, SOFIA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, VANNY
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

GOMEZ, YANIRIS
ADDRESS AVAILABLE UPON REQUEST

GOMEZ-CORTEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ-LOBO SANTIAGO, PILAR
ADDRESS AVAILABLE UPON REQUEST

GOMEZ-SAAVEDRA, MARIA JOSE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ-SAGER, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

GOMEZ-TAMEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

GOMILLION, AGNES
ADDRESS AVAILABLE UPON REQUEST

GOMINGER, MARY K
ADDRESS AVAILABLE UPON REQUEST

GOMMER, BETTINE
ADDRESS AVAILABLE UPON REQUEST

GONATAS, PHILIPPA
ADDRESS AVAILABLE UPON REQUEST

GONCALVES, JOSE
ADDRESS AVAILABLE UPON REQUEST

GONCALVES, LUANA
ADDRESS AVAILABLE UPON REQUEST

GONCALVES, MATT
ADDRESS AVAILABLE UPON REQUEST

GONCALVES, PHIL
ADDRESS AVAILABLE UPON REQUEST

GONCHAROV, IGOR
ADDRESS AVAILABLE UPON REQUEST

GONCHE, REBECA
ADDRESS AVAILABLE UPON REQUEST

GONCZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GONCZOL, YEN
ADDRESS AVAILABLE UPON REQUEST

GONDEK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONDKAR, ROHIT
ADDRESS AVAILABLE UPON REQUEST

GONES, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GONET, SLAWOMIR
ADDRESS AVAILABLE UPON REQUEST

GONEZIE, MARIE
ADDRESS AVAILABLE UPON REQUEST

GONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GONGAWARE, LAYLA
ADDRESS AVAILABLE UPON REQUEST

GONGLOFF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GONGORA, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

GONGORA, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

GONGRE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GONIO, TARA
ADDRESS AVAILABLE UPON REQUEST

GONION, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GONKO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GONNIGAN, KESHA
ADDRESS AVAILABLE UPON REQUEST

GONOUDE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GONRING, KATIE
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, ALEX
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, DONALD
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

GONSALVES, STANISLAUS
ADDRESS AVAILABLE UPON REQUEST

GONTCHAROVA, IANA
ADDRESS AVAILABLE UPON REQUEST

GONTER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GONTER-AUBIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GONTERMAN, RONALD
ADDRESS AVAILABLE UPON REQUEST

GONYEA, AMY
ADDRESS AVAILABLE UPON REQUEST

GONYEA, CASEY
ADDRESS AVAILABLE UPON REQUEST

GONZALDZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ALEYDA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, AMBERLYNN
ADDRESS AVAILABLE UPON REQUEST

GONZALES, AMY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ANA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ANALIESA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ARALISSA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ARIELLA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, AUNDRIA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, BIANCA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CAROL
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CASIE
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, CINDY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, DAVID
ADDRESS AVAILABLE UPON REQUEST

GONZALES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GONZALES, DIANA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, DONRUTAI
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ELAINA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GONZALES, HAILEY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GONZALES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONZALES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, LAURA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, LORENZO
ADDRESS AVAILABLE UPON REQUEST

GONZALES, MARCELA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GONZALES, MINERVA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GONZALES, PEDRO
ADDRESS AVAILABLE UPON REQUEST

GONZALES, PENNY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GONZALES, ROSA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GONZALES, SHARON
ADDRESS AVAILABLE UPON REQUEST

GONZALES, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

GONZALES, SHERYL
ADDRESS AVAILABLE UPON REQUEST

GONZALES, TOREY
ADDRESS AVAILABLE UPON REQUEST

GONZALES, TYLER
ADDRESS AVAILABLE UPON REQUEST

GONZALES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GONZALES, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ AGUILAR, JAIME
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ AMARIS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ CRUZ, ALBERTO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ ESQUIVEL, MARIA TERESA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ INARRITU, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ MACEA, MARIO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ MACEA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ MARTINDALE, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ABBY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ABELARDO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALAAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALINA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALVARO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANAHI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANDREINA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, APRIL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ARISA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, AVERI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BEATRIS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BENELIO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BENELIO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BETHANY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, BIANCA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CECILIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CELA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CELESTE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CIDIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CRISTY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DANNICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DENNY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, DRIFTHNERY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EDITH
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EDITH
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EDMUNDO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EDMUNDO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ELIZAVET
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ELVIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ERELY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ESTELA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, EZEQUIEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, FEYI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, FRESCIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, GEOVANY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, GREG
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ILEANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, INGRID
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, IRENE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, IRMA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ISAAC
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ISAI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, IVELISE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, IYSSA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JACK
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JEREMY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JESSE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JORGE J
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JOURNEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JOY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, JULIO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KYLEEKA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, KYNDA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LILY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LIZBETH
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LIZET
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LORENA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LOURDES PAOLA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LUIS FERNANDO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MANNY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MANUEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MANUEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARIO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARLEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARLEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MARY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MAYRA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MEGHAN MURPHY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MILLIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MONIKA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, NICK
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, NIOMI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, OMAR
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, PALOMA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, RANDY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, RAYNAL
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, REYNA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROBERT AND LORETTA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROENICE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROSALVA M
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROSE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, ROSELA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SALLY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SARAI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SEAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SIERRA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SONIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SONIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SUSANA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TANIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TANYA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TERESITA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, VIVI
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, WILHELMINA
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ-CASTILLO, TERE
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ-PEREZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GONZALEZ-POSE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GOOCH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GOOCH, AMY
ADDRESS AVAILABLE UPON REQUEST

GOOCH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GOOCH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GOOCH, GERRI
ADDRESS AVAILABLE UPON REQUEST

GOOCH, KAYE
ADDRESS AVAILABLE UPON REQUEST

GOOCH, KRISTI
ADDRESS AVAILABLE UPON REQUEST

GOOCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOOCH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOOCH, RENEE
ADDRESS AVAILABLE UPON REQUEST

GOOD CARMA LLC
638 LINDERO CANYON RD  106
OAK PARK, CA  91377

GOOD CHINA STAR
ADDRESS UNAVAILABLE AT TIME OF FILING

GOOD SPIRITS DISTRIBUTING LLC
4280 WEST WINDMILL LANE  103
LAS VEGAS, NV  89139

GOOD, AMY
ADDRESS AVAILABLE UPON REQUEST

GOOD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GOOD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GOOD, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

GOOD, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GOOD, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GOOD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GOOD, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GOOD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GOOD, DANNY
ADDRESS AVAILABLE UPON REQUEST

GOOD, DARA
ADDRESS AVAILABLE UPON REQUEST

GOOD, DIONISIA
ADDRESS AVAILABLE UPON REQUEST

GOOD, DR LARRY
ADDRESS AVAILABLE UPON REQUEST

GOOD, GINA
ADDRESS AVAILABLE UPON REQUEST

GOOD, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOOD, LIANA
ADDRESS AVAILABLE UPON REQUEST

GOOD, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

GOOD, MIA
ADDRESS AVAILABLE UPON REQUEST

GOOD, MYA
ADDRESS AVAILABLE UPON REQUEST

GOOD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOOD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOOD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GOOD, TYROID
ADDRESS AVAILABLE UPON REQUEST

GOODACRE, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOODALE, TERRI
ADDRESS AVAILABLE UPON REQUEST

GOODALL, PENNI
ADDRESS AVAILABLE UPON REQUEST

GOODALL, SPENCER
ADDRESS AVAILABLE UPON REQUEST

GOODBAR, JOMI
ADDRESS AVAILABLE UPON REQUEST

GOODCHILD, AIDAN
ADDRESS AVAILABLE UPON REQUEST

GOOD-COHN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GOODE, AMANDA-MARIE
ADDRESS AVAILABLE UPON REQUEST

GOODE, AMY
ADDRESS AVAILABLE UPON REQUEST

GOODE, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOODE, FAYTH
ADDRESS AVAILABLE UPON REQUEST

GOODE, MARK
ADDRESS AVAILABLE UPON REQUEST

GOODE, ROGER & LINDA
ADDRESS AVAILABLE UPON REQUEST

GOODEARLE, MARY
ADDRESS AVAILABLE UPON REQUEST

GOODE-BIGELOW, MIGNON
ADDRESS AVAILABLE UPON REQUEST

GOODELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

GOODELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

GOODELL, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

GOODELL, MARY
ADDRESS AVAILABLE UPON REQUEST

GOODELL, PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

GOODELL, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

GOODEN, AARON
ADDRESS AVAILABLE UPON REQUEST

GOODEN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GOODEW, MARIA
ADDRESS AVAILABLE UPON REQUEST

GOODFRED, DONNA
ADDRESS AVAILABLE UPON REQUEST

GOODHILE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GOODHIND, KERI
ADDRESS AVAILABLE UPON REQUEST

GOODHUE, BETSY
ADDRESS AVAILABLE UPON REQUEST

GOODHUE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOODHUE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

GOODHUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOODHUE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GOODIN, KERMAN
ADDRESS AVAILABLE UPON REQUEST

GOODIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOODIN, REGGIE
ADDRESS AVAILABLE UPON REQUEST

GOODING, DAVID
ADDRESS AVAILABLE UPON REQUEST

GOODING, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, DENYSE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, GARRET
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KADIE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KAILYN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KELSEY MARIE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, LUCY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, PENNY
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GOODMAN, WHITE
ADDRESS AVAILABLE UPON REQUEST

GOODMON, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

GOODNER, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

GOODNIGHT, JOLIE
ADDRESS AVAILABLE UPON REQUEST

GOODNIGHT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GOODNIGHT, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

GOODREAU, MADDY
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, DANNI
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, MERISSA
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

GOODRICH, STACY
ADDRESS AVAILABLE UPON REQUEST

GOODRIDGE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GOODRIDGE, NIKI
ADDRESS AVAILABLE UPON REQUEST

GOODRIDGE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GOODRUM, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GOODS, CINDY
ADDRESS AVAILABLE UPON REQUEST

GOODSITE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GOODSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

GOODSON, JADA
ADDRESS AVAILABLE UPON REQUEST

GOODSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GOODSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GOODSON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GOODSPEED, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOODSTEIN, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

GOODWATER, JEANNE
ADDRESS AVAILABLE UPON REQUEST

GOODWATER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, CARI
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, COREY
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, CURTIS
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, DANNY
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, DANYAL
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ELLE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ERIC
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, IDRIS
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, IRWIN
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, JANET
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, JOSH
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, KENDALL
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, MADELYN
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, PAULINE
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, TARA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, TED
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, TRACI
ADDRESS AVAILABLE UPON REQUEST

GOODWIN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GOODWIN-THOMPSON, JOCILYN
ADDRESS AVAILABLE UPON REQUEST

GOODYEAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOODYEAR, ERIN
ADDRESS AVAILABLE UPON REQUEST

GOODYEAR, JANE
ADDRESS AVAILABLE UPON REQUEST

GOODYEAR, SANDY
ADDRESS AVAILABLE UPON REQUEST

GOOGLE STORAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

GOOGLE, INC
DEPT. 33654 P.O. BOX 39000
SAN FRANCISCO, CA  94139

GOOGLE, INC
DEPT. 33654
P.O. BOX 39000
SAN FRANCISCO, CA  94139

GOOGLE, INC
GOOGLE HQ
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA  94043

GOOKIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GOOLSBY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOONEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

GOOP INC.
212 26TH STREET, STE 206
LOS ANGELES, CA  90402

GOORLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GOOSBY, MELANEY
ADDRESS AVAILABLE UPON REQUEST

GOOSEN, RYLEE
ADDRESS AVAILABLE UPON REQUEST

GOOSENBERG, HALLIE
ADDRESS AVAILABLE UPON REQUEST

GOOSSENS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GOOTEE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GOPAL, SHREYA
ADDRESS AVAILABLE UPON REQUEST

GOPALAKRISHNAN, ANAGA DEVI
ADDRESS AVAILABLE UPON REQUEST

GOPALAN, TANYA
ADDRESS AVAILABLE UPON REQUEST

GOPEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GOPI MARGAM
ADDRESS AVAILABLE UPON REQUEST

GOPICHUND, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GOPIE, DJ
ADDRESS AVAILABLE UPON REQUEST

GOPINATHAN, VINOTH
ADDRESS AVAILABLE UPON REQUEST

GOPISETTY, SANJANA
ADDRESS AVAILABLE UPON REQUEST

GOPLEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOPRO
ADDRESS UNAVAILABLE AT TIME OF FILING

GORA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GORAB, BETH
ADDRESS AVAILABLE UPON REQUEST

GORAB, DOREEN
ADDRESS AVAILABLE UPON REQUEST

GORACKE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GORAL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

GORAL, KAYCIE
ADDRESS AVAILABLE UPON REQUEST

GORANSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GORANSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GORAVANCHI, BABAK
ADDRESS AVAILABLE UPON REQUEST

GORBEL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GORBERG, ELISE
ADDRESS AVAILABLE UPON REQUEST

GORBETT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GORBUTT, TAWN
ADDRESS AVAILABLE UPON REQUEST

GORCH, ALYCE
ADDRESS AVAILABLE UPON REQUEST

GORDEN, MARIA
ADDRESS AVAILABLE UPON REQUEST

GORDER FLEMING, MARNE
ADDRESS AVAILABLE UPON REQUEST

GORDER, MORNA
ADDRESS AVAILABLE UPON REQUEST

GORDESNTEIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GORDIEVSKY, JULIA STARLA
ADDRESS AVAILABLE UPON REQUEST

GORDILLO, MARYLIZA
ADDRESS AVAILABLE UPON REQUEST

GORDIUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GORDON BIERSCH
ADDRESS AVAILABLE UPON REQUEST

GORDON J FOLSE
ADDRESS AVAILABLE UPON REQUEST

GORDON LOGISTICS, LLC
305 FORBES BLVD.
MANSFIELD, MA  02048

GORDON LUK
ADDRESS AVAILABLE UPON REQUEST

GORDON MACMILLAN
ADDRESS AVAILABLE UPON REQUEST

GORDON MONTGOMERY
ADDRESS AVAILABLE UPON REQUEST

GORDON NG
ADDRESS AVAILABLE UPON REQUEST

GORDON OBRIEN
ADDRESS AVAILABLE UPON REQUEST

GORDON REES SCULLY MANSUKHANI LLP
1111 BROADWAY SUITE 1700
OAKLAND, CA 94607

GORDON SCOTT GERTISER
ADDRESS AVAILABLE UPON REQUEST

GORDON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GORDON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GORDON, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GORDON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GORDON, ALICE
ADDRESS AVAILABLE UPON REQUEST

GORDON, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

GORDON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, ASHTON
ADDRESS AVAILABLE UPON REQUEST

GORDON, BETH
ADDRESS AVAILABLE UPON REQUEST

GORDON, BLAIR
ADDRESS AVAILABLE UPON REQUEST

GORDON, BRAD
ADDRESS AVAILABLE UPON REQUEST

GORDON, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GORDON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, CARL
ADDRESS AVAILABLE UPON REQUEST

GORDON, CARLY
ADDRESS AVAILABLE UPON REQUEST

GORDON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GORDON, CASEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GORDON, CHARM
ADDRESS AVAILABLE UPON REQUEST

GORDON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GORDON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GORDON, DAN
ADDRESS AVAILABLE UPON REQUEST

GORDON, DARRYL
ADDRESS AVAILABLE UPON REQUEST

GORDON, DAVANN
ADDRESS AVAILABLE UPON REQUEST

GORDON, DAVID
ADDRESS AVAILABLE UPON REQUEST

GORDON, DENISE
ADDRESS AVAILABLE UPON REQUEST

GORDON, DINA
ADDRESS AVAILABLE UPON REQUEST

GORDON, EBONY
ADDRESS AVAILABLE UPON REQUEST

GORDON, ELISHA
ADDRESS AVAILABLE UPON REQUEST

GORDON, ELISHA
ADDRESS AVAILABLE UPON REQUEST

GORDON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GORDON, ELLIE
ADDRESS AVAILABLE UPON REQUEST

GORDON, EMILY
ADDRESS AVAILABLE UPON REQUEST

GORDON, ERIN
ADDRESS AVAILABLE UPON REQUEST

GORDON, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

GORDON, GRIFFEN
ADDRESS AVAILABLE UPON REQUEST

GORDON, GUIRLAINE
ADDRESS AVAILABLE UPON REQUEST

GORDON, HALEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, HARA
ADDRESS AVAILABLE UPON REQUEST

GORDON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GORDON, JAMES
ADDRESS AVAILABLE UPON REQUEST

GORDON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GORDON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GORDON, JESSE
ADDRESS AVAILABLE UPON REQUEST

GORDON, JULIA
ADDRESS AVAILABLE UPON REQUEST

GORDON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GORDON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GORDON, KATLYN
ADDRESS AVAILABLE UPON REQUEST

GORDON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GORDON, KERIN
ADDRESS AVAILABLE UPON REQUEST

GORDON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GORDON, KIRBY
ADDRESS AVAILABLE UPON REQUEST

GORDON, KIRSTY
ADDRESS AVAILABLE UPON REQUEST

GORDON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GORDON, LAURA
ADDRESS AVAILABLE UPON REQUEST

GORDON, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

GORDON, LEE
ADDRESS AVAILABLE UPON REQUEST

GORDON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GORDON, LURDYS
ADDRESS AVAILABLE UPON REQUEST

GORDON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GORDON, MARA
ADDRESS AVAILABLE UPON REQUEST

GORDON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GORDON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GORDON, MARY
ADDRESS AVAILABLE UPON REQUEST

GORDON, MARY
ADDRESS AVAILABLE UPON REQUEST

GORDON, MAX
ADDRESS AVAILABLE UPON REQUEST

GORDON, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GORDON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GORDON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GORDON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GORDON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GORDON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GORDON, MISTY
ADDRESS AVAILABLE UPON REQUEST

GORDON, NATOYA
ADDRESS AVAILABLE UPON REQUEST

GORDON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GORDON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GORDON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GORDON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GORDON, REMY
ADDRESS AVAILABLE UPON REQUEST

GORDON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GORDON, ROSWELL
ADDRESS AVAILABLE UPON REQUEST

GORDON, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

GORDON, RUKIYA
ADDRESS AVAILABLE UPON REQUEST

GORDON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GORDON, SARAH
ADDRESS AVAILABLE UPON REQUEST

GORDON, SAVIONNE
ADDRESS AVAILABLE UPON REQUEST

GORDON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GORDON, SHARI
ADDRESS AVAILABLE UPON REQUEST

GORDON, SHERY
ADDRESS AVAILABLE UPON REQUEST

GORDON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GORDON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GORDON, SUE
ADDRESS AVAILABLE UPON REQUEST

GORDON, TAMMI
ADDRESS AVAILABLE UPON REQUEST

GORDON, TANYA
ADDRESS AVAILABLE UPON REQUEST

GORDON, TANYA
ADDRESS AVAILABLE UPON REQUEST

GORDON, TERESA
ADDRESS AVAILABLE UPON REQUEST

GORDON, THEODORE
ADDRESS AVAILABLE UPON REQUEST

GORDON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

GORDON-GARCIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GORDON-SCOTT, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

GORDOVER, FAINA
ADDRESS AVAILABLE UPON REQUEST

GORDY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GORE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GORE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

GORE, BRIANNE RUGGIERO
ADDRESS AVAILABLE UPON REQUEST

GORE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GORE, DONNA
ADDRESS AVAILABLE UPON REQUEST

GORE, GRACE
ADDRESS AVAILABLE UPON REQUEST

GORE, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

GORE, JAMI
ADDRESS AVAILABLE UPON REQUEST

GORE, JELENA
ADDRESS AVAILABLE UPON REQUEST

GORE, KATIE
ADDRESS AVAILABLE UPON REQUEST

GORE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GORE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GORE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GORE, RUSS
ADDRESS AVAILABLE UPON REQUEST

GORE, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GORE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GORE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GORE, TANYA
ADDRESS AVAILABLE UPON REQUEST

GORE, TAYLER
ADDRESS AVAILABLE UPON REQUEST

GORE, WAYMAN
ADDRESS AVAILABLE UPON REQUEST

GORE, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

GORECKI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GOREE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GORELICK, JASON
ADDRESS AVAILABLE UPON REQUEST

GOREN, ERAN
ADDRESS AVAILABLE UPON REQUEST

GOREN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

GORENSTEIN, ERIC
ADDRESS AVAILABLE UPON REQUEST

GOREY, BAILY
ADDRESS AVAILABLE UPON REQUEST

GORGANO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GORGE, ALEC
ADDRESS AVAILABLE UPON REQUEST

GORGENYI, KYLIE
ADDRESS AVAILABLE UPON REQUEST

GORHAM, FALLON
ADDRESS AVAILABLE UPON REQUEST

GORHAM, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GORHAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GORIE, DANNI & MEGAN
ADDRESS AVAILABLE UPON REQUEST

GORIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GORIS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GORIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GORJANA & GRIFFIN
3275 LAGUNA CANYON RD, R1
LAGUNA BEACH, CA 92651

GORJI, KYLA
ADDRESS AVAILABLE UPON REQUEST

GORKA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GORKA, EDYTA
ADDRESS AVAILABLE UPON REQUEST

GORKA, PAM
ADDRESS AVAILABLE UPON REQUEST

GORKOWSKI, RAMY
ADDRESS AVAILABLE UPON REQUEST

GORLA, MARIA
ADDRESS AVAILABLE UPON REQUEST

GORMALLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

GORMAN DENBY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GORMAN GROUP INTERNATIONAL, LLC
16930 W CATAWBA AVE STE 202
CORNELIUS, NC  28031

GORMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GORMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GORMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GORMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GORMAN, JACK
ADDRESS AVAILABLE UPON REQUEST

GORMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GORMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KAILEIGH
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KAM
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GORMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GORMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GORMAN, LUCILE
ADDRESS AVAILABLE UPON REQUEST

GORMAN, MARGOT
ADDRESS AVAILABLE UPON REQUEST

GORMAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GORMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GORMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GORMAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

GORMAN, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GORMAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GORMISKY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GORMLEY, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

GORMLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GORMLEY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GORMLY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GORNALL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GORNIAK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GORNOWICZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

GORODESKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOROG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GOROKHOVSKAIA, YANA
ADDRESS AVAILABLE UPON REQUEST

GORON, JESSI
ADDRESS AVAILABLE UPON REQUEST

GOROSAVE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

GORRELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GORRELL, AMY
ADDRESS AVAILABLE UPON REQUEST

GORRELL, CARROLL
ADDRESS AVAILABLE UPON REQUEST

GORRELL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GORRELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GORRINGE,, ERIN
ADDRESS AVAILABLE UPON REQUEST

GORRIVAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GORRY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GORSHKOVA, JULIA
ADDRESS AVAILABLE UPON REQUEST

GORSKI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GORSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GORSKI, MALLERY
ADDRESS AVAILABLE UPON REQUEST

GORSKI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GORSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GORSKI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GORSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GORSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GORSKI, WAYNE
ADDRESS AVAILABLE UPON REQUEST

GORSKY, SARA
ADDRESS AVAILABLE UPON REQUEST

GORSKY, SHIRA
ADDRESS AVAILABLE UPON REQUEST

GORSUCH, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GORSUCH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GORTIKOV, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GORTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GORTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GORTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

GORTOWSKI, LEAH
ADDRESS AVAILABLE UPON REQUEST

GOSAI, VEENA
ADDRESS AVAILABLE UPON REQUEST

GOSAKWATTANA, SUTHAROS
ADDRESS AVAILABLE UPON REQUEST

GOSCH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GOSCHE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOSE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GOSENSON, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

GOSET, JANE
ADDRESS AVAILABLE UPON REQUEST

GOSHEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GOSHERT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GOSIKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOSLA, CALVIN
ADDRESS AVAILABLE UPON REQUEST

GOSMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GOSNELL JACKSON, GRACIE
ADDRESS AVAILABLE UPON REQUEST

GOSNELL, IVY
ADDRESS AVAILABLE UPON REQUEST

GOSNEY, TRICIA
ADDRESS AVAILABLE UPON REQUEST

GOSPODINOVA, ELENA
ADDRESS AVAILABLE UPON REQUEST

GOSS, AMBER
ADDRESS AVAILABLE UPON REQUEST

GOSS, BRIGID
ADDRESS AVAILABLE UPON REQUEST

GOSS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GOSS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

GOSS, DEVYN
ADDRESS AVAILABLE UPON REQUEST

GOSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GOSS, JULIA
ADDRESS AVAILABLE UPON REQUEST

GOSS, KATIE
ADDRESS AVAILABLE UPON REQUEST

GOSS, MALONI
ADDRESS AVAILABLE UPON REQUEST

GOSS, MARY
ADDRESS AVAILABLE UPON REQUEST

GOSS, MEARA
ADDRESS AVAILABLE UPON REQUEST

GOSS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOSS, NORA
ADDRESS AVAILABLE UPON REQUEST

GOSS, PAUL
ADDRESS AVAILABLE UPON REQUEST

GOSS, RENEE
ADDRESS AVAILABLE UPON REQUEST

GOSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

GOSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

GOSS, SHANE
ADDRESS AVAILABLE UPON REQUEST

GOSS, SHERI
ADDRESS AVAILABLE UPON REQUEST

GOSS, TRINITY
ADDRESS AVAILABLE UPON REQUEST

GOSSAGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOSSAR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOSSARD, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GOSSELIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOSSELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOSSEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOSSENS, MARIA
ADDRESS AVAILABLE UPON REQUEST

GOSSERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOSSET, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GOSSETT, JILL
ADDRESS AVAILABLE UPON REQUEST

GOSSETT, JOAN
ADDRESS AVAILABLE UPON REQUEST

GOSSETT, REBEKAH ROSE
ADDRESS AVAILABLE UPON REQUEST

GOSSETT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GOSSLIN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GOSSMAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

GOSTENIK, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOSTOMSKI, KARA
ADDRESS AVAILABLE UPON REQUEST

GOSTYUNINA, YANA
ADDRESS AVAILABLE UPON REQUEST

GOSWAMI, NEHA
ADDRESS AVAILABLE UPON REQUEST

GOSWICK, KARIE
ADDRESS AVAILABLE UPON REQUEST

GOSWILLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GOSZ, EVAN
ADDRESS AVAILABLE UPON REQUEST

GOTAY, LUIS
ADDRESS AVAILABLE UPON REQUEST

GOTFRIED, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GOTGI, NIDHI
ADDRESS AVAILABLE UPON REQUEST

GOTHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOTHAM, FRANK
ADDRESS AVAILABLE UPON REQUEST

GOTHAMIST,LLC
200 RIVERSIDE BLVD  19D
NEW YORK, NY  10069

GOTHAMIST,LLC
PO BOX 510
NEW YORK, NY  10012

GOTHARD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GOTHBERG, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GOTHOT, VICKEY
ADDRESS AVAILABLE UPON REQUEST

GOTO, KAZUYUKI
ADDRESS AVAILABLE UPON REQUEST

GOTSCH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

GOTT, GEORGE
ADDRESS AVAILABLE UPON REQUEST

GOTTA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GOTTARDI, CLAUDIO
ADDRESS AVAILABLE UPON REQUEST

GOTTAS-HAMMAN, TIA
ADDRESS AVAILABLE UPON REQUEST

GOTTCENT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GOTTESMAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GOTTFREID, THERESE
ADDRESS AVAILABLE UPON REQUEST

GOTTFRIED, LESLIE
ADDRESS AVAILABLE UPON REQUEST

GOTTHARDT, MADISON
ADDRESS AVAILABLE UPON REQUEST

GOTTILLA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GOTTLIEB, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOTTLIEB, RONALD
ADDRESS AVAILABLE UPON REQUEST

GOTTLIEB, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GOTTLIEB, ZACH
ADDRESS AVAILABLE UPON REQUEST

GOTTSCH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOTTSCHALK, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GOTTSELIG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOTTWALD, JOSEF
ADDRESS AVAILABLE UPON REQUEST

GOTUR, DIANA
ADDRESS AVAILABLE UPON REQUEST

GOTWALD, JOLENE
ADDRESS AVAILABLE UPON REQUEST

GOTWALT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOTZMER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GOUARD, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

GOUBEAUX, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOUDARZI, SAMIRA
ADDRESS AVAILABLE UPON REQUEST

GOUDARZI, YAASMIN
ADDRESS AVAILABLE UPON REQUEST

GOUDREAU, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GOUDY, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GOUDY, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

GOUGER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GOUGH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GOUGH, DONNA
ADDRESS AVAILABLE UPON REQUEST

GOUGH, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

GOUGH, KELLY
ADDRESS AVAILABLE UPON REQUEST

GOUGH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

GOUGH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GOUGHNOUR, STEVIE
ADDRESS AVAILABLE UPON REQUEST

GOULART, LISA
ADDRESS AVAILABLE UPON REQUEST

GOULART, MAURA
ADDRESS AVAILABLE UPON REQUEST

GOULD, ALISSA
ADDRESS AVAILABLE UPON REQUEST

GOULD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GOULD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GOULD, CAMDEN
ADDRESS AVAILABLE UPON REQUEST

GOULD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GOULD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GOULD, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GOULD, GENE
ADDRESS AVAILABLE UPON REQUEST

GOULD, GRETA
ADDRESS AVAILABLE UPON REQUEST

GOULD, HALLIE
ADDRESS AVAILABLE UPON REQUEST

GOULD, JERYL
ADDRESS AVAILABLE UPON REQUEST

GOULD, KATHY
ADDRESS AVAILABLE UPON REQUEST

GOULD, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GOULD, LISA
ADDRESS AVAILABLE UPON REQUEST

GOULD, LISA
ADDRESS AVAILABLE UPON REQUEST

GOULD, MADISON
ADDRESS AVAILABLE UPON REQUEST

GOULD, MARGOT
ADDRESS AVAILABLE UPON REQUEST

GOULD, MARIE
ADDRESS AVAILABLE UPON REQUEST

GOULD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GOULD, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

GOULD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GOULD, SARA
ADDRESS AVAILABLE UPON REQUEST

GOULD, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GOULD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GOULDER, KEITH
ADDRESS AVAILABLE UPON REQUEST

GOULDIE, JAANA
ADDRESS AVAILABLE UPON REQUEST

GOULDSBROUGH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GOULET, MAURA
ADDRESS AVAILABLE UPON REQUEST

GOULET, SARA
ADDRESS AVAILABLE UPON REQUEST

GOUMMIH, MAJIDA
ADDRESS AVAILABLE UPON REQUEST

GOURAV PATEL
ADDRESS AVAILABLE UPON REQUEST

GOURD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GOURINOVITCH, IGOR
ADDRESS AVAILABLE UPON REQUEST

GOURLAY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GOURLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GOURMET ADVENTURES INC
716 SUNRISE DR
LYONS, CO  80540

GOURMET FOOD SOLUTIONS INC. (ART OF
CARAMEL)
3824 SOUTH SANTA FE AVE.  5
VERNON, CA  90058

GOURNAK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GOURNIC, HOPE
ADDRESS AVAILABLE UPON REQUEST

GOUSE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GOUSHEFF, HRIPSI
ADDRESS AVAILABLE UPON REQUEST

GOUSSARD, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

GOUVEIA, KAILEY
ADDRESS AVAILABLE UPON REQUEST

GOUWENS, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

GOVAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GOVAN, D
ADDRESS AVAILABLE UPON REQUEST

GOVAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

GOVANNON, TALIESIN
ADDRESS AVAILABLE UPON REQUEST

GOVARDHAN MUTHIGI
ADDRESS AVAILABLE UPON REQUEST

GOVE, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GOVEA-AYALA, ALMA
ADDRESS AVAILABLE UPON REQUEST

GOVEKAR, LINDA
ADDRESS AVAILABLE UPON REQUEST

GOVER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GOVEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GOVIG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GOVIN, RICKY
ADDRESS AVAILABLE UPON REQUEST

GOVINDALURI, SONALI
ADDRESS AVAILABLE UPON REQUEST

GOVIRAL INC.
1108-383 RICHMOND STREET
LONDON, ON  N6A 3C4
CANADA

GOVONI, LISA
ADDRESS AVAILABLE UPON REQUEST

GOWAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GOWARD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GOWARTY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GOWDA, KAREN
ADDRESS AVAILABLE UPON REQUEST

GOWDY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GOWDY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GOWEN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GOWEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GOWEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

GOWEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

GOWENS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GOWENS, STACIA
ADDRESS AVAILABLE UPON REQUEST

GOWER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GOWER, GRACE
ADDRESS AVAILABLE UPON REQUEST

GOWER, TODD
ADDRESS AVAILABLE UPON REQUEST

GOWING, CALLIE
ADDRESS AVAILABLE UPON REQUEST

GOWINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GOWTON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GOY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GOYAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

GOYAL, ADITYA
ADDRESS AVAILABLE UPON REQUEST

GOYAL, APARNA
ADDRESS AVAILABLE UPON REQUEST

GOYAL, NIDHI
ADDRESS AVAILABLE UPON REQUEST

GOYAL, ROHAN
ADDRESS AVAILABLE UPON REQUEST

GOYAL, TARUN
ADDRESS AVAILABLE UPON REQUEST

GOYANKO, AVEEDA
ADDRESS AVAILABLE UPON REQUEST

GOYCOCHEA, JENNY
ADDRESS AVAILABLE UPON REQUEST

GOYER-, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GOYET, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

GOYKHMAN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

GOYNES, TROY
ADDRESS AVAILABLE UPON REQUEST

GOZALO, BORJA
ADDRESS AVAILABLE UPON REQUEST

GP INTERNATIONAL LLC.
39252 WINCHESTER RD.  107-400
MURRIETA, CA  92563

GR, MARCELLE
ADDRESS AVAILABLE UPON REQUEST

GR0.COM LLC
12405 VENICE BLVD,  340
LOS ANGELES, CA  90066

GRAAFF, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GRABA, TODD
ADDRESS AVAILABLE UPON REQUEST

GRABAS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GRABBATIN, BOB
ADDRESS AVAILABLE UPON REQUEST

GRABBE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GRABEL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GRABENSTETTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRABER, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

GRABER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

GRABER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRABER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GRABER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GRABILL, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRABIN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

GRABINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRABINSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

GRABLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRABLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, JAKE
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, JOE
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, JON
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, MARC
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GRABOWSKI, WALTER
ADDRESS AVAILABLE UPON REQUEST

GRABSTALD, DAVID
ADDRESS AVAILABLE UPON REQUEST

GRACE AGUIRRE
ADDRESS AVAILABLE UPON REQUEST

GRACE ALMEIDA
ADDRESS AVAILABLE UPON REQUEST

GRACE ANNE ORBAN
ADDRESS AVAILABLE UPON REQUEST

GRACE ATWOOD
ADDRESS AVAILABLE UPON REQUEST

GRACE LEE
ADDRESS AVAILABLE UPON REQUEST

GRACE LYMAN
ADDRESS AVAILABLE UPON REQUEST

GRACE QUESADA
ADDRESS AVAILABLE UPON REQUEST

GRACE VAN INWEGEN
ADDRESS AVAILABLE UPON REQUEST

GRACE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRACE, ANJU
ADDRESS AVAILABLE UPON REQUEST

GRACE, BEANIE
ADDRESS AVAILABLE UPON REQUEST

GRACE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GRACE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GRACE, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

GRACE, CHAQUETTA
ADDRESS AVAILABLE UPON REQUEST

GRACE, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

GRACE, EVANGELINE
ADDRESS AVAILABLE UPON REQUEST

GRACE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GRACE, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRACE, KIMAYA
ADDRESS AVAILABLE UPON REQUEST

GRACE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

GRACE, MADISON
ADDRESS AVAILABLE UPON REQUEST

GRACE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

GRACE, MARY  H
ADDRESS AVAILABLE UPON REQUEST

GRACE, MARY
ADDRESS AVAILABLE UPON REQUEST

GRACE, MARY
ADDRESS AVAILABLE UPON REQUEST

GRACE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GRACE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GRACE, NOLAN
ADDRESS AVAILABLE UPON REQUEST

GRACE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRACE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRACE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRACEN BEDWELL
ADDRESS AVAILABLE UPON REQUEST

GRACEWAY TRADING COMPANY (TURKS AND CAICOS)
9505 NW 108TH AVE
MEDLEY, FL  33178

GRACEY COCKRAM
ADDRESS AVAILABLE UPON REQUEST

GRACE F, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRACIAN TAPIA, SOFIA
ADDRESS AVAILABLE UPON REQUEST

GRACIAS MADRE WEHO, LLC
8733 W SUNSET BLVD, SUITE 205
WEST HOLLYWOOD, CA  90069

GRACIAS MADRE WEHO, LLC
CHARLIE DARMETTA
8905 MELROSE AVENUE
WEST HOLLYWOOD, CA  90069

GRACIAS MADRE
CHARLIE DARMETTA
8905 MELROSE AVENUE
WEST HOLLYWOOD, CA  90069

GRACIELA PALACIOS
ADDRESS AVAILABLE UPON REQUEST

GRADDY, TATUM
ADDRESS AVAILABLE UPON REQUEST

GRADEL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GRADERT, DAWN
ADDRESS AVAILABLE UPON REQUEST

GRADERT, HALEY
ADDRESS AVAILABLE UPON REQUEST

GRADINARI, ANNA
ADDRESS AVAILABLE UPON REQUEST

GRADLE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

GRADNIK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRADO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRADOLF, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRADOS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GRADOVILLE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GRADY, ALENA
ADDRESS AVAILABLE UPON REQUEST

GRADY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GRADY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRADY, BECKY
ADDRESS AVAILABLE UPON REQUEST

GRADY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRADY, CHAZ
ADDRESS AVAILABLE UPON REQUEST

GRADY, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GRADY, COLLIN
ADDRESS AVAILABLE UPON REQUEST

GRADY, DAVID
ADDRESS AVAILABLE UPON REQUEST

GRADY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRADY, JAMES
ADDRESS AVAILABLE UPON REQUEST

GRADY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GRADY, JEFFRIE
ADDRESS AVAILABLE UPON REQUEST

GRADY, KURT
ADDRESS AVAILABLE UPON REQUEST

GRADY, LEAH
ADDRESS AVAILABLE UPON REQUEST

GRADY, MARY
ADDRESS AVAILABLE UPON REQUEST

GRADY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GRADY, MYLES
ADDRESS AVAILABLE UPON REQUEST

GRADY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GRADY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRADY, T
ADDRESS AVAILABLE UPON REQUEST

GRADY, TUCKER
ADDRESS AVAILABLE UPON REQUEST

GRAEBER, AMELLIA
ADDRESS AVAILABLE UPON REQUEST

GRAEBER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRAEBNER, DENISE
ADDRESS AVAILABLE UPON REQUEST

GRAEF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRAEFER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GRAEFF, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GRAF, AVERY
ADDRESS AVAILABLE UPON REQUEST

GRAF, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GRAF, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRAF, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

GRAF, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAFF, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GRAFF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRAFF, ANGEL
ADDRESS AVAILABLE UPON REQUEST

GRAFF, AUSTINE
ADDRESS AVAILABLE UPON REQUEST

GRAFF, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GRAFF, CURTIS
ADDRESS AVAILABLE UPON REQUEST

GRAFF, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRAFF, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRAFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAFFAM, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRAFFAREE-ROBINSON, EUDORA
ADDRESS AVAILABLE UPON REQUEST

GRAFFIUS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRAFICHE MILANI
VIA MARCONI, 17-20090
SEGRATE (MILANO)
ITALY

GRAFMILLER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GRAF-SADD, ISABEL
ADDRESS AVAILABLE UPON REQUEST

GRAGE, JENN
ADDRESS AVAILABLE UPON REQUEST

GRAGG, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GRAGG, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GRAGG, DEANNA
ADDRESS AVAILABLE UPON REQUEST

GRAGNANO, VIVI
ADDRESS AVAILABLE UPON REQUEST

GRAH, NANCY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM BERGIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM DESIGN LLC
138 E FRONT ST 5
HATTIESBURG, MS 39401

GRAHAM N GILBERT
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ALVILDA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, AMY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ARIEL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, AUBREY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, AURORA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, BETH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, BETH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, BYRON
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CINDY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CODY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, COURTNEE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, CRIS
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, DEAN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, DESIREE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, DIANA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, DIANA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, EQUANA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, GENNA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, GERALD
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, GRACE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, GUNNAR
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JILL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JILL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, KAITLYN AND ALASTER
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, KARYSON
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, KATHY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, KELSEA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LENA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LISA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LIZ
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LUCAS
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, LYNN
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MALLORY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MILLIE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, NICK
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, PAUL
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, PAULA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, ROWENA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SHARON
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SPENCER
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TANYA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TANYA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TARA
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, TREY
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GRAHAM, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GRAHAME, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GRAHL, JILIAN
ADDRESS AVAILABLE UPON REQUEST

GRAHL, KYLA
ADDRESS AVAILABLE UPON REQUEST

GRAHL, TRACY
ADDRESS AVAILABLE UPON REQUEST

GRAHN WINES
245 WILLOW GREEN PL
SANTA ROSA, CA  95403

GRAIF HOLD FOR GUEST, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAINGER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GRAJALES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GRAJALES, JACOB
ADDRESS AVAILABLE UPON REQUEST

GRAJCZAK, PETER
ADDRESS AVAILABLE UPON REQUEST

GRAJEDA, SYDNEE
ADDRESS AVAILABLE UPON REQUEST

GRALINO, LESLEY
ADDRESS AVAILABLE UPON REQUEST

GRAMAJO, DAVID
ADDRESS AVAILABLE UPON REQUEST

GRAMAJO, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GRAMCKO, SARA
ADDRESS AVAILABLE UPON REQUEST

GRAMLEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GRAMLICH, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GRAMLICH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRAMMATIKOPOULOU, ELENI
ADDRESS AVAILABLE UPON REQUEST

GRAMMER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GRAMMER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GRAMMER, RYAN
ADDRESS AVAILABLE UPON REQUEST

GRAMPS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GRAMS, SKYE
ADDRESS AVAILABLE UPON REQUEST

GRAMZA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRAN, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

GRANADA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

GRANADILLO, MARIA
ADDRESS AVAILABLE UPON REQUEST

GRANADO, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GRANADOS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

GRANADOS, EDGAR
ADDRESS AVAILABLE UPON REQUEST

GRANADOS, PAULINO
ADDRESS AVAILABLE UPON REQUEST

GRANAHAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

GRANAHAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GRANATO, FELICIA
ADDRESS AVAILABLE UPON REQUEST

GRANATO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRANATO, KATHY
ADDRESS AVAILABLE UPON REQUEST

GRANATO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRANBERG, KJERSTI
ADDRESS AVAILABLE UPON REQUEST

GRANBY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GRANBY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

GRANBY, TERESA
ADDRESS AVAILABLE UPON REQUEST

GRAND, CARLY
ADDRESS AVAILABLE UPON REQUEST

GRANDA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GRANDAISY BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

GRANDAS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GRANDE, BILL
ADDRESS AVAILABLE UPON REQUEST

GRANDE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GRANDELL, CHRISANDA
ADDRESS AVAILABLE UPON REQUEST

GRANDEO, ANITA
ADDRESS AVAILABLE UPON REQUEST

GRANDINETTE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRANDINETTI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRANDIS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

GRANDISON- AKINYOOYE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRANDJEAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GRAND-LEJANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRANDMAIRE, JANICE
ADDRESS AVAILABLE UPON REQUEST

GRANDO, CHRISTIANE
ADDRESS AVAILABLE UPON REQUEST

GRANDPREY, MARI
ADDRESS AVAILABLE UPON REQUEST

GRANDS VINS DE GIRONDE (G.V.G)
2, CHEMIN RIVET
SAINT LOUBES  33451
FRANCE

GRANDSTAND GLASSWARE & APPAREL
ADDRESS UNAVAILABLE AT TIME OF FILING

GRANDT, JULIA
ADDRESS AVAILABLE UPON REQUEST

GRANER, SHARON
ADDRESS AVAILABLE UPON REQUEST

GRANER, TYANNA
ADDRESS AVAILABLE UPON REQUEST

GRANFIELD, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GRANGER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GRANGER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GRANGER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GRANGER, ELIZA
ADDRESS AVAILABLE UPON REQUEST

GRANGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

GRANGER, GARY
ADDRESS AVAILABLE UPON REQUEST

GRANGER, GASTON
ADDRESS AVAILABLE UPON REQUEST

GRANGER, TONYA
ADDRESS AVAILABLE UPON REQUEST

GRANGRUTH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GRANHOLD, BRYAN
ADDRESS AVAILABLE UPON REQUEST

GRANICK, JOYCE
ADDRESS AVAILABLE UPON REQUEST

GRANICZNY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GRANIER, GINA
ADDRESS AVAILABLE UPON REQUEST

GRANILLO, MONICA
ADDRESS AVAILABLE UPON REQUEST

GRANILLO, RAUL
ADDRESS AVAILABLE UPON REQUEST

GRANJA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

GRANNAN, CHRISTIANE
ADDRESS AVAILABLE UPON REQUEST

GRANNAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

GRANNIS, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

GRANNIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRANNISS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GRANO DE ORO, SAMIELY
ADDRESS AVAILABLE UPON REQUEST

GRANO, MARTIN
ADDRESS AVAILABLE UPON REQUEST

GRANOZIO, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

GRANROTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRANSEE, RANDI
ADDRESS AVAILABLE UPON REQUEST

GRANT ANTHONY BROKER
ADDRESS AVAILABLE UPON REQUEST

GRANT C EVANS
ADDRESS AVAILABLE UPON REQUEST

GRANT CONZEN
ADDRESS AVAILABLE UPON REQUEST

GRANT JAMES MCCALLUM
ADDRESS AVAILABLE UPON REQUEST

GRANT MACDONALD CASEY
ADDRESS AVAILABLE UPON REQUEST

GRANT RICK
ADDRESS AVAILABLE UPON REQUEST

GRANT, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

GRANT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRANT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRANT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRANT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRANT, AMY
ADDRESS AVAILABLE UPON REQUEST

GRANT, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRANT, BERNICE
ADDRESS AVAILABLE UPON REQUEST

GRANT, BETSY
ADDRESS AVAILABLE UPON REQUEST

GRANT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GRANT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GRANT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRANT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GRANT, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

GRANT, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GRANT, CHANCE
ADDRESS AVAILABLE UPON REQUEST

GRANT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GRANT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GRANT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GRANT, DANDRE
ADDRESS AVAILABLE UPON REQUEST

GRANT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRANT, DAWN
ADDRESS AVAILABLE UPON REQUEST

GRANT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GRANT, DELANEY
ADDRESS AVAILABLE UPON REQUEST

GRANT, DELORES
ADDRESS AVAILABLE UPON REQUEST

GRANT, ELIYSHA
ADDRESS AVAILABLE UPON REQUEST

GRANT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRANT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRANT, EMILY
ADDRESS AVAILABLE UPON REQUEST

GRANT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GRANT, IRIS
ADDRESS AVAILABLE UPON REQUEST

GRANT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GRANT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRANT, JOE
ADDRESS AVAILABLE UPON REQUEST

GRANT, JOSH
ADDRESS AVAILABLE UPON REQUEST

GRANT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GRANT, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRANT, LAMAR
ADDRESS AVAILABLE UPON REQUEST

GRANT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GRANT, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

GRANT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GRANT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRANT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRANT, NIYA
ADDRESS AVAILABLE UPON REQUEST

GRANT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRANT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRANT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRANT, RISHANN
ADDRESS AVAILABLE UPON REQUEST

GRANT, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

GRANT, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRANT, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GRANT, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GRANT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRANT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRANT, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

GRANT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GRANT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GRANT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GRANT, TRISHANA
ADDRESS AVAILABLE UPON REQUEST

GRANT, WILFRED
ADDRESS AVAILABLE UPON REQUEST

GRANTHAM, DALLAS
ADDRESS AVAILABLE UPON REQUEST

GRANTHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRANTHAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRANTZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRANUCCI, JILL
ADDRESS AVAILABLE UPON REQUEST

GRANUCCI, LISA
ADDRESS AVAILABLE UPON REQUEST

GRANZOW, RICK
ADDRESS AVAILABLE UPON REQUEST

GRAP, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

GRAPE EXPECTATIONS - WASHINGTON
3123 142ND AVE EAST
SUMNER, WA  98390

GRAPE EXPECTATIONS, INC
1091 ESSEX AVE
RICHMOND, CA  94801

GRAPE KOREA INC.
GRAPE KOREA INC. 1F, 36-1
GYEONGGANGRO
333 BEONGIL NAMYANGJU-SI
GYEONGGI-DO
KOREA

GRAPE, CARLITTA
ADDRESS AVAILABLE UPON REQUEST

GRAPE, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

GRAPENTINE, JENNY
ADDRESS AVAILABLE UPON REQUEST

GRAPES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GRAPEVINE
ADDRESS UNAVAILABLE AT TIME OF FILING

GRAPP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GRASBERGER, JEFF
ADDRESS AVAILABLE UPON REQUEST

GRASELL, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

GRASELL, KATE
ADDRESS AVAILABLE UPON REQUEST

GRASER, STANLEY
ADDRESS AVAILABLE UPON REQUEST

GRASKEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GRASLE, KARLIE
ADDRESS AVAILABLE UPON REQUEST

GRASON, DEAN
ADDRESS AVAILABLE UPON REQUEST

GRASPO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GRASS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRASS, LEAH
ADDRESS AVAILABLE UPON REQUEST

GRASSANI, FRAN
ADDRESS AVAILABLE UPON REQUEST

GRASSE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GRASSEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GRASSEL, SAM
ADDRESS AVAILABLE UPON REQUEST

GRASSI, CARA MIA
ADDRESS AVAILABLE UPON REQUEST

GRASSI, EVAN
ADDRESS AVAILABLE UPON REQUEST

GRASSI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GRASSI, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GRASSIE, JULIA
ADDRESS AVAILABLE UPON REQUEST

GRASSMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

GRASSO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

GRASSO, DANIELA
ADDRESS AVAILABLE UPON REQUEST

GRASSO, DONNA
ADDRESS AVAILABLE UPON REQUEST

GRASSO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRASSO, NEIL
ADDRESS AVAILABLE UPON REQUEST

GRASSO, STACEY
ADDRESS AVAILABLE UPON REQUEST

GRASTON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GRATAFY
ADDRESS UNAVAILABLE AT TIME OF FILING

GRATEROL, HENRY
ADDRESS AVAILABLE UPON REQUEST

GRATES, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRATH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GRATTAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GRATTAN, LUKAS
ADDRESS AVAILABLE UPON REQUEST

GRATTI, GILBERT
ADDRESS AVAILABLE UPON REQUEST

GRATTO, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

GRATTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRATTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

GRATZ, GIANCARLO
ADDRESS AVAILABLE UPON REQUEST

GRATZ, PETER
ADDRESS AVAILABLE UPON REQUEST

GRATZEL, GAIL
ADDRESS AVAILABLE UPON REQUEST

GRATZON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

GRAU, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GRAU, CARMEN
ADDRESS AVAILABLE UPON REQUEST

GRAU, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GRAUER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GRAUER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GRAUER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRAUF, SARA
ADDRESS AVAILABLE UPON REQUEST

GRAULICH, BOB
ADDRESS AVAILABLE UPON REQUEST

GRAUMAN, ZACH
ADDRESS AVAILABLE UPON REQUEST

GRAUMAN-BOSS, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

GRAUNKE, JERRY
ADDRESS AVAILABLE UPON REQUEST

GRAUNKE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GRAVATTE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GRAVEL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

GRAVEL, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GRAVEL, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRAVELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRAVELLE, AMY
ADDRESS AVAILABLE UPON REQUEST

GRAVELY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GRAVELY, SARA
ADDRESS AVAILABLE UPON REQUEST

GRAVERAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, BRANNON
ADDRESS AVAILABLE UPON REQUEST

GRAVES, CFLS, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, DAN
ADDRESS AVAILABLE UPON REQUEST

GRAVES, DAN
ADDRESS AVAILABLE UPON REQUEST

GRAVES, DEAN
ADDRESS AVAILABLE UPON REQUEST

GRAVES, DIANE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, GEOFF
ADDRESS AVAILABLE UPON REQUEST

GRAVES, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, JAKE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRAVES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, KRISTY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, KURT
ADDRESS AVAILABLE UPON REQUEST

GRAVES, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, LORI
ADDRESS AVAILABLE UPON REQUEST

GRAVES, LORI
ADDRESS AVAILABLE UPON REQUEST

GRAVES, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

GRAVES, PAULA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, RALUCA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, RICCO
ADDRESS AVAILABLE UPON REQUEST

GRAVES, ROSE
ADDRESS AVAILABLE UPON REQUEST

GRAVES, SHADARIEYA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GRAVES, SIHOMARA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GRAVES, TREMMECI
ADDRESS AVAILABLE UPON REQUEST

GRAVES, TROY
ADDRESS AVAILABLE UPON REQUEST

GRAVESANDE, CASSIA
ADDRESS AVAILABLE UPON REQUEST

GRAVES-GILYARD, CYNAMON
ADDRESS AVAILABLE UPON REQUEST

GRAVINO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRAVINO, MARSHA
ADDRESS AVAILABLE UPON REQUEST

GRAVITT, MOLEY
ADDRESS AVAILABLE UPON REQUEST

GRAVLEE, ALEX
ADDRESS AVAILABLE UPON REQUEST

GRAVLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

GRAW, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GRAWE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRAWE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAY DOG DINER
ADDRESS UNAVAILABLE AT TIME OF FILING

GRAY HARRISON EXECUTIVE SEARCH
2016 NORTH HOWE STREET UNIT 3N
CHICAGO, IL  60614

GRAY LIFT INC
4646 E JENSEN AVE
FRESNO, CA  93725

GRAY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, AILEENA
ADDRESS AVAILABLE UPON REQUEST

GRAY, ALAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRAY, AMY
ADDRESS AVAILABLE UPON REQUEST

GRAY, AMY
ADDRESS AVAILABLE UPON REQUEST

GRAY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

GRAY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GRAY, ANN
ADDRESS AVAILABLE UPON REQUEST

GRAY, ANNA
ADDRESS AVAILABLE UPON REQUEST

GRAY, ANNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRAY, BEKA
ADDRESS AVAILABLE UPON REQUEST

GRAY, BO
ADDRESS AVAILABLE UPON REQUEST

GRAY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

GRAY, CAIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GRAY, CARON
ADDRESS AVAILABLE UPON REQUEST

GRAY, CASEY
ADDRESS AVAILABLE UPON REQUEST

GRAY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRAY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRAY, CECILY
ADDRESS AVAILABLE UPON REQUEST

GRAY, CHARLINDA
ADDRESS AVAILABLE UPON REQUEST

GRAY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GRAY, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

GRAY, CODY
ADDRESS AVAILABLE UPON REQUEST

GRAY, DAISY
ADDRESS AVAILABLE UPON REQUEST

GRAY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GRAY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GRAY, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

GRAY, DEREK
ADDRESS AVAILABLE UPON REQUEST

GRAY, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

GRAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERICA
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERIEL
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERIN D
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, GABI
ADDRESS AVAILABLE UPON REQUEST

GRAY, HAYLIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, IAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, JAMES R
ADDRESS AVAILABLE UPON REQUEST

GRAY, JANIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRAY, JERRILYN
ADDRESS AVAILABLE UPON REQUEST

GRAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRAY, JIM
ADDRESS AVAILABLE UPON REQUEST

GRAY, JOEL GERALD
ADDRESS AVAILABLE UPON REQUEST

GRAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, JOY
ADDRESS AVAILABLE UPON REQUEST

GRAY, JULIA
ADDRESS AVAILABLE UPON REQUEST

GRAY, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATHY
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, KATY
ADDRESS AVAILABLE UPON REQUEST

GRAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

GRAY, KENZIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KIM
ADDRESS AVAILABLE UPON REQUEST

GRAY, KIMBALL
ADDRESS AVAILABLE UPON REQUEST

GRAY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GRAY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GRAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GRAY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

GRAY, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRAY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

GRAY, LEONARD
ADDRESS AVAILABLE UPON REQUEST

GRAY, LYNDZI
ADDRESS AVAILABLE UPON REQUEST

GRAY, LYNN
ADDRESS AVAILABLE UPON REQUEST

GRAY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, MCKEE
ADDRESS AVAILABLE UPON REQUEST

GRAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, MELINA
ADDRESS AVAILABLE UPON REQUEST

GRAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRAY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GRAY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, NATALI
ADDRESS AVAILABLE UPON REQUEST

GRAY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, PATTI
ADDRESS AVAILABLE UPON REQUEST

GRAY, PETER
ADDRESS AVAILABLE UPON REQUEST

GRAY, PHILIP
ADDRESS AVAILABLE UPON REQUEST

GRAY, PJ
ADDRESS AVAILABLE UPON REQUEST

GRAY, RENEE
ADDRESS AVAILABLE UPON REQUEST

GRAY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRAY, RICK
ADDRESS AVAILABLE UPON REQUEST

GRAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GRAY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GRAY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GRAY, SAMYATTA
ADDRESS AVAILABLE UPON REQUEST

GRAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAY, SEAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GRAY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

GRAY, SHILOH
ADDRESS AVAILABLE UPON REQUEST

GRAY, SONJA
ADDRESS AVAILABLE UPON REQUEST

GRAY, STARR
ADDRESS AVAILABLE UPON REQUEST

GRAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GRAY, SUZY
ADDRESS AVAILABLE UPON REQUEST

GRAY, T
ADDRESS AVAILABLE UPON REQUEST

GRAY, TERENCE
ADDRESS AVAILABLE UPON REQUEST

GRAY, TIKI
ADDRESS AVAILABLE UPON REQUEST

GRAY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GRAY, TODD
ADDRESS AVAILABLE UPON REQUEST

GRAY, TOYA
ADDRESS AVAILABLE UPON REQUEST

GRAY, TRACY
ADDRESS AVAILABLE UPON REQUEST

GRAY, TYRA
ADDRESS AVAILABLE UPON REQUEST

GRAY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GRAY, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

GRAY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GRAY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

GRAYBEAL, ALLY
ADDRESS AVAILABLE UPON REQUEST

GRAYBEAL, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRAYBEAL, LEE
ADDRESS AVAILABLE UPON REQUEST

GRAYBEAL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRAYBILL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRAYBULL ORGANIC WINES - (INDIANA)
8435 GEORGETOWN ROAD, SUITE 600
INDIANAPOLIS, IN  46268

GRAYCE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRAYER, ALIYAH
ADDRESS AVAILABLE UPON REQUEST

GRAYESKI, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, CAM
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, ETHAN
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, MYLES
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, SAM
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, SANTANA
ADDRESS AVAILABLE UPON REQUEST

GRAYSON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GRAYTAYLOR, STACY
ADDRESS AVAILABLE UPON REQUEST

GRAY-VOLTZ, DIANAH
ADDRESS AVAILABLE UPON REQUEST

GRAYZEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRAZDA, MARTYNA
ADDRESS AVAILABLE UPON REQUEST

GRAZIADEI, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

GRAZIADIO, GINA
ADDRESS AVAILABLE UPON REQUEST

GRAZIANI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GRAZIANI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRAZIANO, ANNA
ADDRESS AVAILABLE UPON REQUEST

GRAZIANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRAZIANO, CARL
ADDRESS AVAILABLE UPON REQUEST

GRAZIANO, JIM
ADDRESS AVAILABLE UPON REQUEST

GRAZIANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRAZIOLI, ERICA
ADDRESS AVAILABLE UPON REQUEST

GRAZIOSE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GRAZIOSI, KYRIE
ADDRESS AVAILABLE UPON REQUEST

GRBAVAC, ALMA
ADDRESS AVAILABLE UPON REQUEST

GRBINICH-HUNT, MARGO
ADDRESS AVAILABLE UPON REQUEST

GREAGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

GREAGORI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GREANEY, MARY CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREANY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GREAT BOWERY, INC. (BERNSTEIN &
ADRIULLI)
433 BROADWAY STE 420
NEW YORK, NY  10013

GREAT LAKES BREWING COMPANY
ADDRESS UNAVAILABLE AT TIME OF FILING

GREAT LAKES WINE & SPIRITS LLC
373 VICTOR AVENUE
HIGHLAND PARK, MI  48203

GREAT LAKES WINE & SPIRITS LLC
9900 VOLTE
DETROIT, MI  48227

GREAT WEST FINANCIAL SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

GREAT WRAPS
ADDRESS UNAVAILABLE AT TIME OF FILING

GREATHEAD, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

GREATHOUSE, JANE
ADDRESS AVAILABLE UPON REQUEST

GREATHOUSE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GREATLAND CORPORATION DBA NELCO
PO BOX 1157
GRAND RAPIDS, MI  49501-1157

GREATWOOD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GREAUX, LISA
ADDRESS AVAILABLE UPON REQUEST

GREAVES, CHEVON
ADDRESS AVAILABLE UPON REQUEST

GREAVES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREAVES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREAVES, SHARON
ADDRESS AVAILABLE UPON REQUEST

GREAVU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREBENSTEIN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GREBNER, ADAM
ADDRESS AVAILABLE UPON REQUEST

GREBNER, STACIE
ADDRESS AVAILABLE UPON REQUEST

GRECH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRECHKO, ANDREY
ADDRESS AVAILABLE UPON REQUEST

GRECHKOSII, IGOR
ADDRESS AVAILABLE UPON REQUEST

GRECO, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRECO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRECO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GRECO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRECO, ELAINA
ADDRESS AVAILABLE UPON REQUEST

GRECO, EMILY
ADDRESS AVAILABLE UPON REQUEST

GRECO, GINA
ADDRESS AVAILABLE UPON REQUEST

GRECO, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRECO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRECO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GRECO, RAFFAELLA
ADDRESS AVAILABLE UPON REQUEST

GRECO, RICH
ADDRESS AVAILABLE UPON REQUEST

GREDILLA, JOSE
ADDRESS AVAILABLE UPON REQUEST

GREEAR, EMMA
ADDRESS AVAILABLE UPON REQUEST

GREEGOR/NEAL, ADRIENNE /LISA
ADDRESS AVAILABLE UPON REQUEST

GREELEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GREEN BAY PACKERS INC
ATTN: COO/GENERAL COUNSEL
1265 LOMBARDI AVE
GREEN BAY, WI  54304

GREEN BAY PACKERS INC
ATTN: COO/GENERAL COUNSEL
P.O. BOX 10628
GREEN BAY, WI  54307-0628

GREEN BAY PACKERS INC
ATTN: STAFF COUNSEL
1265 LOMBARDI AVE
GREEN BAY, WI  54304

GREEN BAY PACKERS
1265 LOMBARDI AVENUE
GREEN BAY, WI  54304

GREEN COOPER, ALVITA
ADDRESS AVAILABLE UPON REQUEST

GREEN PEAS
ADDRESS UNAVAILABLE AT TIME OF FILING

GREEN WEDDING SHOES, LLC.
3541 SWEET CLOVER ST.
THOUSAND OAKS, CA  91362

GREEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

GREEN, AJENE
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALFORD
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GREEN, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GREEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, AMY
ADDRESS AVAILABLE UPON REQUEST

GREEN, ANN M
ADDRESS AVAILABLE UPON REQUEST

GREEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GREEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GREEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GREEN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

GREEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GREEN, BEENA
ADDRESS AVAILABLE UPON REQUEST

GREEN, BELITA
ADDRESS AVAILABLE UPON REQUEST

GREEN, BETH
ADDRESS AVAILABLE UPON REQUEST

GREEN, BRAD
ADDRESS AVAILABLE UPON REQUEST

GREEN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, CAMERAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, CATHY
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHANING
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GREEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GREEN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GREEN, CODY
ADDRESS AVAILABLE UPON REQUEST

GREEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GREEN, CRISTAL
ADDRESS AVAILABLE UPON REQUEST

GREEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, DANETTE
ADDRESS AVAILABLE UPON REQUEST

GREEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GREEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GREEN, DANNY
ADDRESS AVAILABLE UPON REQUEST

GREEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

GREEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

GREEN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, DELORES
ADDRESS AVAILABLE UPON REQUEST

GREEN, DIONYSIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

GREEN, DONNIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GREEN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

GREEN, ELYSIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ERIN K.
ADDRESS AVAILABLE UPON REQUEST

GREEN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

GREEN, FRED
ADDRESS AVAILABLE UPON REQUEST

GREEN, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, GREGORIO
ADDRESS AVAILABLE UPON REQUEST

GREEN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GREEN, HERTHA
ADDRESS AVAILABLE UPON REQUEST

GREEN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GREEN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JAMAL
ADDRESS AVAILABLE UPON REQUEST

GREEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

GREEN, JANAI
ADDRESS AVAILABLE UPON REQUEST

GREEN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JENAE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JENNI
ADDRESS AVAILABLE UPON REQUEST

GREEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREEN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

GREEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, JOHNNIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

GREEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KATARINA
ADDRESS AVAILABLE UPON REQUEST

GREEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GREEN, KEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KENDALL
ADDRESS AVAILABLE UPON REQUEST

GREEN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

GREEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GREEN, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KOLT
ADDRESS AVAILABLE UPON REQUEST

GREEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

GREEN, KYANNA
ADDRESS AVAILABLE UPON REQUEST

GREEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, LARRY
ADDRESS AVAILABLE UPON REQUEST

GREEN, LATOUCHA
ADDRESS AVAILABLE UPON REQUEST

GREEN, LAUREL
ADDRESS AVAILABLE UPON REQUEST

GREEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GREEN, LAURIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, LESLIEANN
ADDRESS AVAILABLE UPON REQUEST

GREEN, LIBBY
ADDRESS AVAILABLE UPON REQUEST

GREEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, LISA
ADDRESS AVAILABLE UPON REQUEST

GREEN, LYNN
ADDRESS AVAILABLE UPON REQUEST

GREEN, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

GREEN, MARY
ADDRESS AVAILABLE UPON REQUEST

GREEN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

GREEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREEN, MELVA
ADDRESS AVAILABLE UPON REQUEST

GREEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GREEN, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GREEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GREEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GREEN, MYTAY
ADDRESS AVAILABLE UPON REQUEST

GREEN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GREEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREEN, NIKI
ADDRESS AVAILABLE UPON REQUEST

GREEN, NISHA
ADDRESS AVAILABLE UPON REQUEST

GREEN, OLLIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GREEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GREEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GREEN, REGINA
ADDRESS AVAILABLE UPON REQUEST

GREEN, RIANA
ADDRESS AVAILABLE UPON REQUEST

GREEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GREEN, SARA
ADDRESS AVAILABLE UPON REQUEST

GREEN, SARA
ADDRESS AVAILABLE UPON REQUEST

GREEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, SETH
ADDRESS AVAILABLE UPON REQUEST

GREEN, SHARNIQUE
ADDRESS AVAILABLE UPON REQUEST

GREEN, SHERRI
ADDRESS AVAILABLE UPON REQUEST

GREEN, SHREE
ADDRESS AVAILABLE UPON REQUEST

GREEN, SIERRA
ADDRESS AVAILABLE UPON REQUEST

GREEN, STANLEY
ADDRESS AVAILABLE UPON REQUEST

GREEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREEN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GREEN, STEVE
ADDRESS AVAILABLE UPON REQUEST

GREEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GREEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

GREEN, TANYA
ADDRESS AVAILABLE UPON REQUEST

GREEN, TAUKEYMA
ADDRESS AVAILABLE UPON REQUEST

GREEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GREEN, TERRA
ADDRESS AVAILABLE UPON REQUEST

GREEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GREEN, TIM
ADDRESS AVAILABLE UPON REQUEST

GREEN, TOM
ADDRESS AVAILABLE UPON REQUEST

GREEN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

GREEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GREEN, ZOE
ADDRESS AVAILABLE UPON REQUEST

GREENAMYER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GREENAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GREEN-ARAOZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREENAWAY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GREENBAUM, ERIN
ADDRESS AVAILABLE UPON REQUEST

GREENBAUM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GREENBAUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREENBAUM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, ADAM
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, CAROL
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, JO
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, JULIE
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, LAURA
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, MARC
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, MARK
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, ROBIN
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREENBERG, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GREENBERGER, TALYA
ADDRESS AVAILABLE UPON REQUEST

GREENBLAT, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREENBLATT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GREENBLATT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GREENDYK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, ALEESHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GREENE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GREENE, ALPHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, AMY
ADDRESS AVAILABLE UPON REQUEST

GREENE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

GREENE, ASHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GREENE, BREANNA
ADDRESS AVAILABLE UPON REQUEST

GREENE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GREENE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GREENE, CHEYENE
ADDRESS AVAILABLE UPON REQUEST

GREENE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GREENE, CLAY
ADDRESS AVAILABLE UPON REQUEST

GREENE, COLBY
ADDRESS AVAILABLE UPON REQUEST

GREENE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GREENE, DAWNIA
ADDRESS AVAILABLE UPON REQUEST

GREENE, DAYON
ADDRESS AVAILABLE UPON REQUEST

GREENE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GREENE, DENNISA
ADDRESS AVAILABLE UPON REQUEST

GREENE, DENVER
ADDRESS AVAILABLE UPON REQUEST

GREENE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GREENE, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREENE, GAYLIND
ADDRESS AVAILABLE UPON REQUEST

GREENE, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

GREENE, HILARY
ADDRESS AVAILABLE UPON REQUEST

GREENE, HONORIA
ADDRESS AVAILABLE UPON REQUEST

GREENE, IEISHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

GREENE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREENE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREENE, JESSI
ADDRESS AVAILABLE UPON REQUEST

GREENE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREENE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, JOAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, KARA
ADDRESS AVAILABLE UPON REQUEST

GREENE, KAREN
ADDRESS AVAILABLE UPON REQUEST

GREENE, KELLY
ADDRESS AVAILABLE UPON REQUEST

GREENE, KELLY
ADDRESS AVAILABLE UPON REQUEST

GREENE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GREENE, KIM
ADDRESS AVAILABLE UPON REQUEST

GREENE, LA'KISHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

GREENE, LISA
ADDRESS AVAILABLE UPON REQUEST

GREENE, LUCINDIA
ADDRESS AVAILABLE UPON REQUEST

GREENE, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

GREENE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GREENE, MAGAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, MARK
ADDRESS AVAILABLE UPON REQUEST

GREENE, MARLO
ADDRESS AVAILABLE UPON REQUEST

GREENE, MARTHA CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GREENE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

GREENE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREENE, MJ
ADDRESS AVAILABLE UPON REQUEST

GREENE, NANCY
ADDRESS AVAILABLE UPON REQUEST

GREENE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

GREENE, NIVEA
ADDRESS AVAILABLE UPON REQUEST

GREENE, RONALD
ADDRESS AVAILABLE UPON REQUEST

GREENE, SHARYCE
ADDRESS AVAILABLE UPON REQUEST

GREENE, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

GREENE, STACEY
ADDRESS AVAILABLE UPON REQUEST

GREENE, STACIE
ADDRESS AVAILABLE UPON REQUEST

GREENE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREENE, SUJEY
ADDRESS AVAILABLE UPON REQUEST

GREENE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GREENE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

GREENER, DAVID
ADDRESS AVAILABLE UPON REQUEST

GREENER, GUY
ADDRESS AVAILABLE UPON REQUEST

GREENFELDER, JAIDEN
ADDRESS AVAILABLE UPON REQUEST

GREENFELDER, NANNIE
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, CHLOE
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, DAVID
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, ERIN
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, LAUREL
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, MARQUIS
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREENFIELD, SIMA
ADDRESS AVAILABLE UPON REQUEST

GREENGARDEN, JESS
ADDRESS AVAILABLE UPON REQUEST

GREENHALGH, KERRIANN
ADDRESS AVAILABLE UPON REQUEST

GREENHAW, BAILEE
ADDRESS AVAILABLE UPON REQUEST

GREENHAW, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GREENHOLT, EVA
ADDRESS AVAILABLE UPON REQUEST

GREENHOLT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GREENHOUSE, HALI
ADDRESS AVAILABLE UPON REQUEST

GREENHOUSE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREENIDGE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

GREENLAND, PAUL
ADDRESS AVAILABLE UPON REQUEST

GREENLEA, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, JASON
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREENLEE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREENLEES, JUDY
ADDRESS AVAILABLE UPON REQUEST

GREENLINE
ADDRESS UNAVAILABLE AT TIME OF FILING

GREENLUND, MADISON
ADDRESS AVAILABLE UPON REQUEST

GREENMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GREENMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GREENMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GREENMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

GREENO, MONTANA
ADDRESS AVAILABLE UPON REQUEST

GREENOUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREENOUGH, KAREN
ADDRESS AVAILABLE UPON REQUEST

GREENOUGH, KELSIE
ADDRESS AVAILABLE UPON REQUEST

GREENSIDE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GREENSLADE, REX
ADDRESS AVAILABLE UPON REQUEST

GREENSLET, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GREENSLIT, JANA
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, SCHMAMY
ADDRESS AVAILABLE UPON REQUEST

GREENSPAN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

GREENSPON, GRACE
ADDRESS AVAILABLE UPON REQUEST

GREENSTEIN, ANN
ADDRESS AVAILABLE UPON REQUEST

GREENSTEIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GREENSTEIN, SHANE
ADDRESS AVAILABLE UPON REQUEST

GREENSTREET, DAVID
ADDRESS AVAILABLE UPON REQUEST

GREENWADE, JANET
ADDRESS AVAILABLE UPON REQUEST

GREENWALD  C/O IMAGE X TSG, JOAN
ADDRESS AVAILABLE UPON REQUEST

GREENWALD, AUDRIA
ADDRESS AVAILABLE UPON REQUEST

GREENWALD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GREENWALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GREENWALL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GREENWALT, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

GREENWALT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GREENWAY, GINA
ADDRESS AVAILABLE UPON REQUEST

GREENWAY, LACEY
ADDRESS AVAILABLE UPON REQUEST

GREENWAY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GREENWAY, SUMMER
ADDRESS AVAILABLE UPON REQUEST

GREENWELL, BEN
ADDRESS AVAILABLE UPON REQUEST

GREENWELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREENWELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GREENWELL, NEIL
ADDRESS AVAILABLE UPON REQUEST

GREENWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREENWICH ST TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

GREENWOOD, ALAN
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, BAILEY
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, BELINDA
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, CASEY
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, GLENN
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, GRACE
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, JANIE
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, JESS
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, KATHY
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, KATIE
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, RYLIE
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, SUANN
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GREENWOOD, TRACEE
ADDRESS AVAILABLE UPON REQUEST

GREER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GREER, BOB
ADDRESS AVAILABLE UPON REQUEST

GREER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GREER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREER, CLAUDE
ADDRESS AVAILABLE UPON REQUEST

GREER, CODY
ADDRESS AVAILABLE UPON REQUEST

GREER, GLORIA
ADDRESS AVAILABLE UPON REQUEST

GREER, JAMES
ADDRESS AVAILABLE UPON REQUEST

GREER, JAMES
ADDRESS AVAILABLE UPON REQUEST

GREER, KAMI
ADDRESS AVAILABLE UPON REQUEST

GREER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GREER, MARTI
ADDRESS AVAILABLE UPON REQUEST

GREER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GREER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GREER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GREER, NYESHA
ADDRESS AVAILABLE UPON REQUEST

GREER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GREER, WESLEYNE
ADDRESS AVAILABLE UPON REQUEST

GREESON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

GREFIN, GUILENE
ADDRESS AVAILABLE UPON REQUEST

GREG BOWERS
ADDRESS AVAILABLE UPON REQUEST

GREG DOLLARHYDE
ADDRESS AVAILABLE UPON REQUEST

GREG DYBALA
ADDRESS AVAILABLE UPON REQUEST

GREG HOWE
ADDRESS AVAILABLE UPON REQUEST

GREG LAMBERT
ADDRESS AVAILABLE UPON REQUEST

GREG LAMBERT
ADDRESS AVAILABLE UPON REQUEST

GREGG BOOKER
ADDRESS AVAILABLE UPON REQUEST

GREGG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GREGG, AMY
ADDRESS AVAILABLE UPON REQUEST

GREGG, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GREGG, CRISTA
ADDRESS AVAILABLE UPON REQUEST

GREGG, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREGG, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREGG, JENNY
ADDRESS AVAILABLE UPON REQUEST

GREGG, MARIS
ADDRESS AVAILABLE UPON REQUEST

GREGG, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

GREGG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GREGG, RACHELE
ADDRESS AVAILABLE UPON REQUEST

GREGG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GREGGERSON, TAMI
ADDRESS AVAILABLE UPON REQUEST

GREGGORY R GARRETT LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

GREGGORY, ARIN
ADDRESS AVAILABLE UPON REQUEST

GREGIE, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

GREGO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GREGO, KATIE
ADDRESS AVAILABLE UPON REQUEST

GREGOIRE, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

GREGOIRE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GREGOIRE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GREGOIRE-SMITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GREGOR, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GREGOR, AMY
ADDRESS AVAILABLE UPON REQUEST

GREGOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GREGOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREGOR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GREGORI, ANA MARIA
ADDRESS AVAILABLE UPON REQUEST

GREGORIE, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

GREGORIO, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

GREGORIO, MADISON
ADDRESS AVAILABLE UPON REQUEST

GREGORIO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GREGORIOU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREGOROVIUS, JAYME
ADDRESS AVAILABLE UPON REQUEST

GREGOROWICZ, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GREGORY ALAN JENKINS
ADDRESS AVAILABLE UPON REQUEST

GREGORY BARATOFF
ADDRESS AVAILABLE UPON REQUEST

GREGORY BILLUPS
ADDRESS AVAILABLE UPON REQUEST

GREGORY BORDELON
ADDRESS AVAILABLE UPON REQUEST

GREGORY COLLYMORE
ADDRESS AVAILABLE UPON REQUEST

GREGORY DEMETRE
ADDRESS AVAILABLE UPON REQUEST

GREGORY DUBINSKY
ADDRESS AVAILABLE UPON REQUEST

GREGORY FERGUSON HONSINGER
ADDRESS AVAILABLE UPON REQUEST

GREGORY FRYE
ADDRESS AVAILABLE UPON REQUEST

GREGORY GRAVES
ADDRESS AVAILABLE UPON REQUEST

GREGORY GRAVES
ADDRESS AVAILABLE UPON REQUEST

GREGORY HANNEY
ADDRESS AVAILABLE UPON REQUEST

GREGORY HUBACEK
ADDRESS AVAILABLE UPON REQUEST

GREGORY J THROPP
ADDRESS AVAILABLE UPON REQUEST

GREGORY J WILMOTH
ADDRESS AVAILABLE UPON REQUEST

GREGORY JONES
ADDRESS AVAILABLE UPON REQUEST

GREGORY LANE OVERMIER
ADDRESS AVAILABLE UPON REQUEST

GREGORY MCDANIEL
ADDRESS AVAILABLE UPON REQUEST

GREGORY MOON
ADDRESS AVAILABLE UPON REQUEST

GREGORY MURPHY
ADDRESS AVAILABLE UPON REQUEST

GREGORY PARKER
ADDRESS AVAILABLE UPON REQUEST

GREGORY PAUL FARAGHER
ADDRESS AVAILABLE UPON REQUEST

GREGORY RADKE
ADDRESS AVAILABLE UPON REQUEST

GREGORY RISLING
ADDRESS AVAILABLE UPON REQUEST

GREGORY RIZOS
ADDRESS AVAILABLE UPON REQUEST

GREGORY ROBERTS
ADDRESS AVAILABLE UPON REQUEST

GREGORY S HOLDER
ADDRESS AVAILABLE UPON REQUEST

GREGORY S WILSON
ADDRESS AVAILABLE UPON REQUEST

GREGORY S WOOD
ADDRESS AVAILABLE UPON REQUEST

GREGORY SAPIENZA
ADDRESS AVAILABLE UPON REQUEST

GREGORY SCHULTZ
ADDRESS AVAILABLE UPON REQUEST

GREGORY STEARNS
ADDRESS AVAILABLE UPON REQUEST

GREGORY STEPHAN
ADDRESS AVAILABLE UPON REQUEST

GREGORY TADDEO
ADDRESS AVAILABLE UPON REQUEST

GREGORY TAMARIN
ADDRESS AVAILABLE UPON REQUEST

GREGORY WESTERLUND
ADDRESS AVAILABLE UPON REQUEST

GREGORY WITKOWSKI
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ADAM
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ALISON
ADDRESS AVAILABLE UPON REQUEST

GREGORY, AMBER
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GREGORY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GREGORY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, CHASE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GREGORY, CLAIBORNE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GREGORY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ERICA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JAMES
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JILL
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JIM
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JOHN L
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, KATI
ADDRESS AVAILABLE UPON REQUEST

GREGORY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, LANE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, LORI
ADDRESS AVAILABLE UPON REQUEST

GREGORY, LORI
ADDRESS AVAILABLE UPON REQUEST

GREGORY, MARAH
ADDRESS AVAILABLE UPON REQUEST

GREGORY, MARY
ADDRESS AVAILABLE UPON REQUEST

GREGORY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GREGORY, NAQIBA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, PATTI
ADDRESS AVAILABLE UPON REQUEST

GREGORY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GREGORY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREGORY, STACIE
ADDRESS AVAILABLE UPON REQUEST

GREGORY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GREGORY, TAMEIKA
ADDRESS AVAILABLE UPON REQUEST

GREGORY, TODD AND SARAH
ADDRESS AVAILABLE UPON REQUEST

GREGORY, WYATT
ADDRESS AVAILABLE UPON REQUEST

GREGORYS COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

GREHL, MORA
ADDRESS AVAILABLE UPON REQUEST

GREIBESLAND, KATIE
ADDRESS AVAILABLE UPON REQUEST

GREIDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREIFENKAMP, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GREIFONER, TATE
ADDRESS AVAILABLE UPON REQUEST

GREIG, ALLY
ADDRESS AVAILABLE UPON REQUEST

GREIG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GREIG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GREIG, TAIT
ADDRESS AVAILABLE UPON REQUEST

GREIN, CALLIE AND JAMES
ADDRESS AVAILABLE UPON REQUEST

GREINER, JAMES
ADDRESS AVAILABLE UPON REQUEST

GREINER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

GREINER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GREINER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GREINER, NANCY
ADDRESS AVAILABLE UPON REQUEST

GREINER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREINER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GREIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GREISS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GREITENS, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRELLE, THERESA
ADDRESS AVAILABLE UPON REQUEST

GRELLER, DIANA
ADDRESS AVAILABLE UPON REQUEST

GREMILLION, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

GRENCI, LISA
ADDRESS AVAILABLE UPON REQUEST

GRENDAHL, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

GRENDON, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

GRENDZINSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

GRENIER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GRENIER, MISHA
ADDRESS AVAILABLE UPON REQUEST

GRENIER, MS. C
ADDRESS AVAILABLE UPON REQUEST

GRENIER, PETER
ADDRESS AVAILABLE UPON REQUEST

GRENN, STELLA
ADDRESS AVAILABLE UPON REQUEST

GRENNEN, MARINA
ADDRESS AVAILABLE UPON REQUEST

GRENNIER, JILL
ADDRESS AVAILABLE UPON REQUEST

GRENNING, JANICE
ADDRESS AVAILABLE UPON REQUEST

GRENOBLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRENVILLE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRENZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

GREPPI, TERESA
ADDRESS AVAILABLE UPON REQUEST

GREPPI, TERESA
ADDRESS AVAILABLE UPON REQUEST

GRES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRESBACK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRESCH, ALAN
ADDRESS AVAILABLE UPON REQUEST

GRESCH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GRESH, CINDI
ADDRESS AVAILABLE UPON REQUEST

GRESH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

GRESH, NICK
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, ALICE
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, EDWARD
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, KATE
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, KEIWANA
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, LORI
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, MARIA
ADDRESS AVAILABLE UPON REQUEST

GRESHAM, T
ADDRESS AVAILABLE UPON REQUEST

GRESK, KJERSTEN
ADDRESS AVAILABLE UPON REQUEST

GRESKAMP, HALEY
ADDRESS AVAILABLE UPON REQUEST

GRESS, BECCA
ADDRESS AVAILABLE UPON REQUEST

GRESSETT, WENDY
ADDRESS AVAILABLE UPON REQUEST

GRETCHEN HEACOCK
ADDRESS AVAILABLE UPON REQUEST

GRETCHEN THEODORAKIS
ADDRESS AVAILABLE UPON REQUEST

GRETENSTEIN, MARK
ADDRESS AVAILABLE UPON REQUEST

GRETHEL, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

GRETKA, STACEY
ADDRESS AVAILABLE UPON REQUEST

GREUBEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GREVAS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GREVE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GREVE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GREVER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GREWAL, AMBER
ADDRESS AVAILABLE UPON REQUEST

GREWAL, SUKHDEEP
ADDRESS AVAILABLE UPON REQUEST

GREWAY, JILL
ADDRESS AVAILABLE UPON REQUEST

GREWCOCK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GREWCOCK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GREY LIFT
ADDRESS UNAVAILABLE AT TIME OF FILING

GREY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GREY, CABREY
ADDRESS AVAILABLE UPON REQUEST

GREY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GREY, JOHN
ADDRESS AVAILABLE UPON REQUEST

GREY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GREY, NOAH
ADDRESS AVAILABLE UPON REQUEST

GREY, SANDY
ADDRESS AVAILABLE UPON REQUEST

GREY, SONYA
ADDRESS AVAILABLE UPON REQUEST

GREY, TERI
ADDRESS AVAILABLE UPON REQUEST

GREYPOINT, INC. (CONVOY)
1500 CENTURY SQUARE 8989 4TH AVENUE
SEATTLE, WA  98101

GREYSON TARANTINO
ADDRESS AVAILABLE UPON REQUEST

GREZLIK, CLENDORA
ADDRESS AVAILABLE UPON REQUEST

GRGAS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GRGIC, DEB
ADDRESS AVAILABLE UPON REQUEST

GRIBBEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRIBBEN, LISA
ADDRESS AVAILABLE UPON REQUEST

GRICE, ANDRE
ADDRESS AVAILABLE UPON REQUEST

GRICE, KARLY
ADDRESS AVAILABLE UPON REQUEST

GRICE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRICE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GRICE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GRICE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRIDER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GRIDLEY, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

GRIEBEL, KENDELL
ADDRESS AVAILABLE UPON REQUEST

GRIECO, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

GRIECO, KATELIN
ADDRESS AVAILABLE UPON REQUEST

GRIEGER, CARLY
ADDRESS AVAILABLE UPON REQUEST

GRIEGER, JOSH
ADDRESS AVAILABLE UPON REQUEST

GRIEGER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GRIEGER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRIEGO, MARIA
ADDRESS AVAILABLE UPON REQUEST

GRIEGO, MARY
ADDRESS AVAILABLE UPON REQUEST

GRIEP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRIER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRIER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GRIER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

GRIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRIER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GRIERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRIERSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GRIES, BRAD
ADDRESS AVAILABLE UPON REQUEST

GRIES, MARY
ADDRESS AVAILABLE UPON REQUEST

GRIESBACH, AVERY
ADDRESS AVAILABLE UPON REQUEST

GRIESDORN, AARON
ADDRESS AVAILABLE UPON REQUEST

GRIESEDIECK, KATE
ADDRESS AVAILABLE UPON REQUEST

GRIESEL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

GRIESEL, MERCY JANE
ADDRESS AVAILABLE UPON REQUEST

GRIESMYER, BETSY
ADDRESS AVAILABLE UPON REQUEST

GRIESNER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GRIEST, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GRIEVESON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

GRIFFEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

GRIFFERTY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GRIFFEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRIFFEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GRIFFIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN GREEN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, AARON
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ALISYN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ALLAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, AMY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, AVERY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, BETH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, BRENDA AND/OR TROY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, BROOKS
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, CAROLYN AND KURT
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, CARRI
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, DEEANN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, DONALD
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, EBONY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ELISE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ERON
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, GREGG
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, HEATH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JENI
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KASEY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KATLYN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KIM
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KIM
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, LAREE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, LAREE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, LUKE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MARK
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MARTIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MEG
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NAQUEYA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NICKI
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, PAGE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, REGINA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, RG
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, RISCHELLE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, SHARAE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, SHAY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, STEPHON
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, TANYA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, TESS
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, TESSA
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, WILL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

GRIFFIN-NUGENT, CAROL
ADDRESS AVAILABLE UPON REQUEST

GRIFFIS, COURTLAND
ADDRESS AVAILABLE UPON REQUEST

GRIFFIS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIS, SAGE
ADDRESS AVAILABLE UPON REQUEST

GRIFFIS, VICKI
ADDRESS AVAILABLE UPON REQUEST

GRIFFIS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ALEX
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ALISON
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ANN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, BETHANY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, BRANDI
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, CAROL
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, CATHY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, CLAY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, DANA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, DAVE AND DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, EILEEN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, GERARD
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, KALA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, KIM
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, KYRON
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, MADISON
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, MARK
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, NOEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, RAGAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, TARA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, TODD
ADDRESS AVAILABLE UPON REQUEST

GRIFFITH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, ANITA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, COLLIN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, DAVID
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, DREW
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, EM
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, LORI
ADDRESS AVAILABLE UPON REQUEST

GRIFFITHS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIFFITTS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GRIFFLER, JACOB
ADDRESS AVAILABLE UPON REQUEST

GRIGAS, AMBER
ADDRESS AVAILABLE UPON REQUEST

GRIGAS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GRIGAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRIGG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GRIGG, JAMES
ADDRESS AVAILABLE UPON REQUEST

GRIGG, JOHN BENJI
ADDRESS AVAILABLE UPON REQUEST

GRIGG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GRIGG, KRISTA
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, JAMES
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, JEN
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, NATE
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

GRIGGS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GRIGLEY, MIKENZIE
ADDRESS AVAILABLE UPON REQUEST

GRIGLIONE, ERICA
ADDRESS AVAILABLE UPON REQUEST

GRIGLIONE, JIM
ADDRESS AVAILABLE UPON REQUEST

GRIGNON, MARCI
ADDRESS AVAILABLE UPON REQUEST

GRIGOLETTI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GRIGONIS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

GRIGOR, TALINN
ADDRESS AVAILABLE UPON REQUEST

GRIGORIAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GRIGOS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRIGSBY SR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRIGSBY, CINDY
ADDRESS AVAILABLE UPON REQUEST

GRIGSBY, KYLE
ADDRESS AVAILABLE UPON REQUEST

GRIGSBY, RANDI
ADDRESS AVAILABLE UPON REQUEST

GRIJALVA, MILTON
ADDRESS AVAILABLE UPON REQUEST

GRILEY AIR FREIGHT
PO BOX 92940
LOS ANGELES, CA  90009

GRILLI, ELISA
ADDRESS AVAILABLE UPON REQUEST

GRILLION, KELLY
ADDRESS AVAILABLE UPON REQUEST

GRILLO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GRILLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRILLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRILLO, LESA
ADDRESS AVAILABLE UPON REQUEST

GRILLO, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

GRILLS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

GRILLS, JANET
ADDRESS AVAILABLE UPON REQUEST

GRILLS, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRIM, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GRIM, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GRIM, ERIKA
ADDRESS AVAILABLE UPON REQUEST

GRIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRIM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GRIMA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, ALI
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, KARLY
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, PETRICE
ADDRESS AVAILABLE UPON REQUEST

GRIMALDI, STELLA
ADDRESS AVAILABLE UPON REQUEST

GRIMALDIS PIZZA EL
ADDRESS UNAVAILABLE AT TIME OF FILING

GRIMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, AMY
ADDRESS AVAILABLE UPON REQUEST

GRIMES, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, DANA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GRIMES, EPHRIAM
ADDRESS AVAILABLE UPON REQUEST

GRIMES, EZRA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, JAMES
ADDRESS AVAILABLE UPON REQUEST

GRIMES, JESSE
ADDRESS AVAILABLE UPON REQUEST

GRIMES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GRIMES, MARIAH
ADDRESS AVAILABLE UPON REQUEST

GRIMES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, MONICA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, NICK
ADDRESS AVAILABLE UPON REQUEST

GRIMES, RAFAELA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRIMES, ROSE
ADDRESS AVAILABLE UPON REQUEST

GRIMES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GRIMLEY, JEAN
ADDRESS AVAILABLE UPON REQUEST

GRIMM, BRITTNAY
ADDRESS AVAILABLE UPON REQUEST

GRIMM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GRIMM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRIMM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRIMM, EMMA
ADDRESS AVAILABLE UPON REQUEST

GRIMM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GRIMM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GRIMM, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GRIMM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GRIMM, SEAN
ADDRESS AVAILABLE UPON REQUEST

GRIMM, SHERRI
ADDRESS AVAILABLE UPON REQUEST

GRIMMEL, JULIA
ADDRESS AVAILABLE UPON REQUEST

GRIMMER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRIMMER, CURT
ADDRESS AVAILABLE UPON REQUEST

GRIMMETT, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GRIMMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRIMPEL, JUDY
ADDRESS AVAILABLE UPON REQUEST

GRIMSHAW, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

GRIMSRUD, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GRIMSTAD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GRIN TECHNOLOGIES, INC.
400 CAPITOL MALL STE 900
SACRAMENTO, CA 95814

GRINACOFF, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

GRINAM, RONDENE
ADDRESS AVAILABLE UPON REQUEST

GRINAR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GRINBERG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRINDELE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRINDELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRINDER, KALI
ADDRESS AVAILABLE UPON REQUEST

GRINDLE, AMITY
ADDRESS AVAILABLE UPON REQUEST

GRINDLEY, LUCAS
ADDRESS AVAILABLE UPON REQUEST

GRINDR, LLC
750 N SAN VICENTE BLVD SUITE RE 1400
WEST HOLLYWOOD, CA 90069

GRINDR, LLC
PO BOX 69414
WEST HOLLYWOOD, CA 90069

GRINDROD, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GRINDSTAFF, DYLAN
ADDRESS AVAILABLE UPON REQUEST

GRINER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRINER, EVAN
ADDRESS AVAILABLE UPON REQUEST

GRINFELD, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

GRINKE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GRINKER, TERESA
ADDRESS AVAILABLE UPON REQUEST

GRINNELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GRINNELL, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

GRINOLDS, TYLER
ADDRESS AVAILABLE UPON REQUEST

GRINSPAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GRINSPAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GRINSTEAD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GRINSTEAD, GINA
ADDRESS AVAILABLE UPON REQUEST

GRINSTEINNER, DAN
ADDRESS AVAILABLE UPON REQUEST

GRINSTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRINTER, ALISON
ADDRESS AVAILABLE UPON REQUEST

GRIPP, CURT
ADDRESS AVAILABLE UPON REQUEST

GRIPPO, ALYSON
ADDRESS AVAILABLE UPON REQUEST

GRIPPO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRISBACK, KEN
ADDRESS AVAILABLE UPON REQUEST

GRISDELA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GRISDELA, PHIL
ADDRESS AVAILABLE UPON REQUEST

GRISE, SARA
ADDRESS AVAILABLE UPON REQUEST

GRISEL, SHERRIL
ADDRESS AVAILABLE UPON REQUEST

GRISETA, KILEY
ADDRESS AVAILABLE UPON REQUEST

GRISH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GRISHAM, ABBY
ADDRESS AVAILABLE UPON REQUEST

GRISHAM, BRANDI
ADDRESS AVAILABLE UPON REQUEST

GRISHAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GRISHAM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GRISHAM, NIKKI
ADDRESS AVAILABLE UPON REQUEST

GRISHKOFF, KELLEN
ADDRESS AVAILABLE UPON REQUEST

GRISKIE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRISNICH, SHARON
ADDRESS AVAILABLE UPON REQUEST

GRISOLANO, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRISSEL, JOALENE
ADDRESS AVAILABLE UPON REQUEST

GRISSINGER, RENAE
ADDRESS AVAILABLE UPON REQUEST

GRISSOM, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

GRISSOM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRISSOM, REESE
ADDRESS AVAILABLE UPON REQUEST

GRISSOM, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

GRISSOM, TERESA
ADDRESS AVAILABLE UPON REQUEST

GRIST, ASHLYNNE
ADDRESS AVAILABLE UPON REQUEST

GRISTICK, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, JOELLE
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, LEANNE
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, MARY
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, MELIA
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, SALLY
ADDRESS AVAILABLE UPON REQUEST

GRISWOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRIT COLLECTIVE
7728 AGNEW AVE
LOS ANGELES, CA 90045

GRITTEN, DESMOND
ADDRESS AVAILABLE UPON REQUEST

GRITTMANN, DEREK
ADDRESS AVAILABLE UPON REQUEST

GRITZMACHER, KELLI
ADDRESS AVAILABLE UPON REQUEST

GRITZUK, BILL
ADDRESS AVAILABLE UPON REQUEST

GRIX, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

GRIXTI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GRIZZLE, CAROL
ADDRESS AVAILABLE UPON REQUEST

GRNDR LLC
6725 W. SUNSET BLVD STE 110
LOS ANGELES, CA 90028

GROAT, CICI
ADDRESS AVAILABLE UPON REQUEST

GROAT, GARY
ADDRESS AVAILABLE UPON REQUEST

GROB, JOHN
ADDRESS AVAILABLE UPON REQUEST

GROB, WAYNE
ADDRESS AVAILABLE UPON REQUEST

GROBAN, BEN
ADDRESS AVAILABLE UPON REQUEST

GROBAN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

GROBATY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GROBE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GROBE, TYLER JACKIE
ADDRESS AVAILABLE UPON REQUEST

GROBELNY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GROBLER, ROELENE
ADDRESS AVAILABLE UPON REQUEST

GROCH, GEMMA
ADDRESS AVAILABLE UPON REQUEST

GROCHMAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GRODE, JULIE
ADDRESS AVAILABLE UPON REQUEST

GRODSKY C/O FEDERAL EXPRESS,
MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRODY, SAM
ADDRESS AVAILABLE UPON REQUEST

GROEBER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GROEBNER, SAVANHA
ADDRESS AVAILABLE UPON REQUEST

GROEGER, WENDY
ADDRESS AVAILABLE UPON REQUEST

GROEGLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GROEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

GROEN, DESIREE
ADDRESS AVAILABLE UPON REQUEST

GROEN, JANET
ADDRESS AVAILABLE UPON REQUEST

GROENEVELD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GROETZINGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GROFF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GROFF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GROFF, CALLI
ADDRESS AVAILABLE UPON REQUEST

GROFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

GROFF, DEVON
ADDRESS AVAILABLE UPON REQUEST

GROFF, GWEN
ADDRESS AVAILABLE UPON REQUEST

GROFF, JAMES
ADDRESS AVAILABLE UPON REQUEST

GROFF, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

GROFF, KELLY
ADDRESS AVAILABLE UPON REQUEST

GROGAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

GROGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GROGAN, JANET
ADDRESS AVAILABLE UPON REQUEST

GROGAN, KACEY
ADDRESS AVAILABLE UPON REQUEST

GROGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GROGAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GROGAN, PAULA
ADDRESS AVAILABLE UPON REQUEST

GROGAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GROGAN, SARA
ADDRESS AVAILABLE UPON REQUEST

GROGAN, TIMI
ADDRESS AVAILABLE UPON REQUEST

GROGG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GROGG, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

GROGGER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GROH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GROHMAN, BLAZE
ADDRESS AVAILABLE UPON REQUEST

GROHOVSKY, ALEX
ADDRESS AVAILABLE UPON REQUEST

GROLEAU, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GROLL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GROLL, TERESA
ADDRESS AVAILABLE UPON REQUEST

GROMADZKI, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

GROMAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

GROMELSKI, ANNAROSE
ADDRESS AVAILABLE UPON REQUEST

GROMET, MATT
ADDRESS AVAILABLE UPON REQUEST

GROMIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GROMMERSCH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GROMPONE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GRONBERG, GARRETT
ADDRESS AVAILABLE UPON REQUEST

GRONDIN, CELINA
ADDRESS AVAILABLE UPON REQUEST

GRONDSKI, EVAN
ADDRESS AVAILABLE UPON REQUEST

GRONEMAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

GRONEMEYER, ANNA
ADDRESS AVAILABLE UPON REQUEST

GRONET, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRONEWOLD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRONHOLZ, BEATA
ADDRESS AVAILABLE UPON REQUEST

GRONNEGAARD, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

GRONOW, CARLY
ADDRESS AVAILABLE UPON REQUEST

GRONOWSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRONQUIST, AUGUSTA
ADDRESS AVAILABLE UPON REQUEST

GROOD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GROOM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GROOM, LORI
ADDRESS AVAILABLE UPON REQUEST

GROOM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GROOMS, ALISON
ADDRESS AVAILABLE UPON REQUEST

GROOMS, ALISON
ADDRESS AVAILABLE UPON REQUEST

GROOMS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GROOMS, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

GROOMS, SAM
ADDRESS AVAILABLE UPON REQUEST

GROOMS, SUZY
ADDRESS AVAILABLE UPON REQUEST

GROOVER, SHARI
ADDRESS AVAILABLE UPON REQUEST

GROPP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GROSBERG, GREG
ADDRESS AVAILABLE UPON REQUEST

GROSCH, DARRELL
ADDRESS AVAILABLE UPON REQUEST

GROSCH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GROSE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GROSE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GROSECLOSE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GROSENBECK, KELLY
ADDRESS AVAILABLE UPON REQUEST

GROSENHEIDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GROSER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GROSH, JARED
ADDRESS AVAILABLE UPON REQUEST

GROSH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GROSHOLZ, DANNY
ADDRESS AVAILABLE UPON REQUEST

GROSJEAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GROSJEAN, KATY
ADDRESS AVAILABLE UPON REQUEST

GROSKI, JODI
ADDRESS AVAILABLE UPON REQUEST

GROSKOPF WAREHOUSE & LOGISTICS
20580 8TH ST E
SONOMA, CA  95476

GROSKOPF, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GROSS SAMUELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

GROSS, ABBY
ADDRESS AVAILABLE UPON REQUEST

GROSS, ALAN
ADDRESS AVAILABLE UPON REQUEST

GROSS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GROSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GROSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GROSS, ANA
ADDRESS AVAILABLE UPON REQUEST

GROSS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GROSS, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

GROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GROSS, ASHLI
ADDRESS AVAILABLE UPON REQUEST

GROSS, BETH
ADDRESS AVAILABLE UPON REQUEST

GROSS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GROSS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GROSS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GROSS, DALE
ADDRESS AVAILABLE UPON REQUEST

GROSS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

GROSS, ELIANA
ADDRESS AVAILABLE UPON REQUEST

GROSS, ERIN
ADDRESS AVAILABLE UPON REQUEST

GROSS, EVAN
ADDRESS AVAILABLE UPON REQUEST

GROSS, FREDDIE
ADDRESS AVAILABLE UPON REQUEST

GROSS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

GROSS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

GROSS, IAN
ADDRESS AVAILABLE UPON REQUEST

GROSS, JAMES
ADDRESS AVAILABLE UPON REQUEST

GROSS, JANICE
ADDRESS AVAILABLE UPON REQUEST

GROSS, JARED
ADDRESS AVAILABLE UPON REQUEST

GROSS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GROSS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GROSS, JOHANNES
ADDRESS AVAILABLE UPON REQUEST

GROSS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

GROSS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GROSS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GROSS, KATIE
ADDRESS AVAILABLE UPON REQUEST

GROSS, KATIE
ADDRESS AVAILABLE UPON REQUEST

GROSS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GROSS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GROSS, KYLE
ADDRESS AVAILABLE UPON REQUEST

GROSS, LAURA
ADDRESS AVAILABLE UPON REQUEST

GROSS, M
ADDRESS AVAILABLE UPON REQUEST

GROSS, MADALIN
ADDRESS AVAILABLE UPON REQUEST

GROSS, MARIA
ADDRESS AVAILABLE UPON REQUEST

GROSS, MARLA
ADDRESS AVAILABLE UPON REQUEST

GROSS, MAX
ADDRESS AVAILABLE UPON REQUEST

GROSS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GROSS, MELINA
ADDRESS AVAILABLE UPON REQUEST

GROSS, NICK
ADDRESS AVAILABLE UPON REQUEST

GROSS, NINA
ADDRESS AVAILABLE UPON REQUEST

GROSS, NV
ADDRESS AVAILABLE UPON REQUEST

GROSS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GROSS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GROSS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GROSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GROSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

GROSS, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

GROSS, SHANNA
ADDRESS AVAILABLE UPON REQUEST

GROSS, SONJA
ADDRESS AVAILABLE UPON REQUEST

GROSS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GROSS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GROSS, WILL
ADDRESS AVAILABLE UPON REQUEST

GROSS/SCHMIECH, BILL AND COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GROSSBOHLIN, MARY
ADDRESS AVAILABLE UPON REQUEST

GROSSE, CYRIL
ADDRESS AVAILABLE UPON REQUEST

GROSSE, ERICA
ADDRESS AVAILABLE UPON REQUEST

GROSSE, MARI
ADDRESS AVAILABLE UPON REQUEST

GROSSENBACHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GROSSHANDLER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GROSSHANTEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GROSSHART, CODY
ADDRESS AVAILABLE UPON REQUEST

GROSSI JR, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

GROSSI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GROSSI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GROSSI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GROSSICH, KEITH
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, GERSHON
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, HELENE
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, JANE
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, MERLE
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, MICAH
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, NORA
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, SARA J.
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, STUART
ADDRESS AVAILABLE UPON REQUEST

GROSSMAN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

GROSSNICKLE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

GROSSO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GROSSO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GROSSPIETSCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

GROTE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GROTE, CARTER
ADDRESS AVAILABLE UPON REQUEST

GROTE, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

GROTE, MARY
ADDRESS AVAILABLE UPON REQUEST

GROTH, JEAN
ADDRESS AVAILABLE UPON REQUEST

GROTH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GROTH, SARA
ADDRESS AVAILABLE UPON REQUEST

GROTH, THERESA
ADDRESS AVAILABLE UPON REQUEST

GROTHE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

GROTHE, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GROTHE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GROTHER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

GROTHJAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GROTTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GROTTKE, KARA
ADDRESS AVAILABLE UPON REQUEST

GROTTO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GROTZKY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GROUND, JOHNATHON
ADDRESS AVAILABLE UPON REQUEST

GROUNDS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GROUNDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GROUNDS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GROUNDWORK COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

GROUP, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GROUP, SLATER
ADDRESS AVAILABLE UPON REQUEST

GROUPHIGH
ADDRESS UNAVAILABLE AT TIME OF FILING

GROUPON, INC.
ATTN: ACCOUNTS RECEIVABLE
600 W. CHICAGO AVE, SUITE 400
CHICAGO, IL 60654

GROUSSET, RICH
ADDRESS AVAILABLE UPON REQUEST

GROUT, JASON
ADDRESS AVAILABLE UPON REQUEST

GROVE, ANA MARIA
ADDRESS AVAILABLE UPON REQUEST

GROVE, AUBREE
ADDRESS AVAILABLE UPON REQUEST

GROVE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

GROVE, CARTER
ADDRESS AVAILABLE UPON REQUEST

GROVE, CINDI
ADDRESS AVAILABLE UPON REQUEST

GROVE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GROVE, JASON
ADDRESS AVAILABLE UPON REQUEST

GROVE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GROVE, LORI
ADDRESS AVAILABLE UPON REQUEST

GROVE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GROVER, AMY
ADDRESS AVAILABLE UPON REQUEST

GROVER, ANITA
ADDRESS AVAILABLE UPON REQUEST

GROVER, BRINDA
ADDRESS AVAILABLE UPON REQUEST

GROVER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GROVER, KAREN
ADDRESS AVAILABLE UPON REQUEST

GROVER, KATIE
ADDRESS AVAILABLE UPON REQUEST

GROVER, LAKSHAY
ADDRESS AVAILABLE UPON REQUEST

GROVER, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

GROVER, MELODY
ADDRESS AVAILABLE UPON REQUEST

GROVER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

GROVER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GROVERMAN, PETER
ADDRESS AVAILABLE UPON REQUEST

GROVES, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

GROVES, BRIEANNA
ADDRESS AVAILABLE UPON REQUEST

GROVES, CARL
ADDRESS AVAILABLE UPON REQUEST

GROVES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GROVES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GROVES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GROVES, LOUISE
ADDRESS AVAILABLE UPON REQUEST

GROVES, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GROVES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

GROVES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GROVES, SHAWN
ADDRESS AVAILABLE UPON REQUEST

GROVES, WESLEY
ADDRESS AVAILABLE UPON REQUEST

GROVES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

GROW PRODUCE SHOP, INC.; GROW
MARKET (LOS ANGELES)
300 S SANTA FE AVE. SUITE C
LOS ANGELES, CA 90013

GROW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GROW, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GROW, STEVE
ADDRESS AVAILABLE UPON REQUEST

GROWER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GROWETTE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GROZANICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GROZIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GRSKOVIC, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GRSKOVIC, ROSARIE
ADDRESS AVAILABLE UPON REQUEST

GRUB HUB
ADDRESS UNAVAILABLE AT TIME OF FILING

GRUBAUGH, KENT
ADDRESS AVAILABLE UPON REQUEST

GRUBAUGH, MIA
ADDRESS AVAILABLE UPON REQUEST

GRUBAUGH, SUMMER
ADDRESS AVAILABLE UPON REQUEST

GRUBB, DENISE
ADDRESS AVAILABLE UPON REQUEST

GRUBB, FRANCES
ADDRESS AVAILABLE UPON REQUEST

GRUBB, JOHN
ADDRESS AVAILABLE UPON REQUEST

GRUBB, LIZ
ADDRESS AVAILABLE UPON REQUEST

GRUBB, NITA
ADDRESS AVAILABLE UPON REQUEST

GRUBB, RICHARD
ADDRESS AVAILABLE UPON REQUEST

GRUBB, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GRUBB, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

GRUBB, TRISHA
ADDRESS AVAILABLE UPON REQUEST

GRUBBA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRUBBS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GRUBBS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

GRUBBS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRUBBS, SAIDA
ADDRESS AVAILABLE UPON REQUEST

GRUBE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRUBEL, SUNDY
ADDRESS AVAILABLE UPON REQUEST

GRUBER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

GRUBER, CHARLA
ADDRESS AVAILABLE UPON REQUEST

GRUBER, DOREEN
ADDRESS AVAILABLE UPON REQUEST

GRUBER, ERIK
ADDRESS AVAILABLE UPON REQUEST

GRUBER, JULIA
ADDRESS AVAILABLE UPON REQUEST

GRUBER, LORI
ADDRESS AVAILABLE UPON REQUEST

GRUBER, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

GRUBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GRUBER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GRUBER, PHIL
ADDRESS AVAILABLE UPON REQUEST

GRUBER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

GRUBER, STACEY
ADDRESS AVAILABLE UPON REQUEST

GRUBER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GRUBER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GRUBISH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GRUBISIC, AMY
ADDRESS AVAILABLE UPON REQUEST

GRUCHACZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GRUDEVA, BOZHANA
ADDRESS AVAILABLE UPON REQUEST

GRUDIER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

GRUDINSKAS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GRUEN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GRUEN, MARY
ADDRESS AVAILABLE UPON REQUEST

GRUENBAUM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GRUENDLER-LADNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GRUENER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GRUENEWALD, CARYL
ADDRESS AVAILABLE UPON REQUEST

GRUENINGER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

GRUENSTERN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GRUESSER, BOB
ADDRESS AVAILABLE UPON REQUEST

GRUETERICH, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

GRUETTER, STEVE
ADDRESS AVAILABLE UPON REQUEST

GRUETTNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

GROGAN, JOEY
ADDRESS AVAILABLE UPON REQUEST

GRUGAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GRUJA, PAULA
ADDRESS AVAILABLE UPON REQUEST

GRUJIC, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GRULKE, SARA
ADDRESS AVAILABLE UPON REQUEST

GRULKOWSKI, DARCY
ADDRESS AVAILABLE UPON REQUEST

GRULLON, WENDY
ADDRESS AVAILABLE UPON REQUEST

GRUMME, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GRUNBERG, EMMA
ADDRESS AVAILABLE UPON REQUEST

GRUNBERG, JASON
ADDRESS AVAILABLE UPON REQUEST

GRUND, AMY
ADDRESS AVAILABLE UPON REQUEST

GRUND, NANCY
ADDRESS AVAILABLE UPON REQUEST

GRUNDEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRUNDMAN, HADLEY
ADDRESS AVAILABLE UPON REQUEST

GRUNDMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GRUNENFELDER, MIRJAM
ADDRESS AVAILABLE UPON REQUEST

GRUNERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

GRUNERT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GRUNEWALD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GRUNEWALD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GRUNEWALD, SADIE
ADDRESS AVAILABLE UPON REQUEST

GRUPE, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

GRUSHETSKY, ANNE
ADDRESS AVAILABLE UPON REQUEST

GRUSS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GRUSSING, MALEAH
ADDRESS AVAILABLE UPON REQUEST

GRUSSING, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

GRUSSMARK, LORI
ADDRESS AVAILABLE UPON REQUEST

GRUSZCYNSKI, JENNA
ADDRESS AVAILABLE UPON REQUEST

GRUTTADAURIA, ALEXEI
ADDRESS AVAILABLE UPON REQUEST

GRUTTADAURIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GROWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRYBINAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

GRYCZON, ALEKS
ADDRESS AVAILABLE UPON REQUEST

GRYDER, GARLYN
ADDRESS AVAILABLE UPON REQUEST

GRYGELKO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GRYGIENC, KERI
ADDRESS AVAILABLE UPON REQUEST

GRYKA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GRYLL, DR. STEVEN
ADDRESS AVAILABLE UPON REQUEST

GRYSZKA, LEE ANNE
ADDRESS AVAILABLE UPON REQUEST

GRZASKO, MARTIN
ADDRESS AVAILABLE UPON REQUEST

GRZECZKA, LISA
ADDRESS AVAILABLE UPON REQUEST

GRZEGORZ MIROSLAW BANACH
ADDRESS AVAILABLE UPON REQUEST

GRZENDA, ERICA
ADDRESS AVAILABLE UPON REQUEST

GRZENDA, JOELLE
ADDRESS AVAILABLE UPON REQUEST

GRZENDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GRZENDA, MONICA
ADDRESS AVAILABLE UPON REQUEST

GRZENIA, DANA
ADDRESS AVAILABLE UPON REQUEST

GRZESIAK, RAY
ADDRESS AVAILABLE UPON REQUEST

GRZYBEK, RALPH
ADDRESS AVAILABLE UPON REQUEST

GRZYBOWSKI, ERNEST
ADDRESS AVAILABLE UPON REQUEST

GRZYBOWSKI, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

GRZYBOWSKI, SARAH JEAN
ADDRESS AVAILABLE UPON REQUEST

GRZYCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GRZYWACZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GS1 US, INC.
DEPT 781271 PO BOX 78000
DETROIT, MI  48278-1271

GSTALDER, ROGER
ADDRESS AVAILABLE UPON REQUEST

GTALV-6098, JOSE ARDON
ADDRESS AVAILABLE UPON REQUEST

GU, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

GU, QINYI
ADDRESS AVAILABLE UPON REQUEST

GUADAGNINO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GUADAGNO, LOUISA
ADDRESS AVAILABLE UPON REQUEST

GUADERRAMA, ANA
ADDRESS AVAILABLE UPON REQUEST

GUADIANA, WENDY
ADDRESS AVAILABLE UPON REQUEST

GUAGLIANONE, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GUAJARDO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GUALAZZI, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

GUALAZZI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GUALDRON, MARIA
ADDRESS AVAILABLE UPON REQUEST

GUALTIERI, CATERINA
ADDRESS AVAILABLE UPON REQUEST

GUALTIERI, SARAH
ADDRESS AVAILABLE UPON REQUEST

GUAM ATTORNEY GENERAL
ADMINISTRATION DIVISION
590 S MARINE CORPS DR, STE 901
TAMUNING, GU  96913

GUAM DEPT OF LABOR
414 WEST SOLEDAD AVE
SUITE 400 (4TH FLOOR)
GCIC BUILDING
HAGATNA, GU  96910

GUAMAN ALVAREZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

GUAN, TIANRONG
ADDRESS AVAILABLE UPON REQUEST

GUAN, WIN
ADDRESS AVAILABLE UPON REQUEST

GUAN, YICHAO
ADDRESS AVAILABLE UPON REQUEST

GUANCHE, ALIETH
ADDRESS AVAILABLE UPON REQUEST

GUANUNA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

GUARAGNA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GUARALDO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUARDADO, MARILYN
ADDRESS AVAILABLE UPON REQUEST

GUARDADO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

GUARDIOLA MALDONADO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

GUARIGLIA, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

GUARIGLIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUARINI, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GUARINO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GUARINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GUARINO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GUARINO, LARRY
ADDRESS AVAILABLE UPON REQUEST

GUARINO, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

GUARINO, MARIE
ADDRESS AVAILABLE UPON REQUEST

GUARINO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GUARINO, STACEY
ADDRESS AVAILABLE UPON REQUEST

GUARINO, TIEL
ADDRESS AVAILABLE UPON REQUEST

GUARISCO, SARA
ADDRESS AVAILABLE UPON REQUEST

GUARNIERI, ERIN
ADDRESS AVAILABLE UPON REQUEST

GUARNIERI, JANET
ADDRESS AVAILABLE UPON REQUEST

GUARNIERI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GUARRASI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GUASTELLA, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GUASTELLA, STEPHANIE J.
ADDRESS AVAILABLE UPON REQUEST

GUASTELLA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GUASUMBA, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

GUATY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GUAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUAY, MARY
ADDRESS AVAILABLE UPON REQUEST

GUAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

GUAY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUAY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GUBB, KATE
ADDRESS AVAILABLE UPON REQUEST

GUBBALA, RAMPRASAD
ADDRESS AVAILABLE UPON REQUEST

GUBBELS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GUBBELS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

GUBERNAT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GUBERNATH, LAURIE
ADDRESS AVAILABLE UPON REQUEST

GUBITOSI, THERESA
ADDRESS AVAILABLE UPON REQUEST

GUBITZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

GUBLER, TORY
ADDRESS AVAILABLE UPON REQUEST

GUBSER, VICKI
ADDRESS AVAILABLE UPON REQUEST

GUCCIO, ANTHONY&MAYRA
ADDRESS AVAILABLE UPON REQUEST

GUCCIONE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GUCHU, SHINGIRAI
ADDRESS AVAILABLE UPON REQUEST

GUCKER, SARA
ADDRESS AVAILABLE UPON REQUEST

GUCKIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUCKIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GUDALRWICZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

GUDEMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GUDENKAUF, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GUDGEL, JENNA
ADDRESS AVAILABLE UPON REQUEST

GUDIKANDULA, KISHOREKUMAR
ADDRESS AVAILABLE UPON REQUEST

GUDIM, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

GUDIMETLA, VISHNU
ADDRESS AVAILABLE UPON REQUEST

GUDRUN, KARIN
ADDRESS AVAILABLE UPON REQUEST

GUDUR PENTA, SREEDHAR REDDY
ADDRESS AVAILABLE UPON REQUEST

GUDZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

GUDZINSKAS, REGINA
ADDRESS AVAILABLE UPON REQUEST

GUE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GUEBARA, DIANA
ADDRESS AVAILABLE UPON REQUEST

GUEDES, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GUEDEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

GUEL, YAJAYRA
ADDRESS AVAILABLE UPON REQUEST

GUELKER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GUELORD MPAGAZIHE
ADDRESS AVAILABLE UPON REQUEST

GUEMPEL, SUNI
ADDRESS AVAILABLE UPON REQUEST

GUENDEL, NATALIA
ADDRESS AVAILABLE UPON REQUEST

GUENETTE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, DANNY
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, EVA
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

GUENTHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GUERIN, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

GUERIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GUERIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

GUERIN, RILEY
ADDRESS AVAILABLE UPON REQUEST

GUERINI, ALAN
ADDRESS AVAILABLE UPON REQUEST

GUERRA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GUERRA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GUERRA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUERRA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUERRA, CASEY
ADDRESS AVAILABLE UPON REQUEST

GUERRA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GUERRA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GUERRA, DIEGO
ADDRESS AVAILABLE UPON REQUEST

GUERRA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GUERRA, HILLARY
ADDRESS AVAILABLE UPON REQUEST

GUERRA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

GUERRA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GUERRA, MARY
ADDRESS AVAILABLE UPON REQUEST

GUERRA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

GUERRAZZI, GEMMA
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, ABBIE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, ALMA
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, BELEN
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, ERIC
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, FELIPE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, GERMAN
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, HANNA
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, JAYMEE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GUERRERO, RUBEN
ADDRESS AVAILABLE UPON REQUEST

GUERRERO-WIEST, GEMMA
ADDRESS AVAILABLE UPON REQUEST

GUERRETTE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

GUERRIER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GUERRIERI, KELLY
ADDRESS AVAILABLE UPON REQUEST

GUERRIN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GUERRO, FRANK
ADDRESS AVAILABLE UPON REQUEST

GUERTIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GUERTIN, POLINA
ADDRESS AVAILABLE UPON REQUEST

GUESE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GUESNON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

GUESS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GUESSFORD, ELISE
ADDRESS AVAILABLE UPON REQUEST

GUEST BORN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUEST, ERICA
ADDRESS AVAILABLE UPON REQUEST

GUEST, HOWARD
ADDRESS AVAILABLE UPON REQUEST

GUEST, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

GUEST, LEXIE
ADDRESS AVAILABLE UPON REQUEST

GUEST, MADISON
ADDRESS AVAILABLE UPON REQUEST

GUEST, MELANIE
ADDRESS AVAILABLE UPON REQUEST

GUETTLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

GUETTLER, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, DYLAN
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, IRIS
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, JORGE
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, LISETTE
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, MIA
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, RAYVON
ADDRESS AVAILABLE UPON REQUEST

GUEVARA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GUEVARA-RAMOS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

GUEVAREZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUEVAREZ, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

GUEVARRA, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

GUEZ, BETH
ADDRESS AVAILABLE UPON REQUEST

GUFF, DREW
ADDRESS AVAILABLE UPON REQUEST

GUFFEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GUFFY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

GUFTA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

GUGERTY, MARIA
ADDRESS AVAILABLE UPON REQUEST

GUGGENBERGER, ADAM
ADDRESS AVAILABLE UPON REQUEST

GUGGENHEIM, ELLEN
ADDRESS AVAILABLE UPON REQUEST

GUGGENHEIMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GUGGISBERG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

GUGLIELMI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GUGLIELMO, JULIA
ADDRESS AVAILABLE UPON REQUEST

GUGLIELMO, NEIL
ADDRESS AVAILABLE UPON REQUEST

GUGLIELMONI, LAURA
ADDRESS AVAILABLE UPON REQUEST

GUGLIELMONI, LORELLE
ADDRESS AVAILABLE UPON REQUEST

GUGLIN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GUGLIOTTA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GUGLIUZZA, ROBYN
ADDRESS AVAILABLE UPON REQUEST

GUGLIUZZA, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GUHA-GILFORD, CIARAN
ADDRESS AVAILABLE UPON REQUEST

GUHL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GUHL, KATIE
ADDRESS AVAILABLE UPON REQUEST

GUI, XIAOSHU
ADDRESS AVAILABLE UPON REQUEST

GUIA, LUPE
ADDRESS AVAILABLE UPON REQUEST

GUIAO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GUIBERSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUIBERT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GUICE, ETHAN
ADDRESS AVAILABLE UPON REQUEST

GUIDA, DAVID
ADDRESS AVAILABLE UPON REQUEST

GUIDA, LISA
ADDRESS AVAILABLE UPON REQUEST

GUIDA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUIDA, TRACY
ADDRESS AVAILABLE UPON REQUEST

GUIDARA, ERIN
ADDRESS AVAILABLE UPON REQUEST

GUIDARA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GUIDARELLI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

GUIDEPOINT GLOBAL, LLC
675 AVENUE OF THE AMERICAS 2ND FLOOR
NEW YORK, NY  10010

GUIDER, REVA
ADDRESS AVAILABLE UPON REQUEST

GUIDER, SHERI
ADDRESS AVAILABLE UPON REQUEST

GUIDERA, JULIA
ADDRESS AVAILABLE UPON REQUEST

GUIDERA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

GUIDETTI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GUIDI, AMY
ADDRESS AVAILABLE UPON REQUEST

GUIDI, GARY
ADDRESS AVAILABLE UPON REQUEST

GUIDI, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

GUIDI, PETE
ADDRESS AVAILABLE UPON REQUEST

GUIDO WENNEMER
ADDRESS AVAILABLE UPON REQUEST

GUIDO WOLFGANG STIEHLE
ADDRESS AVAILABLE UPON REQUEST

GUIDO, ELIZA
ADDRESS AVAILABLE UPON REQUEST

GUIDO, JANET
ADDRESS AVAILABLE UPON REQUEST

GUIDO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GUIDOBONI, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUIDOS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUIDOS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

GUIDOTTI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

GUIDOTTI, CAPRI
ADDRESS AVAILABLE UPON REQUEST

GUIDOUX, MARIE-CLAIRE
ADDRESS AVAILABLE UPON REQUEST

GUIDRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

GUIDRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GUIEYSSE, JEAN CHRISTOPHE
ADDRESS AVAILABLE UPON REQUEST

GUIFARRO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

GUIFARRO, RANAY
ADDRESS AVAILABLE UPON REQUEST

GUILBEAU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GUILBEAULT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GUILBERT, JEFF
ADDRESS AVAILABLE UPON REQUEST

GUILBERT, LAUREL
ADDRESS AVAILABLE UPON REQUEST

GUILD CAPITAL
ADDRESS UNAVAILABLE AT TIME OF FILING

GUILD, CARISA
ADDRESS AVAILABLE UPON REQUEST

GUILD, EVAN
ADDRESS AVAILABLE UPON REQUEST

GUILD, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

GUILD, SARAH
ADDRESS AVAILABLE UPON REQUEST

GUILER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GUILFOIL, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUILFOILE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GUILIANO, ALFONSE
ADDRESS AVAILABLE UPON REQUEST

GUILIANO, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

GUILL, EDEN
ADDRESS AVAILABLE UPON REQUEST

GUILL, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

GUILL, MARK
ADDRESS AVAILABLE UPON REQUEST

GUILLAUME, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUILLAUME, KIM
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, JIMMY
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, KANDACE
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, LUCY
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, LYDIA
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, SOBEIRA
ADDRESS AVAILABLE UPON REQUEST

GUILLEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GUILLERMO QUESADA PAEZ
ADDRESS AVAILABLE UPON REQUEST

GUILLET, PAUL
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, ABBY
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, KENIA
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, MARIE
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, MYSHEL
ADDRESS AVAILABLE UPON REQUEST

GUILLORY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GUILLOTTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GUIMARAES, LUIZ
ADDRESS AVAILABLE UPON REQUEST

GUIMARAY, JOSE
ADDRESS AVAILABLE UPON REQUEST

GUIMOND, LUCAS
ADDRESS AVAILABLE UPON REQUEST

GUIMONT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GUIN, LISA
ADDRESS AVAILABLE UPON REQUEST

GUINAN, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

GUINEY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

GUINN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

GUINN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GUINN, ERICA
ADDRESS AVAILABLE UPON REQUEST

GUINN, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

GUINN, JO
ADDRESS AVAILABLE UPON REQUEST

GUINN, MADYSON
ADDRESS AVAILABLE UPON REQUEST

GUINTA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

GUINTA, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

GUINTHER, MADISON
ADDRESS AVAILABLE UPON REQUEST

GUIO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUION, KELLY
ADDRESS AVAILABLE UPON REQUEST

GUION, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GUIRGUIS, PETER
ADDRESS AVAILABLE UPON REQUEST

GUISE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GUISELLE RICE
ADDRESS AVAILABLE UPON REQUEST

GUISTI, JENA
ADDRESS AVAILABLE UPON REQUEST

GUISTINO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

GUISTOLISE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GUITELMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GUITON, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

GUITRON, DAISY
ADDRESS AVAILABLE UPON REQUEST

GUITTEAU, DAN
ADDRESS AVAILABLE UPON REQUEST

GUITY, KAMARIA
ADDRESS AVAILABLE UPON REQUEST

GUJILDE, JOY
ADDRESS AVAILABLE UPON REQUEST

GUKASOV, JESS
ADDRESS AVAILABLE UPON REQUEST

GULA ISAACS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GULA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

GULA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GULARDO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

GULARTE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GULAS, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

GULATI, BIDULA
ADDRESS AVAILABLE UPON REQUEST

GULATI, MAYANK
ADDRESS AVAILABLE UPON REQUEST

GULATI, NEHA
ADDRESS AVAILABLE UPON REQUEST

GULATI, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GULATI, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

GULBRANSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GULCZYNSKI, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

GULDEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

GULDEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

GULEVICH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GULGOWSKI, THERON
ADDRESS AVAILABLE UPON REQUEST

GULIANO, MARY
ADDRESS AVAILABLE UPON REQUEST

GULICH, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

GULICK, ALISANDRA
ADDRESS AVAILABLE UPON REQUEST

GULICK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GULICK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GULIE, LINA CECILIA
ADDRESS AVAILABLE UPON REQUEST

GULINO, AMBER
ADDRESS AVAILABLE UPON REQUEST

GULINO, PAUL
ADDRESS AVAILABLE UPON REQUEST

GULLUS, DAVID
ADDRESS AVAILABLE UPON REQUEST

GULIUS, CECELIA
ADDRESS AVAILABLE UPON REQUEST

GULLA, KAREN
ADDRESS AVAILABLE UPON REQUEST

GULLAPALLI, KUNAL
ADDRESS AVAILABLE UPON REQUEST

GULLEDGE, JOSH
ADDRESS AVAILABLE UPON REQUEST

GULLEDGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GULLERY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

GULLETTE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

GULLICK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GULLICKSON, SARA
ADDRESS AVAILABLE UPON REQUEST

GULLIKSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

GULLINO, GABI
ADDRESS AVAILABLE UPON REQUEST

GULLION, GERALD
ADDRESS AVAILABLE UPON REQUEST

GULLIVER, JEAN
ADDRESS AVAILABLE UPON REQUEST

GULLMAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

GULLOTTI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

GULMATICO, JOE
ADDRESS AVAILABLE UPON REQUEST

GULOSH, KIM
ADDRESS AVAILABLE UPON REQUEST

GULOTTA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GULOTTA, ELENA
ADDRESS AVAILABLE UPON REQUEST

GULTEPE, UMUT
ADDRESS AVAILABLE UPON REQUEST

GULVIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GUM.CO
ADDRESS UNAVAILABLE AT TIME OF FILING

GUMAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

GUMBEL, HILARY
ADDRESS AVAILABLE UPON REQUEST

GUMBINER, ELISE
ADDRESS AVAILABLE UPON REQUEST

GUMBLE, KAITIE
ADDRESS AVAILABLE UPON REQUEST

GUMINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GUMINA, JAMES
ADDRESS AVAILABLE UPON REQUEST

GUMINSKI, GINA
ADDRESS AVAILABLE UPON REQUEST

GUMM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GUMMERE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GUMMINGER, RENEE
ADDRESS AVAILABLE UPON REQUEST

GUMPERT, KASIA
ADDRESS AVAILABLE UPON REQUEST

GUMPF, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GUMPF, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GUMS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

GUMULUOGLU, ELIF
ADDRESS AVAILABLE UPON REQUEST

GUNANAYAGAM, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

GUNANAYAGAM, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

GUNASENA, PRANITH
ADDRESS AVAILABLE UPON REQUEST

GUNASHEKAR, SUVARNA
ADDRESS AVAILABLE UPON REQUEST

GUNAWAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GUNAWAN, JONAS
ADDRESS AVAILABLE UPON REQUEST

GUNCKEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

GUNDECHA, CHAND
ADDRESS AVAILABLE UPON REQUEST

GUNDEL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

GUNDERMAN, ARIONNA
ADDRESS AVAILABLE UPON REQUEST

GUNDERMAN, ILENA
ADDRESS AVAILABLE UPON REQUEST

GUNDERMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, ALICE
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, DANA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, JEMMA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, LIZA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, MALYSSA
ADDRESS AVAILABLE UPON REQUEST

GUNDERSON, SHEYENNE
ADDRESS AVAILABLE UPON REQUEST

GUNDLACH, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

GUNDY, DEREK
ADDRESS AVAILABLE UPON REQUEST

GUNELSON, TREVOR
ADDRESS AVAILABLE UPON REQUEST

GUNIA, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

GUNLOCK, ALAINA
ADDRESS AVAILABLE UPON REQUEST

GUNN, BRIENNA
ADDRESS AVAILABLE UPON REQUEST

GUNN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

GUNN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GUNN, EMANUEL
ADDRESS AVAILABLE UPON REQUEST

GUNN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

GUNN, KRIS
ADDRESS AVAILABLE UPON REQUEST

GUNN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GUNN, MIKE
ADDRESS AVAILABLE UPON REQUEST

GUNN, NANCY
ADDRESS AVAILABLE UPON REQUEST

GUNN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUNN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

GUNN, SARA
ADDRESS AVAILABLE UPON REQUEST

GUNN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GUNN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GUNN, TAKIA
ADDRESS AVAILABLE UPON REQUEST

GUNN, TRACY
ADDRESS AVAILABLE UPON REQUEST

GUNNAR ENELL
ADDRESS AVAILABLE UPON REQUEST

GUNNARSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GUNNELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GUNNELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

GUNNELLO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

GUNNELS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

GUNNIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUNNIN, DAVIS
ADDRESS AVAILABLE UPON REQUEST

GUNNING, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

GUNNING, MATT
ADDRESS AVAILABLE UPON REQUEST

GUNNING, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

GUNNIP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

GUNSALUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GUNSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

GUNTER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

GUNTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUNTER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

GUNTER, DENISE
ADDRESS AVAILABLE UPON REQUEST

GUNTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

GUNTER, KAYE
ADDRESS AVAILABLE UPON REQUEST

GUNTER, LEANNE
ADDRESS AVAILABLE UPON REQUEST

GUNTER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

GUNTER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

GUNTER, MATT
ADDRESS AVAILABLE UPON REQUEST

GUNTER, RYAN
ADDRESS AVAILABLE UPON REQUEST

GUNTER, RYANN
ADDRESS AVAILABLE UPON REQUEST

GUNTHER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

GUNTHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GUNTHER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

GUNTHORPE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUNVILLE, ELLIE
ADDRESS AVAILABLE UPON REQUEST

GUNZEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

GUO, ANITA
ADDRESS AVAILABLE UPON REQUEST

GUO, ANNING
ADDRESS AVAILABLE UPON REQUEST

GUO, BO
ADDRESS AVAILABLE UPON REQUEST

GUO, ED
ADDRESS AVAILABLE UPON REQUEST

GUO, FIONA
ADDRESS AVAILABLE UPON REQUEST

GUO, IRENE
ADDRESS AVAILABLE UPON REQUEST

GUOMING XU
ADDRESS AVAILABLE UPON REQUEST

GUOXIN WU
ADDRESS AVAILABLE UPON REQUEST

GUPTA, ANJALI
ADDRESS AVAILABLE UPON REQUEST

GUPTA, ANJALI
ADDRESS AVAILABLE UPON REQUEST

GUPTA, ASHNA
ADDRESS AVAILABLE UPON REQUEST

GUPTA, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

GUPTA, KAVITA
ADDRESS AVAILABLE UPON REQUEST

GUPTA, KIRIN
ADDRESS AVAILABLE UPON REQUEST

GUPTA, NAMAN
ADDRESS AVAILABLE UPON REQUEST

GUPTA, PANKAJ
ADDRESS AVAILABLE UPON REQUEST

GUPTA, PRIYA
ADDRESS AVAILABLE UPON REQUEST

GUPTA, RENE
ADDRESS AVAILABLE UPON REQUEST

GUPTA, SNEHA
ADDRESS AVAILABLE UPON REQUEST

GUPTA, SONIA
ADDRESS AVAILABLE UPON REQUEST

GUPTA, VISHNU
ADDRESS AVAILABLE UPON REQUEST

GUPTA, VIVEK
ADDRESS AVAILABLE UPON REQUEST

GUPTA-KAGAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GUPTE, ANU
ADDRESS AVAILABLE UPON REQUEST

GUPTE, JITENDRA
ADDRESS AVAILABLE UPON REQUEST

GUPTILL, CONOR
ADDRESS AVAILABLE UPON REQUEST

GUPTON, KIRBY
ADDRESS AVAILABLE UPON REQUEST

GUPTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

GURAL, JEANNE
ADDRESS AVAILABLE UPON REQUEST

GURALNICK, ETHAN
ADDRESS AVAILABLE UPON REQUEST

GURALNICK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GURAU, ECATERINA
ADDRESS AVAILABLE UPON REQUEST

GURBACH, DUKE
ADDRESS AVAILABLE UPON REQUEST

GURCHARAN KANWAL
ADDRESS AVAILABLE UPON REQUEST

GURD, KIRI
ADDRESS AVAILABLE UPON REQUEST

GORDJIAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GURLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

GUREVICH, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

GURGANIOUS, LARK
ADDRESS AVAILABLE UPON REQUEST

GURGEL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

GURGEL, MONTE
ADDRESS AVAILABLE UPON REQUEST

GURIAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GURIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GURK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GURK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

GURKA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

GURLEY, AARON
ADDRESS AVAILABLE UPON REQUEST

GURLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

GURLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GURLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GURMAN, NEELY
ADDRESS AVAILABLE UPON REQUEST

GURN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

GURNARI, GERARD
ADDRESS AVAILABLE UPON REQUEST

GURNETT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GURNEY, DIANA
ADDRESS AVAILABLE UPON REQUEST

GURNEY, JEFF
ADDRESS AVAILABLE UPON REQUEST

GURNEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

GURNEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

GURO, JESS
ADDRESS AVAILABLE UPON REQUEST

GUROCAK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUROS, SALLY
ADDRESS AVAILABLE UPON REQUEST

GURRERA, SUSIE
ADDRESS AVAILABLE UPON REQUEST

GURRIERI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GURRIERI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

GURRY, LISA
ADDRESS AVAILABLE UPON REQUEST

GURSANAM ARORA
ADDRESS AVAILABLE UPON REQUEST

GURSS, JACK
ADDRESS AVAILABLE UPON REQUEST

GURTNER, COLLIN
ADDRESS AVAILABLE UPON REQUEST

GURULE, GIO
ADDRESS AVAILABLE UPON REQUEST

GURULE, SARAH
ADDRESS AVAILABLE UPON REQUEST

GURUSWAMY, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

GURYAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

GURZAU, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GUSEK, AMY
ADDRESS AVAILABLE UPON REQUEST

GUSEK, JODI
ADDRESS AVAILABLE UPON REQUEST

GUSHA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GUSKE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

GUSKIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

GUSMAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

GUSPAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GUSRANG, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUSS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

GUSSIN, DARLENIS
ADDRESS AVAILABLE UPON REQUEST

GUSSO, LEXI
ADDRESS AVAILABLE UPON REQUEST

GUST, BRIANA
ADDRESS AVAILABLE UPON REQUEST

GUST, MARA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, CHIARA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, FARAH
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, LISA
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, MADIE
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

GUSTAFSON, VIKTORIA
ADDRESS AVAILABLE UPON REQUEST

GUSTAVO A LOPERA
ADDRESS AVAILABLE UPON REQUEST

GUSTAVO DE AZEVEDO SANFRONT
ADDRESS AVAILABLE UPON REQUEST

GUSTAVO FADHEL
ADDRESS AVAILABLE UPON REQUEST

GUSTAVSEN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

GUSTAVSSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUSTAVSSON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GUSTE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

GUSTIN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

GUSTIN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

GUSTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GUSTOWAROW, LAURA
ADDRESS AVAILABLE UPON REQUEST

GUT, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

GUTERDING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

GUTERMAN, ELIANA
ADDRESS AVAILABLE UPON REQUEST

GUTERZ, JASMINE
ADDRESS AVAILABLE UPON REQUEST

GUTFREUND, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

GUTGLASS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

GUTH, KATE
ADDRESS AVAILABLE UPON REQUEST

GUTH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

GUTH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

GUTH, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

GUTH, MARY
ADDRESS AVAILABLE UPON REQUEST

GUTH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

GUTHARY, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

GUTHMILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, DAYENNE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, EMMA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, EMMA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, JULIE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, KARISSA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, KATE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, KYLE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, LAURA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, POPPE
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

GUTHRIE, VAN
ADDRESS AVAILABLE UPON REQUEST

GUTHRO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

GUTIA©RREZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUTIEREZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ DE PINERES, MARY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ JR, ROBERT M
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ MORALES, LUIS HECTOR
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ OLVERA, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALENA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALINA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALMA PILAR
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ASYRIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CARIDAD
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CARMEN
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CIERRA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, DAISY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, EDWIN
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ELLE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ESTELA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ILIGH
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, IVANIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JED & CHARM
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JESSIE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JESUS
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JOY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JR., SERGIO
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JUANA LILIANA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JULIANA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, JULIETA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, KARINA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, KIMBER
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, LAUREL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MAXINE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, MIMI
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, NICK
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, NORMA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, PAOLA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, RALPH
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, REYNA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, ROSE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SALLY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SHEILA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SHELLY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SILVIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SONIA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SONJA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, VICKY
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, VICTOR
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ, XIANA
ADDRESS AVAILABLE UPON REQUEST

GUTIERREZ-LUNA, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

GUTKIN, ALISON
ADDRESS AVAILABLE UPON REQUEST

GUTKNECHT, DESIREE
ADDRESS AVAILABLE UPON REQUEST

GUTKNECHT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

GUTKNECHT, KERRY
ADDRESS AVAILABLE UPON REQUEST

GUTKOWSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

GUTLAY, JOAHNNA
ADDRESS AVAILABLE UPON REQUEST

GUTMAN, ADELE
ADDRESS AVAILABLE UPON REQUEST

GUTMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

GUTONSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

GUTOSKI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

GUTSHALL, VENESSA
ADDRESS AVAILABLE UPON REQUEST

GUTSIE, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

GUTSIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

GUTTA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

GUTTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

GUTTERMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

GUTTERMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

GUTTERMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

GUTTIERREZ, ENERIA
ADDRESS AVAILABLE UPON REQUEST

GUTTILLA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

GUTTING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

GUTTING, PEGGY
ADDRESS AVAILABLE UPON REQUEST

GUTWEIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

GUTWEIN, MATT
ADDRESS AVAILABLE UPON REQUEST

GUTWEIN, SALLY
ADDRESS AVAILABLE UPON REQUEST

GUTZWEILER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GUY GREEN
ADDRESS AVAILABLE UPON REQUEST

GUY STEWARD
ADDRESS AVAILABLE UPON REQUEST

GUY VANTRESCA
ADDRESS AVAILABLE UPON REQUEST

GUY, BETHANY
ADDRESS AVAILABLE UPON REQUEST

GUY, BRITTONY
ADDRESS AVAILABLE UPON REQUEST

GUY, GARRY
ADDRESS AVAILABLE UPON REQUEST

GUY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

GUY, JULIE
ADDRESS AVAILABLE UPON REQUEST

GUY, SALINA
ADDRESS AVAILABLE UPON REQUEST

GUY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

GUY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

GUYER, JESSE
ADDRESS AVAILABLE UPON REQUEST

GUYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GUYMON, ERIN
ADDRESS AVAILABLE UPON REQUEST

GUYNES, DARLENE
ADDRESS AVAILABLE UPON REQUEST

GUYNN, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUYON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

GUYON, SACHA
ADDRESS AVAILABLE UPON REQUEST

GUYOT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

GUYTON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

GUYTON, NICKIE
ADDRESS AVAILABLE UPON REQUEST

GUYTON, SHARON
ADDRESS AVAILABLE UPON REQUEST

GUZAN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

GUZE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

GUZEK, CAROL AND TED
ADDRESS AVAILABLE UPON REQUEST

GUZENKO, VADIM
ADDRESS AVAILABLE UPON REQUEST

GUZIEC, MARLA
ADDRESS AVAILABLE UPON REQUEST

GUZIK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ALBERT
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ALFRED
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, CATARINA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, DAISY
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ESTUARDO
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, GELSANDRA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JAMISHA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JANEL
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JANET
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JEANINE
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JOSE
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, JOSE
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, MIREYA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, OMAR
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, VILMA
ADDRESS AVAILABLE UPON REQUEST

GUZMAN, VOLNEY
ADDRESS AVAILABLE UPON REQUEST

GUZSVANY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

GUZZARDO, EMILY
ADDRESS AVAILABLE UPON REQUEST

GUZZARDO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

GUZZI, MALLORY
ADDRESS AVAILABLE UPON REQUEST

GUZZONE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

GUZZONE, FRANK
ADDRESS AVAILABLE UPON REQUEST

GWALTNEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

GWALTNEY, LARRY
ADDRESS AVAILABLE UPON REQUEST

GWALTNEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

GWANDA JACKSON
ADDRESS AVAILABLE UPON REQUEST

GWEN MCCONNELL
ADDRESS AVAILABLE UPON REQUEST

GWEN MYERS
ADDRESS AVAILABLE UPON REQUEST

GWEN SWINARTON
ADDRESS AVAILABLE UPON REQUEST

GWENDOLYN WEISS
ADDRESS AVAILABLE UPON REQUEST

GWENN CUJDIK
ADDRESS AVAILABLE UPON REQUEST

GWILLIAM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

GWIN, AARON
ADDRESS AVAILABLE UPON REQUEST

GWINN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

GWINN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

GWINN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

GWINN, ROSA
ADDRESS AVAILABLE UPON REQUEST

GWOST JEANETTE
ADDRESS AVAILABLE UPON REQUEST

GWYNN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

GWYNN, LATOYA
ADDRESS AVAILABLE UPON REQUEST

GWYNNE, KAREN
ADDRESS AVAILABLE UPON REQUEST

GWYNNE, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

GYAMFI, ISAAC
ADDRESS AVAILABLE UPON REQUEST

GYANCHANDANI, VIPIN
ADDRESS AVAILABLE UPON REQUEST

GYGI, KELSI
ADDRESS AVAILABLE UPON REQUEST

GYIMESI, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

GYLFASON, ARNAR
ADDRESS AVAILABLE UPON REQUEST

GYONGYOSI, JULIE
ADDRESS AVAILABLE UPON REQUEST

GYORGY FLAMM
ADDRESS AVAILABLE UPON REQUEST

GYORGY MEZO GADIA
ADDRESS AVAILABLE UPON REQUEST

GYORY, ESTHER
ADDRESS AVAILABLE UPON REQUEST

GYRATH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

GYU-KAKU
ADDRESS UNAVAILABLE AT TIME OF FILING

GYULAI, ALIDA
ADDRESS AVAILABLE UPON REQUEST

GYULAVARY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

H AND M CAPITAL HOLDINGS LLC
8021 W MESCAL ST
PEORIA, AZ  85345

H CALVERT, JAMES
ADDRESS AVAILABLE UPON REQUEST

H RIBAS, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

H SEVCIK, SHASTA
ADDRESS AVAILABLE UPON REQUEST

H SIEWERT, GREGG
ADDRESS AVAILABLE UPON REQUEST

H, A
ADDRESS AVAILABLE UPON REQUEST

H, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

H, APRIL
ADDRESS AVAILABLE UPON REQUEST

H, ARRINGTON
ADDRESS AVAILABLE UPON REQUEST

H, BEN
ADDRESS AVAILABLE UPON REQUEST

H, BLUE
ADDRESS AVAILABLE UPON REQUEST

H, CHRIS
ADDRESS AVAILABLE UPON REQUEST

H, FRANKIE
ADDRESS AVAILABLE UPON REQUEST

H, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

H, LYNN
ADDRESS AVAILABLE UPON REQUEST

H, MALLORY
ADDRESS AVAILABLE UPON REQUEST

H, NEE
ADDRESS AVAILABLE UPON REQUEST

H, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

H, SUSAN
ADDRESS AVAILABLE UPON REQUEST

H, VALERIE
ADDRESS AVAILABLE UPON REQUEST

H, VANNESA
ADDRESS AVAILABLE UPON REQUEST

H, WALTER
ADDRESS AVAILABLE UPON REQUEST

H, ZUE
ADDRESS AVAILABLE UPON REQUEST

H. BARTON CO-INVEST FUND LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

H. TRAN, LAM
ADDRESS AVAILABLE UPON REQUEST

H.D.D. LLC (TRUETT HURST WINERY)
5610 DRY CREEK ROAD
HEALDSBURG, CA  95448

H.D.D. LLC (TRUETT HURST WINERY)
P.O. BOX 1532
HEALDSBURG, CA  95448

H1, J
ADDRESS AVAILABLE UPON REQUEST

HA PHAM NGOC
ADDRESS AVAILABLE UPON REQUEST

HA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HA, JIYOUNG
ADDRESS AVAILABLE UPON REQUEST

HA, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

HA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HA, PERRY
ADDRESS AVAILABLE UPON REQUEST

HA, T
ADDRESS AVAILABLE UPON REQUEST

HA, VICKY
ADDRESS AVAILABLE UPON REQUEST

HAACK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAACK, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HAACK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAACK, TANJA
ADDRESS AVAILABLE UPON REQUEST

HAACKER, BRETT
ADDRESS AVAILABLE UPON REQUEST

HAAG, DAMON
ADDRESS AVAILABLE UPON REQUEST

HAAG, KELLEY
ADDRESS AVAILABLE UPON REQUEST

HAAG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAAG, REGINA
ADDRESS AVAILABLE UPON REQUEST

HAAG, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HAAGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAAGER, MATHEW
ADDRESS AVAILABLE UPON REQUEST

HAAKE, RICHARD AND CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HAAKENSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HAALAND, LEX
ADDRESS AVAILABLE UPON REQUEST

HAAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HAAPALA, KATHY
ADDRESS AVAILABLE UPON REQUEST

HAAPALA, LORI
ADDRESS AVAILABLE UPON REQUEST

HAAR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HAAR, MARY
ADDRESS AVAILABLE UPON REQUEST

HAARMANN, ERICA
ADDRESS AVAILABLE UPON REQUEST

HAARSAGER, JENNA
ADDRESS AVAILABLE UPON REQUEST

HAARZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

HAAS SARA
ADDRESS AVAILABLE UPON REQUEST

HAAS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HAAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAAS, AMEE
ADDRESS AVAILABLE UPON REQUEST

HAAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAAS, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HAAS, CAROL
ADDRESS AVAILABLE UPON REQUEST

HAAS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAAS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HAAS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HAAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HAAS, GERALD
ADDRESS AVAILABLE UPON REQUEST

HAAS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HAAS, HILARY
ADDRESS AVAILABLE UPON REQUEST

HAAS, HOWARD
ADDRESS AVAILABLE UPON REQUEST

HAAS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HAAS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HAAS, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HAAS, MARANDA
ADDRESS AVAILABLE UPON REQUEST

HAAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAAS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HAAS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HAAS, PEG
ADDRESS AVAILABLE UPON REQUEST

HAAS, SADIE
ADDRESS AVAILABLE UPON REQUEST

HAAS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

HAAS, TAMARI
ADDRESS AVAILABLE UPON REQUEST

HAAS, TARYN
ADDRESS AVAILABLE UPON REQUEST

HAAS, TONY
ADDRESS AVAILABLE UPON REQUEST

HAAS, TYFFANY
ADDRESS AVAILABLE UPON REQUEST

HAASE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAASE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAASE, JARED
ADDRESS AVAILABLE UPON REQUEST

HAASE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HAASE, SARA
ADDRESS AVAILABLE UPON REQUEST

HAASS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HABACH, ASH
ADDRESS AVAILABLE UPON REQUEST

HABASHI, MEARA
ADDRESS AVAILABLE UPON REQUEST

HABAYEB, ANDY
ADDRESS AVAILABLE UPON REQUEST

HABBAL, KARMA
ADDRESS AVAILABLE UPON REQUEST

HABBERSTAD, MARNIE
ADDRESS AVAILABLE UPON REQUEST

HABECKER, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

HABEEB ASIRU-BALOGUN
ADDRESS AVAILABLE UPON REQUEST

HABEEB, YVONNE
ADDRESS AVAILABLE UPON REQUEST

HABEEL, DEVYONNE
ADDRESS AVAILABLE UPON REQUEST

HABEL, DREW
ADDRESS AVAILABLE UPON REQUEST

HABEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HABER, MARGALIT
ADDRESS AVAILABLE UPON REQUEST

HABER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HABER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HABERKORN, CINDI
ADDRESS AVAILABLE UPON REQUEST

HABERKORN, CODY
ADDRESS AVAILABLE UPON REQUEST

HABERL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HABERMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HABERMAN, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

HABERMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HABERMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HABERMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HABERSHAM, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HABERSKI, TAWNY
ADDRESS AVAILABLE UPON REQUEST

HABIB U BAHAR
ADDRESS AVAILABLE UPON REQUEST

HABIB, RIMON
ADDRESS AVAILABLE UPON REQUEST

HABIB, RIZWAN
ADDRESS AVAILABLE UPON REQUEST

HABIB, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HABIB, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HABIMANA, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

HABLINSKI, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

HABOTA, KATIE
ADDRESS AVAILABLE UPON REQUEST

HABOUSH, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HACENA, SARAH
ADDRESS AVAILABLE UPON REQUEST

HACHEM, GHINWAH
ADDRESS AVAILABLE UPON REQUEST

HACHEMI, SAMIR
ADDRESS AVAILABLE UPON REQUEST

HACHETRESELE MARKETING
COMMUNICATION  DESIGN
CAMPOS SALLES 1966 FLOOR 3. OF B
CIUDAD
AUTU00F3NOMA DE
BUENOS AIRES  C1429CEJ
ARGENTINA

HACHEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HACHIGIAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HACINLIOGLU, RITA
ADDRESS AVAILABLE UPON REQUEST

HACK, ABBY
ADDRESS AVAILABLE UPON REQUEST

HACK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HACKBARTH, ELLIE
ADDRESS AVAILABLE UPON REQUEST

HACKBARTH, PAUL
ADDRESS AVAILABLE UPON REQUEST

HACKEBEIL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HACKELBERG, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HACKELTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HACKENCAMP, MERCEDE
ADDRESS AVAILABLE UPON REQUEST

HACKENMUELLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HACKER, CAROL
ADDRESS AVAILABLE UPON REQUEST

HACKER, JENNA
ADDRESS AVAILABLE UPON REQUEST

HACKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HACKER, YVETTE
ADDRESS AVAILABLE UPON REQUEST

HACKER-YALLEY, TANYA
ADDRESS AVAILABLE UPON REQUEST

HACKES, ARIANA
ADDRESS AVAILABLE UPON REQUEST

HACKETT, ANNE
ADDRESS AVAILABLE UPON REQUEST

HACKETT, CRISTY
ADDRESS AVAILABLE UPON REQUEST

HACKETT, IVORY
ADDRESS AVAILABLE UPON REQUEST

HACKETT, JEANNE
ADDRESS AVAILABLE UPON REQUEST

HACKETT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HACKETT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HACKETT, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HACKETT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HACKETT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HACKETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HACKETT, TRACY
ADDRESS AVAILABLE UPON REQUEST

HACKFORT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HACKING, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HACKL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HACKL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HACKLER, DANA
ADDRESS AVAILABLE UPON REQUEST

HACKLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HACKLER, JAMES
ADDRESS AVAILABLE UPON REQUEST

HACKLER, JENNY
ADDRESS AVAILABLE UPON REQUEST

HACKLER, STEVE
ADDRESS AVAILABLE UPON REQUEST

HACKNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HACKNEY, JEN
ADDRESS AVAILABLE UPON REQUEST

HACKNEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HACKNEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HACKNEY, SARA
ADDRESS AVAILABLE UPON REQUEST

HACKNEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HACKWORTH, KINSEY
ADDRESS AVAILABLE UPON REQUEST

HACMAC, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HADAD, ELA
ADDRESS AVAILABLE UPON REQUEST

HADAMIK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HADAS, SUSIE
ADDRESS AVAILABLE UPON REQUEST

HADAWAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HADDAD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HADDAD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HADDAD, ELISA
ADDRESS AVAILABLE UPON REQUEST

HADDAD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HADDAD, SARAH
ADDRESS AVAILABLE UPON REQUEST

HADDAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HADDELAND, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HADDEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

HADDER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HADDICAN, BILL
ADDRESS AVAILABLE UPON REQUEST

HADDIX, ALISON
ADDRESS AVAILABLE UPON REQUEST

HADDIX, HALEY
ADDRESS AVAILABLE UPON REQUEST

HADDIX, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HADDIX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HADDIX, ZACH
ADDRESS AVAILABLE UPON REQUEST

HADDLE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, CHARLEE BETH
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, DANA
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

HADDOCK, REGINA
ADDRESS AVAILABLE UPON REQUEST

HADDON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HADDOW, ANNA
ADDRESS AVAILABLE UPON REQUEST

HADDOW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HADE, TIM
ADDRESS AVAILABLE UPON REQUEST

HADEED, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HADER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HADERLEIN, MARY
ADDRESS AVAILABLE UPON REQUEST

HADFIELD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HADGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

HADID, HANA
ADDRESS AVAILABLE UPON REQUEST

HADJIS, ELIZA
ADDRESS AVAILABLE UPON REQUEST

HADLEY, AARON
ADDRESS AVAILABLE UPON REQUEST

HADLEY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

HADLEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HADLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

HADLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HADLEY, JIM AND ANITA
ADDRESS AVAILABLE UPON REQUEST

HADLEY, KEITH
ADDRESS AVAILABLE UPON REQUEST

HADLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HADLEY, RANDALL
ADDRESS AVAILABLE UPON REQUEST

HADLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HADPAWAT, DEEPAK
ADDRESS AVAILABLE UPON REQUEST

HADREAS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HADSTEN HOUSE INN
ADDRESS UNAVAILABLE AT TIME OF FILING

HADZIMA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HAECHTEN, TWILA
ADDRESS AVAILABLE UPON REQUEST

HAEFNER, LEONOR
ADDRESS AVAILABLE UPON REQUEST

HAEG, MADELYN
ADDRESS AVAILABLE UPON REQUEST

HAEGLE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HAEHL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HAELIG, CATIE
ADDRESS AVAILABLE UPON REQUEST

HAEMMELMANN, KELLI
ADDRESS AVAILABLE UPON REQUEST

HAEMMERLE, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

HAEN, ALLY
ADDRESS AVAILABLE UPON REQUEST

HAENDIGES, KT & PAUL
ADDRESS AVAILABLE UPON REQUEST

HAER, JILL
ADDRESS AVAILABLE UPON REQUEST

HAERING, POLLY
ADDRESS AVAILABLE UPON REQUEST

HAESLY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAEUSSLER, MARGARETHA
ADDRESS AVAILABLE UPON REQUEST

HAE-WON BAE
ADDRESS AVAILABLE UPON REQUEST

HAFEEZ FLORES
ADDRESS AVAILABLE UPON REQUEST

HAFEMANN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HAFEMANN, DERRICH
ADDRESS AVAILABLE UPON REQUEST

HAFENMAIR, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAFER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HAFER, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAFERKORN, LIZ
ADDRESS AVAILABLE UPON REQUEST

HAFERS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

HAFERTEPE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HAFEZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

HAFEZIZADEH, KOUROSH
ADDRESS AVAILABLE UPON REQUEST

HAFF, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HAFFERKAMP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HAFFERTY, MARK
ADDRESS AVAILABLE UPON REQUEST

HAFFEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

HAFFNER, BECCA
ADDRESS AVAILABLE UPON REQUEST

HAFFNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAFLEY, JONI
ADDRESS AVAILABLE UPON REQUEST

HAFLEY, MARISA
ADDRESS AVAILABLE UPON REQUEST

HAFLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAFLIGER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAFNER, DIANA
ADDRESS AVAILABLE UPON REQUEST

HAFNER, THEA
ADDRESS AVAILABLE UPON REQUEST

HAFNER, TRACY
ADDRESS AVAILABLE UPON REQUEST

HAFT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAPTEK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HAGADORN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAGAN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

HAGAN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

HAGAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HAGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAGAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HAGAN, MARTA
ADDRESS AVAILABLE UPON REQUEST

HAGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HAGAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAGAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HAGANS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

HAGAR, JULIE
ADDRESS AVAILABLE UPON REQUEST

HAGAR, JULIE
ADDRESS AVAILABLE UPON REQUEST

HAGAUER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HAGBERG, CARIN
ADDRESS AVAILABLE UPON REQUEST

HAGE, JENN
ADDRESS AVAILABLE UPON REQUEST

HAGE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAGE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HAGEDORN, CHUCK
ADDRESS AVAILABLE UPON REQUEST

HAGEDORN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAGEDORN, ROGER
ADDRESS AVAILABLE UPON REQUEST

HAGEE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HAGELEE, DAWN
ADDRESS AVAILABLE UPON REQUEST

HAGEMAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

HAGEMAN, PATTI
ADDRESS AVAILABLE UPON REQUEST

HAGEMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAGEMANN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HAGEMEIER, DENISE
ADDRESS AVAILABLE UPON REQUEST

HAGEMEISTER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HAGEN, CECELIA
ADDRESS AVAILABLE UPON REQUEST

HAGEN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

HAGEN, JANIS
ADDRESS AVAILABLE UPON REQUEST

HAGEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

HAGEN, JOE
ADDRESS AVAILABLE UPON REQUEST

HAGEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HAGEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HAGEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAGEN, LIBBY
ADDRESS AVAILABLE UPON REQUEST

HAGEN, MALIA
ADDRESS AVAILABLE UPON REQUEST

HAGEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAGEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAGEN, TERINA
ADDRESS AVAILABLE UPON REQUEST

HAGEN, TERRY
ADDRESS AVAILABLE UPON REQUEST

HAGENBUCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAGENES, TOY
ADDRESS AVAILABLE UPON REQUEST

HAGENSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAGER, BILLIE JEAN
ADDRESS AVAILABLE UPON REQUEST

HAGER, CORI
ADDRESS AVAILABLE UPON REQUEST

HAGER, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HAGER, DELWYN
ADDRESS AVAILABLE UPON REQUEST

HAGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAGER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HAGER, KAYRINA
ADDRESS AVAILABLE UPON REQUEST

HAGER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

HAGER, MARY
ADDRESS AVAILABLE UPON REQUEST

HAGER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HAGER, RHONDA
ADDRESS AVAILABLE UPON REQUEST

HAGER, RON
ADDRESS AVAILABLE UPON REQUEST

HAGER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAGER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HAGER-JOHNSON, ISABEL
ADDRESS AVAILABLE UPON REQUEST

HAGERMAN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HAGERMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HAGERMAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HAGERTY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAGERTY, KYLEE
ADDRESS AVAILABLE UPON REQUEST

HAGERTY, MAURA
ADDRESS AVAILABLE UPON REQUEST

HAGEWOOD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HAGGAR, RIMA
ADDRESS AVAILABLE UPON REQUEST

HAGGARD, AMBER
ADDRESS AVAILABLE UPON REQUEST

HAGGARD, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

HAGGARD, GRACE
ADDRESS AVAILABLE UPON REQUEST

HAGGARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAGGART, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HAGGART, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HAGGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAGGENMILLER, DAMARIS
ADDRESS AVAILABLE UPON REQUEST

HAGGENMUELLER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, ARTHUR AND KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, JOSIE
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, LEE
ADDRESS AVAILABLE UPON REQUEST

HAGGERTY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAGIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

HAGINS, CORINNE
ADDRESS AVAILABLE UPON REQUEST

HAGLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAGLIN, HYESUK
ADDRESS AVAILABLE UPON REQUEST

HAGLOCH, CODEY
ADDRESS AVAILABLE UPON REQUEST

HAGLUND, BRENT
ADDRESS AVAILABLE UPON REQUEST

HAGLUND, LEEANNE
ADDRESS AVAILABLE UPON REQUEST

HAGMAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

HAGMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HAGMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HAGNER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HAGNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HAGOOD, OSHARYE
ADDRESS AVAILABLE UPON REQUEST

HAGOOD, TEIA
ADDRESS AVAILABLE UPON REQUEST

HAGOPIAN, JULIANA
ADDRESS AVAILABLE UPON REQUEST

HAGOPIAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

HAGOPIAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HAGOUEL, SHAYA
ADDRESS AVAILABLE UPON REQUEST

HAGSTROM, KJERSTIN
ADDRESS AVAILABLE UPON REQUEST

HAGUE, EMMA
ADDRESS AVAILABLE UPON REQUEST

HAGUE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAGUE, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAGY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAGY, ERIC
ADDRESS AVAILABLE UPON REQUEST

HAGY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HAGY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HAHL, ANN
ADDRESS AVAILABLE UPON REQUEST

HAHM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAHN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HAHN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HAHN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HAHN, BETH
ADDRESS AVAILABLE UPON REQUEST

HAHN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HAHN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

HAHN, DAWN
ADDRESS AVAILABLE UPON REQUEST

HAHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAHN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HAHN, KATHY
ADDRESS AVAILABLE UPON REQUEST

HAHN, KENZIE
ADDRESS AVAILABLE UPON REQUEST

HAHN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HAHN, LIAM
ADDRESS AVAILABLE UPON REQUEST

HAHN, LIZ
ADDRESS AVAILABLE UPON REQUEST

HAHN, MARCELA
ADDRESS AVAILABLE UPON REQUEST

HAHN, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

HAHN, OLWEN
ADDRESS AVAILABLE UPON REQUEST

HAHN, PEG
ADDRESS AVAILABLE UPON REQUEST

HAHN, PEYTON
ADDRESS AVAILABLE UPON REQUEST

HAHN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAHN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAHN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAHN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAHN, TERRI
ADDRESS AVAILABLE UPON REQUEST

HAHNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAHNENKRATT, LINDA
ADDRESS AVAILABLE UPON REQUEST

HAHNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HAHNEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

HAHS, LORA
ADDRESS AVAILABLE UPON REQUEST

HAI TRINH
ADDRESS AVAILABLE UPON REQUEST

HAI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAI, ZHIYING
ADDRESS AVAILABLE UPON REQUEST

HAID, LISA
ADDRESS AVAILABLE UPON REQUEST

HAIDER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HAIDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAIDER, SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

HAIDET, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAIDET, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAIG, ANNE
ADDRESS AVAILABLE UPON REQUEST

HAIG, CIERRA
ADDRESS AVAILABLE UPON REQUEST

HAIG, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HAIGH, KATE
ADDRESS AVAILABLE UPON REQUEST

HAIGH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAIGH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HAIGHT, DEANNE
ADDRESS AVAILABLE UPON REQUEST

HAIGHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAIGHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAIGHT, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

HAIGHT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HAIGIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HAIGNEY, AK
ADDRESS AVAILABLE UPON REQUEST

HAILE, BETHEL
ADDRESS AVAILABLE UPON REQUEST

HAILE, KIM
ADDRESS AVAILABLE UPON REQUEST

HAILE, LORRIE
ADDRESS AVAILABLE UPON REQUEST

HAILE, SOLOMON
ADDRESS AVAILABLE UPON REQUEST

HAILE, YOSEPH
ADDRESS AVAILABLE UPON REQUEST

HAILEE DUMOND
ADDRESS AVAILABLE UPON REQUEST

HAILEY RATTO
ADDRESS AVAILABLE UPON REQUEST

HAILEY SHIREMAN
ADDRESS AVAILABLE UPON REQUEST

HAILEY WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

HAILEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HAILEY, TYLER
ADDRESS AVAILABLE UPON REQUEST

HAILS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HAIM, JEAN
ADDRESS AVAILABLE UPON REQUEST

HAINES, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

HAINES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HAINES, ERIN
ADDRESS AVAILABLE UPON REQUEST

HAINES, GREG
ADDRESS AVAILABLE UPON REQUEST

HAINES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAINES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HAINES, JULIA
ADDRESS AVAILABLE UPON REQUEST

HAINES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HAINES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAINES, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HAINES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAINES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HAINES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAINES, TONYA
ADDRESS AVAILABLE UPON REQUEST

HAINLEY, JIM
ADDRESS AVAILABLE UPON REQUEST

HAINSWORTH, EUGENIE
ADDRESS AVAILABLE UPON REQUEST

HAINSWORTH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAIR, JAYDE
ADDRESS AVAILABLE UPON REQUEST

HAIRE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

HAIRFIELD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, DOMINIKA
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, JERRY C
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, LORI
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, LYNDEE
ADDRESS AVAILABLE UPON REQUEST

HAIRSTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAISCH, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAISENLEDER, NANCY
ADDRESS AVAILABLE UPON REQUEST

HAISLOP, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HAITHCOCK, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

HAIXI CHEN
ADDRESS AVAILABLE UPON REQUEST

HAJDROWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAJDUK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAJDUK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAJDUK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HAJEC, DENISE
ADDRESS AVAILABLE UPON REQUEST

HAJEK, ALEENA
ADDRESS AVAILABLE UPON REQUEST

HAJEK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HAJEK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAJNOS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HAKAMAA, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

HAKANSON, DEAN
ADDRESS AVAILABLE UPON REQUEST

HAKANSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAKE, ALI
ADDRESS AVAILABLE UPON REQUEST

HAKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAKEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAKENEWERTH, GINA
ADDRESS AVAILABLE UPON REQUEST

HAKER, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

HAKER, LACEY
ADDRESS AVAILABLE UPON REQUEST

HAKES, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HAKEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HAKIM, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HAKIM, LIMOR
ADDRESS AVAILABLE UPON REQUEST

HAKIM, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HAKIM, NOELLE
ADDRESS AVAILABLE UPON REQUEST

HAKIM, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HAKIMI, ARMIN
ADDRESS AVAILABLE UPON REQUEST

HAKINS, JANE
ADDRESS AVAILABLE UPON REQUEST

HAKKI, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HAKOLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAKON RINGSTAD
ADDRESS AVAILABLE UPON REQUEST

HAL MARK SCHROCK
ADDRESS AVAILABLE UPON REQUEST

HAL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HALA STARR
ADDRESS AVAILABLE UPON REQUEST

HALABIAN, ELNAZ
ADDRESS AVAILABLE UPON REQUEST

HALAC, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

HALACKNA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HALAINEN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HALAINEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HALAS, DOMINIK
ADDRESS AVAILABLE UPON REQUEST

HALAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALAT, SELINA
ADDRESS AVAILABLE UPON REQUEST

HALAYKO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HALBACH, MAREN
ADDRESS AVAILABLE UPON REQUEST

HALBERSTADT, JASON
ADDRESS AVAILABLE UPON REQUEST

HALBERSTADT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HALBERT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HALBERT, CASEY
ADDRESS AVAILABLE UPON REQUEST

HALBERT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HALBERT, SHARLENE
ADDRESS AVAILABLE UPON REQUEST

HALBERT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HALBRITTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALBSGUT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HALCOMB, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALDEMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HALDEMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

HALDORSON, T
ADDRESS AVAILABLE UPON REQUEST

HALE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HALE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HALE, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HALE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

HALE, CASEY
ADDRESS AVAILABLE UPON REQUEST

HALE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HALE, DARRELL
ADDRESS AVAILABLE UPON REQUEST

HALE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HALE, ERICA
ADDRESS AVAILABLE UPON REQUEST

HALE, GERALYN
ADDRESS AVAILABLE UPON REQUEST

HALE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HALE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HALE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HALE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HALE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HALE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HALE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALE, JOLIE
ADDRESS AVAILABLE UPON REQUEST

HALE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HALE, KAREN
ADDRESS AVAILABLE UPON REQUEST

HALE, KERI
ADDRESS AVAILABLE UPON REQUEST

HALE, LARRY
ADDRESS AVAILABLE UPON REQUEST

HALE, MARINA
ADDRESS AVAILABLE UPON REQUEST

HALE, MARY CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HALE, MARY
ADDRESS AVAILABLE UPON REQUEST

HALE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HALE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HALE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HALE, QUINTON
ADDRESS AVAILABLE UPON REQUEST

HALE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HALE, REESE
ADDRESS AVAILABLE UPON REQUEST

HALE, ROSIE
ADDRESS AVAILABLE UPON REQUEST

HALE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HALE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HALE, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALE, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HALE, VONNIE
ADDRESS AVAILABLE UPON REQUEST

HALE, WENDY
ADDRESS AVAILABLE UPON REQUEST

HALE, WESLEY
ADDRESS AVAILABLE UPON REQUEST

HALE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HALEN, TAYLER
ADDRESS AVAILABLE UPON REQUEST

HALENKAMP, PATTY
ADDRESS AVAILABLE UPON REQUEST

HALES, GISELE
ADDRESS AVAILABLE UPON REQUEST

HALES, GRANT
ADDRESS AVAILABLE UPON REQUEST

HALES, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HALES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HALES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HALEY BERSCHLER
ADDRESS AVAILABLE UPON REQUEST

HALEY IVERS
ADDRESS AVAILABLE UPON REQUEST

HALEY RUSSELL
ADDRESS AVAILABLE UPON REQUEST

HALEY WERRA
ADDRESS AVAILABLE UPON REQUEST

HALEY YAZBEK
ADDRESS AVAILABLE UPON REQUEST

HALEY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HALEY, BETSY
ADDRESS AVAILABLE UPON REQUEST

HALEY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HALEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HALEY, BRITTA
ADDRESS AVAILABLE UPON REQUEST

HALEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HALEY, DOUG
ADDRESS AVAILABLE UPON REQUEST

HALEY, EBONY
ADDRESS AVAILABLE UPON REQUEST

HALEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

HALEY, HILARY
ADDRESS AVAILABLE UPON REQUEST

HALEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HALEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HALEY, JIM
ADDRESS AVAILABLE UPON REQUEST

HALEY, KATHIE
ADDRESS AVAILABLE UPON REQUEST

HALEY, KERRY
ADDRESS AVAILABLE UPON REQUEST

HALEY, KIM
ADDRESS AVAILABLE UPON REQUEST

HALEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

HALEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

HALEY, MEG
ADDRESS AVAILABLE UPON REQUEST

HALEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HALEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HALEY, SCHANDRA
ADDRESS AVAILABLE UPON REQUEST

HALEY, SHANE
ADDRESS AVAILABLE UPON REQUEST

HALEY, SONDRA
ADDRESS AVAILABLE UPON REQUEST

HALEY, STACEY
ADDRESS AVAILABLE UPON REQUEST

HALEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HALEY, TONI
ADDRESS AVAILABLE UPON REQUEST

HALFACRE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALFF, ANN
ADDRESS AVAILABLE UPON REQUEST

HALFMANN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HALFMANN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HALFMANN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HALFORD, ERIN
ADDRESS AVAILABLE UPON REQUEST

HALGAS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HALIK, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HALILEJ, JOSIANE
ADDRESS AVAILABLE UPON REQUEST

HALIM, MAAT
ADDRESS AVAILABLE UPON REQUEST

HALKIDIS, AMBER STARR
ADDRESS AVAILABLE UPON REQUEST

HALKITIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALKO, LYN
ADDRESS AVAILABLE UPON REQUEST

HALKON, LUCY
ADDRESS AVAILABLE UPON REQUEST

HALL H WANG
ADDRESS AVAILABLE UPON REQUEST

HALL WINES
401 ST. HELENA HWY SOUTH
SAINT HELENA, CA  94574

HALL, ABBY
ADDRESS AVAILABLE UPON REQUEST

HALL, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

HALL, ALANA
ADDRESS AVAILABLE UPON REQUEST

HALL, ALEX
ADDRESS AVAILABLE UPON REQUEST

HALL, ALEX
ADDRESS AVAILABLE UPON REQUEST

HALL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HALL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HALL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HALL, AMELIA
ADDRESS AVAILABLE UPON REQUEST

HALL, AMY
ADDRESS AVAILABLE UPON REQUEST

HALL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HALL, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

HALL, ANJELICA
ADDRESS AVAILABLE UPON REQUEST

HALL, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HALL, ARIANA
ADDRESS AVAILABLE UPON REQUEST

HALL, ASHLE
ADDRESS AVAILABLE UPON REQUEST

HALL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HALL, AVEARY
ADDRESS AVAILABLE UPON REQUEST

HALL, BRANDY
ADDRESS AVAILABLE UPON REQUEST

HALL, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

HALL, BRETT
ADDRESS AVAILABLE UPON REQUEST

HALL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HALL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HALL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HALL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HALL, CANDY
ADDRESS AVAILABLE UPON REQUEST

HALL, CARA
ADDRESS AVAILABLE UPON REQUEST

HALL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HALL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HALL, CASSIE
ADDRESS AVAILABLE UPON REQUEST

HALL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HALL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HALL, CELESTE
ADDRESS AVAILABLE UPON REQUEST

HALL, CHANITA
ADDRESS AVAILABLE UPON REQUEST

HALL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HALL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HALL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HALL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HALL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HALL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HALL, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

HALL, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

HALL, CLINT
ADDRESS AVAILABLE UPON REQUEST

HALL, CODY
ADDRESS AVAILABLE UPON REQUEST

HALL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HALL, DENISE
ADDRESS AVAILABLE UPON REQUEST

HALL, DIANA
ADDRESS AVAILABLE UPON REQUEST

HALL, DIANE
ADDRESS AVAILABLE UPON REQUEST

HALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HALL, ELLIE
ADDRESS AVAILABLE UPON REQUEST

HALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

HALL, ERIC
ADDRESS AVAILABLE UPON REQUEST

HALL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

HALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

HALL, EVA
ADDRESS AVAILABLE UPON REQUEST

HALL, EVAN
ADDRESS AVAILABLE UPON REQUEST

HALL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

HALL, GARRETT
ADDRESS AVAILABLE UPON REQUEST

HALL, GAVIN
ADDRESS AVAILABLE UPON REQUEST

HALL, GAYLE
ADDRESS AVAILABLE UPON REQUEST

HALL, GIAVONNA
ADDRESS AVAILABLE UPON REQUEST

HALL, GLADYS
ADDRESS AVAILABLE UPON REQUEST

HALL, GRACE
ADDRESS AVAILABLE UPON REQUEST

HALL, GRAY
ADDRESS AVAILABLE UPON REQUEST

HALL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HALL, HALEY
ADDRESS AVAILABLE UPON REQUEST

HALL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HALL, HARVEY
ADDRESS AVAILABLE UPON REQUEST

HALL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HALL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HALL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HALL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HALL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HALL, HUNTER
ADDRESS AVAILABLE UPON REQUEST

HALL, ISHMEL
ADDRESS AVAILABLE UPON REQUEST

HALL, JACQY
ADDRESS AVAILABLE UPON REQUEST

HALL, JAMES
ADDRESS AVAILABLE UPON REQUEST

HALL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HALL, JAN
ADDRESS AVAILABLE UPON REQUEST

HALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HALL, JERICA
ADDRESS AVAILABLE UPON REQUEST

HALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HALL, JIM
ADDRESS AVAILABLE UPON REQUEST

HALL, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALL, JOHN
ADDRESS AVAILABLE UPON REQUEST

HALL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HALL, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HALL, JULIANN
ADDRESS AVAILABLE UPON REQUEST

HALL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HALL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

HALL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HALL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HALL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HALL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HALL, KATIE
ADDRESS AVAILABLE UPON REQUEST

HALL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HALL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HALL, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

HALL, KECIA
ADDRESS AVAILABLE UPON REQUEST

HALL, KELLI
ADDRESS AVAILABLE UPON REQUEST

HALL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HALL, KENDRICK
ADDRESS AVAILABLE UPON REQUEST

HALL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HALL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HALL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HALL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HALL, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

HALL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HALL, LAMEE
ADDRESS AVAILABLE UPON REQUEST

HALL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HALL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HALL, LEOLA
ADDRESS AVAILABLE UPON REQUEST

HALL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HALL, LINDA
ADDRESS AVAILABLE UPON REQUEST

HALL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HALL, LISA
ADDRESS AVAILABLE UPON REQUEST

HALL, LORILYN
ADDRESS AVAILABLE UPON REQUEST

HALL, LUKAS
ADDRESS AVAILABLE UPON REQUEST

HALL, MALON
ADDRESS AVAILABLE UPON REQUEST

HALL, MARC
ADDRESS AVAILABLE UPON REQUEST

HALL, MARK
ADDRESS AVAILABLE UPON REQUEST

HALL, MARTA
ADDRESS AVAILABLE UPON REQUEST

HALL, MARY
ADDRESS AVAILABLE UPON REQUEST

HALL, MARY
ADDRESS AVAILABLE UPON REQUEST

HALL, MARYROSE
ADDRESS AVAILABLE UPON REQUEST

HALL, MATTIE
ADDRESS AVAILABLE UPON REQUEST

HALL, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

HALL, MEEGAN
ADDRESS AVAILABLE UPON REQUEST

HALL, MEKAYLA
ADDRESS AVAILABLE UPON REQUEST

HALL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HALL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HALL, MESHAR
ADDRESS AVAILABLE UPON REQUEST

HALL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HALL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HALL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HALL, MIKE
ADDRESS AVAILABLE UPON REQUEST

HALL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HALL, NANCY
ADDRESS AVAILABLE UPON REQUEST

HALL, NANCY
ADDRESS AVAILABLE UPON REQUEST

HALL, NASTAJA
ADDRESS AVAILABLE UPON REQUEST

HALL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HALL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HALL, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

HALL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HALL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HALL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HALL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HALL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HALL, PATRICIA & STEVEN
ADDRESS AVAILABLE UPON REQUEST

HALL, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HALL, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

HALL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HALL, RAHSAAN
ADDRESS AVAILABLE UPON REQUEST

HALL, RANOTA
ADDRESS AVAILABLE UPON REQUEST

HALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HALL, REGAN
ADDRESS AVAILABLE UPON REQUEST

HALL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HALL, ROBYN FOX
ADDRESS AVAILABLE UPON REQUEST

HALL, RODNEY
ADDRESS AVAILABLE UPON REQUEST

HALL, RON
ADDRESS AVAILABLE UPON REQUEST

HALL, ROSE
ADDRESS AVAILABLE UPON REQUEST

HALL, RUSTY
ADDRESS AVAILABLE UPON REQUEST

HALL, RYAN
ADDRESS AVAILABLE UPON REQUEST

HALL, SAGE
ADDRESS AVAILABLE UPON REQUEST

HALL, SAM
ADDRESS AVAILABLE UPON REQUEST

HALL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HALL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HALL, SARA
ADDRESS AVAILABLE UPON REQUEST

HALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HALL, SHANE
ADDRESS AVAILABLE UPON REQUEST

HALL, SHEREE
ADDRESS AVAILABLE UPON REQUEST

HALL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

HALL, SONIA
ADDRESS AVAILABLE UPON REQUEST

HALL, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HALL, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HALL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HALL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HALL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HALL, T.L.
ADDRESS AVAILABLE UPON REQUEST

HALL, TAKERRA
ADDRESS AVAILABLE UPON REQUEST

HALL, TARYN
ADDRESS AVAILABLE UPON REQUEST

HALL, TERRY
ADDRESS AVAILABLE UPON REQUEST

HALL, TONYA
ADDRESS AVAILABLE UPON REQUEST

HALL, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HALL, TRACY
ADDRESS AVAILABLE UPON REQUEST

HALL, TYLER
ADDRESS AVAILABLE UPON REQUEST

HALL, VADA
ADDRESS AVAILABLE UPON REQUEST

HALL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HALL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HALL, WENDY
ADDRESS AVAILABLE UPON REQUEST

HALL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HALL, YANEYA
ADDRESS AVAILABLE UPON REQUEST

HALLABRIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HALLACHER, KYANA
ADDRESS AVAILABLE UPON REQUEST

HALLACK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HALLADA, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HALLAHAN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HALLAHAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HALLAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

HALLAM, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HALLAM, SHANE
ADDRESS AVAILABLE UPON REQUEST

HALLAMORE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HALLARAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HALLBERG, HALEY
ADDRESS AVAILABLE UPON REQUEST

HALLBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HALLBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HALLECK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HALLEN, KATHARINA
ADDRESS AVAILABLE UPON REQUEST

HALLEN, LISA
ADDRESS AVAILABLE UPON REQUEST

HALLENBECK, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HALLENRUD, JOSEFINE
ADDRESS AVAILABLE UPON REQUEST

HALLER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HALLER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HALLER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

HALLER, FELIX
ADDRESS AVAILABLE UPON REQUEST

HALLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HALLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HALLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALLER, SHARLYN
ADDRESS AVAILABLE UPON REQUEST

HALLETT II, ERICK
ADDRESS AVAILABLE UPON REQUEST

HALLEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HALLEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

HALLEY, RONALD
ADDRESS AVAILABLE UPON REQUEST

HALLIBURTON, BRITTANEY
ADDRESS AVAILABLE UPON REQUEST

HALLIDAY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HALLIDAY, AMY
ADDRESS AVAILABLE UPON REQUEST

HALLIDAY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HALLIGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALLIGAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HALLINAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HALLINAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HALLING, ERIN
ADDRESS AVAILABLE UPON REQUEST

HALLING, KIRA
ADDRESS AVAILABLE UPON REQUEST

HALLINGSTAD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, DREW
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, RAMSEY
ADDRESS AVAILABLE UPON REQUEST

HALLMAN, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

HALLMARK, GARRETT
ADDRESS AVAILABLE UPON REQUEST

HALLMEYER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

HALLMON, RAY
ADDRESS AVAILABLE UPON REQUEST

HALLO, GAYLE
ADDRESS AVAILABLE UPON REQUEST

HALLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HALLOCK, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HALLOCK, KIM
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, KIM
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, LIAM
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, LISA
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, LORI
ADDRESS AVAILABLE UPON REQUEST

HALLORAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HALLOWOOD, GARY
ADDRESS AVAILABLE UPON REQUEST

HALLQUIST, NISSA
ADDRESS AVAILABLE UPON REQUEST

HALLS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HALLS, JEN
ADDRESS AVAILABLE UPON REQUEST

HALLUM, ADRIONNA
ADDRESS AVAILABLE UPON REQUEST

HALLUM, ANA
ADDRESS AVAILABLE UPON REQUEST

HALLUM, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HALLY, EBONY
ADDRESS AVAILABLE UPON REQUEST

HALLY, TORRIE
ADDRESS AVAILABLE UPON REQUEST

HALM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HALMY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HALOULOS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HALOW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HALPERIN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

HALPERN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HALPERN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HALPERN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HALPERN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HALPIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

HALPIN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

HALPIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALPIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

HALPIN, JENN
ADDRESS AVAILABLE UPON REQUEST

HALPIN, MARY
ADDRESS AVAILABLE UPON REQUEST

HALPIN, ROSE
ADDRESS AVAILABLE UPON REQUEST

HALS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HALSCH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HALSER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

HALSETH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HALSEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALSEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HALSEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

HALSEY, KARA
ADDRESS AVAILABLE UPON REQUEST

HALSTEAD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

HALSTEAD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HALSTEAD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HALSTED, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HALSTED, DRUE
ADDRESS AVAILABLE UPON REQUEST

HALT, TARA
ADDRESS AVAILABLE UPON REQUEST

HALTAM, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HALTENHOF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALTER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HALTER, GARY
ADDRESS AVAILABLE UPON REQUEST

HALTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HALTER, LISA
ADDRESS AVAILABLE UPON REQUEST

HALTER, LISA
ADDRESS AVAILABLE UPON REQUEST

HALTOM, BRANDI
ADDRESS AVAILABLE UPON REQUEST

HALTON PARDEE AND PARTNERS INC.
12410 W WASHINGTON BLVD
LOS ANGELES, CA  90066

HALULKO, SARAH
ADDRESS AVAILABLE UPON REQUEST

HALUSKA, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HALVA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, ADELAIDE
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, DANA
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, GALEN
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, JANINE
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HALVERSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HALVEY, GRACE
ADDRESS AVAILABLE UPON REQUEST

HALVORSEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HALVORSEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HALVORSEN, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

HALVORSEN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

HALVORSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HALVORSON TAYLOR, JULIET
ADDRESS AVAILABLE UPON REQUEST

HALVORSON, KATE
ADDRESS AVAILABLE UPON REQUEST

HALVORSON, SARA
ADDRESS AVAILABLE UPON REQUEST

HALYCKYJ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAM, CARIN
ADDRESS AVAILABLE UPON REQUEST

HAM, ERICA
ADDRESS AVAILABLE UPON REQUEST

HAM, HYUNA
ADDRESS AVAILABLE UPON REQUEST

HAM, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

HAM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HAM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAM, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HAM, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

HAMAD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HAMAD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAMADA, SERENA
ADDRESS AVAILABLE UPON REQUEST

HAMADA, YOSHIHITO
ADDRESS AVAILABLE UPON REQUEST

HAMADYK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HAMAKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HAMAKER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HAMAL, PUKAR
ADDRESS AVAILABLE UPON REQUEST

HAMALAINEN, JEFF
ADDRESS AVAILABLE UPON REQUEST

HAMALAINEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAMAMOTO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HAMANAKA, TRACI
ADDRESS AVAILABLE UPON REQUEST

HAMANN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HAMANN, CHARLY
ADDRESS AVAILABLE UPON REQUEST

HAMANN, ELI
ADDRESS AVAILABLE UPON REQUEST

HAMANN, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

HAMAR, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAMARICH, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HAMB, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HAMBERG, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HAMBLEN, KENZIE
ADDRESS AVAILABLE UPON REQUEST

HAMBLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

HAMBLIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAMBLY, ALEC
ADDRESS AVAILABLE UPON REQUEST

HAMBRE, LISA
ADDRESS AVAILABLE UPON REQUEST

HAMBRICK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HAMBRIGHT, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HAMBRIGHT, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HAMBURGER, CALAIHA
ADDRESS AVAILABLE UPON REQUEST

HAMBURGER, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

HAMBY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HAMBY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HAMBY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

HAMBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMDAN, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

HAMDAN, SAM
ADDRESS AVAILABLE UPON REQUEST

HAMEISTER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAMEL, DINA
ADDRESS AVAILABLE UPON REQUEST

HAMEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAMEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HAMEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HAMEL, MARSHA
ADDRESS AVAILABLE UPON REQUEST

HAMEL, MATT
ADDRESS AVAILABLE UPON REQUEST

HAMEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAMEL, TREVOR
ADDRESS AVAILABLE UPON REQUEST

HAMELE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HAM-ELLIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAMEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMER, ANNA
ADDRESS AVAILABLE UPON REQUEST

HAMER, JOANN
ADDRESS AVAILABLE UPON REQUEST

HAMER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAMES, ANYE
ADDRESS AVAILABLE UPON REQUEST

HAMES, WENDIE
ADDRESS AVAILABLE UPON REQUEST

HAMID BOUGHAZI
ADDRESS AVAILABLE UPON REQUEST

HAMID, AMAANI
ADDRESS AVAILABLE UPON REQUEST

HAMID, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAMID, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

HAMIL, DEANA
ADDRESS AVAILABLE UPON REQUEST

HAMILL, BRIDGIT
ADDRESS AVAILABLE UPON REQUEST

HAMILL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HAMILL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HAMILL, KURTIS
ADDRESS AVAILABLE UPON REQUEST

HAMILLA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, AJ
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ALISON
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, AMY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ANN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, BENNETT
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, BROOK
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CACHE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CARLY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, CIERRA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, DANA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, DARCY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, DARREN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, DAWN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, EDRICE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, HALEY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JACOB
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KARIE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KATY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KELLI
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LEVI
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LILLY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LILY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, LIZ
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MANDI
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MARC
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MARIJEN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MARY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MIRA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, PAUL
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, POPS
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, REANA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, REANNA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, ROCHONDA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, SHARON
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, STACEY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, STACI
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, STEVE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TALANA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TIERRA
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TIM
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TOM
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TRUDY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, TYRONE
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, WENDY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

HAMILTON, WOODY
ADDRESS AVAILABLE UPON REQUEST

HAMLET, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAMLET, RON
ADDRESS AVAILABLE UPON REQUEST

HAMLETT, ARIANA
ADDRESS AVAILABLE UPON REQUEST

HAMLETT, ELAYNE
ADDRESS AVAILABLE UPON REQUEST

HAMLETT, ILKA
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, ABBI
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, KEN
ADDRESS AVAILABLE UPON REQUEST

HAMLIN, ZACH
ADDRESS AVAILABLE UPON REQUEST

HAMLING, JULIE
ADDRESS AVAILABLE UPON REQUEST

HAMLINGTON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAMLINS CUSTOM BEVERAGES, INC.
2631 S LA CIENEGA BLVD
LOS ANGELES, CA  90034

HAMM CONARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAMM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAMM, AMY
ADDRESS AVAILABLE UPON REQUEST

HAMM, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HAMM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAMM, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

HAMM, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HAMM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAMM, KAREN
ADDRESS AVAILABLE UPON REQUEST

HAMM, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAMM, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HAMM, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HAMM, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HAMM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HAMM, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HAMM, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAMMAC, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HAMMACK, BETH
ADDRESS AVAILABLE UPON REQUEST

HAMMACK, ELLIE
ADDRESS AVAILABLE UPON REQUEST

HAMMACK, JILL
ADDRESS AVAILABLE UPON REQUEST

HAMMAKER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HAMMAKER, RATHANNE
ADDRESS AVAILABLE UPON REQUEST

HAMMAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAMMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HAMMAR, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAMMARLUND, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HAMMARSTROM, B DAVID
ADDRESS AVAILABLE UPON REQUEST

HAMMEL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HAMMEL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HAMMELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HAMMELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

HAMMER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HAMMER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HAMMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMMER, JOSH
ADDRESS AVAILABLE UPON REQUEST

HAMMER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMMER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMMER, LANDON
ADDRESS AVAILABLE UPON REQUEST

HAMMER, LASHICONNAH
ADDRESS AVAILABLE UPON REQUEST

HAMMER, PEG
ADDRESS AVAILABLE UPON REQUEST

HAMMER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAMMER, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

HAMMERAN, BROOKELYNN
ADDRESS AVAILABLE UPON REQUEST

HAMMERS, CORIE
ADDRESS AVAILABLE UPON REQUEST

HAMMERS, TATE
ADDRESS AVAILABLE UPON REQUEST

HAMMERSCHLAG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAMMERSCHMIDT, ZACH
ADDRESS AVAILABLE UPON REQUEST

HAMMERSMITH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HAMMERSTEIN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HAMMERSTROM, PAUL
ADDRESS AVAILABLE UPON REQUEST

HAMMETT, ALEX
ADDRESS AVAILABLE UPON REQUEST

HAMMETT, RENEE
ADDRESS AVAILABLE UPON REQUEST

HAMMETT, VALARIE
ADDRESS AVAILABLE UPON REQUEST

HAMMILL, JILL
ADDRESS AVAILABLE UPON REQUEST

HAMMILL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HAMMILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HAMMITT, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HAMMOCK, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HAMMOCK, DANA
ADDRESS AVAILABLE UPON REQUEST

HAMMOCK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAMMOMD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAMMON, MILTON
ADDRESS AVAILABLE UPON REQUEST

HAMMON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, AMY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, INDIA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, JAQUETTA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, KERRY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, MIKE
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, NIPAPORN
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, ROGER
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, RUBY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, SHYREETA
ADDRESS AVAILABLE UPON REQUEST

HAMMOND, WINDY
ADDRESS AVAILABLE UPON REQUEST

HAMMOND-CHAMBERS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HAMMONDS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HAMMONDS, MARY
ADDRESS AVAILABLE UPON REQUEST

HAMMONDS, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

HAMMONS, DENVER
ADDRESS AVAILABLE UPON REQUEST

HAMON OVERHEAD DOOR
ADDRESS UNAVAILABLE AT TIME OF FILING

HAMOUCHE, NADINA
ADDRESS AVAILABLE UPON REQUEST

HAMOULY, MONA
ADDRESS AVAILABLE UPON REQUEST

HAMP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAMPEL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HAMPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAMPTON INN
ADDRESS UNAVAILABLE AT TIME OF FILING

HAMPTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, AURIELLE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, CANDYCE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, JESSI
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, JODIE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, LELE
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, MARK
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, SONIA
ADDRESS AVAILABLE UPON REQUEST

HAMPTON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HAMREN, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

HAMRICK SOLUTIONS LLC
713 KINGSWOOD VALLEY DR
MOORE, SC  29369

HAMRICK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAMRICK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAMRICK, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

HAMRICK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HAMRICK, LISA
ADDRESS AVAILABLE UPON REQUEST

HAMRICK, MEGGIE & JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HAMROCK, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HAMSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HAMVAY, MARISA
ADDRESS AVAILABLE UPON REQUEST

HAMWI, KRIS
ADDRESS AVAILABLE UPON REQUEST

HAMZY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAN, NGUYEN
ADDRESS AVAILABLE UPON REQUEST

HAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HAN, DI
ADDRESS AVAILABLE UPON REQUEST

HAN, EUNMI
ADDRESS AVAILABLE UPON REQUEST

HAN, HEESEUNG
ADDRESS AVAILABLE UPON REQUEST

HAN, JAESU
ADDRESS AVAILABLE UPON REQUEST

HAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAN, JI HYE
ADDRESS AVAILABLE UPON REQUEST

HAN, JONG
ADDRESS AVAILABLE UPON REQUEST

HAN, JOY
ADDRESS AVAILABLE UPON REQUEST

HAN, KAILEE
ADDRESS AVAILABLE UPON REQUEST

HAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HAN, MELODIE
ADDRESS AVAILABLE UPON REQUEST

HAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

HAN, SON
ADDRESS AVAILABLE UPON REQUEST

HAN, STELLA
ADDRESS AVAILABLE UPON REQUEST

HAN, VIET
ADDRESS AVAILABLE UPON REQUEST

HAN, YANSHAN
ADDRESS AVAILABLE UPON REQUEST

HAN, YEBIN
ADDRESS AVAILABLE UPON REQUEST

HAN, YEJIN
ADDRESS AVAILABLE UPON REQUEST

HANA A AVIV
ADDRESS AVAILABLE UPON REQUEST

HANAFI, HESHAM
ADDRESS AVAILABLE UPON REQUEST

HANAHOE, KERRY
ADDRESS AVAILABLE UPON REQUEST

HANAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

HANANIA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HANBERRY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HANBURY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HANBURY, KATIE
ADDRESS AVAILABLE UPON REQUEST

HANBURY, MISTY
ADDRESS AVAILABLE UPON REQUEST

HANBY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HANCE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HANCE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HANCE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HANCIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HANCK, ROB
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, ALYSON
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, ATHANASIA
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, BETSY
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, CARLA
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, CATIE
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, CODY
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, DIANE
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, HART
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, JULIE
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, MADISON
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, MADISON
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, MONTIEL
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, SAQUETTA
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, SETH
ADDRESS AVAILABLE UPON REQUEST

HANCOCK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HANCOX, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAND, ANITA
ADDRESS AVAILABLE UPON REQUEST

HAND, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HAND, EMMA
ADDRESS AVAILABLE UPON REQUEST

HAND, JACQELYN
ADDRESS AVAILABLE UPON REQUEST

HAND, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAND, PAULA
ADDRESS AVAILABLE UPON REQUEST

HAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAND, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HAND, SUSANA
ADDRESS AVAILABLE UPON REQUEST

HANDAKAS, KERRIE
ADDRESS AVAILABLE UPON REQUEST

HANDALL, EVELYN
ADDRESS AVAILABLE UPON REQUEST

HANDEL, JULIA
ADDRESS AVAILABLE UPON REQUEST

HANDELMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANDELMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HANDELONG, TAWNY
ADDRESS AVAILABLE UPON REQUEST

HANDLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HANDLER, RITA
ADDRESS AVAILABLE UPON REQUEST

HANDLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

HANDLEY, SUE
ADDRESS AVAILABLE UPON REQUEST

HANDLOS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HANDMADE DESIGN & BUILD
5823 BUCHANAN ST
LOS ANGELES, CA 90042

HANDRAHAN, GLENN
ADDRESS AVAILABLE UPON REQUEST

HANDRINOS, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

HANDS RILES, MARIA
ADDRESS AVAILABLE UPON REQUEST

HANDS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HANDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANDS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HANDSMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANDSOME FRANK LTD
152 KNOLLYS ROAD
LONDON  SW16 2JU
UNITED KINGDOM

HANDY, CIDNEY
ADDRESS AVAILABLE UPON REQUEST

HANDY, MADISON
ADDRESS AVAILABLE UPON REQUEST

HANDY, RUBY
ADDRESS AVAILABLE UPON REQUEST

HANE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HANE, VIVIENNE
ADDRESS AVAILABLE UPON REQUEST

HANEBRINK, WANDA
ADDRESS AVAILABLE UPON REQUEST

HANEGRAAFF, PAUL
ADDRESS AVAILABLE UPON REQUEST

HANEL, THERESA
ADDRESS AVAILABLE UPON REQUEST

HANEL, TRACIE
ADDRESS AVAILABLE UPON REQUEST

HANENBERG, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HANER, CHAU
ADDRESS AVAILABLE UPON REQUEST

HANER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HANERHOFF, KELLY
ADDRESS AVAILABLE UPON REQUEST

HANES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HANES, GREER
ADDRESS AVAILABLE UPON REQUEST

HANES, KARENA
ADDRESS AVAILABLE UPON REQUEST

HANES, LORI
ADDRESS AVAILABLE UPON REQUEST

HANES, MATT
ADDRESS AVAILABLE UPON REQUEST

HANET, LAURA
ADDRESS AVAILABLE UPON REQUEST

HANEY, DEE DEE & RYAN
ADDRESS AVAILABLE UPON REQUEST

HANEY, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HANEY, LAWREN
ADDRESS AVAILABLE UPON REQUEST

HANEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HANEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

HANEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HANEY-COLGLAZIER, LAURI
ADDRESS AVAILABLE UPON REQUEST

HANFORD, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HANFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HANFT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HANG, ANNA
ADDRESS AVAILABLE UPON REQUEST

HANG, BORA
ADDRESS AVAILABLE UPON REQUEST

HANGCA, CATHY
ADDRESS AVAILABLE UPON REQUEST

HANGE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HANGELAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HANGLITER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HANHAM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HANHART, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HANI GOBRAN
ADDRESS AVAILABLE UPON REQUEST

HANIAH, LANEEN
ADDRESS AVAILABLE UPON REQUEST

HANIFEE, JACK
ADDRESS AVAILABLE UPON REQUEST

HANING, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HANISH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HANK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HANKAMER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HANKE, DAWN
ADDRESS AVAILABLE UPON REQUEST

HANKE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HANKEE, JILL
ADDRESS AVAILABLE UPON REQUEST

HANKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

HANKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HANKERSON, LATECIA
ADDRESS AVAILABLE UPON REQUEST

HANKERSON-DYSON, DANA
ADDRESS AVAILABLE UPON REQUEST

HANKEY, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

HANKEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

HANKINS, ALEX
ADDRESS AVAILABLE UPON REQUEST

HANKINS, CHANNING
ADDRESS AVAILABLE UPON REQUEST

HANKINS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HANKINS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HANKINS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HANKINS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HANKLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HANKO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HANKO, SAVVO
ADDRESS AVAILABLE UPON REQUEST

HANKS PIZZA OF LA
ADDRESS UNAVAILABLE AT TIME OF FILING

HANKS, HAZEL
ADDRESS AVAILABLE UPON REQUEST

HANKS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

HANKS, ROSE
ADDRESS AVAILABLE UPON REQUEST

HANKS, TANYA
ADDRESS AVAILABLE UPON REQUEST

HANLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HANLEY, AMBER
ADDRESS AVAILABLE UPON REQUEST

HANLEY, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

HANLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HANLEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HANLEY, DAN
ADDRESS AVAILABLE UPON REQUEST

HANLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

HANLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HANLEY, LIAM
ADDRESS AVAILABLE UPON REQUEST

HANLEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HANLEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HANLEY, RYANN
ADDRESS AVAILABLE UPON REQUEST

HANLEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HANLON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HANLON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANLON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HANLON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HANLON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HANLON, KYLE
ADDRESS AVAILABLE UPON REQUEST

HANLON, KYRA
ADDRESS AVAILABLE UPON REQUEST

HANLON, SHARON
ADDRESS AVAILABLE UPON REQUEST

HANLY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HANNA INSTRUMENTS
ADDRESS UNAVAILABLE AT TIME OF FILING

HANNA R BUCHAN
ADDRESS AVAILABLE UPON REQUEST

HANNA VANDERLOOP
ADDRESS AVAILABLE UPON REQUEST

HANNA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HANNA, ARIAL
ADDRESS AVAILABLE UPON REQUEST

HANNA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HANNA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HANNA, JAKE
ADDRESS AVAILABLE UPON REQUEST

HANNA, JOY
ADDRESS AVAILABLE UPON REQUEST

HANNA, JOYIA
ADDRESS AVAILABLE UPON REQUEST

HANNA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HANNA, KELLY
ADDRESS AVAILABLE UPON REQUEST

HANNA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HANNA, LORI
ADDRESS AVAILABLE UPON REQUEST

HANNA, MARK
ADDRESS AVAILABLE UPON REQUEST

HANNA, MARY
ADDRESS AVAILABLE UPON REQUEST

HANNA, MAXIMUS SKATES INC.
ADDRESS AVAILABLE UPON REQUEST

HANNA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HANNA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HANNA, SALWA
ADDRESS AVAILABLE UPON REQUEST

HANNA, SARAH
ADDRESS AVAILABLE UPON REQUEST

HANNA, ZANNE
ADDRESS AVAILABLE UPON REQUEST

HANNAFEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HANNAFIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HANNAH COPELAN
ADDRESS AVAILABLE UPON REQUEST

HANNAH DOLAB
ADDRESS AVAILABLE UPON REQUEST

HANNAH E HUNTER
ADDRESS AVAILABLE UPON REQUEST

HANNAH ESCHBERGER
ADDRESS AVAILABLE UPON REQUEST

HANNAH FERRIER
C/O A3 ARTISTS AGENCY
750 N. SAN VICENTE BLVD EAST TOWER
SUITE 1100
LOS ANGELES, CA 90069

HANNAH GWEON
ADDRESS AVAILABLE UPON REQUEST

HANNAH KOPPEL WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

HANNAH NARDI
ADDRESS AVAILABLE UPON REQUEST

HANNAH NELSON
ADDRESS AVAILABLE UPON REQUEST

HANNAH R AVISON
ADDRESS AVAILABLE UPON REQUEST

HANNAH SIMMONDS
ADDRESS AVAILABLE UPON REQUEST

HANNAH STROUD
ADDRESS AVAILABLE UPON REQUEST

HANNAH THIESEN
ADDRESS AVAILABLE UPON REQUEST

HANNAH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HANNAH, DAWN
ADDRESS AVAILABLE UPON REQUEST

HANNAH, ELDREONNA
ADDRESS AVAILABLE UPON REQUEST

HANNAH, JAMES
ADDRESS AVAILABLE UPON REQUEST

HANNAH, KAT
ADDRESS AVAILABLE UPON REQUEST

HANNAH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HANNAH, LAURA
ADDRESS AVAILABLE UPON REQUEST

HANNAH, PHIL
ADDRESS AVAILABLE UPON REQUEST

HANNAH, RENELL
ADDRESS AVAILABLE UPON REQUEST

HANNAH, SARA
ADDRESS AVAILABLE UPON REQUEST

HANNAH, SOLES,
ADDRESS AVAILABLE UPON REQUEST

HANNAN, CAILIN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, KATE
ADDRESS AVAILABLE UPON REQUEST

HANNAN, KATY
ADDRESS AVAILABLE UPON REQUEST

HANNAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, MARK
ADDRESS AVAILABLE UPON REQUEST

HANNAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HANNAN, REGINA
ADDRESS AVAILABLE UPON REQUEST

HANNAN, TRISTA
ADDRESS AVAILABLE UPON REQUEST

HANNAWAY, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HANNE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

HANNEL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HANNER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

HANNER, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HANNER, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HANNESSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HANNEY, GREG
ADDRESS AVAILABLE UPON REQUEST

HANNIFAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HANNIGAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HANNIGAN, DAVE
ADDRESS AVAILABLE UPON REQUEST

HANNIGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HANNING, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HANNIVAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HANNON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HANNON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HANNON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HANNON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HANNON, KAREN
ADDRESS AVAILABLE UPON REQUEST

HANNON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HANNON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HANNON, LISA
ADDRESS AVAILABLE UPON REQUEST

HANNON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HANNON, PATRICE
ADDRESS AVAILABLE UPON REQUEST

HANNON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HANNOY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HANNSBERRY, KAREN
ADDRESS AVAILABLE UPON REQUEST

HANNULA, PATTI
ADDRESS AVAILABLE UPON REQUEST

HANNUM, MINDY
ADDRESS AVAILABLE UPON REQUEST

HANNUM, WENDOLYN
ADDRESS AVAILABLE UPON REQUEST

HANNUM-DALE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HANOA, AMY
ADDRESS AVAILABLE UPON REQUEST

HANOLD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HANOUM, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HANOVER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HANOYAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HANRAHAN, TESLA
ADDRESS AVAILABLE UPON REQUEST

HANRATTY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HANS PETER STADELMANN
ADDRESS AVAILABLE UPON REQUEST

HANS WINBERG
ADDRESS AVAILABLE UPON REQUEST

HANS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HANS, CHANNIE
ADDRESS AVAILABLE UPON REQUEST

HANS, EMMA
ADDRESS AVAILABLE UPON REQUEST

HANS, SAVERIO
ADDRESS AVAILABLE UPON REQUEST

HANS, SEAN
ADDRESS AVAILABLE UPON REQUEST

HANS, YADIRA
ADDRESS AVAILABLE UPON REQUEST

HANSBERGER, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSBURY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HANSCAM, DAVID
ADDRESS AVAILABLE UPON REQUEST

HANSCOM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HANSCOM, TERRY
ADDRESS AVAILABLE UPON REQUEST

HANSEL, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

HANSEL, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSEL, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSEN KUHN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ANA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ANIKA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ART
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, BETHLAYNE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CATHY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DARLENE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, DODY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HANSEN, HILARY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, HUGH
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JANET
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, JOSIE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KATELIN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KEITH
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KERRY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LADONNA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LEON
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LORI
ADDRESS AVAILABLE UPON REQUEST

HANSEN, LUCY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MAGGY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MARK
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MELODY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HANSEN, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, NIELS
ADDRESS AVAILABLE UPON REQUEST

HANSEN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HANSEN, NORA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HANSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HANSEN, RICK
ADDRESS AVAILABLE UPON REQUEST

HANSEN, RITA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HANSEN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

HANSEN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

HANSEN, SHARLA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HANSEN, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HANSEN, TRUDA
ADDRESS AVAILABLE UPON REQUEST

HANSEN, VICKI
ADDRESS AVAILABLE UPON REQUEST

HANSER, AUREA
ADDRESS AVAILABLE UPON REQUEST

HANSFORD, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HANSFORD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HANSHAW, JULIE
ADDRESS AVAILABLE UPON REQUEST

HANSJURG PERINO
ADDRESS AVAILABLE UPON REQUEST

HANSLER, LISA
ADDRESS AVAILABLE UPON REQUEST

HANSMEYER, HOPE
ADDRESS AVAILABLE UPON REQUEST

HANSOM, REBECKAH
ADDRESS AVAILABLE UPON REQUEST

HANSON PLUMBING & HEATING, MIKE
POWELL
ADDRESS AVAILABLE UPON REQUEST

HANSON, ABBIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, ABBY
ADDRESS AVAILABLE UPON REQUEST

HANSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HANSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

HANSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HANSON, BRETT
ADDRESS AVAILABLE UPON REQUEST

HANSON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, CAMILA
ADDRESS AVAILABLE UPON REQUEST

HANSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HANSON, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HANSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HANSON, DONALD
ADDRESS AVAILABLE UPON REQUEST

HANSON, ELENA
ADDRESS AVAILABLE UPON REQUEST

HANSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HANSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

HANSON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HANSON, GARY
ADDRESS AVAILABLE UPON REQUEST

HANSON, GARY
ADDRESS AVAILABLE UPON REQUEST

HANSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

HANSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HANSON, JODI
ADDRESS AVAILABLE UPON REQUEST

HANSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HANSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HANSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, KERRY
ADDRESS AVAILABLE UPON REQUEST

HANSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HANSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HANSON, LAUREL
ADDRESS AVAILABLE UPON REQUEST

HANSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HANSON, LAURI ANN
ADDRESS AVAILABLE UPON REQUEST

HANSON, LIESEL
ADDRESS AVAILABLE UPON REQUEST

HANSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HANSON, LYDIA
ADDRESS AVAILABLE UPON REQUEST

HANSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HANSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HANSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HANSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HANSON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

HANSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HANSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HANSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HANSON, SEAN AND REGINA
ADDRESS AVAILABLE UPON REQUEST

HANSON, SHANAE
ADDRESS AVAILABLE UPON REQUEST

HANSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HANSON, SINA
ADDRESS AVAILABLE UPON REQUEST

HANSON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HANSON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HANSON, TRIXY
ADDRESS AVAILABLE UPON REQUEST

HANSON, VANDRA
ADDRESS AVAILABLE UPON REQUEST

HANSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HANSONS, THE
ADDRESS AVAILABLE UPON REQUEST

HANUS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HANUSCH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HANUSCHAK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HANVEY, BOB
ADDRESS AVAILABLE UPON REQUEST

HANWAY, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HANZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HANZAL STACEY
ADDRESS AVAILABLE UPON REQUEST

HANZEL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HANZEL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HANZLIK, GINA
ADDRESS AVAILABLE UPON REQUEST

HANZLOVA, OLGA
ADDRESS AVAILABLE UPON REQUEST

HAO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAO, GRACIE
ADDRESS AVAILABLE UPON REQUEST

HAO, HARRIS
ADDRESS AVAILABLE UPON REQUEST

HAO, YIWEN
ADDRESS AVAILABLE UPON REQUEST

HAP, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAPACH, SATYN
ADDRESS AVAILABLE UPON REQUEST

HAPDAY GROUP LLC
ADDRESS AVAILABLE UPON REQUEST

HAPGOOD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HAPGOOD, LYSSA
ADDRESS AVAILABLE UPON REQUEST

HAPIS, JIM
ADDRESS AVAILABLE UPON REQUEST

HAPKE, KASEY
ADDRESS AVAILABLE UPON REQUEST

HAPPE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HAPPILY EVA AFTER INC
606 POST ROAD EAST SUITE 699
WESTPORT, CT  06880

HAPPY CANYON VINEYARDS
690 ALAMO PINTADO RD.
SOLVANG, CA  93463

HAQUE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAQUE, JOANMARIE
ADDRESS AVAILABLE UPON REQUEST

HAQUE, NABILA
ADDRESS AVAILABLE UPON REQUEST

HARA, M
ADDRESS AVAILABLE UPON REQUEST

HARA, MARILYN
ADDRESS AVAILABLE UPON REQUEST

HARABURD, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

HARACOURT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HARAGAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HARAKALL, MARYANN
ADDRESS AVAILABLE UPON REQUEST

HARALAM SHUBA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARALSON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HARALSON, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

HARAMBOURE, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

HARAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HARAN, SASHA
ADDRESS AVAILABLE UPON REQUEST

HARANCHER, JENNY
ADDRESS AVAILABLE UPON REQUEST

HARAQIJA, ARTAN
ADDRESS AVAILABLE UPON REQUEST

HARASETH, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARATANI, DALE
ADDRESS AVAILABLE UPON REQUEST

HARAZIN, TERRIN
ADDRESS AVAILABLE UPON REQUEST

HARB, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

HARB, KATE
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, BRETT
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, GREG
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, JAMES
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARBAUGH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HARBECK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARBER, BARBARA J
ADDRESS AVAILABLE UPON REQUEST

HARBER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

HARBER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HARBERT, AMY
ADDRESS AVAILABLE UPON REQUEST

HARBERT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARBIN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARBIN, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HARBINSON, KATE
ADDRESS AVAILABLE UPON REQUEST

HARBISON, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

HARBISON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

HARBITZ, ANA
ADDRESS AVAILABLE UPON REQUEST

HARBON, ASHLEY LYNN
ADDRESS AVAILABLE UPON REQUEST

HARBON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARBOR FREIGHT TOOLS
ADDRESS UNAVAILABLE AT TIME OF FILING

HARBORTRONICS
ADDRESS UNAVAILABLE AT TIME OF FILING

HARBOUR, DIANE
ADDRESS AVAILABLE UPON REQUEST

HARBOUR, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARBOURN, KATE
ADDRESS AVAILABLE UPON REQUEST

HARBURG-PETRICH, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARCHELROAD, AMY
ADDRESS AVAILABLE UPON REQUEST

HARCROW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARDACRE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARDAWAY, KEARSTON
ADDRESS AVAILABLE UPON REQUEST

HARDAWAY, LOIS
ADDRESS AVAILABLE UPON REQUEST

HARDCASTLE, CHAD
ADDRESS AVAILABLE UPON REQUEST

HARDCASTLE, CHLOE
ADDRESS AVAILABLE UPON REQUEST

HARDCASTLE, THERESA
ADDRESS AVAILABLE UPON REQUEST

HARDECKER, CARA
ADDRESS AVAILABLE UPON REQUEST

HARDEE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HARDEE, LACEY
ADDRESS AVAILABLE UPON REQUEST

HARDEE, MORGYN
ADDRESS AVAILABLE UPON REQUEST

HARDEE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARDEGREE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HARDEL, DEVON
ADDRESS AVAILABLE UPON REQUEST

HARDEN, ARDIS
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HARDEN, AYESHA<br>ADDRESS AVAILABLE UPON REQUEST | HARDEN, DANIELLE<br>ADDRESS AVAILABLE UPON REQUEST | HARDEN, KEVIN<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDEN, SHANA<br>ADDRESS AVAILABLE UPON REQUEST | HARDEN, SHAYLA<br>ADDRESS AVAILABLE UPON REQUEST | HARDEN, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDER, ANNA<br>ADDRESS AVAILABLE UPON REQUEST | HARDER, CHRISTA<br>ADDRESS AVAILABLE UPON REQUEST | HARDER, CRAIG<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDER, JASLYN<br>ADDRESS AVAILABLE UPON REQUEST | HARDER, MICHAEL<br>ADDRESS AVAILABLE UPON REQUEST | HARDER, SARAH<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDER, SHELLY<br>ADDRESS AVAILABLE UPON REQUEST | HARDERS, GRETCHEN<br>ADDRESS AVAILABLE UPON REQUEST | HARDESTY, DEANNA<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDESTY, MALLORIE<br>ADDRESS AVAILABLE UPON REQUEST | HARDESTY, MARGIE<br>ADDRESS AVAILABLE UPON REQUEST | HARDESTY, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDEV RANDHAWA<br>ADDRESS AVAILABLE UPON REQUEST | HARDGROVE, CHAD<br>ADDRESS AVAILABLE UPON REQUEST | HARDGROVE, ROSANNE<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDI, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | HARDIE, KATHLEEN<br>ADDRESS AVAILABLE UPON REQUEST | HARDIE, SARAH<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDIE, SIDNEY<br>ADDRESS AVAILABLE UPON REQUEST | HARDIK SHAH<br>ADDRESS AVAILABLE UPON REQUEST | HARDIKPRASAD PATEL<br>ADDRESS AVAILABLE UPON REQUEST |
| HARDIMAN, DOMINIC<br>ADDRESS AVAILABLE UPON REQUEST | HARDIN, ABIGAIL<br>ADDRESS AVAILABLE UPON REQUEST | HARDIN, ALLI<br>ADDRESS AVAILABLE UPON REQUEST |

HARDIN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

HARDIN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HARDIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

HARDIN, JACK
ADDRESS AVAILABLE UPON REQUEST

HARDIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARDIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARDIN, KAELYN
ADDRESS AVAILABLE UPON REQUEST

HARDIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARDIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARDIN, KEELY
ADDRESS AVAILABLE UPON REQUEST

HARDIN, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

HARDIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARDIN, RAECHEL
ADDRESS AVAILABLE UPON REQUEST

HARDIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HARDINA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HARDING CISNEROS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HARDING, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HARDING, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HARDING, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARDING, CAYLA
ADDRESS AVAILABLE UPON REQUEST

HARDING, DEBI
ADDRESS AVAILABLE UPON REQUEST

HARDING, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HARDING, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARDING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARDING, MARISA
ADDRESS AVAILABLE UPON REQUEST

HARDING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HARDING, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HARDING, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HARDING, SEAN
ADDRESS AVAILABLE UPON REQUEST

HARDING, TERESA
ADDRESS AVAILABLE UPON REQUEST

HARDING-WOODHULL, CINDY
ADDRESS AVAILABLE UPON REQUEST

HARDIN-TAMMONS, RENEE
ADDRESS AVAILABLE UPON REQUEST

HARDISON, ALBERTA
ADDRESS AVAILABLE UPON REQUEST

HARDISON, BECKY
ADDRESS AVAILABLE UPON REQUEST

HARDISON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARDISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARDMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

HARDMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HARDMON, KESHANA
ADDRESS AVAILABLE UPON REQUEST

HARDNETT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HARDRICK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARDS, ERIC
ADDRESS AVAILABLE UPON REQUEST

HARDT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARDWAY, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HARDWICK, ARIELLA
ADDRESS AVAILABLE UPON REQUEST

HARDWICK, JON
ADDRESS AVAILABLE UPON REQUEST

HARDWICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HARDWICK, STEVE
ADDRESS AVAILABLE UPON REQUEST

HARDWICK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

HARDY, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

HARDY, ANNA
ADDRESS AVAILABLE UPON REQUEST

HARDY, ANNE
ADDRESS AVAILABLE UPON REQUEST

HARDY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HARDY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HARDY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HARDY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARDY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HARDY, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HARDY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HARDY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARDY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARDY, KALI
ADDRESS AVAILABLE UPON REQUEST

HARDY, KATHY
ADDRESS AVAILABLE UPON REQUEST

HARDY, KEITH
ADDRESS AVAILABLE UPON REQUEST

HARDY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HARDY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HARDY, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

HARDY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HARDY, PAUL
ADDRESS AVAILABLE UPON REQUEST

HARDY, RENAE
ADDRESS AVAILABLE UPON REQUEST

HARDY, SALLY
ADDRESS AVAILABLE UPON REQUEST

HARDY, SHAKAY
ADDRESS AVAILABLE UPON REQUEST

HARDY, SHANA
ADDRESS AVAILABLE UPON REQUEST

HARDY, SHANDA
ADDRESS AVAILABLE UPON REQUEST

HARDY, SHENATA
ADDRESS AVAILABLE UPON REQUEST

HARDY, SOFIA
ADDRESS AVAILABLE UPON REQUEST

HARDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARDY, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

HARDY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HARE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HARE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HARE, EDMOND
ADDRESS AVAILABLE UPON REQUEST

HARE, ELIZA
ADDRESS AVAILABLE UPON REQUEST

HARE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARE, MARY
ADDRESS AVAILABLE UPON REQUEST

HARE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HARE, PAUL
ADDRESS AVAILABLE UPON REQUEST

HARE, STEVE
ADDRESS AVAILABLE UPON REQUEST

HAREL, HILI
ADDRESS AVAILABLE UPON REQUEST

HARENZA, JILL
ADDRESS AVAILABLE UPON REQUEST

HARER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HARERIMANA, REGINE
ADDRESS AVAILABLE UPON REQUEST

HARESH PATEL
ADDRESS AVAILABLE UPON REQUEST

HARFORD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARG INVESTORS 401K TRUST
ADDRESS AVAILABLE UPON REQUEST

HARGADEN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HARGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARGARTHER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

HARGENS, JODI
ADDRESS AVAILABLE UPON REQUEST

HARGENS, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

HARGENS, PETRA
ADDRESS AVAILABLE UPON REQUEST

HARGER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HARGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARGER, JODI
ADDRESS AVAILABLE UPON REQUEST

HARGER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HARGER, LEVI
ADDRESS AVAILABLE UPON REQUEST

HARGETT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HARGETT, ALIYE
ADDRESS AVAILABLE UPON REQUEST

HARGETT, ALLY
ADDRESS AVAILABLE UPON REQUEST

HARGETT, LASHAN
ADDRESS AVAILABLE UPON REQUEST

HARGETT, MARY
ADDRESS AVAILABLE UPON REQUEST

HARGETT, SAM
ADDRESS AVAILABLE UPON REQUEST

HARGIS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HARGIS, BRIGIT
ADDRESS AVAILABLE UPON REQUEST

HARGIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARGIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HARGIS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HARGIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HARGRAVE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARGRAVE, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARGRAVE, ZOE
ADDRESS AVAILABLE UPON REQUEST

HARGRAVES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HARGRAVES, TENLEY
ADDRESS AVAILABLE UPON REQUEST

HARGRAVE-THOMAS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HARGRAY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HARGREAVES, CHANELLE
ADDRESS AVAILABLE UPON REQUEST

HARGREAVES, JAIME
ADDRESS AVAILABLE UPON REQUEST

HARGREAVES, VASEY
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, ALICE
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, BELINDA
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, KIREEN
ADDRESS AVAILABLE UPON REQUEST

HARGROVE, LATOYA
ADDRESS AVAILABLE UPON REQUEST

HARI NAGA GARAPATI
ADDRESS AVAILABLE UPON REQUEST

HARIANI, ARUN & DIVYA
ADDRESS AVAILABLE UPON REQUEST

HARIBHAKTI, SARTHAK
ADDRESS AVAILABLE UPON REQUEST

HARINARAYANAN, USHA
ADDRESS AVAILABLE UPON REQUEST

HARING, BLAIR
ADDRESS AVAILABLE UPON REQUEST

HARINSTEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARIRI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARIS SAIDI
ADDRESS AVAILABLE UPON REQUEST

HARISH G RAO
ADDRESS AVAILABLE UPON REQUEST

HARISH, NIKHIL
ADDRESS AVAILABLE UPON REQUEST

HARIT PATEL
ADDRESS AVAILABLE UPON REQUEST

HARITOS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HARJES, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HARJO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARKAWAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARKER, ZAC
ADDRESS AVAILABLE UPON REQUEST

HARKI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HARKINS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HARKINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARKINS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARKINS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HARKINS, TERESA
ADDRESS AVAILABLE UPON REQUEST

HARKLAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARKLESS, HARMONY
ADDRESS AVAILABLE UPON REQUEST

HARKLESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARKLESS, JON
ADDRESS AVAILABLE UPON REQUEST

HARKNA, KRISTIANA
ADDRESS AVAILABLE UPON REQUEST

HARKNESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARKNESS, PENNY
ADDRESS AVAILABLE UPON REQUEST

HARKNESS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARKRIDER, GINA
ADDRESS AVAILABLE UPON REQUEST

HARLAM, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

HARLAN, DANTE
ADDRESS AVAILABLE UPON REQUEST

HARLAN, HELEN
ADDRESS AVAILABLE UPON REQUEST

HARLAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HARLAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HARLEMAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

HARLEN, ANDY
ADDRESS AVAILABLE UPON REQUEST

HARLES, KARI
ADDRESS AVAILABLE UPON REQUEST

HARLESS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARLESTON, MEDINA
ADDRESS AVAILABLE UPON REQUEST

HARLEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HARLEY, CORINA
ADDRESS AVAILABLE UPON REQUEST

HARLEY, KIM
ADDRESS AVAILABLE UPON REQUEST

HARLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARLEY, NASHE
ADDRESS AVAILABLE UPON REQUEST

HARLEY, SARINA
ADDRESS AVAILABLE UPON REQUEST

HARLEY, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

HARLIN, JENNE
ADDRESS AVAILABLE UPON REQUEST

HARLIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HARLING, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HARLOW, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARLOW, CONNETHIA
ADDRESS AVAILABLE UPON REQUEST

HARLOW, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HARLOW, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARLOW, KERRI
ADDRESS AVAILABLE UPON REQUEST

HARLOW, KIM
ADDRESS AVAILABLE UPON REQUEST

HARLOW, MARY
ADDRESS AVAILABLE UPON REQUEST

HARLOW, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

HARLOW-NASH, ZACK
ADDRESS AVAILABLE UPON REQUEST

HARM JOHANNES WANSCHERS
ADDRESS AVAILABLE UPON REQUEST

HARMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

HARMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARMAN, BRITTA
ADDRESS AVAILABLE UPON REQUEST

HARMAN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HARMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HARMAN, JA
ADDRESS AVAILABLE UPON REQUEST

HARMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HARMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

HARMAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

HARMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARMAR, LILA
ADDRESS AVAILABLE UPON REQUEST

HARMER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HARMEYER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HARMOM, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HARMON, ALY
ADDRESS AVAILABLE UPON REQUEST

HARMON, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARMON, ANDRE
ADDRESS AVAILABLE UPON REQUEST

HARMON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HARMON, ANNE
ADDRESS AVAILABLE UPON REQUEST

HARMON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HARMON, DONTE
ADDRESS AVAILABLE UPON REQUEST

HARMON, ELISE
ADDRESS AVAILABLE UPON REQUEST

HARMON, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

HARMON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HARMON, JIM
ADDRESS AVAILABLE UPON REQUEST

HARMON, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

HARMON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HARMON, JUDY AND RICH
ADDRESS AVAILABLE UPON REQUEST

HARMON, KATY
ADDRESS AVAILABLE UPON REQUEST

HARMON, KEN
ADDRESS AVAILABLE UPON REQUEST

HARMON, KIM
ADDRESS AVAILABLE UPON REQUEST

HARMON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HARMON, LISA
ADDRESS AVAILABLE UPON REQUEST

HARMON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HARMON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HARMON, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

HARMON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HARMON, SHANI
ADDRESS AVAILABLE UPON REQUEST

HARMON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

HARMON, TAD
ADDRESS AVAILABLE UPON REQUEST

HARMON, TESS
ADDRESS AVAILABLE UPON REQUEST

HARMONSON, NOEL
ADDRESS AVAILABLE UPON REQUEST

HARMON-VRAA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HARMS, ALAN
ADDRESS AVAILABLE UPON REQUEST

HARMS, CARTER
ADDRESS AVAILABLE UPON REQUEST

HARMS, DIANA
ADDRESS AVAILABLE UPON REQUEST

HARMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARMS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HARN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HARNDEN, NEAL
ADDRESS AVAILABLE UPON REQUEST

HARNE, ROXINE
ADDRESS AVAILABLE UPON REQUEST

HARNED, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HARNED, KARYN
ADDRESS AVAILABLE UPON REQUEST

HARNED, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARNER, JEAN-MARIE
ADDRESS AVAILABLE UPON REQUEST

HARNER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HARNESS GLOVER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HARNESS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARNESS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARNETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HARNETT, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

HARNEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

HARNEY, FAZEELA
ADDRESS AVAILABLE UPON REQUEST

HARNEY, KAELI
ADDRESS AVAILABLE UPON REQUEST

HARNEY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

HARNEY-MATHEWS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HARNHAM INC.
199 WATER STREET, 31ST FLOOR
NEW YORK, NY 10038

HARNISH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HARNISHFEGER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HARNLY, JOY
ADDRESS AVAILABLE UPON REQUEST

HARNSBERGER, ANDY
ADDRESS AVAILABLE UPON REQUEST

HARO, DANA
ADDRESS AVAILABLE UPON REQUEST

HARO, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAROLD ARLEN
ADDRESS AVAILABLE UPON REQUEST

HAROLD BERT HEATH
ADDRESS AVAILABLE UPON REQUEST

HAROLD HEARN
ADDRESS AVAILABLE UPON REQUEST

HAROLD L BISHOP
ADDRESS AVAILABLE UPON REQUEST

HAROLD MERTEN
ADDRESS AVAILABLE UPON REQUEST

HAROLD ONGSIOCO LORENZO
ADDRESS AVAILABLE UPON REQUEST

HAROLD RICHARDS
ADDRESS AVAILABLE UPON REQUEST

HAROLD YIM
ADDRESS AVAILABLE UPON REQUEST

HAROLD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAROLD, EMILIE
ADDRESS AVAILABLE UPON REQUEST

HAROLD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HAROLD, LUANNE
ADDRESS AVAILABLE UPON REQUEST

HAROLD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAROOTUNIAN, CASSIOPEIA
ADDRESS AVAILABLE UPON REQUEST

HAROUTUNIAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HARP, CHAD
ADDRESS AVAILABLE UPON REQUEST

HARP, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HARP, DANA
ADDRESS AVAILABLE UPON REQUEST

HARP, DAWN
ADDRESS AVAILABLE UPON REQUEST

HARP, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARP, KEMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARP, KIM
ADDRESS AVAILABLE UPON REQUEST

HARP, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

HARP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARPER MITCHELL, BRITTINIE
ADDRESS AVAILABLE UPON REQUEST

HARPER, ALISON
ADDRESS AVAILABLE UPON REQUEST

HARPER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HARPER, AVERY
ADDRESS AVAILABLE UPON REQUEST

HARPER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

HARPER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HARPER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HARPER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HARPER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HARPER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HARPER, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

HARPER, DAMARA
ADDRESS AVAILABLE UPON REQUEST

HARPER, DARIA
ADDRESS AVAILABLE UPON REQUEST

HARPER, DEVVON
ADDRESS AVAILABLE UPON REQUEST

HARPER, ERIC
ADDRESS AVAILABLE UPON REQUEST

HARPER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HARPER, EVELYN
ADDRESS AVAILABLE UPON REQUEST

HARPER, FAITH
ADDRESS AVAILABLE UPON REQUEST

HARPER, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

HARPER, JACKI
ADDRESS AVAILABLE UPON REQUEST

HARPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARPER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HARPER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARPER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARPER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARPER, KARLEY
ADDRESS AVAILABLE UPON REQUEST

HARPER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HARPER, KATY
ADDRESS AVAILABLE UPON REQUEST

HARPER, KEARA
ADDRESS AVAILABLE UPON REQUEST

HARPER, KEISHA
ADDRESS AVAILABLE UPON REQUEST

HARPER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HARPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARPER, LAURESE
ADDRESS AVAILABLE UPON REQUEST

HARPER, LEAH
ADDRESS AVAILABLE UPON REQUEST

HARPER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HARPER, LISA
ADDRESS AVAILABLE UPON REQUEST

HARPER, LYNDSEE
ADDRESS AVAILABLE UPON REQUEST

HARPER, MARCUS
ADDRESS AVAILABLE UPON REQUEST

HARPER, MARIAN
ADDRESS AVAILABLE UPON REQUEST

HARPER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HARPER, PENNY
ADDRESS AVAILABLE UPON REQUEST

HARPER, PENNY
ADDRESS AVAILABLE UPON REQUEST

HARPER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HARPER, SARA
ADDRESS AVAILABLE UPON REQUEST

HARPER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HARPER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HARPER, TANYA
ADDRESS AVAILABLE UPON REQUEST

HARPER, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

HARPER-DAVIS, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

HARPER-HELTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARPER-SHORT, LARRY
ADDRESS AVAILABLE UPON REQUEST

HARPHAM, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HARPIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HARPIN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

HARPIN, MARK
ADDRESS AVAILABLE UPON REQUEST

HARPREET TALWAR
ADDRESS AVAILABLE UPON REQUEST

HARPST, LIZ
ADDRESS AVAILABLE UPON REQUEST

HARR, KELLIANNE
ADDRESS AVAILABLE UPON REQUEST

HARR, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

HARR, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HARRAH, ABBIGAIL
ADDRESS AVAILABLE UPON REQUEST

HARRALD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HARRE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARRELL, ADAM
ADDRESS AVAILABLE UPON REQUEST

HARRELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARRELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HARRELL, BECKY
ADDRESS AVAILABLE UPON REQUEST

HARRELL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HARRELL, DEUNDRIA
ADDRESS AVAILABLE UPON REQUEST

HARRELL, JANET
ADDRESS AVAILABLE UPON REQUEST

HARRELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRELL, KARA
ADDRESS AVAILABLE UPON REQUEST

HARRELL, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HARRELL, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

HARRELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HARRELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HARRELL, PARKER
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, ALEXANDREA
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARRELSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

HARRICK, GWYNETH
ADDRESS AVAILABLE UPON REQUEST

HARRIES, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

HARRIES, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARRIES, NORMA
ADDRESS AVAILABLE UPON REQUEST

HARRIGAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HARRIGAN, HALEY RAE
ADDRESS AVAILABLE UPON REQUEST

HARRIGAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

HARRIGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HARRIGAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIGER PETARDI, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

HARRILL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HARRILL, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARRIMAN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

HARRIMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARRIMAN, NIKI
ADDRESS AVAILABLE UPON REQUEST

HARRIMAN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON SULLIVAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, AARON
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, APRIL
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, BRENNA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, BRIGID
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, BRYANNE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, CHESTON
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, CIARA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JACKIELYN
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, LIBBY
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, LISA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, LIZ
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MADDY
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MADELIENE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MARIE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, NEIL
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HARRINGTON-DOYON, SARA
ADDRESS AVAILABLE UPON REQUEST

HARRIOTT, QUANTEAH
ADDRESS AVAILABLE UPON REQUEST

HARRIOTT, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

HARRIS C/O RADIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HARRIS JR, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ADDIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AJA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AMY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AMY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ANNE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, APRIL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ASHA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ASPEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, AUTYMN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BAYLIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BIG DADDY D
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRAD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRENNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRETINSA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRETT
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, BRYCE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHAR
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHAREE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHARLA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CINDY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DALENA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DANELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DAPHANE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DAQUANA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DENISE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DIANA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DIANA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DILLAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DONALD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ELIZABETH M
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIK
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ETHAN AND NIKKI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, FAWN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, GLINDA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, HANNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HARRIS, HOWARD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ISAAC
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JACK
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JACK
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JADE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JAINEICIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JANIFE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JAREEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JEAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JENELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JERRY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JIMMY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JODI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JORDYNN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KAMILLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KAREY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KIZZIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KRYSTIN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KYLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, KYMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LANCE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LASHAY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LAURYN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LENNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MAIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MARC
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MARCIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MARSHA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MATTIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MELODIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICAELA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MISSY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MITCH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NANETTE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NANETTE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NICK
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NIKI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NILE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NINA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, NOEL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, PAOLO
ADDRESS AVAILABLE UPON REQUEST

HARRIS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HARRIS, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, REVO
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RONALD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RONALD
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, S. DUNIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SAMIRA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SANAA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SARIAH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SEAN
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SHALANDA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SHERI
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HARRIS, STACY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HARRIS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TAKHIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TARA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TERESA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TERRY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HARRIS, TINA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, VAL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, WILL
ADDRESS AVAILABLE UPON REQUEST

HARRIS, WINSTON & ALICIA
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ZACH
ADDRESS AVAILABLE UPON REQUEST

HARRIS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HARRIS-MAKINEN, ROSE
ADDRESS AVAILABLE UPON REQUEST

HARRISON HENDERSON, ANGEL
ADDRESS AVAILABLE UPON REQUEST

HARRISON HUNTER
ADDRESS AVAILABLE UPON REQUEST

HARRISON MOSLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

HARRISON WINE TRANSPORT, INC.
PO BOX 1851
BUELLTON, CA  93427

HARRISON, ALEX
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ALIX
ADDRESS AVAILABLE UPON REQUEST

HARRISON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, AUBURN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CARLENE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CASEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CLARE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, COLIN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, CORY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, DARLA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARRISON, DAYNA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, DEREK
ADDRESS AVAILABLE UPON REQUEST

HARRISON, DEVON
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARRISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, EMMA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, GENE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, GREER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HADLEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HELEN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HELENA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HONI
ADDRESS AVAILABLE UPON REQUEST

HARRISON, HUDSON
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JACOB
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JANE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JAROSLAVA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARRISON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KALEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KATLYN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KIERA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KISHA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, KYLE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, LACEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, LACHIA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, LARENAS
ADDRESS AVAILABLE UPON REQUEST

HARRISON, LORRIE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, MAIA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

HARRISON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, PAUL
ADDRESS AVAILABLE UPON REQUEST

HARRISON, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

HARRISON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HARRISON, RANDALL
ADDRESS AVAILABLE UPON REQUEST

HARRISON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HARRISON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HARRISON, RONALD
ADDRESS AVAILABLE UPON REQUEST

HARRISON, RYAN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARRISON, SHARON
ADDRESS AVAILABLE UPON REQUEST

HARRISON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

HARRISON, TASHA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, THERESA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HARRISON, W BRIAN
ADDRESS AVAILABLE UPON REQUEST

HARRISON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

HARRIS-REAMER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HARRIS-SHEA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HARRITY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HARRITY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HARROD, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

HARROD, SARA
ADDRESS AVAILABLE UPON REQUEST

HARROLD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARRON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARROP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HARROW, LISA
ADDRESS AVAILABLE UPON REQUEST

HARROWER, APRIL
ADDRESS AVAILABLE UPON REQUEST

HARROX, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HARRRIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HARRSEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HARRY A DIAZ LLAMAS
26615 MARIGOLD CT.
CALABASAS, CA  91302

HARRY BAUGHAN
ADDRESS AVAILABLE UPON REQUEST

HARRY E. HAGEN TREASURER- TAX
COLLECTOR
COUNTY OF SANTA BARBARA
P.O. BOX 579
SANTA BARBARA, CA  93102-0579

HARRY J JOHNSON
ADDRESS AVAILABLE UPON REQUEST

HARRY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARRY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARRY, DION
ADDRESS AVAILABLE UPON REQUEST

HARRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARRY, SHARON
ADDRESS AVAILABLE UPON REQUEST

HARRYMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARSELL, SARA
ADDRESS AVAILABLE UPON REQUEST

HARSELLL, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HARSHA KATAKAMSETHY
ADDRESS AVAILABLE UPON REQUEST

HARSHAW, RODERICA
ADDRESS AVAILABLE UPON REQUEST

HARSHBARGER, CARLA
ADDRESS AVAILABLE UPON REQUEST

HARSHMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HARSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

HARSTAD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HARSTER, HERBERT
ADDRESS AVAILABLE UPON REQUEST

HARSTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HART, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HART, AMELIA
ADDRESS AVAILABLE UPON REQUEST

HART, ANITA
ADDRESS AVAILABLE UPON REQUEST

HART, AUBREY
ADDRESS AVAILABLE UPON REQUEST

HART, CANDICE
ADDRESS AVAILABLE UPON REQUEST

HART, CARLY
ADDRESS AVAILABLE UPON REQUEST

HART, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HART, CASSIE
ADDRESS AVAILABLE UPON REQUEST

HART, CHANEY
ADDRESS AVAILABLE UPON REQUEST

HART, CHASTITY
ADDRESS AVAILABLE UPON REQUEST

HART, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HART, DANA
ADDRESS AVAILABLE UPON REQUEST

HART, DANNY
ADDRESS AVAILABLE UPON REQUEST

HART, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HART, DEBORA
ADDRESS AVAILABLE UPON REQUEST

HART, DENISE   M
ADDRESS AVAILABLE UPON REQUEST

HART, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HART, EMILY
ADDRESS AVAILABLE UPON REQUEST

HART, GEOFF
ADDRESS AVAILABLE UPON REQUEST

HART, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

HART, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HART, HEDDA
ADDRESS AVAILABLE UPON REQUEST

HART, IVON
ADDRESS AVAILABLE UPON REQUEST

HART, JAMES
ADDRESS AVAILABLE UPON REQUEST

HART, JANINE
ADDRESS AVAILABLE UPON REQUEST

HART, JEAN
ADDRESS AVAILABLE UPON REQUEST

HART, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HART, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HART, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HART, JULIE
ADDRESS AVAILABLE UPON REQUEST

HART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HART, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HART, KATHY
ADDRESS AVAILABLE UPON REQUEST

HART, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HART, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HART, KIAMESHA
ADDRESS AVAILABLE UPON REQUEST

HART, LAURA
ADDRESS AVAILABLE UPON REQUEST

HART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HART, LISA
ADDRESS AVAILABLE UPON REQUEST

HART, LORI
ADDRESS AVAILABLE UPON REQUEST

HART, MARCIA
ADDRESS AVAILABLE UPON REQUEST

HART, MARY
ADDRESS AVAILABLE UPON REQUEST

HART, MARY
ADDRESS AVAILABLE UPON REQUEST

HART, MARY
ADDRESS AVAILABLE UPON REQUEST

HART, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HART, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HART, NANCY
ADDRESS AVAILABLE UPON REQUEST

HART, NATASHA
ADDRESS AVAILABLE UPON REQUEST

HART, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HART, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HART, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HART, PAUL
ADDRESS AVAILABLE UPON REQUEST

HART, PAUL
ADDRESS AVAILABLE UPON REQUEST

HART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HART, RITA
ADDRESS AVAILABLE UPON REQUEST

HART, ROSE
ADDRESS AVAILABLE UPON REQUEST

HART, SALLY
ADDRESS AVAILABLE UPON REQUEST

HART, SALLY
ADDRESS AVAILABLE UPON REQUEST

HART, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HART, SEAN
ADDRESS AVAILABLE UPON REQUEST

HART, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HART, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HART, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HART, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HART, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HART, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HART, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HART, TERESA
ADDRESS AVAILABLE UPON REQUEST

HART, TINAMARIE
ADDRESS AVAILABLE UPON REQUEST

HART, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HART, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HART, ZOE
ADDRESS AVAILABLE UPON REQUEST

HARTBERGER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARTBERGER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HARTE, ZOE
ADDRESS AVAILABLE UPON REQUEST

HARTEL, JARED
ADDRESS AVAILABLE UPON REQUEST

HARTER, ANDY
ADDRESS AVAILABLE UPON REQUEST

HARTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARTER, LORI
ADDRESS AVAILABLE UPON REQUEST

HARTER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

HARTERT, DANA
ADDRESS AVAILABLE UPON REQUEST

HARTEY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HARTFIEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

HARTFIELD SONNIER JOHNSON
8435 W 80TH AVENUE
ARVADA, CO 80005

HARTFORD, LAUREL
ADDRESS AVAILABLE UPON REQUEST

HARTFORD, NIDIA
ADDRESS AVAILABLE UPON REQUEST

HARTGRAVES, SHERI
ADDRESS AVAILABLE UPON REQUEST

HARTH, DAWN
ADDRESS AVAILABLE UPON REQUEST

HARTHAUSEN, KEN
ADDRESS AVAILABLE UPON REQUEST

HARTHOORN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HARTHORNE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HARTIG, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HARTIG, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARTIGAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HARTJE, TROY
ADDRESS AVAILABLE UPON REQUEST

HARTL, JOY
ADDRESS AVAILABLE UPON REQUEST

HARTL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HARTLAGE GANT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARTLEBEN, TODD
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, AL
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, ERIC
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, JASON
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, MARLEE
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HARTLEY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HARTLINE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HARTLINE, JASON
ADDRESS AVAILABLE UPON REQUEST

HARTLINE, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARTLINE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HARTLING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HARTLING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, CALLI
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, CAROL ANNE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, JANET
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, JAYNE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, LORI
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, MICHELL
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, TOM
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, TORI
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, WEDNESDAY
ADDRESS AVAILABLE UPON REQUEST

HARTMAN, YENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARTMANGRUBER, JOSH
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, ABBY
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, DAISY
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, DAX
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, KURT
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, LISA
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HARTMANN, ZACH
ADDRESS AVAILABLE UPON REQUEST

HARTNER, CORY
ADDRESS AVAILABLE UPON REQUEST

HARTNESS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, ALEX
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, DIANE
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, ERICA
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, KRISTY
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, PAM
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HARTNETT, VENERANDA
ADDRESS AVAILABLE UPON REQUEST

HARTO INC.
2049 CENTURY PARK EAST, SUITE 1400
LOS ANGELES, CA  90067

HARTOCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARTRANFT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARTRANFT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HARTRANFT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARTSFIELD, EZRA
ADDRESS AVAILABLE UPON REQUEST

HARTSFIELD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HARTSHAW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HARTSHORN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HARTSOCK, BENJAMEN
ADDRESS AVAILABLE UPON REQUEST

HARTSOCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARTSOE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HARTSOG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARTSOG, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HARTSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARTSON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HARTSTEIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

HARTUNG, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

HARTUNG, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HARTUNG, DINA
ADDRESS AVAILABLE UPON REQUEST

HARTUNG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HARTVICKSON, MONICA
ADDRESS AVAILABLE UPON REQUEST

HARTWAY, MAURA
ADDRESS AVAILABLE UPON REQUEST

HARTWELL, HELEN
ADDRESS AVAILABLE UPON REQUEST

HARTWELL, KEITH
ADDRESS AVAILABLE UPON REQUEST

HARTWELL, LAURYN
ADDRESS AVAILABLE UPON REQUEST

HARTWELL, LIZ
ADDRESS AVAILABLE UPON REQUEST

HARTWIG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HARTWIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HARTWIG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARTWIG, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HARTY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HARTY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HARTY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HARTZ, JANA
ADDRESS AVAILABLE UPON REQUEST

HARTZBAND, LISA
ADDRESS AVAILABLE UPON REQUEST

HARTZELL WEIR, SLOANE
ADDRESS AVAILABLE UPON REQUEST

HARTZELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

HARTZELL, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HARTZELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

HARTZELL, TOM
ADDRESS AVAILABLE UPON REQUEST

HARTZER, CHELLE
ADDRESS AVAILABLE UPON REQUEST

HARTZLER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HARTZOG, CHERRI
ADDRESS AVAILABLE UPON REQUEST

HARTZOG, TRAYANNA
ADDRESS AVAILABLE UPON REQUEST

HARUBIN, DONNA
ADDRESS AVAILABLE UPON REQUEST

HARUTA, TYLER
ADDRESS AVAILABLE UPON REQUEST

HARVEEN AUJLA
ADDRESS AVAILABLE UPON REQUEST

HARVEY BOSHART
ADDRESS AVAILABLE UPON REQUEST

HARVEY BOSHART
ADDRESS AVAILABLE UPON REQUEST

HARVEY, AARON
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HARVEY, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

HARVEY, AUDELLE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, CHRIS & JENN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, DAYA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, IESHA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, JILLHARVEY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KATHY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KATI
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KENZIE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KEVYN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, LYNNE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HARVEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, RICK
ADDRESS AVAILABLE UPON REQUEST

HARVEY, RONALD
ADDRESS AVAILABLE UPON REQUEST

HARVEY, SADIE
ADDRESS AVAILABLE UPON REQUEST

HARVEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, SONJA
ADDRESS AVAILABLE UPON REQUEST

HARVEY, STACY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, SUNNY
ADDRESS AVAILABLE UPON REQUEST

HARVEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HARVEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

HARVICK, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

HARVIE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HARVILLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HARVILLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HARVILLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

HARVILLE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HARVIN, DAYSHONA
ADDRESS AVAILABLE UPON REQUEST

HARVISON, MADDISON
ADDRESS AVAILABLE UPON REQUEST

HARWARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HARWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HARWELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HARWELL, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HARWELL, ERICA
ADDRESS AVAILABLE UPON REQUEST

HARWICH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

HARWIG, JASON
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, CASEY
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HARWOOD, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HARWOOD-MUIR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HARWORTH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HARZ, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HASAN, DELLA
ADDRESS AVAILABLE UPON REQUEST

HASANI, SUMATI
ADDRESS AVAILABLE UPON REQUEST

HASBROUCK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HASBUN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HASBUN, NATALY
ADDRESS AVAILABLE UPON REQUEST

HASCHIG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HASCHKE, TRACY
ADDRESS AVAILABLE UPON REQUEST

HASCUP, GINA
ADDRESS AVAILABLE UPON REQUEST

HASEGAWA, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

HASEGAWA, KEIKO
ADDRESS AVAILABLE UPON REQUEST

HASEGAWA, SERGEI
ADDRESS AVAILABLE UPON REQUEST

HASEKAMP, JODI
ADDRESS AVAILABLE UPON REQUEST

HASELHUHN, RAY
ADDRESS AVAILABLE UPON REQUEST

HASENMUELLER, STEVE
ADDRESS AVAILABLE UPON REQUEST

HASHAGEN, FRED
ADDRESS AVAILABLE UPON REQUEST

HASHEMI, ANURADHA
ADDRESS AVAILABLE UPON REQUEST

HASHEMI, SARAH
ADDRESS AVAILABLE UPON REQUEST

HASHIDA, RYOMA
ADDRESS AVAILABLE UPON REQUEST

HASHIM BHAROOCHA
ADDRESS AVAILABLE UPON REQUEST

HASHIMOTO, MAO
ADDRESS AVAILABLE UPON REQUEST

HASHIMOTO, MARCOS
ADDRESS AVAILABLE UPON REQUEST

HASHMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HASIOTIS, IRENE
ADDRESS AVAILABLE UPON REQUEST

HASIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HASKAMP, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HASKE, JOELLYN
ADDRESS AVAILABLE UPON REQUEST

HASKELL BARBARA
ADDRESS AVAILABLE UPON REQUEST

HASKELL, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

HASKELL, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

HASKELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HASKELL, JEANNE
ADDRESS AVAILABLE UPON REQUEST

HASKELL, MATHEW
ADDRESS AVAILABLE UPON REQUEST

HASKELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HASKELL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HASKELL, TOM
ADDRESS AVAILABLE UPON REQUEST

HASKELL, TONI
ADDRESS AVAILABLE UPON REQUEST

HASKELL, WALTER
ADDRESS AVAILABLE UPON REQUEST

HASKI, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

HASKINS, ALECIA
ADDRESS AVAILABLE UPON REQUEST

HASKINS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HASKINS, KAREN-LYNN
ADDRESS AVAILABLE UPON REQUEST

HASKINS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HASKINS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HASKINS, MADISON
ADDRESS AVAILABLE UPON REQUEST

HASKINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HASKINS, ROSS
ADDRESS AVAILABLE UPON REQUEST

HASKINS, SEANISE
ADDRESS AVAILABLE UPON REQUEST

HASKINS, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HASKINS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HASKINS, TIFFANE
ADDRESS AVAILABLE UPON REQUEST

HASLER, DIANNE
ADDRESS AVAILABLE UPON REQUEST

HASLETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HASLETT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HASLEY, NOVA
ADDRESS AVAILABLE UPON REQUEST

HASLING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HASNEM, BLU
ADDRESS AVAILABLE UPON REQUEST

HASNEY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HASPEL, KARI
ADDRESS AVAILABLE UPON REQUEST

HASPEL, LEE
ADDRESS AVAILABLE UPON REQUEST

HASPRUNAR, CATHY
ADDRESS AVAILABLE UPON REQUEST

HASS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HASS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HASS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HASS, ITAI
ADDRESS AVAILABLE UPON REQUEST

HASS, JEANNE
ADDRESS AVAILABLE UPON REQUEST

HASS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HASS, KANDACE
ADDRESS AVAILABLE UPON REQUEST

HASS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

HASS, MADISEN
ADDRESS AVAILABLE UPON REQUEST

HASS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HASS, SHARON
ADDRESS AVAILABLE UPON REQUEST

HASSAD, AARON
ADDRESS AVAILABLE UPON REQUEST

HASSALL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HASSAN ABDULHALEM MAZI
ADDRESS AVAILABLE UPON REQUEST

HASSAN SHARIFF
ADDRESS AVAILABLE UPON REQUEST

HASSAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HASSAN, HUGH
ADDRESS AVAILABLE UPON REQUEST

HASSAN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HASSANI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HASSANOVA, MARIE
ADDRESS AVAILABLE UPON REQUEST

HASSE, ANNE
ADDRESS AVAILABLE UPON REQUEST

HASSE, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

HASSE, JULIA
ADDRESS AVAILABLE UPON REQUEST

HASSE-DRESSER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HASSEL, ANNE
ADDRESS AVAILABLE UPON REQUEST

HASSELBRING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HASSELL, DENISE
ADDRESS AVAILABLE UPON REQUEST

HASSELL, GENESIS
ADDRESS AVAILABLE UPON REQUEST

HASSELL, HAROLD
ADDRESS AVAILABLE UPON REQUEST

HASSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HASSELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HASSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HASSEN, MUNA
ADDRESS AVAILABLE UPON REQUEST

HASSENFRATZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HASSENFRATZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HASSETT, CATE
ADDRESS AVAILABLE UPON REQUEST

HASSETT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HASSETT-SALLEY, JULIANA
ADDRESS AVAILABLE UPON REQUEST

HASSEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HASSID, SEAN
ADDRESS AVAILABLE UPON REQUEST

HASSING, BECCA
ADDRESS AVAILABLE UPON REQUEST

HASSINGER, AMY
ADDRESS AVAILABLE UPON REQUEST

HASSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HASSON, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

HASSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HASTIE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HASTIE, WARREN
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, BREA
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, DANI
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, EMMA
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, EVE
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, FARRAH
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, JASON
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, JOHN
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, JOHN
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, LISA
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, LUCY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, SANDY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, STACEY
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, VICKI
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, ZANTHIA
ADDRESS AVAILABLE UPON REQUEST

HASTINGS, ZEB
ADDRESS AVAILABLE UPON REQUEST

HASTWELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

HASTY, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HASWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HATALA, MARIE
ADDRESS AVAILABLE UPON REQUEST

HATALSKI, KARA
ADDRESS AVAILABLE UPON REQUEST

HATAWAY, MARY
ADDRESS AVAILABLE UPON REQUEST

HATCH, ALAINA
ADDRESS AVAILABLE UPON REQUEST

HATCH, BARBARA JO
ADDRESS AVAILABLE UPON REQUEST

HATCH, BREA
ADDRESS AVAILABLE UPON REQUEST

HATCH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HATCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

HATCH, MARNEY
ADDRESS AVAILABLE UPON REQUEST

HATCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HATCH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

HATCH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HATCH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HATCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HATCH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HATCH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HATCH, ROSIE
ADDRESS AVAILABLE UPON REQUEST

HATCH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HATCH, STACEY
ADDRESS AVAILABLE UPON REQUEST

HATCH, STAN
ADDRESS AVAILABLE UPON REQUEST

HATCH, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HATCHARD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HATCHARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HATCHARD, JARED
ADDRESS AVAILABLE UPON REQUEST

HATCHEL, REBECAH
ADDRESS AVAILABLE UPON REQUEST

HATCHER, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

HATCHER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HATCHER, GLORIA
ADDRESS AVAILABLE UPON REQUEST

HATCHER, KATLYN
ADDRESS AVAILABLE UPON REQUEST

HATCHER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HATCHER, LIL T AND WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HATCHER, LINDA
ADDRESS AVAILABLE UPON REQUEST

HATCHER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HATCHER, TERESA
ADDRESS AVAILABLE UPON REQUEST

HATCHER, URSULA
ADDRESS AVAILABLE UPON REQUEST

HATCHET, HALL
ADDRESS AVAILABLE UPON REQUEST

HATCHETT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HATCHETT, JANICE
ADDRESS AVAILABLE UPON REQUEST

HATCHETT, RUTH
ADDRESS AVAILABLE UPON REQUEST

HATER, JEN
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, DEAN
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, GAIL
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, KATHY
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, LAURA
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, LIZ
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, LYNDSY
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, SHARELE
ADDRESS AVAILABLE UPON REQUEST

HATFIELD, TANA
ADDRESS AVAILABLE UPON REQUEST

HATGAS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, BRENDA LEE
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

HATHAWAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HATHCOCK, HAILEE
ADDRESS AVAILABLE UPON REQUEST

HATHCOCK, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HATHCOX, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HATHERLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HATKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HATKOFF, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HATKOFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

HATLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HATT, AMIE
ADDRESS AVAILABLE UPON REQUEST

HATT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HATT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HATTAM, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HATTEN, IDINA
ADDRESS AVAILABLE UPON REQUEST

HATTEN, JANA
ADDRESS AVAILABLE UPON REQUEST

HATTEN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HATTENBURG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HATTERY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

HATTIG, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HATTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HATTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HATTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HATTON, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

HATTRICH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HATWIG, REGAN
ADDRESS AVAILABLE UPON REQUEST

HATZ, PAM
ADDRESS AVAILABLE UPON REQUEST

HATZENBELLER, JUDI
ADDRESS AVAILABLE UPON REQUEST

HATZENBUHLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HATZIS, SAPPHO
ADDRESS AVAILABLE UPON REQUEST

HAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAUBL, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

HAUBERT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HAUCH, MONICA
ADDRESS AVAILABLE UPON REQUEST

HAUCK, ALI
ADDRESS AVAILABLE UPON REQUEST

HAUCK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAUCK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAUCK, LISA
ADDRESS AVAILABLE UPON REQUEST

HAUCK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HAUCK, MATT
ADDRESS AVAILABLE UPON REQUEST

HAUCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAUCK, WALTER
ADDRESS AVAILABLE UPON REQUEST

HAUCKE, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAUENSTEIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAUENSTEIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HAUENSTEIN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HAUER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAUF, RAY
ADDRESS AVAILABLE UPON REQUEST

HAUFE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HAUFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAUG, BECKY
ADDRESS AVAILABLE UPON REQUEST

HAUG, SINDIE
ADDRESS AVAILABLE UPON REQUEST

HAUGEBERG, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HAUGEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

HAUGEN, COREY
ADDRESS AVAILABLE UPON REQUEST

HAUGEN, DAN
ADDRESS AVAILABLE UPON REQUEST

HAUGEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HAUGH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HAUGH, COLE
ADDRESS AVAILABLE UPON REQUEST

HAUGH, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAUGHEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAUGHEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAUGHNEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAUGHT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HAUGHT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HAUGHTON, CHYNNA
ADDRESS AVAILABLE UPON REQUEST

HAUGHTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAUGHTON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HAUGHTON, NELL
ADDRESS AVAILABLE UPON REQUEST

HAUGHT-THOMPSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAUGHWOUT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAUGHY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAUGLAND, MARIA
ADDRESS AVAILABLE UPON REQUEST

HAUGLAND, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HAUGLAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAUK, GREGG
ADDRESS AVAILABLE UPON REQUEST

HAUK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HAUKE, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HAUKE, LARRY
ADDRESS AVAILABLE UPON REQUEST

HAUKENESS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAULING LA
ADDRESS AVAILABLE UPON REQUEST

HAUN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

HAUN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HAUN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAUN, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAUNTY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HAUPERT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HAUPFEAR, KYLAN
ADDRESS AVAILABLE UPON REQUEST

HAUPRICHT, FRANKIE
ADDRESS AVAILABLE UPON REQUEST

HAUPTLI, TONYA
ADDRESS AVAILABLE UPON REQUEST

HAUPTMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HAUPTMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

HAUS, BETH
ADDRESS AVAILABLE UPON REQUEST

HAUSCHILDT, AMY
ADDRESS AVAILABLE UPON REQUEST

HAUSE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HAUSE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAUSE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAUSER, DAWN
ADDRESS AVAILABLE UPON REQUEST

HAUSER, JEAN
ADDRESS AVAILABLE UPON REQUEST

HAUSER, JENNY & JERRY
ADDRESS AVAILABLE UPON REQUEST

HAUSER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAUSER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAUSER, MARIAN
ADDRESS AVAILABLE UPON REQUEST

HAUSER, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAUSKENS, TAMATHA
ADDRESS AVAILABLE UPON REQUEST

HAUSLER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HAUSMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

HAUSMANN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HAUSMANN, KARL & THERESA
ADDRESS AVAILABLE UPON REQUEST

HAUSMANN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAUSMANN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAUSMANNS FLUGHAFENDUESSELDORF
ADDRESS UNAVAILABLE AT TIME OF FILING

HAUSNER, GLEN
ADDRESS AVAILABLE UPON REQUEST

HAUSRATH, DIANA
ADDRESS AVAILABLE UPON REQUEST

HAUSSER, ERIC
ADDRESS AVAILABLE UPON REQUEST

HAUSTEIN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

HAUSTEIN-SPANHEIMER, ANNA
ADDRESS AVAILABLE UPON REQUEST

HAUTALA, JULIA
ADDRESS AVAILABLE UPON REQUEST

HAUTAMAKI, LIA
ADDRESS AVAILABLE UPON REQUEST

HAUTANIEMI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAUTH, DAWNETTA
ADDRESS AVAILABLE UPON REQUEST

HAUTZINGER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HAVAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAVASY, AMY
ADDRESS AVAILABLE UPON REQUEST

HAVEKOST, ROGER
ADDRESS AVAILABLE UPON REQUEST

HAVEL, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

HAVEMANN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HAVEN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HAVEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAVENER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

HAVENER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HAVENS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HAVENS, KYLE
ADDRESS AVAILABLE UPON REQUEST

HAVENS, MARCHELLE
ADDRESS AVAILABLE UPON REQUEST

HAVENS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAVENS, TERRY
ADDRESS AVAILABLE UPON REQUEST

HAVER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAVER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

HAVERFIELD, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

HAVERKAMP, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAVERSTEIN, ZOE
ADDRESS AVAILABLE UPON REQUEST

HAVERSTOCK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HAVEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAVILAND, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HAVILDAR, ANAGHA
ADDRESS AVAILABLE UPON REQUEST

HAVINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAVINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAVINS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HAVLAK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HAVLIK, CARL
ADDRESS AVAILABLE UPON REQUEST

HAVLIK, KATY
ADDRESS AVAILABLE UPON REQUEST

HAVRANEK, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAVRANEK, GARY
ADDRESS AVAILABLE UPON REQUEST

HAVRILLA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HAVRILLA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HAWAII DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS
OFFICE OF CONSUMER PROTECTION
1063 LOWER MAIN ST, STE C-216
WAILUKU, HI  96793

HAWAII DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS-HILO
OFFICE OF CONSUMER PROTECTION
120 PAUAHI ST, STE 212
HILO, HI  96720

HAWAII DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS-HONOLULU (MAIN
LOC.)
OFFICE OF CONSUMER PROTECTION
235 S BERETANIA ST STE 801
HONOLULU, HI  96813

HAWAII DEPT OF LABOR AND INDUSTRIAL
RELATIONS
830 PUNCHBOWL ST 321
HONOLULU, HI  96813

HAWAII DEPT OF TAXATION
3060 EIWA STREET 105
LIHUE, HI  96766-1889

HAWAII DEPT OF TAXATION
54 S. HIGH STREET 208
WAILUKU, HI  96793-2198

HAWAII DEPT OF TAXATION
75 AUPUNI STREET 101
HILO, HI  96720-4245

HAWAII DEPT OF TAXATION
P.O. BOX 275
KAUNAKAKAI, HI  96748

HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU, HI  96809-0259

HAWAII SECURITIES BRANCH
COMMISSIONER OF SECURITIES
KING KALAKAUA BUILDING
335 MERCHANT STREET, RM 205
HONOLULU, HI  96813

HAWARAH, JAYME
ADDRESS AVAILABLE UPON REQUEST

HAWARI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HAWBAKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAWE-NDRIO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HAWES, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

HAWES, KATIE
ADDRESS AVAILABLE UPON REQUEST

HAWES, LAUREE
ADDRESS AVAILABLE UPON REQUEST

HAWES, LLOYD
ADDRESS AVAILABLE UPON REQUEST

HAWES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HAWES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HAWK APPLICATIONS CORP (DBA
SHIPHAWK)
925 DE LA VINA ST. 300
SANTA BARBARA, CA  93101

HAWK, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HAWK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HAWK, C&C
ADDRESS AVAILABLE UPON REQUEST

HAWK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HAWK, LANDI
ADDRESS AVAILABLE UPON REQUEST

HAWK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAWK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HAWK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HAWKE, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

HAWKEN, SUSANA
ADDRESS AVAILABLE UPON REQUEST

HAWKER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HAWKES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HAWKES, KAREN
ADDRESS AVAILABLE UPON REQUEST

HAWKEY, CHUCK
ADDRESS AVAILABLE UPON REQUEST

HAWKEY, DESIRE
ADDRESS AVAILABLE UPON REQUEST

HAWKEY, MARY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, AMY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, BOBBI
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, COURTNI
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, DEANDREY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, DEREK
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, ERICA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, HENRY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, HILARY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, JEFF
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, KEYLEE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, LADDA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, LINDA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, LISA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, LUTHER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, MADONNA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, MARK
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, SHARON
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, TANNER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, TERESA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, TIM
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, TYLER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, TYLER
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HAWKINS, VICKI
ADDRESS AVAILABLE UPON REQUEST

HAWKINS-JONES, JACQUE
ADDRESS AVAILABLE UPON REQUEST

HAWKINSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAWKINSON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HAWKS, ALECIA
ADDRESS AVAILABLE UPON REQUEST

HAWKS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HAWKS, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

HAWKS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

HAWKSBY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, KELLI
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, SHANNA
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HAWLEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

HAWN, GIGI
ADDRESS AVAILABLE UPON REQUEST

HAWN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HAWORTH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HAWORTH, JACOB
ADDRESS AVAILABLE UPON REQUEST

HAWORTH, KATE
ADDRESS AVAILABLE UPON REQUEST

HAWRYLKO, CINDY
ADDRESS AVAILABLE UPON REQUEST

HAWRYLUK, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAWS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAWS, JULIA
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, CHAD
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, JANAY
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, TATIANA
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, TINA
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HAWTHORNE, WHITNEE
ADDRESS AVAILABLE UPON REQUEST

HAY MONSALVE, KERRI
ADDRESS AVAILABLE UPON REQUEST

HAY, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

HAY, DEBANNEY
ADDRESS AVAILABLE UPON REQUEST

HAY, JODI
ADDRESS AVAILABLE UPON REQUEST

HAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HAY, KARI
ADDRESS AVAILABLE UPON REQUEST

HAY, KARI
ADDRESS AVAILABLE UPON REQUEST

HAY, KARLIE
ADDRESS AVAILABLE UPON REQUEST

HAY, KATE
ADDRESS AVAILABLE UPON REQUEST

HAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

HAY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HAY, PATTI
ADDRESS AVAILABLE UPON REQUEST

HAY, REILLY
ADDRESS AVAILABLE UPON REQUEST

HAY, TERRI
ADDRESS AVAILABLE UPON REQUEST

HAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HAYASHI, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HAYASHI, CAMILA
ADDRESS AVAILABLE UPON REQUEST

HAYASHI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAYCOCK, GILES
ADDRESS AVAILABLE UPON REQUEST

HAYCOX, LINDA
ADDRESS AVAILABLE UPON REQUEST

HAYDEL, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HAYDEN BEVERAGE CO.
2910 E. AMITY RD
BOISE, ID  83716

HAYDEN BEVERAGE COMPANY
2910 E. AMITY ROAD
BOISE, ID  83716

HAYDEN COHEN
ADDRESS AVAILABLE UPON REQUEST

HAYDEN ROSE
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, ANANDA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, SHANDA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, SHEA
ADDRESS AVAILABLE UPON REQUEST

HAYDEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HAYDOCK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HAYDON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HAYDON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAYDU, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAYE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HAYED, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAYEK, AMIR
ADDRESS AVAILABLE UPON REQUEST

HAYEK, GHENWA
ADDRESS AVAILABLE UPON REQUEST

HAYEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HAYENHJELM, AMY
ADDRESS AVAILABLE UPON REQUEST

HAYER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAYES, ADAM
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALESHIA
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALICE
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALLIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HAYES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HAYES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAYES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAYES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAYES, AMBER
ADDRESS AVAILABLE UPON REQUEST

HAYES, ARIANA
ADDRESS AVAILABLE UPON REQUEST

HAYES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

HAYES, AZUREDEE
ADDRESS AVAILABLE UPON REQUEST

HAYES, BETH
ADDRESS AVAILABLE UPON REQUEST

HAYES, BOB
ADDRESS AVAILABLE UPON REQUEST

HAYES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HAYES, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HAYES, BROOKS
ADDRESS AVAILABLE UPON REQUEST

HAYES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HAYES, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HAYES, CARISSA
ADDRESS AVAILABLE UPON REQUEST

HAYES, CAROL
ADDRESS AVAILABLE UPON REQUEST

HAYES, CASEY
ADDRESS AVAILABLE UPON REQUEST

HAYES, CATHY
ADDRESS AVAILABLE UPON REQUEST

HAYES, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

HAYES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HAYES, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, CORINNE
ADDRESS AVAILABLE UPON REQUEST

HAYES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HAYES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HAYES, DERRIN
ADDRESS AVAILABLE UPON REQUEST

HAYES, DIANA M.
ADDRESS AVAILABLE UPON REQUEST

HAYES, DINAH
ADDRESS AVAILABLE UPON REQUEST

HAYES, DONOVAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAYES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAYES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAYES, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAYES, ERIN
ADDRESS AVAILABLE UPON REQUEST

HAYES, GESSICA
ADDRESS AVAILABLE UPON REQUEST

HAYES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAYES, JACQUI
ADDRESS AVAILABLE UPON REQUEST

HAYES, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAYES, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAYES, JAMI
ADDRESS AVAILABLE UPON REQUEST

HAYES, JEAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAYES, JENNY
ADDRESS AVAILABLE UPON REQUEST

HAYES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAYES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAYES, JOSH
ADDRESS AVAILABLE UPON REQUEST

HAYES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HAYES, JOY
ADDRESS AVAILABLE UPON REQUEST

HAYES, JULIUS
ADDRESS AVAILABLE UPON REQUEST

HAYES, KAELA
ADDRESS AVAILABLE UPON REQUEST

HAYES, KATE
ADDRESS AVAILABLE UPON REQUEST

HAYES, KATE
ADDRESS AVAILABLE UPON REQUEST

HAYES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HAYES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HAYES, KEITH
ADDRESS AVAILABLE UPON REQUEST

HAYES, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HAYES, KERRY
ADDRESS AVAILABLE UPON REQUEST

HAYES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KIM
ADDRESS AVAILABLE UPON REQUEST

HAYES, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HAYES, KYRA
ADDRESS AVAILABLE UPON REQUEST

HAYES, LAURA
ADDRESS AVAILABLE UPON REQUEST

HAYES, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, LAYNE
ADDRESS AVAILABLE UPON REQUEST

HAYES, LEAH
ADDRESS AVAILABLE UPON REQUEST

HAYES, LETICIA
ADDRESS AVAILABLE UPON REQUEST

HAYES, LISA
ADDRESS AVAILABLE UPON REQUEST

HAYES, LISA
ADDRESS AVAILABLE UPON REQUEST

HAYES, LUCY
ADDRESS AVAILABLE UPON REQUEST

HAYES, MAKENZI
ADDRESS AVAILABLE UPON REQUEST

HAYES, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

HAYES, MARY
ADDRESS AVAILABLE UPON REQUEST

HAYES, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HAYES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAYES, MELODY
ADDRESS AVAILABLE UPON REQUEST

HAYES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAYES, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

HAYES, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HAYES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HAYES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HAYES, PORTIA
ADDRESS AVAILABLE UPON REQUEST

HAYES, RILEY
ADDRESS AVAILABLE UPON REQUEST

HAYES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HAYES, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

HAYES, RYAN
ADDRESS AVAILABLE UPON REQUEST

HAYES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HAYES, SARA
ADDRESS AVAILABLE UPON REQUEST

HAYES, SARAH
ADDRESS AVAILABLE UPON REQUEST

HAYES, SHANTE
ADDRESS AVAILABLE UPON REQUEST

HAYES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HAYES, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HAYES, TARA
ADDRESS AVAILABLE UPON REQUEST

HAYES, TATIANA
ADDRESS AVAILABLE UPON REQUEST

HAYES, TAWANDA
ADDRESS AVAILABLE UPON REQUEST

HAYES, TERRELL
ADDRESS AVAILABLE UPON REQUEST

HAYES, TODD
ADDRESS AVAILABLE UPON REQUEST

HAYES, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HAYES-WALLACE, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

HAYFLICH, SAM
ADDRESS AVAILABLE UPON REQUEST

HAYFORD, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

HAYGARTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

HAYGOOD, LISA-MARIE
ADDRESS AVAILABLE UPON REQUEST

HAYHOE, TOM
ADDRESS AVAILABLE UPON REQUEST

HAYKO, EVA LYNN
ADDRESS AVAILABLE UPON REQUEST

HAYLEY DILL
ADDRESS AVAILABLE UPON REQUEST

HAYLEY KATHERINE BLACKSTOCK
ADDRESS AVAILABLE UPON REQUEST

HAYLEY SEVERNS
ADDRESS AVAILABLE UPON REQUEST

HAYLLAR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HAYLOCK, ALMA
ADDRESS AVAILABLE UPON REQUEST

HAYMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

HAYMAN, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

HAYMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HAYMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HAYMES, MADISON
ADDRESS AVAILABLE UPON REQUEST

HAYMORE, BETTY
ADDRESS AVAILABLE UPON REQUEST

HAYNEEDLE INC
ADDRESS UNAVAILABLE AT TIME OF FILING

HAYNES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ALLAN
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HAYNES, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

HAYNES, CAYLOR
ADDRESS AVAILABLE UPON REQUEST

HAYNES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HAYNES, COREN
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ELENA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ELOISE
ADDRESS AVAILABLE UPON REQUEST

HAYNES, EMMA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ERIC
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ERICA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, ERIN
ADDRESS AVAILABLE UPON REQUEST

HAYNES, FAYE
ADDRESS AVAILABLE UPON REQUEST

HAYNES, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HAYNES, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAYNES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAYNES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HAYNES, KIM
ADDRESS AVAILABLE UPON REQUEST

HAYNES, MARTIN
ADDRESS AVAILABLE UPON REQUEST

HAYNES, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, MS. LESLIE
ADDRESS AVAILABLE UPON REQUEST

HAYNES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HAYNES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAYNES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HAYNES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HAYNES, SHARON
ADDRESS AVAILABLE UPON REQUEST

HAYNES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HAYNESWORTH, SHAUNDELLE
ADDRESS AVAILABLE UPON REQUEST

HAYNIE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HAYNIE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HAYNIE, ISABEL
ADDRESS AVAILABLE UPON REQUEST

HAYNIE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAYNIE, SEAN
ADDRESS AVAILABLE UPON REQUEST

HAYS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HAYS, CATHY
ADDRESS AVAILABLE UPON REQUEST

HAYS, DIANNA
ADDRESS AVAILABLE UPON REQUEST

HAYS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HAYS, JAMES
ADDRESS AVAILABLE UPON REQUEST

HAYS, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

HAYS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAYS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HAYS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HAYS, LEAH
ADDRESS AVAILABLE UPON REQUEST

HAYS, MARCI
ADDRESS AVAILABLE UPON REQUEST

HAYS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HAYS, MONICA & LANSING
ADDRESS AVAILABLE UPON REQUEST

HAYS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

HAYS, SONDRA
ADDRESS AVAILABLE UPON REQUEST

HAYS, SONNY
ADDRESS AVAILABLE UPON REQUEST

HAYS, TYRA
ADDRESS AVAILABLE UPON REQUEST

HAYS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HAYS-BONACCOLTO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HAYS-BROWN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HAYSE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HAYSLIP, SHIELA
ADDRESS AVAILABLE UPON REQUEST

HAYSON, AMY
ADDRESS AVAILABLE UPON REQUEST

HAYTER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HAYTER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HAYTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HAYTON, SARA
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, DARLA
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, LUCIE
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, QUINN
ADDRESS AVAILABLE UPON REQUEST

HAYWARD, TONI
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, CORINA
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, DONNA
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

HAYWOOD, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HAYWORTH, ADAM
ADDRESS AVAILABLE UPON REQUEST

HAYWORTH, HELEN
ADDRESS AVAILABLE UPON REQUEST

HAYWORTH, TRACY
ADDRESS AVAILABLE UPON REQUEST

HAZAEL REYNOSA
ADDRESS AVAILABLE UPON REQUEST

HAZAH, AHMED
ADDRESS AVAILABLE UPON REQUEST

HAZAN, ALANA
ADDRESS AVAILABLE UPON REQUEST

HAZAN, AMIR
ADDRESS AVAILABLE UPON REQUEST

HAZAN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HAZARD, ELENA
ADDRESS AVAILABLE UPON REQUEST

HAZARD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HAZEL NOARBE
ADDRESS AVAILABLE UPON REQUEST

HAZEL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HAZEL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HAZEL, KELI
ADDRESS AVAILABLE UPON REQUEST

HAZEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HAZEL, TARA
ADDRESS AVAILABLE UPON REQUEST

HAZELBAKER, JAYMA
ADDRESS AVAILABLE UPON REQUEST

HAZELBAKER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

HAZELGROVE, LEE
ADDRESS AVAILABLE UPON REQUEST

HAZELL, GIA
ADDRESS AVAILABLE UPON REQUEST

HAZELL, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

HAZELTON, ALYSON
ADDRESS AVAILABLE UPON REQUEST

HAZELTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HAZELWOOD FARM, LLC (VN GRAPHICS)
14831 NE 87TH STREET
REDMOND, WA  98052

HAZEN, INGA
ADDRESS AVAILABLE UPON REQUEST

HAZEN, KATE
ADDRESS AVAILABLE UPON REQUEST

HAZLE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HAZLETON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HAZLETT, ANNE
ADDRESS AVAILABLE UPON REQUEST

HAZLETT, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

HAZLETT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HAZLEWOOD, MEL
ADDRESS AVAILABLE UPON REQUEST

HAZLEWOOD, YOKO
ADDRESS AVAILABLE UPON REQUEST

HAZUKA, ANNE
ADDRESS AVAILABLE UPON REQUEST

HAZZA, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HE, JIAYUE
ADDRESS AVAILABLE UPON REQUEST

HE, YIWEN
ADDRESS AVAILABLE UPON REQUEST

HE, YIWEN
ADDRESS AVAILABLE UPON REQUEST

HEABERLIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEABLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HEACOCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEACOCK, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HEACOX, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HEACOX, MORGIN
ADDRESS AVAILABLE UPON REQUEST

HEAD, ALAN
ADDRESS AVAILABLE UPON REQUEST

HEAD, CAREY
ADDRESS AVAILABLE UPON REQUEST

HEAD, CAREY
ADDRESS AVAILABLE UPON REQUEST

HEAD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HEAD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HEAD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HEAD, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEAD, HALEY
ADDRESS AVAILABLE UPON REQUEST

HEAD, JOANN
ADDRESS AVAILABLE UPON REQUEST

HEAD, JOE
ADDRESS AVAILABLE UPON REQUEST

HEAD, JOHN
ADDRESS AVAILABLE UPON REQUEST

HEAD, KARONE
ADDRESS AVAILABLE UPON REQUEST

HEAD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HEAD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEAD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HEAD, MADDIE
ADDRESS AVAILABLE UPON REQUEST

HEAD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEAD, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEAD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HEADEN, FATEEMAH
ADDRESS AVAILABLE UPON REQUEST

HEADEN, ROSE
ADDRESS AVAILABLE UPON REQUEST

HEADLAND, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, STACY
ADDRESS AVAILABLE UPON REQUEST

HEADLEY, THOR
ADDRESS AVAILABLE UPON REQUEST

HEADLINES & HEROES, LLC
115 W. 18TH ST., 2ND FLOOR
NEW YORK, NY  10011

HEADRICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEADRICK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

HEADY, JUDY AND TOM
ADDRESS AVAILABLE UPON REQUEST

HEADY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEAFY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HEAGHNEY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HEAGLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEAGY, PATTY
ADDRESS AVAILABLE UPON REQUEST

HEAL, FRANK
ADDRESS AVAILABLE UPON REQUEST

HEALD, DAWN
ADDRESS AVAILABLE UPON REQUEST

HEALD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEALD, JEFF
ADDRESS AVAILABLE UPON REQUEST

HEALD, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

HEALD, LEAH
ADDRESS AVAILABLE UPON REQUEST

HEALE, CAMMIE
ADDRESS AVAILABLE UPON REQUEST

HEALEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

HEALEY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HEALEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEALEY, KARA
ADDRESS AVAILABLE UPON REQUEST

HEALEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

HEALEY, PANTEHA
ADDRESS AVAILABLE UPON REQUEST

HEALEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEALEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

HEALEY, STEFANI
ADDRESS AVAILABLE UPON REQUEST

HEALEY, TINA
ADDRESS AVAILABLE UPON REQUEST

HEALEY, TOM
ADDRESS AVAILABLE UPON REQUEST

HEALEY, TYLER
ADDRESS AVAILABLE UPON REQUEST

HEALTH, KALEB
ADDRESS AVAILABLE UPON REQUEST

HEALTH, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

HEALTHY SPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

HEALTHYCOMM
ADDRESS UNAVAILABLE AT TIME OF FILING

HEALY, AMY
ADDRESS AVAILABLE UPON REQUEST

HEALY, ANN
ADDRESS AVAILABLE UPON REQUEST

HEALY, BEN
ADDRESS AVAILABLE UPON REQUEST

HEALY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HEALY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HEALY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HEALY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HEALY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HEALY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HEALY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HEALY, DARCIE
ADDRESS AVAILABLE UPON REQUEST

HEALY, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HEALY, GRACE
ADDRESS AVAILABLE UPON REQUEST

HEALY, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

HEALY, KINDALL
ADDRESS AVAILABLE UPON REQUEST

HEALY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HEALY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HEALY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

HEALY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HEALY, MARY
ADDRESS AVAILABLE UPON REQUEST

HEALY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEALY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEALY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HEALY, RYAN
ADDRESS AVAILABLE UPON REQUEST

HEALY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEALY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HEALY, YANIQUE
ADDRESS AVAILABLE UPON REQUEST

HEALY, YUKI
ADDRESS AVAILABLE UPON REQUEST

HEAMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

HEANEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HEANEY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HEANEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HEANEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HEANEY, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HEAP, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HEAPHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEAPHY, FAITH
ADDRESS AVAILABLE UPON REQUEST

HEAPHY, LAVONNE
ADDRESS AVAILABLE UPON REQUEST

HEAPS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

HEARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEARD, ANIKA
ADDRESS AVAILABLE UPON REQUEST

HEARD, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HEARD, MADISON
ADDRESS AVAILABLE UPON REQUEST

HEARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HEARD, ROBINAMARA
ADDRESS AVAILABLE UPON REQUEST

HEARD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HEARD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HEARE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HEARLD, KEELY
ADDRESS AVAILABLE UPON REQUEST

HEARN, ABAGALE
ADDRESS AVAILABLE UPON REQUEST

HEARN, BROOKS
ADDRESS AVAILABLE UPON REQUEST

HEARN, DENNIELLE
ADDRESS AVAILABLE UPON REQUEST

HEARN, DONNA
ADDRESS AVAILABLE UPON REQUEST

HEARN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

HEARN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HEARN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEARN, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

HEARN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HEARNE, AMY
ADDRESS AVAILABLE UPON REQUEST

HEARNE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEARON, CAITLIN & KEITH
ADDRESS AVAILABLE UPON REQUEST

HEARON, MARK
ADDRESS AVAILABLE UPON REQUEST

HEARST COMMUNICATIONS, INC. (COSMO)
214 NORTH TRYON STREET
CHARLOTTE, NC  28202

HEARST COMMUNICATIONS, INC. (COSMO)
PO BOX 25883
LEHIGH VALLEY, PA  18002-5883

HEARTBEAT TECHNOLOGIES, INC.
1507 7TH STREET  441
SANTA MONICA, CA  90401

HEARTFIELD, HANNAH GRACE
ADDRESS AVAILABLE UPON REQUEST

HEARTLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

HEARTQUIST, ERICA
ADDRESS AVAILABLE UPON REQUEST

HEARTY, KAT
ADDRESS AVAILABLE UPON REQUEST

HEASLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

HEASLIP, LINA
ADDRESS AVAILABLE UPON REQUEST

HEATER, TERA
ADDRESS AVAILABLE UPON REQUEST

HEATH MARR
ADDRESS AVAILABLE UPON REQUEST

HEATH, ADAM
ADDRESS AVAILABLE UPON REQUEST

HEATH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEATH, AUGIE
ADDRESS AVAILABLE UPON REQUEST

HEATH, DEREK
ADDRESS AVAILABLE UPON REQUEST

HEATH, DORIS
ADDRESS AVAILABLE UPON REQUEST

HEATH, GAIL
ADDRESS AVAILABLE UPON REQUEST

HEATH, HALEY
ADDRESS AVAILABLE UPON REQUEST

HEATH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HEATH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEATH, JONATHON
ADDRESS AVAILABLE UPON REQUEST

HEATH, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEATH, KELLY
ADDRESS AVAILABLE UPON REQUEST

HEATH, LEIGH
ADDRESS AVAILABLE UPON REQUEST

HEATH, MARY
ADDRESS AVAILABLE UPON REQUEST

HEATH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HEATH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HEATH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HEATH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEATH, RAY
ADDRESS AVAILABLE UPON REQUEST

HEATH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HEATH, RENAE
ADDRESS AVAILABLE UPON REQUEST

HEATH, STEVIE
ADDRESS AVAILABLE UPON REQUEST

HEATHCOCK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEATHER A GIUSTINO
ADDRESS AVAILABLE UPON REQUEST

HEATHER BARRITT
ADDRESS AVAILABLE UPON REQUEST

HEATHER BARTELS
ADDRESS AVAILABLE UPON REQUEST

HEATHER BENEDICT
ADDRESS AVAILABLE UPON REQUEST

HEATHER BROWN
ADDRESS AVAILABLE UPON REQUEST

HEATHER BUCHMA
ADDRESS AVAILABLE UPON REQUEST

HEATHER CONGDEN
ADDRESS AVAILABLE UPON REQUEST

HEATHER CRUMMER
ADDRESS AVAILABLE UPON REQUEST

HEATHER DEVINEAUX
ADDRESS AVAILABLE UPON REQUEST

HEATHER EDGMON
ADDRESS AVAILABLE UPON REQUEST

HEATHER GIBBS
ADDRESS AVAILABLE UPON REQUEST

HEATHER GOFF
ADDRESS AVAILABLE UPON REQUEST

HEATHER HOPKINS
ADDRESS AVAILABLE UPON REQUEST

HEATHER HOVANDER
ADDRESS AVAILABLE UPON REQUEST

HEATHER JORDAN
ADDRESS AVAILABLE UPON REQUEST

HEATHER KELSO
ADDRESS AVAILABLE UPON REQUEST

HEATHER KIVI
ADDRESS AVAILABLE UPON REQUEST

HEATHER KROLL
ADDRESS AVAILABLE UPON REQUEST

HEATHER L MCKAY
ADDRESS AVAILABLE UPON REQUEST

HEATHER LAZEK
ADDRESS AVAILABLE UPON REQUEST

HEATHER MACHARG
ADDRESS AVAILABLE UPON REQUEST

HEATHER MILLER
ADDRESS AVAILABLE UPON REQUEST

HEATHER MONCEL
ADDRESS AVAILABLE UPON REQUEST

HEATHER MORRIS
ADDRESS AVAILABLE UPON REQUEST

HEATHER OSTASH
ADDRESS AVAILABLE UPON REQUEST

HEATHER PARNHAM
ADDRESS AVAILABLE UPON REQUEST

HEATHER SEKSINSKY
ADDRESS AVAILABLE UPON REQUEST

HEATHER SMITH
ADDRESS AVAILABLE UPON REQUEST

HEATHER SOCKI
ADDRESS AVAILABLE UPON REQUEST

HEATHER STODDARD
ADDRESS AVAILABLE UPON REQUEST

HEATHER STONE
ADDRESS AVAILABLE UPON REQUEST

HEATHER WHITAKER
ADDRESS AVAILABLE UPON REQUEST

HEATHER, MARTY
ADDRESS AVAILABLE UPON REQUEST

HEATHERLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEATHERMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HEATON, BETH
ADDRESS AVAILABLE UPON REQUEST

HEATON, GINA
ADDRESS AVAILABLE UPON REQUEST

HEATON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEATON, MIKE
ADDRESS AVAILABLE UPON REQUEST

HEATON, RYAN
ADDRESS AVAILABLE UPON REQUEST

HEATON, TANNER
ADDRESS AVAILABLE UPON REQUEST

HEATON, TARA
ADDRESS AVAILABLE UPON REQUEST

HEAVEN SCOTT
ADDRESS AVAILABLE UPON REQUEST

HEAVER, GWYN
ADDRESS AVAILABLE UPON REQUEST

HEAVEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEAVICAN, BRENT
ADDRESS AVAILABLE UPON REQUEST

HEBAN, GREG
ADDRESS AVAILABLE UPON REQUEST

HEBARD, EMILY
ADDRESS AVAILABLE UPON REQUEST

HEBARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEBB, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEBBALKAR, SHARDA
ADDRESS AVAILABLE UPON REQUEST

HEBBELINCK, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

HEBBRING, JASON
ADDRESS AVAILABLE UPON REQUEST

HEBEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HEBENSTREIT, FELICIA
ADDRESS AVAILABLE UPON REQUEST

HEBENSTREIT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HEBERER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HEBERLE, CONNOR
ADDRESS AVAILABLE UPON REQUEST

HEBERLEE, BRENT
ADDRESS AVAILABLE UPON REQUEST

HEBERLEIN, JACOB
ADDRESS AVAILABLE UPON REQUEST

HEBERLEIN, JAYSON
ADDRESS AVAILABLE UPON REQUEST

HEBERLEIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HEBERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEBERT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HEBERT, CHAD
ADDRESS AVAILABLE UPON REQUEST

HEBERT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HEBERT, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HEBERT, JACOB
ADDRESS AVAILABLE UPON REQUEST

HEBERT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HEBERT, JEANNE
ADDRESS AVAILABLE UPON REQUEST

HEBERT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HEBERT, KERRI
ADDRESS AVAILABLE UPON REQUEST

HEBERT, KERRI
ADDRESS AVAILABLE UPON REQUEST

HEBERT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HEBERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEBERT, MARK
ADDRESS AVAILABLE UPON REQUEST

HEBERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEBERT, MINDY
ADDRESS AVAILABLE UPON REQUEST

HEBERT, SHARISSE
ADDRESS AVAILABLE UPON REQUEST

HEBERT, WINNIFRED
ADDRESS AVAILABLE UPON REQUEST

HEBERTON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

HEBLER, KEELY
ADDRESS AVAILABLE UPON REQUEST

HEBRAND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HECHINGER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HECHT, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

HECHT, KIM
ADDRESS AVAILABLE UPON REQUEST

HECHT, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

HECK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HECK, KELLI
ADDRESS AVAILABLE UPON REQUEST

HECK, TESSA
ADDRESS AVAILABLE UPON REQUEST

HECKATHORN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HECKEL, AMY
ADDRESS AVAILABLE UPON REQUEST

HECKEL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HECKENBACH, ANNE
ADDRESS AVAILABLE UPON REQUEST

HECKENLIVELY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HECKER, JASON
ADDRESS AVAILABLE UPON REQUEST

HECKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HECKER, LAUREL
ADDRESS AVAILABLE UPON REQUEST

HECKLER DESIGN
735 W GRAND AVE
PHOENIX, AZ  85007

HECKLER, DANA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HECKLER, GRANT<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, CALEB<br>ADDRESS AVAILABLE UPON REQUEST |
| HECKMAN, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, JAMIE<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, JESSICA AND CHRISTOPHER<br>ADDRESS AVAILABLE UPON REQUEST |
| HECKMAN, KERRY<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, LARA<br>ADDRESS AVAILABLE UPON REQUEST | HECKMAN, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST |
| HECKMANN, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | HECKMANN, AUGUST<br>ADDRESS AVAILABLE UPON REQUEST | HECKT, GABRIEL<br>ADDRESS AVAILABLE UPON REQUEST |
| HECOMAN, KARLIE<br>ADDRESS AVAILABLE UPON REQUEST | HECTOR CUEVAS RODRIGUEZ<br>ADDRESS AVAILABLE UPON REQUEST | HECTOR NIEVES<br>ADDRESS AVAILABLE UPON REQUEST |
| HECTOR PACHECO<br>ADDRESS AVAILABLE UPON REQUEST | HECTOR, DELANEY<br>ADDRESS AVAILABLE UPON REQUEST | HECTOR, DEVIN<br>ADDRESS AVAILABLE UPON REQUEST |
| HEDBERG, BOB<br>ADDRESS AVAILABLE UPON REQUEST | HEDBERG, ELISE<br>ADDRESS AVAILABLE UPON REQUEST | HEDDE, KIRSTEN<br>ADDRESS AVAILABLE UPON REQUEST |
| HEDDE, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | HEDDEN, AARON<br>ADDRESS AVAILABLE UPON REQUEST | HEDDEN, ANNA<br>ADDRESS AVAILABLE UPON REQUEST |
| HEDDEN, DAYNA<br>ADDRESS AVAILABLE UPON REQUEST | HEDDEN, ERIKA<br>ADDRESS AVAILABLE UPON REQUEST | HEDE, KENNETH<br>ADDRESS AVAILABLE UPON REQUEST |
| HEDE, MARY-LOU<br>ADDRESS AVAILABLE UPON REQUEST | HEDEEN, STACY<br>ADDRESS AVAILABLE UPON REQUEST | HEDELT, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST |

HE-DEMONTARON, ATHENA
ADDRESS AVAILABLE UPON REQUEST

HEDERMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HEDGE, PANDY
ADDRESS AVAILABLE UPON REQUEST

HEDGEBETH, ELAYNA
ADDRESS AVAILABLE UPON REQUEST

HEDGECOTH, WENDY
ADDRESS AVAILABLE UPON REQUEST

HEDGEMAN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HEDGEPETH, PAULA
ADDRESS AVAILABLE UPON REQUEST

HEDGES FAMILY ESTATE
ADDRESS UNAVAILABLE AT TIME OF FILING

HEDGES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HEDGES, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEDGES, COREY
ADDRESS AVAILABLE UPON REQUEST

HEDGES, COREY
ADDRESS AVAILABLE UPON REQUEST

HEDGES, HALEY
ADDRESS AVAILABLE UPON REQUEST

HEDGES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEDGES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HEDGIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

HEDIN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HEDIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEDLAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEDLESTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEDLEY AND BENNETT, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

HEDLEY, ZOE
ADDRESS AVAILABLE UPON REQUEST

HEDLUND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEDLUND, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HEDLUND, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HEDMAN, KARA
ADDRESS AVAILABLE UPON REQUEST

HEDRICH, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, JIM
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, KALIE
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, SARAH
ADDRESS AVAILABLE UPON REQUEST

HEDRICK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

HEDSTROM, LAURA
ADDRESS AVAILABLE UPON REQUEST

HEDT, KAYA
ADDRESS AVAILABLE UPON REQUEST

HEDUM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEDY SFERRA
ADDRESS AVAILABLE UPON REQUEST

HEE, SONG
ADDRESS AVAILABLE UPON REQUEST

HEEG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HEEKIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HEEMSOTH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HEENEY, PEGGYANN
ADDRESS AVAILABLE UPON REQUEST

HEENEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HEEP, KALEY
ADDRESS AVAILABLE UPON REQUEST

HEERDEGEN, KEITH
ADDRESS AVAILABLE UPON REQUEST

HEEREN, NATE
ADDRESS AVAILABLE UPON REQUEST

HEERES, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HEERSINK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HEESEN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

HEESTAND, BREE
ADDRESS AVAILABLE UPON REQUEST

HEET, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HEETER, JEN
ADDRESS AVAILABLE UPON REQUEST

HEETLAND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HEFFELFINGER, NANCY
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, DAN
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, GII
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, KATE
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, LYNN
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HEFFERNAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HEFFERON, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

HEFFERON, JASON
ADDRESS AVAILABLE UPON REQUEST

HEFFERON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEFFLER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

HEFFNER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

HEFFRON, LAURA
ADDRESS AVAILABLE UPON REQUEST

HEFLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEFLIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HEFLIN, MILES
ADDRESS AVAILABLE UPON REQUEST

HEFLIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HEFLIN, T
ADDRESS AVAILABLE UPON REQUEST

HEFNER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEFNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEFNER, BETH
ADDRESS AVAILABLE UPON REQUEST

HEFNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEFNER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HEFT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HEFTY, RITA
ADDRESS AVAILABLE UPON REQUEST

HEFTY, TRESE
ADDRESS AVAILABLE UPON REQUEST

HEGARTY, CATE
ADDRESS AVAILABLE UPON REQUEST

HEGARTY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HEGARTY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HEGARTY, GREG
ADDRESS AVAILABLE UPON REQUEST

HEGARTY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HEGDAHL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEGDE, AVANI
ADDRESS AVAILABLE UPON REQUEST

HEGDE, MONICA
ADDRESS AVAILABLE UPON REQUEST

HEGE-THORBJORNSEN STARLING
ADDRESS AVAILABLE UPON REQUEST

HEGEDUS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEGEDUS, RYAN
ADDRESS AVAILABLE UPON REQUEST

HEGEMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HEGEMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HEGEMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HEGENWALD, HAL
ADDRESS AVAILABLE UPON REQUEST

HEGER, AMY
ADDRESS AVAILABLE UPON REQUEST

HEGER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HEGGADE, MANJU
ADDRESS AVAILABLE UPON REQUEST

HEGGEN, CARLI
ADDRESS AVAILABLE UPON REQUEST

HEGGIE, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HEGGLIN, MARCEL
ADDRESS AVAILABLE UPON REQUEST

HEGGS, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

HEGI, KIM
ADDRESS AVAILABLE UPON REQUEST

HEGLAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEGLAND, REID
ADDRESS AVAILABLE UPON REQUEST

HEGLAND, ROBYN
ADDRESS AVAILABLE UPON REQUEST

HEGLEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

HEGLIE, KASEY
ADDRESS AVAILABLE UPON REQUEST

HEGMANN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HEGNGI, PARNELL
ADDRESS AVAILABLE UPON REQUEST

HEGRAT, KATY
ADDRESS AVAILABLE UPON REQUEST

HEGSETH, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEGYI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEGYI, TERESA
ADDRESS AVAILABLE UPON REQUEST

HEHN, JANET
ADDRESS AVAILABLE UPON REQUEST

HEHNKE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HEI, HILLARY
ADDRESS AVAILABLE UPON REQUEST

HEIBERG, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HEID, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

HEID, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HEIDAR ZOHREHEI
ADDRESS AVAILABLE UPON REQUEST

HEIDARAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HEIDEL, AIZA
ADDRESS AVAILABLE UPON REQUEST

HEIDELBERG DISTRIBUTING CINCINNATI
1518 DALTON STREET
CINCINNATI, OH  45214

HEIDELBERG DISTRIBUTING CLEVELAND
9101 E PLEASANT VALLEY RD
INDEPENDENCE, OH  44131

HEIDELBERG DISTRIBUTING CO.
2245 PROGRESS DRIVE
HEBRON, KY  41048

HEIDELBERG DISTRIBUTING CO.
3601 DRYDEN RD
MORAINE, OH  45439

HEIDELBERG DISTRIBUTING COLUMBUS
3801 PARKWEST DR
COLUMBUS, OH  43228

HEIDELBERG DISTRIBUTING DAYTON
3601 DRYDEN ROAD
MORAINE, OH  45439

HEIDELBERG DISTRIBUTING KENTUCKY
2245 PROGRESS DRIVE
HEBRON, KY  41048

HEIDELBERG DISTRIBUTING LORAIN
5901 BAUMHART RD
LORAIN, OH  44053

HEIDELBERG DISTRIBUTING TOLEDO
912 THIRD ST
PERRYSBURG, OH  43551

HEIDELBERG DISTRIBUTING
2245 PROGRESS DRIVE
HEBRON, KY  41048

HEIDELBERG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HEIDELBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HEIDEMANN, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HEIDEN, GAYLE
ADDRESS AVAILABLE UPON REQUEST

HEIDEN, KALISTA
ADDRESS AVAILABLE UPON REQUEST

HEIDENBERG, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

HEIDENREICH, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

HEIDENREICH, ANGIE
ADDRESS AVAILABLE UPON REQUEST

HEIDENREICH, ANGIE
ADDRESS AVAILABLE UPON REQUEST

HEIDENREICH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HEIDENREICH, TYLER
ADDRESS AVAILABLE UPON REQUEST

HEIDENWOLF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEIDER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HEIDI ANN WOODERSON
ADDRESS AVAILABLE UPON REQUEST

HEIDI DEMERS
ADDRESS AVAILABLE UPON REQUEST

HEIDI HAMSTREET
ADDRESS AVAILABLE UPON REQUEST

HEIDI MEYER CURRY BROOKS
ADDRESS AVAILABLE UPON REQUEST

HEIDI NELSON
ADDRESS AVAILABLE UPON REQUEST

HEIDI RAMIREZ BROWN
ADDRESS AVAILABLE UPON REQUEST

HEIDI SMOOT, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HEIDI STANYA
ADDRESS AVAILABLE UPON REQUEST

HEIDI WHEELER
ADDRESS AVAILABLE UPON REQUEST

HEIDKAMP, CATIE
ADDRESS AVAILABLE UPON REQUEST

HEIDKAMP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HEIDORN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HEIDRICH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HEIDT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HEIER-RAINEY, CAROLE
ADDRESS AVAILABLE UPON REQUEST

HEIFETZ, MASHA
ADDRESS AVAILABLE UPON REQUEST

HEIFETZ, SHELDON
ADDRESS AVAILABLE UPON REQUEST

HEIFLER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HEIGEL, TRESSA
ADDRESS AVAILABLE UPON REQUEST

HEIGL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HEIKE, ANNE
ADDRESS AVAILABLE UPON REQUEST

HEIKENS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HEIKES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HEIKO BARAN
ADDRESS AVAILABLE UPON REQUEST

HEIL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HEIL, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HEIL, JOE
ADDRESS AVAILABLE UPON REQUEST

HEIL, KASEY
ADDRESS AVAILABLE UPON REQUEST

HEIL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HEILBORN, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

HEILER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HEILES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEILFERTY, SEAN
ADDRESS AVAILABLE UPON REQUEST

HEILGEIST, STACY
ADDRESS AVAILABLE UPON REQUEST

HEILIG, KELLY
ADDRESS AVAILABLE UPON REQUEST

HEILMAN, ALLI
ADDRESS AVAILABLE UPON REQUEST

HEILMAN, KASEY
ADDRESS AVAILABLE UPON REQUEST

HEILMAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HEILMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HEILSKOV, CARLY
ADDRESS AVAILABLE UPON REQUEST

HEIM, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

HEIM, BRENNA
ADDRESS AVAILABLE UPON REQUEST

HEIM, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEIM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEIM, KATIE
ADDRESS AVAILABLE UPON REQUEST

HEIM, NORMA
ADDRESS AVAILABLE UPON REQUEST

HEIM, PETER
ADDRESS AVAILABLE UPON REQUEST

HEIM, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

HEIMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

HEIMAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HEIMANN, LES
ADDRESS AVAILABLE UPON REQUEST

HEIMANN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HEIMBACH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HEIMBERGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

HEIMBUCH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HEIMERL, BECKY
ADDRESS AVAILABLE UPON REQUEST

HEIMERL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HEIMOS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HEIMOWITZ, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

HEIMOWSKI, TINA
ADDRESS AVAILABLE UPON REQUEST

HEIMPEL, CAVAN
ADDRESS AVAILABLE UPON REQUEST

HEIMPEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEIMS, KRIS
ADDRESS AVAILABLE UPON REQUEST

HEIMSOTH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HEIN, CHAD
ADDRESS AVAILABLE UPON REQUEST

HEIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HEIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HEIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HEIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HEIN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HEIN, MADELYN
ADDRESS AVAILABLE UPON REQUEST

HEIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HEIN, NEOLIA
ADDRESS AVAILABLE UPON REQUEST

HEIN, PAYTON
ADDRESS AVAILABLE UPON REQUEST

HEIN, ROGER
ADDRESS AVAILABLE UPON REQUEST

HEINAMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

HEINAUER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEINBACH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HEINBAUGH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HEINBERGER, CANDI
ADDRESS AVAILABLE UPON REQUEST

HEINDEL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HEINDORFF, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HEINE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HEINE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HEINE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HEINE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HEINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HEINE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HEINE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HEINEMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HEINEMANN, AMY
ADDRESS AVAILABLE UPON REQUEST

HEINEMEYER, ROSS
ADDRESS AVAILABLE UPON REQUEST

HEINEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HEINEN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HEINEN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HEINEN, LUKE
ADDRESS AVAILABLE UPON REQUEST

HEINERICHS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEINEY, AMBERLYN
ADDRESS AVAILABLE UPON REQUEST

HEINHORST, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HEINICKE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

HEINKEL, LISA
ADDRESS AVAILABLE UPON REQUEST

HEINKELE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HEINL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEINO, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HEINOLD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEINRICH, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

HEINRICH, MATT
ADDRESS AVAILABLE UPON REQUEST

HEINRICH, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

HEINRICH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HEINRICHS, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

HEINS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HEINSEN, JORDYN
ADDRESS AVAILABLE UPON REQUEST

HEINSMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HEINTSCHEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

HEINTZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HEINTZ, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

HEINTZMAN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HEINZ, AMIE
ADDRESS AVAILABLE UPON REQUEST

HEINZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HEINZ, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HEINZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEINZ, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HEINZ, SARA
ADDRESS AVAILABLE UPON REQUEST

HEINZ, STELLA
ADDRESS AVAILABLE UPON REQUEST

HEINZEN, KORY
ADDRESS AVAILABLE UPON REQUEST

HEINZER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEINZERLING, DON
ADDRESS AVAILABLE UPON REQUEST

HEINZERLING, KELLY
ADDRESS AVAILABLE UPON REQUEST

HEINZINGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEINZL, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

HEIRLOOM
ADDRESS UNAVAILABLE AT TIME OF FILING

HEISDORF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEISE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HEISE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HEISE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HEISELER, CURT
ADDRESS AVAILABLE UPON REQUEST

HEISELER, KORAL
ADDRESS AVAILABLE UPON REQUEST

HEISENBERG, LARS
ADDRESS AVAILABLE UPON REQUEST

HEISER, KELERIE
ADDRESS AVAILABLE UPON REQUEST

HEISER, KYLE
ADDRESS AVAILABLE UPON REQUEST

HEISER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HEISER, TIM
ADDRESS AVAILABLE UPON REQUEST

HEISERMAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

HEISEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEISEY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

HEISICK, JENNI
ADDRESS AVAILABLE UPON REQUEST

HEISKELL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

HEISLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEISLER, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

HEISS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HEISS, PARRIS
ADDRESS AVAILABLE UPON REQUEST

HEISS, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

HEISS-KRANTZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

HEIST, MADISON
ADDRESS AVAILABLE UPON REQUEST

HEIST, MARIAH
ADDRESS AVAILABLE UPON REQUEST

HEISTAND, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HEISTER, LEAH
ADDRESS AVAILABLE UPON REQUEST

HEISTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HEIT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HEIT, KORINNE
ADDRESS AVAILABLE UPON REQUEST

HEITBRINK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HEITHAUS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HEITIN, ALISON
ADDRESS AVAILABLE UPON REQUEST

HEITKAMP, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HEITMAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

HEITMANN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HEITT, GREG
ADDRESS AVAILABLE UPON REQUEST

HEITZ WINE CELLARS, INC
500 TAPLIN ROAD
SAINT HELENA, CA  94574

HEITZMAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

HEJAZI, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HEJZA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HEKELNKAEMPER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HEKRDLE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HELBER, RYAN
ADDRESS AVAILABLE UPON REQUEST

HELBERG, JADA
ADDRESS AVAILABLE UPON REQUEST

HELBERG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HELBIG, GINA
ADDRESS AVAILABLE UPON REQUEST

HELBING, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HELBLEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HELBLING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HELBOCK JR., ROBERT
ADDRESS AVAILABLE UPON REQUEST

HELCK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

HELD, ALYSA
ADDRESS AVAILABLE UPON REQUEST

HELD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HELD, JULIA
ADDRESS AVAILABLE UPON REQUEST

HELD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HELD, ROGER
ADDRESS AVAILABLE UPON REQUEST

HELD, SARAH JANE
ADDRESS AVAILABLE UPON REQUEST

HELD, STACEY
ADDRESS AVAILABLE UPON REQUEST

HELDBERG, GINA
ADDRESS AVAILABLE UPON REQUEST

HELDRETH, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

HELDRICH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HELDRING, ANNA
ADDRESS AVAILABLE UPON REQUEST

HELDRING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HELEM, ERICKA
ADDRESS AVAILABLE UPON REQUEST

HELEN DONALD DONALD
ADDRESS AVAILABLE UPON REQUEST

HELEN LIM
ADDRESS AVAILABLE UPON REQUEST

HELEN M ATHEY
ADDRESS AVAILABLE UPON REQUEST

HELEN OWEN, INC
500 N RAINBOW BLVD STE 300
LAS VEGAS, NV  89107

HELEN RUAN
ADDRESS AVAILABLE UPON REQUEST

HELEN SMITH
ADDRESS AVAILABLE UPON REQUEST

HELEN, KERRY
ADDRESS AVAILABLE UPON REQUEST

HELENA NORD LEE
ADDRESS AVAILABLE UPON REQUEST

HELENA RUFFIN
ADDRESS AVAILABLE UPON REQUEST

HELENA WITH CAKES
ADDRESS UNAVAILABLE AT TIME OF FILING

HELENE STETCH
ADDRESS AVAILABLE UPON REQUEST

HELFAND, CARLY
ADDRESS AVAILABLE UPON REQUEST

HELFER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HELFER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HELFRICH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HELFRICH, DAVID
ADDRESS AVAILABLE UPON REQUEST

HELFRICH, LINDA
ADDRESS AVAILABLE UPON REQUEST

HELFRICH, PATTI
ADDRESS AVAILABLE UPON REQUEST

HELFRICK, BRENT
ADDRESS AVAILABLE UPON REQUEST

HELGEMOE, TANI
ADDRESS AVAILABLE UPON REQUEST

HELGERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HELGERT, MALORIE
ADDRESS AVAILABLE UPON REQUEST

HELGERT, STEVI
ADDRESS AVAILABLE UPON REQUEST

HELGESON, JOLENE
ADDRESS AVAILABLE UPON REQUEST

HELGESON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

HELGESTAD, KAREN
ADDRESS AVAILABLE UPON REQUEST

HELGET, DAWN
ADDRESS AVAILABLE UPON REQUEST

HELGOTH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HELGOTH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HELIE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HELIES, MADISON
ADDRESS AVAILABLE UPON REQUEST

HELIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HELINSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HELIO SEPULVEDA
ADDRESS AVAILABLE UPON REQUEST

HELIOT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HELLAND, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HELLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HELLENBRAND, MARGY
ADDRESS AVAILABLE UPON REQUEST

HELLENTHAL, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

HELLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

HELLER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HELLER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HELLER, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HELLER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

HELLER, BRETT
ADDRESS AVAILABLE UPON REQUEST

HELLER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HELLER, CLIFF
ADDRESS AVAILABLE UPON REQUEST

HELLER, COLTON
ADDRESS AVAILABLE UPON REQUEST

HELLER, DAN
ADDRESS AVAILABLE UPON REQUEST

HELLER, DAWN
ADDRESS AVAILABLE UPON REQUEST

HELLER, GINA
ADDRESS AVAILABLE UPON REQUEST

HELLER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HELLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

HELLER, MARI
ADDRESS AVAILABLE UPON REQUEST

HELLER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HELLER, NINA
ADDRESS AVAILABLE UPON REQUEST

HELLER, PEYTON
ADDRESS AVAILABLE UPON REQUEST

HELLER, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

HELLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HELLER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HELLERER, JAMES
ADDRESS AVAILABLE UPON REQUEST

HELLERMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HELLER-SCHWARTZ, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HELLIGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HELLING, MONICA
ADDRESS AVAILABLE UPON REQUEST

HELLINGS, MIKE
ADDRESS AVAILABLE UPON REQUEST

HELLIWELL, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

HELLMANN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HELLMANN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

HELLMANN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HELLO FAX
ADDRESS UNAVAILABLE AT TIME OF FILING

HELLO VINO, INC.
156 2ND STREET
SAN FRANCISCO, CA  94105

HELLOFAX
ADDRESS UNAVAILABLE AT TIME OF FILING

HELLOFRESH
40 W 25TH ST. 6TH FLOOR
NEW YORK, NY  10010

HELLUMS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HELLUMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HELLYAR, JOE
ADDRESS AVAILABLE UPON REQUEST

HELM, APRIL
ADDRESS AVAILABLE UPON REQUEST

HELM, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

HELM, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HELM, JOSH
ADDRESS AVAILABLE UPON REQUEST

HELM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HELM, LAURA
ADDRESS AVAILABLE UPON REQUEST

HELM, NADJA
ADDRESS AVAILABLE UPON REQUEST

HELM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HELM, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HELMANN, MIKE
ADDRESS AVAILABLE UPON REQUEST

HELMCKE, GRACE
ADDRESS AVAILABLE UPON REQUEST

HELM-DAVIS, SARA
ADDRESS AVAILABLE UPON REQUEST

HELME, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HELME, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HELME, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HELMER, ANNE
ADDRESS AVAILABLE UPON REQUEST

HELMER, DIANE
ADDRESS AVAILABLE UPON REQUEST

HELMER, KELLI
ADDRESS AVAILABLE UPON REQUEST

HELMER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HELMERICKS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HELMES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HELMICK, TERESA
ADDRESS AVAILABLE UPON REQUEST

HELMIN-CLAZMER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HELMING, LEXI
ADDRESS AVAILABLE UPON REQUEST

HELMINIAK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HELMLE, MARY
ADDRESS AVAILABLE UPON REQUEST

HELMS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HELMS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HELMS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HELMS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HELMS, ERICA
ADDRESS AVAILABLE UPON REQUEST

HELMS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

HELMS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HELMS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

HELMS, WADE
ADDRESS AVAILABLE UPON REQUEST

HELMSTETTER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HELMSTETTER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HELMSTETTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HELMUELLER, JACOB
ADDRESS AVAILABLE UPON REQUEST

HELMUTH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HELMUTH, ANNA
ADDRESS AVAILABLE UPON REQUEST

HELMUTH, SARA
ADDRESS AVAILABLE UPON REQUEST

HELNE, TARU
ADDRESS AVAILABLE UPON REQUEST

HELPBRINGER, SALLY
ADDRESS AVAILABLE UPON REQUEST

HELPER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HELPERT, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HELPHREY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HELSETH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HELSINGHOFF, PER
ADDRESS AVAILABLE UPON REQUEST

HELT, BETH
ADDRESS AVAILABLE UPON REQUEST

HELTEN, STACY
ADDRESS AVAILABLE UPON REQUEST

HELTERBRAND, NATE
ADDRESS AVAILABLE UPON REQUEST

HELTNE, CINDY
ADDRESS AVAILABLE UPON REQUEST

HELTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

HELTON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HELTON, BRENNA
ADDRESS AVAILABLE UPON REQUEST

HELTON, BURCHEN D.
ADDRESS AVAILABLE UPON REQUEST

HELTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HELTON, DAN
ADDRESS AVAILABLE UPON REQUEST

HELTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HELTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HELTON-AMOS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HELTZINGER, HALEY
ADDRESS AVAILABLE UPON REQUEST

HELVEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HELWIG, AVERY
ADDRESS AVAILABLE UPON REQUEST

HELWIG, ETHAN
ADDRESS AVAILABLE UPON REQUEST

HEMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HEMANT JAIN
ADDRESS AVAILABLE UPON REQUEST

HEMANTH SIDDULUGARI
ADDRESS AVAILABLE UPON REQUEST

HEMATI, NIKA
ADDRESS AVAILABLE UPON REQUEST

HEMAUER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HEMBEKIDES, PAUL
ADDRESS AVAILABLE UPON REQUEST

HEMBERG, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEMBLING, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HEMBREE, JASON
ADDRESS AVAILABLE UPON REQUEST

HEMBREE, MADISUN
ADDRESS AVAILABLE UPON REQUEST

HEMBY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HEMENWAY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HEMENWAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HEMINGER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HEMINGER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

HEMION, MATT
ADDRESS AVAILABLE UPON REQUEST

HEMKER, LISA
ADDRESS AVAILABLE UPON REQUEST

HEMLEB, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HEMLER, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HEMM, GAIL
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HEMMENDINGER, LISA<br>ADDRESS AVAILABLE UPON REQUEST | HEMMERLING, JACQUI<br>ADDRESS AVAILABLE UPON REQUEST | HEMMERSMEIER, ANDIE<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMMIG, KAROLYN<br>ADDRESS AVAILABLE UPON REQUEST | HEMMING, CLAUDIA<br>ADDRESS AVAILABLE UPON REQUEST | HEMMINGER, FRED<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMMINGER, KELLY<br>ADDRESS AVAILABLE UPON REQUEST | HEMP, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | HEMPEL, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMPHILL - KENT, RAMONA<br>ADDRESS AVAILABLE UPON REQUEST | HEMPHILL, C<br>ADDRESS AVAILABLE UPON REQUEST | HEMPHILL, CALEB<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMPHILL, CLAIRE<br>ADDRESS AVAILABLE UPON REQUEST | HEMPHILL, DEONDRA<br>ADDRESS AVAILABLE UPON REQUEST | HEMPHILL, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMPHILL, ERIC<br>ADDRESS AVAILABLE UPON REQUEST | HEMPHILL, MARGARET<br>ADDRESS AVAILABLE UPON REQUEST | HEMPILL, EMILY<br>ADDRESS AVAILABLE UPON REQUEST |
| HEMPSTEAD, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST | HEMWALL, HOLLY<br>ADDRESS AVAILABLE UPON REQUEST | HENAO, CLAUDIA<br>ADDRESS AVAILABLE UPON REQUEST |
| HENAO, MAURICIO<br>ADDRESS AVAILABLE UPON REQUEST | HENAO, TANIA<br>ADDRESS AVAILABLE UPON REQUEST | HENARD, JALYSA<br>ADDRESS AVAILABLE UPON REQUEST |
| HENAULT, DANIKA<br>ADDRESS AVAILABLE UPON REQUEST | HENBY, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | HENCH, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST |
| HENCHEL, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST | HENCKEL, HEIDI<br>ADDRESS AVAILABLE UPON REQUEST | HENCY, DEE<br>ADDRESS AVAILABLE UPON REQUEST |

HENDERER, ANNA
ADDRESS AVAILABLE UPON REQUEST

HENDERS, MARYPAT
ADDRESS AVAILABLE UPON REQUEST

HENDERSHOT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HENDERSHOT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HENDERSHOT, IRMA
ADDRESS AVAILABLE UPON REQUEST

HENDERSHOT, JAMES
ADDRESS AVAILABLE UPON REQUEST

HENDERSHOT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, AQUELLA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BENNETT
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, BROGAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, DAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, DANA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ERICK
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ESTER
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, GINA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, HARISA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, HILLARY C.
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JASON
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JAY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JAYNE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KALEY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KARA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LIDIA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LUKI
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, OZZIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, PEGGY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, RICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SHARI
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, WALTER
ADDRESS AVAILABLE UPON REQUEST

HENDERSON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

HENDKING, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HENDLE, ANDRA
ADDRESS AVAILABLE UPON REQUEST

HENDLER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HENDLER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HENDLEY, NATASHA
ADDRESS AVAILABLE UPON REQUEST

HENDON, HEATH
ADDRESS AVAILABLE UPON REQUEST

HENDREN, RUTH
ADDRESS AVAILABLE UPON REQUEST

HENDREN, SAM
ADDRESS AVAILABLE UPON REQUEST

HENDRICH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HENDRICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HENDRICK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HENDRICK, MARIE
ADDRESS AVAILABLE UPON REQUEST

HENDRICK, MICHEL
ADDRESS AVAILABLE UPON REQUEST

HENDRICK, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, ERICA
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, JENNA
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, JOSH
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, KATHY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, KIM
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, MARY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, NICK
ADDRESS AVAILABLE UPON REQUEST

HENDRICKS, VIOLET
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, ALAN
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, ISABEL
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, KIM
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, MADDIE
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, MARK
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HENDRICKSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HENDRIK DE HOOG
ADDRESS AVAILABLE UPON REQUEST

HENDRIK JUERGENS
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, BEN
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, DAVID
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HENDRIX, STANLEY
ADDRESS AVAILABLE UPON REQUEST

HENDRY, KALYN
ADDRESS AVAILABLE UPON REQUEST

HENDRY, TEAGAN
ADDRESS AVAILABLE UPON REQUEST

HENEBRY, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

HENEGHAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HENEGHAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HENEHAN, PATRICE
ADDRESS AVAILABLE UPON REQUEST

HENEKA, JILL
ADDRESS AVAILABLE UPON REQUEST

HENEL, KYLE
ADDRESS AVAILABLE UPON REQUEST

HENERY, RANDY
ADDRESS AVAILABLE UPON REQUEST

HENESEY, JEAN
ADDRESS AVAILABLE UPON REQUEST

HENFRIDSSON, PER OLA
ADDRESS AVAILABLE UPON REQUEST

HENGELBROK, ANNA
ADDRESS AVAILABLE UPON REQUEST

HENGEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HENIG, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HENIGAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HENINGTON-GUTIERREZ, KARI
ADDRESS AVAILABLE UPON REQUEST

HENION, KARLI
ADDRESS AVAILABLE UPON REQUEST

HENISEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

HENJUM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HENKE, ABBY
ADDRESS AVAILABLE UPON REQUEST

HENKE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HENKE, CHAD
ADDRESS AVAILABLE UPON REQUEST

HENKE, STACY
ADDRESS AVAILABLE UPON REQUEST

HENKEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HENKEL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HENKELMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HENKELS, JANE
ADDRESS AVAILABLE UPON REQUEST

HENLEY, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

HENLEY, JANINE
ADDRESS AVAILABLE UPON REQUEST

HENLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HENLEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

HENLEY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HENLEY, NANNETTE
ADDRESS AVAILABLE UPON REQUEST

HENLEY, SINDI
ADDRESS AVAILABLE UPON REQUEST

HENLEY, STACEY
ADDRESS AVAILABLE UPON REQUEST

HENLEY-TAFARI, JEWEL
ADDRESS AVAILABLE UPON REQUEST

HENLINE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HENN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HENN, RILEY
ADDRESS AVAILABLE UPON REQUEST

HENNAGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HENNAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HENNARD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HENNECKE, SUSIE
ADDRESS AVAILABLE UPON REQUEST

HENNEGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HENNEGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HENNEKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HENNELLY, GERARD
ADDRESS AVAILABLE UPON REQUEST

HENNELLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENNEN, AMY
ADDRESS AVAILABLE UPON REQUEST

HENNEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENNEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HENNERBICHLER, GEORG
ADDRESS AVAILABLE UPON REQUEST

HENNESS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HENNESSEE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, JOE
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, LORI
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, PETER
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, SARA
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

HENNESSEY, TRACI
ADDRESS AVAILABLE UPON REQUEST

HENNESSEYS TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

HENNESSY, AMY
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, DEBBY
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, KELLY
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, KERRY
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

HENNESSY, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

HENNEWINKEL, ELYSE
ADDRESS AVAILABLE UPON REQUEST

HENNIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HENNIG, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HENNING, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HENNING, CAIT
ADDRESS AVAILABLE UPON REQUEST

HENNING, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HENNING, DAVID
ADDRESS AVAILABLE UPON REQUEST

HENNING, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HENNING, JANE
ADDRESS AVAILABLE UPON REQUEST

HENNING, JIM
ADDRESS AVAILABLE UPON REQUEST

HENNING, KARRIE
ADDRESS AVAILABLE UPON REQUEST

HENNING, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HENNINGER, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

HENNINGER, LINDA
ADDRESS AVAILABLE UPON REQUEST

HENNINGER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HENNINGS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HENNINGSEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HENNIS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HENREHAN, SALLY
ADDRESS AVAILABLE UPON REQUEST

HENRI, CL
ADDRESS AVAILABLE UPON REQUEST

HENRICH, KIM
ADDRESS AVAILABLE UPON REQUEST

HENRICH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HENRICK, MELENEE
ADDRESS AVAILABLE UPON REQUEST

HENRICKS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HENRICKS, JENNY
ADDRESS AVAILABLE UPON REQUEST

HENRICKSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HENRICKSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

HENRIKSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

HENRIKSON, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

HENRIQUES, IRENE
ADDRESS AVAILABLE UPON REQUEST

HENRIQUES, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HENRIQUES, MANUEL
ADDRESS AVAILABLE UPON REQUEST

HENRIQUEZ, FRANCHESCA
ADDRESS AVAILABLE UPON REQUEST

HENRIQUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HENRITZY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENRY A VALDEZ
ADDRESS AVAILABLE UPON REQUEST

HENRY ALLEN MARCUM
ADDRESS AVAILABLE UPON REQUEST

HENRY C HIGHT
ADDRESS AVAILABLE UPON REQUEST

HENRY J GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

HENRY SUOMINEN
ADDRESS AVAILABLE UPON REQUEST

HENRY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HENRY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HENRY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HENRY, AIDAN
ADDRESS AVAILABLE UPON REQUEST

HENRY, ALBEAU
ADDRESS AVAILABLE UPON REQUEST

HENRY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HENRY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HENRY, ANNE
ADDRESS AVAILABLE UPON REQUEST

HENRY, BILLY
ADDRESS AVAILABLE UPON REQUEST

HENRY, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

HENRY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HENRY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HENRY, COLIN
ADDRESS AVAILABLE UPON REQUEST

HENRY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HENRY, DALLAS
ADDRESS AVAILABLE UPON REQUEST

HENRY, DANA
ADDRESS AVAILABLE UPON REQUEST

HENRY, DANAE
ADDRESS AVAILABLE UPON REQUEST

HENRY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HENRY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HENRY, DEREK
ADDRESS AVAILABLE UPON REQUEST

HENRY, DESHIA
ADDRESS AVAILABLE UPON REQUEST

HENRY, DIEDRE
ADDRESS AVAILABLE UPON REQUEST

HENRY, ELECIA
ADDRESS AVAILABLE UPON REQUEST

HENRY, EROLD
ADDRESS AVAILABLE UPON REQUEST

HENRY, FRANCINIA
ADDRESS AVAILABLE UPON REQUEST

HENRY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENRY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENRY, HELENE
ADDRESS AVAILABLE UPON REQUEST

HENRY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HENRY, JADE
ADDRESS AVAILABLE UPON REQUEST

HENRY, JANEL
ADDRESS AVAILABLE UPON REQUEST

HENRY, JESSE
ADDRESS AVAILABLE UPON REQUEST

HENRY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HENRY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HENRY, JUAN
ADDRESS AVAILABLE UPON REQUEST

HENRY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HENRY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HENRY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HENRY, KELLY
ADDRESS AVAILABLE UPON REQUEST

HENRY, KIMBER
ADDRESS AVAILABLE UPON REQUEST

HENRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HENRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HENRY, LINDA
ADDRESS AVAILABLE UPON REQUEST

HENRY, LUKE
ADDRESS AVAILABLE UPON REQUEST

HENRY, MANDISA
ADDRESS AVAILABLE UPON REQUEST

HENRY, MARK
ADDRESS AVAILABLE UPON REQUEST

HENRY, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

HENRY, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

HENRY, MAYA
ADDRESS AVAILABLE UPON REQUEST

HENRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HENRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HENRY, MICHAEL-ANN
ADDRESS AVAILABLE UPON REQUEST

HENRY, NAKIA
ADDRESS AVAILABLE UPON REQUEST

HENRY, NOAH
ADDRESS AVAILABLE UPON REQUEST

HENRY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HENRY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HENRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HENRY, RITA
ADDRESS AVAILABLE UPON REQUEST

HENRY, RONALD
ADDRESS AVAILABLE UPON REQUEST

HENRY, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

HENRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HENRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HENRY, SHELBI
ADDRESS AVAILABLE UPON REQUEST

HENRY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HENRY, SKYE
ADDRESS AVAILABLE UPON REQUEST

HENRY, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

HENRY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HENRY, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HENRY, TARRAH
ADDRESS AVAILABLE UPON REQUEST

HENSCHEL, EDEN
ADDRESS AVAILABLE UPON REQUEST

HENSCHEN, REGINA
ADDRESS AVAILABLE UPON REQUEST

HENSEL, APRIL
ADDRESS AVAILABLE UPON REQUEST

HENSEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

HENSEL, KANDI
ADDRESS AVAILABLE UPON REQUEST

HENSEL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HENSEN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HENSHAW, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

HENSHAW, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HENSINGER, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

HENSLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HENSLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

HENSLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HENSLER, JANETTE
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, APRIL
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, MEAGEN
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, RACHEL AND JOHN
ADDRESS AVAILABLE UPON REQUEST

HENSLEY, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HENSON, ALISA
ADDRESS AVAILABLE UPON REQUEST

HENSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HENSON, AMY
ADDRESS AVAILABLE UPON REQUEST

HENSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HENSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HENSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HENSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HENSON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

HENSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HENSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

HENSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

HENSON, JANEEN
ADDRESS AVAILABLE UPON REQUEST

HENSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

HENSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HENSON, LAPORTIA
ADDRESS AVAILABLE UPON REQUEST

HENSON, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

HENSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

HENSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

HENSON, MELANNY
ADDRESS AVAILABLE UPON REQUEST

HENSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HENSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HENSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

HENSON, STASIE
ADDRESS AVAILABLE UPON REQUEST

HENTGES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HENTHORNE, DAN
ADDRESS AVAILABLE UPON REQUEST

HENTON, GRACIE
ADDRESS AVAILABLE UPON REQUEST

HENTREL, JENIFER
ADDRESS AVAILABLE UPON REQUEST

HENTY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HENTZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HENZE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HENZEL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HENZEL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HENZLER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HEON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HEOWORKS INDUSTRIES
ADDRESS UNAVAILABLE AT TIME OF FILING

HEPBURN, DEVON
ADDRESS AVAILABLE UPON REQUEST

HEPBURN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HEPBURN, LEAH
ADDRESS AVAILABLE UPON REQUEST

HEPER, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

HEPKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEPOLA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HEPP, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HEPPARD, TOM
ADDRESS AVAILABLE UPON REQUEST

HEPPNER, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

HEPTON, JODI
ADDRESS AVAILABLE UPON REQUEST

HEPWORTH, EMILY
ADDRESS AVAILABLE UPON REQUEST

HEPZ BRANNAN
ADDRESS AVAILABLE UPON REQUEST

HER, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

HERAS, LINSEY
ADDRESS AVAILABLE UPON REQUEST

HERATH, RANIL
ADDRESS AVAILABLE UPON REQUEST

HERB BUNKE
ADDRESS AVAILABLE UPON REQUEST

HERB, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HERB, JILL
ADDRESS AVAILABLE UPON REQUEST

HERBEIN, JODI
ADDRESS AVAILABLE UPON REQUEST

HERBELIN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HERBER, HELENA
ADDRESS AVAILABLE UPON REQUEST

HERBER, JULIE
ADDRESS AVAILABLE UPON REQUEST

HERBER, PAUL
ADDRESS AVAILABLE UPON REQUEST

HERBERGER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERBERT MICHAEL IMALINGAT
ADDRESS AVAILABLE UPON REQUEST

HERBERT, AHZUREE
ADDRESS AVAILABLE UPON REQUEST

HERBERT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HERBERT, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

HERBERT, DYAN
ADDRESS AVAILABLE UPON REQUEST

HERBERT, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERBERT, GINNY
ADDRESS AVAILABLE UPON REQUEST

HERBERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HERBERT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HERBERT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HERBERT, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

HERBERT, LEIGH
ADDRESS AVAILABLE UPON REQUEST

HERBERT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HERBERT, LYNN
ADDRESS AVAILABLE UPON REQUEST

HERBERT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HERBERT, VAL
ADDRESS AVAILABLE UPON REQUEST

HERBICK, MAURA
ADDRESS AVAILABLE UPON REQUEST

HERBICK, PAULA
ADDRESS AVAILABLE UPON REQUEST

HERBIG, JULIA
ADDRESS AVAILABLE UPON REQUEST

HERBIG, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HERBINE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERBISON, JANNA
ADDRESS AVAILABLE UPON REQUEST

HERBIVORE BOTANICALS, LLC
80 VINE STREET, 201
SEATTLE, WA 98121

HERBOLSHEIMER, STARLA
ADDRESS AVAILABLE UPON REQUEST

HERBST, CARLY
ADDRESS AVAILABLE UPON REQUEST

HERBST, GINA
ADDRESS AVAILABLE UPON REQUEST

HERBST, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HERBST, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HERBST, JUDY
ADDRESS AVAILABLE UPON REQUEST

HERBST, SANDY
ADDRESS AVAILABLE UPON REQUEST

HERBST, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HERBST, VINCENT
ADDRESS AVAILABLE UPON REQUEST

HERCULES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

HERD, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

HERD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HERDA, ELYSE
ADDRESS AVAILABLE UPON REQUEST

HERDA, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HERDEMIAN, MONTANNA
ADDRESS AVAILABLE UPON REQUEST

HERDERE, DEBORA
ADDRESS AVAILABLE UPON REQUEST

HERDIC, MARA
ADDRESS AVAILABLE UPON REQUEST

HERDING, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HERDIS LIS MCNERNY
ADDRESS AVAILABLE UPON REQUEST

HERDMAN, LISHA
ADDRESS AVAILABLE UPON REQUEST

HEREDIA, NORMA
ADDRESS AVAILABLE UPON REQUEST

HEREFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEREK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HERENDEEN, ERIK
ADDRESS AVAILABLE UPON REQUEST

HERENDEEN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

HERENT, MELODIE
ADDRESS AVAILABLE UPON REQUEST

HERES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HERGERT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERGET, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HERIC, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HERICKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HERING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HERING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HERITAGE PAPER
6850 BRISA STREET
LIVERMORE, CA  94550

HERITAGE
(PACIFIC CONTINENTAL INSURANCE
COMPANY, INC.)

HERITIER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HERKA, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

HERKERT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HERLEY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, CARLY
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, CLARE
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HERLIHY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HERLINGER, CHERI
ADDRESS AVAILABLE UPON REQUEST

HERLOCKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HERLOSS, BRI
ADDRESS AVAILABLE UPON REQUEST

HERMAN LAW LLC
303 WYMAN STREET SUITE 1000
WALTHAM, MA  02451

HERMAN MANS FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

HERMAN THEODORUS
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HERMAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HERMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HERMAN, CHARLOTTY
ADDRESS AVAILABLE UPON REQUEST

HERMAN, DALIA
ADDRESS AVAILABLE UPON REQUEST

HERMAN, DENNYS
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HERMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

HERMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HERMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HERMAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HERMAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HERMAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

HERMAN, TANIKO
ADDRESS AVAILABLE UPON REQUEST

HERMAN, TERRI
ADDRESS AVAILABLE UPON REQUEST

HERMANMILLER STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

HERMANN, ALANA
ADDRESS AVAILABLE UPON REQUEST

HERMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HERMANN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HERMANN, ZOE
ADDRESS AVAILABLE UPON REQUEST

HERMANNS, GRANT
ADDRESS AVAILABLE UPON REQUEST

HERMES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HERMILLER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HERMINIANO MACHACON
ADDRESS AVAILABLE UPON REQUEST

HERMOSILLIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HERMOSO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

HERMS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HERMSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HERN, ADDISON
ADDRESS AVAILABLE UPON REQUEST

HERN, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

HERN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HERNAN JUAREZ-GUERRERO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ III, DAVID
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ LOPEZ, LUZ DEL CARMEN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ MANCIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ MARTINEZ, ZENEN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ PEDROZA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ SAHAGUN, SAUL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ VIVAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ABRAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ADELLE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ALAINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ALI
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ALINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ALMA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANA MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANGALISE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ARLEEN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ASTRID
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, BIANCA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CINTHYA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, CORINNE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, DANIELA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, DELANEY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ELVIS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ERNEST
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ESTHER
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, EVA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, GLORIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, HOPE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, IGOR
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, IRENE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JANIS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JEANIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JENNA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JESUS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JESUS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JESUS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JIMMY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOANELLE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOANN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOEL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOELLE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOSE ANGEL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KARINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KARLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KELLY-ANN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KIARA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LIXE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LIZBETH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARC
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIELA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARIELA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARISELA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARTA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MAYRA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MEILING
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MELODY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MICHELL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MILENA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, NINA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, NOAH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, NUBIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, NURIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, PAOLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, PENNI
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, QUEENA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, RICK
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, ROSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, RUTH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, STACY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, SUZY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TALEYIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TANIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TEIGHLOR
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TERIMAR
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TESSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TOM
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, TOMMY
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, VALERIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, VALERIA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, WANDA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, XOCHITL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, YAJAIRA
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ, YANIL
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZGARCIA, EDGAR
ADDRESS AVAILABLE UPON REQUEST

HERNANDEZ-TORRES, DARLENE
ADDRESS AVAILABLE UPON REQUEST

HERNDON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HERNDON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HERNDON, JANELLE
ADDRESS AVAILABLE UPON REQUEST

HERNDON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HERNDON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HERNDON, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERNDON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HERNDON, ROSE
ADDRESS AVAILABLE UPON REQUEST

HERNDON, STEVE
ADDRESS AVAILABLE UPON REQUEST

HERNE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HERNEY, DANA
ADDRESS AVAILABLE UPON REQUEST

HERNLY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HERNON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HERNON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HERNON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HERNON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HERNQUIST, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HERO, STACEY
ADDRESS AVAILABLE UPON REQUEST

HERO.JOBS, INC.
1316 3RD STREET  B5
SANTA MONICA, CA  90401

HEROD SANON
ADDRESS AVAILABLE UPON REQUEST

HEROD, HAZEL
ADDRESS AVAILABLE UPON REQUEST

HEROFF, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HEROLD, ARMANDE
ADDRESS AVAILABLE UPON REQUEST

HEROLIND DEMA
ADDRESS AVAILABLE UPON REQUEST

HEROMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HERON, KEN
ADDRESS AVAILABLE UPON REQUEST

HERON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HERON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HERON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HERONEMUS, MARC
ADDRESS AVAILABLE UPON REQUEST

HEROZ LLC
ADDRESS AVAILABLE UPON REQUEST

HERQUET, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HERR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERR, KARA
ADDRESS AVAILABLE UPON REQUEST

HERR, LINDA
ADDRESS AVAILABLE UPON REQUEST

HERR, PAULINE
ADDRESS AVAILABLE UPON REQUEST

HERR, SARAH
ADDRESS AVAILABLE UPON REQUEST

HERRANEN, TINA
ADDRESS AVAILABLE UPON REQUEST

HERRANZ, JANEL
ADDRESS AVAILABLE UPON REQUEST

HERREN, GREG
ADDRESS AVAILABLE UPON REQUEST

HERRERA DEAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

HERRERA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HERRERA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HERRERA, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, DESTINY
ADDRESS AVAILABLE UPON REQUEST

HERRERA, DIANA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, GINA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, GISELA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, HALSTON
ADDRESS AVAILABLE UPON REQUEST

HERRERA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HERRERA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, JESUS
ADDRESS AVAILABLE UPON REQUEST

HERRERA, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

HERRERA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, KATHIE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HERRERA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HERRERA, LISSA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, LORENA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, LUIS
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MADDIE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MARTIN
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MIA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MIA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MONICA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

HERRERA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, NINA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HERRERA, RIVKA
ADDRESS AVAILABLE UPON REQUEST

HERRERA, SHAKAH
ADDRESS AVAILABLE UPON REQUEST

HERRERA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HERRERAHOGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

HERRFURTH, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

HERRIAGE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HERRICK, ABBIE
ADDRESS AVAILABLE UPON REQUEST

HERRICK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HERRICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HERRICK, BRIGID
ADDRESS AVAILABLE UPON REQUEST

HERRICK, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

HERRICK, JULIE
ADDRESS AVAILABLE UPON REQUEST

HERRICK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HERRICK, PAM
ADDRESS AVAILABLE UPON REQUEST

HERRICK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HERRICK, TIM
ADDRESS AVAILABLE UPON REQUEST

HERRIES, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERRIG, JEN
ADDRESS AVAILABLE UPON REQUEST

HERRIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HERRIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERRIN, GARRETT
ADDRESS AVAILABLE UPON REQUEST

HERRIN, JADE
ADDRESS AVAILABLE UPON REQUEST

HERRIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HERRING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HERRING, AMY
ADDRESS AVAILABLE UPON REQUEST

HERRING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HERRING, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HERRING, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

HERRING, JACLYN
ADDRESS AVAILABLE UPON REQUEST

HERRING, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HERRING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HERRING, KELVIN
ADDRESS AVAILABLE UPON REQUEST

HERRING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERRING, MAYA
ADDRESS AVAILABLE UPON REQUEST

HERRING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HERRING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HERRING, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

HERRING, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HERRING, PARKER
ADDRESS AVAILABLE UPON REQUEST

HERRING, SARAH
ADDRESS AVAILABLE UPON REQUEST

HERRING, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HERRING, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HERRING, ZACKERY
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, BRETT
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, LUCY
ADDRESS AVAILABLE UPON REQUEST

HERRINGTON, SARA
ADDRESS AVAILABLE UPON REQUEST

HERRIOTT, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

HERRIOTT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HERRIOTT, SAGE
ADDRESS AVAILABLE UPON REQUEST

HERRITY, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

HERRMANN KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, CAROL
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, DIANA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, LOREY
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, MARIA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

HERRMANN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HERROLD, KORISSA
ADDRESS AVAILABLE UPON REQUEST

HERRON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HERRON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HERRON, AMBERLIE
ADDRESS AVAILABLE UPON REQUEST

HERRON, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HERRON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HERRON, CARLA
ADDRESS AVAILABLE UPON REQUEST

HERRON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HERRON, COLE
ADDRESS AVAILABLE UPON REQUEST

HERRON, DIANNE
ADDRESS AVAILABLE UPON REQUEST

HERRON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERRON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HERRON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HERRON, JOE
ADDRESS AVAILABLE UPON REQUEST

HERRON, KATE
ADDRESS AVAILABLE UPON REQUEST

HERRON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HERRON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERRON, RICK
ADDRESS AVAILABLE UPON REQUEST

HERRON, STACEY
ADDRESS AVAILABLE UPON REQUEST

HERRON-SMITH, SOLANA
ADDRESS AVAILABLE UPON REQUEST

HERRY, JUNIOR
ADDRESS AVAILABLE UPON REQUEST

HERSCH PATEL
ADDRESS AVAILABLE UPON REQUEST

HERSCHBACH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HERSEL, KIM
ADDRESS AVAILABLE UPON REQUEST

HERSEY, BETH
ADDRESS AVAILABLE UPON REQUEST

HERSEY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HERSEY, KASEY
ADDRESS AVAILABLE UPON REQUEST

HERSEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HERSH, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, BENJI
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, CHASE
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, DAWN
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, JANESSA
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HERSHBERGER, MELLISSA
ADDRESS AVAILABLE UPON REQUEST

HERSHEY, KATINA
ADDRESS AVAILABLE UPON REQUEST

HERSHGORDON, CARLIE
ADDRESS AVAILABLE UPON REQUEST

HERSHKOWITZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

HERSHMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HERSHMAN, RALPH
ADDRESS AVAILABLE UPON REQUEST

HERSHNER, HELEN
ADDRESS AVAILABLE UPON REQUEST

HERSMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HERSOM, AMY
ADDRESS AVAILABLE UPON REQUEST

HERSOM, JASON
ADDRESS AVAILABLE UPON REQUEST

HERST, D.
ADDRESS AVAILABLE UPON REQUEST

HERT, ADAM
ADDRESS AVAILABLE UPON REQUEST

HERT, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

HERTA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HERTEL, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

HERTEL, CALEB
ADDRESS AVAILABLE UPON REQUEST

HERTEL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HERTEL, TIANA
ADDRESS AVAILABLE UPON REQUEST

HERTENSTEIN, TONY
ADDRESS AVAILABLE UPON REQUEST

HERTER, LARA
ADDRESS AVAILABLE UPON REQUEST

HERTER, STACEY
ADDRESS AVAILABLE UPON REQUEST

HERTLING, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HERTNEKY, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

HERTZ
ADDRESS UNAVAILABLE AT TIME OF FILING

HERTZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HERTZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HERTZ, SHONNA
ADDRESS AVAILABLE UPON REQUEST

HERUS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HERVAS, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

HERVE TAKOULO FONKOU
ADDRESS AVAILABLE UPON REQUEST

HERVE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERVEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HERY, DARBY
ADDRESS AVAILABLE UPON REQUEST

HERZBERG, ANNE
ADDRESS AVAILABLE UPON REQUEST

HERZBERG, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HERZIG, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HERZIG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HERZOG COHEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, ARNALDO
ADDRESS AVAILABLE UPON REQUEST

HERZOG, BRINKLEY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HERZOG, CASEY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, DAVID
ADDRESS AVAILABLE UPON REQUEST

HERZOG, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HERZOG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HERZOG, EMILY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, JANET
ADDRESS AVAILABLE UPON REQUEST

HERZOG, KARI
ADDRESS AVAILABLE UPON REQUEST

HERZOG, LAURA
ADDRESS AVAILABLE UPON REQUEST

HERZOG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HERZOG, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HERZOG, MINDY
ADDRESS AVAILABLE UPON REQUEST

HERZOG, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HESDON, BESS
ADDRESS AVAILABLE UPON REQUEST

HESE, JEVGENIJA
ADDRESS AVAILABLE UPON REQUEST

HESELMEYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HESFORD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HESKETH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HESLER, BROCK
ADDRESS AVAILABLE UPON REQUEST

HESLER, ERYNN
ADDRESS AVAILABLE UPON REQUEST

HESLEY, BEN
ADDRESS AVAILABLE UPON REQUEST

HESLIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HESLIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HESLIP, CORY
ADDRESS AVAILABLE UPON REQUEST

HESLOP, JENNA
ADDRESS AVAILABLE UPON REQUEST

HESMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HESMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

HESPANHOL, PEDRO
ADDRESS AVAILABLE UPON REQUEST

HESS, AARON
ADDRESS AVAILABLE UPON REQUEST

HESS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HESS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HESS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HESS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HESS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HESS, CARLEY
ADDRESS AVAILABLE UPON REQUEST

HESS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

HESS, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

HESS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HESS, DAN
ADDRESS AVAILABLE UPON REQUEST

HESS, DIANA
ADDRESS AVAILABLE UPON REQUEST

HESS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HESS, JERUSHA
ADDRESS AVAILABLE UPON REQUEST

HESS, JODI
ADDRESS AVAILABLE UPON REQUEST

HESS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HESS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HESS, KAREN
ADDRESS AVAILABLE UPON REQUEST

HESS, LANDON
ADDRESS AVAILABLE UPON REQUEST

HESS, LARRY
ADDRESS AVAILABLE UPON REQUEST

HESS, LAUREEN
ADDRESS AVAILABLE UPON REQUEST

HESS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HESS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HESS, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

HESS, PAM
ADDRESS AVAILABLE UPON REQUEST

HESS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HESS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HESS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HESS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HESS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HESS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HESS, THERESA OR RICHARD
ADDRESS AVAILABLE UPON REQUEST

HESS, TOM
ADDRESS AVAILABLE UPON REQUEST

HESSE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HESSE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HESSE, BILL AND DONNA
ADDRESS AVAILABLE UPON REQUEST

HESSE, JEAN
ADDRESS AVAILABLE UPON REQUEST

HESSE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HESSEKIEL, KIRA
ADDRESS AVAILABLE UPON REQUEST

HESSEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HESSEL, KIERA
ADDRESS AVAILABLE UPON REQUEST

HESSELGREN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

HESSELSCHWARDT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HESSELTINE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HESSEN, TIM
ADDRESS AVAILABLE UPON REQUEST

HESSER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HESSER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HESSER, LANE
ADDRESS AVAILABLE UPON REQUEST

HESSION, LAURA
ADDRESS AVAILABLE UPON REQUEST

HESSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

HESTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HESTER, DOUG
ADDRESS AVAILABLE UPON REQUEST

HESTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HESTER, JERRY
ADDRESS AVAILABLE UPON REQUEST

HESTER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HESTER, LINDA ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HESTER, NINA
ADDRESS AVAILABLE UPON REQUEST

HESTER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HESTER, SHERI
ADDRESS AVAILABLE UPON REQUEST

HESTERLY, HAROLD
ADDRESS AVAILABLE UPON REQUEST

HESTERMANN, STACY
ADDRESS AVAILABLE UPON REQUEST

HESTON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HESTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HESTVIK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HETEM, NANCY
ADDRESS AVAILABLE UPON REQUEST

HETFIELD, TERRY
ADDRESS AVAILABLE UPON REQUEST

HETH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HETHERINGTON, LILLI
ADDRESS AVAILABLE UPON REQUEST

HETHERITON, RYLEE
ADDRESS AVAILABLE UPON REQUEST

HETLAGE, KENNON
ADDRESS AVAILABLE UPON REQUEST

HETLAND, LINNEA
ADDRESS AVAILABLE UPON REQUEST

HETRICK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HETRICK, ERICA
ADDRESS AVAILABLE UPON REQUEST

HETRICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

HETRICK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HETRICK, ROBBY
ADDRESS AVAILABLE UPON REQUEST

HETRICK, STACEY
ADDRESS AVAILABLE UPON REQUEST

HETSKO, KATIE
ADDRESS AVAILABLE UPON REQUEST

HETTLINGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HETZ, JOSH
ADDRESS AVAILABLE UPON REQUEST

HETZEL, DEJA
ADDRESS AVAILABLE UPON REQUEST

HETZEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HETZEL, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

HETZEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HETZER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HEUBACH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HEUBER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HEUER, KARLI
ADDRESS AVAILABLE UPON REQUEST

HEUER, KERI
ADDRESS AVAILABLE UPON REQUEST

HEUERMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HEUETT, JASMIN
ADDRESS AVAILABLE UPON REQUEST

HEUFT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HEUGA, WILDER
ADDRESS AVAILABLE UPON REQUEST

HEUN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HEUN, JENNY
ADDRESS AVAILABLE UPON REQUEST

HEUNG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEUSEL, GARY
ADDRESS AVAILABLE UPON REQUEST

HEUSER, KIM
ADDRESS AVAILABLE UPON REQUEST

HEUSNER, ELIOT
ADDRESS AVAILABLE UPON REQUEST

HEUSTON, SELINA
ADDRESS AVAILABLE UPON REQUEST

HEUTEL, HELEN
ADDRESS AVAILABLE UPON REQUEST

HEVENER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HEVIA, BLANCA
ADDRESS AVAILABLE UPON REQUEST

HEWATT, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

HEWAWASAM, LAKSHANI
ADDRESS AVAILABLE UPON REQUEST

HEWETT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HEWETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEWETT, JERED
ADDRESS AVAILABLE UPON REQUEST

HEWETT, LIZ ANN
ADDRESS AVAILABLE UPON REQUEST

HEWETT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HEWINS, IRENE
ADDRESS AVAILABLE UPON REQUEST

HEWIT, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

HEWIT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HEWITT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEWITT, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

HEWITT, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HEWITT, CAROL
ADDRESS AVAILABLE UPON REQUEST

HEWITT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HEWITT, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

HEWITT, DELANEY
ADDRESS AVAILABLE UPON REQUEST

HEWITT, GORDON
ADDRESS AVAILABLE UPON REQUEST

HEWITT, JANA
ADDRESS AVAILABLE UPON REQUEST

HEWITT, JAY
ADDRESS AVAILABLE UPON REQUEST

HEWITT, JESS
ADDRESS AVAILABLE UPON REQUEST

HEWITT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HEWITT, KASEY
ADDRESS AVAILABLE UPON REQUEST

HEWITT, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

HEWITT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HEWITT, LEANN
ADDRESS AVAILABLE UPON REQUEST

HEWITT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HEWITT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HEWITT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HEWITT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HEWITT, SHAWN
ADDRESS AVAILABLE UPON REQUEST

HEWITT, TRUDY-ANN
ADDRESS AVAILABLE UPON REQUEST

HEWKA, TAISA
ADDRESS AVAILABLE UPON REQUEST

HEWLETT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HEXT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HEXT, JENNA
ADDRESS AVAILABLE UPON REQUEST

HEYART, JAIME
ADDRESS AVAILABLE UPON REQUEST

HEYBOER AMANDA
ADDRESS AVAILABLE UPON REQUEST

HEYBOER, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

HEYDEMANN, EVAN
ADDRESS AVAILABLE UPON REQUEST

HEYDRICK, AUBREE
ADDRESS AVAILABLE UPON REQUEST

HEYDUK, ANDRZEJ
ADDRESS AVAILABLE UPON REQUEST

HEYEN, SHARI
ADDRESS AVAILABLE UPON REQUEST

HEYER, DAVID
ADDRESS AVAILABLE UPON REQUEST

HEYER, JACOB
ADDRESS AVAILABLE UPON REQUEST

HEYLIGER, MERYL
ADDRESS AVAILABLE UPON REQUEST

HEYNE, KARI
ADDRESS AVAILABLE UPON REQUEST

HEYNER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

HEYRANA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HEYS, SUE
ADDRESS AVAILABLE UPON REQUEST

HEYTHALER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HEYWARD, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HEYWOOD, ALISHA
ADDRESS AVAILABLE UPON REQUEST

HEZEKIAH-ONWUKWE, CECILIA
ADDRESS AVAILABLE UPON REQUEST

HI CITY & CO OF HONOLULU
530 S KING ST  100
HONOLULU, HI  96813

HI CO OF KAUAI DEPT
4444 RICE ST STE 463
LIHUE, HI  96766

HI CO OF MAUI DEPT
200 S. HIGH ST.
KALANA O MAUI BLDG
WAILUKU, HI  96793

HIAASEN, MARIA
ADDRESS AVAILABLE UPON REQUEST

HIATT, KURTIS
ADDRESS AVAILABLE UPON REQUEST

HIATT, LANCE
ADDRESS AVAILABLE UPON REQUEST

HIATT, LEIDY
ADDRESS AVAILABLE UPON REQUEST

HIATT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HIATT, RENAE
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, CHERRI
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, KAREN
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, KATIE
ADDRESS AVAILABLE UPON REQUEST

HIBBARD, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

HIBBARD-HERRERA, DANA
ADDRESS AVAILABLE UPON REQUEST

HIBBELN, LILIANNA
ADDRESS AVAILABLE UPON REQUEST

HIBBEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HIBBERD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HIBBERT, LATICIA
ADDRESS AVAILABLE UPON REQUEST

HIBBERT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HIBBETT, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HIBBS, ALI
ADDRESS AVAILABLE UPON REQUEST

HIBBS, DANA
ADDRESS AVAILABLE UPON REQUEST

HIBBS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HIBLER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HIBSCHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

HIBSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HICHBORN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HICKEL, KORIE
ADDRESS AVAILABLE UPON REQUEST

HICKENBOTHAM, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HICKERSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, ABBEY
ADDRESS AVAILABLE UPON REQUEST

HICKEY, BEN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HICKEY, CANDANCE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, CARLA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JASON
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JESS
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JESS
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JILL
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HICKEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, KIM
ADDRESS AVAILABLE UPON REQUEST

HICKEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HICKEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, LISA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, LORI
ADDRESS AVAILABLE UPON REQUEST

HICKEY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HICKEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HICKEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HICKEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HICKEY, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

HICKEY, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

HICKIE, DAVID
ADDRESS AVAILABLE UPON REQUEST

HICKINGBOTTOM, KATIE
ADDRESS AVAILABLE UPON REQUEST

HICKLIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

HICKLIN-COOREY, SHALINI
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, DELANA
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, DENIELLE
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, JEWELL
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, LAKEMA
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, NINA
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HICKMAN, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HICKOK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HICKOMBOTTOM, KENDELE
ADDRESS AVAILABLE UPON REQUEST

HICKOX, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HICKS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

HICKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HICKS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HICKS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HICKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HICKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HICKS, AUDRA
ADDRESS AVAILABLE UPON REQUEST

HICKS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HICKS, BRIA
ADDRESS AVAILABLE UPON REQUEST

HICKS, CANDY
ADDRESS AVAILABLE UPON REQUEST

HICKS, CARISSA
ADDRESS AVAILABLE UPON REQUEST

HICKS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

HICKS, CATHY
ADDRESS AVAILABLE UPON REQUEST

HICKS, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

HICKS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HICKS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HICKS, ED
ADDRESS AVAILABLE UPON REQUEST

HICKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HICKS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HICKS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HICKS, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

HICKS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HICKS, IRENE
ADDRESS AVAILABLE UPON REQUEST

HICKS, JACK
ADDRESS AVAILABLE UPON REQUEST

HICKS, JENNA
ADDRESS AVAILABLE UPON REQUEST

HICKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HICKS, JESICA
ADDRESS AVAILABLE UPON REQUEST

HICKS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HICKS, JIM
ADDRESS AVAILABLE UPON REQUEST

HICKS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HICKS, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

HICKS, KELLY
ADDRESS AVAILABLE UPON REQUEST

HICKS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HICKS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HICKS, KIM
ADDRESS AVAILABLE UPON REQUEST

HICKS, KIM
ADDRESS AVAILABLE UPON REQUEST

HICKS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HICKS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HICKS, LEAH
ADDRESS AVAILABLE UPON REQUEST

HICKS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HICKS, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

HICKS, MADISON
ADDRESS AVAILABLE UPON REQUEST

HICKS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HICKS, MARY
ADDRESS AVAILABLE UPON REQUEST

HICKS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HICKS, MILLICENT
ADDRESS AVAILABLE UPON REQUEST

HICKS, NELSON
ADDRESS AVAILABLE UPON REQUEST

HICKS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HICKS, PIERCE
ADDRESS AVAILABLE UPON REQUEST

HICKS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HICKS, RANDY
ADDRESS AVAILABLE UPON REQUEST

HICKS, RAVEN
ADDRESS AVAILABLE UPON REQUEST

HICKS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HICKS, RICARDO
ADDRESS AVAILABLE UPON REQUEST

HICKS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HICKS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HICKS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HICKS, SEAN
ADDRESS AVAILABLE UPON REQUEST

HICKS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HICKS, STACEY
ADDRESS AVAILABLE UPON REQUEST

HICKS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HICKS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HICKSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

HICKSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

HICKSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

HICKSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

HICKSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HICKSON, TRACY
ADDRESS AVAILABLE UPON REQUEST

HICOK, TAMMY
ADDRESS AVAILABLE UPON REQUEST

HICYILMAZ, TIMUR
ADDRESS AVAILABLE UPON REQUEST

HIDALGO CONSULTORES INC
350 S MIAMI AVE APT 3802
MIAMI, FL  33130

HIDALGO, ALONSO
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, ANGELLY
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, JAVIER
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, JOELY
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, KENNY
ADDRESS AVAILABLE UPON REQUEST

HIDALGO, RUTH
ADDRESS AVAILABLE UPON REQUEST

HIDAY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HIDDEN WOODS MEDIA
3216 TEJON STREET  201
DENVER, CO  80206

HIDEN, SI
ADDRESS AVAILABLE UPON REQUEST

HIDINGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HIEBERT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HIEBLER, SHANDI
ADDRESS AVAILABLE UPON REQUEST

HIEMENZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HIENEMAN, MEME
ADDRESS AVAILABLE UPON REQUEST

HIERONIMUS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HIERONYMUS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HIERS, GRACI
ADDRESS AVAILABLE UPON REQUEST

HIERSTEINER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

HIESTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HIETALA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

HIETPAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HIGASHI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HIGBEE, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

HIGBEE, BRITTANNY
ADDRESS AVAILABLE UPON REQUEST

HIGDON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HIGDON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HIGDON, JOHN
ADDRESS AVAILABLE UPON REQUEST

HIGDON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HIGDON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HIGGERSON, KAYELEIGH
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, DYLAN
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, KELLEY
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, TAMMY
ADDRESS AVAILABLE UPON REQUEST

HIGGINBOTHAM, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HIGGINS (C/O VANYA MAASEN), AMANDA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, BECCA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, BETH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, CINDY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, DIANNE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, EMILIE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, KASEY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, KATE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, LAKETIA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, LIBBY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, LISA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MANDY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MEG
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, NOREEN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, RYLEY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SONYA
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HIGGINS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HIGGINSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HIGGINSON, JACK
ADDRESS AVAILABLE UPON REQUEST

HIGGINS-PURCELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HIGGITT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HIGGS THOMPSON, SHERA
ADDRESS AVAILABLE UPON REQUEST

HIGGS, COREY
ADDRESS AVAILABLE UPON REQUEST

HIGGS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HIGGS, LAKENDRA
ADDRESS AVAILABLE UPON REQUEST

HIGGS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

HIGGS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HIGGS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

HIGGS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HIGGS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HIGH, AMBER
ADDRESS AVAILABLE UPON REQUEST

HIGH, HOSANNA
ADDRESS AVAILABLE UPON REQUEST

HIGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HIGH, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HIGH, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HIGH, MYRIAH
ADDRESS AVAILABLE UPON REQUEST

HIGH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HIGHAM, BROCK
ADDRESS AVAILABLE UPON REQUEST

HIGHAM, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HIGHBARGER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

HIGHFIVE MOBILE, INC.
97 PEMBROKE ST  2
BOSTON, MA  02118

HIGHFIVE
ADDRESS UNAVAILABLE AT TIME OF FILING

HIGHLAND VINEYARD SB, LLC
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

HIGHLAND, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HIGHLAND, CLARE
ADDRESS AVAILABLE UPON REQUEST

HIGHLAND, JORGE
ADDRESS AVAILABLE UPON REQUEST

HIGHLAND, SUZAN
ADDRESS AVAILABLE UPON REQUEST

HIGHLANDER, DENISE
ADDRESS AVAILABLE UPON REQUEST

HIGHMILLER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HIGHSMITH, LAKESHIA
ADDRESS AVAILABLE UPON REQUEST

HIGHSMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HIGHT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HIGHT, JON
ADDRESS AVAILABLE UPON REQUEST

HIGHT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HIGHT, MARY
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, ALEX
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, DAIJA
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, DEVYNI
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HIGHTOWER, WENDE11
ADDRESS AVAILABLE UPON REQUEST

HIGLEY, CARLEE
ADDRESS AVAILABLE UPON REQUEST

HIGLEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

HIGLEY, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

HIGLEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HIGUERA, JEFF
ADDRESS AVAILABLE UPON REQUEST

HIGUERA, MANUEL
ADDRESS AVAILABLE UPON REQUEST

HIJAZI, ZONA
ADDRESS AVAILABLE UPON REQUEST

HILAIRE, KEANU
ADDRESS AVAILABLE UPON REQUEST

HILAND, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HILAND, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HILARIO, M
ADDRESS AVAILABLE UPON REQUEST

HILARY BUTALA
ADDRESS AVAILABLE UPON REQUEST

HILBER, PAUL
ADDRESS AVAILABLE UPON REQUEST

HILBERT MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HILBERT THOMAS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HILBERT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HILBERT, AMY
ADDRESS AVAILABLE UPON REQUEST

HILBERT, BELINDA
ADDRESS AVAILABLE UPON REQUEST

HILBERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HILBERT, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HILBERT, JAMES
ADDRESS AVAILABLE UPON REQUEST

HILBERT, KATE
ADDRESS AVAILABLE UPON REQUEST

HILBERT, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

HILBERT, LINDA
ADDRESS AVAILABLE UPON REQUEST

HILBISH, SARIAH
ADDRESS AVAILABLE UPON REQUEST

HILBORN, APRIL
ADDRESS AVAILABLE UPON REQUEST

HILBORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILBRICH, TOM
ADDRESS AVAILABLE UPON REQUEST

HILBURN, AMBER
ADDRESS AVAILABLE UPON REQUEST

HILBURN, LISA
ADDRESS AVAILABLE UPON REQUEST

HILBURN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HILBURN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HILCHEY, LUMINITA
ADDRESS AVAILABLE UPON REQUEST

HILDA, DORA
ADDRESS AVAILABLE UPON REQUEST

HILDEBIDLE, DARCY
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, CAROL
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, GRACE
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, JOHN
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, MADISON
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HILDEBRAND, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILDEBRANDT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HILDEBRANDT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILDEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HILDEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HILDEN, TERRAN
ADDRESS AVAILABLE UPON REQUEST

HILDER, GAVIN
ADDRESS AVAILABLE UPON REQUEST

HILDERBRAND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HILDERBRAND, KRIS
ADDRESS AVAILABLE UPON REQUEST

HILDERHOFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, ANNE
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, JEAN
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, JILL
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HILDRETH, SARA
ADDRESS AVAILABLE UPON REQUEST

HILE, ADAM
ADDRESS AVAILABLE UPON REQUEST

HILE, COREY
ADDRESS AVAILABLE UPON REQUEST

HILE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HILES, DAVE
ADDRESS AVAILABLE UPON REQUEST

HILES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HILEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

HILEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILFIGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HILGART, ERIN
ADDRESS AVAILABLE UPON REQUEST

HILGART, GINA
ADDRESS AVAILABLE UPON REQUEST

HILGART, JENNA
ADDRESS AVAILABLE UPON REQUEST

HILGEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HILKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

HILKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HILKER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HILL CIESIELSKI, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HILL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HILL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HILL, ALYCE
ADDRESS AVAILABLE UPON REQUEST

HILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HILL, AMBER
ADDRESS AVAILABLE UPON REQUEST

HILL, AMY
ADDRESS AVAILABLE UPON REQUEST

HILL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HILL, ANN
ADDRESS AVAILABLE UPON REQUEST

HILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

HILL, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

HILL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HILL, AROL
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILL, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

HILL, B
ADDRESS AVAILABLE UPON REQUEST

HILL, BETTY
ADDRESS AVAILABLE UPON REQUEST

HILL, BRETT
ADDRESS AVAILABLE UPON REQUEST

HILL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HILL, BRILEY
ADDRESS AVAILABLE UPON REQUEST

HILL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HILL, BRITTNEE
ADDRESS AVAILABLE UPON REQUEST

HILL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HILL, CAITRIN
ADDRESS AVAILABLE UPON REQUEST

HILL, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HILL, CARLEY
ADDRESS AVAILABLE UPON REQUEST

HILL, CHANTALLE
ADDRESS AVAILABLE UPON REQUEST

HILL, CHASE
ADDRESS AVAILABLE UPON REQUEST

HILL, CHASITY
ADDRESS AVAILABLE UPON REQUEST

HILL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HILL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HILL, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

HILL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HILL, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

HILL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HILL, CORA
ADDRESS AVAILABLE UPON REQUEST

HILL, COREY
ADDRESS AVAILABLE UPON REQUEST

HILL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HILL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HILL, CRISTI
ADDRESS AVAILABLE UPON REQUEST

HILL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HILL, DANA
ADDRESS AVAILABLE UPON REQUEST

HILL, DEAN
ADDRESS AVAILABLE UPON REQUEST

HILL, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HILL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HILL, DWAINE
ADDRESS AVAILABLE UPON REQUEST

HILL, EDWYNA
ADDRESS AVAILABLE UPON REQUEST

HILL, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HILL, EMILY
ADDRESS AVAILABLE UPON REQUEST

HILL, EMILY
ADDRESS AVAILABLE UPON REQUEST

HILL, ERIN
ADDRESS AVAILABLE UPON REQUEST

HILL, EVAN
ADDRESS AVAILABLE UPON REQUEST

HILL, GAIL
ADDRESS AVAILABLE UPON REQUEST

HILL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HILL, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

HILL, GERALD
ADDRESS AVAILABLE UPON REQUEST

HILL, GINA
ADDRESS AVAILABLE UPON REQUEST

HILL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HILL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HILL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HILL, HOLLI
ADDRESS AVAILABLE UPON REQUEST

HILL, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

HILL, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

HILL, JAIME
ADDRESS AVAILABLE UPON REQUEST

HILL, JAMES
ADDRESS AVAILABLE UPON REQUEST

HILL, JANICE
ADDRESS AVAILABLE UPON REQUEST

HILL, JANICE
ADDRESS AVAILABLE UPON REQUEST

HILL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HILL, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HILL, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HILL, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

HILL, JODI
ADDRESS AVAILABLE UPON REQUEST

HILL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HILL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HILL, JULIE
ADDRESS AVAILABLE UPON REQUEST

HILL, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

HILL, KALI
ADDRESS AVAILABLE UPON REQUEST

HILL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HILL, KAREN
ADDRESS AVAILABLE UPON REQUEST

HILL, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HILL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HILL, KEESHA
ADDRESS AVAILABLE UPON REQUEST

HILL, KELLY
ADDRESS AVAILABLE UPON REQUEST

HILL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HILL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HILL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HILL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HILL, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HILL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HILL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HILL, LARKIN
ADDRESS AVAILABLE UPON REQUEST

HILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HILL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HILL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HILL, LEAH
ADDRESS AVAILABLE UPON REQUEST

HILL, LESLEE
ADDRESS AVAILABLE UPON REQUEST

HILL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HILL, LIZ
ADDRESS AVAILABLE UPON REQUEST

HILL, LOUANNE
ADDRESS AVAILABLE UPON REQUEST

HILL, LUCY
ADDRESS AVAILABLE UPON REQUEST

HILL, MARIE
ADDRESS AVAILABLE UPON REQUEST

HILL, MARK
ADDRESS AVAILABLE UPON REQUEST

HILL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HILL, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

HILL, MISTY
ADDRESS AVAILABLE UPON REQUEST

HILL, MITCH
ADDRESS AVAILABLE UPON REQUEST

HILL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HILL, NAOMI
ADDRESS AVAILABLE UPON REQUEST

HILL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HILL, NATE
ADDRESS AVAILABLE UPON REQUEST

HILL, NATE
ADDRESS AVAILABLE UPON REQUEST

HILL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HILL, NINA
ADDRESS AVAILABLE UPON REQUEST

HILL, PAYTON
ADDRESS AVAILABLE UPON REQUEST

HILL, PETER
ADDRESS AVAILABLE UPON REQUEST

HILL, PHIL
ADDRESS AVAILABLE UPON REQUEST

HILL, PORSCHE
ADDRESS AVAILABLE UPON REQUEST

HILL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HILL, RAE
ADDRESS AVAILABLE UPON REQUEST

HILL, RAFI
ADDRESS AVAILABLE UPON REQUEST

HILL, RANDY
ADDRESS AVAILABLE UPON REQUEST

HILL, REGGIE
ADDRESS AVAILABLE UPON REQUEST

HILL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HILL, ROGER
ADDRESS AVAILABLE UPON REQUEST

HILL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HILL, SARAH-JANE
ADDRESS AVAILABLE UPON REQUEST

HILL, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

HILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HILL, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HILL, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

HILL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HILL, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HILL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HILL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HILL, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HILL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILL, TINA
ADDRESS AVAILABLE UPON REQUEST

HILL, TORRY
ADDRESS AVAILABLE UPON REQUEST

HILL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HILL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HILL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HILL, VILETTE
ADDRESS AVAILABLE UPON REQUEST

HILL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HILLAND, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILLARD, JAMES
ADDRESS AVAILABLE UPON REQUEST

HILLARY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HILLAURY PEREZ
ADDRESS AVAILABLE UPON REQUEST

HILL-DOOLEY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

HILLE, CARL
ADDRESS AVAILABLE UPON REQUEST

HILLE, DARCY
ADDRESS AVAILABLE UPON REQUEST

HILLEARY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HILLEBRAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HILLEBRAND, KATE
ADDRESS AVAILABLE UPON REQUEST

HILLEBRECHT, NOELIE
ADDRESS AVAILABLE UPON REQUEST

HILLEGAS, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

HILLEGAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HILLEN, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

HILLEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HILLENBRAND, ADAM
ADDRESS AVAILABLE UPON REQUEST

HILLENBRAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HILLENMEYER, JAN
ADDRESS AVAILABLE UPON REQUEST

HILLER, AMY
ADDRESS AVAILABLE UPON REQUEST

HILLER, ANGI
ADDRESS AVAILABLE UPON REQUEST

HILLER, KEITH
ADDRESS AVAILABLE UPON REQUEST

HILLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HILLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HILLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HILLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HILLER, TERESA
ADDRESS AVAILABLE UPON REQUEST

HILLER, TONY
ADDRESS AVAILABLE UPON REQUEST

HILLERS, HALEY
ADDRESS AVAILABLE UPON REQUEST

HILLERS, KIM
ADDRESS AVAILABLE UPON REQUEST

HILLERY, EBONY
ADDRESS AVAILABLE UPON REQUEST

HILLES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HILLESHEIM, ALLIE
ADDRESS AVAILABLE UPON REQUEST

HILLESHIEM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILLESHIEM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILLESLAND, JACOB
ADDRESS AVAILABLE UPON REQUEST

HILLESTAD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, ANN
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, CALLA
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, HADASSAH
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, JOHN
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, KENDEE
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, RORY
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, SHANI
ADDRESS AVAILABLE UPON REQUEST

HILLIARD, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

HILLIER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HILLIER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HILLIKER, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

HILLIKER, LEA
ADDRESS AVAILABLE UPON REQUEST

HILLIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HILLIS, BETH
ADDRESS AVAILABLE UPON REQUEST

HILLIS, TORI
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, JIM
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HILLMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HILL-MATTHIESEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HILLO, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HILL-OTT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HILL-PETERSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HILLRIEGEL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HILLS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HILLS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HILLS, CARA
ADDRESS AVAILABLE UPON REQUEST

HILLS, DAWN-MARIE
ADDRESS AVAILABLE UPON REQUEST

HILLS, EMERY
ADDRESS AVAILABLE UPON REQUEST

HILLS, HALEY
ADDRESS AVAILABLE UPON REQUEST

HILLS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

HILLS, MARY
ADDRESS AVAILABLE UPON REQUEST

HILLS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HILLS, SHANICE
ADDRESS AVAILABLE UPON REQUEST

HILLS-DUNLAP, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HILLSIDE ROAD, LLC
690 ALAMO PINTADO ROAD
SOLVANG, CA  93463

HILLSMAN, MARVA
ADDRESS AVAILABLE UPON REQUEST

HILLSTROM, MARY
ADDRESS AVAILABLE UPON REQUEST

HILLTOP SECS (0279)
ATTN PROXY DEPT
1201 ELM ST
STE 3500
DALLAS, TX  75270

HILLWICK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HILLYER, AMY
ADDRESS AVAILABLE UPON REQUEST

HILLYER, ERIN
ADDRESS AVAILABLE UPON REQUEST

HILLYER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HILMAN, ELORIS
ADDRESS AVAILABLE UPON REQUEST

HILMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILO HORIZONS LP
ADDRESS AVAILABLE UPON REQUEST

HILS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HILSABECK, KARIN
ADDRESS AVAILABLE UPON REQUEST

HILSBERG, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HILSBERG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HILSCHER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HILSHEIMER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HILSMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HILTERBRANDT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HILT-KARPES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HILTNER, TERESE
ADDRESS AVAILABLE UPON REQUEST

HILTON CIRCA
ADDRESS UNAVAILABLE AT TIME OF FILING

HILTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HILTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HILTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HILTON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HILTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HILTON, LATINA
ADDRESS AVAILABLE UPON REQUEST

HILTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HILTON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HILTON, OWEN
ADDRESS AVAILABLE UPON REQUEST

HILTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HILTON, TRACY
ADDRESS AVAILABLE UPON REQUEST

HILTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

HILTON, WILEY
ADDRESS AVAILABLE UPON REQUEST

HILTPOLD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HILTY, GRACE
ADDRESS AVAILABLE UPON REQUEST

HILTY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

HILVERS, LINDA
ADDRESS AVAILABLE UPON REQUEST

HILVERT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HIMANSHU KAPOOR
ADDRESS AVAILABLE UPON REQUEST

HIME, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HIMELFARB, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HIMES, JO
ADDRESS AVAILABLE UPON REQUEST

HIMES, RENEE
ADDRESS AVAILABLE UPON REQUEST

HIMLIE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HIMMEL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HIMMELBERG, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HINA, BLAKE
ADDRESS AVAILABLE UPON REQUEST

HINCAPIE, AMY
ADDRESS AVAILABLE UPON REQUEST

HINCAPIE, DIANA
ADDRESS AVAILABLE UPON REQUEST

HINCHEE, LAURA
ADDRESS AVAILABLE UPON REQUEST

HINCHEY, MARY
ADDRESS AVAILABLE UPON REQUEST

HINCHEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

HINCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HINCKER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HINCKLEY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HINCKLEY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HIND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HINDEN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HINDENACH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HINDENLANG, AMY
ADDRESS AVAILABLE UPON REQUEST

HINDENLANG, JANE
ADDRESS AVAILABLE UPON REQUEST

HINDERKS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HINDES, JANICE
ADDRESS AVAILABLE UPON REQUEST

HINDIYEH, RAMY
ADDRESS AVAILABLE UPON REQUEST

HINDLE, JOE
ADDRESS AVAILABLE UPON REQUEST

HINDLIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

HINDMAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HINDS, AANISAH
ADDRESS AVAILABLE UPON REQUEST

HINDS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HINDS, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

HINDS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HINDS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HINDS, NIARA
ADDRESS AVAILABLE UPON REQUEST

HINDS, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

HINE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

HINE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HINER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HINES, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

HINES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HINES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HINES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HINES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HINES, KATIE
ADDRESS AVAILABLE UPON REQUEST

HINES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HINES, KIM
ADDRESS AVAILABLE UPON REQUEST

HINES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HINES, LAURA
ADDRESS AVAILABLE UPON REQUEST

HINES, LAURA
ADDRESS AVAILABLE UPON REQUEST

HINES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HINES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HINES, MARCY
ADDRESS AVAILABLE UPON REQUEST

HINES, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

HINES, MCKYNA
ADDRESS AVAILABLE UPON REQUEST

HINES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HINES, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HINES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HINES, RYAN
ADDRESS AVAILABLE UPON REQUEST

HINES, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HINES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HINES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HINES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HINES, TERESE
ADDRESS AVAILABLE UPON REQUEST

HINES, TRACY
ADDRESS AVAILABLE UPON REQUEST

HINES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HINES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HINES-IKE, KIRA
ADDRESS AVAILABLE UPON REQUEST

HING, KRIS
ADDRESS AVAILABLE UPON REQUEST

HINGA, THERESE
ADDRESS AVAILABLE UPON REQUEST

HINGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HINGNIKAR, LEENA
ADDRESS AVAILABLE UPON REQUEST

HINGORANI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HINGTGEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HINISH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HINKEBEIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HINKEL, COREY
ADDRESS AVAILABLE UPON REQUEST

HINKEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

HINKEL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HINKEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HINKELMAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HINKIE, CAMRI
ADDRESS AVAILABLE UPON REQUEST

HINKLE, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

HINKLE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HINKLE, CORI
ADDRESS AVAILABLE UPON REQUEST

HINKLE, FRANK
ADDRESS AVAILABLE UPON REQUEST

HINKLE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HINKLE, LARA
ADDRESS AVAILABLE UPON REQUEST

HINKLE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HINKLEMAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HINKLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HINKS, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

HINKSMON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HINKSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

HINMAN & CARMICHAEL LLP
260 CALIFORNIA STREET STE 700
SAN FRANCISCO, CA  94111

HINMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HINNANT, SHANIKA
ADDRESS AVAILABLE UPON REQUEST

HINNENKAMP, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, KAR
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, MELODY
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HINOJOSA, YESENIA
ADDRESS AVAILABLE UPON REQUEST

HINOJOS-CAPES, MONICA
ADDRESS AVAILABLE UPON REQUEST

HINOTE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HINRICHS, AMBUR
ADDRESS AVAILABLE UPON REQUEST

HINRICHS, KARL
ADDRESS AVAILABLE UPON REQUEST

HINSDALE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HINSHAW SR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HINSHAW, ERIN
ADDRESS AVAILABLE UPON REQUEST

HINSHAW, JOHN
ADDRESS AVAILABLE UPON REQUEST

HINSHAW, MARY
ADDRESS AVAILABLE UPON REQUEST

HINSHAW, TESS
ADDRESS AVAILABLE UPON REQUEST

HINSON, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

HINSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HINSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HINSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HINSON, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

HINSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HINSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HINSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HINSON, SIMONE
ADDRESS AVAILABLE UPON REQUEST

HINTERKOERNER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HINTLIAN, RAE
ADDRESS AVAILABLE UPON REQUEST

HINTON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HINTON, CAROL
ADDRESS AVAILABLE UPON REQUEST

HINTON, GINNY
ADDRESS AVAILABLE UPON REQUEST

HINTON, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HINTON, KATHY
ADDRESS AVAILABLE UPON REQUEST

HINTON, KATHY
ADDRESS AVAILABLE UPON REQUEST

HINTON, LATOYA
ADDRESS AVAILABLE UPON REQUEST

HINTON, LORNA
ADDRESS AVAILABLE UPON REQUEST

HINTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HINTON, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

HINTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HINTON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

HINTON, RUTH
ADDRESS AVAILABLE UPON REQUEST

HINTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HINTZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HINTZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

HINTZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

HINTZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HINTZE, FRED
ADDRESS AVAILABLE UPON REQUEST

HINTZEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HINTZKE, JENA
ADDRESS AVAILABLE UPON REQUEST

HINTZMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

HINTZMAN, DEAN
ADDRESS AVAILABLE UPON REQUEST

HINTZSCHE, BETH
ADDRESS AVAILABLE UPON REQUEST

HINZ, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HINZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HINZE, BRAD & CHRIS
ADDRESS AVAILABLE UPON REQUEST

HINZMANN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIOTIS, KOSTA
ADDRESS AVAILABLE UPON REQUEST

HIPOLITO SOLIS
ADDRESS AVAILABLE UPON REQUEST

HIPOLITO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HIPP, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

HIPPARD, JACLYN
ADDRESS AVAILABLE UPON REQUEST

HIPPENHAMMER, CRAIGHTON
ADDRESS AVAILABLE UPON REQUEST

HIPPLE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HIPPS, DENISE
ADDRESS AVAILABLE UPON REQUEST

HIPSKIND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIPWELL, MRS. VERNON (SHIRLEY)
ADDRESS AVAILABLE UPON REQUEST

HIRAD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HIRAM INIGUEZ
ADDRESS AVAILABLE UPON REQUEST

HIRAMOTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIRAV, DAVE
ADDRESS AVAILABLE UPON REQUEST

HIRD, CULRETTA
ADDRESS AVAILABLE UPON REQUEST

HIRD, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

HIREART, INC
37 W17TH ST. SUITE 7W
NEW YORK, NY 10011

HIREART, INC
584 BROADWAY, SUITE 1201
NEW YORK, NY 10012

HIREMATH, KARAN
ADDRESS AVAILABLE UPON REQUEST

HIROSHI TORIUMI
ADDRESS AVAILABLE UPON REQUEST

HIROTAKA SUGIOKA
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, CELIA
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, EPHRAIM
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HIRSCH, TEBRA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHBERG, RONALD
ADDRESS AVAILABLE UPON REQUEST

HIRSCHBERG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHBERG, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHENSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHFELD, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HIRSCHFELD, KATY
ADDRESS AVAILABLE UPON REQUEST

HIRSCHFELD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HIRSCHFELD, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HIRSCHMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HIRSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

HIRSEN, RON
ADDRESS AVAILABLE UPON REQUEST

HIRST, JULIE
ADDRESS AVAILABLE UPON REQUEST

HIRST, ROSE
ADDRESS AVAILABLE UPON REQUEST

HIRSTEIN, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HIRST-HERMANS, ROB
ADDRESS AVAILABLE UPON REQUEST

HIRT, NADINE
ADDRESS AVAILABLE UPON REQUEST

HIRT, TINA
ADDRESS AVAILABLE UPON REQUEST

HIRT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HIRTH, DARCI
ADDRESS AVAILABLE UPON REQUEST

HIRTH, MARY
ADDRESS AVAILABLE UPON REQUEST

HIRTHLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HIRTZ, MARCIA
ADDRESS AVAILABLE UPON REQUEST

HISCHAR, LORI
ADDRESS AVAILABLE UPON REQUEST

HISH, LIZ
ADDRESS AVAILABLE UPON REQUEST

HISHON, JACK
ADDRESS AVAILABLE UPON REQUEST

HISLE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HISLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HISLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HISLOP, JOHN
ADDRESS AVAILABLE UPON REQUEST

HISS, JACKILYN
ADDRESS AVAILABLE UPON REQUEST

HISSONG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HISTED, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HISTORIC SANTA MARIA INN
ADDRESS UNAVAILABLE AT TIME OF FILING

HISTORICAL AF PODCAST
139 HIGH COUNTRY DRIVE
SEQUIN, TX  78155

HITCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HITCH, COLLIN
ADDRESS AVAILABLE UPON REQUEST

HITCH, EMMA
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK WEBER, LISA
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, BOB
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, MARQUISE
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HITCHCOCK, STEFAN
ADDRESS AVAILABLE UPON REQUEST

HITCHENS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HITCHENS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HITE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HITE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

HITE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HITE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HITE, JACOB
ADDRESS AVAILABLE UPON REQUEST

HITE, MADISON
ADDRESS AVAILABLE UPON REQUEST

HITE, PRESTON
ADDRESS AVAILABLE UPON REQUEST

HITE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HITE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HITES, FAITH
ADDRESS AVAILABLE UPON REQUEST

HITT, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

HITTENBERGER, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

HITTINGER, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HITTNER, JON
ADDRESS AVAILABLE UPON REQUEST

HITTSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HITZ, KAY
ADDRESS AVAILABLE UPON REQUEST

HITZKE, GINGER
ADDRESS AVAILABLE UPON REQUEST

HIX, KAICI
ADDRESS AVAILABLE UPON REQUEST

HIXON, AMIE
ADDRESS AVAILABLE UPON REQUEST

HIXON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HIXON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HIXON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HIXON, KARRIE
ADDRESS AVAILABLE UPON REQUEST

HIXSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

HJALMAR DE BOER
ADDRESS AVAILABLE UPON REQUEST

HJELLE, MARADEE
ADDRESS AVAILABLE UPON REQUEST

HJELM, BRITTA
ADDRESS AVAILABLE UPON REQUEST

HJELMSTAD, MARK
ADDRESS AVAILABLE UPON REQUEST

HJELSAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

HJERESEN, CARL
ADDRESS AVAILABLE UPON REQUEST

HL, MARY
ADDRESS AVAILABLE UPON REQUEST

HLADKY GRANT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HLADKY, LAURA
ADDRESS AVAILABLE UPON REQUEST

HLADYNIUK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HLAING, KYAW TWETAR
ADDRESS AVAILABLE UPON REQUEST

HLAVATY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HLAVENKA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HLAVINKA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HLEBASKO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HLEBICHUK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HLG ENTERPRISE LLC
HANNAH GODWIN
2364 RIDGEMONT DR
BIRMINGHAM, AL 35244

HLIFKA, TANYA
ADDRESS AVAILABLE UPON REQUEST

HLINKA, LISA
ADDRESS AVAILABLE UPON REQUEST

HLIVAK, ALISON
ADDRESS AVAILABLE UPON REQUEST

HLUSHKO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HLUSKO, SARAH
ADDRESS AVAILABLE UPON REQUEST

HLUZ, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HMD THE NEW YORKER
ADDRESS UNAVAILABLE AT TIME OF FILING

HMS HOST FOUNDATION
6905 ROCKLODGE DR.
BETHESDA, MD 20817

HNAT AND ROWICKI, BARBARA AND MARIA
ADDRESS AVAILABLE UPON REQUEST

HO, AIVY
ADDRESS AVAILABLE UPON REQUEST

HO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HO, GAIL
ADDRESS AVAILABLE UPON REQUEST

HO, GILBERT
ADDRESS AVAILABLE UPON REQUEST

HO, HSING
ADDRESS AVAILABLE UPON REQUEST

HO, JEN
ADDRESS AVAILABLE UPON REQUEST

HO, JENNY
ADDRESS AVAILABLE UPON REQUEST

HO, KIM
ADDRESS AVAILABLE UPON REQUEST

HO, LIA
ADDRESS AVAILABLE UPON REQUEST

HO, NCHUNG K
ADDRESS AVAILABLE UPON REQUEST

HO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

HO, STEPH
ADDRESS AVAILABLE UPON REQUEST

HO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HO, THAO
ADDRESS AVAILABLE UPON REQUEST

HO, THUANLY
ADDRESS AVAILABLE UPON REQUEST

HO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HOADLEY HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOAG, BETTY
ADDRESS AVAILABLE UPON REQUEST

HOAG, DAGNY
ADDRESS AVAILABLE UPON REQUEST

HOAG, DARRYL
ADDRESS AVAILABLE UPON REQUEST

HOAG, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOAG, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

HOAGLAND, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOAGLAND, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

HOAGLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOAGLAND, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOAGLUN, CRISTY
ADDRESS AVAILABLE UPON REQUEST

HOAGLUND, BECKY
ADDRESS AVAILABLE UPON REQUEST

HOAGLUND, CHLOE
ADDRESS AVAILABLE UPON REQUEST

HOAGLUND, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HOANG, DYLAN
ADDRESS AVAILABLE UPON REQUEST

HOANG, DZIEM
ADDRESS AVAILABLE UPON REQUEST

HOANG, HAU
ADDRESS AVAILABLE UPON REQUEST

HOANG, MAI
ADDRESS AVAILABLE UPON REQUEST

HOANG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOANG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HOANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOANG, TRUDY
ADDRESS AVAILABLE UPON REQUEST

HOANG, VAN
ADDRESS AVAILABLE UPON REQUEST

HOANG, VY
ADDRESS AVAILABLE UPON REQUEST

HOARD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HOATSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

HOBACK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOBAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HOBAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOBAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

HOBAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HOBAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HOBAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOBART, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOBBES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOBBICK, STACEY
ADDRESS AVAILABLE UPON REQUEST

HOBBINS, RUSSEL
ADDRESS AVAILABLE UPON REQUEST

HOBBS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HOBBS, ADAM
ADDRESS AVAILABLE UPON REQUEST

HOBBS, BEN
ADDRESS AVAILABLE UPON REQUEST

HOBBS, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

HOBBS, CODY
ADDRESS AVAILABLE UPON REQUEST

HOBBS, DOLORES
ADDRESS AVAILABLE UPON REQUEST

HOBBS, ELISE
ADDRESS AVAILABLE UPON REQUEST

HOBBS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOBBS, JIM
ADDRESS AVAILABLE UPON REQUEST

HOBBS, KARISSA
ADDRESS AVAILABLE UPON REQUEST

HOBBS, KELSI
ADDRESS AVAILABLE UPON REQUEST

HOBBS, KYLE
ADDRESS AVAILABLE UPON REQUEST

HOBBS, LANIE
ADDRESS AVAILABLE UPON REQUEST

HOBBS, LEONARD
ADDRESS AVAILABLE UPON REQUEST

HOBBS, MALISIA
ADDRESS AVAILABLE UPON REQUEST

HOBBS, MELODY
ADDRESS AVAILABLE UPON REQUEST

HOBBS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOBBS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HOBBS, SANDY
ADDRESS AVAILABLE UPON REQUEST

HOBBS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HOBBS, SHIRLIE
ADDRESS AVAILABLE UPON REQUEST

HOBBS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HOBBS, TABITHA
ADDRESS AVAILABLE UPON REQUEST

HOBBS, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOBBS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

HOBBS, WESTON
ADDRESS AVAILABLE UPON REQUEST

HOBBY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOBBY, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOBBY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOBDELL, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

HOBELMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOBEN, KATE
ADDRESS AVAILABLE UPON REQUEST

HOBIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOBLER, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

HOBLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOBLITZELL, KATE
ADDRESS AVAILABLE UPON REQUEST

HOBO WINE COMPANY
2129 GRAHN DRIVE
SANTA ROSA, CA  95404

HOBO WINE COMPANY
8437 GRAPE AVENUE
FORESTVILLE, CA  95436

HOBOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOBSON, AMY
ADDRESS AVAILABLE UPON REQUEST

HOBSON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HOBSON, CARTER
ADDRESS AVAILABLE UPON REQUEST

HOBSON, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

HOBSON, KARA
ADDRESS AVAILABLE UPON REQUEST

HOBSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOBSON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HOBZA, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

HOCEVAR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOCH, ADAM
ADDRESS AVAILABLE UPON REQUEST

HOCH, LISA
ADDRESS AVAILABLE UPON REQUEST

HOCH, LORETTA
ADDRESS AVAILABLE UPON REQUEST

HOCH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOCHBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOCHDERFFER, JEANINE
ADDRESS AVAILABLE UPON REQUEST

HOCHFELD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HOCHHALTER, LEXI
ADDRESS AVAILABLE UPON REQUEST

HOCHHALTER, LIANA
ADDRESS AVAILABLE UPON REQUEST

HOCHMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOCHSTATTER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

HOCHSTEIN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HOCHULI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HOCHWALT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HOCK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOCK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HOCK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HOCKADAY, LEAH
ADDRESS AVAILABLE UPON REQUEST

HOCKBEIN-BRYSE, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

HOCKENBURY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

HOCKER, KAILEE
ADDRESS AVAILABLE UPON REQUEST

HOCKING, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOCKMAN, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HOCKMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HOD, NOA
ADDRESS AVAILABLE UPON REQUEST

HODAK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HODAK, MAX
ADDRESS AVAILABLE UPON REQUEST

HODEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HODELIN, JUAN
ADDRESS AVAILABLE UPON REQUEST

HODER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HODGDON, ELISE
ADDRESS AVAILABLE UPON REQUEST

HODGDON, LORA
ADDRESS AVAILABLE UPON REQUEST

HODGDON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

HODGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HODGE, CELINA
ADDRESS AVAILABLE UPON REQUEST

HODGE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HODGE, DIONYSUS
ADDRESS AVAILABLE UPON REQUEST

HODGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HODGE, HEAVEN
ADDRESS AVAILABLE UPON REQUEST

HODGE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HODGE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HODGE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HODGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HODGE, LORI
ADDRESS AVAILABLE UPON REQUEST

HODGE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HODGE, SIMON
ADDRESS AVAILABLE UPON REQUEST

HODGE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HODGEMAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

HODGENS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HODGES, ALISHA
ADDRESS AVAILABLE UPON REQUEST

HODGES, CHANELL
ADDRESS AVAILABLE UPON REQUEST

HODGES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HODGES, DON
ADDRESS AVAILABLE UPON REQUEST

HODGES, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

HODGES, GRACE
ADDRESS AVAILABLE UPON REQUEST

HODGES, JAMES
ADDRESS AVAILABLE UPON REQUEST

HODGES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HODGES, JANA
ADDRESS AVAILABLE UPON REQUEST

HODGES, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

HODGES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HODGES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HODGES, KATE
ADDRESS AVAILABLE UPON REQUEST

HODGES, KELI
ADDRESS AVAILABLE UPON REQUEST

HODGES, LISA
ADDRESS AVAILABLE UPON REQUEST

HODGES, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

HODGES, MARIANA
ADDRESS AVAILABLE UPON REQUEST

HODGES, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HODGES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HODGES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HODGES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

HODGES, NANCY
ADDRESS AVAILABLE UPON REQUEST

HODGES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HODGES, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

HODGES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HODGES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HODGES, RYAN
ADDRESS AVAILABLE UPON REQUEST

HODGES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HODGIN, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

HODGKINS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HODGSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

HODGSON, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

HODGSON, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

HODGSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HODKIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HODNETT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HODO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HODO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HODOBA, RUBY
ADDRESS AVAILABLE UPON REQUEST

HODOCK, TERESA
ADDRESS AVAILABLE UPON REQUEST

HODOROABA, TATYANA
ADDRESS AVAILABLE UPON REQUEST

HODOWANEC, SUSAN
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HODSDON, DOUGLAS<br>ADDRESS AVAILABLE UPON REQUEST | HODSDON, MELANIE<br>ADDRESS AVAILABLE UPON REQUEST | HODSON, ALEX<br>ADDRESS AVAILABLE UPON REQUEST |
| HODSON, ANN<br>ADDRESS AVAILABLE UPON REQUEST | HODSON, JONATHAN<br>ADDRESS AVAILABLE UPON REQUEST | HODSON, MARGARET<br>ADDRESS AVAILABLE UPON REQUEST |
| HODULIK, MICHELLE<br>ADDRESS AVAILABLE UPON REQUEST | HODUPP, ALEXIS<br>ADDRESS AVAILABLE UPON REQUEST | HODZINSKI, MISSY<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEBERMANN, CHRISTINE<br>ADDRESS AVAILABLE UPON REQUEST | HOECKER, HEATHER<br>ADDRESS AVAILABLE UPON REQUEST | HOEDEBECK, KAYLYN<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEFER, ERICA<br>ADDRESS AVAILABLE UPON REQUEST | HOEFER, KATIE<br>ADDRESS AVAILABLE UPON REQUEST | HOEFFNER, LEANNE<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEFNER, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | HOEFT, CHAD<br>ADDRESS AVAILABLE UPON REQUEST | HOEFT, CHRISTAL<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEFT, CHRISTOPHER<br>ADDRESS AVAILABLE UPON REQUEST | HOEFT, ERICA<br>ADDRESS AVAILABLE UPON REQUEST | HOEFT, WENDY<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEG, RACHEL<br>ADDRESS AVAILABLE UPON REQUEST | HOEGH, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | HOEHN, SAVANNAH<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEHNE, CIARA<br>ADDRESS AVAILABLE UPON REQUEST | HOEHNE, KELLY AND BILL<br>ADDRESS AVAILABLE UPON REQUEST | HOEHNE, TIM<br>ADDRESS AVAILABLE UPON REQUEST |
| HOEHNE, WILLLIAM<br>ADDRESS AVAILABLE UPON REQUEST | HOEKENGA, VELENIA<br>ADDRESS AVAILABLE UPON REQUEST | HOEKSTRA, MONICA<br>ADDRESS AVAILABLE UPON REQUEST |

HOEKSTRA, PETER
ADDRESS AVAILABLE UPON REQUEST

HOEL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOELL, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

HOELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOELSCHER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOELSCHER, SALLIE
ADDRESS AVAILABLE UPON REQUEST

HOELSCHER, STEPHANIE & HANS
ADDRESS AVAILABLE UPON REQUEST

HOELTZEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOELZER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HOELZER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOENE STONE, LEANN
ADDRESS AVAILABLE UPON REQUEST

HOENECKE, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOENER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOENES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HOENIGMANN, STACY
ADDRESS AVAILABLE UPON REQUEST

HOENING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOEPPNER, BETH
ADDRESS AVAILABLE UPON REQUEST

HOEPPNER, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

HOEPPNER, JERRY
ADDRESS AVAILABLE UPON REQUEST

HOERCHNER, LISA
ADDRESS AVAILABLE UPON REQUEST

HOERIG, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HOERL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HOERMANN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HOERNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOERNER, FRITZ
ADDRESS AVAILABLE UPON REQUEST

HOERNER, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOERSTEN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HOERSTER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOERSTING, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HOES, LORA
ADDRESS AVAILABLE UPON REQUEST

HOESING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOESING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOEY, ELLIE
ADDRESS AVAILABLE UPON REQUEST

HOEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

HOEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOEY, NICOLE E.
ADDRESS AVAILABLE UPON REQUEST

HOEY, TARA
ADDRESS AVAILABLE UPON REQUEST

HOFACKER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HOFACKER, TAMI
ADDRESS AVAILABLE UPON REQUEST

HOFBAUER, JOHN A.
ADDRESS AVAILABLE UPON REQUEST

HOFER, JANET
ADDRESS AVAILABLE UPON REQUEST

HOFER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOFER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HOFER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOFF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOFF, CHLOE
ADDRESS AVAILABLE UPON REQUEST

HOFF, JAY
ADDRESS AVAILABLE UPON REQUEST

HOFF, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

HOFF, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HOFF, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HOFF, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOFF, KYLEA
ADDRESS AVAILABLE UPON REQUEST

HOFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOFF, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOFF, YVETTE
ADDRESS AVAILABLE UPON REQUEST

HOFFA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOFFACKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOFFACKER, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

HOFFART, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

HOFFART, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOFFAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOFF-BENSON, JUANITA
ADDRESS AVAILABLE UPON REQUEST

HOFFENBERG, MATT
ADDRESS AVAILABLE UPON REQUEST

HOFFER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOFFER, JACOB
ADDRESS AVAILABLE UPON REQUEST

HOFFER, TRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOFFERBER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HOFFERT, KIM
ADDRESS AVAILABLE UPON REQUEST

HOFFERT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HOFFLAND, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOFFLER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ADDISON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALLEN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ALLY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, BETH
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, BETH
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CAMM
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CODY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, DANETTE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, DEYANIRA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ITZEL
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JASON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JOHNATHON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JORY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KASSIDEE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KELSIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LILY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LILYANN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MARLA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, NICK
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, P. CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, QUINTON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, REMY
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SADA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SHARI
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SHEENA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, STARR
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, TED
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, TERRI
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, TINA
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

HOFFMAN-DACHELET, SARI
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, ERIC
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, GABBY
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, JR., W.H.
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, KURT
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, KYLE
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, SUE
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HOFFMANN-HALL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HOFFMEISTER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOFFNER, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOFFNER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOFFNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOFFPAUIR, CARINA
ADDRESS AVAILABLE UPON REQUEST

HOFFSTETTER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOFHENKE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOFMAN, JACILYN
ADDRESS AVAILABLE UPON REQUEST

HOFMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, FRANK
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, MARK
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HOFMANN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HOFMEISTER, ADDISON
ADDRESS AVAILABLE UPON REQUEST

HOFMEISTER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOFMEISTER, KAIA
ADDRESS AVAILABLE UPON REQUEST

HOFMEISTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOFMEISTER, KAELA
ADDRESS AVAILABLE UPON REQUEST

HOFMEYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOFSTAD, AMIE
ADDRESS AVAILABLE UPON REQUEST

HOFSTETTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HOFSTETTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOFSTETTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOG ISLAND OYSTER BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

HOGAN, AL
ADDRESS AVAILABLE UPON REQUEST

HOGAN, ALBERT
ADDRESS AVAILABLE UPON REQUEST

HOGAN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, BETTY
ADDRESS AVAILABLE UPON REQUEST

HOGAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOGAN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HOGAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HOGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOGAN, GARY
ADDRESS AVAILABLE UPON REQUEST

HOGAN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HOGAN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HOGAN, JENNI
ADDRESS AVAILABLE UPON REQUEST

HOGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOGAN, KARA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HOGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, KELLIE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MARK
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MATT
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MAYA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

HOGAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HOGAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

HOGAN, TINA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HOGAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HOGANCAMP, JENNA
ADDRESS AVAILABLE UPON REQUEST

HOGANS, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

HOGANSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HOGARTH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOGENMILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOGG CALL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOGG, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

HOGG, CAREY
ADDRESS AVAILABLE UPON REQUEST

HOGG, JOEL
ADDRESS AVAILABLE UPON REQUEST

HOGG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOGG, LARYN
ADDRESS AVAILABLE UPON REQUEST

HOGG, MAT
ADDRESS AVAILABLE UPON REQUEST

HOGGARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOGGATT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOGLE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

HOGLEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HOGLUND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOGREFE, TALLE
ADDRESS AVAILABLE UPON REQUEST

HOGSHEAD WINE CO, LLC.
106 FINNELL DRIVE UNIT 20-21
WEYMOUTH, MA  02188

HOGSHEAD WINE CO.
106 FINNELI DRIVE. UNIT 20-21
WEYMOUTH, MA  02188

HOGSTAD, CORI
ADDRESS AVAILABLE UPON REQUEST

HOGSTROM, INGER
ADDRESS AVAILABLE UPON REQUEST

HOGUE, ALICE
ADDRESS AVAILABLE UPON REQUEST

HOGUE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

HOGUE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HOGUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOGUE, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOGUE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOGUE, MARCI
ADDRESS AVAILABLE UPON REQUEST

HOGUE, MARCI
ADDRESS AVAILABLE UPON REQUEST

HOGUE, MATT
ADDRESS AVAILABLE UPON REQUEST

HOGUE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOGUE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HOGUE, STEVE
ADDRESS AVAILABLE UPON REQUEST

HOGUE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOGUE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HOH, FRAN
ADDRESS AVAILABLE UPON REQUEST

HOHENBERGER, LAWANA
ADDRESS AVAILABLE UPON REQUEST

HOHENBERGER, SCHYLER
ADDRESS AVAILABLE UPON REQUEST

HOHL, JEFF
ADDRESS AVAILABLE UPON REQUEST

HOHL, KATLYN
ADDRESS AVAILABLE UPON REQUEST

HOHMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOHMAN, SUNNIE
ADDRESS AVAILABLE UPON REQUEST

HOHMANN, JIM
ADDRESS AVAILABLE UPON REQUEST

HOHMEIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOHN, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOHNCKE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HOHNCKE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HOHNKE, CHERRI
ADDRESS AVAILABLE UPON REQUEST

HOHOLICK, MAYA
ADDRESS AVAILABLE UPON REQUEST

HOHOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOHOS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOHREITER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOIBERG, JANET
ADDRESS AVAILABLE UPON REQUEST

HOIDAL, DENISE
ADDRESS AVAILABLE UPON REQUEST

HOIEM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOINS, CASEY
ADDRESS AVAILABLE UPON REQUEST

HOINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOITEN, SHELBI
ADDRESS AVAILABLE UPON REQUEST

HOJAS, YESENIA
ADDRESS AVAILABLE UPON REQUEST

HOJNACKE, AARON
ADDRESS AVAILABLE UPON REQUEST

HOKANSON, JOLENE
ADDRESS AVAILABLE UPON REQUEST

HOKE, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOKE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOKE, JOEL
ADDRESS AVAILABLE UPON REQUEST

HOKE, MADALYN
ADDRESS AVAILABLE UPON REQUEST

HOKIA, VERNON
ADDRESS AVAILABLE UPON REQUEST

HOLABIRD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HOLACHEK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HOLAHAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOLBEN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

HOLBEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOLBERT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HOLBERT, GAYBRIELLE
ADDRESS AVAILABLE UPON REQUEST

HOLBERT, MARK
ADDRESS AVAILABLE UPON REQUEST

HOLBERT, STACEY
ADDRESS AVAILABLE UPON REQUEST

HOLBERT, TALONA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, C. CORLEY
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, GINA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, MARA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, MICKEY
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, NATASHA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOLBROOK, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HOLBY, PETER
ADDRESS AVAILABLE UPON REQUEST

HOLCER, VAUGHN
ADDRESS AVAILABLE UPON REQUEST

HOLCOMB, CASEY
ADDRESS AVAILABLE UPON REQUEST

HOLCOMB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLCOMB, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLCOMB, MARA
ADDRESS AVAILABLE UPON REQUEST

HOLCOMB, MATT
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, DONALD
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, SHARON
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, SPRING
ADDRESS AVAILABLE UPON REQUEST

HOLCOMBE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HOLD STILL
ADDRESS UNAVAILABLE AT TIME OF FILING

HOLDEMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, BO
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, DEB
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, JOHNATHON
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, KENZI
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, PETER
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, ROD
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, TARA
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, TIM
ADDRESS AVAILABLE UPON REQUEST

HOLDEN, VELMA
ADDRESS AVAILABLE UPON REQUEST

HOLDENRID, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

HOLDEN-THOMAS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOLDER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HOLDER, ANNICA
ADDRESS AVAILABLE UPON REQUEST

HOLDER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOLDER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOLDER, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HOLDER, GREG
ADDRESS AVAILABLE UPON REQUEST

HOLDER, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOLDER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

HOLDER, LAWANZA
ADDRESS AVAILABLE UPON REQUEST

HOLDER, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HOLDER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HOLDERBAUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLDERBAUM, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HOLDERFIELD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOLDERMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

HOLDERMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLDING, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HOLDING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOLDREN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOLDREN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOLDREN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HOLDSWORTH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HOLECEK, ABBY
ADDRESS AVAILABLE UPON REQUEST

HOLEHAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOLEM, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

HOLEMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HOLEMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HOLEMAN, RHATANNA
ADDRESS AVAILABLE UPON REQUEST

HOLEMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

HOLEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLEVAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOLGATE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOLGREN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HOLGUIN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HOLGUIN, MALLORIE
ADDRESS AVAILABLE UPON REQUEST

HOLGUIN, OLGA
ADDRESS AVAILABLE UPON REQUEST

HOLIAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

HOLICK, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HOLICKY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOLIDAY INN
ADDRESS UNAVAILABLE AT TIME OF FILING

HOLIDAY, BRENTON
ADDRESS AVAILABLE UPON REQUEST

HOLIDAY-RHODES, BRYE
ADDRESS AVAILABLE UPON REQUEST

HOLIGAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOLIHAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HOLIHAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOLINSKI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOLJENCIN, JEANMARE
ADDRESS AVAILABLE UPON REQUEST

HOLK, MADISON
ADDRESS AVAILABLE UPON REQUEST

HOLL, KIRA
ADDRESS AVAILABLE UPON REQUEST

HOLLADAY, CARI
ADDRESS AVAILABLE UPON REQUEST

HOLLADAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOLLADAY, DALLAS
ADDRESS AVAILABLE UPON REQUEST

HOLLADAY, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOLLAND & HART LLP
PO BOX 8749
DENVER, CO  80201-8749

HOLLAND, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ARIANA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, BARRY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, BEN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, BRIGID
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, CAILTIN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, CHIARA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, CON
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, EMILEE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, FORREST
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, JACKSON
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, JEFF
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KAMRYN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KATY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, LACEY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, LORI
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, MANDIE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, NANCY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, NASIR
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, NIKI
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, PRESTON
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, RILEY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, RILEY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, SHELLI
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, TAMARA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, THERESE
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, TRACY
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, VALERIA
ADDRESS AVAILABLE UPON REQUEST

HOLLAND, WADE
ADDRESS AVAILABLE UPON REQUEST

HOLLANDER, JASON
ADDRESS AVAILABLE UPON REQUEST

HOLLANDER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

HOLLANDSWORTH, NICKIE
ADDRESS AVAILABLE UPON REQUEST

HOLLAR, LAPORCHE
ADDRESS AVAILABLE UPON REQUEST

HOLLAR, LAUREL
ADDRESS AVAILABLE UPON REQUEST

HOLLE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLLEBON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOLLEMAN, BILL
ADDRESS AVAILABLE UPON REQUEST

HOLLEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOLLENBAUGH, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOLLENBAUGH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOLLENBECK, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOLLENBECK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLLENBECK, PAT
ADDRESS AVAILABLE UPON REQUEST

HOLLENBECK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOLLENHORST, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HOLLENSTEIN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOLLER, CARLY
ADDRESS AVAILABLE UPON REQUEST

HOLLER, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

HOLLERAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

HOLLERAN, LARA
ADDRESS AVAILABLE UPON REQUEST

HOLLERAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLLERAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOLLERBACH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOLLERBACH, LITTANY
ADDRESS AVAILABLE UPON REQUEST

HOLLERBACH, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

HOLLERUD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, BETSEY
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HOLLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOLLIBAUGH, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, JASON
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, JUSTYN
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, KIM
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, KIYESHA
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, MAYA
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, SKYE
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOLLIDAY, ZACH
ADDRESS AVAILABLE UPON REQUEST

HOLLIFIELD, SUE
ADDRESS AVAILABLE UPON REQUEST

HOLLIMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, AARON
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, DARBY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, DELOIS
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, LIZ
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOLLINGER, TESSA
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSHEAD, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSHEAD, KENNA
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSHEAD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSHEAD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, BRIGHTON
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, JOSH
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HOLLINGSWORTH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOLLINS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOLLINS, DONALD
ADDRESS AVAILABLE UPON REQUEST

HOLLINS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOLLINS, LISA
ADDRESS AVAILABLE UPON REQUEST

HOLLINS, TAILA
ADDRESS AVAILABLE UPON REQUEST

HOLLINSHEAD, KATY
ADDRESS AVAILABLE UPON REQUEST

HOLLINSHEAD, TARA
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, ALI
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, BYRON
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, FAITH
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, JILL
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, MAKENZY
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, SETH
ADDRESS AVAILABLE UPON REQUEST

HOLLIS, TIANA
ADDRESS AVAILABLE UPON REQUEST

HOLLISTER, FLORINE
ADDRESS AVAILABLE UPON REQUEST

HOLLISTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOLLISTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLLISTER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOLL-LAKE, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

HOLLLAND, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOLLMAN, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOLLMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HOLLOCK, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOLLOMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HOLLON, LEIA
ADDRESS AVAILABLE UPON REQUEST

HOLLOW, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOLLOW, KATE
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, ANN
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, CHIMERE
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, CHIP
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, CL
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, MARC
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, MARIA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, MARK
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, NORA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, SARA
ADDRESS AVAILABLE UPON REQUEST

HOLLOWAY, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

HOLLOWELL, KIM
ADDRESS AVAILABLE UPON REQUEST

HOLLY ALLEN
ADDRESS AVAILABLE UPON REQUEST

HOLLY ALLEY
ADDRESS AVAILABLE UPON REQUEST

HOLLY BRASWELL
ADDRESS AVAILABLE UPON REQUEST

HOLLY ELIZABETH TYLER
ADDRESS AVAILABLE UPON REQUEST

HOLLY ELLEN MANION
ADDRESS AVAILABLE UPON REQUEST

HOLLY FAUST
ADDRESS AVAILABLE UPON REQUEST

HOLLY FRIEDSON
ADDRESS AVAILABLE UPON REQUEST

HOLLY H WAGNER
ADDRESS AVAILABLE UPON REQUEST

HOLLY J PORTER
ADDRESS AVAILABLE UPON REQUEST

HOLLY JANELLE SHARP
ADDRESS AVAILABLE UPON REQUEST

HOLLY SHIPLEY
ADDRESS AVAILABLE UPON REQUEST

HOLLY SMITH
ADDRESS AVAILABLE UPON REQUEST

HOLLY WRIGHT-SADLER
ADDRESS AVAILABLE UPON REQUEST

HOLLY, AGUDO,
ADDRESS AVAILABLE UPON REQUEST

HOLLY, AZULAY,
ADDRESS AVAILABLE UPON REQUEST

HOLLY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HOLLY, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

HOLLY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

HOLLY, NANCY
ADDRESS AVAILABLE UPON REQUEST

HOLLY, S
ADDRESS AVAILABLE UPON REQUEST

HOLLY, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

HOLLY, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HOLLY-PRICE, GIA
ADDRESS AVAILABLE UPON REQUEST

HOLLYWOOD BOWL
ADDRESS UNAVAILABLE AT TIME OF FILING

HOLLYWOOD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HOLM, ARLENE
ADDRESS AVAILABLE UPON REQUEST

HOLM, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HOLM, STEPHANEY
ADDRESS AVAILABLE UPON REQUEST

HOLM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOLMAAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, MAX
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, SUNNY
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOLMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

HOLMBECK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLMBERG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOLMBERG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOLMBERG, KIM
ADDRESS AVAILABLE UPON REQUEST

HOLMDEN, JAIME
ADDRESS AVAILABLE UPON REQUEST

HOLMES STAMP
ADDRESS UNAVAILABLE AT TIME OF FILING

HOLMES, ABBY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ALETA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ALLI
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ANISSA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, BAILY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, CAMI
ADDRESS AVAILABLE UPON REQUEST

HOLMES, CELESTE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, CHANNING
ADDRESS AVAILABLE UPON REQUEST

HOLMES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOLMES, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HOLMES, DALAS
ADDRESS AVAILABLE UPON REQUEST

HOLMES, DAN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, DARIAN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, DARLENE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ERIC
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HADASSAH
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HENRY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HOPEANNE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, HUNTER
ADDRESS AVAILABLE UPON REQUEST

HOLMES, IRENE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, IVORY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, IVY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JACEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JANET
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JEAN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JODI N
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JUDI
ADDRESS AVAILABLE UPON REQUEST

HOLMES, JUDY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HOLMES, LINDA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, LINDA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, LISA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, LISA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, MADDISON
ADDRESS AVAILABLE UPON REQUEST

HOLMES, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

HOLMES, MATT
ADDRESS AVAILABLE UPON REQUEST

HOLMES, MEKO
ADDRESS AVAILABLE UPON REQUEST

HOLMES, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

HOLMES, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, RANDY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLMES, SHALYCE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, SHANNA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, TAWNI
ADDRESS AVAILABLE UPON REQUEST

HOLMES, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, TIWANA
ADDRESS AVAILABLE UPON REQUEST

HOLMES, TODD
ADDRESS AVAILABLE UPON REQUEST

HOLMES, WADE
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HOLMES, ZEQUESHA
ADDRESS AVAILABLE UPON REQUEST

HOLMES-MCKENNA, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

HOLMESTORRES, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

HOLMGREEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOLMGREN, BETH
ADDRESS AVAILABLE UPON REQUEST

HOLMOK, BRADY
ADDRESS AVAILABLE UPON REQUEST

HOLMQUIST, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLMQUIST, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOLMQUIST, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOLNESS, CARLA
ADDRESS AVAILABLE UPON REQUEST

HOLNESS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOLNESS, TOYA
ADDRESS AVAILABLE UPON REQUEST

HOLOHAN, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOLOMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOLOMBEK, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOLOPIREK, LEN
ADDRESS AVAILABLE UPON REQUEST

HOLOUBEK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOLP, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOLPUCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLROYD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOLSAPPLE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HOLSCHER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HOLSCHUH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HOLSEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HOLSGROVE, KATTHYA
ADDRESS AVAILABLE UPON REQUEST

HOLSOPPLE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HOLST, ALLAN
ADDRESS AVAILABLE UPON REQUEST

HOLST, AMBER
ADDRESS AVAILABLE UPON REQUEST

HOLST, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HOLST, MARY
ADDRESS AVAILABLE UPON REQUEST

HOLST, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HOLST, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOLSTEIN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

HOLSTEIN, KAREN AND JON
ADDRESS AVAILABLE UPON REQUEST

HOLSTEIN, LAIECHA
ADDRESS AVAILABLE UPON REQUEST

HOLSTEN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

HOLSTON, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOLT, ABBIE
ADDRESS AVAILABLE UPON REQUEST

HOLT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

HOLT, AMY
ADDRESS AVAILABLE UPON REQUEST

HOLT, ANGIE
ADDRESS AVAILABLE UPON REQUEST

HOLT, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HOLT, BOBBY
ADDRESS AVAILABLE UPON REQUEST

HOLT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HOLT, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

HOLT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HOLT, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HOLT, CLARA
ADDRESS AVAILABLE UPON REQUEST

HOLT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HOLT, COLLIN
ADDRESS AVAILABLE UPON REQUEST

HOLT, CORRINA
ADDRESS AVAILABLE UPON REQUEST

HOLT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOLT, DARIN
ADDRESS AVAILABLE UPON REQUEST

HOLT, DEREK
ADDRESS AVAILABLE UPON REQUEST

HOLT, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOLT, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HOLT, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOLT, HARRISON
ADDRESS AVAILABLE UPON REQUEST

HOLT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOLT, JARED
ADDRESS AVAILABLE UPON REQUEST

HOLT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOLT, JESSI
ADDRESS AVAILABLE UPON REQUEST

HOLT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

HOLT, JOANNA
ADDRESS AVAILABLE UPON REQUEST

HOLT, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOLT, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOLT, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOLT, KATHY
ADDRESS AVAILABLE UPON REQUEST

HOLT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOLT, KEN
ADDRESS AVAILABLE UPON REQUEST

HOLT, KENNYE
ADDRESS AVAILABLE UPON REQUEST

HOLT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOLT, MADALYN
ADDRESS AVAILABLE UPON REQUEST

HOLT, MANDA
ADDRESS AVAILABLE UPON REQUEST

HOLT, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HOLT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOLT, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOLT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLT, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HOLT, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

HOLT, SALLY
ADDRESS AVAILABLE UPON REQUEST

HOLT, SYDVICIOUS
ADDRESS AVAILABLE UPON REQUEST

HOLT, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

HOLTAN, ARLENE
ADDRESS AVAILABLE UPON REQUEST

HOLTBERG, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

HOLTE, KARI
ADDRESS AVAILABLE UPON REQUEST

HOLTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOLTEL, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

HOLTEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLTERHOFF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLTERMAN, KERRI
ADDRESS AVAILABLE UPON REQUEST

HOLTGRAVE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOLTHAUS, DEBI
ADDRESS AVAILABLE UPON REQUEST

HOLTHAUS, DON
ADDRESS AVAILABLE UPON REQUEST

HOLTHAUS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HOLTHAUS, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOLTHUS, SALLY
ADDRESS AVAILABLE UPON REQUEST

HOLTKAMP, CHERYL
ADDRESS AVAILABLE UPON REQUEST

HOLTKAMP, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOLTMAN, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

HOLTMAN, CHAD
ADDRESS AVAILABLE UPON REQUEST

HOLTMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOLTON, KIMM
ADDRESS AVAILABLE UPON REQUEST

HOLTON, LISA
ADDRESS AVAILABLE UPON REQUEST

HOLTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOLTON, SAM
ADDRESS AVAILABLE UPON REQUEST

HOLTON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HOLTSCLAW, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOLT-WILSON, MARY
ADDRESS AVAILABLE UPON REQUEST

HOLTZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOLTZ, LOUIS
ADDRESS AVAILABLE UPON REQUEST

HOLTZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOLTZCLAW (HOLTZCLAW COMPLIANCE)
PO BOX 26
HUGHSON, CA 95326

HOLTZEN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HOLTZER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOLTZINGER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOLTZMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HOLTZMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOLTZMAN, MARA
ADDRESS AVAILABLE UPON REQUEST

HOLTZMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HOLUB, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HOLUBEC, CECY
ADDRESS AVAILABLE UPON REQUEST

HOLUM, FRANCES L
ADDRESS AVAILABLE UPON REQUEST

HO-LUNG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOLWERDA, JANE
ADDRESS AVAILABLE UPON REQUEST

HOLWERDA, RISKY
ADDRESS AVAILABLE UPON REQUEST

HOLWITT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HOLY AOLI
ADDRESS UNAVAILABLE AT TIME OF FILING

HOLYFIELD, ALIA
ADDRESS AVAILABLE UPON REQUEST

HOLZ, JOANIE
ADDRESS AVAILABLE UPON REQUEST

HOLZAPFEL, TYLYN
ADDRESS AVAILABLE UPON REQUEST

HOLZBERG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOLZBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOLZBERGER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HOLZER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HOLZER, CIARA
ADDRESS AVAILABLE UPON REQUEST

HOLZER, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOLZER, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

HOLZHUETER, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

HOLZKNECHT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOLZMACHER, JEANIE
ADDRESS AVAILABLE UPON REQUEST

HOLZMACHER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HOLZMACHER, ZARA
ADDRESS AVAILABLE UPON REQUEST

HOLZMAN, JASON
ADDRESS AVAILABLE UPON REQUEST

HOLZMAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

HOLZMANN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HOLZMANN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOLZMEISTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOLZSCHUH, DIANE
ADDRESS AVAILABLE UPON REQUEST

HOLZWARTH, KASI
ADDRESS AVAILABLE UPON REQUEST

HOLZWARTH, MICALEEN
ADDRESS AVAILABLE UPON REQUEST

HOM, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOM, AMY
ADDRESS AVAILABLE UPON REQUEST

HOM, CECILIA
ADDRESS AVAILABLE UPON REQUEST

HOM, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOMA, AMIE
ADDRESS AVAILABLE UPON REQUEST

HOMAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOMAN, JOE
ADDRESS AVAILABLE UPON REQUEST

HOMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

HOMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HOMANS, MARDET
ADDRESS AVAILABLE UPON REQUEST

HOMBRA, ENAN
ADDRESS AVAILABLE UPON REQUEST

HOMBRA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HOMBURG, TARA
ADDRESS AVAILABLE UPON REQUEST

HOME
ADDRESS AVAILABLE UPON REQUEST

HOME, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOMEGOODS
ADDRESS UNAVAILABLE AT TIME OF FILING

HOMEL, KATE
ADDRESS AVAILABLE UPON REQUEST

HOMELIFE MEDIA LLC
1510 S LEWIS ST
ANAHEIM, CA  92805

HOMENY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOMER, ALEX
ADDRESS AVAILABLE UPON REQUEST

HOMER, ARA
ADDRESS AVAILABLE UPON REQUEST

HOMERUN RECORDS BVBA
C/O PARDEE PROPERTIES
1524 ABBOT KINNEY BLVD
VENICE, CA  90291

HOMERUN RECORDS BVBA
GRIMBERGSESTEENWEG 15
GRIMBERGEN  1850
BELGIUM

HOMETOWN BUFFET
ADDRESS UNAVAILABLE AT TIME OF FILING

HOMEWOOD SUITES
ADDRESS UNAVAILABLE AT TIME OF FILING

HOMFELDT, BREANNA
ADDRESS AVAILABLE UPON REQUEST

HOMILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOMISAK, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOMLISH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HOMRA, DONETTE
ADDRESS AVAILABLE UPON REQUEST

HOMSHER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOMSHER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HOMZA, HENRY
ADDRESS AVAILABLE UPON REQUEST

HON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HON, STEPHEN AND EMILY
ADDRESS AVAILABLE UPON REQUEST

HONAKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

HONAKER, PEGGY & DAVE
ADDRESS AVAILABLE UPON REQUEST

HONAKER, RESHMA
ADDRESS AVAILABLE UPON REQUEST

HONCOOP, MINDY
ADDRESS AVAILABLE UPON REQUEST

HONDA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HONDROS-MCCARTHY, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

HONEA VINEYARDS, LP
4033 CUERVO AVE
SANTA BARBARA, CA 93110

HONECK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HONER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HONER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HONERKAMP, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HONERMAN, ELISE
ADDRESS AVAILABLE UPON REQUEST

HONES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HONESTLY MEDIA
5685 OAK GROVE AVENUE
OAKLAND, CA 94618

HONESTO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, KATIE
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, NICOLA
ADDRESS AVAILABLE UPON REQUEST

HONEYCUTT, SADIE
ADDRESS AVAILABLE UPON REQUEST

HONEYMAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HONG SWAIN
ADDRESS AVAILABLE UPON REQUEST

HONG, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HONG, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

HONG, HANA
ADDRESS AVAILABLE UPON REQUEST

HONG, JIN
ADDRESS AVAILABLE UPON REQUEST

HONG, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HONG, KEE
ADDRESS AVAILABLE UPON REQUEST

HONG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HONG, RUINI
ADDRESS AVAILABLE UPON REQUEST

HONG, SPENCER
ADDRESS AVAILABLE UPON REQUEST

HONG, TANIA
ADDRESS AVAILABLE UPON REQUEST

HONG, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

HONG, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

HONG, YAE
ADDRESS AVAILABLE UPON REQUEST

HONGISTO, JAYNE
ADDRESS AVAILABLE UPON REQUEST

HONGSHI XU
ADDRESS AVAILABLE UPON REQUEST

HONICKMAN, MAURI
ADDRESS AVAILABLE UPON REQUEST

HONIG, KELLY
ADDRESS AVAILABLE UPON REQUEST

HONIG, LEE
ADDRESS AVAILABLE UPON REQUEST

HONIG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HONIG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HONIG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HONIG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HONIGBERG, JESSE
ADDRESS AVAILABLE UPON REQUEST

HONIGMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HONN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

HONORE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HONORE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HONORE, ERICA
ADDRESS AVAILABLE UPON REQUEST

HONORE, KAREN
ADDRESS AVAILABLE UPON REQUEST

HONQUEST, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HONRATH, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

HOO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOO, KAILEY
ADDRESS AVAILABLE UPON REQUEST

HOOBLER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HOOD- DPSI, BRANDY
ADDRESS AVAILABLE UPON REQUEST

HOOD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOOD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOOD, CHANNING
ADDRESS AVAILABLE UPON REQUEST

HOOD, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HOOD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOOD, ERIC
ADDRESS AVAILABLE UPON REQUEST

HOOD, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

HOOD, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HOOD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HOOD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HOOD, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOOD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOOD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOOD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOOD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOOD, LISA
ADDRESS AVAILABLE UPON REQUEST

HOOD, LISA
ADDRESS AVAILABLE UPON REQUEST

HOOD, MARY
ADDRESS AVAILABLE UPON REQUEST

HOOD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HOOD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOOD, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HOOD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOOD, RUSTIN
ADDRESS AVAILABLE UPON REQUEST

HOOD, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

HOOD, TAMRA
ADDRESS AVAILABLE UPON REQUEST

HOOD, TERESA
ADDRESS AVAILABLE UPON REQUEST

HOOD, TINA
ADDRESS AVAILABLE UPON REQUEST

HOOD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HOOD, XAVIEN
ADDRESS AVAILABLE UPON REQUEST

HOODA, SHEM
ADDRESS AVAILABLE UPON REQUEST

HOOGENBOOM, ARI
ADDRESS AVAILABLE UPON REQUEST

HOOGENHOUT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOOGERHYDE, KATHY
ADDRESS AVAILABLE UPON REQUEST

HOOGERWERFF, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOOGLAND, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HOOK, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOOK, GARY
ADDRESS AVAILABLE UPON REQUEST

HOOK, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

HOOK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOOK, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HOOK, KELLEY
ADDRESS AVAILABLE UPON REQUEST

HOOK, LATIFFANY
ADDRESS AVAILABLE UPON REQUEST

HOOK, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HOOK, TANISHA
ADDRESS AVAILABLE UPON REQUEST

HOOKER, ADAM
ADDRESS AVAILABLE UPON REQUEST

HOOKER, ALEX
ADDRESS AVAILABLE UPON REQUEST

HOOKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOOKER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

HOOKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOOKER, CODY
ADDRESS AVAILABLE UPON REQUEST

HOOKER, LINNEA
ADDRESS AVAILABLE UPON REQUEST

HOOKER, MARY
ADDRESS AVAILABLE UPON REQUEST

HOOKER, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOOKER, SADIE
ADDRESS AVAILABLE UPON REQUEST

HOOKER, TASHEBRA
ADDRESS AVAILABLE UPON REQUEST

HOOKEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOOKS WAYMAN, AARON J
ADDRESS AVAILABLE UPON REQUEST

HOOKS WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOOKS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HOOKS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOOKS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HOOKS, LASANDRA
ADDRESS AVAILABLE UPON REQUEST

HOOKS, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOOLBOOM, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOOMANAWANUI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HOON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

HOOP, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOOPAUGH, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOOPER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HOOPER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HOOPER, CHARLI ANN
ADDRESS AVAILABLE UPON REQUEST

HOOPER, COLLINS
ADDRESS AVAILABLE UPON REQUEST

HOOPER, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

HOOPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOOPER, KANDICE
ADDRESS AVAILABLE UPON REQUEST

HOOPER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOOPER, KEITH
ADDRESS AVAILABLE UPON REQUEST

HOOPER, KELLI
ADDRESS AVAILABLE UPON REQUEST

HOOPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOOPER, LISA
ADDRESS AVAILABLE UPON REQUEST

HOOPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOOPER-HAMERSLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOOPES, JOSIE
ADDRESS AVAILABLE UPON REQUEST

HOOPES, PARKER
ADDRESS AVAILABLE UPON REQUEST

HOOPES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOOPPAW, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOOPS, DAISY
ADDRESS AVAILABLE UPON REQUEST

HOOS, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

HOOSER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOOSIER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HOOTEN, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

HOOTEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOOTMAN, KATE
ADDRESS AVAILABLE UPON REQUEST

HOOTSTEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOOTSUITE MEDIA INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

HOOVEN, ANTONIQUE
ADDRESS AVAILABLE UPON REQUEST

HOOVEN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HOOVEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ANN
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ASH
ADDRESS AVAILABLE UPON REQUEST

HOOVER, BRITTNI JADE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, BRUCIE & ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOOVER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOOVER, CHARITY
ADDRESS AVAILABLE UPON REQUEST

HOOVER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HOOVER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ERICA
ADDRESS AVAILABLE UPON REQUEST

HOOVER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HOOVER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

HOOVER, MAXINE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, MINDY
ADDRESS AVAILABLE UPON REQUEST

HOOVER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HOOVER, PAUL
ADDRESS AVAILABLE UPON REQUEST

HOOVER, RAYNE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOOVER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOOVER, SHARMIN
ADDRESS AVAILABLE UPON REQUEST

HOOVER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOOVER, VINCE
ADDRESS AVAILABLE UPON REQUEST

HOOVER-BATT, ASTRID
ADDRESS AVAILABLE UPON REQUEST

HOOVEY, RANDY
ADDRESS AVAILABLE UPON REQUEST

HOP & WINE BEVERAGE, LLC
22714 GLENN DRIVE STE. 130
STERLING, VA 20164

HOPBALLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOPCIAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOPDADDY BURGERS
ADDRESS UNAVAILABLE AT TIME OF FILING

HOPE HOWE
ADDRESS AVAILABLE UPON REQUEST

HOPE, ALLEN
ADDRESS AVAILABLE UPON REQUEST

HOPE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOPE, BRIA
ADDRESS AVAILABLE UPON REQUEST

HOPE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HOPE, KARLA
ADDRESS AVAILABLE UPON REQUEST

HOPE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

HOPE, TYLER
ADDRESS AVAILABLE UPON REQUEST

HOPF, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOPKE, TABETHA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS JR, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, ALLIE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, BRAD
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, CINDY
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, COLLIN
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, HENRY
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, ISSAC
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, JENEVA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, KACI
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MICHEAL
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, PAULA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, RALPH
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, REZON
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, SAM
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, SCOTTIE
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, TERESA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HOPKINS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HOPMAN, TONI
ADDRESS AVAILABLE UPON REQUEST

HOPP, KELLIE
ADDRESS AVAILABLE UPON REQUEST

HOPP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOPP, NANCY
ADDRESS AVAILABLE UPON REQUEST

HOPPE, ADREANNE
ADDRESS AVAILABLE UPON REQUEST

HOPPE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

HOPPE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOPPE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOPPE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HOPPE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOPPE, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOPPENS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOPPER, APOLLONIA
ADDRESS AVAILABLE UPON REQUEST

HOPPER, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOPPER, FALLON
ADDRESS AVAILABLE UPON REQUEST

HOPPER, H
ADDRESS AVAILABLE UPON REQUEST

HOPPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOPPER, JENNY
ADDRESS AVAILABLE UPON REQUEST

HOPPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOPPER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HOPPER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HOPPER, MCGEE
ADDRESS AVAILABLE UPON REQUEST

HOPPER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOPPER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HOPPES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOPPING, CYRIL
ADDRESS AVAILABLE UPON REQUEST

HOPPIUS, ALANYA
ADDRESS AVAILABLE UPON REQUEST

HOPPNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

HOPPOCK, THEODORE
ADDRESS AVAILABLE UPON REQUEST

HOPSON, AERIALL
ADDRESS AVAILABLE UPON REQUEST

HOPSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HOPSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HOPSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

HOPSON, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

HOPSON, TEMEIKA
ADDRESS AVAILABLE UPON REQUEST

HOPTAY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOPTON-JONES, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOQ, AUNUSHA
ADDRESS AVAILABLE UPON REQUEST

HOQUE, RIAZUL
ADDRESS AVAILABLE UPON REQUEST

HORA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HORACE, BECKY
ADDRESS AVAILABLE UPON REQUEST

HORACEK, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

HORACIO CARRENO KARP
ADDRESS AVAILABLE UPON REQUEST

HORAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HORAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HORAN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HORAN, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

HORAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HORAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HORAN, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

HORAN, MARIANA
ADDRESS AVAILABLE UPON REQUEST

HORAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HORAN, SHANE
ADDRESS AVAILABLE UPON REQUEST

HORAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HORAN-SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

HORCHER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HORD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HOREJSEI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOREJSEI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOREJSI, RANDALL
ADDRESS AVAILABLE UPON REQUEST

HOREN, DAVID
ADDRESS AVAILABLE UPON REQUEST

HORENSTEIN, JEAN
ADDRESS AVAILABLE UPON REQUEST

HORGAN, TIM
ADDRESS AVAILABLE UPON REQUEST

HORGASH, CASSIE
ADDRESS AVAILABLE UPON REQUEST

HORIUCHI, AZUMI
ADDRESS AVAILABLE UPON REQUEST

HORIUCHI, MARIJANA
ADDRESS AVAILABLE UPON REQUEST

HORIZON BEVERAGE COMPANY - ULTRA
DIVISION
44 CHENELL DR.
CONCORD, NH  03301

HORIZON BEVERAGE COMPANY OF RI
121 HOPKINS HILL ROAD
WEST GREENWICH, RI  02817

HORIZON BEVERAGE COMPANY OF RI
P.O. BOX 1427
COVENTRY, RI  02816

HORIZON BEVERAGE COMPANY, INC. (MA)
45 COMMERCE WAY
NORTON, MA  02766

HORIZON BEVERAGE COMPANY, RI
121 HOPKINS HILL RD.
WEST GREENWICH, RI  02817

HORIZON BEVERAGE MA
45 COMMERCE WAY
NORTON, MA  02766

HORIZON BEVERAGE NH
9165 NHSLC HORIZON BEVERAGE NH
50 STORRS STREET
CONCORD, NH  03302

HORKEY, HOWARD
ADDRESS AVAILABLE UPON REQUEST

HORKY, EMILY
ADDRESS AVAILABLE UPON REQUEST

HORLACHER, EMMA
ADDRESS AVAILABLE UPON REQUEST

HORLACHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HORLBACK, CORDELIA
ADDRESS AVAILABLE UPON REQUEST

HORLBECK, GENE
ADDRESS AVAILABLE UPON REQUEST

HORLICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HORMACHEA, SARAH AND JESSE
ADDRESS AVAILABLE UPON REQUEST

HORMAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HORN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HORN, AMY
ADDRESS AVAILABLE UPON REQUEST

HORN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HORN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HORN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HORN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HORN, CYNDEL
ADDRESS AVAILABLE UPON REQUEST

HORN, DARLENE
ADDRESS AVAILABLE UPON REQUEST

HORN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HORN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HORN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HORN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HORN, KENDRE
ADDRESS AVAILABLE UPON REQUEST

HORN, LEAH
ADDRESS AVAILABLE UPON REQUEST

HORN, MARIA
ADDRESS AVAILABLE UPON REQUEST

HORN, MARK
ADDRESS AVAILABLE UPON REQUEST

HORN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HORN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HORN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HORN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

HORN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HORN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HORN, STEVE
ADDRESS AVAILABLE UPON REQUEST

HORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HORNADAY, KATY
ADDRESS AVAILABLE UPON REQUEST

HORNBACH, CELESTE
ADDRESS AVAILABLE UPON REQUEST

HORNBARGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HORNBECK, DAVE
ADDRESS AVAILABLE UPON REQUEST

HORNBECK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HORNBERGER, JOE
ADDRESS AVAILABLE UPON REQUEST

HORNBERGER, MONICA
ADDRESS AVAILABLE UPON REQUEST

HORNBERGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HORNBLOWER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

HORNBUCKLE, KELLEN
ADDRESS AVAILABLE UPON REQUEST

HORNBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

HORNE JR, RONALD B
ADDRESS AVAILABLE UPON REQUEST

HORNE, BAYLEY
ADDRESS AVAILABLE UPON REQUEST

HORNE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HORNE, EBONI
ADDRESS AVAILABLE UPON REQUEST

HORNE, GREG
ADDRESS AVAILABLE UPON REQUEST

HORNE, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

HORNE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HORNE, LINDY
ADDRESS AVAILABLE UPON REQUEST

HORNE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HORNE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HORNE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

HORNE, SARA
ADDRESS AVAILABLE UPON REQUEST

HORNE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

HORNE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HORNEDO, OMNI
ADDRESS AVAILABLE UPON REQUEST

HORNER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

HORNER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HORNER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HORNER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

HORNER, GINGER
ADDRESS AVAILABLE UPON REQUEST

HORNER, JILL
ADDRESS AVAILABLE UPON REQUEST

HORNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

HORNER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HORNER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HORNER, MARY
ADDRESS AVAILABLE UPON REQUEST

HORNER, MATT
ADDRESS AVAILABLE UPON REQUEST

HORNET NETWORKS LIMITED
OFFICE D 3/F MAN LOK BUILDING 93
BONHAM STRAND
SHEUNG WAN
HONG KONG
CHINA

HORNG, WESLEY
ADDRESS AVAILABLE UPON REQUEST

HORNICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HORNICKEL, JIM
ADDRESS AVAILABLE UPON REQUEST

HORNING, ALYSON
ADDRESS AVAILABLE UPON REQUEST

HORNING, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HORNING, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

HORNING, SABRINA ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HORNING, STACEY
ADDRESS AVAILABLE UPON REQUEST

HORNING, STEVE
ADDRESS AVAILABLE UPON REQUEST

HORNOF, LUKE
ADDRESS AVAILABLE UPON REQUEST

HORNREICH, DAVID
ADDRESS AVAILABLE UPON REQUEST

HORNSBY, RENEE
ADDRESS AVAILABLE UPON REQUEST

HORNSBY, SHARON
ADDRESS AVAILABLE UPON REQUEST

HORNUNG, DINA
ADDRESS AVAILABLE UPON REQUEST

HORNUNG, DONALD
ADDRESS AVAILABLE UPON REQUEST

HORNUNG, JOEL
ADDRESS AVAILABLE UPON REQUEST

HORNUNG, JOY
ADDRESS AVAILABLE UPON REQUEST

HORNUNG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HORNYAK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HORNYAK, TYLER
ADDRESS AVAILABLE UPON REQUEST

HOROCHOWSKI, LANA
ADDRESS AVAILABLE UPON REQUEST

HOROHO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOROMPOLY, KRISTOF
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, EVAN
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, EVE
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, JASON
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, MONTANA
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, STEFANI
ADDRESS AVAILABLE UPON REQUEST

HOROWITZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

HORRELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HORRIDGE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HORRIGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HORRIGAN, CATARINA
ADDRESS AVAILABLE UPON REQUEST

HORRIGAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HORRIGAN-FLORES, TAMMY
ADDRESS AVAILABLE UPON REQUEST

HORRISBERGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HORSBURGH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HORSE & PLOW INC. (HORSE AND PLOW WINERY)
1270 GRAVENSTEIN HWY N.
SEBASTOPOL, CA  95472

HORSEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HORSEY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HORSFIELD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HORSFORD, MOIRA
ADDRESS AVAILABLE UPON REQUEST

HORSLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HORSLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HORSLEY, TARYN
ADDRESS AVAILABLE UPON REQUEST

HORSMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HORSMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

HORSMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HORST, ALLAN
ADDRESS AVAILABLE UPON REQUEST

HORST, AMY
ADDRESS AVAILABLE UPON REQUEST

HORST, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HORST, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HORST, TESSA
ADDRESS AVAILABLE UPON REQUEST

HORSTMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HORSTMANN, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HORSTMANN, JENNIE
ADDRESS AVAILABLE UPON REQUEST

HORTA, JOLENE
ADDRESS AVAILABLE UPON REQUEST

HORTA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

HORTER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HORTIZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

HORTON, ALEX
ADDRESS AVAILABLE UPON REQUEST

HORTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HORTON, BRETT & DAVID
ADDRESS AVAILABLE UPON REQUEST

HORTON, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

HORTON, DERRICK
ADDRESS AVAILABLE UPON REQUEST

HORTON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

HORTON, FREDERIKA
ADDRESS AVAILABLE UPON REQUEST

HORTON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HORTON, KATY
ADDRESS AVAILABLE UPON REQUEST

HORTON, KERI
ADDRESS AVAILABLE UPON REQUEST

HORTON, KIM
ADDRESS AVAILABLE UPON REQUEST

HORTON, LANCE
ADDRESS AVAILABLE UPON REQUEST

HORTON, LEAH
ADDRESS AVAILABLE UPON REQUEST

HORTON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HORTON, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

HORTON, PARKE
ADDRESS AVAILABLE UPON REQUEST

HORTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HORTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HORTON, SAIGE
ADDRESS AVAILABLE UPON REQUEST

HORTON, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

HORTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HORTON, SHEENA
ADDRESS AVAILABLE UPON REQUEST

HORTON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

HORTON, STACY
ADDRESS AVAILABLE UPON REQUEST

HORTON, STACY
ADDRESS AVAILABLE UPON REQUEST

HORTON, TANIKA
ADDRESS AVAILABLE UPON REQUEST

HORTON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HORTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HORTONLOUP, KATY
ADDRESS AVAILABLE UPON REQUEST

HORTON-RAPPLEYE, KELLY
ADDRESS AVAILABLE UPON REQUEST

HORVATH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HORVATH, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HORVATH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HORVATH, EDWARD
ADDRESS AVAILABLE UPON REQUEST

HORVATH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HORVATH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HORVATH, PETE
ADDRESS AVAILABLE UPON REQUEST

HORVATH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HORVATH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HORVATH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HORWATH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HORWATT, EMILY
ADDRESS AVAILABLE UPON REQUEST

HORWEDEL, KATARINA
ADDRESS AVAILABLE UPON REQUEST

HORWELL, TIMOTHEA
ADDRESS AVAILABLE UPON REQUEST

HORWITZ, JEFF
ADDRESS AVAILABLE UPON REQUEST

HORWOOD, KATLIN
ADDRESS AVAILABLE UPON REQUEST

HOSACK, COLEEN
ADDRESS AVAILABLE UPON REQUEST

HOSACK, JODI
ADDRESS AVAILABLE UPON REQUEST

HOSAKA, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

HOSCH, GREGG
ADDRESS AVAILABLE UPON REQUEST

HOSEA, ARACELI
ADDRESS AVAILABLE UPON REQUEST

HOSEA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOSEIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HOSELTON, DAKOTAH
ADDRESS AVAILABLE UPON REQUEST

HOSEMANN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOSENBUX, HACHEM
ADDRESS AVAILABLE UPON REQUEST

HOSETH, CHAD
ADDRESS AVAILABLE UPON REQUEST

HOSEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HOSEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOSFELD, ANNA
ADDRESS AVAILABLE UPON REQUEST

HOSFELD, REX
ADDRESS AVAILABLE UPON REQUEST

HOSFORD, JENNY
ADDRESS AVAILABLE UPON REQUEST

HOSHIKO, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HOSHIZAKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOSIER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

HOSIER, STACEY
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, JEANINE
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, NOAH
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, NOAH
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, SHARON
ADDRESS AVAILABLE UPON REQUEST

HOSKINS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HOSKINSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOSKO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOSKOPPAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOSLER, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

HOSLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HOSLI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOSN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HOSNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOSPEDALES, MAELY
ADDRESS AVAILABLE UPON REQUEST

HOSPITAL, KATY
ADDRESS AVAILABLE UPON REQUEST

HOSSAIN EHSAN
ADDRESS AVAILABLE UPON REQUEST

HOSSAIN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

HOSSAIN, RYDHWANA
ADDRESS AVAILABLE UPON REQUEST

HOSSEINZADEH, YASMIN
ADDRESS AVAILABLE UPON REQUEST

HOSSLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOST, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HOSTAR, VINCENT
ADDRESS AVAILABLE UPON REQUEST

HOSTETLER, ALEXANDREA
ADDRESS AVAILABLE UPON REQUEST

HOSTETLER, COREY
ADDRESS AVAILABLE UPON REQUEST

HOSTETLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOSTETTER, ALICE
ADDRESS AVAILABLE UPON REQUEST

HOSTETTER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

HOSTETTER, STACY
ADDRESS AVAILABLE UPON REQUEST

HOSTETTLER, KELSIE
ADDRESS AVAILABLE UPON REQUEST

HOSWELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HOTA, LEKHA
ADDRESS AVAILABLE UPON REQUEST

HOTA, SALINI
ADDRESS AVAILABLE UPON REQUEST

HOTALING, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOTALING, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HOTARD, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HOTARD, CONCORDIA
ADDRESS AVAILABLE UPON REQUEST

HOTARD, MARK
ADDRESS AVAILABLE UPON REQUEST

HOTCAKES BAKES
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTCHKIN, JANET
ADDRESS AVAILABLE UPON REQUEST

HOTCHKIS, PERRY
ADDRESS AVAILABLE UPON REQUEST

HOTCHKISS, AMBER
ADDRESS AVAILABLE UPON REQUEST

HOTCHKISS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOTCHKISS, SARA
ADDRESS AVAILABLE UPON REQUEST

HOTEL AMERICANO
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL DE LA PAIX
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL ERWIN
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL OKURA
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL ROUGE
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL TONIGHT
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTEL ZETTA
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTELS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTELS.COMBWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

HOTHO, JERRY
ADDRESS AVAILABLE UPON REQUEST

HOTKA, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOTT, CRISTY
ADDRESS AVAILABLE UPON REQUEST

HOTTENSTEIN, TOM
ADDRESS AVAILABLE UPON REQUEST

HOTTER-KNIGHT, STACEY
ADDRESS AVAILABLE UPON REQUEST

HOTZ, AMY
ADDRESS AVAILABLE UPON REQUEST

HOTZ, RAY
ADDRESS AVAILABLE UPON REQUEST

HOU, CHUHAN
ADDRESS AVAILABLE UPON REQUEST

HOU, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOU, KORTNE
ADDRESS AVAILABLE UPON REQUEST

HOU, ZHEN
ADDRESS AVAILABLE UPON REQUEST

HOUCHIN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HOUCHINS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOUCK, GINA
ADDRESS AVAILABLE UPON REQUEST

HOUCK, HANNA
ADDRESS AVAILABLE UPON REQUEST

HOUCK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOUCK, LEAH
ADDRESS AVAILABLE UPON REQUEST

HOUCK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HOUCK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOUCK, SARA
ADDRESS AVAILABLE UPON REQUEST

HOUDE, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

HOUDEK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HOUDOVERDOV, VASKEN
ADDRESS AVAILABLE UPON REQUEST

HOUGH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOUGH, DORI
ADDRESS AVAILABLE UPON REQUEST

HOUGH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

HOUGH, JENN
ADDRESS AVAILABLE UPON REQUEST

HOUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOUGH, JESSIE
ADDRESS AVAILABLE UPON REQUEST

HOUGH, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOUGH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HOUGH-KOVACS, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOUGHLAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOUGHTALING, JOE
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, LYDIA HOUGHT
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOUGHTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HOUGLAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOUGUM, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HOUK, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HOULAHAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOULAHAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOULD, MARY
ADDRESS AVAILABLE UPON REQUEST

HOULE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HOULGATE, MARY
ADDRESS AVAILABLE UPON REQUEST

HOULIHAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HOULIHAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOULIHAN, KATE
ADDRESS AVAILABLE UPON REQUEST

HOULIHAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HOUNAM, KARA
ADDRESS AVAILABLE UPON REQUEST

HOUNDSTOOTH COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

HOUNSLOW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOUPPERT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOUPT, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HOURAN, TOMMY
ADDRESS AVAILABLE UPON REQUEST

HOURANI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOURET, MARLENE
ADDRESS AVAILABLE UPON REQUEST

HOURICAN, MARK
ADDRESS AVAILABLE UPON REQUEST

HOURIHAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOURIHAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HOURIHAN, MEG
ADDRESS AVAILABLE UPON REQUEST

HOURIHAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HOUSE INDUSTRIES
ADDRESS UNAVAILABLE AT TIME OF FILING

HOUSE OF DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

HOUSE, ADELYNN
ADDRESS AVAILABLE UPON REQUEST

HOUSE, ALEX
ADDRESS AVAILABLE UPON REQUEST

HOUSE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOUSE, AVERY
ADDRESS AVAILABLE UPON REQUEST

HOUSE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOUSE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HOUSE, CELESTE
ADDRESS AVAILABLE UPON REQUEST

HOUSE, DESTINEY
ADDRESS AVAILABLE UPON REQUEST

HOUSE, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

HOUSE, KAIGEN
ADDRESS AVAILABLE UPON REQUEST

HOUSE, KATE
ADDRESS AVAILABLE UPON REQUEST

HOUSE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOUSE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HOUSE, TALIYAH
ADDRESS AVAILABLE UPON REQUEST

HOUSE, TATIANA
ADDRESS AVAILABLE UPON REQUEST

HOUSEHOLD, KIRKLAND
ADDRESS AVAILABLE UPON REQUEST

HOUSEIN, RAEESA
ADDRESS AVAILABLE UPON REQUEST

HOUSEKNECHT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HOUSEKNECHT, ETIENNE
ADDRESS AVAILABLE UPON REQUEST

HOUSEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOUSEMAN, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

HOUSEMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOUSEMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

HOUSER, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

HOUSER, CLARE
ADDRESS AVAILABLE UPON REQUEST

HOUSER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HOUSER, KAIT
ADDRESS AVAILABLE UPON REQUEST

HOUSER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOUSER, MIKE
ADDRESS AVAILABLE UPON REQUEST

HOUSER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOUSERIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOUSHOLDER, TIM
ADDRESS AVAILABLE UPON REQUEST

HOUSKA, JACK
ADDRESS AVAILABLE UPON REQUEST

HOUSKA, MARY
ADDRESS AVAILABLE UPON REQUEST

HOUSLEY, AVERY
ADDRESS AVAILABLE UPON REQUEST

HOUSLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOUSLEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HOUSMAN, KIRA
ADDRESS AVAILABLE UPON REQUEST

HOUSMAN, PEYTON
ADDRESS AVAILABLE UPON REQUEST

HOUSON, AARON
ADDRESS AVAILABLE UPON REQUEST

HOUSTON HUMANE
ADDRESS UNAVAILABLE AT TIME OF FILING

HOUSTON, ABBY
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, ASHA
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, CHANEE
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, DURRELL
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, JACK
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, LISA
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, LORI
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, LORIE
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, MATT
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, MYA
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, SHON
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, SONYA
ADDRESS AVAILABLE UPON REQUEST

HOUSTON, ZACH
ADDRESS AVAILABLE UPON REQUEST

HOUSTONS
ADDRESS UNAVAILABLE AT TIME OF FILING

HOUT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HOUTON, CAROL
ADDRESS AVAILABLE UPON REQUEST

HOUTZ, JEFF
ADDRESS AVAILABLE UPON REQUEST

HOUTZER, JAMES
ADDRESS AVAILABLE UPON REQUEST

HOUY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

HOUZZ.INC
ADDRESS UNAVAILABLE AT TIME OF FILING

HOVAIDA, MARJAN
ADDRESS AVAILABLE UPON REQUEST

HOVANAS, CATHY
ADDRESS AVAILABLE UPON REQUEST

HOVANICK, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

HOVATER, CINDY
ADDRESS AVAILABLE UPON REQUEST

HOVDA, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

HOVDEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HOVE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

HOVE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOVE, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOVEE, CORRIE
ADDRESS AVAILABLE UPON REQUEST

HOVEL, LEE
ADDRESS AVAILABLE UPON REQUEST

HOVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOVER, LEE
ADDRESS AVAILABLE UPON REQUEST

HOVERMALE, GILBERT
ADDRESS AVAILABLE UPON REQUEST

HOVERSON, KARA
ADDRESS AVAILABLE UPON REQUEST

HOVET, SIERRA
ADDRESS AVAILABLE UPON REQUEST

HOVEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

HOVING, KENNETH
ADDRESS AVAILABLE UPON REQUEST

HOVIS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HOVIS, MARY
ADDRESS AVAILABLE UPON REQUEST

HOVIS, MILES
ADDRESS AVAILABLE UPON REQUEST

HOVLAND, GLORIA
ADDRESS AVAILABLE UPON REQUEST

HOWALD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOWALD, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOWALD, THERESA
ADDRESS AVAILABLE UPON REQUEST

HOWARD EGLASH
ADDRESS AVAILABLE UPON REQUEST

HOWARD FUTERMAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD JORDAN JR.
ADDRESS AVAILABLE UPON REQUEST

HOWARD KELLY
ADDRESS AVAILABLE UPON REQUEST

HOWARD LIEBERMAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD MARULL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOWARD NEAL FUTERMAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD RUBIN
ADDRESS AVAILABLE UPON REQUEST

HOWARD RUBIN
ADDRESS AVAILABLE UPON REQUEST

HOWARD SPINOWITZ
ADDRESS AVAILABLE UPON REQUEST

HOWARD WADE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ADAM
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ALEX
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ALEX
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BARKER
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BERTIE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BLAIR
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BOBBY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BRAD
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, CAROLYNN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, CONNER
ADDRESS AVAILABLE UPON REQUEST

HOWARD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DANA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DELANEY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DERRA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DIANE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, DONNA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, EDBREION
ADDRESS AVAILABLE UPON REQUEST

HOWARD, EDY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ERICA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, GRANDMA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, HALEY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, HALI
ADDRESS AVAILABLE UPON REQUEST

HOWARD, INGRID
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JADE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JANET
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JAY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JEREMY AND VANESSA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JOANNE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JODI
ADDRESS AVAILABLE UPON REQUEST

HOWARD, JQUAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KAREN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KATIE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KELLY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KENDRA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KIM
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, LIBRA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MALINA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MARK
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MAURA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MELODY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MERLE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MONTE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, MORGAN ANNE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, NANCY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, NATASHIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, NATIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HOWARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, PAM
ADDRESS AVAILABLE UPON REQUEST

HOWARD, PATTY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RANDY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RENE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RENEE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RENEE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RON
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RONNIE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, RYAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SEQUOIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SETH
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SHARON
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOWARD, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

HOWARD, TAKIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HOWARD, TRACI
ADDRESS AVAILABLE UPON REQUEST

HOWARD-BLOOM, JESSE
ADDRESS AVAILABLE UPON REQUEST

HOWARD-FLANDERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

HOWARD-GEOGHAN, MIRABAI
ADDRESS AVAILABLE UPON REQUEST

HOWARD-INGRAM, BETH
ADDRESS AVAILABLE UPON REQUEST

HOWARD-SPINK, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

HOWARTH, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

HOWARTH, JOAN
ADDRESS AVAILABLE UPON REQUEST

HOWARTH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HOWARTH, RICA
ADDRESS AVAILABLE UPON REQUEST

HOWAT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOWATT, DIANE
ADDRESS AVAILABLE UPON REQUEST

HOWE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HOWE, CARA
ADDRESS AVAILABLE UPON REQUEST

HOWE, DANA
ADDRESS AVAILABLE UPON REQUEST

HOWE, EDEN
ADDRESS AVAILABLE UPON REQUEST

HOWE, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

HOWE, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

HOWE, IAN
ADDRESS AVAILABLE UPON REQUEST

HOWE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HOWE, JAMES
ADDRESS AVAILABLE UPON REQUEST

HOWE, JORDYNE
ADDRESS AVAILABLE UPON REQUEST

HOWE, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOWE, JULIE
ADDRESS AVAILABLE UPON REQUEST

HOWE, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

HOWE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HOWE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HOWE, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOWE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HOWE, MARK
ADDRESS AVAILABLE UPON REQUEST

HOWE, MARK
ADDRESS AVAILABLE UPON REQUEST

HOWE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HOWE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOWE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

HOWE, NINA
ADDRESS AVAILABLE UPON REQUEST

HOWE, NINA
ADDRESS AVAILABLE UPON REQUEST

HOWE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWE, RONALD
ADDRESS AVAILABLE UPON REQUEST

HOWE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOWE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOWELL, AARON
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

HOWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ANN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ANNE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ASHTIN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, BRANDY
ADDRESS AVAILABLE UPON REQUEST

HOWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HOWELL, BRITTON
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CARELYN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CARIE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CARIE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CHARITI
ADDRESS AVAILABLE UPON REQUEST

HOWELL, CLARK
ADDRESS AVAILABLE UPON REQUEST

HOWELL, DEMETIUS
ADDRESS AVAILABLE UPON REQUEST

HOWELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOWELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

HOWELL, JOANN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, JODI
ADDRESS AVAILABLE UPON REQUEST

HOWELL, JOEL
ADDRESS AVAILABLE UPON REQUEST

HOWELL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, KHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HOWELL, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, LISA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, MARK
ADDRESS AVAILABLE UPON REQUEST

HOWELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, MINNA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HOWELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, RACHAE
ADDRESS AVAILABLE UPON REQUEST

HOWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, RUDY
ADDRESS AVAILABLE UPON REQUEST

HOWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HOWELL, STACEY
ADDRESS AVAILABLE UPON REQUEST

HOWELL, TARA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOWELL, VAL
ADDRESS AVAILABLE UPON REQUEST

HOWELL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HOWELL, WILLIAM K.
ADDRESS AVAILABLE UPON REQUEST

HOWELL, YLON
ADDRESS AVAILABLE UPON REQUEST

HOWELL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HOWER, ROB
ADDRESS AVAILABLE UPON REQUEST

HOWERTON, MARY
ADDRESS AVAILABLE UPON REQUEST

HOWERTON-ORCUTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOWES, LAURA
ADDRESS AVAILABLE UPON REQUEST

HOWES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HOWICK, GREG H
ADDRESS AVAILABLE UPON REQUEST

HOWIE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HOWIE, COLTEN
ADDRESS AVAILABLE UPON REQUEST

HOWIE, DIANA
ADDRESS AVAILABLE UPON REQUEST

HOWIE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOWILER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, CAMPBELLE
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, LEELA
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HOWLAND, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

HOWLETT, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HOWLETT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HOWLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

HOWLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOWLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HOWLEY, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

HOWLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HOWLING, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HOWREN, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

HOWSE, BILL
ADDRESS AVAILABLE UPON REQUEST

HOWSLEY, PATTI
ADDRESS AVAILABLE UPON REQUEST

HOWTON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HOWZE, DEDREA
ADDRESS AVAILABLE UPON REQUEST

HOWZE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOXHA, MILLIE
ADDRESS AVAILABLE UPON REQUEST

HOXHA, MILLIE
ADDRESS AVAILABLE UPON REQUEST

HOXIE, NAKISHA
ADDRESS AVAILABLE UPON REQUEST

HOXIE, SILAS
ADDRESS AVAILABLE UPON REQUEST

HOXRER, LINDA
ADDRESS AVAILABLE UPON REQUEST

HOXWORTH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

HOY, ALECIA
ADDRESS AVAILABLE UPON REQUEST

HOY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HOY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HOY, EMILY
ADDRESS AVAILABLE UPON REQUEST

HOY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HOY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HOY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

HOY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HOYACK, ANDRENA
ADDRESS AVAILABLE UPON REQUEST

HOYAL, CAMRON
ADDRESS AVAILABLE UPON REQUEST

HOYE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HOYE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HOYER, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HOYER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HOYES, HILLARY
ADDRESS AVAILABLE UPON REQUEST

HOYLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOYLE, NIGEL
ADDRESS AVAILABLE UPON REQUEST

HOY-MABRY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HOYO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HOYOS, JESUS
ADDRESS AVAILABLE UPON REQUEST

HOYOS, JOMARYS
ADDRESS AVAILABLE UPON REQUEST

HOYOS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HOY-ROSAS, JAMILLAH
ADDRESS AVAILABLE UPON REQUEST

HOYT, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HOYT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOYT, DEB
ADDRESS AVAILABLE UPON REQUEST

HOYT, ERIN
ADDRESS AVAILABLE UPON REQUEST

HOYT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HOYT, KARIN
ADDRESS AVAILABLE UPON REQUEST

HOYT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HOYT, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

HOYT, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HOYT, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

HOYT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HOYT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HOYT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HOYT, NINA
ADDRESS AVAILABLE UPON REQUEST

HOYTE, INGER
ADDRESS AVAILABLE UPON REQUEST

HOYTE, VONETTA
ADDRESS AVAILABLE UPON REQUEST

HOZAIL, HANAN
ADDRESS AVAILABLE UPON REQUEST

HOZAKOWSKA, LILI
ADDRESS AVAILABLE UPON REQUEST

HRACH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

HRANICKY, RENEEMARIE
ADDRESS AVAILABLE UPON REQUEST

HRDINSKY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HRDLICKA, HALEY
ADDRESS AVAILABLE UPON REQUEST

HREHA, EMILY
ADDRESS AVAILABLE UPON REQUEST

HREN, KATIE
ADDRESS AVAILABLE UPON REQUEST

HREN, LINDA & SLAVKO
ADDRESS AVAILABLE UPON REQUEST

HRENKO, JERRY
ADDRESS AVAILABLE UPON REQUEST

HRESKO, KARLY
ADDRESS AVAILABLE UPON REQUEST

HRIBAR, KATA
ADDRESS AVAILABLE UPON REQUEST

HRIBAR, MARY
ADDRESS AVAILABLE UPON REQUEST

HRICOVEC, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HRISO, GREG
ADDRESS AVAILABLE UPON REQUEST

HRITONENKO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HRLEVICH, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

HRLEVICH, FRANCES
ADDRESS AVAILABLE UPON REQUEST

HROCH, MACAYLA
ADDRESS AVAILABLE UPON REQUEST

HROMADKA, ANNE
ADDRESS AVAILABLE UPON REQUEST

HRONIK-GIFFORD, GLENDA
ADDRESS AVAILABLE UPON REQUEST

HROSTEK, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HROVAT, JEANNE
ADDRESS AVAILABLE UPON REQUEST

HROZENCIK, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HROZIENCIK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HRT FIN LLC (0369)
ATTN PROXY MGR
32 OLD SLIP
30TH FL
NEW YORK, NY  10005

HRUNKA, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

HRUSKA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HRUSKO, MARISA
ADDRESS AVAILABLE UPON REQUEST

HRUSOVSKY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HRYCYK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HRYN, JAN
ADDRESS AVAILABLE UPON REQUEST

HSBC BANK USA, NA/CLEARING (6396)
ATTN BARBARA SKELLY OR PROXY MGR
545 WASHINGTON BLVD
10TH FL
JERSEY CITY, NJ  07310

HSIA, FUCHUN
ADDRESS AVAILABLE UPON REQUEST

HSIA, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

HSIAO, ENOCH
ADDRESS AVAILABLE UPON REQUEST

HSIAO, YUSAN
ADDRESS AVAILABLE UPON REQUEST

HSIEH, AMY
ADDRESS AVAILABLE UPON REQUEST

HSIEH, TIEN PESO
ADDRESS AVAILABLE UPON REQUEST

HSIEH, YUCHING
ADDRESS AVAILABLE UPON REQUEST

HSIN, PO-SHEN
ADDRESS AVAILABLE UPON REQUEST

HSING-CHI CHANG
ADDRESS AVAILABLE UPON REQUEST

HSIOU, DESIREE
ADDRESS AVAILABLE UPON REQUEST

HSNLON, STUART
ADDRESS AVAILABLE UPON REQUEST

HSU, GRACE
ADDRESS AVAILABLE UPON REQUEST

HSU, JASON
ADDRESS AVAILABLE UPON REQUEST

HSU, JERRY
ADDRESS AVAILABLE UPON REQUEST

HSU, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HSU, SARAH
ADDRESS AVAILABLE UPON REQUEST

HSU, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HT VENTURES LLC
3400 NORTH LAKE SHORE DR 9C
CHICAGO, IL  60657

HU, AMY
ADDRESS AVAILABLE UPON REQUEST

HU, BRIANA
ADDRESS AVAILABLE UPON REQUEST

HU, EN-TIEN
ADDRESS AVAILABLE UPON REQUEST

HU, MIN
ADDRESS AVAILABLE UPON REQUEST

HU, NINA
ADDRESS AVAILABLE UPON REQUEST

HU, SHUCHEN
ADDRESS AVAILABLE UPON REQUEST

HU, SIWEN
ADDRESS AVAILABLE UPON REQUEST

HU, SIYAO
ADDRESS AVAILABLE UPON REQUEST

HU, YANNI
ADDRESS AVAILABLE UPON REQUEST

HU, YU
ADDRESS AVAILABLE UPON REQUEST

HU, ZHOUYANG
ADDRESS AVAILABLE UPON REQUEST

HUAIJIANG TANG
ADDRESS AVAILABLE UPON REQUEST

HUANG, AMY
ADDRESS AVAILABLE UPON REQUEST

HUANG, ANDY
ADDRESS AVAILABLE UPON REQUEST

HUANG, AUDRIANNA
ADDRESS AVAILABLE UPON REQUEST

HUANG, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HUANG, CHAO
ADDRESS AVAILABLE UPON REQUEST

HUANG, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HUANG, ELISSA
ADDRESS AVAILABLE UPON REQUEST

HUANG, HENRY
ADDRESS AVAILABLE UPON REQUEST

HUANG, HSUN-HSIEN
ADDRESS AVAILABLE UPON REQUEST

HUANG, JENNY
ADDRESS AVAILABLE UPON REQUEST

HUANG, JIAN
ADDRESS AVAILABLE UPON REQUEST

HUANG, JOEY
ADDRESS AVAILABLE UPON REQUEST

HUANG, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUANG, JOYCE
ADDRESS AVAILABLE UPON REQUEST

HUANG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUANG, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HUANG, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUANG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HUANG, RUIYING
ADDRESS AVAILABLE UPON REQUEST

HUANG, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HUANG, SUNNY
ADDRESS AVAILABLE UPON REQUEST

HUANG, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HUANG, XIE
ADDRESS AVAILABLE UPON REQUEST

HUANG, YUETING
ADDRESS AVAILABLE UPON REQUEST

HUANG, ZIHAO
ADDRESS AVAILABLE UPON REQUEST

HUANG, ZIYUE
ADDRESS AVAILABLE UPON REQUEST

HUANIRA, JACKELYN
ADDRESS AVAILABLE UPON REQUEST

HUB INTERNATIONAL INSURANCE SERVICES
INC.
1752 LINCOLN AVENUE
SAN RAFAEL, CA  94901

HUBANY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, AARON
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, ANGEL
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, BAYLIE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, CHARITY
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, DEVON
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, DRU
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, KALEA
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, KATHY
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, LAINEE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, LEAH
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, LOVE
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, MATT
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HUBBARD, TINA
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, BECKY
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, JANET
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, JOE
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HUBBELL, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

HUBBERT, SHARI
ADDRESS AVAILABLE UPON REQUEST

HUBBS MACULSAY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

HUBBS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HUBBS, PETER
ADDRESS AVAILABLE UPON REQUEST

HUBBY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HUBEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

HUBER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUBER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUBER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HUBER, CALEB
ADDRESS AVAILABLE UPON REQUEST

HUBER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HUBER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUBER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HUBER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HUBER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HUBER, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

HUBER, EDIE
ADDRESS AVAILABLE UPON REQUEST

HUBER, JILL
ADDRESS AVAILABLE UPON REQUEST

HUBER, JULIE
ADDRESS AVAILABLE UPON REQUEST

HUBER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUBER, LAURA BETH
ADDRESS AVAILABLE UPON REQUEST

HUBER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUBER, LISA
ADDRESS AVAILABLE UPON REQUEST

HUBER, LON
ADDRESS AVAILABLE UPON REQUEST

HUBER, MACY
ADDRESS AVAILABLE UPON REQUEST

HUBER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUBER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HUBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUBER, STEFAN
ADDRESS AVAILABLE UPON REQUEST

HUBERT, BARB
ADDRESS AVAILABLE UPON REQUEST

HUBERT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HUBERT, DARIEN
ADDRESS AVAILABLE UPON REQUEST

HUBERT, DYANNE
ADDRESS AVAILABLE UPON REQUEST

HUBERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUBERT, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUBERT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUBERT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HUBERT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HUBIAK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUBKA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HUBLER, JEANINE
ADDRESS AVAILABLE UPON REQUEST

HUBLER, REGINA
ADDRESS AVAILABLE UPON REQUEST

HUBLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUBLEY, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

HUBLEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HUBLEY, WALTER
ADDRESS AVAILABLE UPON REQUEST

HUBNER, EVA
ADDRESS AVAILABLE UPON REQUEST

HUBNER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HUBNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HUBOKY, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUCAL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUCK, AARON
ADDRESS AVAILABLE UPON REQUEST

HUCK, ALEX
ADDRESS AVAILABLE UPON REQUEST

HUCK, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUCK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUCK, JILL
ADDRESS AVAILABLE UPON REQUEST

HUCKABEE, JUDY
ADDRESS AVAILABLE UPON REQUEST

HUCKABEE, MARY
ADDRESS AVAILABLE UPON REQUEST

HUCKABEE, RANDI
ADDRESS AVAILABLE UPON REQUEST

HUCKABY, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUCKABY, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HUCKABY, STACY
ADDRESS AVAILABLE UPON REQUEST

HUCKE, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUCKE, TRACY
ADDRESS AVAILABLE UPON REQUEST

HUCKINS, LIZ
ADDRESS AVAILABLE UPON REQUEST

HUCKLEBERRY ROASTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

HUCKLEBERRY, RUTH
ADDRESS AVAILABLE UPON REQUEST

HUCKS, PAULA
ADDRESS AVAILABLE UPON REQUEST

HUCULAK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HUD, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUDA, AMBERINE
ADDRESS AVAILABLE UPON REQUEST

HUDA, ASIF
ADDRESS AVAILABLE UPON REQUEST

HUDACH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HUDAK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HUDAK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HUDAK, ISMARY
ADDRESS AVAILABLE UPON REQUEST

HUDAK, STACEY
ADDRESS AVAILABLE UPON REQUEST

HUDDART, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, BOBBY
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, KELLI
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUDDLESTON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

HUDDOCK, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUDEC, LARRY
ADDRESS AVAILABLE UPON REQUEST

HUDEC, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUDEPOHL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUDGENS, JD
ADDRESS AVAILABLE UPON REQUEST

HUDGENS, JUNE
ADDRESS AVAILABLE UPON REQUEST

HUDGENS, STELLA
ADDRESS AVAILABLE UPON REQUEST

HUDGEONS, PARKER
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, JULIE
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HUDGINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HUDGINS-JORDAN, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

HUDLEY, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HUDNALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUDNER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

HUDNUT-BEUMLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

HUDOCK, GLORIA
ADDRESS AVAILABLE UPON REQUEST

HUDRICK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HUDSON NEWS
ADDRESS UNAVAILABLE AT TIME OF FILING

HUDSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ANDRELL & LISSY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ARABELLA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ARIANE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, CODY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, DENISE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ERNEST
ADDRESS AVAILABLE UPON REQUEST

HUDSON, ERNEST
ADDRESS AVAILABLE UPON REQUEST

HUDSON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, GARRETT
ADDRESS AVAILABLE UPON REQUEST

HUDSON, GILBERT
ADDRESS AVAILABLE UPON REQUEST

HUDSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JAMILA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JASMIN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KESHIEL
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUDSON, LISA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, LORI
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MARY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MARY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, MONICA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, PAULA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, PEYTON
ADDRESS AVAILABLE UPON REQUEST

HUDSON, REGINALD
ADDRESS AVAILABLE UPON REQUEST

HUDSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

HUDSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, SOMER
ADDRESS AVAILABLE UPON REQUEST

HUDSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, TONY
ADDRESS AVAILABLE UPON REQUEST

HUDSON, TONYA
ADDRESS AVAILABLE UPON REQUEST

HUDSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUDSPETH, ERIC
ADDRESS AVAILABLE UPON REQUEST

HUDSPETH, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

HUDSPETH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUDZIK, AMY
ADDRESS AVAILABLE UPON REQUEST

HUDZINSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HUDZINSKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUEBER, PAUL
ADDRESS AVAILABLE UPON REQUEST

HUEBINGER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HUEBLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, GEORGETTE
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, JEANELLE
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, RILEY
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, TERESA
ADDRESS AVAILABLE UPON REQUEST

HUEBNER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HUECK, KARL
ADDRESS AVAILABLE UPON REQUEST

HUECK, KARL
ADDRESS AVAILABLE UPON REQUEST

HUEFFMEIER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HUEFTLE, DAKOTAH
ADDRESS AVAILABLE UPON REQUEST

HUELMAN, LISIEUX
ADDRESS AVAILABLE UPON REQUEST

HUELSMAN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

HUERTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUERTA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HUERTA, JUAN
ADDRESS AVAILABLE UPON REQUEST

HUERTA, PERLA
ADDRESS AVAILABLE UPON REQUEST

HUERTAS, NILDA
ADDRESS AVAILABLE UPON REQUEST

HUESKE, FRANK
ADDRESS AVAILABLE UPON REQUEST

HUESMAN, DON
ADDRESS AVAILABLE UPON REQUEST

HUESTIS, JOSH
ADDRESS AVAILABLE UPON REQUEST

HUETE, ANA C
ADDRESS AVAILABLE UPON REQUEST

HUETER, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUETT, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

HUETTER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUEY TODD CORRY JR
ADDRESS AVAILABLE UPON REQUEST

HUEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUEY, CELIA
ADDRESS AVAILABLE UPON REQUEST

HUEY, KARISSA
ADDRESS AVAILABLE UPON REQUEST

HUEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

HUEY, PRESTON
ADDRESS AVAILABLE UPON REQUEST

HUEZO, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

HUFELD, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

HUFF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HUFF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HUFF, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUFF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUFF, BAILEY
ADDRESS AVAILABLE UPON REQUEST

HUFF, BILL
ADDRESS AVAILABLE UPON REQUEST

HUFF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

HUFF, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HUFF, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUFF, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUFF, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUFF, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUFF, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HUFF, LASHUN
ADDRESS AVAILABLE UPON REQUEST

HUFF, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HUFF, RANDAL
ADDRESS AVAILABLE UPON REQUEST

HUFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HUFF, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HUFF, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HUFF, STEVE
ADDRESS AVAILABLE UPON REQUEST

HUFFAKER, JAIME
ADDRESS AVAILABLE UPON REQUEST

HUFFAKER, TANYA
ADDRESS AVAILABLE UPON REQUEST

HUFFER, LUKE
ADDRESS AVAILABLE UPON REQUEST

HUFFER, MONICA
ADDRESS AVAILABLE UPON REQUEST

HUFFHINES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HUFFINGTON, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, CORRIE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, JANEL
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, JARED
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, KEAIRA
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, RAE-ANN
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, TEGAN
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUFFMAN, WOAPE
ADDRESS AVAILABLE UPON REQUEST

HUFFMON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUFFNAN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HUFFORD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUFFSTETLER, ABBY
ADDRESS AVAILABLE UPON REQUEST

HUFNAGEL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

HUFNAGEL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

HUFNAGLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUFNER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HUG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HUG, STACEY
ADDRESS AVAILABLE UPON REQUEST

HUGALL, KYLE
ADDRESS AVAILABLE UPON REQUEST

HUGENBERG, SHELLI
ADDRESS AVAILABLE UPON REQUEST

HUGER, ENSA
ADDRESS AVAILABLE UPON REQUEST

HUGG, ALLY
ADDRESS AVAILABLE UPON REQUEST

HUGGAN, INGE
ADDRESS AVAILABLE UPON REQUEST

HUGGARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUGGENBERGER, GINGER
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, ESTHER
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, KYLE
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, LEAH
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, SHAYE
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, TERI
ADDRESS AVAILABLE UPON REQUEST

HUGGINS, TRACY
ADDRESS AVAILABLE UPON REQUEST

HUGGLER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HUGH P MCLAUGHLIN JR
ADDRESS AVAILABLE UPON REQUEST

HUGH, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

HUGH, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HUGHART, DIANE
ADDRESS AVAILABLE UPON REQUEST

HUGHEA, CARISSA
ADDRESS AVAILABLE UPON REQUEST

HUGHELL, SHERRY
ADDRESS AVAILABLE UPON REQUEST

HUGHES TYMKIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUGHES, AARON
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ALI
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUGHES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, AMBER
ADDRESS AVAILABLE UPON REQUEST

HUGHES, AMY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, AMY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ARDYTH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, BENNA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, BROOKE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CARLY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CASEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CATHY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CECILY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CODY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, COLIN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, CORY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, DANA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, DARREL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, DITA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, GRANT
ADDRESS AVAILABLE UPON REQUEST

HUGHES, GREG
ADDRESS AVAILABLE UPON REQUEST

HUGHES, HALEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ISHMAEL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JANET
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JANICE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JENNA ANN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JILL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JOE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JOY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JUDY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, JULIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KAROLENA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KATHY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KYLE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LEA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LEYDA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LISA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LISA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, LUISA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MARCUS
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MARIAH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MARY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MATREYA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MILLER
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MITCH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MOIRA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, NANCY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, NATHAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, NEAL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, NIAV
ADDRESS AVAILABLE UPON REQUEST

HUGHES, NINA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PARIS
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PATRICE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PAUL
ADDRESS AVAILABLE UPON REQUEST

HUGHES, PAULA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, QWONESHAU
ADDRESS AVAILABLE UPON REQUEST

HUGHES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, RILEY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, RUTH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, RYAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, RYLAND
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SALLY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SAM
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SAM
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SEAN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HUGHES, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HUGHES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

HUGHES, STUART
ADDRESS AVAILABLE UPON REQUEST

HUGHES, STUART
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TALAH
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TANA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TAPPI
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TATYANA
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TERRY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

HUGHES, WAIDUS
ADDRESS AVAILABLE UPON REQUEST

HUGHES, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

HUGHES-JONES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUGHEY, CARA
ADDRESS AVAILABLE UPON REQUEST

HUGHLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HUGO ARGUETA
ADDRESS AVAILABLE UPON REQUEST

HUGO ERNESTO MEJIA YANES
ADDRESS AVAILABLE UPON REQUEST

HUGO MAURICE MANDINE
ADDRESS AVAILABLE UPON REQUEST

HUGO VONBURG
ADDRESS AVAILABLE UPON REQUEST

HUGO, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

HUGO, KATELYN
ADDRESS AVAILABLE UPON REQUEST

HUGO, LILLY
ADDRESS AVAILABLE UPON REQUEST

HUGO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

HUGON, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

HUGUELET, KAY
ADDRESS AVAILABLE UPON REQUEST

HUGUET, MALORIE
ADDRESS AVAILABLE UPON REQUEST

HUGULEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUGUS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HUH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUH, GLORIA
ADDRESS AVAILABLE UPON REQUEST

HUH, JULIE
ADDRESS AVAILABLE UPON REQUEST

HUHA, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUHN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

HUHN, DANNY
ADDRESS AVAILABLE UPON REQUEST

HUI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HUI, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

HUIBREGTSE, JESS
ADDRESS AVAILABLE UPON REQUEST

HUIE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HUIE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

HUIPE, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

HUIRAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUISH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUISINGA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HUISINGA, KYLE
ADDRESS AVAILABLE UPON REQUEST

HUISMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUISMAN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

HUITRON, NATHAN O.
ADDRESS AVAILABLE UPON REQUEST

HUITT, SARA
ADDRESS AVAILABLE UPON REQUEST

HUIZAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUIZENGA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUIZENGA, LINDA
ADDRESS AVAILABLE UPON REQUEST

HULAFROG, INC
PO BOX 498
ATLANTIC HIGHLANDS, NJ  07716

HULBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HULBERT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

HULBERT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HULBERT, JOSH
ADDRESS AVAILABLE UPON REQUEST

HULBURT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HULBURT, LIZ
ADDRESS AVAILABLE UPON REQUEST

HULBURT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HULEN, TARA
ADDRESS AVAILABLE UPON REQUEST

HULITT, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HULKA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

HULL, AMY
ADDRESS AVAILABLE UPON REQUEST

HULL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

HULL, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

HULL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HULL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

HULL, CARLA
ADDRESS AVAILABLE UPON REQUEST

HULL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

HULL, DIANA
ADDRESS AVAILABLE UPON REQUEST

HULL, DONNA
ADDRESS AVAILABLE UPON REQUEST

HULL, EDWIN
ADDRESS AVAILABLE UPON REQUEST

HULL, GARY
ADDRESS AVAILABLE UPON REQUEST

HULL, JENNA
ADDRESS AVAILABLE UPON REQUEST

HULL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HULL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HULL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HULL, KELSEA
ADDRESS AVAILABLE UPON REQUEST

HULL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HULL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HULL, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HULL, TAMZEN
ADDRESS AVAILABLE UPON REQUEST

HULLETT, LORIN
ADDRESS AVAILABLE UPON REQUEST

HULLFISH, JEFF
ADDRESS AVAILABLE UPON REQUEST

HULLINGS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HULLS, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

HULME, KELLY
ADDRESS AVAILABLE UPON REQUEST

HULNICK, LANNIE
ADDRESS AVAILABLE UPON REQUEST

HULS, DANA
ADDRESS AVAILABLE UPON REQUEST

HULS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HULSE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

HULSE, DESIRE
ADDRESS AVAILABLE UPON REQUEST

HULSE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HULSE, JULIET
ADDRESS AVAILABLE UPON REQUEST

HULSE, KARI
ADDRESS AVAILABLE UPON REQUEST

HULSE, KATIE
ADDRESS AVAILABLE UPON REQUEST

HULSE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HULSEMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

HULSEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HULSEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HULSEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

HULSEY, JENNIPHER
ADDRESS AVAILABLE UPON REQUEST

HULSEY, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

HULSEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HULSHIZER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HULSMANN, LEANNE
ADDRESS AVAILABLE UPON REQUEST

HULTGREN, EMMA
ADDRESS AVAILABLE UPON REQUEST

HULTGREN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HULTQUIST, JOHANNES
ADDRESS AVAILABLE UPON REQUEST

HULTZ, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HULTZAPPLE, JOSLIN
ADDRESS AVAILABLE UPON REQUEST

HUMAN, DEANNE
ADDRESS AVAILABLE UPON REQUEST

HUMANE SOCIETY INTERNATIONAL, INC.
5/27 OLD BARRENJOEY ROAD
AVALON NSW  2107
AUSTRALIA

HUMANN, KATHY
ADDRESS AVAILABLE UPON REQUEST

HUMBARGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HUMBLE PIE
ADDRESS UNAVAILABLE AT TIME OF FILING

HUMBLE POTATO
ADDRESS UNAVAILABLE AT TIME OF FILING

HUMBLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUMBLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUMBLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUMBLES, ANGIE
ADDRESS AVAILABLE UPON REQUEST

HUME, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HUME, SHERYCE
ADDRESS AVAILABLE UPON REQUEST

HOMEIDA, ARIJ
ADDRESS AVAILABLE UPON REQUEST

HOMEN, DANA
ADDRESS AVAILABLE UPON REQUEST

HUMES, LEAH
ADDRESS AVAILABLE UPON REQUEST

HUMES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HUMES, WENDI
ADDRESS AVAILABLE UPON REQUEST

HUMKE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HUMM, AUBREY
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, HENRY
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, KYREE
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, LEAH
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUMMEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUMMELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUMMER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUMMER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

HUMMER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

HUMMERT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUMPERT, KYLIE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, ALEX
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, AMBER
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, BETHANY
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, DENISE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, GINGER
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, HELEN
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, KADDARA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, KISHA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, MADDIE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, MARIE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, MICHELLA
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, RANDY
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, STACEY
ADDRESS AVAILABLE UPON REQUEST

HUMPHREY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, ABBEY
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS, SHERI
ADDRESS AVAILABLE UPON REQUEST

HUMPHREYS-BARRETT, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, KALA
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, KATY
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, KELCI
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, PAT
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, RUSSEL
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, STACEY
ADDRESS AVAILABLE UPON REQUEST

HUMPHRIES, STAN
ADDRESS AVAILABLE UPON REQUEST

HUMPHRY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

HUMRICH, DESTINY
ADDRESS AVAILABLE UPON REQUEST

HUMRICHOUSE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

HUMSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUMSTON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

HUNDAL, VIK
ADDRESS AVAILABLE UPON REQUEST

HUNDERTMARK, BRITTA
ADDRESS AVAILABLE UPON REQUEST

HUNDLEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HUNDLEY, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

HUNDLEY, MOIRA
ADDRESS AVAILABLE UPON REQUEST

HUNDLEY-BARBER, SHELLI
ADDRESS AVAILABLE UPON REQUEST

HUNEKE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HUNEYCUTT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HUNEYCUTT, SHERRI
ADDRESS AVAILABLE UPON REQUEST

HUNEYCUTT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HUNG, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HUNG, D
ADDRESS AVAILABLE UPON REQUEST

HUNG, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HUNG, MARNAE
ADDRESS AVAILABLE UPON REQUEST

HUNG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HUNG, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HUNG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUNGERFORD, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

HUNGERFORD, CIERRA
ADDRESS AVAILABLE UPON REQUEST

HUNGERFORD, DANA
ADDRESS AVAILABLE UPON REQUEST

HUNGRY BEAR ENTERPRISES, LLC
1220 SANBORN AVE
LOS ANGELES, CA  90029

HUNING, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

HUNING, NANCY
ADDRESS AVAILABLE UPON REQUEST

HUNINGHAKE, AMY
ADDRESS AVAILABLE UPON REQUEST

HUNKA, CONNIE
ADDRESS AVAILABLE UPON REQUEST

HUNKLER, GRACIE RAE
ADDRESS AVAILABLE UPON REQUEST

HUNLEY, MARIA LYN
ADDRESS AVAILABLE UPON REQUEST

HUNNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HUNNEWELL, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HUNNEX, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUNNICUTT, ALISA
ADDRESS AVAILABLE UPON REQUEST

HUNNICUTT, BILL
ADDRESS AVAILABLE UPON REQUEST

HUNNICUTT, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

HUNNIE, KAJUN
ADDRESS AVAILABLE UPON REQUEST

HUNSAKER, ROB
ADDRESS AVAILABLE UPON REQUEST

HUNSBERGER, JILL
ADDRESS AVAILABLE UPON REQUEST

HUNSBERGER, KURT
ADDRESS AVAILABLE UPON REQUEST

HUNSCHE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HUNSICKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HUNSICKER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HUNSICKER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HUNSICKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HUNSINGER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

HUNSINGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HUNSINGER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

HUNSLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUNT A KILLER, LLC
9341 PHILADELPHIA RD, UNIT J
ROSEDALE, MD 21237

HUNT BENNETT, NOELLE
ADDRESS AVAILABLE UPON REQUEST

HUNT FONDREN, REGINA
ADDRESS AVAILABLE UPON REQUEST

HUNT, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUNT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HUNT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HUNT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

HUNT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HUNT, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HUNT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HUNT, BEV
ADDRESS AVAILABLE UPON REQUEST

HUNT, BRAD
ADDRESS AVAILABLE UPON REQUEST

HUNT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

HUNT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HUNT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

HUNT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HUNT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HUNT, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

HUNT, CRAIG
ADDRESS AVAILABLE UPON REQUEST

HUNT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HUNT, CURTIS
ADDRESS AVAILABLE UPON REQUEST

HUNT, DEAN
ADDRESS AVAILABLE UPON REQUEST

HUNT, DEMETRA
ADDRESS AVAILABLE UPON REQUEST

HUNT, DEVRA
ADDRESS AVAILABLE UPON REQUEST

HUNT, DIANE
ADDRESS AVAILABLE UPON REQUEST

HUNT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUNT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUNT, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUNT, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUNT, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUNT, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUNT, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUNT, GAGE
ADDRESS AVAILABLE UPON REQUEST

HUNT, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

HUNT, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

HUNT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

HUNT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

HUNT, JENNA
ADDRESS AVAILABLE UPON REQUEST

HUNT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUNT, JENNY
ADDRESS AVAILABLE UPON REQUEST

HUNT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUNT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUNT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUNT, KALYN
ADDRESS AVAILABLE UPON REQUEST

HUNT, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUNT, KELLIE
ADDRESS AVAILABLE UPON REQUEST

HUNT, KEN
ADDRESS AVAILABLE UPON REQUEST

HUNT, KENAN
ADDRESS AVAILABLE UPON REQUEST

HUNT, KENYA
ADDRESS AVAILABLE UPON REQUEST

HUNT, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUNT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUNT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUNT, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

HUNT, LIA W
ADDRESS AVAILABLE UPON REQUEST

HUNT, LINDA
ADDRESS AVAILABLE UPON REQUEST

HUNT, LORI
ADDRESS AVAILABLE UPON REQUEST

HUNT, MARIA
ADDRESS AVAILABLE UPON REQUEST

HUNT, MARISA
ADDRESS AVAILABLE UPON REQUEST

HUNT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUNT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUNT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUNT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUNT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HUNT, PENELEPE
ADDRESS AVAILABLE UPON REQUEST

HUNT, RAY
ADDRESS AVAILABLE UPON REQUEST

HUNT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

HUNT, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HUNT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

HUNT, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUNT, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUNT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HUNT, SHANELL
ADDRESS AVAILABLE UPON REQUEST

HUNT, SHAWNIE
ADDRESS AVAILABLE UPON REQUEST

HUNT, SIERRA
ADDRESS AVAILABLE UPON REQUEST

HUNT, STACY
ADDRESS AVAILABLE UPON REQUEST

HUNT, SUNDOWN
ADDRESS AVAILABLE UPON REQUEST

HUNT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HUNT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

HUNT, TERRY
ADDRESS AVAILABLE UPON REQUEST

HUNT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HUNT, TYLER
ADDRESS AVAILABLE UPON REQUEST

HUNT, WARREN
ADDRESS AVAILABLE UPON REQUEST

HUNT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

HUNT, WIL
ADDRESS AVAILABLE UPON REQUEST

HUNT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUNTE, DESNA
ADDRESS AVAILABLE UPON REQUEST

HUNTE, WAYNE
ADDRESS AVAILABLE UPON REQUEST

HUNTER HALLMAN
ADDRESS AVAILABLE UPON REQUEST

HUNTER MORRIS
ADDRESS AVAILABLE UPON REQUEST

HUNTER PATRICK
ADDRESS AVAILABLE UPON REQUEST

HUNTER PRITCHARD
ADDRESS AVAILABLE UPON REQUEST

HUNTER STANLEY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ALISON
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ANAYSSA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ANGELYKA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, BRODERICK
ADDRESS AVAILABLE UPON REQUEST

HUNTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, CLARE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, CORRINA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, DIANN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, DOREEN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ELLA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, EMERALD-JANE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ERIC
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, HELENE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JAIME
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JANET
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JARED
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JAYME
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JEFF
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JILL
ADDRESS AVAILABLE UPON REQUEST

HUNTER, JIM
ADDRESS AVAILABLE UPON REQUEST

HUNTER, KAHLER
ADDRESS AVAILABLE UPON REQUEST

HUNTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, KELLY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, KENYA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LEXI
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LIANE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LISA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LORYNN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

HUNTER, MARC
ADDRESS AVAILABLE UPON REQUEST

HUNTER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

HUNTER, MONICA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, NANCY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HUNTER, RAIYON
ADDRESS AVAILABLE UPON REQUEST

HUNTER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HUNTER, RUTH
ADDRESS AVAILABLE UPON REQUEST

HUNTER, STEW
ADDRESS AVAILABLE UPON REQUEST

HUNTER, SYREETA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, TATIANNA
ADDRESS AVAILABLE UPON REQUEST

HUNTER, TERRY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HUNTER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

HUNTER-CLARK, CANDACE
ADDRESS AVAILABLE UPON REQUEST

HUNTER-FOX, BARB
ADDRESS AVAILABLE UPON REQUEST

HUNT-HAWKINS, HAILEE
ADDRESS AVAILABLE UPON REQUEST

HUNTINGTON, GLENISE
ADDRESS AVAILABLE UPON REQUEST

HUNTINGTON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

HUNTINGTON, SHERI
ADDRESS AVAILABLE UPON REQUEST

HUNTINGTON-MEATH, LYNN
ADDRESS AVAILABLE UPON REQUEST

HUNTINGWOLF, ALEX
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, DAN
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

HUNTLEY, RENEE
ADDRESS AVAILABLE UPON REQUEST

HUNTMAN, JONI
ADDRESS AVAILABLE UPON REQUEST

HUNTON, ANDREWS, KURTH, PETE
JOHNSON
ADDRESS AVAILABLE UPON REQUEST

HUNTRESS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUNTSMAN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

HUNTSMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

HUNTSMAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUNTSMAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUNTTING, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

HUNT-WALKER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HONYADI, TRACY
ADDRESS AVAILABLE UPON REQUEST

HUNZEKER, CATRINA
ADDRESS AVAILABLE UPON REQUEST

HUO, ALAN
ADDRESS AVAILABLE UPON REQUEST

HUON, CAYLA
ADDRESS AVAILABLE UPON REQUEST

HUOT, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

HUOTH, DEREK
ADDRESS AVAILABLE UPON REQUEST

HUPP, DON
ADDRESS AVAILABLE UPON REQUEST

HUPP, HANNA
ADDRESS AVAILABLE UPON REQUEST

HUPP, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HUPP, NICK
ADDRESS AVAILABLE UPON REQUEST

HUPP, STEVE
ADDRESS AVAILABLE UPON REQUEST

HUPPLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

HUQ, ARANSA
ADDRESS AVAILABLE UPON REQUEST

HUR, JOANNA
ADDRESS AVAILABLE UPON REQUEST

HUR, SEONGGEUN
ADDRESS AVAILABLE UPON REQUEST

HURBANEK, JASON
ADDRESS AVAILABLE UPON REQUEST

HURCKES, KELLY
ADDRESS AVAILABLE UPON REQUEST

HURD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

HURD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HURD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

HURD, JALYNN
ADDRESS AVAILABLE UPON REQUEST

HURD, NICHOL
ADDRESS AVAILABLE UPON REQUEST

HURD, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

HURD, VALARIE
ADDRESS AVAILABLE UPON REQUEST

HURDELBRINK, SARAH
ADDRESS AVAILABLE UPON REQUEST

HURDLE, JENNY
ADDRESS AVAILABLE UPON REQUEST

HURDLE, SEKAI
ADDRESS AVAILABLE UPON REQUEST

HURDLE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

HURLBERT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HURLBURT, DAVID
ADDRESS AVAILABLE UPON REQUEST

HURLBURT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

HURLBUT, KATIE
ADDRESS AVAILABLE UPON REQUEST

HURLEBAUS, TAYLER
ADDRESS AVAILABLE UPON REQUEST

HURLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

HURLEY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

HURLEY, BRIGIT
ADDRESS AVAILABLE UPON REQUEST

HURLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HURLEY, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

HURLEY, CRESCENT
ADDRESS AVAILABLE UPON REQUEST

HURLEY, DEANNE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HURLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HURLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

HURLEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, JAMES MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HURLEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

HURLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HURLEY, JENNY
ADDRESS AVAILABLE UPON REQUEST

HURLEY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, LEISA
ADDRESS AVAILABLE UPON REQUEST

HURLEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HURLEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

HURLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HURLEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HURLEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

HURLEY, PAM
ADDRESS AVAILABLE UPON REQUEST

HURLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

HURLEY, TARA
ADDRESS AVAILABLE UPON REQUEST

HURLEY, TRACY
ADDRESS AVAILABLE UPON REQUEST

HURON, JULIA
ADDRESS AVAILABLE UPON REQUEST

HURRLE, MARY
ADDRESS AVAILABLE UPON REQUEST

HURRY, TYLER
ADDRESS AVAILABLE UPON REQUEST

HURSA, DEB
ADDRESS AVAILABLE UPON REQUEST

HURSEY, DEREK
ADDRESS AVAILABLE UPON REQUEST

HURSEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

HURSH, RYAN
ADDRESS AVAILABLE UPON REQUEST

HURST, ABI
ADDRESS AVAILABLE UPON REQUEST

HURST, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

HURST, AMBER
ADDRESS AVAILABLE UPON REQUEST

HURST, AMY
ADDRESS AVAILABLE UPON REQUEST

HURST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HURST, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HURST, JAMI
ADDRESS AVAILABLE UPON REQUEST

HURST, LAINIE
ADDRESS AVAILABLE UPON REQUEST

HURST, LAURA
ADDRESS AVAILABLE UPON REQUEST

HURST, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

HURST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

HURST, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

HURST, THOMAS
ADDRESS AVAILABLE UPON REQUEST

HURST, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

HURST-DEGORICIA, CINDY
ADDRESS AVAILABLE UPON REQUEST

HURT, DARRYL
ADDRESS AVAILABLE UPON REQUEST

HURT, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

HURT, JAMES
ADDRESS AVAILABLE UPON REQUEST

HURT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HURT, KEATON
ADDRESS AVAILABLE UPON REQUEST

HURT, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

HURT, LORENE
ADDRESS AVAILABLE UPON REQUEST

HURT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HURT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

HURTADO, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

HURTADO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HURTADO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

HURTADO, JUAN
ADDRESS AVAILABLE UPON REQUEST

HURTADO, MARTHA
ADDRESS AVAILABLE UPON REQUEST

HURTADO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HURTADO, NANCY
ADDRESS AVAILABLE UPON REQUEST

HURTADO, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

HURTADO, YUNUEN
ADDRESS AVAILABLE UPON REQUEST

HURTER, TONYA
ADDRESS AVAILABLE UPON REQUEST

HURTT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

HURTUBISE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HURVITZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

HURWITZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

HURWITZ, MARTIN
ADDRESS AVAILABLE UPON REQUEST

HURYN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

HUSACK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUSBAND, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUSBAND, KEN
ADDRESS AVAILABLE UPON REQUEST

HUSBAND, NATALIE
ADDRESS AVAILABLE UPON REQUEST

HUSBENET, GRACE
ADDRESS AVAILABLE UPON REQUEST

HUSCH, NIKI
ADDRESS AVAILABLE UPON REQUEST

HUSCHARST, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

HUSCHKE, SEAN
ADDRESS AVAILABLE UPON REQUEST

HUSCHLE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

HUSEIN, RAMZI
ADDRESS AVAILABLE UPON REQUEST

HUSETH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUSHEN, BOBBIE JO
ADDRESS AVAILABLE UPON REQUEST

HOSHMAT
ADDRESS UNAVAILABLE AT TIME OF FILING

HUSINKA, LARYN
ADDRESS AVAILABLE UPON REQUEST

HUSK, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUSKEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HUSKEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUSKINS-MCNEAL, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUSLIN, DAN
ADDRESS AVAILABLE UPON REQUEST

HUSMANN, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

HUSNICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUSS, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

HUSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUSSAR, APRIL
ADDRESS AVAILABLE UPON REQUEST

HUSSAR, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

HUSSEIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, KIT AND GAYLE
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, MARY
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, TASHIKA
ADDRESS AVAILABLE UPON REQUEST

HUSSEY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

HUSSIEN, HADIJA
ADDRESS AVAILABLE UPON REQUEST

HUSSLEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUSSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

HUSTAD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

HUSTAVA, LILY
ADDRESS AVAILABLE UPON REQUEST

HUSTEAD, KAT
ADDRESS AVAILABLE UPON REQUEST

HUSTED, KARA
ADDRESS AVAILABLE UPON REQUEST

HUSTED, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUSTED, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUSTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUSTLE CON MEDIA INC.
251 KEARNY ST., STE 300
SAN FRANCISCO, CA  94108

HUSTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUSTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

HUSTON, CINDY
ADDRESS AVAILABLE UPON REQUEST

HUSTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUSTON, KARI
ADDRESS AVAILABLE UPON REQUEST

HUSTON, LETICIA
ADDRESS AVAILABLE UPON REQUEST

HUSTON, LUCIE
ADDRESS AVAILABLE UPON REQUEST

HUSTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

HUSTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

HUSTON, REGINA
ADDRESS AVAILABLE UPON REQUEST

HUSTON, STACEY
ADDRESS AVAILABLE UPON REQUEST

HUTCH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

HUTCHCRAFT, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, JEFF
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HUTCHENS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUTCHEON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUTCHERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

HUTCHESON, JAMES
ADDRESS AVAILABLE UPON REQUEST

HUTCHESON, KILEY
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HUTCHESON, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHESON, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHESON, SCARLETT<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHESON, SUSANNAH<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHESON, TAL<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHESON, TINA<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINGS, HAILEY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINGS, JOE<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINGS, MARK<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINGS, TIFFANEY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, ASHLEE<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, CODY<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINS, DYLANA<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, EUNICE<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, JEFF<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINS, LINDSAY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, MELODY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINS, RENEE<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINSOIN, SUSAN<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, ANNABEL<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, BRETTA<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINSON, CYNTHIA<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, DAVION<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, EDWARD<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINSON, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, GLENN<br>ADDRESS AVAILABLE UPON REQUEST |
| HUTCHINSON, JALEN<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, JAY<br>ADDRESS AVAILABLE UPON REQUEST | HUTCHINSON, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST |

HUTCHINSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, MELEAH
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, SHAMEL
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, SHARI
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, TEKA-ANN
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, TRISTA
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUTCHINSON-ARVIZU, MALKIA
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, CHANEL
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, COLBY
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, DONNA
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, ERIN
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, GRACE
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, JEROME
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, KARL
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, KATIE
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, RYAN
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, SAM
ADDRESS AVAILABLE UPON REQUEST

HUTCHISON, TARA
ADDRESS AVAILABLE UPON REQUEST

HUTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HUTH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

HUTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

HUTH, TRICIA
ADDRESS AVAILABLE UPON REQUEST

HUTHEESING, MIRAI
ADDRESS AVAILABLE UPON REQUEST

HUTMACHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUTNICK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUTNIK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUTSLAR, JENN
ADDRESS AVAILABLE UPON REQUEST

HUTSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

HUTSON, HARRY
ADDRESS AVAILABLE UPON REQUEST

HUTSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

HUTSON, KATY
ADDRESS AVAILABLE UPON REQUEST

HUTSON, LACEY
ADDRESS AVAILABLE UPON REQUEST

HUTSON, TOM
ADDRESS AVAILABLE UPON REQUEST

HUTTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUTTENLOCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HUTTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

HUTTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

HUTTERER, MAILE
ADDRESS AVAILABLE UPON REQUEST

HUTTO, CARA LEAH
ADDRESS AVAILABLE UPON REQUEST

HUTTO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUTTO, SARA
ADDRESS AVAILABLE UPON REQUEST

HUTTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

HUTTON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

HUTTON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

HUTTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

HUTTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

HUTTON, GAIL
ADDRESS AVAILABLE UPON REQUEST

HUTTON, GRANT
ADDRESS AVAILABLE UPON REQUEST

HUTTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HUTTON, JINNELLE
ADDRESS AVAILABLE UPON REQUEST

HUTTON, JON
ADDRESS AVAILABLE UPON REQUEST

HUTTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

HUTTON, MANDY
ADDRESS AVAILABLE UPON REQUEST

HUTTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HUTTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

HUTTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

HUTTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUTZEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

HUTZLEY, TORI
ADDRESS AVAILABLE UPON REQUEST

HUU-BANG QUANG NGUYEN
ADDRESS AVAILABLE UPON REQUEST

HUVER, CARLY
ADDRESS AVAILABLE UPON REQUEST

HUWA, KIRBIE
ADDRESS AVAILABLE UPON REQUEST

HUWAR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

HUXFORD, DIANE
ADDRESS AVAILABLE UPON REQUEST

HUXLEY, ASHLEY ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

HUXLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

HUXTER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

HUY QUOC VO
ADDRESS AVAILABLE UPON REQUEST

HUYEN NGUYEN
ADDRESS AVAILABLE UPON REQUEST

HUYGE, LOUISA
ADDRESS AVAILABLE UPON REQUEST

HUYNH, ANH
ADDRESS AVAILABLE UPON REQUEST

HUYNH, DUC
ADDRESS AVAILABLE UPON REQUEST

HUYNH, HONGCHAU
ADDRESS AVAILABLE UPON REQUEST

HUYNH, JASMINE
ADDRESS AVAILABLE UPON REQUEST

HUYNH, KENZIE
ADDRESS AVAILABLE UPON REQUEST

HUYNH, LUCIA
ADDRESS AVAILABLE UPON REQUEST

HUYNH, QUI
ADDRESS AVAILABLE UPON REQUEST

HUYS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

HUYVAERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

HV 401K TRUST
ADDRESS AVAILABLE UPON REQUEST

HVEEM, AUDREY
ADDRESS AVAILABLE UPON REQUEST

HWA, ANNA
ADDRESS AVAILABLE UPON REQUEST

HWANG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

HWANG, DAVID
ADDRESS AVAILABLE UPON REQUEST

HWANG, DUKE
ADDRESS AVAILABLE UPON REQUEST

HWANG, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

HWANG, GRACE
ADDRESS AVAILABLE UPON REQUEST

HWANG, HAE SEUNG
ADDRESS AVAILABLE UPON REQUEST

HWANG, HEE JUNG
ADDRESS AVAILABLE UPON REQUEST

HWANG, JOOMIN
ADDRESS AVAILABLE UPON REQUEST

HWANG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

HWANG, MIMI
ADDRESS AVAILABLE UPON REQUEST

HWANG, SANGAH
ADDRESS AVAILABLE UPON REQUEST

HWANG, SONG EUN
ADDRESS AVAILABLE UPON REQUEST

HWANG, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

HWANGBO, HANNA
ADDRESS AVAILABLE UPON REQUEST

HYAMS, EMMA
ADDRESS AVAILABLE UPON REQUEST

HYATT
ADDRESS UNAVAILABLE AT TIME OF FILING

HYATT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

HYATT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

HYATT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

HYATT, DAWN
ADDRESS AVAILABLE UPON REQUEST

HYATT, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

HYATT, JOHN
ADDRESS AVAILABLE UPON REQUEST

HYATT, JULIE
ADDRESS AVAILABLE UPON REQUEST

HYATT, MONA
ADDRESS AVAILABLE UPON REQUEST

HYATT, STEPHANI
ADDRESS AVAILABLE UPON REQUEST

HYBEL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

HYBRID FINANCIAL LTD
40 KING ST WEST, STE 1700
ON
TORONTO, ON  M5H 3Y2
CANADA

HYCHE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HYDE, AARON
ADDRESS AVAILABLE UPON REQUEST

HYDE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

HYDE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

HYDE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

HYDE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

HYDE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

HYDE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HYDE, LEIA
ADDRESS AVAILABLE UPON REQUEST

HYDE, LIZA AND ANDY
ADDRESS AVAILABLE UPON REQUEST

HYDE, NICO
ADDRESS AVAILABLE UPON REQUEST

HYDER, CARLY
ADDRESS AVAILABLE UPON REQUEST

HYDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

HYDRUSKO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

HYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HYINK, JON
ADDRESS AVAILABLE UPON REQUEST

HYJACK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

HYLAND, ALISON
ADDRESS AVAILABLE UPON REQUEST

HYLAND, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

HYLAND, JAHKEERA
ADDRESS AVAILABLE UPON REQUEST

HYLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HYLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

HYLAND, JON
ADDRESS AVAILABLE UPON REQUEST

HYLAND, KATIE
ADDRESS AVAILABLE UPON REQUEST

HYLAND, MARISSA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| HYLAND, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST | HYLAS, RACHEL<br>ADDRESS AVAILABLE UPON REQUEST | HYLE, JONI<br>ADDRESS AVAILABLE UPON REQUEST |
| HYLER, WEST<br>ADDRESS AVAILABLE UPON REQUEST | HYLTON, ERICA<br>ADDRESS AVAILABLE UPON REQUEST | HYLTON, KAREN<br>ADDRESS AVAILABLE UPON REQUEST |
| HYLTON, KEVIN<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, ALLISON<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, ANNA<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMAN, ASHTON<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, BARRY<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, CATHY<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMAN, DANNI<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, DEBBIE<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMAN, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, JEN<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, KATIE<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMAN, KATY<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, LINDSAY<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, MARA<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMAN, SANTITA<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, STACI<br>ADDRESS AVAILABLE UPON REQUEST | HYMAN, TEVON<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMEL, BRANDI<br>ADDRESS AVAILABLE UPON REQUEST | HYMEL, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST | HYMEL, SAMANTHA<br>ADDRESS AVAILABLE UPON REQUEST |
| HYMES, THERESA<br>ADDRESS AVAILABLE UPON REQUEST | HYNCIK, MICHELLE<br>ADDRESS AVAILABLE UPON REQUEST | HYNDMAN, ELAINE<br>ADDRESS AVAILABLE UPON REQUEST |

HYNDS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

HYNES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

HYNES, AMBER
ADDRESS AVAILABLE UPON REQUEST

HYNES, ANNIE
ADDRESS AVAILABLE UPON REQUEST

HYNES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

HYNES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

HYNES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

HYNES, KENNA
ADDRESS AVAILABLE UPON REQUEST

HYNES, MADISON
ADDRESS AVAILABLE UPON REQUEST

HYNES, OLGA
ADDRESS AVAILABLE UPON REQUEST

HYPEBEAST HONG KONG LIMITED
10/F, KC 100, 100 KWAI CHEONG ROAD
KWAI CHUNG
HONG KONG
CHINA

HYPES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

HYPKE, ERIC
ADDRESS AVAILABLE UPON REQUEST

HYPKE, ERIC
ADDRESS AVAILABLE UPON REQUEST

HYPOLITE, TOSHA
ADDRESS AVAILABLE UPON REQUEST

HYRE, ALLY
ADDRESS AVAILABLE UPON REQUEST

HYSELL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

HYSELL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

HYSKELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

HYSON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

HYTHA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

HYTOWER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

HYZY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

HYZY, IAN
ADDRESS AVAILABLE UPON REQUEST

I BARKSDALE, DANTE
ADDRESS AVAILABLE UPON REQUEST

I GUZMAN, GISELLE
ADDRESS AVAILABLE UPON REQUEST

I LOVE LA TERMINAL
ADDRESS UNAVAILABLE AT TIME OF FILING

I WORKMAN, DELANEY
ADDRESS AVAILABLE UPON REQUEST

I, GAYLE
ADDRESS AVAILABLE UPON REQUEST

I, YVETTE
ADDRESS AVAILABLE UPON REQUEST

IA DEPARTMENT OF REVENUE
1305 E WALNUT ST FOURTH FLOOR, 0107
DES MOINES, IA  50319

IACCARINO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

IACCARINO, EMILY
ADDRESS AVAILABLE UPON REQUEST

IACHETTI, JENNA
ADDRESS AVAILABLE UPON REQUEST

IACOBONE, ANTONELLA
ADDRESS AVAILABLE UPON REQUEST

IACOBUCCI, EVELYN
ADDRESS AVAILABLE UPON REQUEST

IACONELLI, TERESA
ADDRESS AVAILABLE UPON REQUEST

IACONIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

IACOVAZZI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

IACOVELLI, LOREDANA
ADDRESS AVAILABLE UPON REQUEST

IACOVINO, KYLE
ADDRESS AVAILABLE UPON REQUEST

IACOZZI, ERICA
ADDRESS AVAILABLE UPON REQUEST

IADEVAIA, MIKE
ADDRESS AVAILABLE UPON REQUEST

IAFFALDANO, LAURA
ADDRESS AVAILABLE UPON REQUEST

IAGUCZESKI, CAMILA
ADDRESS AVAILABLE UPON REQUEST

IAKOVLEVA, YULIA
ADDRESS AVAILABLE UPON REQUEST

IAMMARINO, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

IAMMATTEO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

IAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

IAN ARMAND GAMMARINO
ADDRESS AVAILABLE UPON REQUEST

IAN BROWN
ADDRESS AVAILABLE UPON REQUEST

IAN CARR
ADDRESS AVAILABLE UPON REQUEST

IAN CLARKE
ADDRESS AVAILABLE UPON REQUEST

IAN CORNELL
ADDRESS AVAILABLE UPON REQUEST

IAN FLYNN
ADDRESS AVAILABLE UPON REQUEST

IAN KIM
ADDRESS AVAILABLE UPON REQUEST

IAN LINDSAY
ADDRESS AVAILABLE UPON REQUEST

IAN MURPHY
ADDRESS AVAILABLE UPON REQUEST

IAN PHILPOT
ADDRESS AVAILABLE UPON REQUEST

IAN STEWART
ADDRESS AVAILABLE UPON REQUEST

IAN W WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

IANACONE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

IANG, VAN
ADDRESS AVAILABLE UPON REQUEST

IANIERI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

IANNACONE, ALBERT
ADDRESS AVAILABLE UPON REQUEST

IANNACONE, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

IANNACONE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

IANNICELLI, RAY
ADDRESS AVAILABLE UPON REQUEST

IANNICIELLO, RAFFAELA
ADDRESS AVAILABLE UPON REQUEST

IANNIELLO, PETER
ADDRESS AVAILABLE UPON REQUEST

IANNONE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

IANNONE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

IANNOTTA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

IANNOTTI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

IANNUCCI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

IANNUCCI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

IANNUZZI, KATHIE
ADDRESS AVAILABLE UPON REQUEST

IANOS, CARISSA
ADDRESS AVAILABLE UPON REQUEST

IANOVALE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

IAQUINTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IAQUINTO, GENA
ADDRESS AVAILABLE UPON REQUEST

IARIA, SARAH
ADDRESS AVAILABLE UPON REQUEST

IARIA, TRACY
ADDRESS AVAILABLE UPON REQUEST

IAROSSI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

IASELLO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IATAROLA, DEVEN
ADDRESS AVAILABLE UPON REQUEST

IATAROLA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

IBANEZ, LARA
ADDRESS AVAILABLE UPON REQUEST

IBANEZ, MARITZA
ADDRESS AVAILABLE UPON REQUEST

IBANEZ, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

IBARGUEN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

IBARRA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

IBARRA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

IBARRA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

IBARRA, EDGY
ADDRESS AVAILABLE UPON REQUEST

IBARRA, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

IBARRA, JOSE
ADDRESS AVAILABLE UPON REQUEST

IBARRA, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

IBARRA, MELINDA
ADDRESS AVAILABLE UPON REQUEST

IBARRA, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

IBASCO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IBBERSON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

IBBOTSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

IBC CUSTOMS BROKERAGE, INC
152-01 ROCKAWAY BLVD
JAMAICA, NY  11434

IBC CUSTOMS BROKERAGE, INC
JFK AIRPORT STATION
P.O. BOX 301023
JAMAICA, NY  11430

IBER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

IBIEBELE, ABIYE
ADDRESS AVAILABLE UPON REQUEST

IBINARRIAGA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

IBOTTA, INC.
1800 CALIFORNIA ST SUITE 400
DENVER, CO  80202

IBOURK, MARIAM
ADDRESS AVAILABLE UPON REQUEST

IBRAHIM ERHAN BILICI
ADDRESS AVAILABLE UPON REQUEST

IBRAHIM, JULIE
ADDRESS AVAILABLE UPON REQUEST

IBRAHIM, SAMIR
ADDRESS AVAILABLE UPON REQUEST

IBSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

ICABONE, JENNY
ADDRESS AVAILABLE UPON REQUEST

ICE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ICHANDLER-BERRY, BECKY
ADDRESS AVAILABLE UPON REQUEST

ICHIKAWA, JUNKO
ADDRESS AVAILABLE UPON REQUEST

ICHIOKA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ICKES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ICKES, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ICLOUD
ADDRESS UNAVAILABLE AT TIME OF FILING

ICONIC WINES, LLC
323 SAINT MARKS AVE APT 2R
BROOKLYN, NY 11238

ICONIC WINES, LLC
75 CHAMBERS ST, STE 6
NEW YORK, NY 10007

ICONIC WINES, LLC
I75 CHAMBERS, ST STE 6
NEW YORK, NY 10007

ICR OPCO, LLC
761 MAIN AVE
NORWALK, CT 06851

ICR, LLC
ATTN: JOHN SORENSEN
761 MAIN AVENUE
NORWALK, CT 06851

ICSO, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

ID.ME INC
8281 GREENSBORO DRIVE SUITE 600
MC LEAN, VA 22102

IDA STARK
ADDRESS AVAILABLE UPON REQUEST

IDAHO DEPARTMENT OF FINANCE
SECURITIES BUREAU
800 PARK BLVD., STE 200
BOISE, ID 83712

IDAHO DEPT OF LABOR
317 W. MAIN ST
BOISE, ID 83735

IDAHO STATE LIQUOR DISPENSARY
IDAHO STATE LIQUOR DIVISION
ADMINISTRATIVE OFFICE
1349 E. BEECHCRAFT CT.
BOISE, ID 83716

IDAHO STATE TAX COMMISSION
1118 "F" ST
PO BOX 1014
LEWISTON, ID 83501

IDAHO STATE TAX COMMISSION
150 SHOUP AVE
STE 16
IDAHO FALLS, ID 83402

IDAHO STATE TAX COMMISSION
1910 NORTHWEST BLVD
STE 100
COEUR DALENE, ID 83814

IDAHO STATE TAX COMMISSION
440 FALLS AVE
TWIN FALLS, ID 83301

IDAHO STATE TAX COMMISSION
611 WILSON AVE
STE 5704
POCATELLO, ID 83201

IDAHO STATE TAX COMMISSION
800 PARK BLVD., PLAZA IV
BOISE, ID 83722-0410

IDAHO STATE TAX COMMISSION
PO BOX 76
BOISE, ID 83707-0076

IDAHO WINE MERCHANT OF IDAHO
5103 N. SWAYER AVE
GARDEN CITY, ID 83714

IDAHO WINE MERCHANT
5311 N GLENWOOD ST
GARDEN CITY, ID 83714

IDDHIBHAKDIBONGSE, WORA
ADDRESS AVAILABLE UPON REQUEST

IDDINGS ELECTRIC INC
325 C WEST MAIN STREET
NEW HOLLAND, PA 17557

IDEAL IMAGE PRINTING
2369 S TRENTON WAY UNIT A
DENVER, CO 80231

IDEALIST INDUSTRIES INC
231 S CITRUS AVE
LOS ANGELES, CA 90036

IDELSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

IDEMA, CORRINE
ADDRESS AVAILABLE UPON REQUEST

IDEMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

IDHE, ALEA
ADDRESS AVAILABLE UPON REQUEST

IDIVIDE LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

IDLAND, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

IDLER, TAMMI
ADDRESS AVAILABLE UPON REQUEST

IDOLOGY, INC.
2018 POWERS FERRY RD SE STE 720
ATLANTA, GA  30339

IDOWU, ADEMOLA
ADDRESS AVAILABLE UPON REQUEST

IDRIVE INTERACTIVE, LLC. (IDRIVE)
3909 HARTZDALE DR. SUITE 907
CAMP HILL, PA  17011

IDROOS, MARIHAH
ADDRESS AVAILABLE UPON REQUEST

IDROVO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

IDROVO, XAVIER
ADDRESS AVAILABLE UPON REQUEST

IE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

IEDEMA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

IEMOLO, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

IERACE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

IERARDI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

IERARDI, KATRINA
ADDRESS AVAILABLE UPON REQUEST

IETTA, STELLA
ADDRESS AVAILABLE UPON REQUEST

IFE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

IFEKAM, OWOADE
ADDRESS AVAILABLE UPON REQUEST

IFFT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

IFILL, DAWN
ADDRESS AVAILABLE UPON REQUEST

IFILL-FORBES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

IFONLY
ADDRESS UNAVAILABLE AT TIME OF FILING

IG TRUE GRIT PARENT HOLDINGS, INC.
(DBA INSIGHT GLOBAL, LLC)
1224 HAMMOND DRIVE STE 1500
DUNWOODY, GA  30346

IGARTA, SETH
ADDRESS AVAILABLE UPON REQUEST

IGC EVENTS, LLC
3849 26TH ST
SAN FRANCISCO, CA  94131

IGER, AMY
ADDRESS AVAILABLE UPON REQUEST

IGIRANEZA, AIME BIENFAIT
ADDRESS AVAILABLE UPON REQUEST

IGLEHEART, HARFORD
ADDRESS AVAILABLE UPON REQUEST

IGLEHEART, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

IGLER, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

IGLESIAS, GABY
ADDRESS AVAILABLE UPON REQUEST

IGLESIAS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

IGLINSKY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

IGNACIO CRISOSTO
ADDRESS AVAILABLE UPON REQUEST

IGNACIO SPALTRO
ADDRESS AVAILABLE UPON REQUEST

IGNACIO TEJERA
ADDRESS AVAILABLE UPON REQUEST

IGNACIO, DANNI
ADDRESS AVAILABLE UPON REQUEST

IGNACIO, LYDIA
ADDRESS AVAILABLE UPON REQUEST

IGNASKY, JESS
ADDRESS AVAILABLE UPON REQUEST

IGNATIUS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

IGNELZI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

IGNITE OPM LLC
2000 S. COLORADO BLVD. T1-7000
DENVER, CO  80222

IGNOFFO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

IGNOFFO, TERRI
ADDRESS AVAILABLE UPON REQUEST

IGO, CODY
ADDRESS AVAILABLE UPON REQUEST

IGO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

IGO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

IGOE, ANNE
ADDRESS AVAILABLE UPON REQUEST

IGORS LAVRINOVICS
ADDRESS AVAILABLE UPON REQUEST

IGUCHI, MARK
ADDRESS AVAILABLE UPON REQUEST

IHC CALIFORNIA LLC
6620 SOUTHPOINT DRIVE SOUTH SUITE 230
JACKSONVILLE, FL  32216

IHDE, BERNDADETTE
ADDRESS AVAILABLE UPON REQUEST

IHLE, KIM
ADDRESS AVAILABLE UPON REQUEST

IHLENFELD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

IHONDE, OMOIKHEFE
ADDRESS AVAILABLE UPON REQUEST

IHOP
ADDRESS UNAVAILABLE AT TIME OF FILING

IJAMS, DONALD
ADDRESS AVAILABLE UPON REQUEST

IKASALO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IKE, HAMPTON
ADDRESS AVAILABLE UPON REQUEST

IKEA
ADDRESS UNAVAILABLE AT TIME OF FILING

IKECHUKWU CHARLES NWABUOBI
ADDRESS AVAILABLE UPON REQUEST

IKEDA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

IKEDA, JASMINE
ADDRESS AVAILABLE UPON REQUEST

IKEDA, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

IKEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

IKLODI, LANA
ADDRESS AVAILABLE UPON REQUEST

IKONICFOX LLC
4441 SIX FORKS RD STE 106-242
RALEIGH, NC  27609

IKU, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

IL ALCOHOL,TOBACCO AND FUEL DIVISION
101 W JEFFERSON ST
SPRINGFIELD, IL  62702

IL CHICAGO DEPT OF FINANCE
33 N. LASALLE, SUITE 700
CHICAGO, IL  60602

IL DEPT OF REVENUE
PO BOX 19041
SPRINGFIELD, IL  62794-9041

IL FORNAIO
ADDRESS UNAVAILABLE AT TIME OF FILING

ILAG, DAVE
ADDRESS AVAILABLE UPON REQUEST

ILAN BARIL
1727 PEARL  307
DENVER, CO  80203

ILAN ELKOBI
ADDRESS AVAILABLE UPON REQUEST

ILANA VENDRYES
ADDRESS AVAILABLE UPON REQUEST

ILANO, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

ILARIA, PETER
ADDRESS AVAILABLE UPON REQUEST

ILDERTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ILEANA GONZALEZ, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

ILER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ILGENFRITZ, KYLE
ADDRESS AVAILABLE UPON REQUEST

ILGNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ILIEV, ILIAN
ADDRESS AVAILABLE UPON REQUEST

ILJAZI, TANYA
ADDRESS AVAILABLE UPON REQUEST

ILKO, ROB
ADDRESS AVAILABLE UPON REQUEST

ILLGEN, DR. RICHARD
ADDRESS AVAILABLE UPON REQUEST

ILLIANO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ILLIANO, TARA
ADDRESS AVAILABLE UPON REQUEST

ILLIG, AUBREY
ADDRESS AVAILABLE UPON REQUEST

ILLINOIS DEPT OF LABOR
900 SOUTH SPRING STREET
SPRINGFIELD, IL 62704

ILLINOIS DEPT OF LABOR
MICHAEL A. BILANDIC BLDG
160 N. LA SALLE STREET
C-1300
CHICAGO, IL 60601

ILLINOIS DEPT OF REVENUE
15 EXECUTIVE DR STE 2
FAIRVIEW HEIGHTS, IL 62208-1331

ILLINOIS DEPT OF REVENUE
200 S WYMAN ST
ROCKFORD, IL 61101

ILLINOIS DEPT OF REVENUE
2309 W MAIN ST STE 114
MARION, IL 62959-1196

ILLINOIS DEPT OF REVENUE
JAMES R. THOMPSON CTR - CONCOURSE
LVL
100 W RANDOLPH ST
CHICAGO, IL 60601-3274

ILLINOIS DEPT OF REVENUE
MAINE N REGIONAL BLDG
9511 HARRISON AVE
DES PLAINES, IL 60016-1563

ILLINOIS DEPT OF REVENUE
WILLARD ICE BLDG
101 W JEFFERSON ST.
SPRINGFIELD, IL 62702

ILLINOIS LIQUOR CONTROL COMMISSION
300 W. JEFFERSON ST, SUITE 300
SPRINGFIELD, IL 62702

ILLINOIS LIQUOR CONTROL COMMISSION
50 W. WASHINGTON ST, SUITE 209
CHICAGO, IL 60602

ILLINOIS LIQUOR CONTROL COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

ILLINOIS SECURITIES DEPARTMENT
421 E. CAPITOL AVE.
2ND FLOOR
SPRINGFIELD, IL 62701

ILLION, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ILLUM, BETSIE
ADDRESS AVAILABLE UPON REQUEST

ILLYNE MICHEL
ADDRESS AVAILABLE UPON REQUEST

ILNICKI, ANDRIANA
ADDRESS AVAILABLE UPON REQUEST

ILNITZKI, ZAK
ADDRESS AVAILABLE UPON REQUEST

ILORI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ILSE, KADE
ADDRESS AVAILABLE UPON REQUEST

ILSLEY, JEFF
ADDRESS AVAILABLE UPON REQUEST

ILTZSCH, COREY
ADDRESS AVAILABLE UPON REQUEST

ILUNGA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

ILYAS, MOE
ADDRESS AVAILABLE UPON REQUEST

ILYAS, MOHAMMED
ADDRESS AVAILABLE UPON REQUEST

IM, KEYLIN
ADDRESS AVAILABLE UPON REQUEST

IMA OF COLORADO, INC.
1550 17TH ST 600
DENVER, CO 80202

IMADA, JULIE
ADDRESS AVAILABLE UPON REQUEST

IMAGAWA, SAYAKA
ADDRESS AVAILABLE UPON REQUEST

IMAGE SUCCESS BY MALLORY, LTD.
5N195 FOX WILDS CT.
ST. CHARLES, IL 60175

IMAGE360 SOUTH BAY
363 CORAL CIRCLE EL
SEGUNDO, CA 90245

IMAGINIT
ADDRESS UNAVAILABLE AT TIME OF FILING

IMAMOTO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

IMARS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

IMBER, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

IMBIBE MEDIA, INC.
1001 SE WATER AVE. STE 285
PORTLAND, OR  97214

IMBREY, TYLER
ADDRESS AVAILABLE UPON REQUEST

IMBRIACO, JANINE
ADDRESS AVAILABLE UPON REQUEST

IMBURGIA, PAIGE
ADDRESS AVAILABLE UPON REQUEST

IMCHEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

IMERGOOT, ERICA
ADDRESS AVAILABLE UPON REQUEST

IMES, EMMA
ADDRESS AVAILABLE UPON REQUEST

IMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

IMHOF, ANDREW
ADDRESS AVAILABLE UPON REQUEST

IMHOF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

IMHOFF, REGINA
ADDRESS AVAILABLE UPON REQUEST

IMHOFF, TRENTON
ADDRESS AVAILABLE UPON REQUEST

IMIOLO, ADAM
ADDRESS AVAILABLE UPON REQUEST

IMMEL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

IMMEL, VALORY
ADDRESS AVAILABLE UPON REQUEST

IMMELMAN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

IMMERFALL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

IMMORDINO, IDA
ADDRESS AVAILABLE UPON REQUEST

IMNADZE, CASEY
ADDRESS AVAILABLE UPON REQUEST

IMOBERSTEG, LISA
ADDRESS AVAILABLE UPON REQUEST

IMPACT TECH, INC.
223 EAST DE LA GUERRA
ALYSSA HROMADADAY, PRESIDENT
SANTA BARBARA, CA  93101

IMPACT TECH, INC.
223 EAST DE LA GUERRA
SANTA BARBARA, CA  93101

IMPARL, ALBERT
ADDRESS AVAILABLE UPON REQUEST

IMPASTATO, KATIE
ADDRESS AVAILABLE UPON REQUEST

IMPELMAN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

IMPERATI, GINA
ADDRESS AVAILABLE UPON REQUEST

IMPERI, MARCY
ADDRESS AVAILABLE UPON REQUEST

IMPERI, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

IMPERIAL PARKING INDUSTRIES INC.
6404 WILSHIRE BOULEVARD STE. 1250
LOS ANGELES, CA 90048

IMPERIAL PARTY RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

IMPERIALE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

IMPINK, RYAN
ADDRESS AVAILABLE UPON REQUEST

IMPROGO, MAREINA
ADDRESS AVAILABLE UPON REQUEST

IMRU, LUCY
ADDRESS AVAILABLE UPON REQUEST

IMSAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

IMSON, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

IMTIAZ ISHAHAK
ADDRESS AVAILABLE UPON REQUEST

IMTIAZUDDIN, OMER
ADDRESS AVAILABLE UPON REQUEST

IMUS, NEIL
ADDRESS AVAILABLE UPON REQUEST

IN AFFORDABLE LOCK AND SECURITY
ADDRESS UNAVAILABLE AT TIME OF FILING

IN DEPT OF REVENUE
P.O. BOX 7224
INDIANAPOLIS, IN 46207-7224

IN FINE SPIRITS
ADDRESS UNAVAILABLE AT TIME OF FILING

IN HOME INSTALLATION SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

IN MONKEY BUSINESS LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

IN&OUT
ADDRESS UNAVAILABLE AT TIME OF FILING

IN, CHIHOON
ADDRESS AVAILABLE UPON REQUEST

IN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

INA SHUMAKER
ADDRESS AVAILABLE UPON REQUEST

INABINET, ANDREA
ADDRESS AVAILABLE UPON REQUEST

INBODY, ANNA
ADDRESS AVAILABLE UPON REQUEST

INBOXDOLLARS, INC
COTTERWEB ENTERPRISES, INC
1295 NORTHLAND DRIVE SUITE 300
MENDOTA HEIGHTS, MN 55120

INC 5000
ADDRESS UNAVAILABLE AT TIME OF FILING

INC MAGAZINE
ADDRESS UNAVAILABLE AT TIME OF FILING

INC SAC
ADDRESS UNAVAILABLE AT TIME OF FILING

INC., MAXIMUS
ADDRESS AVAILABLE UPON REQUEST

INCE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

INCERA, RAUL
ADDRESS AVAILABLE UPON REQUEST

INCHAUSPE, GREG
ADDRESS AVAILABLE UPON REQUEST

INCHAUSTE, ANGELLI R.
ADDRESS AVAILABLE UPON REQUEST

INCLAN, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

INCONTACT, INC.
7730 SO. UNION PARK AVE. SUITE 500
MIDVALE, UT  84047

INCONTACT, INC.
PO BOX 410468
SALT LAKE CITY, UT  84141

INCONTRERA, BROOKE
ADDRESS AVAILABLE UPON REQUEST

INCONTRO, CARLET
ADDRESS AVAILABLE UPON REQUEST

INCORP SERVICES, INC
3773 HOWARD HUGHES PKWY, STE 500S
LAS VEGAS, NV  89169-6014

INCORP SERVICES, INC
PO BOX 94438
LAS VEGAS, NV  89193-4438

INCREMONA, SEAN
ADDRESS AVAILABLE UPON REQUEST

INDA, KERRI
ADDRESS AVAILABLE UPON REQUEST

INDA, TAIECE
ADDRESS AVAILABLE UPON REQUEST

INDACOCHEA, JAQUELINE
ADDRESS AVAILABLE UPON REQUEST

INDE, ZINTIS
ADDRESS AVAILABLE UPON REQUEST

INDEED
ADDRESS UNAVAILABLE AT TIME OF FILING

INDELLICATI, AMY
ADDRESS AVAILABLE UPON REQUEST

INDEN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

INDEPENDENT TAXI
ADDRESS UNAVAILABLE AT TIME OF FILING

INDERMILL, MARK
ADDRESS AVAILABLE UPON REQUEST

INDIA GANTS
5353 SAN VICENTE BLVD APT 28
LOS ANGELES, CA  90019

INDIA JONES
ADDRESS AVAILABLE UPON REQUEST

INDIANA BUSINESS ENTITY
ADDRESS UNAVAILABLE AT TIME OF FILING

INDIANA DEPARTMENT OF LABOR
402 W. WASHINGTON ST
ROOM W195
INDIANAPOLIS, IN  46204

INDIANA DEPT OF REVENUE
100 EXECUTIVE DR STE B
LAFAYETTE, IN  47905

INDIANA DEPT OF REVENUE
100 N SENATE IGCN
RM N105
INDIANAPOLIS, IN  46204

INDIANA DEPT OF REVENUE
105 E JEFFERSON BLVD STE 350
SOUTH BEND, IN  46601

INDIANA DEPT OF REVENUE
117 E SUPERIOR ST
KOKOMO, IN  46901

INDIANA DEPT OF REVENUE
1200 MADISON ST STE E
CLARKSVILLE, IN  47131

INDIANA DEPT OF REVENUE
1411 E 85TH AVE
MERRILLVILLE, IN  46410

INDIANA DEPT OF REVENUE
1415 MAGNAVOX WAY STE 100
FT WAYNE, IN  46804

INDIANA DEPT OF REVENUE
30 N 8TH ST 3RD FL
TERRE HAUTE, IN  47807

INDIANA DEPT OF REVENUE
3520 TWO MILE HOUSE RD
COLUMBUS, IN  47201

INDIANA DEPT OF REVENUE
3640 N BRIARWOOD LN STE 5
MUNCIE, IN  47304

INDIANA DEPT OF REVENUE
414 LANDMARK AVE
BLOOMINGTON, IN  47403

INDIANA DEPT OF REVENUE
500 S GREEN RIVER RD
STE 202, GOODWILL BLDG
EVANSVILLE, IN  47715

INDIANA SECRETARY OF STATE
ADDRESS UNAVAILABLE AT TIME OF FILING

INDIANA SECURITIES DIVISION
302 WEST WASHINGTON STREET
ROOM E111
INDIANAPOLIS, IN  46204

INDIANO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

INDIE GYPSIE, INC
920 CENTRAL AVENUE UNIT 104
RIVERSIDE, CA  92507

INDOR ALC
ADDRESS UNAVAILABLE AT TIME OF FILING

INDORF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

INDRANIL SENGUPTA
ADDRESS AVAILABLE UPON REQUEST

INDRIDASON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

INDRIOLO, EMILY
ADDRESS AVAILABLE UPON REQUEST

INDURU, VIKRANTH
ADDRESS AVAILABLE UPON REQUEST

INDUS INSIGHTS AND ANALYTICAL
SERVICES PVT. LTD.
805, TOWER A, SPAZE TECHPARK, SOHNA
ROAD
GURGAON  122002
INDIA

INDUSTRIAL COMMISSION OF ARIZONA
800 W. WASHINGTON ST
PHOENIX, AZ  85007

INDUSTRIES, GOBIUS
ADDRESS AVAILABLE UPON REQUEST

INDVIK, KATIE
ADDRESS AVAILABLE UPON REQUEST

INDYKE, AMY
ADDRESS AVAILABLE UPON REQUEST

INES NAOUALI
ADDRESS AVAILABLE UPON REQUEST

INES, PALOMA
ADDRESS AVAILABLE UPON REQUEST

INESON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

INFALT, JARRAD
ADDRESS AVAILABLE UPON REQUEST

INFALT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

INFANTE, ANTHONY J
ADDRESS AVAILABLE UPON REQUEST

INFANTE, JADE
ADDRESS AVAILABLE UPON REQUEST

INFANTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

INFANTE, PAUL
ADDRESS AVAILABLE UPON REQUEST

INFANTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

INFANTE, SHANELLE
ADDRESS AVAILABLE UPON REQUEST

INFANTINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

INFANTINO, KEIFFER
ADDRESS AVAILABLE UPON REQUEST

INFARINATO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

INFINISOURCE
ADDRESS UNAVAILABLE AT TIME OF FILING

INFINITE MONKEY THEOREM
ADDRESS UNAVAILABLE AT TIME OF FILING

INFLIGHT WI-FI
ADDRESS UNAVAILABLE AT TIME OF FILING

INFLUENCER RESPONSE
701 WEST BEECH STREET 2106
SAN DIEGO, CA 92101

INFLUINT
5609 JEFFERSON STREET STE 408
WEST NEW YORK, NJ 07093

INFORMATION AND COMPUTING SERVICES,
INC
3563 PHILIPS HIGHWAY SUITE F-601
JACKSONVILLE, FL 32207

INFUSIONSOFT
ADDRESS UNAVAILABLE AT TIME OF FILING

ING, JOANN
ADDRESS AVAILABLE UPON REQUEST

INGALLS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

INGALLS, EARL
ADDRESS AVAILABLE UPON REQUEST

INGALLS, GORDON
ADDRESS AVAILABLE UPON REQUEST

INGALLS, NANCY
ADDRESS AVAILABLE UPON REQUEST

INGE, CORI
ADDRESS AVAILABLE UPON REQUEST

INGENITA, AMBER
ADDRESS AVAILABLE UPON REQUEST

INGENITO, ALEX
ADDRESS AVAILABLE UPON REQUEST

INGERMAN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

INGERSOLL, CALEB
ADDRESS AVAILABLE UPON REQUEST

INGERSOLL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

INGERSOLL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

INGERSON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

INGHAM, LISA
ADDRESS AVAILABLE UPON REQUEST

INGHAM, RYLIE
ADDRESS AVAILABLE UPON REQUEST

INGHRAM, MEGAN
ADDRESS AVAILABLE UPON REQUEST

INGIOSI, PAUL
ADDRESS AVAILABLE UPON REQUEST

INGKAVET, STEVE
ADDRESS AVAILABLE UPON REQUEST

INGLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

INGLEBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

INGLES, MARK
ADDRESS AVAILABLE UPON REQUEST

INGLESE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

INGLETT, MADISON
ADDRESS AVAILABLE UPON REQUEST

INGLIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

INGLIS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

INGMANSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

INGOLD, BRIE
ADDRESS AVAILABLE UPON REQUEST

INGOLD, TRACE
ADDRESS AVAILABLE UPON REQUEST

INGRAHAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

INGRAHAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

INGRAHAM, ROBIN
ADDRESS AVAILABLE UPON REQUEST

INGRAHAM, STEVEN
ADDRESS AVAILABLE UPON REQUEST

INGRAM, ALI
ADDRESS AVAILABLE UPON REQUEST

INGRAM, ALLISON
ADDRESS AVAILABLE UPON REQUEST

INGRAM, ANTWON
ADDRESS AVAILABLE UPON REQUEST

INGRAM, CHERICE
ADDRESS AVAILABLE UPON REQUEST

INGRAM, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

INGRAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

INGRAM, IAN
ADDRESS AVAILABLE UPON REQUEST

INGRAM, JASON
ADDRESS AVAILABLE UPON REQUEST

INGRAM, JOSH
ADDRESS AVAILABLE UPON REQUEST

INGRAM, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

INGRAM, LANEY
ADDRESS AVAILABLE UPON REQUEST

INGRAM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

INGRAM, LEAH
ADDRESS AVAILABLE UPON REQUEST

INGRAM, LISA
ADDRESS AVAILABLE UPON REQUEST

INGRAM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

INGRAM, MAX
ADDRESS AVAILABLE UPON REQUEST

INGRAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

INGRAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

INGRAM, SHAWNTORIA
ADDRESS AVAILABLE UPON REQUEST

INGRAM, SHELBY
ADDRESS AVAILABLE UPON REQUEST

INGRAM, SIERRA
ADDRESS AVAILABLE UPON REQUEST

INGRAM, STACEY
ADDRESS AVAILABLE UPON REQUEST

INGRAM, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

INGRASCI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

INGRID AYAYDIN
ADDRESS AVAILABLE UPON REQUEST

INGRID KATHLEEN MAUDLIN
ADDRESS AVAILABLE UPON REQUEST

INGRID LYNNEA BROCHARD
ADDRESS AVAILABLE UPON REQUEST

INGRID SUTHERLAND
ADDRESS AVAILABLE UPON REQUEST

INGRISANO, NOELLE
ADDRESS AVAILABLE UPON REQUEST

INGRISANO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

INGWERSEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

INIGUEZ, GLADIS
ADDRESS AVAILABLE UPON REQUEST

INJAYCHOCK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

INK SACK
ADDRESS UNAVAILABLE AT TIME OF FILING

INK TECHNOLOGIES
ADDRESS UNAVAILABLE AT TIME OF FILING

INK
BLACKBURN HOUSE, BLACKBURN ROAD
LONDON  NW6 1RZ
UNITED KINGDOM

INKENBRANDT, ELAINE
ADDRESS AVAILABLE UPON REQUEST

INKIRIWANG, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

INKLINGS CUSTOM
ADDRESS UNAVAILABLE AT TIME OF FILING

INKOJET
ADDRESS UNAVAILABLE AT TIME OF FILING

INLAY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

INLEK, ERIN
ADDRESS AVAILABLE UPON REQUEST

INLOES, JORDON
ADDRESS AVAILABLE UPON REQUEST

INMAN, ANYA
ADDRESS AVAILABLE UPON REQUEST

INMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

INMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

INMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

INMAN, MARCIE
ADDRESS AVAILABLE UPON REQUEST

INMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

INMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

INMARKET MEDIA, LLC
11111 JEFFERSON BLVD
CULVER CITY, CA  90231

INMOBILIARIA VINEDOS
ADDRESS UNAVAILABLE AT TIME OF FILING

INMON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

INN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

INNER CIRCLE LABS
601 MONTGOMERY ST STE 688
SAN FRANCISCO, CA  94111

INNES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

INNES, DIANA
ADDRESS AVAILABLE UPON REQUEST

INNES, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

INNISS, MARISELA
ADDRESS AVAILABLE UPON REQUEST

INNOCENZO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

IN-N-OUT BURGER
ADDRESS UNAVAILABLE AT TIME OF FILING

INNOVATIVE BEVERAGES INC.
2830 AGRICOLA STREET, UNIT 1
HALIFAX, NS  B3K 4E4
CANADA

INNOVATIVE SOURCING, INC
421 KEYS ROAD
YAKIMA, WA  98901

INNOVINT, INC.
2494 WHITNEY DR  B
MOUNTAIN VIEW, CA  94043

INNOVINT, INC.
275 LANING DRIVE
WOODSIDE, CA  94062

INNS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

INNS, ELIE
ADDRESS AVAILABLE UPON REQUEST

INOA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

INOCENCIO, MYTHANY
ADDRESS AVAILABLE UPON REQUEST

INOCENCIO, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

INOUYE, AMBER
ADDRESS AVAILABLE UPON REQUEST

INSANE UNLOCKS
ADDRESS UNAVAILABLE AT TIME OF FILING

INSANITY GROUP LLC
915 N LA BREA, APT 536
WEST HOLLYWOOD, CA  90038

INSCORE, TINA
ADDRESS AVAILABLE UPON REQUEST

INSIDE THE BOWL PRODUCTIONS, LLC.
2200 KINGS HISHWAY 3L  214
PORT CHARLOTTE, FL  33980

INSIDE.COM INC.
9415 CULVER BOULEVARD
CULVER CITY, CA  90232

INSIGHT RESOURCE GROUP
3468 MT. DIABLO BLVD SUITE B120
LAFAYETTE, CA  94549

INSIGNARES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

INSINGA, JOHN
ADDRESS AVAILABLE UPON REQUEST

INSKEEP, BOUPHA
ADDRESS AVAILABLE UPON REQUEST

INSKEEP, JANET
ADDRESS AVAILABLE UPON REQUEST

INSLEY, LOUDELL
ADDRESS AVAILABLE UPON REQUEST

INSLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

INSTABUG.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

INSTACART
ADDRESS UNAVAILABLE AT TIME OF FILING

INSTAL
ADDRESS UNAVAILABLE AT TIME OF FILING

INSTALLNET INTERNATIONAL, INC
2127 ESPEY COURT, SUITE 300
CROFTON, MD  21114

INSTANT PLUGS, LLC.
25546 ALICANTE DR
VALENCIA, CA  91355

INSTANT PLUGS, LLC.
33500 AGUA DULCE CANYON RD.
AGUA DULCE, CA  91390

INSTRUCTOR, M.
ADDRESS AVAILABLE UPON REQUEST

INT RESCUE COMM
ADDRESS UNAVAILABLE AT TIME OF FILING

INTEGRATE.COM, INC
DEPT LA 24143
PASADENA, CA  91185-4143

INTEGRITY FSED INVESTMENTS LLC
1000 COCHRAN RD
ARGYLE, TX  76226

INTEGRITY STAFFING SOLUTIONS
700 PRIDES COURT SUITE 300
NEWARK, DE  19713

INTELEGATOR, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

INTELLIGENTSIA COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

INTELLIGIZE, INC.
230 PARK AVE, 7TH FLOOR
NEW YORK, NY  10169

INTERACTIONS CONSUMER EXPERIENCE
MARKETING INC.
9520 TOWNE CENTRE DRIVE, STE 120
SAN DIEGO, CA  92121-1991

INTERACTIVE BROKERS (0534)
ATTN KARIN MCCARTHY OR PROXY DEPT
2 PICKWICK PLAZA, 2ND FL
GREENWICH, CT  06830

INTERCONTINENTAL LOS ANGELES
DOWNTOWN
900 WILSHIRE BLVD
LOS ANGELES, CA  90017

INTERCONTINENTAL MARK
ADDRESS UNAVAILABLE AT TIME OF FILING

INTERIANO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

INTERNAL REVENUE SERVICE LOCAL
OFFICE
21309 BERLIN RD UNIT 13
GEORGETOWN, DE  19947

INTERNAL REVENUE SERVICE LOCAL
OFFICE
600 ARCH STREET
PHILADELPHIA, PA  19106

INTERNAL REVENUE SERVICE LOCAL
OFFICE
611 S. DUPONT HWY
DOVER, DE  19904

INTERNAL REVENUE SERVICE LOCAL
OFFICE
844 KING ST
WILMINGTON, DE  19801

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC  20220

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICES SSA CAWR
PHILADELPHIA, PA  19255-0533

INTERNAL REVENUE SERVICE
OGDEN, UT  84201-339

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNATIONAL INSTITUTE OF TRADING
MASTRY INC
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA  90404

INTERNATIONAL WINE & SPIRITS
(LOUISIANA)
4927 BLOOMFIELD ST.
JEFFERSON, LA  70121

INTERNATIONAL WINE & SPIRITS, INC.
4927 BLOOMFIELD STREET
JEFFERSON, LA  70121

INTERNATIONAL WINE ASSOCIATES, INC.
PO BOX 1330
HEALDSBURG, CA  95448

INTERNATIONAL WINES & CRAFT BEER, INC.
100 GILBERT DRIVE
ALABASTER, AL  35007

INTERNATIONAL WINES, INC.
ATTN: BRIAN HERR
100 GILBERT DR
ALABASTER, AL  35007

INTERSECTION WINE COMPNAY
ADDRESS UNAVAILABLE AT TIME OF FILING

INTL FCSTONE FIN, INC. (0750)
ATTN KEN SIMPSON OR PROXY MGR
2 PERIMETER PARK,
STE 100W
BIRMINGHAM, AL  35209

INTRAVARTOLA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

INTUIT
ADDRESS UNAVAILABLE AT TIME OF FILING

INTYRATH, RITA
ADDRESS AVAILABLE UPON REQUEST

INURRIA, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

INVERSO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

INVISION APP
ADDRESS UNAVAILABLE AT TIME OF FILING

INYART, HANNAH
ADDRESS AVAILABLE UPON REQUEST

INZANE ENTERTAINMENT
11908 VENTURA BLVD.  200
STUDIO CITY, CA  91604

INZANE ENTERTAINMENT
DME LIVE, LLC
12121 WILSHIRE BLVD, SUITE 725
LOS ANGELES, CA  90025

INZERILLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

INZERILLO, SARAH
ADDRESS AVAILABLE UPON REQUEST

INZUNZA, ANA
ADDRESS AVAILABLE UPON REQUEST

IOANES, ELLEN
ADDRESS AVAILABLE UPON REQUEST

IOANNIS APOSTOLIDIS F/B/O
ADDRESS AVAILABLE UPON REQUEST

IOCCA, ERNEST
ADDRESS AVAILABLE UPON REQUEST

IOCCO, RAY
ADDRESS AVAILABLE UPON REQUEST

IOCONA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

IODICE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

IOFFE, ELINA
ADDRESS AVAILABLE UPON REQUEST

IOH, AIKO AND BURT
ADDRESS AVAILABLE UPON REQUEST

IONESCU, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

IONESCU, RUXANDRA
ADDRESS AVAILABLE UPON REQUEST

IONUT C COSTACHE
ADDRESS AVAILABLE UPON REQUEST

IORIO, AILEEN
ADDRESS AVAILABLE UPON REQUEST

IORIO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

IORIO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

IORIO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

IORIZZO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

IOVANELLA, JOSH
ADDRESS AVAILABLE UPON REQUEST

IOVINO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

IOWA ALCOHOLIC BEVERAGES DIVISION
ADDRESS UNAVAILABLE AT TIME OF FILING

IOWA ALCOHOLIC BEVERAGES DIVISION
IOWA ALCOHOLIC BEVERAGES DIVISION
1918 SE HULSIZER ROAD
ANKENY, IA  50021

IOWA DEPT OF REVENUE
ADMINISTRATION
PO BOX 10460
DES MOINES, IA  50306-0460

IOWA DEPT OF REVENUE
BANKRUPTCY
PO BOX 10471
DES MOINES, IA  50306-0471

IOWA DEPT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 E WALNUT
DES MOINES, IA  50319

IOWA INSURANCE DIVISION
601 LOCUST ST.
4TH FLOOR
DES MOINES, IA  50309

IOWA INSURANCE DIVISION
SECURITIES BUREAU
TWO RUAN CENTER
601 LOCUST STREET, 4TH FLOOR
DES MOINES, IA  50309

IOWA WORKFORCE DEVELOPMENT
1000 EAST GRAND AVENUE
DES MOINES, IA  50309

IOWA WORKFORCE DEVELOPMENT
150 DES MOINES STREET
DES MOINES, IA  50309

IOWAS PREMIER BEER, WINE & FOOD EXPO
730 THIRD STREET
DES MOINES, IA  50309

IP COMMERCE, INC.
DEPT CH 16853
PALATINE, IL  60055-6853

IP, PEGGY
ADDRESS AVAILABLE UPON REQUEST

IP, WALLACE
ADDRESS AVAILABLE UPON REQUEST

IP2LOCATION
ADDRESS UNAVAILABLE AT TIME OF FILING

IPANIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FL
KANSAS CITY, MO  64105

IPPOLITI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

IPPOLITO, ERIN MOLLY
ADDRESS AVAILABLE UPON REQUEST

IPPOLITO, LISA
ADDRESS AVAILABLE UPON REQUEST

IPPUDO NY
ADDRESS UNAVAILABLE AT TIME OF FILING

IPSEN, DENISE
ADDRESS AVAILABLE UPON REQUEST

IQAL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

IR VOLT, LLC
333 LAS OLAS WAY CU 1
FORT LAUDERDALE, FL  33301

IRA CLUB FBO DARRYL C RANDLE ROTH IRA
ADDRESS AVAILABLE UPON REQUEST

IRA, MEGAN MICKLER
ADDRESS AVAILABLE UPON REQUEST

IRAC WIGGINS
ADDRESS AVAILABLE UPON REQUEST

IRACE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

IRACI, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

IRAETA, TELMA
ADDRESS AVAILABLE UPON REQUEST

IRAHETA, SILVIA
ADDRESS AVAILABLE UPON REQUEST

IRANEE, ALISGA
ADDRESS AVAILABLE UPON REQUEST

IRANI, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

IRANI, CYRUS
ADDRESS AVAILABLE UPON REQUEST

IRANZO FIELDS, S.L.
ICARRETERA DE MADRID
60 46315 CAUDETE DE LAS FUENTES
VALENICA
SPAIN

IRATXE MUMFORD
ADDRESS AVAILABLE UPON REQUEST

IRBY, AHNYE
ADDRESS AVAILABLE UPON REQUEST

IRBY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

IRBY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

IRBY, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

IRBY, JERRI
ADDRESS AVAILABLE UPON REQUEST

IRBY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

IRBY, TRACI
ADDRESS AVAILABLE UPON REQUEST

IRBY, TRACI
ADDRESS AVAILABLE UPON REQUEST

IRBY, TUESDAY
ADDRESS AVAILABLE UPON REQUEST

IREDELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

IRELAND, CANDICE
ADDRESS AVAILABLE UPON REQUEST

IRELAND, CHRISIE
ADDRESS AVAILABLE UPON REQUEST

IRELAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

IRELAND, JHONA
ADDRESS AVAILABLE UPON REQUEST

IRENE J GACAD
ADDRESS AVAILABLE UPON REQUEST

IRENE NICHOLS
ADDRESS AVAILABLE UPON REQUEST

IRENE WALTON
ADDRESS AVAILABLE UPON REQUEST

IRENETT CALDERON
ADDRESS AVAILABLE UPON REQUEST

IRETON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

IRIANA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

IRIBARREN LOPEZ, GISELA
ADDRESS AVAILABLE UPON REQUEST

IRIBE, DANA
ADDRESS AVAILABLE UPON REQUEST

IRISH, CHARITY
ADDRESS AVAILABLE UPON REQUEST

IRISH, JULIE
ADDRESS AVAILABLE UPON REQUEST

IRISH, KRISTI
ADDRESS AVAILABLE UPON REQUEST

IRISH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, ENDIA
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, JULIE
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, MARIEL
ADDRESS AVAILABLE UPON REQUEST

IRIZARRY, NADETTE
ADDRESS AVAILABLE UPON REQUEST

IRLAND, MARCUS
ADDRESS AVAILABLE UPON REQUEST

IRLMEIER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

IRMA DIJAK
ADDRESS AVAILABLE UPON REQUEST

IRMA ESPARZA
ADDRESS AVAILABLE UPON REQUEST

IRMEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

IRON IN THE FIRE, INC.
SARA JENKINS
4260 TROOST AVE.  5
STUDIO CITY, CA  91604

IRON IN THE FIRE, INC.
SARA JENKINS
900 SATURNINO ROAD  132
PALM SPRINGS, CA  92262

IRONS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

IRONS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

IRONS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

IRONS, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

IRONS, SARI
ADDRESS AVAILABLE UPON REQUEST

IRORI SUSHI
ADDRESS UNAVAILABLE AT TIME OF FILING

IROV VAUL
ADDRESS UNAVAILABLE AT TIME OF FILING

IRR, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

IRUSSI, NATHAN
ADDRESS AVAILABLE UPON REQUEST

IRVAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

IRVIN, CHELCI
ADDRESS AVAILABLE UPON REQUEST

IRVIN, DANA
ADDRESS AVAILABLE UPON REQUEST

IRVIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

IRVIN, DAVINA
ADDRESS AVAILABLE UPON REQUEST

IRVIN, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

IRVIN, JANICE
ADDRESS AVAILABLE UPON REQUEST

IRVIN, JEAN
ADDRESS AVAILABLE UPON REQUEST

IRVIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

IRVIN, SEAN
ADDRESS AVAILABLE UPON REQUEST

IRVINE ZYSENSKY
ADDRESS AVAILABLE UPON REQUEST

IRVINE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

IRVINE, BOB
ADDRESS AVAILABLE UPON REQUEST

IRVINE, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

IRVINE, MITCH
ADDRESS AVAILABLE UPON REQUEST

IRVING GADOURY
ADDRESS AVAILABLE UPON REQUEST

IRVING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

IRVING, JAMIE
ADDRESS AVAILABLE UPON REQUEST

IRVING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

IRVING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

IRVING, STACY
ADDRESS AVAILABLE UPON REQUEST

IRVING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

IRWIN, ALICE
ADDRESS AVAILABLE UPON REQUEST

IRWIN, ALISON
ADDRESS AVAILABLE UPON REQUEST

IRWIN, AMY JO
ADDRESS AVAILABLE UPON REQUEST

IRWIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

IRWIN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

IRWIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

IRWIN, DEBBY
ADDRESS AVAILABLE UPON REQUEST

IRWIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

IRWIN, GAGE
ADDRESS AVAILABLE UPON REQUEST

IRWIN, GERALD
ADDRESS AVAILABLE UPON REQUEST

IRWIN, GREG
ADDRESS AVAILABLE UPON REQUEST

IRWIN, JACKSON
ADDRESS AVAILABLE UPON REQUEST

IRWIN, JANET
ADDRESS AVAILABLE UPON REQUEST

IRWIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

IRWIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

IRWIN, KATY
ADDRESS AVAILABLE UPON REQUEST

IRWIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

IRWIN, KIT
ADDRESS AVAILABLE UPON REQUEST

IRWIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

IRWIN, LYNNIE
ADDRESS AVAILABLE UPON REQUEST

IRWIN, MARIE
ADDRESS AVAILABLE UPON REQUEST

IRWIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IRWIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ISAAC HEMSANI
ADDRESS AVAILABLE UPON REQUEST

ISAAC KLAPHOLZ-BROWN
ADDRESS AVAILABLE UPON REQUEST

ISAAC VAUGHN
ADDRESS AVAILABLE UPON REQUEST

ISAAC, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ISAAC, DIANE
ADDRESS AVAILABLE UPON REQUEST

ISAAC, FANI
ADDRESS AVAILABLE UPON REQUEST

ISAAC, KUMAR
ADDRESS AVAILABLE UPON REQUEST

ISAAC, MARGURITE
ADDRESS AVAILABLE UPON REQUEST

ISAACS, ALBERTA
ADDRESS AVAILABLE UPON REQUEST

ISAACS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ISAACS, ARIC
ADDRESS AVAILABLE UPON REQUEST

ISAACS, ASHLY
ADDRESS AVAILABLE UPON REQUEST

ISAACS, AVERY
ADDRESS AVAILABLE UPON REQUEST

ISAACS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ISAACS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ISAACS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ISAACS-ANTONIO, KIRA
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, KURT
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, NEAL
ADDRESS AVAILABLE UPON REQUEST

ISAACSON, RITA
ADDRESS AVAILABLE UPON REQUEST

ISABEL MOLINA
ADDRESS AVAILABLE UPON REQUEST

ISABEL, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

ISABEL, KARLA
ADDRESS AVAILABLE UPON REQUEST

ISABELL, ALAINNAH
ADDRESS AVAILABLE UPON REQUEST

ISABELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ISABELLA CHANDRIS
ADDRESS AVAILABLE UPON REQUEST

ISABELLA LAURIA
ADDRESS AVAILABLE UPON REQUEST

ISABELLA, LOUIS
ADDRESS AVAILABLE UPON REQUEST

ISABELLA, MICK
ADDRESS AVAILABLE UPON REQUEST

ISABELLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

ISABELLE BEEGLE-LEVIN
ADDRESS AVAILABLE UPON REQUEST

ISABELLE HOUSMANS
ADDRESS AVAILABLE UPON REQUEST

ISABELS DAUGHTER, ACES SISTER,
STEPHANIE HODGES
ADDRESS AVAILABLE UPON REQUEST

ISACC DEMOZ
ADDRESS AVAILABLE UPON REQUEST

ISACCO, ALEX
ADDRESS AVAILABLE UPON REQUEST

ISACSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ISACSON, TERI
ADDRESS AVAILABLE UPON REQUEST

ISADORE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

ISAIAH NEEMA
ADDRESS AVAILABLE UPON REQUEST

ISAIAH, LACY
ADDRESS AVAILABLE UPON REQUEST

ISAKSEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ISAKSEN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ISAKSEN, MARGAUX
ADDRESS AVAILABLE UPON REQUEST

ISAROV, YELENA
ADDRESS AVAILABLE UPON REQUEST

ISBELL, CARLY
ADDRESS AVAILABLE UPON REQUEST

ISBELL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ISCOVITZ, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ISEBRANDS, GINA
ADDRESS AVAILABLE UPON REQUEST

ISEMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ISEMINGER, KARRIANNA
ADDRESS AVAILABLE UPON REQUEST

ISEMINGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ISEMINGER, STACEY
ADDRESS AVAILABLE UPON REQUEST

ISENBART, TONY
ADDRESS AVAILABLE UPON REQUEST

ISENBERG, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ISENBERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

ISENBERG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ISENBERGER, JACOB
ADDRESS AVAILABLE UPON REQUEST

ISENBLITTER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ISENMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ISENSEE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ISENSEE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

ISERNIA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ISERT, KATIE
ADDRESS AVAILABLE UPON REQUEST

ISHAM, CODY
ADDRESS AVAILABLE UPON REQUEST

ISHETIAR, SAKARI
ADDRESS AVAILABLE UPON REQUEST

ISHIBASHI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ISHIKAWA, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ISHIKAWA, MIKA
ADDRESS AVAILABLE UPON REQUEST

ISHIMARU, KAREN
ADDRESS AVAILABLE UPON REQUEST

ISHINO, AKI
ADDRESS AVAILABLE UPON REQUEST

ISHIZU, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ISHMAEL, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

ISHMAEL, KARINA
ADDRESS AVAILABLE UPON REQUEST

ISHTPREET SINGH
ADDRESS AVAILABLE UPON REQUEST

ISIDORO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ISIDRO, JENIFER
ADDRESS AVAILABLE UPON REQUEST

ISIP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ISKALIS, HALEE
ADDRESS AVAILABLE UPON REQUEST

ISLAM, SYEDA
ADDRESS AVAILABLE UPON REQUEST

ISLAMAJ, BRIANA
ADDRESS AVAILABLE UPON REQUEST

ISLAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ISLES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ISLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ISMAEL FLORES TRUJANO
ADDRESS AVAILABLE UPON REQUEST

ISMAIL, ZAHID
ADDRESS AVAILABLE UPON REQUEST

ISMAILOVA, BAKTYLUU
ADDRESS AVAILABLE UPON REQUEST

ISMARY TAPIA
ADDRESS AVAILABLE UPON REQUEST

ISOLA, ABRAM
ADDRESS AVAILABLE UPON REQUEST

ISOLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ISOM, AIYANNA
ADDRESS AVAILABLE UPON REQUEST

ISOM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ISOM, DAVID
ADDRESS AVAILABLE UPON REQUEST

ISOM, DIANE
ADDRESS AVAILABLE UPON REQUEST

ISOM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ISON, GRANT
ADDRESS AVAILABLE UPON REQUEST

ISON, SHILA
ADDRESS AVAILABLE UPON REQUEST

ISQUIERDO, ARASELE
ADDRESS AVAILABLE UPON REQUEST

ISRAE, ALIX
ADDRESS AVAILABLE UPON REQUEST

ISRAEL SAN JUAN
ADDRESS AVAILABLE UPON REQUEST

ISRAEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ISRAEL, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ISRAEL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ISRAEL-STEWART, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ISRANI, PARUL
ADDRESS AVAILABLE UPON REQUEST

ISSA, BUHIRWA
ADDRESS AVAILABLE UPON REQUEST

ISSA, LAURA
ADDRESS AVAILABLE UPON REQUEST

ISSEKS, LISA
ADDRESS AVAILABLE UPON REQUEST

ISSEL, DETLEF
ADDRESS AVAILABLE UPON REQUEST

ISSERTELL, RAICHEL
ADDRESS AVAILABLE UPON REQUEST

ISSUANCE, INC.
11845 W OLYMPIC BLVD., 1100W
LOS ANGELES, CA 90064

ISTOCKPHOTO
ADDRESS UNAVAILABLE AT TIME OF FILING

ISTRE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ISTVANICK, SHEILA
ADDRESS AVAILABLE UPON REQUEST

IT4LA, INC
8033 WEST SUNSET BLVD 228
LOS ANGELES, CA 90046

ITA, DRUE
ADDRESS AVAILABLE UPON REQUEST

ITAGI, ASHWIN
ADDRESS AVAILABLE UPON REQUEST

ITAGI, GEETHA
ADDRESS AVAILABLE UPON REQUEST

ITALIA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ITALIC LLC.
3707 MOTOR AVE 112
LOS ANGELES, CA 90034

ITALIC LLC.
7029 PETIT ROAD
VAN NUYS, CA 91406

ITCHON, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

ITHARAT, PREM
ADDRESS AVAILABLE UPON REQUEST

ITI TROPICALS, INC.
30 GORDON AVENUE
LAWRENCE TOWNSHIP, NJ 08648

ITO, HIROAKI
ADDRESS AVAILABLE UPON REQUEST

ITO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ITSKOWITCH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ITUNES
ADDRESS UNAVAILABLE AT TIME OF FILING

ITURBE LAGRAVE, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

ITURBIDE, TANIA
ADDRESS AVAILABLE UPON REQUEST

ITURRERIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ITURRI, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ITURRINO, EMILIO
ADDRESS AVAILABLE UPON REQUEST

ITURRIOS, MIRIAM GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

ITZEP BERNAL, KENIA
ADDRESS AVAILABLE UPON REQUEST

ITZHAKOV, ILAN
ADDRESS AVAILABLE UPON REQUEST

ITZHAKOV, MOSHE
ADDRESS AVAILABLE UPON REQUEST

ITZHAKY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

IUCULANO, JEAN
ADDRESS AVAILABLE UPON REQUEST

IUNI, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

IV, GEORGE A GROSS
ADDRESS AVAILABLE UPON REQUEST

IVAN SERGEYEV
ADDRESS AVAILABLE UPON REQUEST

IVAN V SERGEYEV
ADDRESS AVAILABLE UPON REQUEST

IVAN
ADDRESS AVAILABLE UPON REQUEST

IVANHOE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

IVANOCHKO, MYKYTA
ADDRESS AVAILABLE UPON REQUEST

IVANOFF, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

IVANOV, DIAN
ADDRESS AVAILABLE UPON REQUEST

IVANOV, LAURA
ADDRESS AVAILABLE UPON REQUEST

IVANOV, VICTOR
ADDRESS AVAILABLE UPON REQUEST

IVANOVA, IVA
ADDRESS AVAILABLE UPON REQUEST

IVANOVA, MILENA
ADDRESS AVAILABLE UPON REQUEST

IVANOVIC, TAMARA
ADDRESS AVAILABLE UPON REQUEST

IVANS, EMILIE
ADDRESS AVAILABLE UPON REQUEST

IVANTSOVA, VIKI
ADDRESS AVAILABLE UPON REQUEST

IVANY, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

IVASIV, NATALIIA
ADDRESS AVAILABLE UPON REQUEST

IVCHENKO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

IVERS, BOBBY
ADDRESS AVAILABLE UPON REQUEST

IVERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

IVERSEN, LANCE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

IVERSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

IVERSON, JENNIE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, JON
ADDRESS AVAILABLE UPON REQUEST

IVERSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

IVERSON, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, LEANNE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

IVERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

IVERSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

IVERSON, STEVE
ADDRESS AVAILABLE UPON REQUEST

IVERSON, TIAURA
ADDRESS AVAILABLE UPON REQUEST

IVERY, TROY
ADDRESS AVAILABLE UPON REQUEST

IVES
ADDRESS AVAILABLE UPON REQUEST

IVES, EMILY
ADDRESS AVAILABLE UPON REQUEST

IVES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

IVES, LYNN
ADDRESS AVAILABLE UPON REQUEST

IVES, MADISON
ADDRESS AVAILABLE UPON REQUEST

IVESDAL, RUTH
ADDRESS AVAILABLE UPON REQUEST

IVESON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

IVESON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

IVETTE MENDEZ-KELLY
ADDRESS AVAILABLE UPON REQUEST

IVEY, KEENAN
ADDRESS AVAILABLE UPON REQUEST

IVEY, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

IVEY, PHILIP
ADDRESS AVAILABLE UPON REQUEST

IVEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

IVEY-DAVIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

IVEY-SOTO, DAVID
ADDRESS AVAILABLE UPON REQUEST

IVIE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

IVIE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

IVINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

IVO BRUNI
ADDRESS AVAILABLE UPON REQUEST

IVONE DE OLIVEIRA
ADDRESS AVAILABLE UPON REQUEST

IVORY, HUGH
ADDRESS AVAILABLE UPON REQUEST

IVY, LADY
ADDRESS AVAILABLE UPON REQUEST

IVY, ROBYN
ADDRESS AVAILABLE UPON REQUEST

IVY, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

IVYCONNECT
175 VARICK STREET
NEW YORK, NY  10014

IWAMOTO, AYAKA
ADDRESS AVAILABLE UPON REQUEST

IWAMOTO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

IWAN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

IWAN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

IWANSKI, LORI
ADDRESS AVAILABLE UPON REQUEST

IWATA, KUNIO
ADDRESS AVAILABLE UPON REQUEST

IWEMA, JOYCE
ADDRESS AVAILABLE UPON REQUEST

IWENOFU, EMEKA
ADDRESS AVAILABLE UPON REQUEST

IWICKI, JOANNE
ADDRESS AVAILABLE UPON REQUEST

IWOBI, CHIZOBA
ADDRESS AVAILABLE UPON REQUEST

IWSR DRINKS MARKET ANALYSIS LIMITED
5 FLEET PLACE
LONDON  EC4M 7RD
UNITED KINGDOM

IWUAGWU, CHINYERE
ADDRESS AVAILABLE UPON REQUEST

IWUCHUKWU, CHIZOR
ADDRESS AVAILABLE UPON REQUEST

IYA MANGAM
ADDRESS AVAILABLE UPON REQUEST

IYENGAR, GAURI
ADDRESS AVAILABLE UPON REQUEST

IYENGAR, SRIDEVI
ADDRESS AVAILABLE UPON REQUEST

IYER, AKSHITA
ADDRESS AVAILABLE UPON REQUEST

IYER, ARJUNA
ADDRESS AVAILABLE UPON REQUEST

IYER, RAVI
ADDRESS AVAILABLE UPON REQUEST

IYER, SARAH
ADDRESS AVAILABLE UPON REQUEST

IYER, SRINIVASAN
ADDRESS AVAILABLE UPON REQUEST

IYER, VIGNESH
ADDRESS AVAILABLE UPON REQUEST

IYOB, ABU
ADDRESS AVAILABLE UPON REQUEST

IZAAEK GERRIT CORNELIS WEPPELMAN
ADDRESS AVAILABLE UPON REQUEST

IZADI, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

IZAGUIRRE, CHARLY
ADDRESS AVAILABLE UPON REQUEST

IZAGUIRRE, INDRA
ADDRESS AVAILABLE UPON REQUEST

IZAK MAITIN
ADDRESS AVAILABLE UPON REQUEST

IZAREK, STACY
ADDRESS AVAILABLE UPON REQUEST

IZATT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

IZEA, INC.
480 N. ORLANDO AVE. STE 200
WINTER PARK, FL  32789

IZEN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

IZER, DARRIN
ADDRESS AVAILABLE UPON REQUEST

IZUMOTO, ELLIS
ADDRESS AVAILABLE UPON REQUEST

IZZO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IZZO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

IZZO, MIKE
ADDRESS AVAILABLE UPON REQUEST

IZZY, JOEY
ADDRESS AVAILABLE UPON REQUEST

J BARNETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

J BRADY, KIM
ADDRESS AVAILABLE UPON REQUEST

J CAMPA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

J F TRICK JR
ADDRESS AVAILABLE UPON REQUEST

J HOBBS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

J KNUTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

J LORUSSO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

J MCKONE, RYAN
ADDRESS AVAILABLE UPON REQUEST

J MONNETT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

J MOYER
ADDRESS AVAILABLE UPON REQUEST

J NELSEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

J NICHOLS III, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

J RIDDLE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

J RODRIGUEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

J ST VIL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

J VALERIO, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

J WUTTIG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

J
ADDRESS AVAILABLE UPON REQUEST

J&E CLEANING SERVICES, INC.
3130 SKYWAY DR. SUITE 302
SANTA MARIA, CA  93455

J&H SELBACH WEINKELLEREI GMBH & CO
KG
GAENSFELDER STRASSE 20
ZELTINGEN-RACHTIG  54492
GERMANY

J, AIMEE
ADDRESS AVAILABLE UPON REQUEST

J, AMES
ADDRESS AVAILABLE UPON REQUEST

J, C
ADDRESS AVAILABLE UPON REQUEST

J, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

J, CHELSI
ADDRESS AVAILABLE UPON REQUEST

J, CIELO
ADDRESS AVAILABLE UPON REQUEST

J, EDGARDO
ADDRESS AVAILABLE UPON REQUEST

J, ENNIFER
ADDRESS AVAILABLE UPON REQUEST

J, GENESIS
ADDRESS AVAILABLE UPON REQUEST

J, GERALD
ADDRESS AVAILABLE UPON REQUEST

J, HENRY
ADDRESS AVAILABLE UPON REQUEST

J, HOPE
ADDRESS AVAILABLE UPON REQUEST

J, KELLY
ADDRESS AVAILABLE UPON REQUEST

J, KELLY
ADDRESS AVAILABLE UPON REQUEST

J, KEVIN
ADDRESS AVAILABLE UPON REQUEST

J, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

J, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

J, KRISTY
ADDRESS AVAILABLE UPON REQUEST

J, LAUREN
ADDRESS AVAILABLE UPON REQUEST

J, LORETTA
ADDRESS AVAILABLE UPON REQUEST

J, MACKENNA
ADDRESS AVAILABLE UPON REQUEST

J, MARY
ADDRESS AVAILABLE UPON REQUEST

J, MAWU
ADDRESS AVAILABLE UPON REQUEST

J, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

J, NANCY
ADDRESS AVAILABLE UPON REQUEST

J, NIKKI
ADDRESS AVAILABLE UPON REQUEST

J, PAMELA
ADDRESS AVAILABLE UPON REQUEST

J, PAMELA
ADDRESS AVAILABLE UPON REQUEST

J, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

J, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

J, REBECCA
ADDRESS AVAILABLE UPON REQUEST

J, REBECCA
ADDRESS AVAILABLE UPON REQUEST

J, S
ADDRESS AVAILABLE UPON REQUEST

J, SUSAN
ADDRESS AVAILABLE UPON REQUEST

J, TERENCE
ADDRESS AVAILABLE UPON REQUEST

J, TONY
ADDRESS AVAILABLE UPON REQUEST

J. MACALEESE, PHILLIPS FINANCIAL
ADDRESS AVAILABLE UPON REQUEST

J. STECHER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

J. STOB, DAVID
ADDRESS AVAILABLE UPON REQUEST

J., COLIN
ADDRESS AVAILABLE UPON REQUEST

J.B. HUNT TRANSPORT
615 J.B. HUNT CORPORATE DR.
LOWELL, AR  72745

J.HOFSTÄTTER
RATHAUSPLATZ 7  PIAZZA MUNICIPIO 7
39040 TRAMIN A.D.W. (BZ)
TERMENO (BZ)
ITALY

J.JO LLC
1374 BISCAY DR.
EDWARDSVILLE, IL  62025

J.P. MORGAN/CLEARING (0352)
ATTN CORPORATE ACTIONS TEAM
500 STANTON CHRISTIANA RD. NCC5 FL3
NEWARK, DE  19713

J6 CREATIVE
420 SOUTH PALM AVE
ALHAMBRA, CA  91803

JAASMA, AMY
ADDRESS AVAILABLE UPON REQUEST

JABAR, KAREN
ADDRESS AVAILABLE UPON REQUEST

JABARA, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JABBAR, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

JABBER HAUS LLC
1601 VINE ST 6TH FLR
LOS ANGELES, CA  90028

JABER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JABER, NOOR
ADDRESS AVAILABLE UPON REQUEST

JABER, SARAH
ADDRESS AVAILABLE UPON REQUEST

JABER, WAEL
ADDRESS AVAILABLE UPON REQUEST

JABEZ ROJO
ADDRESS AVAILABLE UPON REQUEST

JABLON, LOREN
ADDRESS AVAILABLE UPON REQUEST

JABLON, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, IJAH
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, JOANN
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, JULIA
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, LOIS
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JABLONSKI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JABOUR, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

JABRUCKI, LAURA
ADDRESS AVAILABLE UPON REQUEST

JABS, CARI
ADDRESS AVAILABLE UPON REQUEST

JACAN HENDRICKSON
ADDRESS AVAILABLE UPON REQUEST

JACE, EULALIA
ADDRESS AVAILABLE UPON REQUEST

JACEK, KELLIE
ADDRESS AVAILABLE UPON REQUEST

JACI DAILY, LLC
3952 E PARKSIDE LN
PHOENIX, AZ  85050

JACINTH, EILEEN
ADDRESS AVAILABLE UPON REQUEST

JACK DURSTON
(HIGH POWER PRESSURE WASHING)
1030 OAKWOOD AVE
VENICE, CA  90291

JACK IN THE BOX
ADDRESS UNAVAILABLE AT TIME OF FILING

JACK JENNINGS
ADDRESS AVAILABLE UPON REQUEST

JACK LANDIS DARNELL
ADDRESS AVAILABLE UPON REQUEST

JACK MCQUE
ADDRESS AVAILABLE UPON REQUEST

JACK MORICI
ADDRESS AVAILABLE UPON REQUEST

JACK, AMBER
ADDRESS AVAILABLE UPON REQUEST

JACK, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

JACK, DAWN
ADDRESS AVAILABLE UPON REQUEST

JACK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

JACK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JACK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JACK, KALEY
ADDRESS AVAILABLE UPON REQUEST

JACK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JACK, KYRIA
ADDRESS AVAILABLE UPON REQUEST

JACK, MURPHY,
ADDRESS AVAILABLE UPON REQUEST

JACK, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACK, VICTOR
ADDRESS AVAILABLE UPON REQUEST

JACKALOPE HEART, LLC
403 RADCLIFFE DRIVE
NEWARK, DE  19711

JACKE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JACKELOW, ANN
ADDRESS AVAILABLE UPON REQUEST

JACKENHEIMER, BARRY
ADDRESS AVAILABLE UPON REQUEST

JACKIE DORSEY
ADDRESS AVAILABLE UPON REQUEST

JACKIE GRIMM, DR.
ADDRESS AVAILABLE UPON REQUEST

JACKIE NEWLANDER
ADDRESS AVAILABLE UPON REQUEST

JACKIE ORSAK
ADDRESS AVAILABLE UPON REQUEST

JACKIE SKANES FIGATNER
ADDRESS AVAILABLE UPON REQUEST

JACKIE STEWART (ERVIN)
ADDRESS AVAILABLE UPON REQUEST

JACKIE, TRUAX,
ADDRESS AVAILABLE UPON REQUEST

JACKIN ALTMAN
ADDRESS AVAILABLE UPON REQUEST

JACKLYN MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

JACKLYNE MARTI
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, CIERRA
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, GLORIA FLORES
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, JUDY
ADDRESS AVAILABLE UPON REQUEST

JACKMAN, KAMAL
ADDRESS AVAILABLE UPON REQUEST

JACKMON, ANISSA
ADDRESS AVAILABLE UPON REQUEST

JACKOWITZ-ROBINSON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

JACKRIN VIPATAPAT
ADDRESS AVAILABLE UPON REQUEST

JACKS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

JACKS, RAMIAH
ADDRESS AVAILABLE UPON REQUEST

JACKS, SHEENA
ADDRESS AVAILABLE UPON REQUEST

JACK-SCHIMMEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JACKSON FAMILY WINES INC.
421 AVIATION BLVD
SANTA ROSA, CA  95403

JACKSON JR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JACKSON ROSS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

JACKSON
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ABBEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ADALEINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AJANI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AKIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AMY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANITA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ARYN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AUDRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AUDRY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, AVERY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BELINDA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BETTY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CADE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CATHY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CATHY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CELIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CIERRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

JACKSON, CYLESTE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DAEJA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DAVINA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DEMAR
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DEMETRIUS
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DESIREE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DEZARAE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ELISA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERNEST
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ERNESTINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ESME
ADDRESS AVAILABLE UPON REQUEST

JACKSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, FELECIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, FRANCES
ADDRESS AVAILABLE UPON REQUEST

JACKSON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, GEORGIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, GREG
ADDRESS AVAILABLE UPON REQUEST

JACKSON, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, HILLARY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, HOWARD
ADDRESS AVAILABLE UPON REQUEST

JACKSON, IMANI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JACQUE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JAKE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JANA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JANAY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JANET
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JILL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JOHNETTA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JOY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KARSYN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KATY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KELCI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KELSI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KENNEDI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KIANA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KIM
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KITZIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, LOLITA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MAIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MAILLIW
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MARK
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MARTI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MEGEN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MICAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MONIK
ADDRESS AVAILABLE UPON REQUEST

JACKSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, NIARA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, OLLINE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

JACKSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, QUILA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, REGGIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, REGINALD
ADDRESS AVAILABLE UPON REQUEST

JACKSON, REGINALD
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RENAE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RHIKI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RICKY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RICQUEL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RONNA-RENEE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ROSIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SALINA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SALLY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SHANNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SHATANYA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SHENQUALE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STEPHAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, STEPHNEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TAMI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TERRI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, THALIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TOM
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TOMMI
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TONYA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TRAVIS A.
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TRESURE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VAL
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VERENA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VERNA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, WAYNE
ADDRESS AVAILABLE UPON REQUEST

JACKSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JACKSON, XATAYIA
ADDRESS AVAILABLE UPON REQUEST

JACKSON, YANICK
ADDRESS AVAILABLE UPON REQUEST

JACKSON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

JACKSON-CARTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACKSON-HING, ALLIE
ADDRESS AVAILABLE UPON REQUEST

JACKSON-MALAVASI, JONI
ADDRESS AVAILABLE UPON REQUEST

JACKSON-ROBBINS, SUE
ADDRESS AVAILABLE UPON REQUEST

JACKSONS FOOD AND
ADDRESS UNAVAILABLE AT TIME OF FILING

JACKSONS
ADDRESS UNAVAILABLE AT TIME OF FILING

JACLYN BALMANOUKIAN
ADDRESS AVAILABLE UPON REQUEST

JACLYN BALMANOUKIAN
ADDRESS AVAILABLE UPON REQUEST

JACLYN DE LEON
ADDRESS AVAILABLE UPON REQUEST

JACLYN JUSSIF
ADDRESS AVAILABLE UPON REQUEST

JACO, KELLEY
ADDRESS AVAILABLE UPON REQUEST

JACOB ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JACOB ARMIJO
ADDRESS AVAILABLE UPON REQUEST

JACOB DAVID FERRY
ADDRESS AVAILABLE UPON REQUEST

JACOB EBEL
ADDRESS AVAILABLE UPON REQUEST

JACOB EGLE
ADDRESS AVAILABLE UPON REQUEST

JACOB FISHER
ADDRESS AVAILABLE UPON REQUEST

JACOB FISHER
ADDRESS AVAILABLE UPON REQUEST

JACOB FOHN
ADDRESS AVAILABLE UPON REQUEST

JACOB H KANA JR
ADDRESS AVAILABLE UPON REQUEST

JACOB LOYA
ADDRESS AVAILABLE UPON REQUEST

JACOB MOORE
ADDRESS AVAILABLE UPON REQUEST

JACOB MOSHEH BUCKSTEAD
ADDRESS AVAILABLE UPON REQUEST

JACOB PAUL MOONEY
ADDRESS AVAILABLE UPON REQUEST

JACOB RUMPF
ADDRESS AVAILABLE UPON REQUEST

JACOB SHAPIRO
ADDRESS AVAILABLE UPON REQUEST

JACOB SUGGS
ADDRESS AVAILABLE UPON REQUEST

JACOB UNDERWOOD
ADDRESS AVAILABLE UPON REQUEST

JACOB VIRAMONTEZ
ADDRESS AVAILABLE UPON REQUEST

JACOB WHITISH
ADDRESS AVAILABLE UPON REQUEST

JACOB YOUNG SHIN
ADDRESS AVAILABLE UPON REQUEST

JACOB
ADDRESS AVAILABLE UPON REQUEST

JACOB, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JACOB, ANA
ADDRESS AVAILABLE UPON REQUEST

JACOB, ANISH
ADDRESS AVAILABLE UPON REQUEST

JACOB, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JACOB, ATHENA
ADDRESS AVAILABLE UPON REQUEST

JACOB, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

JACOB, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JACOB, DINELL
ADDRESS AVAILABLE UPON REQUEST

JACOB, EVAN
ADDRESS AVAILABLE UPON REQUEST

JACOB, JASON
ADDRESS AVAILABLE UPON REQUEST

JACOB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JACOB, JILL
ADDRESS AVAILABLE UPON REQUEST

JACOB, JINCE
ADDRESS AVAILABLE UPON REQUEST

JACOB, JOBY
ADDRESS AVAILABLE UPON REQUEST

JACOB, KELLY
ADDRESS AVAILABLE UPON REQUEST

JACOB, KYLE
ADDRESS AVAILABLE UPON REQUEST

JACOB, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JACOB, MARC
ADDRESS AVAILABLE UPON REQUEST

JACOB, MARGARET
ADDRESS AVAILABLE UPON REQUEST

JACOB, MARGO
ADDRESS AVAILABLE UPON REQUEST

JACOB, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JACOB, NAMITHA
ADDRESS AVAILABLE UPON REQUEST

JACOB, RUTH
ADDRESS AVAILABLE UPON REQUEST

JACOB, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JACOB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JACOB, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

JACOBA KNOLLE
ADDRESS AVAILABLE UPON REQUEST

JACOBBERGER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JACOBE, MONICA
ADDRESS AVAILABLE UPON REQUEST

JACOBI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JACOBI, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACOBI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JACOBI, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JACOBIK, GERALD
ADDRESS AVAILABLE UPON REQUEST

JACOBIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JACOBO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

JACOBO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

JACOBO, VALERIA
ADDRESS AVAILABLE UPON REQUEST

JACOBOWSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ANNE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JACOBS, BROOK
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CHERIE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CLARE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CODY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CODY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

JACOBS, DIANE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, EMILY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, EMMA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, EMMA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ERIC
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ERIN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ERIN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, ERYN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, EVAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, GINA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, GRACE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JACOBS, HARVEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JASON
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JEN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, JULIA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, LEAH
ADDRESS AVAILABLE UPON REQUEST

JACOBS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, LYNN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, LYNSY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MARY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MONDO
ADDRESS AVAILABLE UPON REQUEST

JACOBS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, PAUL
ADDRESS AVAILABLE UPON REQUEST

JACOBS, PRESTON
ADDRESS AVAILABLE UPON REQUEST

JACOBS, RODNEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, RYAN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SHAD
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SINCERE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SOLANGE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SUE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, TARA
ADDRESS AVAILABLE UPON REQUEST

JACOBS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JACOBS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JACOBS, XONJENESE
ADDRESS AVAILABLE UPON REQUEST

JACOBS, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, JERRY
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, LUKE
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, SKYLER
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN, TIM
ADDRESS AVAILABLE UPON REQUEST

JACOBSEN-BRIDGES, BRITNI
ADDRESS AVAILABLE UPON REQUEST

JACOBS-FERDERBAR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JACOBSMA, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, AMY
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, ARLENE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KARI
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, LETA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, MELINDA
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

JACOBSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

JACOBSSON, EM
ADDRESS AVAILABLE UPON REQUEST

JACOBSWN, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

JACOBUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

JACOBUS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

JACOBY, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

JACOBY, DIANA
ADDRESS AVAILABLE UPON REQUEST

JACOBY, LILY
ADDRESS AVAILABLE UPON REQUEST

JACOBY, TARA
ADDRESS AVAILABLE UPON REQUEST

JACOT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JACOX, JACKI
ADDRESS AVAILABLE UPON REQUEST

JACOX, SHANTELLE
ADDRESS AVAILABLE UPON REQUEST

JACQUALYN JACKSON
ADDRESS AVAILABLE UPON REQUEST

JACQUART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JACQUE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JACQUELIN, SEAN
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE ANN CAPSTICK
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE BALASCHAK
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE CAPRARA
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE CZITROM
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE DUPERLY
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE HALL
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE LAPORTE
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE MARRA
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE MARTELL
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE NICOLE MACHADO
ADDRESS AVAILABLE UPON REQUEST

JACQUELINE PALACIO
ADDRESS AVAILABLE UPON REQUEST

JACQUELYN KAY
ADDRESS AVAILABLE UPON REQUEST

JACQUELYNN TICHENOR
ADDRESS AVAILABLE UPON REQUEST

JACQUES WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JACQUES, ERNEST
ADDRESS AVAILABLE UPON REQUEST

JACQUES, JEN
ADDRESS AVAILABLE UPON REQUEST

JACQUES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

JACQUES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JACQUES-PURDY, AMY
ADDRESS AVAILABLE UPON REQUEST

JACQUEZ, JULIAN
ADDRESS AVAILABLE UPON REQUEST

JACQUEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

JACQUIN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JACQUOT, SHERYL
ADDRESS AVAILABLE UPON REQUEST

JACSKON, CASEY
ADDRESS AVAILABLE UPON REQUEST

JACZYNSKI, CINDY
ADDRESS AVAILABLE UPON REQUEST

JADA ASHLEY HAWKINS
ADDRESS AVAILABLE UPON REQUEST

JADA420
ADDRESS AVAILABLE UPON REQUEST

JADALI, ALEXANDRA AND FRED
ADDRESS AVAILABLE UPON REQUEST

JADE, ASIA
ADDRESS AVAILABLE UPON REQUEST

JADEN HARRIS
ADDRESS AVAILABLE UPON REQUEST

JADERBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JADERSON ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JADOFF, EMILY
ADDRESS AVAILABLE UPON REQUEST

JADOONANAN, TABATHA
ADDRESS AVAILABLE UPON REQUEST

JADYN HECK
ADDRESS AVAILABLE UPON REQUEST

JAE HENDERSON
ADDRESS AVAILABLE UPON REQUEST

JAEGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JAEGER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JAEGER, CHAR
ADDRESS AVAILABLE UPON REQUEST

JAEGER, DANNY
ADDRESS AVAILABLE UPON REQUEST

JAEGER, KIM
ADDRESS AVAILABLE UPON REQUEST

JAEGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JAEGER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

JAEGERMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JAEGLY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JAEHNIG, DAN
ADDRESS AVAILABLE UPON REQUEST

JAENICHEN, SPENSER
ADDRESS AVAILABLE UPON REQUEST

JAENICKE, DEREK
ADDRESS AVAILABLE UPON REQUEST

JAENKE, BRITT
ADDRESS AVAILABLE UPON REQUEST

JAESU HAN
ADDRESS AVAILABLE UPON REQUEST

JAFFA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JAFFA, STACY
ADDRESS AVAILABLE UPON REQUEST

JAFFARIAN, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

JAFFE, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

JAFFE, EMMELIA
ADDRESS AVAILABLE UPON REQUEST

JAFFE, ERIC
ADDRESS AVAILABLE UPON REQUEST

JAFFE, ERICA
ADDRESS AVAILABLE UPON REQUEST

JAFFE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JAFFE, KAREN
ADDRESS AVAILABLE UPON REQUEST

JAFFE, MARGOT
ADDRESS AVAILABLE UPON REQUEST

JAFFE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JAFFE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JAFFE, RANDI
ADDRESS AVAILABLE UPON REQUEST

JAFFE, SARAH
ADDRESS AVAILABLE UPON REQUEST

JAFFE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

JAFFE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JAFFEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JAFFER, ABBAS
ADDRESS AVAILABLE UPON REQUEST

JAFFET, NOE
ADDRESS AVAILABLE UPON REQUEST

JAFROUDI, SEPI
ADDRESS AVAILABLE UPON REQUEST

JAGADEESWARAIAH, CHANDRASEKAR
ADDRESS AVAILABLE UPON REQUEST

JAGASIA, HARI
ADDRESS AVAILABLE UPON REQUEST

JAGDFELD, ABBY
ADDRESS AVAILABLE UPON REQUEST

JAGEMAN, DONNELLE
ADDRESS AVAILABLE UPON REQUEST

JAGER, KATHY
ADDRESS AVAILABLE UPON REQUEST

JAGGER, CARLA
ADDRESS AVAILABLE UPON REQUEST

JAGGIA, DHRUV
ADDRESS AVAILABLE UPON REQUEST

JAGIELSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JAGLA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

JAGLOWITZ, TRACEY
ADDRESS AVAILABLE UPON REQUEST

JAGNANAN, SUPRIYA
ADDRESS AVAILABLE UPON REQUEST

JAGODA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

JAGUSH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JAHAHN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

JAHAIRA PAGAN
ADDRESS AVAILABLE UPON REQUEST

JAHN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

JAHN, SHERI
ADDRESS AVAILABLE UPON REQUEST

JAHN, STACIE
ADDRESS AVAILABLE UPON REQUEST

JAHNA, EMILY
ADDRESS AVAILABLE UPON REQUEST

JAHNCKE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

JAHNER, BILL
ADDRESS AVAILABLE UPON REQUEST

JAHNER, DUANE
ADDRESS AVAILABLE UPON REQUEST

JAHNKE, MARGERY
ADDRESS AVAILABLE UPON REQUEST

JAHNS, PAULA
ADDRESS AVAILABLE UPON REQUEST

JAI DOLWANI
ADDRESS AVAILABLE UPON REQUEST

JAIDEEP RIJHSINGHANI
ADDRESS AVAILABLE UPON REQUEST

JAIDEV, ASHWATH
ADDRESS AVAILABLE UPON REQUEST

JAIMANIE PERSAD-MAHARAJ
ADDRESS AVAILABLE UPON REQUEST

JAIME BROWN
ADDRESS AVAILABLE UPON REQUEST

JAIME ESPERALBA VENTURA
ADDRESS AVAILABLE UPON REQUEST

JAIME PETSEL
ADDRESS AVAILABLE UPON REQUEST

JAIME, SEAN
ADDRESS AVAILABLE UPON REQUEST

JAIMES LUKES, MARCELO
ADDRESS AVAILABLE UPON REQUEST

JAIMES, BIANCA
ADDRESS AVAILABLE UPON REQUEST

JAIMES, EDGAR
ADDRESS AVAILABLE UPON REQUEST

JAIMES, SILVIA
ADDRESS AVAILABLE UPON REQUEST

JAIMESON WENNERSTRUM
ADDRESS AVAILABLE UPON REQUEST

JAIMIE TYNAN
ADDRESS AVAILABLE UPON REQUEST

JAIMOHAN RAMACHANDRAN
ADDRESS AVAILABLE UPON REQUEST

JAIN, ANJALI
ADDRESS AVAILABLE UPON REQUEST

JAIN, ARIHANT
ADDRESS AVAILABLE UPON REQUEST

JAIN, NEALE
ADDRESS AVAILABLE UPON REQUEST

JAIN, PRANAV
ADDRESS AVAILABLE UPON REQUEST

JAIN, RISHABH
ADDRESS AVAILABLE UPON REQUEST

JAIN, SANDRINE
ADDRESS AVAILABLE UPON REQUEST

JAIN, SHREYA
ADDRESS AVAILABLE UPON REQUEST

JAIN, VIC
ADDRESS AVAILABLE UPON REQUEST

JAISHANKAR KASINATHAN
ADDRESS AVAILABLE UPON REQUEST

JAJKO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JAKE HARRISON SHILD
ADDRESS AVAILABLE UPON REQUEST

JAKE MAYNARD
ADDRESS AVAILABLE UPON REQUEST

JAKE ROSEN ENTERTAINMENT
240 KELBOURNE AVE
SLEEPY HOLLOW, NY  10591

JAKE SCOTT SZYBOWICZ
ADDRESS AVAILABLE UPON REQUEST

JAKE TROSSTAD
ADDRESS AVAILABLE UPON REQUEST

JAKE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JAKE, DOWNEY,
ADDRESS AVAILABLE UPON REQUEST

JAKE, KNIEEKA
ADDRESS AVAILABLE UPON REQUEST

JAKE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JAKEMAN, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

JAKEWAY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

JAKIEL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JAKLITSCH, TAMARA
ADDRESS AVAILABLE UPON REQUEST

JAKOB HAAS
ADDRESS AVAILABLE UPON REQUEST

JAKOB HAMMOND
ADDRESS AVAILABLE UPON REQUEST

JAKOB NOLAN POULIOS
ADDRESS AVAILABLE UPON REQUEST

JAKOBEIT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JAKOBSSON, LILAH
ADDRESS AVAILABLE UPON REQUEST

JAKOBY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JAKOVINA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JAKOWLEW, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JAKSCHT, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

JAKUBECY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JAKUBIELSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

JAKUSH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JAKUSZ, MARI
ADDRESS AVAILABLE UPON REQUEST

JALA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JALALIPOUR, PARISA
ADDRESS AVAILABLE UPON REQUEST

JALANDONI, NADINE
ADDRESS AVAILABLE UPON REQUEST

JALAYERIAN, JESSLYN
ADDRESS AVAILABLE UPON REQUEST

JALBERT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JALBRZYKOWSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

JALILI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JALILIAN, AMIR
ADDRESS AVAILABLE UPON REQUEST

JALIN DIXON
ADDRESS AVAILABLE UPON REQUEST

JALINSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

JALISA VAUGHN LLC
ADDRESS AVAILABLE UPON REQUEST

JALKH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JALLOH, BOUBAKAR
ADDRESS AVAILABLE UPON REQUEST

JALLOH, ZAINABU
ADDRESS AVAILABLE UPON REQUEST

JALOWSKI, GERARD
ADDRESS AVAILABLE UPON REQUEST

JAMA, FAIZA
ADDRESS AVAILABLE UPON REQUEST

JAMACA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JAMAIL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JAMAR, JEFF
ADDRESS AVAILABLE UPON REQUEST

JAMBOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JAMELA JONES
ADDRESS AVAILABLE UPON REQUEST

JAMERSON, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

JAMES ALAN COCHRAN
ADDRESS AVAILABLE UPON REQUEST

JAMES ALLAN JANEWAY JR
ADDRESS AVAILABLE UPON REQUEST

JAMES ARPAIA
ADDRESS AVAILABLE UPON REQUEST

JAMES AUSTIN
ADDRESS AVAILABLE UPON REQUEST

JAMES B JORDAN
ADDRESS AVAILABLE UPON REQUEST

JAMES BARTON PHELPS II
ADDRESS AVAILABLE UPON REQUEST

JAMES BEACH
ADDRESS AVAILABLE UPON REQUEST

JAMES BENDLE
ADDRESS AVAILABLE UPON REQUEST

JAMES BERNARD RANDOLPH
ADDRESS AVAILABLE UPON REQUEST

JAMES BLACK
ADDRESS AVAILABLE UPON REQUEST

JAMES BROADWAY
ADDRESS AVAILABLE UPON REQUEST

JAMES BUCKLEY JORDAN
ADDRESS AVAILABLE UPON REQUEST

JAMES BURGIN
ADDRESS AVAILABLE UPON REQUEST

JAMES C MCDONOUGH
ADDRESS AVAILABLE UPON REQUEST

JAMES C PERRY
ADDRESS AVAILABLE UPON REQUEST

JAMES CANTU
ADDRESS AVAILABLE UPON REQUEST

JAMES CARDOSA
ADDRESS AVAILABLE UPON REQUEST

JAMES CAREY ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JAMES CHENOWETH
ADDRESS AVAILABLE UPON REQUEST

JAMES CHIN
ADDRESS AVAILABLE UPON REQUEST

JAMES CORVO
ADDRESS AVAILABLE UPON REQUEST

JAMES CROWLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

JAMES D GATEWOOD
ADDRESS AVAILABLE UPON REQUEST

JAMES D PERKO
ADDRESS AVAILABLE UPON REQUEST

JAMES DANIEL STEVENS
ADDRESS AVAILABLE UPON REQUEST

JAMES DAVID MILLER
ADDRESS AVAILABLE UPON REQUEST

JAMES DINN
ADDRESS AVAILABLE UPON REQUEST

JAMES DITTMER
ADDRESS AVAILABLE UPON REQUEST

JAMES DRAKE
ADDRESS AVAILABLE UPON REQUEST

JAMES DURNA
ADDRESS AVAILABLE UPON REQUEST

JAMES E BROUGHTON
ADDRESS AVAILABLE UPON REQUEST

JAMES E SAGE
ADDRESS AVAILABLE UPON REQUEST

JAMES EARL WARREN
ADDRESS AVAILABLE UPON REQUEST

JAMES EDWARD ALLEN
ADDRESS AVAILABLE UPON REQUEST

JAMES EDWARD KESSI
ADDRESS AVAILABLE UPON REQUEST

JAMES EICHER
ADDRESS AVAILABLE UPON REQUEST

JAMES EMERY MULLEN
ADDRESS AVAILABLE UPON REQUEST

JAMES F GUNCKEL
ADDRESS AVAILABLE UPON REQUEST

JAMES FERGUSON TUSTIN
ADDRESS AVAILABLE UPON REQUEST

JAMES FLANAGAN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

JAMES FLYNN
ADDRESS AVAILABLE UPON REQUEST

JAMES FOULKS
ADDRESS AVAILABLE UPON REQUEST

JAMES FRASER
ADDRESS AVAILABLE UPON REQUEST

JAMES GILBREATH
ADDRESS AVAILABLE UPON REQUEST

JAMES GLEN WELKER
ADDRESS AVAILABLE UPON REQUEST

JAMES GREEN
ADDRESS AVAILABLE UPON REQUEST

JAMES GREGORY GASCOIGNE BATES
ADDRESS AVAILABLE UPON REQUEST

JAMES H FINN
ADDRESS AVAILABLE UPON REQUEST

JAMES H LEATZOW
ADDRESS AVAILABLE UPON REQUEST

JAMES HASKINS
ADDRESS AVAILABLE UPON REQUEST

JAMES HOWARD WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JAMES J FRANK & ERICA S FRANK (JTWROS)
ADDRESS AVAILABLE UPON REQUEST

JAMES J TIAMPO MONEY PURCHASE PLAN
ADDRESS AVAILABLE UPON REQUEST

JAMES J TIAMPO MONEY PURCHASE PLAN
& TRUST (KEOGH)
PO BOX 931
RENO, NV  89504

JAMES J TIAMPO
ADDRESS AVAILABLE UPON REQUEST

JAMES J TIAMPO
ADDRESS AVAILABLE UPON REQUEST

JAMES JAWORSKI PLAN & TRUST (KEOGH)
ADDRESS AVAILABLE UPON REQUEST

JAMES JEFFREY COLLINS
ADDRESS AVAILABLE UPON REQUEST

JAMES JOSEPH DICE
ADDRESS AVAILABLE UPON REQUEST

JAMES KELLEN
ADDRESS AVAILABLE UPON REQUEST

JAMES KERIAN
ADDRESS AVAILABLE UPON REQUEST

JAMES KEVIN OCONNOR
ADDRESS AVAILABLE UPON REQUEST

JAMES KING
ADDRESS AVAILABLE UPON REQUEST

JAMES L RUTTLER JR AND ANNE B RUTTLER
ADDRESS AVAILABLE UPON REQUEST

JAMES LISSAINT REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

JAMES LORETO
ADDRESS AVAILABLE UPON REQUEST

JAMES LUSK
ADDRESS AVAILABLE UPON REQUEST

JAMES MARKS
ADDRESS AVAILABLE UPON REQUEST

JAMES MATISAN GIFFORD
ADDRESS AVAILABLE UPON REQUEST

JAMES MATTHEW O DONNELL
ADDRESS AVAILABLE UPON REQUEST

JAMES MCCALEB
ADDRESS AVAILABLE UPON REQUEST

JAMES MICHAEL KOHAN
ADDRESS AVAILABLE UPON REQUEST

JAMES MINH CU LAM
ADDRESS AVAILABLE UPON REQUEST

JAMES MOLLER
ADDRESS AVAILABLE UPON REQUEST

JAMES MORAN
ADDRESS AVAILABLE UPON REQUEST

JAMES MORRIS NEWLUN
ADDRESS AVAILABLE UPON REQUEST

JAMES MULVEY
ADDRESS AVAILABLE UPON REQUEST

JAMES NEVIN
ADDRESS AVAILABLE UPON REQUEST

JAMES NORMAN PRESTON
ADDRESS AVAILABLE UPON REQUEST

JAMES NSIEN II
ADDRESS AVAILABLE UPON REQUEST

JAMES P MCGINLEY
ADDRESS AVAILABLE UPON REQUEST

JAMES PATRICK KAHLER
ADDRESS AVAILABLE UPON REQUEST

JAMES PATRICK MCDONALD
ADDRESS AVAILABLE UPON REQUEST

JAMES PATRICK NUNN
ADDRESS AVAILABLE UPON REQUEST

JAMES PENDERGAST
ADDRESS AVAILABLE UPON REQUEST

JAMES R COLEMAN
ADDRESS AVAILABLE UPON REQUEST

JAMES R GOOHS
ADDRESS AVAILABLE UPON REQUEST

JAMES RAGNAR PETTERSON JR
ADDRESS AVAILABLE UPON REQUEST

JAMES RICHARD ROUGH
ADDRESS AVAILABLE UPON REQUEST

JAMES RICHARD
ADDRESS AVAILABLE UPON REQUEST

JAMES ROBERT MULDOON
ADDRESS AVAILABLE UPON REQUEST

JAMES ROBERT RUIZ
ADDRESS AVAILABLE UPON REQUEST

JAMES ROBERT WINNING
ADDRESS AVAILABLE UPON REQUEST

JAMES S BAKER
ADDRESS AVAILABLE UPON REQUEST

JAMES SCOTT MCGUIRE
ADDRESS AVAILABLE UPON REQUEST

JAMES SEDWICK
ADDRESS AVAILABLE UPON REQUEST

JAMES SEVCIK
ADDRESS AVAILABLE UPON REQUEST

JAMES SMITHERS
ADDRESS AVAILABLE UPON REQUEST

JAMES STIRN
ADDRESS AVAILABLE UPON REQUEST

JAMES STOUT
ADDRESS AVAILABLE UPON REQUEST

JAMES T AHN
ADDRESS AVAILABLE UPON REQUEST

JAMES T DOYLE
ADDRESS AVAILABLE UPON REQUEST

JAMES T RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

JAMES TANLEY
ADDRESS AVAILABLE UPON REQUEST

JAMES THESING
ADDRESS AVAILABLE UPON REQUEST

JAMES THOMAS BOSTIC
ADDRESS AVAILABLE UPON REQUEST

JAMES THOMAS GRAY JR
ADDRESS AVAILABLE UPON REQUEST

JAMES TINDALL ROBERTSON
ADDRESS AVAILABLE UPON REQUEST

JAMES V CHELINI
ADDRESS AVAILABLE UPON REQUEST

JAMES VANOVER
ADDRESS AVAILABLE UPON REQUEST

JAMES W JOHNSTON
ADDRESS AVAILABLE UPON REQUEST

JAMES WARREN MACK
ADDRESS AVAILABLE UPON REQUEST

JAMES WIDENER
ADDRESS AVAILABLE UPON REQUEST

JAMES, ABASIAMA
ADDRESS AVAILABLE UPON REQUEST

JAMES, ADAM
ADDRESS AVAILABLE UPON REQUEST

JAMES, ADESOJI
ADDRESS AVAILABLE UPON REQUEST

JAMES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

JAMES, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

JAMES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

JAMES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JAMES, AMBER
ADDRESS AVAILABLE UPON REQUEST

JAMES, ANITA
ADDRESS AVAILABLE UPON REQUEST

JAMES, AVA
ADDRESS AVAILABLE UPON REQUEST

JAMES, AYDEN
ADDRESS AVAILABLE UPON REQUEST

JAMES, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JAMES, BOB
ADDRESS AVAILABLE UPON REQUEST

JAMES, BOBBY
ADDRESS AVAILABLE UPON REQUEST

JAMES, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

JAMES, CARTER
ADDRESS AVAILABLE UPON REQUEST

JAMES, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JAMES, CHINTELLE
ADDRESS AVAILABLE UPON REQUEST

JAMES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JAMES, CODY
ADDRESS AVAILABLE UPON REQUEST

JAMES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JAMES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JAMES, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

JAMES, DAVID AND TINA
ADDRESS AVAILABLE UPON REQUEST

JAMES, DEANNA
ADDRESS AVAILABLE UPON REQUEST

JAMES, DIONNE
ADDRESS AVAILABLE UPON REQUEST

JAMES, ELAINE
ADDRESS AVAILABLE UPON REQUEST

JAMES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JAMES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JAMES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

JAMES, GARRETT
ADDRESS AVAILABLE UPON REQUEST

JAMES, GERALD
ADDRESS AVAILABLE UPON REQUEST

JAMES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JAMES, JACOB
ADDRESS AVAILABLE UPON REQUEST

JAMES, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

JAMES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JAMES, JEANNE
ADDRESS AVAILABLE UPON REQUEST

JAMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JAMES, JERMAINE
ADDRESS AVAILABLE UPON REQUEST

JAMES, JESSI
ADDRESS AVAILABLE UPON REQUEST

JAMES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JAMES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JAMES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JAMES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

JAMES, KENNETH
ADDRESS AVAILABLE UPON REQUEST

JAMES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JAMES, KLOIE
ADDRESS AVAILABLE UPON REQUEST

JAMES, LACI
ADDRESS AVAILABLE UPON REQUEST

JAMES, LATIONA
ADDRESS AVAILABLE UPON REQUEST

JAMES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JAMES, LINDA
ADDRESS AVAILABLE UPON REQUEST

JAMES, LISHE
ADDRESS AVAILABLE UPON REQUEST

JAMES, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

JAMES, MARVA
ADDRESS AVAILABLE UPON REQUEST

JAMES, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

JAMES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JAMES, MYRON
ADDRESS AVAILABLE UPON REQUEST

JAMES, NEIL
ADDRESS AVAILABLE UPON REQUEST

JAMES, NINA
ADDRESS AVAILABLE UPON REQUEST

JAMES, OCEANA
ADDRESS AVAILABLE UPON REQUEST

JAMES, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JAMES, PAM
ADDRESS AVAILABLE UPON REQUEST

JAMES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JAMES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

JAMES, PETER
ADDRESS AVAILABLE UPON REQUEST

JAMES, QWINTEN
ADDRESS AVAILABLE UPON REQUEST

JAMES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JAMES, RHONDA
ADDRESS AVAILABLE UPON REQUEST

JAMES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JAMES, RICK
ADDRESS AVAILABLE UPON REQUEST

JAMES, ROGERS
ADDRESS AVAILABLE UPON REQUEST

JAMES, RYAN
ADDRESS AVAILABLE UPON REQUEST

JAMES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SANDY
ADDRESS AVAILABLE UPON REQUEST

JAMES, SARA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SHANTAY
ADDRESS AVAILABLE UPON REQUEST

JAMES, SIMON
ADDRESS AVAILABLE UPON REQUEST

JAMES, SONDRA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SONYA
ADDRESS AVAILABLE UPON REQUEST

JAMES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JAMES, SUSIE
ADDRESS AVAILABLE UPON REQUEST

JAMES, SUZAN
ADDRESS AVAILABLE UPON REQUEST

JAMES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JAMES, TERRA
ADDRESS AVAILABLE UPON REQUEST

JAMES, THEOTIS
ADDRESS AVAILABLE UPON REQUEST

JAMES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JAMES, TOM
ADDRESS AVAILABLE UPON REQUEST

JAMES, TONYA
ADDRESS AVAILABLE UPON REQUEST

JAMES, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

JAMES, TRICIA
ADDRESS AVAILABLE UPON REQUEST

JAMES, VAL
ADDRESS AVAILABLE UPON REQUEST

JAMES, WAYNE
ADDRESS AVAILABLE UPON REQUEST

JAMES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JAMES, ZERETA
ADDRESS AVAILABLE UPON REQUEST

JAMESON, ANNA
ADDRESS AVAILABLE UPON REQUEST

JAMESON, JEFF
ADDRESS AVAILABLE UPON REQUEST

JAMESON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JAMESON, JULIA
ADDRESS AVAILABLE UPON REQUEST

JAMESON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JAMESON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JAMESON, TESIA
ADDRESS AVAILABLE UPON REQUEST

JAMEYFIELD, LOIS
ADDRESS AVAILABLE UPON REQUEST

JAMGOCHIAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JAMI CLARK
ADDRESS AVAILABLE UPON REQUEST

JAMIE DE TRINIDAD
ADDRESS AVAILABLE UPON REQUEST

JAMIE FIORESI
ADDRESS AVAILABLE UPON REQUEST

JAMIE KRAFT
ADDRESS AVAILABLE UPON REQUEST

JAMIE KULOVITZ
ADDRESS AVAILABLE UPON REQUEST

JAMIE LITTON
ADDRESS AVAILABLE UPON REQUEST

JAMIE MUNDEN
ADDRESS AVAILABLE UPON REQUEST

JAMIE NEILL
ADDRESS AVAILABLE UPON REQUEST

JAMIE PEYSER RATNER (CERTIFIKID LLC)
9908 BLUEGRASS ROAD
POTOMAC, MD 20854

JAMIE RAMSEY
ADDRESS AVAILABLE UPON REQUEST

JAMIE TUEL
ADDRESS AVAILABLE UPON REQUEST

JAMIE VERHAALEN
ADDRESS AVAILABLE UPON REQUEST

JAMIE WARREN
ADDRESS AVAILABLE UPON REQUEST

JAMIE
ADDRESS AVAILABLE UPON REQUEST

JAMIE, FEDONICK,
ADDRESS AVAILABLE UPON REQUEST

JAMIE, KING
ADDRESS AVAILABLE UPON REQUEST

JAMIE, MEISLER
ADDRESS AVAILABLE UPON REQUEST

JAMIEL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, KARA
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, LORI
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, PAYTON
ADDRESS AVAILABLE UPON REQUEST

JAMIESON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

JAMILA EBBA
ADDRESS AVAILABLE UPON REQUEST

JAMILLAH VALLARE
ADDRESS AVAILABLE UPON REQUEST

JAMISON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JAMISON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JAMISON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JAMISON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JAMISON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JAMISON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JAMISON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JAMISON, EMMA
ADDRESS AVAILABLE UPON REQUEST

JAMISON, GLENDA D.
ADDRESS AVAILABLE UPON REQUEST

JAMISON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JAMISON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JAMISON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

JAMISON, KELLI
ADDRESS AVAILABLE UPON REQUEST

JAMISON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JAMISON, LACY
ADDRESS AVAILABLE UPON REQUEST

JAMISON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JAMISON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

JAMISON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

JAMMET, ROXANE
ADDRESS AVAILABLE UPON REQUEST

JAMMYPACK, INC
2000 STRONGS AVE
VENICE, CA  90291

JAMNER, DREW
ADDRESS AVAILABLE UPON REQUEST

JAMROS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JAMSHIDIMEHR, ALI
ADDRESS AVAILABLE UPON REQUEST

JAMTAAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JAN HARPER
ADDRESS AVAILABLE UPON REQUEST

JAN JORISSEN
ADDRESS AVAILABLE UPON REQUEST

JAN VENTURES LLC
262 WINTER STREET
WESTON, MA  02493

JAN VENTURES LLC
ADDRESS AVAILABLE UPON REQUEST

JAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JAN, SARMAD
ADDRESS AVAILABLE UPON REQUEST

JAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JANA FIREBAUGH
ADDRESS AVAILABLE UPON REQUEST

JANA RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JANAC, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JANAE HENDERSON
ADDRESS AVAILABLE UPON REQUEST

JANAK, JIRI
ADDRESS AVAILABLE UPON REQUEST

JANAK, KATIE
ADDRESS AVAILABLE UPON REQUEST

JANAK, RAVI
ADDRESS AVAILABLE UPON REQUEST

JANAKIRAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

JANAKOVIC, AIMEE
ADDRESS AVAILABLE UPON REQUEST

JANAQI, BIANKA
ADDRESS AVAILABLE UPON REQUEST

JANARL THOMPSON
ADDRESS AVAILABLE UPON REQUEST

JANASHAK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JANASKY, AMY
ADDRESS AVAILABLE UPON REQUEST

JANAY SAVOY
ADDRESS AVAILABLE UPON REQUEST

JANCAREK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

JANCO, HOWARD
ADDRESS AVAILABLE UPON REQUEST

JANCO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

JANCZAK, FRANK
ADDRESS AVAILABLE UPON REQUEST

JANCZYK, JOHN
ADDRESS AVAILABLE UPON REQUEST

JANDA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JANDA, ERICA
ADDRESS AVAILABLE UPON REQUEST

JANDA, MICHEL
ADDRESS AVAILABLE UPON REQUEST

JANDA, NARISSA
ADDRESS AVAILABLE UPON REQUEST

JANDELL SELECTIONS
7-11 S BROADWAY UNIT 2 LL
WHITE PLAINS, NY  10601

JANDREAU, TAREL
ADDRESS AVAILABLE UPON REQUEST

JANE EBY, SAM GOECKE
ADDRESS AVAILABLE UPON REQUEST

JANE EGBUFOAMA
ADDRESS AVAILABLE UPON REQUEST

JANE HUTCHISON
ADDRESS AVAILABLE UPON REQUEST

JANE MARIE DALE
ADDRESS AVAILABLE UPON REQUEST

JANE MARIE LINDEMANN
ADDRESS AVAILABLE UPON REQUEST

JANE TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JANE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JANE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JANE, MARY
ADDRESS AVAILABLE UPON REQUEST

JANE, MARY
ADDRESS AVAILABLE UPON REQUEST

JANE, MARY
ADDRESS AVAILABLE UPON REQUEST

JANE, SARAH
ADDRESS AVAILABLE UPON REQUEST

JANEC, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JANECEK, KATHY
ADDRESS AVAILABLE UPON REQUEST

JANECKE, AARON
ADDRESS AVAILABLE UPON REQUEST

JANECZEK, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

JANEE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JANEL GION
ADDRESS AVAILABLE UPON REQUEST

JANELL WISE
ADDRESS AVAILABLE UPON REQUEST

JANELL, CINDY
ADDRESS AVAILABLE UPON REQUEST

JANELLE LUNETTE COOPER
ADDRESS AVAILABLE UPON REQUEST

JANELLE NICOLE MEDDERS
ADDRESS AVAILABLE UPON REQUEST

JANELLE P BRANDOM
ADDRESS AVAILABLE UPON REQUEST

JANELLE SANDS
ADDRESS AVAILABLE UPON REQUEST

JANELLE SHUFORD
ADDRESS AVAILABLE UPON REQUEST

JANELLE, DUAH,
ADDRESS AVAILABLE UPON REQUEST

JANENE GUNDLACH
ADDRESS AVAILABLE UPON REQUEST

JANENKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JANES, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

JANES, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JANES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JANES, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JANES, MIA
ADDRESS AVAILABLE UPON REQUEST

JANET CLARKSON DAVIS
ADDRESS AVAILABLE UPON REQUEST

JANET L HANSEN
ADDRESS AVAILABLE UPON REQUEST

JANET LYLE VEESART
ADDRESS AVAILABLE UPON REQUEST

JANET S FEATHERSTON
ADDRESS AVAILABLE UPON REQUEST

JANET TAMAYO GOMEZ
ADDRESS AVAILABLE UPON REQUEST

JANET TUOMI
ADDRESS AVAILABLE UPON REQUEST

JANET, KATRINA
ADDRESS AVAILABLE UPON REQUEST

JANEZIC, ERIN
ADDRESS AVAILABLE UPON REQUEST

JANG, DON
ADDRESS AVAILABLE UPON REQUEST

JANG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JANG, JISUN
ADDRESS AVAILABLE UPON REQUEST

JANG, MIN
ADDRESS AVAILABLE UPON REQUEST

JANG, MIN
ADDRESS AVAILABLE UPON REQUEST

JANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

JANG, SUNGKWAN
ADDRESS AVAILABLE UPON REQUEST

JANI, NEEL
ADDRESS AVAILABLE UPON REQUEST

JANI, PRIYA
ADDRESS AVAILABLE UPON REQUEST

JANICE KEIKO RINGLER
ADDRESS AVAILABLE UPON REQUEST

JANICE M BRIGGS, JANICE
ADDRESS AVAILABLE UPON REQUEST

JANICE MCCARTHY
ADDRESS AVAILABLE UPON REQUEST

JANICE PIZZONIA
ADDRESS AVAILABLE UPON REQUEST

JANICE ROE
ADDRESS AVAILABLE UPON REQUEST

JANICKI, ERICA
ADDRESS AVAILABLE UPON REQUEST

JANICKI, JAKUB
ADDRESS AVAILABLE UPON REQUEST

JANICKI, MELINDA
ADDRESS AVAILABLE UPON REQUEST

JANICOLA, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JANIK, DEB
ADDRESS AVAILABLE UPON REQUEST

JANIKIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JANINE MARTIN
ADDRESS AVAILABLE UPON REQUEST

JANIS MCNICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JANIS SKINNER
ADDRESS AVAILABLE UPON REQUEST

JANISZEWSKA'S, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JANJUA, KELLY
ADDRESS AVAILABLE UPON REQUEST

JANK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JANKE, ERIN
ADDRESS AVAILABLE UPON REQUEST

JANKES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JANKOSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JANKOVIC, VLADIMIR
ADDRESS AVAILABLE UPON REQUEST

JANKOVICS, ADRIENN
ADDRESS AVAILABLE UPON REQUEST

JANKOVSKY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, AELISON
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, AMBER
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, BERNIE
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, EVIE
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JANKOWSKI, STACY
ADDRESS AVAILABLE UPON REQUEST

JANMOHAMED, AYESHA
ADDRESS AVAILABLE UPON REQUEST

JANNA ENYART
ADDRESS AVAILABLE UPON REQUEST

JANNATI, HENGAMEH
ADDRESS AVAILABLE UPON REQUEST

JANNEY MONTGOMERY SCOTT INC. (0374)
ATTN CORPORATE ACTIONS
1717 ARCH ST
17TH FL
PHILADELPHIA, PA  19103-1675

JANNEY, DAVE
ADDRESS AVAILABLE UPON REQUEST

JANNOTTA, TARYN
ADDRESS AVAILABLE UPON REQUEST

JANNOTTI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JANOCHA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JANOS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JANOSO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JANOTTA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JANOUSEK, AMY
ADDRESS AVAILABLE UPON REQUEST

JANOUSEK, KYLEE
ADDRESS AVAILABLE UPON REQUEST

JANOV, LAURA
ADDRESS AVAILABLE UPON REQUEST

JANOVITZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

JANOWIAK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JANOWICZ, DEANNA
ADDRESS AVAILABLE UPON REQUEST

JANOWSKI, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

JANSAK, LINDA
ADDRESS AVAILABLE UPON REQUEST

JANSEN VAN RENSBURG, FRANCOIS
ADDRESS AVAILABLE UPON REQUEST

JANSEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JANSEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

JANSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

JANSEN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

JANSEN, KAYSE
ADDRESS AVAILABLE UPON REQUEST

JANSEN, KIM
ADDRESS AVAILABLE UPON REQUEST

JANSEN, LOLA
ADDRESS AVAILABLE UPON REQUEST

JANSEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JANSEN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

JANSEN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JANSEN, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

JANSON, ALANA
ADDRESS AVAILABLE UPON REQUEST

JANSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JANSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

JANSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JANSS, AMBER
ADDRESS AVAILABLE UPON REQUEST

JANSSEN, ABIGAYLE
ADDRESS AVAILABLE UPON REQUEST

JANSSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JANSSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

JANSSENS, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

JANSSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JANSSON, LACY
ADDRESS AVAILABLE UPON REQUEST

JANSSON, LORA
ADDRESS AVAILABLE UPON REQUEST

JANSZEN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

JANTSCH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JANTZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JANTZER, KRYSTIN
ADDRESS AVAILABLE UPON REQUEST

JANTZI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JANUARY LAVOY
ADDRESS AVAILABLE UPON REQUEST

JANUARY, KELLY
ADDRESS AVAILABLE UPON REQUEST

JANUSKA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JANUSKIEWICZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

JANUSZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JANUSZ, KIM
ADDRESS AVAILABLE UPON REQUEST

JANYRIN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JANYSKA, LISA
ADDRESS AVAILABLE UPON REQUEST

JANZEN, JENNIE
ADDRESS AVAILABLE UPON REQUEST

JANZEN, TONY
ADDRESS AVAILABLE UPON REQUEST

JAP, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JAPAL, VINCERE
ADDRESS AVAILABLE UPON REQUEST

JAPARIDZE, NANA
ADDRESS AVAILABLE UPON REQUEST

JAQUELINE  MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

JAQUELINE ANN LAMAJ
ADDRESS AVAILABLE UPON REQUEST

JAQUES, ANNA
ADDRESS AVAILABLE UPON REQUEST

JAQUES, DAVID
ADDRESS AVAILABLE UPON REQUEST

JAQUES, EMILY
ADDRESS AVAILABLE UPON REQUEST

JAQUES, EMILY
ADDRESS AVAILABLE UPON REQUEST

JAQUES, JOYCE
ADDRESS AVAILABLE UPON REQUEST

JAQUET, GINA
ADDRESS AVAILABLE UPON REQUEST

JAQUEZ, BRYANT
ADDRESS AVAILABLE UPON REQUEST

JAQUEZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JAQUEZ, KARLA
ADDRESS AVAILABLE UPON REQUEST

JAQUEZ, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

JAQUITH, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

JARA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

JARA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JARA, RAUL
ADDRESS AVAILABLE UPON REQUEST

JARAE NICHOLS
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, ANA
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, EDWARD
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, ESTEFANIA
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, FELICIA
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, SHONTELLE
ADDRESS AVAILABLE UPON REQUEST

JARAMILLO, VICENTE
ADDRESS AVAILABLE UPON REQUEST

JARBOE, BELYNDA
ADDRESS AVAILABLE UPON REQUEST

JARBOE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JARBOE-LEE, LOUISE
ADDRESS AVAILABLE UPON REQUEST

JARDA, LISA
ADDRESS AVAILABLE UPON REQUEST

JARDEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JARDIN, IAN
ADDRESS AVAILABLE UPON REQUEST

JARDINE, ELISHA
ADDRESS AVAILABLE UPON REQUEST

JARDINE, LARYSSA
ADDRESS AVAILABLE UPON REQUEST

JARDINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JARDON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JARED BEYMER
ADDRESS AVAILABLE UPON REQUEST

JARED BRAINERD
ADDRESS AVAILABLE UPON REQUEST

JARED WARD
ADDRESS AVAILABLE UPON REQUEST

JARED, HIGGINS
ADDRESS AVAILABLE UPON REQUEST

JARELLE DYBAS
ADDRESS AVAILABLE UPON REQUEST

JAREN DOHERTY JR
ADDRESS AVAILABLE UPON REQUEST

JARES, MAGGY
ADDRESS AVAILABLE UPON REQUEST

JARGILO, SABINA
ADDRESS AVAILABLE UPON REQUEST

JARISCH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

JARIWALA, RITESH
ADDRESS AVAILABLE UPON REQUEST

JARMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JARMEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JARMON, KOBIE
ADDRESS AVAILABLE UPON REQUEST

JARMON, LYNDA
ADDRESS AVAILABLE UPON REQUEST

JARMON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JARMUZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JARNAGIN, DENISE
ADDRESS AVAILABLE UPON REQUEST

JARNOW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JARO, CELINE
ADDRESS AVAILABLE UPON REQUEST

JAROSZESKI, JORDYN
ADDRESS AVAILABLE UPON REQUEST

JAROWICZ, MARIE
ADDRESS AVAILABLE UPON REQUEST

JARQUIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JARRELL, BRANDY
ADDRESS AVAILABLE UPON REQUEST

JARRELL, DON
ADDRESS AVAILABLE UPON REQUEST

JARRELL, HOLLY 2/
ADDRESS AVAILABLE UPON REQUEST

JARRELL, JULIA
ADDRESS AVAILABLE UPON REQUEST

JARRELL, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

JARRELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

JARRELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JARRELLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JARRELLS, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

JARRELLS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JARRET EVAN GLASSBROOK
ADDRESS AVAILABLE UPON REQUEST

JARRETT HARRIS
ADDRESS AVAILABLE UPON REQUEST

JARRETT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JARRETT, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

JARRETT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

JARRETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JARRETT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JARRETT-WILCOX, CARLENA
ADDRESS AVAILABLE UPON REQUEST

JARRO RODRIGUEZ ARGUELLES FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

JARROLD, RICHARD/CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

JARROW, ANNE
ADDRESS AVAILABLE UPON REQUEST

JARVAIS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

JARVEY, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

JARVEY, ERIK
ADDRESS AVAILABLE UPON REQUEST

JARVIE, KATIE
ADDRESS AVAILABLE UPON REQUEST

JARVIS, AMY
ADDRESS AVAILABLE UPON REQUEST

JARVIS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JARVIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JARVIS, ELENA
ADDRESS AVAILABLE UPON REQUEST

JARVIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JARVIS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

JARVIS, GERALD
ADDRESS AVAILABLE UPON REQUEST

JARVIS, JAY
ADDRESS AVAILABLE UPON REQUEST

JARVIS, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

JARVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JARVIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

JARVIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JARVIS, LILY
ADDRESS AVAILABLE UPON REQUEST

JARVIS, MARYJANE
ADDRESS AVAILABLE UPON REQUEST

JARVIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JARVIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JARVIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

JARVIS, STACY
ADDRESS AVAILABLE UPON REQUEST

JARVIS-SQUIRE, ADRIELLE
ADDRESS AVAILABLE UPON REQUEST

JARZEBIAK, AJ
ADDRESS AVAILABLE UPON REQUEST

JARZEMBOWSKI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

JASBECK, SHANE
ADDRESS AVAILABLE UPON REQUEST

JASECKO, PAOLA
ADDRESS AVAILABLE UPON REQUEST

JASEK, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

JASEN FRANK MEYN
ADDRESS AVAILABLE UPON REQUEST

JASICK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JASIK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JASINSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JASINSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JASINSKI-MCKENNA, SIOBHAN AND DAVE
ADDRESS AVAILABLE UPON REQUEST

JASINTO, SHIMENA
ADDRESS AVAILABLE UPON REQUEST

JASKIRAN SAMRA
ADDRESS AVAILABLE UPON REQUEST

JASKO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JASKOLSKI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

JASKOWIAK, JULIE
ADDRESS AVAILABLE UPON REQUEST

JASKOWIAK, MARK
ADDRESS AVAILABLE UPON REQUEST

JASKULSKI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JASLOWSKI, CARLEE
ADDRESS AVAILABLE UPON REQUEST

JASMINE A JORDAN-STEWART
ADDRESS AVAILABLE UPON REQUEST

JASMINE BROWN
ADDRESS AVAILABLE UPON REQUEST

JASMINE GRIFFITH
ADDRESS AVAILABLE UPON REQUEST

JASMINE HAWTHORNE
ADDRESS AVAILABLE UPON REQUEST

JASMINE KAUR
ADDRESS AVAILABLE UPON REQUEST

JASMINE LIN
ADDRESS AVAILABLE UPON REQUEST

JASMINE SANDERS
ADDRESS AVAILABLE UPON REQUEST

JASMINE, JASON
ADDRESS AVAILABLE UPON REQUEST

JASMINE, MCFARLAND
ADDRESS AVAILABLE UPON REQUEST

JASNIEWICZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JASO, ANNA
ADDRESS AVAILABLE UPON REQUEST

JASO, BEN
ADDRESS AVAILABLE UPON REQUEST

JASON AUGUSTYN
ADDRESS AVAILABLE UPON REQUEST

JASON BAGWILL
ADDRESS AVAILABLE UPON REQUEST

JASON BICHSEL
ADDRESS AVAILABLE UPON REQUEST

JASON BIWER
ADDRESS AVAILABLE UPON REQUEST

JASON BLEILE
ADDRESS AVAILABLE UPON REQUEST

JASON BRADLEY SCHWERINER
ADDRESS AVAILABLE UPON REQUEST

JASON BRENT KENNEDY
ADDRESS AVAILABLE UPON REQUEST

JASON BROUSSEAU
ADDRESS AVAILABLE UPON REQUEST

JASON COOK
ADDRESS AVAILABLE UPON REQUEST

JASON COONS
ADDRESS AVAILABLE UPON REQUEST

JASON DAUGHETY
ADDRESS AVAILABLE UPON REQUEST

JASON DAVID STIVANO
ADDRESS AVAILABLE UPON REQUEST

JASON FOSTER
ADDRESS AVAILABLE UPON REQUEST

JASON GERARD CROFT
ADDRESS AVAILABLE UPON REQUEST

JASON H LYNCH
ADDRESS AVAILABLE UPON REQUEST

JASON HADLEY
ADDRESS AVAILABLE UPON REQUEST

JASON HARRIS
ADDRESS AVAILABLE UPON REQUEST

JASON HOROWITZ
ADDRESS AVAILABLE UPON REQUEST

JASON JASMINE
ADDRESS AVAILABLE UPON REQUEST

JASON KENT ZACHARY
ADDRESS AVAILABLE UPON REQUEST

JASON LANDVER
ADDRESS AVAILABLE UPON REQUEST

JASON LEWIS
ADDRESS AVAILABLE UPON REQUEST

JASON LUCKMANN
ADDRESS AVAILABLE UPON REQUEST

JASON LUEDERS
ADDRESS AVAILABLE UPON REQUEST

JASON MCCRYSTLE
ADDRESS AVAILABLE UPON REQUEST

JASON MCDERMOTT
ADDRESS AVAILABLE UPON REQUEST

JASON MICHAEL BONKE
ADDRESS AVAILABLE UPON REQUEST

JASON MILLER
ADDRESS AVAILABLE UPON REQUEST

JASON NAPOLI
ADDRESS AVAILABLE UPON REQUEST

JASON NORKEVICUS
ADDRESS AVAILABLE UPON REQUEST

JASON ORZEL
ADDRESS AVAILABLE UPON REQUEST

JASON P BERGSTROM
ADDRESS AVAILABLE UPON REQUEST

JASON PAUL CHALECKI
ADDRESS AVAILABLE UPON REQUEST

JASON PONDER
ADDRESS AVAILABLE UPON REQUEST

JASON SHREVE
ADDRESS AVAILABLE UPON REQUEST

JASON SIMON
ADDRESS AVAILABLE UPON REQUEST

JASON TOGIAS
ADDRESS AVAILABLE UPON REQUEST

JASON WADE
ADDRESS AVAILABLE UPON REQUEST

JASON WENDT
ADDRESS AVAILABLE UPON REQUEST

JASON WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JASON, KRYSTELL
ADDRESS AVAILABLE UPON REQUEST

JASON, LISA
ADDRESS AVAILABLE UPON REQUEST

JASON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JASON-DENNIS STEWART
ADDRESS AVAILABLE UPON REQUEST

JASPER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JASPER, LEAH
ADDRESS AVAILABLE UPON REQUEST

JASPER, LYNN
ADDRESS AVAILABLE UPON REQUEST

JASPER, STACEY
ADDRESS AVAILABLE UPON REQUEST

JASPER, TYLER
ADDRESS AVAILABLE UPON REQUEST

JASPER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

JASPERSON, COREY
ADDRESS AVAILABLE UPON REQUEST

JASSEM, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JASSO, CATHY
ADDRESS AVAILABLE UPON REQUEST

JASSO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JASSO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

JASTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

JASTERMSKY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JASTRZAB, ALAYNE
ADDRESS AVAILABLE UPON REQUEST

JASTRZEBSKI, KATHY
ADDRESS AVAILABLE UPON REQUEST

JASUWAN, TORRIE
ADDRESS AVAILABLE UPON REQUEST

JATAUN GILBERT
ADDRESS AVAILABLE UPON REQUEST

JATIN CHOPRA
ADDRESS AVAILABLE UPON REQUEST

JAU, SAM
ADDRESS AVAILABLE UPON REQUEST

JAUCIAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JAUGSTETTER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JAUHAL, BEMI
ADDRESS AVAILABLE UPON REQUEST

JAUME, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JAURIRI, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

JAUSS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JAUSSAUD, RENEE
ADDRESS AVAILABLE UPON REQUEST

JAVAGE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

JAVAGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

JAVAHER, JASON
ADDRESS AVAILABLE UPON REQUEST

JAVED, SANNIA
ADDRESS AVAILABLE UPON REQUEST

JAVELLANA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

JAVERI, NIRAJ
ADDRESS AVAILABLE UPON REQUEST

JAVERNIK, LUKE
ADDRESS AVAILABLE UPON REQUEST

JAVIER ALCAZAR
ADDRESS AVAILABLE UPON REQUEST

JAVIER WAASE
ADDRESS AVAILABLE UPON REQUEST

JAVIER, JENNIE
ADDRESS AVAILABLE UPON REQUEST

JAVIER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JAVO BEVERAGE COMPANY, INC.
1311 SPECIALTY DRIVE
VISTA, CA  92081

JAVON CAVER
ADDRESS AVAILABLE UPON REQUEST

JAVORA, ALISON
ADDRESS AVAILABLE UPON REQUEST

JAWBONE
ADDRESS UNAVAILABLE AT TIME OF FILING

JAWDAT, FADIA
ADDRESS AVAILABLE UPON REQUEST

JAWDAT, LAYAN
ADDRESS AVAILABLE UPON REQUEST

JAWDAT, LENNA
ADDRESS AVAILABLE UPON REQUEST

JAWHARY, RABI
ADDRESS AVAILABLE UPON REQUEST

JAWIN, KEREY
ADDRESS AVAILABLE UPON REQUEST

JAWORECKI, ROSE
ADDRESS AVAILABLE UPON REQUEST

JAWOREK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JAWORSKI, DIANA
ADDRESS AVAILABLE UPON REQUEST

JAWORSKI, JULIE
ADDRESS AVAILABLE UPON REQUEST

JAWORSKI, KRISTA
ADDRESS AVAILABLE UPON REQUEST

JAWORSKI, MATT
ADDRESS AVAILABLE UPON REQUEST

JAY ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JAY DONALD SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

JAY H UNDERWOOD
ADDRESS AVAILABLE UPON REQUEST

JAY HENDERSON
ADDRESS AVAILABLE UPON REQUEST

JAY JEWELL
ADDRESS AVAILABLE UPON REQUEST

JAY R BOMMAREDDY
ADDRESS AVAILABLE UPON REQUEST

JAY ROBERTS
ADDRESS AVAILABLE UPON REQUEST

JAY STETZ
ADDRESS AVAILABLE UPON REQUEST

JAY, ALY
ADDRESS AVAILABLE UPON REQUEST

JAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

JAY, LYNNAI
ADDRESS AVAILABLE UPON REQUEST

JAY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JAY, S
ADDRESS AVAILABLE UPON REQUEST

JAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

JAYARAM, AMSHULA
ADDRESS AVAILABLE UPON REQUEST

JAYARAM, THILA
ADDRESS AVAILABLE UPON REQUEST

JAYARAMAN, SUBHADRA
ADDRESS AVAILABLE UPON REQUEST

JAYARAMAN, VISHAL
ADDRESS AVAILABLE UPON REQUEST

JAYASINGHE, HASHINTHA
ADDRESS AVAILABLE UPON REQUEST

JAYE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

JAYE, SHELLI
ADDRESS AVAILABLE UPON REQUEST

JAYESH SHUKLA
ADDRESS AVAILABLE UPON REQUEST

JAYNA, LANGFORD
ADDRESS AVAILABLE UPON REQUEST

JAYNE, ALISSA
ADDRESS AVAILABLE UPON REQUEST

JAYNE, GAIL
ADDRESS AVAILABLE UPON REQUEST

JAYNES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JAYNES, JESSI
ADDRESS AVAILABLE UPON REQUEST

JAYNES, KARLEY
ADDRESS AVAILABLE UPON REQUEST

JAYNES, LAURE
ADDRESS AVAILABLE UPON REQUEST

JAYRAJ PATEL
ADDRESS AVAILABLE UPON REQUEST

JAYSANKAR, HARISH
ADDRESS AVAILABLE UPON REQUEST

JAYSON, BEN
ADDRESS AVAILABLE UPON REQUEST

JAZEK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JAZLEEN, GARCIA,
ADDRESS AVAILABLE UPON REQUEST

JAZMINE GOMEZ
ADDRESS AVAILABLE UPON REQUEST

JAZMINE SCHWINGES, -WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JAZWIECKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JAZZAA, MARYAM
ADDRESS AVAILABLE UPON REQUEST

JEAL, ALYSE
ADDRESS AVAILABLE UPON REQUEST

JEAN ANN VAN DEN HEUVEL
ADDRESS AVAILABLE UPON REQUEST

JEAN BAPTISTE, SHEMICA
ADDRESS AVAILABLE UPON REQUEST

JEAN GLOVER
ADDRESS AVAILABLE UPON REQUEST

JEAN HANEY
ADDRESS AVAILABLE UPON REQUEST

JEAN HARRIS
ADDRESS AVAILABLE UPON REQUEST

JEAN PHILIPPE, MATTERSON
ADDRESS AVAILABLE UPON REQUEST

JEAN VENDICE
ADDRESS AVAILABLE UPON REQUEST

JEAN WANG
ADDRESS AVAILABLE UPON REQUEST

JEAN, ADELA
ADDRESS AVAILABLE UPON REQUEST

JEAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JEAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JEAN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

JEAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

JEAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

JEAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

JEAN, MARTINE
ADDRESS AVAILABLE UPON REQUEST

JEAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JEAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JEAN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

JEAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JEAN, OBED
ADDRESS AVAILABLE UPON REQUEST

JEAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JEAN, SERGINE
ADDRESS AVAILABLE UPON REQUEST

JEAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JEAN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

JEAN-BAPTISTE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JEAN-BAPTISTE, ESTHER
ADDRESS AVAILABLE UPON REQUEST

JEAN-BAPTISTE, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

JEAN-BAPTISTE, J DANIEL
ADDRESS AVAILABLE UPON REQUEST

JEAN-BART, KAREN
ADDRESS AVAILABLE UPON REQUEST

JEAN-CHARLES, DARNELL
ADDRESS AVAILABLE UPON REQUEST

JEAN-CLAUDE BASSILA
ADDRESS AVAILABLE UPON REQUEST

JEANES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JEANETTE CARRANZA
ADDRESS AVAILABLE UPON REQUEST

JEANGUENAT, ANNA
ADDRESS AVAILABLE UPON REQUEST

JEANICA LYKA RIEF
ADDRESS AVAILABLE UPON REQUEST

JEANIE OWEN, JEANIE
ADDRESS AVAILABLE UPON REQUEST

JEANINE DIBLEY
ADDRESS AVAILABLE UPON REQUEST

JEANINE KNOLL
ADDRESS AVAILABLE UPON REQUEST

JEANINE LANGE
ADDRESS AVAILABLE UPON REQUEST

JEAN-JACQUES, KELVEN
ADDRESS AVAILABLE UPON REQUEST

JEANJEAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

JEANJULIEN, ENOCK
ADDRESS AVAILABLE UPON REQUEST

JEANLOUIS, DAPHKAR
ADDRESS AVAILABLE UPON REQUEST

JEAN-LOUIS, GILBERT
ADDRESS AVAILABLE UPON REQUEST

JEAN-LOUIS, MOISE-LENA
ADDRESS AVAILABLE UPON REQUEST

JEAN-MAX JEAN-PIERRE
ADDRESS AVAILABLE UPON REQUEST

JEANNACE BURNETT-BENTLEY
ADDRESS AVAILABLE UPON REQUEST

JEANNE CHASE
ADDRESS AVAILABLE UPON REQUEST

JEANNE LARSON
ADDRESS AVAILABLE UPON REQUEST

JEANNE WHITENS
ADDRESS AVAILABLE UPON REQUEST

JEANNETTE, LISA
ADDRESS AVAILABLE UPON REQUEST

JEANNIE LOCKLEAR
ADDRESS AVAILABLE UPON REQUEST

JEANNOT, PASCALE
ADDRESS AVAILABLE UPON REQUEST

JEAN-PAUL, BLANDINE
ADDRESS AVAILABLE UPON REQUEST

JEAN-PIERRE, CHESLY
ADDRESS AVAILABLE UPON REQUEST

JEANS, ABBY
ADDRESS AVAILABLE UPON REQUEST

JEANS, CLAIRESITA
ADDRESS AVAILABLE UPON REQUEST

JEANSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JEBALI, KENZA
ADDRESS AVAILABLE UPON REQUEST

JEBELI, MAHVASH
ADDRESS AVAILABLE UPON REQUEST

JEBIN, RAHNUMA
ADDRESS AVAILABLE UPON REQUEST

JECK, KARA
ADDRESS AVAILABLE UPON REQUEST

JECKLIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JEDLICKA, ADAM
ADDRESS AVAILABLE UPON REQUEST

JEDRESKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JEDROSKO, MILDRED
ADDRESS AVAILABLE UPON REQUEST

JEEVANJEEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JEEVES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JEFF HOLZMAN
ADDRESS AVAILABLE UPON REQUEST

JEFF JAYNES
ADDRESS AVAILABLE UPON REQUEST

JEFF MAKSYM
ADDRESS AVAILABLE UPON REQUEST

JEFF PATE
ADDRESS AVAILABLE UPON REQUEST

JEFF PERA
ADDRESS AVAILABLE UPON REQUEST

JEFFCOAT, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JEFFERIES & CO, INC. (0019)
ATTN ROBERT MARANZANO OR PROXY MGR
34 EXCHANGE PL
JERSEY CITY, NJ 07311

JEFFERIES SELENA
ADDRESS AVAILABLE UPON REQUEST

JEFFERIES, ABBY
ADDRESS AVAILABLE UPON REQUEST

JEFFERIES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JEFFERIES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JEFFERIS, MARINA
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, ANNA
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, DANICA
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, NANCY
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, NEALON
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, SHAWNDA
ADDRESS AVAILABLE UPON REQUEST

JEFFERS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, JAMILA
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, JODI
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, LEVON
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, RILEE
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, SELDON
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, SHAQUIDA
ADDRESS AVAILABLE UPON REQUEST

JEFFERSON, WISTER
ADDRESS AVAILABLE UPON REQUEST

JEFFERY CLARK STONE
ADDRESS AVAILABLE UPON REQUEST

JEFFERY, NOAH
ADDRESS AVAILABLE UPON REQUEST

JEFFERY, TYLER
ADDRESS AVAILABLE UPON REQUEST

JEFFORDS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

JEFFORDS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JEFFORDS, KARA
ADDRESS AVAILABLE UPON REQUEST

JEFFORY MILLER
ADDRESS AVAILABLE UPON REQUEST

JEFFRESS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

JEFFRESS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JEFFREY A VISSER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY ALAN BLOCK
ADDRESS AVAILABLE UPON REQUEST

JEFFREY ALAN BURGESS
ADDRESS AVAILABLE UPON REQUEST

JEFFREY BAKER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY BALL
ADDRESS AVAILABLE UPON REQUEST

JEFFREY BRAD ALLEN
ADDRESS AVAILABLE UPON REQUEST

JEFFREY C HALL
ADDRESS AVAILABLE UPON REQUEST

JEFFREY CABRAL TEIXEIRA
ADDRESS AVAILABLE UPON REQUEST

JEFFREY CASAMENTO
ADDRESS AVAILABLE UPON REQUEST

JEFFREY CHARLITE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY D HART
ADDRESS AVAILABLE UPON REQUEST

JEFFREY DARRELL FARMER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY DAVID COLLINS
ADDRESS AVAILABLE UPON REQUEST

JEFFREY DOUGLAS FARRINGTON
ADDRESS AVAILABLE UPON REQUEST

JEFFREY DOWS
ADDRESS AVAILABLE UPON REQUEST

JEFFREY E HAVELL
ADDRESS AVAILABLE UPON REQUEST

JEFFREY FEINBERG
ADDRESS AVAILABLE UPON REQUEST

JEFFREY GAUGER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY H GLATTER SUSAN M GLATTER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY IVER TOLSTAD
ADDRESS AVAILABLE UPON REQUEST

JEFFREY JAMES FULKERSON
ADDRESS AVAILABLE UPON REQUEST

JEFFREY KOURY
ADDRESS AVAILABLE UPON REQUEST

JEFFREY L BLAKE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY L LEVERONE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY LANG
ADDRESS AVAILABLE UPON REQUEST

JEFFREY LINN BOOKHOUT
ADDRESS AVAILABLE UPON REQUEST

JEFFREY LYNN NARBURGH
ADDRESS AVAILABLE UPON REQUEST

JEFFREY M BIESMAN
ADDRESS AVAILABLE UPON REQUEST

JEFFREY MICHAEL RACHKE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY MICHAEL SOBODASH
ADDRESS AVAILABLE UPON REQUEST

JEFFREY O ZICKER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY RICHARD
ADDRESS AVAILABLE UPON REQUEST

JEFFREY ROBIN
ADDRESS AVAILABLE UPON REQUEST

JEFFREY RODEWALD
ADDRESS AVAILABLE UPON REQUEST

JEFFREY RODHOUSE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY S CHARLTON
ADDRESS AVAILABLE UPON REQUEST

JEFFREY SMITH
ADDRESS AVAILABLE UPON REQUEST

JEFFREY T LEDERER
ADDRESS AVAILABLE UPON REQUEST

JEFFREY THOMAS
ADDRESS AVAILABLE UPON REQUEST

JEFFREY TYLER NIX
ADDRESS AVAILABLE UPON REQUEST

JEFFREY VAN DE POEL
ADDRESS AVAILABLE UPON REQUEST

JEFFREY VICENTE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY W CROOMS
ADDRESS AVAILABLE UPON REQUEST

JEFFREY WHITE
ADDRESS AVAILABLE UPON REQUEST

JEFFREY WOLTMAN
ADDRESS AVAILABLE UPON REQUEST

JEFFREY ZILAHY
ADDRESS AVAILABLE UPON REQUEST

JEFFREY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, ERUM
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, JACOB
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, JULIE
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, LINDA
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, LUCIA CARREON
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JEFFRIES, RICHIE
ADDRESS AVAILABLE UPON REQUEST

JEFFS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

JEFFUS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JEGANATHAN, SARAVANAN
ADDRESS AVAILABLE UPON REQUEST

JEGHELIAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JEJNA, LYNNE
ADDRESS AVAILABLE UPON REQUEST

JEK, KIAN
ADDRESS AVAILABLE UPON REQUEST

JEKAUC, IGOR
ADDRESS AVAILABLE UPON REQUEST

JELANI CURRIE
ADDRESS AVAILABLE UPON REQUEST

JELASKA, DUJE
ADDRESS AVAILABLE UPON REQUEST

JELENIEWSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JELINEK, CORY
ADDRESS AVAILABLE UPON REQUEST

JELINEK, JOSIEY
ADDRESS AVAILABLE UPON REQUEST

JELINEK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JELLERETTE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JELLEYMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

JELLINS, LIONEL
ADDRESS AVAILABLE UPON REQUEST

JELLISON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

JELLOTS, FERRELL
ADDRESS AVAILABLE UPON REQUEST

JELLY BELLY CANDY COMPANY
ONE JELLY BELLY LANE
FAIRFIELD, CA  94533

JELONEK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

JEMP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JEN BENVENUTO
ADDRESS AVAILABLE UPON REQUEST

JEN LILLEY
ADDRESS AVAILABLE UPON REQUEST

JEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JENA GARTLAND
ADDRESS AVAILABLE UPON REQUEST

JENA GREEN FASHION INSPIRATION
100 FOX RIDGE LN
WASHINGTON, IL  61571

JENA, ABHISEK
ADDRESS AVAILABLE UPON REQUEST

JENA, JOHNSON,
ADDRESS AVAILABLE UPON REQUEST

JENALEE ERICKSON
ADDRESS AVAILABLE UPON REQUEST

JENCSO, KELLY
ADDRESS AVAILABLE UPON REQUEST

JENELLE HATZUNG
ADDRESS AVAILABLE UPON REQUEST

JENEMA, SARAH
ADDRESS AVAILABLE UPON REQUEST

JENEY, ROBYN
ADDRESS AVAILABLE UPON REQUEST

JENIFER SCHEEHLE
ADDRESS AVAILABLE UPON REQUEST

JENIFFER BLANCO SYLVESTER
ADDRESS AVAILABLE UPON REQUEST

JENKINS, AARON
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ABBIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ADDIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ADYSON
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ALEC
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ALIZABETH
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ANNA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ARICA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, AVERY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, BEN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, BOB
ADDRESS AVAILABLE UPON REQUEST

JENKINS, BRE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CARIN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CARLA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CAROL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CASEY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CHETARRA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, CJ
ADDRESS AVAILABLE UPON REQUEST

JENKINS, DALE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

JENKINS, DESHAE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

JENKINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ERIC
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ERICA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, EVAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, GREG
ADDRESS AVAILABLE UPON REQUEST

JENKINS, HALEY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JENKINS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JACOB
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JACOB
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JEANNE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JEFF
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JILL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JOY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, JULIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KALAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KATHI
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KELLY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KIM
ADDRESS AVAILABLE UPON REQUEST

JENKINS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, LAURA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, MARIA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, MARNIE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, MARTI
ADDRESS AVAILABLE UPON REQUEST

JENKINS, MASON
ADDRESS AVAILABLE UPON REQUEST

JENKINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RIAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, RYAN
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SALIMA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SARAH AND JOE
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SHERRY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SHINIKA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JENKINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JENKINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JENKINS, TINA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, TOMARRA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, WANDA
ADDRESS AVAILABLE UPON REQUEST

JENKINS, WANNEH
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ZAC
ADDRESS AVAILABLE UPON REQUEST

JENKINS, ZACH
ADDRESS AVAILABLE UPON REQUEST

JENKINS-BOSEMAN, BRENDOLYN
ADDRESS AVAILABLE UPON REQUEST

JENKINS-LONG, VICKI
ADDRESS AVAILABLE UPON REQUEST

JENKS, ANNE
ADDRESS AVAILABLE UPON REQUEST

JENKS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

JENKS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JENKS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JENKS, TERRILEE
ADDRESS AVAILABLE UPON REQUEST

JENN BODIN
ADDRESS AVAILABLE UPON REQUEST

JENN GUIRAND
ADDRESS AVAILABLE UPON REQUEST

JENNA BALLARD
ADDRESS AVAILABLE UPON REQUEST

JENNA HOWE
ADDRESS AVAILABLE UPON REQUEST

JENNA JONES
ADDRESS AVAILABLE UPON REQUEST

JENNA KLEINGARTNER
ADDRESS AVAILABLE UPON REQUEST

JENNA SALVATIN
ADDRESS AVAILABLE UPON REQUEST

JENNA SMABY
ADDRESS AVAILABLE UPON REQUEST

JENNAH, JAMAAL
ADDRESS AVAILABLE UPON REQUEST

JENNAI GULEZIAN
ADDRESS AVAILABLE UPON REQUEST

JENNAS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

JENNER, JANETTA
ADDRESS AVAILABLE UPON REQUEST

JENNESS, MONICA
ADDRESS AVAILABLE UPON REQUEST

JENNETT, JACOB
ADDRESS AVAILABLE UPON REQUEST

JENNEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

JENNI BLACKWELL
ADDRESS AVAILABLE UPON REQUEST

JENNI, MRS
ADDRESS AVAILABLE UPON REQUEST

JENNIBICK.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

JENNICHES, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

JENNIE ARMSTRONG
ADDRESS AVAILABLE UPON REQUEST

JENNIE ROLLENS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER A THORPE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ALBORANO
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ANGLE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ANN CHAPLIN
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ANN EVANS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ARDEL THOMPSON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER BLACKBURN
ADDRESS AVAILABLE UPON REQUEST

JENNIFER CARGIENE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER CLAYTON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER DABIRSIAGHI
ADDRESS AVAILABLE UPON REQUEST

JENNIFER DEVOE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER DISOTELL
8136 GARDEN GROVE AVE
RESEDA, CA  91335

JENNIFER DODDS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER DOKES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ELIAS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER FOSTER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GAUTHIER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GAYLE LUKOWITZ
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GILTNANE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GOLDBERG
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GRINER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER GUNDERSON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HAYNES
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HAYS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HELBLE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HENDEL
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HLAVATY
ADDRESS AVAILABLE UPON REQUEST

JENNIFER HURST
ADDRESS AVAILABLE UPON REQUEST

JENNIFER JEFFREY
ADDRESS AVAILABLE UPON REQUEST

JENNIFER KUBIS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER LAGROW
ADDRESS AVAILABLE UPON REQUEST

JENNIFER LEHRER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER LIEBENGOOD
ADDRESS AVAILABLE UPON REQUEST

JENNIFER LOPEZ
ADDRESS AVAILABLE UPON REQUEST

JENNIFER LOU
ADDRESS AVAILABLE UPON REQUEST

JENNIFER M KACHMARIK
ADDRESS AVAILABLE UPON REQUEST

JENNIFER MACFARLANE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER MARSHALL
ADDRESS AVAILABLE UPON REQUEST

JENNIFER MCKENNA, ANN BARRY
ADDRESS AVAILABLE UPON REQUEST

JENNIFER MERLO
ADDRESS AVAILABLE UPON REQUEST

JENNIFER MILLER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER NATION
ADDRESS AVAILABLE UPON REQUEST

JENNIFER NEACOSIA
ADDRESS AVAILABLE UPON REQUEST

JENNIFER NICHOLS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER OSOTEO
ADDRESS AVAILABLE UPON REQUEST

JENNIFER OUYANG
ADDRESS AVAILABLE UPON REQUEST

JENNIFER P FORD
ADDRESS AVAILABLE UPON REQUEST

JENNIFER POLLARD
ADDRESS AVAILABLE UPON REQUEST

JENNIFER QUIJANCE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER REPANSHEK
ADDRESS AVAILABLE UPON REQUEST

JENNIFER RICHTER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER RINN
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ROGERS
ADDRESS AVAILABLE UPON REQUEST

JENNIFER ROWLAND, ROWLAND
ADDRESS AVAILABLE UPON REQUEST

JENNIFER RYAN CARVER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SALEM
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SCHACH
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SCHOEPFLIN
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SHEPARD
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SOBIECH
ADDRESS AVAILABLE UPON REQUEST

JENNIFER SOLLEY
ADDRESS AVAILABLE UPON REQUEST

JENNIFER STUMM
ADDRESS AVAILABLE UPON REQUEST

JENNIFER TIGHE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER TIPTON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER TOWNE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER VECCHIARELLI
ADDRESS AVAILABLE UPON REQUEST

JENNIFER VELASQUEZ
ADDRESS AVAILABLE UPON REQUEST

JENNIFER VICINIE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER WALSER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER WALTON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER WARE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER WILEY
ADDRESS AVAILABLE UPON REQUEST

JENNIFER YEN LEE
ADDRESS AVAILABLE UPON REQUEST

JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JENNIFER, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JENNIFER, HOFFMEIER,
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, ABBY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, AMY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, CASEY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, CHASE
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, CLIFF
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, DEANDRE
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, IAN
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, IVEY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, JACK & TAMMY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, JENNA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, JO
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, KARLI
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, LAURA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, LAURA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, LIZZY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, LORI
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MAX
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, NANCY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, RUFUS
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, SARAH
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, SARAH
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, SHARRON
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, SHAUN
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, THALIA
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

JENNINGS, ZACH
ADDRESS AVAILABLE UPON REQUEST

JENNY CUASAPAZ
ADDRESS AVAILABLE UPON REQUEST

JENNY MELILLO
ADDRESS AVAILABLE UPON REQUEST

JENNY MELILLO
ADDRESS AVAILABLE UPON REQUEST

JENNY SKELTON
ADDRESS AVAILABLE UPON REQUEST

JENOVESE, KAREN
ADDRESS AVAILABLE UPON REQUEST

JENRICH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JENS, NORA
ADDRESS AVAILABLE UPON REQUEST

JENSCHKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JENSEN CUMMINGS
ADDRESS AVAILABLE UPON REQUEST

JENSEN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BECCA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BECCA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BETH
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, CARL
ADDRESS AVAILABLE UPON REQUEST

JENSEN, CARLY
ADDRESS AVAILABLE UPON REQUEST

JENSEN, CASSIANA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JENSEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JENSEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JENSEN, DANICA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, DEB
ADDRESS AVAILABLE UPON REQUEST

JENSEN, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

JENSEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JENSEN, ELYSE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, GINA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

JENSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JODI
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KAIT
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KURT
ADDRESS AVAILABLE UPON REQUEST

JENSEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, MADISYN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, MARK
ADDRESS AVAILABLE UPON REQUEST

JENSEN, MARY CLARE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JENSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, NEIL
ADDRESS AVAILABLE UPON REQUEST

JENSEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JENSEN, REVAE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, RITA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SAGE
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SARA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SARA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SARA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

JENSEN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

JENSEN, TARA
ADDRESS AVAILABLE UPON REQUEST

JENSEN, WENDY
ADDRESS AVAILABLE UPON REQUEST

JENSENS
ADDRESS UNAVAILABLE AT TIME OF FILING

JENSON, BRYCE
ADDRESS AVAILABLE UPON REQUEST

JENSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

JENSON, KIM
ADDRESS AVAILABLE UPON REQUEST

JENSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

JENTES, LYNN
ADDRESS AVAILABLE UPON REQUEST

JENTLESON, BRETT
ADDRESS AVAILABLE UPON REQUEST

JEOFFREY TOMAS
ADDRESS AVAILABLE UPON REQUEST

JEON, DONGSOO
ADDRESS AVAILABLE UPON REQUEST

JEON, EUNHAE
ADDRESS AVAILABLE UPON REQUEST

JEONG, AILEEN
ADDRESS AVAILABLE UPON REQUEST

JEONG, ANNA
ADDRESS AVAILABLE UPON REQUEST

JEONG, GRACE
ADDRESS AVAILABLE UPON REQUEST

JEONG, JAEHOON
ADDRESS AVAILABLE UPON REQUEST

JEONG, JESSE
ADDRESS AVAILABLE UPON REQUEST

JEPPESEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JEPPESEN, SHAN
ADDRESS AVAILABLE UPON REQUEST

JEPSEN, CLINT
ADDRESS AVAILABLE UPON REQUEST

JEPSEN, MICK
ADDRESS AVAILABLE UPON REQUEST

JERALD A LOOMIS
ADDRESS AVAILABLE UPON REQUEST

JERAMAZ, MAJA
ADDRESS AVAILABLE UPON REQUEST

JERAMY MORRILL
ADDRESS AVAILABLE UPON REQUEST

JERASA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JERDAL, KAREN
ADDRESS AVAILABLE UPON REQUEST

JEREMIAH ALCAZAR
ADDRESS AVAILABLE UPON REQUEST

JEREMIAS CASTANEDA
ADDRESS AVAILABLE UPON REQUEST

JEREMY ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JEREMY BULS
ADDRESS AVAILABLE UPON REQUEST

JEREMY JONES
ADDRESS AVAILABLE UPON REQUEST

JEREMY KELLER
ADDRESS AVAILABLE UPON REQUEST

JEREMY KRUG
ADDRESS AVAILABLE UPON REQUEST

JEREMY LEFEBER
ADDRESS AVAILABLE UPON REQUEST

JEREMY M DEMPE
ADDRESS AVAILABLE UPON REQUEST

JEREMY PARK
ADDRESS AVAILABLE UPON REQUEST

JEREMY PLEYDELL-BOUVERIE
ADDRESS AVAILABLE UPON REQUEST

JEREMY WIEST
ADDRESS AVAILABLE UPON REQUEST

JEREZ, JAZMEL
ADDRESS AVAILABLE UPON REQUEST

JEREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JERGENSON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

JERGER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JERGINS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JERI ANN BROWN
ADDRESS AVAILABLE UPON REQUEST

JERI STEPMAN
ADDRESS AVAILABLE UPON REQUEST

JERRE, DOLORES
ADDRESS AVAILABLE UPON REQUEST

JERKOVICH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JERMAIN, CAROL
ADDRESS AVAILABLE UPON REQUEST

JERMAINE HAZEL
ADDRESS AVAILABLE UPON REQUEST

JERMAINE LEWIS
ADDRESS AVAILABLE UPON REQUEST

JERNACK, ALISHA
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, BRIA
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, CHASE
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, DALTON
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, HILARY
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, LACY
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JERNIGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JERNSTEDT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JEROME A CAMP REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

JEROME CAMP REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

JEROME GATES DATED 2/10/2006
ADDRESS AVAILABLE UPON REQUEST

JEROME J GRIESMER
ADDRESS AVAILABLE UPON REQUEST

JEROME SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

JEROME, ALLYSE
ADDRESS AVAILABLE UPON REQUEST

JEROME, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JEROME, DIANE
ADDRESS AVAILABLE UPON REQUEST

JEROME, ERIKA
ADDRESS AVAILABLE UPON REQUEST

JEROME, JANELLE
ADDRESS AVAILABLE UPON REQUEST

JEROME, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

JEROME, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JEROME, KALYN
ADDRESS AVAILABLE UPON REQUEST

JEROME, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JEROME, MAUDE
ADDRESS AVAILABLE UPON REQUEST

JEROME, RICARDO
ADDRESS AVAILABLE UPON REQUEST

JEROME, TERESA
ADDRESS AVAILABLE UPON REQUEST

JERRALDS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

JERRO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JERROLD J COLE
ADDRESS AVAILABLE UPON REQUEST

JERRRELLS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JERRY A HOLLO
ADDRESS AVAILABLE UPON REQUEST

JERRY CULLITON
ADDRESS AVAILABLE UPON REQUEST

JERRY D KIZER JR
ADDRESS AVAILABLE UPON REQUEST

JERRY H SHELTON
ADDRESS AVAILABLE UPON REQUEST

JERRY J RAVA
ADDRESS AVAILABLE UPON REQUEST

JERRY J RICE JR
ADDRESS AVAILABLE UPON REQUEST

JERRY LEON KNIE
ADDRESS AVAILABLE UPON REQUEST

JERRY LI SHENG CHAO
ADDRESS AVAILABLE UPON REQUEST

JERRY MILLER
ADDRESS AVAILABLE UPON REQUEST

JERRY MONSALUD
ADDRESS AVAILABLE UPON REQUEST

JERRY NAGAISHI
ADDRESS AVAILABLE UPON REQUEST

JERRY PAUL WEATHERS
ADDRESS AVAILABLE UPON REQUEST

JERRY WAYNE WAUTERS
ADDRESS AVAILABLE UPON REQUEST

JERRY YVENS VALCOURT
ADDRESS AVAILABLE UPON REQUEST

JERSEY MIKES SUBS
ADDRESS UNAVAILABLE AT TIME OF FILING

JERUZAL, STUART
ADDRESS AVAILABLE UPON REQUEST

JERVA, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

JERVIS, JULIANA
ADDRESS AVAILABLE UPON REQUEST

JERZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JESCHKE, BRETT
ADDRESS AVAILABLE UPON REQUEST

JESCHKE, ERIC
ADDRESS AVAILABLE UPON REQUEST

JESICA MESSER
ADDRESS AVAILABLE UPON REQUEST

JESPERSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JESS BENJAMIN LILEY-WHITE
ADDRESS AVAILABLE UPON REQUEST

JESS MILANO
ADDRESS AVAILABLE UPON REQUEST

JESSALYN SADLER CORREA
ADDRESS AVAILABLE UPON REQUEST

JESSANI, LETICIA
ADDRESS AVAILABLE UPON REQUEST

JESSAR, PHILIP
ADDRESS AVAILABLE UPON REQUEST

JESSE  MIRELES
ADDRESS AVAILABLE UPON REQUEST

JESSE ABBOTT CHIN
ADDRESS AVAILABLE UPON REQUEST

JESSE BULGER
ADDRESS AVAILABLE UPON REQUEST

JESSE CRIDER
ADDRESS AVAILABLE UPON REQUEST

JESSE DEVLIN WILES
ADDRESS AVAILABLE UPON REQUEST

JESSE E PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

JESSE FURMAN
ADDRESS AVAILABLE UPON REQUEST

JESSE KNEPPER
ADDRESS AVAILABLE UPON REQUEST

JESSE LIEBL
ADDRESS AVAILABLE UPON REQUEST

JESSE, ERIC
ADDRESS AVAILABLE UPON REQUEST

JESSEE FISH
ADDRESS AVAILABLE UPON REQUEST

JESSEE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JESSEE, JEFF/LENDA
ADDRESS AVAILABLE UPON REQUEST

JESSEE, NICK
ADDRESS AVAILABLE UPON REQUEST

JESSEN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

JESSEN, MARLEE
ADDRESS AVAILABLE UPON REQUEST

JESSEN, RONALD
ADDRESS AVAILABLE UPON REQUEST

JESSICA ASARO
ADDRESS AVAILABLE UPON REQUEST

JESSICA CEJA-NOLASCO
ADDRESS AVAILABLE UPON REQUEST

JESSICA CRABTREE
ADDRESS AVAILABLE UPON REQUEST

JESSICA FINLEY
ADDRESS AVAILABLE UPON REQUEST

JESSICA FLORES
ADDRESS AVAILABLE UPON REQUEST

JESSICA FROWEIN
ADDRESS AVAILABLE UPON REQUEST

JESSICA FUCHS- SHAFER (ROUGE  ROSE)
ADDRESS AVAILABLE UPON REQUEST

JESSICA GRAHAM
ADDRESS AVAILABLE UPON REQUEST

JESSICA GRUBER
ADDRESS AVAILABLE UPON REQUEST

JESSICA HILAND
ADDRESS AVAILABLE UPON REQUEST

JESSICA HOWARD
ADDRESS AVAILABLE UPON REQUEST

JESSICA JENNINGS
ADDRESS AVAILABLE UPON REQUEST

JESSICA JORDAN
ADDRESS AVAILABLE UPON REQUEST

JESSICA JUERGENS
ADDRESS AVAILABLE UPON REQUEST

JESSICA K TRITES ROLLE
ADDRESS AVAILABLE UPON REQUEST

JESSICA KLODNICKI
ADDRESS AVAILABLE UPON REQUEST

JESSICA LABRUZZO
ADDRESS AVAILABLE UPON REQUEST

JESSICA LEE GARCIA
ADDRESS AVAILABLE UPON REQUEST

JESSICA MAHONEY
ADDRESS AVAILABLE UPON REQUEST

JESSICA MAPOSA
ADDRESS AVAILABLE UPON REQUEST

JESSICA MEDGHALCHI
ADDRESS AVAILABLE UPON REQUEST

JESSICA MOREIRA
ADDRESS AVAILABLE UPON REQUEST

JESSICA NOHMY
ADDRESS AVAILABLE UPON REQUEST

JESSICA OGDEN
ADDRESS AVAILABLE UPON REQUEST

JESSICA OVIEDO
ADDRESS AVAILABLE UPON REQUEST

JESSICA PENA
ADDRESS AVAILABLE UPON REQUEST

JESSICA PINKHAM
ADDRESS AVAILABLE UPON REQUEST

JESSICA PINON-CASTILLO
ADDRESS AVAILABLE UPON REQUEST

JESSICA QUINN
ADDRESS AVAILABLE UPON REQUEST

JESSICA ROBERTS
ADDRESS AVAILABLE UPON REQUEST

JESSICA ROBINSON
ADDRESS AVAILABLE UPON REQUEST

JESSICA ROOT
ADDRESS AVAILABLE UPON REQUEST

JESSICA SARGENT
ADDRESS AVAILABLE UPON REQUEST

JESSICA SIMPSON
ADDRESS AVAILABLE UPON REQUEST

JESSICA UNRUH
ADDRESS AVAILABLE UPON REQUEST

JESSICA UNZAGA
ADDRESS AVAILABLE UPON REQUEST

JESSICA WEATHERLY
ADDRESS AVAILABLE UPON REQUEST

JESSICA WILSON
ADDRESS AVAILABLE UPON REQUEST

JESSICA
ADDRESS AVAILABLE UPON REQUEST

JESSICA
ADDRESS AVAILABLE UPON REQUEST

JESSICA, KRUSZKA,
ADDRESS AVAILABLE UPON REQUEST

JESSICA, KUCYK,
ADDRESS AVAILABLE UPON REQUEST

JESSICA, MS
ADDRESS AVAILABLE UPON REQUEST

JESSICA, OCONNELL,
ADDRESS AVAILABLE UPON REQUEST

JESSICA, VERMILLION,
ADDRESS AVAILABLE UPON REQUEST

JESSIE BAMMER
ADDRESS AVAILABLE UPON REQUEST

JESSIE, DAYSHA
ADDRESS AVAILABLE UPON REQUEST

JESSIE-BIRTLES, KIANA/JACK
ADDRESS AVAILABLE UPON REQUEST

JESSMINA ARCHBOLD
ADDRESS AVAILABLE UPON REQUEST

JESSUP, ALICE
ADDRESS AVAILABLE UPON REQUEST

JESSUP, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

JESSUP, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

JESSUP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JESSUP-CUMMING, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

JESSY RUSSELL
ADDRESS AVAILABLE UPON REQUEST

JESTER, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

JESTER, PATTY
ADDRESS AVAILABLE UPON REQUEST

JESURUN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JESUS RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

JESUS SAN JUAN TAPIA
ADDRESS AVAILABLE UPON REQUEST

JESUS, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

JESZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

JET FINANCIAL
ADDRESS UNAVAILABLE AT TIME OF FILING

JET PARTNERS
ADDRESS UNAVAILABLE AT TIME OF FILING

JETBLUE AIRWAYS CORPORATION
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY  11101

JETBLUE AIRWAYS CORPORATION
DALLAS LOCKBOX
P.O. BOX 842124
DALLAS, TX  75284-2124

JETBRAINS
ADDRESS UNAVAILABLE AT TIME OF FILING

JETER, DAVID ELLIS
ADDRESS AVAILABLE UPON REQUEST

JETER, DONNA
ADDRESS AVAILABLE UPON REQUEST

JETHANI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JETHI, MOHIT
ADDRESS AVAILABLE UPON REQUEST

JETHWANI, GAUTAM
ADDRESS AVAILABLE UPON REQUEST

JETSETTER.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

JETT, AARON
ADDRESS AVAILABLE UPON REQUEST

JETT, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JETT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JETT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JETT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

JETTE, ERIN
ADDRESS AVAILABLE UPON REQUEST

JETTE, KATE
ADDRESS AVAILABLE UPON REQUEST

JETTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

JEU, ANGIE
ADDRESS AVAILABLE UPON REQUEST

JEUDI, SHEKINAH
ADDRESS AVAILABLE UPON REQUEST

JEUNESSE MONROE-SPEED
ADDRESS AVAILABLE UPON REQUEST

JEWALIKAR, NEHA
ADDRESS AVAILABLE UPON REQUEST

JEWBY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JEWEL BARLOW
ADDRESS AVAILABLE UPON REQUEST

JEWEL, AMBER
ADDRESS AVAILABLE UPON REQUEST

JEWELL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

JEWELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JEWELL, DANNY
ADDRESS AVAILABLE UPON REQUEST

JEWELL, ERICA
ADDRESS AVAILABLE UPON REQUEST

JEWELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JEWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JEWELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

JEWELL, KAELIN
ADDRESS AVAILABLE UPON REQUEST

JEWELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JEWELL, SALLY
ADDRESS AVAILABLE UPON REQUEST

JEWELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JEWELL, SHELIA
ADDRESS AVAILABLE UPON REQUEST

JEWETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JEWETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JEWETT, JOANNE
ADDRESS AVAILABLE UPON REQUEST

JEWETT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JEWETT, LAURA
ADDRESS AVAILABLE UPON REQUEST

JEWETT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JEWETT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JEWISON, PHIL
ADDRESS AVAILABLE UPON REQUEST

JEWITT, KELLY
ADDRESS AVAILABLE UPON REQUEST

JEWSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JEZERSEK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JEZIEL NOVA GUTIERREZ
ADDRESS AVAILABLE UPON REQUEST

JEZZEL VIRAY
ADDRESS AVAILABLE UPON REQUEST

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
1600 ST GEORGES AVENUE SUITE 301
LEAGUE CITY  77573

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
1600 ST GEORGES AVENUE SUITE 301
LEAGUE CITY, TX  77573

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
1600 ST GEORGES AVENUE SUITE 301
RAHWAY, NJ  07065

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
2147 ROUTE 27, STE 401
EDISON, NJ  08817

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
2147 STATE ROUTE 27 STE 401
EDISON, NJ  08817-3395

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
JF HILLEBRAND 1600 ST GEORGES AVENUE
SUITE 301
ALLISON GREINER, VICE PRESIDENT
RAHWAY, NJ  07065

JF HILLEBRAND USA INC. (DBA HILLEBRAND)
P.O. BOX 536411
PITTSBURGH, PA  15253

JH IMPORTS (EMPIRE DISTRIBUTORS INC)
COLORADO EMPIRE CO DENVER
5301 PEORIA STREET, SUITE A
DENVER, CO  80239

JH IMPORTS (EMPIRE DISTRIBUTORS)
COLORADO
3301 ARAPAHOE AVE  210
BOULDER, CO  80303

JH IMPORTS (VERAISON BEVERAGE
DISTRIBUTORS) COLORADO
410 RED FOX PO BOX 239
GYPSUM, CO  81637

JHA, KARINA
ADDRESS AVAILABLE UPON REQUEST

JHABVALA, KERSIE
ADDRESS AVAILABLE UPON REQUEST

JHAWAR, SHERRY
ADDRESS AVAILABLE UPON REQUEST

JHONSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JI, PHYEONGJUN
ADDRESS AVAILABLE UPON REQUEST

JI, WATT
ADDRESS AVAILABLE UPON REQUEST

JIA DUAN
ADDRESS AVAILABLE UPON REQUEST

JIA, BIAO
ADDRESS AVAILABLE UPON REQUEST

JIAHUI JIANG
ADDRESS AVAILABLE UPON REQUEST

JIANG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JIANG, ANNIE
ADDRESS AVAILABLE UPON REQUEST

JIANG, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

JIANG, CHUNSHUI
ADDRESS AVAILABLE UPON REQUEST

JIANG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JIANG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JIANG, JIAHUI
ADDRESS AVAILABLE UPON REQUEST

JIANG, LILY
ADDRESS AVAILABLE UPON REQUEST

JIANG, SHULING
ADDRESS AVAILABLE UPON REQUEST

JIANG, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

JIANG, XIAO
ADDRESS AVAILABLE UPON REQUEST

JIANG, YANGYADI
ADDRESS AVAILABLE UPON REQUEST

JIANG, YAO
ADDRESS AVAILABLE UPON REQUEST

JIANG, YIZHOU
ADDRESS AVAILABLE UPON REQUEST

JIANG, YONG
ADDRESS AVAILABLE UPON REQUEST

JIANG, YUE
ADDRESS AVAILABLE UPON REQUEST

JIANG, YUNNAN
ADDRESS AVAILABLE UPON REQUEST

JIANG, ZHENG
ADDRESS AVAILABLE UPON REQUEST

JIANNUZZI, MADISON
ADDRESS AVAILABLE UPON REQUEST

JIAO, CHLOE
ADDRESS AVAILABLE UPON REQUEST

JIAO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JIAO, ZHIXIAO
ADDRESS AVAILABLE UPON REQUEST

JIGGER, ALEX
ADDRESS AVAILABLE UPON REQUEST

JIHNSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JIJON, ISABEL
ADDRESS AVAILABLE UPON REQUEST

JILES, AVEANE
ADDRESS AVAILABLE UPON REQUEST

JILES, KAHARI
ADDRESS AVAILABLE UPON REQUEST

JILL BARNES CASEY
ADDRESS AVAILABLE UPON REQUEST

JILL CASH MURPHY
ADDRESS AVAILABLE UPON REQUEST

JILL CHATHAM
ADDRESS AVAILABLE UPON REQUEST

JILL ELLEN R CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JILL HALL
ADDRESS AVAILABLE UPON REQUEST

JILL JANSEN
ADDRESS AVAILABLE UPON REQUEST

JILL MARIE MILLER
ADDRESS AVAILABLE UPON REQUEST

JILL MORANO
ADDRESS AVAILABLE UPON REQUEST

JILL, KENZIE
ADDRESS AVAILABLE UPON REQUEST

JILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

JILLA, NITHIN
ADDRESS AVAILABLE UPON REQUEST

JILLARD, ERIC
ADDRESS AVAILABLE UPON REQUEST

JILLENE PREUSSER
ADDRESS AVAILABLE UPON REQUEST

JILLIAN B ADEL
ADDRESS AVAILABLE UPON REQUEST

JILLIAN BAGLEY
ADDRESS AVAILABLE UPON REQUEST

JILLIAN JAKUBA
ADDRESS AVAILABLE UPON REQUEST

JILLIAN MASTON
ADDRESS AVAILABLE UPON REQUEST

JILLIAN RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

JILLIAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

JILLSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JIM JONASSEN & ASSOCIATES
2110 MAIN STREET SUITE 303
SANTA MONICA, CA 90405

JIM O'NEILL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ JR, MARIO
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ JULIA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ANIBAL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, BAILEY
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, CELINA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ECTOR
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ESTER
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, FANNY
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, GENESIS
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, GRETEL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, HUGO
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, KAREEN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, KEDIAR
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, MARINA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, NELSON
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, NORSY
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, RENYELLE
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, SALLY
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JIMENEZ, XAVIER
ADDRESS AVAILABLE UPON REQUEST

JIMISON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JIMMERSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

JIMMIE TOMLIN
ADDRESS AVAILABLE UPON REQUEST

JIMMY A MCCLURE
ADDRESS AVAILABLE UPON REQUEST

JIMMY PATE
ADDRESS AVAILABLE UPON REQUEST

JIMMY, BILL
ADDRESS AVAILABLE UPON REQUEST

JIN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JIN, GUANTING
ADDRESS AVAILABLE UPON REQUEST

JIN, HOPE
ADDRESS AVAILABLE UPON REQUEST

JIN, JASON
ADDRESS AVAILABLE UPON REQUEST

JIN, YUE
ADDRESS AVAILABLE UPON REQUEST

JIN, YUHAN
ADDRESS AVAILABLE UPON REQUEST

JING WEN
ADDRESS AVAILABLE UPON REQUEST

JINGWEN JIAO
ADDRESS AVAILABLE UPON REQUEST

JINGYI QIAN
ADDRESS AVAILABLE UPON REQUEST

JINGYUAN SUN
ADDRESS AVAILABLE UPON REQUEST

JINKENS, NISHA
ADDRESS AVAILABLE UPON REQUEST

JINKS, ANNE
ADDRESS AVAILABLE UPON REQUEST

JINKS, CARMIN
ADDRESS AVAILABLE UPON REQUEST

JINKS, JACKSON
ADDRESS AVAILABLE UPON REQUEST

JIOU, KELLEY
ADDRESS AVAILABLE UPON REQUEST

JIRAU, JANELLE
ADDRESS AVAILABLE UPON REQUEST

JIRAUCH, KATIE
ADDRESS AVAILABLE UPON REQUEST

JIRON, JAKE
ADDRESS AVAILABLE UPON REQUEST

JIROVEC, JENNY
ADDRESS AVAILABLE UPON REQUEST

JITARU, DAN
ADDRESS AVAILABLE UPON REQUEST

JIULIANTI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JLT CONSULTING SERVICES LLC
39516 GLENN GLADE
CHAPEL HILL, NC  27517

J-MART INVESTMENTS LLC
5707 DEVLIN PL
MIDLAND, TX  79707

JMT ELECTRIC
532 WALTEN WAY
WINDSOR, CA  95492

JO ANNE REGALADO
ADDRESS AVAILABLE UPON REQUEST

JO, ARIANA
ADDRESS AVAILABLE UPON REQUEST

JO, BILLIE
ADDRESS AVAILABLE UPON REQUEST

JO, BOBBI
ADDRESS AVAILABLE UPON REQUEST

JO, BUFFY
ADDRESS AVAILABLE UPON REQUEST

JO, HYUNAH
ADDRESS AVAILABLE UPON REQUEST

JO, KYUNGJIN
ADDRESS AVAILABLE UPON REQUEST

JO, MARY
ADDRESS AVAILABLE UPON REQUEST

JO, MARY
ADDRESS AVAILABLE UPON REQUEST

JO, MERRIE
ADDRESS AVAILABLE UPON REQUEST

JOACHIM, ANNA
ADDRESS AVAILABLE UPON REQUEST

JOACHIM, HILARY
ADDRESS AVAILABLE UPON REQUEST

JOACHIM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JOACHIM, NOAH
ADDRESS AVAILABLE UPON REQUEST

JOAH SAMUEL
ADDRESS AVAILABLE UPON REQUEST

JOAH SUNGKOO CHUN
ADDRESS AVAILABLE UPON REQUEST

JOAN CARDONA
ADDRESS AVAILABLE UPON REQUEST

JOAN DALY
ADDRESS AVAILABLE UPON REQUEST

JOAN EIDENT
ADDRESS AVAILABLE UPON REQUEST

JOAN GOOTEE
ADDRESS AVAILABLE UPON REQUEST

JOAN KENNEDY ERICKSON
ADDRESS AVAILABLE UPON REQUEST

JOAN N CHANDLER
ADDRESS AVAILABLE UPON REQUEST

JOAN PACIFICO
ADDRESS AVAILABLE UPON REQUEST

JO-ANN CHELINI
ADDRESS AVAILABLE UPON REQUEST

JOANNA BURISH
ADDRESS AVAILABLE UPON REQUEST

JOANNA COHEN
ADDRESS AVAILABLE UPON REQUEST

JOANNA GODDARD
ADDRESS AVAILABLE UPON REQUEST

JOANNA MARY GRIGAS
ADDRESS AVAILABLE UPON REQUEST

JOANNA PAPALIOS
ADDRESS AVAILABLE UPON REQUEST

JOANNA ROSHONE
ADDRESS AVAILABLE UPON REQUEST

JOANNA SAMMARTINO BAILEY
ADDRESS AVAILABLE UPON REQUEST

JOANNA SMITH
ADDRESS AVAILABLE UPON REQUEST

JOANNA TUCKER
ADDRESS AVAILABLE UPON REQUEST

JOANNE DAVIS
ADDRESS AVAILABLE UPON REQUEST

JOANNE GUIDICE
ADDRESS AVAILABLE UPON REQUEST

JOANNE PIO
ADDRESS AVAILABLE UPON REQUEST

JOANNE S PAULL
ADDRESS AVAILABLE UPON REQUEST

JOANNE SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

JOANNE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JOANS ON THIRD (3RD STREET)
8350 W 3RD ST
LOS ANGELES, CA  90048

JOANS ON THIRD (STUDIO CITY)
12059 VENTURA PL
STUDIO CITY, CA  91604

JOAO, MONICA
ADDRESS AVAILABLE UPON REQUEST

JOAQUIN ENDARA CEVALLOS, JOSE
ADDRESS AVAILABLE UPON REQUEST

JOAQUIN HOL
ADDRESS AVAILABLE UPON REQUEST

JOB, LYNN
ADDRESS AVAILABLE UPON REQUEST

JOBANEK-SUITER, JODY
ADDRESS AVAILABLE UPON REQUEST

JOBBLE, INC.
1 LINCOLN ST., FLOOR 24
BOSTON, MA  02111

JOBE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

JOBE, GIBRIL
ADDRESS AVAILABLE UPON REQUEST

JOBE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOBE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOBE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

JOBES, CARLEY
ADDRESS AVAILABLE UPON REQUEST

JOBES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOBES, RANDI
ADDRESS AVAILABLE UPON REQUEST

JOBIN, CORRY
ADDRESS AVAILABLE UPON REQUEST

JOBIN, JIMI
ADDRESS AVAILABLE UPON REQUEST

JOBMAN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

JOBSCORE
ADDRESS UNAVAILABLE AT TIME OF FILING

JOBSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOBST, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOBTHREAD
ADDRESS UNAVAILABLE AT TIME OF FILING

JOCELYN LAM
ADDRESS AVAILABLE UPON REQUEST

JOCELYN ROY
ADDRESS AVAILABLE UPON REQUEST

JOCHEMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOCHIMSEN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOCHUM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOCHUMS, VICKI
ADDRESS AVAILABLE UPON REQUEST

JOCI FORKNER
ADDRESS AVAILABLE UPON REQUEST

JOCSON, RHODORA
ADDRESS AVAILABLE UPON REQUEST

JOCZ, WILLLIAM
ADDRESS AVAILABLE UPON REQUEST

JODAITIS, FRANK
ADDRESS AVAILABLE UPON REQUEST

JODARSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JODELE, MONA
ADDRESS AVAILABLE UPON REQUEST

JODY ASHBY
ADDRESS AVAILABLE UPON REQUEST

JODI CURTIS
ADDRESS AVAILABLE UPON REQUEST

JODI JOHNSTON
ADDRESS AVAILABLE UPON REQUEST

JODI LOWRY
ADDRESS AVAILABLE UPON REQUEST

JODI MILKOVICH
ADDRESS AVAILABLE UPON REQUEST

JODI, THORNTON,
ADDRESS AVAILABLE UPON REQUEST

JODIE EGLI-SMITH
ADDRESS AVAILABLE UPON REQUEST

JODIE HARLAN
ADDRESS AVAILABLE UPON REQUEST

JODIE HOFFMAN
ADDRESS AVAILABLE UPON REQUEST

JODIE MURRAY ROSSI
ADDRESS AVAILABLE UPON REQUEST

JODTS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JODY CULLERS
ADDRESS AVAILABLE UPON REQUEST

JODY DORAN
ADDRESS AVAILABLE UPON REQUEST

JOE DURAN
ADDRESS AVAILABLE UPON REQUEST

JOE E BRISTOL
ADDRESS AVAILABLE UPON REQUEST

JOE FRANKLIN ODELL
ADDRESS AVAILABLE UPON REQUEST

JOE HOY
ADDRESS AVAILABLE UPON REQUEST

JOE KINDT
ADDRESS AVAILABLE UPON REQUEST

JOE LEWIS
ADDRESS AVAILABLE UPON REQUEST

JOE ROZUM
ADDRESS AVAILABLE UPON REQUEST

JOEL BAPTISTA
ADDRESS AVAILABLE UPON REQUEST

JOEL CRAIG MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOEL D HECHT ASP
ADDRESS AVAILABLE UPON REQUEST

JOEL DAVID COHEN RETIREMENT ACCOUNT
ADDRESS AVAILABLE UPON REQUEST

JOEL HOLLAND
ADDRESS AVAILABLE UPON REQUEST

JOEL SPAIZMAN, ALAN
ADDRESS AVAILABLE UPON REQUEST

JOEL WEIDNER
ADDRESS AVAILABLE UPON REQUEST

JOEL
ADDRESS AVAILABLE UPON REQUEST

JOEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

JOELSSON, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

JOENSEN, TREVOR
ADDRESS AVAILABLE UPON REQUEST

JOERN, JARED
ADDRESS AVAILABLE UPON REQUEST

JOES LIST LLC
1833 11TH ST, UNIT 5
SANTA MONICA, CA 90404

JOEST, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOEY PARKER
ADDRESS AVAILABLE UPON REQUEST

JOFFE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

JOFFE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JOH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHANN, BREANNE
ADDRESS AVAILABLE UPON REQUEST

JOHANNA FRANCESCA SILVERIO
ADDRESS AVAILABLE UPON REQUEST

JOHANNA HAZELLIEF
ADDRESS AVAILABLE UPON REQUEST

JOHANNA MARIA BOWLING
ADDRESS AVAILABLE UPON REQUEST

JOHANNE, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHANNES ESCUDERO
ADDRESS AVAILABLE UPON REQUEST

JOHANNES FIHLEN
ADDRESS AVAILABLE UPON REQUEST

JOHANNES, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOHANNESEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JOHANNESSEN, ERIK
ADDRESS AVAILABLE UPON REQUEST

JOHANNINGMEIER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

JOHANNSEN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

JOHANSEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

JOHANSEN, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

JOHANSEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHANSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, RITA
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, SHAYLN
ADDRESS AVAILABLE UPON REQUEST

JOHANSON, TERRIE
ADDRESS AVAILABLE UPON REQUEST

JOHANSSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

JOHASHEN, JIHAN
ADDRESS AVAILABLE UPON REQUEST

JOHN A HUBOKY
ADDRESS AVAILABLE UPON REQUEST

JOHN A SOLINI
ADDRESS AVAILABLE UPON REQUEST

JOHN ALVAREZ
ADDRESS AVAILABLE UPON REQUEST

JOHN ANDRADE
ADDRESS AVAILABLE UPON REQUEST

JOHN ANTHONY TADDIE
ADDRESS AVAILABLE UPON REQUEST

JOHN B PANNONE
ADDRESS AVAILABLE UPON REQUEST

JOHN B RESPONDEK
ADDRESS AVAILABLE UPON REQUEST

JOHN BASKEY
ADDRESS AVAILABLE UPON REQUEST

JOHN BERNARD KIRKPATRICK
ADDRESS AVAILABLE UPON REQUEST

JOHN BLAKE HAMM
ADDRESS AVAILABLE UPON REQUEST

JOHN BRENDING
ADDRESS AVAILABLE UPON REQUEST

JOHN BROOKS
ADDRESS AVAILABLE UPON REQUEST

JOHN BRYAN SMITH
ADDRESS AVAILABLE UPON REQUEST

JOHN BURDICK
ADDRESS AVAILABLE UPON REQUEST

JOHN BUTTERFIELD
ADDRESS AVAILABLE UPON REQUEST

JOHN C COX
ADDRESS AVAILABLE UPON REQUEST

JOHN C HOOK
ADDRESS AVAILABLE UPON REQUEST

JOHN CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

JOHN CARL ABINES
ADDRESS AVAILABLE UPON REQUEST

JOHN CARRANO
ADDRESS AVAILABLE UPON REQUEST

JOHN CHACKO
ADDRESS AVAILABLE UPON REQUEST

JOHN CHRISTOPHER HENDERSON
ADDRESS AVAILABLE UPON REQUEST

JOHN CHRISTOPHER TOMPKINS
ADDRESS AVAILABLE UPON REQUEST

JOHN CHUMNEY
ADDRESS AVAILABLE UPON REQUEST

JOHN CLARK
ADDRESS AVAILABLE UPON REQUEST

JOHN CLIFFORD PEMBERTON IV
ADDRESS AVAILABLE UPON REQUEST

JOHN COLLINS
ADDRESS AVAILABLE UPON REQUEST

JOHN CRAIG TREADAWAY AND
ADDRESS AVAILABLE UPON REQUEST

JOHN CRAIG TREADAWAY
ADDRESS AVAILABLE UPON REQUEST

JOHN DANIEL DAVIS
ADDRESS AVAILABLE UPON REQUEST

JOHN DAVID RICKGARN
ADDRESS AVAILABLE UPON REQUEST

JOHN DAVID TARBOX
ADDRESS AVAILABLE UPON REQUEST

JOHN DAVREN
ADDRESS AVAILABLE UPON REQUEST

JOHN DEBONS JR
ADDRESS AVAILABLE UPON REQUEST

JOHN DIFULVIO
ADDRESS AVAILABLE UPON REQUEST

JOHN DIRICO
ADDRESS AVAILABLE UPON REQUEST

JOHN DOUGLAS COLLIER
ADDRESS AVAILABLE UPON REQUEST

JOHN E GUTH
ADDRESS AVAILABLE UPON REQUEST

JOHN EDWARD CHILD
ADDRESS AVAILABLE UPON REQUEST

JOHN ESTES
ADDRESS AVAILABLE UPON REQUEST

JOHN F LORENZETTI
ADDRESS AVAILABLE UPON REQUEST

JOHN F MANIEC
ADDRESS AVAILABLE UPON REQUEST

JOHN F SIMPSON JR
ADDRESS AVAILABLE UPON REQUEST

JOHN FARRINGTON
ADDRESS AVAILABLE UPON REQUEST

JOHN FERRIS
ADDRESS AVAILABLE UPON REQUEST

JOHN FOTI
ADDRESS AVAILABLE UPON REQUEST

JOHN FRANKLIN HATCHETTJR
ADDRESS AVAILABLE UPON REQUEST

JOHN FUSSELMAN
ADDRESS AVAILABLE UPON REQUEST

JOHN GARDNER
ADDRESS AVAILABLE UPON REQUEST

JOHN GENOVESE
ADDRESS AVAILABLE UPON REQUEST

JOHN GERBER
ADDRESS AVAILABLE UPON REQUEST

JOHN GOBIN SMALES TRUST
ADDRESS AVAILABLE UPON REQUEST

JOHN GOSTEL
ADDRESS AVAILABLE UPON REQUEST

JOHN GREY JONES JR
ADDRESS AVAILABLE UPON REQUEST

JOHN GUDGEON
ADDRESS AVAILABLE UPON REQUEST

JOHN H AIKEN
ADDRESS AVAILABLE UPON REQUEST

JOHN H AINSWORTH
ADDRESS AVAILABLE UPON REQUEST

JOHN H SALZGEBER
ADDRESS AVAILABLE UPON REQUEST

JOHN HANCOCK LIFE INSURANCE CO. (U.S.A)
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN HANCOCK LIFE INSURANCE CO. (U.S.A)
SILVERADO PARTNERS ADVISORS, LLC
855 BORDEAUX WAY, SUITE 210
NAPA, CA 94558

JOHN HAROLD BASKEY
ADDRESS AVAILABLE UPON REQUEST

JOHN HUTTON
ADDRESS AVAILABLE UPON REQUEST

JOHN I MCKENNA
ADDRESS AVAILABLE UPON REQUEST

JOHN J ANDERSON
ADDRESS AVAILABLE UPON REQUEST

JOHN J HANFORD
ADDRESS AVAILABLE UPON REQUEST

JOHN J JOHNSON
ADDRESS AVAILABLE UPON REQUEST

JOHN J MALONEY
ADDRESS AVAILABLE UPON REQUEST

JOHN J MEYER
ADDRESS AVAILABLE UPON REQUEST

JOHN J NURKOWSKI
ADDRESS AVAILABLE UPON REQUEST

JOHN JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

JOHN K WALTERS
ADDRESS AVAILABLE UPON REQUEST

JOHN KARWOSKI
ADDRESS AVAILABLE UPON REQUEST

JOHN KEEFE
ADDRESS AVAILABLE UPON REQUEST

JOHN KENNETH BIXBY
ADDRESS AVAILABLE UPON REQUEST

JOHN KIMSEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHN KOJI HIGASHIDANI
ADDRESS AVAILABLE UPON REQUEST

JOHN KRUGH
ADDRESS AVAILABLE UPON REQUEST

JOHN KRZYMINSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOHN KUPFERSCHMID
ADDRESS AVAILABLE UPON REQUEST

JOHN KURT OLSEN
ADDRESS AVAILABLE UPON REQUEST

JOHN L FLOOD
ADDRESS AVAILABLE UPON REQUEST

JOHN L MICELI
ADDRESS AVAILABLE UPON REQUEST

JOHN LAMAR
ADDRESS AVAILABLE UPON REQUEST

JOHN LOUIS DENTON
ADDRESS AVAILABLE UPON REQUEST

JOHN LUDLAM
ADDRESS AVAILABLE UPON REQUEST

JOHN M ALBERTS
ADDRESS AVAILABLE UPON REQUEST

JOHN M HOEFT
ADDRESS AVAILABLE UPON REQUEST

JOHN MANIS
ADDRESS AVAILABLE UPON REQUEST

JOHN MANLEY
ADDRESS AVAILABLE UPON REQUEST

JOHN MARK MICHAELS
ADDRESS AVAILABLE UPON REQUEST

JOHN MARSHALL PRUTZMAN JR
ADDRESS AVAILABLE UPON REQUEST

JOHN MASTRANGELO
ADDRESS AVAILABLE UPON REQUEST

JOHN MATTHEW DIRICO
ADDRESS AVAILABLE UPON REQUEST

JOHN MAYER
ADDRESS AVAILABLE UPON REQUEST

JOHN MBURU
ADDRESS AVAILABLE UPON REQUEST

JOHN MCMAHON
ADDRESS AVAILABLE UPON REQUEST

JOHN MENZA DUDLEY III
ADDRESS AVAILABLE UPON REQUEST

JOHN MICHAEL BEEZLEY
ADDRESS AVAILABLE UPON REQUEST

JOHN MOELLER
ADDRESS AVAILABLE UPON REQUEST

JOHN MORAWA
ADDRESS AVAILABLE UPON REQUEST

JOHN NOFFSINGER
ADDRESS AVAILABLE UPON REQUEST

JOHN ODOWD
ADDRESS AVAILABLE UPON REQUEST

JOHN PAUL BRUNKARD
ADDRESS AVAILABLE UPON REQUEST

JOHN PAUL MORDACH
ADDRESS AVAILABLE UPON REQUEST

JOHN PEETERS
ADDRESS AVAILABLE UPON REQUEST

JOHN PEIXOTTO
ADDRESS AVAILABLE UPON REQUEST

JOHN POWELL
ADDRESS AVAILABLE UPON REQUEST

JOHN R DAMICO
ADDRESS AVAILABLE UPON REQUEST

JOHN R DAMICO
ADDRESS AVAILABLE UPON REQUEST

JOHN RAY
ADDRESS AVAILABLE UPON REQUEST

JOHN REDMOND
ADDRESS AVAILABLE UPON REQUEST

JOHN RICHARD KNIGHT
ADDRESS AVAILABLE UPON REQUEST

JOHN ROBERT AFINOWICZ
ADDRESS AVAILABLE UPON REQUEST

JOHN ROBERT DRIVER
ADDRESS AVAILABLE UPON REQUEST

JOHN ROBERT GUZMAN
ADDRESS AVAILABLE UPON REQUEST

JOHN ROBUSSON
ADDRESS AVAILABLE UPON REQUEST

JOHN SALES
ADDRESS AVAILABLE UPON REQUEST

JOHN SANDOVAL
ADDRESS AVAILABLE UPON REQUEST

JOHN SANDOVAL
ADDRESS AVAILABLE UPON REQUEST

JOHN SEBASTIANO VINEYARDS, LLC
P.O. BOX 357
LOS OLIVOS, CA  93441

JOHN SHARPE
ADDRESS AVAILABLE UPON REQUEST

JOHN SHEFFIELD
ADDRESS AVAILABLE UPON REQUEST

JOHN SORI
ADDRESS AVAILABLE UPON REQUEST

JOHN SPEAKS
ADDRESS AVAILABLE UPON REQUEST

JOHN SPILLANE
ADDRESS AVAILABLE UPON REQUEST

JOHN STEWART
ADDRESS AVAILABLE UPON REQUEST

JOHN STRISOWER ROTH IRA
ADDRESS AVAILABLE UPON REQUEST

JOHN SUTAK INSURANCE
PO BOX 975518
DALLAS, TX  75397-5518

JOHN T DOWD
ADDRESS AVAILABLE UPON REQUEST

JOHN T HELLEM
ADDRESS AVAILABLE UPON REQUEST

JOHN T MERRITT III
ADDRESS AVAILABLE UPON REQUEST

JOHN T MORRISSEY
ADDRESS AVAILABLE UPON REQUEST

JOHN THOMAS KING JR
ADDRESS AVAILABLE UPON REQUEST

JOHN TYRRELL
ADDRESS AVAILABLE UPON REQUEST

JOHN URSICH
ADDRESS AVAILABLE UPON REQUEST

JOHN VIDRIH
ADDRESS AVAILABLE UPON REQUEST

JOHN VIEIRA
ADDRESS AVAILABLE UPON REQUEST

JOHN VINCENT REID
ADDRESS AVAILABLE UPON REQUEST

JOHN W CARR
ADDRESS AVAILABLE UPON REQUEST

JOHN W HARPER
ADDRESS AVAILABLE UPON REQUEST

JOHN W WEISER
ADDRESS AVAILABLE UPON REQUEST

JOHN W ZUVIC
ADDRESS AVAILABLE UPON REQUEST

JOHN WELDON
ADDRESS AVAILABLE UPON REQUEST

JOHN WESLEY GODDARD
ADDRESS AVAILABLE UPON REQUEST

JOHN WILLIAM BARNARD
ADDRESS AVAILABLE UPON REQUEST

JOHN WINN
ADDRESS AVAILABLE UPON REQUEST

JOHN WRIGHT WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

JOHN ZWALD
ADDRESS AVAILABLE UPON REQUEST

JOHN, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

JOHN, DYLON
ADDRESS AVAILABLE UPON REQUEST

JOHN, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHN, HALEY
ADDRESS AVAILABLE UPON REQUEST

JOHN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHN, LISETTE
ADDRESS AVAILABLE UPON REQUEST

JOHN, NANCY
ADDRESS AVAILABLE UPON REQUEST

JOHN, PAULETTA
ADDRESS AVAILABLE UPON REQUEST

JOHN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JOHN, STEFAN
ADDRESS AVAILABLE UPON REQUEST

JOHN, SUJA
ADDRESS AVAILABLE UPON REQUEST

JOHNAKIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNATHAN CAHILL
ADDRESS AVAILABLE UPON REQUEST

JOHNATHAN HUDSON
ADDRESS AVAILABLE UPON REQUEST

JOHNATHAN RUNDLES
ADDRESS AVAILABLE UPON REQUEST

JOHNELLE PARLAGRECO
ADDRESS AVAILABLE UPON REQUEST

JOHNER, NAOMI
ADDRESS AVAILABLE UPON REQUEST

JOHNK, MITCH
ADDRESS AVAILABLE UPON REQUEST

JOHNK, TRACY
ADDRESS AVAILABLE UPON REQUEST

JOHNNIDIS, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNNIE REX CAIRNS
ADDRESS AVAILABLE UPON REQUEST

JOHNNY AIR CARGO LA
ADDRESS UNAVAILABLE AT TIME OF FILING

JOHNNY FOLEYS IRISH
ADDRESS UNAVAILABLE AT TIME OF FILING

JOHNNY FRANKLIN EVANS
ADDRESS AVAILABLE UPON REQUEST

JOHNNY GREENSEEDS (BROKER). DIST:
PINNACLE IMPORTS - ALABAMA
3075 MORGAN ROAD
BESSEMER, AL  35022

JOHNNY MILAM JR
ADDRESS AVAILABLE UPON REQUEST

JOHNNY WALKER
ADDRESS AVAILABLE UPON REQUEST

JOHNNY, DAVIS
ADDRESS AVAILABLE UPON REQUEST

JOHNNYGREENSEEDS WINES, INC.
612 22ND ST. SUITE 109B
BIRMINGHAM, AL  35233

JOHNOFF, TANA
ADDRESS AVAILABLE UPON REQUEST

JOHNOSN, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHNS, ALEXYS
ADDRESS AVAILABLE UPON REQUEST

JOHNS, CARLING
ADDRESS AVAILABLE UPON REQUEST

JOHNS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JOHNS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

JOHNS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JOHNS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JOHNS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, K
ADDRESS AVAILABLE UPON REQUEST

JOHNS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JOHNS, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNS, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, MARK
ADDRESS AVAILABLE UPON REQUEST

JOHNS, MARY HELEN
ADDRESS AVAILABLE UPON REQUEST

JOHNS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

JOHNS, ROB
ADDRESS AVAILABLE UPON REQUEST

JOHNS, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSEN, KATY
ADDRESS AVAILABLE UPON REQUEST

JOHNSEN, RITA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON BROTHERS - MINNESOTA
1999 SHEPARD ROAD
ST.PAUL, MN  55116

JOHNSON BROTHERS LIQUOR COMPANY
(JBLC DBA WINE MERCHANTS)
1999 SHEPARD RD
SAINT PAUL, MN  55116

JOHNSON BROTHERS LIQUOR COMPANY
(JBLC DBA WINE MERCHANTS)
1999 SHEPARD ROAD
SAINT PAUL, MN  55116

JOHNSON BROTHERS OF HAWAII
1011 MUNU STREET
KAPOLEI, HI  96707

JOHNSON BROTHERS OF HAWAII
31 S WAKEA AVENUE
KAHULUI, HI  96732

JOHNSON BROTHERS OF INDIANA
5337 W 78TH ST
INDIANAPOLIS, IN  46268

JOHNSON BROTHERS OF INDIANA
5337 WEST 78TH STREET, BUILDING 70
INDIANAPOLIS, IN  46268

JOHNSON BROTHERS OF IOWA, INC
600 MERLE HAY ROAD
JOHNSTON, IA  50131

JOHNSON BROTHERS OF IOWA, INC
6600 MERLE HAY RD
JOHNSTON, IA  50131

JOHNSON BROTHERS OF IOWA, INC
6600 MERLE HAY ROAD
JOHNSTON, IA  50131

JOHNSON BROTHERS OF ND
1358 39TH ST. N
FARGO, ND  58102

JOHNSON BROTHERS OF ND
1358 39TH ST. N.
FARGO, ND  58102

JOHNSON BROTHERS OF NEBRASKA
9320 J STREET
OMAHA, NE  68127

JOHNSON BROTHERS OF NEBRASKA
9320J STREET
OMAHA, NE  68127

JOHNSON BROTHERS OF NEBRASKA, LLC
9320 J ST
OMAHA, NE  68127

JOHNSON BROTHERS OF NEVADA
4701 MITCHELL ST. N
LAS VEGAS, NV  89081

JOHNSON BROTHERS OF NEVADA
4701 MITCHELL ST.
NORTH LAS VEGAS, NV  89081

JOHNSON BROTHERS OF NORTH CAROLINA
2233 CAPITAL BLVD
P.O. BOX 26446
RALEIGH, NC  27611

JOHNSON BROTHERS OF NORTH CAROLINA
2233 CAPITAL BOULEVARD
RALEIGH, NC  27604

JOHNSON BROTHERS OF NORTH DAKOTA
1358 39TH ST N
FARGO, ND  58102

JOHNSON BROTHERS OF SOUTH DAKOTA
300 EAST 50TH STREET N
SIOUX FALLS, SD  57104

JOHNSON BROTHERS OF WISCONSIN
301 E VIENNA AVE
MILWAUKEE, WI  53212

JOHNSON BROTHERS OF WISCONSIN
301 E VIENNA AVENUE
MILWAUKEE, WI  53212

JOHNSON JR, LEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON ORATOKHAI, MISTY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AARON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AARON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AARON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ADDIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AKINDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALBERT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEESHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANGEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANNA KRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANNALISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ARATHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AUDREA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, AYANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BAHJA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BARB
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BEKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BETH ANN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BEV
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BIANCA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BLAIR
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BOB
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BOBBY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BOLUTIFE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRENT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIONNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIONNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTINEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRIYANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRODY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRONTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, BYRON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CALEB
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAMEO
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CARLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CARLA, JASON AND KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CARLO
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CASSADARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CATHY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CENORA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHAD
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHANELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARLSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHEYENNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISSI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTIANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CHYNNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CIARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CIERRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CINDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CLARICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CODY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COLETTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COLIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CORINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COURTNEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAMIKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAMON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DARCY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DARRELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DARRYL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAULTON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DAVIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEMETRICE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DENICE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DENISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DENISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DENMARK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DEVYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DIRK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DORIAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DR ERIC & SHANIA/ KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DRESDYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DREW
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, E
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EBONY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELLEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ELOISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ERRICA M
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, EVERETT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, FELECIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, FRANK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GAIL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GLENN & DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GLENN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GLORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GRANT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, GREG
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HEAVEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HENRY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HERMER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOPE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, HOPE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, IMELDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ISAAC
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, J FLOYD
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, J O
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, J
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JACKSON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAISHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMAL O.
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMILA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAMONT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JANE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JANELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JANET
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JANETTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JASMINN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JASON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAYDEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JAYVINTH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEANNE VIOLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEANNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENAE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JERE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JERRE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSAMYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JILL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JIMMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JIMMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JONELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JONNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JOSIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JUNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, JYL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KALLAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KARISSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KATY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAVYA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELLYANNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KERRI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KIKI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KIM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KODY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KORTNI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRYS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KURT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LANDIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LASHAUN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LATASHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAVONNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LEAHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LENA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LESLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LILA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LISA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LISBETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LOUISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNNETTA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MANDI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARGO
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARLEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARLINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARLON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARVIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MARYGRACE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MATT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MCKENZY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MECHELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEG
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MELEAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MIKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MILTON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MINDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MISSY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MONICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NANETTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NARANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NASIYIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICKY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, NORMA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ODESSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ORVILLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PAIGE & JAKE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATRICE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PATTI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PAYT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PETER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, QEIARRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RANDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RATISSIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RICKY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RIKKI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RITA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RONELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RONIT
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ROYLEI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SADIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAIDEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SALLI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SALLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SANDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SANIAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SEANTEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SERENA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHAMIKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHAUN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHAVON
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHAY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHEA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SHERI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SOMMER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STEFANI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STEFANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SYLEENA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, SZANDRIQUE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TABITHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TANIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TANIKA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TARA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TARYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TA-TANISHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TEISHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TESSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIANNA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIFFINI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TOM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TOM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TONI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TONIICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TONYA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TONYA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TORI
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TOSHIBA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TURQUOISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TYKISHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TYNAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, TYRONE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VASHION
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VIENGKEO
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, VONN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WADE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WALTER
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WAYNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WES
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILL
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, YASMEEN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON, ZARIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-BANN, GRACE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-BEY, KHAMOR
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-DAVIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-NIED, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-REYES, CHERISH
ADDRESS AVAILABLE UPON REQUEST

JOHNSON-WESTLIE, AMY
ADDRESS AVAILABLE UPON REQUEST

JOHNSRUD, BETSY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ABIGAEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ADAM
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ALENA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ALLAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, AMELIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ANITA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ANN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, AVA JEAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CARAMAI
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DAWN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DIANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, DYLAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ELISE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, EVELYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JAMES WYLIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JENNY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JODIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, JOY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KAMERON
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KIM
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KYLE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, KYLEE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, LANDIN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MARIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MARTINA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MATT
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MAURA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, NADINE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, NORMA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, RALEIGH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, STEVE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, STUART
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, TANA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, THOMAS M.
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

JOHNSTON, YVETTE
ADDRESS AVAILABLE UPON REQUEST

JOHNSTONE, JEANINE
ADDRESS AVAILABLE UPON REQUEST

JOHNTONY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JOIE CROCIATA, JOIE
ADDRESS AVAILABLE UPON REQUEST

JOIN ME IN MIAMI
151 SE 1ST ST. APT 2809
MIAMI, FL  33131

JOINER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOINER, BROOKS
ADDRESS AVAILABLE UPON REQUEST

JOINER, DONNA
ADDRESS AVAILABLE UPON REQUEST

JOINER, HAYLI
ADDRESS AVAILABLE UPON REQUEST

JOINER, KASEY
ADDRESS AVAILABLE UPON REQUEST

JOINER, LEEANN
ADDRESS AVAILABLE UPON REQUEST

JOINER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JOINER, STERLING
ADDRESS AVAILABLE UPON REQUEST

JOINES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JOISIL, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

JOKELA, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

JOKIHARJU, HENRI
ADDRESS AVAILABLE UPON REQUEST

JOLA, ELENA
ADDRESS AVAILABLE UPON REQUEST

JOLANA LAPCIK
ADDRESS AVAILABLE UPON REQUEST

JOLEEN POOLE
ADDRESS AVAILABLE UPON REQUEST

JOLIAT, CARLY
ADDRESS AVAILABLE UPON REQUEST

JOLICOEUR, JAMI
ADDRESS AVAILABLE UPON REQUEST

JOLIE LOHMANN
ADDRESS AVAILABLE UPON REQUEST

JOLIE ROBB-RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

JOLINK, TATUM
ADDRESS AVAILABLE UPON REQUEST

JOLLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOLLEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JOLLEY, TONYA
ADDRESS AVAILABLE UPON REQUEST

JOLLIFF, JULIA
ADDRESS AVAILABLE UPON REQUEST

JOLLY, DENISE
ADDRESS AVAILABLE UPON REQUEST

JOLLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOLLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOLLY, KAREN
ADDRESS AVAILABLE UPON REQUEST

JOLLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOLLY, SONDRA
ADDRESS AVAILABLE UPON REQUEST

JOLLY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JOLLY, WILLIAM JOSPEH
ADDRESS AVAILABLE UPON REQUEST

JOLLY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JOLY, EMILIE
ADDRESS AVAILABLE UPON REQUEST

JOLY, MARLEE
ADDRESS AVAILABLE UPON REQUEST

JOLY, PAUL
ADDRESS AVAILABLE UPON REQUEST

JOLYNN WILLOUGHBY
ADDRESS AVAILABLE UPON REQUEST

JOMAA, SARAH
ADDRESS AVAILABLE UPON REQUEST

JON DEOLIVEIRA
ADDRESS AVAILABLE UPON REQUEST

JON DESHA
ADDRESS AVAILABLE UPON REQUEST

JON JAQUA
ADDRESS AVAILABLE UPON REQUEST

JON MOSES
ADDRESS AVAILABLE UPON REQUEST

JON WILLIE
ADDRESS AVAILABLE UPON REQUEST

JONAP, LESI
ADDRESS AVAILABLE UPON REQUEST

JONAS NGUYEN
ADDRESS AVAILABLE UPON REQUEST

JONAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONAS, JEFF
ADDRESS AVAILABLE UPON REQUEST

JONAS, LISA
ADDRESS AVAILABLE UPON REQUEST

JONAS, SARA
ADDRESS AVAILABLE UPON REQUEST

JONAS-MARSLAND, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ADAM TRENT-CARLSON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

JONATHAN BABASO SUQUE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN BARRETT GOLD
ADDRESS AVAILABLE UPON REQUEST

JONATHAN CHARD
ADDRESS AVAILABLE UPON REQUEST

JONATHAN COHEN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN D DUNN JR
ADDRESS AVAILABLE UPON REQUEST

JONATHAN DELINE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN E EVANS
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ELVIN SCHOONOVER
ADDRESS AVAILABLE UPON REQUEST

JONATHAN GARCIA
ADDRESS AVAILABLE UPON REQUEST

JONATHAN GITLIN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN GRAY
ADDRESS AVAILABLE UPON REQUEST

JONATHAN HAIDLE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN HOFFMAN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN IVAN SYMKO
ADDRESS AVAILABLE UPON REQUEST

JONATHAN J LEE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN KIM
ADDRESS AVAILABLE UPON REQUEST

JONATHAN KING
ADDRESS AVAILABLE UPON REQUEST

JONATHAN LEICHT
ADDRESS AVAILABLE UPON REQUEST

JONATHAN LESLIE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JONATHAN LEYS
ADDRESS AVAILABLE UPON REQUEST

JONATHAN LONDON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN M THOMPSON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MAHON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MANGIN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MANOSH
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MARC-THORNTON RORK
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MELENDEZ
ADDRESS AVAILABLE UPON REQUEST

JONATHAN MORETTI
ADDRESS AVAILABLE UPON REQUEST

JONATHAN OSUNA-LLAMAS
ADDRESS AVAILABLE UPON REQUEST

JONATHAN PAUL STREETON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ROEHIA WALKER
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ROSALES
ADDRESS AVAILABLE UPON REQUEST

JONATHAN SILVA
ADDRESS AVAILABLE UPON REQUEST

JONATHAN STIDD
ADDRESS AVAILABLE UPON REQUEST

JONATHAN T SHAEFFER
ADDRESS AVAILABLE UPON REQUEST

JONATHAN VAUGHTERS
ADDRESS AVAILABLE UPON REQUEST

JONATHAN WATSON
ADDRESS AVAILABLE UPON REQUEST

JONATHAN WEDDLE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN WROBLE
ADDRESS AVAILABLE UPON REQUEST

JONATHAN YUAN-SHENG YUN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN ZURMUHLEN
ADDRESS AVAILABLE UPON REQUEST

JONATHAN, B
ADDRESS AVAILABLE UPON REQUEST

JONATHON BECKINGER
ADDRESS AVAILABLE UPON REQUEST

JONDEE, CAESAR
ADDRESS AVAILABLE UPON REQUEST

JONE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

JONE, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

JONEJA, URVASHI
ADDRESS AVAILABLE UPON REQUEST

JONES KERR, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

JONES KNOLL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

JONES STONE, KARLA
ADDRESS AVAILABLE UPON REQUEST

JONES WYSS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JONES, ABBY
ADDRESS AVAILABLE UPON REQUEST

JONES, ADAM
ADDRESS AVAILABLE UPON REQUEST

JONES, ADDIE
ADDRESS AVAILABLE UPON REQUEST

JONES, ADELAIDE
ADDRESS AVAILABLE UPON REQUEST

JONES, AKIKO
ADDRESS AVAILABLE UPON REQUEST

JONES, ALEX
ADDRESS AVAILABLE UPON REQUEST

JONES, ALEXA
ADDRESS AVAILABLE UPON REQUEST

JONES, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

JONES, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

JONES, ALICE
ADDRESS AVAILABLE UPON REQUEST

JONES, ALICE
ADDRESS AVAILABLE UPON REQUEST

JONES, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JONES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JONES, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

JONES, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

JONES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JONES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, AMBER
ADDRESS AVAILABLE UPON REQUEST

JONES, AMBER
ADDRESS AVAILABLE UPON REQUEST

JONES, AMY
ADDRESS AVAILABLE UPON REQUEST

JONES, AMY
ADDRESS AVAILABLE UPON REQUEST

JONES, AMY
ADDRESS AVAILABLE UPON REQUEST

JONES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JONES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JONES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JONES, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JONES, ANGE
ADDRESS AVAILABLE UPON REQUEST

JONES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JONES, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

JONES, ANNA
ADDRESS AVAILABLE UPON REQUEST

JONES, ANNE
ADDRESS AVAILABLE UPON REQUEST

JONES, ANNE
ADDRESS AVAILABLE UPON REQUEST

JONES, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

JONES, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

JONES, APRIL
ADDRESS AVAILABLE UPON REQUEST

JONES, ARIA
ADDRESS AVAILABLE UPON REQUEST

JONES, ARIELLE AND JUAN
ADDRESS AVAILABLE UPON REQUEST

JONES, ARLENE
ADDRESS AVAILABLE UPON REQUEST

JONES, ASHIERA
ADDRESS AVAILABLE UPON REQUEST

JONES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JONES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JONES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JONES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JONES, AUDREY
ADDRESS AVAILABLE UPON REQUEST

JONES, AZIZA
ADDRESS AVAILABLE UPON REQUEST

JONES, BAILEY
ADDRESS AVAILABLE UPON REQUEST

JONES, BECCA
ADDRESS AVAILABLE UPON REQUEST

JONES, BECKY
ADDRESS AVAILABLE UPON REQUEST

JONES, BECKY
ADDRESS AVAILABLE UPON REQUEST

JONES, BEN
ADDRESS AVAILABLE UPON REQUEST

JONES, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

JONES, BERNICE
ADDRESS AVAILABLE UPON REQUEST

JONES, BETH
ADDRESS AVAILABLE UPON REQUEST

JONES, BETH
ADDRESS AVAILABLE UPON REQUEST

JONES, BETH
ADDRESS AVAILABLE UPON REQUEST

JONES, BILL
ADDRESS AVAILABLE UPON REQUEST

JONES, BILLY
ADDRESS AVAILABLE UPON REQUEST

JONES, BLAKE
ADDRESS AVAILABLE UPON REQUEST

JONES, BO
ADDRESS AVAILABLE UPON REQUEST

JONES, BRANDAN
ADDRESS AVAILABLE UPON REQUEST

JONES, BRANDON
ADDRESS AVAILABLE UPON REQUEST

JONES, BREANNA
ADDRESS AVAILABLE UPON REQUEST

JONES, BREEDEN
ADDRESS AVAILABLE UPON REQUEST

JONES, BRENDA M
ADDRESS AVAILABLE UPON REQUEST

JONES, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JONES, BRENT
ADDRESS AVAILABLE UPON REQUEST

JONES, BRETT
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIAN
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIANA
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, BRIENE
ADDRESS AVAILABLE UPON REQUEST

JONES, BRITTA
ADDRESS AVAILABLE UPON REQUEST

JONES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JONES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JONES, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JONES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JONES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JONES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JONES, CALEB
ADDRESS AVAILABLE UPON REQUEST

JONES, CALVERT
ADDRESS AVAILABLE UPON REQUEST

JONES, CANDIAS
ADDRESS AVAILABLE UPON REQUEST

JONES, CANDICE
ADDRESS AVAILABLE UPON REQUEST

JONES, CANDICE
ADDRESS AVAILABLE UPON REQUEST

JONES, CARA
ADDRESS AVAILABLE UPON REQUEST

JONES, CARA
ADDRESS AVAILABLE UPON REQUEST

JONES, CAREY
ADDRESS AVAILABLE UPON REQUEST

JONES, CAREY
ADDRESS AVAILABLE UPON REQUEST

JONES, CARLENE
ADDRESS AVAILABLE UPON REQUEST

JONES, CARLOS
ADDRESS AVAILABLE UPON REQUEST

JONES, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JONES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CASEY
ADDRESS AVAILABLE UPON REQUEST

JONES, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

JONES, CASSONDRA
ADDRESS AVAILABLE UPON REQUEST

JONES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

JONES, CATHY
ADDRESS AVAILABLE UPON REQUEST

JONES, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHANTREE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHARLES
ADDRESS AVAILABLE UPON REQUEST

JONES, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JONES, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JONES, CHYNA
ADDRESS AVAILABLE UPON REQUEST

JONES, CICELY
ADDRESS AVAILABLE UPON REQUEST

JONES, CINDY AND DAVE
ADDRESS AVAILABLE UPON REQUEST

JONES, CINDY
ADDRESS AVAILABLE UPON REQUEST

JONES, CINDY
ADDRESS AVAILABLE UPON REQUEST

JONES, CINDY
ADDRESS AVAILABLE UPON REQUEST

JONES, CINDY
ADDRESS AVAILABLE UPON REQUEST

JONES, CLYDE
ADDRESS AVAILABLE UPON REQUEST

JONES, COLBY
ADDRESS AVAILABLE UPON REQUEST

JONES, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JONES, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JONES, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

JONES, COURTENAY
ADDRESS AVAILABLE UPON REQUEST

JONES, CRAIG
ADDRESS AVAILABLE UPON REQUEST

JONES, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JONES, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JONES, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JONES, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

JONES, DAISY
ADDRESS AVAILABLE UPON REQUEST

JONES, DALE
ADDRESS AVAILABLE UPON REQUEST

JONES, DANA
ADDRESS AVAILABLE UPON REQUEST

JONES, DANA
ADDRESS AVAILABLE UPON REQUEST

JONES, DARA
ADDRESS AVAILABLE UPON REQUEST

JONES, DARBY
ADDRESS AVAILABLE UPON REQUEST

JONES, DARBY
ADDRESS AVAILABLE UPON REQUEST

JONES, DARRELL
ADDRESS AVAILABLE UPON REQUEST

JONES, DARREN
ADDRESS AVAILABLE UPON REQUEST

JONES, DARYL
ADDRESS AVAILABLE UPON REQUEST

JONES, DAVID
ADDRESS AVAILABLE UPON REQUEST

JONES, DAVID
ADDRESS AVAILABLE UPON REQUEST

JONES, DAVID
ADDRESS AVAILABLE UPON REQUEST

JONES, DEANNA
ADDRESS AVAILABLE UPON REQUEST

JONES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JONES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JONES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

JONES, DELANEY
ADDRESS AVAILABLE UPON REQUEST

JONES, DEMIRRA
ADDRESS AVAILABLE UPON REQUEST

JONES, DENISE
ADDRESS AVAILABLE UPON REQUEST

JONES, DEVAN
ADDRESS AVAILABLE UPON REQUEST

JONES, DEYONNE
ADDRESS AVAILABLE UPON REQUEST

JONES, DIANA
ADDRESS AVAILABLE UPON REQUEST

JONES, DIANE
ADDRESS AVAILABLE UPON REQUEST

JONES, DIANE
ADDRESS AVAILABLE UPON REQUEST

JONES, DIANNE
ADDRESS AVAILABLE UPON REQUEST

JONES, DINA
ADDRESS AVAILABLE UPON REQUEST

JONES, DOLLY
ADDRESS AVAILABLE UPON REQUEST

JONES, DONALD
ADDRESS AVAILABLE UPON REQUEST

JONES, DONNA
ADDRESS AVAILABLE UPON REQUEST

JONES, DORIS
ADDRESS AVAILABLE UPON REQUEST

JONES, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

JONES, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

JONES, DWANE
ADDRESS AVAILABLE UPON REQUEST

JONES, EBONYE
ADDRESS AVAILABLE UPON REQUEST

JONES, EDWARD
ADDRESS AVAILABLE UPON REQUEST

JONES, ELENA
ADDRESS AVAILABLE UPON REQUEST

JONES, ELICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JONES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JONES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JONES, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

JONES, EMILY
ADDRESS AVAILABLE UPON REQUEST

JONES, EMILY
ADDRESS AVAILABLE UPON REQUEST

JONES, EMILY
ADDRESS AVAILABLE UPON REQUEST

JONES, EMMA
ADDRESS AVAILABLE UPON REQUEST

JONES, ENA
ADDRESS AVAILABLE UPON REQUEST

JONES, ERIC
ADDRESS AVAILABLE UPON REQUEST

JONES, ERICA
ADDRESS AVAILABLE UPON REQUEST

JONES, ERICA
ADDRESS AVAILABLE UPON REQUEST

JONES, ERICKA
ADDRESS AVAILABLE UPON REQUEST

JONES, ERIN
ADDRESS AVAILABLE UPON REQUEST

JONES, ERIN
ADDRESS AVAILABLE UPON REQUEST

JONES, ERIN
ADDRESS AVAILABLE UPON REQUEST

JONES, FALLON
ADDRESS AVAILABLE UPON REQUEST

JONES, FARRIS
ADDRESS AVAILABLE UPON REQUEST

JONES, FASHION
ADDRESS AVAILABLE UPON REQUEST

JONES, FELICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, FELICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, FRANK
ADDRESS AVAILABLE UPON REQUEST

JONES, FRENA
ADDRESS AVAILABLE UPON REQUEST

JONES, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

JONES, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

JONES, GAIL
ADDRESS AVAILABLE UPON REQUEST

JONES, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

JONES, GERALD
ADDRESS AVAILABLE UPON REQUEST

JONES, GRETCHENJONES
ADDRESS AVAILABLE UPON REQUEST

JONES, HALEY
ADDRESS AVAILABLE UPON REQUEST

JONES, HALLE
ADDRESS AVAILABLE UPON REQUEST

JONES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JONES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JONES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JONES, HESTA
ADDRESS AVAILABLE UPON REQUEST

JONES, HILARY
ADDRESS AVAILABLE UPON REQUEST

JONES, HOUSTON
ADDRESS AVAILABLE UPON REQUEST

JONES, HOWARD
ADDRESS AVAILABLE UPON REQUEST

JONES, IAN
ADDRESS AVAILABLE UPON REQUEST

JONES, INAYAH
ADDRESS AVAILABLE UPON REQUEST

JONES, JACK
ADDRESS AVAILABLE UPON REQUEST

JONES, JACKIE
ADDRESS AVAILABLE UPON REQUEST

JONES, JACLYN
ADDRESS AVAILABLE UPON REQUEST

JONES, JACOB
ADDRESS AVAILABLE UPON REQUEST

JONES, JADE
ADDRESS AVAILABLE UPON REQUEST

JONES, JADEN
ADDRESS AVAILABLE UPON REQUEST

JONES, JAMAL
ADDRESS AVAILABLE UPON REQUEST

JONES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JONES, JANA
ADDRESS AVAILABLE UPON REQUEST

JONES, JANEL
ADDRESS AVAILABLE UPON REQUEST

JONES, JANET
ADDRESS AVAILABLE UPON REQUEST

JONES, JANET
ADDRESS AVAILABLE UPON REQUEST

JONES, JANET
ADDRESS AVAILABLE UPON REQUEST

JONES, JANICE
ADDRESS AVAILABLE UPON REQUEST

JONES, JARED
ADDRESS AVAILABLE UPON REQUEST

JONES, JARVIOUS
ADDRESS AVAILABLE UPON REQUEST

JONES, JASMINE
ADDRESS AVAILABLE UPON REQUEST

JONES, JASON
ADDRESS AVAILABLE UPON REQUEST

JONES, JASON
ADDRESS AVAILABLE UPON REQUEST

JONES, JAYATTA (JAYE)
ADDRESS AVAILABLE UPON REQUEST

JONES, JEAN
ADDRESS AVAILABLE UPON REQUEST

JONES, JEFF
ADDRESS AVAILABLE UPON REQUEST

JONES, JEN
ADDRESS AVAILABLE UPON REQUEST

JONES, JENICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNA
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JONES, JENNY
ADDRESS AVAILABLE UPON REQUEST

JONES, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

JONES, JEREMY
ADDRESS AVAILABLE UPON REQUEST

JONES, JEREMY
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JONES, JILL
ADDRESS AVAILABLE UPON REQUEST

JONES, JOLEIA
ADDRESS AVAILABLE UPON REQUEST

JONES, JONAH
ADDRESS AVAILABLE UPON REQUEST

JONES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JONES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

JONES, JOSH
ADDRESS AVAILABLE UPON REQUEST

JONES, JUDITH
ADDRESS AVAILABLE UPON REQUEST

JONES, JULIA
ADDRESS AVAILABLE UPON REQUEST

JONES, JULIA
ADDRESS AVAILABLE UPON REQUEST

JONES, JULIE
ADDRESS AVAILABLE UPON REQUEST

JONES, JUSTIN.
ADDRESS AVAILABLE UPON REQUEST

JONES, KAELA
ADDRESS AVAILABLE UPON REQUEST

JONES, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JONES, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JONES, KALI
ADDRESS AVAILABLE UPON REQUEST

JONES, KARA
ADDRESS AVAILABLE UPON REQUEST

JONES, KAREN
ADDRESS AVAILABLE UPON REQUEST

JONES, KAREN
ADDRESS AVAILABLE UPON REQUEST

JONES, KAREN
ADDRESS AVAILABLE UPON REQUEST

JONES, KAREN
ADDRESS AVAILABLE UPON REQUEST

JONES, KAREN
ADDRESS AVAILABLE UPON REQUEST

JONES, KARESHA
ADDRESS AVAILABLE UPON REQUEST

JONES, KARLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KARY
ADDRESS AVAILABLE UPON REQUEST

JONES, KATE
ADDRESS AVAILABLE UPON REQUEST

JONES, KATELYN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATHY
ADDRESS AVAILABLE UPON REQUEST

JONES, KATIE ANN
ADDRESS AVAILABLE UPON REQUEST

JONES, KATIE
ADDRESS AVAILABLE UPON REQUEST

JONES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

JONES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JONES, KAYLA
ADDRESS AVAILABLE UPON REQUEST

JONES, KEISHA ALANA
ADDRESS AVAILABLE UPON REQUEST

JONES, KEITH
ADDRESS AVAILABLE UPON REQUEST

JONES, KELIAN
ADDRESS AVAILABLE UPON REQUEST

JONES, KELLEE
ADDRESS AVAILABLE UPON REQUEST

JONES, KELLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KELLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KELLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JONES, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JONES, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JONES, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JONES, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

JONES, KENNETH
ADDRESS AVAILABLE UPON REQUEST

JONES, KESHA
ADDRESS AVAILABLE UPON REQUEST

JONES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JONES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JONES, KIA
ADDRESS AVAILABLE UPON REQUEST

JONES, KIM
ADDRESS AVAILABLE UPON REQUEST

JONES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

JONES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JONES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JONES, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

JONES, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

JONES, LARNEY
ADDRESS AVAILABLE UPON REQUEST

JONES, LANGSTON
ADDRESS AVAILABLE UPON REQUEST

JONES, LAQUANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, LASHAY
ADDRESS AVAILABLE UPON REQUEST

JONES, LATANYA
ADDRESS AVAILABLE UPON REQUEST

JONES, LATOYIA
ADDRESS AVAILABLE UPON REQUEST

JONES, LATRINA
ADDRESS AVAILABLE UPON REQUEST

JONES, LAURA
ADDRESS AVAILABLE UPON REQUEST

JONES, LAURA
ADDRESS AVAILABLE UPON REQUEST

JONES, LAURA
ADDRESS AVAILABLE UPON REQUEST

JONES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JONES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JONES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JONES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JONES, LEAH
ADDRESS AVAILABLE UPON REQUEST

JONES, LEANNA
ADDRESS AVAILABLE UPON REQUEST

JONES, LEANNE
ADDRESS AVAILABLE UPON REQUEST

JONES, LEIGH
ADDRESS AVAILABLE UPON REQUEST

JONES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

JONES, LINDA
ADDRESS AVAILABLE UPON REQUEST

JONES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JONES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JONES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JONES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JONES, LISA
ADDRESS AVAILABLE UPON REQUEST

JONES, LIZ
ADDRESS AVAILABLE UPON REQUEST

JONES, LOGAN
ADDRESS AVAILABLE UPON REQUEST

JONES, LORI
ADDRESS AVAILABLE UPON REQUEST

JONES, LYNDSI
ADDRESS AVAILABLE UPON REQUEST

JONES, LYNN
ADDRESS AVAILABLE UPON REQUEST

JONES, LYNN
ADDRESS AVAILABLE UPON REQUEST

JONES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JONES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JONES, MADISON
ADDRESS AVAILABLE UPON REQUEST

JONES, MAGGI
ADDRESS AVAILABLE UPON REQUEST

JONES, MAISHA
ADDRESS AVAILABLE UPON REQUEST

JONES, MANESIA
ADDRESS AVAILABLE UPON REQUEST

JONES, MARCY
ADDRESS AVAILABLE UPON REQUEST

JONES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

JONES, MARGOT
ADDRESS AVAILABLE UPON REQUEST

JONES, MARIA
ADDRESS AVAILABLE UPON REQUEST

JONES, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

JONES, MARINA
ADDRESS AVAILABLE UPON REQUEST

JONES, MARK
ADDRESS AVAILABLE UPON REQUEST

JONES, MARK
ADDRESS AVAILABLE UPON REQUEST

JONES, MARTHA
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY AMARET
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY JO
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY
ADDRESS AVAILABLE UPON REQUEST

JONES, MARY
ADDRESS AVAILABLE UPON REQUEST

JONES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JONES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MEL
ADDRESS AVAILABLE UPON REQUEST

JONES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

JONES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JONES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JONES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JONES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

JONES, MERIDITH
ADDRESS AVAILABLE UPON REQUEST

JONES, MIA
ADDRESS AVAILABLE UPON REQUEST

JONES, MIATA
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JONES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JONES, MICILIN
ADDRESS AVAILABLE UPON REQUEST

JONES, MIKE
ADDRESS AVAILABLE UPON REQUEST

JONES, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

JONES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JONES, MONICA
ADDRESS AVAILABLE UPON REQUEST

JONES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

JONES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

JONES, MS. JUANITA
ADDRESS AVAILABLE UPON REQUEST

JONES, MURIEL
ADDRESS AVAILABLE UPON REQUEST

JONES, NAITHAN
ADDRESS AVAILABLE UPON REQUEST

JONES, NANCY
ADDRESS AVAILABLE UPON REQUEST

JONES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JONES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JONES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JONES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JONES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JONES, NICOLETTA
ADDRESS AVAILABLE UPON REQUEST

JONES, NINA
ADDRESS AVAILABLE UPON REQUEST

JONES, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JONES, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JONES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JONES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JONES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JONES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JONES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

JONES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

JONES, PAUL
ADDRESS AVAILABLE UPON REQUEST

JONES, PEARL
ADDRESS AVAILABLE UPON REQUEST

JONES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JONES, RANDALL
ADDRESS AVAILABLE UPON REQUEST

JONES, RANDY
ADDRESS AVAILABLE UPON REQUEST

JONES, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JONES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

JONES, RENEE
ADDRESS AVAILABLE UPON REQUEST

JONES, REYANA
ADDRESS AVAILABLE UPON REQUEST

JONES, RHINA D
ADDRESS AVAILABLE UPON REQUEST

JONES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JONES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JONES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JONES, RICK
ADDRESS AVAILABLE UPON REQUEST

JONES, RO SHUN
ADDRESS AVAILABLE UPON REQUEST

JONES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JONES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JONES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JONES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

JONES, ROBYN
ADDRESS AVAILABLE UPON REQUEST

JONES, ROGER
ADDRESS AVAILABLE UPON REQUEST

JONES, ROSALYN
ADDRESS AVAILABLE UPON REQUEST

JONES, ROSE
ADDRESS AVAILABLE UPON REQUEST

JONES, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

JONES, ROSETTA
ADDRESS AVAILABLE UPON REQUEST

JONES, ROSIE
ADDRESS AVAILABLE UPON REQUEST

JONES, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

JONES, RUTH
ADDRESS AVAILABLE UPON REQUEST

JONES, RUTH
ADDRESS AVAILABLE UPON REQUEST

JONES, RUTH
ADDRESS AVAILABLE UPON REQUEST

JONES, RYAN
ADDRESS AVAILABLE UPON REQUEST

JONES, RYAN
ADDRESS AVAILABLE UPON REQUEST

JONES, SABRINA
ADDRESS AVAILABLE UPON REQUEST

JONES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JONES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

JONES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JONES, SARA
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SARAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

JONES, SAVONNE
ADDRESS AVAILABLE UPON REQUEST

JONES, SAYER
ADDRESS AVAILABLE UPON REQUEST

JONES, SEAN
ADDRESS AVAILABLE UPON REQUEST

JONES, SHANI
ADDRESS AVAILABLE UPON REQUEST

JONES, SHARON
ADDRESS AVAILABLE UPON REQUEST

JONES, SHATARRA
ADDRESS AVAILABLE UPON REQUEST

JONES, SHENA
ADDRESS AVAILABLE UPON REQUEST

JONES, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

JONES, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

JONES, SHYLOE
ADDRESS AVAILABLE UPON REQUEST

JONES, SIERRA
ADDRESS AVAILABLE UPON REQUEST

JONES, SONYA
ADDRESS AVAILABLE UPON REQUEST

JONES, STACEY
ADDRESS AVAILABLE UPON REQUEST

JONES, STACEY
ADDRESS AVAILABLE UPON REQUEST

JONES, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

JONES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JONES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JONES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JONES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JONES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JONES, STEVE
ADDRESS AVAILABLE UPON REQUEST

JONES, SUKEIDA
ADDRESS AVAILABLE UPON REQUEST

JONES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JONES, SUZY
ADDRESS AVAILABLE UPON REQUEST

JONES, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JONES, T'NIA
ADDRESS AVAILABLE UPON REQUEST

JONES, TAHLIQ
ADDRESS AVAILABLE UPON REQUEST

JONES, TAI
ADDRESS AVAILABLE UPON REQUEST

JONES, TAJA
ADDRESS AVAILABLE UPON REQUEST

JONES, TAKIYAH S
ADDRESS AVAILABLE UPON REQUEST

JONES, TAMMY
ADDRESS AVAILABLE UPON REQUEST

JONES, TAMMY
ADDRESS AVAILABLE UPON REQUEST

JONES, TARA
ADDRESS AVAILABLE UPON REQUEST

JONES, TARA
ADDRESS AVAILABLE UPON REQUEST

JONES, TASHA
ADDRESS AVAILABLE UPON REQUEST

JONES, TASHAUN
ADDRESS AVAILABLE UPON REQUEST

JONES, TAYLER
ADDRESS AVAILABLE UPON REQUEST

JONES, TAYTUM
ADDRESS AVAILABLE UPON REQUEST

JONES, TED
ADDRESS AVAILABLE UPON REQUEST

JONES, TERI
ADDRESS AVAILABLE UPON REQUEST

JONES, TERRON
ADDRESS AVAILABLE UPON REQUEST

JONES, TESSA
ADDRESS AVAILABLE UPON REQUEST

JONES, TIFFANEY
ADDRESS AVAILABLE UPON REQUEST

JONES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JONES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JONES, TIM
ADDRESS AVAILABLE UPON REQUEST

JONES, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

JONES, TISA
ADDRESS AVAILABLE UPON REQUEST

JONES, TONYA
ADDRESS AVAILABLE UPON REQUEST

JONES, TONYA
ADDRESS AVAILABLE UPON REQUEST

JONES, TORI
ADDRESS AVAILABLE UPON REQUEST

JONES, TRACY
ADDRESS AVAILABLE UPON REQUEST

JONES, TRACY
ADDRESS AVAILABLE UPON REQUEST

JONES, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

JONES, TYA
ADDRESS AVAILABLE UPON REQUEST

JONES, TYLOR
ADDRESS AVAILABLE UPON REQUEST

JONES, VALERIE
ADDRESS AVAILABLE UPON REQUEST

JONES, VALERIE
ADDRESS AVAILABLE UPON REQUEST

JONES, VIKTORIA
ADDRESS AVAILABLE UPON REQUEST

JONES, VIRGIL
ADDRESS AVAILABLE UPON REQUEST

JONES, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

JONES, VONETTA
ADDRESS AVAILABLE UPON REQUEST

JONES, WALTER
ADDRESS AVAILABLE UPON REQUEST

JONES, WENDY
ADDRESS AVAILABLE UPON REQUEST

JONES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JONES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JONES, WILL
ADDRESS AVAILABLE UPON REQUEST

JONES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JONES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JONES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JONES, WOODROW
ADDRESS AVAILABLE UPON REQUEST

JONES, ZHANE
ADDRESS AVAILABLE UPON REQUEST

JONES-BROWN, KEENYA
ADDRESS AVAILABLE UPON REQUEST

JONES-MILLS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

JONES-MORENO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

JONES-ODEM, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JONES-ORISHAK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

JONES-RAYMOND, JOANNA
ADDRESS AVAILABLE UPON REQUEST

JONES-SCHAMING, MARY
ADDRESS AVAILABLE UPON REQUEST

JONES-TEETSEL, TRACY
ADDRESS AVAILABLE UPON REQUEST

JONG HO PARK
ADDRESS AVAILABLE UPON REQUEST

JONGEWARD, JANE
ADDRESS AVAILABLE UPON REQUEST

JONI BUI
ADDRESS AVAILABLE UPON REQUEST

JONI NOE LLC
1521 1/2 ALLESANDRO STREET
LOS ANGELES, CA  90026

JONIAUX, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JONNA, SHOURIE
ADDRESS AVAILABLE UPON REQUEST

JONNALAGADDA, DEEPIKA
ADDRESS AVAILABLE UPON REQUEST

JONOKUCHI, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

JONON, DIANE
ADDRESS AVAILABLE UPON REQUEST

JONQUILLE, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

JONSSON, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JOO, EUNKWANG
ADDRESS AVAILABLE UPON REQUEST

JOO, MARY
ADDRESS AVAILABLE UPON REQUEST

JOO, NORA
ADDRESS AVAILABLE UPON REQUEST

JOON IL SONG
ADDRESS AVAILABLE UPON REQUEST

JOOSTBERNS, AMY
ADDRESS AVAILABLE UPON REQUEST

JOOSTEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOPLIN, KENDALL
ADDRESS AVAILABLE UPON REQUEST

JOPP, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JOPP, LULU
ADDRESS AVAILABLE UPON REQUEST

JOPPERI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JORDAAN, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

JORDACHE, DAVID
ADDRESS AVAILABLE UPON REQUEST

JORDAN BISMUTH
ADDRESS AVAILABLE UPON REQUEST

JORDAN BURNETT
ADDRESS AVAILABLE UPON REQUEST

JORDAN CULPEPPER
ADDRESS AVAILABLE UPON REQUEST

JORDAN DANTE WHITE
ADDRESS AVAILABLE UPON REQUEST

JORDAN FERRY
ADDRESS AVAILABLE UPON REQUEST

JORDAN FRIEDMAN
ADDRESS AVAILABLE UPON REQUEST

JORDAN HO
ADDRESS AVAILABLE UPON REQUEST

JORDAN MICHAEL GREENBERG
ADDRESS AVAILABLE UPON REQUEST

JORDAN OGREN
ADDRESS AVAILABLE UPON REQUEST

JORDAN OLSON
ADDRESS AVAILABLE UPON REQUEST

JORDAN ROBISON
ADDRESS AVAILABLE UPON REQUEST

JORDAN TORREY
ADDRESS AVAILABLE UPON REQUEST

JORDAN WILEY
ADDRESS AVAILABLE UPON REQUEST

JORDAN WOLLMERING
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, AKINYELE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JORDAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

JORDAN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

JORDAN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

JORDAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, DARLENE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JORDAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JORDAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, GLENN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, HILLAUN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JANA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JANINE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JILL
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JOLEA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JONAH
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JOY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KATLYN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KIM
ADDRESS AVAILABLE UPON REQUEST

JORDAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MARK
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MARY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JORDAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, PATRICE
ADDRESS AVAILABLE UPON REQUEST

JORDAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

JORDAN, REEVES
ADDRESS AVAILABLE UPON REQUEST

JORDAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JORDAN, SHARA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

JORDAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, TAVIAN
ADDRESS AVAILABLE UPON REQUEST

JORDAN, TORREY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

JORDAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

JORDAN, VERA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

JORDAN, VICKI
ADDRESS AVAILABLE UPON REQUEST

JORDAN, VIK
ADDRESS AVAILABLE UPON REQUEST

JORDAN, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

JORDANA, LAURA
ADDRESS AVAILABLE UPON REQUEST

JORDAN-AMBERG, MARGAREE
ADDRESS AVAILABLE UPON REQUEST

JORDANN SMITHERS
ADDRESS AVAILABLE UPON REQUEST

JORDAN-VARGAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JORDE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JORDEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

JORDIN ELLINGSON
ADDRESS AVAILABLE UPON REQUEST

JORDON THOMSEN
ADDRESS AVAILABLE UPON REQUEST

JORE, BREA
ADDRESS AVAILABLE UPON REQUEST

JORECAH HESTER
ADDRESS AVAILABLE UPON REQUEST

JORFI, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

JORGE ALFREDO MENDOZA BARAJAS
ADDRESS AVAILABLE UPON REQUEST

JORGE MANUEL JACINTO GUERREIRO
ADDRESS AVAILABLE UPON REQUEST

JORGE RIOS
ADDRESS AVAILABLE UPON REQUEST

JORGE, DAN
ADDRESS AVAILABLE UPON REQUEST

JORGE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, ABBY
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, BRETT
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, KATY
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

JORGENSEN, SHANDA
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, ALMA
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, AMMY
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, ELORA
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, GUDRUN
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, JENSE
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, JENSE
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

JORGENSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

JORIS DE CRAECKER
ADDRESS AVAILABLE UPON REQUEST

JORIS STUIP
ADDRESS AVAILABLE UPON REQUEST

JORJANN JOHNSON, JORJANN
ADDRESS AVAILABLE UPON REQUEST

JORNLIN, FRANK
ADDRESS AVAILABLE UPON REQUEST

JOSAPHS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

JOSE A ESPEJO TRUST
ADDRESS AVAILABLE UPON REQUEST

JOSE AMIGON
ADDRESS AVAILABLE UPON REQUEST

JOSE ARIAS
ADDRESS AVAILABLE UPON REQUEST

JOSE BALTAZAR
ADDRESS AVAILABLE UPON REQUEST

JOSE CANALES
ADDRESS AVAILABLE UPON REQUEST

JOSE COVARRUBIAS AMECA
ADDRESS AVAILABLE UPON REQUEST

JOSE F CARTAYA III
ADDRESS AVAILABLE UPON REQUEST

JOSE FERNANDO BARRERA
ADDRESS AVAILABLE UPON REQUEST

JOSE GABRIEL VALDEZ
ADDRESS AVAILABLE UPON REQUEST

JOSE GELPI JR
ADDRESS AVAILABLE UPON REQUEST

JOSE GOMEZ
ADDRESS AVAILABLE UPON REQUEST

JOSE JOAQUIN ENDARA CEVALLOS
ADDRESS AVAILABLE UPON REQUEST

JOSE MORALES
ADDRESS AVAILABLE UPON REQUEST

JOSE NATALIO FAYAD
ADDRESS AVAILABLE UPON REQUEST

JOSE RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

JOSE RIOS
ADDRESS AVAILABLE UPON REQUEST

JOSE SANTIAGO III
ADDRESS AVAILABLE UPON REQUEST

JOSE SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

JOSE T ARIAS
ADDRESS AVAILABLE UPON REQUEST

JOSE, CHERRIE
ADDRESS AVAILABLE UPON REQUEST

JOSE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JOSE, SHARON
ADDRESS AVAILABLE UPON REQUEST

JOSEF GOTTWALD
ADDRESS AVAILABLE UPON REQUEST

JOSEFINA PEREZ
ADDRESS AVAILABLE UPON REQUEST

JOSELUIS M ROSETE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH A ABYS
ADDRESS AVAILABLE UPON REQUEST

JOSEPH A SERWA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ARCOLIO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ARTHUR SKOTNIK
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ARTHURS
ADDRESS AVAILABLE UPON REQUEST

JOSEPH B WOOLFSON
ADDRESS AVAILABLE UPON REQUEST

JOSEPH BECHTOLD
ADDRESS AVAILABLE UPON REQUEST

JOSEPH C FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH C STALNAKER JR
ADDRESS AVAILABLE UPON REQUEST

JOSEPH DIONISIO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH EDOUARD MANFRED DUMAS
ADDRESS AVAILABLE UPON REQUEST

JOSEPH EDWARD DORN THOMAS JR
ADDRESS AVAILABLE UPON REQUEST

JOSEPH FRANK MAGLY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH GIGLIA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH H CRISLER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH HILL
ADDRESS AVAILABLE UPON REQUEST

JOSEPH JOHN GILLILAND
ADDRESS AVAILABLE UPON REQUEST

JOSEPH KELLER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH KENNEY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH KIMBALL IRVINE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH KRAMER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH LOUIS KAPLA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH M FRADE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH MACCHIO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH MANNO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH MAURO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH MICHAEL WINESBURG
ADDRESS AVAILABLE UPON REQUEST

JOSEPH MOWREY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH NJAU
ADDRESS AVAILABLE UPON REQUEST

JOSEPH NORTON
ADDRESS AVAILABLE UPON REQUEST

JOSEPH P COLLY III
ADDRESS AVAILABLE UPON REQUEST

JOSEPH P FENNESSY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH P PLONSKI III
ADDRESS AVAILABLE UPON REQUEST

JOSEPH PEREZ
ADDRESS AVAILABLE UPON REQUEST

JOSEPH PROCTOR
ADDRESS AVAILABLE UPON REQUEST

JOSEPH R FEKECH
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ROBERT SOWELL
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ROBERTS SPARLING
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ROBERTS
ADDRESS AVAILABLE UPON REQUEST

JOSEPH RUTIGLIANO
ADDRESS AVAILABLE UPON REQUEST

JOSEPH SMITH
ADDRESS AVAILABLE UPON REQUEST

JOSEPH STOTTLER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH TAKAI
ADDRESS AVAILABLE UPON REQUEST

JOSEPH THOMAS MEIER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH WAGGONER
ADDRESS AVAILABLE UPON REQUEST

JOSEPH WRAY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH WYATT CROOMS
ADDRESS AVAILABLE UPON REQUEST

JOSEPH ZANONI
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, AARON
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, AIBEL
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, AJ
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, ANN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, ASHLE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, CORINN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, DONNA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, FABIAN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, FABRICE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, FREDDY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, INES
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JAMES
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JENN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JOHN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JOYCE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, KAFI
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LEX
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LILA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LISA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LISA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, LISA-DIANE
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, MARC
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, NATASHA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, PHYLICIA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, SHAINNEN
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, TAISHA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, THEA
ADDRESS AVAILABLE UPON REQUEST

JOSEPH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

JOSEPHER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

JOSEPHINE ALANIS GREEN
ADDRESS AVAILABLE UPON REQUEST

JOSEPHINE G KARANJA
ADDRESS AVAILABLE UPON REQUEST

JOSEPHINE, DAVIDSON,
ADDRESS AVAILABLE UPON REQUEST

JOSEPHS, ALISA
ADDRESS AVAILABLE UPON REQUEST

JOSEPHS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

JOSEPHS, ZINA
ADDRESS AVAILABLE UPON REQUEST

JOSEPHSON, GERALD
ADDRESS AVAILABLE UPON REQUEST

JOSEPHSON, ISAAC
ADDRESS AVAILABLE UPON REQUEST

JOSEPHSON, JYL
ADDRESS AVAILABLE UPON REQUEST

JOSEY AARON
ADDRESS AVAILABLE UPON REQUEST

JOSEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JOSH A HAMMEL
ADDRESS AVAILABLE UPON REQUEST

JOSH DANIEL GEORGE SAUNDERS
ADDRESS AVAILABLE UPON REQUEST

JOSH FELDMAN
ADDRESS AVAILABLE UPON REQUEST

JOSH LEITNER, JOSH
ADDRESS AVAILABLE UPON REQUEST

JOSH SPEAR
ADDRESS AVAILABLE UPON REQUEST

JOSH SWEENEY
ADDRESS AVAILABLE UPON REQUEST

JOSH WOLFF
ADDRESS AVAILABLE UPON REQUEST

JOSHI, AJAY
ADDRESS AVAILABLE UPON REQUEST

JOSHI, DHRUMIL
ADDRESS AVAILABLE UPON REQUEST

JOSHI, MAITHILI
ADDRESS AVAILABLE UPON REQUEST

JOSHI, MAYA
ADDRESS AVAILABLE UPON REQUEST

JOSHI, MIHIR
ADDRESS AVAILABLE UPON REQUEST

JOSHI, MOHIT
ADDRESS AVAILABLE UPON REQUEST

JOSHI, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

JOSHI, PRAJWAL
ADDRESS AVAILABLE UPON REQUEST

JOSHI, SAMIR
ADDRESS AVAILABLE UPON REQUEST

JOSHI, SAMVERTIKA
ADDRESS AVAILABLE UPON REQUEST

JOSHI, TUSHAR
ADDRESS AVAILABLE UPON REQUEST

JOSHI, YASH
ADDRESS AVAILABLE UPON REQUEST

JOSHUA ALAN GENTRUP
ADDRESS AVAILABLE UPON REQUEST

JOSHUA AVRUM LICHTENFELD
ADDRESS AVAILABLE UPON REQUEST

JOSHUA BAKER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA BAKER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA BURCHAM
ADDRESS AVAILABLE UPON REQUEST

JOSHUA CRANE
ADDRESS AVAILABLE UPON REQUEST

JOSHUA DAVID DEETER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA DAVID MONTANA
ADDRESS AVAILABLE UPON REQUEST

JOSHUA DIXON
ADDRESS AVAILABLE UPON REQUEST

JOSHUA HONG
ADDRESS AVAILABLE UPON REQUEST

JOSHUA HOVDEN
ADDRESS AVAILABLE UPON REQUEST

JOSHUA JOHNSON
ADDRESS AVAILABLE UPON REQUEST

JOSHUA JON CUMMINGS
ADDRESS AVAILABLE UPON REQUEST

JOSHUA LYON
ADDRESS AVAILABLE UPON REQUEST

JOSHUA M GRANT
ADDRESS AVAILABLE UPON REQUEST

JOSHUA MICHAEL HORNER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA NATHANAEL JOHNSON
ADDRESS AVAILABLE UPON REQUEST

JOSHUA PAUL VICKERSON
ADDRESS AVAILABLE UPON REQUEST

JOSHUA R SHEARER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

JOSHUA S MILLER
ADDRESS AVAILABLE UPON REQUEST

JOSHUA SWEDLOW
ADDRESS AVAILABLE UPON REQUEST

JOSHUA VOLUCK
ADDRESS AVAILABLE UPON REQUEST

JOSHUA ZALIS
ADDRESS AVAILABLE UPON REQUEST

JOSHUA, SHAWNTA
ADDRESS AVAILABLE UPON REQUEST

JOSHUA, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

JOSHUAH HAMPTON
ADDRESS AVAILABLE UPON REQUEST

JOSIAH ETHAN MOYER
ADDRESS AVAILABLE UPON REQUEST

JOSIAH KENNETH SLIFER
ADDRESS AVAILABLE UPON REQUEST

JOSIE PUGH
ADDRESS AVAILABLE UPON REQUEST

JOSLIN, AMY
ADDRESS AVAILABLE UPON REQUEST

JOSLYN, CARLIN & SUSAN
ADDRESS AVAILABLE UPON REQUEST

JOSLYN, KIRBY
ADDRESS AVAILABLE UPON REQUEST

JOSLYNN, CYPRIAN
ADDRESS AVAILABLE UPON REQUEST

JOSON, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

JOSRPHSON, JIMMIE
ADDRESS AVAILABLE UPON REQUEST

JOSS, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOSSELSOHN, DAVID
ADDRESS AVAILABLE UPON REQUEST

JOST, AMY
ADDRESS AVAILABLE UPON REQUEST

JOST, GRACE
ADDRESS AVAILABLE UPON REQUEST

JOST, NICK
ADDRESS AVAILABLE UPON REQUEST

JOSTEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

JOSTES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JOSTES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

JOSTIN BURBIDGE
ADDRESS AVAILABLE UPON REQUEST

JOUAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

JOUBERT, ANNA
ADDRESS AVAILABLE UPON REQUEST

JOUBERT, LISA
ADDRESS AVAILABLE UPON REQUEST

JOUDEH, LINDA
ADDRESS AVAILABLE UPON REQUEST

JOUHET, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

JOUNG, NICK
ADDRESS AVAILABLE UPON REQUEST

JOURDAIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOURDAN, CECILIA
ADDRESS AVAILABLE UPON REQUEST

JOURDAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOURNAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

JOVANOV, PETER
ADDRESS AVAILABLE UPON REQUEST

JOVANOVIC, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

JOVANOVIC, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOVANOVICH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

JOVEL, CARLA
ADDRESS AVAILABLE UPON REQUEST

JOWAISAS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JOWERS, BEATY
ADDRESS AVAILABLE UPON REQUEST

JOWETT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JOY BUETNER
ADDRESS AVAILABLE UPON REQUEST

JOY BURDICK NOWELL TRUST
ADDRESS AVAILABLE UPON REQUEST

JOY C HUFFMAN
ADDRESS AVAILABLE UPON REQUEST

JOY CHOWDHURY
ADDRESS AVAILABLE UPON REQUEST

JOY ISRAVISVAKUL
ADDRESS AVAILABLE UPON REQUEST

JOY JOHNSTON
ADDRESS AVAILABLE UPON REQUEST

JOY LIFE, LLC.
790 BRANNON STREET. FLOOR 2
SAN FRANCISCO, CA  94103

JOY LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JOY LYDIARD
ADDRESS AVAILABLE UPON REQUEST

JOY OF EATING
ADDRESS UNAVAILABLE AT TIME OF FILING

JOY PERSHING
ADDRESS AVAILABLE UPON REQUEST

JOY WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

JOY, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

JOY, JONTE
ADDRESS AVAILABLE UPON REQUEST

JOY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

JOY, MACAOAY
ADDRESS AVAILABLE UPON REQUEST

JOY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

JOY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

JOY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOYA L NEWMAN
ADDRESS AVAILABLE UPON REQUEST

JOYAL, GLORIA
ADDRESS AVAILABLE UPON REQUEST

JOYCE A GAY
ADDRESS AVAILABLE UPON REQUEST

JOYCE ATTAWAY
ADDRESS AVAILABLE UPON REQUEST

JOYCE BLUE
ADDRESS AVAILABLE UPON REQUEST

JOYCE JOANNE SCHOLEN
ADDRESS AVAILABLE UPON REQUEST

JOYCE M HARTY
ADDRESS AVAILABLE UPON REQUEST

JOYCE REYES
ADDRESS AVAILABLE UPON REQUEST

JOYCE SMINKEY
ADDRESS AVAILABLE UPON REQUEST

JOYCE WILKOS
ADDRESS AVAILABLE UPON REQUEST

JOYCE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JOYCE, APRIL
ADDRESS AVAILABLE UPON REQUEST

JOYCE, BOB
ADDRESS AVAILABLE UPON REQUEST

JOYCE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

JOYCE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

JOYCE, ELISE
ADDRESS AVAILABLE UPON REQUEST

JOYCE, HILLARY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

JOYCE, JEAN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, JOE
ADDRESS AVAILABLE UPON REQUEST

JOYCE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, KEAGAN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, KELLEY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, LAURA
ADDRESS AVAILABLE UPON REQUEST

JOYCE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

JOYCE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JOYCE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, NANCY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, RUBY
ADDRESS AVAILABLE UPON REQUEST

JOYCE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JOYCE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

JOYE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

JOYFUL HEALTHY EATS, LLC
3745 GINGER CREEK LANE
SPRING, TX  77386

JOYMODE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

JOYNER, BRYN
ADDRESS AVAILABLE UPON REQUEST

JOYNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

JOYNER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JOYNER, JOY
ADDRESS AVAILABLE UPON REQUEST

JOYNER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

JOYNER, NARISSA
ADDRESS AVAILABLE UPON REQUEST

JOYNER, PEYTON
ADDRESS AVAILABLE UPON REQUEST

JOYNER, ROWENA
ADDRESS AVAILABLE UPON REQUEST

JOYNER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

JOYNER, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

JOYNES, SHARIESSE
ADDRESS AVAILABLE UPON REQUEST

JOYNTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

JOZEFYK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JOZIFEIN WOODS
ADDRESS AVAILABLE UPON REQUEST

JOZWIAK, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

JOZWIAK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

JOZWIAK, LEAH
ADDRESS AVAILABLE UPON REQUEST

JOZWIAK, TYLER
ADDRESS AVAILABLE UPON REQUEST

JPMORGAN CHASE (0902, 2357, 3622)
ATTN JEFF LAZARUS/PROXY MGR NY1-C094
4 METROTECH CTR - 3RD FL
BROOKLYN, NY  11245

JS COLLECTIVE LLC
3502 MOUNT BONNELL RD
AUSTIN, TX  78731

JTOWN MUSIC, LLC
4095 KIRKWOOD ST.
GEORGES RD BEAR, DE  19701

JU, CHENGWEI
ADDRESS AVAILABLE UPON REQUEST

JU, HANNAH
ADDRESS AVAILABLE UPON REQUEST

JU, HAOXIANG
ADDRESS AVAILABLE UPON REQUEST

JU, MARI
ADDRESS AVAILABLE UPON REQUEST

JUAIRE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

JUAN ANDRES GARCIA
ADDRESS AVAILABLE UPON REQUEST

JUAN ARRONA
ADDRESS AVAILABLE UPON REQUEST

JUAN CARLOS GODINEZ
ADDRESS AVAILABLE UPON REQUEST

JUAN ESTEBAN GOMEZ ILARI
ADDRESS AVAILABLE UPON REQUEST

JUAN MIGUEL TOSTADO
ADDRESS AVAILABLE UPON REQUEST

JUAN ROMEU LEZAMA
ADDRESS AVAILABLE UPON REQUEST

JUAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

JUANITA CLARKE
ADDRESS AVAILABLE UPON REQUEST

JUANITA CRAIN
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, HARRY
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, LESLY
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, LUCRECIA
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JUAREZ, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

JUAREZ-LACE, EDITE
ADDRESS AVAILABLE UPON REQUEST

JUAVANDA S LEWIS
ADDRESS AVAILABLE UPON REQUEST

JUBB, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JUBERA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

JUBERG, MARC
ADDRESS AVAILABLE UPON REQUEST

JUBILEE, DENISE
ADDRESS AVAILABLE UPON REQUEST

JUBITZ, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

JUBRAN, NADIM
ADDRESS AVAILABLE UPON REQUEST

JUBY, PAULA
ADDRESS AVAILABLE UPON REQUEST

JUCHNEVICS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

JUDAH NORMAN GREENBERG
ADDRESS AVAILABLE UPON REQUEST

JUDAH RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

JUDAS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

JUDD, ADA
ADDRESS AVAILABLE UPON REQUEST

JUDD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JUDD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JUDD, ANNA
ADDRESS AVAILABLE UPON REQUEST

JUDD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JUDD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

JUDD, CLAIRA
ADDRESS AVAILABLE UPON REQUEST

JUDD, EMILY
ADDRESS AVAILABLE UPON REQUEST

JUDD, JAYCEEN
ADDRESS AVAILABLE UPON REQUEST

JUDD, JENNA
ADDRESS AVAILABLE UPON REQUEST

JUDD, KELSIE
ADDRESS AVAILABLE UPON REQUEST

JUDD, LAUREL
ADDRESS AVAILABLE UPON REQUEST

JUDD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JUDD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JUDD, MARTHA
ADDRESS AVAILABLE UPON REQUEST

JUDD, REGINA
ADDRESS AVAILABLE UPON REQUEST

JUDDS CATERING
ADDRESS UNAVAILABLE AT TIME OF FILING

JUDE MOITOZA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, AARON
ADDRESS AVAILABLE UPON REQUEST

JUDGE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

JUDGE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, BEVIN
ADDRESS AVAILABLE UPON REQUEST

JUDGE, CECILIA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, JOHN
ADDRESS AVAILABLE UPON REQUEST

JUDGE, KAELEIGH
ADDRESS AVAILABLE UPON REQUEST

JUDGE, LISA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, MARY
ADDRESS AVAILABLE UPON REQUEST

JUDGE, MEG
ADDRESS AVAILABLE UPON REQUEST

JUDGE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

JUDGE, RENE
ADDRESS AVAILABLE UPON REQUEST

JUDGE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

JUDGE-FRANGIONE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

JUDICE, ANISHA
ADDRESS AVAILABLE UPON REQUEST

JUDIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

JUDITH ANN ANIBAS
ADDRESS AVAILABLE UPON REQUEST

JUDITH BALKIN
ADDRESS AVAILABLE UPON REQUEST

JUDITH BOURG
ADDRESS AVAILABLE UPON REQUEST

JUDITH CHERY
ADDRESS AVAILABLE UPON REQUEST

JUDITH ELAINE GREEN LATNER
ADDRESS AVAILABLE UPON REQUEST

JUDITH ESPOSITO
ADDRESS AVAILABLE UPON REQUEST

JUDITH GRAFF
ADDRESS AVAILABLE UPON REQUEST

JUDITH K ADAMS
ADDRESS AVAILABLE UPON REQUEST

JUDITH L BRAMLAGE
ADDRESS AVAILABLE UPON REQUEST

JUDITH MORRIS
ADDRESS AVAILABLE UPON REQUEST

JUDITH MURPHY
ADDRESS AVAILABLE UPON REQUEST

JUDITH O CONNOR
ADDRESS AVAILABLE UPON REQUEST

JUDITH RENFROE
ADDRESS AVAILABLE UPON REQUEST

JUDITH ROBINSON
ADDRESS AVAILABLE UPON REQUEST

JUDITH WILCOX
ADDRESS AVAILABLE UPON REQUEST

JUDKINS
ADDRESS AVAILABLE UPON REQUEST

JUDKINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

JUDON, JADA
ADDRESS AVAILABLE UPON REQUEST

JUDSON KUEHLING
ADDRESS AVAILABLE UPON REQUEST

JUDSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JUDSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

JUDSON, MARINDA
ADDRESS AVAILABLE UPON REQUEST

JUDSON, MATT
ADDRESS AVAILABLE UPON REQUEST

JUDY GALLARDO
ADDRESS AVAILABLE UPON REQUEST

JUDY JACOBSON
ADDRESS AVAILABLE UPON REQUEST

JUDY NELSON
ADDRESS AVAILABLE UPON REQUEST

JUDY STEPHENS
ADDRESS AVAILABLE UPON REQUEST

JUDY, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

JUDY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

JUECHTER, J
ADDRESS AVAILABLE UPON REQUEST

JUENGEL, MATT THE BOX WINE DRINKER
ADDRESS AVAILABLE UPON REQUEST

JUENGLING, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

JUERGEN ZINKO
ADDRESS AVAILABLE UPON REQUEST

JUERGENS, GARY
ADDRESS AVAILABLE UPON REQUEST

JUERGENS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JUERGENSEN, TANYA
ADDRESS AVAILABLE UPON REQUEST

JUGOVIC, MONICA
ADDRESS AVAILABLE UPON REQUEST

JUGOVIC, SARAH
ADDRESS AVAILABLE UPON REQUEST

JUHASZ, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

JUHL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

JUHL, BETH
ADDRESS AVAILABLE UPON REQUEST

JUICE & DIRT BEVERAGE CO LLC
2000 BENNETT ROAD
PHILADELPHIA, PA  19116

JUICE & DIRT BEVERAGE COMPANY LLC
1525 N FRONT ST UNIT 504
HARRISBURG, PA  17102

JUIN-HWEY CHEN
ADDRESS AVAILABLE UPON REQUEST

JUJARE, ARVIND
ADDRESS AVAILABLE UPON REQUEST

JULE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

JULES HUMESTON
ADDRESS AVAILABLE UPON REQUEST

JULES JEREMY FOURNIER
ADDRESS AVAILABLE UPON REQUEST

JULES LEVY
ADDRESS AVAILABLE UPON REQUEST

JULES, KATIA
ADDRESS AVAILABLE UPON REQUEST

JULIA CAMARDA
ADDRESS AVAILABLE UPON REQUEST

JULIA CRAWFORD
ADDRESS AVAILABLE UPON REQUEST

JULIA DELGAUDIO
ADDRESS AVAILABLE UPON REQUEST

JULIA ERICKSON
ADDRESS AVAILABLE UPON REQUEST

JULIA GIROUARD
ADDRESS AVAILABLE UPON REQUEST

JULIA GREEN LANDAVER
355 WEST 29TH ST  3B
NEW YORK, NY  10001

JULIA HAVENS
ADDRESS AVAILABLE UPON REQUEST

JULIA JAUNDALDERIS
ADDRESS AVAILABLE UPON REQUEST

JULIA JEANETTE NAES
ADDRESS AVAILABLE UPON REQUEST

JULIA LYNNE ROGERS
ADDRESS AVAILABLE UPON REQUEST

JULIA MCMAHON, WAYFAIR C/O
ADDRESS AVAILABLE UPON REQUEST

JULIA MEYER
ADDRESS AVAILABLE UPON REQUEST

JULIA PETROVA
ADDRESS AVAILABLE UPON REQUEST

JULIA PROTASOVA
ADDRESS AVAILABLE UPON REQUEST

JULIA PURINTON
ADDRESS AVAILABLE UPON REQUEST

JULIA SALISBURY
ADDRESS AVAILABLE UPON REQUEST

JULIA STONE
ADDRESS AVAILABLE UPON REQUEST

JULIA SWEENEY
ADDRESS AVAILABLE UPON REQUEST

JULIA TRESS
ADDRESS AVAILABLE UPON REQUEST

JULIA VUCKOVICH
ADDRESS AVAILABLE UPON REQUEST

JULIA, CONOR &
ADDRESS AVAILABLE UPON REQUEST

JULIAN GARCIA
ADDRESS AVAILABLE UPON REQUEST

JULIAN SEVERINO
ADDRESS AVAILABLE UPON REQUEST

JULIAN ZOTTL
ADDRESS AVAILABLE UPON REQUEST

JULIAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

JULIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JULIAN, ERIK
ADDRESS AVAILABLE UPON REQUEST

JULIAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JULIAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

JULIAN, LISA
ADDRESS AVAILABLE UPON REQUEST

JULIAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JULIAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JULIAN, TAWNEY BB2
ADDRESS AVAILABLE UPON REQUEST

JULIANA HART
ADDRESS AVAILABLE UPON REQUEST

JULIANA KUHN
ADDRESS AVAILABLE UPON REQUEST

JULIANA OBRIEN
ADDRESS AVAILABLE UPON REQUEST

JULIANA OROZCO
ADDRESS AVAILABLE UPON REQUEST

JULIANA THOMAS
ADDRESS AVAILABLE UPON REQUEST

JULIANNA HOGAN
ADDRESS AVAILABLE UPON REQUEST

JULIANNA SIPEKI
ADDRESS AVAILABLE UPON REQUEST

JULIANO, ABBY
ADDRESS AVAILABLE UPON REQUEST

JULIANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JULIAS, AIXA
ADDRESS AVAILABLE UPON REQUEST

JULICH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

JULIE BABSON
ADDRESS AVAILABLE UPON REQUEST

JULIE BELTZ
ADDRESS AVAILABLE UPON REQUEST

JULIE BRENNAN
ADDRESS AVAILABLE UPON REQUEST

JULIE BROWNING
ADDRESS AVAILABLE UPON REQUEST

JULIE BUTLER
ADDRESS AVAILABLE UPON REQUEST

JULIE CAMBERG
ADDRESS AVAILABLE UPON REQUEST

JULIE COCHRANE
ADDRESS AVAILABLE UPON REQUEST

JULIE CUNNINGHAM
ADDRESS AVAILABLE UPON REQUEST

JULIE DICKENSON
ADDRESS AVAILABLE UPON REQUEST

JULIE FOWLER
ADDRESS AVAILABLE UPON REQUEST

JULIE GABERT
ADDRESS AVAILABLE UPON REQUEST

JULIE GARRETT-STATE
ADDRESS AVAILABLE UPON REQUEST

JULIE GIULIANI
ADDRESS AVAILABLE UPON REQUEST

JULIE HAMNER
ADDRESS AVAILABLE UPON REQUEST

JULIE HART
ADDRESS AVAILABLE UPON REQUEST

JULIE JOHNSON VIRGIN
ADDRESS AVAILABLE UPON REQUEST

JULIE MCGILL
ADDRESS AVAILABLE UPON REQUEST

JULIE MOORE
ADDRESS AVAILABLE UPON REQUEST

JULIE PARAVIA
ADDRESS AVAILABLE UPON REQUEST

JULIE PEARL, APC (PEARL LAW GROUP)
465 CALIFORNIA STREET, 7TH FLOOR
SAN FRANCISCO, CA  94104

JULIE PEARL, APC (PEARL LAW GROUP)
567 SUTTER STREET, 3RD FLOOR
SAN FRANCISCO, CA  94102

JULIE SCHLOSSER
ADDRESS AVAILABLE UPON REQUEST

JULIE WOLFE (DBA TRU HR SOLUTIONS)
2913 EL CAMINO REAL  141
TUSTIN, CA  92782

JULIE WYGAL
ADDRESS AVAILABLE UPON REQUEST

JULIE, RAMSEY
ADDRESS AVAILABLE UPON REQUEST

JULIEANNE SUNDSTROM
ADDRESS AVAILABLE UPON REQUEST

JULIEN DAVID DESHLER
ADDRESS AVAILABLE UPON REQUEST

JULIEN HIRTH
ADDRESS AVAILABLE UPON REQUEST

JULIEN, KINSEY
ADDRESS AVAILABLE UPON REQUEST

JULIEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

JULIEN, MIESHA
ADDRESS AVAILABLE UPON REQUEST

JULIEN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

JULIEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

JULIEN, TERRILL
ADDRESS AVAILABLE UPON REQUEST

JULIET ORR
ADDRESS AVAILABLE UPON REQUEST

JULIO CASTELLAN
ADDRESS AVAILABLE UPON REQUEST

JULIO CESAR CASTELLAN
ADDRESS AVAILABLE UPON REQUEST

JULIO ECHEVERRIA
ADDRESS AVAILABLE UPON REQUEST

JULIO GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

JULIO NEHEMIAS TORRES BONILLA
ADDRESS AVAILABLE UPON REQUEST

JULITA SUAREZ
ADDRESS AVAILABLE UPON REQUEST

JULIUS AKONDENG
ADDRESS AVAILABLE UPON REQUEST

JULIUS, MARY
ADDRESS AVAILABLE UPON REQUEST

JULLIARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

JULUE, DELLA
ADDRESS AVAILABLE UPON REQUEST

JUMA, AZLAAN
ADDRESS AVAILABLE UPON REQUEST

JUMA, FAITH
ADDRESS AVAILABLE UPON REQUEST

JUMBLEBERRY INTERACTIVE GROUP LTD
171 E. LIBERTY ST. SUITE 310
TORONTO, ON  M6K 3P6
CANADA

JUMP, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

JUMP, ANNA
ADDRESS AVAILABLE UPON REQUEST

JUMP, AUBREY
ADDRESS AVAILABLE UPON REQUEST

JUMP, BELINDA
ADDRESS AVAILABLE UPON REQUEST

JUMP, KATIE
ADDRESS AVAILABLE UPON REQUEST

JUMPER, JANE
ADDRESS AVAILABLE UPON REQUEST

JUN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JUNCAJ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

JUNE JOHNSTON
ADDRESS AVAILABLE UPON REQUEST

JUNE MEDIA INC.
276 FIFTH AVENUE, SUITE 901
NEW YORK, NY  10001

JUNE, LACY
ADDRESS AVAILABLE UPON REQUEST

JUNE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

JUNE, NAZMA
ADDRESS AVAILABLE UPON REQUEST

JUNE, SUSIE
ADDRESS AVAILABLE UPON REQUEST

JUNEAU, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

JUNEAU, AMELIA
ADDRESS AVAILABLE UPON REQUEST

JUNEK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

JUNES, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

JUNG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JUNG, CINDY
ADDRESS AVAILABLE UPON REQUEST

JUNG, ELSIE
ADDRESS AVAILABLE UPON REQUEST

JUNG, HEE TAK
ADDRESS AVAILABLE UPON REQUEST

JUNG, HELEN
ADDRESS AVAILABLE UPON REQUEST

JUNG, JEESEOB
ADDRESS AVAILABLE UPON REQUEST

JUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

JUNG, KATHY
ADDRESS AVAILABLE UPON REQUEST

JUNG, PAUL
ADDRESS AVAILABLE UPON REQUEST

JUNG, SARAH
ADDRESS AVAILABLE UPON REQUEST

JUNG, SHANNON
ADDRESS AVAILABLE UPON REQUEST

JUNG, SHEILA
ADDRESS AVAILABLE UPON REQUEST

JUNG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JUNG, TRACY
ADDRESS AVAILABLE UPON REQUEST

JUNG, WOOCHUL
ADDRESS AVAILABLE UPON REQUEST

JUNGCLAUS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

JUNGDAHL, BOB
ADDRESS AVAILABLE UPON REQUEST

JUNGERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

JUNGERS, TERRI
ADDRESS AVAILABLE UPON REQUEST

JUNGERWIRTH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

JUNGHANS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

JUNGLES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

JUNGWIRTH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

JUNHAN JEONG
ADDRESS AVAILABLE UPON REQUEST

JUNI, RICARDO
ADDRESS AVAILABLE UPON REQUEST

JUNIE WEINSTEIN, JUNIE
ADDRESS AVAILABLE UPON REQUEST

JUNIOR GREY
ADDRESS AVAILABLE UPON REQUEST

JUNIOR, RENIVALDO
ADDRESS AVAILABLE UPON REQUEST

JUNK, JAN
ADDRESS AVAILABLE UPON REQUEST

JUNKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

JUNKIERSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JUNKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

JUNKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

JUPENA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JUPPE, KALI
ADDRESS AVAILABLE UPON REQUEST

JURADO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

JURADO, KELLIE
ADDRESS AVAILABLE UPON REQUEST

JURADO, PARIS
ADDRESS AVAILABLE UPON REQUEST

JURADO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

JURANICH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JURCEKA, KIM
ADDRESS AVAILABLE UPON REQUEST

JURDAK, NIOLE
ADDRESS AVAILABLE UPON REQUEST

JURDEN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

JURDEN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

JUREK, LORI
ADDRESS AVAILABLE UPON REQUEST

JUREK, MADDIE
ADDRESS AVAILABLE UPON REQUEST

JURGELA, INTA
ADDRESS AVAILABLE UPON REQUEST

JURGELLA, JESSE
ADDRESS AVAILABLE UPON REQUEST

JURGEN SCHWARZLER
ADDRESS AVAILABLE UPON REQUEST

JURGENS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

JURGENS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JURGENS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JURGENSEN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

JURGENSEN, KARA
ADDRESS AVAILABLE UPON REQUEST

JURGENSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

JURIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

JURIS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

JURIST, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

JURKIEWICZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

JURMU, SARAH
ADDRESS AVAILABLE UPON REQUEST

JURRENS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

JURSKIS, AMY
ADDRESS AVAILABLE UPON REQUEST

JURY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JURY, SHEA
ADDRESS AVAILABLE UPON REQUEST

JUSINO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

JUSLEEN SABHERWAL
ADDRESS AVAILABLE UPON REQUEST

JUSLYN VINEYARDS
ADDRESS UNAVAILABLE AT TIME OF FILING

JUSSIF, JACLYN
ADDRESS AVAILABLE UPON REQUEST

JUSSOLI, ERV
ADDRESS AVAILABLE UPON REQUEST

JUST LIKE FALLING OFF A BIKE, LLC
(CINEMASINS)
613 EWING AVENUE
NASHVILLE, TN  37203

JUST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

JUST, BEN
ADDRESS AVAILABLE UPON REQUEST

JUST, NATALIE
ADDRESS AVAILABLE UPON REQUEST

JUST, SAMI
ADDRESS AVAILABLE UPON REQUEST

JUST, TANYA
ADDRESS AVAILABLE UPON REQUEST

JUST, VAL
ADDRESS AVAILABLE UPON REQUEST

JUSTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

JUSTA, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

JUSTAK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

JUSTES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

JUSTESEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

JUSTFAB
ADDRESS UNAVAILABLE AT TIME OF FILING

JUSTFLY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

JUSTICE, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, EMILY
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, LANAR
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, RILEY
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, STACIE
ADDRESS AVAILABLE UPON REQUEST

JUSTICE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

JUSTICH, KERRY
ADDRESS AVAILABLE UPON REQUEST

JUSTIN BARKER
ADDRESS AVAILABLE UPON REQUEST

JUSTIN BARNES
ADDRESS AVAILABLE UPON REQUEST

JUSTIN BUDARE
ADDRESS AVAILABLE UPON REQUEST

JUSTIN CURTIS DESNOYERS
ADDRESS AVAILABLE UPON REQUEST

JUSTIN DOWNS
ADDRESS AVAILABLE UPON REQUEST

JUSTIN GEBURA
ADDRESS AVAILABLE UPON REQUEST

JUSTIN KLIER
ADDRESS AVAILABLE UPON REQUEST

JUSTIN MEUNIER
ADDRESS AVAILABLE UPON REQUEST

JUSTIN SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

JUSTIN SHIPPERT
ADDRESS AVAILABLE UPON REQUEST

JUSTIN TEH
ADDRESS AVAILABLE UPON REQUEST

JUSTIN VINEYARDS & WINERY LLC
2265 WISTERIA LN.
PASO ROBLES, CA  93446

JUSTIN WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

JUSTIN ZDUNIAK
ADDRESS AVAILABLE UPON REQUEST

JUSTIN ZHANG
ADDRESS AVAILABLE UPON REQUEST

JUSTIN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

JUSTIN, JAGIRDAR,
ADDRESS AVAILABLE UPON REQUEST

JUSTINE A LEMANOWICZ
ADDRESS AVAILABLE UPON REQUEST

JUSTINE JONES
ADDRESS AVAILABLE UPON REQUEST

JUSTINE PERKINS
ADDRESS AVAILABLE UPON REQUEST

JUSTINIANI, LIZELLE
ADDRESS AVAILABLE UPON REQUEST

JUSTIS, LAURA
ADDRESS AVAILABLE UPON REQUEST

JUSTIZ, VIKTORIYA
ADDRESS AVAILABLE UPON REQUEST

JUSTUS, DAVID
ADDRESS AVAILABLE UPON REQUEST

JUSTUS, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

JUSTUS, LEONARD
ADDRESS AVAILABLE UPON REQUEST

JUSTYNA SOKOL
ADDRESS AVAILABLE UPON REQUEST

JUSTYNA Z BRUCE
ADDRESS AVAILABLE UPON REQUEST

JUSZCZYK, JANE
ADDRESS AVAILABLE UPON REQUEST

JUSZLI, MONIKA
ADDRESS AVAILABLE UPON REQUEST

JUTAI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

JUTTELSTAD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

JUTZE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

JUWA, GREG
ADDRESS AVAILABLE UPON REQUEST

JUZESZYN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

JUZWIAK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

JYACE STUTSMAN
ADDRESS AVAILABLE UPON REQUEST

K EVANS, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

K RECTOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

K SMITH, LINDA
ADDRESS AVAILABLE UPON REQUEST

K WHILBY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

K&L BEVERAGE COMPANY, LLC
(DBA YOUNGS MARKET COMPANY)
PO BOX 9300
RENTON, WA  98057

K&L GATES LLP
210 SIXTH AVENUE
PITTSBURGH, PA  15222

K&L WINE MERCHANTS
ADDRESS UNAVAILABLE AT TIME OF FILING

K, AMANDA
ADDRESS AVAILABLE UPON REQUEST

K, ANGELA
ADDRESS AVAILABLE UPON REQUEST

K, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

K, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

K, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

K, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

K, DAVE
ADDRESS AVAILABLE UPON REQUEST

K, ELISE
ADDRESS AVAILABLE UPON REQUEST

K, IKI
ADDRESS AVAILABLE UPON REQUEST

K, JENNIQUE
ADDRESS AVAILABLE UPON REQUEST

K, LISA
ADDRESS AVAILABLE UPON REQUEST

K, MARY
ADDRESS AVAILABLE UPON REQUEST

K, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

K, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

K, R
ADDRESS AVAILABLE UPON REQUEST

K, SAGE
ADDRESS AVAILABLE UPON REQUEST

K, SARAH
ADDRESS AVAILABLE UPON REQUEST

K. BAKER, GAYATRI
ADDRESS AVAILABLE UPON REQUEST

K. RODRIGUEZ, JUVIZA
ADDRESS AVAILABLE UPON REQUEST

K., ANN
ADDRESS AVAILABLE UPON REQUEST

K., JODI
ADDRESS AVAILABLE UPON REQUEST

KA, NAV
ADDRESS AVAILABLE UPON REQUEST

KAAI, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KAALBERG, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KAARD BOMBE
ADDRESS AVAILABLE UPON REQUEST

KAATZ, ROXANN
ADDRESS AVAILABLE UPON REQUEST

KABADI, MONIKA
ADDRESS AVAILABLE UPON REQUEST

KABAKOV, ANNA
ADDRESS AVAILABLE UPON REQUEST

KABALA, KATHY
ADDRESS AVAILABLE UPON REQUEST

KABALIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KABALKIN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KABAT, CATHY
ADDRESS AVAILABLE UPON REQUEST

KABBA, ZAINAB
ADDRESS AVAILABLE UPON REQUEST

KABEERDOSS, CHETHNA
ADDRESS AVAILABLE UPON REQUEST

KABINOFF, RANDI
ADDRESS AVAILABLE UPON REQUEST

KABIR BARUA
ADDRESS AVAILABLE UPON REQUEST

KABOT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KACEE ROCHE
ADDRESS AVAILABLE UPON REQUEST

KACEK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KACHADOORIAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KACHATURIAN, ANITA
ADDRESS AVAILABLE UPON REQUEST

KACHEJIAN, KARA
ADDRESS AVAILABLE UPON REQUEST

KACHELMIER, NICKI
ADDRESS AVAILABLE UPON REQUEST

KACHIK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KACHMAR, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KACHMARIK, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KACHNER, TONJA
ADDRESS AVAILABLE UPON REQUEST

KACHNIASZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

KACHUR, BOGDAN
ADDRESS AVAILABLE UPON REQUEST

KACIBAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KACPRZYK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KACY HOLVEN
ADDRESS AVAILABLE UPON REQUEST

KACZANOWSKI, FRANCE
ADDRESS AVAILABLE UPON REQUEST

KACZMAR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KACZMAREK, AMY
ADDRESS AVAILABLE UPON REQUEST

KACZMAREK, GENE
ADDRESS AVAILABLE UPON REQUEST

KACZMAREK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KACZMAREK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KADAKIA, ANJALI
ADDRESS AVAILABLE UPON REQUEST

KADAKIA, BHAVI
ADDRESS AVAILABLE UPON REQUEST

KADAM, KREYA
ADDRESS AVAILABLE UPON REQUEST

KADAMUS, LAURA
ADDRESS AVAILABLE UPON REQUEST

KADAVY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KADDU, BABIRYE
ADDRESS AVAILABLE UPON REQUEST

KADE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KADEKARO, ULISSES
ADDRESS AVAILABLE UPON REQUEST

KADELAK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KADEN, ALAN
ADDRESS AVAILABLE UPON REQUEST

KADEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KADEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KADEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KADESH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KADIE FROST, KADIE
ADDRESS AVAILABLE UPON REQUEST

KADIMIK, NATASHIA
ADDRESS AVAILABLE UPON REQUEST

KADING, DEE
ADDRESS AVAILABLE UPON REQUEST

KADIYALA, TULASI
ADDRESS AVAILABLE UPON REQUEST

KADLEC, KATIE
ADDRESS AVAILABLE UPON REQUEST

KADLECEK, HOPE
ADDRESS AVAILABLE UPON REQUEST

KADOSH, NIR
ADDRESS AVAILABLE UPON REQUEST

KADRMAS, SHARMAINE
ADDRESS AVAILABLE UPON REQUEST

KADRO, RYAN
ADDRESS AVAILABLE UPON REQUEST

KAECHELIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAEHLER, CORINNE
ADDRESS AVAILABLE UPON REQUEST

KAELBER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KAELIN, MARK
ADDRESS AVAILABLE UPON REQUEST

KAELIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KAELYN KOSHKO
ADDRESS AVAILABLE UPON REQUEST

KAEMERLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KAEMPFE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

KAEOWICHIEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KAESS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KAESSER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAESTNER, DENISE
ADDRESS AVAILABLE UPON REQUEST

KAFAFIAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KAFKA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KAGAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

KAGAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KAGAN, LARRY
ADDRESS AVAILABLE UPON REQUEST

KAGARISE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAGDIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

KAGE, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KAGEN, MARIA ANTONIETA
ADDRESS AVAILABLE UPON REQUEST

KAGESTUEN
ADDRESS UNAVAILABLE AT TIME OF FILING

KAHAN, AARON
ADDRESS AVAILABLE UPON REQUEST

KAHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAHANIC, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAHAT, SARA
ADDRESS AVAILABLE UPON REQUEST

KAHIL, CINDY
ADDRESS AVAILABLE UPON REQUEST

KAHL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KAHL, MCKINNA
ADDRESS AVAILABLE UPON REQUEST

KAHL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KAHLE LEWIS
ADDRESS AVAILABLE UPON REQUEST

KAHLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KAHLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

KAHLE, NOWELL
ADDRESS AVAILABLE UPON REQUEST

KAHLE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KAHLE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KAHLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KAHLER, DIANA
ADDRESS AVAILABLE UPON REQUEST

KAHLIG, LISA
ADDRESS AVAILABLE UPON REQUEST

KAHLON, LIVLEEN
ADDRESS AVAILABLE UPON REQUEST

KAHLON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

KAHMEYER, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

KAHN, AARON
ADDRESS AVAILABLE UPON REQUEST

KAHN, ALICE
ADDRESS AVAILABLE UPON REQUEST

KAHN, BETH
ADDRESS AVAILABLE UPON REQUEST

KAHN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

KAHN, KERREY
ADDRESS AVAILABLE UPON REQUEST

KAHN, MADISON
ADDRESS AVAILABLE UPON REQUEST

KAHN, PETER
ADDRESS AVAILABLE UPON REQUEST

KAHN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KAHNG, BRIGID
ADDRESS AVAILABLE UPON REQUEST

KAHNG, JONG
ADDRESS AVAILABLE UPON REQUEST

KAHO, TRICIA
ADDRESS AVAILABLE UPON REQUEST

KAHRMANN, SELAH
ADDRESS AVAILABLE UPON REQUEST

KAHWASH, BASIL
ADDRESS AVAILABLE UPON REQUEST

KAI GOURMET
ADDRESS UNAVAILABLE AT TIME OF FILING

KAI SCHWENK
ADDRESS AVAILABLE UPON REQUEST

KAIA GANGL
ADDRESS AVAILABLE UPON REQUEST

KAIDI MAO
ADDRESS AVAILABLE UPON REQUEST

KAIGLER, ZOE
ADDRESS AVAILABLE UPON REQUEST

KAILEY OCONNOR STRACHAN
ADDRESS AVAILABLE UPON REQUEST

KAIMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

KAIMRAJH, AMARA
ADDRESS AVAILABLE UPON REQUEST

KAIN, CINDY
ADDRESS AVAILABLE UPON REQUEST

KAIN, ISAAC
ADDRESS AVAILABLE UPON REQUEST

KAIN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

KAINE, SHENNAMU
ADDRESS AVAILABLE UPON REQUEST

KAINER, STEPHANIE & CODY
ADDRESS AVAILABLE UPON REQUEST

KAINU, ERIKA
ADDRESS AVAILABLE UPON REQUEST

KAINUMA, YOHEI
ADDRESS AVAILABLE UPON REQUEST

KAINZ, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KAIPER-MARQUEZ, IAN
ADDRESS AVAILABLE UPON REQUEST

KAIRAM, NEERAJA
ADDRESS AVAILABLE UPON REQUEST

KAIRE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KAISER CONSULTING, LLC
34 GRACE DRIVE
POWELL, OH  43065

KAISER CONSULTING, LLC
34 GRACE DRIVE
SARAH KAISER, OWNER
POWELL, OH  43065

KAISER CONSULTING, LLC
818 RIVERBEND AVE
POWELL, OH  43065-7067

KAISER FOUNDATION HEALTH PLAN
FILE 5915
LOS ANGELES, CA  90074-5915

KAISER, ALAINA
ADDRESS AVAILABLE UPON REQUEST

KAISER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KAISER, BETH
ADDRESS AVAILABLE UPON REQUEST

KAISER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KAISER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

KAISER, CORINA
ADDRESS AVAILABLE UPON REQUEST

KAISER, ELAINA
ADDRESS AVAILABLE UPON REQUEST

KAISER, ERIC
ADDRESS AVAILABLE UPON REQUEST

KAISER, ERICK
ADDRESS AVAILABLE UPON REQUEST

KAISER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

KAISER, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

KAISER, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KAISER, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KAISER, KENT
ADDRESS AVAILABLE UPON REQUEST

KAISER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KAISER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KAISER, KIM
ADDRESS AVAILABLE UPON REQUEST

KAISER, LAUREL
ADDRESS AVAILABLE UPON REQUEST

KAISER, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

KAISER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KAISER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KAISER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KAISER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KAISER, PAULA
ADDRESS AVAILABLE UPON REQUEST

KAISER, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

KAISER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

KAISERMAN, DAN
ADDRESS AVAILABLE UPON REQUEST

KAITFORS, TARA
ADDRESS AVAILABLE UPON REQUEST

KAITLYN MARONEY
ADDRESS AVAILABLE UPON REQUEST

KAITLYN WARMAN
ADDRESS AVAILABLE UPON REQUEST

KAITLYNN ST PIERRE
ADDRESS AVAILABLE UPON REQUEST

KAITY ELWIN
ADDRESS AVAILABLE UPON REQUEST

KAIWEI ZHANG
ADDRESS AVAILABLE UPON REQUEST

KAI-YU HUANG
ADDRESS AVAILABLE UPON REQUEST

KAJI, KETAN
ADDRESS AVAILABLE UPON REQUEST

KAJITA, HIROO
ADDRESS AVAILABLE UPON REQUEST

KAKADIA, MANTHAN
ADDRESS AVAILABLE UPON REQUEST

KAKALETRIS, VOULA
ADDRESS AVAILABLE UPON REQUEST

KAKAVELOS, MARINA
ADDRESS AVAILABLE UPON REQUEST

KAKKANAIAH, POORNIKA
ADDRESS AVAILABLE UPON REQUEST

KAKO, GAYLE
ADDRESS AVAILABLE UPON REQUEST

KAKOURIOTIS, KIKI
ADDRESS AVAILABLE UPON REQUEST

KALAC, HARIS
ADDRESS AVAILABLE UPON REQUEST

KALACLAR, AMBER
ADDRESS AVAILABLE UPON REQUEST

KALAGHER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KALAGHER, SEANN
ADDRESS AVAILABLE UPON REQUEST

KALAMA, KENDRA
ADDRESS AVAILABLE UPON REQUEST

KALAMAHA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KALAMATAS, PAT
ADDRESS AVAILABLE UPON REQUEST

KALAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KALAND, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KALANTAROVA, RAKHIL
ADDRESS AVAILABLE UPON REQUEST

KALAS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KALAS, NEVEN
ADDRESS AVAILABLE UPON REQUEST

KALASOUNTAS, ELENI
ADDRESS AVAILABLE UPON REQUEST

KALAVROS, NIKOLAOS
ADDRESS AVAILABLE UPON REQUEST

KALAYILPARAMPIL, SAUMIA
ADDRESS AVAILABLE UPON REQUEST

KALB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KALB, AMY
ADDRESS AVAILABLE UPON REQUEST

KALB, BESS
ADDRESS AVAILABLE UPON REQUEST

KALBASSI, FARNAZ
ADDRESS AVAILABLE UPON REQUEST

KALBERER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KALBFLEISCH, DAWN
ADDRESS AVAILABLE UPON REQUEST

KALBFLEISCH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KALCHUK, HIROKO
ADDRESS AVAILABLE UPON REQUEST

KALE, BHUSHAN
ADDRESS AVAILABLE UPON REQUEST

KALE, SEEMA
ADDRESS AVAILABLE UPON REQUEST

KALE, SHARON
ADDRESS AVAILABLE UPON REQUEST

KALE, STACEY
ADDRESS AVAILABLE UPON REQUEST

KALEAH COOKSEY
ADDRESS AVAILABLE UPON REQUEST

KALEB SHERVINGTON
ADDRESS AVAILABLE UPON REQUEST

KALEIDA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KALEIL WASHINGTON
ADDRESS AVAILABLE UPON REQUEST

KALEM, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

KALEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KALENDA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KALENDRA, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KALENIECKI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KALEPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KALEPS, ANDRA
ADDRESS AVAILABLE UPON REQUEST

KALER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KALETA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KALEY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KALI ALEXANDRIA SEGIEDA
ADDRESS AVAILABLE UPON REQUEST

KALI DINING
ADDRESS UNAVAILABLE AT TIME OF FILING

KALICK, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KALIDINDI, YAMINI
ADDRESS AVAILABLE UPON REQUEST

KALIN BUER
ADDRESS AVAILABLE UPON REQUEST

KALIN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

KALINOSKI, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

KALINOSKI, SARA
ADDRESS AVAILABLE UPON REQUEST

KALINOVSKI, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

KALINOWSKI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KALINOWSKI, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

KALINOWSKI, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KALINOWSKI, TESLA
ADDRESS AVAILABLE UPON REQUEST

KALINSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

KALINSKY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KALIORAS, ELENI
ADDRESS AVAILABLE UPON REQUEST

KALIRA, VICKI
ADDRESS AVAILABLE UPON REQUEST

KALIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KALISA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KALISH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KALISH, CORRINA
ADDRESS AVAILABLE UPON REQUEST

KALISH, KATIE
ADDRESS AVAILABLE UPON REQUEST

KALISH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KALISH, PENNY
ADDRESS AVAILABLE UPON REQUEST

KALISHMAN, SUMMERS
ADDRESS AVAILABLE UPON REQUEST

KALISTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KALISZAK, SARA
ADDRESS AVAILABLE UPON REQUEST

KALK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KALKA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KALKOWSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KALKWARF, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KALLAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

KALLBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KALLBRIER, SUE
ADDRESS AVAILABLE UPON REQUEST

KALLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KALLENBERG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KALLER, JAYNE
ADDRESS AVAILABLE UPON REQUEST

KALLIES, ETHAN
ADDRESS AVAILABLE UPON REQUEST

KALLIO, KYLIE
ADDRESS AVAILABLE UPON REQUEST

KALLIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

KALLIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

KALLMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KALLMAN, KARRI
ADDRESS AVAILABLE UPON REQUEST

KALLOO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

KALLSTROM, LAURA
ADDRESS AVAILABLE UPON REQUEST

KALMAN, LAUREL
ADDRESS AVAILABLE UPON REQUEST

KALMANSOHN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KALMBACH, ALEX
ADDRESS AVAILABLE UPON REQUEST

KALMBACH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KALMES, EMILY
ADDRESS AVAILABLE UPON REQUEST

KALMES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KALNY, EMMA
ADDRESS AVAILABLE UPON REQUEST

KALOLO, AMBER
ADDRESS AVAILABLE UPON REQUEST

KALOMIRIS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

KALONA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

KALOTRA, ADITI
ADDRESS AVAILABLE UPON REQUEST

KALOUSDIAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KALRA, ANSH
ADDRESS AVAILABLE UPON REQUEST

KALRA, LOVIKA
ADDRESS AVAILABLE UPON REQUEST

KALRA, PUNI
ADDRESS AVAILABLE UPON REQUEST

KALSEC, INC.
PO BOX 50511
KALAMAZOO, MI  49005-0511

KALTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KALTSAS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KALTSCHMIDT, ERIN
ADDRESS AVAILABLE UPON REQUEST

KALUCKI, LYNDA
ADDRESS AVAILABLE UPON REQUEST

KALWEI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KALYAN DOKKA
ADDRESS AVAILABLE UPON REQUEST

KAM PRODUCTIONS INC
107 WEST 86TH STREET, SUITE 10G
NEW YORK, NY 10024

KAM, CALVIN
ADDRESS AVAILABLE UPON REQUEST

KAMAKELE, NAPUALOKELANI
ADDRESS AVAILABLE UPON REQUEST

KAMAL KABETO
ADDRESS AVAILABLE UPON REQUEST

KAMAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAMARA, ABU
ADDRESS AVAILABLE UPON REQUEST

KAMARA, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

KAMARA, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

KAMARA, HAWA
ADDRESS AVAILABLE UPON REQUEST

KAMARA, MOMODOU
ADDRESS AVAILABLE UPON REQUEST

KAMARA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

KAMARIOTAKIS, RENA
ADDRESS AVAILABLE UPON REQUEST

KAMATH, SIDHARTH
ADDRESS AVAILABLE UPON REQUEST

KAMATKAR, SATISH
ADDRESS AVAILABLE UPON REQUEST

KAMAU, AMINA
ADDRESS AVAILABLE UPON REQUEST

KAMAU, WANJIKU
ADDRESS AVAILABLE UPON REQUEST

KAMAUFF, RYAN
ADDRESS AVAILABLE UPON REQUEST

KAMBER, ILANA
ADDRESS AVAILABLE UPON REQUEST

KAMEDA, YUKA
ADDRESS AVAILABLE UPON REQUEST

KAMEISHI, KANA
ADDRESS AVAILABLE UPON REQUEST

KAMEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KAMEL, LIN
ADDRESS AVAILABLE UPON REQUEST

KAMEN, MARINA
ADDRESS AVAILABLE UPON REQUEST

KAMENIDIS, THEODORA
ADDRESS AVAILABLE UPON REQUEST

KAMENS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KAMESA, ELENI
ADDRESS AVAILABLE UPON REQUEST

KAMHOLTZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

KAMIL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KAMILARIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KAMIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

KAMIN, KELSI
ADDRESS AVAILABLE UPON REQUEST

KAMINER, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

KAMINER, IVY
ADDRESS AVAILABLE UPON REQUEST

KAMINER, TED
ADDRESS AVAILABLE UPON REQUEST

KAMINI IYER
ADDRESS AVAILABLE UPON REQUEST

KAMINOW, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, JAYME
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, LACEY
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, LOUCYNDA
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

KAMINSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KAMINSKY, JULIA
ADDRESS AVAILABLE UPON REQUEST

KAMINSKY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KAMINSTEIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KAMIONKA, LIDIA
ADDRESS AVAILABLE UPON REQUEST

KAMIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KAMLESH PATEL
ADDRESS AVAILABLE UPON REQUEST

KAMM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KAMM, LYDIA
ADDRESS AVAILABLE UPON REQUEST

KAMMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KAMMER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

KAMMER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KAMMERER, CAROL
ADDRESS AVAILABLE UPON REQUEST

KAMMERER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KAMMERER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KAMMERZELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KAMMEYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KAMMLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KAMNANG, HODRIN
ADDRESS AVAILABLE UPON REQUEST

KAMNITZER, BIANCA
ADDRESS AVAILABLE UPON REQUEST

KAMP, DIANNA
ADDRESS AVAILABLE UPON REQUEST

KAMP, LIANNE
ADDRESS AVAILABLE UPON REQUEST

KAMPFER, KINSEY
ADDRESS AVAILABLE UPON REQUEST

KAMPH, CASIE
ADDRESS AVAILABLE UPON REQUEST

KAMPH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KAMPHUIS, GEORGENE
ADDRESS AVAILABLE UPON REQUEST

KAMPHUIS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KAMPMANN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KAMPS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KAMPSCHNEIDER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KAMRAN, MERRY CHRISTMAS
ADDRESS AVAILABLE UPON REQUEST

KAMRAR, JULIA
ADDRESS AVAILABLE UPON REQUEST

KAMRATH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

KAMROW, MARTHA
ADDRESS AVAILABLE UPON REQUEST

KAMRUD, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KAMSHEH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KAMSLER, AARON
ADDRESS AVAILABLE UPON REQUEST

KAMWAND, AWISTA
ADDRESS AVAILABLE UPON REQUEST

KAMWENE, JANINE
ADDRESS AVAILABLE UPON REQUEST

KAMYAB, ARASH
ADDRESS AVAILABLE UPON REQUEST

KAN, JEEWAY
ADDRESS AVAILABLE UPON REQUEST

KAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

KANAGARATNAM, AMANDARI
ADDRESS AVAILABLE UPON REQUEST

KANAGY-LOUX, ELENA
ADDRESS AVAILABLE UPON REQUEST

KANAPLUE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KANARSKI, HEMMY
ADDRESS AVAILABLE UPON REQUEST

KANASHIRO, JULIANO
ADDRESS AVAILABLE UPON REQUEST

KANAVAL, KRIS
ADDRESS AVAILABLE UPON REQUEST

KANAVY, JACOB
ADDRESS AVAILABLE UPON REQUEST

KANAYA, RITA
ADDRESS AVAILABLE UPON REQUEST

KANCE, HOWARD
ADDRESS AVAILABLE UPON REQUEST

KANCE, MARK
ADDRESS AVAILABLE UPON REQUEST

KANCER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

KANCHWALA, FAZILA
ADDRESS AVAILABLE UPON REQUEST

KANDEL, KIM
ADDRESS AVAILABLE UPON REQUEST

KANDEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KANDI RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

KANDIS VAN GELDER
ADDRESS AVAILABLE UPON REQUEST

KANDOLL, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

KANDORA, JAMES
ADDRESS AVAILABLE UPON REQUEST

KANDRYSAWTZ, MARK
ADDRESS AVAILABLE UPON REQUEST

KANDT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

KANE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KANE, ALYSA
ADDRESS AVAILABLE UPON REQUEST

KANE, AMY
ADDRESS AVAILABLE UPON REQUEST

KANE, BEN
ADDRESS AVAILABLE UPON REQUEST

KANE, BETSY
ADDRESS AVAILABLE UPON REQUEST

KANE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KANE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KANE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KANE, CAROLYNN
ADDRESS AVAILABLE UPON REQUEST

KANE, CAROLYNN
ADDRESS AVAILABLE UPON REQUEST

KANE, CATHERINE S.
ADDRESS AVAILABLE UPON REQUEST

KANE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KANE, DANA
ADDRESS AVAILABLE UPON REQUEST

KANE, DOMENIQUE
ADDRESS AVAILABLE UPON REQUEST

KANE, DRAKE
ADDRESS AVAILABLE UPON REQUEST

KANE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KANE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KANE, GREG
ADDRESS AVAILABLE UPON REQUEST

KANE, HARRISON
ADDRESS AVAILABLE UPON REQUEST

KANE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KANE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KANE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KANE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KANE, JOHN
ADDRESS AVAILABLE UPON REQUEST

KANE, JOHN
ADDRESS AVAILABLE UPON REQUEST

KANE, JULIA
ADDRESS AVAILABLE UPON REQUEST

KANE, LAURA
ADDRESS AVAILABLE UPON REQUEST

KANE, LEA
ADDRESS AVAILABLE UPON REQUEST

KANE, LISA
ADDRESS AVAILABLE UPON REQUEST

KANE, LIZ
ADDRESS AVAILABLE UPON REQUEST

KANE, MADDISON
ADDRESS AVAILABLE UPON REQUEST

KANE, MARY
ADDRESS AVAILABLE UPON REQUEST

KANE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

KANE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KANE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KANE, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

KANE, NATALYA
ADDRESS AVAILABLE UPON REQUEST

KANE, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

KANE, PAUL
ADDRESS AVAILABLE UPON REQUEST

KANE, PAUL
ADDRESS AVAILABLE UPON REQUEST

KANE, ROB
ADDRESS AVAILABLE UPON REQUEST

KANE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KANE, ROSA
ADDRESS AVAILABLE UPON REQUEST

KANE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KANE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KANE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KANE, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

KANE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KANE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KANE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KANELSTEIN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KANERIYA, ARJUN
ADDRESS AVAILABLE UPON REQUEST

KANE-RONNING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KANE-SEITZ, JASON
ADDRESS AVAILABLE UPON REQUEST

KANESHIRO-MILLER, PAT
ADDRESS AVAILABLE UPON REQUEST

KANETA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KANEY, DEVAN
ADDRESS AVAILABLE UPON REQUEST

KANG HAI GOH
ADDRESS AVAILABLE UPON REQUEST

KANG, ANNA
ADDRESS AVAILABLE UPON REQUEST

KANG, BALVINDER
ADDRESS AVAILABLE UPON REQUEST

KANG, BELLA
ADDRESS AVAILABLE UPON REQUEST

KANG, CANDACE
ADDRESS AVAILABLE UPON REQUEST

KANG, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KANG, ESTER
ADDRESS AVAILABLE UPON REQUEST

KANG, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KANG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KANG, JASON
ADDRESS AVAILABLE UPON REQUEST

KANG, JI WON
ADDRESS AVAILABLE UPON REQUEST

KANG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KANG, JULIAN
ADDRESS AVAILABLE UPON REQUEST

KANG, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KANG, MINGIE
ADDRESS AVAILABLE UPON REQUEST

KANG, RUBY
ADDRESS AVAILABLE UPON REQUEST

KANG, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

KANGAS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KANGAS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KANGAS, JENNY
ADDRESS AVAILABLE UPON REQUEST

KANGAS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KANGSADJAJA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KANGWA, MUKI
ADDRESS AVAILABLE UPON REQUEST

KANICLIDES, GAYLE
ADDRESS AVAILABLE UPON REQUEST

KANIKI, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KANISH, KARELLE
ADDRESS AVAILABLE UPON REQUEST

KANITZ, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KANIUT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KANJANAKORN, ALISA
ADDRESS AVAILABLE UPON REQUEST

KANKARLA, VANAJA
ADDRESS AVAILABLE UPON REQUEST

KANKELFITZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KANMATAREDDY, PRADEEP
ADDRESS AVAILABLE UPON REQUEST

KANN, LORI
ADDRESS AVAILABLE UPON REQUEST

KANNALLY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

KANNAN, ARUN
ADDRESS AVAILABLE UPON REQUEST

KANNAN, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

KANNAN, SRIRAM
ADDRESS AVAILABLE UPON REQUEST

KANNE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KANNEGANTI, DEEPTI
ADDRESS AVAILABLE UPON REQUEST

KANNEGANTI, GENTRY
ADDRESS AVAILABLE UPON REQUEST

KANNEGIESSER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KANNEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KANNEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KANNO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KANODE, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

KANOS, MCKENSIE
ADDRESS AVAILABLE UPON REQUEST

KANOWNIK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KANPAI
ADDRESS UNAVAILABLE AT TIME OF FILING

KANSAGRA, AKU
ADDRESS AVAILABLE UPON REQUEST

KANSANBACK, ANN
ADDRESS AVAILABLE UPON REQUEST

KANSARA, AISHWARYA
ADDRESS AVAILABLE UPON REQUEST

KANSARA, KINJAL
ADDRESS AVAILABLE UPON REQUEST

KANSAS DEPARTMENT OF REVENUE
ALCOHOL BEVERAGE CONTROL
KDOR ALCOHOLIC BEVERAGE CONTROL
MILLS BUILDING
109 SW 9TH STREET, 5TH FLOOR PO BOX
3506
TOPEKA, KS  66601-3506

KANSAS DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

KANSAS DEPT OF LABOR
401 SW TOPEKA BLVD
TOPEKA, KS  66603

KANSAS DEPT OF REVENUE
915 SW HARRISON ST
TOPEKA, KS  66612-1588

KANSAS LIQUOR ENFORCEMENT TAX
ADDRESS UNAVAILABLE AT TIME OF FILING

KANSAS SECRETARY OF STATE
ADDRESS UNAVAILABLE AT TIME OF FILING

KANSAS SECURITIES COMMISSIONER
COMMISSIONER OF SECURITIES
109 SW 9TH ST.
STE 600
TOPEKA, KS  66612-1215

KANT, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

KANT, RISHI
ADDRESS AVAILABLE UPON REQUEST

KANT, VIPUL
ADDRESS AVAILABLE UPON REQUEST

KANTAROVICH, DIANA
ADDRESS AVAILABLE UPON REQUEST

KANTELIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KANTER, IAN
ADDRESS AVAILABLE UPON REQUEST

KANTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

KANTERMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KANTERS, SHARON
ADDRESS AVAILABLE UPON REQUEST

KANTHARIA, NEAL
ADDRESS AVAILABLE UPON REQUEST

KANTLEHNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

KANTNER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

KANTNER, DARCY
ADDRESS AVAILABLE UPON REQUEST

KANTNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

KANTOR, KELLY
ADDRESS AVAILABLE UPON REQUEST

KANTOR, OLGA
ADDRESS AVAILABLE UPON REQUEST

KANTOROWICZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

KANTROWITZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KANTROWITZ, NESN SARA ROSE
ADDRESS AVAILABLE UPON REQUEST

KANTROWITZ, SHERYL
ADDRESS AVAILABLE UPON REQUEST

KANTROWITZ, SUE
ADDRESS AVAILABLE UPON REQUEST

KANTZAS, TRACI
ADDRESS AVAILABLE UPON REQUEST

KANURI, ASHRITHA
ADDRESS AVAILABLE UPON REQUEST

KANURI, RUPESH
ADDRESS AVAILABLE UPON REQUEST

KANYOGO, MURIMI
ADDRESS AVAILABLE UPON REQUEST

KANYOK, JAMES
ADDRESS AVAILABLE UPON REQUEST

KANZLER, MARY
ADDRESS AVAILABLE UPON REQUEST

KAO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KAO, KARIN
ADDRESS AVAILABLE UPON REQUEST

KAOURI, KATERINA
ADDRESS AVAILABLE UPON REQUEST

KAPAHULEHUA, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KAPANADZE, MARIAM
ADDRESS AVAILABLE UPON REQUEST

KAPANGA, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

KAPASI, KHUSHBU
ADDRESS AVAILABLE UPON REQUEST

KAPAUN, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

KAPEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KAPELS, JENNA
ADDRESS AVAILABLE UPON REQUEST

KAPENIAK, OKSANA
ADDRESS AVAILABLE UPON REQUEST

KAPES, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KAPES, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KAPIK, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

KAPILOW, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAPINAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KAPITAN, KARLY
ADDRESS AVAILABLE UPON REQUEST

KAPIYAN, ARAM
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, AMY
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, BEN
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, CARYL
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, DANA EVAN
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, IRA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, KAT
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, SAM
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, SILIA
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, SINDI
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, SLOANE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

KAPLANIDES, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

KAPLANSKY, MARIN
ADDRESS AVAILABLE UPON REQUEST

KAPLE, LISA
ADDRESS AVAILABLE UPON REQUEST

KAPLIY, ANTON
ADDRESS AVAILABLE UPON REQUEST

KAPLN, JOY
ADDRESS AVAILABLE UPON REQUEST

KAPLOWITZ, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KAPLOWITZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

KAPLUN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KAPNER, STUART
ADDRESS AVAILABLE UPON REQUEST

KAPOLKA, ALLAN
ADDRESS AVAILABLE UPON REQUEST

KAPONIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KAPOOR, MANASI
ADDRESS AVAILABLE UPON REQUEST

KAPOOR, RAJEEV
ADDRESS AVAILABLE UPON REQUEST

KAPOOR, UPMA
ADDRESS AVAILABLE UPON REQUEST

KAPOSTASY, DAVID
ADDRESS AVAILABLE UPON REQUEST

KAPP, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KAPP, MARGO
ADDRESS AVAILABLE UPON REQUEST

KAPP, RICKY
ADDRESS AVAILABLE UPON REQUEST

KAPP, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KAPPELER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KAPPELL, KRIS
ADDRESS AVAILABLE UPON REQUEST

KAPPELT, LINDA
ADDRESS AVAILABLE UPON REQUEST

KAPPI BOWEN
ADDRESS AVAILABLE UPON REQUEST

KAPPUS, APRIL
ADDRESS AVAILABLE UPON REQUEST

KAPRAUN, CLAIRA
ADDRESS AVAILABLE UPON REQUEST

KAPTURSKI, DONNA
ADDRESS AVAILABLE UPON REQUEST

KAPU, ERIKA
ADDRESS AVAILABLE UPON REQUEST

KAPUR, ANJALI
ADDRESS AVAILABLE UPON REQUEST

KAPUR, HARINDER
ADDRESS AVAILABLE UPON REQUEST

KAPUR, MANUSHI
ADDRESS AVAILABLE UPON REQUEST

KAPUSTIN, GEORGY
ADDRESS AVAILABLE UPON REQUEST

KAPUSTKA, KATHY
ADDRESS AVAILABLE UPON REQUEST

KAR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KARA BRADACH
ADDRESS AVAILABLE UPON REQUEST

KARA GILL
ADDRESS AVAILABLE UPON REQUEST

KARA HARRIS
ADDRESS AVAILABLE UPON REQUEST

KARA LEE KOHN
ADDRESS AVAILABLE UPON REQUEST

KARA RAW
ADDRESS AVAILABLE UPON REQUEST

KARA SHAW
ADDRESS AVAILABLE UPON REQUEST

KARAARSLAN, UMUT
ADDRESS AVAILABLE UPON REQUEST

KARAASLAN, EZGI
ADDRESS AVAILABLE UPON REQUEST

KARABA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KARABACH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

KARABATSOS, ANN
ADDRESS AVAILABLE UPON REQUEST

KARABUSH, S
ADDRESS AVAILABLE UPON REQUEST

KARADSHEH, AMBER
ADDRESS AVAILABLE UPON REQUEST

KARAFFA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KARAGIAS, XINIA
ADDRESS AVAILABLE UPON REQUEST

KARAGUOZIAN, MONA
ADDRESS AVAILABLE UPON REQUEST

KARAGUS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KARAH KASKA
ADDRESS AVAILABLE UPON REQUEST

KARAH WEISER
ADDRESS AVAILABLE UPON REQUEST

KARAHUTA, DAVID
ADDRESS AVAILABLE UPON REQUEST

KARAKANTAS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KARAKIS, SARA
ADDRESS AVAILABLE UPON REQUEST

KARALEE CISCO
ADDRESS AVAILABLE UPON REQUEST

KARALEWICH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KARALIC, NEDIM
ADDRESS AVAILABLE UPON REQUEST

KARAM, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KARAM, JOE
ADDRESS AVAILABLE UPON REQUEST

KARAMANOGLOU, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KARAME, ARWA
ADDRESS AVAILABLE UPON REQUEST

KARAMSETTY, MADHU
ADDRESS AVAILABLE UPON REQUEST

KARAN, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

KARAN, ESEN
ADDRESS AVAILABLE UPON REQUEST

KARANDE, ATUL
ADDRESS AVAILABLE UPON REQUEST

KARANDRIKAS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

KARANJA, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

KARANTZA, ADINA
ADDRESS AVAILABLE UPON REQUEST

KARARA, ERIN
ADDRESS AVAILABLE UPON REQUEST

KARAS, BRITTANY LEE
ADDRESS AVAILABLE UPON REQUEST

KARAS, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

KARAS, FOTINI
ADDRESS AVAILABLE UPON REQUEST

KARAS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KARASCH, DAN
ADDRESS AVAILABLE UPON REQUEST

KARASEWSKI, ABBY
ADDRESS AVAILABLE UPON REQUEST

KARASINSKI, MARIE
ADDRESS AVAILABLE UPON REQUEST

KARATSOREOS, ILIA
ADDRESS AVAILABLE UPON REQUEST

KARAVADRA, NAYAM
ADDRESS AVAILABLE UPON REQUEST

KARAVATTUVEETIL, YASMINE
ADDRESS AVAILABLE UPON REQUEST

KARBASI, NADIA
ADDRESS AVAILABLE UPON REQUEST

KARBERG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KARBOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KARCH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KARCHER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

KARCHERE-SUN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

KARCIC, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KARCY LAWSON
ADDRESS AVAILABLE UPON REQUEST

KARCZEWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

KARCZEWSKI, KIRK
ADDRESS AVAILABLE UPON REQUEST

KARD FINANCIAL, INC.
PO BOX 1427
NEW YORK, NY  10159

KARDASHIAN, ARA
ADDRESS AVAILABLE UPON REQUEST

KARDELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

KAREN A KENZEL-COOPER
ADDRESS AVAILABLE UPON REQUEST

KAREN ALLENBY
ADDRESS AVAILABLE UPON REQUEST

KAREN ARSENAULT
ADDRESS AVAILABLE UPON REQUEST

KAREN BAIL
ADDRESS AVAILABLE UPON REQUEST

KAREN BOUCHEY
ADDRESS AVAILABLE UPON REQUEST

KAREN CENTENO
ADDRESS AVAILABLE UPON REQUEST

KAREN CORSO
ADDRESS AVAILABLE UPON REQUEST

KAREN DAWSON
ADDRESS AVAILABLE UPON REQUEST

KAREN DJUANDA
ADDRESS AVAILABLE UPON REQUEST

KAREN ELIZABETH EPSTEIN
ADDRESS AVAILABLE UPON REQUEST

KAREN HAWKINS
(REBELLIOUS WOMENS MEDIA LLC)
8 E. RANDOLPH ST., UNIT 2206
CHICAGO, IL  60601

KAREN J DEMATTEO
ADDRESS AVAILABLE UPON REQUEST

KAREN JACKSON
ADDRESS AVAILABLE UPON REQUEST

KAREN K MILLER
ADDRESS AVAILABLE UPON REQUEST

KAREN LEE
ADDRESS AVAILABLE UPON REQUEST

KAREN M DUFFY
ADDRESS AVAILABLE UPON REQUEST

KAREN MARIE WIEDERKEHR
ADDRESS AVAILABLE UPON REQUEST

KAREN NATER-PINEIRO
ADDRESS AVAILABLE UPON REQUEST

KAREN RANGER
ADDRESS AVAILABLE UPON REQUEST

KAREN RUTZ
ADDRESS AVAILABLE UPON REQUEST

KAREN SCHERER
ADDRESS AVAILABLE UPON REQUEST

KAREN SCHOLTEN
ADDRESS AVAILABLE UPON REQUEST

KAREN SEARS
ADDRESS AVAILABLE UPON REQUEST

KAREN WALLACE
ADDRESS AVAILABLE UPON REQUEST

KAREN WEEKS
ADDRESS AVAILABLE UPON REQUEST

KAREN YAMMEL RODRIGUEZ GARCIA
ADDRESS AVAILABLE UPON REQUEST

KAREN
ADDRESS AVAILABLE UPON REQUEST

KAREN, FONG
ADDRESS AVAILABLE UPON REQUEST

KAREN, GUILLOT,
ADDRESS AVAILABLE UPON REQUEST

KAREN, TARA
ADDRESS AVAILABLE UPON REQUEST

KARENA HALVORSSEN
ADDRESS AVAILABLE UPON REQUEST

KARETTIS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KAREY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KARG, JOSH
ADDRESS AVAILABLE UPON REQUEST

KARGO GLOBAL, INC.
826 BROADWAY, 4TH FLOOR
NEW YORK, NY  10003

KARGOL, JANET
ADDRESS AVAILABLE UPON REQUEST

KARI KELLOW
ADDRESS AVAILABLE UPON REQUEST

KARI MRNAK
ADDRESS AVAILABLE UPON REQUEST

KARI RIDDELL
ADDRESS AVAILABLE UPON REQUEST

KARI TUCZYNSKI
ADDRESS AVAILABLE UPON REQUEST

KARIC, HANIFA
ADDRESS AVAILABLE UPON REQUEST

KARIDES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KARIM, AVA
ADDRESS AVAILABLE UPON REQUEST

KARIM, IMRAN
ADDRESS AVAILABLE UPON REQUEST

KARIM, SANAM
ADDRESS AVAILABLE UPON REQUEST

KARIMIPOUR, SARA
ADDRESS AVAILABLE UPON REQUEST

KARIN HART
ADDRESS AVAILABLE UPON REQUEST

KARIN HART
ADDRESS AVAILABLE UPON REQUEST

KARIN LYNN ANDERSON
ADDRESS AVAILABLE UPON REQUEST

KARIN MORTELLARO
ADDRESS AVAILABLE UPON REQUEST

KARIN VAN HOFF
ADDRESS AVAILABLE UPON REQUEST

KARINA OLIU
ADDRESS AVAILABLE UPON REQUEST

KARING, CAMICE
ADDRESS AVAILABLE UPON REQUEST

KARINGAL, ANNA
ADDRESS AVAILABLE UPON REQUEST

KARISSA TEMPLE
ADDRESS AVAILABLE UPON REQUEST

KARIUKI-CHRISTIE, ERMINA
ADDRESS AVAILABLE UPON REQUEST

KARKANITSA, MARIA
ADDRESS AVAILABLE UPON REQUEST

KARL ERIK BAKER
ADDRESS AVAILABLE UPON REQUEST

KARL FULTON
ADDRESS AVAILABLE UPON REQUEST

KARL GOSSETT
ADDRESS AVAILABLE UPON REQUEST

KARL KENT DITTMER JR
ADDRESS AVAILABLE UPON REQUEST

KARL MAZEIKA ENGLERT
ADDRESS AVAILABLE UPON REQUEST

KARL STELTER
ADDRESS AVAILABLE UPON REQUEST

KARL STINE
ADDRESS AVAILABLE UPON REQUEST

KARL, ERIN
ADDRESS AVAILABLE UPON REQUEST

KARL, JIMMY
ADDRESS AVAILABLE UPON REQUEST

KARL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KARL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KARL, SARAH
ADDRESS AVAILABLE UPON REQUEST

KARLA GIAMBERARDINO
ADDRESS AVAILABLE UPON REQUEST

KARLA KUJAT
ADDRESS AVAILABLE UPON REQUEST

KARLAC, KARLA
ADDRESS AVAILABLE UPON REQUEST

KARLBERG, GINNY
ADDRESS AVAILABLE UPON REQUEST

KARLENE MAIOLINO
ADDRESS AVAILABLE UPON REQUEST

KARLIE LEIKEL
ADDRESS AVAILABLE UPON REQUEST

KARLIK, KIERSTIN
ADDRESS AVAILABLE UPON REQUEST

KARLIK, MALLORY
ADDRESS AVAILABLE UPON REQUEST

KARLIN, JACOB
ADDRESS AVAILABLE UPON REQUEST

KARLOVICH, DAWN
ADDRESS AVAILABLE UPON REQUEST

KARLS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

KARLS, MYELLA
ADDRESS AVAILABLE UPON REQUEST

KARLSEN, ANNIKE
ADDRESS AVAILABLE UPON REQUEST

KARLSRUD, INGRID
ADDRESS AVAILABLE UPON REQUEST

KARLSSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

KARLSSON, LYDIA
ADDRESS AVAILABLE UPON REQUEST

KARMANIAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

KARMARKAR, TARUJA
ADDRESS AVAILABLE UPON REQUEST

KARMARKAR, VIKRAM
ADDRESS AVAILABLE UPON REQUEST

KARMIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KARMINDER SINGH
ADDRESS AVAILABLE UPON REQUEST

KARN BARKER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

KARNASH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KARNELL, LUCY AND MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KARNER, ALISON
ADDRESS AVAILABLE UPON REQUEST

KARNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KARNER, RUTH
ADDRESS AVAILABLE UPON REQUEST

KARNER, SARA
ADDRESS AVAILABLE UPON REQUEST

KARNES, CASEY
ADDRESS AVAILABLE UPON REQUEST

KARNES, JOE
ADDRESS AVAILABLE UPON REQUEST

KARNES, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

KARNEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KARNIK, BETH
ADDRESS AVAILABLE UPON REQUEST

KARNISH, THERESA
ADDRESS AVAILABLE UPON REQUEST

KARNOFF, TROY
ADDRESS AVAILABLE UPON REQUEST

KARNS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KARNS, DORETTA
ADDRESS AVAILABLE UPON REQUEST

KAROL, JOHN
ADDRESS AVAILABLE UPON REQUEST

KAROL, JULIANA
ADDRESS AVAILABLE UPON REQUEST

KAROL, KEN
ADDRESS AVAILABLE UPON REQUEST

KAROL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KAROL, VIVIENNE
ADDRESS AVAILABLE UPON REQUEST

KAROLE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KAROLINE DANG KIM
ADDRESS AVAILABLE UPON REQUEST

KARON M NICHOLS
ADDRESS AVAILABLE UPON REQUEST

KARONIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KAROUTSOS, EIRINI MELENA
ADDRESS AVAILABLE UPON REQUEST

KARP, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KARP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KARP, JOELLE
ADDRESS AVAILABLE UPON REQUEST

KARP, KELLY
ADDRESS AVAILABLE UPON REQUEST

KARP, ROBYN
ADDRESS AVAILABLE UPON REQUEST

KARP, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KARPEN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KARPENKO, ANNA
ADDRESS AVAILABLE UPON REQUEST

KARPENKO, ELLENA
ADDRESS AVAILABLE UPON REQUEST

KARPF, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KARPF, KERRY
ADDRESS AVAILABLE UPON REQUEST

KARPIE, ANNA
ADDRESS AVAILABLE UPON REQUEST

KARPINSKI, MALAINA
ADDRESS AVAILABLE UPON REQUEST

KARPINSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KARPIUK, RICK
ADDRESS AVAILABLE UPON REQUEST

KARPOFF, KATE
ADDRESS AVAILABLE UPON REQUEST

KARPUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

KARR, ERICA
ADDRESS AVAILABLE UPON REQUEST

KARR, KELLY
ADDRESS AVAILABLE UPON REQUEST

KARR, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KARR, MARINA
ADDRESS AVAILABLE UPON REQUEST

KARR, MATT
ADDRESS AVAILABLE UPON REQUEST

KARRAS, YVONNE
ADDRESS AVAILABLE UPON REQUEST

KARRASCH, KAI
ADDRESS AVAILABLE UPON REQUEST

KARRASCH, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KARRAT, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

KARRER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KARRIE ALIT
ADDRESS AVAILABLE UPON REQUEST

KARRIE SCHWARTZ
ADDRESS AVAILABLE UPON REQUEST

KARSAKOW, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KARSCIG, MADISON
ADDRESS AVAILABLE UPON REQUEST

KARSHENAS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

KARSKY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KARSLIOGLU, MUGE
ADDRESS AVAILABLE UPON REQUEST

KARSON RAZA GHULAMALI
ADDRESS AVAILABLE UPON REQUEST

KARSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

KARSTEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KARSTENS, ELISE
ADDRESS AVAILABLE UPON REQUEST

KARSTENS, ROSALYNN
ADDRESS AVAILABLE UPON REQUEST

KARTANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KARTELL
ADDRESS UNAVAILABLE AT TIME OF FILING

KARTEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KARTHA, DR GANESH
ADDRESS AVAILABLE UPON REQUEST

KARTHAN, KAYLENE
ADDRESS AVAILABLE UPON REQUEST

KARTHE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

KARTHEEK PULAVARTHI
ADDRESS AVAILABLE UPON REQUEST

KARTHEISER, MARY
ADDRESS AVAILABLE UPON REQUEST

KARTHIK AVADHANAM
ADDRESS AVAILABLE UPON REQUEST

KARTIK PATEL
ADDRESS AVAILABLE UPON REQUEST

KARTLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KARTSOUNES, JIM
ADDRESS AVAILABLE UPON REQUEST

KARU, YULIA
ADDRESS AVAILABLE UPON REQUEST

KARUNAKARAN, AKSHAYA
ADDRESS AVAILABLE UPON REQUEST

KARUNAN, SARAN
ADDRESS AVAILABLE UPON REQUEST

KARVE, MRUNMAYI
ADDRESS AVAILABLE UPON REQUEST

KARVELAS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KARWANYUN, SVARINA
ADDRESS AVAILABLE UPON REQUEST

KARWASINSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KARWAT, ARIEL
ADDRESS AVAILABLE UPON REQUEST

KARWATH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KARWISCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

KARWISCH, KRISTE
ADDRESS AVAILABLE UPON REQUEST

KARWOSKI, HOPE
ADDRESS AVAILABLE UPON REQUEST

KARWOSKI, KIM
ADDRESS AVAILABLE UPON REQUEST

KARWOWSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KARY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KARYNA AINSWORTH
ADDRESS AVAILABLE UPON REQUEST

KARYNA, KRASUTSKAYA,
ADDRESS AVAILABLE UPON REQUEST

KARZEN, JENNY
ADDRESS AVAILABLE UPON REQUEST

KARZENOWSKI, ABBY
ADDRESS AVAILABLE UPON REQUEST

KASAB, ANNE
ADDRESS AVAILABLE UPON REQUEST

KASARANENI, ISWARYA
ADDRESS AVAILABLE UPON REQUEST

KASAREUSKI, DZMITRY
ADDRESS AVAILABLE UPON REQUEST

KASBERG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KASBERG, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KASBO, DAVID
ADDRESS AVAILABLE UPON REQUEST

KASCAK, TANYA
ADDRESS AVAILABLE UPON REQUEST

KASCH, NANCY
ADDRESS AVAILABLE UPON REQUEST

KASCHMITTER, JANAE
ADDRESS AVAILABLE UPON REQUEST

KASCIK, ELYSE
ADDRESS AVAILABLE UPON REQUEST

KASDAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KASE, KAYLIA
ADDRESS AVAILABLE UPON REQUEST

KASEE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KASEKE, KUDAKWASHE
ADDRESS AVAILABLE UPON REQUEST

KASENENE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KASER, KRIS
ADDRESS AVAILABLE UPON REQUEST

KASER, MIKE
ADDRESS AVAILABLE UPON REQUEST

KASEY COLLIGAN
ADDRESS AVAILABLE UPON REQUEST

KASHA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KASHANI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KASHANIPOUR, LEILA
ADDRESS AVAILABLE UPON REQUEST

KASHDAN, KATE
ADDRESS AVAILABLE UPON REQUEST

KASHIWAGI, JASON
ADDRESS AVAILABLE UPON REQUEST

KASHNER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KASHOUTY, PAULA
ADDRESS AVAILABLE UPON REQUEST

KASHUK, EVA
ADDRESS AVAILABLE UPON REQUEST

KASHYAP, NANDINI
ADDRESS AVAILABLE UPON REQUEST

KASICH, STEVE
ADDRESS AVAILABLE UPON REQUEST

KASIK, ALLY
ADDRESS AVAILABLE UPON REQUEST

KASIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KASK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KASKO, JOHN
ADDRESS AVAILABLE UPON REQUEST

KASKY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KASL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KASM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KASMARICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KASMIN, PETER
ADDRESS AVAILABLE UPON REQUEST

KASPAR, ALICE
ADDRESS AVAILABLE UPON REQUEST

KASPAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KASPAR, KAMI
ADDRESS AVAILABLE UPON REQUEST

KASPAR, KELLI
ADDRESS AVAILABLE UPON REQUEST

KASPAROVA, INNA
ADDRESS AVAILABLE UPON REQUEST

KASPER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KASPER, AMBER
ADDRESS AVAILABLE UPON REQUEST

KASPER, DONNA
ADDRESS AVAILABLE UPON REQUEST

KASPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KASPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KASPER, JOHN & CARRIE
ADDRESS AVAILABLE UPON REQUEST

KASPER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KASPER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KASPER, SHANE
ADDRESS AVAILABLE UPON REQUEST

KASPER, TAMI
ADDRESS AVAILABLE UPON REQUEST

KASPEREK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KASPERKOWICZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

KASPEROWICZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KASPERSKI, ALEX
ADDRESS AVAILABLE UPON REQUEST

KASPRZYK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KASPRZYK, NYAH
ADDRESS AVAILABLE UPON REQUEST

KASRAVI, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

KASS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KASS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KASSA, KYLE
ADDRESS AVAILABLE UPON REQUEST

KASSAB, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KASSEL, MATT
ADDRESS AVAILABLE UPON REQUEST

KASSELMAN, KIRA
ADDRESS AVAILABLE UPON REQUEST

KASSIK, SALEM
ADDRESS AVAILABLE UPON REQUEST

KASSIS, BEN
ADDRESS AVAILABLE UPON REQUEST

KASSNER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KAST, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KASTANEK, JILL
ADDRESS AVAILABLE UPON REQUEST

KASTANOS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

KASTBERG, JOANNE
ADDRESS AVAILABLE UPON REQUEST

KASTEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KASTEN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

KASTEN, DOREEN
ADDRESS AVAILABLE UPON REQUEST

KASTEN, KIM
ADDRESS AVAILABLE UPON REQUEST

KASTEN, MARK
ADDRESS AVAILABLE UPON REQUEST

KASTEN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KASTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KASTIYA, SHUBHA
ADDRESS AVAILABLE UPON REQUEST

KASTLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KASTNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KASTNER, KERI
ADDRESS AVAILABLE UPON REQUEST

KASTNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KASTNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KASTNER, SAM
ADDRESS AVAILABLE UPON REQUEST

KASTNER, STEVE
ADDRESS AVAILABLE UPON REQUEST

KASTNER-PANYA, ANTJE
ADDRESS AVAILABLE UPON REQUEST

KASTRUP, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

KASUKURTHI, NAVYA SRI
ADDRESS AVAILABLE UPON REQUEST

KASULA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KASULONES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KASUN, RENEE
ADDRESS AVAILABLE UPON REQUEST

KASVEN, BARRY
ADDRESS AVAILABLE UPON REQUEST

KASWORM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KASYANENKO, SIMA
ADDRESS AVAILABLE UPON REQUEST

KASZUBA, NIKI
ADDRESS AVAILABLE UPON REQUEST

KASZUBA, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

KAT FENSTERMAKER
ADDRESS AVAILABLE UPON REQUEST

KATA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KATALINA, JENISE
ADDRESS AVAILABLE UPON REQUEST

KATAOKA, KYOKO
ADDRESS AVAILABLE UPON REQUEST

KATARINA KIELECZAWA
ADDRESS AVAILABLE UPON REQUEST

KATCHER, JARED
ADDRESS AVAILABLE UPON REQUEST

KATCHMAR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KATCHMAR, SEAN
ADDRESS AVAILABLE UPON REQUEST

KATCHMARK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KATE BADERTSCHER
ADDRESS AVAILABLE UPON REQUEST

KATE BERRY
ADDRESS AVAILABLE UPON REQUEST

KATE FORGY
ADDRESS AVAILABLE UPON REQUEST

KATE HARNDEN
ADDRESS AVAILABLE UPON REQUEST

KATE MEYER
ADDRESS AVAILABLE UPON REQUEST

KATE NICHOLS
ADDRESS AVAILABLE UPON REQUEST

KATE WAGNER
ADDRESS AVAILABLE UPON REQUEST

KATE, LAURA
ADDRESS AVAILABLE UPON REQUEST

KATE, MARY
ADDRESS AVAILABLE UPON REQUEST

KATE, MARY
ADDRESS AVAILABLE UPON REQUEST

KATECHIS, HOLDEN
ADDRESS AVAILABLE UPON REQUEST

KATELYN EVANS
ADDRESS AVAILABLE UPON REQUEST

KATELYN HAYES
ADDRESS AVAILABLE UPON REQUEST

KATELYNN SPUNAUGLE
ADDRESS AVAILABLE UPON REQUEST

KATERIDGE SANTOS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KATES, BEAUFORD
ADDRESS AVAILABLE UPON REQUEST

KATES, ELISE
ADDRESS AVAILABLE UPON REQUEST

KATH, LINDA
ADDRESS AVAILABLE UPON REQUEST

KATH, SUSAN R
ADDRESS AVAILABLE UPON REQUEST

KATHARINE NAULT
ADDRESS AVAILABLE UPON REQUEST

KATHER, ERIK
ADDRESS AVAILABLE UPON REQUEST

KATHERINE ALEXANDRA PICKARD
ADDRESS AVAILABLE UPON REQUEST

KATHERINE AMATO
ADDRESS AVAILABLE UPON REQUEST

KATHERINE ANDREWS
ADDRESS AVAILABLE UPON REQUEST

KATHERINE BLOMMER
ADDRESS AVAILABLE UPON REQUEST

KATHERINE BUTZLAFF
ADDRESS AVAILABLE UPON REQUEST

KATHERINE CHAN
ADDRESS AVAILABLE UPON REQUEST

KATHERINE CONRAD
ADDRESS AVAILABLE UPON REQUEST

KATHERINE FOSSITT
ADDRESS AVAILABLE UPON REQUEST

KATHERINE GRACE EVERETT
ADDRESS AVAILABLE UPON REQUEST

KATHERINE LYNN GIROTTI
ADDRESS AVAILABLE UPON REQUEST

KATHERINE MCKEEN
ADDRESS AVAILABLE UPON REQUEST

KATHERINE O'LEARY
ADDRESS AVAILABLE UPON REQUEST

KATHERINE ODELL
ADDRESS AVAILABLE UPON REQUEST

KATHERINE PEGRAM
ADDRESS AVAILABLE UPON REQUEST

KATHERINE PFISTER
ADDRESS AVAILABLE UPON REQUEST

KATHERINE RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

KATHERINE SUN
ADDRESS AVAILABLE UPON REQUEST

KATHERINE, KARLSGODT,
ADDRESS AVAILABLE UPON REQUEST

KATHERINE, MARY
ADDRESS AVAILABLE UPON REQUEST

KATHERYN SHERWOOD
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN A KLEIN
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN ANN BUTITTA
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN ANNE WHALEN
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN CAROSI
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN COSS
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN DISA
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN FAZIO
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN HUGHES
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN KARPUS
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN KRINER
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN LILLIAN PELUSO
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN M COLBERT
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN M STEPHENS
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN MCQUAID HOLDRIDGE
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN PENLAND
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN SNEAD
ADDRESS AVAILABLE UPON REQUEST

KATHLEEN SORGE
ADDRESS AVAILABLE UPON REQUEST

KATHLINE H KIM
ADDRESS AVAILABLE UPON REQUEST

KATHMAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

KATHMAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

KATHOL, MARIA
ADDRESS AVAILABLE UPON REQUEST

KATHOPOULIS, FOTINI
ADDRESS AVAILABLE UPON REQUEST

KATHRYN FITZGERALD
ADDRESS AVAILABLE UPON REQUEST

KATHRYN FOGARTY
ADDRESS AVAILABLE UPON REQUEST

KATHRYN FUJIKAWA-DAVIS
ADDRESS AVAILABLE UPON REQUEST

KATHRYN GEORGE
ADDRESS AVAILABLE UPON REQUEST

KATHRYN HEAD AYCOCK MCMURRY
ADDRESS AVAILABLE UPON REQUEST

KATHRYN HILL
ADDRESS AVAILABLE UPON REQUEST

KATHRYN JOANNE LAW
ADDRESS AVAILABLE UPON REQUEST

KATHRYN KENNEDY WINERY
13180 PIERCE RD
SARATOGA, CA  95070-4212

KATHRYN LESLEY HANARA
ADDRESS AVAILABLE UPON REQUEST

KATHRYN MAITREJEAN
ADDRESS AVAILABLE UPON REQUEST

KATHRYN MCKEE
ADDRESS AVAILABLE UPON REQUEST

KATHRYN NILES
ADDRESS AVAILABLE UPON REQUEST

KATHRYN SPAAN
ADDRESS AVAILABLE UPON REQUEST

KATHRYN SPROUSE
ADDRESS AVAILABLE UPON REQUEST

KATHRYN SUTHERLAND
ADDRESS AVAILABLE UPON REQUEST

KATHRYN THERESA KING
ADDRESS AVAILABLE UPON REQUEST

KATHRYN WEAVER
ADDRESS AVAILABLE UPON REQUEST

KATHRYN, PANZERI,
ADDRESS AVAILABLE UPON REQUEST

KATHY ANN THORNBURG
ADDRESS AVAILABLE UPON REQUEST

KATHY HARRISON ALLEN
ADDRESS AVAILABLE UPON REQUEST

KATHY JO COOKSON
ADDRESS AVAILABLE UPON REQUEST

KATHY NOKLEBY
ADDRESS AVAILABLE UPON REQUEST

KATHY PROKOPIAK
ADDRESS AVAILABLE UPON REQUEST

KATHY REECE
ADDRESS AVAILABLE UPON REQUEST

KATHYMOHLER KATHYMOHLER;
KATHYMOHLER
ADDRESS AVAILABLE UPON REQUEST

KATIA BACON
ADDRESS AVAILABLE UPON REQUEST

KATIE CHARTER
ADDRESS AVAILABLE UPON REQUEST

KATIE COLLEY
ADDRESS AVAILABLE UPON REQUEST

KATIE DELANEY
ADDRESS AVAILABLE UPON REQUEST

KATIE FOLMER
ADDRESS AVAILABLE UPON REQUEST

KATIE GRAHAM
ADDRESS AVAILABLE UPON REQUEST

KATIE KEATING
ADDRESS AVAILABLE UPON REQUEST

KATIE LACROIX
ADDRESS AVAILABLE UPON REQUEST

KATIE MACONES
ADDRESS AVAILABLE UPON REQUEST

KATIE MURREY
ADDRESS AVAILABLE UPON REQUEST

KATIE OWEN
ADDRESS AVAILABLE UPON REQUEST

KATIE OWEN
ADDRESS AVAILABLE UPON REQUEST

KATIE PIERCE
ADDRESS AVAILABLE UPON REQUEST

KATIE STRICKER
ADDRESS AVAILABLE UPON REQUEST

KATIE VOKEL
ADDRESS AVAILABLE UPON REQUEST

KATIE WAHLQUIST
ADDRESS AVAILABLE UPON REQUEST

KATIE WATERS
ADDRESS AVAILABLE UPON REQUEST

KATIE WEINHOLT
ADDRESS AVAILABLE UPON REQUEST

KATINGER, JAKE
ADDRESS AVAILABLE UPON REQUEST

KATKOVCIN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KATO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KATONA, DIANE
ADDRESS AVAILABLE UPON REQUEST

KATRINA A CANTERBURY
ADDRESS AVAILABLE UPON REQUEST

KATRINA CROCKETT
ADDRESS AVAILABLE UPON REQUEST

KATS PEST SOLUTIONS, INC.
1445 HUNTINGTON DR., STE. 325
SOUTH PASADENA, CA  91030

KATS PEST SOLUTIONS, INC.
P.O. BOX 3321
SOUTH PASADENA, CA  91030

KATSIS, JILL
ADDRESS AVAILABLE UPON REQUEST

KATSNELSON, VIKTORIYA
ADDRESS AVAILABLE UPON REQUEST

KATSUKI, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KATTAK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KAPLAN, REEMA
ADDRESS AVAILABLE UPON REQUEST

KATTE, MANDY
ADDRESS AVAILABLE UPON REQUEST

KATTERHAGEN, SHARI ANN
ADDRESS AVAILABLE UPON REQUEST

KATTIS, SHARI
ADDRESS AVAILABLE UPON REQUEST

KATTOS, ERIN
ADDRESS AVAILABLE UPON REQUEST

KATTREIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KATUSIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KATWAROO, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

KATYAL, RAJ
ADDRESS AVAILABLE UPON REQUEST

KATZ, AARON
ADDRESS AVAILABLE UPON REQUEST

KATZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KATZ, AMY
ADDRESS AVAILABLE UPON REQUEST

KATZ, AURORA
ADDRESS AVAILABLE UPON REQUEST

KATZ, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KATZ, BETSY
ADDRESS AVAILABLE UPON REQUEST

KATZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KATZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

KATZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

KATZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

KATZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

KATZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KATZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KATZ, LAUREL
ADDRESS AVAILABLE UPON REQUEST

KATZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KATZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KATZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KATZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KATZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KATZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

KATZ, NOAH
ADDRESS AVAILABLE UPON REQUEST

KATZ, QUINCEY
ADDRESS AVAILABLE UPON REQUEST

KATZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KATZ, SIMONE
ADDRESS AVAILABLE UPON REQUEST

KATZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

KATZ, SUZIE
ADDRESS AVAILABLE UPON REQUEST

KATZ, TALIANA
ADDRESS AVAILABLE UPON REQUEST

KATZ, ZACK
ADDRESS AVAILABLE UPON REQUEST

KATZEN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

KATZEN, ANITA
ADDRESS AVAILABLE UPON REQUEST

KATZEN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KATZEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KATZENBACH, ALLITA
ADDRESS AVAILABLE UPON REQUEST

KATZENBERG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KATZMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KATZMAN, JUHEE
ADDRESS AVAILABLE UPON REQUEST

KATZOFF, DELCY
ADDRESS AVAILABLE UPON REQUEST

KAUBLE, WES
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, ALEX & ALEX
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, BRANDY
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, DON
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, SHRISTI
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, TANNER
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KAUFFMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KAUFFMANN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, CORY
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, DANI
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, LINDA TORRE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, LYNLEE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, MANDY
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, PETER
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, TAMMI
ADDRESS AVAILABLE UPON REQUEST

KAUFMAN, TONYA
ADDRESS AVAILABLE UPON REQUEST

KAUFMANN, JUDI
ADDRESS AVAILABLE UPON REQUEST

KAUFMANN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KAUFMANN, KURT
ADDRESS AVAILABLE UPON REQUEST

KAUFMANN, LEAH
ADDRESS AVAILABLE UPON REQUEST

KAUFMANN, NINA
ADDRESS AVAILABLE UPON REQUEST

KAUK, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

KAUKOLA, JACOB
ADDRESS AVAILABLE UPON REQUEST

KAUL, BAL
ADDRESS AVAILABLE UPON REQUEST

KAUMO, STACEY
ADDRESS AVAILABLE UPON REQUEST

KAUNDINYA, PRATHIK
ADDRESS AVAILABLE UPON REQUEST

KAUNE, LAURA
ADDRESS AVAILABLE UPON REQUEST

KAUPEL, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KAUPHUSMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KAUPKE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KAUPPILA MORRIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

KAUR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KAUR, HARDEEP
ADDRESS AVAILABLE UPON REQUEST

KAUR, JASPREET
ADDRESS AVAILABLE UPON REQUEST

KAUR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KAUR, JINPREET
ADDRESS AVAILABLE UPON REQUEST

KAUR, KAMALJIT
ADDRESS AVAILABLE UPON REQUEST

KAUR, NAVNEET
ADDRESS AVAILABLE UPON REQUEST

KAUR, PARAMJIT
ADDRESS AVAILABLE UPON REQUEST

KAUR, PRABHLEEN
ADDRESS AVAILABLE UPON REQUEST

KAUR, RAJ
ADDRESS AVAILABLE UPON REQUEST

KAUR, RAVNEET
ADDRESS AVAILABLE UPON REQUEST

KAUR, RUBINDER
ADDRESS AVAILABLE UPON REQUEST

KAUR, SIMRIT
ADDRESS AVAILABLE UPON REQUEST

KAUR, SUKHNEET
ADDRESS AVAILABLE UPON REQUEST

KAUR, TARAN
ADDRESS AVAILABLE UPON REQUEST

KAURI AUSTRALIA (LP)
616 ST KILDA ROAD ST KILDA
VICTORIA  3182
AUSTRALIA

KAUSHIK, GAURAV
ADDRESS AVAILABLE UPON REQUEST

KAUTEN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

KAUTH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KAUTH, EMALEE
ADDRESS AVAILABLE UPON REQUEST

KAUTZ, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

KAUTZA, JENNA
ADDRESS AVAILABLE UPON REQUEST

KAUTZER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KAUTZMANN, RYAN
ADDRESS AVAILABLE UPON REQUEST

KAUZLARICH, ALICE
ADDRESS AVAILABLE UPON REQUEST

KAVAJA, JOANA
ADDRESS AVAILABLE UPON REQUEST

KAVAJECZ, KEN
ADDRESS AVAILABLE UPON REQUEST

KAVAKOGLOU, SOFIA
ADDRESS AVAILABLE UPON REQUEST

KAVAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KAVANA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, KATIE
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, SHARI
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, TESS
ADDRESS AVAILABLE UPON REQUEST

KAVANAGH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

KAVANAUGH, AUBREY
ADDRESS AVAILABLE UPON REQUEST

KAVANAUGH, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KAVANAUGH, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

KAVICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KAVLICK, MARK
ADDRESS AVAILABLE UPON REQUEST

KAVO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KAVOOSSI, BIJANJON
ADDRESS AVAILABLE UPON REQUEST

KAVOURIAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

KAVUGHA, REHEMA
ADDRESS AVAILABLE UPON REQUEST

KAVURI, LALITH
ADDRESS AVAILABLE UPON REQUEST

KAWA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KAWAGUCHI, LESLEY
ADDRESS AVAILABLE UPON REQUEST

KAWAGUCHI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KAWAHARA, TAKUMI
ADDRESS AVAILABLE UPON REQUEST

KAWAKAMI, SASHA
ADDRESS AVAILABLE UPON REQUEST

KAWAKAMI, SHELLY
ADDRESS AVAILABLE UPON REQUEST

KAWAL, SONIA
ADDRESS AVAILABLE UPON REQUEST

KAWASOE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KAWATA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KAWECK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KAWECKI, LISA
ADDRESS AVAILABLE UPON REQUEST

KAY B NORMAN
ADDRESS AVAILABLE UPON REQUEST

KAY BRADY
ADDRESS AVAILABLE UPON REQUEST

KAY GRIFFITH
ADDRESS AVAILABLE UPON REQUEST

KAY MORRIS, KAY
ADDRESS AVAILABLE UPON REQUEST

KAY RODENBUSCH
ADDRESS AVAILABLE UPON REQUEST

KAY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KAY, BRAD
ADDRESS AVAILABLE UPON REQUEST

KAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

KAY, HILLARY
ADDRESS AVAILABLE UPON REQUEST

KAY, JANA
ADDRESS AVAILABLE UPON REQUEST

KAY, JASON
ADDRESS AVAILABLE UPON REQUEST

KAY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KAY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KAY, MARY
ADDRESS AVAILABLE UPON REQUEST

KAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

KAY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KAY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KAY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

KAYAJAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KAYAK SOFTWARE CORPORATION
7 MARKET STREET
STAMFORD, CT 06902

KAYATA, SAM
ADDRESS AVAILABLE UPON REQUEST

KAYDA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KAYE, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

KAYE, LACEY
ADDRESS AVAILABLE UPON REQUEST

KAYES, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KAYL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KAYLA CRUZ
ADDRESS AVAILABLE UPON REQUEST

KAYLA HILL
ADDRESS AVAILABLE UPON REQUEST

KAYLA MAE BERNARDINO
ADDRESS AVAILABLE UPON REQUEST

KAYLEE LEON-GING
ADDRESS AVAILABLE UPON REQUEST

KAYLIE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

KAYLOR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KAYLOR, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KAYLOR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KAYNOR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KAYS COUNTRY KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

KAYSEE, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

KAYSER, BART
ADDRESS AVAILABLE UPON REQUEST

KAYSER, GRACE
ADDRESS AVAILABLE UPON REQUEST

KAYSER, GREG & LESA
ADDRESS AVAILABLE UPON REQUEST

KAYS-HENRY, WESLEY
ADDRESS AVAILABLE UPON REQUEST

KAYTES, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

KAYTON, BARRY
ADDRESS AVAILABLE UPON REQUEST

KAYWOOD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

KAYWORTH, KENDALL
ADDRESS AVAILABLE UPON REQUEST

KAYYALI, LAYLA
ADDRESS AVAILABLE UPON REQUEST

KAZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KAZADZIS, COLETTE
ADDRESS AVAILABLE UPON REQUEST

KAZAKOVA, ANASTASIIA
ADDRESS AVAILABLE UPON REQUEST

KAZANCIYAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KAZANECKI, NORA
ADDRESS AVAILABLE UPON REQUEST

KAZANOFF, AARON
ADDRESS AVAILABLE UPON REQUEST

KAZAR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KAZAR, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KAZEM SADATI
ADDRESS AVAILABLE UPON REQUEST

KAZENSKI, ROBB
ADDRESS AVAILABLE UPON REQUEST

KAZILIONIS, LEANNE
ADDRESS AVAILABLE UPON REQUEST

KAZIMER-JOST, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KAZLAUSKAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

KAZLAUSKAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KAZMERCYK, LORIANN C/O PAUL
ADDRESS AVAILABLE UPON REQUEST

KAZMIERCZAK, LARISSA
ADDRESS AVAILABLE UPON REQUEST

KAZMIERCZAK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KAZMOUZ, JORDYN
ADDRESS AVAILABLE UPON REQUEST

KAZUNAS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KBF CPAS LLP
111 SW FIFTH AVE STE 1850
PORTLAND, OR  97204

KBPR GROUP INC.
846 S BROADWAY APT 705
LOS ANGELES, CA  90014

KC PRESSLEY, LLC
5205 NW 180TH WAY
STARKE, FL  32091

KCS CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

KDS SERVICES LLC
ADDRESS AVAILABLE UPON REQUEST

KE, DAVID
ADDRESS AVAILABLE UPON REQUEST

KEACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEADY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEAGLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEA-GLENN, TASHA
ADDRESS AVAILABLE UPON REQUEST

KEAHEY, MISTY
ADDRESS AVAILABLE UPON REQUEST

KEALY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEANE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KEANE, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEANE, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEANE, KIRA
ADDRESS AVAILABLE UPON REQUEST

KEANE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KEANE, WENDYKLEIN
ADDRESS AVAILABLE UPON REQUEST

KEANEY, DYLANN
ADDRESS AVAILABLE UPON REQUEST

KEANEY, LAURIE
ADDRESS AVAILABLE UPON REQUEST

KEANEY, QUINN
ADDRESS AVAILABLE UPON REQUEST

KEANINI, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KEAPPOCK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KEARBEY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KEARIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEARNES, LOIS
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, JENN
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, KAIT
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, KIM
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, MELINDA
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, REILLY
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KEARNEY, TIM
ADDRESS AVAILABLE UPON REQUEST

KEARNS, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

KEARNS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KEARNS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KEARNS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KEARNS, DEETTE
ADDRESS AVAILABLE UPON REQUEST

KEARNS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEARNS, EMMA
ADDRESS AVAILABLE UPON REQUEST

KEARNS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

KEARNS, JAMES
ADDRESS AVAILABLE UPON REQUEST

KEARNS, JAYNE
ADDRESS AVAILABLE UPON REQUEST

KEARNS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KEARNS, WALTER (WALLY)
ADDRESS AVAILABLE UPON REQUEST

KEARNS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KEARNS, ZOE
ADDRESS AVAILABLE UPON REQUEST

KEASEY, BREMEN
ADDRESS AVAILABLE UPON REQUEST

KEASLER, BENNETT
ADDRESS AVAILABLE UPON REQUEST

KEASLING, JACOB
ADDRESS AVAILABLE UPON REQUEST

KEAST, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KEATHLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KEATING, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

KEATING, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KEATING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEATING, ERIN
ADDRESS AVAILABLE UPON REQUEST

KEATING, KALEY
ADDRESS AVAILABLE UPON REQUEST

KEATING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KEATING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KEATING, KENNETH
ADDRESS AVAILABLE UPON REQUEST

KEATING, KRYSTEN
ADDRESS AVAILABLE UPON REQUEST

KEATING, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

KEATING, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KEATING, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KEATING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KEATING, RUSS
ADDRESS AVAILABLE UPON REQUEST

KEATING, STACEY
ADDRESS AVAILABLE UPON REQUEST

KEATING, URSULA
ADDRESS AVAILABLE UPON REQUEST

KEATNS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KEATON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KEATON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KEATON, JAY
ADDRESS AVAILABLE UPON REQUEST

KEATON, MIKAILA
ADDRESS AVAILABLE UPON REQUEST

KEATTS, JANET
ADDRESS AVAILABLE UPON REQUEST

KEATTS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

KEATTS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

KEAVENEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KEAVENY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KEAYS, MADYSON
ADDRESS AVAILABLE UPON REQUEST

KEBANLI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KEBEDE, ABEBE
ADDRESS AVAILABLE UPON REQUEST

KECES, NATASHA
ADDRESS AVAILABLE UPON REQUEST

KECHELY, DEBI
ADDRESS AVAILABLE UPON REQUEST

KECHRIS, DEMETRIOS
ADDRESS AVAILABLE UPON REQUEST

KECK, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

KECK, DAVID
ADDRESS AVAILABLE UPON REQUEST

KECK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KECK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KECK, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

KECK, LISA
ADDRESS AVAILABLE UPON REQUEST

KECK, SARA
ADDRESS AVAILABLE UPON REQUEST

KECK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KECK, VANESSA
ADDRESS AVAILABLE UPON REQUEST

KECMER, PAULINE
ADDRESS AVAILABLE UPON REQUEST

KECSKES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KEDDIE, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

KEDORA, DIANA
ADDRESS AVAILABLE UPON REQUEST

KEDROSKE, KIRBY
ADDRESS AVAILABLE UPON REQUEST

KEDY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KEE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

KEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEE, TERRY
ADDRESS AVAILABLE UPON REQUEST

KEEBLER, EMELY
ADDRESS AVAILABLE UPON REQUEST

KEEBLER, GENA
ADDRESS AVAILABLE UPON REQUEST

KEEBLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KEECH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KEEFE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KEEFE, JESSI
ADDRESS AVAILABLE UPON REQUEST

KEEFE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KEEFE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KEEFE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KEEFER, AIDAN
ADDRESS AVAILABLE UPON REQUEST

KEEFER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEEFER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KEEFER, SAGE
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, ALAN
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, CARLENE
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, KULRAVEE
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, MAXFIELD
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KEEGAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

KEEHAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

KEEHAN, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

KEEHAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KEEHN, KD
ADDRESS AVAILABLE UPON REQUEST

KEEL, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KEEL, ERICA
ADDRESS AVAILABLE UPON REQUEST

KEEL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

KEEL, LORENE
ADDRESS AVAILABLE UPON REQUEST

KEEL, MELODY
ADDRESS AVAILABLE UPON REQUEST

KEELER, BRECCA
ADDRESS AVAILABLE UPON REQUEST

KEELER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KEELER, CAPRIANNA
ADDRESS AVAILABLE UPON REQUEST

KEELER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEELER, KATE
ADDRESS AVAILABLE UPON REQUEST

KEELER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

KEELER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KEELER, RUTH
ADDRESS AVAILABLE UPON REQUEST

KEELER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEELEY, KRIS
ADDRESS AVAILABLE UPON REQUEST

KEELING, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KEELING, ERIN
ADDRESS AVAILABLE UPON REQUEST

KEELING, JAMES
ADDRESS AVAILABLE UPON REQUEST

KEELING, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KEELING, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KEELING, RICHMOND
ADDRESS AVAILABLE UPON REQUEST

KEELTY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KEELTY, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

KEELY WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

KEEN IO
ADDRESS UNAVAILABLE AT TIME OF FILING

KEEN, ABBI
ADDRESS AVAILABLE UPON REQUEST

KEEN, AMY
ADDRESS AVAILABLE UPON REQUEST

KEEN, ANITA
ADDRESS AVAILABLE UPON REQUEST

KEEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

KEEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KEEN, IRIS
ADDRESS AVAILABLE UPON REQUEST

KEEN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KEEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KEEN, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

KEEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

KEEN, WALT
ADDRESS AVAILABLE UPON REQUEST

KEEN.IO
ADDRESS UNAVAILABLE AT TIME OF FILING

KEENA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEENA, LINDA
ADDRESS AVAILABLE UPON REQUEST

KEENAGHAN, KARA
ADDRESS AVAILABLE UPON REQUEST

KEENAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KEENAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

KEENAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KEENAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KEENAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

KEENAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

KEENAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEENAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

KEENAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KEENAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KEENAN, LIANE
ADDRESS AVAILABLE UPON REQUEST

KEENAN, LISA
ADDRESS AVAILABLE UPON REQUEST

KEENAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KEENAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KEENAN, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

KEENAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

KEENAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

KEENAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KEENE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KEENE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KEENE, CELEY
ADDRESS AVAILABLE UPON REQUEST

KEENE, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEENE, LINDA
ADDRESS AVAILABLE UPON REQUEST

KEENE, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

KEENE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KEENER, DAVID
ADDRESS AVAILABLE UPON REQUEST

KEENER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KEENER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KEENER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KEENER, SHANE
ADDRESS AVAILABLE UPON REQUEST

KEENEY PARKS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KEENEY, ADAM
ADDRESS AVAILABLE UPON REQUEST

KEENEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

KEENEY, AMY
ADDRESS AVAILABLE UPON REQUEST

KEENEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KEENEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KEENEY, REGINA
ADDRESS AVAILABLE UPON REQUEST

KEENHOLD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KEEP HOLDINGS, INC.
261 MADISON AVE. 9TH FLOOR
NEW YORK, NY  10016

KEES, GLORIBEL
ADDRESS AVAILABLE UPON REQUEST

KEESE, MEKENZIE
ADDRESS AVAILABLE UPON REQUEST

KEESEE, RODNEY
ADDRESS AVAILABLE UPON REQUEST

KEESTER, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KEETCH, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KEETON, ABBEY
ADDRESS AVAILABLE UPON REQUEST

KEETON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KEETON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KEETON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KEEVE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KEEVEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

KEEVEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEFALAS, GIANNA
ADDRESS AVAILABLE UPON REQUEST

KEFALOINKAS, LIA
ADDRESS AVAILABLE UPON REQUEST

KEFFEL, CAROL
ADDRESS AVAILABLE UPON REQUEST

KEFFER, ROHY
ADDRESS AVAILABLE UPON REQUEST

KEFFER, ROHY
ADDRESS AVAILABLE UPON REQUEST

KEFT, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

KEGAN, NED
ADDRESS AVAILABLE UPON REQUEST

KEGERIS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KEGERIS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

KEGGINS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

KEGHAN R HURST
ADDRESS AVAILABLE UPON REQUEST

KEGLER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

KEGLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KEGWORKS
ADDRESS UNAVAILABLE AT TIME OF FILING

KEHLENBECK, DEVYN
ADDRESS AVAILABLE UPON REQUEST

KEHM, TRACI
ADDRESS AVAILABLE UPON REQUEST

KEHNEMUI, SHARON
ADDRESS AVAILABLE UPON REQUEST

KEHOE, IDA
ADDRESS AVAILABLE UPON REQUEST

KEHOE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEHOE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KEHOE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KEHOE, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEHRER, BETH
ADDRESS AVAILABLE UPON REQUEST

KEHRLI, EILEEN
ADDRESS AVAILABLE UPON REQUEST

KEHRLI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KEI, NATHAN
ADDRESS AVAILABLE UPON REQUEST

KEICH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KEIDRA D CHANEY
ADDRESS AVAILABLE UPON REQUEST

KEIGHER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KEIGHLEY, MARTIN
ADDRESS AVAILABLE UPON REQUEST

KEIL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KEIL, KATARINA
ADDRESS AVAILABLE UPON REQUEST

KEIL, KIM
ADDRESS AVAILABLE UPON REQUEST

KEIL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

KEILA CROSBY
ADDRESS AVAILABLE UPON REQUEST

KEILA, LORRIE
ADDRESS AVAILABLE UPON REQUEST

KEILER, AMY
ADDRESS AVAILABLE UPON REQUEST

KEILER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEILLOR, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KEILLOR, HALEY
ADDRESS AVAILABLE UPON REQUEST

KEILMAN, CICI
ADDRESS AVAILABLE UPON REQUEST

KEIM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KEIM, HELEN
ADDRESS AVAILABLE UPON REQUEST

KEIM, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEIM, TED
ADDRESS AVAILABLE UPON REQUEST

KEIM, TRACY
ADDRESS AVAILABLE UPON REQUEST

KEINER, MARIE
ADDRESS AVAILABLE UPON REQUEST

KEIPER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KEIR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KEIR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KEIRSTEAD, GEORGEANNE
ADDRESS AVAILABLE UPON REQUEST

KEISER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KEISER, RITA
ADDRESS AVAILABLE UPON REQUEST

KEISHA AVILES
ADDRESS AVAILABLE UPON REQUEST

KEISHA CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

KEISKI, EMMA
ADDRESS AVAILABLE UPON REQUEST

KEISLING, TUCKER
ADDRESS AVAILABLE UPON REQUEST

KEISS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KEISUKE NATSUME
ADDRESS AVAILABLE UPON REQUEST

KEITH BINAM
ADDRESS AVAILABLE UPON REQUEST

KEITH CORVIN
ADDRESS AVAILABLE UPON REQUEST

KEITH D BARGA
ADDRESS AVAILABLE UPON REQUEST

KEITH HADLEY CONSULTING, LTD
509 BRYANT AVE
GLEN ELLYN, IL 60137

KEITH HALE
ADDRESS AVAILABLE UPON REQUEST

KEITH KINSEY
ADDRESS AVAILABLE UPON REQUEST

KEITH LASSITER
ADDRESS AVAILABLE UPON REQUEST

KEITH NATION
ADDRESS AVAILABLE UPON REQUEST

KEITH RADZIK
ADDRESS AVAILABLE UPON REQUEST

KEITH SPLAWN
ADDRESS AVAILABLE UPON REQUEST

KEITH WILLIAM LEMCKE
ADDRESS AVAILABLE UPON REQUEST

KEITH WONG
ADDRESS AVAILABLE UPON REQUEST

KEITH YOUNG
ADDRESS AVAILABLE UPON REQUEST

KEITH YOUNG
ADDRESS AVAILABLE UPON REQUEST

KEITH, ABBIGAIL
ADDRESS AVAILABLE UPON REQUEST

KEITH, AKAYLA
ADDRESS AVAILABLE UPON REQUEST

KEITH, BERNIE
ADDRESS AVAILABLE UPON REQUEST

KEITH, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

KEITH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KEITH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KEITH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KEITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

KEITH, DAWN
ADDRESS AVAILABLE UPON REQUEST

KEITH, DERA
ADDRESS AVAILABLE UPON REQUEST

KEITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEITH, HELEN
ADDRESS AVAILABLE UPON REQUEST

KEITH, IAIN
ADDRESS AVAILABLE UPON REQUEST

KEITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KEITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEITH, LORI
ADDRESS AVAILABLE UPON REQUEST

KEITH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KEITH, MONICA
ADDRESS AVAILABLE UPON REQUEST

KEITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KEITH, REGINA
ADDRESS AVAILABLE UPON REQUEST

KEITH, RYAN
ADDRESS AVAILABLE UPON REQUEST

KEITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KEITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KEITH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KEITH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KEITH, TONYA
ADDRESS AVAILABLE UPON REQUEST

KEITH, TRACI
ADDRESS AVAILABLE UPON REQUEST

KEIZUR, CRAIG
ADDRESS AVAILABLE UPON REQUEST

KEKAHBAH, MERAENDA
ADDRESS AVAILABLE UPON REQUEST

KEKLLAS, MARY JO
ADDRESS AVAILABLE UPON REQUEST

KEKST, PAMELA
ADDRESS AVAILABLE UPON REQUEST

KEKSTADT, JACK
ADDRESS AVAILABLE UPON REQUEST

KEKUEWA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KELAND, KAREN ONNOLEE
ADDRESS AVAILABLE UPON REQUEST

KELATI, YOBIEL
ADDRESS AVAILABLE UPON REQUEST

KELCEY FISHER (KFISH)
ADDRESS AVAILABLE UPON REQUEST

KELCEY FISHER (KFISH)
ADDRESS AVAILABLE UPON REQUEST

KELDER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KELDERMAN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

KELEGHAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

KELEHER, DANA
ADDRESS AVAILABLE UPON REQUEST

KELEHER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

KELEMEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELESHIAN, CARY
ADDRESS AVAILABLE UPON REQUEST

KELFER, ADAM
ADDRESS AVAILABLE UPON REQUEST

KELIINOI, STACIE
ADDRESS AVAILABLE UPON REQUEST

KELKAR, NEIL
ADDRESS AVAILABLE UPON REQUEST

KELKAR, RUCHA
ADDRESS AVAILABLE UPON REQUEST

KELLA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KELLAM, DONNA
ADDRESS AVAILABLE UPON REQUEST

KELLAM, JOSH
ADDRESS AVAILABLE UPON REQUEST

KELLAR, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

KELLAR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KELLAR, STACEY
ADDRESS AVAILABLE UPON REQUEST

KELLAR, TESSA
ADDRESS AVAILABLE UPON REQUEST

KELLAS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, CORINNE
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, MACKENNA
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, MADISON
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, MARY
ADDRESS AVAILABLE UPON REQUEST

KELLEHER, RHYAN
ADDRESS AVAILABLE UPON REQUEST

KELLEMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELLEN NEWHOUSE
ADDRESS AVAILABLE UPON REQUEST

KELLEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

KELLENBERGER, DOUG
ADDRESS AVAILABLE UPON REQUEST

KELLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KELLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELLER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KELLER, CELIA
ADDRESS AVAILABLE UPON REQUEST

KELLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KELLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KELLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KELLER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KELLER, CLINT
ADDRESS AVAILABLE UPON REQUEST

KELLER, COLETTE
ADDRESS AVAILABLE UPON REQUEST

KELLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KELLER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KELLER, DAEGON THE BIG BOY
ADDRESS AVAILABLE UPON REQUEST

KELLER, DAN
ADDRESS AVAILABLE UPON REQUEST

KELLER, DANA
ADDRESS AVAILABLE UPON REQUEST

KELLER, DEENA
ADDRESS AVAILABLE UPON REQUEST

KELLER, DONOVAN
ADDRESS AVAILABLE UPON REQUEST

KELLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KELLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLER, GRACE
ADDRESS AVAILABLE UPON REQUEST

KELLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

KELLER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

KELLER, JASON
ADDRESS AVAILABLE UPON REQUEST

KELLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

KELLER, JEN
ADDRESS AVAILABLE UPON REQUEST

KELLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KELLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KELLER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KELLER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KELLER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KELLER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

KELLER, KAREN
ADDRESS AVAILABLE UPON REQUEST

KELLER, KAREN
ADDRESS AVAILABLE UPON REQUEST

KELLER, KATE
ADDRESS AVAILABLE UPON REQUEST

KELLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KELLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KELLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KELLER, KERYN
ADDRESS AVAILABLE UPON REQUEST

KELLER, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

KELLER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

KELLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLER, LISA
ADDRESS AVAILABLE UPON REQUEST

KELLER, MALLORI
ADDRESS AVAILABLE UPON REQUEST

KELLER, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

KELLER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KELLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KELLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KELLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KELLER, SARA
ADDRESS AVAILABLE UPON REQUEST

KELLER, SCIERRA
ADDRESS AVAILABLE UPON REQUEST

KELLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KELLER, TARYN
ADDRESS AVAILABLE UPON REQUEST

KELLER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

KELLER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KELLERHOUSE, ELISA
ADDRESS AVAILABLE UPON REQUEST

KELLERHOUSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLERMAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KELLERMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KELLERMAN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

KELLETT, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ANN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, BREANNA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KELLEY, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

KELLEY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, CALEB
ADDRESS AVAILABLE UPON REQUEST

KELLEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, CHAZ
ADDRESS AVAILABLE UPON REQUEST

KELLEY, CHESLEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, DOLORES
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ELIANE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, HALEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ISAMAR
ADDRESS AVAILABLE UPON REQUEST

KELLEY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, JAIME
ADDRESS AVAILABLE UPON REQUEST

KELLEY, JAY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, JENIKA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KENNETH
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LOUISE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, LUDA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KELLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KELLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, RESSA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KELLEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, TEALE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, TERRANCE
ADDRESS AVAILABLE UPON REQUEST

KELLEY, TESSA
ADDRESS AVAILABLE UPON REQUEST

KELLEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KELLEY, TUCKER
ADDRESS AVAILABLE UPON REQUEST

KELLI FINN
ADDRESS AVAILABLE UPON REQUEST

KELLI GRIMM
ADDRESS AVAILABLE UPON REQUEST

KELLI MARIE YEAGER
ADDRESS AVAILABLE UPON REQUEST

KELLI SPARKS
ADDRESS AVAILABLE UPON REQUEST

KELLI STREBIN
ADDRESS AVAILABLE UPON REQUEST

KELLIE ANNE BARTHOLOMEW
ADDRESS AVAILABLE UPON REQUEST

KELLIE JOHNSICK
ADDRESS AVAILABLE UPON REQUEST

KELLIE MCNAMARA
ADDRESS AVAILABLE UPON REQUEST

KELLIE MULLINAX
ADDRESS AVAILABLE UPON REQUEST

KELLIHER, CAIT
ADDRESS AVAILABLE UPON REQUEST

KELLIHER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KELLIHER, CURTIS
ADDRESS AVAILABLE UPON REQUEST

KELLIHER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KELLING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KELLLY REEVES
ADDRESS AVAILABLE UPON REQUEST

KELLMAN, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

KELLMAN, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

KELLNER, DANA
ADDRESS AVAILABLE UPON REQUEST

KELLNER, DEANNE
ADDRESS AVAILABLE UPON REQUEST

KELLNER, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KELLNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, BETH
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, JENNY
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, MARY
ADDRESS AVAILABLE UPON REQUEST

KELLOGG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KELLOWAY, APRIL
ADDRESS AVAILABLE UPON REQUEST

KELLUM, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KELLUM, MILES
ADDRESS AVAILABLE UPON REQUEST

KELLY ARROTTI
ADDRESS AVAILABLE UPON REQUEST

KELLY B BAKER
ADDRESS AVAILABLE UPON REQUEST

KELLY BENDER
ADDRESS AVAILABLE UPON REQUEST

KELLY BERGE
ADDRESS AVAILABLE UPON REQUEST

KELLY BRAUD
ADDRESS AVAILABLE UPON REQUEST

KELLY BUCHHEIT
ADDRESS AVAILABLE UPON REQUEST

KELLY DESGROSSEILLIERS
ADDRESS AVAILABLE UPON REQUEST

KELLY DEVLIN
ADDRESS AVAILABLE UPON REQUEST

KELLY DYE
ADDRESS AVAILABLE UPON REQUEST

KELLY ERIN DEVLIN
ADDRESS AVAILABLE UPON REQUEST

KELLY HOLDER
ADDRESS AVAILABLE UPON REQUEST

KELLY J STORCK
ADDRESS AVAILABLE UPON REQUEST

KELLY JARZOMBEK
ADDRESS AVAILABLE UPON REQUEST

KELLY KAMSTRA
ADDRESS AVAILABLE UPON REQUEST

KELLY KIRBY ANKLE
ADDRESS AVAILABLE UPON REQUEST

KELLY KONIKOWSKI
ADDRESS AVAILABLE UPON REQUEST

KELLY L MARINKOVICH
ADDRESS AVAILABLE UPON REQUEST

KELLY LEONARD
ADDRESS AVAILABLE UPON REQUEST

KELLY LYNCH
ADDRESS AVAILABLE UPON REQUEST

KELLY MORIARTY
ADDRESS AVAILABLE UPON REQUEST

KELLY NOE
ADDRESS AVAILABLE UPON REQUEST

KELLY PARK
ADDRESS AVAILABLE UPON REQUEST

KELLY PUVOGEL
ADDRESS AVAILABLE UPON REQUEST

KELLY SCHMIDT KENEFICK
ADDRESS AVAILABLE UPON REQUEST

KELLY SEGARS
ADDRESS AVAILABLE UPON REQUEST

KELLY STAM
ADDRESS AVAILABLE UPON REQUEST

KELLY STRACK
ADDRESS AVAILABLE UPON REQUEST

KELLY THOMPSON, KEISHA
ADDRESS AVAILABLE UPON REQUEST

KELLY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KELLY, ADAM
ADDRESS AVAILABLE UPON REQUEST

KELLY, ADAM
ADDRESS AVAILABLE UPON REQUEST

KELLY, AINSLEY
ADDRESS AVAILABLE UPON REQUEST

KELLY, ALEX
ADDRESS AVAILABLE UPON REQUEST

KELLY, ALLI
ADDRESS AVAILABLE UPON REQUEST

KELLY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KELLY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KELLY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KELLY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KELLY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KELLY, ANNE
ADDRESS AVAILABLE UPON REQUEST

KELLY, ARLENE
ADDRESS AVAILABLE UPON REQUEST

KELLY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELLY, AVERY
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRENDAN & MIKA
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRYNN
ADDRESS AVAILABLE UPON REQUEST

KELLY, BRYNNE
ADDRESS AVAILABLE UPON REQUEST

KELLY, CARL
ADDRESS AVAILABLE UPON REQUEST

KELLY, CARLOS
ADDRESS AVAILABLE UPON REQUEST

KELLY, CARMEN
ADDRESS AVAILABLE UPON REQUEST

KELLY, CAROLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, CARON
ADDRESS AVAILABLE UPON REQUEST

KELLY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KELLY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KELLY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KELLY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KELLY, DANA
ADDRESS AVAILABLE UPON REQUEST

KELLY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, DEJON
ADDRESS AVAILABLE UPON REQUEST

KELLY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

KELLY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

KELLY, DEVIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, DIANA
ADDRESS AVAILABLE UPON REQUEST

KELLY, DILLON
ADDRESS AVAILABLE UPON REQUEST

KELLY, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

KELLY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

KELLY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KELLY, ELOISE
ADDRESS AVAILABLE UPON REQUEST

KELLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, FIONA
ADDRESS AVAILABLE UPON REQUEST

KELLY, HALEY
ADDRESS AVAILABLE UPON REQUEST

KELLY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KELLY, HELENE
ADDRESS AVAILABLE UPON REQUEST

KELLY, HOPE
ADDRESS AVAILABLE UPON REQUEST

KELLY, IREENE
ADDRESS AVAILABLE UPON REQUEST

KELLY, IRENE
ADDRESS AVAILABLE UPON REQUEST

KELLY, J
ADDRESS AVAILABLE UPON REQUEST

KELLY, JACK
ADDRESS AVAILABLE UPON REQUEST

KELLY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JAMES
ADDRESS AVAILABLE UPON REQUEST

KELLY, JAMES
ADDRESS AVAILABLE UPON REQUEST

KELLY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JASON
ADDRESS AVAILABLE UPON REQUEST

KELLY, JB
ADDRESS AVAILABLE UPON REQUEST

KELLY, JEAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, JEAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KELLY, JENNY
ADDRESS AVAILABLE UPON REQUEST

KELLY, JESS
ADDRESS AVAILABLE UPON REQUEST

KELLY, JOAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, JOE & CONNIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JOE & MARIA
ADDRESS AVAILABLE UPON REQUEST

KELLY, JOE
ADDRESS AVAILABLE UPON REQUEST

KELLY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATE
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATE
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATELIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KELLY, KAYTLIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KEIRA
ADDRESS AVAILABLE UPON REQUEST

KELLY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

KELLY, KERBY
ADDRESS AVAILABLE UPON REQUEST

KELLY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KIM
ADDRESS AVAILABLE UPON REQUEST

KELLY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KELLY, LAKIN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LANCE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

KELLY, LENORE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LEXIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LINDA
ADDRESS AVAILABLE UPON REQUEST

KELLY, LIQUIDATEDFLESHHOTMAIL.COM
ADDRESS AVAILABLE UPON REQUEST

KELLY, LISA MARIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LISA
ADDRESS AVAILABLE UPON REQUEST

KELLY, LISA
ADDRESS AVAILABLE UPON REQUEST

KELLY, LORI
ADDRESS AVAILABLE UPON REQUEST

KELLY, LOUISE
ADDRESS AVAILABLE UPON REQUEST

KELLY, LYNCH,
ADDRESS AVAILABLE UPON REQUEST

KELLY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KELLY, MAIDA
ADDRESS AVAILABLE UPON REQUEST

KELLY, MAKENA
ADDRESS AVAILABLE UPON REQUEST

KELLY, MARDELL
ADDRESS AVAILABLE UPON REQUEST

KELLY, MARIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, MARY
ADDRESS AVAILABLE UPON REQUEST

KELLY, MARY
ADDRESS AVAILABLE UPON REQUEST

KELLY, MARY
ADDRESS AVAILABLE UPON REQUEST

KELLY, MASON
ADDRESS AVAILABLE UPON REQUEST

KELLY, MATT
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEG
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KELLY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KELLY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KELLY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KELLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, MINDY
ADDRESS AVAILABLE UPON REQUEST

KELLY, MOMMA
ADDRESS AVAILABLE UPON REQUEST

KELLY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

KELLY, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

KELLY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KELLY, PARKER
ADDRESS AVAILABLE UPON REQUEST

KELLY, PAT
ADDRESS AVAILABLE UPON REQUEST

KELLY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KELLY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KELLY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KELLY, PATTY
ADDRESS AVAILABLE UPON REQUEST

KELLY, PAUL V
ADDRESS AVAILABLE UPON REQUEST

KELLY, PAUL
ADDRESS AVAILABLE UPON REQUEST

KELLY, QUINCI
ADDRESS AVAILABLE UPON REQUEST

KELLY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KELLY, REGAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, SADIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KELLY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KELLY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KELLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KELLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KELLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KELLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KELLY, SARAH-KATE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHARON
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHAWDARE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHAWNTAY
ADDRESS AVAILABLE UPON REQUEST

KELLY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KELLY, SIMMI
ADDRESS AVAILABLE UPON REQUEST

KELLY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUSIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

KELLY, SUZIE
ADDRESS AVAILABLE UPON REQUEST

KELLY, TARA
ADDRESS AVAILABLE UPON REQUEST

KELLY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KELLY, TRINA
ADDRESS AVAILABLE UPON REQUEST

KELLY, TRISH
ADDRESS AVAILABLE UPON REQUEST

KELLY, TYLER
ADDRESS AVAILABLE UPON REQUEST

KELLY, VICKI
ADDRESS AVAILABLE UPON REQUEST

KELLY, WALTER
ADDRESS AVAILABLE UPON REQUEST

KELLY, WALTER
ADDRESS AVAILABLE UPON REQUEST

KELLY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KELLY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KELLYALTHOUSE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KELLY-FIERRO, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KELLY-LAVIOLETTE, DARCY
ADDRESS AVAILABLE UPON REQUEST

KELLY-RUSSO, BEL
ADDRESS AVAILABLE UPON REQUEST

KELLYS PLACE
ADDRESS AVAILABLE UPON REQUEST

KELM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KELM, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KELM, SARA
ADDRESS AVAILABLE UPON REQUEST

KELM, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KELMAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

KELMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KELMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KELMANSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

KELNIK, OLGA
ADDRESS AVAILABLE UPON REQUEST

KELSAY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KELSEY ANDERSON
ADDRESS AVAILABLE UPON REQUEST

KELSEY ANN BURKHARDT PARR
ADDRESS AVAILABLE UPON REQUEST

KELSEY ANNE SILVA
ADDRESS AVAILABLE UPON REQUEST

KELSEY BURD
ADDRESS AVAILABLE UPON REQUEST

KELSEY FRYDL
ADDRESS AVAILABLE UPON REQUEST

KELSEY KAM
ADDRESS AVAILABLE UPON REQUEST

KELSEY LAMBERT
ADDRESS AVAILABLE UPON REQUEST

KELSEY REED
ADDRESS AVAILABLE UPON REQUEST

KELSEY SCERRA
ADDRESS AVAILABLE UPON REQUEST

KELSEY VANDEN AVOND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KELSEY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

KELSEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

KELSEY, JOAN
ADDRESS AVAILABLE UPON REQUEST

KELSEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

KELSEY, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

KELSEYBASSETT, BRITTA
ADDRESS AVAILABLE UPON REQUEST

KELSH, DONNA
ADDRESS AVAILABLE UPON REQUEST

KELSH, KENDAL
ADDRESS AVAILABLE UPON REQUEST

KELSO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KELSO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KELSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

KELSON, ILYSSA
ADDRESS AVAILABLE UPON REQUEST

KELTER, MIA
ADDRESS AVAILABLE UPON REQUEST

KELTERBORN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KELTING, CASEY
ADDRESS AVAILABLE UPON REQUEST

KELTNER, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

KELTNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KELTY, EMILY
ADDRESS AVAILABLE UPON REQUEST

KELTY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KELTZ, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

KELVIN BATISTE
ADDRESS AVAILABLE UPON REQUEST

KELVIN, MISCHO,
ADDRESS AVAILABLE UPON REQUEST

KELY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEMAK, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

KEMALYAN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KEMBLE, AARON
ADDRESS AVAILABLE UPON REQUEST

KEMBLE, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

KEMERER, HOPE
ADDRESS AVAILABLE UPON REQUEST

KEMERLING, PAUL
ADDRESS AVAILABLE UPON REQUEST

KEMMERER, PETER
ADDRESS AVAILABLE UPON REQUEST

KEMMERLY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KEMMET, KATE
ADDRESS AVAILABLE UPON REQUEST

KEMNA, PAGE
ADDRESS AVAILABLE UPON REQUEST

KEMNER, H
ADDRESS AVAILABLE UPON REQUEST

KEMP, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KEMP, ANNE
ADDRESS AVAILABLE UPON REQUEST

KEMP, APRIL
ADDRESS AVAILABLE UPON REQUEST

KEMP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KEMP, CASSAUNDRA
ADDRESS AVAILABLE UPON REQUEST

KEMP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KEMP, DAWN
ADDRESS AVAILABLE UPON REQUEST

KEMP, EMILY
ADDRESS AVAILABLE UPON REQUEST

KEMP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KEMP, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

KEMP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KEMP, KELLEE
ADDRESS AVAILABLE UPON REQUEST

KEMP, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEMP, KURT
ADDRESS AVAILABLE UPON REQUEST

KEMP, MARIE
ADDRESS AVAILABLE UPON REQUEST

KEMP, MARY
ADDRESS AVAILABLE UPON REQUEST

KEMP, MARYLYNN
ADDRESS AVAILABLE UPON REQUEST

KEMP, MAY
ADDRESS AVAILABLE UPON REQUEST

KEMP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KEMP, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

KEMP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KEMP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KEMP, PAGE
ADDRESS AVAILABLE UPON REQUEST

KEMP, SAM
ADDRESS AVAILABLE UPON REQUEST

KEMP, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEMPEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KEMPER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

KEMPER, JACOB
ADDRESS AVAILABLE UPON REQUEST

KEMPER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KEMPER, JERRY
ADDRESS AVAILABLE UPON REQUEST

KEMPERMANN, AMBER
ADDRESS AVAILABLE UPON REQUEST

KEMPF, ERIC
ADDRESS AVAILABLE UPON REQUEST

KEMPF, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KEMPIAK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KEMP-JACKSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KEMPLE, BETTYE
ADDRESS AVAILABLE UPON REQUEST

KEMPLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEMRER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KEN & COOK
ADDRESS UNAVAILABLE AT TIME OF FILING

KEN MCRATH
ADDRESS AVAILABLE UPON REQUEST

KENAGA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KENAS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KENAT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KENAWELL, ALICE
ADDRESS AVAILABLE UPON REQUEST

KENAZ-MARA, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KENCEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

KENCK-CRISPIN, MALEE
ADDRESS AVAILABLE UPON REQUEST

KENDAGOR, JOANNA
ADDRESS AVAILABLE UPON REQUEST

KENDALL FARMS
6851A VAN BELLE RD
SUNNYSIDE, WA  98944

KENDALL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KENDALL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KENDALL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KENDALL, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

KENDALL, CATE
ADDRESS AVAILABLE UPON REQUEST

KENDALL, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KENDALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

KENDALL, GREG
ADDRESS AVAILABLE UPON REQUEST

KENDALL, MARY
ADDRESS AVAILABLE UPON REQUEST

KENDALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KENDALL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

KENDALL, SIDNI
ADDRESS AVAILABLE UPON REQUEST

KENDALL, TUANY
ADDRESS AVAILABLE UPON REQUEST

KENDALLGILMORE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KENDELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KENDERJIAN, MERI
ADDRESS AVAILABLE UPON REQUEST

KENDIG, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

KENDIG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KENDRA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

KENDRA ELIZABETH JABLONSKI
ADDRESS AVAILABLE UPON REQUEST

KENDRA KOSKI
ADDRESS AVAILABLE UPON REQUEST

KENDRA SWY
ADDRESS AVAILABLE UPON REQUEST

KENDRA, JESSI-DEE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK DAVID ANDERSON
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, BARBIE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, CORINNE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, DAVID
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, GINA
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, JOAN
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KENDRICK, SANDY
ADDRESS AVAILABLE UPON REQUEST

KENDRID MAYS
ADDRESS AVAILABLE UPON REQUEST

KENDRIOSKI, NATASHA
ADDRESS AVAILABLE UPON REQUEST

KENEALLY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

KENEALY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KENEALY, MO
ADDRESS AVAILABLE UPON REQUEST

KENEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KENERSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

KENEVAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KENEVEN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KENGOR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KENGOR, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

KENIK, LARA JANE
ADDRESS AVAILABLE UPON REQUEST

KENIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KENKEL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KENKEL, ROBYN
ADDRESS AVAILABLE UPON REQUEST

KENNA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KENNA, YANCEY
ADDRESS AVAILABLE UPON REQUEST

KENNAI GRUNIG, KELLY
ADDRESS AVAILABLE UPON REQUEST

KENNARD, ANNA
ADDRESS AVAILABLE UPON REQUEST

KENNARD, EMERIC
ADDRESS AVAILABLE UPON REQUEST

KENNARD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

KENNARD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KENNAW, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KENNEALLY, JOHN
ADDRESS AVAILABLE UPON REQUEST

KENNEALLY, KELLY
ADDRESS AVAILABLE UPON REQUEST

KENNEALLY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ABBY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ADDISON
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ALAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ALANNA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ALI
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ALISON
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ANN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ANNA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, BREANA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, BREANNA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CINDY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CLARE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CORRIANNE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, CURT
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DANA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DANA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DAVID
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DAVID
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DAVID
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, DONYELLE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ELLIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ERICA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ERICA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GRACE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GRACE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GRACE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GRAZYNA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GREG
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GREG
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GREG
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, GWEN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, IRIS
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JILL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JOHN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JOHN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KARLA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KATIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KATIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KAYLAH
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KELLY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, KYLE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LARISSA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LATRESHA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LAURA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, LIZ
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MAIRE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MARA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MARK
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MARY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MATHEW
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MERYL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MIKE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, MYKAH
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, NANCY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, NANCY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, NELL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, PAUL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RAYSHELLE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RENEE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, RYAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SARA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SARA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SCOTT J.
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SHARON
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SHAUN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SHELLY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TARA
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TED
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, TRACY
ADDRESS AVAILABLE UPON REQUEST

KENNEDY, YVIE
ADDRESS AVAILABLE UPON REQUEST

KENNEDY-PAIGE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KENNEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KENNEL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KENNELL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KENNELLY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KENNEMER, JANET
ADDRESS AVAILABLE UPON REQUEST

KENNERKNECHT, AVERY
ADDRESS AVAILABLE UPON REQUEST

KENNERSON, AYANA
ADDRESS AVAILABLE UPON REQUEST

KENNETH A LAUBER
ADDRESS AVAILABLE UPON REQUEST

KENNETH ALAN LOCKE
ADDRESS AVAILABLE UPON REQUEST

KENNETH BAKER
ADDRESS AVAILABLE UPON REQUEST

KENNETH DAVID FERNANDEZ PRADA
ADDRESS AVAILABLE UPON REQUEST

KENNETH EUGENE GOLISH
ADDRESS AVAILABLE UPON REQUEST

KENNETH F ALDEN
ADDRESS AVAILABLE UPON REQUEST

KENNETH GIBSON
ADDRESS AVAILABLE UPON REQUEST

KENNETH HAYES
ADDRESS AVAILABLE UPON REQUEST

KENNETH J SHEEDY
ADDRESS AVAILABLE UPON REQUEST

KENNETH JAMES STEEDEN
ADDRESS AVAILABLE UPON REQUEST

KENNETH JOHNSON
ADDRESS AVAILABLE UPON REQUEST

KENNETH L CURTIS
ADDRESS AVAILABLE UPON REQUEST

KENNETH L TULLIS
ADDRESS AVAILABLE UPON REQUEST

KENNETH LAVELY
ADDRESS AVAILABLE UPON REQUEST

KENNETH LENZ
ADDRESS AVAILABLE UPON REQUEST

KENNETH LEWIS HOUTING
ADDRESS AVAILABLE UPON REQUEST

KENNETH LINNEMAN
ADDRESS AVAILABLE UPON REQUEST

KENNETH LOHWASSER
ADDRESS AVAILABLE UPON REQUEST

KENNETH M LAZZARONI
ADDRESS AVAILABLE UPON REQUEST

KENNETH MAESE
ADDRESS AVAILABLE UPON REQUEST

KENNETH MANCUSO
ADDRESS AVAILABLE UPON REQUEST

KENNETH MANCUSO
ADDRESS AVAILABLE UPON REQUEST

KENNETH MEDLEY
ADDRESS AVAILABLE UPON REQUEST

KENNETH R WEHAR
ADDRESS AVAILABLE UPON REQUEST

KENNETH ROSS WHITE
ADDRESS AVAILABLE UPON REQUEST

KENNETH S LIKITPRAKONG
ADDRESS AVAILABLE UPON REQUEST

KENNETH S LIKITPRAKONG
ADDRESS AVAILABLE UPON REQUEST

KENNETH SHOCKLEY
ADDRESS AVAILABLE UPON REQUEST

KENNETH W HAMMERMAN
ADDRESS AVAILABLE UPON REQUEST

KENNETT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KENNETT, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

KENNETT, DENIELLE
ADDRESS AVAILABLE UPON REQUEST

KENNEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KENNEY, AMY
ADDRESS AVAILABLE UPON REQUEST

KENNEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KENNEY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

KENNEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KENNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

KENNEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KENNEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KENNEY, JOE
ADDRESS AVAILABLE UPON REQUEST

KENNEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

KENNEY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KENNEY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KENNEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KENNEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

KENNEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KENNEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

KENNEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KENNEY, SHARI
ADDRESS AVAILABLE UPON REQUEST

KENNEY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KENNEY, STEPHANI
ADDRESS AVAILABLE UPON REQUEST

KENNICUTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KENNIEL, TAREN
ADDRESS AVAILABLE UPON REQUEST

KENNIHAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KENNING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KENNINGTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

KENNIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KENNISON, COLE
ADDRESS AVAILABLE UPON REQUEST

KENNISON, HALEY
ADDRESS AVAILABLE UPON REQUEST

KENNON, ILISSA
ADDRESS AVAILABLE UPON REQUEST

KENNY HUANG
ADDRESS AVAILABLE UPON REQUEST

KENNY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KENNY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KENNY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KENNY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KENNY, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

KENNY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KENNY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KENNY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KENNY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

KENNY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KENNY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KENNY, STEVE
ADDRESS AVAILABLE UPON REQUEST

KENNY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KENOYER, MARLEAH
ADDRESS AVAILABLE UPON REQUEST

KENRICK, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

KENSEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KENSEY, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

KENSIL J DICKINSON
ADDRESS AVAILABLE UPON REQUEST

KENSINGTON GREY AGENCY INC.
51 KINGS PARK BLVD
TORONTO, ON  M4J 2B9
CANADA

KENT ANDREW GRIMSRUD
ADDRESS AVAILABLE UPON REQUEST

KENT KOFOED
ADDRESS AVAILABLE UPON REQUEST

KENT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KENT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KENT, CALLAHAN
ADDRESS AVAILABLE UPON REQUEST

KENT, CANDICE
ADDRESS AVAILABLE UPON REQUEST

KENT, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

KENT, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KENT, DEEANNA
ADDRESS AVAILABLE UPON REQUEST

KENT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KENT, GIANNA
ADDRESS AVAILABLE UPON REQUEST

KENT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KENT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KENT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KENT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

KENT, KELLY
ADDRESS AVAILABLE UPON REQUEST

KENT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KENT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KENT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KENT, LOLA
ADDRESS AVAILABLE UPON REQUEST

KENT, LOLAGENE
ADDRESS AVAILABLE UPON REQUEST

KENT, MARIA
ADDRESS AVAILABLE UPON REQUEST

KENT, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

KENT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KENT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KENT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KENT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KENT, SELENA
ADDRESS AVAILABLE UPON REQUEST

KENT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KENT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KENT-LIMON, MALIKA
ADDRESS AVAILABLE UPON REQUEST

KENTON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KENTUCKY ALCOHOLIC BEVERAGE
CONTROL DEPARTMENT
500 MERO STREET
FRANKFORT, KY  40601

KENTUCKY DEPT OF REVENUE
501 HIGH ST
FRANKFORT, KY  40601-2103

KENTUCKY LABOR CABINET
1047 US HWY 127 S STE 4
FRANKFORT, KY  40601

KENTUCKY LABOR CABINET
657 CHAMBERLIN AVENUE
FRANKFORT, KY  40601

KENTUCKY SECURITIES DIVISION
1025 CAPITAL CENTER DRIVE3
SUITE 200
FRANKFORT, KY  40601

KENTUCKY TREASURER
KENTUCKY DEPT OF FINANCIAL
INSTITUTIONS
DIVISION OF SECURITIES
1025 CAPITAL CENTER DRIVE, STE 200
FRANKFORT, KY  40601

KENWARD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KENWORTHY, ELLYN
ADDRESS AVAILABLE UPON REQUEST

KENY MEDRANO
ADDRESS AVAILABLE UPON REQUEST

KENYON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KENYON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

KENYON, CARLA
ADDRESS AVAILABLE UPON REQUEST

KENYON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KENYON, ERIC
ADDRESS AVAILABLE UPON REQUEST

KENYON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KENYON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KENYON, TODD
ADDRESS AVAILABLE UPON REQUEST

KENYON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KENZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

KENZIK, KELLY
ADDRESS AVAILABLE UPON REQUEST

KEO, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

KEOGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEOHAN, RAVEN
ADDRESS AVAILABLE UPON REQUEST

KEON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KEOPPEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, KENDALL
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, TOM
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, TOM
ADDRESS AVAILABLE UPON REQUEST

KEOUGH, XANDY
ADDRESS AVAILABLE UPON REQUEST

KEOUGH-CARACAPPA, EILEEN
ADDRESS AVAILABLE UPON REQUEST

KEOWN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

KEOWN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KEOWN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEPCHAR, ANDY
ADDRESS AVAILABLE UPON REQUEST

KEPES, TIM
ADDRESS AVAILABLE UPON REQUEST

KEPHART CARLSON, SALLY
ADDRESS AVAILABLE UPON REQUEST

KEPHART, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KEPHART, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KEPLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KEPLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEPLEY-STEWARD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KEPLIN, MANDEE
ADDRESS AVAILABLE UPON REQUEST

KEPLINGER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KEPNES, JEFF
ADDRESS AVAILABLE UPON REQUEST

KEPPEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KEPPEN, SYDNI
ADDRESS AVAILABLE UPON REQUEST

KEPPLER, KAITLAN
ADDRESS AVAILABLE UPON REQUEST

KEPPLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KEPPLER, STEVE
ADDRESS AVAILABLE UPON REQUEST

KER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KER, PAM
ADDRESS AVAILABLE UPON REQUEST

KERBOW, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KERBY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KERBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

KERCHER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KERCHNER, ERIC
ADDRESS AVAILABLE UPON REQUEST

KERDOCK, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

KERDOCK, KEYSHA
ADDRESS AVAILABLE UPON REQUEST

KERDOLFF, KATIE
ADDRESS AVAILABLE UPON REQUEST

KERECHUK, ARMAND
ADDRESS AVAILABLE UPON REQUEST

KEREKES, AMY
ADDRESS AVAILABLE UPON REQUEST

KEREPESI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KERESTES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KERESZTES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KEREZOUDIS, BENAZIR
ADDRESS AVAILABLE UPON REQUEST

KERGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KERI AUMELL
ADDRESS AVAILABLE UPON REQUEST

KERI GLITCH
ADDRESS AVAILABLE UPON REQUEST

KERI KENNEDY
ADDRESS AVAILABLE UPON REQUEST

KERI LYNN SERRANO
ADDRESS AVAILABLE UPON REQUEST

KERI THORPE
ADDRESS AVAILABLE UPON REQUEST

KERIAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

KERICK, TATIANA
ADDRESS AVAILABLE UPON REQUEST

KERINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KERINS, DIANA
ADDRESS AVAILABLE UPON REQUEST

KERKHOFF, JOY
ADDRESS AVAILABLE UPON REQUEST

KERKHOFF, KATIE
ADDRESS AVAILABLE UPON REQUEST

KERKVLIET, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KERLEE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

KERLIN, JONELYN
ADDRESS AVAILABLE UPON REQUEST

KERMAN, CATIE
ADDRESS AVAILABLE UPON REQUEST

KERMANI, MEHRDAD
ADDRESS AVAILABLE UPON REQUEST

KERMIE ROBINSON
ADDRESS AVAILABLE UPON REQUEST

KERMIT LYNCH WINE MERCHANT
830 CEDAR STREET
BERKELEY, CA  94710-1822

KERN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KERN, APRIL
ADDRESS AVAILABLE UPON REQUEST

KERN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KERN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KERN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KERN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

KERN, JILL
ADDRESS AVAILABLE UPON REQUEST

KERN, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KERN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KERN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

KERN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KERN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KERN, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

KERN, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

KERN, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

KERN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KERN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KERN, STEPFANIE
ADDRESS AVAILABLE UPON REQUEST

KERN, TEIA
ADDRESS AVAILABLE UPON REQUEST

KERNAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KERNAN, EUGENE
ADDRESS AVAILABLE UPON REQUEST

KERNAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

KERNEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

KERNER, LISA
ADDRESS AVAILABLE UPON REQUEST

KERNES, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

KERNICKY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KERNION, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KERNISKY, JOHN
ADDRESS AVAILABLE UPON REQUEST

KERNODLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

KERNS, EMILY
ADDRESS AVAILABLE UPON REQUEST

KERNS, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

KERR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KERR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KERR, ANITA
ADDRESS AVAILABLE UPON REQUEST

KERR, BRETT
ADDRESS AVAILABLE UPON REQUEST

KERR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KERR, CAROL
ADDRESS AVAILABLE UPON REQUEST

KERR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KERR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KERR, DANA
ADDRESS AVAILABLE UPON REQUEST

KERR, DENISE
ADDRESS AVAILABLE UPON REQUEST

KERR, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KERR, EMILY
ADDRESS AVAILABLE UPON REQUEST

KERR, FRANK
ADDRESS AVAILABLE UPON REQUEST

KERR, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KERR, JANINE
ADDRESS AVAILABLE UPON REQUEST

KERR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KERR, JUDY
ADDRESS AVAILABLE UPON REQUEST

KERR, KELLY
ADDRESS AVAILABLE UPON REQUEST

KERR, LAURA
ADDRESS AVAILABLE UPON REQUEST

KERR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KERR, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KERR, MAISHA
ADDRESS AVAILABLE UPON REQUEST

KERR, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

KERR, MARY
ADDRESS AVAILABLE UPON REQUEST

KERR, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KERR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KERR, MELINDA
ADDRESS AVAILABLE UPON REQUEST

KERR, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KERR, PATTI
ADDRESS AVAILABLE UPON REQUEST

KERR, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KERR, SARAH
ADDRESS AVAILABLE UPON REQUEST

KERR, TERRY
ADDRESS AVAILABLE UPON REQUEST

KERRE, NELIMA
ADDRESS AVAILABLE UPON REQUEST

KERRI A KLEIN
ADDRESS AVAILABLE UPON REQUEST

KERRI ELIZABETH GROSS
ADDRESS AVAILABLE UPON REQUEST

KERRIDGE, KATHY
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KERRIGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KERRINS, AMY
ADDRESS AVAILABLE UPON REQUEST

KERRY GREENE
ADDRESS AVAILABLE UPON REQUEST

KERRY JOSEPH SPIEGLER
ADDRESS AVAILABLE UPON REQUEST

KERRY PENNY
ADDRESS AVAILABLE UPON REQUEST

KERRY POKORNY
ADDRESS AVAILABLE UPON REQUEST

KERRY
ADDRESS AVAILABLE UPON REQUEST

KERSAINT, REGINALD
ADDRESS AVAILABLE UPON REQUEST

KERSCH, VERONICA
ADDRESS AVAILABLE UPON REQUEST

KERSCHEN, EMMIE
ADDRESS AVAILABLE UPON REQUEST

KERSENBROCK, LEONARD
ADDRESS AVAILABLE UPON REQUEST

KERSEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KERSH, LYDIA
ADDRESS AVAILABLE UPON REQUEST

KERSHAW, JAMES
ADDRESS AVAILABLE UPON REQUEST

KERSHAW, JULIE
ADDRESS AVAILABLE UPON REQUEST

KERSHAW, KELLY
ADDRESS AVAILABLE UPON REQUEST

KERSHAW, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KERSHAW, MIKE
ADDRESS AVAILABLE UPON REQUEST

KERSHNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KERSHNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KERSTEN, SETH
ADDRESS AVAILABLE UPON REQUEST

KERSTEN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KERSTETTER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KERSTETTER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

KERSTETTER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KERSTETTER, RENEE
ADDRESS AVAILABLE UPON REQUEST

KERTH JOSHUA GRAVENER
ADDRESS AVAILABLE UPON REQUEST

KERTH, HENRY
ADDRESS AVAILABLE UPON REQUEST

KERWIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

KERYLUK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KERZAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

KESER, KIM
ADDRESS AVAILABLE UPON REQUEST

KESHAV KUMAR
ADDRESS AVAILABLE UPON REQUEST

KESHECKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KESHISHIAN, LARA
ADDRESS AVAILABLE UPON REQUEST

KESKI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

KESLAR, RENEKIA
ADDRESS AVAILABLE UPON REQUEST

KESLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KESLER, DEAN
ADDRESS AVAILABLE UPON REQUEST

KESLER, EVAN
ADDRESS AVAILABLE UPON REQUEST

KESLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

KESLER, SHARRON
ADDRESS AVAILABLE UPON REQUEST

KESNEL JULES
ADDRESS AVAILABLE UPON REQUEST

KESNER, LILLY
ADDRESS AVAILABLE UPON REQUEST

KESSEL, AMY
ADDRESS AVAILABLE UPON REQUEST

KESSEL, BETH
ADDRESS AVAILABLE UPON REQUEST

KESSEL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

KESSEL, HARRY
ADDRESS AVAILABLE UPON REQUEST

KESSEL, JULIA
ADDRESS AVAILABLE UPON REQUEST

KESSELMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KESSELMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

KESSER, MARY ROSE
ADDRESS AVAILABLE UPON REQUEST

KESSINGER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, ALANA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KESSLER, BORIS
ADDRESS AVAILABLE UPON REQUEST

KESSLER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KESSLER, ERICA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, FARRELL
ADDRESS AVAILABLE UPON REQUEST

KESSLER, HARRY
ADDRESS AVAILABLE UPON REQUEST

KESSLER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

KESSLER, KATE
ADDRESS AVAILABLE UPON REQUEST

KESSLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KESSLER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, LARA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, MISHA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KESSLER, SANDI
ADDRESS AVAILABLE UPON REQUEST

KESSLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KESSLER, SUE
ADDRESS AVAILABLE UPON REQUEST

KESTELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KESTEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KESTEN, JILL
ADDRESS AVAILABLE UPON REQUEST

KESTER, PAUL
ADDRESS AVAILABLE UPON REQUEST

KESTERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KESTERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KESTERSON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

KESTIGIAN, AIDAN
ADDRESS AVAILABLE UPON REQUEST

KESTLE, MACY
ADDRESS AVAILABLE UPON REQUEST

KESTNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KESTREL FLIGHT FUND LLC
149 MEADOWBROOK RD
WESTON, MA 02493

KESTREL MERCHANT PARTNERS LLC
149 MEADOWBROOK ROAD
WESTON, MA 02493

KETAN PATEL
ADDRESS AVAILABLE UPON REQUEST

KETAN SHAH
ADDRESS AVAILABLE UPON REQUEST

KETCHAM, DILLAN
ADDRESS AVAILABLE UPON REQUEST

KETCHAM, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KETCHAM, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KETCHENS, CALLA
ADDRESS AVAILABLE UPON REQUEST

KETCHUM, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KETCHUM, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KETELHUT, EMILY
ADDRESS AVAILABLE UPON REQUEST

KETHMAN, VINCE
ADDRESS AVAILABLE UPON REQUEST

KETNER, JANICE
ADDRESS AVAILABLE UPON REQUEST

KETNER, LUCY
ADDRESS AVAILABLE UPON REQUEST

KETOLA, AIMEE
ADDRESS AVAILABLE UPON REQUEST

KETSCHEK, DONNA
ADDRESS AVAILABLE UPON REQUEST

KETTE, ERIN
ADDRESS AVAILABLE UPON REQUEST

KETTELKAMP, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KETTELLE, LORI
ADDRESS AVAILABLE UPON REQUEST

KETTER, MAXIMILIAN
ADDRESS AVAILABLE UPON REQUEST

KETTER, NOGA
ADDRESS AVAILABLE UPON REQUEST

KETTERER, JASON
ADDRESS AVAILABLE UPON REQUEST

KETTERER, JEFF
ADDRESS AVAILABLE UPON REQUEST

KETTERER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KETTERING, KALEY
ADDRESS AVAILABLE UPON REQUEST

KETTERMAN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

KETTLE, KERI
ADDRESS AVAILABLE UPON REQUEST

KETTLER, CAROL
ADDRESS AVAILABLE UPON REQUEST

KETTLER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KETTNER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KETTWICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KETTWICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KETTWICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KETTYLE, LISA
ADDRESS AVAILABLE UPON REQUEST

KETZKO, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KEUCHLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KEULARTS, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

KEULER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KEUTE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KEVAN, JESSE
ADDRESS AVAILABLE UPON REQUEST

KEVANN WHATLEY
ADDRESS AVAILABLE UPON REQUEST

KEVERN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KEVILLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KEVIN ALICEA
ADDRESS AVAILABLE UPON REQUEST

KEVIN ANTHONY BALBI
ADDRESS AVAILABLE UPON REQUEST

KEVIN ANTHONY TSUI
ADDRESS AVAILABLE UPON REQUEST

KEVIN BENSON
ADDRESS AVAILABLE UPON REQUEST

KEVIN BLANKENSHIP
ADDRESS AVAILABLE UPON REQUEST

KEVIN BUCKLEY
ADDRESS AVAILABLE UPON REQUEST

KEVIN BYRNE
ADDRESS AVAILABLE UPON REQUEST

KEVIN COOK
ADDRESS AVAILABLE UPON REQUEST

KEVIN CUMMINS
ADDRESS AVAILABLE UPON REQUEST

KEVIN D PARVIZ
ADDRESS AVAILABLE UPON REQUEST

KEVIN DANIEL
ADDRESS AVAILABLE UPON REQUEST

KEVIN DAVIS
ADDRESS AVAILABLE UPON REQUEST

KEVIN DELVENTHAL
ADDRESS AVAILABLE UPON REQUEST

KEVIN DOAN
ADDRESS AVAILABLE UPON REQUEST

KEVIN DOMINIK KORTE
ADDRESS AVAILABLE UPON REQUEST

KEVIN EICHHORST
ADDRESS AVAILABLE UPON REQUEST

KEVIN FRANCIS
ADDRESS AVAILABLE UPON REQUEST

KEVIN G DESHARNAIS
ADDRESS AVAILABLE UPON REQUEST

KEVIN GREEN
ADDRESS AVAILABLE UPON REQUEST

KEVIN HEWITT
ADDRESS AVAILABLE UPON REQUEST

KEVIN HOFFARTH
ADDRESS AVAILABLE UPON REQUEST

KEVIN J BEIRICH
ADDRESS AVAILABLE UPON REQUEST

KEVIN J HALL
ADDRESS AVAILABLE UPON REQUEST

KEVIN JOSEPH GOULET
ADDRESS AVAILABLE UPON REQUEST

KEVIN KLEMBCZYK
ADDRESS AVAILABLE UPON REQUEST

KEVIN KOVAL
ADDRESS AVAILABLE UPON REQUEST

KEVIN LEE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

KEVIN LETZ
ADDRESS AVAILABLE UPON REQUEST

KEVIN MANLEY
ADDRESS AVAILABLE UPON REQUEST

KEVIN MCLAIN
ADDRESS AVAILABLE UPON REQUEST

KEVIN MCMILLEN
ADDRESS AVAILABLE UPON REQUEST

KEVIN MEADE
ADDRESS AVAILABLE UPON REQUEST

KEVIN MICHAEL BROWN
ADDRESS AVAILABLE UPON REQUEST

KEVIN MICHAEL YUSKO
ADDRESS AVAILABLE UPON REQUEST

KEVIN MITRA
ADDRESS AVAILABLE UPON REQUEST

KEVIN NUEST
ADDRESS AVAILABLE UPON REQUEST

KEVIN P AUSTIN
ADDRESS AVAILABLE UPON REQUEST

KEVIN PERSAUD
ADDRESS AVAILABLE UPON REQUEST

KEVIN RICHARD VENDOLA
ADDRESS AVAILABLE UPON REQUEST

KEVIN SCOTT MILLER
ADDRESS AVAILABLE UPON REQUEST

KEVIN SHANE MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

KEVIN SIMPSON
ADDRESS AVAILABLE UPON REQUEST

KEVIN SORBANELLI
ADDRESS AVAILABLE UPON REQUEST

KEVIN STALSBERG
ADDRESS AVAILABLE UPON REQUEST

KEVIN TESTO
ADDRESS AVAILABLE UPON REQUEST

KEVIN TODD FULLER
ADDRESS AVAILABLE UPON REQUEST

KEVIN VARGAS
ADDRESS AVAILABLE UPON REQUEST

KEVIN VENDOLA
ADDRESS AVAILABLE UPON REQUEST

KEVIN WALTERS
ADDRESS AVAILABLE UPON REQUEST

KEVIN WILSON
ADDRESS AVAILABLE UPON REQUEST

KEVIN, BAUM
ADDRESS AVAILABLE UPON REQUEST

KEVORKIAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KEY, ANN
ADDRESS AVAILABLE UPON REQUEST

KEY, ARTILYA
ADDRESS AVAILABLE UPON REQUEST

KEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KEY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KEY, HENRIETTA
ADDRESS AVAILABLE UPON REQUEST

KEY, ILENA
ADDRESS AVAILABLE UPON REQUEST

KEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

KEY, REBA
ADDRESS AVAILABLE UPON REQUEST

KEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KEYER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KEYES, ALLEN
ADDRESS AVAILABLE UPON REQUEST

KEYES, BRAD
ADDRESS AVAILABLE UPON REQUEST

KEYES, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

KEYES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KEYES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEYES, HEIDI
ADDRESS AVAILABLE UPON REQUEST

KEYES, JAMES
ADDRESS AVAILABLE UPON REQUEST

KEYES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KEYES, LAURA
ADDRESS AVAILABLE UPON REQUEST

KEYES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KEYES, MATLINA
ADDRESS AVAILABLE UPON REQUEST

KEYES, VANETTA
ADDRESS AVAILABLE UPON REQUEST

KEYLOR, LORI
ADDRESS AVAILABLE UPON REQUEST

KEYS, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

KEYS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KEYS, JULIE
ADDRESS AVAILABLE UPON REQUEST

KEYS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KEYSER, CIARA
ADDRESS AVAILABLE UPON REQUEST

KEYSER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KEYSER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEYSER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KEYSER, JULIE
ADDRESS AVAILABLE UPON REQUEST

KEYSER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KEYSER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

KEYSER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KEYSER, RUTH
ADDRESS AVAILABLE UPON REQUEST

KEYSER, WENDIE
ADDRESS AVAILABLE UPON REQUEST

KEYSTONE COLLECTION GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

KEYTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

KEYUR PATEL
ADDRESS AVAILABLE UPON REQUEST

KEZIOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KH CREATIVE LLC
139 ELDRIDGE STREET, APT 00
NEW YORK, NY  10002

KHA, ERIC
ADDRESS AVAILABLE UPON REQUEST

KHAALIK, PRINCE
ADDRESS AVAILABLE UPON REQUEST

KHACHADOORIAN, MARISA
ADDRESS AVAILABLE UPON REQUEST

KHACHIAN, EDUARD
ADDRESS AVAILABLE UPON REQUEST

KHAJA, SETA
ADDRESS AVAILABLE UPON REQUEST

KHAJARIAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KHAKEE, NITIN
ADDRESS AVAILABLE UPON REQUEST

KHALAF, TAMARA
ADDRESS AVAILABLE UPON REQUEST

KHALAJ, SAHAR
ADDRESS AVAILABLE UPON REQUEST

KHALASI, KAILASH
ADDRESS AVAILABLE UPON REQUEST

KHALED NASR, LAILA
ADDRESS AVAILABLE UPON REQUEST

KHALEED JUMA
ADDRESS AVAILABLE UPON REQUEST

KHALEGHI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KHALID, NADIAH
ADDRESS AVAILABLE UPON REQUEST

KHALIL, DEVIN
ADDRESS AVAILABLE UPON REQUEST

KHALIL, SAMI
ADDRESS AVAILABLE UPON REQUEST

KHALLOUQI, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

KHALOUIAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KHALSA, RUTH
ADDRESS AVAILABLE UPON REQUEST

KHAMO, TERRAN
ADDRESS AVAILABLE UPON REQUEST

KHAMZINA, ALBINA
ADDRESS AVAILABLE UPON REQUEST

KHAN, AISHA
ADDRESS AVAILABLE UPON REQUEST

KHAN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

KHAN, ASH
ADDRESS AVAILABLE UPON REQUEST

KHAN, CAILIN
ADDRESS AVAILABLE UPON REQUEST

KHAN, DEENIA
ADDRESS AVAILABLE UPON REQUEST

KHAN, DURAIYA
ADDRESS AVAILABLE UPON REQUEST

KHAN, ERADA
ADDRESS AVAILABLE UPON REQUEST

KHAN, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

KHAN, LYALA
ADDRESS AVAILABLE UPON REQUEST

KHAN, MAHEEN
ADDRESS AVAILABLE UPON REQUEST

KHAN, PETER
ADDRESS AVAILABLE UPON REQUEST

KHAN, RAZA
ADDRESS AVAILABLE UPON REQUEST

KHAN, SABIHA
ADDRESS AVAILABLE UPON REQUEST

KHAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KHAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KHANAL, DEVESH
ADDRESS AVAILABLE UPON REQUEST

KHANDAGLE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KHANDPEKAR, DIPESH
ADDRESS AVAILABLE UPON REQUEST

KHANKHODJAEVA, SHADIYA
ADDRESS AVAILABLE UPON REQUEST

KHANNA, AKSHAT
ADDRESS AVAILABLE UPON REQUEST

KHANNA, ANNUSHKA
ADDRESS AVAILABLE UPON REQUEST

KHANNA, ANSHU
ADDRESS AVAILABLE UPON REQUEST

KHANNA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KHANNA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KHANNA, MAYANK
ADDRESS AVAILABLE UPON REQUEST

KHANNA, VIDIHIKA
ADDRESS AVAILABLE UPON REQUEST

KHANTHARASY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

KHANYILE-LYNCH, CELI
ADDRESS AVAILABLE UPON REQUEST

KHARABADZE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KHARADJIAN, TALAR
ADDRESS AVAILABLE UPON REQUEST

KHARCHEVA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

KHASELEV, ANNA
ADDRESS AVAILABLE UPON REQUEST

KHASHOU, STACIE
ADDRESS AVAILABLE UPON REQUEST

KHATCHADOURIAN, MICHAELLE
ADDRESS AVAILABLE UPON REQUEST

KHATTAR, CHRISTELLE
ADDRESS AVAILABLE UPON REQUEST

KHEDERIAN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

KHEDOURI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KHEHRA, VICKY
ADDRESS AVAILABLE UPON REQUEST

KHIDANG COOMER
ADDRESS AVAILABLE UPON REQUEST

KHIMICH, SLAVA
ADDRESS AVAILABLE UPON REQUEST

KHIMOV, STEPHAN
ADDRESS AVAILABLE UPON REQUEST

KMITROV, GREG
ADDRESS AVAILABLE UPON REQUEST

KHODADADI, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KHODAEI, AMIR
ADDRESS AVAILABLE UPON REQUEST

KHODYKINA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

KHOJA, SANNA
ADDRESS AVAILABLE UPON REQUEST

KHOJA, SHAN
ADDRESS AVAILABLE UPON REQUEST

KHOMENKO, TETYANA
ADDRESS AVAILABLE UPON REQUEST

KHOOBCHANDANI, RITA
ADDRESS AVAILABLE UPON REQUEST

KHOOSHABEH, ELEENA
ADDRESS AVAILABLE UPON REQUEST

KHOR, DYAN
ADDRESS AVAILABLE UPON REQUEST

KHOREY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KHOSA, SUNITA
ADDRESS AVAILABLE UPON REQUEST

KHOSLA, LISA
ADDRESS AVAILABLE UPON REQUEST

KHOSLA, SABEENA
ADDRESS AVAILABLE UPON REQUEST

KHOSRODAD, DONYA
ADDRESS AVAILABLE UPON REQUEST

KHOSROVANI, SOGAND
ADDRESS AVAILABLE UPON REQUEST

KHOTINER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KHOURI, ISSAM
ADDRESS AVAILABLE UPON REQUEST

KHOURI, NABIL
ADDRESS AVAILABLE UPON REQUEST

KHOURY, MAUNI
ADDRESS AVAILABLE UPON REQUEST

KHOURY, MAZEN
ADDRESS AVAILABLE UPON REQUEST

KHOURY, SAMIR
ADDRESS AVAILABLE UPON REQUEST

KHULLAR, ANKUR
ADDRESS AVAILABLE UPON REQUEST

KHUONG, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KHURANA, ASHISH
ADDRESS AVAILABLE UPON REQUEST

KHYLLEP, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KIA JEHAN BENTON-CLARK
ADDRESS AVAILABLE UPON REQUEST

KIA, HENRY
ADDRESS AVAILABLE UPON REQUEST

KIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIAH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KIANA DELICIA ROMEO
ADDRESS AVAILABLE UPON REQUEST

KIANIAN, BITA
ADDRESS AVAILABLE UPON REQUEST

KIAUNE, JEN
ADDRESS AVAILABLE UPON REQUEST

KIBBLE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KIBBLE, FRAN
ADDRESS AVAILABLE UPON REQUEST

KIBBLEHOUSE, DOREEN
ADDRESS AVAILABLE UPON REQUEST

KIBLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KIBLER, SHERI
ADDRESS AVAILABLE UPON REQUEST

KIBLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIBODEAUX, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KIBROM, HILINA
ADDRESS AVAILABLE UPON REQUEST

KICHMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KICIOR, ELLA
ADDRESS AVAILABLE UPON REQUEST

KICK ON VINEYARD, LLC
P.O. BOX 1509
SUMMERLAND, CA  93067

KICK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KICKLIGHTER, JAMES
ADDRESS AVAILABLE UPON REQUEST

KIDA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KIDA, JULIE
ADDRESS AVAILABLE UPON REQUEST

KIDA, UPSHAW,
ADDRESS AVAILABLE UPON REQUEST

KIDANE, PASCALE
ADDRESS AVAILABLE UPON REQUEST

KIDD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KIDD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KIDD, BRIE
ADDRESS AVAILABLE UPON REQUEST

KIDD, CARLA
ADDRESS AVAILABLE UPON REQUEST

KIDD, CARLEY
ADDRESS AVAILABLE UPON REQUEST

KIDD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KIDD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KIDD, DILLON
ADDRESS AVAILABLE UPON REQUEST

KIDD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KIDD, JASON
ADDRESS AVAILABLE UPON REQUEST

KIDD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KIDD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KIDD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

KIDD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KIDDER-CORREA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KIDEST TARIKU, KIDI TARIKU
ADDRESS AVAILABLE UPON REQUEST

KIDNEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KIDPASS, INC.
335 MADISON AVE., STE 7D
NEW YORK, NY  10017

KIDWELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

KIDWELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KIDWELL, LEIGH
ADDRESS AVAILABLE UPON REQUEST

KIDWELL, PHILIP
ADDRESS AVAILABLE UPON REQUEST

KIEBURTZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KIECK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

KIECKER, JOSH
ADDRESS AVAILABLE UPON REQUEST

KIEDAISCH, SAGE
ADDRESS AVAILABLE UPON REQUEST

KIEFABER, LIBBY
ADDRESS AVAILABLE UPON REQUEST

KIEFER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

KIEFER, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

KIEFER, CHERI
ADDRESS AVAILABLE UPON REQUEST

KIEFER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

KIEFER, TODD
ADDRESS AVAILABLE UPON REQUEST

KIEFFER, NANCY
ADDRESS AVAILABLE UPON REQUEST

KIEFFER, TASIA
ADDRESS AVAILABLE UPON REQUEST

KIEFFER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KIEHLE, JANIS
ADDRESS AVAILABLE UPON REQUEST

KIEHLER, KAYLEEN
ADDRESS AVAILABLE UPON REQUEST

KIEHN, THERON
ADDRESS AVAILABLE UPON REQUEST

KIEHNE, KRISSIE
ADDRESS AVAILABLE UPON REQUEST

KIEHNHOFF, ERICA
ADDRESS AVAILABLE UPON REQUEST

KIEL, BARKLEY
ADDRESS AVAILABLE UPON REQUEST

KIEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KIEL, MYRON
ADDRESS AVAILABLE UPON REQUEST

KIEL, TINA
ADDRESS AVAILABLE UPON REQUEST

KIEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KIELAR, HOWARD
ADDRESS AVAILABLE UPON REQUEST

KIELB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIELE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KIELECZAWA, KATARINA
ADDRESS AVAILABLE UPON REQUEST

KIELEY, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

KIELLEY, INA
ADDRESS AVAILABLE UPON REQUEST

KIELPINSKI, TIM
ADDRESS AVAILABLE UPON REQUEST

KIELY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KIELY, KARA
ADDRESS AVAILABLE UPON REQUEST

KIELY, MARY
ADDRESS AVAILABLE UPON REQUEST

KIENAST, BRANT
ADDRESS AVAILABLE UPON REQUEST

KIENE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KIENER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KIENSICKI, KARA
ADDRESS AVAILABLE UPON REQUEST

KIENZLE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KIERC, MALGORZATA
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, KELLYANNE
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, MATT
ADDRESS AVAILABLE UPON REQUEST

KIERNAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIERNEY, PAULINE
ADDRESS AVAILABLE UPON REQUEST

KIERONSKI, ERIN
ADDRESS AVAILABLE UPON REQUEST

KIERSCHT, SHAE
ADDRESS AVAILABLE UPON REQUEST

KIESEL, LEE
ADDRESS AVAILABLE UPON REQUEST

KIESER, HALEY
ADDRESS AVAILABLE UPON REQUEST

KIESSER, ANNA
ADDRESS AVAILABLE UPON REQUEST

KIETZMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KIEVIT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIEVIT, VIANCA
ADDRESS AVAILABLE UPON REQUEST

KIEZER, BLAIZE
ADDRESS AVAILABLE UPON REQUEST

KIFER, ELICIA
ADDRESS AVAILABLE UPON REQUEST

KIFER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

KIFFER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KIFLE-AB, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

KIGER, AMBER
ADDRESS AVAILABLE UPON REQUEST

KIGER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KIGHT, JANA
ADDRESS AVAILABLE UPON REQUEST

KIGHTLINGER, DIANE
ADDRESS AVAILABLE UPON REQUEST

KIGORO, ANNE
ADDRESS AVAILABLE UPON REQUEST

KIHARA, IVAN
ADDRESS AVAILABLE UPON REQUEST

KIHN, MARCELINO
ADDRESS AVAILABLE UPON REQUEST

KIHOI, PENEKU
ADDRESS AVAILABLE UPON REQUEST

KIHOI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KIIBLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIIP, INC (KIIP20)
KIIP, INC 970 FOLSOM STREET
SAN FRANCISCO, CA  94107

KIIP, INC (KIIP20)
PO BOX 398962
SAN FRANCISCO, CA  94139-8962

KIJEWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KIKER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KIKI CLEMONS
ADDRESS AVAILABLE UPON REQUEST

KIKLY, PAYGE
ADDRESS AVAILABLE UPON REQUEST

KIKTA, LORRY
ADDRESS AVAILABLE UPON REQUEST

KIKUE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KIKUT, ADELINE
ADDRESS AVAILABLE UPON REQUEST

KILANI, WALID
ADDRESS AVAILABLE UPON REQUEST

KILANI, WALID
ADDRESS AVAILABLE UPON REQUEST

KILANOWSKI, KEN
ADDRESS AVAILABLE UPON REQUEST

KILAYKO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KILB, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KILBANE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KILBOURN, NORTON
ADDRESS AVAILABLE UPON REQUEST

KILBRIDE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KILBURN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

KILBURN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KILBURN, MARY
ADDRESS AVAILABLE UPON REQUEST

KILBURN, RICK
ADDRESS AVAILABLE UPON REQUEST

KILBY, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

KILBY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KILCOMMONS, GREG
ADDRESS AVAILABLE UPON REQUEST

KILCOYNE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KILCREASE, DENEEN
ADDRESS AVAILABLE UPON REQUEST

KILCULLEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KILDAHL, KELLIE
ADDRESS AVAILABLE UPON REQUEST

KILDARE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KILDOW, EMILY
ADDRESS AVAILABLE UPON REQUEST

KILDOW, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KILDUFF, FRANCES
ADDRESS AVAILABLE UPON REQUEST

KILDUFF, KAYL
ADDRESS AVAILABLE UPON REQUEST

KILDUFF, MARION
ADDRESS AVAILABLE UPON REQUEST

KILDUFF, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KILE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

KILE, KATY
ADDRESS AVAILABLE UPON REQUEST

KILE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KILE, MARK
ADDRESS AVAILABLE UPON REQUEST

KILE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KILE, SOMMER
ADDRESS AVAILABLE UPON REQUEST

KILEY MILLER
ADDRESS AVAILABLE UPON REQUEST

KILEY STEVEN GUSTAFSON
ADDRESS AVAILABLE UPON REQUEST

KILEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

KILEY, JANE
ADDRESS AVAILABLE UPON REQUEST

KILEY, JENNY
ADDRESS AVAILABLE UPON REQUEST

KILEY, LORI
ADDRESS AVAILABLE UPON REQUEST

KILEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KILEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KILFEATHER, AMY
ADDRESS AVAILABLE UPON REQUEST

KILGER, JULIE
ADDRESS AVAILABLE UPON REQUEST

KILGORE, BERKLEY
ADDRESS AVAILABLE UPON REQUEST

KILGORE, JOE
ADDRESS AVAILABLE UPON REQUEST

KILGORE, KORY
ADDRESS AVAILABLE UPON REQUEST

KILGORE, LEILANI
ADDRESS AVAILABLE UPON REQUEST

KILGORE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

KILGORE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KILGORE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KILGROW C/O IHFA, KATIE
ADDRESS AVAILABLE UPON REQUEST

KILIAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KILIAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

KILIAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KILKEARY, ALANNA MARTINE
ADDRESS AVAILABLE UPON REQUEST

KILKENNY, CECELY
ADDRESS AVAILABLE UPON REQUEST

KILKENNY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KILL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KILLACKEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KILLAM, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

KILLAM, DANA
ADDRESS AVAILABLE UPON REQUEST

KILLAM, LAURIE
ADDRESS AVAILABLE UPON REQUEST

KILLAM, LORI
ADDRESS AVAILABLE UPON REQUEST

KILLAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KILLEA, ANITA
ADDRESS AVAILABLE UPON REQUEST

KILLEA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KILLEEN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

KILLEEN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KILLEEN, JUDY
ADDRESS AVAILABLE UPON REQUEST

KILLEEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KILLEEN, SALLY
ADDRESS AVAILABLE UPON REQUEST

KILLEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KILLEN, MARK
ADDRESS AVAILABLE UPON REQUEST

KILLER SHRIMP
ADDRESS UNAVAILABLE AT TIME OF FILING

KILLER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

KILLI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, ELISSA
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, JERRY
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

KILLIAN, TEGHAN
ADDRESS AVAILABLE UPON REQUEST

KILLINGER, JILL
ADDRESS AVAILABLE UPON REQUEST

KILLINGER-HUMES, KAREN
ADDRESS AVAILABLE UPON REQUEST

KILLINGSWORTH, KASHA
ADDRESS AVAILABLE UPON REQUEST

KILLINGSWORTH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KILLINGSWORTH, SARAH
ADDRESS AVAILABLE UPON REQUEST

KILLINS, MARQUITA
ADDRESS AVAILABLE UPON REQUEST

KILLION, MARINA
ADDRESS AVAILABLE UPON REQUEST

KILLION, RUTH ANN
ADDRESS AVAILABLE UPON REQUEST

KILLMER, BRAXTON
ADDRESS AVAILABLE UPON REQUEST

KILLMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KILLMEYER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KILMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KILMARTIN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KILMER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KILMER, ERIN
ADDRESS AVAILABLE UPON REQUEST

KILMER, GLORIA
ADDRESS AVAILABLE UPON REQUEST

KILMER, KELLY
ADDRESS AVAILABLE UPON REQUEST

KILNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KILPACK, SHALEE
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, KATE
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KILPATRICK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KILPER, JANICE
ADDRESS AVAILABLE UPON REQUEST

KILROY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KILROY, CALLAN
ADDRESS AVAILABLE UPON REQUEST

KILROY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KILROY, RENEE
ADDRESS AVAILABLE UPON REQUEST

KILROY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KILTY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KILTY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KIM BURNS
ADDRESS AVAILABLE UPON REQUEST

KIM CHOATE
ADDRESS AVAILABLE UPON REQUEST

KIM DAVID HEINTZE
ADDRESS AVAILABLE UPON REQUEST

KIM DUNCAN
ADDRESS AVAILABLE UPON REQUEST

KIM GLINSKI
ADDRESS AVAILABLE UPON REQUEST

KIM LOUISE MORRISON
ADDRESS AVAILABLE UPON REQUEST

KIM M CALDWELL
ADDRESS AVAILABLE UPON REQUEST

KIM MABRY-PAROLINE
ADDRESS AVAILABLE UPON REQUEST

KIM OLEKSIK
ADDRESS AVAILABLE UPON REQUEST

KIM PROFESSIONAL SERVICES
705 THYME DRIVE
BEAR, DE  19701

KIM R DOBBS
ADDRESS AVAILABLE UPON REQUEST

KIM SUSAN NELSON
ADDRESS AVAILABLE UPON REQUEST

KIM WEAVER
ADDRESS AVAILABLE UPON REQUEST

KIM, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KIM, ALICE
ADDRESS AVAILABLE UPON REQUEST

KIM, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNA
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNA
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNE
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KIM, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KIM, ARIANA
ADDRESS AVAILABLE UPON REQUEST

KIM, BIANCA
ADDRESS AVAILABLE UPON REQUEST

KIM, BO
ADDRESS AVAILABLE UPON REQUEST

KIM, BOK
ADDRESS AVAILABLE UPON REQUEST

KIM, BOYUN
ADDRESS AVAILABLE UPON REQUEST

KIM, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KIM, BRIANA
ADDRESS AVAILABLE UPON REQUEST

KIM, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

KIM, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KIM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KIM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KIM, CLARE
ADDRESS AVAILABLE UPON REQUEST

KIM, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

KIM, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KIM, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KIM, DAN
ADDRESS AVAILABLE UPON REQUEST

KIM, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KIM, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KIM, DONGEUN
ADDRESS AVAILABLE UPON REQUEST

KIM, EDWARD
ADDRESS AVAILABLE UPON REQUEST

KIM, ELISHABETH
ADDRESS AVAILABLE UPON REQUEST

KIM, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KIM, ESTHER
ADDRESS AVAILABLE UPON REQUEST

KIM, EUGENE
ADDRESS AVAILABLE UPON REQUEST

KIM, EUNHEE
ADDRESS AVAILABLE UPON REQUEST

KIM, EVELYNE
ADDRESS AVAILABLE UPON REQUEST

KIM, HANNA
ADDRESS AVAILABLE UPON REQUEST

KIM, HE-JOON
ADDRESS AVAILABLE UPON REQUEST

KIM, HELEN
ADDRESS AVAILABLE UPON REQUEST

KIM, HYE SOO
ADDRESS AVAILABLE UPON REQUEST

KIM, HYEON WOO
ADDRESS AVAILABLE UPON REQUEST

KIM, HYEONG
ADDRESS AVAILABLE UPON REQUEST

KIM, HYUNCHUL
ADDRESS AVAILABLE UPON REQUEST

KIM, HYUNJAE
ADDRESS AVAILABLE UPON REQUEST

KIM, INHWAN
ADDRESS AVAILABLE UPON REQUEST

KIM, IRENE
ADDRESS AVAILABLE UPON REQUEST

KIM, ISSAC
ADDRESS AVAILABLE UPON REQUEST

KIM, JAE KYUN
ADDRESS AVAILABLE UPON REQUEST

KIM, JAMES
ADDRESS AVAILABLE UPON REQUEST

KIM, JANE DO
ADDRESS AVAILABLE UPON REQUEST

KIM, JANE
ADDRESS AVAILABLE UPON REQUEST

KIM, JANE
ADDRESS AVAILABLE UPON REQUEST

KIM, JEANIE
ADDRESS AVAILABLE UPON REQUEST

KIM, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KIM, JENNIFER INSUN
ADDRESS AVAILABLE UPON REQUEST

KIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIM, JIA
ADDRESS AVAILABLE UPON REQUEST

KIM, JIEUN
ADDRESS AVAILABLE UPON REQUEST

KIM, JIHYUN
ADDRESS AVAILABLE UPON REQUEST

KIM, JIN
ADDRESS AVAILABLE UPON REQUEST

KIM, JINA
ADDRESS AVAILABLE UPON REQUEST

KIM, JINSOL
ADDRESS AVAILABLE UPON REQUEST

KIM, JINWOUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, JINYOUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, JIYEON
ADDRESS AVAILABLE UPON REQUEST

KIM, JIYOON
ADDRESS AVAILABLE UPON REQUEST

KIM, JOANNA
ADDRESS AVAILABLE UPON REQUEST

KIM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KIM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KIM, JONG JOO
ADDRESS AVAILABLE UPON REQUEST

KIM, JOO
ADDRESS AVAILABLE UPON REQUEST

KIM, JOO
ADDRESS AVAILABLE UPON REQUEST

KIM, JOON SIK
ADDRESS AVAILABLE UPON REQUEST

KIM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KIM, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

KIM, JUN SOO
ADDRESS AVAILABLE UPON REQUEST

KIM, JUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, JUSTEEN
ADDRESS AVAILABLE UPON REQUEST

KIM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KIM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KIM, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KIM, KATIE
ADDRESS AVAILABLE UPON REQUEST

KIM, KEUN YOUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, KI
ADDRESS AVAILABLE UPON REQUEST

KIM, KISUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, KIYUN
ADDRESS AVAILABLE UPON REQUEST

KIM, KYOUNGJIN
ADDRESS AVAILABLE UPON REQUEST

KIM, KYUNGRIM
ADDRESS AVAILABLE UPON REQUEST

KIM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KIM, LILY
ADDRESS AVAILABLE UPON REQUEST

KIM, LILY
ADDRESS AVAILABLE UPON REQUEST

KIM, LINA
ADDRESS AVAILABLE UPON REQUEST

KIM, LOIS
ADDRESS AVAILABLE UPON REQUEST

KIM, MAY
ADDRESS AVAILABLE UPON REQUEST

KIM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KIM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIM, MIKE
ADDRESS AVAILABLE UPON REQUEST

KIM, MIN
ADDRESS AVAILABLE UPON REQUEST

KIM, MINDY
ADDRESS AVAILABLE UPON REQUEST

KIM, MINJUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, MINKU
ADDRESS AVAILABLE UPON REQUEST

KIM, MOON
ADDRESS AVAILABLE UPON REQUEST

KIM, MYEONGSOO
ADDRESS AVAILABLE UPON REQUEST

KIM, MYONG
ADDRESS AVAILABLE UPON REQUEST

KIM, NANCY
ADDRESS AVAILABLE UPON REQUEST

KIM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KIM, NATASHA
ADDRESS AVAILABLE UPON REQUEST

KIM, NATHAN
ADDRESS AVAILABLE UPON REQUEST

KIM, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KIM, NICK
ADDRESS AVAILABLE UPON REQUEST

KIM, PAUL
ADDRESS AVAILABLE UPON REQUEST

KIM, PAUL
ADDRESS AVAILABLE UPON REQUEST

KIM, PHIRANGEE,
ADDRESS AVAILABLE UPON REQUEST

KIM, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KIM, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

KIM, SAM
ADDRESS AVAILABLE UPON REQUEST

KIM, SARA
ADDRESS AVAILABLE UPON REQUEST

KIM, SARA
ADDRESS AVAILABLE UPON REQUEST

KIM, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIM, SEO YUN
ADDRESS AVAILABLE UPON REQUEST

KIM, SEUNGWON
ADDRESS AVAILABLE UPON REQUEST

KIM, SHARON
ADDRESS AVAILABLE UPON REQUEST

KIM, SOHEE
ADDRESS AVAILABLE UPON REQUEST

KIM, SOHEE
ADDRESS AVAILABLE UPON REQUEST

KIM, SONGMIN
ADDRESS AVAILABLE UPON REQUEST

KIM, SONYA
ADDRESS AVAILABLE UPON REQUEST

KIM, SONYA
ADDRESS AVAILABLE UPON REQUEST

KIM, SOOJIN
ADDRESS AVAILABLE UPON REQUEST

KIM, SOOKYOUNG
ADDRESS AVAILABLE UPON REQUEST

KIM, STEPHAN
ADDRESS AVAILABLE UPON REQUEST

KIM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIM, SUGEE
ADDRESS AVAILABLE UPON REQUEST

KIM, SUNGHOON
ADDRESS AVAILABLE UPON REQUEST

KIM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIM, SUSIE
ADDRESS AVAILABLE UPON REQUEST

KIM, TAEHEE
ADDRESS AVAILABLE UPON REQUEST

KIM, TRACEY
ADDRESS AVAILABLE UPON REQUEST

KIM, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

KIM, YEONHEE
ADDRESS AVAILABLE UPON REQUEST

KIM, YOUNGSHIN
ADDRESS AVAILABLE UPON REQUEST

KIMANI BURTON
ADDRESS AVAILABLE UPON REQUEST

KIMAYA KARNAWAT
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, DONNA
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, GREG
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, JEAN
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, LEIGH
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, LENA
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, LOREE
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KIMBALL, TODD
ADDRESS AVAILABLE UPON REQUEST

KIMBE MEARES
ADDRESS AVAILABLE UPON REQUEST

KIMBELL, ANDRE
ADDRESS AVAILABLE UPON REQUEST

KIMBELL, CAROL
ADDRESS AVAILABLE UPON REQUEST

KIMBER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIMBER, SEAN
ADDRESS AVAILABLE UPON REQUEST

KIMBER, STEVE
ADDRESS AVAILABLE UPON REQUEST

KIMBERLAIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KIMBERLING CASAD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY A STRUNA
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY ALBRECHT
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY ANN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY ANN SCHOENFELDER
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY ANNE JOYCE
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY B BARNES
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY B WARNER
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY BUNTING
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY CARKEEK
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY CHRISTENSEN
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY DUROSKO
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY EVANS
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY FREDERICK
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY GALLAGHER
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY GIACO
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY MARIE STULL
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY MEYER
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY NICOLE EATON
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY NOBLE
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY PALUS
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY R WILSON
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY SIPES
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY STONE
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY WEST
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY WILLIS
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY YOUNG
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

KIMBERLY, SMITH,
ADDRESS AVAILABLE UPON REQUEST

KIMBLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KIMBREL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KIMBREL, KINGA
ADDRESS AVAILABLE UPON REQUEST

KIMBRO, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, ALISSA
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, KIM
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KIMBROUGH, TRICIA
ADDRESS AVAILABLE UPON REQUEST

KIMBROW, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KIMBROW, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KIMBROW, RONDA
ADDRESS AVAILABLE UPON REQUEST

KIME, JILL
ADDRESS AVAILABLE UPON REQUEST

KIME, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIME, TODD
ADDRESS AVAILABLE UPON REQUEST

KIMERY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KIMES, KARI
ADDRESS AVAILABLE UPON REQUEST

KIMES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KIMIDY, MARINDA
ADDRESS AVAILABLE UPON REQUEST

KIMLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KIMLING, MARY
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, DOUG
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, JEFF
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, KECIA
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KIMMEL, TERRY
ADDRESS AVAILABLE UPON REQUEST

KIMMERLE, BERNARDINA
ADDRESS AVAILABLE UPON REQUEST

KIMMET, NANCY
ADDRESS AVAILABLE UPON REQUEST

KIMMEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

KIMMI, PRINCESS
ADDRESS AVAILABLE UPON REQUEST

KIMMINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIMMONS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KIMMY GO
ADDRESS AVAILABLE UPON REQUEST

KIMNACH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KIMONDO, LILIAN
ADDRESS AVAILABLE UPON REQUEST

KIM-PERRY, JUNG
ADDRESS AVAILABLE UPON REQUEST

KIMREY, KATIE
ADDRESS AVAILABLE UPON REQUEST

KIMREY, STEVIE
ADDRESS AVAILABLE UPON REQUEST

KIM-ROHRER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

KIMSEY VINEYARD LLC
2085 STRATFORD PLACE
SANTA BARBARA, CA  93108

KIMSEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KIMSEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

KIMSEY, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

KIMSEY, RICK
ADDRESS AVAILABLE UPON REQUEST

KIMSEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIMURA, REID
ADDRESS AVAILABLE UPON REQUEST

KIMYA, ASLI
ADDRESS AVAILABLE UPON REQUEST

KIMZEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

KIN KHAO
ADDRESS AVAILABLE UPON REQUEST

KIN TAM
ADDRESS AVAILABLE UPON REQUEST

KINAHAN, CYRINA
ADDRESS AVAILABLE UPON REQUEST

KINAHAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KINANE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KINARD, CHLOE
ADDRESS AVAILABLE UPON REQUEST

KINARD, DARYL
ADDRESS AVAILABLE UPON REQUEST

KINARD, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KINARD, MARIAN
ADDRESS AVAILABLE UPON REQUEST

KINARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KINCADE, DEMETRICE
ADDRESS AVAILABLE UPON REQUEST

KINCADE, MANDY
ADDRESS AVAILABLE UPON REQUEST

KINCADE, VERINA
ADDRESS AVAILABLE UPON REQUEST

KINCADE, ZANE
ADDRESS AVAILABLE UPON REQUEST

KINCAID, CARA
ADDRESS AVAILABLE UPON REQUEST

KINCAID, JOHN
ADDRESS AVAILABLE UPON REQUEST

KINCAID, MONICA
ADDRESS AVAILABLE UPON REQUEST

KINCAID, PATSY
ADDRESS AVAILABLE UPON REQUEST

KINCAID, SANYU
ADDRESS AVAILABLE UPON REQUEST

KINCAID, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KINCAID, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KINCAID, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KINCANNON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KINCER, IAN
ADDRESS AVAILABLE UPON REQUEST

KINCH, CARLA
ADDRESS AVAILABLE UPON REQUEST

KINCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

KINCH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KINCHELOE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KINCY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KINCY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KINCY, SHERYL
ADDRESS AVAILABLE UPON REQUEST

KIND, ELKA
ADDRESS AVAILABLE UPON REQUEST

KIND, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KINDEL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KINDELAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

KINDELAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

KINDELAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

KINDELAN, MARYEVA
ADDRESS AVAILABLE UPON REQUEST

KINDER, CAROL
ADDRESS AVAILABLE UPON REQUEST

KINDER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KINDER, MADISON
ADDRESS AVAILABLE UPON REQUEST

KINDER, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

KINDER, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

KINDERMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KINDERMANN, RYAN
ADDRESS AVAILABLE UPON REQUEST

KINDERMANN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

KINDINGER, RYAN
ADDRESS AVAILABLE UPON REQUEST

KINDL, JAN
ADDRESS AVAILABLE UPON REQUEST

KINDLE UNLIMITED
ADDRESS UNAVAILABLE AT TIME OF FILING

KINDLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KINDLEY, ADAM
ADDRESS AVAILABLE UPON REQUEST

KINDRED KYLENE
ADDRESS AVAILABLE UPON REQUEST

KINDRED, EMILY
ADDRESS AVAILABLE UPON REQUEST

KINDRED, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KINDRED, LINDA
ADDRESS AVAILABLE UPON REQUEST

KINDRED, SEAN
ADDRESS AVAILABLE UPON REQUEST

KINDRICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KINDRICK, NINA
ADDRESS AVAILABLE UPON REQUEST

KINDRICK, NINA
ADDRESS AVAILABLE UPON REQUEST

KINDT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KINER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KINER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KINET, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

KINFOLK MAGAZINE
ADDRESS UNAVAILABLE AT TIME OF FILING

KING - PERSONAL, ANITA
ADDRESS AVAILABLE UPON REQUEST

KING DRIVE CONCEPTS PTY LTD
ADDRESS AVAILABLE UPON REQUEST

KING SOCIAL MANAGEMENT, LLC
8422 LEEPER DRIVE
CHARLOTTE, NC  28277

KING WALTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KING, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KING, ADALYNN
ADDRESS AVAILABLE UPON REQUEST

KING, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KING, AGATHA
ADDRESS AVAILABLE UPON REQUEST

KING, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KING, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KING, ALISON
ADDRESS AVAILABLE UPON REQUEST

KING, ALISON
ADDRESS AVAILABLE UPON REQUEST

KING, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KING, AMY
ADDRESS AVAILABLE UPON REQUEST

KING, AMY
ADDRESS AVAILABLE UPON REQUEST

KING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KING, ANN
ADDRESS AVAILABLE UPON REQUEST

KING, ANNE
ADDRESS AVAILABLE UPON REQUEST

KING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KING, AUDRA
ADDRESS AVAILABLE UPON REQUEST

KING, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KING, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

KING, AVI
ADDRESS AVAILABLE UPON REQUEST

KING, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KING, BETSY
ADDRESS AVAILABLE UPON REQUEST

KING, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KING, BREANA
ADDRESS AVAILABLE UPON REQUEST

KING, BREANN
ADDRESS AVAILABLE UPON REQUEST

KING, BRETTE
ADDRESS AVAILABLE UPON REQUEST

KING, BRIANA
ADDRESS AVAILABLE UPON REQUEST

KING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KING, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KING, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KING, BRYNN
ADDRESS AVAILABLE UPON REQUEST

KING, CARMELITA
ADDRESS AVAILABLE UPON REQUEST

KING, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KING, CASEY
ADDRESS AVAILABLE UPON REQUEST

KING, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

KING, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KING, CHEROKEE
ADDRESS AVAILABLE UPON REQUEST

KING, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

KING, CINDY
ADDRESS AVAILABLE UPON REQUEST

KING, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KING, COLIN
ADDRESS AVAILABLE UPON REQUEST

KING, COLLIN
ADDRESS AVAILABLE UPON REQUEST

KING, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KING, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KING, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KING, DAMISHIA
ADDRESS AVAILABLE UPON REQUEST

KING, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KING, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KING, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KING, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KING, DARA
ADDRESS AVAILABLE UPON REQUEST

KING, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KING, DEBI
ADDRESS AVAILABLE UPON REQUEST

KING, DEBORA
ADDRESS AVAILABLE UPON REQUEST

KING, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

KING, DELORES
ADDRESS AVAILABLE UPON REQUEST

KING, DIANA
ADDRESS AVAILABLE UPON REQUEST

KING, DONNIE
ADDRESS AVAILABLE UPON REQUEST

KING, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

KING, EGIPT
ADDRESS AVAILABLE UPON REQUEST

KING, ELIZABETH A
ADDRESS AVAILABLE UPON REQUEST

KING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KING, ERIC
ADDRESS AVAILABLE UPON REQUEST

KING, ERICA
ADDRESS AVAILABLE UPON REQUEST

KING, FAITH
ADDRESS AVAILABLE UPON REQUEST

KING, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

KING, GARRET
ADDRESS AVAILABLE UPON REQUEST

KING, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

KING, GREG
ADDRESS AVAILABLE UPON REQUEST

KING, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KING, HALLE
ADDRESS AVAILABLE UPON REQUEST

KING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KING, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

KING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KING, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KING, JAMES
ADDRESS AVAILABLE UPON REQUEST

KING, JANE
ADDRESS AVAILABLE UPON REQUEST

KING, JANEL
ADDRESS AVAILABLE UPON REQUEST

KING, JENNA
ADDRESS AVAILABLE UPON REQUEST

KING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KING, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KING, JERRONDA
ADDRESS AVAILABLE UPON REQUEST

KING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KING, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

KING, JOANN
ADDRESS AVAILABLE UPON REQUEST

KING, JOB
ADDRESS AVAILABLE UPON REQUEST

KING, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

KING, JOHN
ADDRESS AVAILABLE UPON REQUEST

KING, JOSEY
ADDRESS AVAILABLE UPON REQUEST

KING, JOY
ADDRESS AVAILABLE UPON REQUEST

KING, JOYCE
ADDRESS AVAILABLE UPON REQUEST

KING, JULIA
ADDRESS AVAILABLE UPON REQUEST

KING, KAMARIN
ADDRESS AVAILABLE UPON REQUEST

KING, KANDICE
ADDRESS AVAILABLE UPON REQUEST

KING, KAREN
ADDRESS AVAILABLE UPON REQUEST

KING, KARENE
ADDRESS AVAILABLE UPON REQUEST

KING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KING, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KING, KATIE
ADDRESS AVAILABLE UPON REQUEST

KING, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KING, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KING, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KING, KELLY
ADDRESS AVAILABLE UPON REQUEST

KING, KELLY
ADDRESS AVAILABLE UPON REQUEST

KING, KELLY
ADDRESS AVAILABLE UPON REQUEST

KING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KING, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KING, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KING, KHARISE
ADDRESS AVAILABLE UPON REQUEST

KING, KIM
ADDRESS AVAILABLE UPON REQUEST

KING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KING, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KING, KITTY
ADDRESS AVAILABLE UPON REQUEST

KING, KRIS
ADDRESS AVAILABLE UPON REQUEST

KING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KING, KRISTI
ADDRESS AVAILABLE UPON REQUEST

KING, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KING, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KING, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

KING, KYLE
ADDRESS AVAILABLE UPON REQUEST

KING, KYLIE
ADDRESS AVAILABLE UPON REQUEST

KING, LACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, LANDIN
ADDRESS AVAILABLE UPON REQUEST

KING, LANDON
ADDRESS AVAILABLE UPON REQUEST

KING, LAURA
ADDRESS AVAILABLE UPON REQUEST

KING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KING, LEANN
ADDRESS AVAILABLE UPON REQUEST

KING, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KING, LINDA
ADDRESS AVAILABLE UPON REQUEST

KING, LINDA
ADDRESS AVAILABLE UPON REQUEST

KING, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KING, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KING, LISA KING
ADDRESS AVAILABLE UPON REQUEST

KING, LORA
ADDRESS AVAILABLE UPON REQUEST

KING, LUCY
ADDRESS AVAILABLE UPON REQUEST

KING, MADALINE
ADDRESS AVAILABLE UPON REQUEST

KING, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KING, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KING, MARIPAT
ADDRESS AVAILABLE UPON REQUEST

KING, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

KING, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

KING, MARY
ADDRESS AVAILABLE UPON REQUEST

KING, MARYANN
ADDRESS AVAILABLE UPON REQUEST

KING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KING, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KING, MELISS
ADDRESS AVAILABLE UPON REQUEST

KING, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KING, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KING, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

KING, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KING, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KING, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

KING, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KING, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KING, MYCAL
ADDRESS AVAILABLE UPON REQUEST

KING, NANCY
ADDRESS AVAILABLE UPON REQUEST

KING, NANCY
ADDRESS AVAILABLE UPON REQUEST

KING, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

KING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KING, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KING, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KING, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KING, PATTI
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KING, RAICHELLE
ADDRESS AVAILABLE UPON REQUEST

KING, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KING, REUBEN
ADDRESS AVAILABLE UPON REQUEST

KING, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KING, RORY
ADDRESS AVAILABLE UPON REQUEST

KING, RYAN
ADDRESS AVAILABLE UPON REQUEST

KING, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KING, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KING, SARA
ADDRESS AVAILABLE UPON REQUEST

KING, SARA
ADDRESS AVAILABLE UPON REQUEST

KING, SARA
ADDRESS AVAILABLE UPON REQUEST

KING, SARA
ADDRESS AVAILABLE UPON REQUEST

KING, SARAH
ADDRESS AVAILABLE UPON REQUEST

KING, SETH
ADDRESS AVAILABLE UPON REQUEST

KING, SHANA
ADDRESS AVAILABLE UPON REQUEST

KING, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

KING, SIERRA
ADDRESS AVAILABLE UPON REQUEST

KING, SION
ADDRESS AVAILABLE UPON REQUEST

KING, SPENCER
ADDRESS AVAILABLE UPON REQUEST

KING, STACEY
ADDRESS AVAILABLE UPON REQUEST

KING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KING, TENNILLE
ADDRESS AVAILABLE UPON REQUEST

KING, TERRELL
ADDRESS AVAILABLE UPON REQUEST

KING, TERRY
ADDRESS AVAILABLE UPON REQUEST

KING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KING, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KING, TORY
ADDRESS AVAILABLE UPON REQUEST

KING, TRACY
ADDRESS AVAILABLE UPON REQUEST

KING, TRANETTA
ADDRESS AVAILABLE UPON REQUEST

KING, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

KING, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KING, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

KING, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

KING, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KINGDON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KINGDON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

KING-EASTERLING, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KINGERY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KING-LONCKE, CARMEL
ADDRESS AVAILABLE UPON REQUEST

KINGMA, GRANT
ADDRESS AVAILABLE UPON REQUEST

KINGMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KINGOINA, NANCY
ADDRESS AVAILABLE UPON REQUEST

KINGORE, JANESSA
ADDRESS AVAILABLE UPON REQUEST

KINGREE, GUY
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, ERICA
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, FADWA
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, HOLLI
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, KATERYNA
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, LADY
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, MAE
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KINGSBURY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

KINGSFIELD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KINGSFORD INC
3616 W ROSELK CIR
HIGHLANDS RANCH, CO  80129

KINGSLEY, CARLI
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, MELODY
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KINGSLEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KINGSTON TRINDER
ADDRESS AVAILABLE UPON REQUEST

KINGSTON, FRANK
ADDRESS AVAILABLE UPON REQUEST

KINGSTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KINGSTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KINGSWAY EXTERMINATING CO.INC,
RICHARD KOURBAGE SR.
ADDRESS AVAILABLE UPON REQUEST

KINI, PRATHAMESH
ADDRESS AVAILABLE UPON REQUEST

KINJO, ALISSA
ADDRESS AVAILABLE UPON REQUEST

KINKA, KATIE
ADDRESS AVAILABLE UPON REQUEST

KINKADE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KINKEAD, KATIE
ADDRESS AVAILABLE UPON REQUEST

KINKEL, KAY
ADDRESS AVAILABLE UPON REQUEST

KINKEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KINKEL, YUKIKO
ADDRESS AVAILABLE UPON REQUEST

KINLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KINLEY, KERI
ADDRESS AVAILABLE UPON REQUEST

KINMAN, TORI
ADDRESS AVAILABLE UPON REQUEST

KINNALLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KINNAMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KINNAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

KINNARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KINNARI PATEL
ADDRESS AVAILABLE UPON REQUEST

KINNAVY, DAIVA
ADDRESS AVAILABLE UPON REQUEST

KINNE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KINNE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KINNEALLY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KINNEBREW, CYNTHIA G.
ADDRESS AVAILABLE UPON REQUEST

KINNEY FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

KINNEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KINNEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KINNEY, BETTY ANN
ADDRESS AVAILABLE UPON REQUEST

KINNEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KINNEY, ISABEL
ADDRESS AVAILABLE UPON REQUEST

KINNEY, JEFF
ADDRESS AVAILABLE UPON REQUEST

KINNEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KINNEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KINNEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KINNEY, ROSA
ADDRESS AVAILABLE UPON REQUEST

KINNEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KINNEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KINNICK, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KINNINGHAM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KINNISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KINNON, JOE
ADDRESS AVAILABLE UPON REQUEST

KINOKUNIYA BOOKSTORES
ADDRESS UNAVAILABLE AT TIME OF FILING

KINONEN, RICK
ADDRESS AVAILABLE UPON REQUEST

KINOSHITA, DORIS
ADDRESS AVAILABLE UPON REQUEST

KINS, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

KINSCHERF, MARY
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, AMELIA
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, BERNARD
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, JOSH
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, KATE
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KINSELLA, RILEY
ADDRESS AVAILABLE UPON REQUEST

KINSER, KHLOE
ADDRESS AVAILABLE UPON REQUEST

KINSEY, CONLEY
ADDRESS AVAILABLE UPON REQUEST

KINSEY, DANA
ADDRESS AVAILABLE UPON REQUEST

KINSEY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KINSEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

KINSEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KINSEY, TOMEKA
ADDRESS AVAILABLE UPON REQUEST

KINSHAW, CARYN
ADDRESS AVAILABLE UPON REQUEST

KINSKY, BAILEY
ADDRESS AVAILABLE UPON REQUEST

KINSLER, COLEEN
ADDRESS AVAILABLE UPON REQUEST

KINSLEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KINSMAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KINSMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KINSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KINTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KINTI CONROY
ADDRESS AVAILABLE UPON REQUEST

KINTZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KINTZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KINZA SHAFIR
ADDRESS AVAILABLE UPON REQUEST

KINZEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

KINZER, KYLEE
ADDRESS AVAILABLE UPON REQUEST

KINZIE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

KINZLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KINZLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

KINZLER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KINZLY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KINZY, JASON
ADDRESS AVAILABLE UPON REQUEST

KIOKO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KIOLBASA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KIOUS, MIREILLE
ADDRESS AVAILABLE UPON REQUEST

KIOUSES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIP, ANN
ADDRESS AVAILABLE UPON REQUEST

KIPFER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

KIPHUTH, ANGEL
ADDRESS AVAILABLE UPON REQUEST

KIPNES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIPNIS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

KIPP, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

KIPP, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KIPP, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KIPP, DAVID
ADDRESS AVAILABLE UPON REQUEST

KIPP, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KIPPEN, ALISON
ADDRESS AVAILABLE UPON REQUEST

KIPPER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KIPPER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KIPPERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIPPHUT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KIPPI ELDRED
ADDRESS AVAILABLE UPON REQUEST

KIPPINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KIR, EBRU
ADDRESS AVAILABLE UPON REQUEST

KIRAGASI, BERIL
ADDRESS AVAILABLE UPON REQUEST

KIRAN SHAH
ADDRESS AVAILABLE UPON REQUEST

KIRBY, ANNE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, ARIA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, COREY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, DENISE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, GINA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, HALEY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JEAN
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JULIA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, JULIE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, KATE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

KIRBY, KELLY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, KYLE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, MADISON
ADDRESS AVAILABLE UPON REQUEST

KIRBY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, MARIA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIRBY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KIRBY, STACEY
ADDRESS AVAILABLE UPON REQUEST

KIRBY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, SYDNEE
ADDRESS AVAILABLE UPON REQUEST

KIRBY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KIRBY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KIRCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIRCHBERG, AELY
ADDRESS AVAILABLE UPON REQUEST

KIRCHBERG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KIRCHENWITZ, TINA
ADDRESS AVAILABLE UPON REQUEST

KIRCHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

KIRCHER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KIRCHHOF, CHUCK
ADDRESS AVAILABLE UPON REQUEST

KIRCHHOFER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

KIRCHHOFF STUDIOS LLC
600 DIMMICK DRIVE
LOS ANGELES, CA  90065

KIRCHHOFF, ARDITH
ADDRESS AVAILABLE UPON REQUEST

KIRCHHOFF, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIRCHMEIER, ERIN
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, JILL
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KIRCHNER, STEVE
ADDRESS AVAILABLE UPON REQUEST

KIREJCZYK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KIRELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIRGIS, ADAM
ADDRESS AVAILABLE UPON REQUEST

KIRIAKI, RONY
ADDRESS AVAILABLE UPON REQUEST

KIRIHARA, JEAN
ADDRESS AVAILABLE UPON REQUEST

KIRINCICH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIRIS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KIRK & SIMAS, A PROFESSIONAL LAW
CORPORATION
2550 PROFESSIONAL PARKWAY
SANTA MARIA, CA  93455

KIRK CONSULTING A CALIFORNIA
CORPORATION
8830 MORRO ROAD
ATASCADERO, CA  93422

KIRK CRENSHAW
ADDRESS AVAILABLE UPON REQUEST

KIRK DODDS
ADDRESS AVAILABLE UPON REQUEST

KIRK E HUISENGA
ADDRESS AVAILABLE UPON REQUEST

KIRK LIVELY
ADDRESS AVAILABLE UPON REQUEST

KIRK MILLER
ADDRESS AVAILABLE UPON REQUEST

KIRK SELLERS
ADDRESS AVAILABLE UPON REQUEST

KIRK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KIRK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KIRK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KIRK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KIRK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KIRK, ELLA
ADDRESS AVAILABLE UPON REQUEST

KIRK, ERICKA
ADDRESS AVAILABLE UPON REQUEST

KIRK, JAMI
ADDRESS AVAILABLE UPON REQUEST

KIRK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIRK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

KIRK, JOHN
ADDRESS AVAILABLE UPON REQUEST

KIRK, JOSH
ADDRESS AVAILABLE UPON REQUEST

KIRK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KIRK, KIM
ADDRESS AVAILABLE UPON REQUEST

KIRK, LANIER
ADDRESS AVAILABLE UPON REQUEST

KIRK, LISA
ADDRESS AVAILABLE UPON REQUEST

KIRK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIRK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KIRK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KIRK, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

KIRK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KIRK, SAMMY
ADDRESS AVAILABLE UPON REQUEST

KIRK, SHARA
ADDRESS AVAILABLE UPON REQUEST

KIRK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KIRK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KIRK, WENDI
ADDRESS AVAILABLE UPON REQUEST

KIRK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KIRKEIDE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KIRKEMO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KIRKHAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KIRKHART, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

KIRKHORN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

KIRKING, C A
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, CAMERON
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, JEANINE
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, JENNIFER AND RYAN
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, KIMMI
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, LOREN
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

KIRKLAND, STACI
ADDRESS AVAILABLE UPON REQUEST

KIRKLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIRKMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KIRKMAN, KEESHA
ADDRESS AVAILABLE UPON REQUEST

KIRKMAN, LARRY
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK COUCH, ARIANE
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, DESMOND
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, DYLAN
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, JAMELYN
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, SARA
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, SARAH
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, TARA
ADDRESS AVAILABLE UPON REQUEST

KIRKPATRICK, TRACI
ADDRESS AVAILABLE UPON REQUEST

KIRKSEY, ROSHAWN
ADDRESS AVAILABLE UPON REQUEST

KIRKWOOD HOLDINGS, INC
(KIRKWOOD PRINTING COMPANY LLC)
900 MAIN STREET
WILMINGTON, MA  01887

KIRKWOOD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KIRKWOOD, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

KIRKWOOD, TRACY
ADDRESS AVAILABLE UPON REQUEST

KIRLEY, ELISSA
ADDRESS AVAILABLE UPON REQUEST

KIRLEY, JJ
ADDRESS AVAILABLE UPON REQUEST

KIRLIN, THERON
ADDRESS AVAILABLE UPON REQUEST

KIRNER, CAROL
ADDRESS AVAILABLE UPON REQUEST

KIRNER, GRANT
ADDRESS AVAILABLE UPON REQUEST

KIRNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KIRON, KELLIAN
ADDRESS AVAILABLE UPON REQUEST

KIRPALANI, SHAAN
ADDRESS AVAILABLE UPON REQUEST

KIRPATRICK, CARI
ADDRESS AVAILABLE UPON REQUEST

KIRPEKAR, VIKRAM
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, BRANNON
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, MARK
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, MATT
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, MINDI
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KIRSCH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

KIRSCHBAUM, DALIA
ADDRESS AVAILABLE UPON REQUEST

KIRSCHBAUM, JULIA
ADDRESS AVAILABLE UPON REQUEST

KIRSCHE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KIRSCHLING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIRSCHNER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KIRSCHNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KIRSCHNER, THERESA
ADDRESS AVAILABLE UPON REQUEST

KIRSHNER, BETSY
ADDRESS AVAILABLE UPON REQUEST

KIRSHNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KIRSHNER, SY
ADDRESS AVAILABLE UPON REQUEST

KIRSHTEYN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KIRSHY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

KIRSON, AMY
ADDRESS AVAILABLE UPON REQUEST

KIRSOPP, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KIRSTEN, MIRANDA CANTRELL
ADDRESS AVAILABLE UPON REQUEST

KIRSTIE DEAN
ADDRESS AVAILABLE UPON REQUEST

KIRTI TEWARI
ADDRESS AVAILABLE UPON REQUEST

KIRTLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KIRTON, KS
ADDRESS AVAILABLE UPON REQUEST

KIRTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KIRVES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KIRVIDA, SARAH
ADDRESS AVAILABLE UPON REQUEST

KISANG, GREG
ADDRESS AVAILABLE UPON REQUEST

KISANG, MARTIN
ADDRESS AVAILABLE UPON REQUEST

KISELEVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

KISER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KISER, CADIE
ADDRESS AVAILABLE UPON REQUEST

KISER, CHELYAN
ADDRESS AVAILABLE UPON REQUEST

KISER, DRAVEN
ADDRESS AVAILABLE UPON REQUEST

KISER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KISER, JENNI
ADDRESS AVAILABLE UPON REQUEST

KISER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KISER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KISH, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KISH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KISH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

KISH, KACY
ADDRESS AVAILABLE UPON REQUEST

KISH, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KISH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KISH, PETE
ADDRESS AVAILABLE UPON REQUEST

KISH, RORY
ADDRESS AVAILABLE UPON REQUEST

KISH, RYAN
ADDRESS AVAILABLE UPON REQUEST

KISHAN, TANYA
ADDRESS AVAILABLE UPON REQUEST

KISHBAUGH, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KISHE, MATHEW
ADDRESS AVAILABLE UPON REQUEST

KISHORE KUMAR MUKKA
ADDRESS AVAILABLE UPON REQUEST

KISI
ADDRESS UNAVAILABLE AT TIME OF FILING

KISIEL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KISLING, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KISLING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KISLING, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KISLYANSKY, MAXIM
ADDRESS AVAILABLE UPON REQUEST

KISNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KISNER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KISO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KISOKI, NINA
ADDRESS AVAILABLE UPON REQUEST

KISS, MONTARA
ADDRESS AVAILABLE UPON REQUEST

KISS, SERENA
ADDRESS AVAILABLE UPON REQUEST

KISSANE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KISSANE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KISSEL, KYLE
ADDRESS AVAILABLE UPON REQUEST

KISSEL, ROMY
ADDRESS AVAILABLE UPON REQUEST

KISSENTANER, MARVA
ADDRESS AVAILABLE UPON REQUEST

KISSIN, SONIA
ADDRESS AVAILABLE UPON REQUEST

KISSKO, MARCIE
ADDRESS AVAILABLE UPON REQUEST

KISSLER, KIERAN
ADDRESS AVAILABLE UPON REQUEST

KISSLING, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KISSMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KISSNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KISSNER, RYAN
ADDRESS AVAILABLE UPON REQUEST

KISST, ALYSE
ADDRESS AVAILABLE UPON REQUEST

KISTER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KISTLER, EMMA
ADDRESS AVAILABLE UPON REQUEST

KISTLER, JEAN
ADDRESS AVAILABLE UPON REQUEST

KISTLER, JEN
ADDRESS AVAILABLE UPON REQUEST

KISTLER, SOFIA
ADDRESS AVAILABLE UPON REQUEST

KISTNER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KITAGAWA, TAIYO
ADDRESS AVAILABLE UPON REQUEST

KITAJIMA, MIHO
ADDRESS AVAILABLE UPON REQUEST

KITANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KITAO, SHOHEI
ADDRESS AVAILABLE UPON REQUEST

KITCHEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KITCHELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, EUNIVE
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, GABY & TEDDY
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, JEFF
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KITCHEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KITCHENER, NYASHA
ADDRESS AVAILABLE UPON REQUEST

KITCHENS, AVERY
ADDRESS AVAILABLE UPON REQUEST

KITCHENS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KITCHNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KITE, GUY
ADDRESS AVAILABLE UPON REQUEST

KITE, KAILEY
ADDRESS AVAILABLE UPON REQUEST

KITKO, AURORA
ADDRESS AVAILABLE UPON REQUEST

KITOVAS, MARINA
ADDRESS AVAILABLE UPON REQUEST

KITS & CO
4040 HWY 3 EAST
SIMCOE, ON  N3Y 4K4
CANADA

KITSON, BEAU
ADDRESS AVAILABLE UPON REQUEST

KITSOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

KITTELL, DONNA
ADDRESS AVAILABLE UPON REQUEST

KITTENDORF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KITTERMAN, CAPPI
ADDRESS AVAILABLE UPON REQUEST

KITTERMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KITTLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KITTLESON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KITTO, BILL
ADDRESS AVAILABLE UPON REQUEST

KITTREDGE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KITTRELL, BRETTA
ADDRESS AVAILABLE UPON REQUEST

KITTRELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

KITTY GULINELLO
ADDRESS AVAILABLE UPON REQUEST

KITZEL, KATE
ADDRESS AVAILABLE UPON REQUEST

KITZEROW, NEKANA
ADDRESS AVAILABLE UPON REQUEST

KITZMILLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

KIVA, MIKAIL
ADDRESS AVAILABLE UPON REQUEST

KIVETT, KYLE
ADDRESS AVAILABLE UPON REQUEST

KIVISTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KIVLEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

KIWALA, DONNA
ADDRESS AVAILABLE UPON REQUEST

KIWANIS, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

KIX, DAWN
ADDRESS AVAILABLE UPON REQUEST

KIYOFUMI TOKUNAGA
ADDRESS AVAILABLE UPON REQUEST

KIZER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KIZILAY, LERZAN
ADDRESS AVAILABLE UPON REQUEST

KIZIOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KIZIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KIZZEE, CHASIDY
ADDRESS AVAILABLE UPON REQUEST

KIZZIAR, TIM
ADDRESS AVAILABLE UPON REQUEST

KIZZIE, KIM
ADDRESS AVAILABLE UPON REQUEST

KJAGLIEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KJEDERQUIST, DAVE
ADDRESS AVAILABLE UPON REQUEST

KJELLSEN, DELANEY
ADDRESS AVAILABLE UPON REQUEST

KJIEL CARLSON
ADDRESS AVAILABLE UPON REQUEST

KJNJNKJ, LKNJN
ADDRESS AVAILABLE UPON REQUEST

KJONAAS, RAECHEL
ADDRESS AVAILABLE UPON REQUEST

KJOS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KJOS, KATHRIN
ADDRESS AVAILABLE UPON REQUEST

KJOSEN, JANE
ADDRESS AVAILABLE UPON REQUEST

KKH, TEAM
ADDRESS AVAILABLE UPON REQUEST

KLAASSENS, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

KLABO, SHAWN
ADDRESS AVAILABLE UPON REQUEST

KLABON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KLACYNSKI, GLORIA
ADDRESS AVAILABLE UPON REQUEST

KLADIVO, KAY
ADDRESS AVAILABLE UPON REQUEST

KLADY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KLAER, DREW
ADDRESS AVAILABLE UPON REQUEST

KLAES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KLAESSY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KLAETSCH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KLAETSCH, PATTY
ADDRESS AVAILABLE UPON REQUEST

KLAIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KLAIRE KIEHNE RHODES
ADDRESS AVAILABLE UPON REQUEST

KLAJBOR, KARYN
ADDRESS AVAILABLE UPON REQUEST

KLAKER, VICKI
ADDRESS AVAILABLE UPON REQUEST

KLAMI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KLANN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

KLAP, LANAE
ADDRESS AVAILABLE UPON REQUEST

KLAPATCH, LUKAS
ADDRESS AVAILABLE UPON REQUEST

KLAPPER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KLAPPER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KLAR, SOFIA
ADDRESS AVAILABLE UPON REQUEST

KLARA JOSEFINE HEDLUND
ADDRESS AVAILABLE UPON REQUEST

KLAREN, CINDY
ADDRESS AVAILABLE UPON REQUEST

KLAREN, KAY
ADDRESS AVAILABLE UPON REQUEST

KLARFELD, HALEY
ADDRESS AVAILABLE UPON REQUEST

KLARIN, JONI
ADDRESS AVAILABLE UPON REQUEST

KLARQUIST, SARAH
ADDRESS AVAILABLE UPON REQUEST

KLAS, GARY
ADDRESS AVAILABLE UPON REQUEST

KLASS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KLASSEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KLASSEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

KLASSEN, PETER
ADDRESS AVAILABLE UPON REQUEST

KLASSEN, STEVI
ADDRESS AVAILABLE UPON REQUEST

KLATCH COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

KLATT, ERIN
ADDRESS AVAILABLE UPON REQUEST

KLATT, JAN
ADDRESS AVAILABLE UPON REQUEST

KLATT, LEXI
ADDRESS AVAILABLE UPON REQUEST

KLATT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KLAUS BERND STEINKLAUBER
ADDRESS AVAILABLE UPON REQUEST

KLAUS D SCHMITT
ADDRESS AVAILABLE UPON REQUEST

KLAUS JOSEF GUENTHER
ADDRESS AVAILABLE UPON REQUEST

KLAUS SCHWEGLER
ADDRESS AVAILABLE UPON REQUEST

KLAUS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

KLAUS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KLAUS, PATTI
ADDRESS AVAILABLE UPON REQUEST

KLAUS, SONYA
ADDRESS AVAILABLE UPON REQUEST

KLAUSMAN, BRETT
ADDRESS AVAILABLE UPON REQUEST

KLAUSNER, KENSLEY
ADDRESS AVAILABLE UPON REQUEST

KLAUSS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KLAVER, JEN
ADDRESS AVAILABLE UPON REQUEST

KLAVETTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

KLAVIYO
ADDRESS UNAVAILABLE AT TIME OF FILING

KLAY, RITA
ADDRESS AVAILABLE UPON REQUEST

KLEBAN,, JASON
ADDRESS AVAILABLE UPON REQUEST

KLEBANOFF, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KLEBANOFF, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KLECAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KLECKLEY, FRANCIE
ADDRESS AVAILABLE UPON REQUEST

KLEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KLEEMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KLEERUP, MARGIE
ADDRESS AVAILABLE UPON REQUEST

KLEES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLEFFEL, JENNY
ADDRESS AVAILABLE UPON REQUEST

KLEHM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KLEHR, RUTH
ADDRESS AVAILABLE UPON REQUEST

KLEIBER, KATE
ADDRESS AVAILABLE UPON REQUEST

KLEIMAN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

KLEIMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

KLEIMAN-TAPLEY, ZOE
ADDRESS AVAILABLE UPON REQUEST

KLEIMENHAGEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KLEIN LEVINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, AMETHYST
ADDRESS AVAILABLE UPON REQUEST

KLEIN, ANJELINA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, BRAD
ADDRESS AVAILABLE UPON REQUEST

KLEIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KLEIN, CIARA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, CORI
ADDRESS AVAILABLE UPON REQUEST

KLEIN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KLEIN, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, DARRELL
ADDRESS AVAILABLE UPON REQUEST

KLEIN, DIANA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, DOREEN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, DREW
ADDRESS AVAILABLE UPON REQUEST

KLEIN, GABI
ADDRESS AVAILABLE UPON REQUEST

KLEIN, GENE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KLEIN, HUGH
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JEFF
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, JUELL
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KATE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KERRI
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KERRIE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MARK
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MARY
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, MONA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, OKSANA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, PAT
ADDRESS AVAILABLE UPON REQUEST

KLEIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KLEIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

KLEIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KLEIN, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

KLEIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KLEIN-ADAMS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KLEINBERG, JOHN
ADDRESS AVAILABLE UPON REQUEST

KLEINER, FREDRIC
ADDRESS AVAILABLE UPON REQUEST

KLEINER, JANE
ADDRESS AVAILABLE UPON REQUEST

KLEINER, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

KLEINER, TREVOR
ADDRESS AVAILABLE UPON REQUEST

KLEINHELTER, LARA
ADDRESS AVAILABLE UPON REQUEST

KLEINHENZ, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KLEINHUIZEN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

KLEINLEIN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KLEINMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KLEINMAN, SHEA
ADDRESS AVAILABLE UPON REQUEST

KLEINMANN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KLEINS DELI
ADDRESS UNAVAILABLE AT TIME OF FILING

KLEINSCHMIDT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KLEINSCHMIDT, LORI
ADDRESS AVAILABLE UPON REQUEST

KLEINSCHMIDT, PETER
ADDRESS AVAILABLE UPON REQUEST

KLEINSCHMIT, PEGGY
ADDRESS AVAILABLE UPON REQUEST

KLEINSMITH, NORA
ADDRESS AVAILABLE UPON REQUEST

KLEINWOLTERINK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KLEINZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KLEIST, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KLEIST, LAUREEN
ADDRESS AVAILABLE UPON REQUEST

KLEKOTA, GARRETT
ADDRESS AVAILABLE UPON REQUEST

KLEM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KLEMAN, JANA
ADDRESS AVAILABLE UPON REQUEST

KLEMENS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KLEMETTI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KLEMICK, EDYTHE
ADDRESS AVAILABLE UPON REQUEST

KLEMKOWSKI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KLEMM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KLEMM, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KLEMM, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KLEMM, JAMES
ADDRESS AVAILABLE UPON REQUEST

KLEMM, JANE
ADDRESS AVAILABLE UPON REQUEST

KLEMM, ROB
ADDRESS AVAILABLE UPON REQUEST

KLEMMENSEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KLEMP, CARLY
ADDRESS AVAILABLE UPON REQUEST

KLEMS, JASON
ADDRESS AVAILABLE UPON REQUEST

KLENCHESKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

KLENCHESKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

KLENK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KLENK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KLENKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

KLENOVICH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KLENZING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KLEPAC, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KLEPACK, AMIE
ADDRESS AVAILABLE UPON REQUEST

KLEPACKI, KAILIE
ADDRESS AVAILABLE UPON REQUEST

KLEPAL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KLEPEK, KATIE
ADDRESS AVAILABLE UPON REQUEST

KLEPEK, KATY
ADDRESS AVAILABLE UPON REQUEST

KLEPPE, JOSH
ADDRESS AVAILABLE UPON REQUEST

KLEPPER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KLEPPER, JESS
ADDRESS AVAILABLE UPON REQUEST

KLEPSER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KLESARIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

KLESK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KLESKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KLESSECK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KLESTADT, ERICA
ADDRESS AVAILABLE UPON REQUEST

KLESTADT, GARY
ADDRESS AVAILABLE UPON REQUEST

KLETT-DOUYON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLETTE, MARY
ADDRESS AVAILABLE UPON REQUEST

KLETTKE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KLEWICKI, JENNA
ADDRESS AVAILABLE UPON REQUEST

KLEZMER, ALISJA
ADDRESS AVAILABLE UPON REQUEST

KLICH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KLICHE, WALTER
ADDRESS AVAILABLE UPON REQUEST

KLICK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KLIENS DELI
ADDRESS UNAVAILABLE AT TIME OF FILING

KLIER, NANCY
ADDRESS AVAILABLE UPON REQUEST

KLIEWER, JOHN
ADDRESS AVAILABLE UPON REQUEST

KLIM TYPE FOUNDRY
ADDRESS UNAVAILABLE AT TIME OF FILING

KLIMASHOUSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KLIMBACK, BILL
ADDRESS AVAILABLE UPON REQUEST

KLIMEK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KLIMPERT, ANN
ADDRESS AVAILABLE UPON REQUEST

KLINCHUCH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KLINE, BECCA
ADDRESS AVAILABLE UPON REQUEST

KLINE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KLINE, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

KLINE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

KLINE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KLINE, DAN
ADDRESS AVAILABLE UPON REQUEST

KLINE, DANA
ADDRESS AVAILABLE UPON REQUEST

KLINE, DANNIELLE
ADDRESS AVAILABLE UPON REQUEST

KLINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KLINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KLINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KLINE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KLINE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KLINE, JAMES
ADDRESS AVAILABLE UPON REQUEST

KLINE, JOSH
ADDRESS AVAILABLE UPON REQUEST

KLINE, KAREN
ADDRESS AVAILABLE UPON REQUEST

KLINE, KAREN
ADDRESS AVAILABLE UPON REQUEST

KLINE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KLINE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KLINE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

KLINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KLINE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

KLINE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KLINE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KLINE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

KLINE, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

KLINE, WENDY
ADDRESS AVAILABLE UPON REQUEST

KLINEBERG, ANNA
ADDRESS AVAILABLE UPON REQUEST

KLINEFELTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KLINESMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KLING, DAVID
ADDRESS AVAILABLE UPON REQUEST

KLING, JON
ADDRESS AVAILABLE UPON REQUEST

KLING, VICKI
ADDRESS AVAILABLE UPON REQUEST

KLINGBEIL, KRISSY
ADDRESS AVAILABLE UPON REQUEST

KLINGEL, STEVE
ADDRESS AVAILABLE UPON REQUEST

KLINGENBERG, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KLINGENSMITH, TESSA
ADDRESS AVAILABLE UPON REQUEST

KLINGENSMITH, TISHA
ADDRESS AVAILABLE UPON REQUEST

KLINGER, BECKY
ADDRESS AVAILABLE UPON REQUEST

KLINGER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KLINGER, DEVON
ADDRESS AVAILABLE UPON REQUEST

KLINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KLINGER, JOAN
ADDRESS AVAILABLE UPON REQUEST

KLINGER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KLINGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KLINGERMAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

KLINGFUS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

KLINGINSMITH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KLINGLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KLINGLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

KLINGLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

KLINGLER, MADISON
ADDRESS AVAILABLE UPON REQUEST

KLINK, AMY
ADDRESS AVAILABLE UPON REQUEST

KLINK, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KLINKER, ADAM
ADDRESS AVAILABLE UPON REQUEST

KLINKER, DONALD
ADDRESS AVAILABLE UPON REQUEST

KLINKOUSKAYA, VIKTORYIA
ADDRESS AVAILABLE UPON REQUEST

KLINSHAW, DESIRE
ADDRESS AVAILABLE UPON REQUEST

KLION, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLIPFEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

KLIPPEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KLIPPENSTEIN, ZACH
ADDRESS AVAILABLE UPON REQUEST

KLIR, EDWARD
ADDRESS AVAILABLE UPON REQUEST

KLISCH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KLITTNICK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

KLITZKE, JODIE
ADDRESS AVAILABLE UPON REQUEST

KLITZKE, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

KLIUIKOV, IVAN
ADDRESS AVAILABLE UPON REQUEST

KLM
ADDRESS UNAVAILABLE AT TIME OF FILING

KLOBERDANZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

KLOBUCHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KLOC, LISA
ADDRESS AVAILABLE UPON REQUEST

KLOCK, HELEN
ADDRESS AVAILABLE UPON REQUEST

KLOCK, MARY
ADDRESS AVAILABLE UPON REQUEST

KLOCKO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KLOEBLEN, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

KLOEVEKORN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KLOF, SOFIA
ADDRESS AVAILABLE UPON REQUEST

KLOIBER, CASEY
ADDRESS AVAILABLE UPON REQUEST

KLOIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KLOO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KLOP, KRISSONDRA
ADDRESS AVAILABLE UPON REQUEST

KLOPACK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KLOPF, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KLOPFSTEIN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KLOPPENBURG, LIANNE
ADDRESS AVAILABLE UPON REQUEST

KLOSE, CARA
ADDRESS AVAILABLE UPON REQUEST

KLOSE, SARA
ADDRESS AVAILABLE UPON REQUEST

KLOSE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KLOSER, MARK
ADDRESS AVAILABLE UPON REQUEST

KLOSS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KLOSSNER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

KLOSTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KLOSTERHOFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KLOSTERMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KLOSTERMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

KLOSTERMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KLOSTERMAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KLOTZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

KLOTZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

KLOTZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

KLOUDA, KARLAANE
ADDRESS AVAILABLE UPON REQUEST

KLUBER, COREY
ADDRESS AVAILABLE UPON REQUEST

KLUBERDANZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KLUBNICK, GAIL
ADDRESS AVAILABLE UPON REQUEST

KLUBNIK, RILEY
ADDRESS AVAILABLE UPON REQUEST

KLUCEWICH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KLUCHUROSKY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KLUCK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KLUCKEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

KLUDT, KELLI
ADDRESS AVAILABLE UPON REQUEST

KLUEGEL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KLUESNER, BARRY
ADDRESS AVAILABLE UPON REQUEST

KLUG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KLUG, CORRINE
ADDRESS AVAILABLE UPON REQUEST

KLUGE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KLUGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KLUGE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KLUGH, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KLUGH, STACI
ADDRESS AVAILABLE UPON REQUEST

KLUK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KLUMPER, MACIE
ADDRESS AVAILABLE UPON REQUEST

KLUNDT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KLUNK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KLUNK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KLUNK, SARAH
ADDRESS AVAILABLE UPON REQUEST

KLUNK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KLUS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KLUS, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KLUS, PRINCESS
ADDRESS AVAILABLE UPON REQUEST

KLUSKA, LAYNE
ADDRESS AVAILABLE UPON REQUEST

KLUSMEYER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KLUTE, DUANE
ADDRESS AVAILABLE UPON REQUEST

KLUTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KLUTMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KLUVER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KLUXEN, BAINES
ADDRESS AVAILABLE UPON REQUEST

KLYMENKO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KLYNSTRA, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KM, ZAHID
ADDRESS AVAILABLE UPON REQUEST

KMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KMART
ADDRESS UNAVAILABLE AT TIME OF FILING

KMART.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

KMATZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KMETTY, LORI
ADDRESS AVAILABLE UPON REQUEST

KMIC, JENI
ADDRESS AVAILABLE UPON REQUEST

KMIEC, LAURA
ADDRESS AVAILABLE UPON REQUEST

KMIECIK, WENDY
ADDRESS AVAILABLE UPON REQUEST

KMIOTEK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KNA DEVELOPMENTS, LLC
1320 N. HARPER AVE.  110
WEST HOLLYWOOD, CA  90046

KNABE, LIZ
ADDRESS AVAILABLE UPON REQUEST

KNABLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KNADLE, JENNA
ADDRESS AVAILABLE UPON REQUEST

KNAISCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KNAP, JOHN
ADDRESS AVAILABLE UPON REQUEST

KNAPP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KNAPP, CHUCK
ADDRESS AVAILABLE UPON REQUEST

KNAPP, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, DEANIA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KNAPP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KNAPP, HOWARD
ADDRESS AVAILABLE UPON REQUEST

KNAPP, JAMES
ADDRESS AVAILABLE UPON REQUEST

KNAPP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KNAPP, JOLIE
ADDRESS AVAILABLE UPON REQUEST

KNAPP, JULIA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KATIE
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KIM
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KIZAAN
ADDRESS AVAILABLE UPON REQUEST

KNAPP, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KNAPP, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KNAPP, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

KNAPP, MONA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, MONICA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KNAPP, PARKER
ADDRESS AVAILABLE UPON REQUEST

KNAPP, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KNAPP, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KNAPPENBERGER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

KNAUER, JORJA
ADDRESS AVAILABLE UPON REQUEST

KNAUF, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KNAUSS, JAMES
ADDRESS AVAILABLE UPON REQUEST

KNAVEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KNEASS, BILL
ADDRESS AVAILABLE UPON REQUEST

KNEBEL, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

KNEBEL, CARLENE
ADDRESS AVAILABLE UPON REQUEST

KNEBEL, MARCIA
ADDRESS AVAILABLE UPON REQUEST

KNECHT, KATIE
ADDRESS AVAILABLE UPON REQUEST

KNECHTEL, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

KNECHTEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

KNEELAND, JEFF
ADDRESS AVAILABLE UPON REQUEST

KNEELAND, KAREN
ADDRESS AVAILABLE UPON REQUEST

KNEIB, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KNEICE, JORDYN
ADDRESS AVAILABLE UPON REQUEST

KNEISEL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KNEISLER, JERRIE ANNE
ADDRESS AVAILABLE UPON REQUEST

KNEIZYS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KNELL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KNELLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

KNEPKA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KNEPP, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KNEPPER, JASON
ADDRESS AVAILABLE UPON REQUEST

KNEPPER, JESSE
ADDRESS AVAILABLE UPON REQUEST

KNEPPER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KNEPPER, WES
ADDRESS AVAILABLE UPON REQUEST

KNERR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KNES, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KNESS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

KNETSCH, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KNETZER, LISA
ADDRESS AVAILABLE UPON REQUEST

KNEZ, BO
ADDRESS AVAILABLE UPON REQUEST

KNEZOVICH, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

KNICK, LINDA
ADDRESS AVAILABLE UPON REQUEST

KNICKERBOCKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KNICKREHM, MONIKA
ADDRESS AVAILABLE UPON REQUEST

KNICLEY, JORDON
ADDRESS AVAILABLE UPON REQUEST

KNIE, JERRY
ADDRESS AVAILABLE UPON REQUEST

KNIEBEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KNIEPER, LACI
ADDRESS AVAILABLE UPON REQUEST

KNIER, TRACI
ADDRESS AVAILABLE UPON REQUEST

KNIERIM, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KNIERY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KNIESE, WENDY
ADDRESS AVAILABLE UPON REQUEST

KNIESS, DENA
ADDRESS AVAILABLE UPON REQUEST

KNIFFEN (ICO MICHELLE WARD), WENDY
ADDRESS AVAILABLE UPON REQUEST

KNIFFIN, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

KNIGGE, CALEB
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ALAN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ANIKA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CARLA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, DAN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, DUSTYNN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, EVA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, GEOFF
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, HILLARY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JANN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JENNA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JENNY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JOELENE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, JOLENE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KAREN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KASEY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KENNETTA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, KERRY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LAURA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LORI
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LORI
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, LOUETTA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, MARI
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, MARIE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, NELSON
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, POLLY
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, RAVEN
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, SHEKERE
ADDRESS AVAILABLE UPON REQUEST

KNIGHT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KNIGHTEN, BERNETTA
ADDRESS AVAILABLE UPON REQUEST

KNIGHTLY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KNIGHTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KNIGHTON, SARAHWILLIEMAE
ADDRESS AVAILABLE UPON REQUEST

KNIGHTS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

KNIGJG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KNIK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KNIPP, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KNIPPA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KNIPPEL, KAREN
ADDRESS AVAILABLE UPON REQUEST

KNISELY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KNISKA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KNISLEY, CAROLYNN
ADDRESS AVAILABLE UPON REQUEST

KNISTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KNOBBE, JENNY
ADDRESS AVAILABLE UPON REQUEST

KNOBBE, MARY
ADDRESS AVAILABLE UPON REQUEST

KNOBEL, EMMA
ADDRESS AVAILABLE UPON REQUEST

KNOBEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KNOBEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

KNOBLAUCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KNOBLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KNOBLE, OLIVIAH
ADDRESS AVAILABLE UPON REQUEST

KNOBLOCH, DOUG
ADDRESS AVAILABLE UPON REQUEST

KNOCH, JAYME
ADDRESS AVAILABLE UPON REQUEST

KNOCK, MARCIA
ADDRESS AVAILABLE UPON REQUEST

KNOCKE, WILL
ADDRESS AVAILABLE UPON REQUEST

KNODE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

KNODT, JANESSA
ADDRESS AVAILABLE UPON REQUEST

KNOEBEL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KNOEDLER, JENNA
ADDRESS AVAILABLE UPON REQUEST

KNOELL, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

KNOERZER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KNOKE, EMMA
ADDRESS AVAILABLE UPON REQUEST

KNOL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KNOLES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KNOLL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KNOLL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KNOLL, JARED
ADDRESS AVAILABLE UPON REQUEST

KNOLL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KNOLL, JUDY
ADDRESS AVAILABLE UPON REQUEST

KNOLLE, JACOBA
ADDRESS AVAILABLE UPON REQUEST

KNOOP, RYLEIGH
ADDRESS AVAILABLE UPON REQUEST

KNOP, RAVEN
ADDRESS AVAILABLE UPON REQUEST

KNOPF, ADIRA
ADDRESS AVAILABLE UPON REQUEST

KNOPF, EMILY
ADDRESS AVAILABLE UPON REQUEST

KNOPF, EMILY
ADDRESS AVAILABLE UPON REQUEST

KNOPF, LAURA
ADDRESS AVAILABLE UPON REQUEST

KNOPICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KNOPP, KEELY
ADDRESS AVAILABLE UPON REQUEST

KNOPP, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

KNOPPING, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KNOREK, COLLEENE
ADDRESS AVAILABLE UPON REQUEST

KNORPP, JACK
ADDRESS AVAILABLE UPON REQUEST

KNORR, KATIE
ADDRESS AVAILABLE UPON REQUEST

KNORR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KNORR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KNORR, NATASHA
ADDRESS AVAILABLE UPON REQUEST

KNORR, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KNOSPE, DON
ADDRESS AVAILABLE UPON REQUEST

KNOSTMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KNOTH, HENRY
ADDRESS AVAILABLE UPON REQUEST

KNOTISDESIGN
ADDRESS UNAVAILABLE AT TIME OF FILING

KNOTT, COLTON
ADDRESS AVAILABLE UPON REQUEST

KNOTT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KNOTT, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

KNOTT, HOLLY AND STEVE
ADDRESS AVAILABLE UPON REQUEST

KNOTT, JACK
ADDRESS AVAILABLE UPON REQUEST

KNOTT, JOSCELYN
ADDRESS AVAILABLE UPON REQUEST

KNOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KNOTTS BERRY FARM
ADDRESS UNAVAILABLE AT TIME OF FILING

KNOTTS, JUNEIOUS
ADDRESS AVAILABLE UPON REQUEST

KNOUSE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KNOUSE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KNOWLDEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KNOWLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, FAITH
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, JAIME
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, JEANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, JODY
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, KEELY
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, LINDSEY B.
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, MARY LEE
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, TREVOR
ADDRESS AVAILABLE UPON REQUEST

KNOWLES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KNOWLING, BREANNA
ADDRESS AVAILABLE UPON REQUEST

KNOWLTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KNOWLTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KNOX, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KNOX, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KNOX, BETHANY
ADDRESS AVAILABLE UPON REQUEST

KNOX, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KNOX, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KNOX, CHAZ
ADDRESS AVAILABLE UPON REQUEST

KNOX, DALLAS
ADDRESS AVAILABLE UPON REQUEST

KNOX, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KNOX, DONNA
ADDRESS AVAILABLE UPON REQUEST

KNOX, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KNOX, GRANT
ADDRESS AVAILABLE UPON REQUEST

KNOX, JULIA
ADDRESS AVAILABLE UPON REQUEST

KNOX, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KNOX, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KNOX, KORIN
ADDRESS AVAILABLE UPON REQUEST

KNOX, KYLE
ADDRESS AVAILABLE UPON REQUEST

KNOX, LAURA
ADDRESS AVAILABLE UPON REQUEST

KNOX, MARISA
ADDRESS AVAILABLE UPON REQUEST

KNOX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KNOX, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KNOX, SADIE
ADDRESS AVAILABLE UPON REQUEST

KNUCKLES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KNUCKLES, PAYTON
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, JANET
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, JOEL
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, TARA
ADDRESS AVAILABLE UPON REQUEST

KNUDSEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KNUDSON, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

KNUDSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

KNUDSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KNUDSON, KARIN
ADDRESS AVAILABLE UPON REQUEST

KNUDSON, MARDI
ADDRESS AVAILABLE UPON REQUEST

KNUDTAMARN, PONGPETCH
ADDRESS AVAILABLE UPON REQUEST

KNUDTSON, RICK
ADDRESS AVAILABLE UPON REQUEST

KNUPP, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KNUPP, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KNUTESON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KNUTH, KYMRA
ADDRESS AVAILABLE UPON REQUEST

KNUTSEN, TOM
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, AMY
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, CLARA
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, DANELLE
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, KARRIE
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KNUTSON, STACIE
ADDRESS AVAILABLE UPON REQUEST

KNUTTI, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

KNYTYCH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KO, AMY
ADDRESS AVAILABLE UPON REQUEST

KO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KO, ARA
ADDRESS AVAILABLE UPON REQUEST

KO, CINDY
ADDRESS AVAILABLE UPON REQUEST

KO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

KO, ELENA
ADDRESS AVAILABLE UPON REQUEST

KO, EUNMI
ADDRESS AVAILABLE UPON REQUEST

KO, LENA
ADDRESS AVAILABLE UPON REQUEST

KO, PETER
ADDRESS AVAILABLE UPON REQUEST

KO, YUH LING
ADDRESS AVAILABLE UPON REQUEST

KOAH, KIM
ADDRESS AVAILABLE UPON REQUEST

KOBARI, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

KOBASHI, NANCY
ADDRESS AVAILABLE UPON REQUEST

KOBAYASHI, HIROKI
ADDRESS AVAILABLE UPON REQUEST

KOBAYASHI, NATALIA
ADDRESS AVAILABLE UPON REQUEST

KOBDISH, LISA
ADDRESS AVAILABLE UPON REQUEST

KOBELIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KOBER, ALEX
ADDRESS AVAILABLE UPON REQUEST

KOBER, FARRA
ADDRESS AVAILABLE UPON REQUEST

KOBER, MYSCHELLE
ADDRESS AVAILABLE UPON REQUEST

KOBERLEIN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

KOBERLING, AMY
ADDRESS AVAILABLE UPON REQUEST

KOBETITSCH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KOBIELA, LAURYN
ADDRESS AVAILABLE UPON REQUEST

KOBITO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOBLENTZ, BAILEY
ADDRESS AVAILABLE UPON REQUEST

KOBLER, RON
ADDRESS AVAILABLE UPON REQUEST

KOBORG, DAN
ADDRESS AVAILABLE UPON REQUEST

KOBOS, WALLY
ADDRESS AVAILABLE UPON REQUEST

KOBOSKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOBRINE, SANDIE
ADDRESS AVAILABLE UPON REQUEST

KOBTSEVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

KOBUS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOCA, MATT
ADDRESS AVAILABLE UPON REQUEST

KOCAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KOCEN, BELINDA
ADDRESS AVAILABLE UPON REQUEST

KOCH DEBIASE, LEAH
ADDRESS AVAILABLE UPON REQUEST

KOCH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KOCH, ALISON
ADDRESS AVAILABLE UPON REQUEST

KOCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KOCH, ASHTON
ADDRESS AVAILABLE UPON REQUEST

KOCH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KOCH, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KOCH, BRENNA
ADDRESS AVAILABLE UPON REQUEST

KOCH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KOCH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KOCH, DAVE
ADDRESS AVAILABLE UPON REQUEST

KOCH, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

KOCH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KOCH, JASON
ADDRESS AVAILABLE UPON REQUEST

KOCH, JILL
ADDRESS AVAILABLE UPON REQUEST

KOCH, KATE
ADDRESS AVAILABLE UPON REQUEST

KOCH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KOCH, KATIE
ADDRESS AVAILABLE UPON REQUEST

KOCH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KOCH, KL
ADDRESS AVAILABLE UPON REQUEST

KOCH, LESLEY
ADDRESS AVAILABLE UPON REQUEST

KOCH, LINDA
ADDRESS AVAILABLE UPON REQUEST

KOCH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KOCH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KOCH, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KOCH, MADISON
ADDRESS AVAILABLE UPON REQUEST

KOCH, MARTIN
ADDRESS AVAILABLE UPON REQUEST

KOCH, MAX
ADDRESS AVAILABLE UPON REQUEST

KOCH, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

KOCH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KOCH, MILLI
ADDRESS AVAILABLE UPON REQUEST

KOCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOCH, PATTI
ADDRESS AVAILABLE UPON REQUEST

KOCH, PAULA
ADDRESS AVAILABLE UPON REQUEST

KOCH, PEG
ADDRESS AVAILABLE UPON REQUEST

KOCH, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

KOCH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

KOCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOCH, SUMMER
ADDRESS AVAILABLE UPON REQUEST

KOCH, TORREY
ADDRESS AVAILABLE UPON REQUEST

KOCHAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KOCHBARSKI, ARIEL
ADDRESS AVAILABLE UPON REQUEST

KOCHENOWER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

KOCHER, BOB
ADDRESS AVAILABLE UPON REQUEST

KOCHER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

KOCHER, JULIANA
ADDRESS AVAILABLE UPON REQUEST

KOCHER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KOCHER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KOCHER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOCHERT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KOCHIEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

KOCHIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOCHLANY, AMI
ADDRESS AVAILABLE UPON REQUEST

KOCHNER, KELCEY
ADDRESS AVAILABLE UPON REQUEST

KOCIAN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

KOCIAN, KALI
ADDRESS AVAILABLE UPON REQUEST

KOCKENMEISTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KOCOUREK, AMY
ADDRESS AVAILABLE UPON REQUEST

KOCSI, KIM
ADDRESS AVAILABLE UPON REQUEST

KOCUR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KOCZERA, KATIE
ADDRESS AVAILABLE UPON REQUEST

KODA, SARA
ADDRESS AVAILABLE UPON REQUEST

KODALI, GOUTHAM
ADDRESS AVAILABLE UPON REQUEST

KODAMA, KAITARO
ADDRESS AVAILABLE UPON REQUEST

KODISH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KODITHYALA, SHIVA KRISHNA
ADDRESS AVAILABLE UPON REQUEST

KODNER, HALEY
ADDRESS AVAILABLE UPON REQUEST

KODSI, ELISA
ADDRESS AVAILABLE UPON REQUEST

KODURI, JYOTSNA
ADDRESS AVAILABLE UPON REQUEST

KODY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

KODZIK, BILL
ADDRESS AVAILABLE UPON REQUEST

KOEBBE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KOEBEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KOEBER, LISA
ADDRESS AVAILABLE UPON REQUEST

KOEBLI, VICTORIA M
ADDRESS AVAILABLE UPON REQUEST

KOECHEL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KOECKE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KOED, MATT
ADDRESS AVAILABLE UPON REQUEST

KOEHL, MATT
ADDRESS AVAILABLE UPON REQUEST

KOEHL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, ADAM
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, CAREN
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, LEAH & BEN
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, MARIA
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KOEHLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KOEHLY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KOEHN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KOEHN, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOEHN, GINA
ADDRESS AVAILABLE UPON REQUEST

KOEHN, PALLIE
ADDRESS AVAILABLE UPON REQUEST

KOEHNE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KOEHNE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOEHNE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOEHNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KOEHNEN, LIESL
ADDRESS AVAILABLE UPON REQUEST

KOELBEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KOEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KOENDERMAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KOENEN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KOENIG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KOENIG, COURTENEY
ADDRESS AVAILABLE UPON REQUEST

KOENIG, ERIK
ADDRESS AVAILABLE UPON REQUEST

KOENIG, JON
ADDRESS AVAILABLE UPON REQUEST

KOENIG, JULIE
ADDRESS AVAILABLE UPON REQUEST

KOENIG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KOENIG, LORI
ADDRESS AVAILABLE UPON REQUEST

KOENIG, LUCUS
ADDRESS AVAILABLE UPON REQUEST

KOENIG, LYNN
ADDRESS AVAILABLE UPON REQUEST

KOENIG, MADISON
ADDRESS AVAILABLE UPON REQUEST

KOENIG, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

KOENIG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KOENIG, SAM
ADDRESS AVAILABLE UPON REQUEST

KOENIG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOENIG, STACEY
ADDRESS AVAILABLE UPON REQUEST

KOENIG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KOENIGS, MARION
ADDRESS AVAILABLE UPON REQUEST

KOENINGER, KENT
ADDRESS AVAILABLE UPON REQUEST

KOENITZER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KOENRAAD W BECKERS
ADDRESS AVAILABLE UPON REQUEST

KOEP, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KOEPKE, ERIN
ADDRESS AVAILABLE UPON REQUEST

KOEPP, LESLEY
ADDRESS AVAILABLE UPON REQUEST

KOEPPEL DIRECT
16200 DALLAS PARKWAY SUITE 270
DALLAS, TX  75248

KOEPPEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOEPPEL, PETER
ADDRESS AVAILABLE UPON REQUEST

KOEPPER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

KOEPSELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KOEPSELL, DAN
ADDRESS AVAILABLE UPON REQUEST

KOERBER, KENT
ADDRESS AVAILABLE UPON REQUEST

KOERITZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KOERNER, JANELLE
ADDRESS AVAILABLE UPON REQUEST

KOERNER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KOESSEL, BRI
ADDRESS AVAILABLE UPON REQUEST

KOESTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KOESTER, JAMES
ADDRESS AVAILABLE UPON REQUEST

KOESTER, JASON
ADDRESS AVAILABLE UPON REQUEST

KOESTNER, CASEY
ADDRESS AVAILABLE UPON REQUEST

KOETHE, LINDA R.
ADDRESS AVAILABLE UPON REQUEST

KOETS, MONICA
ADDRESS AVAILABLE UPON REQUEST

KOETTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KOETTER, JULIA
ADDRESS AVAILABLE UPON REQUEST

KOETZLE, JULIE
ADDRESS AVAILABLE UPON REQUEST

KOFAHL, CHAD
ADDRESS AVAILABLE UPON REQUEST

KOFF, RANDALL
ADDRESS AVAILABLE UPON REQUEST

KOFFENBERGER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KOFFIE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOFFMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

KOFFMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

KOFFORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOFI OFOSU-ASANTE
ADDRESS AVAILABLE UPON REQUEST

KOGI BBQ
ADDRESS UNAVAILABLE AT TIME OF FILING

KOGLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KOGUT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOGUT, NICKI
ADDRESS AVAILABLE UPON REQUEST

KOGUT, SPENCER
ADDRESS AVAILABLE UPON REQUEST

KOH, A
ADDRESS AVAILABLE UPON REQUEST

KOH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KOH, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOH, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

KOHAKE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KOHANZADEH, DANI
ADDRESS AVAILABLE UPON REQUEST

KOHAR, FELICIA
ADDRESS AVAILABLE UPON REQUEST

KOHART, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOHEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOHL, KAREN
ADDRESS AVAILABLE UPON REQUEST

KOHL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

KOHL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KOHL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

KOHL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KOHLASCH, KAELYN
ADDRESS AVAILABLE UPON REQUEST

KOHLER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KOHLER, BRENT
ADDRESS AVAILABLE UPON REQUEST

KOHLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KOHLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KOHLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KOHLER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KOHLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KOHLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOHLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOHLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOHLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOHLHEIM, TYRONE
ADDRESS AVAILABLE UPON REQUEST

KOHLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KOHLI, MONIKA
ADDRESS AVAILABLE UPON REQUEST

KOHLI, ROHAN
ADDRESS AVAILABLE UPON REQUEST

KOHLMAYER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KOHLMIER, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

KOHLS, JACK
ADDRESS AVAILABLE UPON REQUEST

KOHN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

KOHN, KARA
ADDRESS AVAILABLE UPON REQUEST

KOHN, MARY
ADDRESS AVAILABLE UPON REQUEST

KOHNE, MICAH
ADDRESS AVAILABLE UPON REQUEST

KOHR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOHTALA, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOHUT, KAREN
ADDRESS AVAILABLE UPON REQUEST

KOI
ADDRESS UNAVAILABLE AT TIME OF FILING

KOINIS, DORI
ADDRESS AVAILABLE UPON REQUEST

KOIRO, PAULA
ADDRESS AVAILABLE UPON REQUEST

KOIVISTO, ASHLYNN
ADDRESS AVAILABLE UPON REQUEST

KOJAC, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KOJIMA, REIMI
ADDRESS AVAILABLE UPON REQUEST

KOJIMA, TAKESHI
ADDRESS AVAILABLE UPON REQUEST

KOJSZA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

KOK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOKAI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KOKAL, CARLYN
ADDRESS AVAILABLE UPON REQUEST

KOKE, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KOKEMOR, SHAWN
ADDRESS AVAILABLE UPON REQUEST

KOKENGE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOKER, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

KOKESH, CARLY
ADDRESS AVAILABLE UPON REQUEST

KOKHANCHUK, ANA
ADDRESS AVAILABLE UPON REQUEST

KOKHTANI, ANITA
ADDRESS AVAILABLE UPON REQUEST

KOKICH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KOKINA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

KOKINOS, KARA
ADDRESS AVAILABLE UPON REQUEST

KOKISH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KOKKA, MARI
ADDRESS AVAILABLE UPON REQUEST

KOKO, EUNICE
ADDRESS AVAILABLE UPON REQUEST

KOKOCINSKI, SKYLER
ADDRESS AVAILABLE UPON REQUEST

KOKOS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

KOKOSZKA, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

KOKSTEIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOLACEK, KYLE
ADDRESS AVAILABLE UPON REQUEST

KOLAKAUSKAS, KURT
ADDRESS AVAILABLE UPON REQUEST

KOLAKOWSKY-HAYNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KOLANDER, BROCK
ADDRESS AVAILABLE UPON REQUEST

KOLANKOWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOLAR, KEITH
ADDRESS AVAILABLE UPON REQUEST

KOLAR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KOLAR, NOAH
ADDRESS AVAILABLE UPON REQUEST

KOLAR, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KOLARSICK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KOLASKOS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KOLB, ADAM
ADDRESS AVAILABLE UPON REQUEST

KOLB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KOLB, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KOLB, BRUNO
ADDRESS AVAILABLE UPON REQUEST

KOLB, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KOLB, JANET
ADDRESS AVAILABLE UPON REQUEST

KOLB, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KOLB, LYN
ADDRESS AVAILABLE UPON REQUEST

KOLB, SUZANNE HI MOM - E
ADDRESS AVAILABLE UPON REQUEST

KOLBACH, ANA
ADDRESS AVAILABLE UPON REQUEST

KOLBE, ERIN
ADDRESS AVAILABLE UPON REQUEST

KOLBE, LIBBY
ADDRESS AVAILABLE UPON REQUEST

KOLBENSTETTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KOLBER, DENISE
ADDRESS AVAILABLE UPON REQUEST

KOLBER, JESSE
ADDRESS AVAILABLE UPON REQUEST

KOLBERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

KOLBO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KOLC, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KOLDE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KOLDER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KOLE, ALANA
ADDRESS AVAILABLE UPON REQUEST

KOLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOLEADA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KOLECKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOLEGA, GREG
ADDRESS AVAILABLE UPON REQUEST

KOLEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

KOLENDA, KATE
ADDRESS AVAILABLE UPON REQUEST

KOLENOVIC, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KOLES, JUDY F
ADDRESS AVAILABLE UPON REQUEST

KOLESNIKOFF, ANNE
ADDRESS AVAILABLE UPON REQUEST

KOLIANDER, DIANA
ADDRESS AVAILABLE UPON REQUEST

KOLIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KOLINETS, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

KOLINSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOLIOPOULOS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

KOLJA, EMILY
ADDRESS AVAILABLE UPON REQUEST

KOLKENA, MELINDA WHITAKER
ADDRESS AVAILABLE UPON REQUEST

KOLKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KOLKER, JACEY
ADDRESS AVAILABLE UPON REQUEST

KOLL, DONNA
ADDRESS AVAILABLE UPON REQUEST

KOLLAR, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOLLAROS, KATE
ADDRESS AVAILABLE UPON REQUEST

KOLLARS, NICK
ADDRESS AVAILABLE UPON REQUEST

KOLLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KOLLER, KASIA
ADDRESS AVAILABLE UPON REQUEST

KOLLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOLLER, TOM
ADDRESS AVAILABLE UPON REQUEST

KOLLIE, FAITH
ADDRESS AVAILABLE UPON REQUEST

KOLLIPARA, REVATHI
ADDRESS AVAILABLE UPON REQUEST

KOLLMAN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KOLLMER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KOLLURU, PRADHITA
ADDRESS AVAILABLE UPON REQUEST

KOLLUS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

KOLMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KOLMODIN, KATE
ADDRESS AVAILABLE UPON REQUEST

KOLODICH, ROSE
ADDRESS AVAILABLE UPON REQUEST

KOLODNY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KOLODZIEJ, BRUCE
ADDRESS AVAILABLE UPON REQUEST

KOLODZIEJ, JACK
ADDRESS AVAILABLE UPON REQUEST

KOLODZIEJ, JEN
ADDRESS AVAILABLE UPON REQUEST

KOLODZIEJSKI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KOLOSACO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOLOKOUSIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOLOMIJEZ, TANYA
ADDRESS AVAILABLE UPON REQUEST

KOLOSKY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KOLOSOSKI, MONA
ADDRESS AVAILABLE UPON REQUEST

KOLOSSOVSKY, DMITRI
ADDRESS AVAILABLE UPON REQUEST

KOLOVICH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KOLPAK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KOLPIN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

KOLSKY, KATE
ADDRESS AVAILABLE UPON REQUEST

KOLSON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

KOLSRUD, ERICA
ADDRESS AVAILABLE UPON REQUEST

KOLSTAD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KOLTERMAN, MAZIE
ADDRESS AVAILABLE UPON REQUEST

KOLTERMANN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KOLTON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KOLWICZ, KERRI
ADDRESS AVAILABLE UPON REQUEST

KOLWICZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOLWITZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KOMAREK, NELSON
ADDRESS AVAILABLE UPON REQUEST

KOMARNICKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOMAROSKI, JULIA
ADDRESS AVAILABLE UPON REQUEST

KOMASINCKI, CALLIE
ADDRESS AVAILABLE UPON REQUEST

KOME, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KOMEN, LEONARD
ADDRESS AVAILABLE UPON REQUEST

KOMINEK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KOMINICK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KOMIS, MADILYN
ADDRESS AVAILABLE UPON REQUEST

KOMMES, KASSI
ADDRESS AVAILABLE UPON REQUEST

KOMMIDI, LIKHITA
ADDRESS AVAILABLE UPON REQUEST

KOMMRITZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

KOMODO LLC
8809 W. PICO BLVD.
LOS ANGELES, CA 90035

KOMOR, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KOMOROSKI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KOMOROWSKI, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

KOMOROWSKI, JOSIE
ADDRESS AVAILABLE UPON REQUEST

KOMOSINSKI, STACIA
ADDRESS AVAILABLE UPON REQUEST

KOMPANIYETS, NATALYA
ADDRESS AVAILABLE UPON REQUEST

KOMPERDA, LAURA
ADDRESS AVAILABLE UPON REQUEST

KOMPROOD, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

KONANS, SHANE
ADDRESS AVAILABLE UPON REQUEST

KONAR, MARTHA
ADDRESS AVAILABLE UPON REQUEST

KONARSKI, JULIA
ADDRESS AVAILABLE UPON REQUEST

KONAT, JULIA
ADDRESS AVAILABLE UPON REQUEST

KONCHAK, VICKI
ADDRESS AVAILABLE UPON REQUEST

KONCKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KONCZYK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KONDA, SIDDHARTHA
ADDRESS AVAILABLE UPON REQUEST

KONDAMUDI, NITIN
ADDRESS AVAILABLE UPON REQUEST

KONDERLA, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

KONDO, TETSU
ADDRESS AVAILABLE UPON REQUEST

KONDRACKE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

KONDRACKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KONDRAD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

KONDRAD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

KONDRAT, JEFF
ADDRESS AVAILABLE UPON REQUEST

KONDRATOWICZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

KONDRATUK, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KONEN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KONEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KONEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

KONERMANN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

KONEVICH, MARIAN
ADDRESS AVAILABLE UPON REQUEST

KONG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KONG, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

KONG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KONG, EMILY
ADDRESS AVAILABLE UPON REQUEST

KONG, JOANNA
ADDRESS AVAILABLE UPON REQUEST

KONG, KELLIE
ADDRESS AVAILABLE UPON REQUEST

KONG, MAKENA
ADDRESS AVAILABLE UPON REQUEST

KONG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KONG, VEASNA
ADDRESS AVAILABLE UPON REQUEST

KONG, VEASNA
ADDRESS AVAILABLE UPON REQUEST

KONGA, SREEHARSHA
ADDRESS AVAILABLE UPON REQUEST

KONHAUZER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KONICA MINOLTA BUSINESS SOLUTIONS
U.S.A., INC.
100 WILLIAMS DRIVE
RAMSEY, NJ  07446

KONICA MINOLTA
P.O. BOX 31001-0273
PASADENA, CA  91110-0273

KONICA MINOLTA
PO BOX 51043
LOS ANGELES, CA  90051-5343

KONICKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KONIECZNY, LIA
ADDRESS AVAILABLE UPON REQUEST

KONIECZNY, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

KONIERS, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

KONIK, KASIA
ADDRESS AVAILABLE UPON REQUEST

KONING, SHANA
ADDRESS AVAILABLE UPON REQUEST

KONITS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KONITZER, JACOB
ADDRESS AVAILABLE UPON REQUEST

KONIUK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KONJEVOD, CVITAN
ADDRESS AVAILABLE UPON REQUEST

KONKOLI, AMBER
ADDRESS AVAILABLE UPON REQUEST

KONKOLY, JUDY
ADDRESS AVAILABLE UPON REQUEST

KONKUL, RYAN
ADDRESS AVAILABLE UPON REQUEST

KONLANI, DODAM
ADDRESS AVAILABLE UPON REQUEST

KONNATH, ANNE
ADDRESS AVAILABLE UPON REQUEST

KONNECTDESIGN
KAREN KNECHT SQUIRES
710 WILSHIRE BLVD, SUITE 404
SANTA MONICA, CA  90401

KONOPACK, GINA
ADDRESS AVAILABLE UPON REQUEST

KONOPKA, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

KONOWITZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KONRAD STAPLER
ADDRESS AVAILABLE UPON REQUEST

KONRAD, BARBRA
ADDRESS AVAILABLE UPON REQUEST

KONRAD, KATE
ADDRESS AVAILABLE UPON REQUEST

KONRAD, LYNN
ADDRESS AVAILABLE UPON REQUEST

KONRAD, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KONROYD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KONSHAK, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

KONSHAK, TREY
ADDRESS AVAILABLE UPON REQUEST

KONSTANT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KONSTANTINOS KARANIKOLAOU
ADDRESS AVAILABLE UPON REQUEST

KONSTANTINOS SPALIARAS
ADDRESS AVAILABLE UPON REQUEST

KONTELIS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KONTOGIANNIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

KONTOH, AFIA
ADDRESS AVAILABLE UPON REQUEST

KONTONICKAS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KOO, JAJAUNG
ADDRESS AVAILABLE UPON REQUEST

KOO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KOO, SERENA
ADDRESS AVAILABLE UPON REQUEST

KOO, YOUNG
ADDRESS AVAILABLE UPON REQUEST

KOOB, DAVID
ADDRESS AVAILABLE UPON REQUEST

KOOB, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

KOOB, KYLAH
ADDRESS AVAILABLE UPON REQUEST

KOOGLE, GARETH
ADDRESS AVAILABLE UPON REQUEST

KOOI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KOOIJ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KOOIKER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

KOOKEN, DAN
ADDRESS AVAILABLE UPON REQUEST

KOOL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KOOMEN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KOONCE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KOONCE, KARA
ADDRESS AVAILABLE UPON REQUEST

KOONCE, KEN
ADDRESS AVAILABLE UPON REQUEST

KOONCE, PHIL
ADDRESS AVAILABLE UPON REQUEST

KOONE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KOONS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOONS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KOONSMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

KOONSMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, JEANINE
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, KIRIS
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, RANDY
ADDRESS AVAILABLE UPON REQUEST

KOONTZ, SHERYL
ADDRESS AVAILABLE UPON REQUEST

KOOP, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

KOOPMAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KOOPMAN, TERI
ADDRESS AVAILABLE UPON REQUEST

KOOPMANN, AMY
ADDRESS AVAILABLE UPON REQUEST

KOOROSH LA WALLPAPER INC.
3205 LOS FELIZ BLVD  13-209
LOS ANGELES, CA  90039

KOORY, EMMA
ADDRESS AVAILABLE UPON REQUEST

KOOSHERIAN, GARABED
ADDRESS AVAILABLE UPON REQUEST

KOPA, MARY
ADDRESS AVAILABLE UPON REQUEST

KOPA, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

KOPAN, TAL
ADDRESS AVAILABLE UPON REQUEST

KOPCHAK, MAURA
ADDRESS AVAILABLE UPON REQUEST

KOPCHIK, PETER
ADDRESS AVAILABLE UPON REQUEST

KOPCHO, MIKAILA
ADDRESS AVAILABLE UPON REQUEST

KOPCZYNSKI, ANN
ADDRESS AVAILABLE UPON REQUEST

KOPEC, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KOPECKY, EVE
ADDRESS AVAILABLE UPON REQUEST

KOPEL, JULIET
ADDRESS AVAILABLE UPON REQUEST

KOPELMAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

KOPELOVE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOPEPASAH, BOBBIE JO
ADDRESS AVAILABLE UPON REQUEST

KOPER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KOPETSKY, MARYA
ADDRESS AVAILABLE UPON REQUEST

KOPF, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

KOPF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOPFHAMER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOPFSTEIN, RIVKA
ADDRESS AVAILABLE UPON REQUEST

KOPIASZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

KOPILAK, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

KOPITZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

KOPITZKE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KOPNITSKY, KATY
ADDRESS AVAILABLE UPON REQUEST

KOPP, ADAM
ADDRESS AVAILABLE UPON REQUEST

KOPP, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KOPP, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KOPP, JASON
ADDRESS AVAILABLE UPON REQUEST

KOPP, JOLEAN
ADDRESS AVAILABLE UPON REQUEST

KOPP, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

KOPPEL, ALI
ADDRESS AVAILABLE UPON REQUEST

KOPPELMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOPPELMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KOPPENOL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KOPPES, KATIE
ADDRESS AVAILABLE UPON REQUEST

KOPPIE, TERESA
ADDRESS AVAILABLE UPON REQUEST

KOPPING, TONI
ADDRESS AVAILABLE UPON REQUEST

KOPPLIN, JON
ADDRESS AVAILABLE UPON REQUEST

KOPPS, PEG
ADDRESS AVAILABLE UPON REQUEST

KOPRO, LISA
ADDRESS AVAILABLE UPON REQUEST

KOPROWSKI, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KOPROWSKI, DANA
ADDRESS AVAILABLE UPON REQUEST

KOPROWSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOPS, ERIC
ADDRESS AVAILABLE UPON REQUEST

KOPS, NIC
ADDRESS AVAILABLE UPON REQUEST

KOPS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOPSHEVER, SARA
ADDRESS AVAILABLE UPON REQUEST

KOPSKY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KOPULOS, DENA
ADDRESS AVAILABLE UPON REQUEST

KOPYSTECKI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KOPYTKO, ABBY
ADDRESS AVAILABLE UPON REQUEST

KORAL, AARON
ADDRESS AVAILABLE UPON REQUEST

KORAN, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

KORB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KORB, KIM
ADDRESS AVAILABLE UPON REQUEST

KORBA, ALYCE
ADDRESS AVAILABLE UPON REQUEST

KORBA, LAURA
ADDRESS AVAILABLE UPON REQUEST

KORBAS, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

KORBEL LINDA
ADDRESS AVAILABLE UPON REQUEST

KORBIN KENMORE
ADDRESS AVAILABLE UPON REQUEST

KORCH, LORI
ADDRESS AVAILABLE UPON REQUEST

KORCUSKA, PAUL
ADDRESS AVAILABLE UPON REQUEST

KORDISCH, TAUSHA
ADDRESS AVAILABLE UPON REQUEST

KORDUS, JUDY
ADDRESS AVAILABLE UPON REQUEST

KORDUSKY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

KOREC, DANIELA
ADDRESS AVAILABLE UPON REQUEST

KOREN, BETH
ADDRESS AVAILABLE UPON REQUEST

KOREN, TALIA
ADDRESS AVAILABLE UPON REQUEST

KORENEK, ERYN
ADDRESS AVAILABLE UPON REQUEST

KORENFELD, IGOR
ADDRESS AVAILABLE UPON REQUEST

KORENTZELOS, DIMITRIOS
ADDRESS AVAILABLE UPON REQUEST

KORETZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KORF, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KORFF, GAY LYNN
ADDRESS AVAILABLE UPON REQUEST

KORGAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KORHUMMEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

KORI WOLCOTT
ADDRESS AVAILABLE UPON REQUEST

KORI, KAELBERER,
ADDRESS AVAILABLE UPON REQUEST

KORINEK, SHARON
ADDRESS AVAILABLE UPON REQUEST

KORINIS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

KORINNE LITRELL
ADDRESS AVAILABLE UPON REQUEST

KORIPELLA, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

KORK BUN CHEA
ADDRESS AVAILABLE UPON REQUEST

KORKIAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KORKIS, SAMAR
ADDRESS AVAILABLE UPON REQUEST

KORKUT, MELDA
ADDRESS AVAILABLE UPON REQUEST

KORMAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KORMAN, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

KORMANEK, MATT
ADDRESS AVAILABLE UPON REQUEST

KORMANIK, ERIN
ADDRESS AVAILABLE UPON REQUEST

KORMOS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KORMYLO, RODGER
ADDRESS AVAILABLE UPON REQUEST

KORN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KORNACKI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KORNAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KORNEGAY, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KORNEGAY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

KORNEGAY, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

KORNESCZUK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KORNEXL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KORNFELD, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KORNGUT, CATHY
ADDRESS AVAILABLE UPON REQUEST

KORNHAUS, MITCH
ADDRESS AVAILABLE UPON REQUEST

KORNHAUSER, MADDY
ADDRESS AVAILABLE UPON REQUEST

KORNMEIER, DANA
ADDRESS AVAILABLE UPON REQUEST

KORNRUMPF, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KORNSTEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

KOROL, ALEX AND VICKY
ADDRESS AVAILABLE UPON REQUEST

KOROLEVICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOROMA, HAWA
ADDRESS AVAILABLE UPON REQUEST

KOROMPIS, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

KORONA, BETSY
ADDRESS AVAILABLE UPON REQUEST

KORONEOS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KORONOWSKI, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KOROTKIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOROVAYNYK, OLENA
ADDRESS AVAILABLE UPON REQUEST

KORPELA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KORPI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KORS, JANE
ADDRESS AVAILABLE UPON REQUEST

KORSBERG, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KORSGEN, GLORIA
ADDRESS AVAILABLE UPON REQUEST

KORSHUNOV, DMITRII
ADDRESS AVAILABLE UPON REQUEST

KORST, KATIE
ADDRESS AVAILABLE UPON REQUEST

KORT, ALLY
ADDRESS AVAILABLE UPON REQUEST

KORT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KORT, REGHAN
ADDRESS AVAILABLE UPON REQUEST

KORTAS, JUSTYNA
ADDRESS AVAILABLE UPON REQUEST

KORTE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KORTE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KORTE, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

KORTH, JASON
ADDRESS AVAILABLE UPON REQUEST

KORTH, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KORTKAMP, KATIE
ADDRESS AVAILABLE UPON REQUEST

KORTMANSKY, KIEVE
ADDRESS AVAILABLE UPON REQUEST

KORTNEY ADAMS
ADDRESS AVAILABLE UPON REQUEST

KORTNEY BURLING
ADDRESS AVAILABLE UPON REQUEST

KORTNEY WOOD
ADDRESS AVAILABLE UPON REQUEST

KORTT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KORTZ, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KORU BRANDS
L1 THE COTTAGE, SCHOOL LANE HIGH
EASTER
ESSEX  CM1 4QP
UNITED KINGDOM

KORU LIQUOR BRANDS SOURCING LTD
THE COTTAGE, SCHOOL LANE
HIGH EASTER  CN1 4QP
UNITED KINGDOM

KORWAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KORWAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

KORWIN, WENDY
ADDRESS AVAILABLE UPON REQUEST

KORY, CAROL
ADDRESS AVAILABLE UPON REQUEST

KORZHOVA, POLINA
ADDRESS AVAILABLE UPON REQUEST

KOS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

KOS, ERIK
ADDRESS AVAILABLE UPON REQUEST

KOSA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOSACHEVSKY, EDINA
ADDRESS AVAILABLE UPON REQUEST

KOSAL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KOSAL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KOSARAJU, AKHILA
ADDRESS AVAILABLE UPON REQUEST

KOSCEVIC, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KOSCH, KATIE
ADDRESS AVAILABLE UPON REQUEST

KOSCH, VICKY
ADDRESS AVAILABLE UPON REQUEST

KOSCHAK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KOSCHWANEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

KOSCIUSKO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOSCO, LOIS
ADDRESS AVAILABLE UPON REQUEST

KOSH, KALI
ADDRESS AVAILABLE UPON REQUEST

KOSHAN, SARA
ADDRESS AVAILABLE UPON REQUEST

KOSHIK, NANCY
ADDRESS AVAILABLE UPON REQUEST

KOSHINSKI, GAIL
ADDRESS AVAILABLE UPON REQUEST

KOSHMIDER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KOSIAK, CARLYE
ADDRESS AVAILABLE UPON REQUEST

KOSIBA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KOSIK, EDDY
ADDRESS AVAILABLE UPON REQUEST

KOSIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOSINS, BOBBI
ADDRESS AVAILABLE UPON REQUEST

KOSINSKI, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KOSKA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOSKELIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KOSKI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

KOSKI, JILL
ADDRESS AVAILABLE UPON REQUEST

KOSKI, KENDRA
ADDRESS AVAILABLE UPON REQUEST

KOSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KOSKO, HELEN
ADDRESS AVAILABLE UPON REQUEST

KOSKOVICH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOSKY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOSLIK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KOSLOSKI, NORA
ADDRESS AVAILABLE UPON REQUEST

KOSMERL, MARGIE
ADDRESS AVAILABLE UPON REQUEST

KOSMYNKA, BREANNA
ADDRESS AVAILABLE UPON REQUEST

KOSNAK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KOSOKO, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KOSS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KOSSACK, JENNA
ADDRESS AVAILABLE UPON REQUEST

KOSSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KOSSMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KOSSOW, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KOST, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KOSTA, CAROL
ADDRESS AVAILABLE UPON REQUEST

KOSTANDIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOSTECKA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

KOSTELAK, LAURA
ADDRESS AVAILABLE UPON REQUEST

KOSTELEC, TESSA
ADDRESS AVAILABLE UPON REQUEST

KOSTELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KOSTELNY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOSTENBAUDER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KOSTER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KOSTER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KOSTER, CARI
ADDRESS AVAILABLE UPON REQUEST

KOSTER, KARISSA
ADDRESS AVAILABLE UPON REQUEST

KOSTER, KATY
ADDRESS AVAILABLE UPON REQUEST

KOSTER, REGINA
ADDRESS AVAILABLE UPON REQUEST

KOSTERA, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

KOSTICH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KOSTICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KOSTMAN, TORI
ADDRESS AVAILABLE UPON REQUEST

KOSTO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KOSTOLANSKY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KOSTREVA, ANA
ADDRESS AVAILABLE UPON REQUEST

KOSTYNIAK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KOSUB, CARSON
ADDRESS AVAILABLE UPON REQUEST

KOSZAREK, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

KOSZO, LYNDSI
ADDRESS AVAILABLE UPON REQUEST

KOT, TATYANA
ADDRESS AVAILABLE UPON REQUEST

KOTA, PRASANTH
ADDRESS AVAILABLE UPON REQUEST

KOTABELLA, LLC
7630 POMELO DRIVE WEST
HILLS, CA  91304

KOTALIK, CARMEN
ADDRESS AVAILABLE UPON REQUEST

KOTAR, WADE
ADDRESS AVAILABLE UPON REQUEST

KOTARBA, WADE
ADDRESS AVAILABLE UPON REQUEST

KOTASKA, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

KOTATIS, PANTELIS
ADDRESS AVAILABLE UPON REQUEST

KOTCH, SESHU RAGAM
ADDRESS AVAILABLE UPON REQUEST

KOTCHI, ERIC
ADDRESS AVAILABLE UPON REQUEST

KOTCHKO, TAWNY
ADDRESS AVAILABLE UPON REQUEST

KOTCHNIK, LEE
ADDRESS AVAILABLE UPON REQUEST

KOTESWARARAO VENKATA
ADDRESS AVAILABLE UPON REQUEST

KOTHARI, NINA
ADDRESS AVAILABLE UPON REQUEST

KOTHARI, VEDANG
ADDRESS AVAILABLE UPON REQUEST

KOTHMAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KOTHMAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

KOTHMANN, ROD
ADDRESS AVAILABLE UPON REQUEST

KOTI, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

KOTIAH, ETHI
ADDRESS AVAILABLE UPON REQUEST

KOTIS DESIGN
PO BOX 24003
SEATTLE, WA  98124-0003

KOTORA, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOTOSKI, JOANNE
ADDRESS AVAILABLE UPON REQUEST

KOTOVA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

KOTOWSKI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOTRLA MD, KATHRYN J
ADDRESS AVAILABLE UPON REQUEST

KOTRONIS, DONNA
ADDRESS AVAILABLE UPON REQUEST

KOTSCHWAR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KOTSOLAKIS, MELINA
ADDRESS AVAILABLE UPON REQUEST

KOTSONI, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

KOTSOPOULOS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

KOTTENSTETTE, JACK
ADDRESS AVAILABLE UPON REQUEST

KOTTKE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KOTULA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KOTULA, PAULINA
ADDRESS AVAILABLE UPON REQUEST

KOTWICA, JOAN
ADDRESS AVAILABLE UPON REQUEST

KOTYNSKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KOTZIN, DIYANA
ADDRESS AVAILABLE UPON REQUEST

KOTZKER, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

KOUBA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KOUDELLOU, ELPINIKI
ADDRESS AVAILABLE UPON REQUEST

KOUFMAN, CALEB
ADDRESS AVAILABLE UPON REQUEST

KOUIMELIS, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

KOUKOULAS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KOUKOURIDAKIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOUKOUTCHOS, MELINA
ADDRESS AVAILABLE UPON REQUEST

KOULENTES, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KOUNKEL, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

KOUNS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KOUNTZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

KOUP, ERICA
ADDRESS AVAILABLE UPON REQUEST

KOUPAL, PAUL
ADDRESS AVAILABLE UPON REQUEST

KOURAKOS, JANINE
ADDRESS AVAILABLE UPON REQUEST

KOURANY, LUIS
ADDRESS AVAILABLE UPON REQUEST

KOURELIS, KIM
ADDRESS AVAILABLE UPON REQUEST

KOURI, LONA
ADDRESS AVAILABLE UPON REQUEST

KOURI, TRACY
ADDRESS AVAILABLE UPON REQUEST

KOURK, BIANCA
ADDRESS AVAILABLE UPON REQUEST

KOURY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

KOURY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KOURY, MARIA
ADDRESS AVAILABLE UPON REQUEST

KOUTNIK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOUTRAS, TIM
ADDRESS AVAILABLE UPON REQUEST

KOUTSAVLIS, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

KOUTSELAS, MARIE
ADDRESS AVAILABLE UPON REQUEST

KOUTSOGIANNIS, IOANNIS
ADDRESS AVAILABLE UPON REQUEST

KOUTSOUKOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KOUTZ, ALLARAE
ADDRESS AVAILABLE UPON REQUEST

KOUZA, DOTTIE NECOOL
ADDRESS AVAILABLE UPON REQUEST

KOVAC, ABBY
ADDRESS AVAILABLE UPON REQUEST

KOVAC, SARA
ADDRESS AVAILABLE UPON REQUEST

KOVAC, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOVACH, DAWN
ADDRESS AVAILABLE UPON REQUEST

KOVACH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KOVACH, JULIA
ADDRESS AVAILABLE UPON REQUEST

KOVACH, KAREN
ADDRESS AVAILABLE UPON REQUEST

KOVACH, REGINA
ADDRESS AVAILABLE UPON REQUEST

KOVACIC, KYM
ADDRESS AVAILABLE UPON REQUEST

KOVACK, STACIE
ADDRESS AVAILABLE UPON REQUEST

KOVACS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KOVACS, JEFF
ADDRESS AVAILABLE UPON REQUEST

KOVACS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOVAK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOVAL, AMY
ADDRESS AVAILABLE UPON REQUEST

KOVAL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOVAL, TATUM
ADDRESS AVAILABLE UPON REQUEST

KOVALCHICK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KOVALCHIK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KOVALCIK, GRACE
ADDRESS AVAILABLE UPON REQUEST

KOVALCIK, JASON
ADDRESS AVAILABLE UPON REQUEST

KOVALENKO, TSAGANA
ADDRESS AVAILABLE UPON REQUEST

KOVALEVA, MARIYA
ADDRESS AVAILABLE UPON REQUEST

KOVALIC, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KOVALICK, EVAN
ADDRESS AVAILABLE UPON REQUEST

KOVAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

KOVAR, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KOVAR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KOVARIK, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

KOVARIK, LUKE
ADDRESS AVAILABLE UPON REQUEST

KOVATCH, CARLY
ADDRESS AVAILABLE UPON REQUEST

KOVATCH, JOHN
ADDRESS AVAILABLE UPON REQUEST

KOVECSES, LYNN
ADDRESS AVAILABLE UPON REQUEST

KOVELLO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

KOVERDA, PETER Y.
ADDRESS AVAILABLE UPON REQUEST

KOVICH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KOVICS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KOVSHAR, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

KOWAL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KOWAL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KOWALCYK, JANUSZ
ADDRESS AVAILABLE UPON REQUEST

KOWALCZYK, AMY
ADDRESS AVAILABLE UPON REQUEST

KOWALCZYK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KOWALCZYK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KOWALCZYK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KOWALIK, ANNA
ADDRESS AVAILABLE UPON REQUEST

KOWALINSKI, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, BROOKE
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, CAROLANN
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, DAWN
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, IAN
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, LEON
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, MINDY
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, PAULINE
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KOWALSKI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

KOWALSKY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KOWALSKY, KYLE
ADDRESS AVAILABLE UPON REQUEST

KOWIT, TAMI
ADDRESS AVAILABLE UPON REQUEST

KOWLESSAR, NATASHA
ADDRESS AVAILABLE UPON REQUEST

KOYA, B
ADDRESS AVAILABLE UPON REQUEST

KOYA, S
ADDRESS AVAILABLE UPON REQUEST

KOYIAS, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

KOYOSHI, MICHIKO
ADDRESS AVAILABLE UPON REQUEST

KOYSZA, JUDITH
ADDRESS AVAILABLE UPON REQUEST

KOZA, JOSEF
ADDRESS AVAILABLE UPON REQUEST

KOZA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KOZACZKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KOZAITIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KOZAK, ARWEN
ADDRESS AVAILABLE UPON REQUEST

KOZAK, CATIE
ADDRESS AVAILABLE UPON REQUEST

KOZAK, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

KOZAK, LISA
ADDRESS AVAILABLE UPON REQUEST

KOZAK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KOZAKIEWICZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOZAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KOZAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KOZANDA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KOZAR, GREG
ADDRESS AVAILABLE UPON REQUEST

KOZEJ, ANNA
ADDRESS AVAILABLE UPON REQUEST

KOZEL, KELLYANN
ADDRESS AVAILABLE UPON REQUEST

KOZELSKI, JACK
ADDRESS AVAILABLE UPON REQUEST

KOZEMSKI, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

KOZERSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOZFEY MURRAY
ADDRESS AVAILABLE UPON REQUEST

KOZIAL, KEVINA
ADDRESS AVAILABLE UPON REQUEST

KOZIARA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KOZICKI, KAREN
ADDRESS AVAILABLE UPON REQUEST

KOZICKI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KOZIK, BAILEY
ADDRESS AVAILABLE UPON REQUEST

KOZIKOWSKA, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

KOZIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOZIOL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KOZIY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

KOZLIK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KOZLOSKI, GARY
ADDRESS AVAILABLE UPON REQUEST

KOZLOUSKI, STACEY
ADDRESS AVAILABLE UPON REQUEST

KOZLOV, MARY
ADDRESS AVAILABLE UPON REQUEST

KOZLOVSKAYA, MARIA
ADDRESS AVAILABLE UPON REQUEST

KOZLOVSKY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KOZLOW, JANET
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI FORAN, MARCELLE
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, BRANDI
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, ELISA
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, ERICA
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, KARALYNN
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, MIKE
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KOZLOWSKI, SHELBY
ADDRESS AVAILABLE UPON REQUEST

KOZMIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KOZNAREK, KATE
ADDRESS AVAILABLE UPON REQUEST

KOZNETSKI, ARICA
ADDRESS AVAILABLE UPON REQUEST

KOZONAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

KOZULLA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KOZULLA, ASHLE
ADDRESS AVAILABLE UPON REQUEST

KOZUPA, LINA
ADDRESS AVAILABLE UPON REQUEST

KOZYCZ, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

KOZYK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KRABEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRACH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KRACHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRACHT, MARNY
ADDRESS AVAILABLE UPON REQUEST

KRACKAU, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KRAEFT, LINDA
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, GEOFF
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, LISA
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, MANES, & ASSOCIATES LLC
600 GRANT ST, SUITE 4875
PITTSBURGH, PA  15219

KRAEMER, PETER
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, ROSIE
ADDRESS AVAILABLE UPON REQUEST

KRAEMER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KRAEUTER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRAFCHIN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KRAFSIG, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KRAFT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

KRAFT, ANN
ADDRESS AVAILABLE UPON REQUEST

KRAFT, BETSY
ADDRESS AVAILABLE UPON REQUEST

KRAFT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

KRAFT, KRYSSY
ADDRESS AVAILABLE UPON REQUEST

KRAFT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KRAFT, MICHELE
ADDRESS AVAILABLE UPON REQUEST

KRAFT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KRAFT, SARA
ADDRESS AVAILABLE UPON REQUEST

KRAFT, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KRAFT, STACEY
ADDRESS AVAILABLE UPON REQUEST

KRAFT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KRAFT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KRAGAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRAGE, BECKY
ADDRESS AVAILABLE UPON REQUEST

KRAGE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KRAHN, AMY
ADDRESS AVAILABLE UPON REQUEST

KRAIG ECKER
ADDRESS AVAILABLE UPON REQUEST

KRAIG, LIZ
ADDRESS AVAILABLE UPON REQUEST

KRAINIK, KELLY
ADDRESS AVAILABLE UPON REQUEST

KRAIZA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRAJCIK, CRISTAL
ADDRESS AVAILABLE UPON REQUEST

KRAJCO, LYNNEA
ADDRESS AVAILABLE UPON REQUEST

KRAJECK, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

KRAJEWSKI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KRAJEWSKI, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KRAJEWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRAJNIAK, COLEEN
ADDRESS AVAILABLE UPON REQUEST

KRAKAUSKAS, BETSY
ADDRESS AVAILABLE UPON REQUEST

KRAKAUSKAS, MITCH
ADDRESS AVAILABLE UPON REQUEST

KRAKORA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KRAKOW, ANNE
ADDRESS AVAILABLE UPON REQUEST

KRAKOWER, STEVE
ADDRESS AVAILABLE UPON REQUEST

KRAKOWSKI, SANDI
ADDRESS AVAILABLE UPON REQUEST

KRALIK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KRALIK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRALJ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KRALL, DENOM
ADDRESS AVAILABLE UPON REQUEST

KRALL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KRALL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KRALL, RUSS
ADDRESS AVAILABLE UPON REQUEST

KRALL, SARA
ADDRESS AVAILABLE UPON REQUEST

KRALOVEC, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KRAM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

KRAMARCZYK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KRAMB, JASON
ADDRESS AVAILABLE UPON REQUEST

KRAMB, MARY
ADDRESS AVAILABLE UPON REQUEST

KRAMB, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

KRAMEK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, ANNA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, BETH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, BLAYR
ADDRESS AVAILABLE UPON REQUEST

KRAMER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CAIT
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CARA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KRAMER, CINDY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, DANAMARIE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KRAMER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, JULIANN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KARA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KAREN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KIM
ADDRESS AVAILABLE UPON REQUEST

KRAMER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, LEE ANN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KRAMER, MARK
ADDRESS AVAILABLE UPON REQUEST

KRAMER, PAUL
ADDRESS AVAILABLE UPON REQUEST

KRAMER, RATANA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRAMER, SAVA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KRAMER, THERESA
ADDRESS AVAILABLE UPON REQUEST

KRAMER, TOM
ADDRESS AVAILABLE UPON REQUEST

KRAMER, ZACH
ADDRESS AVAILABLE UPON REQUEST

KRAMME, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

KRAMP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRAMP, MAGALY
ADDRESS AVAILABLE UPON REQUEST

KRAMPF, ALAN & HAYLEY
ADDRESS AVAILABLE UPON REQUEST

KRAMPF, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KRANAWETTER, JOSH
ADDRESS AVAILABLE UPON REQUEST

KRANER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRANER, TARA
ADDRESS AVAILABLE UPON REQUEST

KRANGAR, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KRANSTOVER, GRACE
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

KRANTZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KRANZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRANZ, NIKKI
ADDRESS AVAILABLE UPON REQUEST

KRAPF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KRAS, EWELINA
ADDRESS AVAILABLE UPON REQUEST

KRASKA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KRASKI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

KRASNICK, LEAH
ADDRESS AVAILABLE UPON REQUEST

KRASNIKOVA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KRASNIPOL, KARLI
ADDRESS AVAILABLE UPON REQUEST

KRASNIQI, RRITA
ADDRESS AVAILABLE UPON REQUEST

KRASNOIAROV, BORIS
ADDRESS AVAILABLE UPON REQUEST

KRASNOV, MAX
ADDRESS AVAILABLE UPON REQUEST

KRASNOW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KRASOWSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRASS MKG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KRASSOW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRASSOWSKI, NICK
ADDRESS AVAILABLE UPON REQUEST

KRASTS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KRATERFIELD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KRATEV, SIMEON
ADDRESS AVAILABLE UPON REQUEST

KRATOCHVIL, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRATOVIL, MARY
ADDRESS AVAILABLE UPON REQUEST

KRATOWICZ, LAUREL
ADDRESS AVAILABLE UPON REQUEST

KRATT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KRATT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KRATZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KRATZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KRATZER, JODI
ADDRESS AVAILABLE UPON REQUEST

KRATZER, MARIE
ADDRESS AVAILABLE UPON REQUEST

KRATZOK, SARA
ADDRESS AVAILABLE UPON REQUEST

KRAUS / ROSENBERG, ADAM / MORGAN
ADDRESS AVAILABLE UPON REQUEST

KRAUS, A. JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KRAUS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

KRAUS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, CODI
ADDRESS AVAILABLE UPON REQUEST

KRAUS, JANE
ADDRESS AVAILABLE UPON REQUEST

KRAUS, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

KRAUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

KRAUS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KRAUS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KRAUS, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRAUS, LILY
ADDRESS AVAILABLE UPON REQUEST

KRAUS, LISA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, LISA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

KRAUS, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

KRAUS, THEODORE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, ALEA
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, AMBER
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, ANNE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, DON
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, JASON
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, KAREN
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, KATIE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, LORI
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, REGINA
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, RILEY
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, TAMERA
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, TARALYN
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, THERESA
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, WENDY
ADDRESS AVAILABLE UPON REQUEST

KRAUSE, ZACH
ADDRESS AVAILABLE UPON REQUEST

KRAUSE-HIBBS, SHAWNNA
ADDRESS AVAILABLE UPON REQUEST

KRAUSERT, SHEILA
ADDRESS AVAILABLE UPON REQUEST

KRAUSHAR, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KRAUSPE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

KRAUSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRAUSS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRAUTBAUER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KRAUTER, CORY
ADDRESS AVAILABLE UPON REQUEST

KRAUTH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KRAUTKRAMER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

KRAUTSCHEID, MARYLOU
ADDRESS AVAILABLE UPON REQUEST

KRAVATZ, ISAAC
ADDRESS AVAILABLE UPON REQUEST

KRAVEC, NICOLE MARIE
ADDRESS AVAILABLE UPON REQUEST

KRAVECS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KRAVET, LISA
ADDRESS AVAILABLE UPON REQUEST

KRAVETZ, MANDY
ADDRESS AVAILABLE UPON REQUEST

KRAVETZ, MARK
ADDRESS AVAILABLE UPON REQUEST

KRAVICZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KRAVITZ, ANA
ADDRESS AVAILABLE UPON REQUEST

KRAVITZ, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

KRAVITZ, QUINTEN
ADDRESS AVAILABLE UPON REQUEST

KRAWEC, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KRAWIEC, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KRAWIETZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KRAXBERGER, LIANE
ADDRESS AVAILABLE UPON REQUEST

KRAXNER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KRAY, PAULA
ADDRESS AVAILABLE UPON REQUEST

KRAYER, YVONNE
ADDRESS AVAILABLE UPON REQUEST

KRCHNAVY, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

KREAGER, ZO
ADDRESS AVAILABLE UPON REQUEST

KREAL, JOSHUA & MARIAH
ADDRESS AVAILABLE UPON REQUEST

KREAMER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KREBS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KREBS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KREBS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KREBS, JOHN
ADDRESS AVAILABLE UPON REQUEST

KREBS, KARL
ADDRESS AVAILABLE UPON REQUEST

KREBS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KREBS, MCKENSIE
ADDRESS AVAILABLE UPON REQUEST

KREBS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KREBS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KREBS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KREBS, RICHMOND
ADDRESS AVAILABLE UPON REQUEST

KREBSBACH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KREBSBACH, LACEY
ADDRESS AVAILABLE UPON REQUEST

KRECH, KARL
ADDRESS AVAILABLE UPON REQUEST

KRECH, YVETTE
ADDRESS AVAILABLE UPON REQUEST

KREDA, MARCY
ADDRESS AVAILABLE UPON REQUEST

KREFT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

KREFT, KATIA
ADDRESS AVAILABLE UPON REQUEST

KREGER, ALEX
ADDRESS AVAILABLE UPON REQUEST

KREGER, PAT
ADDRESS AVAILABLE UPON REQUEST

KREGSTEIN, SARA
ADDRESS AVAILABLE UPON REQUEST

KREHEL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KREI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KREIDELL, CHRISSIE
ADDRESS AVAILABLE UPON REQUEST

KREIDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

KREIDER, KILEY
ADDRESS AVAILABLE UPON REQUEST

KREIDER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KREIDER, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

KREIDER, PAUL
ADDRESS AVAILABLE UPON REQUEST

KREIDLER, WENDY
ADDRESS AVAILABLE UPON REQUEST

KREIGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KREILKAMP, CORINNE
ADDRESS AVAILABLE UPON REQUEST

KREILKAMP, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KREIM, KAREN
ADDRESS AVAILABLE UPON REQUEST

KREIMER, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KREINDLER, MITCH
ADDRESS AVAILABLE UPON REQUEST

KREINER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KREINER, BETH
ADDRESS AVAILABLE UPON REQUEST

KREINER, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

KREINER, PETER
ADDRESS AVAILABLE UPON REQUEST

KREINES, SARI
ADDRESS AVAILABLE UPON REQUEST

KREINHEDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KREINS, PAUL
ADDRESS AVAILABLE UPON REQUEST

KREIS, KIM
ADDRESS AVAILABLE UPON REQUEST

KREISER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KREISLE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KREISLER, MITCH
ADDRESS AVAILABLE UPON REQUEST

KREISSIG, ALISHA
ADDRESS AVAILABLE UPON REQUEST

KREISWIRTH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

KREITER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KREITMAN, JIM
ADDRESS AVAILABLE UPON REQUEST

KREITZ, BRENDA
ADDRESS AVAILABLE UPON REQUEST

KREITZ, LENORA
ADDRESS AVAILABLE UPON REQUEST

KREITZBERG, MADDIE
ADDRESS AVAILABLE UPON REQUEST

KREITZER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KREITZER, SARA
ADDRESS AVAILABLE UPON REQUEST

KREIZMAN, JANE
ADDRESS AVAILABLE UPON REQUEST

KRELL, MERRILL
ADDRESS AVAILABLE UPON REQUEST

KRELL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

KREMBEL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KREMBS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KREMENS, ERICA
ADDRESS AVAILABLE UPON REQUEST

KREMER IV, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

KREMER, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

KREMER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KREMER, CINDY
ADDRESS AVAILABLE UPON REQUEST

KREMER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KREMER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KREMER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KREMER, RUTH
ADDRESS AVAILABLE UPON REQUEST

KREMIAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KREMM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KREMM, SARA
ADDRESS AVAILABLE UPON REQUEST

KREMPASKY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KRENITSKI, ALICE
ADDRESS AVAILABLE UPON REQUEST

KRENN, DAVE
ADDRESS AVAILABLE UPON REQUEST

KRENN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KRENTZ, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KRENZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KRENZEN, MARY
ADDRESS AVAILABLE UPON REQUEST

KREPFL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KREPPEL, JESS
ADDRESS AVAILABLE UPON REQUEST

KREPPEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KREPPS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KRESEK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KRESGE, KYLE
ADDRESS AVAILABLE UPON REQUEST

KRESGE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KRESHOCK, ANNA
ADDRESS AVAILABLE UPON REQUEST

KRESIC, MAYA
ADDRESS AVAILABLE UPON REQUEST

KRESKA, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

KRESS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KRESS, IRA
ADDRESS AVAILABLE UPON REQUEST

KRESS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KRESS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KRESS, LYNNE
ADDRESS AVAILABLE UPON REQUEST

KRESS, NISSA
ADDRESS AVAILABLE UPON REQUEST

KRESS, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRESS, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

KRESSEL, JESSE
ADDRESS AVAILABLE UPON REQUEST

KRESSER, ROSEANNE
ADDRESS AVAILABLE UPON REQUEST

KRESSIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRESSLEIN, BREANA
ADDRESS AVAILABLE UPON REQUEST

KRET, LUKAS
ADDRESS AVAILABLE UPON REQUEST

KRETCHMER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KRETER, JOHN
ADDRESS AVAILABLE UPON REQUEST

KRETSCHMAR, SONJA
ADDRESS AVAILABLE UPON REQUEST

KRETSCHMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KRETSCHMER, HALLEY
ADDRESS AVAILABLE UPON REQUEST

KRETSCHMER, TAMI
ADDRESS AVAILABLE UPON REQUEST

KRETTEN, LORI
ADDRESS AVAILABLE UPON REQUEST

KREUGER, BRAD
ADDRESS AVAILABLE UPON REQUEST

KREUSH, AFTON
ADDRESS AVAILABLE UPON REQUEST

KREUTZBERG, NINA
ADDRESS AVAILABLE UPON REQUEST

KREUTZER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KREUTZER, CINDY
ADDRESS AVAILABLE UPON REQUEST

KREVOLIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KREYKES, CORINNE
ADDRESS AVAILABLE UPON REQUEST

KREYLING, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KREZMIEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

KRICHILSKI, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

KRICKEBERG, JENNA
ADDRESS AVAILABLE UPON REQUEST

KRIDER, MONICA
ADDRESS AVAILABLE UPON REQUEST

KRIDLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KRIEBEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KRIEG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KRIEG, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

KRIEG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KRIEG, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KRIEG, STACIE
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, KARI
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, LINDA
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KRIEGER, WAYNE
ADDRESS AVAILABLE UPON REQUEST

KRIEKARD, PETER
ADDRESS AVAILABLE UPON REQUEST

KRIEL, TWILA
ADDRESS AVAILABLE UPON REQUEST

KRIEMELMEYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRIEN, MANDY
ADDRESS AVAILABLE UPON REQUEST

KRIENER, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

KRIER, EMMA
ADDRESS AVAILABLE UPON REQUEST

KRIER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KRIESEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

KRIESLER, DAWN
ADDRESS AVAILABLE UPON REQUEST

KRIET, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KRIETE, MANDY
ADDRESS AVAILABLE UPON REQUEST

KRIETSCH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KRIETSCH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KRIFTNER, GARY
ADDRESS AVAILABLE UPON REQUEST

KRIGBAUM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KRIGER, AMBER
ADDRESS AVAILABLE UPON REQUEST

KRIKORIAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KRILL, ALAN
ADDRESS AVAILABLE UPON REQUEST

KRILL, BENITA
ADDRESS AVAILABLE UPON REQUEST

KRILLIC, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KRIMMEL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRIMSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KRING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KRINGLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRINGS, BETTY
ADDRESS AVAILABLE UPON REQUEST

KRINGS, MACYN
ADDRESS AVAILABLE UPON REQUEST

KRINGS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KRINN, NICK
ADDRESS AVAILABLE UPON REQUEST

KRINOP, DALLAS
ADDRESS AVAILABLE UPON REQUEST

KRINSKY, JOEL
ADDRESS AVAILABLE UPON REQUEST

KRIPKE, SONYA
ADDRESS AVAILABLE UPON REQUEST

KRIPPES, JAMES
ADDRESS AVAILABLE UPON REQUEST

KRIS BJORNERUD
ADDRESS AVAILABLE UPON REQUEST

KRIS BOBO
ADDRESS AVAILABLE UPON REQUEST

KRIS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

KRISANDA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KRISANNE CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

KRISCHEL, PAULA
ADDRESS AVAILABLE UPON REQUEST

KRISCHER, JONAH
ADDRESS AVAILABLE UPON REQUEST

KRISCO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KRISE, BARRETT
ADDRESS AVAILABLE UPON REQUEST

KRISH, JUDY
ADDRESS AVAILABLE UPON REQUEST

KRISHFIELD, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRISHKA, AMY
ADDRESS AVAILABLE UPON REQUEST

KRISHNA, ARCHANA
ADDRESS AVAILABLE UPON REQUEST

KRISHNA, GAURAV
ADDRESS AVAILABLE UPON REQUEST

KRISHNAMOORTHY, NARAYANAN
ADDRESS AVAILABLE UPON REQUEST

KRISHNAN, ANITA
ADDRESS AVAILABLE UPON REQUEST

KRISHNAN, DIVYA
ADDRESS AVAILABLE UPON REQUEST

KRISHNAN, GOKUL KUMAR
ADDRESS AVAILABLE UPON REQUEST

KRISHNAN, UMA
ADDRESS AVAILABLE UPON REQUEST

KRISPINSKY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KRIST, CONNOR
ADDRESS AVAILABLE UPON REQUEST

KRISTA HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

KRISTA KATHERINE JACK
ADDRESS AVAILABLE UPON REQUEST

KRISTA MONAHAN
ADDRESS AVAILABLE UPON REQUEST

KRISTA ROSS
ADDRESS AVAILABLE UPON REQUEST

KRISTA WYCKOFF, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KRISTA, CHAVEZ,
ADDRESS AVAILABLE UPON REQUEST

KRISTEK, ERIN
ADDRESS AVAILABLE UPON REQUEST

KRISTEN ASHLEY STAGE
ADDRESS AVAILABLE UPON REQUEST

KRISTEN AUSTIN
ADDRESS AVAILABLE UPON REQUEST

KRISTEN BARKLEY
ADDRESS AVAILABLE UPON REQUEST

KRISTEN BARONE
ADDRESS AVAILABLE UPON REQUEST

KRISTEN CERVANTES
ADDRESS AVAILABLE UPON REQUEST

KRISTEN COCKRELL
ADDRESS AVAILABLE UPON REQUEST

KRISTEN COOK
ADDRESS AVAILABLE UPON REQUEST

KRISTEN CUHRAN
ADDRESS AVAILABLE UPON REQUEST

KRISTEN DAMORE
ADDRESS AVAILABLE UPON REQUEST

KRISTEN DEDENT
ADDRESS AVAILABLE UPON REQUEST

KRISTEN FANCHER
ADDRESS AVAILABLE UPON REQUEST

KRISTEN FRIAS
ADDRESS AVAILABLE UPON REQUEST

KRISTEN GRAFF-BAKER
ADDRESS AVAILABLE UPON REQUEST

KRISTEN LEANNE LLC
1831 12TH AVE SOUTH  255
NASHVIILLE, TN  37203

KRISTEN MARTIN
ADDRESS AVAILABLE UPON REQUEST

KRISTEN MARTIN
ADDRESS AVAILABLE UPON REQUEST

KRISTEN MILLER
ADDRESS AVAILABLE UPON REQUEST

KRISTEN MUKAI
ADDRESS AVAILABLE UPON REQUEST

KRISTEN NICOLE BLODGETT
ADDRESS AVAILABLE UPON REQUEST

KRISTEN OWER
ADDRESS AVAILABLE UPON REQUEST

KRISTEN PASCARELLA
ADDRESS AVAILABLE UPON REQUEST

KRISTEN RODES
ADDRESS AVAILABLE UPON REQUEST

KRISTEN SHARI GAYLE
ADDRESS AVAILABLE UPON REQUEST

KRISTEN SINNOTT
ADDRESS AVAILABLE UPON REQUEST

KRISTEN, LAFFIN,
ADDRESS AVAILABLE UPON REQUEST

KRISTEN, MCADAMS,
ADDRESS AVAILABLE UPON REQUEST

KRISTENSEN, KARINA
ADDRESS AVAILABLE UPON REQUEST

KRISTI GOODHUE
ADDRESS AVAILABLE UPON REQUEST

KRISTI HERRERA
ADDRESS AVAILABLE UPON REQUEST

KRISTI VILAY
ADDRESS AVAILABLE UPON REQUEST

KRISTIAN KOTSBAK (LINKING MOBILE)
568 BROADWAY 11TH
FLOOR-FUELED COLLECTIVE NEW YORK,
NY 10012

KRISTIAN RANKER
ADDRESS AVAILABLE UPON REQUEST

KRISTIE JONES, KRISTIEJONES
ADDRESS AVAILABLE UPON REQUEST

KRISTIE KEENER
ADDRESS AVAILABLE UPON REQUEST

KRISTIE MELENDEZ
ADDRESS AVAILABLE UPON REQUEST

KRISTIE SCHNEIDER
ADDRESS AVAILABLE UPON REQUEST

KRISTIN ANNIE HEITMEIER
ADDRESS AVAILABLE UPON REQUEST

KRISTIN ELIZABETH TUTEN
ADDRESS AVAILABLE UPON REQUEST

KRISTIN GATTER
ADDRESS AVAILABLE UPON REQUEST

KRISTIN LEE GEISLER
ADDRESS AVAILABLE UPON REQUEST

KRISTIN LOFGREN
ADDRESS AVAILABLE UPON REQUEST

KRISTIN MASUNAGA
ADDRESS AVAILABLE UPON REQUEST

KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KRISTIN, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

KRISTINA A DEWEY
ADDRESS AVAILABLE UPON REQUEST

KRISTINA DEONARINE
ADDRESS AVAILABLE UPON REQUEST

KRISTINA DOHERTY
ADDRESS AVAILABLE UPON REQUEST

KRISTINA FERRAN
ADDRESS AVAILABLE UPON REQUEST

KRISTINA HOLTROP
ADDRESS AVAILABLE UPON REQUEST

KRISTINA LYNN WRIGHT
ADDRESS AVAILABLE UPON REQUEST

KRISTINA SHERK AND MARIUS MALHERBE
ADDRESS AVAILABLE UPON REQUEST

KRISTINE A KOENIG
ADDRESS AVAILABLE UPON REQUEST

KRISTINE SHERWOOD
ADDRESS AVAILABLE UPON REQUEST

KRISTINE W HANNA
ADDRESS AVAILABLE UPON REQUEST

KRISTINE, PEREIRA,
ADDRESS AVAILABLE UPON REQUEST

KRISTOF, CINDY
ADDRESS AVAILABLE UPON REQUEST

KRISTOF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KRISTOL, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRISTOPHER BRANDT BAHOUTH
ADDRESS AVAILABLE UPON REQUEST

KRISTOS ANDREWS
ADDRESS AVAILABLE UPON REQUEST

KRISTY SCHULTZ
ADDRESS AVAILABLE UPON REQUEST

KRISTY ZOIS
ADDRESS AVAILABLE UPON REQUEST

KRISTYNIK, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

KRISZTINA NAPOLITANO
ADDRESS AVAILABLE UPON REQUEST

KRITIOTIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

KRITSAS, KELLY
ADDRESS AVAILABLE UPON REQUEST

KRITZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KRIVANEK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KRIVENS, MIKE
ADDRESS AVAILABLE UPON REQUEST

KRIVOSH, PATTI
ADDRESS AVAILABLE UPON REQUEST

KRIZAK, JENNA
ADDRESS AVAILABLE UPON REQUEST

KRIZAK, LOIS
ADDRESS AVAILABLE UPON REQUEST

KRIZAN, DARIA
ADDRESS AVAILABLE UPON REQUEST

KRIZAN, KATE
ADDRESS AVAILABLE UPON REQUEST

KRIZAN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KRIZAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KRNJAIC, GORDAN
ADDRESS AVAILABLE UPON REQUEST

KROCAK, HEIDI
ADDRESS AVAILABLE UPON REQUEST

KROCAK, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KROCULICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KRODEL, CARISSA
ADDRESS AVAILABLE UPON REQUEST

KROEBER, DIANA
ADDRESS AVAILABLE UPON REQUEST

KROEGER, AMY
ADDRESS AVAILABLE UPON REQUEST

KROEGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KROEGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KROEGER, LORI
ADDRESS AVAILABLE UPON REQUEST

KROEKER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KROELLS, JAN
ADDRESS AVAILABLE UPON REQUEST

KROENING, LAURA
ADDRESS AVAILABLE UPON REQUEST

KROENING, MEGHA
ADDRESS AVAILABLE UPON REQUEST

KROENING, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

KROEPKE, EVE
ADDRESS AVAILABLE UPON REQUEST

KROESCHEN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

KROETER, ANN
ADDRESS AVAILABLE UPON REQUEST

KROEZE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

KROGER, SHANE
ADDRESS AVAILABLE UPON REQUEST

KROGMAN, ASHTON
ADDRESS AVAILABLE UPON REQUEST

KROGULSKI, ANN
ADDRESS AVAILABLE UPON REQUEST

KROHA, EVE
ADDRESS AVAILABLE UPON REQUEST

KROHA, TATIANNA
ADDRESS AVAILABLE UPON REQUEST

KROHN, CAIDLENA
ADDRESS AVAILABLE UPON REQUEST

KROHN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KROHN, KATE
ADDRESS AVAILABLE UPON REQUEST

KROHN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KROHN, LEA
ADDRESS AVAILABLE UPON REQUEST

KROHN, MARISA
ADDRESS AVAILABLE UPON REQUEST

KROHNE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

KROIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KROKOSZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

KROL, MATT
ADDRESS AVAILABLE UPON REQUEST

KROLAK, VICKIE
ADDRESS AVAILABLE UPON REQUEST

KROLEWSKI, LORI
ADDRESS AVAILABLE UPON REQUEST

KROLL, LINDA
ADDRESS AVAILABLE UPON REQUEST

KROLL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

KROLL, MIKE
ADDRESS AVAILABLE UPON REQUEST

KROLL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KROLL, SVITLANA
ADDRESS AVAILABLE UPON REQUEST

KROLL, WENDI
ADDRESS AVAILABLE UPON REQUEST

KROLL-HANCOCK, SHELLY
ADDRESS AVAILABLE UPON REQUEST

KROLL-ROSENBAUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

KROLOW, TIM
ADDRESS AVAILABLE UPON REQUEST

KROMAH, LUSENII
ADDRESS AVAILABLE UPON REQUEST

KROMAH, MA-NYAHN
ADDRESS AVAILABLE UPON REQUEST

KROMENACKER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KROMER, LISA
ADDRESS AVAILABLE UPON REQUEST

KROMHOLTZ, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KROMMES, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KROMPASKY, SIMRUN
ADDRESS AVAILABLE UPON REQUEST

KRON, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

KRONBERGER, ROSE MARIE
ADDRESS AVAILABLE UPON REQUEST

KRONE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KRONENWETTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRONMILLER, LINNEA
ADDRESS AVAILABLE UPON REQUEST

KRONOV, ARKADIY AND YELENA
ADDRESS AVAILABLE UPON REQUEST

KRONOV, YELENA AND ARKADY
ADDRESS AVAILABLE UPON REQUEST

KRONRAD, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KROPCZYNSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KROPEWNICKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

KROPIDLOWSKI, KARLY
ADDRESS AVAILABLE UPON REQUEST

KROPP, GREG
ADDRESS AVAILABLE UPON REQUEST

KROPP, LISA
ADDRESS AVAILABLE UPON REQUEST

KROPP, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KROPPE, MARY
ADDRESS AVAILABLE UPON REQUEST

KROSCHE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

KROSHEL, SKYLER
ADDRESS AVAILABLE UPON REQUEST

KROTTINGER, IRA
ADDRESS AVAILABLE UPON REQUEST

KROTULIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KROUPA, ADAM
ADDRESS AVAILABLE UPON REQUEST

KROUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

KROUSE, ERIC
ADDRESS AVAILABLE UPON REQUEST

KROUT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KROUT, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KROVIAK, ALISON
ADDRESS AVAILABLE UPON REQUEST

KROY BIERMANN
ADDRESS AVAILABLE UPON REQUEST

KROYER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KRPAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KRSTIC, DANIJELA
ADDRESS AVAILABLE UPON REQUEST

KRSTIC, PEDJA
ADDRESS AVAILABLE UPON REQUEST

KRSTULIC, LISA
ADDRESS AVAILABLE UPON REQUEST

KRUCHTEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KRUCKENBERG, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

KRUCZKOWSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KRUECKEBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, ALLY
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, DIANE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, GINA
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, JEAN
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, JODI
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, MADELYN
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, MIMI
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, RYAN
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, SIENA
ADDRESS AVAILABLE UPON REQUEST

KRUEGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KRUFKA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KRUG, ALEIGH
ADDRESS AVAILABLE UPON REQUEST

KRUG, EMIL
ADDRESS AVAILABLE UPON REQUEST

KRUG, FAITH
ADDRESS AVAILABLE UPON REQUEST

KRUG, GIULI
ADDRESS AVAILABLE UPON REQUEST

KRUG, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KRUG, JOHN
ADDRESS AVAILABLE UPON REQUEST

KRUGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KRUGER, JILL
ADDRESS AVAILABLE UPON REQUEST

KRUGER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KRUGER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

KRUGER, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

KRUGER, MEL
ADDRESS AVAILABLE UPON REQUEST

KRUGER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

KRUHOEFFER, WALTER
ADDRESS AVAILABLE UPON REQUEST

KRUK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KRUKAR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KRULIK, NYLA
ADDRESS AVAILABLE UPON REQUEST

KRULL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

KRUM, DAN
ADDRESS AVAILABLE UPON REQUEST

KRUMENACKER, CASEY
ADDRESS AVAILABLE UPON REQUEST

KRUMM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KRUMMERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRUMPELBECK PETER, PETER
ADDRESS AVAILABLE UPON REQUEST

KRUMWIEDE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

KRUPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRUPER, LORI
ADDRESS AVAILABLE UPON REQUEST

KRUPKA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KRUPKA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

KRUPKA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KRUPP, SARAH
ADDRESS AVAILABLE UPON REQUEST

KRUS, DAVID
ADDRESS AVAILABLE UPON REQUEST

KRUSE, ABBY
ADDRESS AVAILABLE UPON REQUEST

KRUSE, ABBY
ADDRESS AVAILABLE UPON REQUEST

KRUSE, ARIZONA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

KRUSE, DANA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

KRUSE, ERIN
ADDRESS AVAILABLE UPON REQUEST

KRUSE, JEN
ADDRESS AVAILABLE UPON REQUEST

KRUSE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KRUSE, LAURA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, LYDIA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, SARA
ADDRESS AVAILABLE UPON REQUEST

KRUSE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

KRUSE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KRUSE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

KRUSEC, MARK
ADDRESS AVAILABLE UPON REQUEST

KRUSHWERKS, LLC
935 RIVERSIDE AVE, SUITE 15
PASO ROBLES, CA 93446

KRUSINSKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KRUSZEWSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRUSZKA, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

KRUSZYNSKI, JEANA
ADDRESS AVAILABLE UPON REQUEST

KRUTCHICK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KRUTE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KRUTER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

KRUTHOFF, VERONICA
ADDRESS AVAILABLE UPON REQUEST

KRUTSICK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KRUTT, SUE
ADDRESS AVAILABLE UPON REQUEST

KRUTY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KRUTZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KRUVANT, ADAM
ADDRESS AVAILABLE UPON REQUEST

KRUVANT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

KRUYSMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KRUZIC, GINA
ADDRESS AVAILABLE UPON REQUEST

KRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KRYJAK, AMY
ADDRESS AVAILABLE UPON REQUEST

KRYLOV, EUGENE
ADDRESS AVAILABLE UPON REQUEST

KRYLOVA, NATALIYA
ADDRESS AVAILABLE UPON REQUEST

KRYNSKI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KRYSA, TERESA
ADDRESS AVAILABLE UPON REQUEST

KRYSIAK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KRYSTEL SANFORD
ADDRESS AVAILABLE UPON REQUEST

KRYSTEN BOLDEN
ADDRESS AVAILABLE UPON REQUEST

KRYSTI CROWLEY
ADDRESS AVAILABLE UPON REQUEST

KRYSTIN FIELDS
ADDRESS AVAILABLE UPON REQUEST

KRYSTOF RADER
ADDRESS AVAILABLE UPON REQUEST

KRYSTOWSKI, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

KRYSTYNA KOBROSKY, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

KRYSTYNA MCQUEENEY
ADDRESS AVAILABLE UPON REQUEST

KRYSZTOFORSKI, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KRYZAK, GEORGETTE
ADDRESS AVAILABLE UPON REQUEST

KRYZANSKI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KRYZWICK, TORI
ADDRESS AVAILABLE UPON REQUEST

KRYZWICK, TORI
ADDRESS AVAILABLE UPON REQUEST

KRZAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KRZECZKOWSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KRZEMIEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KRZEMIEN, ROSE
ADDRESS AVAILABLE UPON REQUEST

KRZEMINSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

KRZESIAK, AMY
ADDRESS AVAILABLE UPON REQUEST

KRZUS, APRIL
ADDRESS AVAILABLE UPON REQUEST

KRZYCKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KRZYK, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

KRZYNOWEK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

KRZYWINSKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

KS ALCOHOL BEVERAGE CONTROL
MILLS BUILDING
109 SW 9TH STREET, 5TH FLOOR
TOPEKA, KS  66601

KS ALCOHOL BEVERAGE CONTROL
PO BOX 3506
TOPEKA, KS  66601-3506

KS KDOR - ALCOHOLIC BEVERAGE CONTROL
PO BOX 3506
TOPEKA, KS  66601-3506

KS MISCELLANEOUS TAX
120 SE 10TH AVE
TOPEKA, KS  66612

KSENDZOV, MIKE
ADDRESS AVAILABLE UPON REQUEST

KTONA, KORI
ADDRESS AVAILABLE UPON REQUEST

KU, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KUAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KUANG, MEIYU
ADDRESS AVAILABLE UPON REQUEST

KUBA, FILIP
ADDRESS AVAILABLE UPON REQUEST

KUBACHKA, LEAH
ADDRESS AVAILABLE UPON REQUEST

KUBACKI, SANDRA
ADDRESS AVAILABLE UPON REQUEST

KUBAEVSKAYA, NATALYA
ADDRESS AVAILABLE UPON REQUEST

KUBAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KUBARA, KAREN
ADDRESS AVAILABLE UPON REQUEST

KUBARYK, LINDSAY & BEN
ADDRESS AVAILABLE UPON REQUEST

KUBASEK, KELLY
ADDRESS AVAILABLE UPON REQUEST

KUBASKI, FELIPE
ADDRESS AVAILABLE UPON REQUEST

KUBAT, KAITLAND
ADDRESS AVAILABLE UPON REQUEST

KUBEC, JULIA
ADDRESS AVAILABLE UPON REQUEST

KUBECKA, KODIE
ADDRESS AVAILABLE UPON REQUEST

KUBEK, JAMES
ADDRESS AVAILABLE UPON REQUEST

KUBELKA, LISA
ADDRESS AVAILABLE UPON REQUEST

KUBENKA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KUBERA, SARA
ADDRESS AVAILABLE UPON REQUEST

KUBICKI, JANA
ADDRESS AVAILABLE UPON REQUEST

KUBIK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KUBIK, JANET
ADDRESS AVAILABLE UPON REQUEST

KUBIK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

KUBIK-MONTES, AGATA
ADDRESS AVAILABLE UPON REQUEST

KUBILIS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

KUBIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KUBIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KUBINA, KAELANI
ADDRESS AVAILABLE UPON REQUEST

KUBIS, LIZ
ADDRESS AVAILABLE UPON REQUEST

KUBISH, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KUBISZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

KUBITSCHEK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KUBITZKY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KUBLIN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KUBO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KUBOTA, KOHEI
ADDRESS AVAILABLE UPON REQUEST

KUBUS, FRED
ADDRESS AVAILABLE UPON REQUEST

KUCERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KUCERA, ANNA
ADDRESS AVAILABLE UPON REQUEST

KUCERA, JANA
ADDRESS AVAILABLE UPON REQUEST

KUCHAPSKY, JULIE
ADDRESS AVAILABLE UPON REQUEST

KUCHAREK, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

KUCHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

KUCHERA, BRENTON & ELLEN
ADDRESS AVAILABLE UPON REQUEST

KUCHESKY, ANICIA
ADDRESS AVAILABLE UPON REQUEST

KUCHINKA, LINDA
ADDRESS AVAILABLE UPON REQUEST

KUCHINSKAYA, ANNA
ADDRESS AVAILABLE UPON REQUEST

KUCHINSKI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KUCHTA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KUCHTA, KRISTI
ADDRESS AVAILABLE UPON REQUEST

KUCIC, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KUCINSKI, ELAINE
ADDRESS AVAILABLE UPON REQUEST

KUCKELMAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

KUCKER, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

KUCKLER, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

KUCYNA, MARIA
ADDRESS AVAILABLE UPON REQUEST

KUCZEK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KUCZKOWSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KUCZYNSKI, PIOTR
ADDRESS AVAILABLE UPON REQUEST

KUDIA, ABBY
ADDRESS AVAILABLE UPON REQUEST

KUDLA, ANNA
ADDRESS AVAILABLE UPON REQUEST

KUDLAC, PEGGY
ADDRESS AVAILABLE UPON REQUEST

KUDLEK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

KUDLO, KYLE
ADDRESS AVAILABLE UPON REQUEST

KUDRNA, GREGORY
ADDRESS AVAILABLE UPON REQUEST

KUDRON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KUDULIS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

KUDVA, RAVI
ADDRESS AVAILABLE UPON REQUEST

KUEBECK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KUEBEL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KUEBLER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KUEBLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KUEBLER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KUECHLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

KUECKER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

KUEHL, RASHAUN
ADDRESS AVAILABLE UPON REQUEST

KUEHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KUEHN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KUEHN, LEAH
ADDRESS AVAILABLE UPON REQUEST

KUEHNE  NAGEL INC
10 EXCHANGE PLACE, 19TH FLOOR
JERSEY CITY, NJ  07302

KUEHNE, KIMBERLIE
ADDRESS AVAILABLE UPON REQUEST

KUEHNE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KUEHNER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KUENNING, KELLY
ADDRESS AVAILABLE UPON REQUEST

KUENSTLER, ZOE
ADDRESS AVAILABLE UPON REQUEST

KUENY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

KUENZI, SARA
ADDRESS AVAILABLE UPON REQUEST

KUENZI, TAMARA
ADDRESS AVAILABLE UPON REQUEST

KUENZIE, AMY
ADDRESS AVAILABLE UPON REQUEST

KUES, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

KUEST, DEZIRAE
ADDRESS AVAILABLE UPON REQUEST

KUESTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KUESTER, JEFF
ADDRESS AVAILABLE UPON REQUEST

KUESTNER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KUPAHL, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

KUFFEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

KUFFEL, NATHAN
ADDRESS AVAILABLE UPON REQUEST

KUFLIK, ELANA
ADDRESS AVAILABLE UPON REQUEST

KUFS, JOE
ADDRESS AVAILABLE UPON REQUEST

KUGA, KIMIKO
ADDRESS AVAILABLE UPON REQUEST

KUGA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KUGLER, AUSTEN
ADDRESS AVAILABLE UPON REQUEST

KUGLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KUGLER, JEANNE
ADDRESS AVAILABLE UPON REQUEST

KUGLER, KARL
ADDRESS AVAILABLE UPON REQUEST

KUGLER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

KUGLER, VICKI
ADDRESS AVAILABLE UPON REQUEST

KUGLITSCH, RYLEE
ADDRESS AVAILABLE UPON REQUEST

KUHAR, ELISA
ADDRESS AVAILABLE UPON REQUEST

KUHARCHIK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KUHEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

KUHL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KUHL, MARY
ADDRESS AVAILABLE UPON REQUEST

KUHLENBECK, JANE
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, EARL
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

KUHLMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KUHLMANN, KANDACE
ADDRESS AVAILABLE UPON REQUEST

KUHLMANN, LORI
ADDRESS AVAILABLE UPON REQUEST

KUHN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KUHN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

KUHN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

KUHN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KUHN, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

KUHN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KUHN, JENNIE
ADDRESS AVAILABLE UPON REQUEST

KUHN, KARA
ADDRESS AVAILABLE UPON REQUEST

KUHN, KIM
ADDRESS AVAILABLE UPON REQUEST

KUHN, KIMMY
ADDRESS AVAILABLE UPON REQUEST

KUHN, KIRK
ADDRESS AVAILABLE UPON REQUEST

KUHN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KUHN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

KUHN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

KUHN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KUHN, MIKE
ADDRESS AVAILABLE UPON REQUEST

KUHN, NICOLETTA
ADDRESS AVAILABLE UPON REQUEST

KUHN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KUHN, SAMI
ADDRESS AVAILABLE UPON REQUEST

KUHN, TARYN
ADDRESS AVAILABLE UPON REQUEST

KUHNE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KUHNE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KUHNER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

KUHNHENN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

KUHNS, EMILIE
ADDRESS AVAILABLE UPON REQUEST

KUHNS, EMILY
ADDRESS AVAILABLE UPON REQUEST

KUHNS, KELLY
ADDRESS AVAILABLE UPON REQUEST

KUHNS, PAYTON
ADDRESS AVAILABLE UPON REQUEST

KUHNS, TERESA
ADDRESS AVAILABLE UPON REQUEST

KUHNY, SARAH
ADDRESS AVAILABLE UPON REQUEST

KUHR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KUHR, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KUIK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KUIKO, DMYTRO
ADDRESS AVAILABLE UPON REQUEST

KUIPERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

KUIPERS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

KUISIS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KUISIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KUJALA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KUJAWA, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

KUKAC LIMITED
ADDRESS UNAVAILABLE AT TIME OF FILING

KUKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KUKLOV, DANILA
ADDRESS AVAILABLE UPON REQUEST

KUKOVA, KATHRINE
ADDRESS AVAILABLE UPON REQUEST

KUKOWSKI, KAYTLYNN
ADDRESS AVAILABLE UPON REQUEST

KUKOY, SANDY
ADDRESS AVAILABLE UPON REQUEST

KUKRETI, SHUBHANI
ADDRESS AVAILABLE UPON REQUEST

KUKUK, JILL
ADDRESS AVAILABLE UPON REQUEST

KUKURUDA, KRISTY
ADDRESS AVAILABLE UPON REQUEST

KUKUS LLC
ADDRESS AVAILABLE UPON REQUEST

KULACZ, CAROL
ADDRESS AVAILABLE UPON REQUEST

KULAGA, KENNETH
ADDRESS AVAILABLE UPON REQUEST

KULAKOV, ALEKSEI
ADDRESS AVAILABLE UPON REQUEST

KULAS, CALVIN
ADDRESS AVAILABLE UPON REQUEST

KULAS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

KULASA, AZRA
ADDRESS AVAILABLE UPON REQUEST

KULBERG, ALEXEI
ADDRESS AVAILABLE UPON REQUEST

KULBOK, AMY
ADDRESS AVAILABLE UPON REQUEST

KULCHAWIK, JOHN J
ADDRESS AVAILABLE UPON REQUEST

KULCZYCKI, CARISSA
ADDRESS AVAILABLE UPON REQUEST

KULDANEK-JACOBSEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

KULE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KULES, KATHY
ADDRESS AVAILABLE UPON REQUEST

KULESA, SARAH
ADDRESS AVAILABLE UPON REQUEST

KULESZA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KULEWICZ, MARK
ADDRESS AVAILABLE UPON REQUEST

KULICH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

KULICK, GAIL
ADDRESS AVAILABLE UPON REQUEST

KULICK, KATHY
ADDRESS AVAILABLE UPON REQUEST

KULIK, THERESA
ADDRESS AVAILABLE UPON REQUEST

KULIKAUSKAS, JANE
ADDRESS AVAILABLE UPON REQUEST

KULIKOWSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KULINICH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KULISZEWSKI, FAITH
ADDRESS AVAILABLE UPON REQUEST

KULKA, CASEY
ADDRESS AVAILABLE UPON REQUEST

KULKA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KULKA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

KULKARNI, KIRAN
ADDRESS AVAILABLE UPON REQUEST

KULKARNI, LOVELEEN
ADDRESS AVAILABLE UPON REQUEST

KULKARNI, SANJAY
ADDRESS AVAILABLE UPON REQUEST

KULKARNI, SHAUNAK
ADDRESS AVAILABLE UPON REQUEST

KULKARNI, TEJUS
ADDRESS AVAILABLE UPON REQUEST

KULL, FRED
ADDRESS AVAILABLE UPON REQUEST

KULL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

KULL, PAOLA
ADDRESS AVAILABLE UPON REQUEST

KULLMAN, DSRCE
ADDRESS AVAILABLE UPON REQUEST

KULLMAN, KRIS
ADDRESS AVAILABLE UPON REQUEST

KULLMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

KULLMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

KULLY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

KULOVITZ, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KULP, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KULP, DANI
ADDRESS AVAILABLE UPON REQUEST

KULP, JUDITH
ADDRESS AVAILABLE UPON REQUEST

KULP, MATT
ADDRESS AVAILABLE UPON REQUEST

KULP, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KULPA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KULSRUD, PAOLA
ADDRESS AVAILABLE UPON REQUEST

KULTYS, KELLY
ADDRESS AVAILABLE UPON REQUEST

KULYK, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

KUMANGAI, MAX
ADDRESS AVAILABLE UPON REQUEST

KUMAR SANAM
ADDRESS AVAILABLE UPON REQUEST

KUMAR, ABHILASHA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, ADITYA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, ADYA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, AKANKSHA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, ANSHIKA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, BASANT
ADDRESS AVAILABLE UPON REQUEST

KUMAR, DARSHANIE
ADDRESS AVAILABLE UPON REQUEST

KUMAR, DEVIKA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, HARDEEP
ADDRESS AVAILABLE UPON REQUEST

KUMAR, HARISH
ADDRESS AVAILABLE UPON REQUEST

KUMAR, LALIT
ADDRESS AVAILABLE UPON REQUEST

KUMAR, MUKESH
ADDRESS AVAILABLE UPON REQUEST

KUMAR, NEELJA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, PRANAV
ADDRESS AVAILABLE UPON REQUEST

KUMAR, PRIYA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, PRIYA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, PUNEET
ADDRESS AVAILABLE UPON REQUEST

KUMAR, RHEA
ADDRESS AVAILABLE UPON REQUEST

KUMAR, SALONI
ADDRESS AVAILABLE UPON REQUEST

KUMAR, SAVIO
ADDRESS AVAILABLE UPON REQUEST

KUMAR, SEAN
ADDRESS AVAILABLE UPON REQUEST

KUMAR, SUMATHY
ADDRESS AVAILABLE UPON REQUEST

KUMAR, SUMIT
ADDRESS AVAILABLE UPON REQUEST

KUMAR, TK
ADDRESS AVAILABLE UPON REQUEST

KUMAR, VARUN
ADDRESS AVAILABLE UPON REQUEST

KUMARAN, SANTHOSH
ADDRESS AVAILABLE UPON REQUEST

KUMER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

KUMLANDER, SARA
ADDRESS AVAILABLE UPON REQUEST

KUMLI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KUMM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

KUMMERLOWE, ANNA
ADDRESS AVAILABLE UPON REQUEST

KUMNEGER EMIRU
ADDRESS AVAILABLE UPON REQUEST

KUMNICK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

KUMOR, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

KUMSE, MARIAN
ADDRESS AVAILABLE UPON REQUEST

KUNAL BAVISHI
ADDRESS AVAILABLE UPON REQUEST

KUNAL JAIN
ADDRESS AVAILABLE UPON REQUEST

KUNARD, DARCI
ADDRESS AVAILABLE UPON REQUEST

KUNATH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

KUNCL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

KUNDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KUNDEL, DOMINIK
ADDRESS AVAILABLE UPON REQUEST

KUNDRAT, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

KUNEMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

KUNEN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

KUNERTH, HENRY
ADDRESS AVAILABLE UPON REQUEST

KUNES, ANN
ADDRESS AVAILABLE UPON REQUEST

KUNETZ, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KUNIK, TESS
ADDRESS AVAILABLE UPON REQUEST

KUNIS, FRANK
ADDRESS AVAILABLE UPON REQUEST

KUNISCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

KUNISKY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

KUNK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

KUNKE, FRED
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, ADAM
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, GERRY
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, GRACE
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, GRACE
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, MAKENZY
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

KUNKEL, TARA
ADDRESS AVAILABLE UPON REQUEST

KUNKLE, JACK
ADDRESS AVAILABLE UPON REQUEST

KUNKLE, OSCAR
ADDRESS AVAILABLE UPON REQUEST

KUNKLEMAN, MARGE
ADDRESS AVAILABLE UPON REQUEST

KUNKLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

KUNKLER, NOELLE
ADDRESS AVAILABLE UPON REQUEST

KUNNATH, DEEPIKA
ADDRESS AVAILABLE UPON REQUEST

KUNOVIC, KELLEE
ADDRESS AVAILABLE UPON REQUEST

KUNOWSKI, YADIRA
ADDRESS AVAILABLE UPON REQUEST

KUNSELMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

KUNSTLER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, ABBY
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, AUDRIE
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

KUNTZ, SHANE
ADDRESS AVAILABLE UPON REQUEST

KUNTZE, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

KUNTZI, DEB
ADDRESS AVAILABLE UPON REQUEST

KUNZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

KUNZ, LUCY
ADDRESS AVAILABLE UPON REQUEST

KUNZ, MAURA
ADDRESS AVAILABLE UPON REQUEST

KUNZE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

KUNZE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

KUNZMANN, JANET
ADDRESS AVAILABLE UPON REQUEST

KUO, JAMES
ADDRESS AVAILABLE UPON REQUEST

KUO, JAY
ADDRESS AVAILABLE UPON REQUEST

KUO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KUO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KUPCHENKO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KUPELIAN, KATYA
ADDRESS AVAILABLE UPON REQUEST

KUPELIAN, NARE
ADDRESS AVAILABLE UPON REQUEST

KUPELNICK, SAM
ADDRESS AVAILABLE UPON REQUEST

KUPER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

KUPER, LORNA
ADDRESS AVAILABLE UPON REQUEST

KUPERUS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

KUPFERBERG, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KUPFERSCHMIDT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

KUPHAL, KEON
ADDRESS AVAILABLE UPON REQUEST

KUPIEC, MATT
ADDRESS AVAILABLE UPON REQUEST

KUPIETZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KUPINSKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

KUPINSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KUPKA, EMILY
ADDRESS AVAILABLE UPON REQUEST

KUPKA, TRENT
ADDRESS AVAILABLE UPON REQUEST

KUPLIC, LISA
ADDRESS AVAILABLE UPON REQUEST

KUPPER, BAILEE
ADDRESS AVAILABLE UPON REQUEST

KUPPERSMITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

KUPPERSMITH, RYAN
ADDRESS AVAILABLE UPON REQUEST

KUPPLER, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

KUPPRION, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

KUPRIAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

KUPTY, ALISON
ADDRESS AVAILABLE UPON REQUEST

KURAL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KURATH, TRACY
ADDRESS AVAILABLE UPON REQUEST

KURC, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KURCZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

KURCZ, EDWARD
ADDRESS AVAILABLE UPON REQUEST

KURDYLA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

KURECZKA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KURELJA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KURETZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

KURFEHS, SYDNEE
ADDRESS AVAILABLE UPON REQUEST

KURFESS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KURFIRST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KURGANOV, SARA
ADDRESS AVAILABLE UPON REQUEST

KURGHINYAN, ARMEN
ADDRESS AVAILABLE UPON REQUEST

KURIA, WANJA
ADDRESS AVAILABLE UPON REQUEST

KURIAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

KURIEN, SUSAN BEENA
ADDRESS AVAILABLE UPON REQUEST

KURIHARA, TODD
ADDRESS AVAILABLE UPON REQUEST

KURILLA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KURILO, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

KURISCO, LINDA
ADDRESS AVAILABLE UPON REQUEST

KURITZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

KURIYAMA, CESAR
ADDRESS AVAILABLE UPON REQUEST

KURKCIYAN INVESTING LLC
301 N WALKER AVE  6301
OKLAHOMA CITY, OK  73102

KURKELA, ERIN
ADDRESS AVAILABLE UPON REQUEST

KURKIEWICZ, BRUCE
ADDRESS AVAILABLE UPON REQUEST

KURKJIAN, ALICE
ADDRESS AVAILABLE UPON REQUEST

KURKOWSKI, YOSHIE
ADDRESS AVAILABLE UPON REQUEST

KURLAND, LEANNE
ADDRESS AVAILABLE UPON REQUEST

KURLAND, TALYA
ADDRESS AVAILABLE UPON REQUEST

KURLAND, TRACEY
ADDRESS AVAILABLE UPON REQUEST

KURLEMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KURLINSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

KURMAN, DINA
ADDRESS AVAILABLE UPON REQUEST

KURMANAY, ERHAN
ADDRESS AVAILABLE UPON REQUEST

KURNEVA, OLGA
ADDRESS AVAILABLE UPON REQUEST

KURNICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

KURNIT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

KUROKAWA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

KURON, STEVE
ADDRESS AVAILABLE UPON REQUEST

KUROW, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KURS-LASKY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

KURT R BYER
ADDRESS AVAILABLE UPON REQUEST

KURT ROSKOPF
ADDRESS AVAILABLE UPON REQUEST

KURT, JEFF
ADDRESS AVAILABLE UPON REQUEST

KURTA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

KURTAS, KAREN
ADDRESS AVAILABLE UPON REQUEST

KURTENBACH, KRIS
ADDRESS AVAILABLE UPON REQUEST

KURTH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

KURTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KURTIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KURTTI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

KURTYKA, BRANDI
ADDRESS AVAILABLE UPON REQUEST

KURTZ, ANNIE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, BETH
ADDRESS AVAILABLE UPON REQUEST

KURTZ, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

KURTZ, DIXIE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, EMILEE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, GRETA
ADDRESS AVAILABLE UPON REQUEST

KURTZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, JEREMY
ADDRESS AVAILABLE UPON REQUEST

KURTZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

KURTZ, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

KURTZ, THEODORE
ADDRESS AVAILABLE UPON REQUEST

KURTZ, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

KURTZKE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

KURU, ISMAIL
ADDRESS AVAILABLE UPON REQUEST

KURUVILLA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KURZ, RICH AND SALLY
ADDRESS AVAILABLE UPON REQUEST

KURZEJA, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

KURZON, RAY
ADDRESS AVAILABLE UPON REQUEST

KUSAYANAGI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

KUSCHEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

KUSEWITT, DONNA
ADDRESS AVAILABLE UPON REQUEST

KUSH AKOTIA
ADDRESS AVAILABLE UPON REQUEST

KUSHENSKY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

KUSHI, LIANNA
ADDRESS AVAILABLE UPON REQUEST

KUSHMEREK, GREG
ADDRESS AVAILABLE UPON REQUEST

KUSHNER, BRETT
ADDRESS AVAILABLE UPON REQUEST

KUSHNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

KUSHNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KUSHNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KUSHNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

KUSHNICK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

KUSHNIR, VLADIMIR
ADDRESS AVAILABLE UPON REQUEST

KUSHWAHA, MONIKA
ADDRESS AVAILABLE UPON REQUEST

KUSKIE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

KUSKIL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KUSLER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

KUSMIEREK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

KUSMIK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

KUSNIERZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

KUSS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KUSS, JULIANA
ADDRESS AVAILABLE UPON REQUEST

KUSS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KUSS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

KUSSIE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

KUSTER, AMY
ADDRESS AVAILABLE UPON REQUEST

KUSTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

KUSTER, LEZLI
ADDRESS AVAILABLE UPON REQUEST

KUSTERBECK, SIERRA
ADDRESS AVAILABLE UPON REQUEST

KUSTERS, DAN
ADDRESS AVAILABLE UPON REQUEST

KUSTES, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

KUSUMOTO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

KUSUMPA, LISA
ADDRESS AVAILABLE UPON REQUEST

KUSY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

KUSZAJ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KUSZMAUL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KUSZYNSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KUTA, ZACH
ADDRESS AVAILABLE UPON REQUEST

KUTAC, TAMMY
ADDRESS AVAILABLE UPON REQUEST

KUTATELI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

KUTATELI, LOLITA
ADDRESS AVAILABLE UPON REQUEST

KUTAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KUTCH, LISETTE
ADDRESS AVAILABLE UPON REQUEST

KUTCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

KUTCH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KUTERBACH, EVAN
ADDRESS AVAILABLE UPON REQUEST

KUTHYAR, MEGHANA
ADDRESS AVAILABLE UPON REQUEST

KUTIL, SARAH
ADDRESS AVAILABLE UPON REQUEST

KUTILEK, ERIN
ADDRESS AVAILABLE UPON REQUEST

KUTLAS-PRICKETT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

KUTNE, TONI
ADDRESS AVAILABLE UPON REQUEST

KUTNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

KUTTYKRISHNAN, DEEPAK
ADDRESS AVAILABLE UPON REQUEST

KUTYLA, LAURA
ADDRESS AVAILABLE UPON REQUEST

KUTYS, MIKE
ADDRESS AVAILABLE UPON REQUEST

KUTZ, ALLISA
ADDRESS AVAILABLE UPON REQUEST

KUTZ, BRANDON
ADDRESS AVAILABLE UPON REQUEST

KUTZ, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

KUTZ, NICK
ADDRESS AVAILABLE UPON REQUEST

KUTZA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

KUTZER-RICE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KUTZKE, JAREN
ADDRESS AVAILABLE UPON REQUEST

KUTZLE, BRENT
ADDRESS AVAILABLE UPON REQUEST

KUTZLER, ALI
ADDRESS AVAILABLE UPON REQUEST

KUTZLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

KUTZY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KUULEIALOHA HEINTZELMAN
4380 FOREST CIRCLE
SANTA MARIA, CA  93455

KUVALIS, RAMON
ADDRESS AVAILABLE UPON REQUEST

KUWAMOTO, KIANA
ADDRESS AVAILABLE UPON REQUEST

KUWANA, MARY
ADDRESS AVAILABLE UPON REQUEST

KUYE, ROLLY
ADDRESS AVAILABLE UPON REQUEST

KUYKENDALL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

KUYKENDALL, JENNA
ADDRESS AVAILABLE UPON REQUEST

KUYPER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

KUYPERS, MARY
ADDRESS AVAILABLE UPON REQUEST

KUYUMJIAN, ALAIN
ADDRESS AVAILABLE UPON REQUEST

KUZBEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

KUZBYT, HARRISON
ADDRESS AVAILABLE UPON REQUEST

KUZEL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

KUZIEL, MADDIE
ADDRESS AVAILABLE UPON REQUEST

KUZMA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

KUZMA, JOHN
ADDRESS AVAILABLE UPON REQUEST

KUZMA, KATE
ADDRESS AVAILABLE UPON REQUEST

KUZMA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

KUZMANOVSKI, MIRJANA
ADDRESS AVAILABLE UPON REQUEST

KUZMENKO, ELENA
ADDRESS AVAILABLE UPON REQUEST

KUZMIAK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

KUZMIC, DARLENE
ADDRESS AVAILABLE UPON REQUEST

KUZNETSOVA, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

KUZNIAR, DAN
ADDRESS AVAILABLE UPON REQUEST

KUZNICK, JEFF
ADDRESS AVAILABLE UPON REQUEST

KUZYNOWSKI, JAMES
ADDRESS AVAILABLE UPON REQUEST

KVAAL, ANN
ADDRESS AVAILABLE UPON REQUEST

KVAMME, SABRINA
ADDRESS AVAILABLE UPON REQUEST

KVASNAK, LINSEY
ADDRESS AVAILABLE UPON REQUEST

KVETON, CAROL
ADDRESS AVAILABLE UPON REQUEST

KVINSLAND, KAT
ADDRESS AVAILABLE UPON REQUEST

KVL INVESTMENT TRUST
ADDRESS AVAILABLE UPON REQUEST

KWADAS, URSULA
ADDRESS AVAILABLE UPON REQUEST

KWAK, EMILY
ADDRESS AVAILABLE UPON REQUEST

KWAK, EU RAN
ADDRESS AVAILABLE UPON REQUEST

KWAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KWAK, KRYSIA
ADDRESS AVAILABLE UPON REQUEST

KWAK, MEONG
ADDRESS AVAILABLE UPON REQUEST

KWAKU OFORI-DARKO
ADDRESS AVAILABLE UPON REQUEST

KWAMBOKA, STACEY
ADDRESS AVAILABLE UPON REQUEST

KWAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

KWAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

KWAN, EDMUND
ADDRESS AVAILABLE UPON REQUEST

KWAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

KWAPIEN, LAUREL
ADDRESS AVAILABLE UPON REQUEST

KWAPONG, MALGORZATA
ADDRESS AVAILABLE UPON REQUEST

KWARTA, KAREN
ADDRESS AVAILABLE UPON REQUEST

KWARTENG, SHONIKA
ADDRESS AVAILABLE UPON REQUEST

KWARTLER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

KWASHIE, ERIC
ADDRESS AVAILABLE UPON REQUEST

KWASNIK, LAURIE
ADDRESS AVAILABLE UPON REQUEST

KWATKOSKI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

KWEE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

KWEE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

KWESKIN, SAM
ADDRESS AVAILABLE UPON REQUEST

KWIATKOSKI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

KWIATKOWSKI, BASIL
ADDRESS AVAILABLE UPON REQUEST

KWIATKOWSKI, DONALD
ADDRESS AVAILABLE UPON REQUEST

KWIATKOWSKI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

KWIECINSKI, JACOB
ADDRESS AVAILABLE UPON REQUEST

KWIK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

KWOK FUNG AU YEUNG
ADDRESS AVAILABLE UPON REQUEST

KWOK HO CHAN
ADDRESS AVAILABLE UPON REQUEST

KWOK, AMY
ADDRESS AVAILABLE UPON REQUEST

KWOK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

KWOK, KATHY
ADDRESS AVAILABLE UPON REQUEST

KWOLEK, MARY
ADDRESS AVAILABLE UPON REQUEST

KWON, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

KWON, EMILY
ADDRESS AVAILABLE UPON REQUEST

KWON, JAIME
ADDRESS AVAILABLE UPON REQUEST

KWON, ROY
ADDRESS AVAILABLE UPON REQUEST

KWON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

KWONG, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

KWONG, LORETTA
ADDRESS AVAILABLE UPON REQUEST

KWONG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

KY, HIEU
ADDRESS AVAILABLE UPON REQUEST

KYALWAZI, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

KYAW, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

KYCHUN, JULIA
ADDRESS AVAILABLE UPON REQUEST

KYEI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

KYES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

KYJ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

KYJS BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

KYKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

KYLE BLANCHARD
ADDRESS AVAILABLE UPON REQUEST

KYLE BUNIGER
ADDRESS AVAILABLE UPON REQUEST

KYLE CRIER
ADDRESS AVAILABLE UPON REQUEST

KYLE DEES
ADDRESS AVAILABLE UPON REQUEST

KYLE GILLS
ADDRESS AVAILABLE UPON REQUEST

KYLE GREGORY
ADDRESS AVAILABLE UPON REQUEST

KYLE HUTCHESON
ADDRESS AVAILABLE UPON REQUEST

KYLE MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

KYLE R BOWMER
ADDRESS AVAILABLE UPON REQUEST

KYLE SOLAN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

KYLE THOMAS PRANDI
ADDRESS AVAILABLE UPON REQUEST

KYLE WOODS URRUTIA
ADDRESS AVAILABLE UPON REQUEST

KYLE, BILL
ADDRESS AVAILABLE UPON REQUEST

KYLE, BILL
ADDRESS AVAILABLE UPON REQUEST

KYLE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

KYLE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

KYLE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

KYLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

KYLE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

KYLE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

KYLE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

KYLE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

KYLE, SEAN
ADDRESS AVAILABLE UPON REQUEST

KYLEIGH COTTER
ADDRESS AVAILABLE UPON REQUEST

KYLER MARTZ
ADDRESS AVAILABLE UPON REQUEST

KYLER, KALYN
ADDRESS AVAILABLE UPON REQUEST

KYLER-YANO, AMY
ADDRESS AVAILABLE UPON REQUEST

KYLES, ALYXIS
ADDRESS AVAILABLE UPON REQUEST

KYLES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

KYLISH, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

KYLIX VINEYARDS CALIFORNIA LP
ATTN: MATT TURRENTINE
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

KYLLO, SELMA
ADDRESS AVAILABLE UPON REQUEST

KYMER, JASON
ADDRESS AVAILABLE UPON REQUEST

KYOO, BREK
ADDRESS AVAILABLE UPON REQUEST

KYRIE HIGGINBOTHAM
ADDRESS AVAILABLE UPON REQUEST

KYRON RAMOO
ADDRESS AVAILABLE UPON REQUEST

KYRYLIUK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

KYSHA HARRIELL
ADDRESS AVAILABLE UPON REQUEST

KYTE, ROXANE
ADDRESS AVAILABLE UPON REQUEST

KYTE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

KYZER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

L CATTERTON, MARYANN GHIRARDELLI C/O
ADDRESS AVAILABLE UPON REQUEST

L COATES, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

L CONSIDINE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

L DELAUGHDER, TYLER
ADDRESS AVAILABLE UPON REQUEST

L DONICA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

L ELLIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

L GREGORY, DEREK
ADDRESS AVAILABLE UPON REQUEST

L JONES
ADDRESS AVAILABLE UPON REQUEST

L KILMER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

L KOCK, KATIE
ADDRESS AVAILABLE UPON REQUEST

L PAUL, JEAN
ADDRESS AVAILABLE UPON REQUEST

L QUINTERO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

L ROPER, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

L SWENSZKOWSKI, KAYLA
ADDRESS AVAILABLE UPON REQUEST

L&D ACQUISITION LLC
1 LAKE NIAGARA LANE
NAPLES, NY  14512

L&L HAWAIIAN BBQ
ADDRESS UNAVAILABLE AT TIME OF FILING

L&R LAMBEAU VIEW LLC
1531 BELLEVUE ST. STE. B
GREEN BAY, WI  54311

L, AMANDA
ADDRESS AVAILABLE UPON REQUEST

L, AMY
ADDRESS AVAILABLE UPON REQUEST

L, AMY
ADDRESS AVAILABLE UPON REQUEST

L, ANN
ADDRESS AVAILABLE UPON REQUEST

L, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

L, BONNIE
ADDRESS AVAILABLE UPON REQUEST

L, BRANDY
ADDRESS AVAILABLE UPON REQUEST

L, CARRIE
ADDRESS AVAILABLE UPON REQUEST

L, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

L, CINDY
ADDRESS AVAILABLE UPON REQUEST

L, DENISE
ADDRESS AVAILABLE UPON REQUEST

L, EDWINA
ADDRESS AVAILABLE UPON REQUEST

L, EMILY
ADDRESS AVAILABLE UPON REQUEST

L, EMIY
ADDRESS AVAILABLE UPON REQUEST

L, ERICA
ADDRESS AVAILABLE UPON REQUEST

L, ERIKA
ADDRESS AVAILABLE UPON REQUEST

L, INDY
ADDRESS AVAILABLE UPON REQUEST

L, JAIME
ADDRESS AVAILABLE UPON REQUEST

L, JAIME
ADDRESS AVAILABLE UPON REQUEST

L, JAMIE
ADDRESS AVAILABLE UPON REQUEST

L, JEN
ADDRESS AVAILABLE UPON REQUEST

L, JENACE
ADDRESS AVAILABLE UPON REQUEST

L, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

L, JESSICA
ADDRESS AVAILABLE UPON REQUEST

L, JESSICA
ADDRESS AVAILABLE UPON REQUEST

L, JODIE
ADDRESS AVAILABLE UPON REQUEST

L, JOYCE
ADDRESS AVAILABLE UPON REQUEST

L, JUDITH
ADDRESS AVAILABLE UPON REQUEST

L, KAREN
ADDRESS AVAILABLE UPON REQUEST

L, KENDRA
ADDRESS AVAILABLE UPON REQUEST

L, KERIN
ADDRESS AVAILABLE UPON REQUEST

L, MADISON
ADDRESS AVAILABLE UPON REQUEST

L, MARIA
ADDRESS AVAILABLE UPON REQUEST

L, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

L, NAVEEN
ADDRESS AVAILABLE UPON REQUEST

L,
ADDRESS AVAILABLE UPON REQUEST

L,
ADDRESS AVAILABLE UPON REQUEST

L, PAMEA
ADDRESS AVAILABLE UPON REQUEST

L, ROWDY
ADDRESS AVAILABLE UPON REQUEST

L, SHANNON
ADDRESS AVAILABLE UPON REQUEST

L, SHANNON
ADDRESS AVAILABLE UPON REQUEST

L, SHAYLEE
ADDRESS AVAILABLE UPON REQUEST

L, TANNA
ADDRESS AVAILABLE UPON REQUEST

L, TRACI
ADDRESS AVAILABLE UPON REQUEST

L, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

L. ECKEL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

L. LEIN, HANNA
ADDRESS AVAILABLE UPON REQUEST

L., DANA
ADDRESS AVAILABLE UPON REQUEST

L., GARY
ADDRESS AVAILABLE UPON REQUEST

L., PATRICIA
ADDRESS AVAILABLE UPON REQUEST

L., STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

L'HOTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LA BELLA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LA BITE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

LA BODEGA DE PINOSO
ADDRESS UNAVAILABLE AT TIME OF FILING

LA BRIE, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

LA CANTINA PIZZOLATO S.R.L.
LA CANTINA PIZZOLATO S.R.L. VIA IV
NOVEMBRE
VILLORBA (TV)  12 - 31020
ITALY

LA CANTINA PIZZOLATO S.R.L.
VIA IV NOVEMBRE 12 - 31020 VILLORBA (TV)
ITALY

LA CANTINA PIZZOLATO S.R.L.
VIA IV NOVEMBRE
VIA CAL DI TREVISO, 12
VILLORBA TV  31020
ITALY

LA CASA DEL REY SA
CASA DEL REY ALZAGA 3972 CHACRAS DE
CORIA
MENDOZA  M5528AKJ
ARGENTINA

LA CITY CAB, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

LA CITY PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

LA COFFEE CLUB
3764 MOTOR AVE
LOS ANGELES, CA  90034

LA COMBE, RANDY
ADDRESS AVAILABLE UPON REQUEST

LA CORTE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LA DEPT OF REVENUE
617 N 3RD ST
BATON ROUGE, LA  70802

LA DU, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LA DUE, RANDE
ADDRESS AVAILABLE UPON REQUEST

LA FAMIGLIA BOLOGNA, INC
P.O. BOX 10708
NAPA, CA  94581

LA FONTAINE, TIERRA
ADDRESS AVAILABLE UPON REQUEST

LA FORCE, DENICE B.
ADDRESS AVAILABLE UPON REQUEST

LA FORCE, TABITHA
ADDRESS AVAILABLE UPON REQUEST

LA GRANGE, FRANCOIS
ADDRESS AVAILABLE UPON REQUEST

LA HOGUE, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LA JOIE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LA MADELINE
ADDRESS UNAVAILABLE AT TIME OF FILING

LA MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

LA MARQUE, LACEY
ADDRESS AVAILABLE UPON REQUEST

LA MAY MASIELLO, BLAIR
ADDRESS AVAILABLE UPON REQUEST

LA MEXICA
ADDRESS UNAVAILABLE AT TIME OF FILING

LA PAELLA CATERING LLC
4118 OSTROM AVENUE
LAKEWOOD, CA  90713

LA PAGLIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LA PERLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

LA PUERTA DEL SOL INK GLOBAL
800 SOUTH DOUGLAS ROAD, SUITE  250
CORAL GABLES, FL  33134

LA ROCCO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LA RUE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LA SALLE, MARIE
ADDRESS AVAILABLE UPON REQUEST

LA SILK TRADING CO
LA SILK TRADING 360 S. LA BREA AVE.
LOS ANGELES, CA  90036

LA SOSTA ENOTECA
ADDRESS UNAVAILABLE AT TIME OF FILING

LA SOUND PANELS
ADDRESS UNAVAILABLE AT TIME OF FILING

LA STELLA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

LA STRADA PALO
ADDRESS UNAVAILABLE AT TIME OF FILING

LA SUER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LA TRONICA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LA WINE AGENCY
ADDRESS UNAVAILABLE AT TIME OF FILING

LA YELLOW CAB
ADDRESS UNAVAILABLE AT TIME OF FILING

LA, EMILY
ADDRESS AVAILABLE UPON REQUEST

LA, FEYONE
ADDRESS AVAILABLE UPON REQUEST

LA, JAN
ADDRESS AVAILABLE UPON REQUEST

LA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LAACKMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LABADIE, MOSES
ADDRESS AVAILABLE UPON REQUEST

LABADINI, MARISA
ADDRESS AVAILABLE UPON REQUEST

LABAND, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LABANT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LABAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

LABAR, DESTANY
ADDRESS AVAILABLE UPON REQUEST

LABARBERA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LABARCA, TRACEY
ADDRESS AVAILABLE UPON REQUEST

LABARE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LABARGA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LABARGE, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

LABARGE, ERIC
ADDRESS AVAILABLE UPON REQUEST

LABARRE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LABARRE, TYLER
ADDRESS AVAILABLE UPON REQUEST

LABARTHE, MICKEY
ADDRESS AVAILABLE UPON REQUEST

LABAS, AMY
ADDRESS AVAILABLE UPON REQUEST

LABASIK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LABAT, ANNA
ADDRESS AVAILABLE UPON REQUEST

LABBATE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

LABBE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LABBE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LABBE, JILL
ADDRESS AVAILABLE UPON REQUEST

LABBE, KARYN
ADDRESS AVAILABLE UPON REQUEST

LABBE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LABBE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LABBE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LABEE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LABEL ART OF CALIFORNIA
290 27TH STREET
OAKLAND, CA  94612

LABEL TRONIX, INC.
2419 E. WINSTON ROAD
ANAHEIM, CA  92806

LABELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

LABELLE, BEN
ADDRESS AVAILABLE UPON REQUEST

LABELLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LABELS & SPECIALTY PRODUCTS, LLC.
3915 STERN AVENUE
SAINT CHARLES, IL  60174

LABITA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

LABOILE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

LABOMBARDI, ANN
ADDRESS AVAILABLE UPON REQUEST

LABONNE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LABONTE, AUBREY
ADDRESS AVAILABLE UPON REQUEST

LABORATORY CORP OF AMERICA HOLDINGS
PO BOX 12140
BURLINGTON, NC  27216

LABORDE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LABOSSIERE, JULLENE
ADDRESS AVAILABLE UPON REQUEST

LABOUNTY, AMY
ADDRESS AVAILABLE UPON REQUEST

LABOUNTY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LABOUNTY, PENNIE
ADDRESS AVAILABLE UPON REQUEST

LABOUVE, LANCE
ADDRESS AVAILABLE UPON REQUEST

LABOVIC, JUJI
ADDRESS AVAILABLE UPON REQUEST

LABOWS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LABOY, AVA & CHRIS
ADDRESS AVAILABLE UPON REQUEST

LABOY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LABOY, DORIS
ADDRESS AVAILABLE UPON REQUEST

LABRACIO, CLARE
ADDRESS AVAILABLE UPON REQUEST

LABRADA, ROCIO
ADDRESS AVAILABLE UPON REQUEST

LABRAKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LABRANCHE, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

LABRECHE, LORI
ADDRESS AVAILABLE UPON REQUEST

LABRECQUE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LABRECQUE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LABRECQUE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LABREE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LABRESCO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LABROAD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LABROSSE, TEAGUE
ADDRESS AVAILABLE UPON REQUEST

LABRUTTO, ELISA
ADDRESS AVAILABLE UPON REQUEST

LABRUZZO, JOHN
ADDRESS AVAILABLE UPON REQUEST

LABUFF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LAC, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LACALAMITA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LACAPRA, LATOYIA
ADDRESS AVAILABLE UPON REQUEST

LACAPRARA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

LACASSE, CARLY
ADDRESS AVAILABLE UPON REQUEST

LACASSE, TIM
ADDRESS AVAILABLE UPON REQUEST

LACAYO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LACAYO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LACEY HUTCHISON
ADDRESS AVAILABLE UPON REQUEST

LACEY KATYRYNIUK
ADDRESS AVAILABLE UPON REQUEST

LACEY WARD
ADDRESS AVAILABLE UPON REQUEST

LACEY, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

LACEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

LACEY, DONNA
ADDRESS AVAILABLE UPON REQUEST

LACEY, JEB
ADDRESS AVAILABLE UPON REQUEST

LACEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LACEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LACEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

LACEY, LORELEI
ADDRESS AVAILABLE UPON REQUEST

LACH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LACH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LACHANCE, ABBEY
ADDRESS AVAILABLE UPON REQUEST

LACHANCE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LACHANCE, DONNA
ADDRESS AVAILABLE UPON REQUEST

LACHANCE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LACHANCE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LACHAPELLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LACHENMEIER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LACHMAN, ELLY
ADDRESS AVAILABLE UPON REQUEST

LACHMAYR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LACHNICHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LACHOWICZ, TRACY
ADDRESS AVAILABLE UPON REQUEST

LACHUTE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

LACICH, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

LACINA, COLEEN
ADDRESS AVAILABLE UPON REQUEST

LACK, ABBY
ADDRESS AVAILABLE UPON REQUEST

LACKAMP, JEANNE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, ANN
ADDRESS AVAILABLE UPON REQUEST

LACKEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LACKEY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LACKEY, LISA
ADDRESS AVAILABLE UPON REQUEST

LACKEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LACKEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, WYNTRE
ADDRESS AVAILABLE UPON REQUEST

LACKEY, YONG MI
ADDRESS AVAILABLE UPON REQUEST

LACKNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

LACLAIR, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

LACOMBE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LACORTE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LACORTE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LACOSSE, RUDY
ADDRESS AVAILABLE UPON REQUEST

LACOUNTE, DILIAN
ADDRESS AVAILABLE UPON REQUEST

LACOUNTE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

LACOUR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LACOURCIERE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LACOURSIERE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LACOURSIERE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LACOUTURE, ALVARO
ADDRESS AVAILABLE UPON REQUEST

LACOVARA, MARI LINN
ADDRESS AVAILABLE UPON REQUEST

LACROIX, BETSY
ADDRESS AVAILABLE UPON REQUEST

LACROIX, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

LACROIX, LINDA
ADDRESS AVAILABLE UPON REQUEST

LACROIX, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LACROIX, VERONIQUE
ADDRESS AVAILABLE UPON REQUEST

LACURE, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

LACY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LACY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LACY, EMILY
ADDRESS AVAILABLE UPON REQUEST

LACY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LACY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

LACY, KATE
ADDRESS AVAILABLE UPON REQUEST

LACY, KEVIESHA
ADDRESS AVAILABLE UPON REQUEST

LACY, LORI
ADDRESS AVAILABLE UPON REQUEST

LACY, MANDY
ADDRESS AVAILABLE UPON REQUEST

LACY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LACY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LACY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LACY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LACZEWSKI, NATALIE A.
ADDRESS AVAILABLE UPON REQUEST

LACZEWSKI, NIKI
ADDRESS AVAILABLE UPON REQUEST

LACZNIAK, DARA
ADDRESS AVAILABLE UPON REQUEST

LAD, YAMINI
ADDRESS AVAILABLE UPON REQUEST

LADA, ALEX
ADDRESS AVAILABLE UPON REQUEST

LADA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LADABOUCHE, DANA
ADDRESS AVAILABLE UPON REQUEST

LADAS, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

LADD, ANNE
ADDRESS AVAILABLE UPON REQUEST

LADD, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LADD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LADD, ELISSA
ADDRESS AVAILABLE UPON REQUEST

LADD, JENELLE
ADDRESS AVAILABLE UPON REQUEST

LADD, JOHN
ADDRESS AVAILABLE UPON REQUEST

LADD, K M
ADDRESS AVAILABLE UPON REQUEST

LADD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LADE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LADEGAARD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LADEMANN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LADENBURG, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LADENDECKER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LADERAS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LADERER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

LADERER, ZOEY
ADDRESS AVAILABLE UPON REQUEST

LADEWIG, LIZ
ADDRESS AVAILABLE UPON REQUEST

LADICH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

LADIN, JONATHON
ADDRESS AVAILABLE UPON REQUEST

LADINER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LADISIC, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LADNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LADNER, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

LADNER, RITA
ADDRESS AVAILABLE UPON REQUEST

LADO, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LADOMATO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LADORIAN LATIN
ADDRESS AVAILABLE UPON REQUEST

LADOUCE, MARY
ADDRESS AVAILABLE UPON REQUEST

LADOUCEUR, JEFF
ADDRESS AVAILABLE UPON REQUEST

LADOUCEUR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LADSON, KAPRYCE
ADDRESS AVAILABLE UPON REQUEST

LADUCA, RITA
ADDRESS AVAILABLE UPON REQUEST

LADUE, TYLER
ADDRESS AVAILABLE UPON REQUEST

LADUSAU, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LADUSAU, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LADWIG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LADWIG, STELLA
ADDRESS AVAILABLE UPON REQUEST

LADWP
ADDRESS UNAVAILABLE AT TIME OF FILING

LADYSWAGGER, INC. (ANN L FRIEDMAN)
1522 SARGENT PLACE
LOS ANGELES, CA  90026

LAEHA, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

LAFAILLE, GARY
ADDRESS AVAILABLE UPON REQUEST

LAFAILLE, SARA
ADDRESS AVAILABLE UPON REQUEST

LAFAIRE, PETRINA
ADDRESS AVAILABLE UPON REQUEST

LAFALCE, KAILA
ADDRESS AVAILABLE UPON REQUEST

LAFARR, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LAFASO, DAN
ADDRESS AVAILABLE UPON REQUEST

LAFASTO, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAFAUCI, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

LAFAYETTE, ALLY
ADDRESS AVAILABLE UPON REQUEST

LAFAYETTE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LAFAYETTE, KATE
ADDRESS AVAILABLE UPON REQUEST

LAFEMINA, BRITTANYROSE
ADDRESS AVAILABLE UPON REQUEST

LAFEMINA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LAFERRARA, BUCK
ADDRESS AVAILABLE UPON REQUEST

LAFERRIERE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LAFERRIERE, GAIL
ADDRESS AVAILABLE UPON REQUEST

LAFERRIERE, KATE
ADDRESS AVAILABLE UPON REQUEST

LAFETRA, NOELLE
ADDRESS AVAILABLE UPON REQUEST

LAFEUILLEE, ELUNA
ADDRESS AVAILABLE UPON REQUEST

LAFEVER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LAFEVER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAFEVERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LAFFAYE, JUAN
ADDRESS AVAILABLE UPON REQUEST

LAFFEN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, ALISON
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LAFFERTY, TYLER
ADDRESS AVAILABLE UPON REQUEST

LAFFEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAFFEY, TARA
ADDRESS AVAILABLE UPON REQUEST

LAFFORT USA , INC
1460 CADER LN STE C
PETALUMA, CA  94954

LAFFORT USA , INC
1460 CADER LN STE C
SHAUN RICHARDSON
PETALUMA, CA  94954

LAFFRANCHI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAFIGUERA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LAFITTE CORK & CAPSULE, INC
45 EXECUTIVE CT.
NAPA, CA  94558

LAFLAMME, GINA
ADDRESS AVAILABLE UPON REQUEST

LAFLAMME, JANICE
ADDRESS AVAILABLE UPON REQUEST

LAFLAMME, KAITLEN
ADDRESS AVAILABLE UPON REQUEST

LAFLEN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

LAFLEN, SHERYL
ADDRESS AVAILABLE UPON REQUEST

LAFLEUR, JADE
ADDRESS AVAILABLE UPON REQUEST

LAFLEUR, SARA JANE
ADDRESS AVAILABLE UPON REQUEST

LAFOND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAFONTAINE, CHASE
ADDRESS AVAILABLE UPON REQUEST

LAFONTAINE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAFONTANT, MAYA
ADDRESS AVAILABLE UPON REQUEST

LAFOREST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LAFOREST, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LAFORGE, BETH
ADDRESS AVAILABLE UPON REQUEST

LAFORGE, JIM
ADDRESS AVAILABLE UPON REQUEST

LAFOUNTAIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAFRANCE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LAFRANCE, JULIANN
ADDRESS AVAILABLE UPON REQUEST

LAFRANCE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAFRANCESCA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LAFRANCHISE, THERESA
ADDRESS AVAILABLE UPON REQUEST

LAFRATTA, LENA
ADDRESS AVAILABLE UPON REQUEST

LAFRENIERE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAFRENIERE, DONNA
ADDRESS AVAILABLE UPON REQUEST

LAFRENIERE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAFRENIERE, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

LAFRENIERE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LAFRIEDA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LAGANA, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAGANIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAGARDE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LAGARDERA, MARIA
ADDRESS AVAILABLE UPON REQUEST

LAGARES, TABBATHA
ADDRESS AVAILABLE UPON REQUEST

LAGASSE, KATE
ADDRESS AVAILABLE UPON REQUEST

LAGASSE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAGASSIE, SONYA
ADDRESS AVAILABLE UPON REQUEST

LAGATTUTA, GINA
ADDRESS AVAILABLE UPON REQUEST

LAGDAMEO, LOUISE WENDY
ADDRESS AVAILABLE UPON REQUEST

LAGE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LAGER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LAGERA, LUCAS
ADDRESS AVAILABLE UPON REQUEST

LAGERGREN, BETH
ADDRESS AVAILABLE UPON REQUEST

LAGERLOF, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAGERMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LAGESSE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

LAGESSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAGIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

LAGLE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LAGNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LAGO, DOMINICK
ADDRESS AVAILABLE UPON REQUEST

LAGO, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAGO, NANCY
ADDRESS AVAILABLE UPON REQUEST

LAGOMARSINO, LYNN
ADDRESS AVAILABLE UPON REQUEST

LAGOR, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LAGORE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAGOS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

LAGOUTOVA, ELENA
ADDRESS AVAILABLE UPON REQUEST

LAGRANDEUR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAGRANGE, ALEX
ADDRESS AVAILABLE UPON REQUEST

LAGRANGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAGRANT, MERYS
ADDRESS AVAILABLE UPON REQUEST

LAGRATTA, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAGRAVE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAGRECA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LAGRECA, MARY KAYE
ADDRESS AVAILABLE UPON REQUEST

LAGREE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAGRONE, CARLYN
ADDRESS AVAILABLE UPON REQUEST

LAGRUTTA, ALDO
ADDRESS AVAILABLE UPON REQUEST

LAGUARDIA, SHEMEKA
ADDRESS AVAILABLE UPON REQUEST

LAGUERRE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

LAGUERRE, JANNETTE
ADDRESS AVAILABLE UPON REQUEST

LAGUEUX, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LAGUNA CARRILLO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAGUNA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LAGUNA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAGUNAS, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

LAGUNAS, ROSIE
ADDRESS AVAILABLE UPON REQUEST

LAGUNAS-ALVAREZ, JAVIERA
ADDRESS AVAILABLE UPON REQUEST

LAGUNES, CARLOS
ADDRESS AVAILABLE UPON REQUEST

LAHA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAHANA, DEAN
ADDRESS AVAILABLE UPON REQUEST

LAHAV, ADAM
ADDRESS AVAILABLE UPON REQUEST

LAHENS, JEMIMA
ADDRESS AVAILABLE UPON REQUEST

LAHENS, JUSITH
ADDRESS AVAILABLE UPON REQUEST

LAHEURTE, CELINE
ADDRESS AVAILABLE UPON REQUEST

LAHEY, PIERCE
ADDRESS AVAILABLE UPON REQUEST

LAHEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAHIJAN, NILA
ADDRESS AVAILABLE UPON REQUEST

LAHMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LAHMANN, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

LAHN, DARIA
ADDRESS AVAILABLE UPON REQUEST

LAHONDA, LIUDMILA
ADDRESS AVAILABLE UPON REQUEST

LAHR, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAHR-BEES, WENDY
ADDRESS AVAILABLE UPON REQUEST

LAHRSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LAHTI, GLENN
ADDRESS AVAILABLE UPON REQUEST

LAHTI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAHUCIK, KYLE
ADDRESS AVAILABLE UPON REQUEST

LAI, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LAI, CAROL
ADDRESS AVAILABLE UPON REQUEST

LAI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LAI, JON
ADDRESS AVAILABLE UPON REQUEST

LAI, KHANHNGHI
ADDRESS AVAILABLE UPON REQUEST

LAI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAI, OANH
ADDRESS AVAILABLE UPON REQUEST

LAI, SUHLIAN
ADDRESS AVAILABLE UPON REQUEST

LAIBLE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LAICHE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAIDLAW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAIDLEY, GINA
ADDRESS AVAILABLE UPON REQUEST

LAIER, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

LAIEWSKI, ABBY
ADDRESS AVAILABLE UPON REQUEST

LAIGAARD, AMALIE
ADDRESS AVAILABLE UPON REQUEST

LAIKEN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

LAIL, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

LAIL, HAILEY
ADDRESS AVAILABLE UPON REQUEST

LAIL, LEAH
ADDRESS AVAILABLE UPON REQUEST

LAIL, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LAINCHBURY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAINE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAINEZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

LAING, BRENT
ADDRESS AVAILABLE UPON REQUEST

LAING, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LAING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAINO, CARISSA
ADDRESS AVAILABLE UPON REQUEST

LAINO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAIPPLE, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LAIR, ERIN
ADDRESS AVAILABLE UPON REQUEST

LAIR, GLEN
ADDRESS AVAILABLE UPON REQUEST

LAIRD, AUGUST
ADDRESS AVAILABLE UPON REQUEST

LAIRD, BETH
ADDRESS AVAILABLE UPON REQUEST

LAIRD, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LAIRD, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LAIRD, CARY
ADDRESS AVAILABLE UPON REQUEST

LAIRD, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LAIRD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAIRD, MARY
ADDRESS AVAILABLE UPON REQUEST

LAIRD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LAIRD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LAIRD, SONYA
ADDRESS AVAILABLE UPON REQUEST

LAIRD, SUSANN
ADDRESS AVAILABLE UPON REQUEST

LAISHRAM, SIMON
ADDRESS AVAILABLE UPON REQUEST

LAISS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAITINEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAJARA, NATIVIDAD
ADDRESS AVAILABLE UPON REQUEST

LAJEUNESSE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAJEUNESSE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAJEUNESSE, RENEE
ADDRESS AVAILABLE UPON REQUEST

LAJEVARDI, AVID
ADDRESS AVAILABLE UPON REQUEST

LAJINESS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

LAJOLA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAKAS, MICAH
ADDRESS AVAILABLE UPON REQUEST

LAKATA, JULIA
ADDRESS AVAILABLE UPON REQUEST

LAKATA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LAKE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAKE, BILL
ADDRESS AVAILABLE UPON REQUEST

LAKE, CARI
ADDRESS AVAILABLE UPON REQUEST

LAKE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LAKE, COURT
ADDRESS AVAILABLE UPON REQUEST

LAKE, DREW
ADDRESS AVAILABLE UPON REQUEST

LAKE, EDEN
ADDRESS AVAILABLE UPON REQUEST

LAKE, HALI
ADDRESS AVAILABLE UPON REQUEST

LAKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAKE, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

LAKE, LIZA
ADDRESS AVAILABLE UPON REQUEST

LAKE, LORAMAR
ADDRESS AVAILABLE UPON REQUEST

LAKE, MARISA
ADDRESS AVAILABLE UPON REQUEST

LAKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAKE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LAKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LAKE, SANDY
ADDRESS AVAILABLE UPON REQUEST

LAKE, ZOE
ADDRESS AVAILABLE UPON REQUEST

LAKES, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LAKHANI, KALSOOM
ADDRESS AVAILABLE UPON REQUEST

LAKHANI, NISHITA
ADDRESS AVAILABLE UPON REQUEST

LAKHWARA, SANAM
ADDRESS AVAILABLE UPON REQUEST

LAKIA MINGO
ADDRESS AVAILABLE UPON REQUEST

LAKIN, ABBYE
ADDRESS AVAILABLE UPON REQUEST

LAKIN, TANNER
ADDRESS AVAILABLE UPON REQUEST

LAKITS PORCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAKNER, DARYL
ADDRESS AVAILABLE UPON REQUEST

LAKOMEC, KAREN
ADDRESS AVAILABLE UPON REQUEST

LAKOTA, LIAM
ADDRESS AVAILABLE UPON REQUEST

LAKOWSKY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LAKSHMAN, MYA
ADDRESS AVAILABLE UPON REQUEST

LAKSHMINARAYANAN, JAMI
ADDRESS AVAILABLE UPON REQUEST

LAKSON, TANYA
ADDRESS AVAILABLE UPON REQUEST

LAKTONEN-WARD, LARITA
ADDRESS AVAILABLE UPON REQUEST

LAKUS, MARY
ADDRESS AVAILABLE UPON REQUEST

LALA, ANIL
ADDRESS AVAILABLE UPON REQUEST

LALAMA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LALAMA, KIESHA
ADDRESS AVAILABLE UPON REQUEST

LALANE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

LALIBERTE, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

LALIBERTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LALIKOS, JANICE
ADDRESS AVAILABLE UPON REQUEST

LALISH, PETER
ADDRESS AVAILABLE UPON REQUEST

LALKO, DONNA
ADDRESS AVAILABLE UPON REQUEST

LALL, RISHI
ADDRESS AVAILABLE UPON REQUEST

LALLANDE, KYRIAN
ADDRESS AVAILABLE UPON REQUEST

LALLEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LALLI, TERRY
ADDRESS AVAILABLE UPON REQUEST

LALLO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LALLY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LALLY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LALLY, GARY
ADDRESS AVAILABLE UPON REQUEST

LALLY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LALLY, KAREN
ADDRESS AVAILABLE UPON REQUEST

LALLY, MAUDY
ADDRESS AVAILABLE UPON REQUEST

LALLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LALLY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LALLY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LALOGGIA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LALOMIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LALOMIA, DAVID
ADDRESS AVAILABLE UPON REQUEST

LALONDE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LALONDE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LALONDE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LALONGE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LALUNA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAM, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LAM, ALICJA
ADDRESS AVAILABLE UPON REQUEST

LAM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAM, AMY
ADDRESS AVAILABLE UPON REQUEST

LAM, BEEBEE
ADDRESS AVAILABLE UPON REQUEST

LAM, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LAM, DERRICK
ADDRESS AVAILABLE UPON REQUEST

LAM, ELIANNA
ADDRESS AVAILABLE UPON REQUEST

LAM, ERIC
ADDRESS AVAILABLE UPON REQUEST

LAM, JENNY
ADDRESS AVAILABLE UPON REQUEST

LAM, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LAM, KADDIE
ADDRESS AVAILABLE UPON REQUEST

LAM, KENNY
ADDRESS AVAILABLE UPON REQUEST

LAM, LINH
ADDRESS AVAILABLE UPON REQUEST

LAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAM, OANH
ADDRESS AVAILABLE UPON REQUEST

LAM, PHUC
ADDRESS AVAILABLE UPON REQUEST

LAM, THONG
ADDRESS AVAILABLE UPON REQUEST

LAM, VINCENT
ADDRESS AVAILABLE UPON REQUEST

LAM, WENDY
ADDRESS AVAILABLE UPON REQUEST

LAMA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LAMA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LAMA, LANDEN
ADDRESS AVAILABLE UPON REQUEST

LAMAJ, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LAMANNA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LAMANNA, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LAMANTIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMANTIA, MARIE
ADDRESS AVAILABLE UPON REQUEST

LAMAR, CHLOE
ADDRESS AVAILABLE UPON REQUEST

LAMAR, GRACE
ADDRESS AVAILABLE UPON REQUEST

LAMAR, HANNA
ADDRESS AVAILABLE UPON REQUEST

LAMARCA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAMARCHE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LAMARQUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAMARRA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LAMARRE, JENN
ADDRESS AVAILABLE UPON REQUEST

LAMARRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAMARRE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAMAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

LAMATTINA, DIANA
ADDRESS AVAILABLE UPON REQUEST

LAMB, ALISA
ADDRESS AVAILABLE UPON REQUEST

LAMB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAMB, AMY
ADDRESS AVAILABLE UPON REQUEST

LAMB, BLAIR
ADDRESS AVAILABLE UPON REQUEST

LAMB, BYRNE
ADDRESS AVAILABLE UPON REQUEST

LAMB, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

LAMB, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LAMB, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LAMB, CONNOR
ADDRESS AVAILABLE UPON REQUEST

LAMB, CORA
ADDRESS AVAILABLE UPON REQUEST

LAMB, DEB
ADDRESS AVAILABLE UPON REQUEST

LAMB, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LAMB, DOLORES
ADDRESS AVAILABLE UPON REQUEST

LAMB, DONNA
ADDRESS AVAILABLE UPON REQUEST

LAMB, HALEY
ADDRESS AVAILABLE UPON REQUEST

LAMB, JAMES
ADDRESS AVAILABLE UPON REQUEST

LAMB, JEREMIE
ADDRESS AVAILABLE UPON REQUEST

LAMB, KARL
ADDRESS AVAILABLE UPON REQUEST

LAMB, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LAMB, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAMB, KYLIE
ADDRESS AVAILABLE UPON REQUEST

LAMB, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMB, MARIE
ADDRESS AVAILABLE UPON REQUEST

LAMB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAMB, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

LAMB, NANCY
ADDRESS AVAILABLE UPON REQUEST

LAMB, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAMB, OWEN
ADDRESS AVAILABLE UPON REQUEST

LAMB, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LAMB, RENEE
ADDRESS AVAILABLE UPON REQUEST

LAMB, RESA
ADDRESS AVAILABLE UPON REQUEST

LAMB, RYANN
ADDRESS AVAILABLE UPON REQUEST

LAMB, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAMB, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAMB, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

LAMB, TAKIA
ADDRESS AVAILABLE UPON REQUEST

LAMB, TAMARRA
ADDRESS AVAILABLE UPON REQUEST

LAMB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LAMB, TRESSA
ADDRESS AVAILABLE UPON REQUEST

LAMB, TREVOR
ADDRESS AVAILABLE UPON REQUEST

LAMB, ZACK
ADDRESS AVAILABLE UPON REQUEST

LAMBA, PEROLA
ADDRESS AVAILABLE UPON REQUEST

LAMBA, ROHAN
ADDRESS AVAILABLE UPON REQUEST

LAMBACHER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LAMBASKIDMORE, LEAH
ADDRESS AVAILABLE UPON REQUEST

LAMBDIN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LAMBECK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAMBELET, BRICE
ADDRESS AVAILABLE UPON REQUEST

LAMBER, ANNA
ADDRESS AVAILABLE UPON REQUEST

LAMBERGS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LAMBERSON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LAMBERSON, KEN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, ADRIANNNA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, AMY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CALLIE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CARLEY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CELICIA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, DAKIYA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, DONALD
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, DONNA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, EMMA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, ERIK
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, GLORIA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, HERSCHEL
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JADE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JAMES
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, JORDYN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, KELLI
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, KENDI
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, LISA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, NINA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, NORA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, SADIE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAMBERT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LAMBERTH, CATHY
ADDRESS AVAILABLE UPON REQUEST

LAMBERTH, DONNA
ADDRESS AVAILABLE UPON REQUEST

LAMBERTI, LYNDA
ADDRESS AVAILABLE UPON REQUEST

LAMBERTO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LAMBERTON, ALYSON
ADDRESS AVAILABLE UPON REQUEST

LAMBERTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAMBERTSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAMBETH, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAMBIE, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

LAMBIE-HANSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMBO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAMBORN, HALEY
ADDRESS AVAILABLE UPON REQUEST

LAMBOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LAMBRECHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAMBRECHT, LAURI
ADDRESS AVAILABLE UPON REQUEST

LAMBRECHT, NORA
ADDRESS AVAILABLE UPON REQUEST

LAMBRECHTS, BETTINA
ADDRESS AVAILABLE UPON REQUEST

LAMBRIDES, NANCY
ADDRESS AVAILABLE UPON REQUEST

LAMBRIGHT, BETSY
ADDRESS AVAILABLE UPON REQUEST

LAMBRIGHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAMBRINOS, LOIS
ADDRESS AVAILABLE UPON REQUEST

LAMBROS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

LAMBROS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LAMBROU, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

LAMB-SCRONCE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAMBUR, CAYLEY
ADDRESS AVAILABLE UPON REQUEST

LAMCHAHAB, LAYLA
ADDRESS AVAILABLE UPON REQUEST

LAMEAR, JATELLE
ADDRESS AVAILABLE UPON REQUEST

LAMEAU, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAMEE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LAMENDOLA, PAULA
ADDRESS AVAILABLE UPON REQUEST

LAMERE, ANNE
ADDRESS AVAILABLE UPON REQUEST

LAMERE, PAUL
ADDRESS AVAILABLE UPON REQUEST

LAMETRIE, YINI
ADDRESS AVAILABLE UPON REQUEST

LAMHARZI, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

LAMIA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LAMICA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAMICA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAMICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAMIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMIELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LAMINGO VERWALTUNGS GMBH
HAUPTSTRASSE 16
SINGAPORE
SINGAPORE

LAMKIN, ETHAN
ADDRESS AVAILABLE UPON REQUEST

LAMM, PAUL
ADDRESS AVAILABLE UPON REQUEST

LAMM, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LAMMA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAMMEL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, DELANIE
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, PAM
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, PETER
ADDRESS AVAILABLE UPON REQUEST

LAMMERS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LAMMI, KIEFER
ADDRESS AVAILABLE UPON REQUEST

LAMONACA, DANA
ADDRESS AVAILABLE UPON REQUEST

LAMONICA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LAMONICA, GINA
ADDRESS AVAILABLE UPON REQUEST

LAMONS, WENDIE
ADDRESS AVAILABLE UPON REQUEST

LAMONT, BEEBE
ADDRESS AVAILABLE UPON REQUEST

LAMONT, DAVE
ADDRESS AVAILABLE UPON REQUEST

LAMONT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAMONT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMONT, TIM
ADDRESS AVAILABLE UPON REQUEST

LAMONTAGNE, LIZ
ADDRESS AVAILABLE UPON REQUEST

LAMONTAGNE, LIZ
ADDRESS AVAILABLE UPON REQUEST

LAMONT-DONOVAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAMONTE, MARCO
ADDRESS AVAILABLE UPON REQUEST

LAMORE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAMORE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LAMOREAUX, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAMOREAUX, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAMORTE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LAMOS, ARYN
ADDRESS AVAILABLE UPON REQUEST

LAMOTHE, ERIC
ADDRESS AVAILABLE UPON REQUEST

LAMOTHE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMOTHE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LAMOTTA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LAMOUR, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LAMOUREUX, DONALD
ADDRESS AVAILABLE UPON REQUEST

LAMOUREUX, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAMOUREUX, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LAMOVEC, CATHY
ADDRESS AVAILABLE UPON REQUEST

LAMPARD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LAMPARILLO, GREG
ADDRESS AVAILABLE UPON REQUEST

LAMPART, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAMPASONA, PAUL
ADDRESS AVAILABLE UPON REQUEST

LAMPASONE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LAMPE, CAROL
ADDRESS AVAILABLE UPON REQUEST

LAMPE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LAMPEN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LAMPENFELD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LAMPERT, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

LAMPERT, DANA
ADDRESS AVAILABLE UPON REQUEST

LAMPERT, THERESA
ADDRESS AVAILABLE UPON REQUEST

LAMPHERE, AARON
ADDRESS AVAILABLE UPON REQUEST

LAMPHERE, DAN SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAMPKIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAMPLEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

LAMPLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAMPLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAMPMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAMPMAN-DAVERN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LAMPORT, AARON
ADDRESS AVAILABLE UPON REQUEST

LAMPRECHT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LAMPREDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAMPTEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LAMSFUSS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAMSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAN, LIN
ADDRESS AVAILABLE UPON REQUEST

LAN, SOLAR
ADDRESS AVAILABLE UPON REQUEST

LANA BEERS
ADDRESS AVAILABLE UPON REQUEST

LANA PESSOA
ADDRESS AVAILABLE UPON REQUEST

LANAHAN, ALLY
ADDRESS AVAILABLE UPON REQUEST

LANAHAN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

LANAHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LANAHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANCARTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, ADAM
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, ALISA
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, CHANDELLE
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, HALEY
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LANCASTER, RONDA
ADDRESS AVAILABLE UPON REQUEST

LANCE HORTON
ADDRESS AVAILABLE UPON REQUEST

LANCE WILLIS
ADDRESS AVAILABLE UPON REQUEST

LANCE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LANCE, JAIME
ADDRESS AVAILABLE UPON REQUEST

LANCE, JOSH
ADDRESS AVAILABLE UPON REQUEST

LANCE, KYANA
ADDRESS AVAILABLE UPON REQUEST

LANCET, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LANCETTE, BEN
ADDRESS AVAILABLE UPON REQUEST

LANCI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LANCIANO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LANCIANO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LANCIOTTI, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LANCLOS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LANCON, JARED
ADDRESS AVAILABLE UPON REQUEST

LANCOUR, KERRY
ADDRESS AVAILABLE UPON REQUEST

LAND, ANGEL
ADDRESS AVAILABLE UPON REQUEST

LAND, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LAND, CINDY
ADDRESS AVAILABLE UPON REQUEST

LAND, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LAND, HALEY
ADDRESS AVAILABLE UPON REQUEST

LAND, JENNA
ADDRESS AVAILABLE UPON REQUEST

LAND, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAND, LINZIE
ADDRESS AVAILABLE UPON REQUEST

LANDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANDA, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LANDA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LANDA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LANDAETA, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

LANDAU, BEA
ADDRESS AVAILABLE UPON REQUEST

LANDAU, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LANDAU, EDWARD
ADDRESS AVAILABLE UPON REQUEST

LANDAU, ELAYNE
ADDRESS AVAILABLE UPON REQUEST

LANDAVERDE, NUBIA
ADDRESS AVAILABLE UPON REQUEST

LANDAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LANDE NG
ADDRESS AVAILABLE UPON REQUEST

LANDE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LANDE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANDEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

LANDER, ALEISHA
ADDRESS AVAILABLE UPON REQUEST

LANDER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LANDER, NATE
ADDRESS AVAILABLE UPON REQUEST

LANDEROS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

LANDERS, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LANDERS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LANDERS, CAROLITA
ADDRESS AVAILABLE UPON REQUEST

LANDERS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LANDERS, ETHAN
ADDRESS AVAILABLE UPON REQUEST

LANDERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

LANDERS, KATE
ADDRESS AVAILABLE UPON REQUEST

LANDERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

LANDERS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LANDERS, PATSY
ADDRESS AVAILABLE UPON REQUEST

LANDERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LANDES, DANA
ADDRESS AVAILABLE UPON REQUEST

LANDES-BRENMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LANDFEAR, SHEENA
ADDRESS AVAILABLE UPON REQUEST

LANDGRAF, EMILY
ADDRESS AVAILABLE UPON REQUEST

LANDGRAF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANDGRAF, MARK
ADDRESS AVAILABLE UPON REQUEST

LANDIG, MYOLI
ADDRESS AVAILABLE UPON REQUEST

LANDIN, JOEL KELLY
ADDRESS AVAILABLE UPON REQUEST

LANDIN, JULIANA
ADDRESS AVAILABLE UPON REQUEST

LANDINGIN, LEANA
ADDRESS AVAILABLE UPON REQUEST

LANDIS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LANDIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LANDIS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

LANDIS, DEANA
ADDRESS AVAILABLE UPON REQUEST

LANDIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LANDIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANDIS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LANDIS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

LANDIS, MADISON
ADDRESS AVAILABLE UPON REQUEST

LANDIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LANDIS, MELODY
ADDRESS AVAILABLE UPON REQUEST

LANDIS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

LANDIS, PAUL
ADDRESS AVAILABLE UPON REQUEST

LANDIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANDMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

LANDMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANDMARK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LANDOLF, RYAN
ADDRESS AVAILABLE UPON REQUEST

LANDOLL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LANDOLT, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LANDON THOLEN
ADDRESS AVAILABLE UPON REQUEST

LANDON YAKOVLEVA
ADDRESS AVAILABLE UPON REQUEST

LANDON, KATIE
ADDRESS AVAILABLE UPON REQUEST

LANDON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LANDON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LANDON, PAUL
ADDRESS AVAILABLE UPON REQUEST

LANDON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LANDRAU, SUSANA
ADDRESS AVAILABLE UPON REQUEST

LANDRESS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LANDRESS, KATEY
ADDRESS AVAILABLE UPON REQUEST

LANDREVILLE, MARY
ADDRESS AVAILABLE UPON REQUEST

LANDRON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LANDRUM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LANDRUM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LANDRUM, LAURA
ADDRESS AVAILABLE UPON REQUEST

LANDRUM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LANDRUM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LANDRY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LANDRY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LANDRY, BRETT
ADDRESS AVAILABLE UPON REQUEST

LANDRY, DAN
ADDRESS AVAILABLE UPON REQUEST

LANDRY, DAVE
ADDRESS AVAILABLE UPON REQUEST

LANDRY, DAWN
ADDRESS AVAILABLE UPON REQUEST

LANDRY, DIANA
ADDRESS AVAILABLE UPON REQUEST

LANDRY, ERIN
ADDRESS AVAILABLE UPON REQUEST

LANDRY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

LANDRY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LANDRY, KELCIE
ADDRESS AVAILABLE UPON REQUEST

LANDRY, LEEANNA
ADDRESS AVAILABLE UPON REQUEST

LANDSBAUM, ROSS
ADDRESS AVAILABLE UPON REQUEST

LANDSBERG - BWSC
LANDSBERG P.O. BOX 101144
PASADENA, CA  91189-1144

LANDSBERG
P.O. BOX 101144
PASADENA, CA  91189-1144

LANDSBERG, KAT
ADDRESS AVAILABLE UPON REQUEST

LANDSBERGER, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

LANDSBURG, ZACH
ADDRESS AVAILABLE UPON REQUEST

LANDSBY
ADDRESS UNAVAILABLE AT TIME OF FILING

LANDSMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANDSTAR GLOBAL LOGISTICS /
LANDSTAR RANGER, INC.
13410 SUTTON PARK DRIVE SOUTH
JACKSONVILLE, FL  32224

LANDSTAR GLOBAL LOGISTICS /
LANDSTAR RANGER, INC.
P.O BOX 784302
PHILADELPHIA, PA  19178-4302

LANDSTROM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LANDTISER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

LANDWEHR, JOHN
ADDRESS AVAILABLE UPON REQUEST

LANDY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LANDY, MANDEE
ADDRESS AVAILABLE UPON REQUEST

LANDY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANDY, TAKISHA
ADDRESS AVAILABLE UPON REQUEST

LANE, ADAM
ADDRESS AVAILABLE UPON REQUEST

LANE, ALAINA
ADDRESS AVAILABLE UPON REQUEST

LANE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LANE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANE, AMY
ADDRESS AVAILABLE UPON REQUEST

LANE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LANE, ANN
ADDRESS AVAILABLE UPON REQUEST

LANE, BEN
ADDRESS AVAILABLE UPON REQUEST

LANE, BLEU
ADDRESS AVAILABLE UPON REQUEST

LANE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LANE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LANE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LANE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LANE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

LANE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LANE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LANE, DEVYN
ADDRESS AVAILABLE UPON REQUEST

LANE, DIANA
ADDRESS AVAILABLE UPON REQUEST

LANE, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

LANE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LANE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LANE, ISABEL
ADDRESS AVAILABLE UPON REQUEST

LANE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LANE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LANE, JAMES
ADDRESS AVAILABLE UPON REQUEST

LANE, JEFF
ADDRESS AVAILABLE UPON REQUEST

LANE, JENNY
ADDRESS AVAILABLE UPON REQUEST

LANE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LANE, KATE
ADDRESS AVAILABLE UPON REQUEST

LANE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LANE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

LANE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LANE, KELLYE
ADDRESS AVAILABLE UPON REQUEST

LANE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LANE, KIKI
ADDRESS AVAILABLE UPON REQUEST

LANE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LANE, KIRSTAN
ADDRESS AVAILABLE UPON REQUEST

LANE, LAICE
ADDRESS AVAILABLE UPON REQUEST

LANE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LANE, LELIA
ADDRESS AVAILABLE UPON REQUEST

LANE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

LANE, LYNN
ADDRESS AVAILABLE UPON REQUEST

LANE, MADISON
ADDRESS AVAILABLE UPON REQUEST

LANE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LANE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LANE, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

LANE, MATILDA
ADDRESS AVAILABLE UPON REQUEST

LANE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LANE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

LANE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LANE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LANE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LANE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LANE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LANE, MIKE
ADDRESS AVAILABLE UPON REQUEST

LANE, MIMI
ADDRESS AVAILABLE UPON REQUEST

LANE, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

LANE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LANE, NATALINA
ADDRESS AVAILABLE UPON REQUEST

LANE, NICO
ADDRESS AVAILABLE UPON REQUEST

LANE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LANE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LANE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LANE, ROB
ADDRESS AVAILABLE UPON REQUEST

LANE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LANE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LANE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LANE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LANE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LANE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LANE, T
ADDRESS AVAILABLE UPON REQUEST

LANE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LANE, USHA
ADDRESS AVAILABLE UPON REQUEST

LANE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LANE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LANE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LANE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LANE-RUGGIERO, KANDY
ADDRESS AVAILABLE UPON REQUEST

LANE-UNGER, LOIS
ADDRESS AVAILABLE UPON REQUEST

LANEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

LANEY, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LANEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

LANEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LANEY, MICHAILA
ADDRESS AVAILABLE UPON REQUEST

LANFERSIEK, MARY
ADDRESS AVAILABLE UPON REQUEST

LANFORD, HAILEY
ADDRESS AVAILABLE UPON REQUEST

LANFORD, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

LANFORD, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

LANFRANCO, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

LANFRANCO, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LANG - GERSH, AIMEE
ADDRESS AVAILABLE UPON REQUEST

LANG BBQ SMOKERS
ADDRESS UNAVAILABLE AT TIME OF FILING

LANG, ALEX
ADDRESS AVAILABLE UPON REQUEST

LANG, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LANG, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LANG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LANG, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LANG, CHLOE
ADDRESS AVAILABLE UPON REQUEST

LANG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LANG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LANG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LANG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LANG, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LANG, GREGORY
ADDRESS AVAILABLE UPON REQUEST

LANG, JOHN
ADDRESS AVAILABLE UPON REQUEST

LANG, JULIANN
ADDRESS AVAILABLE UPON REQUEST

LANG, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LANG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LANG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LANG, KAY
ADDRESS AVAILABLE UPON REQUEST

LANG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LANG, KRISTA
ADDRESS AVAILABLE UPON REQUEST

LANG, LAURA
ADDRESS AVAILABLE UPON REQUEST

LANG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LANG, LEXI
ADDRESS AVAILABLE UPON REQUEST

LANG, LISA
ADDRESS AVAILABLE UPON REQUEST

LANG, MARITA
ADDRESS AVAILABLE UPON REQUEST

LANG, MARNIE
ADDRESS AVAILABLE UPON REQUEST

LANG, MARTIN
ADDRESS AVAILABLE UPON REQUEST

LANG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LANG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LANG, MRS. LEANNE
ADDRESS AVAILABLE UPON REQUEST

LANG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LANG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LANG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LANG, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LANG, TARA
ADDRESS AVAILABLE UPON REQUEST

LANG, YOSHADO
ADDRESS AVAILABLE UPON REQUEST

LANGA, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LANGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANGAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

LANGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

LANGAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LANGAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LANGAN, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

LANGAN, STEFANI
ADDRESS AVAILABLE UPON REQUEST

LANGDON SHIVERICK INC.
1149 CORONADO TERRACE
LOS ANGELES, CA  90026

LANGDON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANGDON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LANGE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LANGE, ASHTON
ADDRESS AVAILABLE UPON REQUEST

LANGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LANGE, ERICA
ADDRESS AVAILABLE UPON REQUEST

LANGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LANGE, LISA
ADDRESS AVAILABLE UPON REQUEST

LANGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LANGE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LANGE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LANGE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LANGEHENNIG, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LANGELAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LANGELIERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

LANGELL PRODUCTS
4715 BALSAM LANE N
PLYMOUTH, MN  55442

LANGELL, DEVON
ADDRESS AVAILABLE UPON REQUEST

LANGELLO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LANGEMEIER, REAGAN
ADDRESS AVAILABLE UPON REQUEST

LANGEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

LANGENAUER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANGENBACH, ANNA
ADDRESS AVAILABLE UPON REQUEST

LANGENFELD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LANGENFELDER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LANGENHUYSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

LANGENWALTER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LANGER, ELIANA
ADDRESS AVAILABLE UPON REQUEST

LANGER, MICKEY AND BURT
ADDRESS AVAILABLE UPON REQUEST

LANGERHANS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LANGES, KORTNEY
ADDRESS AVAILABLE UPON REQUEST

LANGESLAY, RUBY
ADDRESS AVAILABLE UPON REQUEST

LANGETWINS FAMILY WINERY & VINEYARDS
1525 E JAHANT ROAD
ACAMPO, CA  95220

LANGETWINS FAMILY WINERY & VINEYARDS
1525 E JAHANT ROAD
ATTN: MARISSA LANGE, PRESIDENT
ACAMPO, CA  95220

LANGETWINS WINE CO INC
ATTN: MARISSA LANGE, PRESIDENT
1525 E JAHANT RD
ACAMPO, CA  95220

LANGEVIN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

LANGEVIN, JUDY
ADDRESS AVAILABLE UPON REQUEST

LANGEVINE, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

LANGFELDT, MATT
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, BIANCA
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, CINDY
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, DARRELL & GINA
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, DIRK
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, LATASHA
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, LEAH
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, TROY
ADDRESS AVAILABLE UPON REQUEST

LANGFORD, WILL
ADDRESS AVAILABLE UPON REQUEST

LANGGUTH, MARY
ADDRESS AVAILABLE UPON REQUEST

LANGHAM, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LANGHAM, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LANGHANS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LANGHAUSER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LANGHORNE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LANGILL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LANGION, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANGLANDS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LANGLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, ALLANA
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, BETH
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, JAKE
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, MARK
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LANGLEY, WILL
ADDRESS AVAILABLE UPON REQUEST

LANGLOIS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LANGLOIS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

LANGLOIS, MARNIE
ADDRESS AVAILABLE UPON REQUEST

LANGLOIS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

LANGMACK, ANNE
ADDRESS AVAILABLE UPON REQUEST

LANGMAID, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANGMEAD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LANGMEAD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LANGNAS, ERICA
ADDRESS AVAILABLE UPON REQUEST

LANGNER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LANGO, DARLENE
ADDRESS AVAILABLE UPON REQUEST

LANGOLF, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LANGONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LANGOSCH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, DANELLE
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, DONNA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, KARISSA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, MARGUERITA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, MONA
ADDRESS AVAILABLE UPON REQUEST

LANGSTON, PENNY
ADDRESS AVAILABLE UPON REQUEST

LANGTIM, JULIE
ADDRESS AVAILABLE UPON REQUEST

LANGTON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

LANGTON, JON
ADDRESS AVAILABLE UPON REQUEST

LANGTON, TAMI
ADDRESS AVAILABLE UPON REQUEST

LANGUASCO, WANDER
ADDRESS AVAILABLE UPON REQUEST

LANGVILLE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LANG-WILLIAMS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LANGWORTH, BILLIE
ADDRESS AVAILABLE UPON REQUEST

LANHAM, BECKY
ADDRESS AVAILABLE UPON REQUEST

LANHAM, THERESA
ADDRESS AVAILABLE UPON REQUEST

LANIADO, MARCEL
ADDRESS AVAILABLE UPON REQUEST

LANIER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LANIER, IVY
ADDRESS AVAILABLE UPON REQUEST

LANIER, LEIGH ANNE
ADDRESS AVAILABLE UPON REQUEST

LANIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LANIER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANIER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANIER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LANIER-SIEGFRIED, NIKITA
ADDRESS AVAILABLE UPON REQUEST

LANIGAN, AMY
ADDRESS AVAILABLE UPON REQUEST

LANIGAN, CASIE
ADDRESS AVAILABLE UPON REQUEST

LANIGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

LANIGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LANIGAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LANIGHAN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

LANIK, KALIE
ADDRESS AVAILABLE UPON REQUEST

LANIOUS, CATHARINA
ADDRESS AVAILABLE UPON REQUEST

LANIOUS, CATHERINA
ADDRESS AVAILABLE UPON REQUEST

LANIR, DONNA
ADDRESS AVAILABLE UPON REQUEST

LANIS, AVIYA
ADDRESS AVAILABLE UPON REQUEST

LANKA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LANKEY, KARA
ADDRESS AVAILABLE UPON REQUEST

LANKFORD, BIANCA
ADDRESS AVAILABLE UPON REQUEST

LANKFORD, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

LANKOWSKI, YVETTE
ADDRESS AVAILABLE UPON REQUEST

LANKTREE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LANNAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LANNEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

LANNI, KIERA
ADDRESS AVAILABLE UPON REQUEST

LANNI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LANNING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANNING, MADISON
ADDRESS AVAILABLE UPON REQUEST

LANNING, MISSY
ADDRESS AVAILABLE UPON REQUEST

LANNING, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANNING, TRACY
ADDRESS AVAILABLE UPON REQUEST

LANNOM, MAEGEN
ADDRESS AVAILABLE UPON REQUEST

LANNON, ALISA
ADDRESS AVAILABLE UPON REQUEST

LANNON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LANNON, MARIA
ADDRESS AVAILABLE UPON REQUEST

LANOIE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LANOISELEE, ELAINE
ADDRESS AVAILABLE UPON REQUEST

LANOUE, MARIE
ADDRESS AVAILABLE UPON REQUEST

LANOUE-EGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

LANQUIST, KYLE
ADDRESS AVAILABLE UPON REQUEST

LANSDOWNE, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

LANSER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LANSHE, ALISON
ADDRESS AVAILABLE UPON REQUEST

LANSING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LANSING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LANTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LANTERI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LANTERNA DISTRIBUTORS, INC. MARYLAND
3101 WASHINGTON BLVD
BALTIMORE, MD  21230

LANTERNA DISTRIBUTORS, INC.
1125 DESOTO ROAD, SUITE C
BALTIMORE, MD  21223

LANTERNA DISTRIBUTORS, INC.
PO BOX 47250
WINDSOR MILL, MD  21244

LANTHIER, MARY
ADDRESS AVAILABLE UPON REQUEST

LANTHIER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

LANTIGUA, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LANTIGUA, MERALIS
ADDRESS AVAILABLE UPON REQUEST

LANTIS, MICHAEL JED
ADDRESS AVAILABLE UPON REQUEST

LANTNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LANTOS, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

LANTRIP, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LANTZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LANTZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

LANTZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LANTZ, KATE
ADDRESS AVAILABLE UPON REQUEST

LANTZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

LANZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LANZA, CAM
ADDRESS AVAILABLE UPON REQUEST

LANZA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LANZA, KERRILYNN
ADDRESS AVAILABLE UPON REQUEST

LANZA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LANZA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LANZA, NICK
ADDRESS AVAILABLE UPON REQUEST

LANZALACO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LANZETTI, RINGO
ADDRESS AVAILABLE UPON REQUEST

LANZI, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LANZI, GIUSEPPI
ADDRESS AVAILABLE UPON REQUEST

LANZI, NICK
ADDRESS AVAILABLE UPON REQUEST

LANZIERI, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LANZIERI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LANZIT, ANNE
ADDRESS AVAILABLE UPON REQUEST

LANZIT, SARAH
ADDRESS AVAILABLE UPON REQUEST

LANZO, ISA
ADDRESS AVAILABLE UPON REQUEST

LAO, DENNIS
ADDRESS AVAILABLE UPON REQUEST

LAP KONG POON
ADDRESS AVAILABLE UPON REQUEST

LAPACHET, NINA
ADDRESS AVAILABLE UPON REQUEST

LAPAGLIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAPATKA, SHERYL
ADDRESS AVAILABLE UPON REQUEST

LAPATRA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LAPCHUK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAPCZYNSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAPE MANSFIELD NAKASIAN & GIBSON, LLC
9980 BREWSTER LANE SUITE 150
POWELL, OH  43065

LAPE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LAPE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

LAPEIRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

LAPERLA, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LAPERLA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LAPEYRE, PARKER
ADDRESS AVAILABLE UPON REQUEST

LAPEYROLERIE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAPIDUS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LAPIDUS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LAPIERRE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LAPIERRE, DIANE
ADDRESS AVAILABLE UPON REQUEST

LAPIERRE, JOAN
ADDRESS AVAILABLE UPON REQUEST

LAPIERRE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LAPINE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

LAPINSKI, ADAM
ADDRESS AVAILABLE UPON REQUEST

LAPINSKI, ALISON
ADDRESS AVAILABLE UPON REQUEST

LAPINSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAPITINO, ADAM
ADDRESS AVAILABLE UPON REQUEST

LAPKOVA, DARINA
ADDRESS AVAILABLE UPON REQUEST

LAPLACA, WENDY
ADDRESS AVAILABLE UPON REQUEST

LAPLANT, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LAPLANTE, CORA
ADDRESS AVAILABLE UPON REQUEST

LAPLANTE, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

LAPLANTE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAPOINT, LINDA
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, LUKE
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

LAPOINTE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAPOLLA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAPOMA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, JACOB
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, KESHIA
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, QUINN
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LAPORTE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LAPOVSKY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LAPP, ALINA
ADDRESS AVAILABLE UPON REQUEST

LAPP, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAPP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAPP, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAPP, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LAPP, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAPP, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LAPP, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LAPPER, JULIA
ADDRESS AVAILABLE UPON REQUEST

LAPPETITO, JAMES
ADDRESS AVAILABLE UPON REQUEST

LAPPIN, KATE
ADDRESS AVAILABLE UPON REQUEST

LAPPLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAPRAD, MAYA
ADDRESS AVAILABLE UPON REQUEST

LAPRADE, ERIN
ADDRESS AVAILABLE UPON REQUEST

LAPRAIRIE, DALLAS
ADDRESS AVAILABLE UPON REQUEST

LAPSLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

LAPUTKA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAQUAGLIA, JON-PAUL
ADDRESS AVAILABLE UPON REQUEST

LAQUE, DONNA
ADDRESS AVAILABLE UPON REQUEST

LARA, ALISIA
ADDRESS AVAILABLE UPON REQUEST

LARA, ARACELI
ADDRESS AVAILABLE UPON REQUEST

LARA, BAIRD,
ADDRESS AVAILABLE UPON REQUEST

LARA, CADIE
ADDRESS AVAILABLE UPON REQUEST

LARA, CARMELINA
ADDRESS AVAILABLE UPON REQUEST

LARA, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

LARA, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

LARA, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

LARA, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

LARA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LARA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LARA, MARIA-MERCEDES
ADDRESS AVAILABLE UPON REQUEST

LARA, MICHELLE & WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LARA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

LARA, MISTY
ADDRESS AVAILABLE UPON REQUEST

LARA, REYNALDO
ADDRESS AVAILABLE UPON REQUEST

LARA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LARA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LARA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LARA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

LARA, YANIN
ADDRESS AVAILABLE UPON REQUEST

LARABEE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LARABY, CHAD
ADDRESS AVAILABLE UPON REQUEST

LARACH, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

LARAMORE, KAYLI
ADDRESS AVAILABLE UPON REQUEST

LARAMORE, STEVE
ADDRESS AVAILABLE UPON REQUEST

LARANCUENT, CESAR
ADDRESS AVAILABLE UPON REQUEST

LARAQUE, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

LARAYESULLIVAN, DINAH
ADDRESS AVAILABLE UPON REQUEST

LARCADE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LARCK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LARDANI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LAREZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LARGAESPADA, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

LARGE, CALLY
ADDRESS AVAILABLE UPON REQUEST

LARGE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LARGE, JAMES
ADDRESS AVAILABLE UPON REQUEST

LARGENT, KAREN
ADDRESS AVAILABLE UPON REQUEST

LARGENT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LARGIO, DEVON
ADDRESS AVAILABLE UPON REQUEST

LARHETTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LARICK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LARICKS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LARIMER, CAYLEY
ADDRESS AVAILABLE UPON REQUEST

LARIMORE, JOSEPH D
ADDRESS AVAILABLE UPON REQUEST

LARIMORE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LARIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LARIONI, JASON
ADDRESS AVAILABLE UPON REQUEST

LARISA BROWN
ADDRESS AVAILABLE UPON REQUEST

LARIVEE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LARIVIERE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LARK CAKE
ADDRESS UNAVAILABLE AT TIME OF FILING

LARKIN III, PAUL
ADDRESS AVAILABLE UPON REQUEST

LARKIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LARKIN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LARKIN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LARKIN, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

LARKIN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

LARKIN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

LARKIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, JON
ADDRESS AVAILABLE UPON REQUEST

LARKIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

LARKIN, KELLI
ADDRESS AVAILABLE UPON REQUEST

LARKIN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, KIM
ADDRESS AVAILABLE UPON REQUEST

LARKIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, LUCIENNE
ADDRESS AVAILABLE UPON REQUEST

LARKIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LARKIN, MARLISA
ADDRESS AVAILABLE UPON REQUEST

LARKIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, PAT
ADDRESS AVAILABLE UPON REQUEST

LARKIN, PATON
ADDRESS AVAILABLE UPON REQUEST

LARKIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LARKIN, SHAUN
ADDRESS AVAILABLE UPON REQUEST

LARKIN, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LARKIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

LARKIN, TEYLAR
ADDRESS AVAILABLE UPON REQUEST

LARKIN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LARKIN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LARKINS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LARKINS, PAUL
ADDRESS AVAILABLE UPON REQUEST

LARMANN, RYAN
ADDRESS AVAILABLE UPON REQUEST

LARMIE, MICAH
ADDRESS AVAILABLE UPON REQUEST

LARNARD, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

LAROCCA, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAROCCA, KRISTLE
ADDRESS AVAILABLE UPON REQUEST

LAROCCA, SHEA
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, AUDY
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, MARIANA
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LAROCHE, SUE
ADDRESS AVAILABLE UPON REQUEST

LAROCHELLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAROCHELLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAROCQUE, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

LAROCQUE, DIANE
ADDRESS AVAILABLE UPON REQUEST

LAROCQUE, TERESA
ADDRESS AVAILABLE UPON REQUEST

LAROM, DAISY
ADDRESS AVAILABLE UPON REQUEST

LAROSA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

LAROSA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LAROSA, LEO
ADDRESS AVAILABLE UPON REQUEST

LAROSA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LAROSA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LAROSA, REGLA
ADDRESS AVAILABLE UPON REQUEST

LAROSE, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

LAROSE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LAROSE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LAROSILIERE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LAROSSA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

LAROUCHE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAROUX, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAROY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LARRABEE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LARRABEE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LARRACUENTE, KORYN
ADDRESS AVAILABLE UPON REQUEST

LARREAU, PEGGY
ADDRESS AVAILABLE UPON REQUEST

LARRIVEE, ILSE
ADDRESS AVAILABLE UPON REQUEST

LARRIVIERE, JODY
ADDRESS AVAILABLE UPON REQUEST

LARROW, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LARRY D HINES
ADDRESS AVAILABLE UPON REQUEST

LARRY E SHULTZ
ADDRESS AVAILABLE UPON REQUEST

LARRY EDWARD BUCHMANN
ADDRESS AVAILABLE UPON REQUEST

LARRY ELLINGSON
ADDRESS AVAILABLE UPON REQUEST

LARRY FERGUSON
ADDRESS AVAILABLE UPON REQUEST

LARRY JAMES EGGENBERGER
ADDRESS AVAILABLE UPON REQUEST

LARRY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

LARRY LEVENBERG
ADDRESS AVAILABLE UPON REQUEST

LARRY R PRICE
ADDRESS AVAILABLE UPON REQUEST

LARRY SELLECK
ADDRESS AVAILABLE UPON REQUEST

LARRY, JESS
ADDRESS AVAILABLE UPON REQUEST

LARRY, JULIAN
ADDRESS AVAILABLE UPON REQUEST

LARRYS VENICE LP (BELLES)
1697 PACIFIC AVE
VENICE, CA 90291

LARS MAPSTEAD
ADDRESS AVAILABLE UPON REQUEST

LARS RIKSE
ADDRESS AVAILABLE UPON REQUEST

LARS ULLMAR
ADDRESS AVAILABLE UPON REQUEST

LARSEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

LARSEN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

LARSEN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LARSEN, COREN
ADDRESS AVAILABLE UPON REQUEST

LARSEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, DARYL
ADDRESS AVAILABLE UPON REQUEST

LARSEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LARSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LARSEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LARSEN, KARL
ADDRESS AVAILABLE UPON REQUEST

LARSEN, KASEY
ADDRESS AVAILABLE UPON REQUEST

LARSEN, KATE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LARSEN, MAIA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LARSEN, PAULA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, PEIK
ADDRESS AVAILABLE UPON REQUEST

LARSEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

LARSEN, SARA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, SASHA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LARSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LARSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LARSEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

LARSEN, TOM
ADDRESS AVAILABLE UPON REQUEST

LARSEN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LARSON FAMILY WINERY
23355 MILLERICK ROAD
SONOMA, CA  95476

LARSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

LARSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LARSON, ALLY
ADDRESS AVAILABLE UPON REQUEST

LARSON, ALY
ADDRESS AVAILABLE UPON REQUEST

LARSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LARSON, ANYA
ADDRESS AVAILABLE UPON REQUEST

LARSON, ARIEL
ADDRESS AVAILABLE UPON REQUEST

LARSON, ASHLENE
ADDRESS AVAILABLE UPON REQUEST

LARSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LARSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LARSON, BEAU
ADDRESS AVAILABLE UPON REQUEST

LARSON, BRADEN
ADDRESS AVAILABLE UPON REQUEST

LARSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LARSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LARSON, CARLEY
ADDRESS AVAILABLE UPON REQUEST

LARSON, CHAD
ADDRESS AVAILABLE UPON REQUEST

LARSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LARSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LARSON, CLARE
ADDRESS AVAILABLE UPON REQUEST

LARSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LARSON, DAYNA
ADDRESS AVAILABLE UPON REQUEST

LARSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LARSON, EDIE
ADDRESS AVAILABLE UPON REQUEST

LARSON, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

LARSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LARSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JANICE
ADDRESS AVAILABLE UPON REQUEST

LARSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

LARSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LARSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LARSON, JESSILYN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JON
ADDRESS AVAILABLE UPON REQUEST

LARSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LARSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

LARSON, KADI
ADDRESS AVAILABLE UPON REQUEST

LARSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

LARSON, KARIN
ADDRESS AVAILABLE UPON REQUEST

LARSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LARSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

LARSON, KELLEY
ADDRESS AVAILABLE UPON REQUEST

LARSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LARSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LARSON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LARSON, LARISSA
ADDRESS AVAILABLE UPON REQUEST

LARSON, LAURA LEE
ADDRESS AVAILABLE UPON REQUEST

LARSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LARSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

LARSON, LEE
ADDRESS AVAILABLE UPON REQUEST

LARSON, LISA
ADDRESS AVAILABLE UPON REQUEST

LARSON, LONNA
ADDRESS AVAILABLE UPON REQUEST

LARSON, LORI
ADDRESS AVAILABLE UPON REQUEST

LARSON, LYLE
ADDRESS AVAILABLE UPON REQUEST

LARSON, LYN
ADDRESS AVAILABLE UPON REQUEST

LARSON, MARGIE
ADDRESS AVAILABLE UPON REQUEST

LARSON, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

LARSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LARSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LARSON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

LARSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LARSON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LARSON, PATSY
ADDRESS AVAILABLE UPON REQUEST

LARSON, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

LARSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LARSON, RICK
ADDRESS AVAILABLE UPON REQUEST

LARSON, ROSS
ADDRESS AVAILABLE UPON REQUEST

LARSON, SANDY
ADDRESS AVAILABLE UPON REQUEST

LARSON, SANDY
ADDRESS AVAILABLE UPON REQUEST

LARSON, SARA
ADDRESS AVAILABLE UPON REQUEST

LARSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LARSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LARSON, SHAUN
ADDRESS AVAILABLE UPON REQUEST

LARSON, TARA
ADDRESS AVAILABLE UPON REQUEST

LARSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

LARSON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LARSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

LARSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

LARSOND, JEFFD
ADDRESS AVAILABLE UPON REQUEST

LARSSON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

LARSSON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LARUE, ALISON
ADDRESS AVAILABLE UPON REQUEST

LARUE, DEANA
ADDRESS AVAILABLE UPON REQUEST

LARUE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LARUE, GINGER
ADDRESS AVAILABLE UPON REQUEST

LARUE, KATE
ADDRESS AVAILABLE UPON REQUEST

LARUE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LARUE, OTHALIA
ADDRESS AVAILABLE UPON REQUEST

LARUSSO, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

LARUSSO, TERESE
ADDRESS AVAILABLE UPON REQUEST

LARVEY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LARWOOD, EMILY
ADDRESS AVAILABLE UPON REQUEST

LARY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LARZELERE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LASAGE, DENISE
ADDRESS AVAILABLE UPON REQUEST

LASALA, GRACE
ADDRESS AVAILABLE UPON REQUEST

LASALA, JOE
ADDRESS AVAILABLE UPON REQUEST

LASALA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LASALLE, LIBBY
ADDRESS AVAILABLE UPON REQUEST

LASALLE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LASALLE, RUBY
ADDRESS AVAILABLE UPON REQUEST

LASALLE, STUART
ADDRESS AVAILABLE UPON REQUEST

LASALLE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LASARGE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LASATER, LORENZO
ADDRESS AVAILABLE UPON REQUEST

LASATER, TRACY
ADDRESS AVAILABLE UPON REQUEST

LASCELLES, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LASCHANZKY, PENNY
ADDRESS AVAILABLE UPON REQUEST

LASCOLA, JILL
ADDRESS AVAILABLE UPON REQUEST

LASCOMB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LASER SESKES, BRANDI
ADDRESS AVAILABLE UPON REQUEST

LASER, JACQUELINE ROSE
ADDRESS AVAILABLE UPON REQUEST

LASH, LISA
ADDRESS AVAILABLE UPON REQUEST

LASH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LASH, TONYA
ADDRESS AVAILABLE UPON REQUEST

LASHER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LASHICONNAH HAMMER
ADDRESS AVAILABLE UPON REQUEST

LASHLEY, JON
ADDRESS AVAILABLE UPON REQUEST

LASHLEY, MARK
ADDRESS AVAILABLE UPON REQUEST

LASHLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LASHUA, JAC
ADDRESS AVAILABLE UPON REQUEST

LASHUA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LASITER, MADISON
ADDRESS AVAILABLE UPON REQUEST

LASITIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LASK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LASK, KATHY
ADDRESS AVAILABLE UPON REQUEST

LASKA, RONALD
ADDRESS AVAILABLE UPON REQUEST

LASKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

LASKER, JULIA
ADDRESS AVAILABLE UPON REQUEST

LASKEY, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

LASKEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LASKI, DESTINY
ADDRESS AVAILABLE UPON REQUEST

LASKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LASKOWSKI, FILIP
ADDRESS AVAILABLE UPON REQUEST

LASKOWSKI, IAN
ADDRESS AVAILABLE UPON REQUEST

LASKOWSKI, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LASKOWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

LASKOWSKI, VICKI
ADDRESS AVAILABLE UPON REQUEST

LASKY, ADAM
ADDRESS AVAILABLE UPON REQUEST

LASKY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LASKY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LASLEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

LASLO, EMILY
ADDRESS AVAILABLE UPON REQUEST

LASLO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LASNER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LASPINA, NANCY
ADDRESS AVAILABLE UPON REQUEST

LASPOUSSAS, MATHIEU
ADDRESS AVAILABLE UPON REQUEST

LASS, LIBBY
ADDRESS AVAILABLE UPON REQUEST

LASSACK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LASSANDRELLO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LASSANSKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LASSER, NINA
ADDRESS AVAILABLE UPON REQUEST

LASSERE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LASSITER, AILEEN IMANA
ADDRESS AVAILABLE UPON REQUEST

LASSITER, DARCY
ADDRESS AVAILABLE UPON REQUEST

LASSITER, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

LASSITER, KEITH
ADDRESS AVAILABLE UPON REQUEST

LASSITER, KENDAL
ADDRESS AVAILABLE UPON REQUEST

LASSITER, LAURA
ADDRESS AVAILABLE UPON REQUEST

LASSITER, SARA
ADDRESS AVAILABLE UPON REQUEST

LASSITER, SONJA
ADDRESS AVAILABLE UPON REQUEST

LASSITER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LASSMAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

LASSONDE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LASSOURD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LAST MILE ENGINEERING
3325 LINDA MESA WAY
NAPA, CA  94559

LAST MILE MANAGEMENT
1 BELMONT AVE. SUITE 520
BALA CYNWYD, PA  19004

LAST, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LASTELLA, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LASTER, MELODY
ADDRESS AVAILABLE UPON REQUEST

LASTER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LASTOVICA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LASTOWSKI, ANN
ADDRESS AVAILABLE UPON REQUEST

LASTRES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LASTYAK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

LASURE, DENISE
ADDRESS AVAILABLE UPON REQUEST

LASURE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LASUS, DAVE
ADDRESS AVAILABLE UPON REQUEST

LASUSA, EVA
ADDRESS AVAILABLE UPON REQUEST

LASZCZYNSKI, SHARON
ADDRESS AVAILABLE UPON REQUEST

LATA, ALBERTO
ADDRESS AVAILABLE UPON REQUEST

LATARTIS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LATELIER DU VIN
SOCIETE SANBRI 2 ROUTE DE CHEPOIX
BRETUIL SUR NOYE  60120
FRANCE

LATELLA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LATER.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

LATERRA, ROSARIO
ADDRESS AVAILABLE UPON REQUEST

LATHAM, CASEY
ADDRESS AVAILABLE UPON REQUEST

LATHAM, CINDY
ADDRESS AVAILABLE UPON REQUEST

LATHAM, CINDY
ADDRESS AVAILABLE UPON REQUEST

LATHAM, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LATHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LATHAM, GINA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, GRACE
ADDRESS AVAILABLE UPON REQUEST

LATHAM, JEN
ADDRESS AVAILABLE UPON REQUEST

LATHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, JIMMY
ADDRESS AVAILABLE UPON REQUEST

LATHAM, JULIA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, JULIA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, KATHY
ADDRESS AVAILABLE UPON REQUEST

LATHAM, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LATHAM, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LATHAM, TERESA
ADDRESS AVAILABLE UPON REQUEST

LATHAM, TERI
ADDRESS AVAILABLE UPON REQUEST

LATHAM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LATHE, TERINA
ADDRESS AVAILABLE UPON REQUEST

LATHEM, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LATHROP, ANN
ADDRESS AVAILABLE UPON REQUEST

LATHROP, BRANDY
ADDRESS AVAILABLE UPON REQUEST

LATHROP, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LATHROP, COLLIN
ADDRESS AVAILABLE UPON REQUEST

LATHROP, KATHY
ADDRESS AVAILABLE UPON REQUEST

LATHROP, KIKI
ADDRESS AVAILABLE UPON REQUEST

LATHROP, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LATHROP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LATHROP, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

LATHROP, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LATHROP, STACY
ADDRESS AVAILABLE UPON REQUEST

LATHRUP, BRETT
ADDRESS AVAILABLE UPON REQUEST

LATIF, AMANI
ADDRESS AVAILABLE UPON REQUEST

LATIFAJ, ARBEN
ADDRESS AVAILABLE UPON REQUEST

LATIFI, ANISSA
ADDRESS AVAILABLE UPON REQUEST

LATIFOVIC, SABINA
ADDRESS AVAILABLE UPON REQUEST

LATIMER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

LATIMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LATIMER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LATINA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LATINI, ALECIA
ADDRESS AVAILABLE UPON REQUEST

LATINO, BILL
ADDRESS AVAILABLE UPON REQUEST

LATINO, JAN
ADDRESS AVAILABLE UPON REQUEST

LATIOLAIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

LATION, PIXEL
ADDRESS AVAILABLE UPON REQUEST

LATNO, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

LATOCHA, JULIE
ADDRESS AVAILABLE UPON REQUEST

LATONYA RIVERA
ADDRESS AVAILABLE UPON REQUEST

LATORRE, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

LATOS, MARY
ADDRESS AVAILABLE UPON REQUEST

LATOSHA HUTCHINSON
ADDRESS AVAILABLE UPON REQUEST

LATOUCHE, LERONE
ADDRESS AVAILABLE UPON REQUEST

LATOUR MARY
ADDRESS AVAILABLE UPON REQUEST

LATOURETTE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LATOYA DUPREE
ADDRESS AVAILABLE UPON REQUEST

LATRE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LATRIANO, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LATRICE DAVIS
ADDRESS AVAILABLE UPON REQUEST

LATTA, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

LATTA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LATTA, MARK
ADDRESS AVAILABLE UPON REQUEST

LATTA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

LATTANZI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LATTANZIO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LATTANZIO, CHIARA
ADDRESS AVAILABLE UPON REQUEST

LATTANZIO, KATIE
ADDRESS AVAILABLE UPON REQUEST

LATTANZIO, TIA
ADDRESS AVAILABLE UPON REQUEST

LATTEIER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LATTELL, AL
ADDRESS AVAILABLE UPON REQUEST

LATTERNER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LATTIMER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LATTIMORE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

LATTIMORE, NANCY
ADDRESS AVAILABLE UPON REQUEST

LATTIN, TRISH
ADDRESS AVAILABLE UPON REQUEST

LATTO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LATTUCA, SHANNYN
ADDRESS AVAILABLE UPON REQUEST

LATULIPPE, RITA
ADDRESS AVAILABLE UPON REQUEST

LATURELL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LATUS, NICK
ADDRESS AVAILABLE UPON REQUEST

LATVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAU TSZ CHUN
ADDRESS AVAILABLE UPON REQUEST

LAU, AGNES
ADDRESS AVAILABLE UPON REQUEST

LAU, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LAU, HAYONG
ADDRESS AVAILABLE UPON REQUEST

LAU, HUI CHONG
ADDRESS AVAILABLE UPON REQUEST

LAU, IRIS
ADDRESS AVAILABLE UPON REQUEST

LAU, IVY
ADDRESS AVAILABLE UPON REQUEST

LAU, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LAU, RYAN
ADDRESS AVAILABLE UPON REQUEST

LAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAU, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

LAUB, J.P.
ADDRESS AVAILABLE UPON REQUEST

LAUB, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LAUB, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAUB, NOELLE
ADDRESS AVAILABLE UPON REQUEST

LAUBACH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LAUBACH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LAUBACHER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAUBACHER, KATE
ADDRESS AVAILABLE UPON REQUEST

LAUBE, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

LAUBER, GINA
ADDRESS AVAILABLE UPON REQUEST

LAUBER, LONDA
ADDRESS AVAILABLE UPON REQUEST

LAUBHAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAUBSCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAUBSCHER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LAUCELL, YAJAIRA
ADDRESS AVAILABLE UPON REQUEST

LAUCIRICA, AUDREY
ADDRESS AVAILABLE UPON REQUEST

LAUCK, MARY
ADDRESS AVAILABLE UPON REQUEST

LAUD, FRAN
ADDRESS AVAILABLE UPON REQUEST

LAUDA, ERIN
ADDRESS AVAILABLE UPON REQUEST

LAUDAHN, BERND
ADDRESS AVAILABLE UPON REQUEST

LAUDANO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAUDE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LAUDENBACH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LAUDER, TAMMI
ADDRESS AVAILABLE UPON REQUEST

LAUDERDALE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAUDERMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

LAUDERMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAUDI, ABBY
ADDRESS AVAILABLE UPON REQUEST

LAUDICINA, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

LAUDICINA, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAUDONIO, CAROL
ADDRESS AVAILABLE UPON REQUEST

LAUER, ADAM
ADDRESS AVAILABLE UPON REQUEST

LAUER, BOB N CHERYL
ADDRESS AVAILABLE UPON REQUEST

LAUER, ERIN
ADDRESS AVAILABLE UPON REQUEST

LAUER, JULIA
ADDRESS AVAILABLE UPON REQUEST

LAUER, LENA
ADDRESS AVAILABLE UPON REQUEST

LAUER, LIZ
ADDRESS AVAILABLE UPON REQUEST

LAUER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LAUER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LAUER, RYAN
ADDRESS AVAILABLE UPON REQUEST

LAUESEN, MARK
ADDRESS AVAILABLE UPON REQUEST

LAUFER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAUFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAUGAND, KIANA
ADDRESS AVAILABLE UPON REQUEST

LAUGEL, KAREN
ADDRESS AVAILABLE UPON REQUEST

LAUGESEN, CAMMI
ADDRESS AVAILABLE UPON REQUEST

LAUGESEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAUGHEAD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LAUGHEAD, JOY
ADDRESS AVAILABLE UPON REQUEST

LAUGHING MAN COFFE
ADDRESS UNAVAILABLE AT TIME OF FILING

LAUGHLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, JASON
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, KIM
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, MARY
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, MAX
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAUGHLIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LAUGHMILLER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

LAUGHNAN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LAUGHNER, EMELIE
ADDRESS AVAILABLE UPON REQUEST

LAUGHREY, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAUGHSALOT, DELLA
ADDRESS AVAILABLE UPON REQUEST

LAULETTA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAUMAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

LAUNCE M TURNER
ADDRESS AVAILABLE UPON REQUEST

LAUNDER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LAUNDERVILLE, ANNALIES
ADDRESS AVAILABLE UPON REQUEST

LAUNIE, JENNA
ADDRESS AVAILABLE UPON REQUEST

LAUNIUS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LAUPRETRE, ANTOINE
ADDRESS AVAILABLE UPON REQUEST

LAUR, TERRY
ADDRESS AVAILABLE UPON REQUEST

LAURA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

LAURA ANN WOODRUFF
ADDRESS AVAILABLE UPON REQUEST

LAURA B SHANNON
ADDRESS AVAILABLE UPON REQUEST

LAURA CADENHEAD
ADDRESS AVAILABLE UPON REQUEST

LAURA CULLINAN
ADDRESS AVAILABLE UPON REQUEST

LAURA DAVIS
ADDRESS AVAILABLE UPON REQUEST

LAURA DAWN JONES
ADDRESS AVAILABLE UPON REQUEST

LAURA EALY
ADDRESS AVAILABLE UPON REQUEST

LAURA HALL COOPER
ADDRESS AVAILABLE UPON REQUEST

LAURA HOGAN
ADDRESS AVAILABLE UPON REQUEST

LAURA HUNTER
ADDRESS AVAILABLE UPON REQUEST

LAURA JONES
ADDRESS AVAILABLE UPON REQUEST

LAURA JOUKOVSKI
ADDRESS AVAILABLE UPON REQUEST

LAURA JUSTINE JACOBSON
ADDRESS AVAILABLE UPON REQUEST

LAURA KLEIN
ADDRESS AVAILABLE UPON REQUEST

LAURA KMIOTEK
ADDRESS AVAILABLE UPON REQUEST

LAURA L TIMMIS
ADDRESS AVAILABLE UPON REQUEST

LAURA LEA BRYANT (DBA LLB, LLC)
1250 MARTIN STREET
NASHVILLE, TN 37203

LAURA LERNER
ADDRESS AVAILABLE UPON REQUEST

LAURA LYNN GAWEL
ADDRESS AVAILABLE UPON REQUEST

LAURA MYERS
ADDRESS AVAILABLE UPON REQUEST

LAURA NIUBO GIORGETTI
ADDRESS AVAILABLE UPON REQUEST

LAURA OLSON
ADDRESS AVAILABLE UPON REQUEST

LAURA PARNELL
ADDRESS AVAILABLE UPON REQUEST

LAURA PORTO
ADDRESS AVAILABLE UPON REQUEST

LAURA QUENZER
ADDRESS AVAILABLE UPON REQUEST

LAURA QUINN
ADDRESS AVAILABLE UPON REQUEST

LAURA QUINTRELL
ADDRESS AVAILABLE UPON REQUEST

LAURA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

LAURA SPILHAUS
ADDRESS AVAILABLE UPON REQUEST

LAURA STRIDIRON
ADDRESS AVAILABLE UPON REQUEST

LAURA TROMETER
ADDRESS AVAILABLE UPON REQUEST

LAURA WIGFALL
ADDRESS AVAILABLE UPON REQUEST

LAURA, OLIVER,
ADDRESS AVAILABLE UPON REQUEST

LAURANA PAGANOTTI
ADDRESS AVAILABLE UPON REQUEST

LAURANCE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAUREANO, ALANNA
ADDRESS AVAILABLE UPON REQUEST

LAUREL ANN HOPSICKER
ADDRESS AVAILABLE UPON REQUEST

LAUREL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LAURELLI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LAURELLO, MICKEY
ADDRESS AVAILABLE UPON REQUEST

LAUREN ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LAUREN AYERS
ADDRESS AVAILABLE UPON REQUEST

LAUREN BASCUE
ADDRESS AVAILABLE UPON REQUEST

LAUREN BAXTER
ADDRESS AVAILABLE UPON REQUEST

LAUREN BECK
ADDRESS AVAILABLE UPON REQUEST

LAUREN DAVID
ADDRESS AVAILABLE UPON REQUEST

LAUREN DEBOALT
ADDRESS AVAILABLE UPON REQUEST

LAUREN DICKENS
ADDRESS AVAILABLE UPON REQUEST

LAUREN DOYLE
ADDRESS AVAILABLE UPON REQUEST

LAUREN E BARNETTE
ADDRESS AVAILABLE UPON REQUEST

LAUREN E MOSKOWITZ
ADDRESS AVAILABLE UPON REQUEST

LAUREN FLEMEN
ADDRESS AVAILABLE UPON REQUEST

LAUREN GIRALDO INC.
C/O ABRAMS ARTISTS AGENCY
N SAN VICENTE BLVD 11TH FLOOR
LOS ANGELES, CA  90069

LAUREN GROSS
ADDRESS AVAILABLE UPON REQUEST

LAUREN HASSEN
ADDRESS AVAILABLE UPON REQUEST

LAUREN HODGINS
ADDRESS AVAILABLE UPON REQUEST

LAUREN IVEY
ADDRESS AVAILABLE UPON REQUEST

LAUREN KOENIG BUMP
ADDRESS AVAILABLE UPON REQUEST

LAUREN LARSON
ADDRESS AVAILABLE UPON REQUEST

LAUREN LYNN IHDE
ADDRESS AVAILABLE UPON REQUEST

LAUREN M OFLAHERTY
ADDRESS AVAILABLE UPON REQUEST

LAUREN MACNARY
ADDRESS AVAILABLE UPON REQUEST

LAUREN MCMILLIAN
ADDRESS AVAILABLE UPON REQUEST

LAUREN MERCLEAN ZUMBRUN
ADDRESS AVAILABLE UPON REQUEST

LAUREN MICHELSON
ADDRESS AVAILABLE UPON REQUEST

LAUREN MIFFLIN
ADDRESS AVAILABLE UPON REQUEST

LAUREN MILLER
ADDRESS AVAILABLE UPON REQUEST

LAUREN MONDAY
ADDRESS AVAILABLE UPON REQUEST

LAUREN ORTIZ
ADDRESS AVAILABLE UPON REQUEST

LAUREN SELIG
ADDRESS AVAILABLE UPON REQUEST

LAUREN SINGER
ADDRESS AVAILABLE UPON REQUEST

LAUREN SMITH
ADDRESS AVAILABLE UPON REQUEST

LAUREN TAMAKI
ADDRESS AVAILABLE UPON REQUEST

LAUREN TAYLOR JAMES
ADDRESS AVAILABLE UPON REQUEST

LAUREN WEBB-FRANCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAUREN, MORRIS,
ADDRESS AVAILABLE UPON REQUEST

LAURENCE GIRARD
ADDRESS AVAILABLE UPON REQUEST

LAURENCE J SPRAGUE
ADDRESS AVAILABLE UPON REQUEST

LAURENCE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LAURENCE, LISA
ADDRESS AVAILABLE UPON REQUEST

LAURENT WAHARTE
ADDRESS AVAILABLE UPON REQUEST

LAURENT, AMBER
ADDRESS AVAILABLE UPON REQUEST

LAURENT, MARY
ADDRESS AVAILABLE UPON REQUEST

LAURETTA, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

LAURIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAURICELLA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAURICELLA, DENISE
ADDRESS AVAILABLE UPON REQUEST

LAURIE DUNCAN
ADDRESS AVAILABLE UPON REQUEST

LAURIE FITZPATRICK
ADDRESS AVAILABLE UPON REQUEST

LAURIE JOHNSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAURIE LEE
ADDRESS AVAILABLE UPON REQUEST

LAURIE MUIR
ADDRESS AVAILABLE UPON REQUEST

LAURIE REENAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAURIE SCHOEMAN
ADDRESS AVAILABLE UPON REQUEST

LAURIE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

LAURIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAURIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAURIN, KERRY
ADDRESS AVAILABLE UPON REQUEST

LAURIN, LORI
ADDRESS AVAILABLE UPON REQUEST

LAURINE TRAQUAIR
ADDRESS AVAILABLE UPON REQUEST

LAURING, ANN
ADDRESS AVAILABLE UPON REQUEST

LAURITSEN, JOAN
ADDRESS AVAILABLE UPON REQUEST

LAURO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAURO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LAURO, DESTINY
ADDRESS AVAILABLE UPON REQUEST

LAURO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LAURO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LAURYN SHABANOWITZ
ADDRESS AVAILABLE UPON REQUEST

LAUSCH, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LAUSCH, NANCY
ADDRESS AVAILABLE UPON REQUEST

LAUSENG, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LAUSER, PETER
ADDRESS AVAILABLE UPON REQUEST

LAUTENSCHLAGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAUTENSLAGER, AMY
ADDRESS AVAILABLE UPON REQUEST

LAUTER, JILL
ADDRESS AVAILABLE UPON REQUEST

LAUTER, KATIE & DIGGER
ADDRESS AVAILABLE UPON REQUEST

LAUTERBACH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAUTERBACH, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

LAUTERBACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAUTH, AARON
ADDRESS AVAILABLE UPON REQUEST

LAUTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAUTH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LAUTURE-AZEB, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LAUTZENHEISER, RODNEY
ADDRESS AVAILABLE UPON REQUEST

LAUTZENHEISER, TROY
ADDRESS AVAILABLE UPON REQUEST

LAUW, TYLER
ADDRESS AVAILABLE UPON REQUEST

LAUWEREINS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LAUX, AMY
ADDRESS AVAILABLE UPON REQUEST

LAUZ HUNTER, TAMIEKA
ADDRESS AVAILABLE UPON REQUEST

LAUZON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LAUZON, EMMA
ADDRESS AVAILABLE UPON REQUEST

LAUZON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LAUZON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAVALLEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAVALLEE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LAVALLEE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAVALLEE, TIM
ADDRESS AVAILABLE UPON REQUEST

LAVALLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAVALLEY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LAVANDOWSKA, KEARA
ADDRESS AVAILABLE UPON REQUEST

LAVANWAY, JANE
ADDRESS AVAILABLE UPON REQUEST

LAVASSEUR, SOPHRONA
ADDRESS AVAILABLE UPON REQUEST

LAVECCHIA, LISA
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, ABBY
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, DALE
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, KATHY
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, LISA
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, MARY THERESE
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, SEAN
ADDRESS AVAILABLE UPON REQUEST

LAVELLE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LAVENAU, MELINDA
ADDRESS AVAILABLE UPON REQUEST

LAVENDER BLUE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

LAVENDER, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

LAVENDER, JASON
ADDRESS AVAILABLE UPON REQUEST

LAVENDER, KARA
ADDRESS AVAILABLE UPON REQUEST

LAVENDER, LOQUEZ
ADDRESS AVAILABLE UPON REQUEST

LAVENSTEIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LAVENTURE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

LAVER, BOB
ADDRESS AVAILABLE UPON REQUEST

LAVERGNE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAVERGNE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LAVERGNE, JAIME
ADDRESS AVAILABLE UPON REQUEST

LAVERGNE, RUSSEL
ADDRESS AVAILABLE UPON REQUEST

LAVERNIA, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAVERONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAVERTU, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

LAVERTY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

LAVERY, TERESA
ADDRESS AVAILABLE UPON REQUEST

LAVEY, JOSIE
ADDRESS AVAILABLE UPON REQUEST

LAVEZOLI, RONDA
ADDRESS AVAILABLE UPON REQUEST

LAVI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LAVI, MIKE
ADDRESS AVAILABLE UPON REQUEST

LAVICKA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAVIE, MERISA
ADDRESS AVAILABLE UPON REQUEST

LAVIERO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, JULIANN
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, MARTIN
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, MARY
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, MARY
ADDRESS AVAILABLE UPON REQUEST

LAVIGNE, TANISSA
ADDRESS AVAILABLE UPON REQUEST

LAVILLE, RIDGE
ADDRESS AVAILABLE UPON REQUEST

LAVIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LAVIN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

LAVIN, CARLIE
ADDRESS AVAILABLE UPON REQUEST

LAVIN, CARLY
ADDRESS AVAILABLE UPON REQUEST

LAVIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAVIN, GREG
ADDRESS AVAILABLE UPON REQUEST

LAVIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAVIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LAVIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAVINE, CAILA
ADDRESS AVAILABLE UPON REQUEST

LAVINIA COX
ADDRESS AVAILABLE UPON REQUEST

LAVINO, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

LAVINO, CLARE
ADDRESS AVAILABLE UPON REQUEST

LAVIOLA, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

LAVIS, DARCY
ADDRESS AVAILABLE UPON REQUEST

LAVOICE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, JANEL
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, RYAN
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAVOIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAVORATO, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LAVRIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

LAVU, NAVIN
ADDRESS AVAILABLE UPON REQUEST

LAW OFFICE OF BRIAN F SIMAS
2928 SAN MARCOS AVE STE 202A
LOS OLIVOS, CA  93441

LAW OFFICE OF BRIAN F SIMAS
PO BOX 11
LOS OLIVOS, CA  93441

LAW OFFICE OF BRIAN F SIMAS
PO BOX 706
LOS ALAMOS, CA  93440

LAW, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAW, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LAW, CASIE
ADDRESS AVAILABLE UPON REQUEST

LAW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAW, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

LAW, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

LAW, HOWARD
ADDRESS AVAILABLE UPON REQUEST

LAW, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

LAW, JUDY
ADDRESS AVAILABLE UPON REQUEST

LAW, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAW, LINDA
ADDRESS AVAILABLE UPON REQUEST

LAW, NEISHA
ADDRESS AVAILABLE UPON REQUEST

LAW, NICK
ADDRESS AVAILABLE UPON REQUEST

LAW, PEGGI
ADDRESS AVAILABLE UPON REQUEST

LAW, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LAW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LAW, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAW, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LAWAL, OLUWASEYI
ADDRESS AVAILABLE UPON REQUEST

LAWANDA DAVIS
ADDRESS AVAILABLE UPON REQUEST

LAWARE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LAWES, KALENA
ADDRESS AVAILABLE UPON REQUEST

LAWHON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LAWHON, LORI
ADDRESS AVAILABLE UPON REQUEST

LAWHON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAWHON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

LAWHORN, AMBER
ADDRESS AVAILABLE UPON REQUEST

LAWHORN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAWHORN, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LAWI AN, JERRIN
ADDRESS AVAILABLE UPON REQUEST

LAWING, LEONARD
ADDRESS AVAILABLE UPON REQUEST

LAWINGER, LINDA
ADDRESS AVAILABLE UPON REQUEST

LAWINGER, PATTY
ADDRESS AVAILABLE UPON REQUEST

LAWLER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LAWLER, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LAWLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

LAWLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAWLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAWLER, JILL
ADDRESS AVAILABLE UPON REQUEST

LAWLER, KARLA
ADDRESS AVAILABLE UPON REQUEST

LAWLER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LAWLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LAWLER, KELLEE
ADDRESS AVAILABLE UPON REQUEST

LAWLER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LAWLER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LAWLER-HART, ERIN AND SHANNYN
ADDRESS AVAILABLE UPON REQUEST

LAWLESS, ELIZA
ADDRESS AVAILABLE UPON REQUEST

LAWLESS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAWLESS, JULI
ADDRESS AVAILABLE UPON REQUEST

LAWLESS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAWLESS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LAWLIS, ALICE
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, MARY
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, STEVE
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LAWLOR, TIM
ADDRESS AVAILABLE UPON REQUEST

LAWN, KATE
ADDRESS AVAILABLE UPON REQUEST

LAWNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE A DESPAIN
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE AUBE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE H POMEROY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE JAY KANTROWITZ
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE JOSEPH NAJVAR JR
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE JOSEPH SCHIEFER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE LANKFORD
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE MARTINI
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE MOONEY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE PERL
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE PORTER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE STOLTENBERG
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE W JENNEMAN JR
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE YOUNG
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, ASHLEY JOY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, AVERY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, COBY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, DORIS
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, ERIC
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, ERNST
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, FITZROY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, GINA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JADA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JO
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, KASHAYA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, KELLEY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, KELLI
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, LARAMIE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, LORI
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MARK
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MATT
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, NANCY
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAWRENCE, NOEL CRONIN
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| LAWRENCE, OLIVIA<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, SARAH<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWRENCE, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, SHERRI<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, STEPHEN<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWRENCE, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE, WENDY<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWRENCE, ZIA<br>ADDRESS AVAILABLE UPON REQUEST | LAWRENCE-HURT, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | LAWRIE, LAURA<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWRY, BRIANA<br>ADDRESS AVAILABLE UPON REQUEST | LAWRY, JANET<br>ADDRESS AVAILABLE UPON REQUEST | LAWS, ALI<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWS, COLIN<br>ADDRESS AVAILABLE UPON REQUEST | LAWS, IAN<br>ADDRESS AVAILABLE UPON REQUEST | LAWS, JACQUELINE<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWS, JAMIE<br>ADDRESS AVAILABLE UPON REQUEST | LAWS, JAN<br>ADDRESS AVAILABLE UPON REQUEST | LAWS, JEANNE<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWS, MARISSA<br>ADDRESS AVAILABLE UPON REQUEST | LAWSHE, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | LAWSON, ALICE<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWSON, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | LAWSON, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST | LAWSON, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST |
| LAWSON, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | LAWSON, BARBARA<br>ADDRESS AVAILABLE UPON REQUEST | LAWSON, CAROLYN<br>ADDRESS AVAILABLE UPON REQUEST |

LAWSON, CARY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAWSON, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

LAWSON, ELISSA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, GWEN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, IAN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JAREN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JOCLYN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, KADY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, KARINA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, LAMAR
ADDRESS AVAILABLE UPON REQUEST

LAWSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAWSON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, MELINDA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAWSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

LAWSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SABINE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SHELBI
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SHELBI
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LAWSON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, TORRIE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LAWSON, WILL
ADDRESS AVAILABLE UPON REQUEST

LAWTHER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LAWTHER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LAWTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

LAWTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LAWTON, PETER
ADDRESS AVAILABLE UPON REQUEST

LAWTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LAWTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LAWTON, TIM
ADDRESS AVAILABLE UPON REQUEST

LAWTONE-BOWLES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAWYER, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

LAX  CLUB W.
ADDRESS UNAVAILABLE AT TIME OF FILING

LAX AIRPORT LOT
ADDRESS UNAVAILABLE AT TIME OF FILING

LAX
ADDRESS UNAVAILABLE AT TIME OF FILING

LAX, DAVID
ADDRESS AVAILABLE UPON REQUEST

LAX, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LAX, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LAY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LAY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LAY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LAY, MARTINA
ADDRESS AVAILABLE UPON REQUEST

LAY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LAYDE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LAYDEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LAYDEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAYDON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LAYER, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LAYLINE INSURANCE BROKERS
PO BOX 641261
SAN FRANCISCO, CA  94164

LAYMAN, ALI
ADDRESS AVAILABLE UPON REQUEST

LAYMAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

LAYMAN, TAMI
ADDRESS AVAILABLE UPON REQUEST

LAYMON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LAYNE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LAYNE, BRENNA
ADDRESS AVAILABLE UPON REQUEST

LAYNE, DONNA
ADDRESS AVAILABLE UPON REQUEST

LAYNE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAYNE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LAYNE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAYNE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LAYSA, MELODY
ADDRESS AVAILABLE UPON REQUEST

LAYSER, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAYSHOCK, PETER
ADDRESS AVAILABLE UPON REQUEST

LAYSON, DEBERA
ADDRESS AVAILABLE UPON REQUEST

LAYTIN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LAYTON, ALISON
ADDRESS AVAILABLE UPON REQUEST

LAYTON, ANNALIESE
ADDRESS AVAILABLE UPON REQUEST

LAYTON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

LAYTON, CLINTON
ADDRESS AVAILABLE UPON REQUEST

LAYTON, CORINA
ADDRESS AVAILABLE UPON REQUEST

LAYTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

LAYTON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LAYTON, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

LAYTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LAYUS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAZAR, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LAZAR, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LAZARDE PASTRANA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LAZARE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LAZARE, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LAZARE, ZACH
ADDRESS AVAILABLE UPON REQUEST

LAZARIAN, RAFFE
ADDRESS AVAILABLE UPON REQUEST

LAZARO SANCHEZ-PINTO
ADDRESS AVAILABLE UPON REQUEST

LAZARO, MARCELA
ADDRESS AVAILABLE UPON REQUEST

LAZAROFF, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

LAZAROU, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LAZARUS REESE
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, CEDRIC
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, JULIA
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LAZARUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LAZCANO-PALMA, YALOANY
ADDRESS AVAILABLE UPON REQUEST

LAZEAR, AVRA
ADDRESS AVAILABLE UPON REQUEST

LAZEAR, WENDY
ADDRESS AVAILABLE UPON REQUEST

LAZEK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LAZERI, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

LAZEWSKA, VICKI
ADDRESS AVAILABLE UPON REQUEST

LAZIER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

LAZIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LAZINKA, SHANE
ADDRESS AVAILABLE UPON REQUEST

LAZINSKI, TARYN
ADDRESS AVAILABLE UPON REQUEST

LAZIO, RICK
ADDRESS AVAILABLE UPON REQUEST

LAZO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LAZO, DIRELIA
ADDRESS AVAILABLE UPON REQUEST

LAZORITZ, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LAZRINE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LAZU, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LAZUICK, TAYLEHR
ADDRESS AVAILABLE UPON REQUEST

LAZUR, JOHN
ADDRESS AVAILABLE UPON REQUEST

LAZY EIGHT
R1 - EPICURIA, NEHRU PLACE
NEW DELHI  110019
INDIA

LAZZARA, DIANE
ADDRESS AVAILABLE UPON REQUEST

LAZZARI, JULIE
ADDRESS AVAILABLE UPON REQUEST

LAZZARINI, DON
ADDRESS AVAILABLE UPON REQUEST

LAZZARO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LAZZARO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LAZZARO, NICK
ADDRESS AVAILABLE UPON REQUEST

LAZZARO, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LAZZERONI, JOHN
ADDRESS AVAILABLE UPON REQUEST

LBC MUNDIAL CORPORATION
ADDRESS UNAVAILABLE AT TIME OF FILING

LBMC, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

LCBO
43 FREELAND STREET
TORONTO, ON  M5E 1A4
CANADA

LCBO
LCBO 43 FREELAND STREET
TORONTO, ON  M5E 1A4
CANADA

LE BLANC, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

LE CENTRAL
ADDRESS UNAVAILABLE AT TIME OF FILING

LE COQ, JULIA
ADDRESS AVAILABLE UPON REQUEST

LE FORT, KARA
ADDRESS AVAILABLE UPON REQUEST

LE GEAR, MAREN
ADDRESS AVAILABLE UPON REQUEST

LE GOY, PATRICE
ADDRESS AVAILABLE UPON REQUEST

LE GRAND COURTAGE
1281 WESTWOOD BLVD., STE 107
LOS ANGELES, CA  90024-4971

LE GRAND OAK NORTH AMERICA, LLC
PO BOX 255
LAFAYETTE, CA  94549

LE GUYADER, SABINE
ADDRESS AVAILABLE UPON REQUEST

LE MIERE, JASON
ADDRESS AVAILABLE UPON REQUEST

LE PAIN QUOTIDIEN
ADDRESS UNAVAILABLE AT TIME OF FILING

LE PETTIT
ADDRESS UNAVAILABLE AT TIME OF FILING

LE ROUX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LE, ADAM
ADDRESS AVAILABLE UPON REQUEST

LE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

LE, ALICE
ADDRESS AVAILABLE UPON REQUEST

LE, ALISA
ADDRESS AVAILABLE UPON REQUEST

LE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LE, DANA
ADDRESS AVAILABLE UPON REQUEST

LE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LE, HIEU
ADDRESS AVAILABLE UPON REQUEST

LE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LE, LONG
ADDRESS AVAILABLE UPON REQUEST

LE, MAIVAN
ADDRESS AVAILABLE UPON REQUEST

LE, MYHANH
ADDRESS AVAILABLE UPON REQUEST

LE, OANH
ADDRESS AVAILABLE UPON REQUEST

LE, TAM
ADDRESS AVAILABLE UPON REQUEST

LE, THANH
ADDRESS AVAILABLE UPON REQUEST

LE, THUY
ADDRESS AVAILABLE UPON REQUEST

LE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LE, TONY
ADDRESS AVAILABLE UPON REQUEST

LE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LEA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LEA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LEA, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LEA, STACY
ADDRESS AVAILABLE UPON REQUEST

LEABO, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LEACH MACMILLAN, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

LEACH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LEACH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LEACH, DIANE
ADDRESS AVAILABLE UPON REQUEST

LEACH, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEACH, GEORGE
ADDRESS AVAILABLE UPON REQUEST

LEACH, JANAE
ADDRESS AVAILABLE UPON REQUEST

LEACH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LEACH, KATE
ADDRESS AVAILABLE UPON REQUEST

LEACH, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

LEACH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEACH, LEANNE
ADDRESS AVAILABLE UPON REQUEST

LEACH, LIESL
ADDRESS AVAILABLE UPON REQUEST

LEACH, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

LEACH, MANDY
ADDRESS AVAILABLE UPON REQUEST

LEACH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEACH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEACH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LEACH, SHARON
ADDRESS AVAILABLE UPON REQUEST

LEACH, TANECHAKA
ADDRESS AVAILABLE UPON REQUEST

LEACH, THERESE
ADDRESS AVAILABLE UPON REQUEST

LEACH, ZOE
ADDRESS AVAILABLE UPON REQUEST

LEACHMAN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LEACHMAN, TIA
ADDRESS AVAILABLE UPON REQUEST

LEADER, CATIA
ADDRESS AVAILABLE UPON REQUEST

LEADER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEAF, ELANA
ADDRESS AVAILABLE UPON REQUEST

LEAF, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LEAFBLAD, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LEAGUE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LEAH CALVERT
ADDRESS AVAILABLE UPON REQUEST

LEAH GRAHAM
ADDRESS AVAILABLE UPON REQUEST

LEAH KOCH DEBIASE
ADDRESS AVAILABLE UPON REQUEST

LEAH SEITZ
ADDRESS AVAILABLE UPON REQUEST

LEAHEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LEAHEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LEAHY, ALLY
ADDRESS AVAILABLE UPON REQUEST

LEAHY, AMY
ADDRESS AVAILABLE UPON REQUEST

LEAHY, CHAROLETTE
ADDRESS AVAILABLE UPON REQUEST

LEAHY, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEAHY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

LEAHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEAHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEAHY, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEAHY, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEAHY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

LEAHY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEAHY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEAHY, PAT
ADDRESS AVAILABLE UPON REQUEST

LEAHY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LEAK, COREY
ADDRESS AVAILABLE UPON REQUEST

LEAKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEAKE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LEAKWAY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

LEAL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEAL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

LEAL, DANICE
ADDRESS AVAILABLE UPON REQUEST

LEAL, ENEIDO
ADDRESS AVAILABLE UPON REQUEST

LEAL, GIPSY
ADDRESS AVAILABLE UPON REQUEST

LEAL, HECTOR
ADDRESS AVAILABLE UPON REQUEST

LEAL, JAVIER
ADDRESS AVAILABLE UPON REQUEST

LEAL, JESUS
ADDRESS AVAILABLE UPON REQUEST

LEAL, KARLA
ADDRESS AVAILABLE UPON REQUEST

LEAL, MARIA
ADDRESS AVAILABLE UPON REQUEST

LEAL, MARISA
ADDRESS AVAILABLE UPON REQUEST

LEAL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEAL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEAL, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

LEAL, STAR
ADDRESS AVAILABLE UPON REQUEST

LEAL, TANILLE
ADDRESS AVAILABLE UPON REQUEST

LEAL, THAIS
ADDRESS AVAILABLE UPON REQUEST

LEAMER, BETH
ADDRESS AVAILABLE UPON REQUEST

LEAMER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEAMY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LEANA
ADDRESS AVAILABLE UPON REQUEST

LEANCU, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEANDER, HANA
ADDRESS AVAILABLE UPON REQUEST

LEANDRES, EDDIE
ADDRESS AVAILABLE UPON REQUEST

LEANDRO FORNASIR
ADDRESS AVAILABLE UPON REQUEST

LEANN ROBINSON
ADDRESS AVAILABLE UPON REQUEST

LEANNE, SANDEFER
ADDRESS AVAILABLE UPON REQUEST

LEANUES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEANY, CRISTA
ADDRESS AVAILABLE UPON REQUEST

LEAO, LUIZ FELIPE
ADDRESS AVAILABLE UPON REQUEST

LEAO, PEDRO
ADDRESS AVAILABLE UPON REQUEST

LEAPALDT, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEAPHART, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LEAPHART, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LEAR, CLYDE
ADDRESS AVAILABLE UPON REQUEST

LEAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEARISH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEARN, MARK
ADDRESS AVAILABLE UPON REQUEST

LEARNED, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEARNER, NISHMA
ADDRESS AVAILABLE UPON REQUEST

LEARY- HAMRICK, RENATA
ADDRESS AVAILABLE UPON REQUEST

LEARY, ANDY
ADDRESS AVAILABLE UPON REQUEST

LEARY, ASHTON
ADDRESS AVAILABLE UPON REQUEST

LEARY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LEARY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEARY, COLIN
ADDRESS AVAILABLE UPON REQUEST

LEARY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LEARY, GERI
ADDRESS AVAILABLE UPON REQUEST

LEARY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LEARY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LEARY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LEARY, MATT
ADDRESS AVAILABLE UPON REQUEST

LEARY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEARY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEARY, TIM
ADDRESS AVAILABLE UPON REQUEST

LEAS, MIKE
ADDRESS AVAILABLE UPON REQUEST

LEASAU, EDWINA
ADDRESS AVAILABLE UPON REQUEST

LEASE, CARLI
ADDRESS AVAILABLE UPON REQUEST

LEASHA SMITH
ADDRESS AVAILABLE UPON REQUEST

LEASURE, JASON
ADDRESS AVAILABLE UPON REQUEST

LEASURE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEASURE, NOMI
ADDRESS AVAILABLE UPON REQUEST

LEATH, HAROLD
ADDRESS AVAILABLE UPON REQUEST

LEATH, KERRY
ADDRESS AVAILABLE UPON REQUEST

LEATHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEATHERBEE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LEATHERLAND, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEATHERMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEATHERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEATHERS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

LEATHERWOOD, DANA
ADDRESS AVAILABLE UPON REQUEST

LEATHERWOOD, KASEY
ADDRESS AVAILABLE UPON REQUEST

LEATHERWOOD, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

LEATON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

LEATZOW, JIM
ADDRESS AVAILABLE UPON REQUEST

LEAVELL, LEE
ADDRESS AVAILABLE UPON REQUEST

LEAVELL, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LEAVENWORTH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEAVENWORTH, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LEAVER, CHANNELLE
ADDRESS AVAILABLE UPON REQUEST

LEAVER, DEVORAH
ADDRESS AVAILABLE UPON REQUEST

LEAVEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

LEAVEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, DEREK
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, DYLAN
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, EDWIN
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, HAYLI
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, JENNA
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEAVITT, TARA
ADDRESS AVAILABLE UPON REQUEST

LEBACK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LEBAK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEBANON, 4701
ADDRESS AVAILABLE UPON REQUEST

LEBAR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEBARON, ANA
ADDRESS AVAILABLE UPON REQUEST

LEBARON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEBARON, PAM
ADDRESS AVAILABLE UPON REQUEST

LEBARON, RENEE
ADDRESS AVAILABLE UPON REQUEST

LEBARRON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LEBAS, IRMA
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, CHAD
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, JAKE
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LEBEAU, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LEBEJKO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LEBEL CONNORS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEBEL, JOLENE
ADDRESS AVAILABLE UPON REQUEST

LEBER, ABBY
ADDRESS AVAILABLE UPON REQUEST

LEBER, ERIC
ADDRESS AVAILABLE UPON REQUEST

LEBER, MADISON
ADDRESS AVAILABLE UPON REQUEST

LEBERMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

LEBICA, KELLEY
ADDRESS AVAILABLE UPON REQUEST

LEBITZ, BRUCE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, ANNE ELISE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, DENNIS
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, GINNY
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, JOE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, LORI
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, MONICA
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, RANDI
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, RONNIE
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, SEAN
ADDRESS AVAILABLE UPON REQUEST

LEBLANC, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEBLANG, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

LEBLOND, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LEBO, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEBO, KERI
ADDRESS AVAILABLE UPON REQUEST

LEBOEUF, MAX & SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEBOUEF, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEBOUTILLIER, ELISE
ADDRESS AVAILABLE UPON REQUEST

LEBOWITZ, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEBOWITZ, MIA
ADDRESS AVAILABLE UPON REQUEST

LEBRON, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

LEBRON, CHRISTAL
ADDRESS AVAILABLE UPON REQUEST

LEBRON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LEBRUN, LONDA
ADDRESS AVAILABLE UPON REQUEST

LEBSACK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEBU, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEBZELTER, DAWN
ADDRESS AVAILABLE UPON REQUEST

LECATES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LECATES, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LECCE, ALY
ADDRESS AVAILABLE UPON REQUEST

LECCISO, FRACESCO
ADDRESS AVAILABLE UPON REQUEST

LECH, JASON
ADDRESS AVAILABLE UPON REQUEST

LECH, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

LECHER, ALLI
ADDRESS AVAILABLE UPON REQUEST

LECHETTE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LECHIN, SALLY
ADDRESS AVAILABLE UPON REQUEST

LECHMANSKI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LECHNER, PEG
ADDRESS AVAILABLE UPON REQUEST

LECHNOWSKYJ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LECHOWICZ, JANICE
ADDRESS AVAILABLE UPON REQUEST

LECHTRECKER, MARIJEAN
ADDRESS AVAILABLE UPON REQUEST

LECHUGA NUNEZ, GONZALO
ADDRESS AVAILABLE UPON REQUEST

LECHUGA, LUPE
ADDRESS AVAILABLE UPON REQUEST

LECHUGA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

LECK, JASON
ADDRESS AVAILABLE UPON REQUEST

LECKEL, ALEX
ADDRESS AVAILABLE UPON REQUEST

LECKER, PENNY
ADDRESS AVAILABLE UPON REQUEST

LECKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LECKER, STACY
ADDRESS AVAILABLE UPON REQUEST

LECKEY, JANE
ADDRESS AVAILABLE UPON REQUEST

LECKIE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

LECKIE-EWING, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

LECKY, LORI
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, DARLA
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, EMILY
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, KELLI
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, LAURA
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, MASON
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, PAT
ADDRESS AVAILABLE UPON REQUEST

LECLAIR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LECLAIRE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LECLERC, DAWN
ADDRESS AVAILABLE UPON REQUEST

LECLERC, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LECLERC, TIM
ADDRESS AVAILABLE UPON REQUEST

LECODET, JOSUE
ADDRESS AVAILABLE UPON REQUEST

LECOINTE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

LECOMPTE TURL, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

LECOMPTE, JAMES
ADDRESS AVAILABLE UPON REQUEST

LECOMPTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LECOMPTE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LECOQ, BILL
ADDRESS AVAILABLE UPON REQUEST

LECORPS, LAURRAINE
ADDRESS AVAILABLE UPON REQUEST

LECOT, KOENRAAD
ADDRESS AVAILABLE UPON REQUEST

LEDAIN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, AERIN
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, EMMA
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, JASON
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, LEILA
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, RICK
ADDRESS AVAILABLE UPON REQUEST

LEDBETTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEDDA, DENISE
ADDRESS AVAILABLE UPON REQUEST

LEDDICK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEDDY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEDDY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LEDDY, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

LEDEAY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

LEDER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEDERER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

LEDERER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LEDERLE, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

LEDERMAN, IVAN
ADDRESS AVAILABLE UPON REQUEST

LEDERMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEDESMA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LEDESMA, ARIN
ADDRESS AVAILABLE UPON REQUEST

LEDET, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LEDFORD RICHARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, ASHTON
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LEDFORD, SUZAN
ADDRESS AVAILABLE UPON REQUEST

LEDGERWOOD, CAROL
ADDRESS AVAILABLE UPON REQUEST

LEDGISTER, DIANTE
ADDRESS AVAILABLE UPON REQUEST

LEDONNE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LEDONNE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEDONNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEDONNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEDOUX, CARISA
ADDRESS AVAILABLE UPON REQUEST

LEDOUX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEDOUX, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LEDOUX, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LEDOUX, MARY CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LEDSON WINERY AND VINEYARDS
PO BOX 653
KENWOOD, CA  95452

LEDUC, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEDUC, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEDUC, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEDWITH, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEDYARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEE AND BONGIOVANNI, AMY AND DREW
ADDRESS AVAILABLE UPON REQUEST

LEE BEUSAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LEE CAPUTO, SHARON
ADDRESS AVAILABLE UPON REQUEST

LEE FRAZEE
ADDRESS AVAILABLE UPON REQUEST

LEE III, EDWARD
ADDRESS AVAILABLE UPON REQUEST

LEE PAULINO, LISA
ADDRESS AVAILABLE UPON REQUEST

LEE RESTA
ADDRESS AVAILABLE UPON REQUEST

LEE VOSE
ADDRESS AVAILABLE UPON REQUEST

LEE, AARON & SHARON
ADDRESS AVAILABLE UPON REQUEST

LEE, AARON
ADDRESS AVAILABLE UPON REQUEST

LEE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LEE, ADAM
ADDRESS AVAILABLE UPON REQUEST

LEE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

LEE, AIESHA
ADDRESS AVAILABLE UPON REQUEST

LEE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

LEE, ALANNA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALENA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEE, ALVAR
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEE, ALYSSIA
ADDRESS AVAILABLE UPON REQUEST

LEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEE, AMY
ADDRESS AVAILABLE UPON REQUEST

LEE, AMY
ADDRESS AVAILABLE UPON REQUEST

LEE, AMY
ADDRESS AVAILABLE UPON REQUEST

LEE, ANDRE
ADDRESS AVAILABLE UPON REQUEST

LEE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LEE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LEE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LEE, ANN-MARIE
ADDRESS AVAILABLE UPON REQUEST

LEE, APRIL
ADDRESS AVAILABLE UPON REQUEST

LEE, ARIS
ADDRESS AVAILABLE UPON REQUEST

LEE, ART
ADDRESS AVAILABLE UPON REQUEST

LEE, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

LEE, ARTURO
ADDRESS AVAILABLE UPON REQUEST

LEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEE, AUDRA
ADDRESS AVAILABLE UPON REQUEST

LEE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

LEE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LEE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LEE, BETH
ADDRESS AVAILABLE UPON REQUEST

LEE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

LEE, BOB
ADDRESS AVAILABLE UPON REQUEST

LEE, BORA
ADDRESS AVAILABLE UPON REQUEST

LEE, BRANDI
ADDRESS AVAILABLE UPON REQUEST

LEE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LEE, BRIAN JONGHWAN
ADDRESS AVAILABLE UPON REQUEST

LEE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LEE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LEE, CANDICE
ADDRESS AVAILABLE UPON REQUEST

LEE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

LEE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LEE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LEE, CASEY
ADDRESS AVAILABLE UPON REQUEST

LEE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEE, CHARIS
ADDRESS AVAILABLE UPON REQUEST

LEE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LEE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LEE, CHLOE
ADDRESS AVAILABLE UPON REQUEST

LEE, CHOONSOK
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LEE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LEE, CHUANLING
ADDRESS AVAILABLE UPON REQUEST

LEE, CHUNG
ADDRESS AVAILABLE UPON REQUEST

LEE, CINDY
ADDRESS AVAILABLE UPON REQUEST

LEE, CINDY
ADDRESS AVAILABLE UPON REQUEST

LEE, CJ
ADDRESS AVAILABLE UPON REQUEST

LEE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LEE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LEE, CRISS
ADDRESS AVAILABLE UPON REQUEST

LEE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LEE, DA HYEON
ADDRESS AVAILABLE UPON REQUEST

LEE, DANA
ADDRESS AVAILABLE UPON REQUEST

LEE, DANAE
ADDRESS AVAILABLE UPON REQUEST

LEE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LEE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEE, DEB
ADDRESS AVAILABLE UPON REQUEST

LEE, DEMISHA
ADDRESS AVAILABLE UPON REQUEST

LEE, DIANE
ADDRESS AVAILABLE UPON REQUEST

LEE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

LEE, DUANE
ADDRESS AVAILABLE UPON REQUEST

LEE, ELISA
ADDRESS AVAILABLE UPON REQUEST

LEE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEE, ENBE
ADDRESS AVAILABLE UPON REQUEST

LEE, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEE, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEE, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LEE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

LEE, FELISHAS20
ADDRESS AVAILABLE UPON REQUEST

LEE, FERN
ADDRESS AVAILABLE UPON REQUEST

LEE, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

LEE, FRANKIE
ADDRESS AVAILABLE UPON REQUEST

LEE, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

LEE, GRACE
ADDRESS AVAILABLE UPON REQUEST

LEE, GRACE
ADDRESS AVAILABLE UPON REQUEST

LEE, GRACE
ADDRESS AVAILABLE UPON REQUEST

LEE, GREG
ADDRESS AVAILABLE UPON REQUEST

LEE, GUN
ADDRESS AVAILABLE UPON REQUEST

LEE, HALIENA
ADDRESS AVAILABLE UPON REQUEST

LEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LEE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LEE, HYEMIN
ADDRESS AVAILABLE UPON REQUEST

LEE, HYUN
ADDRESS AVAILABLE UPON REQUEST

LEE, HYUNJI
ADDRESS AVAILABLE UPON REQUEST

LEE, INKU
ADDRESS AVAILABLE UPON REQUEST

LEE, IRE
ADDRESS AVAILABLE UPON REQUEST

LEE, IRENE
ADDRESS AVAILABLE UPON REQUEST

LEE, JADE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAEWON
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMES AND LILLIAN
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEE, JANE
ADDRESS AVAILABLE UPON REQUEST

LEE, JANE
ADDRESS AVAILABLE UPON REQUEST

LEE, JANE
ADDRESS AVAILABLE UPON REQUEST

LEE, JANICE
ADDRESS AVAILABLE UPON REQUEST

LEE, JANNET
ADDRESS AVAILABLE UPON REQUEST

LEE, JASON
ADDRESS AVAILABLE UPON REQUEST

LEE, JAY
ADDRESS AVAILABLE UPON REQUEST

LEE, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

LEE, JEAN
ADDRESS AVAILABLE UPON REQUEST

LEE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

LEE, JEE YOON
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNELL
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNELL
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNY
ADDRESS AVAILABLE UPON REQUEST

LEE, JENNY
ADDRESS AVAILABLE UPON REQUEST

LEE, JERRY
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSE
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEE, JINHEE
ADDRESS AVAILABLE UPON REQUEST

LEE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LEE, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LEE, JOE
ADDRESS AVAILABLE UPON REQUEST

LEE, JOEL
ADDRESS AVAILABLE UPON REQUEST

LEE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEE, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

LEE, JOOMEE
ADDRESS AVAILABLE UPON REQUEST

LEE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LEE, JOSH
ADDRESS AVAILABLE UPON REQUEST

LEE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LEE, JOY
ADDRESS AVAILABLE UPON REQUEST

LEE, JU HYUN
ADDRESS AVAILABLE UPON REQUEST

LEE, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEE, JULIUS
ADDRESS AVAILABLE UPON REQUEST

LEE, JUN
ADDRESS AVAILABLE UPON REQUEST

LEE, JUNGMIN
ADDRESS AVAILABLE UPON REQUEST

LEE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEE, KARA
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHERYINE
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHN
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHY
ADDRESS AVAILABLE UPON REQUEST

LEE, KATHY
ADDRESS AVAILABLE UPON REQUEST

LEE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEE, KAYOUNG
ADDRESS AVAILABLE UPON REQUEST

LEE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LEE, KIKI
ADDRESS AVAILABLE UPON REQUEST

LEE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEE, KIMYA
ADDRESS AVAILABLE UPON REQUEST

LEE, KIRBY
ADDRESS AVAILABLE UPON REQUEST

LEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEE, KYU
ADDRESS AVAILABLE UPON REQUEST

LEE, KYU
ADDRESS AVAILABLE UPON REQUEST

LEE, LACEY
ADDRESS AVAILABLE UPON REQUEST

LEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LEE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LEE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LEE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LEE, LISA AND JOHN
ADDRESS AVAILABLE UPON REQUEST

LEE, LOREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LOREN
ADDRESS AVAILABLE UPON REQUEST

LEE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

LEE, LYNNE
ADDRESS AVAILABLE UPON REQUEST

LEE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LEE, MALINDA
ADDRESS AVAILABLE UPON REQUEST

LEE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LEE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LEE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LEE, MARIANA
ADDRESS AVAILABLE UPON REQUEST

LEE, MARIE
ADDRESS AVAILABLE UPON REQUEST

LEE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

LEE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LEE, MARQ
ADDRESS AVAILABLE UPON REQUEST

LEE, MARQUELLE
ADDRESS AVAILABLE UPON REQUEST

LEE, MARY KIERNAN
ADDRESS AVAILABLE UPON REQUEST

LEE, MARY
ADDRESS AVAILABLE UPON REQUEST

LEE, MARY
ADDRESS AVAILABLE UPON REQUEST

LEE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

LEE, MECHTILD
ADDRESS AVAILABLE UPON REQUEST

LEE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEE, MIN-CHIEH
ADDRESS AVAILABLE UPON REQUEST

LEE, MINDY
ADDRESS AVAILABLE UPON REQUEST

LEE, MIN-HO
ADDRESS AVAILABLE UPON REQUEST

LEE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEE, MOOKIE
ADDRESS AVAILABLE UPON REQUEST

LEE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LEE, NAKCIA
ADDRESS AVAILABLE UPON REQUEST

LEE, NANA
ADDRESS AVAILABLE UPON REQUEST

LEE, NANCY
ADDRESS AVAILABLE UPON REQUEST

LEE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LEE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LEE, NEVIN
ADDRESS AVAILABLE UPON REQUEST

LEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEE, NITA
ADDRESS AVAILABLE UPON REQUEST

LEE, NORRON
ADDRESS AVAILABLE UPON REQUEST

LEE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LEE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LEE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LEE, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

LEE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEE, RAE-YAO
ADDRESS AVAILABLE UPON REQUEST

LEE, RANDY
ADDRESS AVAILABLE UPON REQUEST

LEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEE, RENAE
ADDRESS AVAILABLE UPON REQUEST

LEE, RENEE
ADDRESS AVAILABLE UPON REQUEST

LEE, RHONDA
ADDRESS AVAILABLE UPON REQUEST

LEE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LEE, RICKEY
ADDRESS AVAILABLE UPON REQUEST

LEE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEE, ROSE
ADDRESS AVAILABLE UPON REQUEST

LEE, ROYCE
ADDRESS AVAILABLE UPON REQUEST

LEE, RYAN
ADDRESS AVAILABLE UPON REQUEST

LEE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEE, SANDY
ADDRESS AVAILABLE UPON REQUEST

LEE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEE, SATURDAY
ADDRESS AVAILABLE UPON REQUEST

LEE, SEAN
ADDRESS AVAILABLE UPON REQUEST

LEE, SEUNGJIN
ADDRESS AVAILABLE UPON REQUEST

LEE, SHAKAYLA
ADDRESS AVAILABLE UPON REQUEST

LEE, SHAMIKA
ADDRESS AVAILABLE UPON REQUEST

LEE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LEE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LEE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LEE, SHONA
ADDRESS AVAILABLE UPON REQUEST

LEE, SOO HEE
ADDRESS AVAILABLE UPON REQUEST

LEE, SOO
ADDRESS AVAILABLE UPON REQUEST

LEE, STAR
ADDRESS AVAILABLE UPON REQUEST

LEE, STELLA
ADDRESS AVAILABLE UPON REQUEST

LEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LEE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LEE, STEVE
ADDRESS AVAILABLE UPON REQUEST

LEE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

LEE, SUE
ADDRESS AVAILABLE UPON REQUEST

LEE, SUE
ADDRESS AVAILABLE UPON REQUEST

LEE, SUH IN SHAYNA
ADDRESS AVAILABLE UPON REQUEST

LEE, SUNG
ADDRESS AVAILABLE UPON REQUEST

LEE, SUNGHEE
ADDRESS AVAILABLE UPON REQUEST

LEE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEE, TELEA
ADDRESS AVAILABLE UPON REQUEST

LEE, TERESA
ADDRESS AVAILABLE UPON REQUEST

LEE, THIDA
ADDRESS AVAILABLE UPON REQUEST

LEE, TIA
ADDRESS AVAILABLE UPON REQUEST

LEE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LEE, TONI
ADDRESS AVAILABLE UPON REQUEST

LEE, TONY
ADDRESS AVAILABLE UPON REQUEST

LEE, TONYA
ADDRESS AVAILABLE UPON REQUEST

LEE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

LEE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

LEE, TRECI
ADDRESS AVAILABLE UPON REQUEST

LEE, TRISHA
ADDRESS AVAILABLE UPON REQUEST

LEE, TYLER
ADDRESS AVAILABLE UPON REQUEST

LEE, TYLER
ADDRESS AVAILABLE UPON REQUEST

LEE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LEE, VICKIE
ADDRESS AVAILABLE UPON REQUEST

LEE, VICKY
ADDRESS AVAILABLE UPON REQUEST

LEE, VICTOR
ADDRESS AVAILABLE UPON REQUEST

LEE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEE, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

LEE, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

LEE, WEI SHAN
ADDRESS AVAILABLE UPON REQUEST

LEE, YEANA
ADDRESS AVAILABLE UPON REQUEST

LEE, YEHUN
ADDRESS AVAILABLE UPON REQUEST

LEE, YONGJIN
ADDRESS AVAILABLE UPON REQUEST

LEE, YOONJI
ADDRESS AVAILABLE UPON REQUEST

LEE, YOONJUNG
ADDRESS AVAILABLE UPON REQUEST

LEE, YOUNG JOO
ADDRESS AVAILABLE UPON REQUEST

LEE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

LEE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

LEE, ZIVAGO
ADDRESS AVAILABLE UPON REQUEST

LEEANN MONTEVERDE
ADDRESS AVAILABLE UPON REQUEST

LEEANN POWELL
ADDRESS AVAILABLE UPON REQUEST

LEECH, COLLIN
ADDRESS AVAILABLE UPON REQUEST

LEED, COLIN
ADDRESS AVAILABLE UPON REQUEST

LEED, DARYL
ADDRESS AVAILABLE UPON REQUEST

LEEDIE-LOWE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEEDS, GWEN
ADDRESS AVAILABLE UPON REQUEST

LEEDS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEEDY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEEHY, DON
ADDRESS AVAILABLE UPON REQUEST

LEEK, GIDEON
ADDRESS AVAILABLE UPON REQUEST

LEEK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEEK, KRISTY
ADDRESS AVAILABLE UPON REQUEST

LEEK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEEMAN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

LEEMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEEMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEEMAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

LEEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEENA EMILY ASUMA
ADDRESS AVAILABLE UPON REQUEST

LEENA, SPIRA
ADDRESS AVAILABLE UPON REQUEST

LEENHOUTS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEE-O'NEAL, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

LEEP, DANA
ADDRESS AVAILABLE UPON REQUEST

LEEP, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LEEPER, EVONNE
ADDRESS AVAILABLE UPON REQUEST

LEEPSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEER, SEAN
ADDRESS AVAILABLE UPON REQUEST

LEEREDDY, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

LEES OLARSCH, ILENE
ADDRESS AVAILABLE UPON REQUEST

LEES, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LEES, EMMA
ADDRESS AVAILABLE UPON REQUEST

LEES, GINA
ADDRESS AVAILABLE UPON REQUEST

LEESE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEET, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LEET, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEE-THORP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEEUW, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LEEUW, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEFAN, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

LEFAVE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEFEBRE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEFEBVRE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEFEBVRE, COREY
ADDRESS AVAILABLE UPON REQUEST

LEFEBVRE, KATLYN
ADDRESS AVAILABLE UPON REQUEST

LEFERE, AGATA
ADDRESS AVAILABLE UPON REQUEST

LEFEVER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE, ANNE
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE, APRIL
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE, ISAAC
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE, LONIE
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE, MARY
ADDRESS AVAILABLE UPON REQUEST

LEFEVRE-WALL, ELLI
ADDRESS AVAILABLE UPON REQUEST

LEFF, BETH
ADDRESS AVAILABLE UPON REQUEST

LEFF, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LEFF, LENA
ADDRESS AVAILABLE UPON REQUEST

LEFFEL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LEFFEW, SHEILA
ADDRESS AVAILABLE UPON REQUEST

LEFFINGWELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEFFLER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, IRINA
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, KATHY
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, MAX
ADDRESS AVAILABLE UPON REQUEST

LEFKOWITZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEFLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEFT BANK WINE COMPANY (WISCONSIN)
4910 TRIANGLE STREET
MCFARLAND, WI  53558

LEFT BANK WINE COMPANY
4910 TRIANGLE STREET
MCFARLAND, WI  53558

LEFTON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEFTON, MARC
ADDRESS AVAILABLE UPON REQUEST

LEFTWICH, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEFTWICH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEFTWICH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEG VALET
ADDRESS UNAVAILABLE AT TIME OF FILING

LEGAGNEUR, MARIE
ADDRESS AVAILABLE UPON REQUEST

LEGALLEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEGALLY BRUNETTE INC
11300 W OLYMPIC BLVD SUITE 620
LOS ANGELES, CA  90064

LEGALSHIELD
ONE PRE-PAID WAY
ADA, OK  74820

LEGALSHIELD
P.O. BOX 2629
ADA, OK  74821-2629

LEGALZOOM.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

LEGARE, ANTWAUN
ADDRESS AVAILABLE UPON REQUEST

LEGARE, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

LEGARE, TESSA
ADDRESS AVAILABLE UPON REQUEST

LEGARETTA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEGARSKY, SARA
ADDRESS AVAILABLE UPON REQUEST

LEGASPI, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

LEGASPI, JOAN
ADDRESS AVAILABLE UPON REQUEST

LEGAT, JADE
ADDRESS AVAILABLE UPON REQUEST

LEGAULT, ETHAN
ADDRESS AVAILABLE UPON REQUEST

LEGAULT, JESSI
ADDRESS AVAILABLE UPON REQUEST

LEGAULT, WESLEY
ADDRESS AVAILABLE UPON REQUEST

LEGBAND, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEGBEDZE, PHILOMINA
ADDRESS AVAILABLE UPON REQUEST

LEGE, EMILIE
ADDRESS AVAILABLE UPON REQUEST

LEGEAI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEGEE, TRACY
ADDRESS AVAILABLE UPON REQUEST

LEGEL, CASEY
ADDRESS AVAILABLE UPON REQUEST

LEGENDRE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEGER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEGER, CAUNELIA
ADDRESS AVAILABLE UPON REQUEST

LEGER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEGERE, JEAN
ADDRESS AVAILABLE UPON REQUEST

LEGERE, LORI
ADDRESS AVAILABLE UPON REQUEST

LEGERE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

LEGERME, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LEGEYT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEGG, BRITT
ADDRESS AVAILABLE UPON REQUEST

LEGG, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEGG, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

LEGG, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LEGG, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LEGGE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, KARI
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, KATE
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, KOREN
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, RONICA
ADDRESS AVAILABLE UPON REQUEST

LEGGETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEGGETTE, JENNY
ADDRESS AVAILABLE UPON REQUEST

LEGGIERI, LISA
ADDRESS AVAILABLE UPON REQUEST

LEGGIO, DEANNE
ADDRESS AVAILABLE UPON REQUEST

LEGGIO, GINA
ADDRESS AVAILABLE UPON REQUEST

LEGGIO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEGLER, MARCIE
ADDRESS AVAILABLE UPON REQUEST

LEGLER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LEGRAND, FREDRICK
ADDRESS AVAILABLE UPON REQUEST

LEGRAND, HILLARY
ADDRESS AVAILABLE UPON REQUEST

LEGRAND, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LEGRED, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

LEGRIS, LARSON
ADDRESS AVAILABLE UPON REQUEST

LEGROS, ALISON
ADDRESS AVAILABLE UPON REQUEST

LEGUIZAMON, GISELLE
ADDRESS AVAILABLE UPON REQUEST

LEGVOLD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LEHEW, JASON
ADDRESS AVAILABLE UPON REQUEST

LEHEW, JUDY
ADDRESS AVAILABLE UPON REQUEST

LEHMAN HEAVILAND
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, CAMARIA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, JIM
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, LANCE
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, NORMA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, RANDY
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEHMAN, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

LEHMANN, CHRISTOPHERSCOTT
ADDRESS AVAILABLE UPON REQUEST

LEHMANN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

LEHMANN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEHMANN, TESIA
ADDRESS AVAILABLE UPON REQUEST

LEHMAYER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LEHMBERG, RONI
ADDRESS AVAILABLE UPON REQUEST

LEHN, WALTER
ADDRESS AVAILABLE UPON REQUEST

LEHNER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LEHNER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

LEHNER, JAKE
ADDRESS AVAILABLE UPON REQUEST

LEHNER, JOCELIN
ADDRESS AVAILABLE UPON REQUEST

LEHNER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LEHNER, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

LEHNERT, LISSA
ADDRESS AVAILABLE UPON REQUEST

LEHNHARDT, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEHNOWSKY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEHR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEHR, HILLARY
ADDRESS AVAILABLE UPON REQUEST

LEHR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEHR, MADDY
ADDRESS AVAILABLE UPON REQUEST

LEHR, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LEHRER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEHRMAN BEVERAGE LAW, PLLC
2911 HUNTER MILL ROAD SUITE 303
OAKTON, VA 22124

LEHRMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEHTI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LEHTO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LEHTO, DIANE
ADDRESS AVAILABLE UPON REQUEST

LEHTONEN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LEHYANI, SARIEL
ADDRESS AVAILABLE UPON REQUEST

LEI CAMILLE MARTIN
ADDRESS AVAILABLE UPON REQUEST

LEI CONG
ADDRESS AVAILABLE UPON REQUEST

LEI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LEI, SU
ADDRESS AVAILABLE UPON REQUEST

LEIA SHANKS
ADDRESS AVAILABLE UPON REQUEST

LEIB, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEIBEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEIBEL, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEIBENHAUT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LEIBERG BERGAMASCHI, JENNA
ADDRESS AVAILABLE UPON REQUEST

LEIBERG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LEIBERING, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LEIBHAM, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LEIBMAN, TIM
ADDRESS AVAILABLE UPON REQUEST

LEIBOLD, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEIBOLD, JILL
ADDRESS AVAILABLE UPON REQUEST

LEIBOLD, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

LEIBOWITZ, ELISA
ADDRESS AVAILABLE UPON REQUEST

LEIBOWITZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEIBUNDGUT, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEIBY, FRED
ADDRESS AVAILABLE UPON REQUEST

LEICHENAUER, RYAN
ADDRESS AVAILABLE UPON REQUEST

LEICHNER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

LEICHT, BRAXTON
ADDRESS AVAILABLE UPON REQUEST

LEICHT, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

LEICHTLE, TRUDY
ADDRESS AVAILABLE UPON REQUEST

LEICHTY, GREG
ADDRESS AVAILABLE UPON REQUEST

LEICK, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LEIDEL, LYNN
ADDRESS AVAILABLE UPON REQUEST

LEIDEL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LEIDERMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEIDHEISER, KYLE
ADDRESS AVAILABLE UPON REQUEST

LEIDHOLDT, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LEIDHOLDT, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LEIDHOLM, PAYTON
ADDRESS AVAILABLE UPON REQUEST

LEIDNER, CARLIE
ADDRESS AVAILABLE UPON REQUEST

LEIER, NEAL
ADDRESS AVAILABLE UPON REQUEST

LEIER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEIFERMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

LEIFERT, DALE
ADDRESS AVAILABLE UPON REQUEST

LEIFIELD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LEIGH CLOUD
ADDRESS AVAILABLE UPON REQUEST

LEIGH MIDDLEDITCH
ADDRESS AVAILABLE UPON REQUEST

LEIGH POULTON
ADDRESS AVAILABLE UPON REQUEST

LEIGH RUWET
ADDRESS AVAILABLE UPON REQUEST

LEIGH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEIGH, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEIGH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LEIGH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEIGH, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEIGH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEIGH, MICAH
ADDRESS AVAILABLE UPON REQUEST

LEIGH, STACY
ADDRESS AVAILABLE UPON REQUEST

LEIGH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEIGHANN COX
ADDRESS AVAILABLE UPON REQUEST

LEIGHANN LANGE
ADDRESS AVAILABLE UPON REQUEST

LEIGHBODY, TORI
ADDRESS AVAILABLE UPON REQUEST

LEIGHTON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LEIGHTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEIGHTON, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

LEIJA, ALONDRA
ADDRESS AVAILABLE UPON REQUEST

LEIK, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEIK, LEIGH
ADDRESS AVAILABLE UPON REQUEST

LEIKER, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEILA BRAMMER
ADDRESS AVAILABLE UPON REQUEST

LEIMER, CARSTEN
ADDRESS AVAILABLE UPON REQUEST

LEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

LEIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEIN, RHYCE
ADDRESS AVAILABLE UPON REQUEST

LEINBACH, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEINBERGER, MADISON
ADDRESS AVAILABLE UPON REQUEST

LEINEN, TARA
ADDRESS AVAILABLE UPON REQUEST

LEINER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LEINEWEBER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEINHAUSER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

LEININGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEININGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEININGER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LEININGER, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEININGER, KAREN
ADDRESS AVAILABLE UPON REQUEST

LEININGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEININGER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LEINONEN, MALLORIE
ADDRESS AVAILABLE UPON REQUEST

LEINWEBER, KATELIN
ADDRESS AVAILABLE UPON REQUEST

LEINWEBER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEINWEBER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEIPER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEIPOLD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

LEIRAN, MARY
ADDRESS AVAILABLE UPON REQUEST

LEIS, JULIANA
ADDRESS AVAILABLE UPON REQUEST

LEISA, EDT
ADDRESS AVAILABLE UPON REQUEST

LEISCH, PENNY
ADDRESS AVAILABLE UPON REQUEST

LEISK, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

LEISLANY LOPEZ
ADDRESS AVAILABLE UPON REQUEST

LEISSES, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEISSNER, TYLER
ADDRESS AVAILABLE UPON REQUEST

LEIST, DAN
ADDRESS AVAILABLE UPON REQUEST

LEISTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEISTER, TARA
ADDRESS AVAILABLE UPON REQUEST

LEISTER, TRINITY
ADDRESS AVAILABLE UPON REQUEST

LEISURE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LEITCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEITE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEITE, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEITE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEITE, LAUDECI
ADDRESS AVAILABLE UPON REQUEST

LEITE, SONIA
ADDRESS AVAILABLE UPON REQUEST

LEITER, PAM
ADDRESS AVAILABLE UPON REQUEST

LEITER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEITINGER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LEITNER, CINDI
ADDRESS AVAILABLE UPON REQUEST

LEITSINGER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEITZE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEIVA, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEIVA, TOMAS
ADDRESS AVAILABLE UPON REQUEST

LEIWANT, MIRA
ADDRESS AVAILABLE UPON REQUEST

LEJA, ALLIE RAE
ADDRESS AVAILABLE UPON REQUEST

LEJEUNE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LEJEUNE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LEK SECURITIES CORPORATION
4 WORLD TRADE CENTER FL 44
150 GREENWICH STREET
NEW YORK, NY  10007

LEKIC, MIRELA
ADDRESS AVAILABLE UPON REQUEST

LEKKAS, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

LEKWA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LELA ALTMAN
ADDRESS AVAILABLE UPON REQUEST

LELAND JOSEPH FIEGEL
ADDRESS AVAILABLE UPON REQUEST

LELAND Y L CHING
ADDRESS AVAILABLE UPON REQUEST

LELAND, KATE
ADDRESS AVAILABLE UPON REQUEST

LELAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LELAND, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

LELAS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LELCHUK, EMILY
ADDRESS AVAILABLE UPON REQUEST

LE-LEWIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LELIE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LELIO, AVERY
ADDRESS AVAILABLE UPON REQUEST

LELLE, JAIME
ADDRESS AVAILABLE UPON REQUEST

LELLI, TAMARIA
ADDRESS AVAILABLE UPON REQUEST

LEM, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LEMA, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LEMA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

LEMAITRE, PAUL
ADDRESS AVAILABLE UPON REQUEST

LEMAITRE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEMAL, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

LEMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEMANCZYK, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

LEMANOWICZ, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

LEMANSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEMANSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

LEMANSKI, SARAH L
ADDRESS AVAILABLE UPON REQUEST

LEMAR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LEMAS, KEREN
ADDRESS AVAILABLE UPON REQUEST

LEMASTER, BETH
ADDRESS AVAILABLE UPON REQUEST

LEMASTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEMASTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEMASTERS, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

LEMASTERS, EMMA
ADDRESS AVAILABLE UPON REQUEST

LEMASTERS, JADE
ADDRESS AVAILABLE UPON REQUEST

LEMAY, JASON
ADDRESS AVAILABLE UPON REQUEST

LEMAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEMAY, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

LEMAY, NANCY
ADDRESS AVAILABLE UPON REQUEST

LEMAY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LEMBACH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LEMBKE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LEMBO, DENISE
ADDRESS AVAILABLE UPON REQUEST

LEMBO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEMBO, NANCY
ADDRESS AVAILABLE UPON REQUEST

LEMBO, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

LEMCKE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEMCKE, KEITH
ADDRESS AVAILABLE UPON REQUEST

LEMEILLEUR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEMELLE, BRITTAINY
ADDRESS AVAILABLE UPON REQUEST

LEMELLE, QUINN
ADDRESS AVAILABLE UPON REQUEST

LEMEN, SHAREN
ADDRESS AVAILABLE UPON REQUEST

LEMES, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

LEMES, SABRINA
ADDRESS AVAILABLE UPON REQUEST

LEMIEUX, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEMIEUX, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LEMIEUX, KEN
ADDRESS AVAILABLE UPON REQUEST

LEMIEUX, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LEMIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEMING, LACIE
ADDRESS AVAILABLE UPON REQUEST

LEMIRE, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

LEMKE, AMY
ADDRESS AVAILABLE UPON REQUEST

LEMKE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LEMKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEMKIN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LEMLEY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

LEMLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEMLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LEMLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEMLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEMM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEMMA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LEMMENS, CAS
ADDRESS AVAILABLE UPON REQUEST

LEMMENS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEMMER, KDEE
ADDRESS AVAILABLE UPON REQUEST

LEMMER, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

LEMMERS, LORI
ADDRESS AVAILABLE UPON REQUEST

LEMMIE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LEMMIE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

LEMMING, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEMMON, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEMMONS, HERBERT MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEMMONS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEMOINE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LEMOINE, FRED
ADDRESS AVAILABLE UPON REQUEST

LEMOINE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LEMOINE, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

LEMOINE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEMON, KELLY
ADDRESS AVAILABLE UPON REQUEST

LEMON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LEMON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEMON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEMON, TIM
ADDRESS AVAILABLE UPON REQUEST

LEMONADE
ADDRESS UNAVAILABLE AT TIME OF FILING

LEMONDE
ADDRESS UNAVAILABLE AT TIME OF FILING

LEMONDS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LEMONIAS, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

LEMONS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LEMONS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LEMONS, MARK
ADDRESS AVAILABLE UPON REQUEST

LEMONS, MARL
ADDRESS AVAILABLE UPON REQUEST

LEMONS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LEMOS, CINDY
ADDRESS AVAILABLE UPON REQUEST

LEMOYNE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

LEMPEL, ERIC
ADDRESS AVAILABLE UPON REQUEST

LEMUS, ATHENA
ADDRESS AVAILABLE UPON REQUEST

LEMUS, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

LEN THE PLUMBER, LLC
1552 RIDGELY STREET
BALTIMORE, MD 21230

LENA, CORINA
ADDRESS AVAILABLE UPON REQUEST

LENAHAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LENARD, DARA
ADDRESS AVAILABLE UPON REQUEST

LENARD, KAREN
ADDRESS AVAILABLE UPON REQUEST

LENARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LENAY, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

LENAZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LENDBERGH HOBSON
ADDRESS AVAILABLE UPON REQUEST

LENDE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LENDER, JANESSA
ADDRESS AVAILABLE UPON REQUEST

LENDERMAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LENERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

LENERT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LENFESTEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LENGACHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LENGEL, HARRY
ADDRESS AVAILABLE UPON REQUEST

LENGEL, PATTI
ADDRESS AVAILABLE UPON REQUEST

LENGER, CARA
ADDRESS AVAILABLE UPON REQUEST

LENGERMANN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LENGLE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LENGUYEN, TIEN
ADDRESS AVAILABLE UPON REQUEST

LENGYEL, ANIKO
ADDRESS AVAILABLE UPON REQUEST

LENGYEL, LESLEE
ADDRESS AVAILABLE UPON REQUEST

LENHART, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LENHART, EMMA
ADDRESS AVAILABLE UPON REQUEST

LENHEIM, GREG
ADDRESS AVAILABLE UPON REQUEST

LENIG, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

LENIHAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LENINGER, AUSTEN
ADDRESS AVAILABLE UPON REQUEST

LENIS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

LENK, JULIE B
ADDRESS AVAILABLE UPON REQUEST

LENKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LENKOU, ANDREI
ADDRESS AVAILABLE UPON REQUEST

LENKOWSKI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LENN, HOPE
ADDRESS AVAILABLE UPON REQUEST

LENNANDER, PAUL
ADDRESS AVAILABLE UPON REQUEST

LENNARD KOK
ADDRESS AVAILABLE UPON REQUEST

LENNARD, LUKE
ADDRESS AVAILABLE UPON REQUEST

LENNING, KEVIN & TONYA
ADDRESS AVAILABLE UPON REQUEST

LENNINGER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LENNON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LENNON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LENNON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LENNON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LENNON, TOM AND BECKY
ADDRESS AVAILABLE UPON REQUEST

LENNON, WILL
ADDRESS AVAILABLE UPON REQUEST

LENNOX, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LENNY LIEBERMAN
ADDRESS AVAILABLE UPON REQUEST

LENO, EGYPT
ADDRESS AVAILABLE UPON REQUEST

LENO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LENOCKER, BRYANT
ADDRESS AVAILABLE UPON REQUEST

LENOIR, JASMYN
ADDRESS AVAILABLE UPON REQUEST

LENORE KLEGIN
ADDRESS AVAILABLE UPON REQUEST

LENORE SHANNON
ADDRESS AVAILABLE UPON REQUEST

LENOVER, NICK
ADDRESS AVAILABLE UPON REQUEST

LENOVO GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

LENOX, BECKY
ADDRESS AVAILABLE UPON REQUEST

LENOX, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LENSE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LENSKI, MARCIA
ADDRESS AVAILABLE UPON REQUEST

LENSRENTAL.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

LENT, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

LENT, MARK
ADDRESS AVAILABLE UPON REQUEST

LENTER, RYAN
ADDRESS AVAILABLE UPON REQUEST

LENTIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

LENTINI, DENISE
ADDRESS AVAILABLE UPON REQUEST

LENTINI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LENTO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LENTOWSKI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LENTRICCHIA, AUGUST
ADDRESS AVAILABLE UPON REQUEST

LENTS, LEAH
ADDRESS AVAILABLE UPON REQUEST

LENTSCH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LENTZ, FERN
ADDRESS AVAILABLE UPON REQUEST

LENTZ, JANEITA
ADDRESS AVAILABLE UPON REQUEST

LENTZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LENTZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LENTZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

LENZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LENZ, ELYSE
ADDRESS AVAILABLE UPON REQUEST

LENZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

LENZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

LENZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LENZ, JORDYN
ADDRESS AVAILABLE UPON REQUEST

LENZ, LISA
ADDRESS AVAILABLE UPON REQUEST

LENZ, LISA
ADDRESS AVAILABLE UPON REQUEST

LENZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LENZEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LENZER, DELILAH
ADDRESS AVAILABLE UPON REQUEST

LENZO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LEO MCFARLAND
ADDRESS AVAILABLE UPON REQUEST

LEO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LEO, CONNER
ADDRESS AVAILABLE UPON REQUEST

LEO, DIANA
ADDRESS AVAILABLE UPON REQUEST

LEO, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

LEOMAR GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

LEOMARYS LOCKLEAR
ADDRESS AVAILABLE UPON REQUEST

LEOMBRUNO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEON RODRIGUEZ, XENIA
ADDRESS AVAILABLE UPON REQUEST

LEON, ADAM
ADDRESS AVAILABLE UPON REQUEST

LEON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LEON, ANDRES
ADDRESS AVAILABLE UPON REQUEST

LEON, AURIA
ADDRESS AVAILABLE UPON REQUEST

LEON, BECKY
ADDRESS AVAILABLE UPON REQUEST

LEON, DANA
ADDRESS AVAILABLE UPON REQUEST

LEON, DENICE
ADDRESS AVAILABLE UPON REQUEST

LEON, EDWARD
ADDRESS AVAILABLE UPON REQUEST

LEON, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

LEON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LEON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LEON, ESTEFANIA
ADDRESS AVAILABLE UPON REQUEST

LEON, EULALIA
ADDRESS AVAILABLE UPON REQUEST

LEON, FELIPE
ADDRESS AVAILABLE UPON REQUEST

LEON, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

LEON, JOEL
ADDRESS AVAILABLE UPON REQUEST

LEON, JOEY
ADDRESS AVAILABLE UPON REQUEST

LEON, KALEISHA
ADDRESS AVAILABLE UPON REQUEST

LEON, KELLY
ADDRESS AVAILABLE UPON REQUEST

LEON, LOURDES
ADDRESS AVAILABLE UPON REQUEST

LEON, MARIO
ADDRESS AVAILABLE UPON REQUEST

LEON, MARTHALYNN
ADDRESS AVAILABLE UPON REQUEST

LEON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LEON, MATY
ADDRESS AVAILABLE UPON REQUEST

LEON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEON, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

LEON, RYAN
ADDRESS AVAILABLE UPON REQUEST

LEON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEON, TALIA
ADDRESS AVAILABLE UPON REQUEST

LEON, TINA
ADDRESS AVAILABLE UPON REQUEST

LEON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

LEONA FREY
ADDRESS AVAILABLE UPON REQUEST

LEONA WASHINGTON
ADDRESS AVAILABLE UPON REQUEST

LEONARD HUNT, KATE
ADDRESS AVAILABLE UPON REQUEST

LEONARD M LONG
ADDRESS AVAILABLE UPON REQUEST

LEONARD METILDI
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ALI
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ALISON
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

LEONARD, BRENNA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LEONARD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LEONARD, DAGNY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, EMMA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, GLENN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JODI
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LUCY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LEONARD, MARIAN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

LEONARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEONARD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LEONARD, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

LEONARD, RAENADA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, SEAN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEONARD, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

LEONARD, THEODORE
ADDRESS AVAILABLE UPON REQUEST

LEONARD, TINA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEONARD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LEONARD, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

LEONARDI, ROSEANA
ADDRESS AVAILABLE UPON REQUEST

LEONARDO PILLE
ADDRESS AVAILABLE UPON REQUEST

LEONARDO ROYAL HOTELDUSSELDORF
ADDRESS UNAVAILABLE AT TIME OF FILING

LEONARDO, JENNA
ADDRESS AVAILABLE UPON REQUEST

LEONARDO, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEONARDO, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEONARDO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LEONARDOS, PARASKEVI
ADDRESS AVAILABLE UPON REQUEST

LEONCZYK, EMILY
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| LEONDIS, DIANA<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, CHRISTOPHER<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, DANTE<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONE, DENISE<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, FRANCESCA<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, KIM<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONE, KOURTNEY<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, LINDA<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, MICHAEL<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONE, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, REBECCA<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONE, RICHARD<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, ROBOT<br>ADDRESS AVAILABLE UPON REQUEST | LEONE, STEPHEN<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONETTI, GINA<br>ADDRESS AVAILABLE UPON REQUEST | LEONG, ANITA<br>ADDRESS AVAILABLE UPON REQUEST | LEONG, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONHARDT, CHELSEY<br>ADDRESS AVAILABLE UPON REQUEST | LEONHARDT, ISAAC<br>ADDRESS AVAILABLE UPON REQUEST | LEONHARDT, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONI, GINAMARIE<br>ADDRESS AVAILABLE UPON REQUEST | LEONI, JON<br>ADDRESS AVAILABLE UPON REQUEST | LEONORA ANNA<br>ADDRESS AVAILABLE UPON REQUEST |
| LEONOVA, ELENA<br>ADDRESS AVAILABLE UPON REQUEST | LEON-RODRIGUEZ, MARIA<br>ADDRESS AVAILABLE UPON REQUEST | LEONTI ROCHELLE<br>ADDRESS AVAILABLE UPON REQUEST |
| LEOPARDI, SHANNON<br>ADDRESS AVAILABLE UPON REQUEST | LEOPOLD, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | LEOPOLD, SUZANNE<br>ADDRESS AVAILABLE UPON REQUEST |

LEOPOLDO, KIRK
ADDRESS AVAILABLE UPON REQUEST

LEOS, JOHN
ADDRESS AVAILABLE UPON REQUEST

LEOTTA, DONNA
ADDRESS AVAILABLE UPON REQUEST

LEOTTA, DONNA
ADDRESS AVAILABLE UPON REQUEST

LEOTTA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEOTTA, NANCY
ADDRESS AVAILABLE UPON REQUEST

LEOUNG, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LEPAGE, BURGESS
ADDRESS AVAILABLE UPON REQUEST

LEPAGE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LEPAGE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LEPCHITZ, COLE
ADDRESS AVAILABLE UPON REQUEST

LEPENKOV, DMITRY
ADDRESS AVAILABLE UPON REQUEST

LEPERA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LEPINE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEPINE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEPINE, SHERI
ADDRESS AVAILABLE UPON REQUEST

LEPISTO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LEPKOWSKI, COLETTE
ADDRESS AVAILABLE UPON REQUEST

LEPLA, BEN
ADDRESS AVAILABLE UPON REQUEST

LEPLA, ZACH
ADDRESS AVAILABLE UPON REQUEST

LEPLATTENIER, JJ
ADDRESS AVAILABLE UPON REQUEST

LEPORE, CASEY
ADDRESS AVAILABLE UPON REQUEST

LEPORE, CHANCZE
ADDRESS AVAILABLE UPON REQUEST

LEPORE, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

LEPORE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

LEPORE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEPORE, LENNY
ADDRESS AVAILABLE UPON REQUEST

LEPORE, MARIE
ADDRESS AVAILABLE UPON REQUEST

LEPORE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEPORE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LEPORTE, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

LEPP, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEPPER, MARLA
ADDRESS AVAILABLE UPON REQUEST

LEPPERT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LEQUEUX NALOVIC, KATARINA
ADDRESS AVAILABLE UPON REQUEST

LERAND, HALEY
ADDRESS AVAILABLE UPON REQUEST

LERAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

LERCH, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEREBOURS, TEODULO
ADDRESS AVAILABLE UPON REQUEST

LERMA, CARYN
ADDRESS AVAILABLE UPON REQUEST

LERMA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

LERMA, KARINA
ADDRESS AVAILABLE UPON REQUEST

LERMA, KELLI
ADDRESS AVAILABLE UPON REQUEST

LERMA, LETICIA
ADDRESS AVAILABLE UPON REQUEST

LERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LERNER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LERNER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

LERNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LERNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LERNER, SHIRA
ADDRESS AVAILABLE UPON REQUEST

LERNER, STACEY
ADDRESS AVAILABLE UPON REQUEST

LERONE LATOUCHE
ADDRESS AVAILABLE UPON REQUEST

LEROUX, BARB
ADDRESS AVAILABLE UPON REQUEST

LEROUX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEROUX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEROUX, KASIE
ADDRESS AVAILABLE UPON REQUEST

LEROUX, LISA
ADDRESS AVAILABLE UPON REQUEST

LEROUX, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEROUX, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LEROUX, SYLVAIN
ADDRESS AVAILABLE UPON REQUEST

LEROW, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LEROY NORIEGA
ADDRESS AVAILABLE UPON REQUEST

LEROY SANDERS
ADDRESS AVAILABLE UPON REQUEST

LEROY WILLIAMS JR
ADDRESS AVAILABLE UPON REQUEST

LEROY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LEROY, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LERTYAOVARIT, DARRICK
ADDRESS AVAILABLE UPON REQUEST

LES MARCHANDS WINE BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

LESA DETERMAN
ADDRESS AVAILABLE UPON REQUEST

LESA GRILLO
ADDRESS AVAILABLE UPON REQUEST

LESAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LESANE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LESASSIER, WENDI
ADDRESS AVAILABLE UPON REQUEST

LESAUX, NONIE
ADDRESS AVAILABLE UPON REQUEST

LESCANEC, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

LESCAVAGE, ABBY
ADDRESS AVAILABLE UPON REQUEST

LESCH, ARNALDO
ADDRESS AVAILABLE UPON REQUEST

LESCHLY, BEN
ADDRESS AVAILABLE UPON REQUEST

LESCHLY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LESCHYNSKI, KRIS
ADDRESS AVAILABLE UPON REQUEST

LESCURE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LESER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LESHAK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LESHCHYNSKIY, DMYTRO
ADDRESS AVAILABLE UPON REQUEST

LESHINE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LESINSKI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LESIUK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LESKA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LESKO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LESKO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LESLEY COMBS
ADDRESS AVAILABLE UPON REQUEST

LESLEY KLINE
ADDRESS AVAILABLE UPON REQUEST

LESLEY SANCHEZ
ADDRESS AVAILABLE UPON REQUEST

LESLEY THOMPSON
ADDRESS AVAILABLE UPON REQUEST

LESLIE BURTHEY
ADDRESS AVAILABLE UPON REQUEST

LESLIE FLYNN
ADDRESS AVAILABLE UPON REQUEST

LESLIE HUCKLA
ADDRESS AVAILABLE UPON REQUEST

LESLIE JEANNE YOUNG
ADDRESS AVAILABLE UPON REQUEST

LESLIE JON SIMON
ADDRESS AVAILABLE UPON REQUEST

LESLIE MELVIN BREHM
ADDRESS AVAILABLE UPON REQUEST

LESLIE MINERVINI, LESLIE MINERVINI
ADDRESS AVAILABLE UPON REQUEST

LESLIE NEWKIRK
ADDRESS AVAILABLE UPON REQUEST

LESLIE SALAZAR
ADDRESS AVAILABLE UPON REQUEST

LESLIE SERRANO
ADDRESS AVAILABLE UPON REQUEST

LESLIE TILLOTSON
ADDRESS AVAILABLE UPON REQUEST

LESLIE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

LESLIE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

LESLIE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LESLIE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LESLIE, EARL
ADDRESS AVAILABLE UPON REQUEST

LESLIE, LESLIANNE
ADDRESS AVAILABLE UPON REQUEST

LESLIE, MARY
ADDRESS AVAILABLE UPON REQUEST

LESLIE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LESLIE, RON
ADDRESS AVAILABLE UPON REQUEST

LESLIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LESLIE, TARRA
ADDRESS AVAILABLE UPON REQUEST

LESLIE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

LESMANN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LESMEISTER, MADISON
ADDRESS AVAILABLE UPON REQUEST

LESMES, DIANA
ADDRESS AVAILABLE UPON REQUEST

LESNEK, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LESNER, ADAM
ADDRESS AVAILABLE UPON REQUEST

LESNIKOWSKI, KARA
ADDRESS AVAILABLE UPON REQUEST

LESPERANCE, LEAH
ADDRESS AVAILABLE UPON REQUEST

LESPERANCE, TANYA
ADDRESS AVAILABLE UPON REQUEST

LESS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LESSARD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LESSARD, KEITH LEE
ADDRESS AVAILABLE UPON REQUEST

LESSARD, KRISTA
ADDRESS AVAILABLE UPON REQUEST

LESSARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LESSEIG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LESSEIG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LESSEN, SHAINA
ADDRESS AVAILABLE UPON REQUEST

LESSER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LESSER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LESSER, TRACY
ADDRESS AVAILABLE UPON REQUEST

LESSER-ROY, SKYLER
ADDRESS AVAILABLE UPON REQUEST

LESSIG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LESSNER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LESSONLY, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

LESTELLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LESTER H BEACHY
ADDRESS AVAILABLE UPON REQUEST

LESTER R MELNICK
ADDRESS AVAILABLE UPON REQUEST

LESTER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LESTER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

LESTER, CHANELLE
ADDRESS AVAILABLE UPON REQUEST

LESTER, CHARLEEN
ADDRESS AVAILABLE UPON REQUEST

LESTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LESTER, DWAN
ADDRESS AVAILABLE UPON REQUEST

LESTER, ERIC
ADDRESS AVAILABLE UPON REQUEST

LESTER, ERICA
ADDRESS AVAILABLE UPON REQUEST

LESTER, JODI
ADDRESS AVAILABLE UPON REQUEST

LESTER, KEN
ADDRESS AVAILABLE UPON REQUEST

LESTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

LESTER, LORAINE
ADDRESS AVAILABLE UPON REQUEST

LESTER, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

LESTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LESTER, NEAL
ADDRESS AVAILABLE UPON REQUEST

LESTER, SARETTA
ADDRESS AVAILABLE UPON REQUEST

LESTER, TANNER
ADDRESS AVAILABLE UPON REQUEST

LESTER, TREVOR
ADDRESS AVAILABLE UPON REQUEST

LESTER, WENDY
ADDRESS AVAILABLE UPON REQUEST

LESTERSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

LESTINA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LESTINSKY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LESTRANGE, YASMIN
ADDRESS AVAILABLE UPON REQUEST

LESUEUR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LESUEUR, NIA
ADDRESS AVAILABLE UPON REQUEST

LESZCZAK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LESZCZUK, MALGORZATA
ADDRESS AVAILABLE UPON REQUEST

LESZCZYNSKI, PHIL
ADDRESS AVAILABLE UPON REQUEST

LESZNIK, ILONA
ADDRESS AVAILABLE UPON REQUEST

LETA KRIEGER
ADDRESS AVAILABLE UPON REQUEST

LETAK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LETAMENDI, ADOLFO
ADDRESS AVAILABLE UPON REQUEST

LETANG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LETARTE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LETCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

LETCHER, DAN
ADDRESS AVAILABLE UPON REQUEST

LETCHWORTH, DANA
ADDRESS AVAILABLE UPON REQUEST

LETELLIER, JEN
ADDRESS AVAILABLE UPON REQUEST

LETELLIER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LETENDRE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LETHRIDGE, RICKY
ADDRESS AVAILABLE UPON REQUEST

LETICA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LETICHEVSKY, PENNY
ADDRESS AVAILABLE UPON REQUEST

LETICIA CORRALES
ADDRESS AVAILABLE UPON REQUEST

LETICIA TREVINO CRUMP
ADDRESS AVAILABLE UPON REQUEST

LETIZIA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LETIZIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LETKEMAN, AGATHA
ADDRESS AVAILABLE UPON REQUEST

LETKEMAN, LENA
ADDRESS AVAILABLE UPON REQUEST

LETKO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LETNER, JESS
ADDRESS AVAILABLE UPON REQUEST

LETO, LINDA
ADDRESS AVAILABLE UPON REQUEST

LETO, TARYN
ADDRESS AVAILABLE UPON REQUEST

LETOURNEAU, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LETOURNEAU, PATTI
ADDRESS AVAILABLE UPON REQUEST

LETSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

LETTER PRESS, LLC
3632 VIA DOLCE MARINA
DEL REY, CA  90292

LETTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LETTEREL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LETTERMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LETTIERE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LETTIERI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LETTSOME, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LETTSOME, ZWIRE
ADDRESS AVAILABLE UPON REQUEST

LETZRING, KAREN
ADDRESS AVAILABLE UPON REQUEST

LEUCK, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEUCK, KELLY
ADDRESS AVAILABLE UPON REQUEST

LEUNG, ANGEL
ADDRESS AVAILABLE UPON REQUEST

LEUNG, EVAN
ADDRESS AVAILABLE UPON REQUEST

LEUNG, HENRY
ADDRESS AVAILABLE UPON REQUEST

LEUNG, JANICE
ADDRESS AVAILABLE UPON REQUEST

LEUNG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEUNG, MATHEW
ADDRESS AVAILABLE UPON REQUEST

LEUNG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEUNG, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LEUNG, VICKY
ADDRESS AVAILABLE UPON REQUEST

LEUNG, WESLEY
ADDRESS AVAILABLE UPON REQUEST

LEUNG, WILFRED
ADDRESS AVAILABLE UPON REQUEST

LEUNG, YIM
ADDRESS AVAILABLE UPON REQUEST

LEUPOLD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEUS, KASIA
ADDRESS AVAILABLE UPON REQUEST

LEUTHAUSER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEUTHAUSER, TERA
ADDRESS AVAILABLE UPON REQUEST

LEUTHE, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

LEUTSCH, JOEL
ADDRESS AVAILABLE UPON REQUEST

LEUZE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LEUZINGER, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEUZZI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LEV, ANNE
ADDRESS AVAILABLE UPON REQUEST

LEV, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEVA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEVA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LEVAN, DANA
ADDRESS AVAILABLE UPON REQUEST

LEVANDOWSKI, BECCA
ADDRESS AVAILABLE UPON REQUEST

LEVANG, KRIS
ADDRESS AVAILABLE UPON REQUEST

LEVANGIE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LEVANTI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEVARDI, BELINDA
ADDRESS AVAILABLE UPON REQUEST

LEVASSEUR, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

LEVASSEUR, KERRI
ADDRESS AVAILABLE UPON REQUEST

LEVATINO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEVATO, LAURA
ADDRESS AVAILABLE UPON REQUEST

LEVAU, CASSIE
ADDRESS AVAILABLE UPON REQUEST

LEVAY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEVCHENKO, RUSLAN
ADDRESS AVAILABLE UPON REQUEST

LEVEILLE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEVELING, KERRI
ADDRESS AVAILABLE UPON REQUEST

LEVELIUS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LEVENBERRY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LEVENGOOD, CINDY
ADDRESS AVAILABLE UPON REQUEST

LEVENGOOD, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEVENSKY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEVENSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEVENSON, NORMAN
ADDRESS AVAILABLE UPON REQUEST

LEVENSTEIN, KENNY
ADDRESS AVAILABLE UPON REQUEST

LEVENSTEIN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

LEVENTHAL, ALISON
ADDRESS AVAILABLE UPON REQUEST

LEVENTHAL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEVENTHAL, SHARI
ADDRESS AVAILABLE UPON REQUEST

LEVENTIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEVEQUE, EMILIE
ADDRESS AVAILABLE UPON REQUEST

LEVER, BEATRIX
ADDRESS AVAILABLE UPON REQUEST

LEVER, MARISOL
ADDRESS AVAILABLE UPON REQUEST

LEVERETTE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LEVERICH, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEVERICH, KELSIE
ADDRESS AVAILABLE UPON REQUEST

LEVERIDGE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LEVERING, KASEY
ADDRESS AVAILABLE UPON REQUEST

LEVERSON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

LEVESON, LOGAN
ADDRESS AVAILABLE UPON REQUEST

LEVESQUE, HALEY
ADDRESS AVAILABLE UPON REQUEST

LEVESQUE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

LEVESQUE, JACQUELYNN
ADDRESS AVAILABLE UPON REQUEST

LEVESQUE, JULIEN
ADDRESS AVAILABLE UPON REQUEST

LEVESQUE, NIKIA
ADDRESS AVAILABLE UPON REQUEST

LEVETT, BASIL
ADDRESS AVAILABLE UPON REQUEST

LEVEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEVEY, LISA
ADDRESS AVAILABLE UPON REQUEST

LEVI KENNETH-ALEXANDER STEWART
ADDRESS AVAILABLE UPON REQUEST

LEVI STOCKTON
ADDRESS AVAILABLE UPON REQUEST

LEVI VERNER
ADDRESS AVAILABLE UPON REQUEST

LEVI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LEVI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEVI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LEVI, TOMIKA
ADDRESS AVAILABLE UPON REQUEST

LEVI, YARON
ADDRESS AVAILABLE UPON REQUEST

LEVIE, DONN/JEANETTE
ADDRESS AVAILABLE UPON REQUEST

LEVIEGE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LEVIEGE, MARIELA
ADDRESS AVAILABLE UPON REQUEST

LEVIN GROUP LTD
1 FINSBURY AVENUE
LONDON  EC2M 2PF
UNITED KINGDOM

LEVIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LEVIN, DANA
ADDRESS AVAILABLE UPON REQUEST

LEVIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEVIN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

LEVIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEVIN, KATE
ADDRESS AVAILABLE UPON REQUEST

LEVIN, KATE
ADDRESS AVAILABLE UPON REQUEST

LEVIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEVIN, LISA
ADDRESS AVAILABLE UPON REQUEST

LEVIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

LEVIN, MARISA
ADDRESS AVAILABLE UPON REQUEST

LEVIN, MONICA
ADDRESS AVAILABLE UPON REQUEST

LEVIN, MORAN
ADDRESS AVAILABLE UPON REQUEST

LEVIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEVIN, TONI
ADDRESS AVAILABLE UPON REQUEST

LEVINE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LEVINE, CARA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEVINE, CINDY
ADDRESS AVAILABLE UPON REQUEST

LEVINE, DARREN
ADDRESS AVAILABLE UPON REQUEST

LEVINE, DEITRIA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEVINE, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEVINE, ILENE
ADDRESS AVAILABLE UPON REQUEST

LEVINE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

LEVINE, JONNA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEVINE, KIM
ADDRESS AVAILABLE UPON REQUEST

LEVINE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEVINE, LISA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, MARK
ADDRESS AVAILABLE UPON REQUEST

LEVINE, MAYA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEVINE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEVINE, NANCY
ADDRESS AVAILABLE UPON REQUEST

LEVINE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, RIA
ADDRESS AVAILABLE UPON REQUEST

LEVINE, SAM
ADDRESS AVAILABLE UPON REQUEST

LEVINE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEVINE, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

LEVINE, TORI
ADDRESS AVAILABLE UPON REQUEST

LEVINE-PATTON, MAURA
ADDRESS AVAILABLE UPON REQUEST

LEVINGS, JORDYN
ADDRESS AVAILABLE UPON REQUEST

LEVINSOHN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LEVINSON, ADI
ADDRESS AVAILABLE UPON REQUEST

LEVINSON, KARA
ADDRESS AVAILABLE UPON REQUEST

LEVINSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LEVINSON, TESS
ADDRESS AVAILABLE UPON REQUEST

LEVIS, SALOMON
ADDRESS AVAILABLE UPON REQUEST

LEVISH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LEVISTER, MYA
ADDRESS AVAILABLE UPON REQUEST

LEVITAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEVITAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

LEVITAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LEVITAS, SIMON
ADDRESS AVAILABLE UPON REQUEST

LEVITATS, AARON
ADDRESS AVAILABLE UPON REQUEST

LEVITT, ERIN
ADDRESS AVAILABLE UPON REQUEST

LEVITT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEVITZKI, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

LEVKOVICH, KSUSHA
ADDRESS AVAILABLE UPON REQUEST

LEVO, SHELAYNA
ADDRESS AVAILABLE UPON REQUEST

LEVOIR, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LEVOTA, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEVY RESTAURANTS
1001 ROSE BOWL DRIVE
PASADENA, CA  91103

LEVY, ARIEL
ADDRESS AVAILABLE UPON REQUEST

LEVY, ARIEL
ADDRESS AVAILABLE UPON REQUEST

LEVY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LEVY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LEVY, BRIDGITTE
ADDRESS AVAILABLE UPON REQUEST

LEVY, COBI
ADDRESS AVAILABLE UPON REQUEST

LEVY, DAILA
ADDRESS AVAILABLE UPON REQUEST

LEVY, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEVY, DINA
ADDRESS AVAILABLE UPON REQUEST

LEVY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEVY, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

LEVY, JANE
ADDRESS AVAILABLE UPON REQUEST

LEVY, JEFF
ADDRESS AVAILABLE UPON REQUEST

LEVY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEVY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEVY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LEVY, KEITH
ADDRESS AVAILABLE UPON REQUEST

LEVY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEVY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LEVY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LEVY, LISA
ADDRESS AVAILABLE UPON REQUEST

LEVY, LISSA
ADDRESS AVAILABLE UPON REQUEST

LEVY, MATTAR
ADDRESS AVAILABLE UPON REQUEST

LEVY, MAX
ADDRESS AVAILABLE UPON REQUEST

LEVY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEVY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LEVY, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LEVY, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

LEVY, SARA
ADDRESS AVAILABLE UPON REQUEST

LEVY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LEVY, SHAMBRAY
ADDRESS AVAILABLE UPON REQUEST

LEVY, SHARON
ADDRESS AVAILABLE UPON REQUEST

LEVY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LEVY, VICTOR
ADDRESS AVAILABLE UPON REQUEST

LEVYN, SHIRLEY AND MURRY
ADDRESS AVAILABLE UPON REQUEST

LEW, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LEW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEW, SHARON
ADDRESS AVAILABLE UPON REQUEST

LEWALLEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKA, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, GARY
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, SEAN
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEWANDOWSKI, TAMMY
ADDRESS AVAILABLE UPON REQUEST

LEWBER, ALLY
ADDRESS AVAILABLE UPON REQUEST

LEWCHALERMWONG, MESA
ADDRESS AVAILABLE UPON REQUEST

LEWCHUK, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LEWELLEN, JANA
ADDRESS AVAILABLE UPON REQUEST

LEWELLEN, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LEWELLYN, BEN
ADDRESS AVAILABLE UPON REQUEST

LEWELLYN, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

LEWELS, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

LEWENSKY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEWER, PENNY
ADDRESS AVAILABLE UPON REQUEST

LEWI, ANAH
ADDRESS AVAILABLE UPON REQUEST

LEWIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEWICKI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LEWIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LEWIN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LEWIN, JADE
ADDRESS AVAILABLE UPON REQUEST

LEWINS, GARY
ADDRESS AVAILABLE UPON REQUEST

LEWINSON, CHENEE
ADDRESS AVAILABLE UPON REQUEST

LEWINTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS JR., ALVIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS LAMAR BARNEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS V, CARY
ADDRESS AVAILABLE UPON REQUEST

LEWIS VAN, BONNY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ABBY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ALIYA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMBER
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, AMY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, APRIL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ARCHIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ARLENE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ARLENE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRAD
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, BRITTIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CASEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CECIL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CELESTE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CHASE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LEWIS, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, COLBY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DANA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, DIDIER
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERIK
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ERIK
ADDRESS AVAILABLE UPON REQUEST

LEWIS, EUNICE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, GRACE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, IAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, IOANA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JACOB
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JANET
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JEFF
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JEFF
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JEFF
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JERMAINE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JEFF
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JIM
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JOEL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KARIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KARISSA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KARLIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATARI
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KELLIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KIM
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, KYLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, L
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LADONNA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LATOYA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LEAH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LENOIR
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LEONARD
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LEVI
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDIWE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LISA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LOREENA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LORIANN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LYNDAJA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, LYNN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MADALYN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MARIANE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MARY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MARY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MAX
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MELLISA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, NEIL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, NYA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, PAUL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, PAULA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, PAULA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LEWIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RUTH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SALLY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SERENA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SHAUNA-LEE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SIMONE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SIMONE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SKYE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STACEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STACEY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STACY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STACY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TANESHA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TERESA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TESS
ADDRESS AVAILABLE UPON REQUEST

LEWIS, THANUJI
ADDRESS AVAILABLE UPON REQUEST

LEWIS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TIA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TRACI
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

LEWIS, TYWANA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ZACH
ADDRESS AVAILABLE UPON REQUEST

LEWIS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

LEWIS-FAIRLEY, GIANA
ADDRESS AVAILABLE UPON REQUEST

LEWISH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

LEWISON C/O LIPTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

LEWIS-PETERSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LEWIS-SHIRLEY, IMANI
ADDRESS AVAILABLE UPON REQUEST

LEWIS-WHITE, CAROL
ADDRESS AVAILABLE UPON REQUEST

LEWKOW, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LEWNO, DREW
ADDRESS AVAILABLE UPON REQUEST

LEWTER, MARIYA
ADDRESS AVAILABLE UPON REQUEST

LEWY, JACKI
ADDRESS AVAILABLE UPON REQUEST

LEXI BENSON APPLETON
ADDRESS AVAILABLE UPON REQUEST

LEXI GRISSMAN
ADDRESS AVAILABLE UPON REQUEST

LEXISNEXIS
313 WASHINGTON ST. SUITE 400
NEWTON, MA  02458

LEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LEY, GIA
ADDRESS AVAILABLE UPON REQUEST

LEY, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

LEY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

LEY, TARYN
ADDRESS AVAILABLE UPON REQUEST

LEYBA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LEYBZON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LEY-CASTANEDA, ELSA
ADDRESS AVAILABLE UPON REQUEST

LEYDEN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

LEYDEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

LEYENDECKER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

LEYGRAFF, JOLENE
ADDRESS AVAILABLE UPON REQUEST

LEYH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LEYK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LEYVA DORSEY, LEYLA
ADDRESS AVAILABLE UPON REQUEST

LEYMAN, OLGA
ADDRESS AVAILABLE UPON REQUEST

LEYNES, VIRGILIO
ADDRESS AVAILABLE UPON REQUEST

LEYRER, GREYSON
ADDRESS AVAILABLE UPON REQUEST

LEYRER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEYRER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

LEYS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LEYSATH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LEYVA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

LEYVA, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LEYVA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LEYVA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

LEYVA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LEYVA, MIREYA
ADDRESS AVAILABLE UPON REQUEST

LEYVA, STEFFI
ADDRESS AVAILABLE UPON REQUEST

LEYVA, STEFFI
ADDRESS AVAILABLE UPON REQUEST

LHERISSESMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LHEUREUX, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LHOMMEDIEU, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LI A PING, SONIA
ADDRESS AVAILABLE UPON REQUEST

LI LI
ADDRESS AVAILABLE UPON REQUEST

LI ZHU
ADDRESS AVAILABLE UPON REQUEST

LI, ADA
ADDRESS AVAILABLE UPON REQUEST

LI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LI, ANGEL
ADDRESS AVAILABLE UPON REQUEST

LI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LI, ANNA
ADDRESS AVAILABLE UPON REQUEST

LI, CARONE
ADDRESS AVAILABLE UPON REQUEST

LI, CELINE
ADDRESS AVAILABLE UPON REQUEST

LI, CHIAN
ADDRESS AVAILABLE UPON REQUEST

LI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LI, DORIS
ADDRESS AVAILABLE UPON REQUEST

LI, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

LI, HAIFENG
ADDRESS AVAILABLE UPON REQUEST

LI, HANGHANG
ADDRESS AVAILABLE UPON REQUEST

LI, HAO-HSIANG
ADDRESS AVAILABLE UPON REQUEST

LI, JAMES
ADDRESS AVAILABLE UPON REQUEST

LI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LI, JESSIE
ADDRESS AVAILABLE UPON REQUEST

LI, KANG
ADDRESS AVAILABLE UPON REQUEST

LI, KARA
ADDRESS AVAILABLE UPON REQUEST

LI, KAREN
ADDRESS AVAILABLE UPON REQUEST

LI, KAREN
ADDRESS AVAILABLE UPON REQUEST

LI, KAREN
ADDRESS AVAILABLE UPON REQUEST

LI, KARINA
ADDRESS AVAILABLE UPON REQUEST

LI, KENRIC
ADDRESS AVAILABLE UPON REQUEST

LI, LAINA
ADDRESS AVAILABLE UPON REQUEST

LI, LU
ADDRESS AVAILABLE UPON REQUEST

LI, MARTINA
ADDRESS AVAILABLE UPON REQUEST

LI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LI, RAN
ADDRESS AVAILABLE UPON REQUEST

LI, RANDY
ADDRESS AVAILABLE UPON REQUEST

LI, RUGE
ADDRESS AVAILABLE UPON REQUEST

LI, RUONAN
ADDRESS AVAILABLE UPON REQUEST

LI, RUOTING
ADDRESS AVAILABLE UPON REQUEST

LI, SAM
ADDRESS AVAILABLE UPON REQUEST

LI, SARAH
ADDRESS AVAILABLE UPON REQUEST

LI, SONNY
ADDRESS AVAILABLE UPON REQUEST

LI, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

LI, SSA
ADDRESS AVAILABLE UPON REQUEST

LI, TINGYU
ADDRESS AVAILABLE UPON REQUEST

LI, WEIJIA
ADDRESS AVAILABLE UPON REQUEST

LI, WENJIN
ADDRESS AVAILABLE UPON REQUEST

LI, WUQING
ADDRESS AVAILABLE UPON REQUEST

LI, XIAOMING
ADDRESS AVAILABLE UPON REQUEST

LI, YAO
ADDRESS AVAILABLE UPON REQUEST

LI, YING
ADDRESS AVAILABLE UPON REQUEST

LI, YIXIN
ADDRESS AVAILABLE UPON REQUEST

LI, YIYA
ADDRESS AVAILABLE UPON REQUEST

LI, ZEXIN
ADDRESS AVAILABLE UPON REQUEST

LI, ZHONGHENG
ADDRESS AVAILABLE UPON REQUEST

LIA, NANCY
ADDRESS AVAILABLE UPON REQUEST

LIACOURAS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

LIAKOPOULOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LIAM DOLPHIN
ADDRESS AVAILABLE UPON REQUEST

LIAN WALKER
ADDRESS AVAILABLE UPON REQUEST

LIANDO-MAGES, HILDA
ADDRESS AVAILABLE UPON REQUEST

LIANG, LILY
ADDRESS AVAILABLE UPON REQUEST

LIANG, MABEL
ADDRESS AVAILABLE UPON REQUEST

LIANG, PEILIU
ADDRESS AVAILABLE UPON REQUEST

LIANG, TZU-CHI
ADDRESS AVAILABLE UPON REQUEST

LIANOS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LIANTONIO, AMY
ADDRESS AVAILABLE UPON REQUEST

LIANTONIO, FRANK
ADDRESS AVAILABLE UPON REQUEST

LIAO, JOINA
ADDRESS AVAILABLE UPON REQUEST

LIAO, NANCY
ADDRESS AVAILABLE UPON REQUEST

LIAO, WINNIE A.
ADDRESS AVAILABLE UPON REQUEST

LIAO, YEN-HAO
ADDRESS AVAILABLE UPON REQUEST

LIAPIS, TRINA
ADDRESS AVAILABLE UPON REQUEST

LIAUTAUD, MADALYN
ADDRESS AVAILABLE UPON REQUEST

LIAW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LIBAL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LIBBRECHT, FLORIANE
ADDRESS AVAILABLE UPON REQUEST

LIBBY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LIBBY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

LIBBY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LIBBY, DONALD
ADDRESS AVAILABLE UPON REQUEST

LIBBY, JOHN
ADDRESS AVAILABLE UPON REQUEST

LIBBY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LIBBY, JOY
ADDRESS AVAILABLE UPON REQUEST

LIBBY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LIBEG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LIBERATI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LIBERATO MARTUCCI DIAZ
ADDRESS AVAILABLE UPON REQUEST

LIBERATO, JISBELLE
ADDRESS AVAILABLE UPON REQUEST

LIBERATO, SUYEYS
ADDRESS AVAILABLE UPON REQUEST

LIBERATORE, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

LIBERATORE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LIBERATORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIBERGE, ANN
ADDRESS AVAILABLE UPON REQUEST

LIBERI, TESSA
ADDRESS AVAILABLE UPON REQUEST

LIBERTAD SOUL, LLC
1732 AVIATION BLVD,  323
REDONDO BEACH, CA  90278

LIBERTI, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

LIBERTY DIGITAL GROUP EOOD
2 NIKOLAY HAYTOV STR. EN. B, FL. 8
SOFIA  16
BULGARIA

LIBERTY SUTHERLAND
ADDRESS AVAILABLE UPON REQUEST

LIBERTY, DAVID
ADDRESS AVAILABLE UPON REQUEST

LIBERTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

LIBIN, LIANA
ADDRESS AVAILABLE UPON REQUEST

LIBMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

LIBONATE, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

LIBOR JAKUBEC
ADDRESS AVAILABLE UPON REQUEST

LIBORIO, SARA
ADDRESS AVAILABLE UPON REQUEST

LIBRIE, MIKE
ADDRESS AVAILABLE UPON REQUEST

LIBRIZZI, GAIL
ADDRESS AVAILABLE UPON REQUEST

LIBRIZZI, JUDE
ADDRESS AVAILABLE UPON REQUEST

LIBS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LICALSI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LICARI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LICATA, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LICATE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LICAUSI, KAREN
ADDRESS AVAILABLE UPON REQUEST

LICAUSI, YANITZIE
ADDRESS AVAILABLE UPON REQUEST

LICAY, KELVIN
ADDRESS AVAILABLE UPON REQUEST

LICCIARDELLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LICCIARDI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LICCIARDI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LICCION, KATIE
ADDRESS AVAILABLE UPON REQUEST

LICHLITER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LICHTBLAU, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LICHTEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LICHTENBERG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LICHTENBERGER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LICHTENBERGER, JEAN
ADDRESS AVAILABLE UPON REQUEST

LICHTENHELD, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTEIN, CHIRSAN
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTEIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTEIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTEIN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTEIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LICHTENSTERN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LICHTER, CASEY
ADDRESS AVAILABLE UPON REQUEST

LICHTI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LICHTY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LICITRA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LICK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LICKNESS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

LICON, AURELIO
ADDRESS AVAILABLE UPON REQUEST

LICOPOLI, ALYSSANDRA
ADDRESS AVAILABLE UPON REQUEST

LICORISH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LICUP, ROSE
ADDRESS AVAILABLE UPON REQUEST

LIDDELL, JEAN
ADDRESS AVAILABLE UPON REQUEST

LIDDICOAT, BREANNA
ADDRESS AVAILABLE UPON REQUEST

LIDDY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LIDDY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LIDDY, TAJAH
ADDRESS AVAILABLE UPON REQUEST

LIDGETT, DELANI
ADDRESS AVAILABLE UPON REQUEST

LIDINSKY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LIDON, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

LIDONNI, MARIA
ADDRESS AVAILABLE UPON REQUEST

LIDSTONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LIDSTROM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LIDZKI, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

LIE, HERLINA
ADDRESS AVAILABLE UPON REQUEST

LIEB, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LIEB, DELLA
ADDRESS AVAILABLE UPON REQUEST

LIEB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LIEB, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIEBACK, RON
ADDRESS AVAILABLE UPON REQUEST

LIEBELT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LIEBENOW, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, CHEYNE
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

LIEBERMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

LIEBERT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LIEBERT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LIEBESKIND, ERIC
ADDRESS AVAILABLE UPON REQUEST

LIEBGOTT, MATT
ADDRESS AVAILABLE UPON REQUEST

LIEBIG, LISA
ADDRESS AVAILABLE UPON REQUEST

LIEBING, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LIEBL, JESSE
ADDRESS AVAILABLE UPON REQUEST

LIEBLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LIEBLER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LIEBLICH, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

LIEBLICH, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LIEBLING, JESSE
ADDRESS AVAILABLE UPON REQUEST

LIEBMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LIEBMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

LIECHTY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LIECHTY, JON
ADDRESS AVAILABLE UPON REQUEST

LIECHTY, PETER
ADDRESS AVAILABLE UPON REQUEST

LIEDBERG, HAILEY
ADDRESS AVAILABLE UPON REQUEST

LIEDEL, VICKI
ADDRESS AVAILABLE UPON REQUEST

LIEDERBACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIEDY, GABI
ADDRESS AVAILABLE UPON REQUEST

LIEDY, LORI
ADDRESS AVAILABLE UPON REQUEST

LIEHE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LIEHR, ABBIE
ADDRESS AVAILABLE UPON REQUEST

LIEHR, JENNY
ADDRESS AVAILABLE UPON REQUEST

LIEN, DEVIN & SHONNA
ADDRESS AVAILABLE UPON REQUEST

LIEN, JEAN
ADDRESS AVAILABLE UPON REQUEST

LIEN, LEAH
ADDRESS AVAILABLE UPON REQUEST

LIENDO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LIENEMANN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

LIENERT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LIENHOP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LIEPKE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LIERAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIERLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LIERZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LIES, JILL
ADDRESS AVAILABLE UPON REQUEST

LIES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

LIESCH, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

LIESE, SHARON
ADDRESS AVAILABLE UPON REQUEST

LIESL SONGER
ADDRESS AVAILABLE UPON REQUEST

LIESL WENDT
ADDRESS AVAILABLE UPON REQUEST

LIESS, MANDIE
ADDRESS AVAILABLE UPON REQUEST

LIETH, KEM
ADDRESS AVAILABLE UPON REQUEST

LIETKA, LACIE
ADDRESS AVAILABLE UPON REQUEST

LIETZ, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

LIETZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIETZKE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LIEUW-KIE-SONG, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

LIEW, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LIEW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LIEWER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LIEZLE, GARCIA
ADDRESS AVAILABLE UPON REQUEST

LIFE BY MEDIA, INC.
10616 LORD DERBY DRIVE
AUSTIN, TX  78748

LIFE, NEW YORK
ADDRESS AVAILABLE UPON REQUEST

LIFESTYLE BOOKKEEPING LLC
5191 W SHADY PARK LANE
HERRIMAN, UT  84096

LIFFRIG, CARLIE
ADDRESS AVAILABLE UPON REQUEST

LIFKA, SARA
ADDRESS AVAILABLE UPON REQUEST

LIFT, DAVEED
ADDRESS AVAILABLE UPON REQUEST

LIGGETT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LIGGETT, BILL
ADDRESS AVAILABLE UPON REQUEST

LIGGETT, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LIGGETT, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LIGGIN, AJAH
ADDRESS AVAILABLE UPON REQUEST

LIGGINS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LIGGINS, JULIE
ADDRESS AVAILABLE UPON REQUEST

LIGGS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LIGHITHILL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LIGHT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LIGHT, DAVID
ADDRESS AVAILABLE UPON REQUEST

LIGHT, ELIANA
ADDRESS AVAILABLE UPON REQUEST

LIGHT, HOLLI
ADDRESS AVAILABLE UPON REQUEST

LIGHT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LIGHT, KELLY
ADDRESS AVAILABLE UPON REQUEST

LIGHT, MARIA
ADDRESS AVAILABLE UPON REQUEST

LIGHT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LIGHT, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LIGHT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LIGHTBODY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIGHTBOURN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

LIGHTBOURN, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

LIGHTBURN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LIGHTBURN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LIGHTCAP, CARA
ADDRESS AVAILABLE UPON REQUEST

LIGHTCAP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LIGHTENING LABELS
ADDRESS UNAVAILABLE AT TIME OF FILING

LIGHTFOOT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LIGHTFOOT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LIGHTFOOT, LIZ
ADDRESS AVAILABLE UPON REQUEST

LIGHTFOOT, TOM
ADDRESS AVAILABLE UPON REQUEST

LIGHTHIZER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LIGHTLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LIGHTNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LIGHTNER, TINA
ADDRESS AVAILABLE UPON REQUEST

LIGHTSPEED LLC
3333 WARRENVILLE ROAD, SUITE 400
LISLE, IL 60532

LIGON, JAMES
ADDRESS AVAILABLE UPON REQUEST

LIGON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LIGON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

LIGON, SHEA
ADDRESS AVAILABLE UPON REQUEST

LIGON, TROY
ADDRESS AVAILABLE UPON REQUEST

LIGUORI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LIGUORI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LIGUORI, TRACY
ADDRESS AVAILABLE UPON REQUEST

LIHOLIHA YACHT CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

LIHONG CHEN
ADDRESS AVAILABLE UPON REQUEST

LIHS, AMBER
ADDRESS AVAILABLE UPON REQUEST

LII, CLARICE
ADDRESS AVAILABLE UPON REQUEST

LIIMATTA, PAUL
ADDRESS AVAILABLE UPON REQUEST

LIKE, VIKKI
ADDRESS AVAILABLE UPON REQUEST

LIKELY, INC
790 EARLHAM STREET, APT 2
PASADENA, CA 91101

LIKENS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LIKENS, LYNNANNE
ADDRESS AVAILABLE UPON REQUEST

LIKHACHEVA, KATIA
ADDRESS AVAILABLE UPON REQUEST

LIKOS, KELLY
ADDRESS AVAILABLE UPON REQUEST

LILES, AUBRE
ADDRESS AVAILABLE UPON REQUEST

LILES, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LILES, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LILES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LILES, KIM
ADDRESS AVAILABLE UPON REQUEST

LILES, LINDA
ADDRESS AVAILABLE UPON REQUEST

LILES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LILES, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

LILES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LILEY-WHITE, JESS B.
ADDRESS AVAILABLE UPON REQUEST

LILIA DIAZ DE LEWIS
ADDRESS AVAILABLE UPON REQUEST

LILIA KRASNOPOLSKAJA
ADDRESS AVAILABLE UPON REQUEST

LILIAN LEAL
ADDRESS AVAILABLE UPON REQUEST

LILIAN ONWUKA
ADDRESS AVAILABLE UPON REQUEST

LILJA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LILL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LILLASH, LINDA
ADDRESS AVAILABLE UPON REQUEST

LILLBACK, EMILY
ADDRESS AVAILABLE UPON REQUEST

LILLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LILLEY, KATE
ADDRESS AVAILABLE UPON REQUEST

LILLEY, MILISSA
ADDRESS AVAILABLE UPON REQUEST

LILLEY, SHANA
ADDRESS AVAILABLE UPON REQUEST

LILLIAN NOON
ADDRESS AVAILABLE UPON REQUEST

LILLIAN VICTORIA RAFF
ADDRESS AVAILABLE UPON REQUEST

LILLIAN, JUDGE,
ADDRESS AVAILABLE UPON REQUEST

LILLIE REYNOLDS, LILLIE
ADDRESS AVAILABLE UPON REQUEST

LILLIE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LILLIG, NATHAN
ADDRESS AVAILABLE UPON REQUEST

LILLIS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

LILLIS, LYNDSI
ADDRESS AVAILABLE UPON REQUEST

LILLO-MARTIN, DIANE
ADDRESS AVAILABLE UPON REQUEST

LILLQUIST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LILLQUIST, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LILLY SIMON
ADDRESS AVAILABLE UPON REQUEST

LILLY, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

LILLY, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

LILLY, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

LILLY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LILLY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LILLY, DANELLE
ADDRESS AVAILABLE UPON REQUEST

LILLY, JENNY
ADDRESS AVAILABLE UPON REQUEST

LILLY, MARIE
ADDRESS AVAILABLE UPON REQUEST

LILLY, MONICA
ADDRESS AVAILABLE UPON REQUEST

LILLY, SAMI
ADDRESS AVAILABLE UPON REQUEST

LILLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LILU, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LILUASHVILI, ETERI
ADDRESS AVAILABLE UPON REQUEST

LILY JI
ADDRESS AVAILABLE UPON REQUEST

LILY LAWN-TSAO
ADDRESS AVAILABLE UPON REQUEST

LILY MCCULLOUGH
ADDRESS AVAILABLE UPON REQUEST

LILY PADULA
ADDRESS AVAILABLE UPON REQUEST

LIM RUGER & KIM, LLP
1055 WEST SEVENTH STREET, SUITE 2800
LOS ANGELES, CA  90017

LIM, ALLIE
ADDRESS AVAILABLE UPON REQUEST

LIM, AMY
ADDRESS AVAILABLE UPON REQUEST

LIM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LIM, APRIL
ADDRESS AVAILABLE UPON REQUEST

LIM, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LIM, CALVIN
ADDRESS AVAILABLE UPON REQUEST

LIM, COREY
ADDRESS AVAILABLE UPON REQUEST

LIM, CZARINA
ADDRESS AVAILABLE UPON REQUEST

LIM, ENG-BENG
ADDRESS AVAILABLE UPON REQUEST

LIM, IAN
ADDRESS AVAILABLE UPON REQUEST

LIM, IESHIA
ADDRESS AVAILABLE UPON REQUEST

LIM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LIM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LIM, JONG
ADDRESS AVAILABLE UPON REQUEST

LIM, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

LIM, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LIM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LIM, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LIM, SANDY
ADDRESS AVAILABLE UPON REQUEST

LIM, SARA
ADDRESS AVAILABLE UPON REQUEST

LIM, VAL
ADDRESS AVAILABLE UPON REQUEST

LIM, YURA
ADDRESS AVAILABLE UPON REQUEST

LIMA, ANDRE
ADDRESS AVAILABLE UPON REQUEST

LIMA, CESAR
ADDRESS AVAILABLE UPON REQUEST

LIMA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LIMA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LIMA, JANNAY
ADDRESS AVAILABLE UPON REQUEST

LIMA, JORGE
ADDRESS AVAILABLE UPON REQUEST

LIMA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LIMA, LUCIANA
ADDRESS AVAILABLE UPON REQUEST

LIMA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LIMA, RAUL
ADDRESS AVAILABLE UPON REQUEST

LIMA, SILVIANE
ADDRESS AVAILABLE UPON REQUEST

LIMA, SILVIANE
ADDRESS AVAILABLE UPON REQUEST

LIMA, VITORIA
ADDRESS AVAILABLE UPON REQUEST

LIMAGE, KERVANCIA
ADDRESS AVAILABLE UPON REQUEST

LIMAGE, SHARON
ADDRESS AVAILABLE UPON REQUEST

LIMA-SILVA, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

LIMB, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIMBACH, MAY
ADDRESS AVAILABLE UPON REQUEST

LIMBURG, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

LIMERI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LIMERICK, JASON
ADDRESS AVAILABLE UPON REQUEST

LIMESTONE COAST WINES/ LCW CORP
7089 RIDDICH HIGHWAY
PADTHAWAY SOUTH AUSTRALIA 5271 PMB
290
NARACOORTE  05271
AUSTRALIA

LIMING, HALEY
ADDRESS AVAILABLE UPON REQUEST

LIMLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LIMON, BLANCA
ADDRESS AVAILABLE UPON REQUEST

LIMON, EVELYNE
ADDRESS AVAILABLE UPON REQUEST

LIMON, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

LIMONEZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

LIMONGELLO, DENISE
ADDRESS AVAILABLE UPON REQUEST

LIMONTA, JIANNAKA
ADDRESS AVAILABLE UPON REQUEST

LIMONTE, KELVIN
ADDRESS AVAILABLE UPON REQUEST

LIMOX, STEVEN
ADDRESS AVAILABLE UPON REQUEST

LIMPERT, JULIE
ADDRESS AVAILABLE UPON REQUEST

LIMPIC, ISSABELLE
ADDRESS AVAILABLE UPON REQUEST

LIMUACO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LIN B HEATH
ADDRESS AVAILABLE UPON REQUEST

LIN, ALICE
ADDRESS AVAILABLE UPON REQUEST

LIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LIN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

LIN, CHI EN
ADDRESS AVAILABLE UPON REQUEST

LIN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LIN, DA
ADDRESS AVAILABLE UPON REQUEST

LIN, DIANA
ADDRESS AVAILABLE UPON REQUEST

LIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

LIN, EUNICE
ADDRESS AVAILABLE UPON REQUEST

LIN, FU
ADDRESS AVAILABLE UPON REQUEST

LIN, JACK
ADDRESS AVAILABLE UPON REQUEST

LIN, JANE
ADDRESS AVAILABLE UPON REQUEST

LIN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LIN, JULIENNE
ADDRESS AVAILABLE UPON REQUEST

LIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LIN, KOCHING
ADDRESS AVAILABLE UPON REQUEST

LIN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

LIN, LI-JAY
ADDRESS AVAILABLE UPON REQUEST

LIN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

LIN, MARY
ADDRESS AVAILABLE UPON REQUEST

LIN, MIAO
ADDRESS AVAILABLE UPON REQUEST

LIN, NINA
ADDRESS AVAILABLE UPON REQUEST

LIN, PIN
ADDRESS AVAILABLE UPON REQUEST

LIN, QIAN
ADDRESS AVAILABLE UPON REQUEST

LIN, QIAN
ADDRESS AVAILABLE UPON REQUEST

LIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIN, RHODA
ADDRESS AVAILABLE UPON REQUEST

LIN, ROBYN
ADDRESS AVAILABLE UPON REQUEST

LIN, SEREY
ADDRESS AVAILABLE UPON REQUEST

LIN, SHARON
ADDRESS AVAILABLE UPON REQUEST

LIN, SHAY
ADDRESS AVAILABLE UPON REQUEST

LIN, SHENG
ADDRESS AVAILABLE UPON REQUEST

LIN, SHUAN-YIH
ADDRESS AVAILABLE UPON REQUEST

LIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LIN, TIM
ADDRESS AVAILABLE UPON REQUEST

LIN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

LIN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

LIN, YANGWEI
ADDRESS AVAILABLE UPON REQUEST

LIN, YEN
ADDRESS AVAILABLE UPON REQUEST

LIN, YI-CHEN
ADDRESS AVAILABLE UPON REQUEST

LIN, YINGZI
ADDRESS AVAILABLE UPON REQUEST

LINAKER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LINAM, LEANN
ADDRESS AVAILABLE UPON REQUEST

LINANE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LINARES, DENISSE
ADDRESS AVAILABLE UPON REQUEST

LINARES, MERYYEIN
ADDRESS AVAILABLE UPON REQUEST

LINBERG, BAO-VAN
ADDRESS AVAILABLE UPON REQUEST

LINCENBERG, GRACE
ADDRESS AVAILABLE UPON REQUEST

LINCENBERG, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LINCICUM, MITZI
ADDRESS AVAILABLE UPON REQUEST

LINCKS, DIANE
ADDRESS AVAILABLE UPON REQUEST

LINCOLN BEVERAGE & FINE WINES
ADDRESS UNAVAILABLE AT TIME OF FILING

LINCOLN TAP HOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

LINCOLN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LINCOLN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

LINCOLN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LINCOLN, RANN
ADDRESS AVAILABLE UPON REQUEST

LINCOLN, WILL
ADDRESS AVAILABLE UPON REQUEST

LINCOLN, ZOE
ADDRESS AVAILABLE UPON REQUEST

LIND, ALISSA
ADDRESS AVAILABLE UPON REQUEST

LIND, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

LIND, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LIND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LIND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LIND, GAYLE
ADDRESS AVAILABLE UPON REQUEST

LIND, JOAN
ADDRESS AVAILABLE UPON REQUEST

LIND, KELLIE
ADDRESS AVAILABLE UPON REQUEST

LIND, KRISTY
ADDRESS AVAILABLE UPON REQUEST

LIND, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LIND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIND, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LIND, TERRIE
ADDRESS AVAILABLE UPON REQUEST

LINDA ADAMS
ADDRESS AVAILABLE UPON REQUEST

LINDA ADAMS
ADDRESS AVAILABLE UPON REQUEST

LINDA ANGELES
ADDRESS AVAILABLE UPON REQUEST

LINDA ANN MONACO
ADDRESS AVAILABLE UPON REQUEST

LINDA BONDELLIO
ADDRESS AVAILABLE UPON REQUEST

LINDA BURBAGE
ADDRESS AVAILABLE UPON REQUEST

LINDA FUENTES
ADDRESS AVAILABLE UPON REQUEST

LINDA G WILEY
ADDRESS AVAILABLE UPON REQUEST

LINDA HAWARD
ADDRESS AVAILABLE UPON REQUEST

LINDA KAY FOUST
ADDRESS AVAILABLE UPON REQUEST

LINDA KOZLOWSKI
ADDRESS AVAILABLE UPON REQUEST

LINDA LANNEN
ADDRESS AVAILABLE UPON REQUEST

LINDA POOLE MAGGARD
ADDRESS AVAILABLE UPON REQUEST

LINDA SAMPSON
ADDRESS AVAILABLE UPON REQUEST

LINDA TUFTS
ADDRESS AVAILABLE UPON REQUEST

LINDA WALKER
ADDRESS AVAILABLE UPON REQUEST

LINDA WU
ADDRESS AVAILABLE UPON REQUEST

LINDA, CASHMAN
ADDRESS AVAILABLE UPON REQUEST

LINDA, STRICKER
ADDRESS AVAILABLE UPON REQUEST

LINDAMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LINDAMOOD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LINDAUER, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LINDAUER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LINDAWSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LINDBERG NILSSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LINDBERG, CLAESINE
ADDRESS AVAILABLE UPON REQUEST

LINDBERG, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LINDBERG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LINDBERG, EMMA
ADDRESS AVAILABLE UPON REQUEST

LINDBERG, GWENDALYN
ADDRESS AVAILABLE UPON REQUEST

LINDBLOM, ERIC
ADDRESS AVAILABLE UPON REQUEST

LINDBLOM, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LINDBLOM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LINDBLOOM, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LINDBLOOM, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LINDE JENSON
ADDRESS AVAILABLE UPON REQUEST

LINDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

LINDEEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LINDELL, MARY
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, JAN
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, LEILA
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, STACEY
ADDRESS AVAILABLE UPON REQUEST

LINDEMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LINDEMANN, KAETLYN
ADDRESS AVAILABLE UPON REQUEST

LINDEMANN, KASEY
ADDRESS AVAILABLE UPON REQUEST

LINDEMANN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LINDEMUTH BOBBI
ADDRESS AVAILABLE UPON REQUEST

LINDEN RIDGE VINEYARDS, LLC
20204 ATKINS ROAD
LODI, CA 95240

LINDEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LINDEN, BOB
ADDRESS AVAILABLE UPON REQUEST

LINDEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LINDEN, CHINA
ADDRESS AVAILABLE UPON REQUEST

LINDEN, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

LINDEN, KATE
ADDRESS AVAILABLE UPON REQUEST

LINDEN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LINDEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LINDEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LINDEN, PAUL
ADDRESS AVAILABLE UPON REQUEST

LINDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LINDEN-CHESSER, KAYLYNNE
ADDRESS AVAILABLE UPON REQUEST

LINDENMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LINDENMUTH, WES
ADDRESS AVAILABLE UPON REQUEST

LINDER, ISAAC
ADDRESS AVAILABLE UPON REQUEST

LINDER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LINDER, KELLY
ADDRESS AVAILABLE UPON REQUEST

LINDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LINDER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LINDER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LINDEROTH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, CARLY
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, CASONDRA
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, CONNER
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, JASON
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, JOSH
ADDRESS AVAILABLE UPON REQUEST

LINDGREN, KELLY
ADDRESS AVAILABLE UPON REQUEST

LINDH, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

LINDHOLM, GENA
ADDRESS AVAILABLE UPON REQUEST

LINDHOLM, JAN
ADDRESS AVAILABLE UPON REQUEST

LINDHOLM, KYLE
ADDRESS AVAILABLE UPON REQUEST

LINDHOLM, SARA
ADDRESS AVAILABLE UPON REQUEST

LINDIE LANDINGHAM
ADDRESS AVAILABLE UPON REQUEST

LINDLEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LINDMARK, TORI
ADDRESS AVAILABLE UPON REQUEST

LINDNER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LINDNER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LINDNER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LINDNER, MARCUS
ADDRESS AVAILABLE UPON REQUEST

LINDNER, MARK
ADDRESS AVAILABLE UPON REQUEST

LINDNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LINDO, CIELITO
ADDRESS AVAILABLE UPON REQUEST

LINDO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LINDO, PATRICE
ADDRESS AVAILABLE UPON REQUEST

LINDOR, ALYSON
ADDRESS AVAILABLE UPON REQUEST

LINDOR, KATY
ADDRESS AVAILABLE UPON REQUEST

LINDORF, JAMES
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, ANDERS
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, LISE
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, PETER
ADDRESS AVAILABLE UPON REQUEST

LINDQUIST, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ALYSE WRIGHT
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ATTANASIO
ADDRESS AVAILABLE UPON REQUEST

LINDSAY BOLLINGER
ADDRESS AVAILABLE UPON REQUEST

LINDSAY CREAMER ROBJENT
ADDRESS AVAILABLE UPON REQUEST

LINDSAY CRESPY
ADDRESS AVAILABLE UPON REQUEST

LINDSAY DAVIS
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ELYSE SHARPE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY HEALEY
ADDRESS AVAILABLE UPON REQUEST

LINDSAY JIGGETTS
ADDRESS AVAILABLE UPON REQUEST

LINDSAY LAYNE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY LITTLE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY MEYER
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ROBBINS
ADDRESS AVAILABLE UPON REQUEST

LINDSAY ROBINSON
ADDRESS AVAILABLE UPON REQUEST

LINDSAY WEBSTER
ADDRESS AVAILABLE UPON REQUEST

LINDSAY WIECZOREK
ADDRESS AVAILABLE UPON REQUEST

LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, CAROL
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, FRANK
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, GREG
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, JOY
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, LESLIE ANN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, LOUIE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, MATTIE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, MESHECKIA
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, SEAN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LINDSAY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LINDSELL, TONYA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY ANDERSEN
ADDRESS AVAILABLE UPON REQUEST

LINDSEY ANNE DAL PORTO
ADDRESS AVAILABLE UPON REQUEST

LINDSEY BETH KNOWLES
ADDRESS AVAILABLE UPON REQUEST

LINDSEY CADLE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY DUGGAN
ADDRESS AVAILABLE UPON REQUEST

LINDSEY EMERSON
ADDRESS AVAILABLE UPON REQUEST

LINDSEY HAUGER
ADDRESS AVAILABLE UPON REQUEST

LINDSEY KNOWLES
ADDRESS AVAILABLE UPON REQUEST

LINDSEY KNOWLES
ADDRESS AVAILABLE UPON REQUEST

LINDSEY OLEARY
ADDRESS AVAILABLE UPON REQUEST

LINDSEY PAINE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY PIHLGREN
ADDRESS AVAILABLE UPON REQUEST

LINDSEY REICH
ADDRESS AVAILABLE UPON REQUEST

LINDSEY RICKMAN
ADDRESS AVAILABLE UPON REQUEST

LINDSEY THOMAS
ADDRESS AVAILABLE UPON REQUEST

LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, ANITA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, CLOVIS
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, CLOVIS
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, EVANIQUE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, JERRY
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, JILL
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, LAQUANDA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, MASON
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, RENEE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, ROB
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, RODRIGUEZ,
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, RONDA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, SHERRI
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, SMITH
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, TYRA
ADDRESS AVAILABLE UPON REQUEST

LINDSEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LINDSEY-SABORY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LINDSKAR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LINDSLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LINDSLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LINDSLEY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LINDSTADT, RYAN
ADDRESS AVAILABLE UPON REQUEST

LINDSTROM, JULIE
ADDRESS AVAILABLE UPON REQUEST

LINDSTROM, PETRA
ADDRESS AVAILABLE UPON REQUEST

LINDSTROM, SARAH
ADDRESS AVAILABLE UPON REQUEST

LINDSTROM, STACEY
ADDRESS AVAILABLE UPON REQUEST

LINDSTROM, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LINDVALL, DANELLE
ADDRESS AVAILABLE UPON REQUEST

LINDVALL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LINDVALL, TYLER
ADDRESS AVAILABLE UPON REQUEST

LINDWALL, HILLARY
ADDRESS AVAILABLE UPON REQUEST

LINDY DUFFNEY
ADDRESS AVAILABLE UPON REQUEST

LINE, AMY
ADDRESS AVAILABLE UPON REQUEST

LINE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

LINEAWEAVER, KAREN
ADDRESS AVAILABLE UPON REQUEST

LINEBACK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LINEBARGER, TARA
ADDRESS AVAILABLE UPON REQUEST

LINEBERGER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LINEBERRY, JACKI
ADDRESS AVAILABLE UPON REQUEST

LINEGAR FINK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LINEHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LINEHAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LINEMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LINEN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LINENBERGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LINER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

LINER, PAUL
ADDRESS AVAILABLE UPON REQUEST

LINES, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

LINETO
ADDRESS UNAVAILABLE AT TIME OF FILING

LINETTE, DANA
ADDRESS AVAILABLE UPON REQUEST

LINFORTH, CARLEY
ADDRESS AVAILABLE UPON REQUEST

LING, ANNA
ADDRESS AVAILABLE UPON REQUEST

LING, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

LING, YI
ADDRESS AVAILABLE UPON REQUEST

LING, YUHANG
ADDRESS AVAILABLE UPON REQUEST

LINGAYO, TYRONE
ADDRESS AVAILABLE UPON REQUEST

LING-EFIRD, DEVON
ADDRESS AVAILABLE UPON REQUEST

LINGELBACH, CODY
ADDRESS AVAILABLE UPON REQUEST

LINGENFELTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LINGENFELTER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LINGER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LINGINFELTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LINGLE, RANDON
ADDRESS AVAILABLE UPON REQUEST

LINGLE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LINGMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

LINGO
ADDRESS UNAVAILABLE AT TIME OF FILING

LINGO, FRANK
ADDRESS AVAILABLE UPON REQUEST

LINGO, MADISON
ADDRESS AVAILABLE UPON REQUEST

LINGO, TANYA
ADDRESS AVAILABLE UPON REQUEST

LINGREN, HALI
ADDRESS AVAILABLE UPON REQUEST

LINGTAO XIE
ADDRESS AVAILABLE UPON REQUEST

LINH, MAI
ADDRESS AVAILABLE UPON REQUEST

LINHART, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LINHORST, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LINI, JOHN
ADDRESS AVAILABLE UPON REQUEST

LININGER, ALIEHSA
ADDRESS AVAILABLE UPON REQUEST

LININGER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LINITZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

LINK, ALEXUIS
ADDRESS AVAILABLE UPON REQUEST

LINK, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

LINK, CARL
ADDRESS AVAILABLE UPON REQUEST

LINK, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LINK, CODY
ADDRESS AVAILABLE UPON REQUEST

LINK, DENISE
ADDRESS AVAILABLE UPON REQUEST

LINK, DREMA
ADDRESS AVAILABLE UPON REQUEST

LINK, EMILY
ADDRESS AVAILABLE UPON REQUEST

LINK, EMMA
ADDRESS AVAILABLE UPON REQUEST

LINK, ERIC
ADDRESS AVAILABLE UPON REQUEST

LINK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LINK, HARRISON
ADDRESS AVAILABLE UPON REQUEST

LINK, JAY
ADDRESS AVAILABLE UPON REQUEST

LINK, JEAN
ADDRESS AVAILABLE UPON REQUEST

LINK, KARIN
ADDRESS AVAILABLE UPON REQUEST

LINK, KARIN
ADDRESS AVAILABLE UPON REQUEST

LINK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LINK, SARAH
ADDRESS AVAILABLE UPON REQUEST

LINKCONNECTOR CORPORATION
6501 WESTON PARKWAY SUITE 330
CARY, NC  27513

LINKE, JOLENE
ADDRESS AVAILABLE UPON REQUEST

LINKE, LEAH
ADDRESS AVAILABLE UPON REQUEST

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0622

LINKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LINKIMER, LORI
ADDRESS AVAILABLE UPON REQUEST

LINKOUS, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

LINKOUS, SHERRYL
ADDRESS AVAILABLE UPON REQUEST

LINKOWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

LINKS, CELINE
ADDRESS AVAILABLE UPON REQUEST

LINKSHARE CORP
PO BOX 415613
BOSTON, MA  02241-5613

LINKSTON, JIMMIE
ADDRESS AVAILABLE UPON REQUEST

LINLEY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LINN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LINN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

LINN, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

LINN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

LINN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LINN, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

LINN, JAMES
ADDRESS AVAILABLE UPON REQUEST

LINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LINN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LINN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LINN, STACEY
ADDRESS AVAILABLE UPON REQUEST

LINN, TODD
ADDRESS AVAILABLE UPON REQUEST

LINNANDER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LINNANE, ABBY
ADDRESS AVAILABLE UPON REQUEST

LINNANE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LINNE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LINNEA, JUDE
ADDRESS AVAILABLE UPON REQUEST

LINNEHAN, ANA
ADDRESS AVAILABLE UPON REQUEST

LINNELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LINNELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LINNEMEIER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LINNENKOHL, JASON
ADDRESS AVAILABLE UPON REQUEST

LINNEY OFENSTEIN
ADDRESS AVAILABLE UPON REQUEST

LINO, WAHIMA
ADDRESS AVAILABLE UPON REQUEST

LINQPAD
26A LAWLEY ST WA

LINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LINSCHEID, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LINSCOTT, LEAH
ADDRESS AVAILABLE UPON REQUEST

LINSE, SOFIA
ADDRESS AVAILABLE UPON REQUEST

LINSLEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LINSS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LINSTER, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

LINTHICUM, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

LINTNER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LINTNER, DEREK
ADDRESS AVAILABLE UPON REQUEST

LINTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LINTON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LINTON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

LINTON, EVELYN
ADDRESS AVAILABLE UPON REQUEST

LINTON, HILLARY
ADDRESS AVAILABLE UPON REQUEST

LINTON, SARA
ADDRESS AVAILABLE UPON REQUEST

LINTVEDT-DULAC, ANE
ADDRESS AVAILABLE UPON REQUEST

LINTZ, SHYLA
ADDRESS AVAILABLE UPON REQUEST

LINVILLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LINVILLE, HUNTER
ADDRESS AVAILABLE UPON REQUEST

LINVILLE, JENNY
ADDRESS AVAILABLE UPON REQUEST

LINVILLE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LINVILLE-ABDO, ELENA
ADDRESS AVAILABLE UPON REQUEST

LINWOOD, OTTO
ADDRESS AVAILABLE UPON REQUEST

LINZENBERG, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LIO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LIOE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LION MOBILE, LLC
PO BOX 270081
AUSTIN, TX 78727

LION SECURITY LOCKSMITH
ADDRESS UNAVAILABLE AT TIME OF FILING

LION, BRIANA
ADDRESS AVAILABLE UPON REQUEST

LION, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LION, STACEY
ADDRESS AVAILABLE UPON REQUEST

LIONESS, KHLOE
ADDRESS AVAILABLE UPON REQUEST

LIONETTA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

LIONETTA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

LIOTINE, ANNE
ADDRESS AVAILABLE UPON REQUEST

LIOTTA, DENNIS
ADDRESS AVAILABLE UPON REQUEST

LIPA, AIMEE SIERRA
ADDRESS AVAILABLE UPON REQUEST

LIPA, CINDY
ADDRESS AVAILABLE UPON REQUEST

LIPAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

LIPANOVICH-RADICH, LORI
ADDRESS AVAILABLE UPON REQUEST

LIPARI, LORI
ADDRESS AVAILABLE UPON REQUEST

LIPARI, TARYN
ADDRESS AVAILABLE UPON REQUEST

LIPATOV, OLGA
ADDRESS AVAILABLE UPON REQUEST

LIPE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LIPENSKI, SHAWN
ADDRESS AVAILABLE UPON REQUEST

LIPETZKY, JAMES
ADDRESS AVAILABLE UPON REQUEST

LIPFORD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LIPINSKI, BARTOSZ
ADDRESS AVAILABLE UPON REQUEST

LIPINSKI, EMMA
ADDRESS AVAILABLE UPON REQUEST

LIPINSKI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LIPINSKI, LAURA
ADDRESS AVAILABLE UPON REQUEST

LIPINSKI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LIPITZ, JEN
ADDRESS AVAILABLE UPON REQUEST

LIPIYEV, LILIYA
ADDRESS AVAILABLE UPON REQUEST

LIPKE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LIPKE, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LIPKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LIPKINS SCOTT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LIPMAN BROTHERS, LLC
2815 BRICK CHURCH PIKE
NASHVILLE, TN  37207

LIPMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

LIPMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LIPMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LIPNICK, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

LIPNICKY, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

LIPOF, CAROL
ADDRESS AVAILABLE UPON REQUEST

LIPPEL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

LIPPENCOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LIPPER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LIPPERT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LIPPERT, JULIE
ADDRESS AVAILABLE UPON REQUEST

LIPPERT, LOGAN
ADDRESS AVAILABLE UPON REQUEST

LIPPERT, MARK
ADDRESS AVAILABLE UPON REQUEST

LIPPINCOTT, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

LIPPINCOTT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LIPPINCOTT, JEANINE
ADDRESS AVAILABLE UPON REQUEST

LIPPMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

LIPPMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

LIPPMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LIPPMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIPPMAN, STACY
ADDRESS AVAILABLE UPON REQUEST

LIPPOLD, JENNY
ADDRESS AVAILABLE UPON REQUEST

LIPPS, TERRI
ADDRESS AVAILABLE UPON REQUEST

LIPS, MARY
ADDRESS AVAILABLE UPON REQUEST

LIPSCHULTZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

LIPSCHUTZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LIPSCOMB, JESSIE
ADDRESS AVAILABLE UPON REQUEST

LIPSCOMB, KELLY
ADDRESS AVAILABLE UPON REQUEST

LIPSCOMB, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LIPSCOMB, VIC
ADDRESS AVAILABLE UPON REQUEST

LIPSHULTZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LIPSKY LOWE LLP
420 LEXINGTON AVE. SUITE 1830
NEW YORK, NY  10170

LIPSKY, DALE
ADDRESS AVAILABLE UPON REQUEST

LIPSKY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

LIPSKY, LEAH
ADDRESS AVAILABLE UPON REQUEST

LIPSON, BARRY
ADDRESS AVAILABLE UPON REQUEST

LIPSON, FRAN
ADDRESS AVAILABLE UPON REQUEST

LIPSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LIPSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, HUMA
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, JOE
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, NADJA
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LIPTAK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LIPTON, GRACE
ADDRESS AVAILABLE UPON REQUEST

LIPTON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

LIPTROTT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LIPUS, ORQUIDANIA
ADDRESS AVAILABLE UPON REQUEST

LIQUID TRADE SOLUTIONS
ADDRESS UNAVAILABLE AT TIME OF FILING

LIQUOR BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

LIQUOR COMMISSION CITY AND COUNTY OF
HONOLULU
HONOLULU LIQUOR COMMISSION PACIFIC
PARK PLAZA 711 KAPIOLANI BLVD, SUITE 600
HONOLULU, HAWAII  96813

LIQUOR LICENSING & INSPECTION - BWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

LIQUOR MART INC.
1750 15TH STREET
BOULDER, CO  80302

LIRA, DIXIE
ADDRESS AVAILABLE UPON REQUEST

LIRA, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

LIRA, MARCIO
ADDRESS AVAILABLE UPON REQUEST

LIRA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LIRIANO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LIRIANO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LIS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LIS, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

LIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LISA ALTEPETER
ADDRESS AVAILABLE UPON REQUEST

LISA ARNSDORFF
ADDRESS AVAILABLE UPON REQUEST

LISA BREDESEN
ADDRESS AVAILABLE UPON REQUEST

LISA CALLAHAN
ADDRESS AVAILABLE UPON REQUEST

LISA CARLSON
ADDRESS AVAILABLE UPON REQUEST

LISA CASSIDY
ADDRESS AVAILABLE UPON REQUEST

LISA COFFEY
ADDRESS AVAILABLE UPON REQUEST

LISA DOYLE
ADDRESS AVAILABLE UPON REQUEST

LISA DREISSIG
ADDRESS AVAILABLE UPON REQUEST

LISA ELAINE GLASSCOCK
ADDRESS AVAILABLE UPON REQUEST

LISA GANSKY
ADDRESS AVAILABLE UPON REQUEST

LISA GORGONE
ADDRESS AVAILABLE UPON REQUEST

LISA HEMKER
ADDRESS AVAILABLE UPON REQUEST

LISA HLINKA
ADDRESS AVAILABLE UPON REQUEST

LISA HOLMES
ADDRESS AVAILABLE UPON REQUEST

LISA HOPKINS
ADDRESS AVAILABLE UPON REQUEST

LISA HSIEH
ADDRESS AVAILABLE UPON REQUEST

LISA JANE MYERS
ADDRESS AVAILABLE UPON REQUEST

LISA JO WINANS
ADDRESS AVAILABLE UPON REQUEST

LISA JOHNSON
ADDRESS AVAILABLE UPON REQUEST

LISA JOYCE RISING ORTIZ
ADDRESS AVAILABLE UPON REQUEST

LISA JUREK
ADDRESS AVAILABLE UPON REQUEST

LISA KAREN DOYLE
ADDRESS AVAILABLE UPON REQUEST

LISA LANCEY
ADDRESS AVAILABLE UPON REQUEST

LISA LUCIA GONIA
ADDRESS AVAILABLE UPON REQUEST

LISA LUTTHANS
ADDRESS AVAILABLE UPON REQUEST

LISA MARBURY
ADDRESS AVAILABLE UPON REQUEST

LISA MARTIN, SHORE PUBLISHING
ADDRESS AVAILABLE UPON REQUEST

LISA NAIME
ADDRESS AVAILABLE UPON REQUEST

LISA NEUMAN
ADDRESS AVAILABLE UPON REQUEST

LISA PETERSON
ADDRESS AVAILABLE UPON REQUEST

LISA SALVATOR
ADDRESS AVAILABLE UPON REQUEST

LISA SAWYER
ADDRESS AVAILABLE UPON REQUEST

LISA SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

LISA TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LISA TEAGUE
ADDRESS AVAILABLE UPON REQUEST

LISA WISELY
ADDRESS AVAILABLE UPON REQUEST

LISA WREN
ADDRESS AVAILABLE UPON REQUEST

LISA WU
ADDRESS AVAILABLE UPON REQUEST

LISA, ANDERSON,
ADDRESS AVAILABLE UPON REQUEST

LISA, FELTRINELLI
ADDRESS AVAILABLE UPON REQUEST

LISA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LISACK, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

LISANTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LISCAR, JOE
ADDRESS AVAILABLE UPON REQUEST

LISCHKA, ALEX
ADDRESS AVAILABLE UPON REQUEST

LISCHWE, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LISH, DEON
ADDRESS AVAILABLE UPON REQUEST

LISHON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

LISICK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LISIN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LISINSKI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

LISITSA, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LISKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

LISKA, BETHANY
ADDRESS AVAILABLE UPON REQUEST

LISKA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LISKER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LISKEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

LISLE, SABRA
ADDRESS AVAILABLE UPON REQUEST

LISLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LISMAR GODOY
ADDRESS AVAILABLE UPON REQUEST

LISMORE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

LISOTTO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LISOWSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LISS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LISSNER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LISSOLO, NICK
ADDRESS AVAILABLE UPON REQUEST

LISSOR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIST, DAWSON
ADDRESS AVAILABLE UPON REQUEST

LIST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LIST, EMILY
ADDRESS AVAILABLE UPON REQUEST

LIST, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LIST, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LIST, SUZIE
ADDRESS AVAILABLE UPON REQUEST

LISTENFELT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LISTENING METHODS, INC
5045 PARADISE DRIVE
TIBURON, CA  94920

LISTER, A
ADDRESS AVAILABLE UPON REQUEST

LISTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LISTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LISTER, TARA
ADDRESS AVAILABLE UPON REQUEST

LISTERMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LISTI, SUZY
ADDRESS AVAILABLE UPON REQUEST

LISTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LISTON, ENJOLI
ADDRESS AVAILABLE UPON REQUEST

LISTOUSKAYA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

LISTWAK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LISTWAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LIT, NOAH
ADDRESS AVAILABLE UPON REQUEST

LITCHER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LITCHFIELD, RODGER
ADDRESS AVAILABLE UPON REQUEST

LITCHFIELD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LITCHKO, MADELYN
ADDRESS AVAILABLE UPON REQUEST

LITE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LITERARY HUB
154 WEST 14TH STREET, 12TH FLOOR
NEW YORK, NY  10011

LITERATE, DENISE
ADDRESS AVAILABLE UPON REQUEST

LITES, JIM
ADDRESS AVAILABLE UPON REQUEST

LITEWKA, LAURA
ADDRESS AVAILABLE UPON REQUEST

LITHERLAND, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LITHERLAND, QUINN
ADDRESS AVAILABLE UPON REQUEST

LITHOGRAPHIX INC.
12250 S. CRENSHAW BLVD.
HAWTHORNE, CA  90250

LITKA, ABBIE
ADDRESS AVAILABLE UPON REQUEST

LITKA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LITLE, JON
ADDRESS AVAILABLE UPON REQUEST

LITMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LITMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LITMAN, KATHI
ADDRESS AVAILABLE UPON REQUEST

LITMAN, REID
ADDRESS AVAILABLE UPON REQUEST

LITMON, KEOSHA
ADDRESS AVAILABLE UPON REQUEST

LITMUS
ADDRESS UNAVAILABLE AT TIME OF FILING

LITNER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LITOW, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LITSKY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LITSOANE, MOSAE
ADDRESS AVAILABLE UPON REQUEST

LITT, PETER
ADDRESS AVAILABLE UPON REQUEST

LITT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LITTAUER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

LITTEKEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

LITTELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LITTEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

LITTEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LITTERAL, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LITTERER, JOHN
ADDRESS AVAILABLE UPON REQUEST

LITTLE CAESARS
ADDRESS UNAVAILABLE AT TIME OF FILING

LITTLE HOBOKEN, LLC
100 MANHATTAN AVE  1613
UNION CITY, NJ  07087

LITTLE LIONS SHARE LLC
8011 BLERIOT AVE
LOS ANGELES, CA  90045

LITTLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, AMY
ADDRESS AVAILABLE UPON REQUEST

LITTLE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, APRIL
ADDRESS AVAILABLE UPON REQUEST

LITTLE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LITTLE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

LITTLE, CELESTE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LITTLE, DALTON
ADDRESS AVAILABLE UPON REQUEST

LITTLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LITTLE, DAWSON
ADDRESS AVAILABLE UPON REQUEST

LITTLE, DELANEY
ADDRESS AVAILABLE UPON REQUEST

LITTLE, ELIZABETH GRAY
ADDRESS AVAILABLE UPON REQUEST

LITTLE, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

LITTLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LITTLE, EVE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, ISABEL
ADDRESS AVAILABLE UPON REQUEST

LITTLE, JACK AND SINCLAIR
ADDRESS AVAILABLE UPON REQUEST

LITTLE, JANE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, JENNA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LITTLE, KANDICE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, KIM
ADDRESS AVAILABLE UPON REQUEST

LITTLE, KYLE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MARK
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LITTLE, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

LITTLE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LITTLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, SEAN
ADDRESS AVAILABLE UPON REQUEST

LITTLE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

LITTLE, SUE
ADDRESS AVAILABLE UPON REQUEST

LITTLE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, GARRETT
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, MELEENA
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, TANYA
ADDRESS AVAILABLE UPON REQUEST

LITTLEJOHN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LITTLEPAGE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LITTLEPAGE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LITTLES, HALEY
ADDRESS AVAILABLE UPON REQUEST

LITTLESUN, AMY
ADDRESS AVAILABLE UPON REQUEST

LITTLETON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LITTLETON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LITTMAN, HELEN
ADDRESS AVAILABLE UPON REQUEST

LITTON, ERIC
ADDRESS AVAILABLE UPON REQUEST

LITTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LITTON, LISA
ADDRESS AVAILABLE UPON REQUEST

LITTON, VICKY L
ADDRESS AVAILABLE UPON REQUEST

LITTRELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LITTRELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LITTRELL, RENAE
ADDRESS AVAILABLE UPON REQUEST

LITTS, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

LITVAK, MARCEY
ADDRESS AVAILABLE UPON REQUEST

LITVAK, SARA
ADDRESS AVAILABLE UPON REQUEST

LITVINOV, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LITWICKI, GREG
ADDRESS AVAILABLE UPON REQUEST

LITWIN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LITWIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LITWIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LITWINSKY, DINA
ADDRESS AVAILABLE UPON REQUEST

LITZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LITZ, JILL
ADDRESS AVAILABLE UPON REQUEST

LITZ, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LITZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

LITZENBERG, MIKE
ADDRESS AVAILABLE UPON REQUEST

LITZENBERGER, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

LITZENBERGER, RENEE
ADDRESS AVAILABLE UPON REQUEST

LITZINGER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LITZKY, JENNA
ADDRESS AVAILABLE UPON REQUEST

LITZSINGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIU, AARON
ADDRESS AVAILABLE UPON REQUEST

LIU, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LIU, ALLINA
ADDRESS AVAILABLE UPON REQUEST

LIU, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LIU, ANNA
ADDRESS AVAILABLE UPON REQUEST

LIU, BO-YUN
ADDRESS AVAILABLE UPON REQUEST

LIU, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LIU, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LIU, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LIU, CHUNGLI
ADDRESS AVAILABLE UPON REQUEST

LIU, DAVID
ADDRESS AVAILABLE UPON REQUEST

LIU, DEREK
ADDRESS AVAILABLE UPON REQUEST

LIU, DIANA
ADDRESS AVAILABLE UPON REQUEST

LIU, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

LIU, FAN
ADDRESS AVAILABLE UPON REQUEST

LIU, FANG-WEI
ADDRESS AVAILABLE UPON REQUEST

LIU, FEIRAN
ADDRESS AVAILABLE UPON REQUEST

LIU, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

LIU, GUANNAN
ADDRESS AVAILABLE UPON REQUEST

LIU, HELEN
ADDRESS AVAILABLE UPON REQUEST

LIU, HSIAO-TUNG
ADDRESS AVAILABLE UPON REQUEST

LIU, HUAIYUAN
ADDRESS AVAILABLE UPON REQUEST

LIU, IVY
ADDRESS AVAILABLE UPON REQUEST

LIU, JADE
ADDRESS AVAILABLE UPON REQUEST

LIU, JANET
ADDRESS AVAILABLE UPON REQUEST

LIU, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LIU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LIU, JIE
ADDRESS AVAILABLE UPON REQUEST

LIU, JUNE
ADDRESS AVAILABLE UPON REQUEST

LIU, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LIU, KATIE
ADDRESS AVAILABLE UPON REQUEST

LIU, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LIU, LANNA
ADDRESS AVAILABLE UPON REQUEST

LIU, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LIU, LORA
ADDRESS AVAILABLE UPON REQUEST

LIU, LOUISA
ADDRESS AVAILABLE UPON REQUEST

LIU, LOUISA
ADDRESS AVAILABLE UPON REQUEST

LIU, MIKE
ADDRESS AVAILABLE UPON REQUEST

LIU, PENNY
ADDRESS AVAILABLE UPON REQUEST

LIU, QIAN
ADDRESS AVAILABLE UPON REQUEST

LIU, ROY
ADDRESS AVAILABLE UPON REQUEST

LIU, RUI
ADDRESS AVAILABLE UPON REQUEST

LIU, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

LIU, SIBEI
ADDRESS AVAILABLE UPON REQUEST

LIU, SIBO
ADDRESS AVAILABLE UPON REQUEST

LIU, SIHAN
ADDRESS AVAILABLE UPON REQUEST

LIU, SIMON
ADDRESS AVAILABLE UPON REQUEST

LIU, SONGLIN
ADDRESS AVAILABLE UPON REQUEST

LIU, SONIYA
ADDRESS AVAILABLE UPON REQUEST

LIU, TAI-YU
ADDRESS AVAILABLE UPON REQUEST

LIU, TZU CHI
ADDRESS AVAILABLE UPON REQUEST

LIU, WEIGUO
ADDRESS AVAILABLE UPON REQUEST

LIU, XIAOPEI
ADDRESS AVAILABLE UPON REQUEST

LIU, XUYANG
ADDRESS AVAILABLE UPON REQUEST

LIU, YANG
ADDRESS AVAILABLE UPON REQUEST

LIU, YANGZI
ADDRESS AVAILABLE UPON REQUEST

LIU, YANTING
ADDRESS AVAILABLE UPON REQUEST

LIU, YING
ADDRESS AVAILABLE UPON REQUEST

LIU, YUAN
ADDRESS AVAILABLE UPON REQUEST

LIU, YUNPENG
ADDRESS AVAILABLE UPON REQUEST

LIU, YU-TING
ADDRESS AVAILABLE UPON REQUEST

LIU, YU-TING
ADDRESS AVAILABLE UPON REQUEST

LIU, ZHUYUAN
ADDRESS AVAILABLE UPON REQUEST

LIUZZA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LIUZZA, DENISE
ADDRESS AVAILABLE UPON REQUEST

LIVAS, APRIL
ADDRESS AVAILABLE UPON REQUEST

LIVEINTENT INC.
100 CHURCH STREET 7TH FLOOR
NEW YORK, NY 10007

LIVEINTENT INC.
222 BROADWAY, FLOOR 22
NEW YORK, NY 10038

LIVELY, BRIT
ADDRESS AVAILABLE UPON REQUEST

LIVELY, ERICA
ADDRESS AVAILABLE UPON REQUEST

LIVELY, JAKE
ADDRESS AVAILABLE UPON REQUEST

LIVELY, KIRK
ADDRESS AVAILABLE UPON REQUEST

LIVELY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LIVELY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIVELY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIVENGOOD, ANGELYNA
ADDRESS AVAILABLE UPON REQUEST

LIVENGOOD, DEANNA
ADDRESS AVAILABLE UPON REQUEST

LIVERNOCHE, IAN
ADDRESS AVAILABLE UPON REQUEST

LIVESAY, ABIE
ADDRESS AVAILABLE UPON REQUEST

LIVESAY, PIERCE
ADDRESS AVAILABLE UPON REQUEST

LIVESAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LIVESAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LIVESEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LIVESY, DORIS
ADDRESS AVAILABLE UPON REQUEST

LIVEVOX, INC.
655 MONTGOMERY STREET, STE 1000
SAN FRANCISCO, CA 94111

LIVIERATOS, KELLY
ADDRESS AVAILABLE UPON REQUEST

LIVIERO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

LIVINGOOD, MARY
ADDRESS AVAILABLE UPON REQUEST

LIVINGS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, ADRIEN
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, ELISA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, GARY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, KATE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, KEITH
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, PAM
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, ROBBYN-NICOLE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, STEVE AND CHELSEY
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTONE, ANNE
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTONE, LAURA
ADDRESS AVAILABLE UPON REQUEST

LIVINGSTONE, LINDA
ADDRESS AVAILABLE UPON REQUEST

LIVIS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LIVNEH, AVIA
ADDRESS AVAILABLE UPON REQUEST

LIVOLSI, KANA
ADDRESS AVAILABLE UPON REQUEST

LIVORSI, GINA
ADDRESS AVAILABLE UPON REQUEST

LIVOTI, MATT
ADDRESS AVAILABLE UPON REQUEST

LIVSEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LIVSEY, SANTANYA
ADDRESS AVAILABLE UPON REQUEST

LIWO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LIWSKI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LIXEY, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

LIXIA CAI
ADDRESS AVAILABLE UPON REQUEST

LIZ BIRD
ADDRESS AVAILABLE UPON REQUEST

LIZ CLEMENTS
ADDRESS UNAVAILABLE AT TIME OF FILING

LIZ, FRANKELY
ADDRESS AVAILABLE UPON REQUEST

LIZA GEONIE
ADDRESS AVAILABLE UPON REQUEST

LIZAMA-FONTAINE, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

LIZARAZO, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

LIZARAZU, JAIME
ADDRESS AVAILABLE UPON REQUEST

LIZARDO, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

LIZARDO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LIZARRAGA, NIKI
ADDRESS AVAILABLE UPON REQUEST

LIZCANO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LIZE-MARIE DREYER
ADDRESS AVAILABLE UPON REQUEST

LIZEWSKI, JONNA
ADDRESS AVAILABLE UPON REQUEST

LIZZA, MEG
ADDRESS AVAILABLE UPON REQUEST

LIZZARAGO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LIZZIO, BETH
ADDRESS AVAILABLE UPON REQUEST

LJESEVIC, ASHLEY AND VLAD
ADDRESS AVAILABLE UPON REQUEST

LJUBICIC, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LLAMAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

LLAMAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

LLAMOZAS, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

LLAMOZAS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

LLANAS ALEXAIEFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LLANES, RUBEN
ADDRESS AVAILABLE UPON REQUEST

LLANOS WILSON, ADANA
ADDRESS AVAILABLE UPON REQUEST

LLANTO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LLANTO, AMBER
ADDRESS AVAILABLE UPON REQUEST

LLAVE, KAPIOLANI
ADDRESS AVAILABLE UPON REQUEST

LLERENA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LLEWELLYN, ANA
ADDRESS AVAILABLE UPON REQUEST

LLEWELLYN, GAVIN
ADDRESS AVAILABLE UPON REQUEST

LLEWELLYN, JOHN
ADDRESS AVAILABLE UPON REQUEST

LLEWELLYN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LLOCKLEAR, DURANTE
ADDRESS AVAILABLE UPON REQUEST

LLORENTE, MONICA
ADDRESS AVAILABLE UPON REQUEST

LLORET, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LLOYD J COOK
ADDRESS AVAILABLE UPON REQUEST

LLOYD MARTIN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, ADAM
ADDRESS AVAILABLE UPON REQUEST

LLOYD, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, AMY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, ANNA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, BRODY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

LLOYD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LLOYD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

LLOYD, EMILY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, GERI
ADDRESS AVAILABLE UPON REQUEST

LLOYD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JAMES
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JENA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JO
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

LLOYD, LYNDI
ADDRESS AVAILABLE UPON REQUEST

LLOYD, MARY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, MCCAY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LLOYD, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LLOYD, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

LLOYD, ZENA
ADDRESS AVAILABLE UPON REQUEST

LLOYDS OF LONDON
ONE LIME STREET
LONDON  EC3M 7HA
UNITED KINGDOM

LLUBERES-PRATT, JAEME
ADDRESS AVAILABLE UPON REQUEST

LO SPIEDO
ADDRESS AVAILABLE UPON REQUEST

LO, ANNIE
ADDRESS AVAILABLE UPON REQUEST

LO, BLHAI
ADDRESS AVAILABLE UPON REQUEST

LO, GAONOU
ADDRESS AVAILABLE UPON REQUEST

LO, KA WING
ADDRESS AVAILABLE UPON REQUEST

LO, MARI
ADDRESS AVAILABLE UPON REQUEST

LO, SHAINA
ADDRESS AVAILABLE UPON REQUEST

LO, STACIE
ADDRESS AVAILABLE UPON REQUEST

LO, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LOACH, BETH
ADDRESS AVAILABLE UPON REQUEST

LOADDELIVERED LOGISTICS, LLC
DBA CAPSTONE LOGISTICS
640 N. LASALLE, SUITE 555
CHICAGO, IL  60654

LOAFMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOAIZA, JULIETA
ADDRESS AVAILABLE UPON REQUEST

LOANE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LOAR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LOAYZA, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

LOBAN, CARLA
ADDRESS AVAILABLE UPON REQUEST

LOBANENKOV, ILYA
ADDRESS AVAILABLE UPON REQUEST

LOBATO, CARLY
ADDRESS AVAILABLE UPON REQUEST

LOBATO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LOBATO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LOBB, ROY
ADDRESS AVAILABLE UPON REQUEST

LOBBEN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LOBBS, JESSE
ADDRESS AVAILABLE UPON REQUEST

LOBELO, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOBERG, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LOBERG-SONDERUP, KATE
ADDRESS AVAILABLE UPON REQUEST

LOBERT, ABBY
ADDRESS AVAILABLE UPON REQUEST

LOBERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LOBIANCO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LOBINSKY, CONRAD
ADDRESS AVAILABLE UPON REQUEST

LOBIONDO, REGINA
ADDRESS AVAILABLE UPON REQUEST

LOBIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LOBLEIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LOBO-CAVES, DARRAH
ADDRESS AVAILABLE UPON REQUEST

LOBOS, CONSUELO
ADDRESS AVAILABLE UPON REQUEST

LOBOSCO, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

LOBSINGER, CASS
ADDRESS AVAILABLE UPON REQUEST

LOBUE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LOBUE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

LOBUE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

LOCAL LA
1113 ELECTRIC AVE  4
VENICE, CA  90291

LOCANDA VERDE
ADDRESS UNAVAILABLE AT TIME OF FILING

LOCASCIO, STACEY
ADDRESS AVAILABLE UPON REQUEST

LOCASCIO, TERESA
ADDRESS AVAILABLE UPON REQUEST

LOCEY, AUBREY
ADDRESS AVAILABLE UPON REQUEST

LOCH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LOCH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LOCHAN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

LOCHARD, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LOCHHEAD, GRACE
ADDRESS AVAILABLE UPON REQUEST

LOCHMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOCHNER, JEANIE
ADDRESS AVAILABLE UPON REQUEST

LOCHRIE, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

LOCICERO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LOCK, ADAM
ADDRESS AVAILABLE UPON REQUEST

LOCK, CANDICE
ADDRESS AVAILABLE UPON REQUEST

LOCK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LOCKARD, COLLIN
ADDRESS AVAILABLE UPON REQUEST

LOCKARD, JESSE
ADDRESS AVAILABLE UPON REQUEST

LOCKARD, KAREN
ADDRESS AVAILABLE UPON REQUEST

LOCKARD, LURA
ADDRESS AVAILABLE UPON REQUEST

LOCKARD, MARY JO
ADDRESS AVAILABLE UPON REQUEST

LOCKART, KRISTII
ADDRESS AVAILABLE UPON REQUEST

LOCKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, ANETTA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOCKE, AUSTON
ADDRESS AVAILABLE UPON REQUEST

LOCKE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LOCKE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOCKE, INGA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, JOAN
ADDRESS AVAILABLE UPON REQUEST

LOCKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

LOCKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LOCKE, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LOCKE, LAYNE
ADDRESS AVAILABLE UPON REQUEST

LOCKE, LORI
ADDRESS AVAILABLE UPON REQUEST

LOCKE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LOCKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOCKE, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

LOCKE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LOCKE, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

LOCKEJC, K
ADDRESS AVAILABLE UPON REQUEST

LOCKEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

LOCKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOCKETT, ALEX
ADDRESS AVAILABLE UPON REQUEST

LOCKETT, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

LOCKETT, DAVID
ADDRESS AVAILABLE UPON REQUEST

LOCKETT, PIERCE
ADDRESS AVAILABLE UPON REQUEST

LOCKETTE, MARYCLARE
ADDRESS AVAILABLE UPON REQUEST

LOCKHARR, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, ANNA
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, CINDY
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, DEVON
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, KIM
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, SATRINA
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, SHARLENE
ADDRESS AVAILABLE UPON REQUEST

LOCKHART, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LOCKIE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, ARLANA
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, BARRY
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, GRADY
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, JEANNA
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, LEOMARYS
ADDRESS AVAILABLE UPON REQUEST

LOCKLEAR, STACY
ADDRESS AVAILABLE UPON REQUEST

LOCKMAN, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

LOCKMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOCKMAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LOCKMAN, EDD
ADDRESS AVAILABLE UPON REQUEST

LOCKRIDGE, GWEN
ADDRESS AVAILABLE UPON REQUEST

LOCKS ETC.
ADDRESS UNAVAILABLE AT TIME OF FILING

LOCKSHIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, JACK
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, JAMES
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, RENEE
ADDRESS AVAILABLE UPON REQUEST

LOCKWOOD, WILLARD
ADDRESS AVAILABLE UPON REQUEST

LOCOCO, SUREYA
ADDRESS AVAILABLE UPON REQUEST

LOCURTO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LOCUST, IVANA
ADDRESS AVAILABLE UPON REQUEST

LOCY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

LODATO, BRIDGID
ADDRESS AVAILABLE UPON REQUEST

LODGE, CONNOR
ADDRESS AVAILABLE UPON REQUEST

LODGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LODGE-SCHARFF, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

LODI VINTNERS INC
3750 E. WOODBRIDGE RD.
ACAMPO, CA  95220

LODL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LODL, SALLY
ADDRESS AVAILABLE UPON REQUEST

LODUCA, PROCOPIO
ADDRESS AVAILABLE UPON REQUEST

LOE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LOE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOEB, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LOEB, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LOEBELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOEBER, TRISTA
ADDRESS AVAILABLE UPON REQUEST

LOEBS, STACY
ADDRESS AVAILABLE UPON REQUEST

LOECHER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOECK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOEDING, ELYSE
ADDRESS AVAILABLE UPON REQUEST

LOEFFELHOLZ, LISA
ADDRESS AVAILABLE UPON REQUEST

LOEFFLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOEFFLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOEFFLER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LOEFFLER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LOEHR, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LOEHR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOEN, SOMER
ADDRESS AVAILABLE UPON REQUEST

LOERA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LOERA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOERTSCHER, SARA
ADDRESS AVAILABLE UPON REQUEST

LOESCH, DIANA
ADDRESS AVAILABLE UPON REQUEST

LOESCHE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LOESCHE, TORI
ADDRESS AVAILABLE UPON REQUEST

LOESER, ESTHER
ADDRESS AVAILABLE UPON REQUEST

LOESER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LOESSIN, JOE
ADDRESS AVAILABLE UPON REQUEST

LOEVEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LOEW, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LOEWEN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

LOEWENBERG, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LOEWENBERG, VALERIE
ADDRESS AVAILABLE UPON REQUEST

LOEWENSTEIN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

LOEWKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

LOEWS SANTA MONICA
ADDRESS UNAVAILABLE AT TIME OF FILING

LOEWS
ADDRESS UNAVAILABLE AT TIME OF FILING

LOEWY, FAITH
ADDRESS AVAILABLE UPON REQUEST

LOFARO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LOFARO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOFARO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOFBERG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LOFDAHL, IAN
ADDRESS AVAILABLE UPON REQUEST

LOFFMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

LOFFREDO, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LOFFREDO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LOFGREN, ASPEN
ADDRESS AVAILABLE UPON REQUEST

LOFGREN, DALE
ADDRESS AVAILABLE UPON REQUEST

LOFGREN, KYLE
ADDRESS AVAILABLE UPON REQUEST

LO-FINCH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LOFLAND, RYAN
ADDRESS AVAILABLE UPON REQUEST

LOFLIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOFT GROUP LLC
3315 COLLINS AVE
FAENA HOUSE MIAMI BEACH, FL  33140

LOFTERS, CR
ADDRESS AVAILABLE UPON REQUEST

LOFTHOUSE, DIANE
ADDRESS AVAILABLE UPON REQUEST

LOFTIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LOFTIN, SARA
ADDRESS AVAILABLE UPON REQUEST

LOFTIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOFTIS, MARIS
ADDRESS AVAILABLE UPON REQUEST

LOFTON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

LOFTON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LOFTON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

LOFTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LOFTON, GENEICE
ADDRESS AVAILABLE UPON REQUEST

LOFTON, JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

LOFTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LOFTON2, JESSIE
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, LARA
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, MARK
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, MARY
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOFTUS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LOFTUS-ROONEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOFY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LOGAL, ALEX
ADDRESS AVAILABLE UPON REQUEST

LOGALBO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LOGAN CHILDERS
ADDRESS AVAILABLE UPON REQUEST

LOGAN SMITH
ADDRESS AVAILABLE UPON REQUEST

LOGAN, A
ADDRESS AVAILABLE UPON REQUEST

LOGAN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

LOGAN, ASHTON
ADDRESS AVAILABLE UPON REQUEST

LOGAN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

LOGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LOGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LOGAN, DEAUNTHONY
ADDRESS AVAILABLE UPON REQUEST

LOGAN, ED
ADDRESS AVAILABLE UPON REQUEST

LOGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOGAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

LOGAN, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

LOGAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LOGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

LOGAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

LOGAN, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, LATONYA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MIA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOGAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

LOGAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOGAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

LOGAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LOGAN-GRAHAM, KAREN
ADDRESS AVAILABLE UPON REQUEST

LOGAR, KERI
ADDRESS AVAILABLE UPON REQUEST

LOGCHER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOGEMANN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LOGGINS, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

LOGOZZO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LOGOZZO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LOGRANDE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOGRASSO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOGSDON, THERESA
ADDRESS AVAILABLE UPON REQUEST

LOGSTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LOGUE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LOGUE, JULIE
ADDRESS AVAILABLE UPON REQUEST

LOGUE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LOGUE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LOGUE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

LOGUE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOGUERCIO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOGUIDICE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

LOGWOOD, TYNESHIA
ADDRESS AVAILABLE UPON REQUEST

LOH, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOH, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

LOH, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LOHBECK, MIKE
ADDRESS AVAILABLE UPON REQUEST

LOH-DOYLE, ASHLING
ADDRESS AVAILABLE UPON REQUEST

LOHI LABS
ADDRESS UNAVAILABLE AT TIME OF FILING

LOHIT KUMAR RANGINENI
ADDRESS AVAILABLE UPON REQUEST

LOHMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

LOHMAN, LANE
ADDRESS AVAILABLE UPON REQUEST

LOHMANN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOHMANN, LOUISE
ADDRESS AVAILABLE UPON REQUEST

LOHMEIER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LOHNES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LOHNES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LOHR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOHR, JEFF
ADDRESS AVAILABLE UPON REQUEST

LOHR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOHR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LOHR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOHR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LOHR, RUBY
ADDRESS AVAILABLE UPON REQUEST

LOHR, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LOHRENZ, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LOHRIUS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

LOHS, BEV
ADDRESS AVAILABLE UPON REQUEST

LOI, STACEY
ADDRESS AVAILABLE UPON REQUEST

LOIACANO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOIS A BLAKLEY
ADDRESS AVAILABLE UPON REQUEST

LOIS DUPONT, LOIS
ADDRESS AVAILABLE UPON REQUEST

LOIS JANE JONES
ADDRESS AVAILABLE UPON REQUEST

LOIS KOSCO
ADDRESS AVAILABLE UPON REQUEST

LOIS, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOIS, RANDY
ADDRESS AVAILABLE UPON REQUEST

LOISELLE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LOJEWSKI, BETH
ADDRESS AVAILABLE UPON REQUEST

LOK TING CHEUNG
ADDRESS AVAILABLE UPON REQUEST

LOK, JACQY
ADDRESS AVAILABLE UPON REQUEST

LOKESHWAR MADDINENI
ADDRESS AVAILABLE UPON REQUEST

LOKESHWAR MADDINENI
ADDRESS AVAILABLE UPON REQUEST

LOKHVITSKAIA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

LOKKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

LOKSHIN, ANATOLE
ADDRESS AVAILABLE UPON REQUEST

LOKUAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LOLA AMBROSI
ADDRESS AVAILABLE UPON REQUEST

LOLAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

LOLIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LOLL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LOLLAR, ELLA
ADDRESS AVAILABLE UPON REQUEST

LOLLI, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOLLI, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

LOLLI, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

LOLLIS, KEONA
ADDRESS AVAILABLE UPON REQUEST

LOLLIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOMA DEL RIO VINEYARDS, LLC
2004 FOX DRIVE SUITE L
CHAMPAIGN, IL  61820

LOMA DEL RIO VINEYARDS, LLC
ATTN: MATT PARKER, EVP
855 BORDEAUX WAY, SUITE 100
NAPA, CA  94558

LOMA LARGA VINEYARDS
VALAPARAISO CASILLA 139
SANTIAGO
CHILE

LOMAKA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOMAN, JEN
ADDRESS AVAILABLE UPON REQUEST

LOMAR, PRISCILA
ADDRESS AVAILABLE UPON REQUEST

LOMAS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LOMAS, JESSECA
ADDRESS AVAILABLE UPON REQUEST

LOMASCOLO, ERIN
ADDRESS AVAILABLE UPON REQUEST

LOMAX, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LOMAX, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOMAX, MOLLY
ADDRESS AVAILABLE UPON REQUEST

LOMAX, TRICIA
ADDRESS AVAILABLE UPON REQUEST

LOMBARD, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

LOMBARD, DONNA
ADDRESS AVAILABLE UPON REQUEST

LOMBARD, EMMY
ADDRESS AVAILABLE UPON REQUEST

LOMBARD, KELVIN
ADDRESS AVAILABLE UPON REQUEST

LOMBARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI VOLK, ALANA
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, ANNE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, JENAI
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDI, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, DONNA
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, FRANK
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, LARISSA
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, LEANN
ADDRESS AVAILABLE UPON REQUEST

LOMBARDO, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LOMBARI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOMBARI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LOMBELLO, FELIPE
ADDRESS AVAILABLE UPON REQUEST

LOMBER-GORDON, CASEY LEE
ADDRESS AVAILABLE UPON REQUEST

LOMBERT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LOMELI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOMELI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOMELI, ROSA
ADDRESS AVAILABLE UPON REQUEST

LOMEN, CASEY
ADDRESS AVAILABLE UPON REQUEST

LOMEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

LOMINY, BIANCA
ADDRESS AVAILABLE UPON REQUEST

LOMIS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LOMKER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LOMMEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOMMERIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

LOMON, LASHANDA
ADDRESS AVAILABLE UPON REQUEST

LOMONICO, RALPH
ADDRESS AVAILABLE UPON REQUEST

LOMUSCIO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

LONDEEN, TORI
ADDRESS AVAILABLE UPON REQUEST

LONDEREE, EMILY
ADDRESS AVAILABLE UPON REQUEST

LONDGREN, JACK
ADDRESS AVAILABLE UPON REQUEST

LONDIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LONDO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

LONDO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LONDON, FERRAH
ADDRESS AVAILABLE UPON REQUEST

LONDON, KAREN
ADDRESS AVAILABLE UPON REQUEST

LONDON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LONDONO, ALONDRA
ADDRESS AVAILABLE UPON REQUEST

LONDONO, MARIA
ADDRESS AVAILABLE UPON REQUEST

LONDOS, CLARICE
ADDRESS AVAILABLE UPON REQUEST

LONDOS, DEMI
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, AMY
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, BRIGID
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, GARY
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, KATE
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LONERGAN, SHEALYN
ADDRESS AVAILABLE UPON REQUEST

LONESOME, FIGBAR
ADDRESS AVAILABLE UPON REQUEST

LONEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

LONF, MATT
ADDRESS AVAILABLE UPON REQUEST

LONG ADAMS
ADDRESS AVAILABLE UPON REQUEST

LONG DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LONG DISTANCE BAKING
1889 COLORADO AVE.
BOISE, ID  83706

LONG DISTANCE BAKING
9129 QUAIL TERRACE WAY
ELK GROVE, CA  95624

LONG NGUYEN
ADDRESS AVAILABLE UPON REQUEST

LONG, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

LONG, ALANA
ADDRESS AVAILABLE UPON REQUEST

LONG, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LONG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LONG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LONG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LONG, AMELIA
ADDRESS AVAILABLE UPON REQUEST

LONG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LONG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LONG, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LONG, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

LONG, BREE
ADDRESS AVAILABLE UPON REQUEST

LONG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LONG, BRITT
ADDRESS AVAILABLE UPON REQUEST

LONG, BRYNN
ADDRESS AVAILABLE UPON REQUEST

LONG, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

LONG, CASSIE
ADDRESS AVAILABLE UPON REQUEST

LONG, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LONG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LONG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LONG, CINDY
ADDRESS AVAILABLE UPON REQUEST

LONG, CINDY
ADDRESS AVAILABLE UPON REQUEST

LONG, CINDY
ADDRESS AVAILABLE UPON REQUEST

LONG, DAN
ADDRESS AVAILABLE UPON REQUEST

LONG, DAN
ADDRESS AVAILABLE UPON REQUEST

LONG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LONG, DAVID
ADDRESS AVAILABLE UPON REQUEST

LONG, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LONG, DELANEY
ADDRESS AVAILABLE UPON REQUEST

LONG, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LONG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LONG, EMILIYA
ADDRESS AVAILABLE UPON REQUEST

LONG, EMILY
ADDRESS AVAILABLE UPON REQUEST

LONG, ERIN
ADDRESS AVAILABLE UPON REQUEST

LONG, ETHAN
ADDRESS AVAILABLE UPON REQUEST

LONG, GAIL
ADDRESS AVAILABLE UPON REQUEST

LONG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LONG, JARROD
ADDRESS AVAILABLE UPON REQUEST

LONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LONG, JENNY
ADDRESS AVAILABLE UPON REQUEST

LONG, JENNY
ADDRESS AVAILABLE UPON REQUEST

LONG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LONG, JIAQI
ADDRESS AVAILABLE UPON REQUEST

LONG, JIM
ADDRESS AVAILABLE UPON REQUEST

LONG, JOE
ADDRESS AVAILABLE UPON REQUEST

LONG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LONG, JULIE
ADDRESS AVAILABLE UPON REQUEST

LONG, JULIE
ADDRESS AVAILABLE UPON REQUEST

LONG, KASSONDRA
ADDRESS AVAILABLE UPON REQUEST

LONG, KELLY
ADDRESS AVAILABLE UPON REQUEST

LONG, KELLY
ADDRESS AVAILABLE UPON REQUEST

LONG, KENDELL
ADDRESS AVAILABLE UPON REQUEST

LONG, KENNY
ADDRESS AVAILABLE UPON REQUEST

LONG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LONG, KINSEY
ADDRESS AVAILABLE UPON REQUEST

LONG, KRISTY
ADDRESS AVAILABLE UPON REQUEST

LONG, KYLE
ADDRESS AVAILABLE UPON REQUEST

LONG, KYLE
ADDRESS AVAILABLE UPON REQUEST

LONG, LAURA
ADDRESS AVAILABLE UPON REQUEST

LONG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LONG, LEA
ADDRESS AVAILABLE UPON REQUEST

LONG, LEA
ADDRESS AVAILABLE UPON REQUEST

LONG, LING
ADDRESS AVAILABLE UPON REQUEST

LONG, LISA
ADDRESS AVAILABLE UPON REQUEST

LONG, LISA
ADDRESS AVAILABLE UPON REQUEST

LONG, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LONG, MARY
ADDRESS AVAILABLE UPON REQUEST

LONG, MARY
ADDRESS AVAILABLE UPON REQUEST

LONG, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LONG, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

LONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LONG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LONG, MERRILL
ADDRESS AVAILABLE UPON REQUEST

LONG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LONG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LONG, MICHAELE
ADDRESS AVAILABLE UPON REQUEST

LONG, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LONG, MORGANL
ADDRESS AVAILABLE UPON REQUEST

LONG, NEIL
ADDRESS AVAILABLE UPON REQUEST

LONG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LONG, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LONG, PENNY
ADDRESS AVAILABLE UPON REQUEST

LONG, PHILIP
ADDRESS AVAILABLE UPON REQUEST

LONG, RENA
ADDRESS AVAILABLE UPON REQUEST

LONG, ROGER
ADDRESS AVAILABLE UPON REQUEST

LONG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LONG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LONG, SARAH
ADDRESS AVAILABLE UPON REQUEST

LONG, STACIE
ADDRESS AVAILABLE UPON REQUEST

LONG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LONG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LONG, TARA
ADDRESS AVAILABLE UPON REQUEST

LONG, TERRI
ADDRESS AVAILABLE UPON REQUEST

LONG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LONG, TRACY
ADDRESS AVAILABLE UPON REQUEST

LONG, TRACY
ADDRESS AVAILABLE UPON REQUEST

LONG, TRACY
ADDRESS AVAILABLE UPON REQUEST

LONG, TRINA
ADDRESS AVAILABLE UPON REQUEST

LONG, UNIQUE
ADDRESS AVAILABLE UPON REQUEST

LONG, VEASNA
ADDRESS AVAILABLE UPON REQUEST

LONG, VICTOR
ADDRESS AVAILABLE UPON REQUEST

LONG, WARREN
ADDRESS AVAILABLE UPON REQUEST

LONG, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LONG, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

LONG, WILSON
ADDRESS AVAILABLE UPON REQUEST

LONGACRE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LONGACRE, DAISY
ADDRESS AVAILABLE UPON REQUEST

LONGACRE, MYA
ADDRESS AVAILABLE UPON REQUEST

LONGACRE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LONGARDNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LONGBRAKE, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

LONGDON, WINALL
ADDRESS AVAILABLE UPON REQUEST

LONGE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LONGE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

LONGEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LONGENBACH, SARAH
ADDRESS AVAILABLE UPON REQUEST

LONGENBERGER, LESTER
ADDRESS AVAILABLE UPON REQUEST

LONGENECKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

LONGENECKER, RUTH
ADDRESS AVAILABLE UPON REQUEST

LONGFELLOW, EBEN
ADDRESS AVAILABLE UPON REQUEST

LONGFORD, NICOLA
ADDRESS AVAILABLE UPON REQUEST

LONG-HANOVER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LONGHORN STEAKHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

LONGHURST, JAREN
ADDRESS AVAILABLE UPON REQUEST

LONGINO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LONGLEY, JO
ADDRESS AVAILABLE UPON REQUEST

LONGLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LONGMUIR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LONGO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LONGO, JAMI
ADDRESS AVAILABLE UPON REQUEST

LONGO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LONGO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LONGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LONGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LONGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LONGO, NINA
ADDRESS AVAILABLE UPON REQUEST

LONGO, SHARON
ADDRESS AVAILABLE UPON REQUEST

LONGO, SHARON
ADDRESS AVAILABLE UPON REQUEST

LONGO, SUNNY
ADDRESS AVAILABLE UPON REQUEST

LONGONI, ANTONELLA
ADDRESS AVAILABLE UPON REQUEST

LONGORIA GARCIA, SIMONE
ADDRESS AVAILABLE UPON REQUEST

LONGORIA, NEYLU
ADDRESS AVAILABLE UPON REQUEST

LONGORIA, NORMA
ADDRESS AVAILABLE UPON REQUEST

LONGSDORF, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LONGSHORE, DAVENA
ADDRESS AVAILABLE UPON REQUEST

LONG-SIMPSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LONGSTAFF, KERRI
ADDRESS AVAILABLE UPON REQUEST

LONGSTREET, JANE
ADDRESS AVAILABLE UPON REQUEST

LONGSTREET, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LONGSTRETH, SHELBYANNA
ADDRESS AVAILABLE UPON REQUEST

LONGTAIN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LONGTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LONGUEIRA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LONGVILLE, RANDI
ADDRESS AVAILABLE UPON REQUEST

LONGWELL, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LONGYEAR, CASEY
ADDRESS AVAILABLE UPON REQUEST

LONNEMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LONNIE HAWKINS
ADDRESS AVAILABLE UPON REQUEST

LONNING, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LONSENMAN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

LONTINE, JOY
ADDRESS AVAILABLE UPON REQUEST

LONTRATO, KARIN
ADDRESS AVAILABLE UPON REQUEST

LOOCK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LOOEZ, PAM
ADDRESS AVAILABLE UPON REQUEST

LOOFT, CANDACE
ADDRESS AVAILABLE UPON REQUEST

LOOK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

LOOK, MARIE
ADDRESS AVAILABLE UPON REQUEST

LOOKABAUGH, DIANA
ADDRESS AVAILABLE UPON REQUEST

LOOKE, CARLYE
ADDRESS AVAILABLE UPON REQUEST

LOOMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, ADAM
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, ALIX
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, BRADY
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, KARI
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOOMIS, SUSANA
ADDRESS AVAILABLE UPON REQUEST

LOONAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

LOONEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

LOONEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

LOONEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOONEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOONEY, KARA
ADDRESS AVAILABLE UPON REQUEST

LOONEY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

LOOP, TYLER
ADDRESS AVAILABLE UPON REQUEST

LOOPER, REGINA
ADDRESS AVAILABLE UPON REQUEST

LOOS, JAKE
ADDRESS AVAILABLE UPON REQUEST

LOOS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LOOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LOOTENS, KATE
ADDRESS AVAILABLE UPON REQUEST

LOOTS, MARY
ADDRESS AVAILABLE UPON REQUEST

LOPARDI, TRACIE
ADDRESS AVAILABLE UPON REQUEST

LOPARNOS, PANDELIS
ADDRESS AVAILABLE UPON REQUEST

LOPARO, MAE
ADDRESS AVAILABLE UPON REQUEST

LOPAS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LOPATIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOPDRUP, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOPER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOPER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LOPER, JULIA
ADDRESS AVAILABLE UPON REQUEST

LOPER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOPERENA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LOPERENA, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

LOPES, ALISHA
ADDRESS AVAILABLE UPON REQUEST

LOPES, ANA
ADDRESS AVAILABLE UPON REQUEST

LOPES, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

LOPES, ELAINE
ADDRESS AVAILABLE UPON REQUEST

LOPES, IVETTE
ADDRESS AVAILABLE UPON REQUEST

LOPES, JANET
ADDRESS AVAILABLE UPON REQUEST

LOPES, JEN
ADDRESS AVAILABLE UPON REQUEST

LOPES, KEELY
ADDRESS AVAILABLE UPON REQUEST

LOPES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LOPES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ ANDREU, LAURA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ DAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ DORIGA, MARIA JOSE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ABBIGAIL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ADAIAH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, AGAPITO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, AGNES
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, AL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANDRES
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ARLEY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, BITA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CARINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CAROL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CASILDA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, COREY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CORRINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DAISY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DAYNA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DELFINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DENNIS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DESIREE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ERICCA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ESIAS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ESPERANZA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, FARALENY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, FELIX GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GABE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GABRIELA M.
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GARRETT
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GISELLE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GIULIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GLORIBELL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GLORYBELL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, HERIBERTO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, IAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, IGNACIO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, IVY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JACQLENE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JESSE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JESUS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JUDY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KARELIS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KEITH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KEREN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KERRIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KRISTY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, KYLA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LEXI
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LISABETTE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LOLIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LORENA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LORENA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LORISE C
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, LUJAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MAIDELIN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MANUE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MARITZA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MARY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MELINDA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MELISSAL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MERCY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MILENA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, MIREYA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NAOMI
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NATHALIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NELSON
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, NORMA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RALPH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RAUL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RICARDO
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ROBYN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, RONALD
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ROSALINDA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SARAI
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SELINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SILVIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SINDY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SOFIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, SORALY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, STELLA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, TINA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, TOMMY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VAL
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, VIOLETA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, WANDA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, YAJAIRA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ-BALBOA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ-EDWARDS, ANA
ADDRESS AVAILABLE UPON REQUEST

LOPEZ-GRANTHAM, JESS
ADDRESS AVAILABLE UPON REQUEST

LOPEZ-LUNA, NANCY
ADDRESS AVAILABLE UPON REQUEST

LOPEZ-RHODEN, RAISA
ADDRESS AVAILABLE UPON REQUEST

LOPIANO, ANNE
ADDRESS AVAILABLE UPON REQUEST

LOPICCOLO, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

LOPINTO, GINA
ADDRESS AVAILABLE UPON REQUEST

LOPINTO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOPRESTI LEE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LOPRESTI, KASSI
ADDRESS AVAILABLE UPON REQUEST

LORA MANSKE
ADDRESS AVAILABLE UPON REQUEST

LORA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LORACE RIMANDO MANALO
ADDRESS AVAILABLE UPON REQUEST

LORAH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LORALIE MCGUIRE BRENNEN
ADDRESS AVAILABLE UPON REQUEST

LORAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

LORAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LORANGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LORANT, LISA
ADDRESS AVAILABLE UPON REQUEST

LORBER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LORCAN CONOR MAGUIRE
ADDRESS AVAILABLE UPON REQUEST

LORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LORD, CINDY
ADDRESS AVAILABLE UPON REQUEST

LORD, EMILY
ADDRESS AVAILABLE UPON REQUEST

LORD, KAREN
ADDRESS AVAILABLE UPON REQUEST

LORD, LANEY
ADDRESS AVAILABLE UPON REQUEST

LORD, LISA
ADDRESS AVAILABLE UPON REQUEST

LORD, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

LORD, MARIA
ADDRESS AVAILABLE UPON REQUEST

LORD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LORD, ROB
ADDRESS AVAILABLE UPON REQUEST

LORDE, AZANA
ADDRESS AVAILABLE UPON REQUEST

LORDOS, MARJIE
ADDRESS AVAILABLE UPON REQUEST

LORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LORE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

LOREDO, ESTER
ADDRESS AVAILABLE UPON REQUEST

LOREINA CORWIN
ADDRESS AVAILABLE UPON REQUEST

LORER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LORELL, JENNIFFER
ADDRESS AVAILABLE UPON REQUEST

LOREN CARMON
ADDRESS AVAILABLE UPON REQUEST

LOREN HAMILTON
ADDRESS AVAILABLE UPON REQUEST

LOREN LEE
ADDRESS AVAILABLE UPON REQUEST

LOREN STASSART
ADDRESS AVAILABLE UPON REQUEST

LOREN WOOD
ADDRESS AVAILABLE UPON REQUEST

LOREN, CHERISE
ADDRESS AVAILABLE UPON REQUEST

LOREN, MARISHA
ADDRESS AVAILABLE UPON REQUEST

LOREN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LORENA MOTRENEC
ADDRESS AVAILABLE UPON REQUEST

LORENE MANN
ADDRESS AVAILABLE UPON REQUEST

LORENSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LORENTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LORENTZEN, HARMONY
ADDRESS AVAILABLE UPON REQUEST

LORENZ WEIDL
ADDRESS AVAILABLE UPON REQUEST

LORENZ, LARRY
ADDRESS AVAILABLE UPON REQUEST

LORENZ, LISA
ADDRESS AVAILABLE UPON REQUEST

LORENZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LORENZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LORENZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LORENZ, TED
ADDRESS AVAILABLE UPON REQUEST

LORENZA
ADDRESS UNAVAILABLE AT TIME OF FILING

LORENZANA, ELENA
ADDRESS AVAILABLE UPON REQUEST

LORENZANO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LORENZATO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LORENZEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LORENZEN, JOE
ADDRESS AVAILABLE UPON REQUEST

LORENZET, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LORENZO, JULIA
ADDRESS AVAILABLE UPON REQUEST

LORENZO, MANNY
ADDRESS AVAILABLE UPON REQUEST

LORENZO, MELISA
ADDRESS AVAILABLE UPON REQUEST

LORENZO, RITA
ADDRESS AVAILABLE UPON REQUEST

LORETO, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

LORETTA FRIDLUND
ADDRESS AVAILABLE UPON REQUEST

LORETTA WALSH
ADDRESS AVAILABLE UPON REQUEST

LORETTA, SAL
ADDRESS AVAILABLE UPON REQUEST

LORGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LORI BAITY
ADDRESS AVAILABLE UPON REQUEST

LORI BELLEW
ADDRESS AVAILABLE UPON REQUEST

LORI CORDERO, 1969
ADDRESS AVAILABLE UPON REQUEST

LORI FURNACE
ADDRESS AVAILABLE UPON REQUEST

LORI GLONEK
ADDRESS AVAILABLE UPON REQUEST

LORI HUNT
ADDRESS AVAILABLE UPON REQUEST

LORI KOMAROMI
ADDRESS AVAILABLE UPON REQUEST

LORI LYNN TORGERSON
ADDRESS AVAILABLE UPON REQUEST

LORI MILLER
ADDRESS AVAILABLE UPON REQUEST

LORI OBRIEN
ADDRESS AVAILABLE UPON REQUEST

LORI SCHLECHT
ADDRESS AVAILABLE UPON REQUEST

LORI VOLHEIM
ADDRESS UNAVAILABLE AT TIME OF FILING

LORI, HAWKINS,
ADDRESS AVAILABLE UPON REQUEST

LORIA, DENEEN
ADDRESS AVAILABLE UPON REQUEST

LORIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LORIA, MARIO
ADDRESS AVAILABLE UPON REQUEST

LORIE BAIRD
ADDRESS AVAILABLE UPON REQUEST

LORIEN STERN
8012 N BULL RUN ST
INYOKERN, CA  93527

LORING, JANA
ADDRESS AVAILABLE UPON REQUEST

LORING, SARAH
ADDRESS AVAILABLE UPON REQUEST

LORING, SHERRILL
ADDRESS AVAILABLE UPON REQUEST

LORNA GORNY
ADDRESS AVAILABLE UPON REQUEST

LOROW, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LORRAINE BALL, ALISON
ADDRESS AVAILABLE UPON REQUEST

LORRAINE DEMUITIIS, BRUNOS SALON
ADDRESS AVAILABLE UPON REQUEST

LORRAINE HAIYAN KO
ADDRESS AVAILABLE UPON REQUEST

LORRAINE KELLAM
ADDRESS AVAILABLE UPON REQUEST

LORRAINE MICHALSKI
ADDRESS AVAILABLE UPON REQUEST

LORRAINE RUBIO
ADDRESS AVAILABLE UPON REQUEST

LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LORRAINE, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

LORRI WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

LORSCHEIDER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LORSON, PAM
ADDRESS AVAILABLE UPON REQUEST

LORUSSO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LORUSSO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LORUSSO, PAUL
ADDRESS AVAILABLE UPON REQUEST

LORY, AMBER
ADDRESS AVAILABLE UPON REQUEST

LORYBETH VENTURA
ADDRESS AVAILABLE UPON REQUEST

LORZEME, WEDLINSON
ADDRESS AVAILABLE UPON REQUEST

LOS ANGELES COUNTY REGISTRAR-
RECORDER/COUNTY CLERK
12400 IMPERIAL HWY.
NORWALK, CA  90650

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54027
LOS ANGELES, CA  90054-0027

LOS ANGELES PHILHARMONIC ASSOC
ATTN: GENERAL COUNSEL
151 S GRAND AVE
LOS ANGELES, CA  90012-3034

LOS ANGELES PHILHARMONIC ASSOC
ATTN: STEFANIE SPRESTER
151 S GRAND AVE
LOS ANGELES, CA  90012-3034

LOS ANGELES PHILHARMONIC ASSOC
ATTN: STEFANIE SPRESTER
151 S GRAND AVE
STEFANIE SPRESTER
LOS ANGELES, CA  90012-3034

LOS ANGELES WINE CO
ADDRESS UNAVAILABLE AT TIME OF FILING

LOS FIELDS, INC (F.K.A NATURAL
MERCHANTS, INC)
ADDRESS UNAVAILABLE AT TIME OF FILING

LOS ROBLES CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

LOSACCO, KIERA
ADDRESS AVAILABLE UPON REQUEST

LOSACK, PAT
ADDRESS AVAILABLE UPON REQUEST

LOSADA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LOSANOZ, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LOSAPIO, DELIA
ADDRESS AVAILABLE UPON REQUEST

LOSCH, JENA
ADDRESS AVAILABLE UPON REQUEST

LOSCH, KAIZA
ADDRESS AVAILABLE UPON REQUEST

LOSCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOSCHEIDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

LOSCHEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

LOSCHINSKEY, JAIME
ADDRESS AVAILABLE UPON REQUEST

LOSEE, ANNIQUE
ADDRESS AVAILABLE UPON REQUEST

LOSETH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

LOSH, ERIN
ADDRESS AVAILABLE UPON REQUEST

LOSHAW, KYLE
ADDRESS AVAILABLE UPON REQUEST

LOSITO, DAWN
ADDRESS AVAILABLE UPON REQUEST

LOSLO, BILL & ROXANNE
ADDRESS AVAILABLE UPON REQUEST

LOSONGCO, EUGENE
ADDRESS AVAILABLE UPON REQUEST

LOSOW, EVAN
ADDRESS AVAILABLE UPON REQUEST

LOSOYA, RUBY
ADDRESS AVAILABLE UPON REQUEST

LOSPINUSO, KATHY
ADDRESS AVAILABLE UPON REQUEST

LOSS, JACOB
ADDRESS AVAILABLE UPON REQUEST

LOSSA, FABIAN
ADDRESS AVAILABLE UPON REQUEST

LOSSE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LOSSER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LOSTY, JAY
ADDRESS AVAILABLE UPON REQUEST

LOT 18
ADDRESS UNAVAILABLE AT TIME OF FILING

LOTESTA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LOTHROP, DEAN
ADDRESS AVAILABLE UPON REQUEST

LOTHSCHUETZ, JANE
ADDRESS AVAILABLE UPON REQUEST

LOTITO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LOTSPEICH, LAINE
ADDRESS AVAILABLE UPON REQUEST

LOTSPEICH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOTSTEIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LOTT, AARON
ADDRESS AVAILABLE UPON REQUEST

LOTT, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

LOTT, ALEX
ADDRESS AVAILABLE UPON REQUEST

LOTT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

LOTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LOTT, ANTHIA
ADDRESS AVAILABLE UPON REQUEST

LOTT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOTT, DECLAN
ADDRESS AVAILABLE UPON REQUEST

LOTT, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LOTT, JUDI
ADDRESS AVAILABLE UPON REQUEST

LOTT, LISA
ADDRESS AVAILABLE UPON REQUEST

LOTT, MIA
ADDRESS AVAILABLE UPON REQUEST

LOTT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LOTTERING, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LOTTERMAN, BETTY
ADDRESS AVAILABLE UPON REQUEST

LOTTES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOTTES-LIVINGSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOTTINGER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

LOTTS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

LOTUFO, SHERRY
ADDRESS AVAILABLE UPON REQUEST

LOTUS CAPITAL LLC
ADDRESS AVAILABLE UPON REQUEST

LOTWICH, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOTZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

LOTZ, MARIELENA
ADDRESS AVAILABLE UPON REQUEST

LOTZER, JULIE
ADDRESS AVAILABLE UPON REQUEST

LOU, FANGHUA
ADDRESS AVAILABLE UPON REQUEST

LOU, FANGHUA
ADDRESS AVAILABLE UPON REQUEST

LOU, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LOU, REACHAL
ADDRESS AVAILABLE UPON REQUEST

LOU, WENG
ADDRESS AVAILABLE UPON REQUEST

LOUCKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LOUCKS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LOUDDER, TWILA
ADDRESS AVAILABLE UPON REQUEST

LOUDON, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

LOUDON, DARCIE
ADDRESS AVAILABLE UPON REQUEST

LOUDON, RITA
ADDRESS AVAILABLE UPON REQUEST

LOUDON, SARA
ADDRESS AVAILABLE UPON REQUEST

LOUGEE, ELISE
ADDRESS AVAILABLE UPON REQUEST

LOUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOUGH, TAMMY
ADDRESS AVAILABLE UPON REQUEST

LOUGHEAD, AMY
ADDRESS AVAILABLE UPON REQUEST

LOUGHLIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LOUGHLIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOUGHMAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

LOUGHMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOUGHNEY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

LOUGHNEY, CAYLA
ADDRESS AVAILABLE UPON REQUEST

LOUGHRAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

LOUGHRAN, NEIDIN
ADDRESS AVAILABLE UPON REQUEST

LOUGHREY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LOUGHRIGE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LOUGON, HELLEN
ADDRESS AVAILABLE UPON REQUEST

LOUGOVTSOV, ALEX
ADDRESS AVAILABLE UPON REQUEST

LOUH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOUI, WARREN
ADDRESS AVAILABLE UPON REQUEST

LOUIE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

LOUIE, DERRICK
ADDRESS AVAILABLE UPON REQUEST

LOUIS H EWING
ADDRESS AVAILABLE UPON REQUEST

LOUIS RONALD PETERS
ADDRESS AVAILABLE UPON REQUEST

LOUIS, SPAETH
ADDRESS AVAILABLE UPON REQUEST

LOUIS, DIAN
ADDRESS AVAILABLE UPON REQUEST

LOUIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

LOUIS, ERLAND
ADDRESS AVAILABLE UPON REQUEST

LOUIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOUIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOUIS, MAYA
ADDRESS AVAILABLE UPON REQUEST

LOUISE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOUISIANA DEPARTMENT OF REVENUE
ALCOHOL AND TOBACCO CONTROL OFFICE
7979 INDEPENDENCE BLVD.
BATON ROUGE, LA  70806

LOUISIANA DEPT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE, LA  70821

LOUISIANA DEPT OF REVENUE
TAXPAYER SERVICES DIV EXCISE TAX
SECTION
P.O. BOX 201
BATON ROUGE, LA  70821-0201

LOUISIANA SECURITIES DIVISION
8660 UNITED PLAZA BLVD.
2ND FLOOR
BATON ROUGE, LA  70809

LOUISIANA WORKFORCE COMMISSION
1001 N 23RD ST
BATON ROUGE, LA  70802

LOUIS-JACQUES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOUISSAINT, ALEX
ADDRESS AVAILABLE UPON REQUEST

LOUISSAINT, BURTON
ADDRESS AVAILABLE UPON REQUEST

LOUISSAINT, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

LOUISSAINT, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

LOUKAS, ANNE
ADDRESS AVAILABLE UPON REQUEST

LOUKO, KERRIN
ADDRESS AVAILABLE UPON REQUEST

LOULA, MARLENE
ADDRESS AVAILABLE UPON REQUEST

LOUNDER, HILARY
ADDRESS AVAILABLE UPON REQUEST

LOUNELLO, ALBERT
ADDRESS AVAILABLE UPON REQUEST

LOUNSBERRY, SARA
ADDRESS AVAILABLE UPON REQUEST

LOUNSBURY, EMMET
ADDRESS AVAILABLE UPON REQUEST

LOUNSBURY, TODD
ADDRESS AVAILABLE UPON REQUEST

LOUPE, JO ANN
ADDRESS AVAILABLE UPON REQUEST

LOURDEAU, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LOURDES, MELO,
ADDRESS AVAILABLE UPON REQUEST

LOURENCO, MANUEL
ADDRESS AVAILABLE UPON REQUEST

LOURIGAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

LOUSSIANT, LILIANNE
ADDRESS AVAILABLE UPON REQUEST

LOUTY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOUVARIS, PETER
ADDRESS AVAILABLE UPON REQUEST

LOUVAU, JULIE
ADDRESS AVAILABLE UPON REQUEST

LOUVIERE, ROY
ADDRESS AVAILABLE UPON REQUEST

LOUW, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOUW, TEGAN
ADDRESS AVAILABLE UPON REQUEST

LOUY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LOUZON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

LOVALLO, JASON
ADDRESS AVAILABLE UPON REQUEST

LOVALLO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LOVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOVAS, ILDIKO
ADDRESS AVAILABLE UPON REQUEST

LOVATO, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

LOVATO, CHERISE
ADDRESS AVAILABLE UPON REQUEST

LOVATO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOVATOS, RAUL
ADDRESS AVAILABLE UPON REQUEST

LOVE AND SALT
ADDRESS UNAVAILABLE AT TIME OF FILING

LOVE& LLC
25292 ELM CT
MISSION VIEJO, CA  92691

LOVE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LOVE, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

LOVE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LOVE, CASSIDAY
ADDRESS AVAILABLE UPON REQUEST

LOVE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LOVE, CHERISH
ADDRESS AVAILABLE UPON REQUEST

LOVE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LOVE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LOVE, DARRELL
ADDRESS AVAILABLE UPON REQUEST

LOVE, DECARLOS
ADDRESS AVAILABLE UPON REQUEST

LOVE, DOREEN
ADDRESS AVAILABLE UPON REQUEST

LOVE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LOVE, ERVINIA
ADDRESS AVAILABLE UPON REQUEST

LOVE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

LOVE, GINA
ADDRESS AVAILABLE UPON REQUEST

LOVE, JANICE
ADDRESS AVAILABLE UPON REQUEST

LOVE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOVE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LOVE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

LOVE, KATIE
ADDRESS AVAILABLE UPON REQUEST

LOVE, KENTWAN
ADDRESS AVAILABLE UPON REQUEST

LOVE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LOVE, LAURA
ADDRESS AVAILABLE UPON REQUEST

LOVE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

LOVE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LOVE, LUCY
ADDRESS AVAILABLE UPON REQUEST

LOVE, MARGY
ADDRESS AVAILABLE UPON REQUEST

LOVE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LOVE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LOVE, NELL
ADDRESS AVAILABLE UPON REQUEST

LOVE, PIERRE
ADDRESS AVAILABLE UPON REQUEST

LOVE, RYAN
ADDRESS AVAILABLE UPON REQUEST

LOVE, SARA
ADDRESS AVAILABLE UPON REQUEST

LOVE, SEAN
ADDRESS AVAILABLE UPON REQUEST

LOVE, SEENA
ADDRESS AVAILABLE UPON REQUEST

LOVE, SELENA
ADDRESS AVAILABLE UPON REQUEST

LOVE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

LOVE, WILLIE
ADDRESS AVAILABLE UPON REQUEST

LOVECCHIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LOVEDAY, SARA
ADDRESS AVAILABLE UPON REQUEST

LOVEDAY-CORBETT, JUDY
ADDRESS AVAILABLE UPON REQUEST

LOVEJOY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LOVEJOY, BLAIR
ADDRESS AVAILABLE UPON REQUEST

LOVEJOY, MANDY
ADDRESS AVAILABLE UPON REQUEST

LOVEJOY, RENEE
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, BRANDY
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, DAVID
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, HOYT
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, JOHN TRUE
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, LONEY
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOVELACE, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

LOVELAND, CHARIS
ADDRESS AVAILABLE UPON REQUEST

LOVELAND, CORINNE
ADDRESS AVAILABLE UPON REQUEST

LOVELAND, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

LOVELESS, GWEN
ADDRESS AVAILABLE UPON REQUEST

LOVELESS, KALLEN
ADDRESS AVAILABLE UPON REQUEST

LOVELESS, LISA
ADDRESS AVAILABLE UPON REQUEST

LOVELL, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

LOVELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LOVELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LOVELL, JODI
ADDRESS AVAILABLE UPON REQUEST

LOVELL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LOVELL, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

LOVELLO, LISA
ADDRESS AVAILABLE UPON REQUEST

LOVELY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LOVELY, KRYSTYN
ADDRESS AVAILABLE UPON REQUEST

LOVELY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LOVELY-KENNEDY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

LOVEQUIST, MARK
ADDRESS AVAILABLE UPON REQUEST

LOVER, BOOK
ADDRESS AVAILABLE UPON REQUEST

LOVERAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOVERCAMP HULSEY, JENAE
ADDRESS AVAILABLE UPON REQUEST

LOVERDE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LOVERDE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LOVERDE-RHEINHEIMER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

LOVERIDGE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOVERN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LOVERRO, CALEB
ADDRESS AVAILABLE UPON REQUEST

LOVETT, CASEY
ADDRESS AVAILABLE UPON REQUEST

LOVETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOVETT, JAMES
ADDRESS AVAILABLE UPON REQUEST

LOVETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOVETT, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LOVETT, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

LOVETT, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LOVETT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LOVETT, RENEE
ADDRESS AVAILABLE UPON REQUEST

LOVETT, SHANNA
ADDRESS AVAILABLE UPON REQUEST

LOVETTE, KAREN
ADDRESS AVAILABLE UPON REQUEST

LOVGREN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOVHAUG, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LOVING, KATE
ADDRESS AVAILABLE UPON REQUEST

LOVING, LISA
ADDRESS AVAILABLE UPON REQUEST

LOVING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOVINGFOSS, EVAN
ADDRESS AVAILABLE UPON REQUEST

LOVINGGOOD, JOSH
ADDRESS AVAILABLE UPON REQUEST

LOVINGS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

LOVINS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

LOVITT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LOVO, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

LOVOS, CHELSI
ADDRESS AVAILABLE UPON REQUEST

LOVOY, EMILY
ADDRESS AVAILABLE UPON REQUEST

LOVULLO, DAN
ADDRESS AVAILABLE UPON REQUEST

LOVULLO, STEVIE
ADDRESS AVAILABLE UPON REQUEST

LOVVO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LOVVORN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LOVVORN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LOW BRAU
ADDRESS UNAVAILABLE AT TIME OF FILING

LOW, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LOW, LINDA
ADDRESS AVAILABLE UPON REQUEST

LOW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LOWCOCK, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LOWDEN, LISA
ADDRESS AVAILABLE UPON REQUEST

LOWDEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LOWDEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LOWDER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LOWE, ALY
ADDRESS AVAILABLE UPON REQUEST

LOWE, AMBER
ADDRESS AVAILABLE UPON REQUEST

LOWE, AMBER
ADDRESS AVAILABLE UPON REQUEST

LOWE, ANNA
ADDRESS AVAILABLE UPON REQUEST

LOWE, ARIANA
ADDRESS AVAILABLE UPON REQUEST

LOWE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

LOWE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LOWE, BETH
ADDRESS AVAILABLE UPON REQUEST

LOWE, BRITNI
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| LOWE, CHANTALL<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, CHRISTINA<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, CHRISTINE<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, CLARESSA<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, DANA<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, DEBBIE<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, ERIC<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, GUINNEVERE<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, HOPE<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, JACQUELYN<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, JANET<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, JESS<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, JODI<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, JOHN<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, JR., KENNETH<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, KATHLEEN<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, KELLY<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, KIRSTEN<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, LINDSEY<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, LORI<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, LYDIA<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, MARY KATE<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, MEGAN<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, MEGHAN<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, MELINA<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, MEREDITH<br>ADDRESS AVAILABLE UPON REQUEST |
| LOWE, MICHELLE<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, ORIS<br>ADDRESS AVAILABLE UPON REQUEST | LOWE, RILEY<br>ADDRESS AVAILABLE UPON REQUEST |

LOWE, RON
ADDRESS AVAILABLE UPON REQUEST

LOWE, ROSEY
ADDRESS AVAILABLE UPON REQUEST

LOWE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOWE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOWE, SARAJANE
ADDRESS AVAILABLE UPON REQUEST

LOWE, SHAMBREE
ADDRESS AVAILABLE UPON REQUEST

LOWE, STACY
ADDRESS AVAILABLE UPON REQUEST

LOWE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LOWELL WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

LOWELL, COURTNAY
ADDRESS AVAILABLE UPON REQUEST

LOWELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

LOWELL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

LOWELL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

LOWELL, NAOMI
ADDRESS AVAILABLE UPON REQUEST

LOWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOWELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LOWENHAUPT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ  07068

LOWENSTEIN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

LOWENSTEIN, RUTH
ADDRESS AVAILABLE UPON REQUEST

LOWENSTEIN, SHARON D.
ADDRESS AVAILABLE UPON REQUEST

LOWENTHAL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LOWENTHAL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LOWENTHAL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LOWER, BRETT
ADDRESS AVAILABLE UPON REQUEST

LOWER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LOWER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LOWEREE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOWERY, CAROL
ADDRESS AVAILABLE UPON REQUEST

LOWERY, EVAN
ADDRESS AVAILABLE UPON REQUEST

LOWERY, JASON
ADDRESS AVAILABLE UPON REQUEST

LOWERY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LOWERY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

LOWERY, SARA
ADDRESS AVAILABLE UPON REQUEST

LOWERY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LOWERY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LOWERY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LOWES
ADDRESS UNAVAILABLE AT TIME OF FILING

LOWETH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LOWING, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

LOWIT, PAUL
ADDRESS AVAILABLE UPON REQUEST

LOWITZ AND SONS, INC.
811 WEST EVERGREEN SUITE 402
CHICAGO, IL  60622

LOWMAN
ADDRESS AVAILABLE UPON REQUEST

LOWMAN, GENEVA
ADDRESS AVAILABLE UPON REQUEST

LOWMAN, SETH
ADDRESS AVAILABLE UPON REQUEST

LOWMAN, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

LOWN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LOWNDS, KYLE
ADDRESS AVAILABLE UPON REQUEST

LOWNEY, ALECIA
ADDRESS AVAILABLE UPON REQUEST

LOWRANCE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LOWRANCE, LORI
ADDRESS AVAILABLE UPON REQUEST

LOWRE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

LOWREY, AMY
ADDRESS AVAILABLE UPON REQUEST

LOWREY, ERICA
ADDRESS AVAILABLE UPON REQUEST

LOWREY, INGRID
ADDRESS AVAILABLE UPON REQUEST

LOWREY, TARA
ADDRESS AVAILABLE UPON REQUEST

LOWRIE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

LOWRY, ADAM
ADDRESS AVAILABLE UPON REQUEST

LOWRY, ALEXA T-LEX WC
ADDRESS AVAILABLE UPON REQUEST

LOWRY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LOWRY, BIANCA
ADDRESS AVAILABLE UPON REQUEST

LOWRY, CASEY
ADDRESS AVAILABLE UPON REQUEST

LOWRY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LOWRY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LOWRY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LOWRY, LEAH
ADDRESS AVAILABLE UPON REQUEST

LOWRY, MARGO
ADDRESS AVAILABLE UPON REQUEST

LOWRY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

LOWRY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LOWRY, NANCY
ADDRESS AVAILABLE UPON REQUEST

LOWRY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

LOWTHER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LOWTHER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LOWY, MAXINE
ADDRESS AVAILABLE UPON REQUEST

LOWZAN, ROMAN
ADDRESS AVAILABLE UPON REQUEST

LOY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LOY, CRICKET
ADDRESS AVAILABLE UPON REQUEST

LOY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LOY, KARRI
ADDRESS AVAILABLE UPON REQUEST

LOY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LOY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LOY, SARA
ADDRESS AVAILABLE UPON REQUEST

LOYA, CAROLE
ADDRESS AVAILABLE UPON REQUEST

LOYA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

LOYA, ELIDA
ADDRESS AVAILABLE UPON REQUEST

LOYA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LOYA, REYNALDO
ADDRESS AVAILABLE UPON REQUEST

LOYAL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LOYALL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LOYD, GAYLE
ADDRESS AVAILABLE UPON REQUEST

LOYD, JAQUELIN
ADDRESS AVAILABLE UPON REQUEST

LOYD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LOYD, KEITH
ADDRESS AVAILABLE UPON REQUEST

LOYD, LATOYA
ADDRESS AVAILABLE UPON REQUEST

LOYD, LIBBY
ADDRESS AVAILABLE UPON REQUEST

LOYD, MARTY
ADDRESS AVAILABLE UPON REQUEST

LOYD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LOYD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LOYD, WESTON
ADDRESS AVAILABLE UPON REQUEST

LOYE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LOYKE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LOYOLA, ROSARIO
ADDRESS AVAILABLE UPON REQUEST

LOZA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LOZADA, ADOLFO
ADDRESS AVAILABLE UPON REQUEST

LOZADA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LOZADA, TAHISHA
ADDRESS AVAILABLE UPON REQUEST

LOZADA-OLIVA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LOZANO, AALIYANA
ADDRESS AVAILABLE UPON REQUEST

LOZANO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LOZANO, ANGIE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, DAREK
ADDRESS AVAILABLE UPON REQUEST

LOZANO, ELISA D.
ADDRESS AVAILABLE UPON REQUEST

LOZANO, GERA
ADDRESS AVAILABLE UPON REQUEST

LOZANO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, KANDICE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

LOZANO, SARAH
ADDRESS AVAILABLE UPON REQUEST

LOZANO, TRISTA
ADDRESS AVAILABLE UPON REQUEST

LOZINA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LOZINSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LOZOYA, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

LOZUPONE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

LOZZI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LPALMA, MARIBE
ADDRESS AVAILABLE UPON REQUEST

LPL FIN CORP (0075)
ATTN CORPORATE ACTIONS
1055 LPL WAY
FORT MILL, SC 29715

LRHAZI, MOHAMED
ADDRESS AVAILABLE UPON REQUEST

LU, FRANCES
ADDRESS AVAILABLE UPON REQUEST

LU, HARRY
ADDRESS AVAILABLE UPON REQUEST

LU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LU, JIAXI
ADDRESS AVAILABLE UPON REQUEST

LU, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

LU, PING
ADDRESS AVAILABLE UPON REQUEST

LU, SANDY
ADDRESS AVAILABLE UPON REQUEST

LU, SHA
ADDRESS AVAILABLE UPON REQUEST

LU, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

LU, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LU, XIAO YANG
ADDRESS AVAILABLE UPON REQUEST

LU, YUAN
ADDRESS AVAILABLE UPON REQUEST

LUA, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

LUALLEN, GEORGE WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LUAN NGUYEN TRACHTMAN
ADDRESS AVAILABLE UPON REQUEST

LUANGRATH, AMY
ADDRESS AVAILABLE UPON REQUEST

LUANGRATH, TONY
ADDRESS AVAILABLE UPON REQUEST

LUANNE MARTIN
ADDRESS AVAILABLE UPON REQUEST

LUAR, KEE
ADDRESS AVAILABLE UPON REQUEST

LUARASI, K
ADDRESS AVAILABLE UPON REQUEST

LUBANSKY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LUBAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUBBEN, JALYN
ADDRESS AVAILABLE UPON REQUEST

LUBBEN, JANICE
ADDRESS AVAILABLE UPON REQUEST

LUBBERS, CARLA
ADDRESS AVAILABLE UPON REQUEST

LUBBERS, MARY
ADDRESS AVAILABLE UPON REQUEST

LUBECK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUBELCHEK, ALISON
ADDRESS AVAILABLE UPON REQUEST

LUBENKOV, BYRON
ADDRESS AVAILABLE UPON REQUEST

LUBER, DONALD
ADDRESS AVAILABLE UPON REQUEST

LUBERDA, JANET
ADDRESS AVAILABLE UPON REQUEST

LUBERTO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LUBIC, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

LUBIN, HARRISON
ADDRESS AVAILABLE UPON REQUEST

LUBIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LUBIN-LEVY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LUBINSKI, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

LUBINSKI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

LUBIS, JEAN
ADDRESS AVAILABLE UPON REQUEST

LUBIS, MILLA
ADDRESS AVAILABLE UPON REQUEST

LUBITZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

LUBKE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LUBKEMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

LUBLIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LUBLINK, KEN
ADDRESS AVAILABLE UPON REQUEST

LUBOFF, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

LUBOW, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LUBOWITZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LUBOYESKI, RENEE
ADDRESS AVAILABLE UPON REQUEST

LUBRANI, HEIDI
ADDRESS AVAILABLE UPON REQUEST

LUBRANO, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

LUBS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LUBURIC, KATE
ADDRESS AVAILABLE UPON REQUEST

LUBY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUBY, JAMES
ADDRESS AVAILABLE UPON REQUEST

LUCA, ANNE
ADDRESS AVAILABLE UPON REQUEST

LUCANDER, KATE
ADDRESS AVAILABLE UPON REQUEST

LUCARELLI, ENZO
ADDRESS AVAILABLE UPON REQUEST

LUCARELLI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LUCARELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUCARELLI, SYLVAIN
ADDRESS AVAILABLE UPON REQUEST

LUCAS AND LEWELLEN VINEYARDS INC
1645 COPENHAGEN DR.
SOLVANG, CA  93463

LUCAS J BOLAR
ADDRESS AVAILABLE UPON REQUEST

LUCAS SOUCY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, APRIL
ADDRESS AVAILABLE UPON REQUEST

LUCAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, AVERY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, CAREY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

LUCAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

LUCAS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, COLEEN
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DAMARIS
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DANA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, DESPINA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, ED
ADDRESS AVAILABLE UPON REQUEST

LUCAS, ELSA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, GREG
ADDRESS AVAILABLE UPON REQUEST

LUCAS, HALEY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUCAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, JOE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, KAREN
ADDRESS AVAILABLE UPON REQUEST

LUCAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, LISA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, LORI
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MADISON
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MARY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MEG
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, MONICA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LUCAS, REGINA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, ROSA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUCAS, SONIA
ADDRESS AVAILABLE UPON REQUEST

LUCAS, TEENEAR
ADDRESS AVAILABLE UPON REQUEST

LUCAS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

LUCAS, ZACH
ADDRESS AVAILABLE UPON REQUEST

LUCAS/CO WALGREENS, CECILIA
ADDRESS AVAILABLE UPON REQUEST

LUCAS-WENDEROTH, KIM
ADDRESS AVAILABLE UPON REQUEST

LUCCA, ADRIA
ADDRESS AVAILABLE UPON REQUEST

LUCCA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

LUCCA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LUCCHESE, MARIA
ADDRESS AVAILABLE UPON REQUEST

LUCCHESE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LUCCHESE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LUCCI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUCCI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LUCCIOLA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUCE, ABRA
ADDRESS AVAILABLE UPON REQUEST

LUCE, CATHY
ADDRESS AVAILABLE UPON REQUEST

LUCE, KELSIE
ADDRESS AVAILABLE UPON REQUEST

LUCE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LUCE, STACY
ADDRESS AVAILABLE UPON REQUEST

LUCE-DELEON, ROSE
ADDRESS AVAILABLE UPON REQUEST

LUCENA, IZABELE
ADDRESS AVAILABLE UPON REQUEST

LUCENTE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LUCERO, AILEN
ADDRESS AVAILABLE UPON REQUEST

LUCERO, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

LUCERO, COREY
ADDRESS AVAILABLE UPON REQUEST

LUCERO, DENISE
ADDRESS AVAILABLE UPON REQUEST

LUCERO, IRENE NICOLE
ADDRESS AVAILABLE UPON REQUEST

LUCERO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUCERO, JOHN
ADDRESS AVAILABLE UPON REQUEST

LUCERO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

LUCERO, NICK
ADDRESS AVAILABLE UPON REQUEST

LUCERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LUCERO, TERI
ADDRESS AVAILABLE UPON REQUEST

LUCERO, TORI
ADDRESS AVAILABLE UPON REQUEST

LUCERO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LUCEY, MIA
ADDRESS AVAILABLE UPON REQUEST

LUCHERK, LONI
ADDRESS AVAILABLE UPON REQUEST

LUCHMUN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LUCHOWSKI, LINDY
ADDRESS AVAILABLE UPON REQUEST

LUCHSINGER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LUCHSINGER, JON
ADDRESS AVAILABLE UPON REQUEST

LUCIA CAROLINA PERPETUO GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

LUCIA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

LUCIA, JOEL
ADDRESS AVAILABLE UPON REQUEST

LUCIANI, AMBER
ADDRESS AVAILABLE UPON REQUEST

LUCIANI, DONNA
ADDRESS AVAILABLE UPON REQUEST

LUCIANI, JENSEN
ADDRESS AVAILABLE UPON REQUEST

LUCIANI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, ALEX
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, GINA
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, KAT
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, MARKISHA
ADDRESS AVAILABLE UPON REQUEST

LUCIANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUCIANOO, TONI
ADDRESS AVAILABLE UPON REQUEST

LUCIBELLO, NINA
ADDRESS AVAILABLE UPON REQUEST

LUCID SOFTWARE INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

LUCIDCHART LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

LUCIDO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

LUCIER, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

LUCIER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LUCINI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LUCIO, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

LUCIUS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LUCIUS, TERRELL
ADDRESS AVAILABLE UPON REQUEST

LUCK, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LUCKY, JULIP
ADDRESS AVAILABLE UPON REQUEST

LUCK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

LUCK, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

LUCKE, KELCIE
ADDRESS AVAILABLE UPON REQUEST

LUCKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LUCKETTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LUCKEY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

LUCKEY, DANA
ADDRESS AVAILABLE UPON REQUEST

LUCKEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LUCKI, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

LUCKOSKI, MARTIN
ADDRESS AVAILABLE UPON REQUEST

LUCKY PEACH LLC
128 LAFAYETTE STREET, SUITE 3B/302
NEW YORK, NY  10013

LUCKY PEACH LLC
C/O MOMOFUKU
60 E. 11TH ST., 5TH FLOOR
NEW YORK, NY  10003

LUCKY STRIKE
ADDRESS UNAVAILABLE AT TIME OF FILING

LUCKY, JUDY
ADDRESS AVAILABLE UPON REQUEST

LUCKYORANGE (VARIABLE)
ADDRESS UNAVAILABLE AT TIME OF FILING

LUCORD, KARA
ADDRESS AVAILABLE UPON REQUEST

LUCORD, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

LUCRETIA SILCOX
ADDRESS AVAILABLE UPON REQUEST

LUCY MCGRATH
ADDRESS AVAILABLE UPON REQUEST

LUCY, JUICY
ADDRESS AVAILABLE UPON REQUEST

LUCY, MARIA
ADDRESS AVAILABLE UPON REQUEST

LUCZAK, BETSY
ADDRESS AVAILABLE UPON REQUEST

LUCZAK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

LUDDEN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LUDDY, MAXX
ADDRESS AVAILABLE UPON REQUEST

LUDEMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LUDEMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

LUDEMANN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LUDIKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

LUDKE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

LUDLAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

LUDLAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LUDLOW, AUDRA
ADDRESS AVAILABLE UPON REQUEST

LUDLOW, KELLY
ADDRESS AVAILABLE UPON REQUEST

LUDOWESE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LUDTKE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LUDWICK, AMIE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, CONNIE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, ERIC
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, JACK
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, JOYCE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, KASI
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, KATELYN
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, MATT
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, NANCY
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, PAULA
ADDRESS AVAILABLE UPON REQUEST

LUDWIG, RONALD
ADDRESS AVAILABLE UPON REQUEST

LUDWIGSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LUDWINSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LUDWINSKI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LUDZIESKI, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LUE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUE, NIKOLAI
ADDRESS AVAILABLE UPON REQUEST

LUEBBEHUSEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

LUEBBERING, REN
ADDRESS AVAILABLE UPON REQUEST

LUEBKE, PETER
ADDRESS AVAILABLE UPON REQUEST

LUEBKER, DIANN
ADDRESS AVAILABLE UPON REQUEST

LUECHAUER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LUECK, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

LUECK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LUECKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LUEDEMANN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

LUEDERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LUEDKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUEDTKE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUEDY, KURT
ADDRESS AVAILABLE UPON REQUEST

LUEHRS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LUEKEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

LUENGAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

LUERS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

LUETH, TARA
ADDRESS AVAILABLE UPON REQUEST

LUEVANO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

LUFF, PAULA
ADDRESS AVAILABLE UPON REQUEST

LUFF, PAULA
ADDRESS AVAILABLE UPON REQUEST

LUFT, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LUFT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LUFT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LUGASY, MAYA
ADDRESS AVAILABLE UPON REQUEST

LUGER, MANUELA
ADDRESS AVAILABLE UPON REQUEST

LUGG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUGINBUHL BURKHOLDER, ERIN
ADDRESS AVAILABLE UPON REQUEST

LUGO TAYLOR, NYRIA
ADDRESS AVAILABLE UPON REQUEST

LUGO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

LUGO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LUGO, ERIC
ADDRESS AVAILABLE UPON REQUEST

LUGO, GABBY
ADDRESS AVAILABLE UPON REQUEST

LUGO, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LUGO, JANETT
ADDRESS AVAILABLE UPON REQUEST

LUGO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LUGO, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

LUGO, LUCY
ADDRESS AVAILABLE UPON REQUEST

LUGO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUGONES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LUHMAN, DAN
ADDRESS AVAILABLE UPON REQUEST

LUHMAN, STACY
ADDRESS AVAILABLE UPON REQUEST

LUHRS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

LUHRS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LUI, KYRA
ADDRESS AVAILABLE UPON REQUEST

LUI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUICHINGER, ERICH
ADDRESS AVAILABLE UPON REQUEST

LUIGI NUNEZ
ADDRESS AVAILABLE UPON REQUEST

LUIGS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LUIPERSBECK, TIM
ADDRESS AVAILABLE UPON REQUEST

LUIS A DIAZ
ADDRESS AVAILABLE UPON REQUEST

LUIS G DE SILVA
ADDRESS AVAILABLE UPON REQUEST

LUIS IZQUIERDO
ADDRESS AVAILABLE UPON REQUEST

LUIS PEREZ
ADDRESS AVAILABLE UPON REQUEST

LUIS ROGELIO SOLTERO CASELLAS
ADDRESS AVAILABLE UPON REQUEST

LUIS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

LUIS, LIN
ADDRESS AVAILABLE UPON REQUEST

LUISANA BAIRES
ADDRESS AVAILABLE UPON REQUEST

LUISI, ALEX
ADDRESS AVAILABLE UPON REQUEST

LUISO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LUIZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LUIZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LUIZE, ANELISE
ADDRESS AVAILABLE UPON REQUEST

LUIZZA, DIANE
ADDRESS AVAILABLE UPON REQUEST

LUJAMBIO, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

LUJAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LUJAN, JOLENE
ADDRESS AVAILABLE UPON REQUEST

LUJAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

LUJAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

LUJAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

LUKAC, JENNY
ADDRESS AVAILABLE UPON REQUEST

LUKACH, CJ
ADDRESS AVAILABLE UPON REQUEST

LUKARZHEVSKAYA, KATHY
ADDRESS AVAILABLE UPON REQUEST

LUKAS DJUANDA
ADDRESS AVAILABLE UPON REQUEST

LUKAS ORTNER
ADDRESS AVAILABLE UPON REQUEST

LUKAS SOLTYSIK
ADDRESS AVAILABLE UPON REQUEST

LUKAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUKAS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LUKAS, MARY
ADDRESS AVAILABLE UPON REQUEST

LUKAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUKAS, Q.
ADDRESS AVAILABLE UPON REQUEST

LUKAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUKASHEWICH, TERRI
ADDRESS AVAILABLE UPON REQUEST

LUKASIK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LUKASZ SOKOL
ADDRESS AVAILABLE UPON REQUEST

LUKASZEWICZ, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LUKATIA PHILIZAIRE
ADDRESS AVAILABLE UPON REQUEST

LUKE ANDREW SURAK
ADDRESS AVAILABLE UPON REQUEST

LUKE CHOICE
634 E 14TH ST  1
NEW YORK, NY  10009

LUKE JONATHAN PURDY
ADDRESS AVAILABLE UPON REQUEST

LUKE RODGERS
ADDRESS AVAILABLE UPON REQUEST

LUKE WESSMAN
ADDRESS AVAILABLE UPON REQUEST

LUKE WILLIAM HEDMAN
ADDRESS AVAILABLE UPON REQUEST

LUKE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LUKE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LUKE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LUKE, KYLE
ADDRESS AVAILABLE UPON REQUEST

LUKE, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

LUKE, WARREN
ADDRESS AVAILABLE UPON REQUEST

LUKEN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

LUKEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LUKEN, SALLY
ADDRESS AVAILABLE UPON REQUEST

LUKEN, TARYN
ADDRESS AVAILABLE UPON REQUEST

LUKERRA LUCK
ADDRESS AVAILABLE UPON REQUEST

LUKES, MARIE
ADDRESS AVAILABLE UPON REQUEST

LUKESKI, MARY
ADDRESS AVAILABLE UPON REQUEST

LUKIN, LAURAH
ADDRESS AVAILABLE UPON REQUEST

LUKINS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LUKITSCH, THERESA
ADDRESS AVAILABLE UPON REQUEST

LUKOSAVICH, NELL
ADDRESS AVAILABLE UPON REQUEST

LUKOSE, LIJO
ADDRESS AVAILABLE UPON REQUEST

LUKOVENKO, DMITRY
ADDRESS AVAILABLE UPON REQUEST

LUKOWSKI, CARI
ADDRESS AVAILABLE UPON REQUEST

LUKRALLE, SARA
ADDRESS AVAILABLE UPON REQUEST

LUKSIK, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

LUKSIS, ELAYNA
ADDRESS AVAILABLE UPON REQUEST

LUKSZA, RYAN
ADDRESS AVAILABLE UPON REQUEST

LULAFIT INC.
730 NORTH FRANKLIN STREET, STE 450
CHICAGO, IL  60654

LULEJIAN, ARMINE
ADDRESS AVAILABLE UPON REQUEST

LULLA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

LULLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LULULEMON
ADDRESS UNAVAILABLE AT TIME OF FILING

LUM, KATHY
ADDRESS AVAILABLE UPON REQUEST

LUM, ROSA
ADDRESS AVAILABLE UPON REQUEST

LUM, VICTOR
ADDRESS AVAILABLE UPON REQUEST

LUMAGHI, ALEX
ADDRESS AVAILABLE UPON REQUEST

LUMAGHI, TARA
ADDRESS AVAILABLE UPON REQUEST

LUMB, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

LUMBY, PATTY
ADDRESS AVAILABLE UPON REQUEST

LUMI INC
3828 S SANTA FE AVE
VERNON, CA 90058

LUMKONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUMLEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

LUMPKIN, CAROLITA
ADDRESS AVAILABLE UPON REQUEST

LUMPKIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LUMPKIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUMPKIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LUMPKIN, TONETTE
ADDRESS AVAILABLE UPON REQUEST

LUMPKINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUMPKINS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

LUNA BECK
ADDRESS AVAILABLE UPON REQUEST

LUNA PESTEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUNA RED
ADDRESS UNAVAILABLE AT TIME OF FILING

LUNA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

LUNA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

LUNA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

LUNA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

LUNA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LUNA, BOBBI
ADDRESS AVAILABLE UPON REQUEST

LUNA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LUNA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LUNA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LUNA, DAVID
ADDRESS AVAILABLE UPON REQUEST

LUNA, DAWNMARIE
ADDRESS AVAILABLE UPON REQUEST

LUNA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LUNA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LUNA, JO ANN
ADDRESS AVAILABLE UPON REQUEST

LUNA, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

LUNA, KORY
ADDRESS AVAILABLE UPON REQUEST

LUNA, LEIGH
ADDRESS AVAILABLE UPON REQUEST

LUNA, LILI
ADDRESS AVAILABLE UPON REQUEST

LUNA, LORENA
ADDRESS AVAILABLE UPON REQUEST

LUNA, MARIA
ADDRESS AVAILABLE UPON REQUEST

LUNA, MARISA
ADDRESS AVAILABLE UPON REQUEST

LUNA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

LUNA, VICKI
ADDRESS AVAILABLE UPON REQUEST

LUNA-DOVE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LUNATO, IZABELLA
ADDRESS AVAILABLE UPON REQUEST

LUND, BRANDI
ADDRESS AVAILABLE UPON REQUEST

LUND, DAVID
ADDRESS AVAILABLE UPON REQUEST

LUND, GINA
ADDRESS AVAILABLE UPON REQUEST

LUND, JANET
ADDRESS AVAILABLE UPON REQUEST

LUND, JON
ADDRESS AVAILABLE UPON REQUEST

LUND, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LUND, KARLA
ADDRESS AVAILABLE UPON REQUEST

LUND, KATE
ADDRESS AVAILABLE UPON REQUEST

LUND, MARY
ADDRESS AVAILABLE UPON REQUEST

LUND, PATRICK
ADDRESS AVAILABLE UPON REQUEST

LUND, SHUA
ADDRESS AVAILABLE UPON REQUEST

LUNDAHL, JENNY
ADDRESS AVAILABLE UPON REQUEST

LUNDAY, FAITH
ADDRESS AVAILABLE UPON REQUEST

LUNDAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, BARRY
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, DYANN
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, LIZ
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, TROY
ADDRESS AVAILABLE UPON REQUEST

LUNDBERG, TRUDY
ADDRESS AVAILABLE UPON REQUEST

LUNDBLAD, TORI
ADDRESS AVAILABLE UPON REQUEST

LUNDBURG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LUNDE, ALEX
ADDRESS AVAILABLE UPON REQUEST

LUNDE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LUNDE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

LUNDE, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

LUNDEEN, KARA
ADDRESS AVAILABLE UPON REQUEST

LUNDEEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LUNDEEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LUNDELL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LUNDEN, JOSH
ADDRESS AVAILABLE UPON REQUEST

LUNDER, MADELYN
ADDRESS AVAILABLE UPON REQUEST

LUNDERBY, KATHY
ADDRESS AVAILABLE UPON REQUEST

LUNDGREN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUNDGREN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

LUNDGREN, MICK
ADDRESS AVAILABLE UPON REQUEST

LUNDGREN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LUNDIN, MIA
ADDRESS AVAILABLE UPON REQUEST

LUNDIN, SARA
ADDRESS AVAILABLE UPON REQUEST

LUNDINA, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

LUNDIUS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LUNDRY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LUNDSTROM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

LUNDSTROM, JENNA
ADDRESS AVAILABLE UPON REQUEST

LUNDSTROM, KENDRA
ADDRESS AVAILABLE UPON REQUEST

LUNDSTROM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LUNDT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LUNDY, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

LUNDY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LUNDY, DAWN
ADDRESS AVAILABLE UPON REQUEST

LUNDY, ISABEL
ADDRESS AVAILABLE UPON REQUEST

LUNDY, JEFF
ADDRESS AVAILABLE UPON REQUEST

LUNDY, JULIA
ADDRESS AVAILABLE UPON REQUEST

LUNDY, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

LUNDY, TARA
ADDRESS AVAILABLE UPON REQUEST

LUNDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LUNGARO, GAIL
ADDRESS AVAILABLE UPON REQUEST

LUNGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

LUNGHI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LUNGREN, ANNGELIQUE
ADDRESS AVAILABLE UPON REQUEST

LUNIK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LUNN, CASEY
ADDRESS AVAILABLE UPON REQUEST

LUNN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LUNN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUNN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

LUNN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUNNEN, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

LUNNEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUNNIE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LUNSFORD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LUNSFORD, HOLDEN
ADDRESS AVAILABLE UPON REQUEST

LUNSFORD, TIMMY
ADDRESS AVAILABLE UPON REQUEST

LUNSTAD, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

LUNT, KAREN
ADDRESS AVAILABLE UPON REQUEST

LUNT, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

LUNT, SARA
ADDRESS AVAILABLE UPON REQUEST

LUNZ, JOYCE
ADDRESS AVAILABLE UPON REQUEST

LUO, JIEFU
ADDRESS AVAILABLE UPON REQUEST

LUO, KERU
ADDRESS AVAILABLE UPON REQUEST

LUO, WYLIE
ADDRESS AVAILABLE UPON REQUEST

LUO, ZHAO
ADDRESS AVAILABLE UPON REQUEST

LUOMA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

LUONG, EMY
ADDRESS AVAILABLE UPON REQUEST

LUONG, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LUONGO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LUONGO, PHIL
ADDRESS AVAILABLE UPON REQUEST

LUPCHO, THERESA
ADDRESS AVAILABLE UPON REQUEST

LUPER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

LUPERCIO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

LUPFER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LUPI, CAMILA
ADDRESS AVAILABLE UPON REQUEST

LUPI, DAWN
ADDRESS AVAILABLE UPON REQUEST

LUPIANI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LUPICA, ANNA
ADDRESS AVAILABLE UPON REQUEST

LUPICA, CHARLES
ADDRESS AVAILABLE UPON REQUEST

LUPINACCI, GAIL
ADDRESS AVAILABLE UPON REQUEST

LUPINO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

LUPO, AMBER
ADDRESS AVAILABLE UPON REQUEST

LUPO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

LUPO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LUPO, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LUPO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LUPO, SAM
ADDRESS AVAILABLE UPON REQUEST

LUPO, TERRY
ADDRESS AVAILABLE UPON REQUEST

LUPO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LUPO, TOM
ADDRESS AVAILABLE UPON REQUEST

LUPOLD, NATHAN
ADDRESS AVAILABLE UPON REQUEST

LUPOLD, SARA
ADDRESS AVAILABLE UPON REQUEST

LUPPINO, CELESTE
ADDRESS AVAILABLE UPON REQUEST

LUPTON, ARIEL
ADDRESS AVAILABLE UPON REQUEST

LUPTON, CHASTITY
ADDRESS AVAILABLE UPON REQUEST

LUPTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LUQUETTE, MANDY
ADDRESS AVAILABLE UPON REQUEST

LURE FISHBAR
ADDRESS UNAVAILABLE AT TIME OF FILING

LURIA, MARK
ADDRESS AVAILABLE UPON REQUEST

LURIE, JANE
ADDRESS AVAILABLE UPON REQUEST

LURIE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

LURIE, SHARI
ADDRESS AVAILABLE UPON REQUEST

LUSAJO MWASAMBILI
ADDRESS AVAILABLE UPON REQUEST

LUSARDI, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

LUSCHER, TERRY
ADDRESS AVAILABLE UPON REQUEST

LUSE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

LUSENII KROMAH
ADDRESS AVAILABLE UPON REQUEST

LUSHBOUGH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LUSHEAR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LUSHER, LIZ
ADDRESS AVAILABLE UPON REQUEST

LUSHMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

LUSICH, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LUSK, JORDANA
ADDRESS AVAILABLE UPON REQUEST

LUSK, JULIE
ADDRESS AVAILABLE UPON REQUEST

LUSK, LORI
ADDRESS AVAILABLE UPON REQUEST

LUSK, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

LUSKEY, NINA
ADDRESS AVAILABLE UPON REQUEST

LUSKIN, CURRAN
ADDRESS AVAILABLE UPON REQUEST

LUSKIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

LUSSIER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

LUSSIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUST, JENNY
ADDRESS AVAILABLE UPON REQUEST

LUSTIG, AARON
ADDRESS AVAILABLE UPON REQUEST

LUSTIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

LUSTIG, RYAN
ADDRESS AVAILABLE UPON REQUEST

LUSTY, ANNE
ADDRESS AVAILABLE UPON REQUEST

LUSZCZ, DESIREE
ADDRESS AVAILABLE UPON REQUEST

LUTCHER, KALLIE
ADDRESS AVAILABLE UPON REQUEST

LUTES, HILLARY
ADDRESS AVAILABLE UPON REQUEST

LUTES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

LUTES, WENDY
ADDRESS AVAILABLE UPON REQUEST

LUTGENNIEVES, LAURA LOUISE
ADDRESS AVAILABLE UPON REQUEST

LUTHE, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

LUTHER D OCHILTREE
ADDRESS AVAILABLE UPON REQUEST

LUTHER, AARON
ADDRESS AVAILABLE UPON REQUEST

LUTHER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

LUTHER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LUTHER, COSIMA
ADDRESS AVAILABLE UPON REQUEST

LUTHER, GAIL
ADDRESS AVAILABLE UPON REQUEST

LUTHER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LUTHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

LUTHER, YASAMAN
ADDRESS AVAILABLE UPON REQUEST

LUTHER, YOSIRO
ADDRESS AVAILABLE UPON REQUEST

LUTHY, AMBER
ADDRESS AVAILABLE UPON REQUEST

LUTHY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LUTHY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LUTINSKI, MARIA
ADDRESS AVAILABLE UPON REQUEST

LUTJE, DAKOATA
ADDRESS AVAILABLE UPON REQUEST

LUTKENHOUSE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LUTOMSKI, AARON
ADDRESS AVAILABLE UPON REQUEST

LUTOSTANSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

LUTTER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LUTTMER, WILLIAM S
ADDRESS AVAILABLE UPON REQUEST

LUTTNER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

LUTTRELL, CORI
ADDRESS AVAILABLE UPON REQUEST

LUTTRELL, JO
ADDRESS AVAILABLE UPON REQUEST

LUTTRELL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

LUTTRELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUTTRELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LUTWIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ABBY
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

LUTZ, CIARA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LUTZ, EMMA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ILEANA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LUTZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

LUTZ, KATHY
ADDRESS AVAILABLE UPON REQUEST

LUTZ, LARA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, LUCIA
ADDRESS AVAILABLE UPON REQUEST

LUTZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LUTZ, SHELLY
ADDRESS AVAILABLE UPON REQUEST

LUTZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LUTZ, TIM
ADDRESS AVAILABLE UPON REQUEST

LUTZ, TONI
ADDRESS AVAILABLE UPON REQUEST

LUTZ, ZOE
ADDRESS AVAILABLE UPON REQUEST

LUTZENKIRCHEN, ABBY
ADDRESS AVAILABLE UPON REQUEST

LUTZKE, JUDY
ADDRESS AVAILABLE UPON REQUEST

LUU, CINDY
ADDRESS AVAILABLE UPON REQUEST

LUU, KY
ADDRESS AVAILABLE UPON REQUEST

LUU, SANG
ADDRESS AVAILABLE UPON REQUEST

LUUKKO, DANA
ADDRESS AVAILABLE UPON REQUEST

LUURTSEMA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LUV MWA, SEAKAAH
ADDRESS AVAILABLE UPON REQUEST

LUVIANO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

LUVIN, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

LUVIN, MATT
ADDRESS AVAILABLE UPON REQUEST

LUX, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

LUX, IZAAK
ADDRESS AVAILABLE UPON REQUEST

LUXENBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LUXURY LINK
2307 WEST BROWARD BLVD., STE 400
FORT LAUDERDALE, FL  33312

LUZ V LOPEZ
ADDRESS AVAILABLE UPON REQUEST

LUZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LUZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

LUZAICH, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

LUZAMA, RENAY
ADDRESS AVAILABLE UPON REQUEST

LUZARDO, JESUS
ADDRESS AVAILABLE UPON REQUEST

LUZDIVINA VINE
ADDRESS AVAILABLE UPON REQUEST

LUZE, BETH
ADDRESS AVAILABLE UPON REQUEST

LUZE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LUZIER, KATIE
ADDRESS AVAILABLE UPON REQUEST

LUZINS, CASEY
ADDRESS AVAILABLE UPON REQUEST

LUZIUS, NANCY
ADDRESS AVAILABLE UPON REQUEST

LUZURIAGA, MARIA GRACIA
ADDRESS AVAILABLE UPON REQUEST

LUZZI, ANA
ADDRESS AVAILABLE UPON REQUEST

LUZZI, ERICA
ADDRESS AVAILABLE UPON REQUEST

LUZZI, GINA
ADDRESS AVAILABLE UPON REQUEST

LVOVSKY, ILYA
ADDRESS AVAILABLE UPON REQUEST

LY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LY, ESTHER
ADDRESS AVAILABLE UPON REQUEST

LY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

LY, JEAN
ADDRESS AVAILABLE UPON REQUEST

LY, MABEL
ADDRESS AVAILABLE UPON REQUEST

LY, MINH
ADDRESS AVAILABLE UPON REQUEST

LY, THUY
ADDRESS AVAILABLE UPON REQUEST

LYAKHOVICH, LEONID
ADDRESS AVAILABLE UPON REQUEST

LYALL, HERLETTA
ADDRESS AVAILABLE UPON REQUEST

LYALL, JANET
ADDRESS AVAILABLE UPON REQUEST

LYALL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

LYAUNZON, YELENA
ADDRESS AVAILABLE UPON REQUEST

LYBA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

LYBEER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LYCHE, MONA
ADDRESS AVAILABLE UPON REQUEST

LYDA, MARY
ADDRESS AVAILABLE UPON REQUEST

LYDAY, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

LYDAY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

LYDDON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

LYDEN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

LYDIA ARAUJO
ADDRESS AVAILABLE UPON REQUEST

LYDIA JEAN MONSON
ADDRESS AVAILABLE UPON REQUEST

LYDIA YOUNG
ADDRESS AVAILABLE UPON REQUEST

LYDIARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LYDIC, MADISON
ADDRESS AVAILABLE UPON REQUEST

LYDICK, KERB
ADDRESS AVAILABLE UPON REQUEST

LYDON, KATY
ADDRESS AVAILABLE UPON REQUEST

LYDON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LYDON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LYDON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LYELL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LYELL-LARSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

LYERLY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

LYFE KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

LYFORD, ANN
ADDRESS AVAILABLE UPON REQUEST

LYFORD, KAILEY
ADDRESS AVAILABLE UPON REQUEST

LYFT, INC.
185 BERRY ST. STE 5000
SAN FRANCISCO, CA  94107

LYK, RYAN
ADDRESS AVAILABLE UPON REQUEST

LYKENS, ALEX
ADDRESS AVAILABLE UPON REQUEST

LYKES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LYLE PUFFE
ADDRESS AVAILABLE UPON REQUEST

LYLE, LANE
ADDRESS AVAILABLE UPON REQUEST

LYLE, MAURA
ADDRESS AVAILABLE UPON REQUEST

LYLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYLES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LYLES, KENITRA
ADDRESS AVAILABLE UPON REQUEST

LYLES, LINETTE
ADDRESS AVAILABLE UPON REQUEST

LYLES, LISA
ADDRESS AVAILABLE UPON REQUEST

LYLES, QUENTON
ADDRESS AVAILABLE UPON REQUEST

LYLES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LYMAN E KING III
ADDRESS AVAILABLE UPON REQUEST

LYMAN, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

LYMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

LYMAN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

LYMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LYMAN, LESHIA
ADDRESS AVAILABLE UPON REQUEST

LYMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

LYN, AMY
ADDRESS AVAILABLE UPON REQUEST

LYN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LYN, MISH
ADDRESS AVAILABLE UPON REQUEST

LYN, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYNAM, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LYNAM, DENICE
ADDRESS AVAILABLE UPON REQUEST

LYNAM, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

LYNAR, TESSA
ADDRESS AVAILABLE UPON REQUEST

LYNCE, PEYTON
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ANA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, BAILEY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, BILL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CASE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CHINA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DAWN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DIANA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DIANE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DICK
ADDRESS AVAILABLE UPON REQUEST

LYNCH, DON
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ELISA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LYNCH, ERICA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, HAZEL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JACK
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JASON
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JENNA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JONIQUE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, JUDITH
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KATE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KENDYL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KIM
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, KRISTY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, LAPORSHA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, LIBBY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARIA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARK
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MARY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MEG
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, NICK
ADDRESS AVAILABLE UPON REQUEST

LYNCH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

LYNCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYNCH, SHARON
ADDRESS AVAILABLE UPON REQUEST

LYNCH, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

LYNCH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

LYNCH, SHERI
ADDRESS AVAILABLE UPON REQUEST

LYNCH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, TERRI
ADDRESS AVAILABLE UPON REQUEST

LYNCH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

LYNCH, TORIE
ADDRESS AVAILABLE UPON REQUEST

LYNCH, VERONICA
ADDRESS AVAILABLE UPON REQUEST

LYNCH-COLLIER, CORMAC
ADDRESS AVAILABLE UPON REQUEST

LYNDA SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

LYNDGAARD, HALLE
ADDRESS AVAILABLE UPON REQUEST

LYNDON, CARLENE
ADDRESS AVAILABLE UPON REQUEST

LYNDON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYNDSEY GEIGER
ADDRESS AVAILABLE UPON REQUEST

LYNEA, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

LYNEIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

LYNES, CARSON
ADDRESS AVAILABLE UPON REQUEST

LYNES, JOHN
ADDRESS AVAILABLE UPON REQUEST

LYNESS, MARY DOTY
ADDRESS AVAILABLE UPON REQUEST

LYNETTE F BROWN
ADDRESS AVAILABLE UPON REQUEST

LYNG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

LYNGE, DAWN
ADDRESS AVAILABLE UPON REQUEST

LYNK, KERRY
ADDRESS AVAILABLE UPON REQUEST

LYNLEE POSTON
ADDRESS AVAILABLE UPON REQUEST

LYNN BARENDSEN
ADDRESS AVAILABLE UPON REQUEST

LYNN C RASMUSSEN
ADDRESS AVAILABLE UPON REQUEST

LYNN CHRIST
ADDRESS AVAILABLE UPON REQUEST

LYNN E MORSE
ADDRESS AVAILABLE UPON REQUEST

LYNN EBERHART, JULIE
ADDRESS AVAILABLE UPON REQUEST

LYNN GARDNER
ADDRESS AVAILABLE UPON REQUEST

LYNN M AND BRIAN T LESCHORN
ADDRESS AVAILABLE UPON REQUEST

LYNN SALAZAR, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

LYNN SANDS
ADDRESS AVAILABLE UPON REQUEST

LYNN TOMS, MARY
ADDRESS AVAILABLE UPON REQUEST

LYNN, ALISA
ADDRESS AVAILABLE UPON REQUEST

LYNN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

LYNN, AMBER
ADDRESS AVAILABLE UPON REQUEST

LYNN, AMY
ADDRESS AVAILABLE UPON REQUEST

LYNN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

LYNN, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

LYNN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

LYNN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

LYNN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LYNN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LYNN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

LYNN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

LYNN, COLE
ADDRESS AVAILABLE UPON REQUEST

LYNN, COOPER
ADDRESS AVAILABLE UPON REQUEST

LYNN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

LYNN, ERIN
ADDRESS AVAILABLE UPON REQUEST

LYNN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

LYNN, JACK
ADDRESS AVAILABLE UPON REQUEST

LYNN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

LYNN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LYNN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

LYNN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LYNN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

LYNN, JO
ADDRESS AVAILABLE UPON REQUEST

LYNN, JOHN
ADDRESS AVAILABLE UPON REQUEST

LYNN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

LYNN, KELLY
ADDRESS AVAILABLE UPON REQUEST

LYNN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LYNN, KIAIRA
ADDRESS AVAILABLE UPON REQUEST

LYNN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

LYNN, MARK
ADDRESS AVAILABLE UPON REQUEST

LYNN, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

LYNN, MEG
ADDRESS AVAILABLE UPON REQUEST

LYNN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

LYNN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LYNN, RYAN
ADDRESS AVAILABLE UPON REQUEST

LYNN, SARA
ADDRESS AVAILABLE UPON REQUEST

LYNN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LYNN, TOMMY
ADDRESS AVAILABLE UPON REQUEST

LYNNAYA BJORKMAN
ADDRESS AVAILABLE UPON REQUEST

LYNNE DAVIS (IMC, INC.)
1500 ROSECRANS AVENUE,  500
MANHATTAN BEACH, CA  90266

LYNNE HAUSMANN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

LYNNE Z DRESSEN
ADDRESS AVAILABLE UPON REQUEST

LYNOTT, KAREN
ADDRESS AVAILABLE UPON REQUEST

LYNSKEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

LYNSKEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LYNTHOMPSON, JAIME
ADDRESS AVAILABLE UPON REQUEST

LYON, AMY
ADDRESS AVAILABLE UPON REQUEST

LYON, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

LYON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LYON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LYON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LYON, GENA
ADDRESS AVAILABLE UPON REQUEST

LYON, JULENE
ADDRESS AVAILABLE UPON REQUEST

LYON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

LYON, KIM
ADDRESS AVAILABLE UPON REQUEST

LYON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

LYON, MARISA
ADDRESS AVAILABLE UPON REQUEST

LYON, MARY
ADDRESS AVAILABLE UPON REQUEST

LYON, MORRIS
ADDRESS AVAILABLE UPON REQUEST

LYON, RAMONA
ADDRESS AVAILABLE UPON REQUEST

LYON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LYON, SAM
ADDRESS AVAILABLE UPON REQUEST

LYON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYON, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYONS, 43 HORSESHOE CANYON
ADDRESS AVAILABLE UPON REQUEST

LYONS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

LYONS, ANNE
ADDRESS AVAILABLE UPON REQUEST

LYONS, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

LYONS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

LYONS, CAROLANNE
ADDRESS AVAILABLE UPON REQUEST

LYONS, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

LYONS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LYONS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LYONS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

LYONS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LYONS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

LYONS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

LYONS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LYONS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

LYONS, DENISE
ADDRESS AVAILABLE UPON REQUEST

LYONS, EDDY
ADDRESS AVAILABLE UPON REQUEST

LYONS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LYONS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LYONS, EMMA
ADDRESS AVAILABLE UPON REQUEST

LYONS, ERIC
ADDRESS AVAILABLE UPON REQUEST

LYONS, ERIN
ADDRESS AVAILABLE UPON REQUEST

LYONS, GARY
ADDRESS AVAILABLE UPON REQUEST

LYONS, GINA
ADDRESS AVAILABLE UPON REQUEST

LYONS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

LYONS, HOPE
ADDRESS AVAILABLE UPON REQUEST

LYONS, JANA
ADDRESS AVAILABLE UPON REQUEST

LYONS, JANEAL
ADDRESS AVAILABLE UPON REQUEST

LYONS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

LYONS, JENNA
ADDRESS AVAILABLE UPON REQUEST

LYONS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

LYONS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

LYONS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

LYONS, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

LYONS, KEITH
ADDRESS AVAILABLE UPON REQUEST

LYONS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

LYONS, KIM
ADDRESS AVAILABLE UPON REQUEST

LYONS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LYONS, MARIA
ADDRESS AVAILABLE UPON REQUEST

LYONS, MARY
ADDRESS AVAILABLE UPON REQUEST

LYONS, MD
ADDRESS AVAILABLE UPON REQUEST

LYONS, MEREDYTH
ADDRESS AVAILABLE UPON REQUEST

LYONS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

LYONS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

LYONS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

LYONS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

LYONS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

LYONS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LYONS, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

LYONS, SARAH
ADDRESS AVAILABLE UPON REQUEST

LYONS, SEAN
ADDRESS AVAILABLE UPON REQUEST

LYONS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LYONS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

LYONS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

LYONS, TERESA
ADDRESS AVAILABLE UPON REQUEST

LYONS, TERRI
ADDRESS AVAILABLE UPON REQUEST

LYONS, TINA
ADDRESS AVAILABLE UPON REQUEST

LYONSREILLY, WENDY
ADDRESS AVAILABLE UPON REQUEST

LYSAK, EUGENE
ADDRESS AVAILABLE UPON REQUEST

LYSAK, GENIA
ADDRESS AVAILABLE UPON REQUEST

LYSAK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

LYSEIGHT, ANTOINE
ADDRESS AVAILABLE UPON REQUEST

LYSEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

LYSFORD, GARRETT
ADDRESS AVAILABLE UPON REQUEST

LYSIAK, PAXIE
ADDRESS AVAILABLE UPON REQUEST

LYSS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

LYSTER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

LYSTER, LUKE
ADDRESS AVAILABLE UPON REQUEST

LYSTNE, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

LYSUN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

LYTE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

LYTELL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

LYTH, TEENA
ADDRESS AVAILABLE UPON REQUEST

LYTLE, ASHLEY FREEMAN
ADDRESS AVAILABLE UPON REQUEST

LYTLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

LYTLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

LYTLE, DARRYL
ADDRESS AVAILABLE UPON REQUEST

LYTLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

LYTLE, JUDY
ADDRESS AVAILABLE UPON REQUEST

LYTLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

LYTLE, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

LYTLE, SIENNA
ADDRESS AVAILABLE UPON REQUEST

LYTLE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

LYTTLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

LYU, ANDREW
ADDRESS AVAILABLE UPON REQUEST

LYU, ZIEN
ADDRESS AVAILABLE UPON REQUEST

LYUBARSKAJA, ANNA
ADDRESS AVAILABLE UPON REQUEST

LYWEN-DILL, JASMINE
ADDRESS AVAILABLE UPON REQUEST

LYYTINEN, TERRI
ADDRESS AVAILABLE UPON REQUEST

LYZEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

M BARRERA SALAZAR, LENNYS
ADDRESS AVAILABLE UPON REQUEST

M BASTEN, ALEC
ADDRESS AVAILABLE UPON REQUEST

M BOESKEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

M BOSWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

M BUSCH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

M CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

M CECCARELLI, PETER
ADDRESS AVAILABLE UPON REQUEST

M CIANFLONE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

M CONNOLLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

M FAFEJTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

M FAIMON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

M FORBES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

M FOX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

M GANNAWAY, JENNA
ADDRESS AVAILABLE UPON REQUEST

M GEERS, CECILIA
ADDRESS AVAILABLE UPON REQUEST

M GERLACH, JOY
ADDRESS AVAILABLE UPON REQUEST

M GILLIGAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

M GIORDANO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

M GUZMAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

M HALLBERG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

M HOLT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

M JACKSON, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

M JOYCE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

M LEGER, DIANE
ADDRESS AVAILABLE UPON REQUEST

M LI, ELIZA
ADDRESS AVAILABLE UPON REQUEST

M LOVELACE, LEAH
ADDRESS AVAILABLE UPON REQUEST

M MARCELO, VIRTER
ADDRESS AVAILABLE UPON REQUEST

M MARSH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

M MASON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

M MAYOR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

M MUHAMMAD, AMIRAH
ADDRESS AVAILABLE UPON REQUEST

M MULDER, CONDETIA
ADDRESS AVAILABLE UPON REQUEST

M NIEWODOWSKI, REGINA
ADDRESS AVAILABLE UPON REQUEST

M NOWAK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

M NYGAARD, AMBER
ADDRESS AVAILABLE UPON REQUEST

M PORTER, EVAN
ADDRESS AVAILABLE UPON REQUEST

M POWER ENTERPRISES
1779 HAULTAIN STREET
VICTORIA, BC, CA  V8R2L1

M PRIMROSE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

M ROSENBERG, TODD
ADDRESS AVAILABLE UPON REQUEST

M SASSAMAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

M SMITH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

M SMITH, KAREN
ADDRESS AVAILABLE UPON REQUEST

M SOUSA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

M STONELAKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

M STREET KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

M TAYLOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

M THOMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

M WOLF, RAMONA
ADDRESS AVAILABLE UPON REQUEST

M WRIGHT, GARRON
ADDRESS AVAILABLE UPON REQUEST

M, A
ADDRESS AVAILABLE UPON REQUEST

M, A
ADDRESS AVAILABLE UPON REQUEST

M, ADAM
ADDRESS AVAILABLE UPON REQUEST

M, AIMEE
ADDRESS AVAILABLE UPON REQUEST

M, AIMEE
ADDRESS AVAILABLE UPON REQUEST

M, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

M, AMY
ADDRESS AVAILABLE UPON REQUEST

M, AMY
ADDRESS AVAILABLE UPON REQUEST

M, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

M, AURIA
ADDRESS AVAILABLE UPON REQUEST

M, BARB
ADDRESS AVAILABLE UPON REQUEST

M, BRIT
ADDRESS AVAILABLE UPON REQUEST

M, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

M, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

M, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

M, COLIN
ADDRESS AVAILABLE UPON REQUEST

M, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

M, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

M, DAVID
ADDRESS AVAILABLE UPON REQUEST

M, EAGHAN
ADDRESS AVAILABLE UPON REQUEST

M, EILEEN
ADDRESS AVAILABLE UPON REQUEST

M, ELISA
ADDRESS AVAILABLE UPON REQUEST

M, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

M, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

M, GRACE
ADDRESS AVAILABLE UPON REQUEST

M, HEATHER
ADDRESS AVAILABLE UPON REQUEST

M, HEATHER
ADDRESS AVAILABLE UPON REQUEST

M, HEATHER
ADDRESS AVAILABLE UPON REQUEST

M, ICHELLE
ADDRESS AVAILABLE UPON REQUEST

M, ICHELLE
ADDRESS AVAILABLE UPON REQUEST

M, JENNA
ADDRESS AVAILABLE UPON REQUEST

M, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

M, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

M, KALIE
ADDRESS AVAILABLE UPON REQUEST

M, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

M, KELLY
ADDRESS AVAILABLE UPON REQUEST

M, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

M, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

M, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

M, LACEY
ADDRESS AVAILABLE UPON REQUEST

M, LIANA
ADDRESS AVAILABLE UPON REQUEST

M, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

M, MISSY
ADDRESS AVAILABLE UPON REQUEST

M, NICOLE
ADDRESS AVAILABLE UPON REQUEST

M, NICOLE
ADDRESS AVAILABLE UPON REQUEST

M, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

M, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

M, PAUL
ADDRESS AVAILABLE UPON REQUEST

M, PS
ADDRESS AVAILABLE UPON REQUEST

M, RENETTE
ADDRESS AVAILABLE UPON REQUEST

M, SABRINA
ADDRESS AVAILABLE UPON REQUEST

M, SARA
ADDRESS AVAILABLE UPON REQUEST

M, SARAH
ADDRESS AVAILABLE UPON REQUEST

M, STEVE
ADDRESS AVAILABLE UPON REQUEST

M, SUSAN
ADDRESS AVAILABLE UPON REQUEST

M, TERI
ADDRESS AVAILABLE UPON REQUEST

M, VALERIE
ADDRESS AVAILABLE UPON REQUEST

M. BETTES, ROBYN
ADDRESS AVAILABLE UPON REQUEST

M. FURLONG, ARDON CREEK WINERY
ADDRESS AVAILABLE UPON REQUEST

M. PASCONE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

M., AMANDA
ADDRESS AVAILABLE UPON REQUEST

M., BRIAN
ADDRESS AVAILABLE UPON REQUEST

M., ERIN
ADDRESS AVAILABLE UPON REQUEST

M., GINA
ADDRESS AVAILABLE UPON REQUEST

M., PAUL
ADDRESS AVAILABLE UPON REQUEST

M., VINCE
ADDRESS AVAILABLE UPON REQUEST

M.A. SILVA CORKS USA LLC
3433 WESTWIND BLVD
SANTA ROSA, CA  95403

MA ABCC
95 FOURTH STREET, SUITE 3
CHELSEA, MA  02150-2358

MA CHER (USA) INC
1518 ABBOT KINNEY
VENICE, CA  90291

MA CHER
1518 ABBOT KINNEY BLVD
VENICE, CA  90291

MA DEPT OF REVENUE
1 FEDERAL ST BUILDING 103-2
SPRINGFIELD, MA  01105

MA, CHIN
ADDRESS AVAILABLE UPON REQUEST

MA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MA, DAGHOO
ADDRESS AVAILABLE UPON REQUEST

MA, ELIA
ADDRESS AVAILABLE UPON REQUEST

MA, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MA, HANS
ADDRESS AVAILABLE UPON REQUEST

MA, IRIS
ADDRESS AVAILABLE UPON REQUEST

MA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MA, KEITH
ADDRESS AVAILABLE UPON REQUEST

MA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MA, PUI
ADDRESS AVAILABLE UPON REQUEST

MA, RUIYANG
ADDRESS AVAILABLE UPON REQUEST

MA, SEAN
ADDRESS AVAILABLE UPON REQUEST

MA, TINGWEI
ADDRESS AVAILABLE UPON REQUEST

MA, VIVINA
ADDRESS AVAILABLE UPON REQUEST

MA, YUANMING
ADDRESS AVAILABLE UPON REQUEST

MA. OFFICE OF CONSUMER AFFAIRS
AND BUSINESS REGULATION
10 PARK PLAZA STE 5170
BOSTON, MA  02116

MAA, MANVI
ADDRESS AVAILABLE UPON REQUEST

MAAG, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

MAALA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAAMA, NALITA
ADDRESS AVAILABLE UPON REQUEST

MAAN, AMIR
ADDRESS AVAILABLE UPON REQUEST

MAANI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAARGEL PARTNERS LLC DBA NECTAVE
6700 CABALLERO BLVD.
BUENA PARK, CA  90620

MAARTINEZ, EVARISTO
ADDRESS AVAILABLE UPON REQUEST

MAAS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MAAS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MAAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAAS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MAAS, RYAN
ADDRESS AVAILABLE UPON REQUEST

MAAS, TORI
ADDRESS AVAILABLE UPON REQUEST

MAASEN, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

MAASKE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MAASS, KATIE
ADDRESS AVAILABLE UPON REQUEST

MAASS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MABBITT, DEANA
ADDRESS AVAILABLE UPON REQUEST

MABE, BUCKY
ADDRESS AVAILABLE UPON REQUEST

MABE, KATE
ADDRESS AVAILABLE UPON REQUEST

MABE, SHERZOD
ADDRESS AVAILABLE UPON REQUEST

MABEE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MABEN, KATE
ADDRESS AVAILABLE UPON REQUEST

MABERRY, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MABERRY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MABERRY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MABERRY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MABERRY, SHANDA
ADDRESS AVAILABLE UPON REQUEST

MABEY, ANNTONETTE
ADDRESS AVAILABLE UPON REQUEST

MABEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

MABEY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MABLE, DAYNA
ADDRESS AVAILABLE UPON REQUEST

MABLE, DIANA
ADDRESS AVAILABLE UPON REQUEST

MABILOG, KEANA
ADDRESS AVAILABLE UPON REQUEST

MABLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MABRA, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MABREY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MABREY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MABRY, BETHELYN
ADDRESS AVAILABLE UPON REQUEST

MABRY, HOPE
ADDRESS AVAILABLE UPON REQUEST

MABRY, KAT
ADDRESS AVAILABLE UPON REQUEST

MABRY, WILL
ADDRESS AVAILABLE UPON REQUEST

MAC DONELL, HAYLE
ADDRESS AVAILABLE UPON REQUEST

MAC, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MAC, IVY
ADDRESS AVAILABLE UPON REQUEST

MAC, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MAC, JULIE
ADDRESS AVAILABLE UPON REQUEST

MACAARON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MACABASCO, ELARA
ADDRESS AVAILABLE UPON REQUEST

MACADAAN, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MACADAM, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MACADAMS, ELIE
ADDRESS AVAILABLE UPON REQUEST

MACAGNEY, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MACAGNONE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MACAKANJA, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACALISTER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MACALUSO, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MACALUSO, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

MACAPAGAL, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

MACARONI KID, LLC
PO BOX 22
BRIDGEHAMPTON, NY  11932

MACARTHUR, JENNY
ADDRESS AVAILABLE UPON REQUEST

MACARTHUR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MACARTHUR, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MACARTHUR, TRACY
ADDRESS AVAILABLE UPON REQUEST

MACAS, RIZZA
ADDRESS AVAILABLE UPON REQUEST

MACASEK, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MACASKILL, BEN
ADDRESS AVAILABLE UPON REQUEST

MACATANGAY, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MACATO, AILEEN
ADDRESS AVAILABLE UPON REQUEST

MACAUDA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MACAULEY, WANDA
ADDRESS AVAILABLE UPON REQUEST

MACAW
ADDRESS UNAVAILABLE AT TIME OF FILING

MACAYEAL, TAYLER
ADDRESS AVAILABLE UPON REQUEST

MACBRIDE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MACCABE, BRAD
ADDRESS AVAILABLE UPON REQUEST

MACCALLAN, TAMAR
ADDRESS AVAILABLE UPON REQUEST

MACCALLUM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MACCARROLL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MACCARTHY, JACK
ADDRESS AVAILABLE UPON REQUEST

MACCAULEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MACCHESNEY, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

MACCHI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MACCHIAROLI, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MACCHIO, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

MACCHIONE, JODI
ADDRESS AVAILABLE UPON REQUEST

MACCHIONE, JOHN-SARAH
ADDRESS AVAILABLE UPON REQUEST

MACCIA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MACCONAGHY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MACCONNELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MACCONNELL, BRETT
ADDRESS AVAILABLE UPON REQUEST

MACCORKLE, SARA
ADDRESS AVAILABLE UPON REQUEST

MACCOURTNEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MACCRACKEN, MIKYLA
ADDRESS AVAILABLE UPON REQUEST

MACCURTA, BREDA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, AMY
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, BRYNN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, CATRIONA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, IAN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, IAN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, JAKE
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, JULIA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, KELLY
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MEG
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MIKKI
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, MONICA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, SALLIE
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, SCOTT & FELICIA
ADDRESS AVAILABLE UPON REQUEST

MACDONALD, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MACDONELL, CLARA
ADDRESS AVAILABLE UPON REQUEST

MACDONELL, JAIME
ADDRESS AVAILABLE UPON REQUEST

MACDOONALD, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MACDOUGALD, CONSUELO
ADDRESS AVAILABLE UPON REQUEST

MACDOUGALL, JUDY
ADDRESS AVAILABLE UPON REQUEST

MACDOUGALL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MACDOUGALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MACDOWALL, MACKAYLA
ADDRESS AVAILABLE UPON REQUEST

MACDOWALL, ROSS
ADDRESS AVAILABLE UPON REQUEST

MACDOWELL, SKYELER
ADDRESS AVAILABLE UPON REQUEST

MACE, FRANK
ADDRESS AVAILABLE UPON REQUEST

MACE, LUCAS
ADDRESS AVAILABLE UPON REQUEST

MACE, MAHAYLA
ADDRESS AVAILABLE UPON REQUEST

MACE, SUZIE
ADDRESS AVAILABLE UPON REQUEST

MACE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MACEDO, BELKYS
ADDRESS AVAILABLE UPON REQUEST

MACEIL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MACEL, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

MACER, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MACEWEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MACEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MACEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MACEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

MACEY, MARK
ADDRESS AVAILABLE UPON REQUEST

MACEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MACEY, PETER
ADDRESS AVAILABLE UPON REQUEST

MACEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MACFADDEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MACFARLANE, GREG
ADDRESS AVAILABLE UPON REQUEST

MACFARLANE, JENNA
ADDRESS AVAILABLE UPON REQUEST

MACFARLANE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MACFEE, KEGAN
ADDRESS AVAILABLE UPON REQUEST

MACGAVIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

MACGIBBON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MACGILLIS, ANN
ADDRESS AVAILABLE UPON REQUEST

MACGILLIVRAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MACGILLIVRAY, KAELYN
ADDRESS AVAILABLE UPON REQUEST

MACGILPIN, KATE
ADDRESS AVAILABLE UPON REQUEST

MACGREGOR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MACGREGOR, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MACGREGOR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MACGREGOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACGREGOR, PAUL
ADDRESS AVAILABLE UPON REQUEST

MACH, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MACH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MACH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MACH, VINCENT
ADDRESS AVAILABLE UPON REQUEST

MACHA, LAVANYA
ADDRESS AVAILABLE UPON REQUEST

MACHADO, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

MACHADO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MACHADO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MACHADO, DINA
ADDRESS AVAILABLE UPON REQUEST

MACHADO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MACHADO, NANCY
ADDRESS AVAILABLE UPON REQUEST

MACHALEK, JOLANA
ADDRESS AVAILABLE UPON REQUEST

MACHAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MACHCZYNSKI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MACHECA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MACHECA, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

MACHEN, JASMINN
ADDRESS AVAILABLE UPON REQUEST

MACHGAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MACHIA, CASEY
ADDRESS AVAILABLE UPON REQUEST

MACHICOTE, LUIS
ADDRESS AVAILABLE UPON REQUEST

MACHIR, HALEY
ADDRESS AVAILABLE UPON REQUEST

MACHISAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MACHNIK, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACHO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MACHOLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACHOLD, ADAM
ADDRESS AVAILABLE UPON REQUEST

MACHON, ALINA
ADDRESS AVAILABLE UPON REQUEST

MACHON, KIM
ADDRESS AVAILABLE UPON REQUEST

MACHTINGER, ELISA
ADDRESS AVAILABLE UPON REQUEST

MACHUCA, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MACIA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MACIAS, ANA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, BENITA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, DEDE
ADDRESS AVAILABLE UPON REQUEST

MACIAS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MACIAS, KARISSA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, LISA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, MAYRA
ADDRESS AVAILABLE UPON REQUEST

MACIAS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, DIANE
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, JIM
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, JOANN
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MACIEJEWSKI, WAYNE
ADDRESS AVAILABLE UPON REQUEST

MACIEL, DENIA
ADDRESS AVAILABLE UPON REQUEST

MACIEL, MARK
ADDRESS AVAILABLE UPON REQUEST

MACIEUNAS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MACINNES, ELYANA
ADDRESS AVAILABLE UPON REQUEST

MACINNES, JAMES
ADDRESS AVAILABLE UPON REQUEST

MACINTA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MACINTIRE, MARY
ADDRESS AVAILABLE UPON REQUEST

MACINTOSH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MACINTOSH, MAC
ADDRESS AVAILABLE UPON REQUEST

MACINTYRE, GINA
ADDRESS AVAILABLE UPON REQUEST

MACINTYRE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MACIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MACIOCE, PATRICK & MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MACIOLEK, JERZY
ADDRESS AVAILABLE UPON REQUEST

MACISAAC, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MACISAAC, TRACI
ADDRESS AVAILABLE UPON REQUEST

MACISAAC, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MACISSO, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MACIUKIEWICZ, EWA
ADDRESS AVAILABLE UPON REQUEST

MACIUSZEK, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MACK DILLER
ADDRESS AVAILABLE UPON REQUEST

MACK POLLOCK, SHONA
ADDRESS AVAILABLE UPON REQUEST

MACK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MACK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MACK, AMBER
ADDRESS AVAILABLE UPON REQUEST

MACK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MACK, ERIN
ADDRESS AVAILABLE UPON REQUEST

MACK, FREDDI
ADDRESS AVAILABLE UPON REQUEST

MACK, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MACK, KELLI
ADDRESS AVAILABLE UPON REQUEST

MACK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MACK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MACK, KINSEY
ADDRESS AVAILABLE UPON REQUEST

MACK, LATASHA
ADDRESS AVAILABLE UPON REQUEST

MACK, LIZ
ADDRESS AVAILABLE UPON REQUEST

MACK, LOTTIE
ADDRESS AVAILABLE UPON REQUEST

MACK, MARCUS
ADDRESS AVAILABLE UPON REQUEST

MACK, MARIA
ADDRESS AVAILABLE UPON REQUEST

MACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MACK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MACK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MACK, NIAMBI
ADDRESS AVAILABLE UPON REQUEST

MACK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MACK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MACK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MACK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MACK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MACK, TEMPESTTE
ADDRESS AVAILABLE UPON REQUEST

MACK, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MACK, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MACKAY, AMY
ADDRESS AVAILABLE UPON REQUEST

MACKAY, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MACKAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MACKAY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MACKAY, IAN
ADDRESS AVAILABLE UPON REQUEST

MACKAY, KEITH
ADDRESS AVAILABLE UPON REQUEST

MACKAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MACKAY, MATTHIAS
ADDRESS AVAILABLE UPON REQUEST

MACKAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MACKAY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MACKAY, NAINA
ADDRESS AVAILABLE UPON REQUEST

MACKAY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MACKAY, SHARRON
ADDRESS AVAILABLE UPON REQUEST

MACKAY, STACEY
ADDRESS AVAILABLE UPON REQUEST

MACKAY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MACKAY, TAMAR
ADDRESS AVAILABLE UPON REQUEST

MACKAY, TESS
ADDRESS AVAILABLE UPON REQUEST

MACKE, KAELYN
ADDRESS AVAILABLE UPON REQUEST

MACKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACKEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MACKELL, SARA
ADDRESS AVAILABLE UPON REQUEST

MACKEN, KATE
ADDRESS AVAILABLE UPON REQUEST

MACKENSEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MACKENSEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE ALLULIS
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE K WEHRLI
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE PALMER
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE ROGERS
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, ALLI
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, ANNISHA
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, IAN
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, LORI
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, MARLYN
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, ROB
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MACKENZIE-OLSON, LILY
ADDRESS AVAILABLE UPON REQUEST

MACKERTY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MACKESSY, CARLY
ADDRESS AVAILABLE UPON REQUEST

MACKESSY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MACKEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

MACKEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MACKEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MACKEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MACKEY, AUBREE
ADDRESS AVAILABLE UPON REQUEST

MACKEY, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

MACKEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JANON
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JOE
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

MACKEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MACKEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MACKEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MACKEY, MANDY
ADDRESS AVAILABLE UPON REQUEST

MACKEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MACKEY, PATTI
ADDRESS AVAILABLE UPON REQUEST

MACKEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MACKEY, ZAKIYA
ADDRESS AVAILABLE UPON REQUEST

MACKIE, MARIA FERNANDA
ADDRESS AVAILABLE UPON REQUEST

MACKIE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MACKIE, TOM
ADDRESS AVAILABLE UPON REQUEST

MACKIN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MACKIN, KIERA
ADDRESS AVAILABLE UPON REQUEST

MACKINEN, ALLIX
ADDRESS AVAILABLE UPON REQUEST

MACKINLAY, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MACKINNON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MACKINNON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MACKINNON, RENE
ADDRESS AVAILABLE UPON REQUEST

MACKINTOSH, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MACKLIN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

MACKLIN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MACKLIN, MARY
ADDRESS AVAILABLE UPON REQUEST

MACKO, CAROL
ADDRESS AVAILABLE UPON REQUEST

MACKOUL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MACKOW, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MACKOWSKI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MACKPRANG, TERRY
ADDRESS AVAILABLE UPON REQUEST

MACKSEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MACKUNIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

MACLAREN, AMY
ADDRESS AVAILABLE UPON REQUEST

MACLEAN, JASON
ADDRESS AVAILABLE UPON REQUEST

MACLEAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MACLELLAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MACLELLAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MACLENNAN, GREGOR
ADDRESS AVAILABLE UPON REQUEST

MACLENNAN, TARA
ADDRESS AVAILABLE UPON REQUEST

MACLENNAN, TODD
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, KAICY
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, KELLI
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, LEAH
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, MONTANA
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

MACLEOD, SOPHIA S.
ADDRESS AVAILABLE UPON REQUEST

MACLIN, KEVEN
ADDRESS AVAILABLE UPON REQUEST

MACLIVELY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

MACLURE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MACMAHON, AMBER
ADDRESS AVAILABLE UPON REQUEST

MACMILLAN, BROOK
ADDRESS AVAILABLE UPON REQUEST

MACMILLAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MACMILLAN, GORDON
ADDRESS AVAILABLE UPON REQUEST

MACMILLAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MACMILLAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MACMINN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MACMULLEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

MACMULLETT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MACMURRAY, LYNN
ADDRESS AVAILABLE UPON REQUEST

MACNALLY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MACNAMARA, EMILEE
ADDRESS AVAILABLE UPON REQUEST

MACNAMARA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MACNAUGHTON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MACNEIL, JOHN
ADDRESS AVAILABLE UPON REQUEST

MACNEILL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MACNICOL, ALAINIA
ADDRESS AVAILABLE UPON REQUEST

MACOMBER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MACON FLEISCHER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MACON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MACOWSKI, WILL
ADDRESS AVAILABLE UPON REQUEST

MACPHAIL, GENEVRA
ADDRESS AVAILABLE UPON REQUEST

MACPHAIL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, MAYA
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, OLIVER
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, ROGER
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, TANA
ADDRESS AVAILABLE UPON REQUEST

MACPHERSON, VICKY
ADDRESS AVAILABLE UPON REQUEST

MACQUARRIE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MACQUEEN, ALI
ADDRESS AVAILABLE UPON REQUEST

MACQUEEN, BONNI
ADDRESS AVAILABLE UPON REQUEST

MACQUEEN, CARLIENNE
ADDRESS AVAILABLE UPON REQUEST

MACRAE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MACRAE, CASEY
ADDRESS AVAILABLE UPON REQUEST

MACRAE, SINLORIA
ADDRESS AVAILABLE UPON REQUEST

MACRANDER, LEE
ADDRESS AVAILABLE UPON REQUEST

MACRI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MACRI, ERIN
ADDRESS AVAILABLE UPON REQUEST

MACRI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MACROPOD
ADDRESS UNAVAILABLE AT TIME OF FILING

MACRORIE, QUINN
ADDRESS AVAILABLE UPON REQUEST

MACSATA, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

MACUCH, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MACURA, KATHY
ADDRESS AVAILABLE UPON REQUEST

MACUSZONOK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MACVEIGH-FIERRO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MACVICAR, DONNA
ADDRESS AVAILABLE UPON REQUEST

MACVICAR, MARY
ADDRESS AVAILABLE UPON REQUEST

MACVICAR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MACVICAR, SAVANDBEN
ADDRESS AVAILABLE UPON REQUEST

MACWHORTER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MACWILLIAMS, CORINA
ADDRESS AVAILABLE UPON REQUEST

MACWILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MACWILLIAMS, KATIE
ADDRESS AVAILABLE UPON REQUEST

MACY NEDELKA
ADDRESS AVAILABLE UPON REQUEST

MACY TRIANO
ADDRESS AVAILABLE UPON REQUEST

MACY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MACY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MACY, HEEK AND TIM
ADDRESS AVAILABLE UPON REQUEST

MACY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MACY, MARK
ADDRESS AVAILABLE UPON REQUEST

MACYS EAST
ADDRESS UNAVAILABLE AT TIME OF FILING

MACZKO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MACZUZAK, KYLEN
ADDRESS AVAILABLE UPON REQUEST

MACZYNSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MADAAN, DHRUV
ADDRESS AVAILABLE UPON REQUEST

MADAKOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

MADALENA DEWITT
ADDRESS AVAILABLE UPON REQUEST

MADALINSKI, PAUL
ADDRESS AVAILABLE UPON REQUEST

MADAR, ANDREANA
ADDRESS AVAILABLE UPON REQUEST

MADARA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MADARA, LISA
ADDRESS AVAILABLE UPON REQUEST

MADARASZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MADARASZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

MADARIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MADATHANAPALLI, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

MADATHIL, ALLEN
ADDRESS AVAILABLE UPON REQUEST

MADAY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MADDALENA, LESLEY
ADDRESS AVAILABLE UPON REQUEST

MADDALO, MARK
ADDRESS AVAILABLE UPON REQUEST

MADDEN, ALYSA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MADDEN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

MADDEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, GREG
ADDRESS AVAILABLE UPON REQUEST

MADDEN, HAMILTON
ADDRESS AVAILABLE UPON REQUEST

MADDEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MADDEN, IVY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JEAN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MADDEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MADISYN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MARTIN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MARY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MARY
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MADDEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

MADDEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MADDEN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MADDEN, TERRI
ADDRESS AVAILABLE UPON REQUEST

MADDEN, TIM
ADDRESS AVAILABLE UPON REQUEST

MADDEN, TROY
ADDRESS AVAILABLE UPON REQUEST

MADDI, GOPIKISHOR
ADDRESS AVAILABLE UPON REQUEST

MADDIGAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

MADDISON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MADDOCK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MADDOCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MADDOCK, WENDY
ADDRESS AVAILABLE UPON REQUEST

MADDOCKS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MADDOX, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MADDOX, BRIA
ADDRESS AVAILABLE UPON REQUEST

MADDOX, CATRICE
ADDRESS AVAILABLE UPON REQUEST

MADDOX, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

MADDOX, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MADDOX, MARY
ADDRESS AVAILABLE UPON REQUEST

MADDOX, MIA QUINN
ADDRESS AVAILABLE UPON REQUEST

MADDOX, NICHOLLE
ADDRESS AVAILABLE UPON REQUEST

MADDOX, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MADDOX, SARAH
ADDRESS AVAILABLE UPON REQUEST

MADDUX, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MADDUX, DAVID
ADDRESS AVAILABLE UPON REQUEST

MADDUX, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MADDY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MADDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MADECK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MADEL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MADELEINE KUBLI
ADDRESS AVAILABLE UPON REQUEST

MADELEINE WANT
ADDRESS AVAILABLE UPON REQUEST

MADELEINE, COSETTE
ADDRESS AVAILABLE UPON REQUEST

MADELEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MADELEY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

MADELINE HIXON
ADDRESS AVAILABLE UPON REQUEST

MADELINE KAY HERRERA
ADDRESS AVAILABLE UPON REQUEST

MADELINE ROBISON
ADDRESS AVAILABLE UPON REQUEST

MADELINE SENSIBILE
ADDRESS AVAILABLE UPON REQUEST

MADEO RISTORANTE
ADDRESS UNAVAILABLE AT TIME OF FILING

MADEO, MARK
ADDRESS AVAILABLE UPON REQUEST

MADERA
ADDRESS UNAVAILABLE AT TIME OF FILING

MADERA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MADERA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MADERA, JERALDIN
ADDRESS AVAILABLE UPON REQUEST

MADERIA, GIGI
ADDRESS AVAILABLE UPON REQUEST

MADEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MADEY, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MADEZA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MADGES, KATIE
ADDRESS AVAILABLE UPON REQUEST

MADGITZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MADHANAGOPAL, HEMA
ADDRESS AVAILABLE UPON REQUEST

MADHU, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

MADHURI CHANDRA
ADDRESS AVAILABLE UPON REQUEST

MADHURI VANGALA
ADDRESS AVAILABLE UPON REQUEST

MADHVARAJA, SOMA
ADDRESS AVAILABLE UPON REQUEST

MADIA, AMY
ADDRESS AVAILABLE UPON REQUEST

MADIGAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MADIGAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MADILL, SHARON
ADDRESS AVAILABLE UPON REQUEST

MADISEN PARKER
ADDRESS AVAILABLE UPON REQUEST

MADISON AVE MINI MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

MADISON BERTINI
ADDRESS AVAILABLE UPON REQUEST

MADISON BRUSSEE
ADDRESS AVAILABLE UPON REQUEST

MADISON ELIZABETH FRAZIER
ADDRESS AVAILABLE UPON REQUEST

MADISON GRACE
ADDRESS AVAILABLE UPON REQUEST

MADISON MARCUS
ADDRESS AVAILABLE UPON REQUEST

MADISON MESSER
ADDRESS AVAILABLE UPON REQUEST

MADISON SCHOTT
ADDRESS AVAILABLE UPON REQUEST

MADISON TEAGUE
ADDRESS AVAILABLE UPON REQUEST

MADISON TRUST CO CUSTODIAN
ADDRESS AVAILABLE UPON REQUEST

MADISON TRUST CO CUSTODIAN
FBO MICHAEL MALOUF
401 E 8TH ST SUITE 200
SIOUX FALLS, SD  57103

MADISON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MADISON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MADISON, CALEB
ADDRESS AVAILABLE UPON REQUEST

MADISON, CATHY
ADDRESS AVAILABLE UPON REQUEST

MADISON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MADISON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MADISON, THELIA
ADDRESS AVAILABLE UPON REQUEST

MADISON, TOMICKA
ADDRESS AVAILABLE UPON REQUEST

MADISON, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MADISON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MADJIDI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MADLAND TOYOTA LIFT INC
BWSC 4485 BUCK OWENS BLVD
BAKERSFIELD, CA  93308

MADOLE-KOPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MADONNA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MADONNA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MADONNA, ELYSSE
ADDRESS AVAILABLE UPON REQUEST

MADONNA, HALBERT,
ADDRESS AVAILABLE UPON REQUEST

MADONNA, MARY CAIT
ADDRESS AVAILABLE UPON REQUEST

MADORE, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

MADORE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MADORE, WENDY
ADDRESS AVAILABLE UPON REQUEST

MADORMA, LOUANNE
ADDRESS AVAILABLE UPON REQUEST

MADRAK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MADRIAGA, MIMI
ADDRESS AVAILABLE UPON REQUEST

MADRICK, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MADRID, ADI
ADDRESS AVAILABLE UPON REQUEST

MADRID, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MADRID, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MADRID, MARK
ADDRESS AVAILABLE UPON REQUEST

MADRID, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MADRID, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MADRID, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

MADRID, SARAH
ADDRESS AVAILABLE UPON REQUEST

MADRID, SHONI
ADDRESS AVAILABLE UPON REQUEST

MADRID, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MADRID, VIRGINIA S
ADDRESS AVAILABLE UPON REQUEST

MADRIGAL, ANA
ADDRESS AVAILABLE UPON REQUEST

MADRIGAL, MARIANA
ADDRESS AVAILABLE UPON REQUEST

MADRIGAL, MARY
ADDRESS AVAILABLE UPON REQUEST

MADRIGAL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MADRIGAL-SANCHEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

MADRIVO MEDIA, LLC.
10300 W CHARLESTON BLVD STE 13-196
LAS VEGAS, NV  89135

MADRIVO MEDIA, LLC.
121 E. WARM SPRINGS RD
LAS VEGAS, NV  89119

MADRIZ, KAY
ADDRESS AVAILABLE UPON REQUEST

MADRONA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MADSEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MADSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MADSEN, LESLEY
ADDRESS AVAILABLE UPON REQUEST

MADSEN, MARY K.
ADDRESS AVAILABLE UPON REQUEST

MADSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

MADSEN, SARA
ADDRESS AVAILABLE UPON REQUEST

MADSEN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MADSEN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MADSEN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

MADSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

MADSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MADSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MADSON, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MADSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MADSON, KARREN
ADDRESS AVAILABLE UPON REQUEST

MADTES, CASEY
ADDRESS AVAILABLE UPON REQUEST

MADU, EMEKA
ADDRESS AVAILABLE UPON REQUEST

MADUREIRA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MADURO, ALLIYAH
ADDRESS AVAILABLE UPON REQUEST

MADY, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MAE KEMSLEY, MAE
ADDRESS AVAILABLE UPON REQUEST

MAE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MAEDA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MAEHR, DINA
ADDRESS AVAILABLE UPON REQUEST

MAEHRLEIN, GITTA
ADDRESS AVAILABLE UPON REQUEST

MAENG, EUNICE
ADDRESS AVAILABLE UPON REQUEST

MAERCKLEIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

MAERCKLEIN, ELISSA
ADDRESS AVAILABLE UPON REQUEST

MAERSK CUSTOMS SERVICES USA INC
180 PARK AVENUE
FLORHAM PARK, NJ  07932

MAES, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MAES, LOIC
ADDRESS AVAILABLE UPON REQUEST

MAES, MELANNIE
ADDRESS AVAILABLE UPON REQUEST

MAES, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MAESTAS, BECCI
ADDRESS AVAILABLE UPON REQUEST

MAESTAS, DESNE
ADDRESS AVAILABLE UPON REQUEST

MAESTAS, LAYLA
ADDRESS AVAILABLE UPON REQUEST

MAESTAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAESTRETTI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAEV, IRIS
ADDRESS AVAILABLE UPON REQUEST

MAEVE A MOLLOY
ADDRESS AVAILABLE UPON REQUEST

MAEZ, SEFRA
ADDRESS AVAILABLE UPON REQUEST

MAFFEI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAFFEI, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MAFFEO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MAFFEO, BETTY
ADDRESS AVAILABLE UPON REQUEST

MAFFUCCI, GINA
ADDRESS AVAILABLE UPON REQUEST

MAFFUCCI, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAFRICE, CARSON
ADDRESS AVAILABLE UPON REQUEST

MAFTEI, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MAG, C
ADDRESS AVAILABLE UPON REQUEST

MAGA, JOHN
ADDRESS AVAILABLE UPON REQUEST

MAGADA, ROB
ADDRESS AVAILABLE UPON REQUEST

MAGAGNA, MEG
ADDRESS AVAILABLE UPON REQUEST

MAGAHA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MAGALHAES, KELLI
ADDRESS AVAILABLE UPON REQUEST

MAGALLAN, EFRAIN
ADDRESS AVAILABLE UPON REQUEST

MAGALLON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MAGAN, SHARON J
ADDRESS AVAILABLE UPON REQUEST

MAGANA, ABRIL
ADDRESS AVAILABLE UPON REQUEST

MAGANA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAGANA, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

MAGANA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MAGANA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MAGANA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MAGANA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAGANA, ROSA
ADDRESS AVAILABLE UPON REQUEST

MAGANA-GARZA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MAGANZINI, ELIZA
ADDRESS AVAILABLE UPON REQUEST

MAGANZINI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAGARACI, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

MAGARELLI, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MAGARIS, MYRIAH
ADDRESS AVAILABLE UPON REQUEST

MAGARITY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MAGAW ENTERPRISES INC
ADDRESS AVAILABLE UPON REQUEST

MAGAZINESDIRECT.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

MAGBAG, ALVIN
ADDRESS AVAILABLE UPON REQUEST

MAGBANUA, MELITA
ADDRESS AVAILABLE UPON REQUEST

MAGDALENA HULTSTRAND
ADDRESS AVAILABLE UPON REQUEST

MAGDALENA, KILEY
ADDRESS AVAILABLE UPON REQUEST

MAGDALENO, NINA
ADDRESS AVAILABLE UPON REQUEST

MAGDALIN, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

MAGDAY, XUCHILL
ADDRESS AVAILABLE UPON REQUEST

MAGDEN, HANS
ADDRESS AVAILABLE UPON REQUEST

MAGDOL, NORA
ADDRESS AVAILABLE UPON REQUEST

MAGEE, ABBY
ADDRESS AVAILABLE UPON REQUEST

MAGEE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, KATE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MAGEE, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MAGEE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MAGEE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MAGEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAGEE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAGEE, RVP BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MAGEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAGEE, TARA
ADDRESS AVAILABLE UPON REQUEST

MAGEE, TERRY
ADDRESS AVAILABLE UPON REQUEST

MAGEE, WILLIS
ADDRESS AVAILABLE UPON REQUEST

MAGEL, HALEY
ADDRESS AVAILABLE UPON REQUEST

MAGELLAN WINE IMPORTS
ADDRESS UNAVAILABLE AT TIME OF FILING

MAGER, KARLEY
ADDRESS AVAILABLE UPON REQUEST

MAGERS, HELEN
ADDRESS AVAILABLE UPON REQUEST

MAGERS, LORA
ADDRESS AVAILABLE UPON REQUEST

MAGES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAGGARD, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

MAGGARD, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MAGGARD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MAGGARD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MAGGI, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MAGGIACOMO, JULIA
ADDRESS AVAILABLE UPON REQUEST

MAGGIE LUONG
ADDRESS AVAILABLE UPON REQUEST

MAGGIE MCCARTHY
ADDRESS AVAILABLE UPON REQUEST

MAGGIE MCDONALD
ADDRESS AVAILABLE UPON REQUEST

MAGGIN, ROB
ADDRESS AVAILABLE UPON REQUEST

MAGGIO, ANGELLO
ADDRESS AVAILABLE UPON REQUEST

MAGGIO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAGGIO, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAGGIONCALDA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAGGIORA, ANNA
ADDRESS AVAILABLE UPON REQUEST

MAGGIORE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MAGGIORES
ADDRESS UNAVAILABLE AT TIME OF FILING

MAGIA, RISHI
ADDRESS AVAILABLE UPON REQUEST

MAGIC, CLONE
ADDRESS AVAILABLE UPON REQUEST

MAGIDSOHN, SAM
ADDRESS AVAILABLE UPON REQUEST

MAGILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAGILL, JENN
ADDRESS AVAILABLE UPON REQUEST

MAGILL, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MAGIN, CORY
ADDRESS AVAILABLE UPON REQUEST

MAGINN OWEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAGINN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAGISTRO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAGLEBY, MARY
ADDRESS AVAILABLE UPON REQUEST

MAGLIANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAGLIARDITI, LEXI
ADDRESS AVAILABLE UPON REQUEST

MAGLIO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MAGLIO, TARA
ADDRESS AVAILABLE UPON REQUEST

MAGLIOCCO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MAGNAN, ELLE
ADDRESS AVAILABLE UPON REQUEST

MAGNANI, ELISE
ADDRESS AVAILABLE UPON REQUEST

MAGNARELLI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MAGNAYE, JEDRHIC
ADDRESS AVAILABLE UPON REQUEST

MAGNE, ERIC
ADDRESS AVAILABLE UPON REQUEST

MAGNELL, TJ
ADDRESS AVAILABLE UPON REQUEST

MAGNELLI, DONNA
ADDRESS AVAILABLE UPON REQUEST

MAGNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAGNIE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAGNINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAGNONE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MAGNONE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAGNOTTA, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAGNOTTA, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

MAGNOTTI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAGNOTTI-NAGEL, ALISON
ADDRESS AVAILABLE UPON REQUEST

MAGNUSDOTTIR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, JON
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, LUCI
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MAGNUSON, TESSA
ADDRESS AVAILABLE UPON REQUEST

MAGNUSSON, CECILIA
ADDRESS AVAILABLE UPON REQUEST

MAGNUSSON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MAGOCSI, DAVID
ADDRESS AVAILABLE UPON REQUEST

MAGOON, KATHY
ADDRESS AVAILABLE UPON REQUEST

MAGOON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAGORNO, ROMINA
ADDRESS AVAILABLE UPON REQUEST

MAGOTO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MAGOWAN, JORDYN
ADDRESS AVAILABLE UPON REQUEST

MAGPANTAY, GLENN
ADDRESS AVAILABLE UPON REQUEST

MAGPLUS INC.
ACCOUNTS RECEIVABLE
PO BOX 8500
WINTER PARK, FL  32798500

MAGRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAGRATH-SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAGRINI, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MAGRINI, GERRY
ADDRESS AVAILABLE UPON REQUEST

MAGRINI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MAGRISH, DENA
ADDRESS AVAILABLE UPON REQUEST

MAGRISH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MAGRO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MAGRO, ROXIE
ADDRESS AVAILABLE UPON REQUEST

MAGRUDER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MAGRUDER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MAGRUM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MAGSAMEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAGSAMEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAGU5, DENISE
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, ANNE
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, BRYNN
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, CYNTHIA CELENTANO
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, DENIELLE
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, HARRIET
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, KARA
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, KSENIA
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, MONICA
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, PETE
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAGUIRE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MAGWOOD, FAYETTA
ADDRESS AVAILABLE UPON REQUEST

MAGWOOD, JADA
ADDRESS AVAILABLE UPON REQUEST

MAHAD MOHAMED
ADDRESS AVAILABLE UPON REQUEST

MAHADAN, NADIRA
ADDRESS AVAILABLE UPON REQUEST

MAHAFFAY, DEEDEE
ADDRESS AVAILABLE UPON REQUEST

MAHAFFEY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MAHAFFEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MAHAFFEY, TRACY
ADDRESS AVAILABLE UPON REQUEST

MAHAFFY, CANDICE
ADDRESS AVAILABLE UPON REQUEST

MAHAFFY, CARA
ADDRESS AVAILABLE UPON REQUEST

MAHAJAN, RAJ
ADDRESS AVAILABLE UPON REQUEST

MAHALANABIS, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

MAHAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MAHAN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

MAHAN, HAYLIE
ADDRESS AVAILABLE UPON REQUEST

MAHAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAHAN, JULIEA
ADDRESS AVAILABLE UPON REQUEST

MAHAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MAHAN, MASON
ADDRESS AVAILABLE UPON REQUEST

MAHAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAHAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

MAHAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MAHAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MAHAN, VICKI
ADDRESS AVAILABLE UPON REQUEST

MAHANAY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MAHANES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAHANEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MAHANY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MAHAR, WILL
ADDRESS AVAILABLE UPON REQUEST

MAHARAJ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAHATZKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAHDAVI, ANDISHEH
ADDRESS AVAILABLE UPON REQUEST

MAHDI, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MAHENDRA ROBERT BAPNA
ADDRESS AVAILABLE UPON REQUEST

MAHENDRA S VELCHURU
ADDRESS AVAILABLE UPON REQUEST

MAHER JR, WILLIAM F
ADDRESS AVAILABLE UPON REQUEST

MAHER, AMBER
ADDRESS AVAILABLE UPON REQUEST

MAHER, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MAHER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MAHER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MAHER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MAHER, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MAHER, ENTONYA
ADDRESS AVAILABLE UPON REQUEST

MAHER, EVAN
ADDRESS AVAILABLE UPON REQUEST

MAHER, JENNIE
ADDRESS AVAILABLE UPON REQUEST

MAHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAHER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAHER, KARA KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MAHER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAHER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MAHER, LISA
ADDRESS AVAILABLE UPON REQUEST

MAHER, LISA
ADDRESS AVAILABLE UPON REQUEST

MAHER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MAHER, MARY
ADDRESS AVAILABLE UPON REQUEST

MAHER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MAHER, MAURA
ADDRESS AVAILABLE UPON REQUEST

MAHER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MAHER, PATTI
ADDRESS AVAILABLE UPON REQUEST

MAHER, PETER
ADDRESS AVAILABLE UPON REQUEST

MAHER, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MAHER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAHER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MAHER, VELAMI
ADDRESS AVAILABLE UPON REQUEST

MAHER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MAHESH GONDI
ADDRESS AVAILABLE UPON REQUEST

MAHESH GOPINATHA MENON
ADDRESS AVAILABLE UPON REQUEST

MAHESH SADHU PHULWANI
ADDRESS AVAILABLE UPON REQUEST

MAHESH, EVON
ADDRESS AVAILABLE UPON REQUEST

MAHESHWAR PANYALA
ADDRESS AVAILABLE UPON REQUEST

MAHESHWARI, MONICA
ADDRESS AVAILABLE UPON REQUEST

MAHESWARA SURAPUNENI
ADDRESS AVAILABLE UPON REQUEST

MAHEU, KATHY
ADDRESS AVAILABLE UPON REQUEST

MAHEU, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MAHIDHAR SUGURU
ADDRESS AVAILABLE UPON REQUEST

MAHLER, BILL
ADDRESS AVAILABLE UPON REQUEST

MAHLER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MAHLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAHLER, JOSEPH A
ADDRESS AVAILABLE UPON REQUEST

MAHLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MAHLKE, GINA
ADDRESS AVAILABLE UPON REQUEST

MAHMOUDI, GUITA
ADDRESS AVAILABLE UPON REQUEST

MAHMUD, LAILAA
ADDRESS AVAILABLE UPON REQUEST

MAHN, JEAN
ADDRESS AVAILABLE UPON REQUEST

MAHNEKE, MARLINA
ADDRESS AVAILABLE UPON REQUEST

MAHNKE, TERRA
ADDRESS AVAILABLE UPON REQUEST

MAHNKEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAHNS, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MAHOLIC, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAHON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MAHON, AKILAH
ADDRESS AVAILABLE UPON REQUEST

MAHON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MAHON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MAHON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MAHON, ERIN
ADDRESS AVAILABLE UPON REQUEST

MAHON, JEFF
ADDRESS AVAILABLE UPON REQUEST

MAHON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MAHON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MAHON, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MAHON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MAHON, NIKITA
ADDRESS AVAILABLE UPON REQUEST

MAHON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MAHON, ZENADA
ADDRESS AVAILABLE UPON REQUEST

MAHONE, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

MAHONE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, CARENE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, DJ
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, JANET
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, JANICE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, JOY
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, KAELA
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, KERRY
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, LISA
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, M.J.
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, RICHIE
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, RICK
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, TARA
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MAHONEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MAHONSKI, TERI
ADDRESS AVAILABLE UPON REQUEST

MAHONY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MAHONY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MAHOWALD, KELLEY
ADDRESS AVAILABLE UPON REQUEST

MAHOWALD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MAHR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MAHR, MANDY
ADDRESS AVAILABLE UPON REQUEST

MAHRAMUS, JEANA
ADDRESS AVAILABLE UPON REQUEST

MAHS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAHUNA, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MAHURE, SHYAMALI
ADDRESS AVAILABLE UPON REQUEST

MAHURIN, LYNN
ADDRESS AVAILABLE UPON REQUEST

MAI, CLOA
ADDRESS AVAILABLE UPON REQUEST

MAI, DUY
ADDRESS AVAILABLE UPON REQUEST

MAI, LEWIS
ADDRESS AVAILABLE UPON REQUEST

MAI, TERRY
ADDRESS AVAILABLE UPON REQUEST

MAIA KNIGHT (DBA GOOSH GOOSH, LLC)
750 N. SAN VICENTE BLVD. EAST TOWER,
SUITE 1100
WEST HOLLYWOOD, CA  90069

MAIDA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MAIDA, MADISON
ADDRESS AVAILABLE UPON REQUEST

MAIDA, MONICA
ADDRESS AVAILABLE UPON REQUEST

MAIDA, NANCY
ADDRESS AVAILABLE UPON REQUEST

MAIDE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MAIDEN, GRAZIELE
ADDRESS AVAILABLE UPON REQUEST

MAIELLO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MAIENSCHEIN, DREW
ADDRESS AVAILABLE UPON REQUEST

MAIER, APRIL
ADDRESS AVAILABLE UPON REQUEST

MAIER, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

MAIER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MAIER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MAIER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MAIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAIER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAIER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MAIER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MAIERS, RAE ANN
ADDRESS AVAILABLE UPON REQUEST

MAIERS, RYAN
ADDRESS AVAILABLE UPON REQUEST

MAIGA, IBRAHIMA
ADDRESS AVAILABLE UPON REQUEST

MAIGNAN, STACEY
ADDRESS AVAILABLE UPON REQUEST

MAIGUR, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAIL CONNEXION, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

MAILCHIMP
675 PONCE DE LEON AVE NE
SUITE 5000
ATLANTA, GA  30308

MAILHOT, THERESA
ADDRESS AVAILABLE UPON REQUEST

MAILLET, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MAILLOUX, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MAILLOUX, JOEY
ADDRESS AVAILABLE UPON REQUEST

MAILLOUX, JOSH
ADDRESS AVAILABLE UPON REQUEST

MAILLOUX, SARA
ADDRESS AVAILABLE UPON REQUEST

MAILLOUX, TISH
ADDRESS AVAILABLE UPON REQUEST

MAILMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MAIMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAIMONE, CHIARA
ADDRESS AVAILABLE UPON REQUEST

MAIN STREET DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

MAIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MAIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MAIN, KENT
ADDRESS AVAILABLE UPON REQUEST

MAINAR, RILEY
ADDRESS AVAILABLE UPON REQUEST

MAINART, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MAINDIRATTA, AJAY
ADDRESS AVAILABLE UPON REQUEST

MAINE BUREAU CONSUMER CREDIT
PROTECTION
35 STATE HOUSE STATION
AUGUSTA, ME  04333

MAINE DEPT OF LABOR
54 STATE HOUSE STATION
AUGUSTA, ME  04333-0054

MAINE LIQUOR LICENSING & INSPECTION
UNIT
ADDRESS UNAVAILABLE AT TIME OF FILING

MAINE OFFICE OF SECURITIES
OFFICE OF SECURITIES
121 STATE HOUSE STATION
AUGUSTA, ME  04333

MAINE REVENUE SERVICES
51 COMMERCE DRIVE
AUGUSTA, ME  04330

MAINE REVENUE SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

MAINE REVENUE SERVICES
PO BOX 9107
AUGUSTA, ME  04332-9107

MAINE SEC OF STATE
ADDRESS UNAVAILABLE AT TIME OF FILING

MAINELLI, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAINES, KYLE
ADDRESS AVAILABLE UPON REQUEST

MAINES, LEAANNE
ADDRESS AVAILABLE UPON REQUEST

MAINGI, ANNE
ADDRESS AVAILABLE UPON REQUEST

MAINGOT, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAINLAND POKE
ADDRESS UNAVAILABLE AT TIME OF FILING

MAINOLFI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MAINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAINS, THERESA
ADDRESS AVAILABLE UPON REQUEST

MAIONA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAIORANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAIORINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MAIR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAIRE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MAIROSE, TINA
ADDRESS AVAILABLE UPON REQUEST

MAISANO, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MAISCALCO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MAISE, AMMIE
ADDRESS AVAILABLE UPON REQUEST

MAISEL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MAISEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAISEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MAISH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MAISON BILLIART INC
263 BAINBRIDGE ST
BROOKLYN, NY  11233

MAISON DU COLOMBIER BEAUNE
ADDRESS UNAVAILABLE AT TIME OF FILING

MAISON KAYSER
ADDRESS AVAILABLE UPON REQUEST

MAISONPIERRE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MAISTO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MAISTROS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MAISURIA, JENNICA
ADDRESS AVAILABLE UPON REQUEST

MAITHEL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

MAITLAND, JASMIN
ADDRESS AVAILABLE UPON REQUEST

MAITLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAITRE, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

MAITRE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAIWALD, SIMONE
ADDRESS AVAILABLE UPON REQUEST

MAIZAR, AMANDA NOELLE
ADDRESS AVAILABLE UPON REQUEST

MAIZEL, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MAJASKI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MAJDANIK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MAJDIC, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MAJEED, MUNEEB
ADDRESS AVAILABLE UPON REQUEST

MAJER, NATE
ADDRESS AVAILABLE UPON REQUEST

MAJER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MAJERCZYK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MAJESKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAJESKI, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MAJESKI, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MAJEWSKI, JASON
ADDRESS AVAILABLE UPON REQUEST

MAJIDY, HAMID
ADDRESS AVAILABLE UPON REQUEST

MAJIED, KHALILAH
ADDRESS AVAILABLE UPON REQUEST

MAJITHIA, VASUNDHARA
ADDRESS AVAILABLE UPON REQUEST

MAJKA, JENNIE
ADDRESS AVAILABLE UPON REQUEST

MAJOR BRANDS, INC. (BREAKTHRU
BEVERAGE MISSOURI)
PO BOX 952601
ST LOUIS, MO  63195

MAJOR BRANDS, INC. (BREAKTHRU
BEVERAGE MISSOURI)
PO BOX 952601
ST. LOUIS, MO  63195

MAJOR LEAGUE SOFTBALL, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

MAJOR ROCKET LLC
19495 BISCAYNE BLVD STE 300
MIAMI, FL  33180

MAJOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MAJOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAJOR, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MAJOR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MAJOR, ELLEE
ADDRESS AVAILABLE UPON REQUEST

MAJOR, HANNA
ADDRESS AVAILABLE UPON REQUEST

MAJOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

MAJOR, KATE
ADDRESS AVAILABLE UPON REQUEST

MAJOR, KERRY
ADDRESS AVAILABLE UPON REQUEST

MAJOR, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAJOR, LATRISHA
ADDRESS AVAILABLE UPON REQUEST

MAJOR, MACK
ADDRESS AVAILABLE UPON REQUEST

MAJOR, MALYKA
ADDRESS AVAILABLE UPON REQUEST

MAJOR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAJOR, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MAJOR, PAM AND PETE
ADDRESS AVAILABLE UPON REQUEST

MAJOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MAJORS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MAJORS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAJORS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MAJSIAK, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MAJUMDAR, SHAUN
ADDRESS AVAILABLE UPON REQUEST

MAJUMDER, ANKITA
ADDRESS AVAILABLE UPON REQUEST

MAK, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MAKABALI, MYLENE
ADDRESS AVAILABLE UPON REQUEST

MAKANA SWAW
ADDRESS AVAILABLE UPON REQUEST

MAKAR, IDETTE
ADDRESS AVAILABLE UPON REQUEST

MAKAR, KERRI
ADDRESS AVAILABLE UPON REQUEST

MAKARA, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MAKARA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

MAKARENKO, DASHA
ADDRESS AVAILABLE UPON REQUEST

MAKARENKO, PAVLO
ADDRESS AVAILABLE UPON REQUEST

MAKAREWICZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MAKARON, VLADIMIR
ADDRESS AVAILABLE UPON REQUEST

MAKAROVA, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

MAKARSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAKATI, SUNNY
ADDRESS AVAILABLE UPON REQUEST

MAKAY, JEREMY
ADDRESS AVAILABLE UPON REQUEST

MAKAYLA FENNEMA
ADDRESS AVAILABLE UPON REQUEST

MAKAYLA MCAFEE (DBA FASHIONABLY KAY)
156 GREENBRIAR DR
AURORA, OH  44202

MAKEE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAKELA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAKENENI, SPANDANA
ADDRESS AVAILABLE UPON REQUEST

MAKER COLLABORATIVE LLC
1024 MAPLE STREET  5
SANTA MONICA, CA  90405

MAKER COLLABORATIVE LLC
1341 SOUTH BURNSIDE AVENUE APT 2
LOS ANGELES, CA  90019

MAKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAKEYEV, K.
ADDRESS AVAILABLE UPON REQUEST

MAKFINSKY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAKHANIK, LANA
ADDRESS AVAILABLE UPON REQUEST

MAKHEJA, SONIA
ADDRESS AVAILABLE UPON REQUEST

MAKHIJA, MANISH
ADDRESS AVAILABLE UPON REQUEST

MAKHRINSKY, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MAKHUMALO, WATIPA
ADDRESS AVAILABLE UPON REQUEST

MAKI MAYA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MAKI, ALIYA
ADDRESS AVAILABLE UPON REQUEST

MAKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAKI, HAILY
ADDRESS AVAILABLE UPON REQUEST

MAKI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MAKIN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MAKIN, KAI
ADDRESS AVAILABLE UPON REQUEST

MAKINI DAVIS
ADDRESS AVAILABLE UPON REQUEST

MAKINNEY, KAT
ADDRESS AVAILABLE UPON REQUEST

MAKINNEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAKINNEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAKLER, MARY
ADDRESS AVAILABLE UPON REQUEST

MAKOFSKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAKOFSKY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MAKOL, DAVID
ADDRESS AVAILABLE UPON REQUEST

MAKOSA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MAKOWIEC, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAKOWSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAKRINIKOLAS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MAKSUD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MAKTABI, FAUZIA
ADDRESS AVAILABLE UPON REQUEST

MAKUCH, RACHEL-LYN
ADDRESS AVAILABLE UPON REQUEST

MAKUKH, MYROSLAVA
ADDRESS AVAILABLE UPON REQUEST

MAKUNIA, VITALII
ADDRESS AVAILABLE UPON REQUEST

MALA CLOSURE SYSTEMS, INC
1304 SCOTT STREET, SUITE B
PETALUMA, CA  94954

MALA MATHESON
ADDRESS AVAILABLE UPON REQUEST

MALACH, STEFFANY
ADDRESS AVAILABLE UPON REQUEST

MALACOS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MALAER, DARREN
ADDRESS AVAILABLE UPON REQUEST

MALAFSKY, ISAAC
ADDRESS AVAILABLE UPON REQUEST

MALAGON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALAKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MALAMPHY, PAM
ADDRESS AVAILABLE UPON REQUEST

MALAN, JANE
ADDRESS AVAILABLE UPON REQUEST

MALANGONE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MALARO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MALASEK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MALASZECKI, DANA
ADDRESS AVAILABLE UPON REQUEST

MALATESTA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MALATYNSKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

MALAVE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MALAVE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MALAVET, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MALAVIYA, PRABHAT
ADDRESS AVAILABLE UPON REQUEST

MALAY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MALAY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MALBROUGH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MALBURG, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MALCHESTER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MALCHOW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MALCOLM FIFER
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, AM
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, BETTINA
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, JANIE
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MALCOLM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MALCOM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MALD, SARA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ALBERT
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ALYS
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, AMOS
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ANDRES
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, CARISSA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, GLORIA ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, JYSENIA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MARC
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MARIA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MARIA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MARIAHANNI
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, OSVALDO
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, RICARDO
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, SALOME
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, SAZHA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, SHELLY
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, TESA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MALDONADO, WALESKA
ADDRESS AVAILABLE UPON REQUEST

MALDONATO, NICK
ADDRESS AVAILABLE UPON REQUEST

MALEAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MALEAR, GRANT
ADDRESS AVAILABLE UPON REQUEST

MALEC, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MALEC, RONALD
ADDRESS AVAILABLE UPON REQUEST

MALECEK, LUCY
ADDRESS AVAILABLE UPON REQUEST

MALECHA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MALEJAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MALEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MALEK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MALEK, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

MALENO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MALERMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MALESH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MALESKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALETTE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MALEY, CONOR
ADDRESS AVAILABLE UPON REQUEST

MALEY, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MALEY, MERRIDETH
ADDRESS AVAILABLE UPON REQUEST

MALEY, MICKEY
ADDRESS AVAILABLE UPON REQUEST

MALEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MALFATTI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MALGORZATA POLEWCZYNSKA
ADDRESS AVAILABLE UPON REQUEST

MALHAM, TRACY
ADDRESS AVAILABLE UPON REQUEST

MALHI, MANINDER
ADDRESS AVAILABLE UPON REQUEST

MALHI, SONAM
ADDRESS AVAILABLE UPON REQUEST

MALHIOT, EMILY
ADDRESS AVAILABLE UPON REQUEST

MALHOTRA, DIVYESHA
ADDRESS AVAILABLE UPON REQUEST

MALHOTRA, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MALHOTRA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MALHOTRA, SHEETAL
ADDRESS AVAILABLE UPON REQUEST

MALIA WIMMEL
ADDRESS AVAILABLE UPON REQUEST

MALIBU CONFERENCE CENTER, INC
327 S. LATIGO CANYON RD.
MALIBU, CA  90265

MALICKI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MALICOAT, PAUL
ADDRESS AVAILABLE UPON REQUEST

MALIFF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MALIK, GAURAV
ADDRESS AVAILABLE UPON REQUEST

MALIK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MALIK, PARIZEH
ADDRESS AVAILABLE UPON REQUEST

MALIK, PRIYA
ADDRESS AVAILABLE UPON REQUEST

MALIK, SAHANA
ADDRESS AVAILABLE UPON REQUEST

MALIK, SANJNA
ADDRESS AVAILABLE UPON REQUEST

MALIMATA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MALIN, MONICA
ADDRESS AVAILABLE UPON REQUEST

MALIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALIN, SARA
ADDRESS AVAILABLE UPON REQUEST

MALINA, LUMIR
ADDRESS AVAILABLE UPON REQUEST

MALINAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MALINDA HARRIS
ADDRESS AVAILABLE UPON REQUEST

MALINE, BETTY ANN
ADDRESS AVAILABLE UPON REQUEST

MALINE, PENNY
ADDRESS AVAILABLE UPON REQUEST

MALINEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MALINGER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

MALINIT, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

MALINOVIC, DRAGANA
ADDRESS AVAILABLE UPON REQUEST

MALINOVSKIS, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MALINOWSKI, CLARE
ADDRESS AVAILABLE UPON REQUEST

MALINOWSKI, DONNA
ADDRESS AVAILABLE UPON REQUEST

MALINOWSKI, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MALINSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MALINSKY, DIANA
ADDRESS AVAILABLE UPON REQUEST

MALINSKY, TATIANA
ADDRESS AVAILABLE UPON REQUEST

MALKA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MALKAMITU WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

MALKANI, KYLA
ADDRESS AVAILABLE UPON REQUEST

MALKI, EMMA
ADDRESS AVAILABLE UPON REQUEST

MALKIEWICZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

MALKIEWICZ, KYLEE
ADDRESS AVAILABLE UPON REQUEST

MALKIN, BECCA
ADDRESS AVAILABLE UPON REQUEST

MALKO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MALKOSKI, CALVIN
ADDRESS AVAILABLE UPON REQUEST

MALL, MOREEN
ADDRESS AVAILABLE UPON REQUEST

MALLACH, MADISON
ADDRESS AVAILABLE UPON REQUEST

MALLAMS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MALLARANGENG, SURYA
ADDRESS AVAILABLE UPON REQUEST

MALLARD, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MALLARD, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MALLARD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MALLARD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MALLARE, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MALLE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MALLEIN, MARIE
ADDRESS AVAILABLE UPON REQUEST

MALLEN, CLARE
ADDRESS AVAILABLE UPON REQUEST

MALLER, HAILEE
ADDRESS AVAILABLE UPON REQUEST

MALLERNEE, GARY
ADDRESS AVAILABLE UPON REQUEST

MALLERY, HANK
ADDRESS AVAILABLE UPON REQUEST

MALLERY, RANDI
ADDRESS AVAILABLE UPON REQUEST

MALLETT, JO
ADDRESS AVAILABLE UPON REQUEST

MALLETTE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MALLEUS, KAREN
ADDRESS AVAILABLE UPON REQUEST

MALLEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MALLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MALLEY, CONOR
ADDRESS AVAILABLE UPON REQUEST

MALLEY, CULLEN
ADDRESS AVAILABLE UPON REQUEST

MALLEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MALLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MALLEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

MALLICK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MALLICOTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALLIE EASTERLIN
ADDRESS AVAILABLE UPON REQUEST

MALLIKA SIMONE
ADDRESS AVAILABLE UPON REQUEST

MALLIN, GREG
ADDRESS AVAILABLE UPON REQUEST

MALLIN, KIMMARIE
ADDRESS AVAILABLE UPON REQUEST

MALLING, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MALLINSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MALLIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MALLISON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALLISON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALLON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MALLON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MALLON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MALLON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALLON, KYLE
ADDRESS AVAILABLE UPON REQUEST

MALLON, PETER
ADDRESS AVAILABLE UPON REQUEST

MALLONEE, AMBER
ADDRESS AVAILABLE UPON REQUEST

MALLONEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MALLORE, CJ
ADDRESS AVAILABLE UPON REQUEST

MALLOREY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MALLORY ROSS
ADDRESS AVAILABLE UPON REQUEST

MALLORY SESSIONS
ADDRESS AVAILABLE UPON REQUEST

MALLORY, BECCA
ADDRESS AVAILABLE UPON REQUEST

MALLORY, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MALLORY, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MALLORY, JEFFRIE
ADDRESS AVAILABLE UPON REQUEST

MALLORY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MALLORY, LACEY
ADDRESS AVAILABLE UPON REQUEST

MALLORY, LYNDI
ADDRESS AVAILABLE UPON REQUEST

MALLORY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MALLORY, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

MALLORY, ONZHANE
ADDRESS AVAILABLE UPON REQUEST

MALLORY, SATRENA
ADDRESS AVAILABLE UPON REQUEST

MALLORY, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MALLOVE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MALLOW, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MALLOW, HOWARD
ADDRESS AVAILABLE UPON REQUEST

MALLOW, HOWIE
ADDRESS AVAILABLE UPON REQUEST

MALLOY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MALLOY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MALLOY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MALLOY, GRACE
ADDRESS AVAILABLE UPON REQUEST

MALLOY, HALEY
ADDRESS AVAILABLE UPON REQUEST

MALLOY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MALLOY, KEN
ADDRESS AVAILABLE UPON REQUEST

MALLOY, MADISON
ADDRESS AVAILABLE UPON REQUEST

MALLOY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MALLOY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MALLOY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MALLUM, MATT
ADDRESS AVAILABLE UPON REQUEST

MALLWITZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MALLY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MALLY, STEVE
ADDRESS AVAILABLE UPON REQUEST

MALM, EMILY
ADDRESS AVAILABLE UPON REQUEST

MALM, KARISSA
ADDRESS AVAILABLE UPON REQUEST

MALMQUIST, ELISSA
ADDRESS AVAILABLE UPON REQUEST

MALMROSE, MONIKA
ADDRESS AVAILABLE UPON REQUEST

MALMSHEIMER, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

MALMSTEAD, AMY
ADDRESS AVAILABLE UPON REQUEST

MALMUT, ERIC
ADDRESS AVAILABLE UPON REQUEST

MALO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MALO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MALO, LISA
ADDRESS AVAILABLE UPON REQUEST

MALO-KURZINSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MALONE CALDERON, MARIS
ADDRESS AVAILABLE UPON REQUEST

MALONE RODRIGUEZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MALONE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MALONE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MALONE, APRIL
ADDRESS AVAILABLE UPON REQUEST

MALONE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MALONE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MALONE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MALONE, CALEB
ADDRESS AVAILABLE UPON REQUEST

MALONE, CASEY
ADDRESS AVAILABLE UPON REQUEST

MALONE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MALONE, DAN AND SUE
ADDRESS AVAILABLE UPON REQUEST

MALONE, GARY
ADDRESS AVAILABLE UPON REQUEST

MALONE, JADA
ADDRESS AVAILABLE UPON REQUEST

MALONE, JAIME
ADDRESS AVAILABLE UPON REQUEST

MALONE, JULIE
ADDRESS AVAILABLE UPON REQUEST

MALONE, KAREN
ADDRESS AVAILABLE UPON REQUEST

MALONE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALONE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALONE, KENNY
ADDRESS AVAILABLE UPON REQUEST

MALONE, KIM
ADDRESS AVAILABLE UPON REQUEST

MALONE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MALONE, LISA
ADDRESS AVAILABLE UPON REQUEST

MALONE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MALONE, MADISON
ADDRESS AVAILABLE UPON REQUEST

MALONE, MARK
ADDRESS AVAILABLE UPON REQUEST

MALONE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MALONE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MALONE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MALONE, RODNEY
ADDRESS AVAILABLE UPON REQUEST

MALONE, SAWAN
ADDRESS AVAILABLE UPON REQUEST

MALONE, SEAN
ADDRESS AVAILABLE UPON REQUEST

MALONE, SHANI
ADDRESS AVAILABLE UPON REQUEST

MALONE, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MALONE, TERRY
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ANDIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ANN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, CHAD
ADDRESS AVAILABLE UPON REQUEST

MALONEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MALONEY, CORRY
ADDRESS AVAILABLE UPON REQUEST

MALONEY, DEIRDER
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, ELYSE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MALONEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MALONEY, JORDYN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MALONEY, LESTER R
ADDRESS AVAILABLE UPON REQUEST

MALONEY, LISETTE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MARIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MAURA
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MAURA
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

MALONEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

MALONEY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

MALONEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MALONEY, SAM
ADDRESS AVAILABLE UPON REQUEST

MALONEY, SELINNA
ADDRESS AVAILABLE UPON REQUEST

MALONEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MALONEY, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MALOSH, CHRYSA
ADDRESS AVAILABLE UPON REQUEST

MALOSH, LAURA
ADDRESS AVAILABLE UPON REQUEST

MALOTA, CASSI
ADDRESS AVAILABLE UPON REQUEST

MALOTT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MALOUF, DEVYN
ADDRESS AVAILABLE UPON REQUEST

MALOUF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MALOUF, TAWNY
ADDRESS AVAILABLE UPON REQUEST

MALOW, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MALOY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MALOY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MALOY, MARY
ADDRESS AVAILABLE UPON REQUEST

MALOYLO, YANA
ADDRESS AVAILABLE UPON REQUEST

MALPASS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MALSBURY, AASHLEY
ADDRESS AVAILABLE UPON REQUEST

MALSIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

MALT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MALTA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MALTABES, ANNA MARIA
ADDRESS AVAILABLE UPON REQUEST

MALTAGLIATI, NICK
ADDRESS AVAILABLE UPON REQUEST

MALTBIE, BRENTON
ADDRESS AVAILABLE UPON REQUEST

MALTEMPI, KARA
ADDRESS AVAILABLE UPON REQUEST

MALTER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MALTER, HARLAN
ADDRESS AVAILABLE UPON REQUEST

MALTER, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

MALTMAN, NELL
ADDRESS AVAILABLE UPON REQUEST

MALTOS, LETICIA
ADDRESS AVAILABLE UPON REQUEST

MALTZ, CORY & JESSICA
ADDRESS AVAILABLE UPON REQUEST

MALTZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

MALTZ, KALEY
ADDRESS AVAILABLE UPON REQUEST

MALUEG, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MALVAEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

MALVEAUX, NAKISHA
ADDRESS AVAILABLE UPON REQUEST

MALVEAUX, TERESA
ADDRESS AVAILABLE UPON REQUEST

MALVEEKA SHARMA
ADDRESS AVAILABLE UPON REQUEST

MALVESTUTO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MALVIYA, VINDHYA
ADDRESS AVAILABLE UPON REQUEST

MALY, BARRET
ADDRESS AVAILABLE UPON REQUEST

MALY, THABATA
ADDRESS AVAILABLE UPON REQUEST

MALZ, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MALZI, MARK
ADDRESS AVAILABLE UPON REQUEST

MAMA SHELTER
ADDRESS UNAVAILABLE AT TIME OF FILING

MAMACLAY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MAMAGHANI, ANNE
ADDRESS AVAILABLE UPON REQUEST

MAMAK, JASMIN
ADDRESS AVAILABLE UPON REQUEST

MAMAKOS, MARINA
ADDRESS AVAILABLE UPON REQUEST

MAMAN TRIBECA LLC
211 WEST BROADWAY
NEW YORK, NY 10013

MAMAN TRIBECA LLC
237 CENTRE STREET, 3RD FLOOR
NEW YORK, NY 10013

MAMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MAMAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MAMARY, JENNIE
ADDRESS AVAILABLE UPON REQUEST

MAMET, MARISA
ADDRESS AVAILABLE UPON REQUEST

MAMGEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAMIGONIAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAMMADOVA, NIGAR
ADDRESS AVAILABLE UPON REQUEST

MAMMEN, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MAMMEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAMMINO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAMMO, MAHLETTE
ADDRESS AVAILABLE UPON REQUEST

MAMMOSER, KATIE
ADDRESS AVAILABLE UPON REQUEST

MAMMOTH CHEVRON, ANGELA TELLER
ADDRESS AVAILABLE UPON REQUEST

MAMNOON RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

MAMONE, BETSEY
ADDRESS AVAILABLE UPON REQUEST

MAMONE, LISA
ADDRESS AVAILABLE UPON REQUEST

MAMOUNAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

MAMOUNEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MAMRAK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAMULA, KASEY
ADDRESS AVAILABLE UPON REQUEST

MANAGED BY Q LA LLC
161 AVENUE OF ANMERICAS 2ND FLR
NEW YORK, NY 10013

MANAGED BY Q LA LLC
161 AVENUE OF THE AMERICAS, 2ND FLR
NEW YORK, NY 10013

MANAGER OF FINANCE
PO BOX 660859
DALLAS, TX 75266-0859

MANAHAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MANAHAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MANAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MANALILI, JOEL
ADDRESS AVAILABLE UPON REQUEST

MANALO, LORACE
ADDRESS AVAILABLE UPON REQUEST

MANALO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MANALO, NOAH
ADDRESS AVAILABLE UPON REQUEST

MANANSALA, JACK
ADDRESS AVAILABLE UPON REQUEST

MANASA, KERI
ADDRESS AVAILABLE UPON REQUEST

MANAY, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

MANBROSE TO GO
ADDRESS UNAVAILABLE AT TIME OF FILING

MANCANO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MANCE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MANCELLA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

MANCENIDO, AUSTINE
ADDRESS AVAILABLE UPON REQUEST

MANCENIDO, ZID
ADDRESS AVAILABLE UPON REQUEST

MANCHA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MANCHA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MANCHACA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MANCHANDA, RISHI
ADDRESS AVAILABLE UPON REQUEST

MANCHANDA, SARTHI
ADDRESS AVAILABLE UPON REQUEST

MANCHESTER, CARI
ADDRESS AVAILABLE UPON REQUEST

MANCHESTER, CARLA
ADDRESS AVAILABLE UPON REQUEST

MANCHESTER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MANCHESTER, RYAN
ADDRESS AVAILABLE UPON REQUEST

MANCHISI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANCHO, MAGNUS
ADDRESS AVAILABLE UPON REQUEST

MANCIA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

MANCILLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MANCILLA, HECTOR
ADDRESS AVAILABLE UPON REQUEST

MANCILLA, TANIA
ADDRESS AVAILABLE UPON REQUEST

MANCINELLI, ALIDA
ADDRESS AVAILABLE UPON REQUEST

MANCINI, AMBER
ADDRESS AVAILABLE UPON REQUEST

MANCINI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MANCINI, CARLA
ADDRESS AVAILABLE UPON REQUEST

MANCINI, EVA
ADDRESS AVAILABLE UPON REQUEST

MANCINI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MANCINI, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MANCINI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MANCINI, MARY
ADDRESS AVAILABLE UPON REQUEST

MANCINI, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

MANCINI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MANCINI, SUE
ADDRESS AVAILABLE UPON REQUEST

MANCINO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MANCINO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MANCKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MANCKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MANCUSI, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MANCUSO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MANCUSO, HAILEY
ADDRESS AVAILABLE UPON REQUEST

MANCUSO, MARC
ADDRESS AVAILABLE UPON REQUEST

MANCUSO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MANCZAK, DAVID
ADDRESS AVAILABLE UPON REQUEST

MANDA, MERE
ADDRESS AVAILABLE UPON REQUEST

MANDA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MANDAHL, WYNN
ADDRESS AVAILABLE UPON REQUEST

MANDALA, VENKATA
ADDRESS AVAILABLE UPON REQUEST

MANDALL, KATE
ADDRESS AVAILABLE UPON REQUEST

MANDAVA, NETAJI
ADDRESS AVAILABLE UPON REQUEST

MANDEAU, DENISE
ADDRESS AVAILABLE UPON REQUEST

MANDEEP ATWAL
ADDRESS AVAILABLE UPON REQUEST

MANDEL, ABBY
ADDRESS AVAILABLE UPON REQUEST

MANDEL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MANDEL, GINGER
ADDRESS AVAILABLE UPON REQUEST

MANDEL, HARLAN
ADDRESS AVAILABLE UPON REQUEST

MANDEL, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MANDEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MANDEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MANDEL, NOAH AND MOLLY
ADDRESS AVAILABLE UPON REQUEST

MANDELBAUM, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MANDELSTEIN, GINGER
ADDRESS AVAILABLE UPON REQUEST

MANDERFELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MANDES, KATIE
ADDRESS AVAILABLE UPON REQUEST

MANDESON, ERIC
ADDRESS AVAILABLE UPON REQUEST

MANDIA, LISA
ADDRESS AVAILABLE UPON REQUEST

MANDICH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MANDIGO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MANDILE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MANDIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MANDIR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MANDLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MANDRUS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MANDUJANO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MANDWELLE, MILES
ADDRESS AVAILABLE UPON REQUEST

MANDY TSUI
ADDRESS AVAILABLE UPON REQUEST

MANDY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MANEK, TIRTH
ADDRESS AVAILABLE UPON REQUEST

MANELA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANELSKI, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MANENT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MANERA, A
ADDRESS AVAILABLE UPON REQUEST

MANERA, ANNINA
ADDRESS AVAILABLE UPON REQUEST

MANERI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MANERI, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

MANERI, STEVE
ADDRESS AVAILABLE UPON REQUEST

MANES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MANES, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MANES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANESS, PRESTON
ADDRESS AVAILABLE UPON REQUEST

MANESSE, BRYANA
ADDRESS AVAILABLE UPON REQUEST

MANETTA, LISA
ADDRESS AVAILABLE UPON REQUEST

MANEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

MANEY, KEHLE
ADDRESS AVAILABLE UPON REQUEST

MANFRE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MANFREDI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MANG, ADAM
ADDRESS AVAILABLE UPON REQUEST

MANG, BELLA
ADDRESS AVAILABLE UPON REQUEST

MANGAL, NANDA
ADDRESS AVAILABLE UPON REQUEST

MANGALINDAN, SHAYNE LYNNE
ADDRESS AVAILABLE UPON REQUEST

MANGAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MANGAN, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

MANGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MANGAN, DEB
ADDRESS AVAILABLE UPON REQUEST

MANGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MANGAN, KYRA
ADDRESS AVAILABLE UPON REQUEST

MANGAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MANGANARIS, MARINA
ADDRESS AVAILABLE UPON REQUEST

MANGANARO, KATIE
ADDRESS AVAILABLE UPON REQUEST

MANGANIELLO, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MANGANO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MANGANO, HALLEY
ADDRESS AVAILABLE UPON REQUEST

MANGANO, JOHN
ADDRESS AVAILABLE UPON REQUEST

MANGAR, PRATIMA
ADDRESS AVAILABLE UPON REQUEST

MANGARELLL, RAFANNY
ADDRESS AVAILABLE UPON REQUEST

MANGASARIAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MANGAT, JASJIT
ADDRESS AVAILABLE UPON REQUEST

MANGER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MANGES, DAISIE
ADDRESS AVAILABLE UPON REQUEST

MANGETTE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MANGHERA, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MANGIANTE, JANELLE
ADDRESS AVAILABLE UPON REQUEST

MANGIARDI, KELLY
ADDRESS AVAILABLE UPON REQUEST

MANGIE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MANGIN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

MANGINE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MANGINO, ERICA
ADDRESS AVAILABLE UPON REQUEST

MANGIONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MANGIONE, SHERI
ADDRESS AVAILABLE UPON REQUEST

MANGO, MATT
ADDRESS AVAILABLE UPON REQUEST

MANGOLD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MANGOLD, KATE
ADDRESS AVAILABLE UPON REQUEST

MANGOLD, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MANGOLD, MARIEL
ADDRESS AVAILABLE UPON REQUEST

MANGONE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MANGONE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MANGO-PAGET, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MANGRUM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MANGRUM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MANGRUM, ANNE
ADDRESS AVAILABLE UPON REQUEST

MANGRUM, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MANGRUM, KHALIAH
ADDRESS AVAILABLE UPON REQUEST

MANGSEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

MANGUAL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MANGUAL, EDWIN
ADDRESS AVAILABLE UPON REQUEST

MANGUAL, EDWIN
ADDRESS AVAILABLE UPON REQUEST

MANGUAL, MARIA
ADDRESS AVAILABLE UPON REQUEST

MANGUAL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MANGUIRI, NINA
ADDRESS AVAILABLE UPON REQUEST

MANGUM, APRIL
ADDRESS AVAILABLE UPON REQUEST

MANGUM, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MANGUM, GREG
ADDRESS AVAILABLE UPON REQUEST

MANGUM, MISTY
ADDRESS AVAILABLE UPON REQUEST

MANGUM, PAUL
ADDRESS AVAILABLE UPON REQUEST

MANGUN, KAMM
ADDRESS AVAILABLE UPON REQUEST

MANHATTAN BEACH POST
ADDRESS UNAVAILABLE AT TIME OF FILING

MANHATTAN BREAD & BAGEL
ADDRESS UNAVAILABLE AT TIME OF FILING

MANHATTAN INN
ADDRESS UNAVAILABLE AT TIME OF FILING

MANHATTAN PERRY
ADDRESS AVAILABLE UPON REQUEST

MANHATTAN WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

MANI, KARLY
ADDRESS AVAILABLE UPON REQUEST

MANICA, JOE
ADDRESS AVAILABLE UPON REQUEST

MANICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MANICO, KYLE
ADDRESS AVAILABLE UPON REQUEST

MANIER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MANIERY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MANIEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

MANIFESTO LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

MANIGAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MANIGAT, NANCY
ADDRESS AVAILABLE UPON REQUEST

MANIGAT, OLIVIER
ADDRESS AVAILABLE UPON REQUEST

MANIGLIA, MAURA
ADDRESS AVAILABLE UPON REQUEST

MANIKA, BECKY
ADDRESS AVAILABLE UPON REQUEST

MANIKANDAN VENKATACHALAM
ADDRESS AVAILABLE UPON REQUEST

MANIKAS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MANILLA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MANION, BETH
ADDRESS AVAILABLE UPON REQUEST

MANION, CLARE
ADDRESS AVAILABLE UPON REQUEST

MANION, FRAN
ADDRESS AVAILABLE UPON REQUEST

MANIS, JANICE
ADDRESS AVAILABLE UPON REQUEST

MANIS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MANIS, MAKAY
ADDRESS AVAILABLE UPON REQUEST

MANISCALCO & ASSOC, INC.
350 WEST 42ND ST 10C
NEW YORK, NY  10036

MANISCALCO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MANISCALCO, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

MANISCALCO, LILY
ADDRESS AVAILABLE UPON REQUEST

MANISCALCO, MARIE
ADDRESS AVAILABLE UPON REQUEST

MANISCALCO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MANISH ARORA
ADDRESS AVAILABLE UPON REQUEST

MANISH PATEL
ADDRESS AVAILABLE UPON REQUEST

MANISHA SANJAY SABNANI
ADDRESS AVAILABLE UPON REQUEST

MANITARAS, EUGENIA
ADDRESS AVAILABLE UPON REQUEST

MANIX, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MANJEET BRAR
ADDRESS AVAILABLE UPON REQUEST

MANJIT HANSRA
ADDRESS AVAILABLE UPON REQUEST

MANJOLA SHKEMBI
ADDRESS AVAILABLE UPON REQUEST

MANKANEY, KAMINI
ADDRESS AVAILABLE UPON REQUEST

MANKEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

MANKEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MANKINEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MANKO, AMBER
ADDRESS AVAILABLE UPON REQUEST

MANKODI, ADITI
ADDRESS AVAILABLE UPON REQUEST

MANKOWSKI, GRACE
ADDRESS AVAILABLE UPON REQUEST

MANKUTA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MANLEY JULES
ADDRESS AVAILABLE UPON REQUEST

MANLEY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MANLEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MANLEY, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

MANLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MANLEY, JACK
ADDRESS AVAILABLE UPON REQUEST

MANLEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MANLEY, JEAN
ADDRESS AVAILABLE UPON REQUEST

MANLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MANLEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MANLEY, MARK
ADDRESS AVAILABLE UPON REQUEST

MANLEY, MARK
ADDRESS AVAILABLE UPON REQUEST

MANLEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

MANLEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

MANLEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MANLEY, TROY
ADDRESS AVAILABLE UPON REQUEST

MANLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MANLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MANLICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

MANN, ALAN
ADDRESS AVAILABLE UPON REQUEST

MANN, ALEX
ADDRESS AVAILABLE UPON REQUEST

MANN, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MANN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MANN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MANN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MANN, CATHY
ADDRESS AVAILABLE UPON REQUEST

MANN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MANN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MANN, DEJAH
ADDRESS AVAILABLE UPON REQUEST

MANN, DEVON
ADDRESS AVAILABLE UPON REQUEST

MANN, DEVON
ADDRESS AVAILABLE UPON REQUEST

MANN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MANN, ERIC
ADDRESS AVAILABLE UPON REQUEST

MANN, GERI AND MARK
ADDRESS AVAILABLE UPON REQUEST

MANN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MANN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MANN, JENKINS
ADDRESS AVAILABLE UPON REQUEST

MANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MANN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MANN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MANN, KIERSTON
ADDRESS AVAILABLE UPON REQUEST

MANN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MANN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MANN, LAYAKA
ADDRESS AVAILABLE UPON REQUEST

MANN, LEE
ADDRESS AVAILABLE UPON REQUEST

MANN, MADISON
ADDRESS AVAILABLE UPON REQUEST

MANN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MANN, MARSHA
ADDRESS AVAILABLE UPON REQUEST

MANN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MANN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MANN, NORMAN
ADDRESS AVAILABLE UPON REQUEST

MANN, RANDY
ADDRESS AVAILABLE UPON REQUEST

MANN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MANN, SARA
ADDRESS AVAILABLE UPON REQUEST

MANN, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

MANN, SHAYLIN
ADDRESS AVAILABLE UPON REQUEST

MANN, SIMRAN
ADDRESS AVAILABLE UPON REQUEST

MANN, STEVE
ADDRESS AVAILABLE UPON REQUEST

MANNA FROM HEAVEN
16748 E SMOKY HILL RD. UNIT 9C-215
CENTENNIAL, CO  80015

MANNA RANCH INC
PO BOX 287
ACAMPO, CA  95220

MANNA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MANNA, MADISON
ADDRESS AVAILABLE UPON REQUEST

MANNA, RIMITA
ADDRESS AVAILABLE UPON REQUEST

MANNA, SARA
ADDRESS AVAILABLE UPON REQUEST

MANNAN, TANIMA
ADDRESS AVAILABLE UPON REQUEST

MANNARD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MANNASMITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

MANNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MANNEBACH, MARY
ADDRESS AVAILABLE UPON REQUEST

MANNERS, JEFF
ADDRESS AVAILABLE UPON REQUEST

MANNERS, KARA
ADDRESS AVAILABLE UPON REQUEST

MANNERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANNIE, GABE
ADDRESS AVAILABLE UPON REQUEST

MANNING, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MANNING, ALICE
ADDRESS AVAILABLE UPON REQUEST

MANNING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MANNING, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MANNING, CODY
ADDRESS AVAILABLE UPON REQUEST

MANNING, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MANNING, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MANNING, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

MANNING, DELORIS
ADDRESS AVAILABLE UPON REQUEST

MANNING, DJ
ADDRESS AVAILABLE UPON REQUEST

MANNING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MANNING, ERIN
ADDRESS AVAILABLE UPON REQUEST

MANNING, ERIN
ADDRESS AVAILABLE UPON REQUEST

MANNING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MANNING, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MANNING, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MANNING, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MANNING, JOHN
ADDRESS AVAILABLE UPON REQUEST

MANNING, JOHN
ADDRESS AVAILABLE UPON REQUEST

MANNING, JOHN
ADDRESS AVAILABLE UPON REQUEST

MANNING, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MANNING, JULIE
ADDRESS AVAILABLE UPON REQUEST

MANNING, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MANNING, KELLY
ADDRESS AVAILABLE UPON REQUEST

MANNING, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MANNING, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MANNING, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MANNING, LOIS
ADDRESS AVAILABLE UPON REQUEST

MANNING, MADDY
ADDRESS AVAILABLE UPON REQUEST

MANNING, MARIT
ADDRESS AVAILABLE UPON REQUEST

MANNING, MARY
ADDRESS AVAILABLE UPON REQUEST

MANNING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MANNING, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MANNING, SARA
ADDRESS AVAILABLE UPON REQUEST

MANNING, SATCHEL
ADDRESS AVAILABLE UPON REQUEST

MANNING, SHALESE
ADDRESS AVAILABLE UPON REQUEST

MANNING, SHANNA
ADDRESS AVAILABLE UPON REQUEST

MANNING, SKYLA
ADDRESS AVAILABLE UPON REQUEST

MANNING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MANNING, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MANNING, TONI
ADDRESS AVAILABLE UPON REQUEST

MANNING, TROY
ADDRESS AVAILABLE UPON REQUEST

MANNING, TYRONE
ADDRESS AVAILABLE UPON REQUEST

MANNING-MINGLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MANNINGS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MANNINO, LINDA
ADDRESS AVAILABLE UPON REQUEST

MANNINO, PAUL
ADDRESS AVAILABLE UPON REQUEST

MANNINO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MANNION, TYLER
ADDRESS AVAILABLE UPON REQUEST

MANNIX, BRET
ADDRESS AVAILABLE UPON REQUEST

MANNIX, EDMOND
ADDRESS AVAILABLE UPON REQUEST

MANNIX, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MANNIX, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MANNIX, PETE
ADDRESS AVAILABLE UPON REQUEST

MANNO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MANNO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MANNON, KAREN
ADDRESS AVAILABLE UPON REQUEST

MANNON, LISA
ADDRESS AVAILABLE UPON REQUEST

MANNON, WENDEE
ADDRESS AVAILABLE UPON REQUEST

MANNON, ZAC
ADDRESS AVAILABLE UPON REQUEST

MANNS, SHARON
ADDRESS AVAILABLE UPON REQUEST

MANNY, ELISKA
ADDRESS AVAILABLE UPON REQUEST

MANNY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MANO, NORIYUKI
ADDRESS AVAILABLE UPON REQUEST

MANOCHA, SANDEEP
ADDRESS AVAILABLE UPON REQUEST

MANOHAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MANOJ ADURU
ADDRESS AVAILABLE UPON REQUEST

MANOJ KUNCHALA
ADDRESS AVAILABLE UPON REQUEST

MANOJKUMAR S PATEL
ADDRESS AVAILABLE UPON REQUEST

MANOLIDES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANOLIN RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

MANOLIO, ROMINA
ADDRESS AVAILABLE UPON REQUEST

MANONO, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

MANOR, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MANOS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MANOSH, BLAKE
ADDRESS AVAILABLE UPON REQUEST

MANOUKIAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MANPREET SIDHU
ADDRESS AVAILABLE UPON REQUEST

MANRAKSA, STACI
ADDRESS AVAILABLE UPON REQUEST

MANRIQUE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MANRIQUE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MANRIQUEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MANROSS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MANRRIQUEZ, CHIKIS
ADDRESS AVAILABLE UPON REQUEST

MANSANO DO NASCIMENTO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

MANSEAU, SHAUNNA
ADDRESS AVAILABLE UPON REQUEST

MANSELL, JON
ADDRESS AVAILABLE UPON REQUEST

MANSELL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MANSELL, JULIANA
ADDRESS AVAILABLE UPON REQUEST

MANSER, KIERA
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, CALEB
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MANSFIELD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MANSHEFFER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MANSI SHAH
ADDRESS AVAILABLE UPON REQUEST

MANSI, JAMES
ADDRESS AVAILABLE UPON REQUEST

MANSKE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MANSKE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MANSLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MANSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MANSON, ASHBY
ADDRESS AVAILABLE UPON REQUEST

MANSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MANSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MANSON, LISA
ADDRESS AVAILABLE UPON REQUEST

MANSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MANSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MANSOOR, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MANSOOR, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

MANSOR, EMILY
ADDRESS AVAILABLE UPON REQUEST

MANSOUR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MANSOUR, JACOB
ADDRESS AVAILABLE UPON REQUEST

MANSOUR, JEAN PAUL
ADDRESS AVAILABLE UPON REQUEST

MANSOUR, RAGAA
ADDRESS AVAILABLE UPON REQUEST

MANSOURI, SIRINE
ADDRESS AVAILABLE UPON REQUEST

MANSSON, NICLAS
ADDRESS AVAILABLE UPON REQUEST

MANSUROGLU, ADAM
ADDRESS AVAILABLE UPON REQUEST

MANTELL, ANGEE
ADDRESS AVAILABLE UPON REQUEST

MANTELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MANTELLA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MANTELLA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MANTENA, ANUP
ADDRESS AVAILABLE UPON REQUEST

MANTER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

MANTERNACH, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MANTEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MANTHEI, LORI
ADDRESS AVAILABLE UPON REQUEST

MANTHEY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MANTHEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MANTHIE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MANTHORPE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MANTIE, KERI
ADDRESS AVAILABLE UPON REQUEST

MANTIGLIA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MANTILLA, LEILA
ADDRESS AVAILABLE UPON REQUEST

MANTILLA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MANTJOS-DITOMMASO, STACY
ADDRESS AVAILABLE UPON REQUEST

MANTOVANI, FRANCESCO
ADDRESS AVAILABLE UPON REQUEST

MANTSCH, SHAUN
ADDRESS AVAILABLE UPON REQUEST

MANTYLA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MANTZ, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MANTZKE, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

MANUEL APODACA
ADDRESS AVAILABLE UPON REQUEST

MANUEL J LAUREL
ADDRESS AVAILABLE UPON REQUEST

MANUEL MAI
ADDRESS AVAILABLE UPON REQUEST

MANUEL STAHL
ADDRESS AVAILABLE UPON REQUEST

MANUEL, CYNDI
ADDRESS AVAILABLE UPON REQUEST

MANUEL, HILARY
ADDRESS AVAILABLE UPON REQUEST

MANUEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

MANUEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MANUEL, LISA
ADDRESS AVAILABLE UPON REQUEST

MANUEL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MANUEL, SHARRON
ADDRESS AVAILABLE UPON REQUEST

MANUELA ARBELAEZ
ADDRESS AVAILABLE UPON REQUEST

MANUELITO, PRINCELLA
ADDRESS AVAILABLE UPON REQUEST

MANUFACTUR
411 S. MAIN STREET, SUITE 422
LOS ANGELES, CA 90013

MANUFEKAI, MAVIS
ADDRESS AVAILABLE UPON REQUEST

MANVAR-SINGH, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

MANWARING, KASEY
ADDRESS AVAILABLE UPON REQUEST

MANWHORE PODCAST
21 ELDERT STREET
BROOKLYN, NY 11207

MANZ, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

MANZ, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MANZA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MANZANO, ANGELITA
ADDRESS AVAILABLE UPON REQUEST

MANZANO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MANZANO, MARCELA
ADDRESS AVAILABLE UPON REQUEST

MANZANO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

MANZANO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MANZE, CHASE
ADDRESS AVAILABLE UPON REQUEST

MANZELLA, EMILY
ADDRESS AVAILABLE UPON REQUEST

MANZELLA, LEAH
ADDRESS AVAILABLE UPON REQUEST

MANZELLA, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

MANZELLA, TARA
ADDRESS AVAILABLE UPON REQUEST

MANZELMANN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANZI, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MANZI, CARA
ADDRESS AVAILABLE UPON REQUEST

MANZI, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MANZI, MAUDE
ADDRESS AVAILABLE UPON REQUEST

MANZI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANZIE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MANZIONE, JENNA
ADDRESS AVAILABLE UPON REQUEST

MANZO, JULIE
ADDRESS AVAILABLE UPON REQUEST

MANZO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MANZO, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

MANZOLINE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MANZONI, BETSEY
ADDRESS AVAILABLE UPON REQUEST

MAO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MAONE, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

MAPES, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MAPES, DENISE
ADDRESS AVAILABLE UPON REQUEST

MAPHIES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAPLE COOKIE WESTCHESTER LLC
(PINOTS PALETTE)
25 HARBOR POINT RD
STAMFORD, CT  06902

MAPLE, JERRELL
ADDRESS AVAILABLE UPON REQUEST

MAPLE, JONATHON
ADDRESS AVAILABLE UPON REQUEST

MAPLE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAPLES, ANNAMARIA
ADDRESS AVAILABLE UPON REQUEST

MAPLES, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MAPLES, KATRINA
ADDRESS AVAILABLE UPON REQUEST

MAPLES, KODEE
ADDRESS AVAILABLE UPON REQUEST

MAPLES, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MAPOSA, TRUDY
ADDRESS AVAILABLE UPON REQUEST

MAPOY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MAPP, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAPP, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MAQUET, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAR GUTHRIDGE
ADDRESS AVAILABLE UPON REQUEST

MAR, LEANNE
ADDRESS AVAILABLE UPON REQUEST

MAR, LEEN
ADDRESS AVAILABLE UPON REQUEST

MARA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARA, JOY
ADDRESS AVAILABLE UPON REQUEST

MARA, MERIDITH
ADDRESS AVAILABLE UPON REQUEST

MARAB, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MARABLE, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

MARABLE, JEAN
ADDRESS AVAILABLE UPON REQUEST

MARABLE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MARABLE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MARACCINI, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MARAGOPOULOS BRINDLEY, KYRA
ADDRESS AVAILABLE UPON REQUEST

MARANDA, LOVELY
ADDRESS AVAILABLE UPON REQUEST

MARANDO BLANCK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARANDO-BLANCK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARANDOLA, GINA
ADDRESS AVAILABLE UPON REQUEST

MARANGI, HELENE
ADDRESS AVAILABLE UPON REQUEST

MARANGOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARANHAO, MARIANA
ADDRESS AVAILABLE UPON REQUEST

MARANO, CAREL
ADDRESS AVAILABLE UPON REQUEST

MARANO, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MARANTO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MARANTZ, KEITH
ADDRESS AVAILABLE UPON REQUEST

MARASA, ANNE
ADDRESS AVAILABLE UPON REQUEST

MARASCHKY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARASCO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARASH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARASHLIAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARASOVICH, SAMMY
ADDRESS AVAILABLE UPON REQUEST

MARAT, LY,
ADDRESS AVAILABLE UPON REQUEST

MARAZITA, MARIS
ADDRESS AVAILABLE UPON REQUEST

MARAZZI, CAROL
ADDRESS AVAILABLE UPON REQUEST

MARAZZO, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARBAN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MARBERT, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MARBLE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MARBLE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MARBLEY, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MARBLO, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARBORY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARBURGER, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MARBURGER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MARBURY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MARBURY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MARBY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MARC BALCKE
ADDRESS AVAILABLE UPON REQUEST

MARC BALCKE
ADDRESS AVAILABLE UPON REQUEST

MARC BRACK
ADDRESS AVAILABLE UPON REQUEST

MARC BRODEUR
ADDRESS AVAILABLE UPON REQUEST

MARC ELLIS
ADDRESS AVAILABLE UPON REQUEST

MARC LESSER
ADDRESS AVAILABLE UPON REQUEST

MARC MCDONALD
ADDRESS AVAILABLE UPON REQUEST

MARC
ADDRESS AVAILABLE UPON REQUEST

MARC, JOAN
ADDRESS AVAILABLE UPON REQUEST

MARC, NIRVA
ADDRESS AVAILABLE UPON REQUEST

MARCALO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARCANO, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MARCANO, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

MARCANO, KAILYN
ADDRESS AVAILABLE UPON REQUEST

MARCANO, NADIYAH
ADDRESS AVAILABLE UPON REQUEST

MARCANO, PETER
ADDRESS AVAILABLE UPON REQUEST

MARCANTILE DINING
ADDRESS UNAVAILABLE AT TIME OF FILING

MARCDANTE, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARCEAU, DAVIN
ADDRESS AVAILABLE UPON REQUEST

MARCEC, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MARCEL BOCK
ADDRESS AVAILABLE UPON REQUEST

MARCEL HOLLERBACH
ADDRESS AVAILABLE UPON REQUEST

MARCEL, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MARCEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARCELA RUIZ
ADDRESS AVAILABLE UPON REQUEST

MARCELIN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MARCELIN, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MARCELINA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MARCELINO, LIVIA
ADDRESS AVAILABLE UPON REQUEST

MARCELLA, E & J
ADDRESS AVAILABLE UPON REQUEST

MARCELLE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MARCELLIS, KENNY
ADDRESS AVAILABLE UPON REQUEST

MARCELLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARCELLO, MARK
ADDRESS AVAILABLE UPON REQUEST

MARCELLUS, MARIE
ADDRESS AVAILABLE UPON REQUEST

MARCELLUS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MARCELO ALEJANDRO PEREZ
ADDRESS AVAILABLE UPON REQUEST

MARCELO MEDRANO
ADDRESS AVAILABLE UPON REQUEST

MARCELO, EVEN
ADDRESS AVAILABLE UPON REQUEST

MARCELO, JENIFFER
ADDRESS AVAILABLE UPON REQUEST

MARCELO, SARA
ADDRESS AVAILABLE UPON REQUEST

MARCENGILL, SHANELLE
ADDRESS AVAILABLE UPON REQUEST

MARCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARCH, JENNY
ADDRESS AVAILABLE UPON REQUEST

MARCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARCH, LIBBY
ADDRESS AVAILABLE UPON REQUEST

MARCH, MANDY
ADDRESS AVAILABLE UPON REQUEST

MARCH, MARILOU
ADDRESS AVAILABLE UPON REQUEST

MARCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARCHAL, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

MARCHAND, ADAM
ADDRESS AVAILABLE UPON REQUEST

MARCHAND, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MARCHANT, CASH
ADDRESS AVAILABLE UPON REQUEST

MARCHANT, MARK
ADDRESS AVAILABLE UPON REQUEST

MARCHANT, SONJA
ADDRESS AVAILABLE UPON REQUEST

MARCHE, GARY
ADDRESS AVAILABLE UPON REQUEST

MARCHEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARCHELLETTA, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MARCHELLI, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MARCHENA, KYLEE
ADDRESS AVAILABLE UPON REQUEST

MARCHESANI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MARCHESANO, NEAL
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, CATHY
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, DARCI
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, FRANK
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, MARK
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, MARY
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARCHESE, ROSINA
ADDRESS AVAILABLE UPON REQUEST

MARCHESI LUNARDI, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARCHESI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARCHESSAULT, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, JULIA
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, TERRI
ADDRESS AVAILABLE UPON REQUEST

MARCHETTI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MARCHETTO, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARCHI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARCHI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARCHI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARCHIAFAVA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARCHIANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARCHICA, ANGELO
ADDRESS AVAILABLE UPON REQUEST

MARCHIOLI, MARK
ADDRESS AVAILABLE UPON REQUEST

MARCHIONE, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

MARCHIONE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MARCHIONE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MARCHIONNE, ADAM
ADDRESS AVAILABLE UPON REQUEST

MARCHIONNI, KERRI
ADDRESS AVAILABLE UPON REQUEST

MARCHIONNI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MARCHIONNI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARCHMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARCHMAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MARCIA BERRY
ADDRESS AVAILABLE UPON REQUEST

MARCIAL MARTINEZ, CHIARA
ADDRESS AVAILABLE UPON REQUEST

MARCIAL, JERICA
ADDRESS AVAILABLE UPON REQUEST

MARCIANO, ERICA
ADDRESS AVAILABLE UPON REQUEST

MARCIANO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MARCIELLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARCIN, ALANIS
ADDRESS AVAILABLE UPON REQUEST

MARCIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MARCIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARCINCUK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARCINEK, TOM
ADDRESS AVAILABLE UPON REQUEST

MARCINIAK, KARI
ADDRESS AVAILABLE UPON REQUEST

MARCINIAK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARCINKO, SUE
ADDRESS AVAILABLE UPON REQUEST

MARCINKOWSKA, TONY
ADDRESS AVAILABLE UPON REQUEST

MARCINO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARCKETTA, MARK
ADDRESS AVAILABLE UPON REQUEST

MARCKS, GRANT
ADDRESS AVAILABLE UPON REQUEST

MARCKSTADT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARCLEY, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

MARCO NAGELI
ADDRESS AVAILABLE UPON REQUEST

MARCO POLO DAVAO CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

MARCO, BESHOY
ADDRESS AVAILABLE UPON REQUEST

MARCO, JAIME
ADDRESS AVAILABLE UPON REQUEST

MARCO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MARCO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARCO, LILLY
ADDRESS AVAILABLE UPON REQUEST

MARCO, PHILIPPE
ADDRESS AVAILABLE UPON REQUEST

MARCO, ROGER
ADDRESS AVAILABLE UPON REQUEST

MARCOALDI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARCOCCIO, ERIC
ADDRESS AVAILABLE UPON REQUEST

MARCOCELLI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARCOE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARCOGLIESE, GIA
ADDRESS AVAILABLE UPON REQUEST

MARCON, PAUL
ADDRESS AVAILABLE UPON REQUEST

MARCONDES, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

MARCONI, ANNE
ADDRESS AVAILABLE UPON REQUEST

MARCOOT, LETICIA
ADDRESS AVAILABLE UPON REQUEST

MARCOS KINZKOWSKI
ADDRESS AVAILABLE UPON REQUEST

MARCOS PIZZERIA- CLV
ADDRESS UNAVAILABLE AT TIME OF FILING

MARCOS, FABIAN
ADDRESS AVAILABLE UPON REQUEST

MARCOTTE, HARRISON
ADDRESS AVAILABLE UPON REQUEST

MARCOTTE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MARCOTTE, REGINALD
ADDRESS AVAILABLE UPON REQUEST

MARCOTTY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MARCOUX-LE GRICE, JILL
ADDRESS AVAILABLE UPON REQUEST

MARCOVICI, AMY
ADDRESS AVAILABLE UPON REQUEST

MARCUCCI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARCUCCI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MARCUCCILLI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARCUM, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MARCUM, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MARCUM, CHRISTOL
ADDRESS AVAILABLE UPON REQUEST

MARCUM, KATIE
ADDRESS AVAILABLE UPON REQUEST

MARCUM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MARCUM, MARIAH
ADDRESS AVAILABLE UPON REQUEST

MARCUM, PAM
ADDRESS AVAILABLE UPON REQUEST

MARCUM, SUE
ADDRESS AVAILABLE UPON REQUEST

MARCUS ANTHONY CHAIREZ
ADDRESS AVAILABLE UPON REQUEST

MARCUS BRYANT
ADDRESS AVAILABLE UPON REQUEST

MARCUS MILAZZO
ADDRESS AVAILABLE UPON REQUEST

MARCUS, ALEX
ADDRESS AVAILABLE UPON REQUEST

MARCUS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MARCUS, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

MARCUS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARCUS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MARCUS, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARCUS, MADISON
ADDRESS AVAILABLE UPON REQUEST

MARCUS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARCUS, NOEL
ADDRESS AVAILABLE UPON REQUEST

MARCUS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARCUSSEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARCY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARCZAK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MARDELL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MARDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARDESICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARDINEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARDIS, ERICKA
ADDRESS AVAILABLE UPON REQUEST

MARDKHA, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAREAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MARECKI, ANIA
ADDRESS AVAILABLE UPON REQUEST

MAREK SWITAJEWSKI
ADDRESS AVAILABLE UPON REQUEST

MAREK, DIANE
ADDRESS AVAILABLE UPON REQUEST

MAREK, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAREK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MAREK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAREN FRALEY
ADDRESS AVAILABLE UPON REQUEST

MARENCO-GARCIA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

MARENGHI, AMY
ADDRESS AVAILABLE UPON REQUEST

MARENGHI, NOELLE
ADDRESS AVAILABLE UPON REQUEST

MARENTIS, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

MARES, BETH
ADDRESS AVAILABLE UPON REQUEST

MARES, HECTOR
ADDRESS AVAILABLE UPON REQUEST

MARESCA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARESCA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARESH, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

MARETT, JAMES
ADDRESS AVAILABLE UPON REQUEST

MARFISI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARFOE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARG, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

MARGABANDHU, KRISHNAN
ADDRESS AVAILABLE UPON REQUEST

MARGALUS, JAY
ADDRESS AVAILABLE UPON REQUEST

MARGAND, MARIE-THERESE
ADDRESS AVAILABLE UPON REQUEST

MARGARD, HENRIK
ADDRESS AVAILABLE UPON REQUEST

MARGARET ANDERSON
ADDRESS AVAILABLE UPON REQUEST

MARGARET ANN EVANS FALLIS
ADDRESS AVAILABLE UPON REQUEST

MARGARET DONOGHUE
ADDRESS AVAILABLE UPON REQUEST

MARGARET FRANCOIS
ADDRESS AVAILABLE UPON REQUEST

MARGARET HODGE
ADDRESS AVAILABLE UPON REQUEST

MARGARET IDA JESSOP
ADDRESS AVAILABLE UPON REQUEST

MARGARET LARKEY DOW
ADDRESS AVAILABLE UPON REQUEST

MARGARET MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

MARGARET MCCARTHY
ADDRESS AVAILABLE UPON REQUEST

MARGARET MOORE
ADDRESS AVAILABLE UPON REQUEST

MARGARET SAUZA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MARGARET, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARGARETICH, TANYA
ADDRESS AVAILABLE UPON REQUEST

MARGARITA MARLIN
ADDRESS AVAILABLE UPON REQUEST

MARGARITA MONDEJO
ADDRESS AVAILABLE UPON REQUEST

MARGARITA VINEYARDS, LLC
22720 EL CAMINO REAL
SANTA MARGARITA, CA  93453

MARGARITES, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

MARGEAUX WALTER STUDIO LLC
197 MONITOR ST  2
BROOKLYN, NY  11222

MARGERUM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MARGESON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MARGETTS, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARGHITU, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

MARGIE ANN RICKS
ADDRESS AVAILABLE UPON REQUEST

MARGLE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARGLIOTTI, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MARGNELLI, LYNNE
ADDRESS AVAILABLE UPON REQUEST

MARGO ARNOLD
ADDRESS AVAILABLE UPON REQUEST

MARGOLIES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MARGOLIN, NATE
ADDRESS AVAILABLE UPON REQUEST

MARGOLIS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MARGOLIS, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

MARGOLIUS, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARGRAF, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARGRAF, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARGRAF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARGRETTA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MARGRETTA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MARGRITZ, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MARGUGLIO, ALANNA
ADDRESS AVAILABLE UPON REQUEST

MARHEVSKY, LEEANN
ADDRESS AVAILABLE UPON REQUEST

MARHIS, LEAH
ADDRESS AVAILABLE UPON REQUEST

MARHITYCH, BOHDAN
ADDRESS AVAILABLE UPON REQUEST

MARI FRANCO
ADDRESS AVAILABLE UPON REQUEST

MARI W COYLE
ADDRESS AVAILABLE UPON REQUEST

MARIA ALEXANDRA SPIEGL
ADDRESS AVAILABLE UPON REQUEST

MARIA ASCENCIO
ADDRESS AVAILABLE UPON REQUEST

MARIA BEATRIZ LAGOS
ADDRESS AVAILABLE UPON REQUEST

MARIA BELEN TENORIO VIVANCO
ADDRESS AVAILABLE UPON REQUEST

MARIA BROMLEY
ADDRESS AVAILABLE UPON REQUEST

MARIA C TIGLAO
ADDRESS AVAILABLE UPON REQUEST

MARIA CAPANO
ADDRESS AVAILABLE UPON REQUEST

MARIA DALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

MARIA DEL PILAR LONDONO
ADDRESS AVAILABLE UPON REQUEST

MARIA DESHONG
ADDRESS AVAILABLE UPON REQUEST

MARIA EILEEN DETROIJE-JOHNSON
ADDRESS AVAILABLE UPON REQUEST

MARIA FLEMING
ADDRESS AVAILABLE UPON REQUEST

MARIA HURST
ADDRESS AVAILABLE UPON REQUEST

MARIA JOSE MUJICA
ADDRESS AVAILABLE UPON REQUEST

MARIA LEVIN
ADDRESS AVAILABLE UPON REQUEST

MARIA MAESTAS
ADDRESS AVAILABLE UPON REQUEST

MARIA MARINA AGUILAR-ARGUETA
ADDRESS AVAILABLE UPON REQUEST

MARIA MATIAS
ADDRESS AVAILABLE UPON REQUEST

MARIA MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARIA PATRICIA MESA JARAMILLO
ADDRESS AVAILABLE UPON REQUEST

MARIA PATRICIA MESA
ADDRESS AVAILABLE UPON REQUEST

MARIA PIMENTEL
ADDRESS AVAILABLE UPON REQUEST

MARIA PONCE
ADDRESS AVAILABLE UPON REQUEST

MARIA RAFFA
ADDRESS AVAILABLE UPON REQUEST

MARIA RAGGOUSIS
ADDRESS AVAILABLE UPON REQUEST

MARIA TEICHROEB
ADDRESS AVAILABLE UPON REQUEST

MARIA VERONICA SALADINO
ADDRESS AVAILABLE UPON REQUEST

MARIA VILA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARIA YESENIA RIVERA
ADDRESS AVAILABLE UPON REQUEST

MARIA YOW
ADDRESS AVAILABLE UPON REQUEST

MARIA, ANA
ADDRESS AVAILABLE UPON REQUEST

MARIA, OKORN,
ADDRESS AVAILABLE UPON REQUEST

MARIA, REEBA
ADDRESS AVAILABLE UPON REQUEST

MARIAH HAWE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARIAH ORCUTT
ADDRESS AVAILABLE UPON REQUEST

MARIAN, JOSIE
ADDRESS AVAILABLE UPON REQUEST

MARIANA C SOUSA
ADDRESS AVAILABLE UPON REQUEST

MARIANA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARIANI, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARIANI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARIANI, WALTER
ADDRESS AVAILABLE UPON REQUEST

MARIANN DEPPE MCGEE
ADDRESS AVAILABLE UPON REQUEST

MARIANNE ANDERSON
ADDRESS AVAILABLE UPON REQUEST

MARIANNE ESTATE
VALLEY ROAD - OFF R44
STELLENBOSCH, 7600
SOUTH AFRICA

MARIANNE SCHULTZ
ADDRESS AVAILABLE UPON REQUEST

MARIANO SALINAS
ADDRESS AVAILABLE UPON REQUEST

MARIANO, CHERMAINE
ADDRESS AVAILABLE UPON REQUEST

MARIANO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARIANO, MYLA
ADDRESS AVAILABLE UPON REQUEST

MARIBEL CRUZ
ADDRESS AVAILABLE UPON REQUEST

MARIC, IVANA
ADDRESS AVAILABLE UPON REQUEST

MARICH, CARA
ADDRESS AVAILABLE UPON REQUEST

MARICHAL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MARICONI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MARIDUENA, DARLA
ADDRESS AVAILABLE UPON REQUEST

MARIE AVALOS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARIE BAGAROZZA
ADDRESS AVAILABLE UPON REQUEST

MARIE BARRENGER
ADDRESS AVAILABLE UPON REQUEST

MARIE CAMERON, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MARIE ENGELBACH, AMY
ADDRESS AVAILABLE UPON REQUEST

MARIE FONZO
ADDRESS AVAILABLE UPON REQUEST

MARIE GENCARELLI, KIM
ADDRESS AVAILABLE UPON REQUEST

MARIE JONES
ADDRESS AVAILABLE UPON REQUEST

MARIE M TAN
ADDRESS AVAILABLE UPON REQUEST

MARIE MULLARKEY
ADDRESS AVAILABLE UPON REQUEST

MARIE ORSARGOS, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

MARIE ROZIN-CAZE
ADDRESS AVAILABLE UPON REQUEST

MARIE SANDMAM
ADDRESS AVAILABLE UPON REQUEST

MARIE, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARIE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MARIE, ANN
ADDRESS AVAILABLE UPON REQUEST

MARIE, ANN
ADDRESS AVAILABLE UPON REQUEST

MARIE, CARLY
ADDRESS AVAILABLE UPON REQUEST

MARIE, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARIE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARIE, HELEN
ADDRESS AVAILABLE UPON REQUEST

MARIE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MARIE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARIE, KERA
ADDRESS AVAILABLE UPON REQUEST

MARIE, KILLIAN
ADDRESS AVAILABLE UPON REQUEST

MARIE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MARIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARIEA, SHERRY
ADDRESS AVAILABLE UPON REQUEST

MARIELA CASTELLANOS
ADDRESS AVAILABLE UPON REQUEST

MARIELLE GALLAJONES
ADDRESS AVAILABLE UPON REQUEST

MARIELLYCE JONES
ADDRESS AVAILABLE UPON REQUEST

MARIE-NOELLE CAMOES
ADDRESS AVAILABLE UPON REQUEST

MARIER, JILL
ADDRESS AVAILABLE UPON REQUEST

MARIETTA, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MARIETTA, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

MARIETTE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MARIKA ROQUE
ADDRESS AVAILABLE UPON REQUEST

MARILLIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARILYN ELLIS
ADDRESS AVAILABLE UPON REQUEST

MARILYN HOEFFNER
ADDRESS AVAILABLE UPON REQUEST

MARILYN WRIGHT
ADDRESS AVAILABLE UPON REQUEST

MARIMBIRE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MARIN, ASIA
ADDRESS AVAILABLE UPON REQUEST

MARIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARIN, JOSE
ADDRESS AVAILABLE UPON REQUEST

MARIN, JULIAN
ADDRESS AVAILABLE UPON REQUEST

MARIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARIN, MELBA
ADDRESS AVAILABLE UPON REQUEST

MARIN, PETER
ADDRESS AVAILABLE UPON REQUEST

MARIN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MARIN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARINA DEL REY
ADDRESS UNAVAILABLE AT TIME OF FILING

MARINA MEHRTENS
ADDRESS AVAILABLE UPON REQUEST

MARINA ONE HOUR CLEANERS
ADDRESS UNAVAILABLE AT TIME OF FILING

MARINA WARREN NASH
ADDRESS AVAILABLE UPON REQUEST

MARINA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARINA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MARINA, LISA
ADDRESS AVAILABLE UPON REQUEST

MARINAN, JEN
ADDRESS AVAILABLE UPON REQUEST

MARINARO, ALEC
ADDRESS AVAILABLE UPON REQUEST

MARINARO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARINARO, VALLENCIA
ADDRESS AVAILABLE UPON REQUEST

MARINAS CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

MARINAY, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

MARINCIC, MARGOT
ADDRESS AVAILABLE UPON REQUEST

MARINCIC, RUMI
ADDRESS AVAILABLE UPON REQUEST

MARINE STREET CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

MARINELLI, GAYLE
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, SHAWNTAY
ADDRESS AVAILABLE UPON REQUEST

MARINELLI, TESSA
ADDRESS AVAILABLE UPON REQUEST

MARINELLI-JANSSON, LORI
ADDRESS AVAILABLE UPON REQUEST

MARINELLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARINES, LEILANY
ADDRESS AVAILABLE UPON REQUEST

MARINESCU, RAOUL
ADDRESS AVAILABLE UPON REQUEST

MARING, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MARING, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MARINI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARINI, KATIE
ADDRESS AVAILABLE UPON REQUEST

MARINI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARINI, RYAN
ADDRESS AVAILABLE UPON REQUEST

MARINI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MARINKOVICH, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARINO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MARINO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARINO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MARINO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARINO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARINO, DENISE
ADDRESS AVAILABLE UPON REQUEST

MARINO, FINN
ADDRESS AVAILABLE UPON REQUEST

MARINO, JENNAH
ADDRESS AVAILABLE UPON REQUEST

MARINO, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MARINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MARINO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

MARINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARINO, MONICA
ADDRESS AVAILABLE UPON REQUEST

MARINO, SHAY
ADDRESS AVAILABLE UPON REQUEST

MARINO, ZAC
ADDRESS AVAILABLE UPON REQUEST

MARINOFF, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MARINOVICH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MARINUCCI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARIO ADRIAN MIGLIETTA
ADDRESS AVAILABLE UPON REQUEST

MARIO AMARO
ADDRESS AVAILABLE UPON REQUEST

MARION DONAT
ADDRESS AVAILABLE UPON REQUEST

MARION, AMY
ADDRESS AVAILABLE UPON REQUEST

MARION, DARLA
ADDRESS AVAILABLE UPON REQUEST

MARION, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARION, KELL
ADDRESS AVAILABLE UPON REQUEST

MARION, MADISON
ADDRESS AVAILABLE UPON REQUEST

MARIOTTO, ERN
ADDRESS AVAILABLE UPON REQUEST

MARIQUIT, BRIGHID
ADDRESS AVAILABLE UPON REQUEST

MARIS, CARSON
ADDRESS AVAILABLE UPON REQUEST

MARIS, SUSANN
ADDRESS AVAILABLE UPON REQUEST

MARISA CARLSON
ADDRESS AVAILABLE UPON REQUEST

MARISA CARLSON
ADDRESS AVAILABLE UPON REQUEST

MARISA DURAN
ADDRESS AVAILABLE UPON REQUEST

MARISA MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

MARISA MAURER STONE
ADDRESS AVAILABLE UPON REQUEST

MARISCAL, JAIRO
ADDRESS AVAILABLE UPON REQUEST

MARISCAL, MAYU
ADDRESS AVAILABLE UPON REQUEST

MARISELA BUTLER
ADDRESS AVAILABLE UPON REQUEST

MARISSA CRISTINA CUMMINGS
ADDRESS AVAILABLE UPON REQUEST

MARISSA GRASS
ADDRESS AVAILABLE UPON REQUEST

MARISSA JOYCE
ADDRESS AVAILABLE UPON REQUEST

MARISSA MORALES
ADDRESS AVAILABLE UPON REQUEST

MARISSA P CAMPEAU
109 MAPLE LANE
BALLWIN, MO  63011

MARISSA SHERMAN
ADDRESS AVAILABLE UPON REQUEST

MARITES DIAZ
ADDRESS AVAILABLE UPON REQUEST

MARITIME WINE TRADING COLLECTIVE
1011 KERANY STREET STE A
SAN FRANCISCO, CA  94133

MARITNO, MCCRAE
ADDRESS AVAILABLE UPON REQUEST

MARIUCCI, WALLIS
ADDRESS AVAILABLE UPON REQUEST

MARIUSZ MIGDALSKI
ADDRESS AVAILABLE UPON REQUEST

MARIYA FEDORETS
ADDRESS AVAILABLE UPON REQUEST

MARIYA SHAYEVSKY
ADDRESS AVAILABLE UPON REQUEST

MARJADI, SOHINI
ADDRESS AVAILABLE UPON REQUEST

MARJAN TEHRANI
ADDRESS AVAILABLE UPON REQUEST

MARJORIE SALUDEZ, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MARK A HERZFELD
ADDRESS AVAILABLE UPON REQUEST

MARK A RIDGLEY
ADDRESS AVAILABLE UPON REQUEST

MARK A TALLEY
ADDRESS AVAILABLE UPON REQUEST

MARK A WESTERFIELD
ADDRESS AVAILABLE UPON REQUEST

MARK BARGER
ADDRESS AVAILABLE UPON REQUEST

MARK BATHRICK
ADDRESS AVAILABLE UPON REQUEST

MARK BORDCOSH
ADDRESS AVAILABLE UPON REQUEST

MARK BRAMLEY
ADDRESS AVAILABLE UPON REQUEST

MARK BRASE
ADDRESS AVAILABLE UPON REQUEST

MARK BREVNER
ADDRESS AVAILABLE UPON REQUEST

MARK BRODBECK
ADDRESS AVAILABLE UPON REQUEST

MARK BUTLER
ADDRESS AVAILABLE UPON REQUEST

MARK C WHITE
ADDRESS AVAILABLE UPON REQUEST

MARK CALOCA
ADDRESS AVAILABLE UPON REQUEST

MARK D HUSTEDT
ADDRESS AVAILABLE UPON REQUEST

MARK DAVID TEMPLE
ADDRESS AVAILABLE UPON REQUEST

MARK FLANDERS
ADDRESS AVAILABLE UPON REQUEST

MARK FRIEND
ADDRESS AVAILABLE UPON REQUEST

MARK FRITZ
ADDRESS AVAILABLE UPON REQUEST

MARK HELLER
ADDRESS AVAILABLE UPON REQUEST

MARK J MERRIMAN
ADDRESS AVAILABLE UPON REQUEST

MARK JACHELSKI
ADDRESS AVAILABLE UPON REQUEST

MARK JENSEN
ADDRESS AVAILABLE UPON REQUEST

MARK JOHN MUDIE
ADDRESS AVAILABLE UPON REQUEST

MARK JOLLY
ADDRESS AVAILABLE UPON REQUEST

MARK KOBAL
ADDRESS AVAILABLE UPON REQUEST

MARK L VIDITO
ADDRESS AVAILABLE UPON REQUEST

MARK LOUGH
ADDRESS AVAILABLE UPON REQUEST

MARK LYNN
ADDRESS AVAILABLE UPON REQUEST

MARK MARGULIS
ADDRESS AVAILABLE UPON REQUEST

MARK MARINO
ADDRESS AVAILABLE UPON REQUEST

MARK MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

MARK MCGOEY
ADDRESS AVAILABLE UPON REQUEST

MARK MELVIN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

MARK MING-YING CHEN
ADDRESS AVAILABLE UPON REQUEST

MARK MOUSSEAU
ADDRESS AVAILABLE UPON REQUEST

MARK NUSBAUM
ADDRESS AVAILABLE UPON REQUEST

MARK PERRINE
ADDRESS AVAILABLE UPON REQUEST

MARK POEPPELMEIER
ADDRESS AVAILABLE UPON REQUEST

MARK R WOOLFSON
ADDRESS AVAILABLE UPON REQUEST

MARK RANFT
ADDRESS AVAILABLE UPON REQUEST

MARK RAY
ADDRESS AVAILABLE UPON REQUEST

MARK RICHARD VRIEZE
ADDRESS AVAILABLE UPON REQUEST

MARK ROBITZ
ADDRESS AVAILABLE UPON REQUEST

MARK SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

MARK SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

MARK SCIALDONE
ADDRESS AVAILABLE UPON REQUEST

MARK SHANNON
ADDRESS AVAILABLE UPON REQUEST

MARK SHANNON
WALNUT FIRE PROTECTION CO.
P.O. BOX 1081
WALNUT, CA  91788

MARK SHERMER
ADDRESS AVAILABLE UPON REQUEST

MARK SHIELD
ADDRESS AVAILABLE UPON REQUEST

MARK SHOEMAKER
ADDRESS AVAILABLE UPON REQUEST

MARK STAFFORD DOWSETT
ADDRESS AVAILABLE UPON REQUEST

MARK STEIDLER
ADDRESS AVAILABLE UPON REQUEST

MARK STEPHENS
ADDRESS AVAILABLE UPON REQUEST

MARK T OGINO
ADDRESS AVAILABLE UPON REQUEST

MARK T THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARK TAYLOR BARNEY
ADDRESS AVAILABLE UPON REQUEST

MARK THOMAS BELCHER
ADDRESS AVAILABLE UPON REQUEST

MARK TIERNEY
ADDRESS AVAILABLE UPON REQUEST

MARK TROPP
ADDRESS AVAILABLE UPON REQUEST

MARK VAN CLEAVE
ADDRESS AVAILABLE UPON REQUEST

MARK W AINSLEY
ADDRESS AVAILABLE UPON REQUEST

MARK W ROEN
ADDRESS AVAILABLE UPON REQUEST

MARK W SIMON
ADDRESS AVAILABLE UPON REQUEST

MARK WAYNE RHODES
ADDRESS AVAILABLE UPON REQUEST

MARK WEISSMAN
ADDRESS AVAILABLE UPON REQUEST

MARK WILLIAM BEATTY
ADDRESS AVAILABLE UPON REQUEST

MARK WILLIAM KEELER
ADDRESS AVAILABLE UPON REQUEST

MARK WONG
ADDRESS AVAILABLE UPON REQUEST

MARK, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MARK ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARK, FIONA
ADDRESS AVAILABLE UPON REQUEST

MARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARK, JOEL
ADDRESS AVAILABLE UPON REQUEST

MARK, LORI
ADDRESS AVAILABLE UPON REQUEST

MARK, RYAN
ADDRESS AVAILABLE UPON REQUEST

MARK, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MARK, TONI
ADDRESS AVAILABLE UPON REQUEST

MARKAROVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARKEL, AMY
ADDRESS AVAILABLE UPON REQUEST

MARKEL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARKEL, NICK AND MARGOT
ADDRESS AVAILABLE UPON REQUEST

MARKELL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MARKEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARKER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MARKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MARKERT, DAVE
ADDRESS AVAILABLE UPON REQUEST

MARKERT, JAIME-RAE
ADDRESS AVAILABLE UPON REQUEST

MARKERT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARKESHA S COLLINS
ADDRESS AVAILABLE UPON REQUEST

MARKESICH, CATIE
ADDRESS AVAILABLE UPON REQUEST

MARKET AT THE RESERVE
ADDRESS UNAVAILABLE AT TIME OF FILING

MARKETPLACE SELECTIONS INC
ATTN: JACK JOCKISCH
1723 W ALTORFER DR
PEORIA, IL  61615

MARKETPLACE SELECTIONS INC
C/O GOZDECKI DEL GIUDICE AMERICUS ET
AL
ATTN EARL E FARKAS
ONE E WACKER DR, STE 1700
CHICAGO, IL  60601

MARKETPLACE SELECTIONS INC
C/O GOZDECKI DEL GIUDICE AMERICUS ET
AL
ATTN EARL E FARKAS
ONE E WACKER DR, STE 1700
CHICAGO, IL  61615

MARKETPLACE SELECTIONS INC.
ATTN: JACK JOCKISCH
1723 W ALTORFER DR
PEORIA, IL  61615

MARKETPLACE SELECTIONS
1723 W ALTORFER DRIVE
PEORIA, IL  61615

MARKETT, INC.
1600 MAIN STREET
VENICE, CA  90291

MARKEVICIUS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MARKEY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MARKEY-WORKMAN, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MARKFORT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MARKGRAF, DIANE
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, AMY
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, RUTHANNE
ADDRESS AVAILABLE UPON REQUEST

MARKHAM, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARKI, SABRINA
ADDRESS AVAILABLE UPON REQUEST

MARKIDES, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

MARKIE MONTGOMERY
ADDRESS AVAILABLE UPON REQUEST

MARKIEWICZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARKIEWICZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARKIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARKIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARKISON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MARKISZ, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

MARKLE, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

MARKLE, SARA
ADDRESS AVAILABLE UPON REQUEST

MARKLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MARKMAN, LONI
ADDRESS AVAILABLE UPON REQUEST

MARKMAN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MARKMAN, MICAH
ADDRESS AVAILABLE UPON REQUEST

MARKOCH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MARKOFF, GARY
ADDRESS AVAILABLE UPON REQUEST

MARKOFF, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARKONI, AMY
ADDRESS AVAILABLE UPON REQUEST

MARKOPOULOS, AMY
ADDRESS AVAILABLE UPON REQUEST

MARKOTA, DENISE
ADDRESS AVAILABLE UPON REQUEST

MARKOVIC, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MARKOVICH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARKOVIKJ, FILIP
ADDRESS AVAILABLE UPON REQUEST

MARKOVITCH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MARKOWITZ, ANYA
ADDRESS AVAILABLE UPON REQUEST

MARKOWITZ, JESS
ADDRESS AVAILABLE UPON REQUEST

MARKOWITZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARKS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARKS, ANDY
ADDRESS AVAILABLE UPON REQUEST

MARKS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MARKS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARKS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MARKS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MARKS, CHIP
ADDRESS AVAILABLE UPON REQUEST

MARKS, CHRISTOPHER E.
ADDRESS AVAILABLE UPON REQUEST

MARKS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MARKS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARKS, DAWN
ADDRESS AVAILABLE UPON REQUEST

MARKS, EMILIE
ADDRESS AVAILABLE UPON REQUEST

MARKS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARKS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARKS, HARRISON
ADDRESS AVAILABLE UPON REQUEST

MARKS, HEATH
ADDRESS AVAILABLE UPON REQUEST

MARKS, JACK
ADDRESS AVAILABLE UPON REQUEST

MARKS, JACKI
ADDRESS AVAILABLE UPON REQUEST

MARKS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MARKS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MARKS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MARKS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MARKS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARKS, LYNN
ADDRESS AVAILABLE UPON REQUEST

MARKS, M
ADDRESS AVAILABLE UPON REQUEST

MARKS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MARKS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARKS, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MARKS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MARKS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MARKS, TARYN
ADDRESS AVAILABLE UPON REQUEST

MARKS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARKSBERRY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARKULIC, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MARKULIS, PETER
ADDRESS AVAILABLE UPON REQUEST

MARKUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARKUS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MARKUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARKUS-LONGLAND, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MARKWAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARKWELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARKWELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARKWICA, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MARKY CHARPENTIER
ADDRESS AVAILABLE UPON REQUEST

MARLAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARLEE MIERZWA, TIMOTHY LAMBERT
ADDRESS AVAILABLE UPON REQUEST

MARLENE MIRA
ADDRESS AVAILABLE UPON REQUEST

MARLENY GUERRA
ADDRESS AVAILABLE UPON REQUEST

MARLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARLER, MARTINA
ADDRESS AVAILABLE UPON REQUEST

MARLER, MIKE
ADDRESS AVAILABLE UPON REQUEST

MARLER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MARLETT, KAYCIE
ADDRESS AVAILABLE UPON REQUEST

MARLETTE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARLEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

MARLEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MARLEY, WILL
ADDRESS AVAILABLE UPON REQUEST

MARLIN VOSS
ADDRESS AVAILABLE UPON REQUEST

MARLIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MARLIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARLINE BLAZE
ADDRESS AVAILABLE UPON REQUEST

MARLISE C SKINNER
ADDRESS AVAILABLE UPON REQUEST

MARLO VICINANZA
ADDRESS AVAILABLE UPON REQUEST

MARLOFF, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MARLON R NEELY
ADDRESS AVAILABLE UPON REQUEST

MARLOW & SONS
ADDRESS UNAVAILABLE AT TIME OF FILING

MARLOW, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARLOW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARLOW, JAYNE
ADDRESS AVAILABLE UPON REQUEST

MARLOW, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MARLOWE, JEFF
ADDRESS AVAILABLE UPON REQUEST

MARLOWE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MARLOWE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MARMA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARMALADE CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

MARMALSTEIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

MARMEL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARMION, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARMO, NIKI
ADDRESS AVAILABLE UPON REQUEST

MARMOL RADZINER PREFAB LLC
12210 NEBRASKA AVE
LOS ANGELES, CA 90025

MARMOL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARMOLEJO, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MARMOLEJO, MEREDYTH
ADDRESS AVAILABLE UPON REQUEST

MARMOLEJOS, JULISA
ADDRESS AVAILABLE UPON REQUEST

MARNI JANSEN VAN VUUREN
ADDRESS AVAILABLE UPON REQUEST

MARNIE GOLDBERG
ADDRESS AVAILABLE UPON REQUEST

MARNIEN, TONYA
ADDRESS AVAILABLE UPON REQUEST

MARO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MAROE, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

MAROLA, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

MAROLD, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MAROLF, AMBET
ADDRESS AVAILABLE UPON REQUEST

MAROLT, BETH
ADDRESS AVAILABLE UPON REQUEST

MARON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MARONE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MARONEL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MARONEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARONEY, KARLISTA
ADDRESS AVAILABLE UPON REQUEST

MARONEY, KELLI
ADDRESS AVAILABLE UPON REQUEST

MARONEY, MARCA
ADDRESS AVAILABLE UPON REQUEST

MARONEY-LOBELL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MAROSY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MAROSY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MAROTTA WHITWORTH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MAROTTA, GABRIELE
ADDRESS AVAILABLE UPON REQUEST

MAROTTA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MAROTTA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MAROTTE, JAYLENE
ADDRESS AVAILABLE UPON REQUEST

MAROUL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MAROZ, LORI
ADDRESS AVAILABLE UPON REQUEST

MAROZZI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MARPLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARPLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARQUARD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, CORINA
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, MARY
ADDRESS AVAILABLE UPON REQUEST

MARQUARDT, TERRELL
ADDRESS AVAILABLE UPON REQUEST

MARQUART, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARQUART, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARQUART, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARQUES, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MARQUES, MARISA
ADDRESS AVAILABLE UPON REQUEST

MARQUES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARQUETTE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, CANDICE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, LIZA
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, REGINE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, SHAMILAH
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, SHAWNTE
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, TRACI
ADDRESS AVAILABLE UPON REQUEST

MARQUEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MARQUINA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARQUINA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MARQUIS, TRACI
ADDRESS AVAILABLE UPON REQUEST

MARQUITTA ALSTON, MARQUITTA
ADDRESS AVAILABLE UPON REQUEST

MARR, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MARR, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MARR, DIXIE
ADDRESS AVAILABLE UPON REQUEST

MARR, HEATH
ADDRESS AVAILABLE UPON REQUEST

MARR, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MARR, KIM
ADDRESS AVAILABLE UPON REQUEST

MARR, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

MARR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARR, TIAH
ADDRESS AVAILABLE UPON REQUEST

MARR, ZOE
ADDRESS AVAILABLE UPON REQUEST

MARRA, HALLE
ADDRESS AVAILABLE UPON REQUEST

MARRA, IRINA
ADDRESS AVAILABLE UPON REQUEST

MARRA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARRA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARRACCINI, DAVINA
ADDRESS AVAILABLE UPON REQUEST

MARRAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARRANO, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARRAS GKIOKAS, CHRISTOS
ADDRESS AVAILABLE UPON REQUEST

MARRAZZA, MIA
ADDRESS AVAILABLE UPON REQUEST

MARRE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARRELLO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MARREN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARRERO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MARRERO, ANDRES
ADDRESS AVAILABLE UPON REQUEST

MARRERO, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

MARRERO, ERIALENE
ADDRESS AVAILABLE UPON REQUEST

MARRERO, GISELLA
ADDRESS AVAILABLE UPON REQUEST

MARRERO, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

MARRERO, JOSE
ADDRESS AVAILABLE UPON REQUEST

MARRERO, KEANA
ADDRESS AVAILABLE UPON REQUEST

MARRERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARRERO, RICARDO
ADDRESS AVAILABLE UPON REQUEST

MARRIAGA, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

MARRIAGA, JULIAN
ADDRESS AVAILABLE UPON REQUEST

MARRIAGE & MARTINIS LLC
18 FALLSWOOD LN
MANALAPAN, NJ  07726

MARRIOTT
ADDRESS UNAVAILABLE AT TIME OF FILING

MARRIOTT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MARRIOTT, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MARRIOTT, JILL
ADDRESS AVAILABLE UPON REQUEST

MARRIOTT, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

MARRIOTT, VINCE
ADDRESS AVAILABLE UPON REQUEST

MARRIOTT-CAMPBELL, PORTIA
ADDRESS AVAILABLE UPON REQUEST

MARRIS, RODERICK
ADDRESS AVAILABLE UPON REQUEST

MARRON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MARRONE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARRONE, GINA
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, INGAR
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, NATALIN
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, ROXANNA
ADDRESS AVAILABLE UPON REQUEST

MARROQUIN, WENDY
ADDRESS AVAILABLE UPON REQUEST

MARROTTE, JUDY
ADDRESS AVAILABLE UPON REQUEST

MARRS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MARRS, APRIL
ADDRESS AVAILABLE UPON REQUEST

MARRS, CALLIE
ADDRESS AVAILABLE UPON REQUEST

MARRS, DARREL
ADDRESS AVAILABLE UPON REQUEST

MARRS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MARRS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MARRS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARRSON, HEATHER AND TOMMY
ADDRESS AVAILABLE UPON REQUEST

MARRUFO, CARLOS ARTURO
ADDRESS AVAILABLE UPON REQUEST

MARRUFO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MARRUS, JAIME
ADDRESS AVAILABLE UPON REQUEST

MARSALEK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MARSALIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARSAN, YURI
ADDRESS AVAILABLE UPON REQUEST

MARSCHALL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MARSCHALL, PAUL
ADDRESS AVAILABLE UPON REQUEST

MARSCHING, JANE
ADDRESS AVAILABLE UPON REQUEST

MARSCHINKE, DAWN
ADDRESS AVAILABLE UPON REQUEST

MARSCHKE, FAITH
ADDRESS AVAILABLE UPON REQUEST

MARSCO INVESTMENT CORP (0287)
ATTN KAREN JACOBSEN OR PROXY MGR
101 EISENHOWER PKWY
ROSELAND, NJ 07068

MARSDEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARSE PUCCIO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MARSELLA, TRACY
ADDRESS AVAILABLE UPON REQUEST

MARSH, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARSH, ANJHELINA
ADDRESS AVAILABLE UPON REQUEST

MARSH, ANNE
ADDRESS AVAILABLE UPON REQUEST

MARSH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARSH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARSH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MARSH, BOBBI
ADDRESS AVAILABLE UPON REQUEST

MARSH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MARSH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MARSH, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

MARSH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MARSH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MARSH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MARSH, COLY
ADDRESS AVAILABLE UPON REQUEST

MARSH, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

MARSH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARSH, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARSH, ETHAN
ADDRESS AVAILABLE UPON REQUEST

MARSH, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MARSH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARSH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MARSH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSH, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

MARSH, LEANN
ADDRESS AVAILABLE UPON REQUEST

MARSH, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MARSH, MARY COLETTE
ADDRESS AVAILABLE UPON REQUEST

MARSH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARSH, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MARSH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARSH, MORIAH
ADDRESS AVAILABLE UPON REQUEST

MARSH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARSH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MARSH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARSH, TERRY
ADDRESS AVAILABLE UPON REQUEST

MARSH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARSHAK, NANCY
ADDRESS AVAILABLE UPON REQUEST

MARSHALEK, RUSS
ADDRESS AVAILABLE UPON REQUEST

MARSHALL KEYS
ADDRESS AVAILABLE UPON REQUEST

MARSHALL QUINN, MABLE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ALLAN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, AMY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, AMY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, AVELINE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CAMELIA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CELESTE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CELINA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CHEN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CHERI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CINDLY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CLARE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, CURTIS
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DARCY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DARYL
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DASHAWN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DEBORAH L
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DEE & DINO
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DENNISE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, DESAREE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JARON SIMONE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JENNY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JULIANA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KAMAU
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KATHY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KATIE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KELLI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, KOURTNI
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LAURE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, LORRIE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, MARCY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, NICCOLE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, RENEE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SHAYNNA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, STACEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, STACEY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, STEPFANIE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, TAELER
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MARSHALL, TODD
ADDRESS AVAILABLE UPON REQUEST

MARSHALL-MULLER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MARSHALL-RIAS, MALIKA
ADDRESS AVAILABLE UPON REQUEST

MARSHALLS
ADDRESS UNAVAILABLE AT TIME OF FILING

MARSICO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARSICO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MARSIGLIA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARSILI, KATHY
ADDRESS AVAILABLE UPON REQUEST

MARSMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MARSOCCI, JUDY
ADDRESS AVAILABLE UPON REQUEST

MARSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARSTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARSTON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MARSTON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MARSTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARSTON, ROBBY
ADDRESS AVAILABLE UPON REQUEST

MARSZALEK, AUDRA
ADDRESS AVAILABLE UPON REQUEST

MARSZALEK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MARSZALEK, MISHALLE
ADDRESS AVAILABLE UPON REQUEST

MART, JADE
ADDRESS AVAILABLE UPON REQUEST

MART, JW
ADDRESS AVAILABLE UPON REQUEST

MARTA 1 MARTA 1
ADDRESS UNAVAILABLE AT TIME OF FILING

MARTA KOVALOVA
ADDRESS AVAILABLE UPON REQUEST

MARTA
ADDRESS UNAVAILABLE AT TIME OF FILING

MARTE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARTE, NECHY
ADDRESS AVAILABLE UPON REQUEST

MARTE, ROSIE
ADDRESS AVAILABLE UPON REQUEST

MARTEL, LYNNE
ADDRESS AVAILABLE UPON REQUEST

MARTEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTELL, CORINA
ADDRESS AVAILABLE UPON REQUEST

MARTELL, DENISE
ADDRESS AVAILABLE UPON REQUEST

MARTELL, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

MARTELL, JANET
ADDRESS AVAILABLE UPON REQUEST

MARTELL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MARTELLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARTELLO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

MARTELLO, DONNA
ADDRESS AVAILABLE UPON REQUEST

MARTELLO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MARTEN, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

MARTEN, ELENA
ADDRESS AVAILABLE UPON REQUEST

MARTEN, LEXI
ADDRESS AVAILABLE UPON REQUEST

MARTEN, LORI
ADDRESS AVAILABLE UPON REQUEST

MARTENS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MARTENS, GENA
ADDRESS AVAILABLE UPON REQUEST

MARTENS, JASON
ADDRESS AVAILABLE UPON REQUEST

MARTENS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MARTENS, LINDA
ADDRESS AVAILABLE UPON REQUEST

MARTENS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MARTENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARTENS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARTENS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTENS, TED
ADDRESS AVAILABLE UPON REQUEST

MARTENSSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MARTES, JAYLEN
ADDRESS AVAILABLE UPON REQUEST

MARTH, TIM
ADDRESS AVAILABLE UPON REQUEST

MARTHA BELL
ADDRESS AVAILABLE UPON REQUEST

MARTHA BENNETT
ADDRESS AVAILABLE UPON REQUEST

MARTHA JANE BEST
ADDRESS AVAILABLE UPON REQUEST

MARTHA MCCARTHY
ADDRESS AVAILABLE UPON REQUEST

MARTHA PABON
ADDRESS AVAILABLE UPON REQUEST

MARTHA SARBELAND
ADDRESS AVAILABLE UPON REQUEST

MARTHA, HERLONG
ADDRESS AVAILABLE UPON REQUEST

MARTHA, JANET
ADDRESS AVAILABLE UPON REQUEST

MARTHA, JANET
ADDRESS AVAILABLE UPON REQUEST

MARTHALER, LEISA
ADDRESS AVAILABLE UPON REQUEST

MARTHERS, WANDA
ADDRESS AVAILABLE UPON REQUEST

MARTHIS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARTI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MARTI, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MARTI, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTI, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARTI, MARIANA
ADDRESS AVAILABLE UPON REQUEST

MARTICHUSKI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MARTIGNETTI, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARTIMEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN (GUEST), KENDA
ADDRESS AVAILABLE UPON REQUEST

MARTIN HUGH SMITH
ADDRESS AVAILABLE UPON REQUEST

MARTIN LANG
ADDRESS AVAILABLE UPON REQUEST

MARTIN SCAMINACI
ADDRESS AVAILABLE UPON REQUEST

MARTIN ZIEGENFUSS, AMY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ALAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ALISA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANDI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ARANDEE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ARLENE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ARMANI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BECCA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BECKY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BETHIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BILL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BIRTE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BOB
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BRONLEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, BRYNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CAPRICCIO
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CARA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CARLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CARON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CATIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHAD
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHANAYA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CHRYSA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CODY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, COLIN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CRISTA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, CYNQUETTA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DAMON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DAYANA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DEANNE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DERRICK
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DEVRON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DEVYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DIONNE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, DYRDRA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIOT
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIZA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EUNIQUE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EVAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, FAITH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GARY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GAYLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GEORGIANNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GIDEON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GINA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GREG
ADDRESS AVAILABLE UPON REQUEST

MARTIN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HANNAH L
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HARPER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HELEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HELEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ILIANA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, INGRID
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JACEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JANIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JASON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JEAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JESSE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JOSH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JUDY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JUSTIEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, JUSTUS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAMRYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAREY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KARINA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KASEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KASEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KASSIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATHY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATTIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KATY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KENT
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KERRI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KIM
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRISSA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRISTOFFERSON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, KYLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LACEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LARISA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAURANCE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LISA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LORI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LORI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LUKE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LUKE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, LYNN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MADELAIDE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MAREN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARIANN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY ALYCE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY R
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MARY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MAURICE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MEKELA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MELENE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MISTI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MONEE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MONICA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NANCI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NEIL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NICK
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ODESSA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RALPH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RAY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RUFINO
ADDRESS AVAILABLE UPON REQUEST

MARTIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SAM
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SERGIO
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TABATHA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TALIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TANIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TERI
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TERRY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TESS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, THERESA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TRINITY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, TROY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTIN, WADE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, WENDOLYN
ADDRESS AVAILABLE UPON REQUEST

MARTIN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MARTIN, WILL
ADDRESS AVAILABLE UPON REQUEST

MARTIN, WINTER
ADDRESS AVAILABLE UPON REQUEST

MARTIN, YOBIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN, YVONNE
ADDRESS AVAILABLE UPON REQUEST

MARTINA BERNICE HILL
ADDRESS AVAILABLE UPON REQUEST

MARTINA, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MARTINAK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MARTIN-BENNET, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MARTINCHICH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTINDALE, APRIL
ADDRESS AVAILABLE UPON REQUEST

MARTINDALE, BRENTON
ADDRESS AVAILABLE UPON REQUEST

MARTINDELL, LEE
ADDRESS AVAILABLE UPON REQUEST

MARTINEAU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINELLI, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MARTINENKO, MASHA
ADDRESS AVAILABLE UPON REQUEST

MARTINES, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ DIAZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ LEON, CECILIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ LINALDI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ SAMBOIS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ SAMBOIS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ VILLAMAR, MILDRED
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ADAM
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, AGUSTIN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALAN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALYSE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, AMORINDA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ARELY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, AYSHA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BEATRIS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BELEN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BIRGITTA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CELINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CHARLINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CHASITY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, COLTON
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CORRINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CRISTIAN CAMILO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DANIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DENELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DEZIRAI
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, DOLORES
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ELISA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ERMELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ESTELA G
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ESTRELLA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FRANCCESCA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, FREDDY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, GABRIELA N
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, GLORIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, GRISSELDA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, HAIDEN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, HANSLY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, HENRY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, IBERIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, IGNACIO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, IRMA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ISSYS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JANE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JANNA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JIMENA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JOE & BRENDA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JUANA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JUANITA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KATE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KATRINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KATY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KEN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, KYRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LALINE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LIBBY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LISA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LISA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LIZ
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LOUIS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LUPITA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MARVIN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MAUDI
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MAX
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MELYSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MICHOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MINDY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NADIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NADJA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NICHOLETTE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NOEMI
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, NYDIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, OSVANNY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RAMON
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RAUL
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RAVEN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, RONALDO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SERGIO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SERGIO
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SHELBI
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SONIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SUE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TANAIRI
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TANYA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TARYN
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TAYLOR GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TONY
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, TYRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VALERIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, VILMARYS
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, XAVIER
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, YVONNE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, YVONNE
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ, ZOBEIRA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ-TRAVITZKY, TERESA
ADDRESS AVAILABLE UPON REQUEST

MARTINEZ-VUJOVIC, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MARTIN-HOLM, SHARON
ADDRESS AVAILABLE UPON REQUEST

MARTINI, ANIBAL
ADDRESS AVAILABLE UPON REQUEST

MARTINI, CARMELA
ADDRESS AVAILABLE UPON REQUEST

MARTINI, DANIEL C
ADDRESS AVAILABLE UPON REQUEST

MARTINI, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MARTINI, GERI
ADDRESS AVAILABLE UPON REQUEST

MARTINI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MARTINI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MARTINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MARTINI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MARTINIS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MARTINKOVICH, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MARTINKUS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MARTIN-LESTER, SHARITA
ADDRESS AVAILABLE UPON REQUEST

MARTINO, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

MARTINO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MARTINO, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARTINO, GENE
ADDRESS AVAILABLE UPON REQUEST

MARTINO, GINA
ADDRESS AVAILABLE UPON REQUEST

MARTINO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTINO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

MARTINO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARTINO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MARTINO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTINOSKI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARTIN-RESECK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MARTINS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MARTINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MARTINS, GABI
ADDRESS AVAILABLE UPON REQUEST

MARTINS, ILDA
ADDRESS AVAILABLE UPON REQUEST

MARTINS, IZILDA
ADDRESS AVAILABLE UPON REQUEST

MARTINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARTINS, JILL
ADDRESS AVAILABLE UPON REQUEST

MARTINS, LICIA
ADDRESS AVAILABLE UPON REQUEST

MARTINS, LUISA
ADDRESS AVAILABLE UPON REQUEST

MARTINS, SIAN
ADDRESS AVAILABLE UPON REQUEST

MARTINS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MARTINSEN, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

MARTIN-SNIDER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, ABBY
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, CARLY
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, HOLLIANNE
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, ROB
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MARTINSON, WIN
ADDRESS AVAILABLE UPON REQUEST

MARTIRE, KATE
ADDRESS AVAILABLE UPON REQUEST

MARTON, RENA
ADDRESS AVAILABLE UPON REQUEST

MARTONE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MARTONE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MARTONE, EVAN
ADDRESS AVAILABLE UPON REQUEST

MARTONE, EVAN
ADDRESS AVAILABLE UPON REQUEST

MARTONE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MARTONE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MARTONIK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MARTORAL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MARTORELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MARTTILA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MARTUCCI, JAMES
ADDRESS AVAILABLE UPON REQUEST

MARTUCCI, JILLIAM
ADDRESS AVAILABLE UPON REQUEST

MARTUCCI, KARYL
ADDRESS AVAILABLE UPON REQUEST

MARTUCCI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MARTUCCIO, CARLY
ADDRESS AVAILABLE UPON REQUEST

MARTUSCELLI, MARY
ADDRESS AVAILABLE UPON REQUEST

MARTUSCELLO, CARMINE
ADDRESS AVAILABLE UPON REQUEST

MARTY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MARTY, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MARTYN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MARTYN, AMY
ADDRESS AVAILABLE UPON REQUEST

MARTYN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MARTYN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MARTYN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MARTYN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MARTZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MARUBIO, KRIS
ADDRESS AVAILABLE UPON REQUEST

MARUCA, ALISON
ADDRESS AVAILABLE UPON REQUEST

MARUCA, KIRK
ADDRESS AVAILABLE UPON REQUEST

MARUCA, NINA
ADDRESS AVAILABLE UPON REQUEST

MARUCCI, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

MARUGAME MONZO
ADDRESS AVAILABLE UPON REQUEST

MARUNA, KAREN
ADDRESS AVAILABLE UPON REQUEST

MARUSCHAK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MARVA BEVERLEY CHASE
ADDRESS AVAILABLE UPON REQUEST

MARVAZI, BETTY
ADDRESS AVAILABLE UPON REQUEST

MARVEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MARVEL, MATT
ADDRESS AVAILABLE UPON REQUEST

MARVEL, ROB
ADDRESS AVAILABLE UPON REQUEST

MARVIGLIO, JANE
ADDRESS AVAILABLE UPON REQUEST

MARVIN CULLENS, MARVIN
ADDRESS AVAILABLE UPON REQUEST

MARVIN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MARVIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MARVIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MARVIN, SHANEE
ADDRESS AVAILABLE UPON REQUEST

MARWIL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MARX, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MARX, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MARX, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MARX, CELESTE
ADDRESS AVAILABLE UPON REQUEST

MARX, JESSICA SHAMOO
ADDRESS AVAILABLE UPON REQUEST

MARX, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MARX, VIVIANE
ADDRESS AVAILABLE UPON REQUEST

MARXER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MARY ANN KORENIC
ADDRESS AVAILABLE UPON REQUEST

MARY ANN MCADEN
ADDRESS AVAILABLE UPON REQUEST

MARY ANN WALLACE
ADDRESS AVAILABLE UPON REQUEST

MARY B OELMAN
ADDRESS AVAILABLE UPON REQUEST

MARY BETH GASSER
ADDRESS AVAILABLE UPON REQUEST

MARY BURNETT
ADDRESS AVAILABLE UPON REQUEST

MARY CATHERINE DEMBLEWSKI
ADDRESS AVAILABLE UPON REQUEST

MARY CHERYL HORWATH
ADDRESS AVAILABLE UPON REQUEST

MARY COLLINS
ADDRESS AVAILABLE UPON REQUEST

MARY DANKOSKY
ADDRESS AVAILABLE UPON REQUEST

MARY DAUBER
ADDRESS AVAILABLE UPON REQUEST

MARY DREILING
ADDRESS AVAILABLE UPON REQUEST

MARY E WOOD
ADDRESS AVAILABLE UPON REQUEST

MARY FANTUZZI
ADDRESS AVAILABLE UPON REQUEST

MARY FARRAAND
ADDRESS AVAILABLE UPON REQUEST

MARY G PALKO
ADDRESS AVAILABLE UPON REQUEST

MARY HALL
ADDRESS AVAILABLE UPON REQUEST

MARY HARBIN
ADDRESS AVAILABLE UPON REQUEST

MARY HARVEY DRISDELL
ADDRESS AVAILABLE UPON REQUEST

MARY HAYES ERNST
ADDRESS AVAILABLE UPON REQUEST

MARY HAYES
ADDRESS AVAILABLE UPON REQUEST

MARY IGO
ADDRESS AVAILABLE UPON REQUEST

MARY JAY, MARY JAY
ADDRESS AVAILABLE UPON REQUEST

MARY JENNINGS
ADDRESS AVAILABLE UPON REQUEST

MARY JOHNS
ADDRESS AVAILABLE UPON REQUEST

MARY KAITLIN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

MARY KELLEY
ADDRESS AVAILABLE UPON REQUEST

MARY LOU EVANS
ADDRESS AVAILABLE UPON REQUEST

MARY LYNN BROWN
ADDRESS AVAILABLE UPON REQUEST

MARY LYNN EICHERT
ADDRESS AVAILABLE UPON REQUEST

MARY LYNNE MCELHANEY
ADDRESS AVAILABLE UPON REQUEST

MARY MAKIN
ADDRESS AVAILABLE UPON REQUEST

MARY MOLLA
ADDRESS AVAILABLE UPON REQUEST

MARY NAYLOR
ADDRESS AVAILABLE UPON REQUEST

MARY P THOMPSON
ADDRESS AVAILABLE UPON REQUEST

MARY PAT JORDAN
ADDRESS AVAILABLE UPON REQUEST

MARY PAT THOMPSON
ADDRESS AVAILABLE UPON REQUEST

MARY PEROSI
ADDRESS AVAILABLE UPON REQUEST

MARY REPENSHEK
ADDRESS AVAILABLE UPON REQUEST

MARY SORRENTINO
ADDRESS AVAILABLE UPON REQUEST

MARY TALBOT
ADDRESS AVAILABLE UPON REQUEST

MARY TODD, MARY
ADDRESS AVAILABLE UPON REQUEST

MARY TSATURIAN
ADDRESS AVAILABLE UPON REQUEST

MARY VANSCOYK
ADDRESS AVAILABLE UPON REQUEST

MARY WOLD
ADDRESS AVAILABLE UPON REQUEST

MARY, CHINWE
ADDRESS AVAILABLE UPON REQUEST

MARY, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

MARY, KILCOYNE
ADDRESS AVAILABLE UPON REQUEST

MARY, RHODES
ADDRESS AVAILABLE UPON REQUEST

MARYANNE HOLMES
ADDRESS AVAILABLE UPON REQUEST

MARYBETH MCDANIEL
ADDRESS AVAILABLE UPON REQUEST

MARYFEL GOMEZ
ADDRESS AVAILABLE UPON REQUEST

MARYGRACE IVERSON
ADDRESS AVAILABLE UPON REQUEST

MARYLAND DEPT OF LABOR,
LICENSING AND REGULATION
500 NORTH CALVERT ST
BALTIMORE, MD  21202

MARYLAND DEPT OF LABOR,
LICENSING AND REGULATION
DIVISION OF LABOR AND INDUSTRY
1100 N EUTAW LAW, RM 600
BALTIMORE, MD  21201

MARYLAND FIELD ENFORCEMENT DIVISION
STATE OFFICE BLDG. 301 W PRESTON
STREET
BALTIMORE, MD  21201-2384

MARYLAND OFFICE OF THE COMPTROLLER
PETER FRANCHOT, COMPTROLLER
80 CALVERT ST
ANNAPOLIS, MD  21404-0466

MARYLAND OFFICE OF THE COMPTROLLER
PETER FRANCHOT, COMPTROLLER
PO BOX 466
ANNAPOLIS, MD  21404-0466

MARY-PERRY MILLER
ADDRESS AVAILABLE UPON REQUEST

MARZELLA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MARZELLI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MARZESKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MARZETT, JOKEETA
ADDRESS AVAILABLE UPON REQUEST

MARZO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MARZOA, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MARZOLF, ALIAH
ADDRESS AVAILABLE UPON REQUEST

MARZOLF, MAYUMI
ADDRESS AVAILABLE UPON REQUEST

MARZOLF, MIGUELA
ADDRESS AVAILABLE UPON REQUEST

MARZONI, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

MARZOUGUI, SARA
ADDRESS AVAILABLE UPON REQUEST

MARZULLI, TONY
ADDRESS AVAILABLE UPON REQUEST

MAS, FORREST
ADDRESS AVAILABLE UPON REQUEST

MAS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MASCAGNI, JERRY
ADDRESS AVAILABLE UPON REQUEST

MASCALI, SAL
ADDRESS AVAILABLE UPON REQUEST

MASCARDO, GINO
ADDRESS AVAILABLE UPON REQUEST

MASCARI, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MASCARO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MASCHING, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MASCHINOT, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

MASCHO, SETH
ADDRESS AVAILABLE UPON REQUEST

MASCI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MASCIA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MASCIA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MASCIADRELLI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MASCIOLI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MASCITTI, DIANE
ADDRESS AVAILABLE UPON REQUEST

MASCO, JANIS
ADDRESS AVAILABLE UPON REQUEST

MASCORRO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MASCUCH, CLARE
ADDRESS AVAILABLE UPON REQUEST

MASEK, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

MASEK, GABI
ADDRESS AVAILABLE UPON REQUEST

MASEK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MASELLI, PETER
ADDRESS AVAILABLE UPON REQUEST

MASENDA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MASER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MASETTI, SARA
ADDRESS AVAILABLE UPON REQUEST

MASHA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MASHAL, KATE
ADDRESS AVAILABLE UPON REQUEST

MASHBURN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

MASHBURN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MASHEK, MAXINE
ADDRESS AVAILABLE UPON REQUEST

MASHELLE MAURER
ADDRESS AVAILABLE UPON REQUEST

MASHIACH, MAYA
ADDRESS AVAILABLE UPON REQUEST

MASI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MASI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MASI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MASI, DESTINEE
ADDRESS AVAILABLE UPON REQUEST

MASI, LORETTA
ADDRESS AVAILABLE UPON REQUEST

MASI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MASIC, DARIO
ADDRESS AVAILABLE UPON REQUEST

MASIKE, TAKUNDA
ADDRESS AVAILABLE UPON REQUEST

MASILAMANI, LIGIA
ADDRESS AVAILABLE UPON REQUEST

MASILOTTI, SHAWNIE
ADDRESS AVAILABLE UPON REQUEST

MASIN, EVA
ADDRESS AVAILABLE UPON REQUEST

MASIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MASINDE, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MASINDE, SHAVONDA
ADDRESS AVAILABLE UPON REQUEST

MASINGALE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MASINI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MASINI, LINDA
ADDRESS AVAILABLE UPON REQUEST

MASINO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MASK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MASK, NATE
ADDRESS AVAILABLE UPON REQUEST

MASKERI, SANTOSH
ADDRESS AVAILABLE UPON REQUEST

MASKET, DIANE
ADDRESS AVAILABLE UPON REQUEST

MASKEY, AMY
ADDRESS AVAILABLE UPON REQUEST

MASKI, LISA
ADDRESS AVAILABLE UPON REQUEST

MASLANKA, JANE
ADDRESS AVAILABLE UPON REQUEST

MASLANKA, MARY
ADDRESS AVAILABLE UPON REQUEST

MASLAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MASLIA, ADAM
ADDRESS AVAILABLE UPON REQUEST

MASLINE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MASLOV, DMITRY
ADDRESS AVAILABLE UPON REQUEST

MASLOW, AZALEE
ADDRESS AVAILABLE UPON REQUEST

MASLOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MASLOWSKI, LYNNE
ADDRESS AVAILABLE UPON REQUEST

MASLYANSKAYA, SOFIYA
ADDRESS AVAILABLE UPON REQUEST

MASON AMELIA, LLC
24165 IH-10 W, STE 217-169
SAN ANTONIO, TX 78257

MASON MOTES
ADDRESS AVAILABLE UPON REQUEST

MASON, AARON
ADDRESS AVAILABLE UPON REQUEST

MASON, AKI
ADDRESS AVAILABLE UPON REQUEST

MASON, ALEXI
ADDRESS AVAILABLE UPON REQUEST

MASON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MASON, ANDY
ADDRESS AVAILABLE UPON REQUEST

MASON, ANNE
ADDRESS AVAILABLE UPON REQUEST

MASON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

MASON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

MASON, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MASON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MASON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MASON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MASON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MASON, CHAREE
ADDRESS AVAILABLE UPON REQUEST

MASON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MASON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MASON, CHUCK
ADDRESS AVAILABLE UPON REQUEST

MASON, COLETTE
ADDRESS AVAILABLE UPON REQUEST

MASON, DARBY
ADDRESS AVAILABLE UPON REQUEST

MASON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MASON, DELPHINE
ADDRESS AVAILABLE UPON REQUEST

MASON, DESIDERIA
ADDRESS AVAILABLE UPON REQUEST

MASON, DESIDERIA
ADDRESS AVAILABLE UPON REQUEST

MASON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASON, ERIC
ADDRESS AVAILABLE UPON REQUEST

MASON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MASON, GINGER
ADDRESS AVAILABLE UPON REQUEST

MASON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MASON, HILARY
ADDRESS AVAILABLE UPON REQUEST

MASON, JAC
ADDRESS AVAILABLE UPON REQUEST

MASON, JAMES
ADDRESS AVAILABLE UPON REQUEST

MASON, JAVONA
ADDRESS AVAILABLE UPON REQUEST

MASON, JENNA
ADDRESS AVAILABLE UPON REQUEST

MASON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MASON, JOANN
ADDRESS AVAILABLE UPON REQUEST

MASON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MASON, KATHY
ADDRESS AVAILABLE UPON REQUEST

MASON, KATIE
ADDRESS AVAILABLE UPON REQUEST

MASON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MASON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MASON, KIARA
ADDRESS AVAILABLE UPON REQUEST

MASON, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

MASON, KYLER
ADDRESS AVAILABLE UPON REQUEST

MASON, LIZ
ADDRESS AVAILABLE UPON REQUEST

MASON, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

MASON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MASON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MASON, NANCY
ADDRESS AVAILABLE UPON REQUEST

MASON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MASON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MASON, RALPH
ADDRESS AVAILABLE UPON REQUEST

MASON, REMEKA
ADDRESS AVAILABLE UPON REQUEST

MASON, RILEY
ADDRESS AVAILABLE UPON REQUEST

MASON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

MASON, SARAH KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MASON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MASON, SERENAH
ADDRESS AVAILABLE UPON REQUEST

MASON, SHARON
ADDRESS AVAILABLE UPON REQUEST

MASON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MASON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MASON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MASON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MASON, TERESA
ADDRESS AVAILABLE UPON REQUEST

MASON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MASON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MASON, TRACY
ADDRESS AVAILABLE UPON REQUEST

MASON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MASON, WALTER
ADDRESS AVAILABLE UPON REQUEST

MASON, YAMAYA
ADDRESS AVAILABLE UPON REQUEST

MASONE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MASONEK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MASONER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MASONER, MARY
ADDRESS AVAILABLE UPON REQUEST

MASON-RIVERA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MASOOD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MASOPUST, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MASOURAS, TERESA
ADDRESS AVAILABLE UPON REQUEST

MASRI, AMIR
ADDRESS AVAILABLE UPON REQUEST

MASS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MASS, LARRY
ADDRESS AVAILABLE UPON REQUEST

MASS, LARRY
ADDRESS AVAILABLE UPON REQUEST

MASSA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MASSA, CLARA
ADDRESS AVAILABLE UPON REQUEST

MASSA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MASSA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MASSA, TONY & ELYSE
ADDRESS AVAILABLE UPON REQUEST

MASSACHUSETTS DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
ONE ASHBURTON PLC, STE 2112
BOSTON, MA  02108

MASSACHUSETTS DEPT OF REVENUE
DIVISION OF LOCAL SERVICES
100 CAMBRIDGE ST, 6TH FL
BOSTON, MA  02114-9569

MASSACHUSETTS DEPT OF REVENUE
DIVISION OF LOCAL SERVICES
PO BOX 9569
BOSTON, MA  02114-9569

MASSACHUSETTS SECURITIES DIVISION
MCCORMACK BUILDING
ONE ASHBURTON PLACE
17TH FLOOR
BOSTON, MA  02108

MASSAD, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MASSALINE, NATISHA
ADDRESS AVAILABLE UPON REQUEST

MASSANO, ERIN
ADDRESS AVAILABLE UPON REQUEST

MASSANOIS, LLC
14 HARWOOD COURT, SUITE 224
SCARSDALE, NY  10583

MASSANOPOLI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASSARE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MASSARI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

MASSARO, JO
ADDRESS AVAILABLE UPON REQUEST

MASSARO, JOE
ADDRESS AVAILABLE UPON REQUEST

MASSARO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MASSARO, JUDY
ADDRESS AVAILABLE UPON REQUEST

MASSEE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MASSEL, ATTAWAY,
ADDRESS AVAILABLE UPON REQUEST

MASSEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MASSEO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MASSERY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MASSET, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MASSET, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MASSEY, ALANA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, AMY
ADDRESS AVAILABLE UPON REQUEST

MASSEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MASSEY, CHIP
ADDRESS AVAILABLE UPON REQUEST

MASSEY, DRAKE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, ELECTRA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASSEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASSEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MASSEY, FARRAH
ADDRESS AVAILABLE UPON REQUEST

MASSEY, GINA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, JONELLE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MASSEY, KELLI
ADDRESS AVAILABLE UPON REQUEST

MASSEY, LENA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, MARNIE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MASSEY, NICK
ADDRESS AVAILABLE UPON REQUEST

MASSEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, RANCE
ADDRESS AVAILABLE UPON REQUEST

MASSEY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MASSEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MASSEY, SARA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MASSEY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MASSEY, TERRI
ADDRESS AVAILABLE UPON REQUEST

MASSEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MASSEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MASSEY-WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MASSI, JULIA
ADDRESS AVAILABLE UPON REQUEST

MASSICK, ESTHER
ADDRESS AVAILABLE UPON REQUEST

MASSICOTTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MASSIE, DANA
ADDRESS AVAILABLE UPON REQUEST

MASSIE, JULIA
ADDRESS AVAILABLE UPON REQUEST

MASSIE, MARY
ADDRESS AVAILABLE UPON REQUEST

MASSIE, RYAN
ADDRESS AVAILABLE UPON REQUEST

MASSIER, MARK
ADDRESS AVAILABLE UPON REQUEST

MASSIGLIA, FRANK
ADDRESS AVAILABLE UPON REQUEST

MASSIH, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MASSIMINO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MASSIMO NOJA
ADDRESS AVAILABLE UPON REQUEST

MASSIMO, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

MASSIMO, LIA
ADDRESS AVAILABLE UPON REQUEST

MASSIN, NOELLE
ADDRESS AVAILABLE UPON REQUEST

MASSINGILL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MASSINGILL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MASSINGILLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MASSMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MASSMANN, JASON
ADDRESS AVAILABLE UPON REQUEST

MASSO, ANA
ADDRESS AVAILABLE UPON REQUEST

MASSO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MASSO, LORENA
ADDRESS AVAILABLE UPON REQUEST

MASSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MASSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

MASSON, RICK
ADDRESS AVAILABLE UPON REQUEST

MASSONI, JIM
ADDRESS AVAILABLE UPON REQUEST

MASSONI, SARA
ADDRESS AVAILABLE UPON REQUEST

MASSOURAS, STEVE
ADDRESS AVAILABLE UPON REQUEST

MASSUNG, RON/TORI
ADDRESS AVAILABLE UPON REQUEST

MASSY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MAST, DANCIA
ADDRESS AVAILABLE UPON REQUEST

MAST, DAWN
ADDRESS AVAILABLE UPON REQUEST

MAST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAST, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MASTALERZ, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MASTEL, KASEY
ADDRESS AVAILABLE UPON REQUEST

MASTELLAR, LUCY
ADDRESS AVAILABLE UPON REQUEST

MASTEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MASTEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MASTEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MASTEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MASTER, AASHINI
ADDRESS AVAILABLE UPON REQUEST

MASTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MASTER, SAM
ADDRESS AVAILABLE UPON REQUEST

MASTERCARD INTERNATIONAL
2000 PURCHASE STREET
PURCHASE, NY 10577

MASTERS DONUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

MASTERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, AMY
ADDRESS AVAILABLE UPON REQUEST

MASTERS, AMY
ADDRESS AVAILABLE UPON REQUEST

MASTERS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MASTERS, CAROL
ADDRESS AVAILABLE UPON REQUEST

MASTERS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MASTERS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MASTERS, DEIRDRA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, DONNA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, GINA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MASTERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

MASTERS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MASTERS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MASTERS, LISA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, MARIE
ADDRESS AVAILABLE UPON REQUEST

MASTERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MASTERS, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

MASTERS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MASTERS, TATHIANA
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, LISA
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MASTERSON, TERI
ADDRESS AVAILABLE UPON REQUEST

MASTERTON, FIONA
ADDRESS AVAILABLE UPON REQUEST

MASTIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MASTNY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MASTON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MASTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MASTOR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MASTORAKIS, TASO
ADDRESS AVAILABLE UPON REQUEST

MASTRACCO, SARAH
ADDRESS AVAILABLE UPON REQUEST

MASTRANDO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MASTRANGELO, JOOLI
ADDRESS AVAILABLE UPON REQUEST

MASTRANGELO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MASTRANGELO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MASTRANGELO, RYAN
ADDRESS AVAILABLE UPON REQUEST

MASTRIANO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MASTRIANO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASTRINI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MASTRO, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

MASTRO, CAROL ANN
ADDRESS AVAILABLE UPON REQUEST

MASTRO, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MASTROBATTISTA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MASTROBERTI, LILA
ADDRESS AVAILABLE UPON REQUEST

MASTROFILLIPPO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MASTROIANNI, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MASTROIANNI, VIRA
ADDRESS AVAILABLE UPON REQUEST

MASTROMARINO, STEVE
ADDRESS AVAILABLE UPON REQUEST

MASTROMONACO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MASTRONY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MASTRONY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MASTROPAOLO, MARCIE
ADDRESS AVAILABLE UPON REQUEST

MASTROPASQUA, JENNA
ADDRESS AVAILABLE UPON REQUEST

MASTROPIERI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MASTROSIMINI, ROSA
ADDRESS AVAILABLE UPON REQUEST

MASTROSTEFANO, TONY
ADDRESS AVAILABLE UPON REQUEST

MASTROVITO, TINA
ADDRESS AVAILABLE UPON REQUEST

MASUD, AMEERA
ADDRESS AVAILABLE UPON REQUEST

MASUDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MASUI, RIE
ADDRESS AVAILABLE UPON REQUEST

MASURA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MASURET, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MASVIDAL, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

MATA CONSTRUCTION
ADDRESS UNAVAILABLE AT TIME OF FILING

MATA HOUSEMAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

MATA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MATA, MARYANN
ADDRESS AVAILABLE UPON REQUEST

MATA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MATA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

MATA, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MATADAMAS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MATAJA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MATALIA CAPITAL MANAGEMENT LLC
40 HARRISON STREET APT 38D
NEW YORK, NY  10013

MATALIA, NEIL
ADDRESS AVAILABLE UPON REQUEST

MATALKA, ERIN
ADDRESS AVAILABLE UPON REQUEST

MATALON, LEORA
ADDRESS AVAILABLE UPON REQUEST

MATALUCCI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MATAMOROS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MATAMOROS, MARIA
ADDRESS AVAILABLE UPON REQUEST

MATARAZZO, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

MATARAZZO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MATARAZZO, NEAL
ADDRESS AVAILABLE UPON REQUEST

MATAS, IDIT
ADDRESS AVAILABLE UPON REQUEST

MATASSA, GINA
ADDRESS AVAILABLE UPON REQUEST

MATATALL, NATE
ADDRESS AVAILABLE UPON REQUEST

MATATICS, MARIA
ADDRESS AVAILABLE UPON REQUEST

MATCH, KACIE
ADDRESS AVAILABLE UPON REQUEST

MATCHACK, RYAN
ADDRESS AVAILABLE UPON REQUEST

MATCHAM, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MATCHBOOK LABS, INC
601 4TH STREET  207
SAN FRANSISCO, CA  94107

MATCHEN, JEFF
ADDRESS AVAILABLE UPON REQUEST

MATCHETT, BLAKE
ADDRESS AVAILABLE UPON REQUEST

MATCHETT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MATEIK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MATEJCZYK, RAY
ADDRESS AVAILABLE UPON REQUEST

MATEJEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MATEJEK, PORSCHE
ADDRESS AVAILABLE UPON REQUEST

MATEJKA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MATEJKA, LISA
ADDRESS AVAILABLE UPON REQUEST

MATEL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MATEL, CARLIE
ADDRESS AVAILABLE UPON REQUEST

MATEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MATEN, ROSALEEN
ADDRESS AVAILABLE UPON REQUEST

MATEO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MATEO, JUNIOR
ADDRESS AVAILABLE UPON REQUEST

MATEO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MATER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MATERAZZI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MATERIAL HANDLING SUPPLY, INC. (MHS
LIFT INC.)
6965 AIRPORT HIGHWAY LANE
PENNSAUKEN TOWNSHIP, NJ  08109

MATERN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MATERN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MATERN, MISTY
ADDRESS AVAILABLE UPON REQUEST

MATERNICK, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MATES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MATES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MATES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MATESCO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MATETICH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MATEY, PALASH
ADDRESS AVAILABLE UPON REQUEST

MATEYAK, LORI
ADDRESS AVAILABLE UPON REQUEST

MATHAE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MATHAI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MATHAI, LEENA
ADDRESS AVAILABLE UPON REQUEST

MATHAI, SARINA
ADDRESS AVAILABLE UPON REQUEST

MATHANY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MATHANY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MATHAROO, GURDEEP
ADDRESS AVAILABLE UPON REQUEST

MATHE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MATHENA, TRACY
ADDRESS AVAILABLE UPON REQUEST

MATHENEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MATHENY, CAITIE
ADDRESS AVAILABLE UPON REQUEST

MATHENY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MATHENY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MATHENY, PATRICIA K
ADDRESS AVAILABLE UPON REQUEST

MATHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MATHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MATHER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MATHER, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

MATHERLY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MATHERN, HOPE
ADDRESS AVAILABLE UPON REQUEST

MATHERNE, KYLE
ADDRESS AVAILABLE UPON REQUEST

MATHERS, DONALD S
ADDRESS AVAILABLE UPON REQUEST

MATHERS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MATHES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MATHES, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MATHES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MATHES, TERA
ADDRESS AVAILABLE UPON REQUEST

MATHESON TRI-GAS, INC
909 LAKE CAROLYN PARKWAY, SUITE 1300
IRVING, TX 75039

MATHESON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MATHESON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MATHESON, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

MATHESON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MATHESON, SHELDON
ADDRESS AVAILABLE UPON REQUEST

MATHEW, ALEX
ADDRESS AVAILABLE UPON REQUEST

MATHEW, ALICE
ADDRESS AVAILABLE UPON REQUEST

MATHEW, ANNA
ADDRESS AVAILABLE UPON REQUEST

MATHEW, JULIE
ADDRESS AVAILABLE UPON REQUEST

MATHEW, MANJU
ADDRESS AVAILABLE UPON REQUEST

MATHEW, SALIL
ADDRESS AVAILABLE UPON REQUEST

MATHEWS SMITH, DENISE ELAINE
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, BRUCE
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, CRISTEN
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, DAVE
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, HALEY
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, JACK
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, MARK
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, SUNNY
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, TANYA
ADDRESS AVAILABLE UPON REQUEST

MATHEWS, WYMAN
ADDRESS AVAILABLE UPON REQUEST

MATHEWSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MATHIAS, DEVAN
ADDRESS AVAILABLE UPON REQUEST

MATHIAS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MATHIAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MATHIAS, RAVI
ADDRESS AVAILABLE UPON REQUEST

MATHIAS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MATHIASEN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MATHIASON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MATHIESON, AMBER
ADDRESS AVAILABLE UPON REQUEST

MATHIESON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MATHIEU, AMY
ADDRESS AVAILABLE UPON REQUEST

MATHIEU, EMILY
ADDRESS AVAILABLE UPON REQUEST

MATHIEU, JAYSON
ADDRESS AVAILABLE UPON REQUEST

MATHIEU, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

MATHIOWETZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MATHIS, ADAM
ADDRESS AVAILABLE UPON REQUEST

MATHIS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MATHIS, CAROL
ADDRESS AVAILABLE UPON REQUEST

MATHIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MATHIS, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MATHIS, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

MATHIS, KIM
ADDRESS AVAILABLE UPON REQUEST

MATHIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MATHIS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MATHIS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MATHIS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MATHIS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MATHIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MATHISEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MATHISEN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MATHISEN, LISA
ADDRESS AVAILABLE UPON REQUEST

MATHISON, LISA
ADDRESS AVAILABLE UPON REQUEST

MATHISON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MATHIVHA, SHONISANI
ADDRESS AVAILABLE UPON REQUEST

MATHON, SARBJEET
ADDRESS AVAILABLE UPON REQUEST

MATHSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MATHUR, ANIMESH
ADDRESS AVAILABLE UPON REQUEST

MATHUR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MATHURIN, IVONNE
ADDRESS AVAILABLE UPON REQUEST

MATHURIN, ROLAND
ADDRESS AVAILABLE UPON REQUEST

MATHWICH, TERESA
ADDRESS AVAILABLE UPON REQUEST

MATHWIG, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MATIAS WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

MATIAS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MATIC, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MATICHUK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MATIK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MATILDA LANE
ADDRESS AVAILABLE UPON REQUEST

MATILE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MATILLANO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MATINA FARMER
ADDRESS AVAILABLE UPON REQUEST

MATIP, ANDRE
ADDRESS AVAILABLE UPON REQUEST

MATIS, RUTH
ADDRESS AVAILABLE UPON REQUEST

MATISKO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MATISON SIEREN-CARD
1530 N. DETROIT ST., APT 210
LOS ANGELES, CA  90046

MATISZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

MATLACK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MATLIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MATLOCK, ALICE
ADDRESS AVAILABLE UPON REQUEST

MATLOCK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MATLOCK, KIMMIE
ADDRESS AVAILABLE UPON REQUEST

MATLOF, DAVID
ADDRESS AVAILABLE UPON REQUEST

MATLUK, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MATO, KLEMENTINA
ADDRESS AVAILABLE UPON REQUEST

MATOESIAN, KENARR
ADDRESS AVAILABLE UPON REQUEST

MATOLINA, YULIYA
ADDRESS AVAILABLE UPON REQUEST

MATOS, A
ADDRESS AVAILABLE UPON REQUEST

MATOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MATOS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MATOS, ERNESTO
ADDRESS AVAILABLE UPON REQUEST

MATOS, LAURA KATE
ADDRESS AVAILABLE UPON REQUEST

MATOS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MATOS, MARILIA
ADDRESS AVAILABLE UPON REQUEST

MATOS, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

MATOS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MATOS, WENDY
ADDRESS AVAILABLE UPON REQUEST

MATOUSH, JASON
ADDRESS AVAILABLE UPON REQUEST

MATRAFAILO, MYROSLAV
ADDRESS AVAILABLE UPON REQUEST

MATRANGA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MATRO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MATRONA KOSTEREV
ADDRESS AVAILABLE UPON REQUEST

MATROW, JANELLE
ADDRESS AVAILABLE UPON REQUEST

MATSCHAT, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

MATSEAS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MATSIAYEUSKAYA, IRYNA
ADDRESS AVAILABLE UPON REQUEST

MATSON, BETTY
ADDRESS AVAILABLE UPON REQUEST

MATSON, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MATSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MATSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

MATSON, JACK
ADDRESS AVAILABLE UPON REQUEST

MATSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MATSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MATSUDA, SAORI
ADDRESS AVAILABLE UPON REQUEST

MATSUI, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MATSUMOTO, CARLEY
ADDRESS AVAILABLE UPON REQUEST

MATSUMURA, MAKIA
ADDRESS AVAILABLE UPON REQUEST

MATSUO, KIRA
ADDRESS AVAILABLE UPON REQUEST

MATSUO, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

MATSUSHITA, MIHO
ADDRESS AVAILABLE UPON REQUEST

MATSUURA, REINA
ADDRESS AVAILABLE UPON REQUEST

MATT ARANEO
ADDRESS AVAILABLE UPON REQUEST

MATT MERRICK
ADDRESS AVAILABLE UPON REQUEST

MATT MITROFF
ADDRESS AVAILABLE UPON REQUEST

MATT THELEN
ADDRESS AVAILABLE UPON REQUEST

MATT, CHRISTYN
ADDRESS AVAILABLE UPON REQUEST

MATT, LISA MATT
ADDRESS AVAILABLE UPON REQUEST

MATTA, BISHARA
ADDRESS AVAILABLE UPON REQUEST

MATTA, ELENA
ADDRESS AVAILABLE UPON REQUEST

MATTA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MATTA, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MATTA, KENZIE
ADDRESS AVAILABLE UPON REQUEST

MATTA, MADISON
ADDRESS AVAILABLE UPON REQUEST

MATTAR, JASON
ADDRESS AVAILABLE UPON REQUEST

MATTE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MATTEFS, JENNY
ADDRESS AVAILABLE UPON REQUEST

MATTEI, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MATTEO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

MATTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MATTERA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MATTERA, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

MATTERN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MATTERN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MATTERN, MARY
ADDRESS AVAILABLE UPON REQUEST

MATTERN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MATTERO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MATTERT, JEF
ADDRESS AVAILABLE UPON REQUEST

MATTES, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MATTESKY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MATTESON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MATTESON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MATTESON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MATTESON, JANE
ADDRESS AVAILABLE UPON REQUEST

MATTESON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

MATTESON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MATTESSICH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MATTESSICH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MATTESSICH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MATTHEES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MATTHEISEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MATTHEW A. THELEN
ADDRESS AVAILABLE UPON REQUEST

MATTHEW AARON RIVERA
ADDRESS AVAILABLE UPON REQUEST

MATTHEW AGRAMONTE
ADDRESS AVAILABLE UPON REQUEST

MATTHEW BAILEY
ADDRESS AVAILABLE UPON REQUEST

MATTHEW BALMER
ADDRESS AVAILABLE UPON REQUEST

MATTHEW BOOKHOUT
ADDRESS AVAILABLE UPON REQUEST

MATTHEW BOUTHILETTE
ADDRESS AVAILABLE UPON REQUEST

MATTHEW BROSIOUS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW CHASIN
ADDRESS AVAILABLE UPON REQUEST

MATTHEW CHISOM NWANKWO
ADDRESS AVAILABLE UPON REQUEST

MATTHEW CUNNINGHAM
ADDRESS AVAILABLE UPON REQUEST

MATTHEW DANIEL LAKE
ADDRESS AVAILABLE UPON REQUEST

MATTHEW DELANEY
ADDRESS AVAILABLE UPON REQUEST

MATTHEW DEMASI
ADDRESS AVAILABLE UPON REQUEST

MATTHEW DONALDSON
ADDRESS AVAILABLE UPON REQUEST

MATTHEW DWAYNE HUDGINS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW E BELL
ADDRESS AVAILABLE UPON REQUEST

MATTHEW EDWARDS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW F FISHER
ADDRESS AVAILABLE UPON REQUEST

MATTHEW FREITAG
ADDRESS AVAILABLE UPON REQUEST

MATTHEW GALLAGHER
ADDRESS AVAILABLE UPON REQUEST

MATTHEW GARRISON CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

MATTHEW GOFF
ADDRESS AVAILABLE UPON REQUEST

MATTHEW GREGORY HASTY
ADDRESS AVAILABLE UPON REQUEST

MATTHEW J BEDNARZ
ADDRESS AVAILABLE UPON REQUEST

MATTHEW JAMES GRAZIANO
ADDRESS AVAILABLE UPON REQUEST

MATTHEW JAMES KRESKI
ADDRESS AVAILABLE UPON REQUEST

MATTHEW JOHN CONNOR
ADDRESS AVAILABLE UPON REQUEST

MATTHEW JOHN LEWIS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW JONES
ADDRESS AVAILABLE UPON REQUEST

MATTHEW KATZ
ADDRESS AVAILABLE UPON REQUEST

MATTHEW KATZ
ADDRESS AVAILABLE UPON REQUEST

MATTHEW KNEHR
ADDRESS AVAILABLE UPON REQUEST

MATTHEW L WALKER
ADDRESS AVAILABLE UPON REQUEST

MATTHEW MCCOMBS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW MCGRATH
ADDRESS AVAILABLE UPON REQUEST

MATTHEW MULLINS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW MURPHY
ADDRESS AVAILABLE UPON REQUEST

MATTHEW NATHANSON
ADDRESS AVAILABLE UPON REQUEST

MATTHEW NORRIS
ADDRESS AVAILABLE UPON REQUEST

MATTHEW ONDRUSEK
ADDRESS AVAILABLE UPON REQUEST

MATTHEW P BRISLIN
ADDRESS AVAILABLE UPON REQUEST

MATTHEW PATTISON
ADDRESS AVAILABLE UPON REQUEST

MATTHEW PICKETT
ADDRESS AVAILABLE UPON REQUEST

MATTHEW PITLICK
ADDRESS AVAILABLE UPON REQUEST

MATTHEW POTTER
ADDRESS AVAILABLE UPON REQUEST

MATTHEW PREDAINA
ADDRESS AVAILABLE UPON REQUEST

MATTHEW RICKS-WILSON
ADDRESS AVAILABLE UPON REQUEST

MATTHEW RODE
ADDRESS AVAILABLE UPON REQUEST

MATTHEW ROUNTREE
ADDRESS AVAILABLE UPON REQUEST

MATTHEW SALZBERG
ADDRESS AVAILABLE UPON REQUEST

MATTHEW SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MATTHEW STAUBLE<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW THELEN<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW THOMAS DONAGHUE<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW THORNTON<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW TIAMPO<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW TIDWELL<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW TURLIP<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW V POLLACK<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW VOGELE<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW VOLDENG<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW WALTZ<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW WHITE<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW WILLIAM SULLINS<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW ZARNOCH<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW, ELEANOR<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW, IRIS<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW, JUDY<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEW, MAKENZIE<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEW, TRAVIS<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS  CHRIS CASTILLO, BROOKE<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, ADAM<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEWS, ALANA<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, ALICIA<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, ALISON<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEWS, AMY<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, AUDREY<br>ADDRESS AVAILABLE UPON REQUEST |
| MATTHEWS, AUSTIN<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, BENJAMIN<br>ADDRESS AVAILABLE UPON REQUEST | MATTHEWS, BRITTANEY<br>ADDRESS AVAILABLE UPON REQUEST |

MATTHEWS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, DEEANN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, DIANA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, ERIC
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, ERIC
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, GRACE
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JEROME
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JODY
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JULIA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, KATIE
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MARK
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MERRILL
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, MONICA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, NORA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, SHANNA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, TAWANDA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, TAYLER
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, TERESA HALL
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS, TESSA
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS-MCGEE, AULDYN
ADDRESS AVAILABLE UPON REQUEST

MATTHEWS-WEBB, KAELA
ADDRESS AVAILABLE UPON REQUEST

MATTHIAS SCHMITT
ADDRESS AVAILABLE UPON REQUEST

MATTHIAS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MATTHIAS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MATTHIAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MATTHIAS, JENNA
ADDRESS AVAILABLE UPON REQUEST

MATTHIASSON
PO BOX 11106
OAKLAND, CA  94611

MATTHIES, KATIE
ADDRESS AVAILABLE UPON REQUEST

MATTHIES, KELLY
ADDRESS AVAILABLE UPON REQUEST

MATTIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MATTIACE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MATTICE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MATTICE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MATTICE, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

MATTIE, JOSH
ADDRESS AVAILABLE UPON REQUEST

MATTIES TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

MATTILA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MATTIMIRO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MATTIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MATTINA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, JARROD
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, KYLE
ADDRESS AVAILABLE UPON REQUEST

MATTINGLY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MATTIOLA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MATTIOLI, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MATTIOLI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MATTIONI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MATTIS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MATTIS, ZOE
ADDRESS AVAILABLE UPON REQUEST

MATTISON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MATTISON, DONNA
ADDRESS AVAILABLE UPON REQUEST

MATTISON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MATTISON, LACI
ADDRESS AVAILABLE UPON REQUEST

MATTMULLER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MATTOCKS, PYN
ADDRESS AVAILABLE UPON REQUEST

MATTOCKS, SANDY
ADDRESS AVAILABLE UPON REQUEST

MATTOCKS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MATTONI, TORI
ADDRESS AVAILABLE UPON REQUEST

MATTONLYMOORE, LLC
426 WHITFIELD RD
ACCORD, NY  12404

MATTOS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MATTOS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MATTOS, MARCELO
ADDRESS AVAILABLE UPON REQUEST

MATTOX, DANA
ADDRESS AVAILABLE UPON REQUEST

MATTOX, LAURA
ADDRESS AVAILABLE UPON REQUEST

MATTOX, MARLO
ADDRESS AVAILABLE UPON REQUEST

MATTOX, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MATTS, MICHAEL/DOREEN
ADDRESS AVAILABLE UPON REQUEST

MATTSCHECK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MATTSON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MATTSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MATTSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MATTSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

MATTSON, MAREN
ADDRESS AVAILABLE UPON REQUEST

MATTSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MATULA, ANDI
ADDRESS AVAILABLE UPON REQUEST

MATULA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MATULEWICZ, ESTIBALIZ
ADDRESS AVAILABLE UPON REQUEST

MATUNIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MATURO, KELLEY
ADDRESS AVAILABLE UPON REQUEST

MATUS, RYAN
ADDRESS AVAILABLE UPON REQUEST

MATUS, VINIZHA
ADDRESS AVAILABLE UPON REQUEST

MATUSIAK, MARK
ADDRESS AVAILABLE UPON REQUEST

MATUSICK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MATUSKA, JAN
ADDRESS AVAILABLE UPON REQUEST

MATUSKA, LORI
ADDRESS AVAILABLE UPON REQUEST

MATUSKEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MATUSZAK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MATUSZAK, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MATUSZCZYK, TOM
ADDRESS AVAILABLE UPON REQUEST

MATUSZEK, KAREN
ADDRESS AVAILABLE UPON REQUEST

MATYAS, SEAN
ADDRESS AVAILABLE UPON REQUEST

MATYLINSKI, LAURA
ADDRESS AVAILABLE UPON REQUEST

MATYOLA, LIANNE
ADDRESS AVAILABLE UPON REQUEST

MATYSEK, JAKE
ADDRESS AVAILABLE UPON REQUEST

MATZ, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MATZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MATZ, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

MATZ, EAVAN
ADDRESS AVAILABLE UPON REQUEST

MATZ, ILANA
ADDRESS AVAILABLE UPON REQUEST

MATZ, JANET
ADDRESS AVAILABLE UPON REQUEST

MATZ, JASON
ADDRESS AVAILABLE UPON REQUEST

MATZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MATZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

MATZ, KIM
ADDRESS AVAILABLE UPON REQUEST

MATZ, LIA
ADDRESS AVAILABLE UPON REQUEST

MATZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

MATZKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAUCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAUCH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAUCH, KYLE
ADDRESS AVAILABLE UPON REQUEST

MAUCK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAUCLERE, TESSA
ADDRESS AVAILABLE UPON REQUEST

MAUD EMILLE SIMEON
ADDRESS AVAILABLE UPON REQUEST

MAUE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MAUELSHAGEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAUERSBERGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MAUGERI, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MAUGHAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MAUGHMER, VICKI
ADDRESS AVAILABLE UPON REQUEST

MAUK, DALE
ADDRESS AVAILABLE UPON REQUEST

MAUK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MAUKE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAUL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAULDEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, KEYONA
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAULDIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MAULE, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

MAULE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAULE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MAULIN PATEL
ADDRESS AVAILABLE UPON REQUEST

MAULL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAULLER, JANET
ADDRESS AVAILABLE UPON REQUEST

MAULUCCI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MAUNAKEA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAUND, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MAUND, JULIA
ADDRESS AVAILABLE UPON REQUEST

MAUNDER, PAUL
ADDRESS AVAILABLE UPON REQUEST

MAUNDERS, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

MAUNEY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MAUNEY, ROSE
ADDRESS AVAILABLE UPON REQUEST

MAUPAI, MARY
ADDRESS AVAILABLE UPON REQUEST

MAUPIN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MAUPIN, CHRISTOF
ADDRESS AVAILABLE UPON REQUEST

MAUPIN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

MAUPIN, TERESA
ADDRESS AVAILABLE UPON REQUEST

MAURA P MCDERMOTT
ADDRESS AVAILABLE UPON REQUEST

MAURAGAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAURATH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAUREEEN, KALLIN
ADDRESS AVAILABLE UPON REQUEST

MAUREEN ANN OCASIO
ADDRESS AVAILABLE UPON REQUEST

MAUREEN CARLOMAGNO
ADDRESS AVAILABLE UPON REQUEST

MAUREEN EDOBOR
ADDRESS AVAILABLE UPON REQUEST

MAUREEN HARMON
ADDRESS AVAILABLE UPON REQUEST

MAURER, AMBER
ADDRESS AVAILABLE UPON REQUEST

MAURER, BRITTANEY
ADDRESS AVAILABLE UPON REQUEST

MAURER, DAWNLEE
ADDRESS AVAILABLE UPON REQUEST

MAURER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAURER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MAURER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAURER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MAURER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAURER, SARA
ADDRESS AVAILABLE UPON REQUEST

MAURER, TODD
ADDRESS AVAILABLE UPON REQUEST

MAUREZE, BRITNY
ADDRESS AVAILABLE UPON REQUEST

MAURI, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MAURICE DEMETRIUS ROPER
ADDRESS AVAILABLE UPON REQUEST

MAURICE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MAURICE, MAX-AUGUSTE
ADDRESS AVAILABLE UPON REQUEST

MAURICE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MAURICE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAURICIO DAVID COEN MORAGA
ADDRESS AVAILABLE UPON REQUEST

MAURICIO SABOGAL
ADDRESS AVAILABLE UPON REQUEST

MAURICIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAURICIO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MAURIELLO, AVA
ADDRESS AVAILABLE UPON REQUEST

MAURIELLO, DEBBY
ADDRESS AVAILABLE UPON REQUEST

MAURIELLO, MARIA
ADDRESS AVAILABLE UPON REQUEST

MAURITZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

MAURITZEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAURO, DAWN
ADDRESS AVAILABLE UPON REQUEST

MAURO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAURO, HOPE
ADDRESS AVAILABLE UPON REQUEST

MAURO, JAMES
ADDRESS AVAILABLE UPON REQUEST

MAURO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAURO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAURO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MAURO, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAURO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MAURO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MAURO, MARIE
ADDRESS AVAILABLE UPON REQUEST

MAURO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MAURO, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAURO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MAURONE, DALE
ADDRESS AVAILABLE UPON REQUEST

MAUROS CAFE
8112 MELROSE AVE.
LOS ANGELES, CA  90046

MAURY BROWNING
ADDRESS AVAILABLE UPON REQUEST

MAURY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MAURY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MAURY, SHAMIL
ADDRESS AVAILABLE UPON REQUEST

MAUS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAUSAR, MIKAL
ADDRESS AVAILABLE UPON REQUEST

MAUSNER, IAN
ADDRESS AVAILABLE UPON REQUEST

MAUSNER, OLIVER
ADDRESS AVAILABLE UPON REQUEST

MAUSSER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MAUTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAUTH, CASEY
ADDRESS AVAILABLE UPON REQUEST

MAUTINO, DARCY
ADDRESS AVAILABLE UPON REQUEST

MAVE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAVERICK ARCENA
ADDRESS AVAILABLE UPON REQUEST

MAVERICK
ADDRESS UNAVAILABLE AT TIME OF FILING

MAVERICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAVERS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MAVES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAVIN-ANDERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAVITY, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MAVODONES, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAVOUR, RAFI
ADDRESS AVAILABLE UPON REQUEST

MAVRAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAVRAKES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAVRIKIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAVRIS, SHASTA
ADDRESS AVAILABLE UPON REQUEST

MAVROMICHALIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MAVROS, CHRISSY & WADYN
ADDRESS AVAILABLE UPON REQUEST

MAVROS, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAVROVA, GLORIYA
ADDRESS AVAILABLE UPON REQUEST

MAWBY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MAWBY, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAWDESLEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MAWN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAX DENG
ADDRESS AVAILABLE UPON REQUEST

MAX DUFOUR
ADDRESS AVAILABLE UPON REQUEST

MAX FELICE MARCHINOE
ADDRESS AVAILABLE UPON REQUEST

MAX GREBNER
ADDRESS AVAILABLE UPON REQUEST

MAX HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

MAX MCGUIRE
ADDRESS AVAILABLE UPON REQUEST

MAX STRAUSS
ADDRESS AVAILABLE UPON REQUEST

MAX, ERICA
ADDRESS AVAILABLE UPON REQUEST

MAX, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MAX, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAX, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MAXAM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAXBOUNTY ULC
(WIRE) 201- 815 TAYLOR CREEK DRIVE
ORLU00E9ANS, ON  K1C 1T1
CANADA

MAXCY, JERALD
ADDRESS AVAILABLE UPON REQUEST

MAXCY, RILEY
ADDRESS AVAILABLE UPON REQUEST

MAXEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MAXEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAXEY, MAXINE
ADDRESS AVAILABLE UPON REQUEST

MAXEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MAXEY, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

MAXEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MAXFELDT, GENAVEE
ADDRESS AVAILABLE UPON REQUEST

MAXFIELD, JES
ADDRESS AVAILABLE UPON REQUEST

MAXFIELD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MAXIE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MAXIE, SINAMI
ADDRESS AVAILABLE UPON REQUEST

MAXIME DAVID ERIC DUBREUCQ
ADDRESS AVAILABLE UPON REQUEST

MAXIME, SINGA
ADDRESS AVAILABLE UPON REQUEST

MAXIMILIAN SANDERS
ADDRESS AVAILABLE UPON REQUEST

MAXIMUS SKATES, JAX
ADDRESS AVAILABLE UPON REQUEST

MAXSON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MAXSTEAD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MAXTED, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAXTED, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAXTED, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MAXWELL CONNOR JAMES
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, ALLEN
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, BRITANY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, COLBY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, CRANDALL
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, DEWITT
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, GERRY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, HUDSON
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, JADA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, JILL
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, JOEL
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, KIM
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, LACOYA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, LESLY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, MAGGY
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, MONET
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, PETER
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, TOYA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MAXWELL-WILLIAMS, RIAN
ADDRESS AVAILABLE UPON REQUEST

MAY, ALEX
ADDRESS AVAILABLE UPON REQUEST

MAY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAY, AMY
ADDRESS AVAILABLE UPON REQUEST

MAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MAY, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

MAY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MAY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAY, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MAY, BILL
ADDRESS AVAILABLE UPON REQUEST

MAY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MAY, C
ADDRESS AVAILABLE UPON REQUEST

MAY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MAY, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MAY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MAY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MAY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MAY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MAY, DEE
ADDRESS AVAILABLE UPON REQUEST

MAY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAY, ERIC
ADDRESS AVAILABLE UPON REQUEST

MAY, ERIC
ADDRESS AVAILABLE UPON REQUEST

MAY, GAYLEN
ADDRESS AVAILABLE UPON REQUEST

MAY, GIGI
ADDRESS AVAILABLE UPON REQUEST

MAY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MAY, HALE
ADDRESS AVAILABLE UPON REQUEST

MAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MAY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MAY, JANELLA
ADDRESS AVAILABLE UPON REQUEST

MAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAY, JESSALYN
ADDRESS AVAILABLE UPON REQUEST

MAY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MAY, KARISSA
ADDRESS AVAILABLE UPON REQUEST

MAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MAY, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

MAY, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

MAY, LEONARD
ADDRESS AVAILABLE UPON REQUEST

MAY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MAY, LORI
ADDRESS AVAILABLE UPON REQUEST

MAY, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

MAY, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

MAY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MAY, MATT
ADDRESS AVAILABLE UPON REQUEST

MAY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MAY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MAY, RYAN
ADDRESS AVAILABLE UPON REQUEST

MAY, SHARELL
ADDRESS AVAILABLE UPON REQUEST

MAY, SHELLY
ADDRESS AVAILABLE UPON REQUEST

MAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MAY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MAY, VENCE
ADDRESS AVAILABLE UPON REQUEST

MAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MAY, WALTER
ADDRESS AVAILABLE UPON REQUEST

MAY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MAYA DAY AND NIGHTCLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

MAYA KULICK
ADDRESS AVAILABLE UPON REQUEST

MAYA SYKES
ADDRESS AVAILABLE UPON REQUEST

MAYA, CAROLYNA
ADDRESS AVAILABLE UPON REQUEST

MAYAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAYANI, KRISHNA
ADDRESS AVAILABLE UPON REQUEST

MAYANK KHANNA
ADDRESS AVAILABLE UPON REQUEST

MAYARD, TAINA
ADDRESS AVAILABLE UPON REQUEST

MAYBEE, HELGA
ADDRESS AVAILABLE UPON REQUEST

MAYBEE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MAYBER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MAYBERRY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MAYBERRY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MAYBERRY, KRYSTEN
ADDRESS AVAILABLE UPON REQUEST

MAYBERRY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MAYBERRY, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MAYBORG, MASON
ADDRESS AVAILABLE UPON REQUEST

MAYBURY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MAYBURY, NICK
ADDRESS AVAILABLE UPON REQUEST

MAYCOCK, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MAYEAUX, GINGER
ADDRESS AVAILABLE UPON REQUEST

MAYEAUX, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAYEDA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MAYEKAR, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MAYER, ALEX
ADDRESS AVAILABLE UPON REQUEST

MAYER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MAYER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MAYER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MAYER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MAYER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MAYER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MAYER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAYER, IRENE
ADDRESS AVAILABLE UPON REQUEST

MAYER, JANE
ADDRESS AVAILABLE UPON REQUEST

MAYER, JED
ADDRESS AVAILABLE UPON REQUEST

MAYER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MAYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAYER, JOHN
ADDRESS AVAILABLE UPON REQUEST

MAYER, JOSIANNE
ADDRESS AVAILABLE UPON REQUEST

MAYER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MAYER, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MAYER, LYNN
ADDRESS AVAILABLE UPON REQUEST

MAYER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MAYER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MAYER, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MAYER, MEGAN D.
ADDRESS AVAILABLE UPON REQUEST

MAYER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MAYER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAYER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAYER, NORA
ADDRESS AVAILABLE UPON REQUEST

MAYER, PAUL
ADDRESS AVAILABLE UPON REQUEST

MAYER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAYER, SHARI
ADDRESS AVAILABLE UPON REQUEST

MAYER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MAYERHOFER, MAX
ADDRESS AVAILABLE UPON REQUEST

MAYERNIK, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

MAYER-RODRIGUEZ, JAN
ADDRESS AVAILABLE UPON REQUEST

MAYERS, HADIYAH
ADDRESS AVAILABLE UPON REQUEST

MAYERS, KEATON
ADDRESS AVAILABLE UPON REQUEST

MAYERS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MAYERS, NINA
ADDRESS AVAILABLE UPON REQUEST

MAYERS, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

MAYES, ALFREDA
ADDRESS AVAILABLE UPON REQUEST

MAYES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAYES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MAYES, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MAYES, GINA
ADDRESS AVAILABLE UPON REQUEST

MAYES, LAKISHA
ADDRESS AVAILABLE UPON REQUEST

MAYES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MAYES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MAYES-BARRON, CORA
ADDRESS AVAILABLE UPON REQUEST

MAYESKI, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MAYES-SPIVEY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MAYEWSKI, GAYLE
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, KECIA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, KENT
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, KIEARRA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, NAKIMA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, NEAL
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, TAUSHA
ADDRESS AVAILABLE UPON REQUEST

MAYFIELD, TINA
ADDRESS AVAILABLE UPON REQUEST

MAYFLOWER, BERNARD
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, JASZMINE
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, MARYANN
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, PETER
ADDRESS AVAILABLE UPON REQUEST

MAYHEW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MAYHUE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MAYHUGH, DEVON
ADDRESS AVAILABLE UPON REQUEST

MAYHUGH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAYKO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAYLAND, KARA
ADDRESS AVAILABLE UPON REQUEST

MAYLE, ANDRIANA
ADDRESS AVAILABLE UPON REQUEST

MAYLE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MAYLE, PAUL
ADDRESS AVAILABLE UPON REQUEST

MAYLE, S.L.
ADDRESS AVAILABLE UPON REQUEST

MAYLOR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MAYMAN, GEMMA
ADDRESS AVAILABLE UPON REQUEST

MAY-MANN, CARLEN
ADDRESS AVAILABLE UPON REQUEST

MAYMON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MAYNARD LEE CRESSMAN
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, AMY
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, JIM
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, MARY
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, NARA
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, SARA
ADDRESS AVAILABLE UPON REQUEST

MAYNARD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MAYNE, SHERRI
ADDRESS AVAILABLE UPON REQUEST

MAYNERICH, LACI
ADDRESS AVAILABLE UPON REQUEST

MAYNEZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MAYNOR, PIA
ADDRESS AVAILABLE UPON REQUEST

MAYNOR, VILLETTE
ADDRESS AVAILABLE UPON REQUEST

MAYO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MAYO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MAYO, BECCA
ADDRESS AVAILABLE UPON REQUEST

MAYO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MAYO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MAYO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MAYO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MAYO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAYO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MAYO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MAYO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MAYO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MAYO, MERISSA
ADDRESS AVAILABLE UPON REQUEST

MAYO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MAYO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MAYO, SHELEA
ADDRESS AVAILABLE UPON REQUEST

MAYO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MAYO, TOM
ADDRESS AVAILABLE UPON REQUEST

MAYOCK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MAYON, FRAN
ADDRESS AVAILABLE UPON REQUEST

MAYONOVE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MAYORAL, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MAYORGA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MAYORGA, JOAN
ADDRESS AVAILABLE UPON REQUEST

MAYOTTE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MAYOWA LANIRAN
ADDRESS AVAILABLE UPON REQUEST

MAYR, ALEX
ADDRESS AVAILABLE UPON REQUEST

MAYRA ACOSTA
ADDRESS AVAILABLE UPON REQUEST

MAYS, DAVID
ADDRESS AVAILABLE UPON REQUEST

MAYS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MAYS, KECIA
ADDRESS AVAILABLE UPON REQUEST

MAYS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MAYSE, FAITH
ADDRESS AVAILABLE UPON REQUEST

MAYSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MAYTAG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MAYTUM, KARISSA
ADDRESS AVAILABLE UPON REQUEST

MAYUR K CHHITA
ADDRESS AVAILABLE UPON REQUEST

MAYUR SUBHASH BAJAJ
ADDRESS AVAILABLE UPON REQUEST

MAYWEATHER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MAYZ, ESTHER
ADDRESS AVAILABLE UPON REQUEST

MAY-ZHANG, LINDA
ADDRESS AVAILABLE UPON REQUEST

MAZAC, BETTY J
ADDRESS AVAILABLE UPON REQUEST

MAZAK, LYNZEE
ADDRESS AVAILABLE UPON REQUEST

MAZANEC, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MAZANEC, GARY
ADDRESS AVAILABLE UPON REQUEST

MAZAR, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MAZAREAS, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

MAZARIEGO, MONICA
ADDRESS AVAILABLE UPON REQUEST

MAZELIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAZELON, C
ADDRESS AVAILABLE UPON REQUEST

MAZELON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAZER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MAZERIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MAZESKI, JIM
ADDRESS AVAILABLE UPON REQUEST

MAZHUKHIN, IRINA
ADDRESS AVAILABLE UPON REQUEST

MAZIARZ, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MAZIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MAZIEKA, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

MAZIEKIEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MAZIUK, BOB
ADDRESS AVAILABLE UPON REQUEST

MAZMANIAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MAZOLEWSKI, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MAZOLEWSKI, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MAZON HAMPTON
ADDRESS AVAILABLE UPON REQUEST

MAZON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MAZON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MAZUR, DAYNA
ADDRESS AVAILABLE UPON REQUEST

MAZUR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MAZUR, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MAZUR, KARLIE
ADDRESS AVAILABLE UPON REQUEST

MAZUR, PAULA
ADDRESS AVAILABLE UPON REQUEST

MAZUR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MAZUR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MAZUREK, JILL
ADDRESS AVAILABLE UPON REQUEST

MAZUREK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MAZUZAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MAZYCK, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

MAZYCK, TERESA
ADDRESS AVAILABLE UPON REQUEST

MAZYUK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MAZZA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MAZZA, JAN
ADDRESS AVAILABLE UPON REQUEST

MAZZA, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

MAZZA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MAZZA, MATIAS
ADDRESS AVAILABLE UPON REQUEST

MAZZA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MAZZAH, ABDULLAH
ADDRESS AVAILABLE UPON REQUEST

MAZZANTINI, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

MAZZAPICA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MAZZARELLA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MAZZARELLA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MAZZARELLE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MAZZARELLI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MAZZARESE, STEVE
ADDRESS AVAILABLE UPON REQUEST

MAZZARIELLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MAZZELLA, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MAZZELLA, CLARA
ADDRESS AVAILABLE UPON REQUEST

MAZZELLA, POMPEO
ADDRESS AVAILABLE UPON REQUEST

MAZZELLA, VINCENZO
ADDRESS AVAILABLE UPON REQUEST

MAZZEO, ALEX
ADDRESS AVAILABLE UPON REQUEST

MAZZEO, ANN
ADDRESS AVAILABLE UPON REQUEST

MAZZEO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MAZZEO, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

MAZZEO-SIGRIST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MAZZOCCHI, DOMENICK
ADDRESS AVAILABLE UPON REQUEST

MAZZOLA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MAZZOLA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MAZZOLA, JULIA
ADDRESS AVAILABLE UPON REQUEST

MAZZOLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MAZZOLA, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

MAZZONE, GABBY
ADDRESS AVAILABLE UPON REQUEST

MAZZONI, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

MAZZOTTA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MAZZOTTA, MARGO
ADDRESS AVAILABLE UPON REQUEST

MAZZOTTA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MAZZOTTI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MAZZUCCO, YEIDIE
ADDRESS AVAILABLE UPON REQUEST

MAZZYE, MARK
ADDRESS AVAILABLE UPON REQUEST

MB VOGELZANG VINEYARDS LLC
PO BOX 91240
SANTA BARBARA, CA  93190

MBABA, JANE
ADDRESS AVAILABLE UPON REQUEST

MBANUGO, OKEY
ADDRESS AVAILABLE UPON REQUEST

MBAYE, KYESHA
ADDRESS AVAILABLE UPON REQUEST

MBIBI, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MBM TRADING LLC
1702 EAST TRILBY RD
FORT COLLINS, CO  80528

MBMG INC
1300 E MAIN STREET  207
ALHAMBRA, CA  91801

MBOW, TENESIA
ADDRESS AVAILABLE UPON REQUEST

MBUAGBAW, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MBWAMBO, LIZ
ADDRESS AVAILABLE UPON REQUEST

MC CORMICK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MC COURT, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MC ESTATES INC 401K PSP
ADDRESS AVAILABLE UPON REQUEST

MC GLASSON, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MC MAHON, TOM
ADDRESS AVAILABLE UPON REQUEST

MC, TANYA
ADDRESS AVAILABLE UPON REQUEST

MCABEE, CHERISH
ADDRESS AVAILABLE UPON REQUEST

MCABEE, CINDY
ADDRESS AVAILABLE UPON REQUEST

MCABEE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCABEE, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCABEE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCABEE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCABEE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCABEE, PAYTON
ADDRESS AVAILABLE UPON REQUEST

MCADAMS
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, ABBY
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, CANDY
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, DIANE
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, LENNY
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, LISA
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MCADAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCADAMS-ORTIZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCADOO, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MCADOW, DAWN
ADDRESS AVAILABLE UPON REQUEST

MCAFEE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MCAFEE, ERIC
ADDRESS AVAILABLE UPON REQUEST

MCAFEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCAFEE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MCAFEE, RYLEE
ADDRESS AVAILABLE UPON REQUEST

MCALEER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCALEER, LIAM
ADDRESS AVAILABLE UPON REQUEST

MCALEER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCALEESE, JIMMI
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, GARRET
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, MARY
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, MARY
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, SHIKARA
ADDRESS AVAILABLE UPON REQUEST

MCALISTER, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MCALLISTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MCALLISTER, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, ANITA<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, ERIN<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALLISTER, HANNAH<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, HEATHER<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, JUDITH<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALLISTER, KARI<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, KATHRYN<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, MINA<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALLISTER, SANDRA<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, SOMMER<br>ADDRESS AVAILABLE UPON REQUEST | MCALLISTER, SONJA<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALLISTER, TAILER<br>ADDRESS AVAILABLE UPON REQUEST | MCALOON, PATRICIA<br>ADDRESS AVAILABLE UPON REQUEST | MCALPIN, JOHN<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALPIN, KEVIN<br>ADDRESS AVAILABLE UPON REQUEST | MCALPIN, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST | MCALPINE, HALEY<br>ADDRESS AVAILABLE UPON REQUEST |
| MCALPINE, KAITLYN<br>ADDRESS AVAILABLE UPON REQUEST | MCANALLY, EMALEE<br>ADDRESS AVAILABLE UPON REQUEST | MCANALLY, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST |
| MCANALLY, MEGHAN<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREW, GARY<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREW, HOLLY<br>ADDRESS AVAILABLE UPON REQUEST |
| MCANDREW, JENNA<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREW, MARIE<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREW, RENEE<br>ADDRESS AVAILABLE UPON REQUEST |
| MCANDREWS, ALLYSON<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREWS, JULIA<br>ADDRESS AVAILABLE UPON REQUEST | MCANDREWS, MATTHEW<br>ADDRESS AVAILABLE UPON REQUEST |

MCANDREWS, PETER
ADDRESS AVAILABLE UPON REQUEST

MCANENY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCANENY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCANENY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCANINCH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCANNALLY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCANNEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MCARDLE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MCARDLE, ANITA
ADDRESS AVAILABLE UPON REQUEST

MCARDLE, BREE
ADDRESS AVAILABLE UPON REQUEST

MCAREE, PAULA
ADDRESS AVAILABLE UPON REQUEST

MCARTHUR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MCARTHUR, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MCARTHUR, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCARTHUR, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MCARVER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCATEE, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCATEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCATEE, KATY
ADDRESS AVAILABLE UPON REQUEST

MCATEE, PADRAIC
ADDRESS AVAILABLE UPON REQUEST

MCATEE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCATEER, MARYBERH
ADDRESS AVAILABLE UPON REQUEST

MCAULEY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MCAULEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

MCAULIFFE, AIDAN
ADDRESS AVAILABLE UPON REQUEST

MCAULIFFE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MCAULIFFE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCAULIFFE, MARY
ADDRESS AVAILABLE UPON REQUEST

MCAULIFRE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCAUSLAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCAVINUE, NAHEIL
ADDRESS AVAILABLE UPON REQUEST

MCAVOY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCAVOY, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCBAIN, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MCBEAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCBEE, MARK
ADDRESS AVAILABLE UPON REQUEST

MCBRAYER, TAMMI
ADDRESS AVAILABLE UPON REQUEST

MCBREARTY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCBREEN, JOLEE
ADDRESS AVAILABLE UPON REQUEST

MCBREEN, TERESA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE JR, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, ADONIUS
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, ANN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, CALEB
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, CARLY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, EDITH
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, GENE
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, GREG
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, JOHNNIE
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, KINSLEY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MARCUS
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MARY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MAXINE
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MELVIN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, PAUL
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, SHARIDAN
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, SHINIQUA
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, STACY
ADDRESS AVAILABLE UPON REQUEST

MCBRIDE, TERRI
ADDRESS AVAILABLE UPON REQUEST

MCBRIEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCBRIEN, FRAN
ADDRESS AVAILABLE UPON REQUEST

MCBRIEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCBROOM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCBROOM, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCBROOM, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCBURNETTE, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, BREANNE
ADDRESS AVAILABLE UPON REQUEST

MCCABE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MCCABE, CURTIS
ADDRESS AVAILABLE UPON REQUEST

MCCABE, DARIA
ADDRESS AVAILABLE UPON REQUEST

MCCABE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MCCABE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCABE, JAN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MCCABE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCABE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MANUELA
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCCABE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCCABE, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCABE, STEPH
ADDRESS AVAILABLE UPON REQUEST

MCCABE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCCABE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MCCABE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCCABE, TOMMY
ADDRESS AVAILABLE UPON REQUEST

MCCABE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, MAURA
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCAFFERTY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, ALISSA
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, LYN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, PATTI
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

MCCAFFREY, TIM
ADDRESS AVAILABLE UPON REQUEST

MCCAGH, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

MCCAGHREN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MCCAGUE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCCAGUE, AOIFE
ADDRESS AVAILABLE UPON REQUEST

MCCAHILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCCAHON, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MCCAHON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCCAIG, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

MCCAIGUE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, JESSI
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, MARYA
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, MELISA
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

MCCAIN, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

MCCAIN-JOHN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCCALE, LYNDSI
ADDRESS AVAILABLE UPON REQUEST

MCCALEB, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCCALL, ADAM
ADDRESS AVAILABLE UPON REQUEST

MCCALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCALL, BETH
ADDRESS AVAILABLE UPON REQUEST

MCCALL, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MCCALL, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MCCALL, FRANCIE
ADDRESS AVAILABLE UPON REQUEST

MCCALL, GIB
ADDRESS AVAILABLE UPON REQUEST

MCCALL, INEZ ZOE
ADDRESS AVAILABLE UPON REQUEST

MCCALL, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

MCCALL, JEAN
ADDRESS AVAILABLE UPON REQUEST

MCCALL, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCCALL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCCALL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCALL, MATTHIAS
ADDRESS AVAILABLE UPON REQUEST

MCCALL, NACHE
ADDRESS AVAILABLE UPON REQUEST

MCCALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCALL, SEANNA
ADDRESS AVAILABLE UPON REQUEST

MCCALL, TESHA
ADDRESS AVAILABLE UPON REQUEST

MCCALL, TIRA
ADDRESS AVAILABLE UPON REQUEST

MCCALL-GARMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MCCALLISTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCCALLISTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCALLISYER, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCALLUM, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MCCAMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCAMANT, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCAMBRIDGE, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCCAMBRIDGE, JILL
ADDRESS AVAILABLE UPON REQUEST

MCCAMMON, KEITH
ADDRESS AVAILABLE UPON REQUEST

MCCAMN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCCAMPBELL-HILL, GREER
ADDRESS AVAILABLE UPON REQUEST

MCCANDLESS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCCANDLESS, JILL
ADDRESS AVAILABLE UPON REQUEST

MCCANDLESS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCCANDLISH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MCCANN, ABBY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, AIDAN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CAELAN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCCANN, DANA
ADDRESS AVAILABLE UPON REQUEST

MCCANN, GORDON
ADDRESS AVAILABLE UPON REQUEST

MCCANN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCCANN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCCANN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

MCCANN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCANN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KIM
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCCANN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCANN, LORI
ADDRESS AVAILABLE UPON REQUEST

MCCANN, MARGO
ADDRESS AVAILABLE UPON REQUEST

MCCANN, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCANN, MATT
ADDRESS AVAILABLE UPON REQUEST

MCCANN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MCCANN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCCANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCANN, TRACI
ADDRESS AVAILABLE UPON REQUEST

MCCANNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCARD, CLEMENTINE
ADDRESS AVAILABLE UPON REQUEST

MCCARDLE, JENELLE
ADDRESS AVAILABLE UPON REQUEST

MCCAREY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCARGO, JAY-JAY
ADDRESS AVAILABLE UPON REQUEST

MCCARL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCARLEY, DIANA
ADDRESS AVAILABLE UPON REQUEST

MCCARLEY, KONNER
ADDRESS AVAILABLE UPON REQUEST

MCCARR, JOE
ADDRESS AVAILABLE UPON REQUEST

MCCARREN, HILARY
ADDRESS AVAILABLE UPON REQUEST

MCCARRICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCCARRICK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCCARROLL, BARB
ADDRESS AVAILABLE UPON REQUEST

MCCARROLL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MCCARRON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MCCARRON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCCART, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCCARTAN, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCARTER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, BRE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CODY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, COLIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, COLIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, CULLEN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, DINAMARIE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, DONALD
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ELENA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, HILARY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JAKI
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JAN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KARA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KATE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KEVIN M.
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KIM
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, KYMMIE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, LORI
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MADELIENE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MAEVE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MATT
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, MONICA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, NIA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, NORA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, PATTY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SINEAD
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, TAUSHA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, TIM
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, UGENE
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY, YOKO
ADDRESS AVAILABLE UPON REQUEST

MCCARTHY-BOLES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY ASPEN PROFESSIONAL
ADDRESS UNAVAILABLE AT TIME OF FILING

MCCARTNEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, ROB
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCCARTNEY, TARA
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, APRIL
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, CHAITRA
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, DEVON
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, EMME
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, JANE
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, JEKIA
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCCARTY, KATE
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MCCARTY, KATHLEEN | MCCARTY, KRISTIN | MCCARTY, MEGHAN |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCARTY, SHARON | MCCARTY, SHELLY | MCCARTY, TAYLOR |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCARVILLE, BRANT | MCCARVILLE, RYAN | MCCASKILL, LORNETTE |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCASLEN, STEPHANIE | MCCASLIN, KEVIN | MCCASLIN, MACY |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCASLIN, MEGAN | MCCASLIN, MISTY | MCCASLIN, TINA |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCASTLE, DEREK | MCCAUGHEY, COLLEEN | MCCAUGHEY, SARAH |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCAULEY, ABBIE | MCCAULEY, AIMEE | MCCAULEY, AMANDA |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCAULEY, ANA | MCCAULEY, CINDI | MCCAULEY, CLAIRE |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCAULEY, DIANNE | MCCAULEY, DUSTIN | MCCAULEY, JANICE |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |
| MCCAULEY, JOE | MCCAULEY, KRISTYN | MCCAULEY, LINDSAY |
| ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST | ADDRESS AVAILABLE UPON REQUEST |

MCCAULEY, MANDY
ADDRESS AVAILABLE UPON REQUEST

MCCAULEY, MATT
ADDRESS AVAILABLE UPON REQUEST

MCCAULEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCAULEY, RENEE
ADDRESS AVAILABLE UPON REQUEST

MCCAULIE, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

MCCAULLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCCAUSLAND, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCCAUSLAND, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCAVE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MCCAVERA, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCAVITT, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MCCAW, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCCAW, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MCCAWLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCCHESNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCHESNEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

MCCHESNEY-YOUNG, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCHRISTIAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, ALLI
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, AMINA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, ELIDA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, GEORGANNE
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, MARISA
ADDRESS AVAILABLE UPON REQUEST

MCCLAIN, SANDI
ADDRESS AVAILABLE UPON REQUEST

MCCLANAHAN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MCCLANAHAN, JOHN PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCCLANAHAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MCCLAREN, RYLE
ADDRESS AVAILABLE UPON REQUEST

MCCLARNON, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

MCCLARY, ALICE
ADDRESS AVAILABLE UPON REQUEST

MCCLARY, CATEY
ADDRESS AVAILABLE UPON REQUEST

MCCLARY, RON
ADDRESS AVAILABLE UPON REQUEST

MCCLATCHY, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MCCLAVE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCCLAY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCCLEAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCCLEAN, TERI
ADDRESS AVAILABLE UPON REQUEST

MCCLEAR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCCLEERY, PHIL
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, KARIN
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, MARTY
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, JASON
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, SANDY
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, SARA
ADDRESS AVAILABLE UPON REQUEST

MCCLELLAND, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCCLEMENT, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCCLENAHAN, MARK
ADDRESS AVAILABLE UPON REQUEST

MCCLENDON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCLENDON, CONOR
ADDRESS AVAILABLE UPON REQUEST

MCCLENDON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MCCLENDON, MISSY
ADDRESS AVAILABLE UPON REQUEST

MCCLENDON, ROBI
ADDRESS AVAILABLE UPON REQUEST

MCCLENEGHEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCCLENNON, KATE
ADDRESS AVAILABLE UPON REQUEST

MCCLENNY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCCLERNAND, BREELYN
ADDRESS AVAILABLE UPON REQUEST

MCCLESKEY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MCCLINTIC, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCCLINTOCK, CAROL
ADDRESS AVAILABLE UPON REQUEST

MCCLINTOCK, GORDON
ADDRESS AVAILABLE UPON REQUEST

MCCLINTOCK, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MCCLINTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCCLINTON, WILLIE
ADDRESS AVAILABLE UPON REQUEST

MCCLONE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MCCLORY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, DALE
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCLOSKEY, RICK
ADDRESS AVAILABLE UPON REQUEST

MCCLOUD, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCCLOUD, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCCLOUD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MCCLOUD, PAULA
ADDRESS AVAILABLE UPON REQUEST

MCCLOY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCCLUNG, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCLUNG, MARGUERITA
ADDRESS AVAILABLE UPON REQUEST

MCCLUNG, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MCCLUNG, TERESA
ADDRESS AVAILABLE UPON REQUEST

MCCLUNG, TIM
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, A
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, BIANCA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, BREEANNA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, CAMEREN
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, COLIN
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, DARA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, GLORIANA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, GRACIE
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, KALLI
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, MARK
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, MARLA
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, NICK
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCCLURE, SAM
ADDRESS AVAILABLE UPON REQUEST

MCCLURG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCCLURG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCLURKIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

MCCLUSKEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCLUSKEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCOACH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCCOHN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MCCOLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCOLE, TERRI
ADDRESS AVAILABLE UPON REQUEST

MCCOLGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCOLLIN, XAVIER
ADDRESS AVAILABLE UPON REQUEST

MCCOLLOM, HOLLYANNA
ADDRESS AVAILABLE UPON REQUEST

MCCOLLOUGH, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, JOE
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, MARGO
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, RODNEY
ADDRESS AVAILABLE UPON REQUEST

MCCOLLUM, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCCOMAS, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

MCCOMAS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCCOMAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCOMAS, MINDY
ADDRESS AVAILABLE UPON REQUEST

MCCOMB, INNIS
ADDRESS AVAILABLE UPON REQUEST

MCCOMBER, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCOMBS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCOMBS, NIKOLETTE
ADDRESS AVAILABLE UPON REQUEST

MCCOMIC, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCCOMISH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MCCONAGHY, JESSI
ADDRESS AVAILABLE UPON REQUEST

MCCONAUGHEY, TRISH
ADDRESS AVAILABLE UPON REQUEST

MCCONE, RHEA
ADDRESS AVAILABLE UPON REQUEST

MCCONKEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCONKEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCONLEY, P CHRISTIANE
ADDRESS AVAILABLE UPON REQUEST

MCCONNAUGHAY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, ABBIE
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, ADDIE
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, CINDY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, CLARA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, HANS
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, JEN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, JENNA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, KERRY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, LORIAN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MAX
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, MORGYN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, SONNY
ADDRESS AVAILABLE UPON REQUEST

MCCONNELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCCONOUGHEY, CLAUDE
ADDRESS AVAILABLE UPON REQUEST

MCCONVILLE, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCCONVILLE, MADELYN
ADDRESS AVAILABLE UPON REQUEST

MCCOOE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MCCOOE, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCCOOEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCCOOG, AMY
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, RENEE
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCCOOL, TOM
ADDRESS AVAILABLE UPON REQUEST

MCCOOMBE, JACOB
ADDRESS AVAILABLE UPON REQUEST

MCCORD, ARICA
ADDRESS AVAILABLE UPON REQUEST

MCCORD, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCCORD, MARC
ADDRESS AVAILABLE UPON REQUEST

MCCORD, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCCORD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCCORKHILL, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MCCORKLE, JAY
ADDRESS AVAILABLE UPON REQUEST

MCCORKLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCORKLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCORKLE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, EMMY
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, JANE
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, MANDY
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCCORMACK, TRUDI
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK & SCHMICKS
ADDRESS UNAVAILABLE AT TIME OF FILING

MCCORMICK JIRIK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, ALISON
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, APRIL
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, BETTY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, CAITEE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, DARRYL
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, GINNY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KATHY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, LILIAN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, LIZ
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, MARRIAN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, PATRICIA A.
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, TEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK-GOODHART, THERESA
ADDRESS AVAILABLE UPON REQUEST

MCCORMICK-UGALINO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCORNACK, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCCORY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MCCOSKEY, ROSIE
ADDRESS AVAILABLE UPON REQUEST

MCCOURT, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCCOURT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCCOURT, RUMA
ADDRESS AVAILABLE UPON REQUEST

MCCOURT, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCOWAN, ANN
ADDRESS AVAILABLE UPON REQUEST

MCCOWN, BLOWN AWAY GLAMOUR STUDIO
ADDRESS AVAILABLE UPON REQUEST

MCCOWN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCCOWN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCOWN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCOY, ALISON
ADDRESS AVAILABLE UPON REQUEST

MCCOY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCOY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MCCOY, BILL AND JILL
ADDRESS AVAILABLE UPON REQUEST

MCCOY, BRADEN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CORRIN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, CYNTERIA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MCCOY, IRENE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, JAZZMYN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, JENISHA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KAILA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCCOY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCCOY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MCCOY, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, LOUISE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, MONIKA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCCOY, NEALY
ADDRESS AVAILABLE UPON REQUEST

MCCOY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SAKILE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SAM
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCCOY, TARA
ADDRESS AVAILABLE UPON REQUEST

MCCOY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCOY, THAIS
ADDRESS AVAILABLE UPON REQUEST

MCCOY, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, BARBRA
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, CHARIS
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, JASON
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, MAEVE
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCCRACKEN, TAYLER
ADDRESS AVAILABLE UPON REQUEST

MCCRAE, AMY
ADDRESS AVAILABLE UPON REQUEST

MCCRAE, KEITH
ADDRESS AVAILABLE UPON REQUEST

MCCRAE, WALKER
ADDRESS AVAILABLE UPON REQUEST

MCCRANEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCCRARY, JAYME
ADDRESS AVAILABLE UPON REQUEST

MCCRARY, JENNIER
ADDRESS AVAILABLE UPON REQUEST

MCCRARY, SLOAN
ADDRESS AVAILABLE UPON REQUEST

MCCRAVEY, MOIRA
ADDRESS AVAILABLE UPON REQUEST

MCCRAY CANNON, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, CHERITTA
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, NINA
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, PARIS
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCCRAY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MCCREA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MCCREA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCCREA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCCREADIE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCCREADY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCCREADY, TERESA
ADDRESS AVAILABLE UPON REQUEST

MCCREARY, DEXTER
ADDRESS AVAILABLE UPON REQUEST

MCCREARY, HOWARD
ADDRESS AVAILABLE UPON REQUEST

MCCREARY, JARRETT
ADDRESS AVAILABLE UPON REQUEST

MCCREARY, LEROY
ADDRESS AVAILABLE UPON REQUEST

MCCREE, LORI
ADDRESS AVAILABLE UPON REQUEST

MCCREESH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCCREHAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

MCCREIGHT, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCCREIGHT, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MCCREIGHT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCCREIGHT, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

MCCRIGHT, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MCCRILLIS, RANDALL
ADDRESS AVAILABLE UPON REQUEST

MCCRILLIS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MCCRIMMON, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCCRONE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCCRORY, LUKE
ADDRESS AVAILABLE UPON REQUEST

MCCROSKEY, REED
ADDRESS AVAILABLE UPON REQUEST

MCCROSKY, JILL
ADDRESS AVAILABLE UPON REQUEST

MCCRUM, CORY
ADDRESS AVAILABLE UPON REQUEST

MCCUAIG, MANDI
ADDRESS AVAILABLE UPON REQUEST

MCCUBBINS'S, DOMINIKA
ADDRESS AVAILABLE UPON REQUEST

MCCUE SUSSMANE ZAPFEL COHEN & YOUBI
P.C.
500 FIFTH AVENUE, SUITE 3020
NEW YORK, NY 10110

MCCUE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCCUE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCUE, GARY
ADDRESS AVAILABLE UPON REQUEST

MCCUE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCCUE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCUE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCCUEN, BRIGID
ADDRESS AVAILABLE UPON REQUEST

MCCUEN, BRIGID
ADDRESS AVAILABLE UPON REQUEST

MCCUEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCCUEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCCULLA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCCULLAGH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCCULLAH, DAN
ADDRESS AVAILABLE UPON REQUEST

MCCULLEY, GERI
ADDRESS AVAILABLE UPON REQUEST

MCCULLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCCULLEY, TONYA
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, ANNE S
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, STACI
ADDRESS AVAILABLE UPON REQUEST

MCCULLOCH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, ALISHA
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, AMY
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, CARNEY
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, HOUSTON
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, MATT
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, MELACHAI
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, SORMEH
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCCULLOUGH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MCCULLUM, LELIA
ADDRESS AVAILABLE UPON REQUEST

MCCULLUM, TAUCHANTE
ADDRESS AVAILABLE UPON REQUEST

MCCULLY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, JOE
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCCUNE, TARA
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, IVEY
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, JEN
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, LORA
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MCCURDY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCCURLEY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MCCURNIN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MCCURRACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, BLAINE
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, CODY
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCCURRY, SHOCARA
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, AMY
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, LISA
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MCCUSKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHAN, LUBA
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEN, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEN, KEARY
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEON, AMY
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCCUTCHEON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDADE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDADE, MADISEN
ADDRESS AVAILABLE UPON REQUEST

MCDADE, MICAELA
ADDRESS AVAILABLE UPON REQUEST

MCDADE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, ARDEN
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, BAILEE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, DERRICK
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, GENEVA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, JOE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, KEITH
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, KENYATTA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, LATASHIA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, LISA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, ROGER
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, STEVE
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, TINA
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, WES
ADDRESS AVAILABLE UPON REQUEST

MCDANIEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCDANNELL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MCDAVID, BRIANA
ADDRESS AVAILABLE UPON REQUEST

MCDAVITT, JANET
ADDRESS AVAILABLE UPON REQUEST

MCDAVITT, MARK
ADDRESS AVAILABLE UPON REQUEST

MCDAVITT, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCDEALL, MONICA
ADDRESS AVAILABLE UPON REQUEST

MCDEARMAN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MCDEARMON, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

MCDEARMON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MCDEAVITT, ALIXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ABBY
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ADAM
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ALISSA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CARLA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CARLA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CASONDRA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, DEVON
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, GAIL
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, HELEN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, HYDN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, JODY
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LIAM
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, LISA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MARCI
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MERRILL
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MOIRA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, MOIRA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, ROSE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, SHEREE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, STEVE
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, TARA
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCDERMOTT, TOMAS
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MCDEVITT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCDIFFITT, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

MCDIVIT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCDOANLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCDOLE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCDONAGH, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCDONAGH, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ADAIR
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ANIF
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ANNIE (MICHAEL)
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, BRANDE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CARINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CELESTINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CHARLSIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CHELSI
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DEE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ELENA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, GINA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, GLYNIS
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, HALEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, HELEN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JEROME
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JESSENIA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JODIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KEENA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KELLI
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LOLA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, LYNN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MAIREAD
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MATT
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MERIDITH
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MIRLINE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MOLLI
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, MYRANDA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, NEVENE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, NOLA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, RENE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, RITA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SARA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SHAKIRA
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SHERRI
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, STACY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, TRACY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, WILL
ADDRESS AVAILABLE UPON REQUEST

MCDONALD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCDONALDS
ADDRESS UNAVAILABLE AT TIME OF FILING

MCDONELL, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDONELL, DREW
ADDRESS AVAILABLE UPON REQUEST

MCDONELL, LOUISE
ADDRESS AVAILABLE UPON REQUEST

MCDONELL, TYMOTHY
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL MILLER, ANN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, ADAIR
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, BOB
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MARIAN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, TIM
ADDRESS AVAILABLE UPON REQUEST

MCDONNELL, TORI
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, BILL
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, CARA
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, DAN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, LEVI
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, LISA
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, MARY
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, STACEY
ADDRESS AVAILABLE UPON REQUEST

MCDONOUGH, TJ
ADDRESS AVAILABLE UPON REQUEST

MCDORMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCDOUGAL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCDOUGAL, THADDEUS
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALD, MIRRIN
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, AMY
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, GRAEME
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, KAYLAH
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, ROSS
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MCDOUGALL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCDOW, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, CATHY
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, CYMONE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, DONNELLY
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, KELSIE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, KIM
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, LETA
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, LISA
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, ROB
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, SARAI
ADDRESS AVAILABLE UPON REQUEST

MCDOWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCDUFFIE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MCDUFFIE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCDUFFIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCDUFFIE, KATHY
ADDRESS AVAILABLE UPON REQUEST

MCDUFFIE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCDUGALD, KATE
ADDRESS AVAILABLE UPON REQUEST

MCEACHERN, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

MCEACHERN, JOI
ADDRESS AVAILABLE UPON REQUEST

MCEACHERN, TRACY
ADDRESS AVAILABLE UPON REQUEST

MCEACHRAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCEADY, LYNN
ADDRESS AVAILABLE UPON REQUEST

MCELHANEY, CAT
ADDRESS AVAILABLE UPON REQUEST

MCELHANEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCELHANEY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCELHANEY, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MCELHANY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCELHENNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCELHENNON, DERMOT
ADDRESS AVAILABLE UPON REQUEST

MCELHENY, ROSS
ADDRESS AVAILABLE UPON REQUEST

MCELHERNE, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCELHINEY, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

MCELHINEY, ROSELYNN
ADDRESS AVAILABLE UPON REQUEST

MCELHOES, LIAM
ADDRESS AVAILABLE UPON REQUEST

MCELHONE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCELLIGOTT, DEVYN
ADDRESS AVAILABLE UPON REQUEST

MCELLIGOTT, KARL
ADDRESS AVAILABLE UPON REQUEST

MCELLIGOTT, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCELMURRY, BOBBY
ADDRESS AVAILABLE UPON REQUEST

MCELREA, KORI
ADDRESS AVAILABLE UPON REQUEST

MCELROY, AMY
ADDRESS AVAILABLE UPON REQUEST

MCELROY, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MCELROY, CARLY
ADDRESS AVAILABLE UPON REQUEST

MCELROY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MCELROY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCELROY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCELROY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCELROY, JEFF
ADDRESS AVAILABLE UPON REQUEST

MCELROY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCELROY, JORDYN
ADDRESS AVAILABLE UPON REQUEST

MCELROY, JOY
ADDRESS AVAILABLE UPON REQUEST

MCELROY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MCELROY, KARA
ADDRESS AVAILABLE UPON REQUEST

MCELROY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCELROY, NORA
ADDRESS AVAILABLE UPON REQUEST

MCELROY, SARA
ADDRESS AVAILABLE UPON REQUEST

MCELROY, STACI
ADDRESS AVAILABLE UPON REQUEST

MCELROY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCELROY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCELVAIN, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCELVAIN, MEAG
ADDRESS AVAILABLE UPON REQUEST

MCELWAIN, EVAN
ADDRESS AVAILABLE UPON REQUEST

MCELWAIN, GINA
ADDRESS AVAILABLE UPON REQUEST

MCELWAINE, DEVON
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCELWEE, SARA
ADDRESS AVAILABLE UPON REQUEST

MCELYEA, JASON
ADDRESS AVAILABLE UPON REQUEST

MCENANEY, KATE
ADDRESS AVAILABLE UPON REQUEST

MCENANEY, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MCENANY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCENDAFFER, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

MCENENY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCENERY-STONELAKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCENROE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCENRUE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCENTEE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MCENTEE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCENTEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCENTEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCENTIRE, JAYME
ADDRESS AVAILABLE UPON REQUEST

MCENTIRE, MARY ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MCENTIRE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, BARRY
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, KIM
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, MARY
ADDRESS AVAILABLE UPON REQUEST

MCERLEAN, MAURA
ADDRESS AVAILABLE UPON REQUEST

MCETTRICK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCEUEN, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MCEVITT, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MCEVOY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MCEVOY, JACK
ADDRESS AVAILABLE UPON REQUEST

MCEVOY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCEVOY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCEVOY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MCEWAN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MCEWAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MCEWAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCEWAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCEWEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCEWEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCEWEN, TIA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, HB
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, JEANA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, JONALYNN
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, MOIRA
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCFADDEN, SHEHAN
ADDRESS AVAILABLE UPON REQUEST

MCFADDIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCFADEN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

MCFALL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MCFALL, RANDI
ADDRESS AVAILABLE UPON REQUEST

MCFALL, SARA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAIN, SARA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, AMBER
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, CHELCIE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, JILL
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, KARI
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, KEITH
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MADY
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MARGIE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, PAULINA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, SARA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, TABITHA
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, TOM
ADDRESS AVAILABLE UPON REQUEST

MCFARLAND, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, CHASE
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, DAWN
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, KIMBERLIE
ADDRESS AVAILABLE UPON REQUEST

MCFARLANE, TYLER
ADDRESS AVAILABLE UPON REQUEST

MCFARLIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCFARLIN, JACK
ADDRESS AVAILABLE UPON REQUEST

MCFARLIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCFEE, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCFEE, KARA
ADDRESS AVAILABLE UPON REQUEST

MCFEE, KELLI
ADDRESS AVAILABLE UPON REQUEST

MCFEELEY, KEELY
ADDRESS AVAILABLE UPON REQUEST

MCFEELY, DOLLY
ADDRESS AVAILABLE UPON REQUEST

MCFEELY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCFEETERS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MCFETRIDGE, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

MCGAFFIN, ANN
ADDRESS AVAILABLE UPON REQUEST

MCGAGH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MCGAHA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCGAHA, DENISE
ADDRESS AVAILABLE UPON REQUEST

MCGAHAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCGAHEE, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MCGAHREN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCGANN, KATE
ADDRESS AVAILABLE UPON REQUEST

MCGANN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCGANN, XAVIER
ADDRESS AVAILABLE UPON REQUEST

MCGARITY, EMILIA
ADDRESS AVAILABLE UPON REQUEST

MCGARITY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCGARITY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MCGARR, ZACH
ADDRESS AVAILABLE UPON REQUEST

MCGARRITY, CARSON
ADDRESS AVAILABLE UPON REQUEST

MCGARRITY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, EDI
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, ELKE
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, JAMARA
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, JANE
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCGARRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCGARVEY, LUKE
ADDRESS AVAILABLE UPON REQUEST

MCGAUCHIE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCGAUGHEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

MCGAUGHEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

MCGAUGHEY, MAG
ADDRESS AVAILABLE UPON REQUEST

MCGAUGHY, FALON
ADDRESS AVAILABLE UPON REQUEST

MCGAULEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCGAVIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCGAVOCK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MCGAW, IAN
ADDRESS AVAILABLE UPON REQUEST

MCGEARY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCGEARY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCGEARY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCGEARY, JESS
ADDRESS AVAILABLE UPON REQUEST

MCGEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, BECKY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, BRETT
ADDRESS AVAILABLE UPON REQUEST

MCGEE, CHRISTENE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, CLINT
ADDRESS AVAILABLE UPON REQUEST

MCGEE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MCGEE, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, HALEY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCGEE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCGEE, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCGEE, KASEY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, MARCELLE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, MARCY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, MARIANN
ADDRESS AVAILABLE UPON REQUEST

MCGEE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCGEE, RETTA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCGEE, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

MCGEE, SKYLER
ADDRESS AVAILABLE UPON REQUEST

MCGEE, STEFFANEE
ADDRESS AVAILABLE UPON REQUEST

MCGEE, TAMI
ADDRESS AVAILABLE UPON REQUEST

MCGEE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCGEE, TONYA
ADDRESS AVAILABLE UPON REQUEST

MCGEE, ZEB
ADDRESS AVAILABLE UPON REQUEST

MCGEEHAN, COLAN
ADDRESS AVAILABLE UPON REQUEST

MCGEEHAN, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MCGEEHAN, JOHN AND WENDY
ADDRESS AVAILABLE UPON REQUEST

MCGEE-HARRIS, LILIA
ADDRESS AVAILABLE UPON REQUEST

MCGEEHIN, JOE
ADDRESS AVAILABLE UPON REQUEST

MCGEENEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

MCGEENEY, FALLON
ADDRESS AVAILABLE UPON REQUEST

MCGEHEE, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCGEHEE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCGEOUGH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCGERALD, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCGETRICK, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCGETRICK, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MCGEVERAN, EVALYN
ADDRESS AVAILABLE UPON REQUEST

MCGHEE, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MCGHEE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MCGHEE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MCGHEE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCGHEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCGHGHY, ANNALISE
ADDRESS AVAILABLE UPON REQUEST

MCGHGHY, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

MCGIFFIN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MCGILL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MCGILL, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

MCGILL, ELYSA
ADDRESS AVAILABLE UPON REQUEST

MCGILL, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCGILL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MCGILL, JODI
ADDRESS AVAILABLE UPON REQUEST

MCGILL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCGILL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MCGILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCGILL, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCGILL, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MCGILL, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MCGILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCGILL, TERRY
ADDRESS AVAILABLE UPON REQUEST

MCGILL, TRACY
ADDRESS AVAILABLE UPON REQUEST

MCGILLIAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCGILLIAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

MCGILLICUDDY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCGILLICUDDY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCGILLIS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

MCGILLIVRAY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGILLIVRAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCGILLIVRAY, PERRY
ADDRESS AVAILABLE UPON REQUEST

MCGIMSEY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

MCGING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, KATE
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, KEERSTAN
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, MAURA
ADDRESS AVAILABLE UPON REQUEST

MCGINLEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCGINN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCGINN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCGINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCGINN, MARTINIQUE
ADDRESS AVAILABLE UPON REQUEST

MCGINN, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCGINNES, HAVAN
ADDRESS AVAILABLE UPON REQUEST

MCGINNESS, WINDIE
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, CELESTINE
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, CHARYN
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, COLLIN
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, MARA
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, MARY
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, MONICA
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, RUTH
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

MCGINNISS, AMY
ADDRESS AVAILABLE UPON REQUEST

MCGINNIS-STORR, LATOI
ADDRESS AVAILABLE UPON REQUEST

MCGINNITY, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCGINT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, JOAN
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, KARIN
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCGINTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCGLAMERY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCGLASHIN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCGLEW, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCGLEW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCGLINCHEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCGLINCHEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCGLINCHEY-HAUFSK, SINEAD
ADDRESS AVAILABLE UPON REQUEST

MCGLOIN, MAGGY
ADDRESS AVAILABLE UPON REQUEST

MCGLONE, BILL
ADDRESS AVAILABLE UPON REQUEST

MCGLONE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCGLONE, KIM
ADDRESS AVAILABLE UPON REQUEST

MCGLONE, SHEVAUN
ADDRESS AVAILABLE UPON REQUEST

MCGLOSSON-WILSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCGLOTHLIN, FAITH
ADDRESS AVAILABLE UPON REQUEST

MCGLOTHLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

MCGLOWN, KIRA
ADDRESS AVAILABLE UPON REQUEST

MCGLUMPHY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, ELLA
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, KEARA
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, MARIA
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCGLYNN, VICKY
ADDRESS AVAILABLE UPON REQUEST

MCGOEY, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MCGOFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCGOFF, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCGOLDRICK, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

MCGOLDRICK, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCGOLDRICK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGOLDRICK, MONICA
ADDRESS AVAILABLE UPON REQUEST

MCGOLDRICK, ZACH
ADDRESS AVAILABLE UPON REQUEST

MCGONAGLE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCGONAGLE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MCGONAGLE, DOLORES
ADDRESS AVAILABLE UPON REQUEST

MCGONIGAL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCGONIGAL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MCGONIGAL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, CARLY
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, CLARA
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCGONIGLE, NORA
ADDRESS AVAILABLE UPON REQUEST

MCGORREY, SUSAN L.
ADDRESS AVAILABLE UPON REQUEST

MCGORRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCGOUGH, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCGOULDRICK, JARED
ADDRESS AVAILABLE UPON REQUEST

MCGOUN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, ARIN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, BRYNN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, CELIA
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, JODI
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, KATHLIN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, KENNY
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MADONNA
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MARTA
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCGOVERN-WENKSTERN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, BRET
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, KOREN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, MATT
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, MISTY
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, MYLES
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, SENAY
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, STAR
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, TIM
ADDRESS AVAILABLE UPON REQUEST

MCGOWAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCGOWEN, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCGOWEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MCGOWEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCGOWIN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MCGOWIN, JIM
ADDRESS AVAILABLE UPON REQUEST

MCGRADE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCGRADY, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCGRADY, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCGRADY, MONEE
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, ALICE
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MCGRAIL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MCGRANAHAN, JACQUES
ADDRESS AVAILABLE UPON REQUEST

MCGRANE, KYLEE
ADDRESS AVAILABLE UPON REQUEST

MCGRANE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH WRIGHT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, APRIL
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, BRIGID
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, CALLIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, CARLIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, COREY
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, GAYLE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, JEAN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, JEAN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, LISA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MARYROBERT
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MATT
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, MONICA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, SASHA
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCGRATH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, COLLIN
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, JERA
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, KATE
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, KELISTA
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, MEGAN & NOLAN
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCGRAW, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCGRAY, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCGREADY, BEN
ADDRESS AVAILABLE UPON REQUEST

MCGREAL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MCGREEVY, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, ANASTASIA Z.
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, KELLEY
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCGREGOR, WENDY
ADDRESS AVAILABLE UPON REQUEST

MCGREGORY, KYNDRA
ADDRESS AVAILABLE UPON REQUEST

MCGREW, BRAD
ADDRESS AVAILABLE UPON REQUEST

MCGREW, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

MCGREW, CHARLI
ADDRESS AVAILABLE UPON REQUEST

MCGREW, CHARLI
ADDRESS AVAILABLE UPON REQUEST

MCGREW, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MCGREW, LEXUS
ADDRESS AVAILABLE UPON REQUEST

MCGREW, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MCGREW, TINA
ADDRESS AVAILABLE UPON REQUEST

MCGREW, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MCGRIFF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCGRIMLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCGROARTY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGROARTY, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MCGROARTY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCGRORTY, TAB
ADDRESS AVAILABLE UPON REQUEST

MCGRUE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MCGUCKIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCGUGAN, ADELE
ADDRESS AVAILABLE UPON REQUEST

MCGUGAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

MCGUGIN, SUZIE
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, FRAN
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCGUIGAN, POLLY
ADDRESS AVAILABLE UPON REQUEST

MCGUIGGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCGUINESS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCGUINNESS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MCGUINNESS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGUINNESS, DAWN
ADDRESS AVAILABLE UPON REQUEST

MCGUINNESS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MCGUINNESS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCGUINTY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, CARA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, CONOR
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, JOEL & AMY
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, JOEL
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, KAILEY
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, KARIE
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, LANI
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, LEILANI
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, MARISA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, MYRANDA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, PETER
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, SHANI
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, TABATHA
ADDRESS AVAILABLE UPON REQUEST

MCGUIRE, THOMAS MARTIN
ADDRESS AVAILABLE UPON REQUEST

MCGUIRK, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCGUIRK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCGURK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCGURK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCGURK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCGURR, SUE
ADDRESS AVAILABLE UPON REQUEST

MCGURREN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCGURREN, JEFF
ADDRESS AVAILABLE UPON REQUEST

MCGURY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MCGUSHIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCGUYER, TARA
ADDRESS AVAILABLE UPON REQUEST

MCHALE, DEB
ADDRESS AVAILABLE UPON REQUEST

MCHALE, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

MCHALE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCHALE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MCHALE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCHALE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCHALE, MIRNA
ADDRESS AVAILABLE UPON REQUEST

MCHALE, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

MCHAN, KASH
ADDRESS AVAILABLE UPON REQUEST

MCHARG, JEN
ADDRESS AVAILABLE UPON REQUEST

MCHARGUE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCHATTON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, AVA DUNSON
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, BETH
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, SHERI
ADDRESS AVAILABLE UPON REQUEST

MCHENRY, TARA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, CAROL
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, ELISE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, ELLIE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, KATHIE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCHUGH, VICKY
ADDRESS AVAILABLE UPON REQUEST

MCHUGH-JOHNSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCILDOWIE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCILHENNY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MCILROY, GARY
ADDRESS AVAILABLE UPON REQUEST

MCILVAIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

MCILVAINE, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCILVEEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCILWAIN, APRIL
ADDRESS AVAILABLE UPON REQUEST

MCILWAIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCILWAIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCINERNEY, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

MCINERNEY, KALEE
ADDRESS AVAILABLE UPON REQUEST

MCINERNEY, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MCINERNEY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MCININCH, COELYNN
ADDRESS AVAILABLE UPON REQUEST

MCINNIS, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCINNIS, DALTON
ADDRESS AVAILABLE UPON REQUEST

MCINNIS, IAN
ADDRESS AVAILABLE UPON REQUEST

MCINNIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCINNIS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MCINTEE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCINTIRE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCINTIRE, MARIA
ADDRESS AVAILABLE UPON REQUEST

MCINTIRE, PETER
ADDRESS AVAILABLE UPON REQUEST

MCINTIRE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, ANGEL
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, BARB
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, CALI
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, JAMILA
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, MIKE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, NEAL
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, ROYCE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, RROYA-RAE
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, RUKAVINA
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

MCINTOSH, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE VINEYARD, INC
40410 ARROYO SECO ROAD
SOLEDAD, CA 93960

MCINTURFF, JOYE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, AMBER
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, CALLIE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, DARLENE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, DEVON
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, DIANE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, JENAE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, JERICA
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, TESS
ADDRESS AVAILABLE UPON REQUEST

MCINTYRE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MCISAAC, AMY
ADDRESS AVAILABLE UPON REQUEST

MCIVER, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCIVER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCIVER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCJOYNT-GRIFFITH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCKAGUE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCKAIRNES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCKAMIE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MCKANN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MCKANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCKAY, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MCKAY, ANNABETH
ADDRESS AVAILABLE UPON REQUEST

MCKAY, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MCKAY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MCKAY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MCKAY, DANA
ADDRESS AVAILABLE UPON REQUEST

MCKAY, DOROTA
ADDRESS AVAILABLE UPON REQUEST

MCKAY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MCKAY, EVELYN
ADDRESS AVAILABLE UPON REQUEST

MCKAY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCKAY, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCKAY, KARI
ADDRESS AVAILABLE UPON REQUEST

MCKAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCKAY, LORRIE
ADDRESS AVAILABLE UPON REQUEST

MCKAY, MARISA
ADDRESS AVAILABLE UPON REQUEST

MCKAY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCKAY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCKAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCKAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCKAY, STARR
ADDRESS AVAILABLE UPON REQUEST

MCKAY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MCKAY, TONIANN
ADDRESS AVAILABLE UPON REQUEST

MCKAY, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MCKEACHIE, IAN
ADDRESS AVAILABLE UPON REQUEST

MCKEAG, MADDY
ADDRESS AVAILABLE UPON REQUEST

MCKEAGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCKEAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

MCKEARY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCKECHNIE, ROBERT DEREK
ADDRESS AVAILABLE UPON REQUEST

MCKEE, AARON
ADDRESS AVAILABLE UPON REQUEST

MCKEE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, AMBER
ADDRESS AVAILABLE UPON REQUEST

MCKEE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKEE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MCKEE, KEM
ADDRESS AVAILABLE UPON REQUEST

MCKEE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MCKEE, KERI
ADDRESS AVAILABLE UPON REQUEST

MCKEE, LISA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCKEE, MELODI
ADDRESS AVAILABLE UPON REQUEST

MCKEE, MERCY
ADDRESS AVAILABLE UPON REQUEST

MCKEE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCKEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, SARA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MCKEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCKEE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MCKEEFRY, DECLAN
ADDRESS AVAILABLE UPON REQUEST

MCKEEGAN, HUGH
ADDRESS AVAILABLE UPON REQUEST

MCKEEGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCKEEGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MCKEEL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MCKEEL, MARC
ADDRESS AVAILABLE UPON REQUEST

MCKEEMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCKEEN, LORI
ADDRESS AVAILABLE UPON REQUEST

MCKEEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCKEEVER, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCKEEVER, JEROME
ADDRESS AVAILABLE UPON REQUEST

MCKEEVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCKEEVER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCKELL, MARK
ADDRESS AVAILABLE UPON REQUEST

MCKELLAR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCKELLIPS, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MCKELROY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, JESS
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCKELVEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCKELVY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCKELVY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCKELVY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCKENDREE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCKENDRICK, GREER
ADDRESS AVAILABLE UPON REQUEST

MCKENDRY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKENLEY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, ALISON
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, AMY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, CATHY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, CHAD
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, COURTNEY-ERIN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, DANA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, DAWN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, DEZIHAN,
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, ELLYN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, JAIME
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, JAIME
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, KELLAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCKENNA, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MCKENNA-CICHON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MCKENNAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, CARLI
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCKENNEY, TERA
ADDRESS AVAILABLE UPON REQUEST

MCKENTY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE CREST INC.
2095 LAURA STREET, UNIT E
SPRINGFIELD, OR  97477

MCKENZIE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, BOBBY
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, CHARLAINE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, JACQIE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, JUANITA
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KAMILLE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KERI
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, KIRBY
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, MARY ALICE
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, MYRA
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, OMAR
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, PHAEDRA
ADDRESS AVAILABLE UPON REQUEST

MCKENZIE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCKEON, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MCKEON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCKEON, BRIGID
ADDRESS AVAILABLE UPON REQUEST

MCKEON, DAN
ADDRESS AVAILABLE UPON REQUEST

MCKEON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKEON, LISA
ADDRESS AVAILABLE UPON REQUEST

MCKEOUGH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCKEOWN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCKEOWN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MCKEOWN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKEOWN, SAM
ADDRESS AVAILABLE UPON REQUEST

MCKERLEY, BEN
ADDRESS AVAILABLE UPON REQUEST

MCKERNAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCKERNAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCKESSEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCKEVITT, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCKEWIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCKEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCKIBBAN, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MCKIBBEN, JANET
ADDRESS AVAILABLE UPON REQUEST

MCKIBBEN, KERIGAN
ADDRESS AVAILABLE UPON REQUEST

MCKIBBEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKIBBIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MCKIE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MCKIERNAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MCKIGNEY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

MCKILLIO, LACEY
ADDRESS AVAILABLE UPON REQUEST

MCKILLOP, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCKILLOP, PAUL
ADDRESS AVAILABLE UPON REQUEST

MCKIM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCKIM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCKINLAY HAMILTON, MAIRIN
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, CHERI
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, JILL
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, ROGER
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, RONITA
ADDRESS AVAILABLE UPON REQUEST

MCKINLEY, SHAUN
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, ALISHA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, ANGEL
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, AVERY
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, BE
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, ERIK
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, JANE
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, JASON
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KALA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KARISA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, KSENIA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, MEG
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, SEANN
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, STACY
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCKINNEY, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MCKINNIS, JAX
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, KERRI
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, LORI
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCKINNON, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MCKINSEY, ARF
ADDRESS AVAILABLE UPON REQUEST

MCKINSLEY, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MCKINSLEY, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MCKINZIE, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCKINZIE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MCKINZIE, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

MCKIRAHAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCKISSOCK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCKISSON, RUFUS
ADDRESS AVAILABLE UPON REQUEST

MCKITRICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCKIVER JAYLA
ADDRESS AVAILABLE UPON REQUEST

MCKNETT, HARRY
ADDRESS AVAILABLE UPON REQUEST

MCKNIFF, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, AFTON
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, BRISHAW
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, CAT
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, KIARA
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, KODI
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, LIBERTY
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, LIZ
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, MINDY
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, NIKOLAS
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, RENEE
ADDRESS AVAILABLE UPON REQUEST

MCKNIGHT, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

MCKOIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCKONE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MCKONE, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCKONE, TONITA
ADDRESS AVAILABLE UPON REQUEST

MCKOY, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

MCKOY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCKOY, DANE
ADDRESS AVAILABLE UPON REQUEST

MCKOY, LILY
ADDRESS AVAILABLE UPON REQUEST

MCKOY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MCLACHLAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MCLACHLAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCLACHLAN, MARY
ADDRESS AVAILABLE UPON REQUEST

MCLAFFERTY, DIANE LAYO
ADDRESS AVAILABLE UPON REQUEST

MCLAFFERTY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, JADE
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, JILL
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, LENA
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, SHAUN
ADDRESS AVAILABLE UPON REQUEST

MCLAIN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCLAMB, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MCLANE, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCLANE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

MCLANE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MCLANEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, DON
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, JILL
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCLAREN, TERESA
ADDRESS AVAILABLE UPON REQUEST

MCLAUCHLAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCLAUCHLAN, TERRIE
ADDRESS AVAILABLE UPON REQUEST

MCLAUCHLIN, NICKI
ADDRESS AVAILABLE UPON REQUEST

MCLAUCHLIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLAN, ANN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CATHY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CINDY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, COLIN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, DARNELL
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, GAIL
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, JANET
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, JOY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KATHY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KEITH
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KIM
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KRISITIN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MARIE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MATEO
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MAXMILLION
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MAYA
ADDRESS AVAILABLE UPON REQUEST

MCLAUGHLIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MCLAUGHLIN, MEGAN<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, MERRIE<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, MICHAEL T.<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, MICHAEL<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, MICHAEL<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, MIKE<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, OLIVIA<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, PAUL<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, PAUL<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, RAYELLE<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, RENE<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, SHANNON<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, SIMONE<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, SUSAN<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, TAYLOR<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAUGHLIN, VICTORIA<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGHLIN, VINCE<br>ADDRESS AVAILABLE UPON REQUEST | MCLAUGLIN, WENDY<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAURIN, CHANNING<br>ADDRESS AVAILABLE UPON REQUEST | MCLAURIN, KRYSTAL<br>ADDRESS AVAILABLE UPON REQUEST | MCLAURIN, LANDA<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLAWHORN, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST | MCLAWHORN, JANE<br>ADDRESS AVAILABLE UPON REQUEST | MCLAWHORN, MEGAN<br>ADDRESS AVAILABLE UPON REQUEST |
| MCLEAN, AIMEE<br>ADDRESS AVAILABLE UPON REQUEST | MCLEAN, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | MCLEAN, BRIDGET<br>ADDRESS AVAILABLE UPON REQUEST |

MCLEAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, DARCY
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, HEIDY
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, JOHNPAUL
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, KACIE
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, KATE
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, KATY
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, SCOTT AND COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, STEFFANI
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, TERESA & KERMIT
ADDRESS AVAILABLE UPON REQUEST

MCLEAN, TYSON
ADDRESS AVAILABLE UPON REQUEST

MCLEER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCLEESE, VERNESHIA
ADDRESS AVAILABLE UPON REQUEST

MCLELAND, KATRINA
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCLELLAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MCLELLAND, TINA
ADDRESS AVAILABLE UPON REQUEST

MCLELLON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCLEMORE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCLEMORE, MARY
ADDRESS AVAILABLE UPON REQUEST

MCLENAGHAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MCLENDON, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCLENDON, TOYA
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, ALEX
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, ANGUS
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, CARLY
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, IRVINA
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, K.C.
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, KIANA
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, KIM
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, OMAR
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, PEARL
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCLEOD, YANNICK
ADDRESS AVAILABLE UPON REQUEST

MCLEOD-HANIE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCLERAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

MCLEROY, MARY
ADDRESS AVAILABLE UPON REQUEST

MCLINKO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCLINN, GARRY
ADDRESS AVAILABLE UPON REQUEST

MCLINTOCK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCLOUD, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCLOUD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MCLOUGHLIN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCLOUGHLIN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MCLOUGHLIN, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCMACHAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, ACELYNN
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, ELLA
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, KERRIN
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, LIBBY
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

MCMAHAN, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, AMY
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, AUBREE
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, BETH
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, JULIA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, KATE
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, KESHIA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MARISA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MARTIN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MARY
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MATT
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MEG
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, NEAL
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, NEIL
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, NEVA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, TAYLER
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MCMAHON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCMAINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCMANAMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCMANAMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MCMANAMON, ANG
ADDRESS AVAILABLE UPON REQUEST

MCMANAMON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MCMANEMIN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MCMANIGAL, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MCMANIMIE, BRYNNE
ADDRESS AVAILABLE UPON REQUEST

MCMANIMIE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, ALLY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, CAITY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, CARLEY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, CARY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, ELLA
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, JOAN
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, JODY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, JOSEPHINA
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, NOELLE
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, PAUL
ADDRESS AVAILABLE UPON REQUEST

MCMANUS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MCMASTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCMASTER, CARLEY
ADDRESS AVAILABLE UPON REQUEST

MCMASTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCMASTER, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCMASTER-CARR SUPPLY COMPANY
600 N. COUNTY LINE RD.
ELMHURST, IL 60126

MCMASTERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCMASTER-SANDER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCMECHAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCMEEKIN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCMEEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCMENAMIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCMENAMIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCMENAMIN, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, DALE
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, JILL
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCMICHAEL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCMICKLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, COLIN
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, DOMANIQUE
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, JACKI
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, KASEY
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, NEIL
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, STACIE
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCMILLAN, TRENT
ADDRESS AVAILABLE UPON REQUEST

MCMILLEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCMILLEN, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCMILLEN, JOY
ADDRESS AVAILABLE UPON REQUEST

MCMILLEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCMILLIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCMILLIAN, LYSSA
ADDRESS AVAILABLE UPON REQUEST

MCMILLIAN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCMILLIN, JOAN
ADDRESS AVAILABLE UPON REQUEST

MCMILLIN, SHAUNTY
ADDRESS AVAILABLE UPON REQUEST

MCMILLION, TERESA
ADDRESS AVAILABLE UPON REQUEST

MCMINN, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCMONAGLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MCMONAGLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCMORRIS, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MCMORROW, GRACE
ADDRESS AVAILABLE UPON REQUEST

MCMORROW, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCMORROW, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCMULLEN, TRENT
ADDRESS AVAILABLE UPON REQUEST

MCMULLIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCMULLIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCMULLIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCMUNN, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCMURRAIN, ANNE
ADDRESS AVAILABLE UPON REQUEST

MCMURRAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCMURRAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCMURRAY, MISSY
ADDRESS AVAILABLE UPON REQUEST

MCMURRAY, TARA
ADDRESS AVAILABLE UPON REQUEST

MCMURRIN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

MCMURROUGH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MCMURRY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MCMURRY, EVAN
ADDRESS AVAILABLE UPON REQUEST

MCMURRY, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

MCMURRY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MCMURTREY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MCNAB, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCNAB, JACOB
ADDRESS AVAILABLE UPON REQUEST

MCNAB, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCNABB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCNABB, SETSUKO
ADDRESS AVAILABLE UPON REQUEST

MCNAIR, GINA
ADDRESS AVAILABLE UPON REQUEST

MCNAIR, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MCNAIR, SAREENA
ADDRESS AVAILABLE UPON REQUEST

MCNAIR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MCNALL, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MCNALLAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCNALLEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MCNALLY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MCNALLY, AMY<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, CAROL<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNALLY, JILLIAN<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, KATIE<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, KEEGAN<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNALLY, KERRY<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, LINDSAY<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, MARY<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNALLY, MARYAGNES<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, PATRICK<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNALLY, RAYMOND<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, SARAH<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNALLY, SHANNON<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, THOMAS<br>ADDRESS AVAILABLE UPON REQUEST | MCNALLY, TRISH<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNAMARA, ALLISON<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, AUDREY<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, BRAD<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNAMARA, CAITIE<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, COURTNEY<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, DANA<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNAMARA, DANIEL<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, DANIELLE<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, DEBI<br>ADDRESS AVAILABLE UPON REQUEST |
| MCNAMARA, DONNA<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, ERIN<br>ADDRESS AVAILABLE UPON REQUEST | MCNAMARA, EVA<br>ADDRESS AVAILABLE UPON REQUEST |

MCNAMARA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, JOY
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, KACEY
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, KACEY
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, KYLE
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, LISA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, LIZZ
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, TOM
ADDRESS AVAILABLE UPON REQUEST

MCNAMARA, WADE
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, KAIDAN
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCNAMEE, SUE
ADDRESS AVAILABLE UPON REQUEST

MCNARY, BRINLEE
ADDRESS AVAILABLE UPON REQUEST

MCNARY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MCNASH, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MCNATT, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCNAUGHT, MELINA
ADDRESS AVAILABLE UPON REQUEST

MCNAUGHT, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MCNAUGHTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, ARICA
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, ELISE
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, LEEWANDA
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, MAYA
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, TINA
ADDRESS AVAILABLE UPON REQUEST

MCNEAL, TYRONE
ADDRESS AVAILABLE UPON REQUEST

MCNEALY, LATONIA
ADDRESS AVAILABLE UPON REQUEST

MCNEAR, LEAH
ADDRESS AVAILABLE UPON REQUEST

MCNEELEY, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MCNEELY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCNEELY, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MCNEELY, KAI
ADDRESS AVAILABLE UPON REQUEST

MCNEELY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCNEELY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCNEER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MCNEES, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MCNEESE, KATHY
ADDRESS AVAILABLE UPON REQUEST

MCNEFF, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL WINES INC
ADDRESS UNAVAILABLE AT TIME OF FILING

MCNEIL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, ANGEL
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, BIANCA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, CARA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, DENISE
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, GENE
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, JASPYN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, LARA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, OMARI
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, ROB
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, SIARA
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, TRACY
ADDRESS AVAILABLE UPON REQUEST

MCNEIL, TYLER
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, HALEY
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, JENNA
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, JENNA-LYNN
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MADISON
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, NEEL
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, QUINN
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, RIKA
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCNEILL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCNEILLY, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

MCNELIS, LISA
ADDRESS AVAILABLE UPON REQUEST

MCNERNEY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MCNERNEY, CARISSA
ADDRESS AVAILABLE UPON REQUEST

MCNERNEY, CONNIE & MIKE
ADDRESS AVAILABLE UPON REQUEST

MCNERNEY, KAMI
ADDRESS AVAILABLE UPON REQUEST

MCNERNEY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MCNETT, MATT
ADDRESS AVAILABLE UPON REQUEST

MCNEUR, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCNICHOL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MCNICHOL, MARY
ADDRESS AVAILABLE UPON REQUEST

MCNICHOLAS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MCNICHOLAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCNICHOLAS, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

MCNICHOLAS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCNITT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MCNORVELL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, AMY
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, DIANA
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, NANCY
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MCNULTY, PAT
ADDRESS AVAILABLE UPON REQUEST

MCNULTY-D'AMELIO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MCNUTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCNUTT, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

MCNUTT, JEREMY
ADDRESS AVAILABLE UPON REQUEST

MCORMICK & SCHMICKS
ADDRESS UNAVAILABLE AT TIME OF FILING

MCOWEN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MCPARLAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCPARLAND, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MCPARTLAND, FALON
ADDRESS AVAILABLE UPON REQUEST

MCPARTLAND, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MCPARTLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCPARTLIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCPARTLIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCPEAK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MCPEAK, DANA
ADDRESS AVAILABLE UPON REQUEST

MCPEEK, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCPEEK, DOMONIQUE
ADDRESS AVAILABLE UPON REQUEST

MCPEEK, JULIE
ADDRESS AVAILABLE UPON REQUEST

MCPHAIL, CLINT
ADDRESS AVAILABLE UPON REQUEST

MCPHAIL, GUY
ADDRESS AVAILABLE UPON REQUEST

MCPHAIL, SIMONE
ADDRESS AVAILABLE UPON REQUEST

MCPHAIL, TONI
ADDRESS AVAILABLE UPON REQUEST

MCPHEE, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

MCPHEE, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

MCPHEE, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

MCPHEE, SHARON
ADDRESS AVAILABLE UPON REQUEST

MCPHEETERS, DEVYN
ADDRESS AVAILABLE UPON REQUEST

MCPHERON, TRACY
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, BOBBI
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, DONDA
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, IAN
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, KARA
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, LAUREL BETH
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, NORMA
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, RANORJAH
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, ROSE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCPHERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MCPHILLIAMY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCPHILLIPS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCPHUN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

MCPOLAND, SUE
ADDRESS AVAILABLE UPON REQUEST

MCQUADE, DENISE
ADDRESS AVAILABLE UPON REQUEST

MCQUADE, GREG
ADDRESS AVAILABLE UPON REQUEST

MCQUADE, JENNA
ADDRESS AVAILABLE UPON REQUEST

MCQUADE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCQUADE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCQUAID, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCQUAIDE, JORDYN
ADDRESS AVAILABLE UPON REQUEST

MCQUEARY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, CASIE
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, NINA
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCQUEEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCQUEENEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

MCQUEENEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MCQUERRY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCQUIGG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MCQUIGG, HARLEY
ADDRESS AVAILABLE UPON REQUEST

MCQUIGGAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

MCQUILLAN, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

MCQUILLAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MCQUILLAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MCQUILLEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MCQUILLEN, RYLYNN
ADDRESS AVAILABLE UPON REQUEST

MCQUILLIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MCQUILLIN, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

MCQUINN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MCQUINN, MARY
ADDRESS AVAILABLE UPON REQUEST

MCQUISTON-LANE, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MCQUITTY, BECKETT
ADDRESS AVAILABLE UPON REQUEST

MCRAE, BETH
ADDRESS AVAILABLE UPON REQUEST

MCRAE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MCRAE, LAYAL
ADDRESS AVAILABLE UPON REQUEST

MCRAE, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

MCRAE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCRAE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MCRAE, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MCRAE, SHERI
ADDRESS AVAILABLE UPON REQUEST

MCRAE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MCRAE, SUE
ADDRESS AVAILABLE UPON REQUEST

MCRAITH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MCRAITH, STEPH
ADDRESS AVAILABLE UPON REQUEST

MCRAVIN, PATRICE
ADDRESS AVAILABLE UPON REQUEST

MCREA, LYNN
ADDRESS AVAILABLE UPON REQUEST

MCREE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MCREYNOLDS, BRAD
ADDRESS AVAILABLE UPON REQUEST

MCREYNOLDS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MCREYNOLDS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MCREYNOLDS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MCREYNOLDS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MCROBERT, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

MCROBERTS, DAYNA
ADDRESS AVAILABLE UPON REQUEST

MCROSKEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MCSALLY, SHANE
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, DONNA
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, KARINE
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MCSHANE, MICHELA
ADDRESS AVAILABLE UPON REQUEST

MCSHEEHY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCSHERRY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MCSHERRY, S
ADDRESS AVAILABLE UPON REQUEST

MCSORLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCSORLEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MCSWAIN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

MCSWAIN, MARISA
ADDRESS AVAILABLE UPON REQUEST

MCSWEENEY, JOE
ADDRESS AVAILABLE UPON REQUEST

MCSWEENEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MCSWEENEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MCSWYNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MCTAGGART, COREY
ADDRESS AVAILABLE UPON REQUEST

MCTAGUE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MCTAGUE, KARA
ADDRESS AVAILABLE UPON REQUEST

MCTAGUE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MCTAVISH, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MCTEAGUE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCTEAGUE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MCTEAR, RORY
ADDRESS AVAILABLE UPON REQUEST

MCTIGHE, MARIA
ADDRESS AVAILABLE UPON REQUEST

MCTIGHE, MAURA
ADDRESS AVAILABLE UPON REQUEST

MCTIGHE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MCTIGUE, CRYSTALYN
ADDRESS AVAILABLE UPON REQUEST

MCTISH, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MCTORRY, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

MCVAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MCVAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MCVAY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MCVAY, MANDY
ADDRESS AVAILABLE UPON REQUEST

MCVAY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MCVEAGH, HUGH
ADDRESS AVAILABLE UPON REQUEST

MCVEARRY, EMMA
ADDRESS AVAILABLE UPON REQUEST

MCVEIGH, JENNY
ADDRESS AVAILABLE UPON REQUEST

MCVERRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MCVETY, ROB
ADDRESS AVAILABLE UPON REQUEST

MCVEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCVEY, JANA
ADDRESS AVAILABLE UPON REQUEST

MCVEY, VALENTIA
ADDRESS AVAILABLE UPON REQUEST

MCVICAR, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MCVICKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MCVICKER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MCVICKER, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

MCVICKER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MCVITIE, DIANNE
ADDRESS AVAILABLE UPON REQUEST

MCWADE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MCWAIN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MCWALTERS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MCWEENEY, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MCWHERTER, JAN
ADDRESS AVAILABLE UPON REQUEST

MCWHINNIE, JANET
ADDRESS AVAILABLE UPON REQUEST

MCWHIRTER, KAMIKI
ADDRESS AVAILABLE UPON REQUEST

MCWHORTER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MCWHORTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MCWHORTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MCWHORTER, MELASSA
ADDRESS AVAILABLE UPON REQUEST

MCWHORTER, SHANDA
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, ANNA
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, JODI
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, KAMI
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, LYDA
ADDRESS AVAILABLE UPON REQUEST

MCWILLIAMS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MCWILSON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MCZEAL, MADELYN
ADDRESS AVAILABLE UPON REQUEST

MD COMPTROLLER
60 WEST STREET SUITE 102
ANNAPOLIS, VA  21401

MD –WORCESTER COUNTY LIQUOR
CONTROL BOARD
WORCESTER COUNTY GOVERNMENT
1 WEST MARKET STREET
SNOW HILL, MD  21863

MDR DOUBLETREE
ADDRESS UNAVAILABLE AT TIME OF FILING

ME BUREAU OF ALC BEVERAGES AND
LOTTERY OP
8 STATE HOUSE STATION
AUGUSTA, ME  04333

ME DIVISION OF LIQUOR LICENSING
8 STATE HOUSE STATION
AUGUSTA, ME  04333

ME REVENUE SERVICES
51 COMMERCE DR
AUGUSTA, ME  04330

ME SO HUNGRY
ADDRESS UNAVAILABLE AT TIME OF FILING

ME, LUVASIA
ADDRESS AVAILABLE UPON REQUEST

MEACHAM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MEACHAM, KEN
ADDRESS AVAILABLE UPON REQUEST

MEACHAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MEAD, ANNA
ADDRESS AVAILABLE UPON REQUEST

MEAD, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

MEAD, BRETT
ADDRESS AVAILABLE UPON REQUEST

MEAD, ERIC
ADDRESS AVAILABLE UPON REQUEST

MEAD, HANLEY
ADDRESS AVAILABLE UPON REQUEST

MEAD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MEAD, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MEAD, LARESSA
ADDRESS AVAILABLE UPON REQUEST

MEAD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MEAD, N
ADDRESS AVAILABLE UPON REQUEST

MEAD, TOMMIE
ADDRESS AVAILABLE UPON REQUEST

MEADE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MEADE, KAHOKU
ADDRESS AVAILABLE UPON REQUEST

MEADE, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

MEADE, NANETTE
ADDRESS AVAILABLE UPON REQUEST

MEADER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MEADERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MEADOR, ALISHA
ADDRESS AVAILABLE UPON REQUEST

MEADOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MEADOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MEADOR, DEE
ADDRESS AVAILABLE UPON REQUEST

MEADOR, JASON
ADDRESS AVAILABLE UPON REQUEST

MEADOR, KAREN
ADDRESS AVAILABLE UPON REQUEST

MEADOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MEADOR, KIRBY
ADDRESS AVAILABLE UPON REQUEST

MEADOR, LORI
ADDRESS AVAILABLE UPON REQUEST

MEADOWCROFT, ELENA
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, ANNE
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, AVIA
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, BERNARD
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, CASEY
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, LAURA
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEADOWS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MEAGAN DIANE MOBLEY
ADDRESS AVAILABLE UPON REQUEST

MEAGAN MASSEY
ADDRESS AVAILABLE UPON REQUEST

MEAGAN PATTERSON
ADDRESS AVAILABLE UPON REQUEST

MEAGHAN MITCHELL
ADDRESS AVAILABLE UPON REQUEST

MEAGHAN PAULHAMUS
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, SARA
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MEAGHER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MEAHAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MEAKER, TINA
ADDRESS AVAILABLE UPON REQUEST

MEAKIM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MEALEY, GAVIN
ADDRESS AVAILABLE UPON REQUEST

MEALIA, JENNY
ADDRESS AVAILABLE UPON REQUEST

MEALIO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MEALO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MEALS, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

MEANEY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MEANEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

MEANS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MEANS, BROCK
ADDRESS AVAILABLE UPON REQUEST

MEANS, DONNA W.
ADDRESS AVAILABLE UPON REQUEST

MEANS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MEANS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MEANS, PAM
ADDRESS AVAILABLE UPON REQUEST

MEANS, RONALD
ADDRESS AVAILABLE UPON REQUEST

MEANS, SHAKIA
ADDRESS AVAILABLE UPON REQUEST

MEANY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MEANY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MEARCE, TYLER
ADDRESS AVAILABLE UPON REQUEST

MEARES, KIMBE
ADDRESS AVAILABLE UPON REQUEST

MEARKLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEARS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MEARS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MEARS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEARS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MEARS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MEAS, DAM
ADDRESS AVAILABLE UPON REQUEST

MEATTO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MEAUX, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MEAUX, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MEAUX, MILLIEJ
ADDRESS AVAILABLE UPON REQUEST

MEBANE-GREENE, ALISA
ADDRESS AVAILABLE UPON REQUEST

MEBUS, LEANNE
ADDRESS AVAILABLE UPON REQUEST

MECCA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MECCA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MECCIA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MECH, GARY
ADDRESS AVAILABLE UPON REQUEST

MECH, SARYVOUDH
ADDRESS AVAILABLE UPON REQUEST

MECHAM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MECHE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MECHLING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MECHNER, LARRY
ADDRESS AVAILABLE UPON REQUEST

MECHTENBERG, JOE
ADDRESS AVAILABLE UPON REQUEST

MECKENSTOCK, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MECKENZIE, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MECKES, SARAH
ADDRESS AVAILABLE UPON REQUEST

MECKLAI, MARY
ADDRESS AVAILABLE UPON REQUEST

MECKLER, KATE
ADDRESS AVAILABLE UPON REQUEST

MECKLEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MECKLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MECSEY, ALANNA
ADDRESS AVAILABLE UPON REQUEST

MEDAK, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MEDARD, JOHANA C
ADDRESS AVAILABLE UPON REQUEST

MEDBERY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MEDCALF, SEAN
ADDRESS AVAILABLE UPON REQUEST

MEDDAUGH, JAY
ADDRESS AVAILABLE UPON REQUEST

MEDEARIS, TESSA
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, COREY
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, KIM
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, MARIE
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MEDEIROS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEDEL, ROCIO
ADDRESS AVAILABLE UPON REQUEST

MEDELLIN, DANIELA
ADDRESS AVAILABLE UPON REQUEST

MEDERE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MEDERO, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

MEDERO, EDDIE
ADDRESS AVAILABLE UPON REQUEST

MEDEROS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MEDES, HELEN
ADDRESS AVAILABLE UPON REQUEST

MEDGHALCHI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEDIA DESIGN GROUP
12300 WILSHIRE BLVD., SUITE 200
LOS ANGELES, CA  90025

MEDIA MOBILIZE, INC.
300 3RD STREET, SUITE 919
SAN FRANCISCO, CA  94107

MEDIA RESOURCE GROUP, LLC
2 DEPOT PLAZA SUITE 401
BEDFORD HILLS, NY  10507

MEDIANA, MARK
ADDRESS AVAILABLE UPON REQUEST

MEDIANT COMMUNICATIONS, INC.
400 REGENCY FOREST DR SUITE 200
CARY, NC  27518

MEDIASILO, INC.
5340 ALLA RD. SUITE 109
LOS ANGELES, CA  90066

MEDIC, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MEDICA, ELISE
ADDRESS AVAILABLE UPON REQUEST

MEDIGOVICH HEINISH, JOANN
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ADILENE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ALEX
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ALISSIA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ALYSSE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, AMY
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ANDOLYN
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CATIE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CELESTE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CELESTE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, DAISY
ADDRESS AVAILABLE UPON REQUEST

MEDINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, DEZIREE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, FER
ADDRESS AVAILABLE UPON REQUEST

MEDINA, JASMILDA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, JUDETH
ADDRESS AVAILABLE UPON REQUEST

MEDINA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, KATHY
ADDRESS AVAILABLE UPON REQUEST

MEDINA, LUIS
ADDRESS AVAILABLE UPON REQUEST

MEDINA, LUZ
ADDRESS AVAILABLE UPON REQUEST

MEDINA, MARCO
ADDRESS AVAILABLE UPON REQUEST

MEDINA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, MARYJO
ADDRESS AVAILABLE UPON REQUEST

MEDINA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MEDINA, MONICA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, PAULINA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, PAULINE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, RADAMES
ADDRESS AVAILABLE UPON REQUEST

MEDINA, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MEDINA, STAPHANY
ADDRESS AVAILABLE UPON REQUEST

MEDINA, TANYA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, THAINAWAN
ADDRESS AVAILABLE UPON REQUEST

MEDINA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MEDINA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MEDINA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MEDINA, YELIZAVETA
ADDRESS AVAILABLE UPON REQUEST

MEDINA-BENNINGFIELD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEDINAMCKINNON, LARIETH
ADDRESS AVAILABLE UPON REQUEST

MEDING, KATIE
ADDRESS AVAILABLE UPON REQUEST

MEDINGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEDIONI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MEDIOUNI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MEDKEFF, CAROL
ADDRESS AVAILABLE UPON REQUEST

MEDLEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MEDLENKA, RISSA
ADDRESS AVAILABLE UPON REQUEST

MEDLEY, CHANNISE
ADDRESS AVAILABLE UPON REQUEST

MEDLEY, CHARLY ANN
ADDRESS AVAILABLE UPON REQUEST

MEDLEY, MINDY
ADDRESS AVAILABLE UPON REQUEST

MEDLEY, TRAMAINE
ADDRESS AVAILABLE UPON REQUEST

MEDLIN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MEDLIN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, KACI
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

MEDLOCK, ZANE
ADDRESS AVAILABLE UPON REQUEST

MEDNANSKY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MEDNIK, LEO
ADDRESS AVAILABLE UPON REQUEST

MEDOCINO FARMS
ADDRESS UNAVAILABLE AT TIME OF FILING

MEDORO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MEDORO, JANE
ADDRESS AVAILABLE UPON REQUEST

MEDRANO JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEDRANO, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MEDRANO, ERIC
ADDRESS AVAILABLE UPON REQUEST

MEDRANO, KENY
ADDRESS AVAILABLE UPON REQUEST

MEDRANO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

MEDRAO, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

MEDULLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEDVE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MEDVED, IRA
ADDRESS AVAILABLE UPON REQUEST

MEDVED, KIM
ADDRESS AVAILABLE UPON REQUEST

MEDVED, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MEDWAY, ALISHA
ADDRESS AVAILABLE UPON REQUEST

MEDWID, JUDY
ADDRESS AVAILABLE UPON REQUEST

MEDWID, KELLY
ADDRESS AVAILABLE UPON REQUEST

MEDWIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEDWINES, S. L.
PLAZA CASTELLINI Nº 9, 1º IZQ.
CARTAGENA (MURCIA)  30201
SPAIN

MEE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MEECHAI-KUSUMPA, DIANE
ADDRESS AVAILABLE UPON REQUEST

MEEDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MEEDER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MEEGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, AMY
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, AMY
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, HELEN
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, KRISSY
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, LARA
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, RAMONA
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

MEEHAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

MEEHL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MEEK, CODY
ADDRESS AVAILABLE UPON REQUEST

MEEK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MEEK, MARY
ADDRESS AVAILABLE UPON REQUEST

MEEK, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MEEK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MEEK, VICKI
ADDRESS AVAILABLE UPON REQUEST

MEEKER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MEEKER, JOEL
ADDRESS AVAILABLE UPON REQUEST

MEEKER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MEEKER, STEVE AND CARLY
ADDRESS AVAILABLE UPON REQUEST

MEEKER, TIA
ADDRESS AVAILABLE UPON REQUEST

MEEKER, WALTER
ADDRESS AVAILABLE UPON REQUEST

MEEKS, BILL
ADDRESS AVAILABLE UPON REQUEST

MEEKS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MEEKS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MEEKS, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MEEKS, LAURA
ADDRESS AVAILABLE UPON REQUEST

MEEKS, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MEEKS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MEEKS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MEEKS, TOM
ADDRESS AVAILABLE UPON REQUEST

MEENAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MEENAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MEENU SOOD
ADDRESS AVAILABLE UPON REQUEST

MEERSMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

MEES, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEESE, JODY
ADDRESS AVAILABLE UPON REQUEST

MEESTER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEESTER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MEETEER, FRANK
ADDRESS AVAILABLE UPON REQUEST

MEG SABATALO
ADDRESS AVAILABLE UPON REQUEST

MEG WHITE
ADDRESS AVAILABLE UPON REQUEST

MEGAN BECKER
ADDRESS AVAILABLE UPON REQUEST

MEGAN DART
ADDRESS AVAILABLE UPON REQUEST

MEGAN DOUGLASS
ADDRESS AVAILABLE UPON REQUEST

MEGAN E LEWIN
ADDRESS AVAILABLE UPON REQUEST

MEGAN F WACHTER
ADDRESS AVAILABLE UPON REQUEST

MEGAN FAIR
ADDRESS AVAILABLE UPON REQUEST

MEGAN FAY MALONEY
ADDRESS AVAILABLE UPON REQUEST

MEGAN GALANDO
ADDRESS AVAILABLE UPON REQUEST

MEGAN GRABOWSKI
ADDRESS AVAILABLE UPON REQUEST

MEGAN HOWARD
ADDRESS AVAILABLE UPON REQUEST

MEGAN HUBBERT
ADDRESS AVAILABLE UPON REQUEST

MEGAN KEHOE
ADDRESS AVAILABLE UPON REQUEST

MEGAN KEW
ADDRESS AVAILABLE UPON REQUEST

MEGAN KOREN
ADDRESS AVAILABLE UPON REQUEST

MEGAN LEGACY
ADDRESS AVAILABLE UPON REQUEST

MEGAN MAPES
ADDRESS AVAILABLE UPON REQUEST

MEGAN MAYER
ADDRESS AVAILABLE UPON REQUEST

MEGAN MCGINNIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MEGAN N HOGGE
ADDRESS AVAILABLE UPON REQUEST

MEGAN SCHNEIDER
ADDRESS AVAILABLE UPON REQUEST

MEGAN SHORTRIDGE
ADDRESS AVAILABLE UPON REQUEST

MEGAN STAPLES
ADDRESS AVAILABLE UPON REQUEST

MEGAN SUAREZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MEGAN WANG
ADDRESS AVAILABLE UPON REQUEST

MEGAN WELKER
ADDRESS AVAILABLE UPON REQUEST

MEGAN, VERDEJA,
ADDRESS AVAILABLE UPON REQUEST

MEGANTARA, NOVA
ADDRESS AVAILABLE UPON REQUEST

MEGAW, LOUISA
ADDRESS AVAILABLE UPON REQUEST

MEGGAN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

MEGGAN MCCANN
ADDRESS AVAILABLE UPON REQUEST

MEGGIOLARO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MEGGS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MEGGS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MEGHAN CALLAHAN
ADDRESS AVAILABLE UPON REQUEST

MEGHAN DOOLEY
ADDRESS AVAILABLE UPON REQUEST

MEGHAN KASANDERS
ADDRESS AVAILABLE UPON REQUEST

MEGHAN NOE
ADDRESS AVAILABLE UPON REQUEST

MEGHAN YOUNG
ADDRESS AVAILABLE UPON REQUEST

MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MEGHANI, NAVEED
ADDRESS AVAILABLE UPON REQUEST

MEGHELES, OVIDIU
ADDRESS AVAILABLE UPON REQUEST

MEGIBOW, SARA
ADDRESS AVAILABLE UPON REQUEST

MEGILL, GIAVANNA
ADDRESS AVAILABLE UPON REQUEST

MEGLINO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MEGOS, TARA
ADDRESS AVAILABLE UPON REQUEST

MEGUERDITCHIAN, MAKARA
ADDRESS AVAILABLE UPON REQUEST

MEHALCO, KELLY
ADDRESS AVAILABLE UPON REQUEST

MEHAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MEHARENA, PHEBEN
ADDRESS AVAILABLE UPON REQUEST

MEHDAOUI, SOUKI
ADDRESS AVAILABLE UPON REQUEST

MEHENDALE, PRIYA
ADDRESS AVAILABLE UPON REQUEST

MEHIGAN, KARA
ADDRESS AVAILABLE UPON REQUEST

MEHIGAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MEHL, ESTHER
ADDRESS AVAILABLE UPON REQUEST

MEHL, GLYNDA
ADDRESS AVAILABLE UPON REQUEST

MEHL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MEHL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MEHLENBECK, CARL
ADDRESS AVAILABLE UPON REQUEST

MEHLHOFF, KALI
ADDRESS AVAILABLE UPON REQUEST

MEHLMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MEHMEDOVIC, NAOMI
ADDRESS AVAILABLE UPON REQUEST

MEHMEN, JASON
ADDRESS AVAILABLE UPON REQUEST

MEHO, AMINA
ADDRESS AVAILABLE UPON REQUEST

MEHOK, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MEHR, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

MEHR, EYDIE
ADDRESS AVAILABLE UPON REQUEST

MEHR, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MEHRA, RAHUL
ADDRESS AVAILABLE UPON REQUEST

MEHRAN MEHRESPAND
ADDRESS AVAILABLE UPON REQUEST

MEHRAZARIN, KIAN
ADDRESS AVAILABLE UPON REQUEST

MEHRBIANS, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

MEHRDAD NADEM
ADDRESS AVAILABLE UPON REQUEST

MEHRING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEHROTRA, RAVINDRA
ADDRESS AVAILABLE UPON REQUEST

MEHRTASH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEHTA, AMAR
ADDRESS AVAILABLE UPON REQUEST

MEHTA, ANAND
ADDRESS AVAILABLE UPON REQUEST

MEHTA, ANKITA
ADDRESS AVAILABLE UPON REQUEST

MEHTA, ASHISH
ADDRESS AVAILABLE UPON REQUEST

MEHTA, CHANDNI
ADDRESS AVAILABLE UPON REQUEST

MEHTA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MEHTA, MANASVI
ADDRESS AVAILABLE UPON REQUEST

MEHTA, MILAP
ADDRESS AVAILABLE UPON REQUEST

MEHTA, RAJ
ADDRESS AVAILABLE UPON REQUEST

MEHTA, RAJ
ADDRESS AVAILABLE UPON REQUEST

MEHTA, SHANELLE
ADDRESS AVAILABLE UPON REQUEST

MEHTA, SUBHASH
ADDRESS AVAILABLE UPON REQUEST

MEHUS, SIRI
ADDRESS AVAILABLE UPON REQUEST

MEI ZHANG
ADDRESS AVAILABLE UPON REQUEST

MEIBO GUO
ADDRESS AVAILABLE UPON REQUEST

MEICHSNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MEICKE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEIDE, KENZIE
ADDRESS AVAILABLE UPON REQUEST

MEIDELL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MEIDELL, COLIN
ADDRESS AVAILABLE UPON REQUEST

MEIDINGER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MEIDL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MEIDLINGER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MEIER, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MEIER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MEIER, CLAUDIO
ADDRESS AVAILABLE UPON REQUEST

MEIER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MEIER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MEIER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MEIER, JENE
ADDRESS AVAILABLE UPON REQUEST

MEIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEIER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MEIER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MEIER, MAEVE
ADDRESS AVAILABLE UPON REQUEST

MEIER, RONALD
ADDRESS AVAILABLE UPON REQUEST

MEIER, SARA (NAN)
ADDRESS AVAILABLE UPON REQUEST

MEIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MEIEROTTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEIGHAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MEIGHAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MEIGHEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEIGS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MEIGS, KELLI
ADDRESS AVAILABLE UPON REQUEST

MEIHLS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MEIKLE, TIM
ADDRESS AVAILABLE UPON REQUEST

MEIL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MEILAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEILAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEILAN, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MEILAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MEILE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEILMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

MEILSTRUP, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MEIN, NADINE
ADDRESS AVAILABLE UPON REQUEST

MEINCKE, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

MEINEKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MEINEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MEINEN, KARI
ADDRESS AVAILABLE UPON REQUEST

MEINEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MEINERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MEINERT, ANITA
ADDRESS AVAILABLE UPON REQUEST

MEINERT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MEINHARDT, JERRY
ADDRESS AVAILABLE UPON REQUEST

MEINHART-FRITZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MEINHOLD, VERA & SKIP
ADDRESS AVAILABLE UPON REQUEST

MEINHOLD, WESLEY
ADDRESS AVAILABLE UPON REQUEST

MEINHOLZ, LYNAE
ADDRESS AVAILABLE UPON REQUEST

MEININGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MEININGER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MEINKING, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MEINKING, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MEIQING FAN
ADDRESS AVAILABLE UPON REQUEST

MEIRICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MEIRICK, WESLEY
ADDRESS AVAILABLE UPON REQUEST

MEIS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MEIS, DOUG
ADDRESS AVAILABLE UPON REQUEST

MEIS, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

MEISEL, DONNA
ADDRESS AVAILABLE UPON REQUEST

MEISEL, PENNY
ADDRESS AVAILABLE UPON REQUEST

MEISELS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MEISENBERG, PAUL
ADDRESS AVAILABLE UPON REQUEST

MEISINGER, ANN
ADDRESS AVAILABLE UPON REQUEST

MEISINGER, DJ
ADDRESS AVAILABLE UPON REQUEST

MEISINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEISNER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MEISNER, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MEISNER, JOHNNIE
ADDRESS AVAILABLE UPON REQUEST

MEISS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MEISSE, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

MEISSE, LYNN
ADDRESS AVAILABLE UPON REQUEST

MEISSEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MEISSGEIER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MEISSNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEISSNER, MERLYN
ADDRESS AVAILABLE UPON REQUEST

MEISTER, DARLA
ADDRESS AVAILABLE UPON REQUEST

MEISTER, EVAN
ADDRESS AVAILABLE UPON REQUEST

MEISTER, JODI
ADDRESS AVAILABLE UPON REQUEST

MEISTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MEISTERLING, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MEJIA TERRY, JESSY
ADDRESS AVAILABLE UPON REQUEST

MEJIA, ALI
ADDRESS AVAILABLE UPON REQUEST

MEJIA, ALVARO
ADDRESS AVAILABLE UPON REQUEST

MEJIA, ANNELYS
ADDRESS AVAILABLE UPON REQUEST

MEJIA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MEJIA, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, CELESTE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, DANNY
ADDRESS AVAILABLE UPON REQUEST

MEJIA, DARLENE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

MEJIA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MEJIA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, LESLYE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, LISANDRA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, MARIO
ADDRESS AVAILABLE UPON REQUEST

MEJIA, MARIO
ADDRESS AVAILABLE UPON REQUEST

MEJIA, MINDY
ADDRESS AVAILABLE UPON REQUEST

MEJIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEJIA, ROSA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

MEJIA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MEJIA, YASMIN
ADDRESS AVAILABLE UPON REQUEST

MEJIA, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MEJIAS, JAMY
ADDRESS AVAILABLE UPON REQUEST

MEJICANO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MEJORADO, ESTEVAN
ADDRESS AVAILABLE UPON REQUEST

MEKDUSADEEROM, PLOY
ADDRESS AVAILABLE UPON REQUEST

MEKEMSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MEKHICHE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MEKKAWY, DEREK
ADDRESS AVAILABLE UPON REQUEST

MEKRAS, JIMENA
ADDRESS AVAILABLE UPON REQUEST

MEL LAGOS
ADDRESS AVAILABLE UPON REQUEST

MEL ROSE TALENT
1559 MERRY AVENUE
BRONX, NY  10461

MEL STEWART
ADDRESS AVAILABLE UPON REQUEST

MELAMED, NATALIA
ADDRESS AVAILABLE UPON REQUEST

MELANDER, DEB
ADDRESS AVAILABLE UPON REQUEST

MELANDER, KYRSTEN
ADDRESS AVAILABLE UPON REQUEST

MELANIE AGUILAR
ADDRESS AVAILABLE UPON REQUEST

MELANIE ANNE PRIOR
ADDRESS AVAILABLE UPON REQUEST

MELANIE BALKE
ADDRESS AVAILABLE UPON REQUEST

MELANIE BAY
ADDRESS AVAILABLE UPON REQUEST

MELANIE L KUSMIK
ADDRESS AVAILABLE UPON REQUEST

MELANIE LEWIS-YRIBAR
ADDRESS AVAILABLE UPON REQUEST

MELANIE LOGAN
ADDRESS AVAILABLE UPON REQUEST

MELANIE MCMENAMIN
ADDRESS AVAILABLE UPON REQUEST

MELANIE MORANSKI
ADDRESS AVAILABLE UPON REQUEST

MELANIE ODETTE SANTOS
ADDRESS AVAILABLE UPON REQUEST

MELANIE PAULSEN
ADDRESS AVAILABLE UPON REQUEST

MELANIE PREINER
ADDRESS AVAILABLE UPON REQUEST

MELANIE SAMUELS
ADDRESS AVAILABLE UPON REQUEST

MELANIE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

MELANIE, MRS
ADDRESS AVAILABLE UPON REQUEST

MELANSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MELANSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MELANSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MELARAGNI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MELBO, DAVE
ADDRESS AVAILABLE UPON REQUEST

MELCAREK, LISETTE
ADDRESS AVAILABLE UPON REQUEST

MELCHIONDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MELCHIOR, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MELCHIORRE, LISA
ADDRESS AVAILABLE UPON REQUEST

MELCHIORRE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

MELCHOR, TANYA
ADDRESS AVAILABLE UPON REQUEST

MELDE, MR AND MRS
ADDRESS AVAILABLE UPON REQUEST

MELDE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MELDER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MELDON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MELDRUM, LILIANNA
ADDRESS AVAILABLE UPON REQUEST

MELE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MELE, LR
ADDRESS AVAILABLE UPON REQUEST

MELE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MELE, REGI
ADDRESS AVAILABLE UPON REQUEST

MELE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MELECIO, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

MELE-LWA SCHNEIDER
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, AMARILIS
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, CHANTAY
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, ELISA
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, KAT
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, TATYANNA
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MELENDEZ-TIRADO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MELENDY, KASEY
ADDRESS AVAILABLE UPON REQUEST

MELENIE P HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

MELERO, AMORETTE
ADDRESS AVAILABLE UPON REQUEST

MELESKI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MELETA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MELFE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MELFE, JOE
ADDRESS AVAILABLE UPON REQUEST

MELGAR, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MELGAR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MELGAREJO, EDYINETH
ADDRESS AVAILABLE UPON REQUEST

MELHORN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MELHORN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MELHORN, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

MELHUISH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MELHUS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MELI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MELI, MARYALICE
ADDRESS AVAILABLE UPON REQUEST

MELIA, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MELIA, JOHN
ADDRESS AVAILABLE UPON REQUEST

MELICAP INVESTMENTS LLC
STR RESTAURANTULUI 24 VULCANA
PANDELE
DAMBOVITA  137540
ROMANIA

MELICK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MELICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MELIDONI, KACI
ADDRESS AVAILABLE UPON REQUEST

MELILLO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MELILLO, JENNY
ADDRESS AVAILABLE UPON REQUEST

MELILLO, JULIA
ADDRESS AVAILABLE UPON REQUEST

MELILLO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MELILLO, RYAN
ADDRESS AVAILABLE UPON REQUEST

MELILLO, TARA
ADDRESS AVAILABLE UPON REQUEST

MELIM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MELINA ALEJANDRA MIRAMONTES
ADDRESS AVAILABLE UPON REQUEST

MELINAND, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MELINDA CAVALLINI
ADDRESS AVAILABLE UPON REQUEST

MELINDA KAYE SINGH
ADDRESS AVAILABLE UPON REQUEST

MELINDA LIGGETT
ADDRESS AVAILABLE UPON REQUEST

MELINDA LOTTIG
ADDRESS AVAILABLE UPON REQUEST

MELINDA, FORSA
ADDRESS AVAILABLE UPON REQUEST

MELINDA, SHORTRIDGE,
ADDRESS AVAILABLE UPON REQUEST

MELINE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MELINO, EUGENE
ADDRESS AVAILABLE UPON REQUEST

MELISSA ALFORD
ADDRESS AVAILABLE UPON REQUEST

MELISSA ANNE STRONG
ADDRESS AVAILABLE UPON REQUEST

MELISSA ARBES
ADDRESS AVAILABLE UPON REQUEST

MELISSA BARRECA
ADDRESS AVAILABLE UPON REQUEST

MELISSA BIZZOZERO
ADDRESS AVAILABLE UPON REQUEST

MELISSA BLASER
ADDRESS AVAILABLE UPON REQUEST

MELISSA CASE
ADDRESS AVAILABLE UPON REQUEST

MELISSA CHUDEREWICZ
ADDRESS AVAILABLE UPON REQUEST

MELISSA DIETRICH
ADDRESS AVAILABLE UPON REQUEST

MELISSA FREIER
ADDRESS AVAILABLE UPON REQUEST

MELISSA GATLIN
ADDRESS AVAILABLE UPON REQUEST

MELISSA GORGA
ADDRESS AVAILABLE UPON REQUEST

MELISSA GREEN
ADDRESS AVAILABLE UPON REQUEST

MELISSA HAGER
ADDRESS AVAILABLE UPON REQUEST

MELISSA HARLAN
ADDRESS AVAILABLE UPON REQUEST

MELISSA HARRIS-PEROTTI
ADDRESS AVAILABLE UPON REQUEST

MELISSA HEWETT
ADDRESS AVAILABLE UPON REQUEST

MELISSA HOSONO
ADDRESS AVAILABLE UPON REQUEST

MELISSA HOUGH
ADDRESS AVAILABLE UPON REQUEST

MELISSA JAMES
ADDRESS AVAILABLE UPON REQUEST

MELISSA JOFFE
ADDRESS AVAILABLE UPON REQUEST

MELISSA LISTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MELISSA LYNN DEAN
ADDRESS AVAILABLE UPON REQUEST

MELISSA MARTINEZ
ADDRESS AVAILABLE UPON REQUEST

MELISSA MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

MELISSA MOTLEY
ADDRESS AVAILABLE UPON REQUEST

MELISSA PINKNEY
ADDRESS AVAILABLE UPON REQUEST

MELISSA RESTREPO ROLDAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MELISSA SCHROEDER SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

MELISSA SHAMBERG
ADDRESS AVAILABLE UPON REQUEST

MELISSA SITTERDING
ADDRESS AVAILABLE UPON REQUEST

MELISSA WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

MELISSA YONGE-SMITH
ADDRESS AVAILABLE UPON REQUEST

MELISSA ZAHNER
ADDRESS AVAILABLE UPON REQUEST

MELISSA, MARY
ADDRESS AVAILABLE UPON REQUEST

MELISSA, MISS
ADDRESS AVAILABLE UPON REQUEST

MELISSA, ROOD,
ADDRESS AVAILABLE UPON REQUEST

MELITI, JAN
ADDRESS AVAILABLE UPON REQUEST

MELKER, CRYSTA
ADDRESS AVAILABLE UPON REQUEST

MELKER, JASSIE
ADDRESS AVAILABLE UPON REQUEST

MELKER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MELKING, OSKAR
ADDRESS AVAILABLE UPON REQUEST

MELKONIAN, MARKAR
ADDRESS AVAILABLE UPON REQUEST

MELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MELLBERG, DAYNA
ADDRESS AVAILABLE UPON REQUEST

MELLEIN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MELLEN ENOS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MELLEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

MELLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MELLER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MELLES, BETHIEL
ADDRESS AVAILABLE UPON REQUEST

MELLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MELLI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MELLIA, THERESA
ADDRESS AVAILABLE UPON REQUEST

MELLIERE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MELLING, LUKE
ADDRESS AVAILABLE UPON REQUEST

MELLINGEN, SHERRI
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, BROCK
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MELLINGER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MELLINO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MELLMAN, CARLA
ADDRESS AVAILABLE UPON REQUEST

MELLMAN-CARSEY, ZACH
ADDRESS AVAILABLE UPON REQUEST

MELLO, ALINNE
ADDRESS AVAILABLE UPON REQUEST

MELLO, AVA
ADDRESS AVAILABLE UPON REQUEST

MELLO, JASON
ADDRESS AVAILABLE UPON REQUEST

MELLO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MELLO, KYLE
ADDRESS AVAILABLE UPON REQUEST

MELLO, ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

MELLOCH, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

MELLON, HENRY
ADDRESS AVAILABLE UPON REQUEST

MELLON, LINDA
ADDRESS AVAILABLE UPON REQUEST

MELLON, MARIAH
ADDRESS AVAILABLE UPON REQUEST

MELLON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MELLOR, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MELLOR, JO-ANN
ADDRESS AVAILABLE UPON REQUEST

MELLOR, MARK
ADDRESS AVAILABLE UPON REQUEST

MELLOTT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MELLOTT, JEAN
ADDRESS AVAILABLE UPON REQUEST

MELLOW, LAURI
ADDRESS AVAILABLE UPON REQUEST

MELLQUIST, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

MELLROTH, CARISSA
ADDRESS AVAILABLE UPON REQUEST

MELLSTEAD, DIANA
ADDRESS AVAILABLE UPON REQUEST

MELLUSI, RALPH
ADDRESS AVAILABLE UPON REQUEST

MELMED, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MELNICK, KAREN
ADDRESS AVAILABLE UPON REQUEST

MELNICK, MARINA
ADDRESS AVAILABLE UPON REQUEST

MELNICZAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MELNIK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MELNIKOV, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

MELNYK, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

MELNYK, MANDY
ADDRESS AVAILABLE UPON REQUEST

MELO, ASHLY
ADDRESS AVAILABLE UPON REQUEST

MELO, CORALIA
ADDRESS AVAILABLE UPON REQUEST

MELO, EVELIO
ADDRESS AVAILABLE UPON REQUEST

MELO, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

MELO, KELLI
ADDRESS AVAILABLE UPON REQUEST

MELO, VERIENE
ADDRESS AVAILABLE UPON REQUEST

MELO, WILSON
ADDRESS AVAILABLE UPON REQUEST

MELOCHE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MELODEE KELLY
ADDRESS AVAILABLE UPON REQUEST

MELODIE PISCIOTTI
ADDRESS AVAILABLE UPON REQUEST

MELODIE WALKER
ADDRESS AVAILABLE UPON REQUEST

MELODY BROWN
ADDRESS AVAILABLE UPON REQUEST

MELONE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MELONI, LOUIS
ADDRESS AVAILABLE UPON REQUEST

MELONSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MELORO, SUSIE
ADDRESS AVAILABLE UPON REQUEST

MELOSCIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MELOTT, GIL
ADDRESS AVAILABLE UPON REQUEST

MELOY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MELOY, MIKE
ADDRESS AVAILABLE UPON REQUEST

MELPOLDER, BRAD
ADDRESS AVAILABLE UPON REQUEST

MELROSE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MELSER, AMY
ADDRESS AVAILABLE UPON REQUEST

MELSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MELSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MELSON, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MELSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

MELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

MELSON, ZACH
ADDRESS AVAILABLE UPON REQUEST

MELTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MELTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MELTON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MELTON, CALEB
ADDRESS AVAILABLE UPON REQUEST

MELTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MELTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MELTON, DAN
ADDRESS AVAILABLE UPON REQUEST

MELTON, DON
ADDRESS AVAILABLE UPON REQUEST

MELTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

MELTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MELTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

MELTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MELTON, LEXI
ADDRESS AVAILABLE UPON REQUEST

MELTON, MARY
ADDRESS AVAILABLE UPON REQUEST

MELTON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MELTON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

MELTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MELTON, RAELEE
ADDRESS AVAILABLE UPON REQUEST

MELTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MELTON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MELTSER, LUDMILLA
ADDRESS AVAILABLE UPON REQUEST

MELTSOVA, YULIA
ADDRESS AVAILABLE UPON REQUEST

MELTZER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MELTZER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MELTZER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MELTZER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MELTZER, THERESA
ADDRESS AVAILABLE UPON REQUEST

MELVILLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MELVILLE, JENNI
ADDRESS AVAILABLE UPON REQUEST

MELVILLE, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

MELVIN TAN
ADDRESS AVAILABLE UPON REQUEST

MELVIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MELVIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MELVIN, JANELL
ADDRESS AVAILABLE UPON REQUEST

MELVIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MELVIN, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

MELVIN, VERAN R.
ADDRESS AVAILABLE UPON REQUEST

MEMARY, AIDA
ADDRESS AVAILABLE UPON REQUEST

MEMBRERE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MEMENTOSTRIP INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

MEMHARD, ALI
ADDRESS AVAILABLE UPON REQUEST

MEMINGER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MEMMEN, SARA
ADDRESS AVAILABLE UPON REQUEST

MEMMOTT, LARA
ADDRESS AVAILABLE UPON REQUEST

MEMON, HAFIZA
ADDRESS AVAILABLE UPON REQUEST

MEMON, TABEER
ADDRESS AVAILABLE UPON REQUEST

MENA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MENA, ARLENE
ADDRESS AVAILABLE UPON REQUEST

MENA, AUTUMN SKYLAR
ADDRESS AVAILABLE UPON REQUEST

MENA, EDGAR
ADDRESS AVAILABLE UPON REQUEST

MENA, JAMILAH
ADDRESS AVAILABLE UPON REQUEST

MENA, JO ANN
ADDRESS AVAILABLE UPON REQUEST

MENA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MENA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MENA, MILY
ADDRESS AVAILABLE UPON REQUEST

MENA09, JENNY
ADDRESS AVAILABLE UPON REQUEST

MENAGH, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MENAGH, RILEY
ADDRESS AVAILABLE UPON REQUEST

MENAKER, DARREN
ADDRESS AVAILABLE UPON REQUEST

MENA-LANDRY, MATT
ADDRESS AVAILABLE UPON REQUEST

MENALDI, SONNI
ADDRESS AVAILABLE UPON REQUEST

MENARD, CINDY
ADDRESS AVAILABLE UPON REQUEST

MENARD, DIANNA
ADDRESS AVAILABLE UPON REQUEST

MENARD, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MENARD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MENARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

MENARD, LORI
ADDRESS AVAILABLE UPON REQUEST

MENARD, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

MENARD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MENARD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MENAS, LYES
ADDRESS AVAILABLE UPON REQUEST

MENASCE, RUSLANA
ADDRESS AVAILABLE UPON REQUEST

MENCH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MENCHACA, AARON
ADDRESS AVAILABLE UPON REQUEST

MENCHACA, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MENCHACA, COYA
ADDRESS AVAILABLE UPON REQUEST

MENCHACA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MENCIA, SINDY
ADDRESS AVAILABLE UPON REQUEST

MENCKE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MEND TECH, INC.
4505 GLENCOE AVE
MARINA DEL REY, CA  90292

MENDE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MENDEL, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

MENDEL, MILA
ADDRESS AVAILABLE UPON REQUEST

MENDELSOHN, JESSE
ADDRESS AVAILABLE UPON REQUEST

MENDELSOHN, MICHELINE
ADDRESS AVAILABLE UPON REQUEST

MENDELSOHN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MENDELSON, DEBORA
ADDRESS AVAILABLE UPON REQUEST

MENDELSON, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MENDELSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

MENDENHALL, ALISA
ADDRESS AVAILABLE UPON REQUEST

MENDENHALL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MENDENHALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MENDENHALL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MENDES, ALDINO
ADDRESS AVAILABLE UPON REQUEST

MENDES, DANIELA
ADDRESS AVAILABLE UPON REQUEST

MENDES, ERICA
ADDRESS AVAILABLE UPON REQUEST

MENDES, ERICA
ADDRESS AVAILABLE UPON REQUEST

MENDES, LINDA
ADDRESS AVAILABLE UPON REQUEST

MENDES, MYKEL
ADDRESS AVAILABLE UPON REQUEST

MENDES, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MENDES, RICA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ BARALT, MARA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, ABBY
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, AKINYELE
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, CLEMENTE
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, EDITH
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, ELIUD
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, GARY
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, IVESHKA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, JALISSA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, LUCY
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, MAXIMILIANA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, NITZYA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ, VILMA
ADDRESS AVAILABLE UPON REQUEST

MENDEZ-AKOPIAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MENDEZ-VALDEZ, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

MENDICINO, HEALEY
ADDRESS AVAILABLE UPON REQUEST

MENDIETA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MENDIETA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MENDIETA, MARTHA M
ADDRESS AVAILABLE UPON REQUEST

MENDIOLA, ATALA
ADDRESS AVAILABLE UPON REQUEST

MENDIOLA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MENDIVIL, ANA
ADDRESS AVAILABLE UPON REQUEST

MENDIVIL, ANA
ADDRESS AVAILABLE UPON REQUEST

MENDIZABAL, AMAYA
ADDRESS AVAILABLE UPON REQUEST

MENDIZABAL, JOSELINE
ADDRESS AVAILABLE UPON REQUEST

MENDLEN, MADELYN
ADDRESS AVAILABLE UPON REQUEST

MENDOCINO FARMS
ADDRESS UNAVAILABLE AT TIME OF FILING

MENDOCINO WINE CO
501 PARDUCCI RD
JEFF MASON, PRESIDENT
UKIAH, CA  95482

MENDOCINO WINE CO
501 PARDUCCI RD
UKIAH, CA  95482

MENDOLA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MENDOLA, TRACY
ADDRESS AVAILABLE UPON REQUEST

MENDONCA SANTOS, ERICK RICARDO
ADDRESS AVAILABLE UPON REQUEST

MENDONCA, BRETT
ADDRESS AVAILABLE UPON REQUEST

MENDONCA, KALLEE
ADDRESS AVAILABLE UPON REQUEST

MENDONCA, LUCIANA
ADDRESS AVAILABLE UPON REQUEST

MENDONCA, NEIL
ADDRESS AVAILABLE UPON REQUEST

MENDONSA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA MIKLOS, HADLEY
ADDRESS AVAILABLE UPON REQUEST

MENDOZA SANCHEZ, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, AARON
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, AMY
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ART
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, CARLOS ERNESTO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, CRISTOBAL
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, DENESE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, DIANA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, DIANA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ERICA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, GERARDO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, GILLIANNA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, GLADYS
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, IVONNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, JORGE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, KRIS
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, MEI LIN
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, MONICA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, PEDRO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, ROGER
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, RYAN
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, SOFIA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, VANESA
ADDRESS AVAILABLE UPON REQUEST

MENDOZA, YESCENIA
ADDRESS AVAILABLE UPON REQUEST

MENDRYSA, FNPC, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MENDS, ABIGEAL
ADDRESS AVAILABLE UPON REQUEST

MENDS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MENDUKE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MENDUM, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MENEAR, NANCY
ADDRESS AVAILABLE UPON REQUEST

MENEESE, LEILANI
ADDRESS AVAILABLE UPON REQUEST

MENEFEE, ABBY
ADDRESS AVAILABLE UPON REQUEST

MENEFEE, MAYA
ADDRESS AVAILABLE UPON REQUEST

MENEFEE, TANYA
ADDRESS AVAILABLE UPON REQUEST

MENEGAZZI, NADIA
ADDRESS AVAILABLE UPON REQUEST

MENEGHETTI, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MENEGHIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MENEGHIN, JESSAMYN
ADDRESS AVAILABLE UPON REQUEST

MENELEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ BARREIRO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, GINA
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, JADE
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, JANICE
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, KELLI
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, LARA
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

MENENDEZ, NOEMI
ADDRESS AVAILABLE UPON REQUEST

MENEREY, DEREK
ADDRESS AVAILABLE UPON REQUEST

MENESALE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MENESES, ZABRINA
ADDRESS AVAILABLE UPON REQUEST

MENEZES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MENEZES, FRANK
ADDRESS AVAILABLE UPON REQUEST

MENEZES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MENFI, AUDRA
ADDRESS AVAILABLE UPON REQUEST

MENG
ADDRESS AVAILABLE UPON REQUEST

MENG, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

MENGEBIER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MENGEL FLESCH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MENGEL, JANEEN
ADDRESS AVAILABLE UPON REQUEST

MENGEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MENGEL, LIBBY
ADDRESS AVAILABLE UPON REQUEST

MENGEL, PAUL & ALISON
ADDRESS AVAILABLE UPON REQUEST

MENGEL, PAUL
ADDRESS AVAILABLE UPON REQUEST

MENGELT, BETH
ADDRESS AVAILABLE UPON REQUEST

MENGER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MENGES, ANNA
ADDRESS AVAILABLE UPON REQUEST

MENGHANI, KIRTI
ADDRESS AVAILABLE UPON REQUEST

MENGHINI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MENGISTU, AMEN
ADDRESS AVAILABLE UPON REQUEST

MENGLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MENGLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MENGLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MENGOTE BALUCA, ANA
ADDRESS AVAILABLE UPON REQUEST

MENIGHAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MENIRU, IFEANYI
ADDRESS AVAILABLE UPON REQUEST

MENIUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MENJIVAR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MENJIVAR, ERICA
ADDRESS AVAILABLE UPON REQUEST

MENJIVAR, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

MENK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MENKE, GLENN
ADDRESS AVAILABLE UPON REQUEST

MENKE, JAYCI
ADDRESS AVAILABLE UPON REQUEST

MENKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MENKER, HADLEY
ADDRESS AVAILABLE UPON REQUEST

MENKES, STACEY
ADDRESS AVAILABLE UPON REQUEST

MENKHUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MENKOVIC, AMINA
ADDRESS AVAILABLE UPON REQUEST

MENN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MENNA, THERESA
ADDRESS AVAILABLE UPON REQUEST

MENNE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MENNEG, PAUL
ADDRESS AVAILABLE UPON REQUEST

MENNIE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MENNING, CONOR
ADDRESS AVAILABLE UPON REQUEST

MENNONA, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MENON, ABHIJIT
ADDRESS AVAILABLE UPON REQUEST

MENON, KAVYA
ADDRESS AVAILABLE UPON REQUEST

MENON, MANOHAR
ADDRESS AVAILABLE UPON REQUEST

MENON, NAUKA
ADDRESS AVAILABLE UPON REQUEST

MENONA, LISA
ADDRESS AVAILABLE UPON REQUEST

MENOTTIS
ADDRESS UNAVAILABLE AT TIME OF FILING

MENSAH, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MENSAH, EDWIN
ADDRESS AVAILABLE UPON REQUEST

MENSAH, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MENSAH, ISAAC
ADDRESS AVAILABLE UPON REQUEST

MENSAH, JOSEPHINE KORLEI
ADDRESS AVAILABLE UPON REQUEST

MENSAH, TANYA
ADDRESS AVAILABLE UPON REQUEST

MENSCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MENSCHNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MENSHER, MARLY
ADDRESS AVAILABLE UPON REQUEST

MENTA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MENTABERRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MENTASTI SHANLEY, SASHA
ADDRESS AVAILABLE UPON REQUEST

MENTEL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MENTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MENTZ, RON
ADDRESS AVAILABLE UPON REQUEST

MENTZELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MENTZER, KENNY
ADDRESS AVAILABLE UPON REQUEST

MENURA LABROOY
ADDRESS AVAILABLE UPON REQUEST

MENZEL, BILLIE
ADDRESS AVAILABLE UPON REQUEST

MENZEL, KATIYA
ADDRESS AVAILABLE UPON REQUEST

MENZEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MENZELEEV, ARTUR
ADDRESS AVAILABLE UPON REQUEST

MENZELLA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MENZIES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MEO, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

MEO, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

MEO, PAOLO
ADDRESS AVAILABLE UPON REQUEST

MEOLA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MEOLA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MEOLA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MEOLA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MEOLA-ABATE, TERRI
ADDRESS AVAILABLE UPON REQUEST

MEOLI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MEORE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MERA, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

MERA, RONNIE
ADDRESS AVAILABLE UPON REQUEST

MERANDA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MERAZ, YULIANA
ADDRESS AVAILABLE UPON REQUEST

MERCADANTE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MERCADO SU MESA
ADDRESS UNAVAILABLE AT TIME OF FILING

MERCADO, ABBY
ADDRESS AVAILABLE UPON REQUEST

MERCADO, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MERCADO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MERCADO, DOLORES
ADDRESS AVAILABLE UPON REQUEST

MERCADO, DOUG
ADDRESS AVAILABLE UPON REQUEST

MERCADO, EDGAR
ADDRESS AVAILABLE UPON REQUEST

MERCADO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MERCADO, ERICK
ADDRESS AVAILABLE UPON REQUEST

MERCADO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MERCADO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MERCADO, JOSE A
ADDRESS AVAILABLE UPON REQUEST

MERCADO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MERCADO, MARA
ADDRESS AVAILABLE UPON REQUEST

MERCADO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MERCADO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MERCADO, MIOSOTIS
ADDRESS AVAILABLE UPON REQUEST

MERCADO, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

MERCADO, RICARDO
ADDRESS AVAILABLE UPON REQUEST

MERCADO, RONALD
ADDRESS AVAILABLE UPON REQUEST

MERCADO, TANEESHA
ADDRESS AVAILABLE UPON REQUEST

MERCADO, TEMALI
ADDRESS AVAILABLE UPON REQUEST

MERCALDE, PAULA AND BILL
ADDRESS AVAILABLE UPON REQUEST

MERCANTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MERCED, ALEX
ADDRESS AVAILABLE UPON REQUEST

MERCED, RICARDO
ADDRESS AVAILABLE UPON REQUEST

MERCEDE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MERCEDES BROADUS
ADDRESS AVAILABLE UPON REQUEST

MERCEDES, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

MERCER KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

MERCER
1166 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

MERCER, AMBER
ADDRESS AVAILABLE UPON REQUEST

MERCER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MERCER, DAWN
ADDRESS AVAILABLE UPON REQUEST

MERCER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MERCER, EVE
ADDRESS AVAILABLE UPON REQUEST

MERCER, GARY
ADDRESS AVAILABLE UPON REQUEST

MERCER, JANET
ADDRESS AVAILABLE UPON REQUEST

MERCER, JULIANA
ADDRESS AVAILABLE UPON REQUEST

MERCER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MERCER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MERCER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MERCER, SHELTON
ADDRESS AVAILABLE UPON REQUEST

MERCER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MERCER, TORI
ADDRESS AVAILABLE UPON REQUEST

MERCER, TYLER
ADDRESS AVAILABLE UPON REQUEST

MERCER, VICKI
ADDRESS AVAILABLE UPON REQUEST

MERCER, WALTERIA
ADDRESS AVAILABLE UPON REQUEST

MERCHANT COST CONSULTING, LLC
21 BATCHELDER ST.
BOSTON, MA  02119

MERCHANT E-SOLUTIONS
P.O BOX 13005
SPOKANE, WA  99213-3305

MERCHANT FINANCIAL CORPORATION
1411 BROADWAY 22ND FLOOR
NEW YORK, NY  10018

MERCHANT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, ERIN
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, PAULINE
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, REHMAT
ADDRESS AVAILABLE UPON REQUEST

MERCHANT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MERCHANT-BLEIBERG, EKEM
ADDRESS AVAILABLE UPON REQUEST

MERCHANTS, NATASCHA
ADDRESS AVAILABLE UPON REQUEST

MERCHLEWITZ, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MERCIER, AIDANA
ADDRESS AVAILABLE UPON REQUEST

MERCIER, EARL
ADDRESS AVAILABLE UPON REQUEST

MERCIER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MERCIER, PAUL
ADDRESS AVAILABLE UPON REQUEST

MERCIERI, KATIE
ADDRESS AVAILABLE UPON REQUEST

MERCIK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MERCILLE, JENN
ADDRESS AVAILABLE UPON REQUEST

MERCORA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MERCURIO PYE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MERCURIO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MERCURIO, JEAN
ADDRESS AVAILABLE UPON REQUEST

MERCURIO, JEAN
ADDRESS AVAILABLE UPON REQUEST

MERCURIO, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MERCURIO, LISA
ADDRESS AVAILABLE UPON REQUEST

MERCURY, IAN
ADDRESS AVAILABLE UPON REQUEST

MERCY, TEVIN
ADDRESS AVAILABLE UPON REQUEST

MERDES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MERDINGER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MERECKI, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MEREDITH ATKINSON
ADDRESS AVAILABLE UPON REQUEST

MEREDITH CHAMBERLAIN
430 VENICE WAY
VENICE, CA  90291

MEREDITH CLEMENTS
ADDRESS AVAILABLE UPON REQUEST

MEREDITH HAWLEY
ADDRESS AVAILABLE UPON REQUEST

MEREDITH VLAHAKIS
ADDRESS AVAILABLE UPON REQUEST

MEREDITH YACKEL
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, CARSON
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, JANET
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, JUDY
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, KARA
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, LES
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, MATTIE
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

MEREDITH, NORA
ADDRESS AVAILABLE UPON REQUEST

MEREGILDO, CLARA
ADDRESS AVAILABLE UPON REQUEST

MERELLO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MERENDINO, GRACE
ADDRESS AVAILABLE UPON REQUEST

MERENGUE BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

MEREWITZ, JASON
ADDRESS AVAILABLE UPON REQUEST

MERFALEN, TERRIANN
ADDRESS AVAILABLE UPON REQUEST

MERGENTHALER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MERGERSON, WANDA
ADDRESS AVAILABLE UPON REQUEST

MERGINS, GUSTAV
ADDRESS AVAILABLE UPON REQUEST

MERGLER, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

MERGNER, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

MERGONI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MERHEGE, AMIE
ADDRESS AVAILABLE UPON REQUEST

MERI GIBBONS
ADDRESS AVAILABLE UPON REQUEST

MERICKA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MERICLE, ANDREE
ADDRESS AVAILABLE UPON REQUEST

MERICLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MERICLE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MERICLE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MERIDA, EDGAR
ADDRESS AVAILABLE UPON REQUEST

MERIDA, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

MERIDITH1, DENISE
ADDRESS AVAILABLE UPON REQUEST

MERIGGIOLI, EMMA
ADDRESS AVAILABLE UPON REQUEST

MERILLENO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

MERIMON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MERIN, WALLGREENS
ADDRESS AVAILABLE UPON REQUEST

MERINAR, JACOB
ADDRESS AVAILABLE UPON REQUEST

MERINGOLO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MERINO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MERINO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MERINO, YULIA
ADDRESS AVAILABLE UPON REQUEST

MERIPOL, BILL
ADDRESS AVAILABLE UPON REQUEST

MERIS, YOLDINE
ADDRESS AVAILABLE UPON REQUEST

MERIWETHER, CAROLE
ADDRESS AVAILABLE UPON REQUEST

MERIWETHER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MERK, ALEX
ADDRESS AVAILABLE UPON REQUEST

MERK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MERKAJ, FOTI
ADDRESS AVAILABLE UPON REQUEST

MERKEL, AKATARINE
ADDRESS AVAILABLE UPON REQUEST

MERKEL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MERKEL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MERKEL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MERKEL, KIM
ADDRESS AVAILABLE UPON REQUEST

MERKEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MERKEL, LIANA
ADDRESS AVAILABLE UPON REQUEST

MERKEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MERKER, PETER
ADDRESS AVAILABLE UPON REQUEST

MERKEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

MERKI HAIR STUDIO, KRYSTA IRISH
ADDRESS AVAILABLE UPON REQUEST

MERKIN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MERKLE, BETH
ADDRESS AVAILABLE UPON REQUEST

MERKT, GARY
ADDRESS AVAILABLE UPON REQUEST

MERL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MERLA, MARIAH
ADDRESS AVAILABLE UPON REQUEST

MERLANO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MERLE, DENISE
ADDRESS AVAILABLE UPON REQUEST

MERLIC, ADAM
ADDRESS AVAILABLE UPON REQUEST

MERLIC, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MERLIN E MAPES
ADDRESS AVAILABLE UPON REQUEST

MERLINE, ANNA
ADDRESS AVAILABLE UPON REQUEST

MERLINE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MERLINO, ANELIESE
ADDRESS AVAILABLE UPON REQUEST

MERLINO, APRIL
ADDRESS AVAILABLE UPON REQUEST

MERLINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MERLINO, JEN
ADDRESS AVAILABLE UPON REQUEST

MERLINO, JEN
ADDRESS AVAILABLE UPON REQUEST

MERLINO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MERLINO, TONY
ADDRESS AVAILABLE UPON REQUEST

MERLITTI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MERLO, ELYSE
ADDRESS AVAILABLE UPON REQUEST

MERLO, GEORGIANNE
ADDRESS AVAILABLE UPON REQUEST

MERLO, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

MERMELSTEIN, ROBIN AND STUART
ADDRESS AVAILABLE UPON REQUEST

MERO, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MERO, JENNY
ADDRESS AVAILABLE UPON REQUEST

MEROSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

MERRELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

MERRELL, BRIYANNI
ADDRESS AVAILABLE UPON REQUEST

MERRIAM, JAMES
ADDRESS AVAILABLE UPON REQUEST

MERRIAM, KIM
ADDRESS AVAILABLE UPON REQUEST

MERRIAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MERRICK, ARON C.
ADDRESS AVAILABLE UPON REQUEST

MERRICK, KEESHA
ADDRESS AVAILABLE UPON REQUEST

MERRICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MERRICK, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MERRICK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MERRIFIELD, GARY
ADDRESS AVAILABLE UPON REQUEST

MERRIGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MERRIKEN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MERRILL PROPERTIES, LLC
P.O. BOX 789
TEMPLETON, CA  93465

MERRILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MERRILL, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MERRILL, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MERRILL, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MERRILL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MERRILL, CINDY
ADDRESS AVAILABLE UPON REQUEST

MERRILL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MERRILL, ELSIE
ADDRESS AVAILABLE UPON REQUEST

MERRILL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MERRILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MERRILL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MERRILL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MERRILL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MERRILL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MERRILL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MERRILL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MERRILL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MERRILL, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MERRILL, NOAH
ADDRESS AVAILABLE UPON REQUEST

MERRILL, SHAW
ADDRESS AVAILABLE UPON REQUEST

MERRILL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MERRILL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MERRILL, TYLER
ADDRESS AVAILABLE UPON REQUEST

MERRIMAN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MERRIMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MERRIMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

MERRION, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MERRITT, ALISON
ADDRESS AVAILABLE UPON REQUEST

MERRITT, CINDY
ADDRESS AVAILABLE UPON REQUEST

MERRITT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MERRITT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, FRANK
ADDRESS AVAILABLE UPON REQUEST

MERRITT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MERRITT, JANELLE
ADDRESS AVAILABLE UPON REQUEST

MERRITT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, JOHN
ADDRESS AVAILABLE UPON REQUEST

MERRITT, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MERRITT, KAREN
ADDRESS AVAILABLE UPON REQUEST

MERRITT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MERRITT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, MITCH
ADDRESS AVAILABLE UPON REQUEST

MERRITT, PEARL
ADDRESS AVAILABLE UPON REQUEST

MERRITT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, REGINA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, SARA
ADDRESS AVAILABLE UPON REQUEST

MERRITT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MERRITTS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MERRIWEATHER, JAISA
ADDRESS AVAILABLE UPON REQUEST

MERRY ANN PRATT
ADDRESS AVAILABLE UPON REQUEST

MERRY, DAVE
ADDRESS AVAILABLE UPON REQUEST

MERRY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MERRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MERRYMAN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MERRYMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

MERSBERGER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MERSCHEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

MERSCHEN, JULIAN
ADDRESS AVAILABLE UPON REQUEST

MERSEREAU, LENA
ADDRESS AVAILABLE UPON REQUEST

MERSETH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

MERSHON, EMILY
ADDRESS AVAILABLE UPON REQUEST

MERSHON, KAILA
ADDRESS AVAILABLE UPON REQUEST

MERSKY, KIERA
ADDRESS AVAILABLE UPON REQUEST

MERSMAN, PATRIC
ADDRESS AVAILABLE UPON REQUEST

MERTEN, TESSA
ADDRESS AVAILABLE UPON REQUEST

MERTENS, SONJA
ADDRESS AVAILABLE UPON REQUEST

MERTENS-JOHNSON, TESS
ADDRESS AVAILABLE UPON REQUEST

MERTES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MERTINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MERTZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MERTZ, COLBIE
ADDRESS AVAILABLE UPON REQUEST

MERTZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

MERUELO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MERUTKA, LISA
ADDRESS AVAILABLE UPON REQUEST

MERVELDT, KAELIN
ADDRESS AVAILABLE UPON REQUEST

MERVILDE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MERVIN, TANYA
ADDRESS AVAILABLE UPON REQUEST

MERVINE, ELENA
ADDRESS AVAILABLE UPON REQUEST

MERVYN PERCY BLOOM
ADDRESS AVAILABLE UPON REQUEST

MERWALD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MERWIN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MERWIN, JANINE
ADDRESS AVAILABLE UPON REQUEST

MERWIN, LINDY
ADDRESS AVAILABLE UPON REQUEST

MERWIN, RUTH
ADDRESS AVAILABLE UPON REQUEST

MERZ, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

MERZ, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MERZ, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MERZ, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MESA SM LANANG
ADDRESS UNAVAILABLE AT TIME OF FILING

MESA VERDE VINEYARDS, LLC
PO BOX 385
SANTA YNEZ, CA  93460

MESA
ADDRESS AVAILABLE UPON REQUEST

MESA, APRIL
ADDRESS AVAILABLE UPON REQUEST

MESA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MESA, SARA
ADDRESS AVAILABLE UPON REQUEST

MESA, YENI
ADDRESS AVAILABLE UPON REQUEST

MESCE, GARY
ADDRESS AVAILABLE UPON REQUEST

MESCHA, AMY
ADDRESS AVAILABLE UPON REQUEST

MESCHI, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MESCHKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MESCHLER, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

MESECKE, SVEN
ADDRESS AVAILABLE UPON REQUEST

MESEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MESEN, LUIS
ADDRESS AVAILABLE UPON REQUEST

MESENBRINK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MESERVE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MESHELL, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MESHELL, NANCY
ADDRESS AVAILABLE UPON REQUEST

MESHRAM, NILESH
ADDRESS AVAILABLE UPON REQUEST

MESIBOV, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MESIBOV, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MESICK, ADAM
ADDRESS AVAILABLE UPON REQUEST

MESIK, SONJA
ADDRESS AVAILABLE UPON REQUEST

MESITI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MESKILL, GERARD
ADDRESS AVAILABLE UPON REQUEST

MESKILL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MESNER, AMY
ADDRESS AVAILABLE UPON REQUEST

MESQUITA, JULIA
ADDRESS AVAILABLE UPON REQUEST

MESSAM, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MESSE DUSSELDORF
ADDRESS UNAVAILABLE AT TIME OF FILING

MESSENGER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MESSENGER, MARVIN
ADDRESS AVAILABLE UPON REQUEST

MESSENGER, TARA
ADDRESS AVAILABLE UPON REQUEST

MESSER, ANNA
ADDRESS AVAILABLE UPON REQUEST

MESSER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MESSER, DIANE
ADDRESS AVAILABLE UPON REQUEST

MESSER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MESSER, LATOI
ADDRESS AVAILABLE UPON REQUEST

MESSER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MESSER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

MESSER, MARSHA
ADDRESS AVAILABLE UPON REQUEST

MESSER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MESSER, SHERI
ADDRESS AVAILABLE UPON REQUEST

MESSER, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

MESSERLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MESSERLI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MESSEROTES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MESSERSCHMIDT, WENDY
ADDRESS AVAILABLE UPON REQUEST

MESSERSMITH, LEILANI
ADDRESS AVAILABLE UPON REQUEST

MESSERSMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MESSERSMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MESSEX, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

MESSIAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MESSIAS, DUUD
ADDRESS AVAILABLE UPON REQUEST

MESSICK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MESSICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

MESSICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MESSICK, RUTH
ADDRESS AVAILABLE UPON REQUEST

MESSIER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MESSIER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MESSIER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

MESSIMER, APRIL
ADDRESS AVAILABLE UPON REQUEST

MESSINA, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MESSINA, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MESSINA, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

MESSINA, COLETTE
ADDRESS AVAILABLE UPON REQUEST

MESSINA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MESSINA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MESSINA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

MESSINEO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MESSINESE, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MESSINGER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MESSINGER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MESSLER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MESSMANN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MESSMER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MESSNER, LEEANNE
ADDRESS AVAILABLE UPON REQUEST

MESI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MESTA, CORA
ADDRESS AVAILABLE UPON REQUEST

MESTAD, ADAHEID
ADDRESS AVAILABLE UPON REQUEST

MESTAGH, DESTINY
ADDRESS AVAILABLE UPON REQUEST

MESTAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MESTEL, GAVIN
ADDRESS AVAILABLE UPON REQUEST

MESTER, LUCY
ADDRESS AVAILABLE UPON REQUEST

MESTRE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MESTRE, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MESZAROS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

META PLATFORMS, INC
1601 WILLOW RD
MENLO PARK, CA  94025-1452

META PLATFORMS, INC
FACEBOOK, INC ATTN: ACCOUNTS
RECEIVABLE 15161 COLLECTIONS CENTER
DRIVE
MARK ZUCKERBERG, CHAIRMAN AND CHIEF
EXECUTIVE OFFICER
CHICAGO, IL  60693

META PLATFORMS, INC
FACEBOOK, INC ATTN: ACCOUNTS
RECEIVABLE
15161 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

METALEAP CREATIVE
5256 PEACHTREE RD. STE 125
ATLANTA, GA  30341

METALLO, ANGELO
ADDRESS AVAILABLE UPON REQUEST

METAYER, CHARLI
ADDRESS AVAILABLE UPON REQUEST

METAYER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

METCALF, BESS
ADDRESS AVAILABLE UPON REQUEST

METCALF, CHERYL
ADDRESS AVAILABLE UPON REQUEST

METCALF, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

METCALF, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

METCALF, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

METCALF, SARAH
ADDRESS AVAILABLE UPON REQUEST

METCALF, SONYA
ADDRESS AVAILABLE UPON REQUEST

METCALF, THOMAS
ADDRESS AVAILABLE UPON REQUEST

METCALF, VERONICA
ADDRESS AVAILABLE UPON REQUEST

METCALF, WENDY
ADDRESS AVAILABLE UPON REQUEST

METCALFE, ALEX
ADDRESS AVAILABLE UPON REQUEST

METCALFE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

METCALFE, KATIE
ADDRESS AVAILABLE UPON REQUEST

METER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

METERSKY, ANNE
ADDRESS AVAILABLE UPON REQUEST

METHE, JOAN
ADDRESS AVAILABLE UPON REQUEST

METHENY, HILLARY
ADDRESS AVAILABLE UPON REQUEST

METHENY, KELLY
ADDRESS AVAILABLE UPON REQUEST

METHNER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

METHOT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

METHUKUPALLY, KAVYA
ADDRESS AVAILABLE UPON REQUEST

METHVEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

METIN MANGUT
ADDRESS AVAILABLE UPON REQUEST

METOYER, MONICA
ADDRESS AVAILABLE UPON REQUEST

METOYER, SHAWNTELL
ADDRESS AVAILABLE UPON REQUEST

METRIC THEORY LLC
311 CALIFORNIA ST STE 200
SAN FRANCISCO, CA  94104

METRIC THEORY LLC
755 SANSOME ST STE 200
SAN FRANCISCO, CA  94111

METRIC THEORY LLC
PO BOX 748544
LOS ANGELES, CA  90074-748544

METRO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

METROPOLITAN TRANSPORTATION
AUTHORITY
ADDRESS UNAVAILABLE AT TIME OF FILING

METS, FRANK AND LEE
ADDRESS AVAILABLE UPON REQUEST

METTAUER, SANDY
ADDRESS AVAILABLE UPON REQUEST

METTE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

METTENS, DAVID
ADDRESS AVAILABLE UPON REQUEST

METTLER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

METTS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

METTS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

METTS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

METYKO, MK
ADDRESS AVAILABLE UPON REQUEST

METZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

METZ, KARYN
ADDRESS AVAILABLE UPON REQUEST

METZ, KEELI
ADDRESS AVAILABLE UPON REQUEST

METZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

METZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

METZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

METZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

METZEL, IRELAND
ADDRESS AVAILABLE UPON REQUEST

METZELAAR, ELISE
ADDRESS AVAILABLE UPON REQUEST

METZGAR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

METZGAR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

METZGAR, TALIA
ADDRESS AVAILABLE UPON REQUEST

METZGER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

METZGER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

METZGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

METZGER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

METZGER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

METZGER, MONICA
ADDRESS AVAILABLE UPON REQUEST

METZLER, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

METZLER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

METZNER, LORENE
ADDRESS AVAILABLE UPON REQUEST

MEUCCI, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MEUIR, MISTI
ADDRESS AVAILABLE UPON REQUEST

MEULENGRACHT, KALI
ADDRESS AVAILABLE UPON REQUEST

MEUNDIES
ADDRESS UNAVAILABLE AT TIME OF FILING

MEUNIER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MEUNIER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MEUNIER, RYAN
ADDRESS AVAILABLE UPON REQUEST

MEURER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MEURLOTT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MEURY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MEURY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MEUSER, DINA
ADDRESS AVAILABLE UPON REQUEST

MEVOLI, CHAZZ
ADDRESS AVAILABLE UPON REQUEST

MEW, DAVID
ADDRESS AVAILABLE UPON REQUEST

MEWES, JODI
ADDRESS AVAILABLE UPON REQUEST

MEWHINNEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEWS, LEE
ADDRESS AVAILABLE UPON REQUEST

MEXTORF, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MEYEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEYER  BEACH, WILLOW
ADDRESS AVAILABLE UPON REQUEST

MEYER ABADI
ADDRESS AVAILABLE UPON REQUEST

MEYER BRAVYAK, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MEYER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MEYER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ANNA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MEYER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MEYER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MEYER, BLAISE
ADDRESS AVAILABLE UPON REQUEST

MEYER, CAITLEN
ADDRESS AVAILABLE UPON REQUEST

MEYER, CARA
ADDRESS AVAILABLE UPON REQUEST

MEYER, CARISSA
ADDRESS AVAILABLE UPON REQUEST

MEYER, CARL
ADDRESS AVAILABLE UPON REQUEST

MEYER, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, CINDY
ADDRESS AVAILABLE UPON REQUEST

MEYER, DARLENE
ADDRESS AVAILABLE UPON REQUEST

MEYER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MEYER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MEYER, DINA
ADDRESS AVAILABLE UPON REQUEST

MEYER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MEYER, ELMIRA ALLAIN
ADDRESS AVAILABLE UPON REQUEST

MEYER, ERICA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ERICA
ADDRESS AVAILABLE UPON REQUEST

MEYER, ERYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MEYER, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MEYER, GREG
ADDRESS AVAILABLE UPON REQUEST

MEYER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MEYER, HEIDEE
ADDRESS AVAILABLE UPON REQUEST

MEYER, HILARY
ADDRESS AVAILABLE UPON REQUEST

MEYER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

MEYER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, JAYSON
ADDRESS AVAILABLE UPON REQUEST

MEYER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MEYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEYER, JENNY
ADDRESS AVAILABLE UPON REQUEST

MEYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEYER, JODI
ADDRESS AVAILABLE UPON REQUEST

MEYER, JOE
ADDRESS AVAILABLE UPON REQUEST

MEYER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MEYER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, KAREN
ADDRESS AVAILABLE UPON REQUEST

MEYER, KASEE
ADDRESS AVAILABLE UPON REQUEST

MEYER, KATE
ADDRESS AVAILABLE UPON REQUEST

MEYER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, KATHY
ADDRESS AVAILABLE UPON REQUEST

MEYER, KATIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MEYER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MEYER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MEYER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MEYER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEYER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEYER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MEYER, LOREN
ADDRESS AVAILABLE UPON REQUEST

MEYER, LORREN
ADDRESS AVAILABLE UPON REQUEST

MEYER, MARIA
ADDRESS AVAILABLE UPON REQUEST

MEYER, MARY JO
ADDRESS AVAILABLE UPON REQUEST

MEYER, MARY
ADDRESS AVAILABLE UPON REQUEST

MEYER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MEYER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MEYER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MEYER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEYER, NIK
ADDRESS AVAILABLE UPON REQUEST

MEYER, NOLAN
ADDRESS AVAILABLE UPON REQUEST

MEYER, RICK
ADDRESS AVAILABLE UPON REQUEST

MEYER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MEYER, ROLLY
ADDRESS AVAILABLE UPON REQUEST

MEYER, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

MEYER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MEYER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MEYER, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MEYER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MEYER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MEYER, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

MEYER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MEYER, THALYTHA
ADDRESS AVAILABLE UPON REQUEST

MEYER, THERESA AND KEN
ADDRESS AVAILABLE UPON REQUEST

MEYER, VIC
ADDRESS AVAILABLE UPON REQUEST

MEYER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MEYER, VISHA
ADDRESS AVAILABLE UPON REQUEST

MEYER, WILL
ADDRESS AVAILABLE UPON REQUEST

MEYERAAN, JPAUL
ADDRESS AVAILABLE UPON REQUEST

MEYERCO LLC
7730 SOUTH CLAIBORNE AVENUE
NEW ORLEANS, LA 70125

MEYERHOFF, LARISSA
ADDRESS AVAILABLE UPON REQUEST

MEYERING, NICOLAS V
ADDRESS AVAILABLE UPON REQUEST

MEYERLE, CHRISEL
ADDRESS AVAILABLE UPON REQUEST

MEYEROWITZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MEYERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, AVRAH
ADDRESS AVAILABLE UPON REQUEST

MEYERS, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

MEYERS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, CELINA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MEYERS, CORY
ADDRESS AVAILABLE UPON REQUEST

MEYERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MEYERS, EO
ADDRESS AVAILABLE UPON REQUEST

MEYERS, ERICA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, ERICKA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

MEYERS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MEYERS, JARRET
ADDRESS AVAILABLE UPON REQUEST

MEYERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEYERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

MEYERS, KAMMY
ADDRESS AVAILABLE UPON REQUEST

MEYERS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, LUKE
ADDRESS AVAILABLE UPON REQUEST

MEYERS, LUPE
ADDRESS AVAILABLE UPON REQUEST

MEYERS, MAKEALY
ADDRESS AVAILABLE UPON REQUEST

MEYERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MEYERS, NIKI
ADDRESS AVAILABLE UPON REQUEST

MEYERS, RAINA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MEYERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MEYERSON, BETSY
ADDRESS AVAILABLE UPON REQUEST

MEYERSON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MEYN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MEYTHALER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MEYVECI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MEZA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

MEZA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

MEZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MEZA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MEZA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MEZA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MEZA, LLUVIA
ADDRESS AVAILABLE UPON REQUEST

MEZA, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MEZA, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

MEZA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MEZA, YOHANA
ADDRESS AVAILABLE UPON REQUEST

MEZACK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MEZAK, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

MEZEAU, EMILIEN
ADDRESS AVAILABLE UPON REQUEST

MEZEI, JOEI
ADDRESS AVAILABLE UPON REQUEST

MEZILE, MARIE
ADDRESS AVAILABLE UPON REQUEST

MEZINKO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MEZYDLO, JOHN R
ADDRESS AVAILABLE UPON REQUEST

MEZZACAPPA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MEZZAVILLA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MEZZOPERA, CATHI
ADDRESS AVAILABLE UPON REQUEST

MFOTIOG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MG SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

MGE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MH, MS
ADDRESS AVAILABLE UPON REQUEST

MH-51 LLC
601 PATTON BLVD APT 481
PLANO, TX 75075

MHOON, JAYME
ADDRESS AVAILABLE UPON REQUEST

MHW TURQUOISE LIFE/VIE VITE
ADDRESS UNAVAILABLE AT TIME OF FILING

MI DEPT OF LICENSING & REGULATORY
AFFAIRS
611 W. OTTAWA
P.O. BOX 30004
LANSING, MI 48909

MI STATE OF MICHIGAN
124 W MICHIGAN AVENUE
LANSING, MI 48933

MIA MAYWEATHER
ADDRESS AVAILABLE UPON REQUEST

MIA SAINE
ADDRESS AVAILABLE UPON REQUEST

MIA, BIBA
ADDRESS AVAILABLE UPON REQUEST

MIAO, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MIARS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MIAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MIASEK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MIAZZA, LINDA
ADDRESS AVAILABLE UPON REQUEST

MICAELA ESPINOZA
ADDRESS AVAILABLE UPON REQUEST

MICAH ROSENBERG
ADDRESS AVAILABLE UPON REQUEST

MICAH SKEENS
ADDRESS AVAILABLE UPON REQUEST

MICALE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MICCOLI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MICELI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MICETIC C/O UPS STORE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MICETICH, SPENSER
ADDRESS AVAILABLE UPON REQUEST

MICH, KAREN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL A CARROLL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL A GROSS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ALTMANN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ANDREW LOHMANN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ANTHONY SCHIAPPA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ANTONIA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BAHRA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BAKER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BARANCHUCK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BARTUSIAK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BASSFORD
ADDRESS AVAILABLE UPON REQUEST

MICHAEL BRUNMEIER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL C HIDAY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL C STEWARD
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CARDENAS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CARDWELL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CASTRO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CHIAPPONE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CHIYEW LEUNG
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CHMURA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CHRISTIAN COLEMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CHRISTOPHER STADVEC
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CODERRE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL COGLIANESE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL COLE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CONNEELY, MIKE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL CZERWINSKI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL D BROADWATER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL D KARSKY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL D STEELE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DAICHES
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DAVID WINERY
4580 WEST HIGHWAY 12
LODI, CA  95242

MICHAEL DAVIS CONSTRUCTION
1695 VALLE VISTA PL
SAN LUIS OBISPO, CA  93405

MICHAEL DAY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DEAN BELCHER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DELAMATER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DEMAREE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DIAZ
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DUPREE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL DUSI TRUCKING, INC.
3230 RIVERSIDE ROAD SUITE 220
PASO ROBLES, CA  93446

MICHAEL DUSI TRUCKING, INC.
4305 SECOND WIND WAY
PASO ROBLES, CA  93446

MICHAEL DUSI TRUCKING, INC.
ALLIED AFFILIATED FUNDING L.P
P.O BOX 676649
DALLAS, TX  75267-6649

MICHAEL DUSI TRUCKING, INC.
PO BOX 847406
LOS ANGELES, CA  90084-7406

MICHAEL E DEEHAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL E HUISMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ECK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL EDWARD VOICHAHOSKE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ERCOLE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL FAZIO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL FINR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL FLANAGAN JR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL FRANK GARDNER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL G DURNIN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GALLAGHER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GERLACH
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GIROUARD
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GLANCEY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GREENLEE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GRONSKY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GROSS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL GUTTADARO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HACHE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HALBERT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HAMEL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HANEY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HAUGH
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HECHT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HEINEY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HENRY DIEM
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HIRSHON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HODGSKIN-BROWN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HOUSE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL HUNTER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL J BROUDY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL J SORENSEN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL J WOLF
ADDRESS AVAILABLE UPON REQUEST

MICHAEL J WOODLIEF
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAICOMO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES BELLIOTTI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES BROOKS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES CONWAY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES FRADELIS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES GENELLI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES HALBERT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES MORTON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAMES PRUENTE JR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JANIKIS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JASON STORM
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JAUSS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JOHN BENWELL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JOHN HAND
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JOHN STRASSHEIM
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JON GRAY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JONATHAN ROWE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL JUSTIN MASSIMO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL K KENNEDY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL K ROGERS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL KEARNEY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL KESER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL KJOME
ADDRESS AVAILABLE UPON REQUEST

MICHAEL KRAMP
ADDRESS AVAILABLE UPON REQUEST

MICHAEL L SARUK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL L WENNING
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LAGARDE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LANE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LAWRENCE GUTHRIE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LAWRIE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LESKER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LISS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL LLENZA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MAJEED
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MARTIN TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MARTINI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MATTISON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MAXWELL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MAY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MICHALAK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MILLER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MINGYI MA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MOREHOUSE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL MUDREY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL NELSON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL NEWMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL OCONNOR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ODRISCOLL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL OWENS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL P WINTER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PAPENFUSE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PARENT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PARKER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PAUL CRANE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PAUL LEVINE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PAYNE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PETERMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PITTMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PLATT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PRUENTE JR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PULASKI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PUSTELNIAK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL PYTLIK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL RACKE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL RAY DAVIS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL RICHARD TOPE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL RITTER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROBERT BOWLING
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROBERT CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROBERT UHL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROBERTS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROSENBLUM
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROSER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ROTH
ADDRESS AVAILABLE UPON REQUEST

MICHAEL S HELEVA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL S KENNISTON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SANTANGELO
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCHAAR
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCHILPEROORT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCHMITT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCHNEIDER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCIARA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SCOTT PIERCE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SEWELL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SIMONI
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SINKS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL SPENCER VAN BRUNT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL STANEK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL STE MARIE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL STONE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL THOMAS NEMERGUT III
ADDRESS AVAILABLE UPON REQUEST

MICHAEL THOMAS SLATTERY
ADDRESS AVAILABLE UPON REQUEST

MICHAEL THOMAS THAYNE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL THOMAS WEST
ADDRESS AVAILABLE UPON REQUEST

MICHAEL TODRYK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL TORRES
ADDRESS AVAILABLE UPON REQUEST

MICHAEL TRAUB
ADDRESS AVAILABLE UPON REQUEST

MICHAEL TRENK
ADDRESS AVAILABLE UPON REQUEST

MICHAEL W REED
ADDRESS AVAILABLE UPON REQUEST

MICHAEL W TIGHE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WAGNER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WALTERS
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WHITAKER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WOOD
ADDRESS AVAILABLE UPON REQUEST

MICHAEL WYBLE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ZACHARIA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ZIMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ZIMAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL ZUNIGA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, CALVIN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, JAN
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, KAT
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, LEZLIE
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, MARTZ
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, MONICA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, S.
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, T
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, TYLER
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MICHAEL, WEZESA,
ADDRESS AVAILABLE UPON REQUEST

MICHAELA BEERY
ADDRESS AVAILABLE UPON REQUEST

MICHAELCHECK, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MICHAELE HYMES TRUSTEE OF THE
MICHAELE HYMES
ADDRESS AVAILABLE UPON REQUEST

MICHAELIS, BETTY
ADDRESS AVAILABLE UPON REQUEST

MICHAELS
ADDRESS UNAVAILABLE AT TIME OF FILING

MICHAELS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, AMIE
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, DANA
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, JEFF
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, JEN
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, KATHY
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MICHAELS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MICHAELSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MICHAELSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

MICHAELSON, GINA
ADDRESS AVAILABLE UPON REQUEST

MICHAELSON, HAAGA
ADDRESS AVAILABLE UPON REQUEST

MICHAELSON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MICHAL, RICK
ADDRESS AVAILABLE UPON REQUEST

MICHAL, SARA
ADDRESS AVAILABLE UPON REQUEST

MICHAL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MICHALAK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MICHALAK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MICHALAK, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MICHALAK, UWE
ADDRESS AVAILABLE UPON REQUEST

MICHALCZYK, IZOLDA
ADDRESS AVAILABLE UPON REQUEST

MICHALEK, GALE
ADDRESS AVAILABLE UPON REQUEST

MICHALEK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MICHALESKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MICHALETZ, KARI
ADDRESS AVAILABLE UPON REQUEST

MICHALOWICZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MICHALOWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

MICHALOWSKI, TARA
ADDRESS AVAILABLE UPON REQUEST

MICHALS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MICHALS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MICHALS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MICHALS, VIVIEN
ADDRESS AVAILABLE UPON REQUEST

MICHALSKE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MICHALSKI, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

MICHALS-VOIGT, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MICHAUD, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MICHAUD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MICHAUD, NOEL
ADDRESS AVAILABLE UPON REQUEST

MICHAUX, BEN
ADDRESS AVAILABLE UPON REQUEST

MICHEAL DANBOM
ADDRESS AVAILABLE UPON REQUEST

MICHEELS, LIA
ADDRESS AVAILABLE UPON REQUEST

MICHEL DANIEL
ADDRESS AVAILABLE UPON REQUEST

MICHEL HANNA
ADDRESS AVAILABLE UPON REQUEST

MICHEL II, ALEX
ADDRESS AVAILABLE UPON REQUEST

MICHEL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MICHEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MICHEL, BROOKS
ADDRESS AVAILABLE UPON REQUEST

MICHEL, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

MICHEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MICHEL, JULES
ADDRESS AVAILABLE UPON REQUEST

MICHEL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MICHEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

MICHEL, MARIE
ADDRESS AVAILABLE UPON REQUEST

MICHEL, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

MICHEL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MICHEL, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

MICHEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MICHEL, VINCENT
ADDRESS AVAILABLE UPON REQUEST

MICHELE A BARARD
ADDRESS AVAILABLE UPON REQUEST

MICHELE ANDERSON
ADDRESS AVAILABLE UPON REQUEST

MICHELE ANN ROZENBERG
ADDRESS AVAILABLE UPON REQUEST

MICHELE HUNTER
ADDRESS AVAILABLE UPON REQUEST

MICHELE JALIENE SCHMUCK
ADDRESS AVAILABLE UPON REQUEST

MICHELE L DEARMENT
ADDRESS AVAILABLE UPON REQUEST

MICHELE MARTINI
ADDRESS AVAILABLE UPON REQUEST

MICHELE NELSON
ADDRESS AVAILABLE UPON REQUEST

MICHELE STORBECK
ADDRESS AVAILABLE UPON REQUEST

MICHELE WOLFE
ADDRESS AVAILABLE UPON REQUEST

MICHELETTI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MICHELFELDER, ELAINE & ERNEST
ADDRESS AVAILABLE UPON REQUEST

MICHELINE SANTOS
ADDRESS AVAILABLE UPON REQUEST

MICHELINI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MICHELL, ASHLIN
ADDRESS AVAILABLE UPON REQUEST

MICHELL, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MICHELLE AKELEY
ADDRESS AVAILABLE UPON REQUEST

MICHELLE ANGELA CASALI R L T
ADDRESS AVAILABLE UPON REQUEST

MICHELLE BAKULA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE BARCUS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE BEALL
ADDRESS AVAILABLE UPON REQUEST

MICHELLE BINGHAM
ADDRESS AVAILABLE UPON REQUEST

MICHELLE CASTANEDA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE CLARK
ADDRESS AVAILABLE UPON REQUEST

MICHELLE COLLINS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE DE JESUS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE DEL VALLE
ADDRESS AVAILABLE UPON REQUEST

MICHELLE DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE DOUGLASS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE ENDERTON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE F LABORDE
ADDRESS AVAILABLE UPON REQUEST

MICHELLE FELL, T
ADDRESS AVAILABLE UPON REQUEST

MICHELLE GIOVE
ADDRESS AVAILABLE UPON REQUEST

MICHELLE GRANSKOG
ADDRESS AVAILABLE UPON REQUEST

MICHELLE HETTIARACHCHY
ADDRESS AVAILABLE UPON REQUEST

MICHELLE JOY SCHWARTZ
ADDRESS AVAILABLE UPON REQUEST

MICHELLE K THOMAS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE KALNAS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE KOO
ADDRESS AVAILABLE UPON REQUEST

MICHELLE KYIN
ADDRESS AVAILABLE UPON REQUEST

MICHELLE LAM
ADDRESS AVAILABLE UPON REQUEST

MICHELLE LAMARCA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE LEE DOCTOROFF
ADDRESS AVAILABLE UPON REQUEST

MICHELLE LUEDTKE
ADDRESS AVAILABLE UPON REQUEST

MICHELLE LYNN BINGHAM
ADDRESS AVAILABLE UPON REQUEST

MICHELLE MADISON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE MIDHA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE NELSON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE NEWMAN
ADDRESS AVAILABLE UPON REQUEST

MICHELLE ODENBACH
ADDRESS AVAILABLE UPON REQUEST

MICHELLE PACK
ADDRESS AVAILABLE UPON REQUEST

MICHELLE PENNEY OSTERHAUS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE PIERSON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE RUBESCH
ADDRESS AVAILABLE UPON REQUEST

MICHELLE SCHWARTZ
ADDRESS AVAILABLE UPON REQUEST

MICHELLE SOLTIS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE STRAKA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE STUPACK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MICHELLE TRUDEAU HARRISON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE WAGNER
ADDRESS AVAILABLE UPON REQUEST

MICHELLE WEISS
ADDRESS AVAILABLE UPON REQUEST

MICHELLE WILSON
ADDRESS AVAILABLE UPON REQUEST

MICHELLE WONG
ADDRESS AVAILABLE UPON REQUEST

MICHELLE WOODEN
ADDRESS AVAILABLE UPON REQUEST

MICHELLE YING LEI
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, LEVISOHN,
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, MIA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, SARA
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, WELTRUSKI,
ADDRESS AVAILABLE UPON REQUEST

MICHELLE, ZEISER,
ADDRESS AVAILABLE UPON REQUEST

MICHELS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MICHELS, JOHNSIE
ADDRESS AVAILABLE UPON REQUEST

MICHELS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MICHELS, REAGAN
ADDRESS AVAILABLE UPON REQUEST

MICHELS, SAM
ADDRESS AVAILABLE UPON REQUEST

MICHELS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MICHELSEN, MARY
ADDRESS AVAILABLE UPON REQUEST

MICHELSEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MICHELSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

MICHELSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

MICHENER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

MICHERO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MICHIELS INC. (ALMOR WINE AND SPIRITS)
7855 SUNSET BLVD
LOS ANGELES, CA  90046

MICHIELS, ANNA
ADDRESS AVAILABLE UPON REQUEST

MICHIELSON, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MICHIELUTTI, NINA
ADDRESS AVAILABLE UPON REQUEST

MICHIENZI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MICHIGAN CORPORATIONS, SECURITIES
& COMMECTIAL LICENSING
2501 WOODLAKE CIRCLE
OKEMOS, MI  48864

MICHIGAN DEPT OF TREASURY
CUSTOMER CONTACT DIVISION, MBT UNIT
PO BOX 30059
LANSING, MI  48909

MICHIGAN LIQUOR CONTROL COMMISON
ADDRESS UNAVAILABLE AT TIME OF FILING

MICHIGAN LIQUOR CONTROL COMMISSION
MICHIGAN LIQUOR CONTROL COMMISSION
P.O. BOX 30005
LANSING, MI  48909

MICHIGAN WORKFORCE DEVELOPMENT
AGENCY
VICTOR OFFICE CTR
201 N WASHINGTON SQ
LANSING, MI  48913

MICHKO, REBECA
ADDRESS AVAILABLE UPON REQUEST

MICHL, EMILY
ADDRESS AVAILABLE UPON REQUEST

MICHLITS WERNER GMBH
HAUPTSTRASSE 86, A-7152 PAMHAGEN

MICHLITS WERNER GMBH
HAUPTSTRASSE 86, A-7152 PAMHAGEN
WERNER MICHLITS, MANAGING DIRECTOR

MICIR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MICK, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MICK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MICKEL, EDWIN
ADDRESS AVAILABLE UPON REQUEST

MICKELS, PAULA
ADDRESS AVAILABLE UPON REQUEST

MICKELSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MICKELSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MICKELSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

MICKELSON, TARA
ADDRESS AVAILABLE UPON REQUEST

MICKENS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MICKENS, LAVONDA
ADDRESS AVAILABLE UPON REQUEST

MICKENS, SHAYLESE
ADDRESS AVAILABLE UPON REQUEST

MICKEY HOBBY
ADDRESS AVAILABLE UPON REQUEST

MICKEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MICKEY, MARCUS
ADDRESS AVAILABLE UPON REQUEST

MICKIE, SHANA
ADDRESS AVAILABLE UPON REQUEST

MICKLE, JASON
ADDRESS AVAILABLE UPON REQUEST

MICKLE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MICKLEBORO, MARC
ADDRESS AVAILABLE UPON REQUEST

MICKLES, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MICKLES, KEN
ADDRESS AVAILABLE UPON REQUEST

MICKLEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MICKLOW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MICKS, MATT
ADDRESS AVAILABLE UPON REQUEST

MICKSCHL, LEAH
ADDRESS AVAILABLE UPON REQUEST

MICKUM, MATHISON
ADDRESS AVAILABLE UPON REQUEST

MICLAUS, KELCI
ADDRESS AVAILABLE UPON REQUEST

MICOU, RENEE
ADDRESS AVAILABLE UPON REQUEST

MICROSOFT BING
ADDRESS UNAVAILABLE AT TIME OF FILING

MICROSOFT CORPORATION
MICROSOFT ONLINE, INC
6100 NEIL ROAD
RENO, NV 89511

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052-6399

MIDAS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MIDDELEER, SAWYER
ADDRESS AVAILABLE UPON REQUEST

MIDDEN, JULEE
ADDRESS AVAILABLE UPON REQUEST

MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG FEDERAL BLDG AND
COURTHOUSE
228 WALNUT ST, STE 220
PO BOX 11754
HARRISBURG, PA 17108-1754

MIDDLE DISTRICT OF PENNSYLVANIA
HERMAN T SCHNEEBELI FEDERAL BLDG
240 W THIRD ST, STE 316
WILLIAMSPORT, PA 17701-6465

MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J NEALON FED. BLDG &
COURTHOUSE
235 N WASHINGTON AVE, STE 311
SCRANTON, PA 18503

MIDDLEBERG, MARC
ADDRESS AVAILABLE UPON REQUEST

MIDDLEBROOK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MIDDLEBROOK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MIDDLEBROOKS, CALLEY
ADDRESS AVAILABLE UPON REQUEST

MIDDLEKAUFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MIDDLEKAUFF, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MIDDLEMAN, RUTH
ADDRESS AVAILABLE UPON REQUEST

MIDDLEMIST, ERIC
ADDRESS AVAILABLE UPON REQUEST

MIDDLEMORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MIDDLESTEAD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MIDDLESWORTH, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON FAMILY WINES LLC
(RED CEDAR VINEYARDS)
111 MARKET STREET NE SUITE 360
OLYMPIA, WA 98501

MIDDLETON, ABBY
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, ALEX
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, BRIANNY
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, CANDICE
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, JOHN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, JOSH
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, RAE
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, TIERNAN
ADDRESS AVAILABLE UPON REQUEST

MIDDLETON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MIDDLETOWN PIZZA AND GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

MIDGETT, KEMP
ADDRESS AVAILABLE UPON REQUEST

MIDGLEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MIDHAT QIDWAI
ADDRESS AVAILABLE UPON REQUEST

MID-IOWA SOLID WASTE EQUIPMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

MIDKIFF, SELINA
ADDRESS AVAILABLE UPON REQUEST

MIDKIFF, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

MIDLIGE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MIDLIGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MIDON, MICAELA
ADDRESS AVAILABLE UPON REQUEST

MIDTLING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MIDTLING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MIDULLA, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

MIDURA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MIDURE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MIEARS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MIEDEMA, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MIEDEMA, MISSY
ADDRESS AVAILABLE UPON REQUEST

MIEDZINSKI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MIEGEL, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MIEHLE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MIELE, BEN
ADDRESS AVAILABLE UPON REQUEST

MIELE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MIELE, DENISE
ADDRESS AVAILABLE UPON REQUEST

MIELE, EDDIE
ADDRESS AVAILABLE UPON REQUEST

MIELE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MIELE, MINDY
ADDRESS AVAILABLE UPON REQUEST

MIELISH, FRED
ADDRESS AVAILABLE UPON REQUEST

MIELKE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

MIELKE, SARA
ADDRESS AVAILABLE UPON REQUEST

MIELKUS, JENELLE
ADDRESS AVAILABLE UPON REQUEST

MIER, JAQUELINA
ADDRESS AVAILABLE UPON REQUEST

MIER, JORGE
ADDRESS AVAILABLE UPON REQUEST

MIERAS, DANA
ADDRESS AVAILABLE UPON REQUEST

MIERKIEWICZ, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MIERS, DAN
ADDRESS AVAILABLE UPON REQUEST

MIERS, TYLER
ADDRESS AVAILABLE UPON REQUEST

MIERSCH, JILL
ADDRESS AVAILABLE UPON REQUEST

MIERSWA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MIERTSCHIN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MIERZEJEWSKA, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

MIERZWA, DANUTA
ADDRESS AVAILABLE UPON REQUEST

MIETHE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MIETTINEN, JAIME
ADDRESS AVAILABLE UPON REQUEST

MIEWALD, TOM
ADDRESS AVAILABLE UPON REQUEST

MIEZIE, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

MIFFLIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MIFSUD, DANA
ADDRESS AVAILABLE UPON REQUEST

MIFSUD, MIA
ADDRESS AVAILABLE UPON REQUEST

MIGALA, DINA
ADDRESS AVAILABLE UPON REQUEST

MIGALEDDI, JOHN
ADDRESS AVAILABLE UPON REQUEST

MIGDAL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MIGDAL, MARGARET'S
ADDRESS AVAILABLE UPON REQUEST

MIGDALSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MIGHELL, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MIGIANO, MARIO
ADDRESS AVAILABLE UPON REQUEST

MIGIROV, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MIGLIACCI, MARLA
ADDRESS AVAILABLE UPON REQUEST

MIGLIACCIO, ANNA
ADDRESS AVAILABLE UPON REQUEST

MIGLIACCIO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MIGLIACCIO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

MIGLIACCIO, MARY
ADDRESS AVAILABLE UPON REQUEST

MIGLIERI, KIM
ADDRESS AVAILABLE UPON REQUEST

MIGLIO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MIGLIORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MIGLIORE, TERESA
ADDRESS AVAILABLE UPON REQUEST

MIGLIOZZI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MIGNATTI, MARISA
ADDRESS AVAILABLE UPON REQUEST

MIGNAULT, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MIGNOGNA, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

MIGNON, DONNA
ADDRESS AVAILABLE UPON REQUEST

MIGNOSA, ROSE
ADDRESS AVAILABLE UPON REQUEST

MIGNUCCI, GIANCARLO
ADDRESS AVAILABLE UPON REQUEST

MIGOCHI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MIGROS M CORNAVIN
ADDRESS AVAILABLE UPON REQUEST

MIGUEL ALEXANDER RIVERA
ADDRESS AVAILABLE UPON REQUEST

MIGUEL CUEVAS
ADDRESS AVAILABLE UPON REQUEST

MIGUEL DUWAYNE CHARLES
ADDRESS AVAILABLE UPON REQUEST

MIGUEL ONATE
ADDRESS AVAILABLE UPON REQUEST

MIGUEL SOTO
ADDRESS AVAILABLE UPON REQUEST

MIGUEL SOTO
ADDRESS AVAILABLE UPON REQUEST

MIGUEL VALDES
ADDRESS AVAILABLE UPON REQUEST

MIHAI MOCEAN
ADDRESS AVAILABLE UPON REQUEST

MIHAILIDIS, EMILIA
ADDRESS AVAILABLE UPON REQUEST

MIHAILOFF, JODI
ADDRESS AVAILABLE UPON REQUEST

MIHAILOFF, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MIHAILOVICH, SARA
ADDRESS AVAILABLE UPON REQUEST

MIHALIK, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

MIHALIK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MIHALIK, NADIA
ADDRESS AVAILABLE UPON REQUEST

MIHALJEVIC, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MIHCI, COSKU
ADDRESS AVAILABLE UPON REQUEST

MIHILL, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

MIHINDOU, FRIDIN
ADDRESS AVAILABLE UPON REQUEST

MIHIRI RAJAPAKSA
ADDRESS AVAILABLE UPON REQUEST

MIHM, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MIHOCES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MIHOS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MIIA SUORTTI
ADDRESS AVAILABLE UPON REQUEST

MIJOVIC, ASJA
ADDRESS AVAILABLE UPON REQUEST

MIKADO
ADDRESS UNAVAILABLE AT TIME OF FILING

MIKALSEN, TOBIAS
ADDRESS AVAILABLE UPON REQUEST

MIKAYLA WORTHEN
ADDRESS AVAILABLE UPON REQUEST

MIKE ALMAGUER TRUCKING INC.
219 STANSBURY DRIVE
SANTA MARIA, CA  93458

MIKE ALMAGUER TRUCKING INC.
PO BOX 8129
SANTA MARIA, CA  93458

MIKE E ROUSSEL
ADDRESS AVAILABLE UPON REQUEST

MIKE JULIAN
ADDRESS AVAILABLE UPON REQUEST

MIKE MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

MIKE, KYLE
ADDRESS AVAILABLE UPON REQUEST

MIKEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

MIKELL, KASEY
ADDRESS AVAILABLE UPON REQUEST

MIKELSON, GINA
ADDRESS AVAILABLE UPON REQUEST

MIKES KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

MIKESKA, HALEY
ADDRESS AVAILABLE UPON REQUEST

MIKETO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MIKHAIL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MIKHAIL, MYRKA
ADDRESS AVAILABLE UPON REQUEST

MIKHAILOVA, JULIA
ADDRESS AVAILABLE UPON REQUEST

MIKIEWICZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

MIKISHEV, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MIKKELSEN, AVA
ADDRESS AVAILABLE UPON REQUEST

MIKKELSEN, KLAUS
ADDRESS AVAILABLE UPON REQUEST

MIKKELSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MIKKELSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MIKKELSON, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MIKLAS, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MIKO, VMIKO
ADDRESS AVAILABLE UPON REQUEST

MIKOL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MIKOLAJ, CRISSI
ADDRESS AVAILABLE UPON REQUEST

MIKOLAJEWSKI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MIKOLAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MIKOLITCH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MIKOS, SAM
ADDRESS AVAILABLE UPON REQUEST

MIKOWYCHOK, LOUISE
ADDRESS AVAILABLE UPON REQUEST

MIKSCHE, ANA
ADDRESS AVAILABLE UPON REQUEST

MIKULA, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

MIKULAY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MIKULAY, STEVE
ADDRESS AVAILABLE UPON REQUEST

MIKULECKY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| MIKULECKY, DONNA<br>ADDRESS AVAILABLE UPON REQUEST | MIKOLENCAK, KRISTINA<br>ADDRESS AVAILABLE UPON REQUEST | MIKOLKO, LYDIA<br>ADDRESS AVAILABLE UPON REQUEST |
| MIKULS, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST | MIKUS, KIMBERLY<br>ADDRESS AVAILABLE UPON REQUEST | MILAD, MATT<br>ADDRESS AVAILABLE UPON REQUEST |
| MILAGROS CAMACHO<br>ADDRESS AVAILABLE UPON REQUEST | MILAGROS PEREYRA-ROJAS<br>ADDRESS AVAILABLE UPON REQUEST | MILAM, ALISON<br>ADDRESS AVAILABLE UPON REQUEST |
| MILAM, BRUCE<br>ADDRESS AVAILABLE UPON REQUEST | MILAM, LISA<br>ADDRESS AVAILABLE UPON REQUEST | MILAM, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST |
| MILAM, RUSH<br>ADDRESS AVAILABLE UPON REQUEST | MILAN MOORE<br>ADDRESS AVAILABLE UPON REQUEST | MILAN, KYLE<br>ADDRESS AVAILABLE UPON REQUEST |
| MILANI, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST | MILANO, AMIE<br>ADDRESS AVAILABLE UPON REQUEST | MILANO, JULIA<br>ADDRESS AVAILABLE UPON REQUEST |
| MILANO, SARIA<br>ADDRESS AVAILABLE UPON REQUEST | MILANO, VICKI<br>ADDRESS AVAILABLE UPON REQUEST | MILANOVIC, STEFAN<br>ADDRESS AVAILABLE UPON REQUEST |
| MILANOWSKI, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | MILAZZO, MARCUS<br>ADDRESS AVAILABLE UPON REQUEST | MILBERY, COURTNEY<br>ADDRESS AVAILABLE UPON REQUEST |
| MILBOURNE, SEAN<br>ADDRESS AVAILABLE UPON REQUEST | MILBOURNE, TARYN<br>ADDRESS AVAILABLE UPON REQUEST | MILBURN, DOUG<br>ADDRESS AVAILABLE UPON REQUEST |
| MILBURN, KARIN<br>ADDRESS AVAILABLE UPON REQUEST | MILBURN, MORGAN<br>ADDRESS AVAILABLE UPON REQUEST | MILCENT, TATIANA<br>ADDRESS AVAILABLE UPON REQUEST |

MILDEN, MARK
ADDRESS AVAILABLE UPON REQUEST

MILDRED GARCIA
ADDRESS AVAILABLE UPON REQUEST

MILDRED WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

MILE HIGH MAIDS
2253 DOWNING ST
DENVER, CO  80205

MILEAF, JANE
ADDRESS AVAILABLE UPON REQUEST

MILEFF, MAIA
ADDRESS AVAILABLE UPON REQUEST

MILEHAM, LEONA
ADDRESS AVAILABLE UPON REQUEST

MILEM, CASEY
ADDRESS AVAILABLE UPON REQUEST

MILENOV, ANDRIALYN
ADDRESS AVAILABLE UPON REQUEST

MILES
75 E. SANTA CLARA STREET, STE 05-137
SAN JOSE, CA  95113

MILES
CONNECTIQ LABS, INC.
4064 RIVERMARK PKWY
SANTA CLARA, CA  95054

MILES, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MILES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MILES, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

MILES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MILES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILES, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

MILES, BETH
ADDRESS AVAILABLE UPON REQUEST

MILES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MILES, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MILES, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MILES, CINDY
ADDRESS AVAILABLE UPON REQUEST

MILES, DENISE
ADDRESS AVAILABLE UPON REQUEST

MILES, ELLI
ADDRESS AVAILABLE UPON REQUEST

MILES, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILES, JANE
ADDRESS AVAILABLE UPON REQUEST

MILES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MILES, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILES, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

MILES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILES, LILA
ADDRESS AVAILABLE UPON REQUEST

MILES, MARIAH
ADDRESS AVAILABLE UPON REQUEST

MILES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MILES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MILES, MIKELL
ADDRESS AVAILABLE UPON REQUEST

MILES, MONICA
ADDRESS AVAILABLE UPON REQUEST

MILES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

MILES, NASAURA
ADDRESS AVAILABLE UPON REQUEST

MILES, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILES, SHADEIRA
ADDRESS AVAILABLE UPON REQUEST

MILES, SHELBIE
ADDRESS AVAILABLE UPON REQUEST

MILES, STEVEN AND NANCY
ADDRESS AVAILABLE UPON REQUEST

MILES, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MILES, TIARELLA
ADDRESS AVAILABLE UPON REQUEST

MILES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MILESKI, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MILESTONE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILET, ERIC
ADDRESS AVAILABLE UPON REQUEST

MILETICH, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MILEUSNIC, GEORGE OR MARILYN
ADDRESS AVAILABLE UPON REQUEST

MILEWICZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILEWICZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILEWSKI, AUDREA
ADDRESS AVAILABLE UPON REQUEST

MILEWSKI, JENNA
ADDRESS AVAILABLE UPON REQUEST

MILEWSKI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MILEWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MILEY, GERALD
ADDRESS AVAILABLE UPON REQUEST

MILEY, JODI
ADDRESS AVAILABLE UPON REQUEST

MILGRIM, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MILGRIM, SONDRA
ADDRESS AVAILABLE UPON REQUEST

MILHET, TRELIS
ADDRESS AVAILABLE UPON REQUEST

MILHOUSE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILIEN, ADIALYN
ADDRESS AVAILABLE UPON REQUEST

MILIEN, SANDY
ADDRESS AVAILABLE UPON REQUEST

MILIKIN, SHERRY
ADDRESS AVAILABLE UPON REQUEST

MILIND GOKHALE
ADDRESS AVAILABLE UPON REQUEST

MILIOKAS, KONSTANTINA
ADDRESS AVAILABLE UPON REQUEST

MILITANO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MILITARY SPOUSE LIVING AND THE
SPENDERELLA
5311 SOUTHBROOM DRIVE.
EVANS, GA  30809

MILITELLO, JOY
ADDRESS AVAILABLE UPON REQUEST

MILIUS, JOHANA
ADDRESS AVAILABLE UPON REQUEST

MILIVOJE BRKOVIC
ADDRESS AVAILABLE UPON REQUEST

MILKO, RYAN
ADDRESS AVAILABLE UPON REQUEST

MILL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLAN LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MILLAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

MILLAN, ANA
ADDRESS AVAILABLE UPON REQUEST

MILLAN, AZALEA
ADDRESS AVAILABLE UPON REQUEST

MILLAN, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MILLAND, APRYL
ADDRESS AVAILABLE UPON REQUEST

MILLAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLAR, GORDON
ADDRESS AVAILABLE UPON REQUEST

MILLAR, HARMONY
ADDRESS AVAILABLE UPON REQUEST

MILLAR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MILLAR, MARA
ADDRESS AVAILABLE UPON REQUEST

MILLAR, MARY
ADDRESS AVAILABLE UPON REQUEST

MILLAR, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

MILLAR, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MILLARD, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MILLARD, DON
ADDRESS AVAILABLE UPON REQUEST

MILLARD, GAYLE
ADDRESS AVAILABLE UPON REQUEST

MILLARD, JAMES
ADDRESS AVAILABLE UPON REQUEST

MILLARD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MILLARD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MILLARD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MILLARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLARD, TYLER
ADDRESS AVAILABLE UPON REQUEST

MILLARES, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

MILLBURN, PEG
ADDRESS AVAILABLE UPON REQUEST

MILLE, BRU
ADDRESS AVAILABLE UPON REQUEST

MILLEDGE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MILLEMAN, SHAINA
ADDRESS AVAILABLE UPON REQUEST

MILLEN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MILLEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MILLENIUM BILTMORE
ADDRESS UNAVAILABLE AT TIME OF FILING

MILLER & WISHENGRAD, INC.
1648 10TH STREET
SANTA MONICA, CA  90404

MILLER FAMILY WINE CO LLC
ATTN: RICHARD L MATHER, BUS MGR
2717 AVIATION WAY, STE 101
SANTA MARIA, CA  93455

MILLER FAMILY WINE COMPANY
132 E. CARRILLO ST
SANTA BARBARA, CA  93101

MILLER WINE WORKS, LLC
67 MAIN STREET
PO BOX 1386
SUTTER CREEK, CA  95685

MILLER WOOD, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ABBY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ADA & GABRIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ADELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALBERT DANIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALBERT
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALI
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALISON
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALLISON AND DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALYSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMBER
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMY
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMY
ADDRESS AVAILABLE UPON REQUEST

MILLER, AMY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANDIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHELEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHLI
ADDRESS AVAILABLE UPON REQUEST

MILLER, ASHTON
ADDRESS AVAILABLE UPON REQUEST

MILLER, ATHENA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AUDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

MILLER, AVERY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, BECKY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BIANCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, BILL
ADDRESS AVAILABLE UPON REQUEST

MILLER, BILL, CANDY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

MILLER, BONNIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRAYE
ADDRESS AVAILABLE UPON REQUEST

MILLER, BREANNA
ADDRESS AVAILABLE UPON REQUEST

MILLER, BREE
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRETT
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CALLAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CARA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CARA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CARL
ADDRESS AVAILABLE UPON REQUEST

MILLER, CARLYANN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CASEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CATE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CATHY
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHERI
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTAL
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, CHUCK
ADDRESS AVAILABLE UPON REQUEST

MILLER, CIERA
ADDRESS AVAILABLE UPON REQUEST

MILLER, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

MILLER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, CONNESS
ADDRESS AVAILABLE UPON REQUEST

MILLER, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, CORTNEE
ADDRESS AVAILABLE UPON REQUEST

MILLER, COUNTRY
ADDRESS AVAILABLE UPON REQUEST

MILLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MILLER, DALLIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DANIKA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAVID AND MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAWN
ADDRESS AVAILABLE UPON REQUEST

MILLER, DAWN
ADDRESS AVAILABLE UPON REQUEST

MILLER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DEVON
ADDRESS AVAILABLE UPON REQUEST

MILLER, DEVON
ADDRESS AVAILABLE UPON REQUEST

MILLER, DIAMOND
ADDRESS AVAILABLE UPON REQUEST

MILLER, DIANA
ADDRESS AVAILABLE UPON REQUEST

MILLER, DORIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, DRAKE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DUANE
ADDRESS AVAILABLE UPON REQUEST

MILLER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MILLER, EDY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELISA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELLA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELLYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ELSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMELIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLER, EMMA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERICA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ERMINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, EUNICE
ADDRESS AVAILABLE UPON REQUEST

MILLER, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MILLER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

MILLER, GARY
ADDRESS AVAILABLE UPON REQUEST

MILLER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

MILLER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MILLER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MILLER, GIANNA
ADDRESS AVAILABLE UPON REQUEST

MILLER, GINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, GISELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, GRACE
ADDRESS AVAILABLE UPON REQUEST

MILLER, GRADY
ADDRESS AVAILABLE UPON REQUEST

MILLER, GREG
ADDRESS AVAILABLE UPON REQUEST

MILLER, GREG
ADDRESS AVAILABLE UPON REQUEST

MILLER, GREG
ADDRESS AVAILABLE UPON REQUEST

MILLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, HATTIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, HBROOK
ADDRESS AVAILABLE UPON REQUEST

MILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, HUGH
ADDRESS AVAILABLE UPON REQUEST

MILLER, IAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, IAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ILANA
ADDRESS AVAILABLE UPON REQUEST

MILLER, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ISIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JADE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAIME
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAKE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAKE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAMAL
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAMES
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAMES
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JANET
ADDRESS AVAILABLE UPON REQUEST

MILLER, JANICE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JARVIS
ADDRESS AVAILABLE UPON REQUEST

MILLER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JASON
ADDRESS AVAILABLE UPON REQUEST

MILLER, JASON
ADDRESS AVAILABLE UPON REQUEST

MILLER, JASON
ADDRESS AVAILABLE UPON REQUEST

MILLER, JASON
ADDRESS AVAILABLE UPON REQUEST

MILLER, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JENNY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JESSE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JESSI
ADDRESS AVAILABLE UPON REQUEST

MILLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MILLER, JIM
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MILLER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JUDIT
ADDRESS AVAILABLE UPON REQUEST

MILLER, JUDY
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KALEENA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAMEELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KARI
ADDRESS AVAILABLE UPON REQUEST

MILLER, KARISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATHY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KATY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KC
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENDALE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MILLER, KENZIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, KERI
ADDRESS AVAILABLE UPON REQUEST

MILLER, KERRI
ADDRESS AVAILABLE UPON REQUEST

MILLER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MILLER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LATISHA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LEANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LEIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LIAM
ADDRESS AVAILABLE UPON REQUEST

MILLER, LIESL
ADDRESS AVAILABLE UPON REQUEST

MILLER, LIGON
ADDRESS AVAILABLE UPON REQUEST

MILLER, LILA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LISA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LISA
ADDRESS AVAILABLE UPON REQUEST

MILLER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LONDYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LOREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, LORI
ADDRESS AVAILABLE UPON REQUEST

MILLER, LOYAL
ADDRESS AVAILABLE UPON REQUEST

MILLER, LUCILE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LUCY
ADDRESS AVAILABLE UPON REQUEST

MILLER, LYNDSEE
ADDRESS AVAILABLE UPON REQUEST

MILLER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, M. BINKE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADISON
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADLIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MADS
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAILE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAILE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MALARI
ADDRESS AVAILABLE UPON REQUEST

MILLER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARC
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARC
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARCUS
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARIAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARIAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARVIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARY JO
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARYAM
ADDRESS AVAILABLE UPON REQUEST

MILLER, MARY-PERRY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MATT
ADDRESS AVAILABLE UPON REQUEST

MILLER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MAYA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEG
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELBA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MELODY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MERRY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHAL
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, MONICA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MONICA
ADDRESS AVAILABLE UPON REQUEST

MILLER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, MYKENA
ADDRESS AVAILABLE UPON REQUEST

MILLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MILLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MILLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MILLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, NATHANAEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, NERMINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, NICKOLAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MILLER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MILLER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MILLER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MILLER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, PAUL
ADDRESS AVAILABLE UPON REQUEST

MILLER, PAUL
ADDRESS AVAILABLE UPON REQUEST

MILLER, PENNY
ADDRESS AVAILABLE UPON REQUEST

MILLER, PEYTON
ADDRESS AVAILABLE UPON REQUEST

MILLER, PRINCE
ADDRESS AVAILABLE UPON REQUEST

MILLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MILLER, RAELINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, RANAE
ADDRESS AVAILABLE UPON REQUEST

MILLER, RANDY
ADDRESS AVAILABLE UPON REQUEST

MILLER, RANDY
ADDRESS AVAILABLE UPON REQUEST

MILLER, RAYHANA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MILLER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, REGAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, REGINA
ADDRESS AVAILABLE UPON REQUEST

MILLER, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, RICK
ADDRESS AVAILABLE UPON REQUEST

MILLER, RILEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROB
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROGER
ADDRESS AVAILABLE UPON REQUEST

MILLER, ROSE
ADDRESS AVAILABLE UPON REQUEST

MILLER, RYLAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, SALLY
ADDRESS AVAILABLE UPON REQUEST

MILLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MILLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MILLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHANA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHARON
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHAROYA
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHENNOAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHERI
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHERICE
ADDRESS AVAILABLE UPON REQUEST

MILLER, SHON
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEVE
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MILLER, STEVIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

MILLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, SUSIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MILLER, TALIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TANISHA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TARA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TARA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MILLER, TED
ADDRESS AVAILABLE UPON REQUEST

MILLER, TEDDI
ADDRESS AVAILABLE UPON REQUEST

MILLER, TERAH
ADDRESS AVAILABLE UPON REQUEST

MILLER, TERESA
ADDRESS AVAILABLE UPON REQUEST

MILLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MILLER, TIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MILLER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MILLER, TORIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, TRE
ADDRESS AVAILABLE UPON REQUEST

MILLER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MILLER, TYLER
ADDRESS AVAILABLE UPON REQUEST

MILLER, VALLERIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

MILLER, VASONT
ADDRESS AVAILABLE UPON REQUEST

MILLER, VICKI
ADDRESS AVAILABLE UPON REQUEST

MILLER, VICKY
ADDRESS AVAILABLE UPON REQUEST

MILLER, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

MILLER, WANDA
ADDRESS AVAILABLE UPON REQUEST

MILLER, WARREN
ADDRESS AVAILABLE UPON REQUEST

MILLER, WENDY
ADDRESS AVAILABLE UPON REQUEST

MILLER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MILLER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MILLER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MILLER, WILLIE
ADDRESS AVAILABLE UPON REQUEST

MILLER, ZACH
ADDRESS AVAILABLE UPON REQUEST

MILLER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MILLER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MILLERHOPKINS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MILLER-MICHAELS, ANN
ADDRESS AVAILABLE UPON REQUEST

MILLERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MILLER-OLINGER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MILLER-SMITH, STACEY
ADDRESS AVAILABLE UPON REQUEST

MILLET, BARBRA
ADDRESS AVAILABLE UPON REQUEST

MILLETT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MILLETTE, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

MILLETTE, ROGER
ADDRESS AVAILABLE UPON REQUEST

MILLEVOI, KIM
ADDRESS AVAILABLE UPON REQUEST

MILLHAUSER, MILLY
ADDRESS AVAILABLE UPON REQUEST

MILLHEIM, SHELLY
ADDRESS AVAILABLE UPON REQUEST

MILLHEISER, MADISON
ADDRESS AVAILABLE UPON REQUEST

MILLHOLLON, BEAU
ADDRESS AVAILABLE UPON REQUEST

MILLHORN, LISA
ADDRESS AVAILABLE UPON REQUEST

MILLHOUSE, TROY
ADDRESS AVAILABLE UPON REQUEST

MILLI, IRENE
ADDRESS AVAILABLE UPON REQUEST

MILLIARD, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

MILLICAN, BRANNDY
ADDRESS AVAILABLE UPON REQUEST

MILLIE, KIARA
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, ASHLEI
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, CHERI
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, FLINN
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLIGAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, LEE
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, RON
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MILLIKEN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MILLIKIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MILLIKIN, DAN
ADDRESS AVAILABLE UPON REQUEST

MILLILI, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MILLIN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MILLINER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MILLINER, MICHALLA
ADDRESS AVAILABLE UPON REQUEST

MILLINER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MILLINGTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MILLION, ALICE
ADDRESS AVAILABLE UPON REQUEST

MILLION, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MILLION, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLION, JULES
ADDRESS AVAILABLE UPON REQUEST

MILLIONAIRE, MODERN
ADDRESS AVAILABLE UPON REQUEST

MILLIORN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MILLIOT, CARYN
ADDRESS AVAILABLE UPON REQUEST

MILLMAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MILLMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MILLMAN, NINA
ADDRESS AVAILABLE UPON REQUEST

MILLMAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MILLON, MARY
ADDRESS AVAILABLE UPON REQUEST

MILLROOD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MILLS JR., RICHARD
ADDRESS AVAILABLE UPON REQUEST

MILLS, ABBY
ADDRESS AVAILABLE UPON REQUEST

MILLS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MILLS, ALINA
ADDRESS AVAILABLE UPON REQUEST

MILLS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MILLS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MILLS, ANIKA
ADDRESS AVAILABLE UPON REQUEST

MILLS, ANNE
ADDRESS AVAILABLE UPON REQUEST

MILLS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MILLS, BETH
ADDRESS AVAILABLE UPON REQUEST

MILLS, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MILLS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MILLS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MILLS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MILLS, CALI
ADDRESS AVAILABLE UPON REQUEST

MILLS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MILLS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MILLS, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MILLS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MILLS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MILLS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MILLS, DALE
ADDRESS AVAILABLE UPON REQUEST

MILLS, DANA
ADDRESS AVAILABLE UPON REQUEST

MILLS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MILLS, DAVE
ADDRESS AVAILABLE UPON REQUEST

MILLS, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILLS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MILLS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MILLS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MILLS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MILLS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MILLS, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

MILLS, HALEY
ADDRESS AVAILABLE UPON REQUEST

MILLS, HALEY
ADDRESS AVAILABLE UPON REQUEST

MILLS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MILLS, IAN
ADDRESS AVAILABLE UPON REQUEST

MILLS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MILLS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MILLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MILLS, JILL
ADDRESS AVAILABLE UPON REQUEST

MILLS, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLS, JULIE
ADDRESS AVAILABLE UPON REQUEST

MILLS, KARL
ADDRESS AVAILABLE UPON REQUEST

MILLS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MILLS, KAYLYN
ADDRESS AVAILABLE UPON REQUEST

MILLS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MILLS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MILLS, LAURA
ADDRESS AVAILABLE UPON REQUEST

MILLS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MILLS, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

MILLS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

MILLS, MANDY
ADDRESS AVAILABLE UPON REQUEST

MILLS, MARIO
ADDRESS AVAILABLE UPON REQUEST

MILLS, MARY
ADDRESS AVAILABLE UPON REQUEST

MILLS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MILLS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MILLS, MITZI
ADDRESS AVAILABLE UPON REQUEST

MILLS, PAULINE
ADDRESS AVAILABLE UPON REQUEST

MILLS, PEGGY AND DON
ADDRESS AVAILABLE UPON REQUEST

MILLS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MILLS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MILLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILLS, SHARI
ADDRESS AVAILABLE UPON REQUEST

MILLS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MILLS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MILLS, THEA
ADDRESS AVAILABLE UPON REQUEST

MILLS, TIM
ADDRESS AVAILABLE UPON REQUEST

MILLS, WENDY
ADDRESS AVAILABLE UPON REQUEST

MILLSAP, JAMES
ADDRESS AVAILABLE UPON REQUEST

MILLSAP, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MILLSAP, LILA
ADDRESS AVAILABLE UPON REQUEST

MILLSAPS, JENISE
ADDRESS AVAILABLE UPON REQUEST

MILLSAPS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MILLSFIELD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MILLESON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MILLESON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MILLSPAUGH, BEN
ADDRESS AVAILABLE UPON REQUEST

MILLSPAUGH, HILARY
ADDRESS AVAILABLE UPON REQUEST

MILLSPAUGH, MAX
ADDRESS AVAILABLE UPON REQUEST

MILLSTEIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MILMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MILMAN, ROSEANNE
ADDRESS AVAILABLE UPON REQUEST

MILNE, CYNDI
ADDRESS AVAILABLE UPON REQUEST

MILNE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MILNE, GENEVA
ADDRESS AVAILABLE UPON REQUEST

MILNE, KELSY
ADDRESS AVAILABLE UPON REQUEST

MILNE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MILNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MILNE, ONICA
ADDRESS AVAILABLE UPON REQUEST

MILNE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MILNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MILNER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MILNER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MILNER, MARISA
ADDRESS AVAILABLE UPON REQUEST

MILNER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MILNER, TODD
ADDRESS AVAILABLE UPON REQUEST

MILNES, HILARY
ADDRESS AVAILABLE UPON REQUEST

MILO & OLIVE MILLING
ADDRESS UNAVAILABLE AT TIME OF FILING

MILO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MILO, RAMIE
ADDRESS AVAILABLE UPON REQUEST

MILO, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MILOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MILOSAVLESKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

MILOSE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MILOSEVICH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MILOTTI, ALAIN LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MILOWSKY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MILSTEAD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MILSTEIN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MILTENBERGER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MILTIMORE, IRENE
ADDRESS AVAILABLE UPON REQUEST

MILTNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

MILTON FLAMENCO
244 1/2 E. 102 ST.
LOS ANGELES, CA  90003

MILTON, CHAD
ADDRESS AVAILABLE UPON REQUEST

MILTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MILTON, DELANEY
ADDRESS AVAILABLE UPON REQUEST

MILTON, JONATHON
ADDRESS AVAILABLE UPON REQUEST

MILTON, JW
ADDRESS AVAILABLE UPON REQUEST

MILTON, KATE
ADDRESS AVAILABLE UPON REQUEST

MILTON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MILTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MILTONS DISTRIBUTING CO., INC
305 FORBES BLVD.
MANSFIELD, MA  02048-1805

MILTONS DISTRIBUTING CO., INC
6342 BYSTRUM RD STE A
CERES, CA  95307

MILTZOW, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MILWICKI, ALON
ADDRESS AVAILABLE UPON REQUEST

MIMEO.COM, INC.
PO BOX 654018
DALLAS, TX  75265

MIMI, TINMAY
ADDRESS AVAILABLE UPON REQUEST

MIMMS, DOROTA
ADDRESS AVAILABLE UPON REQUEST

MIMNO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MIMPO GLOBAL LOGISTICS, S.L.
AVENIDA SUR DEL AEROPUERTO DE
BARAJAS 28
MADRID  28042
SPAIN

MIMS, CHANCE
ADDRESS AVAILABLE UPON REQUEST

MIMS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MIMS, MONICA
ADDRESS AVAILABLE UPON REQUEST

MIMS, NORMAN
ADDRESS AVAILABLE UPON REQUEST

MIMS, STACEY
ADDRESS AVAILABLE UPON REQUEST

MIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MIN, AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

MIN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MIN, LIZ
ADDRESS AVAILABLE UPON REQUEST

MINAEVA, EVA
ADDRESS AVAILABLE UPON REQUEST

MINAMI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MINAMYER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MINAMYER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MINANI, MARC
ADDRESS AVAILABLE UPON REQUEST

MINARDI, MATT
ADDRESS AVAILABLE UPON REQUEST

MINARICH, MARC
ADDRESS AVAILABLE UPON REQUEST

MINARIK, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

MINAS, RANDALL
ADDRESS AVAILABLE UPON REQUEST

MINASSIAN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MINASSIAN, MEG
ADDRESS AVAILABLE UPON REQUEST

MINCEMOYER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MINCER, ISAAC
ADDRESS AVAILABLE UPON REQUEST

MINCH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MINCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MINCHER, DIANA
ADDRESS AVAILABLE UPON REQUEST

MINCY, KATEYLEN
ADDRESS AVAILABLE UPON REQUEST

MINDBODYGREEN LLC
45 MAIN ST., STE 422
BROOKLYN, NY  11201

MINDEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MINDERLER, CARLY
ADDRESS AVAILABLE UPON REQUEST

MINDFULL CONNECTIONS PTY LTD
37 ISAACS WAY WAKERLEY
QUEENSLAND
AUSTRALIA

MINDRUP, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MINDSCAPE
ADDRESS UNAVAILABLE AT TIME OF FILING

MINDY BERLIN
ADDRESS AVAILABLE UPON REQUEST

MINDY CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

MINDY DANKO
ADDRESS AVAILABLE UPON REQUEST

MINDY JAY DRUE
ADDRESS AVAILABLE UPON REQUEST

MINDY, REDDING
ADDRESS AVAILABLE UPON REQUEST

MINEAR, ANNA
ADDRESS AVAILABLE UPON REQUEST

MINEAR, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MINEAR, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MINEER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MINEHART, JEAN
ADDRESS AVAILABLE UPON REQUEST

MINEIRO, LUIZ
ADDRESS AVAILABLE UPON REQUEST

MINEISHI, DARRYL
ADDRESS AVAILABLE UPON REQUEST

MINEKER, KIM
ADDRESS AVAILABLE UPON REQUEST

MINELLI, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MINEN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MINEO, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MINEO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MINER, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MINER, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MINER, HOWARD
ADDRESS AVAILABLE UPON REQUEST

MINER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MINER, JANA
ADDRESS AVAILABLE UPON REQUEST

MINER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MINER, JOEL
ADDRESS AVAILABLE UPON REQUEST

MINER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MINER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MINER, LAURA
ADDRESS AVAILABLE UPON REQUEST

MINER, LOREN
ADDRESS AVAILABLE UPON REQUEST

MINER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MINER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MINER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MINER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MINER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MINER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MINER, SHADIA
ADDRESS AVAILABLE UPON REQUEST

MINERD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MINERLY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MINERS ACE HARDWARE
ADDRESS UNAVAILABLE AT TIME OF FILING

MINERVA, CAROL
ADDRESS AVAILABLE UPON REQUEST

MINERVA, FRANCIA
ADDRESS AVAILABLE UPON REQUEST

MING, ANNA
ADDRESS AVAILABLE UPON REQUEST

MING, DONNA
ADDRESS AVAILABLE UPON REQUEST

MING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MINGLE, MELIA
ADDRESS AVAILABLE UPON REQUEST

MINGO, MARQUELLE
ADDRESS AVAILABLE UPON REQUEST

MINGOLA, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MINGONE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MINICA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

MINICHIELLO, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

MINICK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MINICK, WOODROW
ADDRESS AVAILABLE UPON REQUEST

MINICOZZI, EMILY
ADDRESS AVAILABLE UPON REQUEST

MINICUCCI, KATHY
ADDRESS AVAILABLE UPON REQUEST

MINIER, SARIM
ADDRESS AVAILABLE UPON REQUEST

MINIET, OSCAR
ADDRESS AVAILABLE UPON REQUEST

MININ, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

MININGER, BETTY
ADDRESS AVAILABLE UPON REQUEST

MINIX, AMY
ADDRESS AVAILABLE UPON REQUEST

MINJARES, DIANA
ADDRESS AVAILABLE UPON REQUEST

MINK, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MINK, JOANIE
ADDRESS AVAILABLE UPON REQUEST

MINK, KALEB
ADDRESS AVAILABLE UPON REQUEST

MINK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MINK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MINK-ARNOLD, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MINKLER, AMY
ADDRESS AVAILABLE UPON REQUEST

MINKOVICH, JANE
ADDRESS AVAILABLE UPON REQUEST

MINKSTEIN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MINNAERT, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

MINNARD, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MINNESOTA DEPARTMENT OF PUBLIC
SAFETY ALCOHOL AND GAMBLING
ENFORCEMENT DIVISION
445 MINNESOTA STREET
SAINT PAUL, MN  55101

MINNESOTA DEPT OF LABOR AND INDUSTRY
443 LAFAYETTE RD N
ST PAUL, MN  55155

MINNESOTA DEPT OF REVENUE
600 N ROBERT ST.
M/S 4130
SAINT PAUL, MN  55164-0622

MINNICH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MINNICH, LAURA
ADDRESS AVAILABLE UPON REQUEST

MINNICH, NATALIA
ADDRESS AVAILABLE UPON REQUEST

MINNICH, ROSE
ADDRESS AVAILABLE UPON REQUEST

MINNICK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MINNICK, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

MINNIHAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

MINNITI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MINNO-BINGHAM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MINNOW, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

MINO, ETHAN
ADDRESS AVAILABLE UPON REQUEST

MINO, JOHN
ADDRESS AVAILABLE UPON REQUEST

MINOFF, ERIN
ADDRESS AVAILABLE UPON REQUEST

MINOGUE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MINOGUE, KATIE
ADDRESS AVAILABLE UPON REQUEST

MINOGUE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MINOND, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MINOR, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MINOR, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MINOR, ANITA
ADDRESS AVAILABLE UPON REQUEST

MINOR, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MINOR, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MINOR, DANIE
ADDRESS AVAILABLE UPON REQUEST

MINOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MINOR, DIANA
ADDRESS AVAILABLE UPON REQUEST

MINOR, DREW
ADDRESS AVAILABLE UPON REQUEST

MINOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MINOR, KERRY
ADDRESS AVAILABLE UPON REQUEST

MINOR, LANI
ADDRESS AVAILABLE UPON REQUEST

MINOR, MARIA
ADDRESS AVAILABLE UPON REQUEST

MINOR, NANCY
ADDRESS AVAILABLE UPON REQUEST

MINOR, RYAN
ADDRESS AVAILABLE UPON REQUEST

MINOTTI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MINOZZI, JENIFER
ADDRESS AVAILABLE UPON REQUEST

MINSAVAGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MINSHEW, LISA
ADDRESS AVAILABLE UPON REQUEST

MINSKEY, KARA
ADDRESS AVAILABLE UPON REQUEST

MINTA, SANDY
ADDRESS AVAILABLE UPON REQUEST

MINTER, CATHY
ADDRESS AVAILABLE UPON REQUEST

MINTER, DORIS
ADDRESS AVAILABLE UPON REQUEST

MINTER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MINTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MINTER, MARK
ADDRESS AVAILABLE UPON REQUEST

MINTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MINTER, WADE
ADDRESS AVAILABLE UPON REQUEST

MINTO, KARA
ADDRESS AVAILABLE UPON REQUEST

MINTO-COLEY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

MINTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MINTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MINTON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MINTON, LYNN
ADDRESS AVAILABLE UPON REQUEST

MINTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MINTRONE, RENA
ADDRESS AVAILABLE UPON REQUEST

MINTUN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MINTURN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MINTZ, BENITHA
ADDRESS AVAILABLE UPON REQUEST

MINTZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MINTZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

MINTZ, MATT
ADDRESS AVAILABLE UPON REQUEST

MINTZ, MATT
ADDRESS AVAILABLE UPON REQUEST

MINTZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MINTZ, SHEMIKA
ADDRESS AVAILABLE UPON REQUEST

MINUK, SHAEL
ADDRESS AVAILABLE UPON REQUEST

MINUTELLO, JAMES
ADDRESS AVAILABLE UPON REQUEST

MINVIELLE, ELLE
ADDRESS AVAILABLE UPON REQUEST

MINYARD, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

MIODONSKI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MIOLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MIOLA, JAMES
ADDRESS AVAILABLE UPON REQUEST

MIOTTO, NINA
ADDRESS AVAILABLE UPON REQUEST

MIR, SARFARAJEY AKRAM
ADDRESS AVAILABLE UPON REQUEST

MIRA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MIRA, JAIME
ADDRESS AVAILABLE UPON REQUEST

MIRABAL, CALEB
ADDRESS AVAILABLE UPON REQUEST

MIRABAL, MAYRA
ADDRESS AVAILABLE UPON REQUEST

MIRABELLA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MIRABELLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MIRABELLA, LEAH
ADDRESS AVAILABLE UPON REQUEST

MIRABELLI, JENNA
ADDRESS AVAILABLE UPON REQUEST

MIRABILE, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

MIRABILE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MIRABILE, VINCENT
ADDRESS AVAILABLE UPON REQUEST

MIRACLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MIRACLE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MIRACLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MIRAFLORES WINERY
2120 FOUR SPRINGS TRAIL
PLACERVILLE, CA  95667

MIRALLES-SNOW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MIRANDA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

MIRANDA FORD
ADDRESS AVAILABLE UPON REQUEST

MIRANDA SOFER
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, CRISTY
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, KERRIANNE
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, NYASIA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, RAYNEISHIA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, ROSA
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, SANDY
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MIRANDA, TAILYN
ADDRESS AVAILABLE UPON REQUEST

MIRANDA-PARATORE, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

MIRANDO, CARLY
ADDRESS AVAILABLE UPON REQUEST

MIRANTO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MIRAS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

MIRECKI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MIREK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MIRELES, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MIRELES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MIRELES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MIRELES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MIRELES-DEWEERT, CAROLYNE
ADDRESS AVAILABLE UPON REQUEST

MIRENDA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MIRESKI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MIREYA BANUELOS
ADDRESS AVAILABLE UPON REQUEST

MIRI KIM
ADDRESS AVAILABLE UPON REQUEST

MIRIAM ACZEL, HOTEL INDIGO BOSTON
NEWTON RIVERSIDE
ADDRESS AVAILABLE UPON REQUEST

MIRIAM ACZEL, HOTEL INDIGO BOSTON
ADDRESS AVAILABLE UPON REQUEST

MIRIAM M ROMAN
ADDRESS AVAILABLE UPON REQUEST

MIRIGLIANO, KATIE
ADDRESS AVAILABLE UPON REQUEST

MIRIN, ALLY
ADDRESS AVAILABLE UPON REQUEST

MIRINGU, GRACE
ADDRESS AVAILABLE UPON REQUEST

MIRJA BAUER
ADDRESS AVAILABLE UPON REQUEST

MIRLIANI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MIRMELSTEIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

MIRO, ANDI
ADDRESS AVAILABLE UPON REQUEST

MIRON, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MIROSLAV RADEVIC
ADDRESS AVAILABLE UPON REQUEST

MIROYAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MIRPURI, AVNEESH
ADDRESS AVAILABLE UPON REQUEST

MIRPURI, NIHAL
ADDRESS AVAILABLE UPON REQUEST

MIRR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MIRRA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MIRRA, CARLA
ADDRESS AVAILABLE UPON REQUEST

MIRRIAM BLAIR
ADDRESS AVAILABLE UPON REQUEST

MIRZA, ADAM
ADDRESS AVAILABLE UPON REQUEST

MIRZABEGIAN, RAY
ADDRESS AVAILABLE UPON REQUEST

MISCHLER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MISCHLER, SARA
ADDRESS AVAILABLE UPON REQUEST

MISCHO, FE
ADDRESS AVAILABLE UPON REQUEST

MISCIA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MISCZAK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MISCZAK, DIANE
ADDRESS AVAILABLE UPON REQUEST

MISEGADIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MISER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MISERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MISHALL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MISHCHUK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MISHEEL ERDENETSOGT
907 S. KENNMORE AVE
LOS ANGELES, CA  90006

MISHRA, ANKITA
ADDRESS AVAILABLE UPON REQUEST

MISHRA, SANJIB
ADDRESS AVAILABLE UPON REQUEST

MISHRA, SASWATA
ADDRESS AVAILABLE UPON REQUEST

MISHRA, SHRIKANT
ADDRESS AVAILABLE UPON REQUEST

MISHRA, VIPUL
ADDRESS AVAILABLE UPON REQUEST

MISIAK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MISIAK, SHAELYN
ADDRESS AVAILABLE UPON REQUEST

MISICH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MISICO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MISIEWICZ, SARA
ADDRESS AVAILABLE UPON REQUEST

MISKELL, DANA
ADDRESS AVAILABLE UPON REQUEST

MISKELL, YOSHIMI
ADDRESS AVAILABLE UPON REQUEST

MISKOVICH, ROSS
ADDRESS AVAILABLE UPON REQUEST

MISKOVSKA, MIRKA
ADDRESS AVAILABLE UPON REQUEST

MISLAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MISLANG, ANN
ADDRESS AVAILABLE UPON REQUEST

MISLANG, JENNA
ADDRESS AVAILABLE UPON REQUEST

MISLOVE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MISNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MISNIK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MISPILKIN, ANIECA
ADDRESS AVAILABLE UPON REQUEST

MISRA, ANITA
ADDRESS AVAILABLE UPON REQUEST

MISRA, CELIA
ADDRESS AVAILABLE UPON REQUEST

MISRA, THERESE
ADDRESS AVAILABLE UPON REQUEST

MISRA, TUSHAR
ADDRESS AVAILABLE UPON REQUEST

MISROK, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

MISSAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

MISSION BAR AND GRIL
ADDRESS UNAVAILABLE AT TIME OF FILING

MISSION CHINESE FOOD
ADDRESS UNAVAILABLE AT TIME OF FILING

MISSION GROWTH INVESTMENTS LLC
24 BEGONIA LANE
MONROE TOWNSHIP, NJ  08831

MISSISSIPPI DEPARTMENT OF
AGRICULTURE &
COMMERCE BUREAU OF REGULATORY
SERVICES
CONSUMER PROTECTION
PO BOX 1609
JACKSON, MS  39215

MISSISSIPPI DEPARTMENT OF REVENUE
ALCOHOLIC BEVERAGE CONTROL DIVISION
1286 GLUCKSTADT ROAD
MADISON, MS  39110

MISSISSIPPI DEPT OF EMPLOYMENT
SECURITY
OFFICE OF THE GOVERNOR
1235 ECHELON PKWY
PO BOX 1699
JACKSON, MS  39215-1699

MISSISSIPPI SECRETARY OF STATE
SECURITIES DIVISION
PO BOX 136
JACKSON, MS  39205

MISSISSIPPI SECURITIES DIVISION
125 S. CONGRESS STREET
JACKSON, MS  39201

MISSISSIPPI STATE TAX COMMISSION
500 CLINTON CTR DR
CLINTON, MS  39056

MISSISSIPPI STATE TAX COMMISSION
PO BOX 22808
JACKSON, MS  39225-2808

MISSOURI DEPT OF LABOR AND
INDUSTRIAL RELATIONS
421 E DUNKLIN ST
PO BOX 59
JEFFERSON CITY, MO  65102-0059

MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST, RM 102
JEFFERSON CITY, MO  65101

MISSOURI DIRECTOR OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

MISSOURI DIVISION OF ALCOHOL AND
TOBACCO CONTROL

MISSPTV
2217 STANTON STREET
FAYETTEVILLE, NC 28304

MISSREMIASHTEN, LLC
C/O WEINTRAUB TOBIN
10250 CONSTELLATION BLVD., STE 2900
LOS ANGELES, CA 90067

MISTALSKI, JACOB
ADDRESS AVAILABLE UPON REQUEST

MISTLER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MISTRETTA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MISTRETTA, SHARON
ADDRESS AVAILABLE UPON REQUEST

MISTRI, NIXIE
ADDRESS AVAILABLE UPON REQUEST

MISTRIEL, GINGER
ADDRESS AVAILABLE UPON REQUEST

MISTRY, AMY
ADDRESS AVAILABLE UPON REQUEST

MISTRY, SAMIR
ADDRESS AVAILABLE UPON REQUEST

MISTY EMERSON
ADDRESS AVAILABLE UPON REQUEST

MISTY RODGERS
ADDRESS AVAILABLE UPON REQUEST

MISURACA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MISURELLI, JILL
ADDRESS AVAILABLE UPON REQUEST

MITACEK, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

MITCH PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

MITCHAM, TARLEASE
ADDRESS AVAILABLE UPON REQUEST

MITCHEL GODAT
ADDRESS AVAILABLE UPON REQUEST

MITCHEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL ISAAC
ADDRESS AVAILABLE UPON REQUEST

MITCHELL JR, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL KEELY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL SANABRIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL SILBERBERG & KNUPP, LLC
2049 CENTURY PARK EAST 18TH FLOOR
LOS ANGELES, CA 90067

MITCHELL- STEPHENS, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL WIESNER
ADDRESS AVAILABLE UPON REQUEST

MITCHELL WINE GROUP - OREGON
P.O. BOX 14628
PORTLAND, OR 97293

MITCHELL WINE GROUP LLC
211 SE MAIN
PORTLAND, OR 97214

MITCHELL, ALIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ANIKA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, APRIL
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BEN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BETH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BREE-ANA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BRIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CHVEN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CLARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CLARE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, CODY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, COLIN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DAY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DELYNN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DONNA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, DYJUAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, EBONY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ED
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ERIC
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ERICA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ERIN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, FAYE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, GINNY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, GLENNIS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, GRANT
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, GREG
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, HENRY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, HERBERT
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JAYNIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JENNA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JESSI
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KAILYNN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KASIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KATE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KERRI
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KEYON
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KIMARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LABRAYA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LANDON
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LEIGH ELLEN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LINDA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LOUISE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, LYNN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MADISON
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARC & TRICIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARET
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MARY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MATT
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEGAUN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NANA AND PAPA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NATHANIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NIABE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NIKITA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, NOELLE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, RORY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SALEH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SHELLY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SHENE
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TALIA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TARA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TASHA
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, VENUS
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, VYSHAEY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

MITCHELL-CHRIST, BRIGID
ADDRESS AVAILABLE UPON REQUEST

MITCHELL-JONES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MITCHELL-LEGRO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MITCHELLSWAIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MITCHEM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MITCHEOM, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MITCHEOM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MITCHLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MITCHUM, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MITCHUM, MONICA
ADDRESS AVAILABLE UPON REQUEST

MITCHUM, SANDY
ADDRESS AVAILABLE UPON REQUEST

MITESH SHAH
ADDRESS AVAILABLE UPON REQUEST

MITGANG, ALLISSA
ADDRESS AVAILABLE UPON REQUEST

MITKAS, DANAE ZOE
ADDRESS AVAILABLE UPON REQUEST

MITRUS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MITLYNG, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MITMAN, FRANK
ADDRESS AVAILABLE UPON REQUEST

MITMAN, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

MITRANI, MORRY
ADDRESS AVAILABLE UPON REQUEST

MITRI, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MITROVA, KARINA
ADDRESS AVAILABLE UPON REQUEST

MITROVIC, KELLI
ADDRESS AVAILABLE UPON REQUEST

MITROWSKI, LISA
ADDRESS AVAILABLE UPON REQUEST

MITSCH, GWEN
ADDRESS AVAILABLE UPON REQUEST

MITSCH, TERESA
ADDRESS AVAILABLE UPON REQUEST

MITSCH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MITSCHELE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MITSCHOW, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MITSES, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MITSKY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MITSUWA HAMADA-YA
ADDRESS AVAILABLE UPON REQUEST

MITTAL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MITTAL, SWAPNIL
ADDRESS AVAILABLE UPON REQUEST

MITTELMAN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MITTELMAN, TORI
ADDRESS AVAILABLE UPON REQUEST

MITTELSTADT, SABRINA
ADDRESS AVAILABLE UPON REQUEST

MITTELSTAEDT MANN, MARY
ADDRESS AVAILABLE UPON REQUEST

MITTER, ANU
ADDRESS AVAILABLE UPON REQUEST

MITTERANDO, KACIE
ADDRESS AVAILABLE UPON REQUEST

MITTIGA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MITTLER, HALEY
ADDRESS AVAILABLE UPON REQUEST

MITTMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MITTMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MITTNER, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

MITOL GUPTA
ADDRESS AVAILABLE UPON REQUEST

MITZAK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MITZEL, JANET
ADDRESS AVAILABLE UPON REQUEST

MITZLAFF, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MITZNER, CARLA
ADDRESS AVAILABLE UPON REQUEST

MIU, JOE
ADDRESS AVAILABLE UPON REQUEST

MIX, RYAN
ADDRESS AVAILABLE UPON REQUEST

MIX, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

MIXDORF, JON
ADDRESS AVAILABLE UPON REQUEST

MIXER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MIXER, KATIE
ADDRESS AVAILABLE UPON REQUEST

MIXMAX, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

MIXON, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MIXPANEL, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

MIXSON, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

MIXSON, SPARKLE
ADDRESS AVAILABLE UPON REQUEST

MIYAKO HOTEL LOS ANGELES
ADDRESS UNAVAILABLE AT TIME OF FILING

MIYAMOTO, RYAN
ADDRESS AVAILABLE UPON REQUEST

MIYAMOTO, TIONA
ADDRESS AVAILABLE UPON REQUEST

MIYASATO, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

MIYASHIRO, JANICE
ADDRESS AVAILABLE UPON REQUEST

MIZANIN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MIZE, GENIE
ADDRESS AVAILABLE UPON REQUEST

MIZE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MIZE, JULIA
ADDRESS AVAILABLE UPON REQUEST

MIZE, MADISON
ADDRESS AVAILABLE UPON REQUEST

MIZEE, CHAD
ADDRESS AVAILABLE UPON REQUEST

MIZELL, DONNA
ADDRESS AVAILABLE UPON REQUEST

MIZER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MIZNER, ALETA
ADDRESS AVAILABLE UPON REQUEST

MIZRACHI, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MIZRAHI KROUB LLP
200 VESEY ST 24TH FLOOR
NEW YORK, NY  11201

MIZUMORI, SHERI
ADDRESS AVAILABLE UPON REQUEST

MIZZI, BRETT
ADDRESS AVAILABLE UPON REQUEST

MIZZO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MLADENOVIC, LJILJA
ADDRESS AVAILABLE UPON REQUEST

MLADOSICH, ULYSSES
ADDRESS AVAILABLE UPON REQUEST

MLAMBO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MLECZKO, LUDWIK
ADDRESS AVAILABLE UPON REQUEST

MLFORD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MLINARIK, NANCY
ADDRESS AVAILABLE UPON REQUEST

MLNARIK, JEFF
ADDRESS AVAILABLE UPON REQUEST

MN DEPT OF REVENUE
600 ROBERT ST N
ST PAUL, MN  55101

MNICH, KAREN
ADDRESS AVAILABLE UPON REQUEST

MNYCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MO LI
ADDRESS AVAILABLE UPON REQUEST

MO, YUFU
ADDRESS AVAILABLE UPON REQUEST

MOAD, IVAN
ADDRESS AVAILABLE UPON REQUEST

MOAKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOALLI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOAST, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOATS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MOATS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOATS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MOATS, SANDY
ADDRESS AVAILABLE UPON REQUEST

MOAWAD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MOBASSERI, RAMIN
ADDRESS AVAILABLE UPON REQUEST

MOBERG, MADDY
ADDRESS AVAILABLE UPON REQUEST

MOBERG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MOBILE BOTTLING SOURCE LLC
12282 BLUEBIRD CANYON PL.
LAS VEGAS, NV  89138

MOBILE BOTTLING SOURCE LLC
611 GREEN SAGE WAY
KIRKLAND LAS VEGAS, NV  89138

MOBILE BOTTLING SOURCE LLC
705 1ST STREET S
KIRKLAND, WA  98033

MOBLEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MOBLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOBLEY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MOBLEY, STACEY
ADDRESS AVAILABLE UPON REQUEST

MOBLEY-ALTICE, MARTINA
ADDRESS AVAILABLE UPON REQUEST

MOBUSI USA, INC.
600 WILSHIRE BLVD. SUITE 500
LOS ANGELES, CA  90017

MOCCA, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MOCCIA, BRIANA
ADDRESS AVAILABLE UPON REQUEST

MOCCIA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOCCIO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOCERA, KIRA
ADDRESS AVAILABLE UPON REQUEST

MOCERINO, ELISE
ADDRESS AVAILABLE UPON REQUEST

MOCETE-WALKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOCHNACZ, KYLE
ADDRESS AVAILABLE UPON REQUEST

MOCHTYAK, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOCK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOCK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOCK, KYLE
ADDRESS AVAILABLE UPON REQUEST

MOCK, PAULINE
ADDRESS AVAILABLE UPON REQUEST

MOCK, SHARON
ADDRESS AVAILABLE UPON REQUEST

MOCK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MOCKAITIS, KARA
ADDRESS AVAILABLE UPON REQUEST

MOCKAPETRIS, TRISHA
ADDRESS AVAILABLE UPON REQUEST

MOCKBEE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOCKENSTURM, BOB
ADDRESS AVAILABLE UPON REQUEST

MOCKLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOCKRIDGE, MARY
ADDRESS AVAILABLE UPON REQUEST

MOCKUS, MONICA
ADDRESS AVAILABLE UPON REQUEST

MOCZULSKI, CATHY
ADDRESS AVAILABLE UPON REQUEST

MOD DISPLAYS
ADDRESS UNAVAILABLE AT TIME OF FILING

MODAFFERI, AMY
ADDRESS AVAILABLE UPON REQUEST

MODALI, ASHA
ADDRESS AVAILABLE UPON REQUEST

MODDER, ARIAAN
ADDRESS AVAILABLE UPON REQUEST

MODEL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MODENESI, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MODER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

MODEREGER, JEFF
ADDRESS AVAILABLE UPON REQUEST

MODERN DEVELOPMENT COMPANY
3333 WEST COAST HWY, 4TH FLOOR
NEW PORT BEACH, CA 92663

MODERN GROUP LTD.
2051 DURHAM ROAD
BRISTOL, PA 19007

MODERN HANDLING
ADDRESS UNAVAILABLE AT TIME OF FILING

MODERN TALENT, INC
2110 LYNDALE AVE S STE A
MINNEAPOLIS, MN 55405

MODESITT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MODI, NEELAM
ADDRESS AVAILABLE UPON REQUEST

MODI, NIKITA
ADDRESS AVAILABLE UPON REQUEST

MODIC, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MODLIN, LISA
ADDRESS AVAILABLE UPON REQUEST

MODOLO, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MODRAGON, JUDAY
ADDRESS AVAILABLE UPON REQUEST

MODRELL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MODY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MODZEL, REGINA
ADDRESS AVAILABLE UPON REQUEST

MODZIER, LUKE
ADDRESS AVAILABLE UPON REQUEST

MOE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MOE, CHAR
ADDRESS AVAILABLE UPON REQUEST

MOE, GAVIN
ADDRESS AVAILABLE UPON REQUEST

MOEBEST, CARI
ADDRESS AVAILABLE UPON REQUEST

MOECKEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOEDE, JOANN
ADDRESS AVAILABLE UPON REQUEST

MOEHLING, DAWNETTE
ADDRESS AVAILABLE UPON REQUEST

MOEHNKE, JASON
ADDRESS AVAILABLE UPON REQUEST

MOEHRKE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MOELLER, AARON
ADDRESS AVAILABLE UPON REQUEST

MOELLER, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

MOELLER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MOELLER, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

MOELLER, DENISE
ADDRESS AVAILABLE UPON REQUEST

MOELLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOELLER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MOELLER, JO ANNE
ADDRESS AVAILABLE UPON REQUEST

MOELLER, KAREN
ADDRESS AVAILABLE UPON REQUEST

MOELLER, LEA
ADDRESS AVAILABLE UPON REQUEST

MOELLER, LESLEY
ADDRESS AVAILABLE UPON REQUEST

MOELLER, MATT
ADDRESS AVAILABLE UPON REQUEST

MOELLER, MAX
ADDRESS AVAILABLE UPON REQUEST

MOELLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOELLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOEN, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

MOEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

MOEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MOEN, SHERYL
ADDRESS AVAILABLE UPON REQUEST

MOENNICH, SALLY
ADDRESS AVAILABLE UPON REQUEST

MOENNIG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOERBE, DENISE
ADDRESS AVAILABLE UPON REQUEST

MOERMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MOES, TERESA
ADDRESS AVAILABLE UPON REQUEST

MOESLEIN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MOFFA, CARMELENA
ADDRESS AVAILABLE UPON REQUEST

MOFFA, ELENA
ADDRESS AVAILABLE UPON REQUEST

MOFFAT, RUSS
ADDRESS AVAILABLE UPON REQUEST

MOFFAT, SARA
ADDRESS AVAILABLE UPON REQUEST

MOFFATT, AMY
ADDRESS AVAILABLE UPON REQUEST

MOFFATT, CORRIN
ADDRESS AVAILABLE UPON REQUEST

MOFFATT, GUNNER
ADDRESS AVAILABLE UPON REQUEST

MOFFATT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MOFFATT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MOFFET, JULIE
ADDRESS AVAILABLE UPON REQUEST

MOFFET, KATHY
ADDRESS AVAILABLE UPON REQUEST

MOFFETT, DANA
ADDRESS AVAILABLE UPON REQUEST

MOFFETT, NICK
ADDRESS AVAILABLE UPON REQUEST

MOFFETT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOFFETT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOFFETT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MOFFITT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MOFFITT, JIM
ADDRESS AVAILABLE UPON REQUEST

MOFFITT, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MOFFITT, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOGA GESING, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MOGAJI, AMINA
ADDRESS AVAILABLE UPON REQUEST

MOGANNAM, HANNA
ADDRESS AVAILABLE UPON REQUEST

MOGENSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MOGENSEN, MURPHY
ADDRESS AVAILABLE UPON REQUEST

MOGG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOGHADDAM, ANNA
ADDRESS AVAILABLE UPON REQUEST

MOGILEWSKY, DARYL
ADDRESS AVAILABLE UPON REQUEST

MOHAL, KANIKA
ADDRESS AVAILABLE UPON REQUEST

MOHAMED, ALANA
ADDRESS AVAILABLE UPON REQUEST

MOHAMED, ALIA
ADDRESS AVAILABLE UPON REQUEST

MOHAMED, BREA
ADDRESS AVAILABLE UPON REQUEST

MOHAMED, HOODO
ADDRESS AVAILABLE UPON REQUEST

MOHAMMAD, IQBAL
ADDRESS AVAILABLE UPON REQUEST

MOHAMMAD, SABA
ADDRESS AVAILABLE UPON REQUEST

MOHAMMED S RAIS
ADDRESS AVAILABLE UPON REQUEST

MOHAMMED SAYEEDUR RAIS
ADDRESS AVAILABLE UPON REQUEST

MOHAMMED, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MOHAMMED, AMANI
ADDRESS AVAILABLE UPON REQUEST

MOHAMMED, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOHAN DANDAMUDI
ADDRESS AVAILABLE UPON REQUEST

MOHAN, ANSHU
ADDRESS AVAILABLE UPON REQUEST

MOHAN, DAMINI
ADDRESS AVAILABLE UPON REQUEST

MOHAN, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

MOHAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOHAN, PAIGE B.
ADDRESS AVAILABLE UPON REQUEST

MOHAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MOHAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MOHAN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

MOHAN, TULIKA
ADDRESS AVAILABLE UPON REQUEST

MOHAN, VEENA
ADDRESS AVAILABLE UPON REQUEST

MOHANDESPOUR, JEN
ADDRESS AVAILABLE UPON REQUEST

MOHANTY, NAMRATA
ADDRESS AVAILABLE UPON REQUEST

MOHANTY, PALOMA
ADDRESS AVAILABLE UPON REQUEST

MOHAPATRA, PREETI
ADDRESS AVAILABLE UPON REQUEST

MOHAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOHARIR, MINAL
ADDRESS AVAILABLE UPON REQUEST

MOHASSEL, SASHA
ADDRESS AVAILABLE UPON REQUEST

MOHEBI, TALA
ADDRESS AVAILABLE UPON REQUEST

MOHEL, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOHIMANI, STEVE
ADDRESS AVAILABLE UPON REQUEST

MOHIMANI, STEVE
ADDRESS AVAILABLE UPON REQUEST

MOHIN, KATE
ADDRESS AVAILABLE UPON REQUEST

MOHIT JAYASWAL
ADDRESS AVAILABLE UPON REQUEST

MOHITKUMAR ARDESHANA
ADDRESS AVAILABLE UPON REQUEST

MOHLENBROK, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOHLER, KIM
ADDRESS AVAILABLE UPON REQUEST

MOHLER, LISA
ADDRESS AVAILABLE UPON REQUEST

MOHLER, MATT
ADDRESS AVAILABLE UPON REQUEST

MOHLER, RON
ADDRESS AVAILABLE UPON REQUEST

MOHN, LISA AND THIERRY
ADDRESS AVAILABLE UPON REQUEST

MOHNS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MOHONDRO, KELLY
ADDRESS AVAILABLE UPON REQUEST

MOHORICH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MOHORICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOHR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MOHR, DANA
ADDRESS AVAILABLE UPON REQUEST

MOHR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOHR, JEN
ADDRESS AVAILABLE UPON REQUEST

MOHR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOHR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOHR, KAREN
ADDRESS AVAILABLE UPON REQUEST

MOHR, KATLYN
ADDRESS AVAILABLE UPON REQUEST

MOHR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MOHR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MOHR, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MOHR, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MOHR, MORGEN
ADDRESS AVAILABLE UPON REQUEST

MOHR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOHRE, SARA
ADDRESS AVAILABLE UPON REQUEST

MOHRIEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MOHRIN, TATIANA
ADDRESS AVAILABLE UPON REQUEST

MOHRMAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MOHRMANN, GAIL
ADDRESS AVAILABLE UPON REQUEST

MOHRMANN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MOHRMANN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MOHRWEIS, JENNA
ADDRESS AVAILABLE UPON REQUEST

MOHS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MOHSSEN KALAEE
ADDRESS AVAILABLE UPON REQUEST

MOHTA, AIYUSH
ADDRESS AVAILABLE UPON REQUEST

MOIN, SHEIREEN
ADDRESS AVAILABLE UPON REQUEST

MOINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOINET, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MOIOLA, RICHARD S.
ADDRESS AVAILABLE UPON REQUEST

MOIRANO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOISAN, JILL
ADDRESS AVAILABLE UPON REQUEST

MOISE, CARL
ADDRESS AVAILABLE UPON REQUEST

MOISE, CARL
ADDRESS AVAILABLE UPON REQUEST

MOISES MASCORRO
ADDRESS AVAILABLE UPON REQUEST

MOISIO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MOIST, STACI
ADDRESS AVAILABLE UPON REQUEST

MOISTNER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MOITOSO, EDWARD
ADDRESS AVAILABLE UPON REQUEST

MOJAY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MOJICA, JESSI
ADDRESS AVAILABLE UPON REQUEST

MOJICA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MOJU-IGBENE, EYITEMI
ADDRESS AVAILABLE UPON REQUEST

MOK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOKHTARIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOKOTOFF, ARLENE
ADDRESS AVAILABLE UPON REQUEST

MOKRIS, MARK
ADDRESS AVAILABLE UPON REQUEST

MOL, CRISTIANA
ADDRESS AVAILABLE UPON REQUEST

MOLA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOLAND, PAULA
ADDRESS AVAILABLE UPON REQUEST

MOLCHAN, KIT
ADDRESS AVAILABLE UPON REQUEST

MOLDASHEL, ERICA
ADDRESS AVAILABLE UPON REQUEST

MOLDAVE, JACK
ADDRESS AVAILABLE UPON REQUEST

MOLDE, MCKINZIE
ADDRESS AVAILABLE UPON REQUEST

MOLDENHAUER, KAREN
ADDRESS AVAILABLE UPON REQUEST

MOLDO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MOLDOVAN, DENAE
ADDRESS AVAILABLE UPON REQUEST

MOLDOW, ELIZA
ADDRESS AVAILABLE UPON REQUEST

MOLE, LINDA
ADDRESS AVAILABLE UPON REQUEST

MOLE, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

MOLEA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOLENDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOLER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MOLERA-KARHOFF, IVETTE
ADDRESS AVAILABLE UPON REQUEST

MOLERO, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

MOLESWORTH, BELINDA
ADDRESS AVAILABLE UPON REQUEST

MOLETTIERE, LARA
ADDRESS AVAILABLE UPON REQUEST

MOLIN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOLINA PINEDA, MANUELA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MOLINA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, APRIL
ADDRESS AVAILABLE UPON REQUEST

MOLINA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, CARI
ADDRESS AVAILABLE UPON REQUEST

MOLINA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MOLINA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MOLINA, EDWIN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, ELIVER
ADDRESS AVAILABLE UPON REQUEST

MOLINA, EMELY
ADDRESS AVAILABLE UPON REQUEST

MOLINA, GUARINA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

MOLINA, KYRA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MOLINA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

MOLINA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOLINA, MONICA
ADDRESS AVAILABLE UPON REQUEST

MOLINA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MOLINA, OMAR
ADDRESS AVAILABLE UPON REQUEST

MOLINA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MOLINA, YVETTE
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, ALEX
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, MARISA
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MOLINARI, VICKI
ADDRESS AVAILABLE UPON REQUEST

MOLINARO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MOLINARO, CARI
ADDRESS AVAILABLE UPON REQUEST

MOLINARO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MOLINE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOLINE, SKYLER
ADDRESS AVAILABLE UPON REQUEST

MOLINELLI, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MOLINERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOLINO, CARLY
ADDRESS AVAILABLE UPON REQUEST

MOLINSKY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MOLIOO, KENNY
ADDRESS AVAILABLE UPON REQUEST

MOLIT, JOHN
ADDRESS AVAILABLE UPON REQUEST

MOLITERNI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOLITOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOLITORIS, SARA
ADDRESS AVAILABLE UPON REQUEST

MOLITSKY, CARLIE
ADDRESS AVAILABLE UPON REQUEST

MOLKENBUHR, LISA
ADDRESS AVAILABLE UPON REQUEST

MOLL, SHANE
ADDRESS AVAILABLE UPON REQUEST

MOLLBERG, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MOLLEMA, JOSH
ADDRESS AVAILABLE UPON REQUEST

MOLLENKAMP, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOLLENKOPF, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOLLER, DEBBY
ADDRESS AVAILABLE UPON REQUEST

MOLLER, TANYA
ADDRESS AVAILABLE UPON REQUEST

MOLLER-ANDERSEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

MOLLERUS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOLLES, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOLLESS, ALBERT
ADDRESS AVAILABLE UPON REQUEST

MOLLETTA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOLLICA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MOLLIE WOOLDRIDGE
ADDRESS AVAILABLE UPON REQUEST

MOLLMAN, MARCI
ADDRESS AVAILABLE UPON REQUEST

MOLLMARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOLLNER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MOLLNER, APRIL
ADDRESS AVAILABLE UPON REQUEST

MOLLO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MOELON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, DORY
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, GLORIA
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, LISA
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MOLLOY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MOLLY APPLEGATE
ADDRESS AVAILABLE UPON REQUEST

MOLLY BROOKS
ADDRESS AVAILABLE UPON REQUEST

MOLLY DELANEY
ADDRESS AVAILABLE UPON REQUEST

MOLLY DUFFY
ADDRESS AVAILABLE UPON REQUEST

MOLLY FRANCIS SKONIECZNY
ADDRESS AVAILABLE UPON REQUEST

MOLLY GUTHRIE
ADDRESS AVAILABLE UPON REQUEST

MOLLY J LEEN
ADDRESS AVAILABLE UPON REQUEST

MOLLY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

MOLLY MARGARET CHANEY
ADDRESS AVAILABLE UPON REQUEST

MOLLY MCMILLIN
ADDRESS AVAILABLE UPON REQUEST

MOLLY ROSE SPEED, JORDAN
ADDRESS AVAILABLE UPON REQUEST

MOLLY STELL
ADDRESS AVAILABLE UPON REQUEST

MOLLY WALLRICH
ADDRESS AVAILABLE UPON REQUEST

MOLLY, CLOSE,
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, ANNA
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, CAMDEN
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, DAWN
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, GLORIA
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MOLNAR, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

MOLO, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, MADELYNE
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOLONEY, MARYANN
ADDRESS AVAILABLE UPON REQUEST

MOLONY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOLPUS, SHEALY
ADDRESS AVAILABLE UPON REQUEST

MOLSBERRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOLSON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MOLSON, STEPHENEE
ADDRESS AVAILABLE UPON REQUEST

MOLT, KAY
ADDRESS AVAILABLE UPON REQUEST

MOLTER, AMY
ADDRESS AVAILABLE UPON REQUEST

MOLTER, CARMON
ADDRESS AVAILABLE UPON REQUEST

MOLTER, MINDY
ADDRESS AVAILABLE UPON REQUEST

MOLTZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOLTZEN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MOLUSH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MOLYNEAUX, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOLYNEAUX, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOLYNEUX, BRONTE
ADDRESS AVAILABLE UPON REQUEST

MOLZAHN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MOM AND DAD GAUL, TOM AND KATE
ADDRESS AVAILABLE UPON REQUEST

MOMAN, JOJO
ADDRESS AVAILABLE UPON REQUEST

MOMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MOMBER, SIMON
ADDRESS AVAILABLE UPON REQUEST

MOMBERG, JOHN
ADDRESS AVAILABLE UPON REQUEST

MOMBERG, YULIA
ADDRESS AVAILABLE UPON REQUEST

MOMEN, MANA
ADDRESS AVAILABLE UPON REQUEST

MOMENTUM BEVERAGE TEAM
105 PRAIRIE LAKE RD, STE B
EAST DUNDEE, IL  60118

MOMEYER, ALAN
ADDRESS AVAILABLE UPON REQUEST

MOMIN, NISHA
ADDRESS AVAILABLE UPON REQUEST

MOMJIAN, JOE
ADDRESS AVAILABLE UPON REQUEST

MOMMSEN, TALEATHA
ADDRESS AVAILABLE UPON REQUEST

MOMMY DEAREST, INC.
13045 PACIFIC PROMENADE  118
LOS ANGELES, CA  90094

MOMMY NEAREST, INC.
545 MADISON AVE, STE 600
NEW YORK, NY  10022

MOMOH, LUCIA
ADDRESS AVAILABLE UPON REQUEST

MOMONO, HANAKO
ADDRESS AVAILABLE UPON REQUEST

MOMPLAISIR, ESTHER
ADDRESS AVAILABLE UPON REQUEST

MONA KANTOR
ADDRESS AVAILABLE UPON REQUEST

MONACELLI, JAMES
ADDRESS AVAILABLE UPON REQUEST

MONACO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MONACO, ANNA
ADDRESS AVAILABLE UPON REQUEST

MONACO, CULLEN
ADDRESS AVAILABLE UPON REQUEST

MONACO, DEB
ADDRESS AVAILABLE UPON REQUEST

MONACO, DENISE
ADDRESS AVAILABLE UPON REQUEST

MONACO, GEENA
ADDRESS AVAILABLE UPON REQUEST

MONACO, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MONACO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MONACO, NICK
ADDRESS AVAILABLE UPON REQUEST

MONACO, TISHA
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, ANN
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, CHARLI
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, LISA
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

MONAGHAN, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

MONAHAN LAW OFFICE
4712 ADMIRALTY WAY 349
MARINA DEL REY, CA  90292

MONAHAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, CEIRE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, JILL
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, KATE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, LISE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, MARY-HAVEN
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MONAHAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MONAL, DAYANA
ADDRESS AVAILABLE UPON REQUEST

MONALDO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MONARCH STUDIOS LLC (MONVERA GLASS
DECOR)
1414 HARBOUR WAY SOUTH, SUITE 1400
RICHMOND, CA  94804

MONARCH, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MONAREZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MONARI, ERIN
ADDRESS AVAILABLE UPON REQUEST

MONASI, MANUEL
ADDRESS AVAILABLE UPON REQUEST

MONASTERO, TINA
ADDRESS AVAILABLE UPON REQUEST

MONASTYRSKAYA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

MONCADO, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MONCEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MONCIBAIZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MONCLA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MONCONDUIT, LASHAUN
ADDRESS AVAILABLE UPON REQUEST

MONCRIEF, KELLEY LYNNE
ADDRESS AVAILABLE UPON REQUEST

MONCRIEF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MONCRIEFF, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MONCRIEFFE, RAYNA
ADDRESS AVAILABLE UPON REQUEST

MONDALE FORONDA
TWELEVEZEROSEVEN
3111 4TH STREET  202
SANTA MONICA, CA  90405

MONDAY, DENISE
ADDRESS AVAILABLE UPON REQUEST

MONDAY, JENNA
ADDRESS AVAILABLE UPON REQUEST

MONDAY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONDEAU, ERIN
ADDRESS AVAILABLE UPON REQUEST

MONDEAUX, HENRY
ADDRESS AVAILABLE UPON REQUEST

MONDELLI, CARISSA
ADDRESS AVAILABLE UPON REQUEST

MONDELLO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MONDESTIN-DUNCAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MONDIDO, SHERON
ADDRESS AVAILABLE UPON REQUEST

MONDOCK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MONDOK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MONDORA, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MONDORA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MONDORFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MONDRAGON SUAREZ, NALLELY
ADDRESS AVAILABLE UPON REQUEST

MONDRIAN SKY BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

MONDS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MONDY, DARCI
ADDRESS AVAILABLE UPON REQUEST

MONDY, MOHAMED
ADDRESS AVAILABLE UPON REQUEST

MONE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MONELLO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MONEME, ODIMEGWU
ADDRESS AVAILABLE UPON REQUEST

MONEO, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

MONES, ERICA
ADDRESS AVAILABLE UPON REQUEST

MONES, JANELLA MARIE
ADDRESS AVAILABLE UPON REQUEST

MONESTIME, KENDRICK
ADDRESS AVAILABLE UPON REQUEST

MONESTIME, WILSON
ADDRESS AVAILABLE UPON REQUEST

MONET CHANTAL HERRSCHER MAXWELL
ADDRESS AVAILABLE UPON REQUEST

MONET, SAGE
ADDRESS AVAILABLE UPON REQUEST

MONETS DELI
ADDRESS UNAVAILABLE AT TIME OF FILING

MONETTA, LISA
ADDRESS AVAILABLE UPON REQUEST

MONEY, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

MONEY, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MONEY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MONEYHAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MONFORTE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MONGA, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

MONGAN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MONGAR, HARKA
ADDRESS AVAILABLE UPON REQUEST

MONGE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MONGELOS, NORMA
ADDRESS AVAILABLE UPON REQUEST

MONGER, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

MONGILIA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MONGILLO, ANGELA MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MONGILLO, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MONGILLO, MACKI
ADDRESS AVAILABLE UPON REQUEST

MONGOVEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MONGRO, DANNY
ADDRESS AVAILABLE UPON REQUEST

MONGRUE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MONHART, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONI, CAMILA
ADDRESS AVAILABLE UPON REQUEST

MONICA ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MONICA ENGELHARDT
ADDRESS AVAILABLE UPON REQUEST

MONICA HEWITT
ADDRESS AVAILABLE UPON REQUEST

MONICA LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MONICA LYNN SMITH
ADDRESS AVAILABLE UPON REQUEST

MONICA MARIN-SPICHER
ADDRESS AVAILABLE UPON REQUEST

MONICA, TYLER
ADDRESS AVAILABLE UPON REQUEST

MONICA, ZAFFARANO
ADDRESS AVAILABLE UPON REQUEST

MONICO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MONICO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MONICO, KELLY
ADDRESS AVAILABLE UPON REQUEST

MONICO, SHARON
ADDRESS AVAILABLE UPON REQUEST

MONIGER, JENNA
ADDRESS AVAILABLE UPON REQUEST

MONIN, PHILIPPE
ADDRESS AVAILABLE UPON REQUEST

MONINA, CASTILLO,
ADDRESS AVAILABLE UPON REQUEST

MONING, MARIA
ADDRESS AVAILABLE UPON REQUEST

MONING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MONIQUE CLARK
ADDRESS AVAILABLE UPON REQUEST

MONIQUE DOMIAN
ADDRESS AVAILABLE UPON REQUEST

MONIQUE R ELIEZER
ADDRESS AVAILABLE UPON REQUEST

MONIQUE, DENTREMONT,
ADDRESS AVAILABLE UPON REQUEST

MONIQUE, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

MONIQUE, TASHA
ADDRESS AVAILABLE UPON REQUEST

MONISMITH, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MONISOFF, JENNA K
ADDRESS AVAILABLE UPON REQUEST

MONIZ, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

MONIZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MONIZ, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MONIZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MONJURE, APRIL
ADDRESS AVAILABLE UPON REQUEST

MONK, DAWN
ADDRESS AVAILABLE UPON REQUEST

MONK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MONK, KYLE
ADDRESS AVAILABLE UPON REQUEST

MONK, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MONK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MONK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MONK, SHENISE
ADDRESS AVAILABLE UPON REQUEST

MONKARSH, JASON
ADDRESS AVAILABLE UPON REQUEST

MONKEY BUSINESS LLC (FE DESIGN)
327 E 2ND ST  222
LOS ANGELES, CA  90012

MONKMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MONKO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MONKS, LAURANCE
ADDRESS AVAILABLE UPON REQUEST

MONKS, SOINNEAH
ADDRESS AVAILABLE UPON REQUEST

MONKS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MONNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MONNERJAHNMONNERJAHN, MADISON
ADDRESS AVAILABLE UPON REQUEST

MONNET, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MONNIER, AUBRY
ADDRESS AVAILABLE UPON REQUEST

MONNIG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MONNING, EMILY
ADDRESS AVAILABLE UPON REQUEST

MONNINGER, KORINE
ADDRESS AVAILABLE UPON REQUEST

MONOPRICE
ADDRESS UNAVAILABLE AT TIME OF FILING

MONOXELOS, KATHIE
ADDRESS AVAILABLE UPON REQUEST

MONREAL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MONRIAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MONROE AHNEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONROE ASAMI
ADDRESS AVAILABLE UPON REQUEST

MONROE JOHNSON III
ADDRESS AVAILABLE UPON REQUEST

MONROE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MONROE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MONROE, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MONROE, ERIC
ADDRESS AVAILABLE UPON REQUEST

MONROE, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

MONROE, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

MONROE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MONROE, KAREN
ADDRESS AVAILABLE UPON REQUEST

MONROE, KIM
ADDRESS AVAILABLE UPON REQUEST

MONROE, LEAH
ADDRESS AVAILABLE UPON REQUEST

MONROE, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

MONROE, MECHELLE
ADDRESS AVAILABLE UPON REQUEST

MONROE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MONROE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MONROE, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MONROE, NANCY
ADDRESS AVAILABLE UPON REQUEST

MONROE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MONROE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MONROE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MONROIG, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MONROY, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MONSALVE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MONSEES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MONSEN, PETER
ADDRESS AVAILABLE UPON REQUEST

MONSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

MONSERAT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MONSERRATE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MONSERRATE, LUZ
ADDRESS AVAILABLE UPON REQUEST

MONSHIZADEH-TREMAINE
ADDRESS AVAILABLE UPON REQUEST

MONSILOVICH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MONSON, COLE
ADDRESS AVAILABLE UPON REQUEST

MONSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MONSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONSON, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MONSON, RHEA
ADDRESS AVAILABLE UPON REQUEST

MONSOUR, PAT
ADDRESS AVAILABLE UPON REQUEST

MONTABANA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MONTAG, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MONTAGANO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MONTAGUE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MONTAGUE, ALICE
ADDRESS AVAILABLE UPON REQUEST

MONTAGUE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MONTAGUE, EMMA
ADDRESS AVAILABLE UPON REQUEST

MONTAGUE, MAX
ADDRESS AVAILABLE UPON REQUEST

MONTALBANO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MONTALBANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MONTALBANO, SARAH
ADDRESS AVAILABLE UPON REQUEST

MONTALBANO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MONTALTO, ALY
ADDRESS AVAILABLE UPON REQUEST

MONTALTO, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTALVO, CARINA
ADDRESS AVAILABLE UPON REQUEST

MONTALVO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

MONTALVO, IVETTE
ADDRESS AVAILABLE UPON REQUEST

MONTAMBO, KATHY KATHY
ADDRESS AVAILABLE UPON REQUEST

MONTANA COMMISSIONER OF SECURITIES &
INSURANCE
840 HELENA AVE.
HELENA, MT 59601

MONTANA DEPARTMENT OF REVENUE
LIQUOR CONTROL DIVISION
PO BOX 1712
HELENA, MT 59624-1712

MONTANA DEPT OF LABOR AND INDUSTRY
PO BOX 1728
HELENA, MT 59624-1728

MONTANA DEPT OF REVENUE
PO BOX 5805
HELENA, MT  59604-5805

MONTANA DEPT OF REVENUE
SAM W MITCHELL BLDG
125 N ROBERTS, 3RD FL
HELENA, MT  59601

MONTANA LIQUOR LICENSE BUREAU
MONTANA DEPARTMENT OF REVENUE PO
BOX 1712
HELENA, MT  59624-1712

MONTANA OFFICE OF CONSUMER
PROTECTION
OFFICE OF CONSUMER PROTECTION
555 FULLER AVE
HELENA, MT  59601-3394

MONTANA OFFICE OF CONSUMER
PROTECTION
OFFICE OF CONSUMER PROTECTION
PO BOX 200151
HELENA, MT  59620-0151

MONTANA STATE AUDITOR, SECURITIES
COMM.
STATE AUDITORS OFFICE SECURITIES DEPT
840 HELENA AVENUE
HELENA, MT  59601

MONTANA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MONTANA, JOHN
ADDRESS AVAILABLE UPON REQUEST

MONTANARI, MARET
ADDRESS AVAILABLE UPON REQUEST

MONTANER, ANA
ADDRESS AVAILABLE UPON REQUEST

MONTANEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

MONTANEZ, JILL
ADDRESS AVAILABLE UPON REQUEST

MONTANEZ, TONI
ADDRESS AVAILABLE UPON REQUEST

MONTANILE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MONTANO, LUIS
ADDRESS AVAILABLE UPON REQUEST

MONTANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MONTANO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MONTANO, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MONTANO-LOPEZ, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MONTANYE, TIM
ADDRESS AVAILABLE UPON REQUEST

MONTAQUE, SHERAE
ADDRESS AVAILABLE UPON REQUEST

MONTAVON, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MONTE LUEHLFING
ADDRESS AVAILABLE UPON REQUEST

MONTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MONTEAGUDO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MONTECALVO, PETER
ADDRESS AVAILABLE UPON REQUEST

MONTE-CHRISTO, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

MONTEER, LINDI
ADDRESS AVAILABLE UPON REQUEST

MONTEER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MONTEGNA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MONTEGRICO, GIAN
ADDRESS AVAILABLE UPON REQUEST

MONTEILH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, KIELY
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MONTEIRO, TIERRA
ADDRESS AVAILABLE UPON REQUEST

MONTEITH, HALEY
ADDRESS AVAILABLE UPON REQUEST

MONTEITH, JOHN
ADDRESS AVAILABLE UPON REQUEST

MONTEITH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MONTEITH, ZOE
ADDRESS AVAILABLE UPON REQUEST

MONTELEONE, LINDY
ADDRESS AVAILABLE UPON REQUEST

MONTELIBANO, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

MONTELIONE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MONTELLI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MONTEMARANO, LAURAINE
ADDRESS AVAILABLE UPON REQUEST

MONTEMARANO, NANCY
ADDRESS AVAILABLE UPON REQUEST

MONTEMAYOR, LISA
ADDRESS AVAILABLE UPON REQUEST

MONTEMAYOR, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

MONTEMBEAULT, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTENEGRO, MARITZA
ADDRESS AVAILABLE UPON REQUEST

MONTER, IVAN
ADDRESS AVAILABLE UPON REQUEST

MONTERO, ANNA
ADDRESS AVAILABLE UPON REQUEST

MONTERO, GERARDO
ADDRESS AVAILABLE UPON REQUEST

MONTERO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MONTERO, SHAUN
ADDRESS AVAILABLE UPON REQUEST

MONTEROSSO, DIANNE
ADDRESS AVAILABLE UPON REQUEST

MONTERROSA, ALEX
ADDRESS AVAILABLE UPON REQUEST

MONTERROSA, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

MONTERROSA, JORGE
ADDRESS AVAILABLE UPON REQUEST

MONTES GONZALEZ, ABDIEL
ADDRESS AVAILABLE UPON REQUEST

MONTES, ALEX
ADDRESS AVAILABLE UPON REQUEST

MONTES, CRISTOBAL
ADDRESS AVAILABLE UPON REQUEST

MONTES, DENISE
ADDRESS AVAILABLE UPON REQUEST

MONTES, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MONTES, GENESSEE
ADDRESS AVAILABLE UPON REQUEST

MONTES, ILIANA
ADDRESS AVAILABLE UPON REQUEST

MONTES, JANELLY
ADDRESS AVAILABLE UPON REQUEST

MONTES, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

MONTES, KARINA
ADDRESS AVAILABLE UPON REQUEST

MONTES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MONTES, LINDA
ADDRESS AVAILABLE UPON REQUEST

MONTES, REINA
ADDRESS AVAILABLE UPON REQUEST

MONTES, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

MONTES, YANELI
ADDRESS AVAILABLE UPON REQUEST

MONTESARCHIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MONTESI, ERIC
ADDRESS AVAILABLE UPON REQUEST

MONTESINOS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONTESINOS, DIANA
ADDRESS AVAILABLE UPON REQUEST

MONTESION, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MONTEVERDE, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

MONTEVERDE, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

MONTEZ, KURSTYN
ADDRESS AVAILABLE UPON REQUEST

MONTEZINOS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MONTEZ-WELCH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MONTFORD, MANDY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERIE, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY COUNTY ALCOHOL
BEVERAGE SERVICES
201 EDISON PARK DRIVE
GAITHERSBURG, MD  20878

MONTGOMERY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, ALINA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, AMY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, BRETT
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, CARLEE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, DAVID
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, DAVID
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, DAVID
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, DEJA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, DOUG
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, EGAN
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, EMMALI
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, IAN
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, JUDY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KATE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, LEAH
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, LIBBY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, LYDIA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, MARIE
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, MARY
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, MISHA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, PAUL
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, R
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, SARA
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, SHERRI
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY, TOM
ADDRESS AVAILABLE UPON REQUEST

MONTGOMERY-RICE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MONTIALBANO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

MONTIEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

MONTIEL, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

MONTIEL, MARY
ADDRESS AVAILABLE UPON REQUEST

MONTIJO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MONTILLA, SEAN
ADDRESS AVAILABLE UPON REQUEST

MONTILUS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MONTIMURRO, MP
ADDRESS AVAILABLE UPON REQUEST

MONTINA, ROSEBABY
ADDRESS AVAILABLE UPON REQUEST

MONTINI, LILI
ADDRESS AVAILABLE UPON REQUEST

MONTMORENCY, KATHY
ADDRESS AVAILABLE UPON REQUEST

MONTONDO, KATHRINE
ADDRESS AVAILABLE UPON REQUEST

MONTONEY, CYNTHIA C
ADDRESS AVAILABLE UPON REQUEST

MONTONEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MONTONEY, LORETTA
ADDRESS AVAILABLE UPON REQUEST

MONTORO, OLINDA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, ERICA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, JUAN PABLO
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, LISA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, MITZY
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, PABLO
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, ROXANNA
ADDRESS AVAILABLE UPON REQUEST

MONTOYA, ROXANNA
ADDRESS AVAILABLE UPON REQUEST

MONTPETIT, KATIE
ADDRESS AVAILABLE UPON REQUEST

MONTROSE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MONTROSE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MONTROSS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MONTROSS, NINA
ADDRESS AVAILABLE UPON REQUEST

MONTSERRAT, CASSONDRA
ADDRESS AVAILABLE UPON REQUEST

MONTUFAR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MONTUSCHI, NICOLA
ADDRESS AVAILABLE UPON REQUEST

MONTY CONGDON
ADDRESS AVAILABLE UPON REQUEST

MONTY CORBET
ADDRESS AVAILABLE UPON REQUEST

MONZON VILLEGAS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

MONZON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MONZON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MONZON, ROQUE
ADDRESS AVAILABLE UPON REQUEST

MOO INC PRINTING
ADDRESS UNAVAILABLE AT TIME OF FILING

MOOCK, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MOODIE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MOODIE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MOODT, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MOODY, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MOODY, ANN
ADDRESS AVAILABLE UPON REQUEST

MOODY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MOODY, BRETT
ADDRESS AVAILABLE UPON REQUEST

MOODY, BROOKES
ADDRESS AVAILABLE UPON REQUEST

MOODY, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MOODY, CHERIE
ADDRESS AVAILABLE UPON REQUEST

MOODY, DEANGELO
ADDRESS AVAILABLE UPON REQUEST

MOODY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MOODY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOODY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MOODY, HALEY
ADDRESS AVAILABLE UPON REQUEST

MOODY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOODY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOODY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOODY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MOODY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOODY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MOODY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MOODY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MOODY, LARACHEL
ADDRESS AVAILABLE UPON REQUEST

MOODY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOODY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOODY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOODY, SARA
ADDRESS AVAILABLE UPON REQUEST

MOODY, SHAILA
ADDRESS AVAILABLE UPON REQUEST

MOODY, SIMONE
ADDRESS AVAILABLE UPON REQUEST

MOODY, STACEY
ADDRESS AVAILABLE UPON REQUEST

MOODY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOODY-FORD, JOSHUA CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MOOERS, BARRY
ADDRESS AVAILABLE UPON REQUEST

MOOERS, WALTER
ADDRESS AVAILABLE UPON REQUEST

MOOK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOOKERJEE, TRINA
ADDRESS AVAILABLE UPON REQUEST

MOOKOWSKI, BIBBLE
ADDRESS AVAILABLE UPON REQUEST

MOOMAW, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOON DISTRIBUTORS INC.
2800 VANCE STREET
LITTLE ROCK, AR  72206

MOON DISTRIBUTORS, INC.
2800 VANCE STREET
LITTLE ROCK, AR  72206

MOON RAESS, KATE
ADDRESS AVAILABLE UPON REQUEST

MOON, ALESHA
ADDRESS AVAILABLE UPON REQUEST

MOON, ALEX
ADDRESS AVAILABLE UPON REQUEST

MOON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOON, ANNE
ADDRESS AVAILABLE UPON REQUEST

MOON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MOON, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOON, GARY
ADDRESS AVAILABLE UPON REQUEST

MOON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

MOON, IRIS
ADDRESS AVAILABLE UPON REQUEST

MOON, JAY
ADDRESS AVAILABLE UPON REQUEST

MOON, JEANNA
ADDRESS AVAILABLE UPON REQUEST

MOON, KACIE
ADDRESS AVAILABLE UPON REQUEST

MOON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOON, KATIE
ADDRESS AVAILABLE UPON REQUEST

MOON, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

MOON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MOON, LYNN
ADDRESS AVAILABLE UPON REQUEST

MOON, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MOON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOON, SHINEH
ADDRESS AVAILABLE UPON REQUEST

MOON, WILLY
ADDRESS AVAILABLE UPON REQUEST

MOONAN, CRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOONEY MARTIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, AMBER
ADDRESS AVAILABLE UPON REQUEST

MOONEY, AMY
ADDRESS AVAILABLE UPON REQUEST

MOONEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MOONEY, BRI
ADDRESS AVAILABLE UPON REQUEST

MOONEY, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

MOONEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

MOONEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MOONEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOONEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOONEY, HOPELYN & KEVIN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, JASON
ADDRESS AVAILABLE UPON REQUEST

MOONEY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MOONEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, LEIA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, MARTINA
ADDRESS AVAILABLE UPON REQUEST

MOONEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOONEY, TESS
ADDRESS AVAILABLE UPON REQUEST

MOONEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MOOR, CHERICE
ADDRESS AVAILABLE UPON REQUEST

MOORADIAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

MOORE III, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MOORE MEILAN
ADDRESS AVAILABLE UPON REQUEST

MOORE ST., 3974
ADDRESS AVAILABLE UPON REQUEST

MOORE
ADDRESS AVAILABLE UPON REQUEST

MOORE, AARON
ADDRESS AVAILABLE UPON REQUEST

MOORE, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, AILEEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALEX
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALISON
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOORE, AMY
ADDRESS AVAILABLE UPON REQUEST

MOORE, AMY
ADDRESS AVAILABLE UPON REQUEST

MOORE, AMY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, ANYA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

MOORE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MOORE, BETH
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRADY
ADDRESS AVAILABLE UPON REQUEST

MOORE, BREE
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRIANA
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRIDGED
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MOORE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MOORE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MOORE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MOORE, CARL
ADDRESS AVAILABLE UPON REQUEST

MOORE, CARLY
ADDRESS AVAILABLE UPON REQUEST

MOORE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROL
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROL
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROL
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MOORE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MOORE, CASEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, CATHY
ADDRESS AVAILABLE UPON REQUEST

MOORE, CELINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTIANNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MOORE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MOORE, CINDY
ADDRESS AVAILABLE UPON REQUEST

MOORE, COLLINS
ADDRESS AVAILABLE UPON REQUEST

MOORE, CORINA
ADDRESS AVAILABLE UPON REQUEST

MOORE, CREE
ADDRESS AVAILABLE UPON REQUEST

MOORE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, DANIELA
ADDRESS AVAILABLE UPON REQUEST

MOORE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MOORE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MOORE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, DESTINY
ADDRESS AVAILABLE UPON REQUEST

MOORE, DILLION
ADDRESS AVAILABLE UPON REQUEST

MOORE, DIONNE
ADDRESS AVAILABLE UPON REQUEST

MOORE, DMARRI
ADDRESS AVAILABLE UPON REQUEST

MOORE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOORE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOORE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOORE, EMMA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ERENDIRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, FOSTER
ADDRESS AVAILABLE UPON REQUEST

MOORE, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MOORE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, GENESIS
ADDRESS AVAILABLE UPON REQUEST

MOORE, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

MOORE, HALIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, HARMONY
ADDRESS AVAILABLE UPON REQUEST

MOORE, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOORE, III, THEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, JAKE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JAKE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JAMES
ADDRESS AVAILABLE UPON REQUEST

MOORE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JANET
ADDRESS AVAILABLE UPON REQUEST

MOORE, JANICE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JASON
ADDRESS AVAILABLE UPON REQUEST

MOORE, JAYNE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENISE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOORE, JERI
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JING
ADDRESS AVAILABLE UPON REQUEST

MOORE, JOHANNAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JULIANA
ADDRESS AVAILABLE UPON REQUEST

MOORE, JULIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, JUNE AND DON
ADDRESS AVAILABLE UPON REQUEST

MOORE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KACHINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KAMI
ADDRESS AVAILABLE UPON REQUEST

MOORE, KAREN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KASEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, KATELIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KAYHLA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KEISHA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KELLI
ADDRESS AVAILABLE UPON REQUEST

MOORE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MOORE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MOORE, KERMESHIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KERRI
ADDRESS AVAILABLE UPON REQUEST

MOORE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KIM
ADDRESS AVAILABLE UPON REQUEST

MOORE, KIM
ADDRESS AVAILABLE UPON REQUEST

MOORE, KIM
ADDRESS AVAILABLE UPON REQUEST

MOORE, KIMBERLI
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOORE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, KYRAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

MOORE, LAUREL
ADDRESS AVAILABLE UPON REQUEST

MOORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOORE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MOORE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MOORE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MOORE, LISA
ADDRESS AVAILABLE UPON REQUEST

MOORE, LISA
ADDRESS AVAILABLE UPON REQUEST

MOORE, LISA
ADDRESS AVAILABLE UPON REQUEST

MOORE, LIZ
ADDRESS AVAILABLE UPON REQUEST

MOORE, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, LOUNORA
ADDRESS AVAILABLE UPON REQUEST

MOORE, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MANDY
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARCHANT
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARNYE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MOORE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MOORE, MELODY
ADDRESS AVAILABLE UPON REQUEST

MOORE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MOORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MIKE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MILAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MOORE, MONTAYE
ADDRESS AVAILABLE UPON REQUEST

MOORE, MONTE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NAKISHA
ADDRESS AVAILABLE UPON REQUEST

MOORE, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOORE, NATALYA
ADDRESS AVAILABLE UPON REQUEST

MOORE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOORE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MOORE, NOKITA
ADDRESS AVAILABLE UPON REQUEST

MOORE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, OLYMPIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, PAISLEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MOORE, PAT
ADDRESS AVAILABLE UPON REQUEST

MOORE, PATTY
ADDRESS AVAILABLE UPON REQUEST

MOORE, PENNY
ADDRESS AVAILABLE UPON REQUEST

MOORE, PETER
ADDRESS AVAILABLE UPON REQUEST

MOORE, PEYTON
ADDRESS AVAILABLE UPON REQUEST

MOORE, R
ADDRESS AVAILABLE UPON REQUEST

MOORE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, RAJY
ADDRESS AVAILABLE UPON REQUEST

MOORE, RANEE
ADDRESS AVAILABLE UPON REQUEST

MOORE, RAVEN
ADDRESS AVAILABLE UPON REQUEST

MOORE, RENAE
ADDRESS AVAILABLE UPON REQUEST

MOORE, RHONA
ADDRESS AVAILABLE UPON REQUEST

MOORE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MOORE, RILEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOORE, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

MOORE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, RONALD
ADDRESS AVAILABLE UPON REQUEST

MOORE, RYAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MOORE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SATERAH
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHAKIRA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHARI
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHEENA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MOORE, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MOORE, STACEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MOORE, STEVE AND DIANE
ADDRESS AVAILABLE UPON REQUEST

MOORE, STEVEN CHAD
ADDRESS AVAILABLE UPON REQUEST

MOORE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOORE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MOORE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MOORE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, TARA
ADDRESS AVAILABLE UPON REQUEST

MOORE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MOORE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MOORE, THERESA
ADDRESS AVAILABLE UPON REQUEST

MOORE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MOORE, TIREISHA
ADDRESS AVAILABLE UPON REQUEST

MOORE, TILONA
ADDRESS AVAILABLE UPON REQUEST

MOORE, TOBIN
ADDRESS AVAILABLE UPON REQUEST

MOORE, TODD
ADDRESS AVAILABLE UPON REQUEST

MOORE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MOORE, VERA
ADDRESS AVAILABLE UPON REQUEST

MOORE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MOORE, WENDY
ADDRESS AVAILABLE UPON REQUEST

MOORE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MOORE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MOORE, WINIFRED
ADDRESS AVAILABLE UPON REQUEST

MOOREFIELD, ADAIR
ADDRESS AVAILABLE UPON REQUEST

MOOREFIELD, KALLIE
ADDRESS AVAILABLE UPON REQUEST

MOORE-GILLON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MOORELAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MOORE-PETTIT, APRIL
ADDRESS AVAILABLE UPON REQUEST

MOORER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

MOORER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MOORER, HARTLEY
ADDRESS AVAILABLE UPON REQUEST

MOORER, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

MOORER, KORECO
ADDRESS AVAILABLE UPON REQUEST

MOORE-ROUNDS, MARIAN
ADDRESS AVAILABLE UPON REQUEST

MOORES, AMY
ADDRESS AVAILABLE UPON REQUEST

MOORES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOORES, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MOORES, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

MOORE-YOUNG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOORHEAD, LISA
ADDRESS AVAILABLE UPON REQUEST

MOORHEAD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MOORHEAD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MOORHEAD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MOORHOUSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOORING, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOORLACH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MOORLEY, SUBRINA
ADDRESS AVAILABLE UPON REQUEST

MOORMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MOORMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MOORRE, RABECKA
ADDRESS AVAILABLE UPON REQUEST

MOORTHIYEDATH, SADEEP
ADDRESS AVAILABLE UPON REQUEST

MOOSE, BARRY
ADDRESS AVAILABLE UPON REQUEST

MOOTAFIAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

MOOTREY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MOOTZ, HARALD
ADDRESS AVAILABLE UPON REQUEST

MOOY, KAY
ADDRESS AVAILABLE UPON REQUEST

MOOYMAN, OLIVER
ADDRESS AVAILABLE UPON REQUEST

MOOZHIKULAM, SACHIN
ADDRESS AVAILABLE UPON REQUEST

MORA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MORA, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MORA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MORA, EVA
ADDRESS AVAILABLE UPON REQUEST

MORA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

MORA, JADE
ADDRESS AVAILABLE UPON REQUEST

MORA, JAVIER
ADDRESS AVAILABLE UPON REQUEST

MORA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MORA, KIM
ADDRESS AVAILABLE UPON REQUEST

MORA, MARICELA
ADDRESS AVAILABLE UPON REQUEST

MORA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MORA, PAOLA
ADDRESS AVAILABLE UPON REQUEST

MORA, SONDRA
ADDRESS AVAILABLE UPON REQUEST

MORA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORABITO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORABITO, DAVID
ADDRESS AVAILABLE UPON REQUEST

MORABITO, LISA
ADDRESS AVAILABLE UPON REQUEST

MORABITOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORADA, DIANE-NICOLE
ADDRESS AVAILABLE UPON REQUEST

MORADA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORADO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MORAES, CARLINE
ADDRESS AVAILABLE UPON REQUEST

MORAGNE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MORAIDA, GINA
ADDRESS AVAILABLE UPON REQUEST

MORAIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MORAKIS, SAMMI
ADDRESS AVAILABLE UPON REQUEST

MORALES ROSADO, WILNELYA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ALANA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ALANA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ALESA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MORALES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MORALES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ANALISA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ANNE
ADDRESS AVAILABLE UPON REQUEST

MORALES, BEA
ADDRESS AVAILABLE UPON REQUEST

MORALES, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

MORALES, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MORALES, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MORALES, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

MORALES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORALES, EFRAIN
ADDRESS AVAILABLE UPON REQUEST

MORALES, ELSA
ADDRESS AVAILABLE UPON REQUEST

MORALES, ELVIS
ADDRESS AVAILABLE UPON REQUEST

MORALES, FARHANA
ADDRESS AVAILABLE UPON REQUEST

MORALES, FRANCISCA
ADDRESS AVAILABLE UPON REQUEST

MORALES, HERIBERTO
ADDRESS AVAILABLE UPON REQUEST

MORALES, HUGO
ADDRESS AVAILABLE UPON REQUEST

MORALES, JANA
ADDRESS AVAILABLE UPON REQUEST

MORALES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORALES, JESUS
ADDRESS AVAILABLE UPON REQUEST

MORALES, JIMMY
ADDRESS AVAILABLE UPON REQUEST

MORALES, JOSE
ADDRESS AVAILABLE UPON REQUEST

MORALES, KATIA
ADDRESS AVAILABLE UPON REQUEST

MORALES, KERVIN
ADDRESS AVAILABLE UPON REQUEST

MORALES, KIMANI
ADDRESS AVAILABLE UPON REQUEST

MORALES, KYLE
ADDRESS AVAILABLE UPON REQUEST

MORALES, LAURA
ADDRESS AVAILABLE UPON REQUEST

MORALES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORALES, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

MORALES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MORALES, LOURDES
ADDRESS AVAILABLE UPON REQUEST

MORALES, MAELONI
ADDRESS AVAILABLE UPON REQUEST

MORALES, MARCO
ADDRESS AVAILABLE UPON REQUEST

MORALES, MARIA
ADDRESS AVAILABLE UPON REQUEST

MORALES, MARLENE
ADDRESS AVAILABLE UPON REQUEST

MORALES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MORALES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORALES, MELITON
ADDRESS AVAILABLE UPON REQUEST

MORALES, MICA
ADDRESS AVAILABLE UPON REQUEST

MORALES, MINA
ADDRESS AVAILABLE UPON REQUEST

MORALES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

MORALES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MORALES, NADIR
ADDRESS AVAILABLE UPON REQUEST

MORALES, NANCY
ADDRESS AVAILABLE UPON REQUEST

MORALES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MORALES, NIKOLL
ADDRESS AVAILABLE UPON REQUEST

MORALES, OMAR
ADDRESS AVAILABLE UPON REQUEST

MORALES, PAULINA
ADDRESS AVAILABLE UPON REQUEST

MORALES, PRISCELLA
ADDRESS AVAILABLE UPON REQUEST

MORALES, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

MORALES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MORALES, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORALES, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORALES, SERGIO
ADDRESS AVAILABLE UPON REQUEST

MORALES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORALES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MORALES, SUNIKO
ADDRESS AVAILABLE UPON REQUEST

MORALES, SUYEN
ADDRESS AVAILABLE UPON REQUEST

MORALES, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MORALES, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MORALES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MORALES-LOEB, MARIE
ADDRESS AVAILABLE UPON REQUEST

MORALES-RHYMES, ERNITA
ADDRESS AVAILABLE UPON REQUEST

MORALEZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MORALEZ, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

MORAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

MORAN, BETSY
ADDRESS AVAILABLE UPON REQUEST

MORAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MORAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MORAN, BRYNNA
ADDRESS AVAILABLE UPON REQUEST

MORAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MORAN, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MORAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MORAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MORAN, CRISSY
ADDRESS AVAILABLE UPON REQUEST

MORAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MORAN, DOLORES
ADDRESS AVAILABLE UPON REQUEST

MORAN, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MORAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

MORAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MORAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MORAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MORAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

MORAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MORAN, JEAN
ADDRESS AVAILABLE UPON REQUEST

MORAN, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MORAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MORAN, KATE
ADDRESS AVAILABLE UPON REQUEST

MORAN, KATE
ADDRESS AVAILABLE UPON REQUEST

MORAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MORAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MORAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORAN, KELLYN
ADDRESS AVAILABLE UPON REQUEST

MORAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MORAN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MORAN, MACY
ADDRESS AVAILABLE UPON REQUEST

MORAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MORAN, MARCUS
ADDRESS AVAILABLE UPON REQUEST

MORAN, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

MORAN, MAURA
ADDRESS AVAILABLE UPON REQUEST

MORAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MORAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MORAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

MORAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MORAN, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

MORAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MORAN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

MORAN, SLOANE
ADDRESS AVAILABLE UPON REQUEST

MORAN, SLOANE
ADDRESS AVAILABLE UPON REQUEST

MORAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MORAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

MORAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MORAN, TIM
ADDRESS AVAILABLE UPON REQUEST

MORAND, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MORANDER, SAGE
ADDRESS AVAILABLE UPON REQUEST

MORANDO, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MORANO, ALEX
ADDRESS AVAILABLE UPON REQUEST

MORANO, NOELLE
ADDRESS AVAILABLE UPON REQUEST

MORAO, ANA
ADDRESS AVAILABLE UPON REQUEST

MORAS, PEDRO
ADDRESS AVAILABLE UPON REQUEST

MORASCI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORASKI, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MORASKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORASSO, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORATELLI, MARLA
ADDRESS AVAILABLE UPON REQUEST

MORAVEC, EMILIE
ADDRESS AVAILABLE UPON REQUEST

MORAVEC, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MORAVUS, LANA
ADDRESS AVAILABLE UPON REQUEST

MORAWSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORAY, JUNO
ADDRESS AVAILABLE UPON REQUEST

MORAZA, CECILIA
ADDRESS AVAILABLE UPON REQUEST

MORBERG, MARY
ADDRESS AVAILABLE UPON REQUEST

MORBIT, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MORCROFT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORDAN, LISA
ADDRESS AVAILABLE UPON REQUEST

MORDARSKI, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MORDAUNT, TIM
ADDRESS AVAILABLE UPON REQUEST

MORDECAI, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MORE, ARUSHI
ADDRESS AVAILABLE UPON REQUEST

MORE, HARSHNEEL
ADDRESS AVAILABLE UPON REQUEST

MORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MORE, LAURA
ADDRESS AVAILABLE UPON REQUEST

MORE, SARAH JO
ADDRESS AVAILABLE UPON REQUEST

MOREA, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

MOREARTY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOREARTY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MOREAU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOREAU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOREAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOREAU, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MORECRAFT, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MOREE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MOREFIELD, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOREFIELD, STASIA
ADDRESS AVAILABLE UPON REQUEST

MOREHEAD, CLAUDIA ANN
ADDRESS AVAILABLE UPON REQUEST

MOREHEAD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOREHEAD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, JASON
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MOREHOUSE, PEGGY
ADDRESS AVAILABLE UPON REQUEST

MOREIRA FERREIRA, GIAN
ADDRESS AVAILABLE UPON REQUEST

MOREIRA, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

MOREIRA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MOREIRA, KARISA
ADDRESS AVAILABLE UPON REQUEST

MOREIRA, LUANA
ADDRESS AVAILABLE UPON REQUEST

MOREIRA, THAYANE
ADDRESS AVAILABLE UPON REQUEST

MOREJON, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

MOREL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MOREL, CARLA
ADDRESS AVAILABLE UPON REQUEST

MOREL, DEOLINDA
ADDRESS AVAILABLE UPON REQUEST

MORELAND, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MORELAND, KAY
ADDRESS AVAILABLE UPON REQUEST

MORELAND, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORELAND, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MORELAND, MINDY
ADDRESS AVAILABLE UPON REQUEST

MORELAND, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MORELL, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MORELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

MORELLI, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

MORELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MORELLI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MORELLI, NATE
ADDRESS AVAILABLE UPON REQUEST

MORELLO, ALYSA
ADDRESS AVAILABLE UPON REQUEST

MORELLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORELLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MORELLO, TONY
ADDRESS AVAILABLE UPON REQUEST

MORENA, CAMILA
ADDRESS AVAILABLE UPON REQUEST

MORENA, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORENCE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MORENCY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MORENCY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORENO ESPINOSA, FLAVIO
ADDRESS AVAILABLE UPON REQUEST

MORENO, AIDA
ADDRESS AVAILABLE UPON REQUEST

MORENO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MORENO, ARQUISHA
ADDRESS AVAILABLE UPON REQUEST

MORENO, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

MORENO, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MORENO, AURORA
ADDRESS AVAILABLE UPON REQUEST

MORENO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MORENO, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

MORENO, CATI
ADDRESS AVAILABLE UPON REQUEST

MORENO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORENO, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

MORENO, DANIELA
ADDRESS AVAILABLE UPON REQUEST

MORENO, DIANA
ADDRESS AVAILABLE UPON REQUEST

MORENO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORENO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MORENO, GLORIA
ADDRESS AVAILABLE UPON REQUEST

MORENO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MORENO, HIRAM
ADDRESS AVAILABLE UPON REQUEST

MORENO, HIRAM
ADDRESS AVAILABLE UPON REQUEST

MORENO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MORENO, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORENO, JENNA
ADDRESS AVAILABLE UPON REQUEST

MORENO, JORGE
ADDRESS AVAILABLE UPON REQUEST

MORENO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORENO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MORENO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MORENO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MORENO, LORI
ADDRESS AVAILABLE UPON REQUEST

MORENO, LUZ
ADDRESS AVAILABLE UPON REQUEST

MORENO, MADELINE
ADDRESS AVAILABLE UPON REQUEST

MORENO, MARIA
ADDRESS AVAILABLE UPON REQUEST

MORENO, MARIA
ADDRESS AVAILABLE UPON REQUEST

MORENO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MORENO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MORENO, PAUL
ADDRESS AVAILABLE UPON REQUEST

MORENO, PIA
ADDRESS AVAILABLE UPON REQUEST

MORENO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORENO, RAEANNE
ADDRESS AVAILABLE UPON REQUEST

MORENO, RUBY
ADDRESS AVAILABLE UPON REQUEST

MORENO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORENO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORENO, SCARLET
ADDRESS AVAILABLE UPON REQUEST

MORENO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORENO, VALERIA
ADDRESS AVAILABLE UPON REQUEST

MORENO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MORENO, ZACH
ADDRESS AVAILABLE UPON REQUEST

MORERA, LINETTE
ADDRESS AVAILABLE UPON REQUEST

MORESCHINI, VINCE
ADDRESS AVAILABLE UPON REQUEST

MORESCO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MORETON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MORETTI, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MORETTI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORETTI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MORETTI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MORETZ, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MOREWITZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MOREY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOREY, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

MOREY, KATHY
ADDRESS AVAILABLE UPON REQUEST

MOREY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOREY, WAYNE
ADDRESS AVAILABLE UPON REQUEST

MORFE, SHAILY
ADDRESS AVAILABLE UPON REQUEST

MORFFI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MORFIAS RIBS & PIES
ADDRESS UNAVAILABLE AT TIME OF FILING

MORFORD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MORGADO, ALEX
ADDRESS AVAILABLE UPON REQUEST

MORGAN CASTROGIOVANNI
ADDRESS AVAILABLE UPON REQUEST

MORGAN EDGE
ADDRESS AVAILABLE UPON REQUEST

MORGAN FELBER
ADDRESS AVAILABLE UPON REQUEST

MORGAN HESTER HOWELL
ADDRESS AVAILABLE UPON REQUEST

MORGAN HOPKINS
ADDRESS AVAILABLE UPON REQUEST

MORGAN J FRESSLER
ADDRESS AVAILABLE UPON REQUEST

MORGAN MAURER
ADDRESS AVAILABLE UPON REQUEST

MORGAN RIBEIRO
ADDRESS AVAILABLE UPON REQUEST

MORGAN STANLEY & CO. (0015, 0050)
ATTN MS PROXY DEPT
1300 THAMES ST WHARF
BALTIMORE, MD  21231

MORGAN TIRONE
ADDRESS AVAILABLE UPON REQUEST

MORGAN VINA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, A J
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, AMY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BETSY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BILLY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CORINA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DARIEN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

MORGAN, DOUG
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ELYZABETH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

MORGAN, FARRAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, GARY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, GLEN AND JAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, IAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JASON
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JEAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JEMMA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JOE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KARLI
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KEITH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KEM
ADDRESS AVAILABLE UPON REQUEST

MORGAN, KIYNEISCHA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LACEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LARISSA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LAWANDA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LEONTINE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LILIAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LORI
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LUEVANO,
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, LYNN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MARSHA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, NAILAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, NYKIAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, PETER
ADDRESS AVAILABLE UPON REQUEST

MORGAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, RICK
ADDRESS AVAILABLE UPON REQUEST

MORGAN, RITA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORGAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORGAN, RONALD
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SARA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SIBYL
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SIERRA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, SILAS
ADDRESS AVAILABLE UPON REQUEST

MORGAN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MORGAN, STEINES,
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TAMELA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TAMI
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TEDD
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TIHESHA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TIM
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TIM
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TINA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, TOMIKA
ADDRESS AVAILABLE UPON REQUEST

MORGAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

MORGANA, GRACE
ADDRESS AVAILABLE UPON REQUEST

MORGAN-BALDASSO, VARCHIA
ADDRESS AVAILABLE UPON REQUEST

MORGANFIELD, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MORGANO, AMY
ADDRESS AVAILABLE UPON REQUEST

MORGAN-RODRIGUEZ, HALLIE
ADDRESS AVAILABLE UPON REQUEST

MORGANROTH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORGANS HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

MORGANS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORGANTI, NANETTE
ADDRESS AVAILABLE UPON REQUEST

MORGANTI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORGANTO, HELEN
ADDRESS AVAILABLE UPON REQUEST

MORGASON, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORGEN, KARI
ADDRESS AVAILABLE UPON REQUEST

MORGENSTERN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

MORGENSTERN, PAUL
ADDRESS AVAILABLE UPON REQUEST

MORGENSTERN, RANDI
ADDRESS AVAILABLE UPON REQUEST

MORGENTHALER, JEFF
ADDRESS AVAILABLE UPON REQUEST

MORGENTHALER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

MORGIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MORI, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

MORI, KEIKO
ADDRESS AVAILABLE UPON REQUEST

MORI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORIA, MARIIA
ADDRESS AVAILABLE UPON REQUEST

MORIARITY, MONNA
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, KATE
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, PAUL
ADDRESS AVAILABLE UPON REQUEST

MORIARTY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MORICE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MORICI, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MORID, MISON
ADDRESS AVAILABLE UPON REQUEST

MORIDZADEH, NASEEM
ADDRESS AVAILABLE UPON REQUEST

MORIDZADEH, NASEEM
ADDRESS AVAILABLE UPON REQUEST

MORIEARTY, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

MORIKAWA, MARY
ADDRESS AVAILABLE UPON REQUEST

MORILAK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MORILLO, PAOLA
ADDRESS AVAILABLE UPON REQUEST

MORIMOTO
ADDRESS UNAVAILABLE AT TIME OF FILING

MORIN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

MORIN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

MORIN, AMY
ADDRESS AVAILABLE UPON REQUEST

MORIN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

MORIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

MORIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

MORIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MORIN, SETH
ADDRESS AVAILABLE UPON REQUEST

MORIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORIN, YUKI
ADDRESS AVAILABLE UPON REQUEST

MORINELLI, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MORING, JOAN
ADDRESS AVAILABLE UPON REQUEST

MORINI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MORIO, DANI
ADDRESS AVAILABLE UPON REQUEST

MORISETTE, MALAYA
ADDRESS AVAILABLE UPON REQUEST

MORITA, LISA
ADDRESS AVAILABLE UPON REQUEST

MORITA, LUIS
ADDRESS AVAILABLE UPON REQUEST

MORITZ, BOB
ADDRESS AVAILABLE UPON REQUEST

MORITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORITZ, HAILEY
ADDRESS AVAILABLE UPON REQUEST

MORITZ, JARED
ADDRESS AVAILABLE UPON REQUEST

MORITZ, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MORITZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORIYAMA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

MORKUS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORLAND, IAN
ADDRESS AVAILABLE UPON REQUEST

MORLANSJR, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

MORLAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

MORLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MORLEY, JAYNE
ADDRESS AVAILABLE UPON REQUEST

MORLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MORLEY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

MORLEY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MORLEY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MORLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MORLEY, SAVANNAH|
ADDRESS AVAILABLE UPON REQUEST

MORLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

MORLEY, TYLER C.
ADDRESS AVAILABLE UPON REQUEST

MORLOCK, JILL OR WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MORMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MORMILE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORNING BREW INC
85 BROAD STREET, 9TH FLOOR
NEW YORK, NY 10004

MORNINGSTAR, JULIE
ADDRESS AVAILABLE UPON REQUEST

MORNINGSTAR, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MOROCHO TORRES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MOROCHO, DAISY
ADDRESS AVAILABLE UPON REQUEST

MORONE, FRANKIE
ADDRESS AVAILABLE UPON REQUEST

MORONI, PATRICE
ADDRESS AVAILABLE UPON REQUEST

MOROSKY, MIA
ADDRESS AVAILABLE UPON REQUEST

MOROUNEY, ANN
ADDRESS AVAILABLE UPON REQUEST

MOROYOQUI, JESSE
ADDRESS AVAILABLE UPON REQUEST

MOROZ, KATU
ADDRESS AVAILABLE UPON REQUEST

MOROZ, VALERII
ADDRESS AVAILABLE UPON REQUEST

MOROZOV, POLINA
ADDRESS AVAILABLE UPON REQUEST

MOROZOVA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

MORPHEW, KARI
ADDRESS AVAILABLE UPON REQUEST

MORRA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORRA, NICK
ADDRESS AVAILABLE UPON REQUEST

MORRA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORREALE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORRELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRELL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MORRELL, JASON
ADDRESS AVAILABLE UPON REQUEST

MORRELL, JUDY
ADDRESS AVAILABLE UPON REQUEST

MORRELL, KIM
ADDRESS AVAILABLE UPON REQUEST

MORRELL, LIZ
ADDRESS AVAILABLE UPON REQUEST

MORRELL, MADDISON
ADDRESS AVAILABLE UPON REQUEST

MORRELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORRELL-HUOT, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MORRESI, MARC
ADDRESS AVAILABLE UPON REQUEST

MORRIER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MORRILL, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

MORRILL, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORRIS GELMAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS MEDIAWORKS
ADDRESS UNAVAILABLE AT TIME OF FILING

MORRIS NICOLS ARSHT & TUNNELL LLP
ATTN: CURTIS MILLER & DEREK ABBOTT
1201 N. MARKET ST. 16TH FLOOR
PO BOX 1347
WILMINGTON, DE  19801

MORRIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ANITA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, AREN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BECKY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BILLY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BOBBIE & MARK
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BOYD
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BRIDGIT
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BRITNIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, BRYNFOR
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CALLIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CANDI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CATHY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CHERYL DAVIS
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CORI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DANA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DARRYL
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DENICE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DIANNE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, GAYE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, GINA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, GINGER
ADDRESS AVAILABLE UPON REQUEST

MORRIS, GLEN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, GODDESS
ADDRESS AVAILABLE UPON REQUEST

MORRIS, HARMONIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MORRIS, HEBRON
ADDRESS AVAILABLE UPON REQUEST

MORRIS, HELENA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JACOB
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JANET
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JANICE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JARED
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JOHN DAVYD
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JOSIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KARA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KEELY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KIERRA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KIMBERLYNNE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, KYLER
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LAILAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LELAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, LISA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MALEA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MALLOREY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MARINA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MASON
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, MISTY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MORRIS, NICKI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MORRIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RICH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RODNEY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RONALD
ADDRESS AVAILABLE UPON REQUEST

MORRIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SARA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SHERI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEVE OR MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, SUZY
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TAKELA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TATE
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TESS
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TONIANN
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TORI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, TRACI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, VICKI
ADDRESS AVAILABLE UPON REQUEST

MORRIS, WYNITA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ZIYA
ADDRESS AVAILABLE UPON REQUEST

MORRIS, ZOE
ADDRESS AVAILABLE UPON REQUEST

MORRISEY, CATE
ADDRESS AVAILABLE UPON REQUEST

MORRISEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

MORRIS-MCCARTHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ALAN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, AMBER
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, BECKY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CALA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CANDIS
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, DAWN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, EMELIE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, EMELIE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, FIONA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, GARY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, GREER
ADDRESS AVAILABLE UPON REQUEST

MORRISON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MORRISON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MORRISON, JANETTE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORRISON, JOE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KANDACE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KERMIT
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KIERAN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, LIZ
ADDRESS AVAILABLE UPON REQUEST

MORRISON, LORI
ADDRESS AVAILABLE UPON REQUEST

MORRISON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MACKENSIE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MORRISON, NORBERT
ADDRESS AVAILABLE UPON REQUEST

MORRISON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORRISON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MORRISON, RONALD
ADDRESS AVAILABLE UPON REQUEST

MORRISON, RONALD
ADDRESS AVAILABLE UPON REQUEST

MORRISON, ROSS
ADDRESS AVAILABLE UPON REQUEST

MORRISON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRISON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORRISON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, STACEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MORRISON, TREVIA
ADDRESS AVAILABLE UPON REQUEST

MORRISON, VICTOR
ADDRESS AVAILABLE UPON REQUEST

MORRISON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MORRISSETTE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MORRISSETTE, HALEY
ADDRESS AVAILABLE UPON REQUEST

MORRISSETTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORRISSETTE, WENDY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, CLAIR
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, KACEY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, KATE
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, KITTY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, MARTIN
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, MARY
ADDRESS AVAILABLE UPON REQUEST

MORRISSEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MORRONE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

MORRONE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MORRONE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

MORRONE, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

MORRONE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MORRONE, STEVE
ADDRESS AVAILABLE UPON REQUEST

MORROW, AMY
ADDRESS AVAILABLE UPON REQUEST

MORROW, AUVERIN
ADDRESS AVAILABLE UPON REQUEST

MORROW, AZINDA
ADDRESS AVAILABLE UPON REQUEST

MORROW, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MORROW, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MORROW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORROW, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MORROW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MORROW, JAMES
ADDRESS AVAILABLE UPON REQUEST

MORROW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MORROW, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORROW, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MORROW, KATIE
ADDRESS AVAILABLE UPON REQUEST

MORROW, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MORROW, LIZ
ADDRESS AVAILABLE UPON REQUEST

MORROW, LORI
ADDRESS AVAILABLE UPON REQUEST

MORROW, LORI
ADDRESS AVAILABLE UPON REQUEST

MORROW, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MORROW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MORROW, RUTH
ADDRESS AVAILABLE UPON REQUEST

MORROW, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORROW, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MORROW, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MORROW, TANIA
ADDRESS AVAILABLE UPON REQUEST

MORROW, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MORROW, TIM
ADDRESS AVAILABLE UPON REQUEST

MORROW, TRACY
ADDRESS AVAILABLE UPON REQUEST

MORRRONE, WENDY
ADDRESS AVAILABLE UPON REQUEST

MORSCH, MATT
ADDRESS AVAILABLE UPON REQUEST

MORSCH, VICKIE
ADDRESS AVAILABLE UPON REQUEST

MORSE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

MORSE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MORSE, CARRI
ADDRESS AVAILABLE UPON REQUEST

MORSE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MORSE, DAVID
ADDRESS AVAILABLE UPON REQUEST

MORSE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

MORSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

MORSE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MORSE, JEROLD
ADDRESS AVAILABLE UPON REQUEST

MORSE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MORSE, JULIE
ADDRESS AVAILABLE UPON REQUEST

MORSE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MORSE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORSE, KELLY
ADDRESS AVAILABLE UPON REQUEST

MORSE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MORSE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

MORSE, LATEEFAH
ADDRESS AVAILABLE UPON REQUEST

MORSE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MORSE, MARCIA
ADDRESS AVAILABLE UPON REQUEST

MORSE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MORSE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MORSE, MATHEW
ADDRESS AVAILABLE UPON REQUEST

MORSE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MORSE, RAE
ADDRESS AVAILABLE UPON REQUEST

MORSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORSE-BROWN, LYNDA
ADDRESS AVAILABLE UPON REQUEST

MORSE-CORMAN, MAVIS
ADDRESS AVAILABLE UPON REQUEST

MORSEMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MORSE-SIMPKINS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORSILLO, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MORSMAN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MORT, CICI
ADDRESS AVAILABLE UPON REQUEST

MORT, SARAH
ADDRESS AVAILABLE UPON REQUEST

MORTARA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MORTARA, KARLA
ADDRESS AVAILABLE UPON REQUEST

MORTAROTTI, ALLY
ADDRESS AVAILABLE UPON REQUEST

MORTAROTTI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORTAZAVI, MARJAN
ADDRESS AVAILABLE UPON REQUEST

MORTELLITI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MORTENSEN, AARON
ADDRESS AVAILABLE UPON REQUEST

MORTENSEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MORTENSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MORTENSEN, RANDY
ADDRESS AVAILABLE UPON REQUEST

MORTENSEN-KORTH, GRACE
ADDRESS AVAILABLE UPON REQUEST

MORTGAGE PLANNERS, LANDMARK
ADDRESS AVAILABLE UPON REQUEST

MORTIMER, DR. MARY LOU
ADDRESS AVAILABLE UPON REQUEST

MORTIMER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MORTIMER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MORTIMER, SASHA
ADDRESS AVAILABLE UPON REQUEST

MORTIMER, YVONNE
ADDRESS AVAILABLE UPON REQUEST

MORTLOCK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MORTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MORTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MORTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

MORTON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MORTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

MORTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MORTON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

MORTON, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MORTON, DON
ADDRESS AVAILABLE UPON REQUEST

MORTON, FRANK
ADDRESS AVAILABLE UPON REQUEST

MORTON, GREG
ADDRESS AVAILABLE UPON REQUEST

MORTON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MORTON, JILL
ADDRESS AVAILABLE UPON REQUEST

MORTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

MORTON, KAY
ADDRESS AVAILABLE UPON REQUEST

MORTON, LEXIE
ADDRESS AVAILABLE UPON REQUEST

MORTON, LORETTA
ADDRESS AVAILABLE UPON REQUEST

MORTON, MARGE
ADDRESS AVAILABLE UPON REQUEST

MORTON, MARY
ADDRESS AVAILABLE UPON REQUEST

MORTON, MAURA
ADDRESS AVAILABLE UPON REQUEST

MORTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MORTON, MYNE
ADDRESS AVAILABLE UPON REQUEST

MORTON, NEIA
ADDRESS AVAILABLE UPON REQUEST

MORTON, PORTER
ADDRESS AVAILABLE UPON REQUEST

MORTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MORTON, SAM
ADDRESS AVAILABLE UPON REQUEST

MORTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MORTON, TARA
ADDRESS AVAILABLE UPON REQUEST

MORTURANO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MORUA, DIANE
ADDRESS AVAILABLE UPON REQUEST

MORUCCI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MORVANT, LINDA
ADDRESS AVAILABLE UPON REQUEST

MORWAY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MORYCZ, FELICIA
ADDRESS AVAILABLE UPON REQUEST

MORZENTI, PAULA JANE
ADDRESS AVAILABLE UPON REQUEST

MOSBAT, HEIDI
ADDRESS AVAILABLE UPON REQUEST

MOSBECK, ROBYN
ADDRESS AVAILABLE UPON REQUEST

MOSBY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOSCA, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MOSCA, LORETTA
ADDRESS AVAILABLE UPON REQUEST

MOSCA, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MOSCARDO, CECILIA
ADDRESS AVAILABLE UPON REQUEST

MOSCAT, EVA
ADDRESS AVAILABLE UPON REQUEST

MOSCATELLI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MOSCATELLO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MOSCATELLO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MOSCH, DRESDEN
ADDRESS AVAILABLE UPON REQUEST

MOSCHETTI, MIKE
ADDRESS AVAILABLE UPON REQUEST

MOSCHETTI, TIA
ADDRESS AVAILABLE UPON REQUEST

MOSCHNER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

MOSCICKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOSCO, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MOSCOE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MOSCONE, JOJO
ADDRESS AVAILABLE UPON REQUEST

MOSCOSO, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

MOSCOSO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

MOSCOTTE, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

MOSSCUZZA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOSEBAR, KELSIE
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, G. RALPH
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, JACK
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, MACY
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, MELODY
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, SPENCER
ADDRESS AVAILABLE UPON REQUEST

MOSELEY, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MOSEMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MOSER, ANITA
ADDRESS AVAILABLE UPON REQUEST

MOSER, ANN
ADDRESS AVAILABLE UPON REQUEST

MOSER, APRIL
ADDRESS AVAILABLE UPON REQUEST

MOSER, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

MOSER, CATHY
ADDRESS AVAILABLE UPON REQUEST

MOSER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MOSER, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

MOSER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOSER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOSER, KIRA
ADDRESS AVAILABLE UPON REQUEST

MOSER, MARY
ADDRESS AVAILABLE UPON REQUEST

MOSER, MAXINE
ADDRESS AVAILABLE UPON REQUEST

MOSER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MOSER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOSER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOSER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOSER, SARA
ADDRESS AVAILABLE UPON REQUEST

MOSER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOSER/WIERTZBA, TRAVIS & ALICIA
ADDRESS AVAILABLE UPON REQUEST

MOSERA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MOSES JAME
ADDRESS AVAILABLE UPON REQUEST

MOSES MATLIN
ADDRESS AVAILABLE UPON REQUEST

MOSES, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MOSES, BEN
ADDRESS AVAILABLE UPON REQUEST

MOSES, BESSMARIE
ADDRESS AVAILABLE UPON REQUEST

MOSES, BRIAN CONLEY
ADDRESS AVAILABLE UPON REQUEST

MOSES, CARLY
ADDRESS AVAILABLE UPON REQUEST

MOSES, ERIC
ADDRESS AVAILABLE UPON REQUEST

MOSES, HANNA
ADDRESS AVAILABLE UPON REQUEST

MOSES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOSES, JANEE
ADDRESS AVAILABLE UPON REQUEST

MOSES, JOEL
ADDRESS AVAILABLE UPON REQUEST

MOSES, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MOSES, KATE
ADDRESS AVAILABLE UPON REQUEST

MOSES, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MOSES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOSES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MOSES, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

MOSES, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOSES, SEAN
ADDRESS AVAILABLE UPON REQUEST

MOSES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MOSES, SHIRAH
ADDRESS AVAILABLE UPON REQUEST

MOSES, TRACY
ADDRESS AVAILABLE UPON REQUEST

MOSES, VALARIE
ADDRESS AVAILABLE UPON REQUEST

MOSES-SCHMITT, LENA
ADDRESS AVAILABLE UPON REQUEST

MOSESSO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MOSGOVOY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOSHANG, BRYANT
ADDRESS AVAILABLE UPON REQUEST

MOSHER, CORISSA
ADDRESS AVAILABLE UPON REQUEST

MOSHER, MAE
ADDRESS AVAILABLE UPON REQUEST

MOSHER, MAE
ADDRESS AVAILABLE UPON REQUEST

MOSHER, MJ
ADDRESS AVAILABLE UPON REQUEST

MOSHIER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MOSHIRO, SYLVESTER
ADDRESS AVAILABLE UPON REQUEST

MOSHKOVSKA, TETIANA
ADDRESS AVAILABLE UPON REQUEST

MOSIER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MOSIER, KIRSTEEN
ADDRESS AVAILABLE UPON REQUEST

MOSIER, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOSKAL, PAT
ADDRESS AVAILABLE UPON REQUEST

MOSKAL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOSKALETS, TONIA
ADDRESS AVAILABLE UPON REQUEST

MOSKALSKI, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOSKAU, ERIC
ADDRESS AVAILABLE UPON REQUEST

MOSKO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MOSKONAS, JANELL
ADDRESS AVAILABLE UPON REQUEST

MOSKOW, ABE
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, ALANA
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, ANITA
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, JOSH
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOSKOWITZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOSKWA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MOSLEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, APRIL
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, KALISHA
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, MOSES DON
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOSLEY, TRENETTA
ADDRESS AVAILABLE UPON REQUEST

MOSMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MOSNESS, NADINE
ADDRESS AVAILABLE UPON REQUEST

MOSQUEDA, TERESA
ADDRESS AVAILABLE UPON REQUEST

MOSQUERA, BETSY
ADDRESS AVAILABLE UPON REQUEST

MOSQUERA, JUAN
ADDRESS AVAILABLE UPON REQUEST

MOSQUERA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOSS, ALTON
ADDRESS AVAILABLE UPON REQUEST

MOSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOSS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MOSS, AMY
ADDRESS AVAILABLE UPON REQUEST

MOSS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MOSS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MOSS, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

MOSS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MOSS, BRENNA
ADDRESS AVAILABLE UPON REQUEST

MOSS, CAREY
ADDRESS AVAILABLE UPON REQUEST

MOSS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MOSS, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

MOSS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MOSS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MOSS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MOSS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

MOSS, DIARA
ADDRESS AVAILABLE UPON REQUEST

MOSS, DYLAN G.
ADDRESS AVAILABLE UPON REQUEST

MOSS, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOSS, FAYSSOUX
ADDRESS AVAILABLE UPON REQUEST

MOSS, GAIL
ADDRESS AVAILABLE UPON REQUEST

MOSS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MOSS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOSS, HUNTER
ADDRESS AVAILABLE UPON REQUEST

MOSS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MOSS, KARLIE
ADDRESS AVAILABLE UPON REQUEST

MOSS, KARRIE
ADDRESS AVAILABLE UPON REQUEST

MOSS, KATHY
ADDRESS AVAILABLE UPON REQUEST

MOSS, KERRY
ADDRESS AVAILABLE UPON REQUEST

MOSS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MOSS, LACY
ADDRESS AVAILABLE UPON REQUEST

MOSS, MADI
ADDRESS AVAILABLE UPON REQUEST

MOSS, MARLAINA
ADDRESS AVAILABLE UPON REQUEST

MOSS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MOSS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOSS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MOSS, PARKER
ADDRESS AVAILABLE UPON REQUEST

MOSS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOSS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MOSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

MOSS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOSS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MOSS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MOSS, VICKI
ADDRESS AVAILABLE UPON REQUEST

MOSS, WENDI
ADDRESS AVAILABLE UPON REQUEST

MOSS, WENDY
ADDRESS AVAILABLE UPON REQUEST

MOSS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MOSS-ADORN HAIR, BECKY
ADDRESS AVAILABLE UPON REQUEST

MOSSER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOSSETT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MOSSHART, FRITTSY
ADDRESS AVAILABLE UPON REQUEST

MOSTAFA TEHRANI
ADDRESS AVAILABLE UPON REQUEST

MOSTAFA, ADAM
ADDRESS AVAILABLE UPON REQUEST

MOSTAFAVI, ROYA
ADDRESS AVAILABLE UPON REQUEST

MOTA DOMINGUEZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MOTA, YAMILES
ADDRESS AVAILABLE UPON REQUEST

MOTCHAN, TORI
ADDRESS AVAILABLE UPON REQUEST

MOTE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MOTE, GUS
ADDRESS AVAILABLE UPON REQUEST

MOTEBERG, KATIE
ADDRESS AVAILABLE UPON REQUEST

MOTEN, CHYNA
ADDRESS AVAILABLE UPON REQUEST

MOTES, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

MOTH, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

MOTHE, JADE
ADDRESS AVAILABLE UPON REQUEST

MOTHER ROAD MOBILE CANNING, LLC
1823 COMMERCIAL STREET NE, SUITE C
ALBUQUERQUE, NM 87102

MOTHERAL, TED
ADDRESS AVAILABLE UPON REQUEST

MOTHERLY, INC.
PO BOX 7734
MENLO PARK, CA 94026

MOTILAL, SANJAY
ADDRESS AVAILABLE UPON REQUEST

MOTIRAM, RAJ
ADDRESS AVAILABLE UPON REQUEST

MOTIV8 (TRIBUNEGG)
2501 S.STATE HWY. 121
BUSINESS LEWISVILLE, TX 75067

MOTIV8 (TRIBUNEGG)
PO BOX 740860
LOS ANGELES, CA 90074

MOTIVATORS INC
ADDRESS UNAVAILABLE AT TIME OF FILING

MOTIVE MARKETING GROUP, INC.
10142 BATTLE POINT DRIVE NE
BAINBRIDGE ISLAND, WA 98110

MOTIWAL, JATIN
ADDRESS AVAILABLE UPON REQUEST

MOTIWALA, SHWETA
ADDRESS AVAILABLE UPON REQUEST

MOTL, SALLY
ADDRESS AVAILABLE UPON REQUEST

MOTLEY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MOTLEY, ENA
ADDRESS AVAILABLE UPON REQUEST

MOTLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

MOTLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOTLOW, LISA
ADDRESS AVAILABLE UPON REQUEST

MOTOLANEZ, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MOTT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOTT, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

MOTT, JAYNE
ADDRESS AVAILABLE UPON REQUEST

MOTT, PATTI
ADDRESS AVAILABLE UPON REQUEST

MOTT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MOTT, SERENA
ADDRESS AVAILABLE UPON REQUEST

MOTTA, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MOTTA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MOTTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

MOTTER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOTTER, TORI
ADDRESS AVAILABLE UPON REQUEST

MOTTERN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOTTIER, DANIELE
ADDRESS AVAILABLE UPON REQUEST

MOTTOLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOTTU, LORI
ADDRESS AVAILABLE UPON REQUEST

MOTUSH, ALLY
ADDRESS AVAILABLE UPON REQUEST

MOTWANI, KARISHMA
ADDRESS AVAILABLE UPON REQUEST

MOTZEL, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MOU, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MOUA, XUE
ADDRESS AVAILABLE UPON REQUEST

MOUCHET, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

MOUGEL, KIM
ADDRESS AVAILABLE UPON REQUEST

MOUGIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

MOUL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

MOULAKIS, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

MOULDEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOULDS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

MOULDS, MURPHY
ADDRESS AVAILABLE UPON REQUEST

MOULIAN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MOULSON, VICKI
ADDRESS AVAILABLE UPON REQUEST

MOULTON, ABBY
ADDRESS AVAILABLE UPON REQUEST

MOULTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOULTON, CARI
ADDRESS AVAILABLE UPON REQUEST

MOULTON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MOULTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOULTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

MOULTON, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOULTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MOULTON, ROGER
ADDRESS AVAILABLE UPON REQUEST

MOULTON, TRACIE
ADDRESS AVAILABLE UPON REQUEST

MOULTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

MOULTRIE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOULTRIE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOUNCE, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

MOUNGIE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MOUNIR, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOUNSEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOUNT RILEY
MALTHOUSE ROAD, STATE HIGHWAY 1
RIVERLANDS  7274
NEW ZEALAND

MOUNT, CAROLE
ADDRESS AVAILABLE UPON REQUEST

MOUNT, DILLON
ADDRESS AVAILABLE UPON REQUEST

MOUNT, ERIC
ADDRESS AVAILABLE UPON REQUEST

MOUNT, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

MOUNT, MIKE
ADDRESS AVAILABLE UPON REQUEST

MOUNT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MOUNTAIN DEMOCRAT, JONES CHRIS
ADDRESS AVAILABLE UPON REQUEST

MOUNTAIN STATE BEVERAGE
300 GREENBRIER ROAD
SUMMERSVILLE, WV 26651

MOUNTAIN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

MOUNTAIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

MOUNTAIN, RONALD
ADDRESS AVAILABLE UPON REQUEST

MOUNTAINWORLD PRODUCTIONS, LLC
1250 BERGEN PARKWAY, STE. B-220
EVERGREEN, CO 80439

MOUNTCASTLE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MOUNTCASTLE, TREVOR
ADDRESS AVAILABLE UPON REQUEST

MOUNTFORD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOUNTIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOUNTJOY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOUNTS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MOUNTZ, MALISSA
ADDRESS AVAILABLE UPON REQUEST

MOURING, KALEY
ADDRESS AVAILABLE UPON REQUEST

MOURINO, LAURA
ADDRESS AVAILABLE UPON REQUEST

MOURS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MOURY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOURY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MOUSA, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

MOUSAVI, MARYAM
ADDRESS AVAILABLE UPON REQUEST

MOUSHEY, CHLOE
ADDRESS AVAILABLE UPON REQUEST

MOUSHIKHIAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOUSIGHI, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MOUSSALLEM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MOUSSEAU, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

MOUSTAKAKIS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MOUSTAKAS, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MOUTON NOIR WINES, LLC
193 MIDWOOD STREET
BROOKLYN, NY 11225

MOUTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MOUTOPOULOS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MOUTRAY, LELENIA
ADDRESS AVAILABLE UPON REQUEST

MOUTRIE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MOUW, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MOUW, KATIE
ADDRESS AVAILABLE UPON REQUEST

MOUYIN CHEN
ADDRESS AVAILABLE UPON REQUEST

MOVIE BITCHES LLC
ANDREW GALDI
10375 WILSHIRE BLVD. 9B
LOS ANGELES, CA 90024

MOVIEPASS, INC.
135 MADISON AVENUE
NEW YORK, NY 10016

MOVING STAIRS INC
ADDRESS UNAVAILABLE AT TIME OF FILING

MOVROYDIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MOW, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MOWATT-LARSSEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MOWELL, DEVRY
ADDRESS AVAILABLE UPON REQUEST

MOWER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MOWER, LORI
ADDRESS AVAILABLE UPON REQUEST

MOWERY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MOWERY, PATSY
ADDRESS AVAILABLE UPON REQUEST

MOWERY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOWERY, WANDA
ADDRESS AVAILABLE UPON REQUEST

MOWINSKI, JENNA
ADDRESS AVAILABLE UPON REQUEST

MOWRER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOWREY, MARK
ADDRESS AVAILABLE UPON REQUEST

MOWREY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MOWRI ESCAMILLA
ADDRESS AVAILABLE UPON REQUEST

MOWRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOWRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOWRY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MOWRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOWRY-WILLEMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MOXEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MOXIE COMMUNICATIONS GROUP INC.
2 SOUTH BEACHCROFT ROAD
SHORT HILLS, NJ 07078

MOXLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOY, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

MOY, COREY
ADDRESS AVAILABLE UPON REQUEST

MOY, DONALD
ADDRESS AVAILABLE UPON REQUEST

MOY, MEG
ADDRESS AVAILABLE UPON REQUEST

MOYA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MOYA, MIGUELINA
ADDRESS AVAILABLE UPON REQUEST

MOYA, RENE
ADDRESS AVAILABLE UPON REQUEST

MOYA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOYADO, NANCY
ADDRESS AVAILABLE UPON REQUEST

MOYE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MOYER, A D
ADDRESS AVAILABLE UPON REQUEST

MOYER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MOYER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MOYER, ERIC
ADDRESS AVAILABLE UPON REQUEST

MOYER, GERALD
ADDRESS AVAILABLE UPON REQUEST

MOYER, J
ADDRESS AVAILABLE UPON REQUEST

MOYER, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

MOYER, MADISON
ADDRESS AVAILABLE UPON REQUEST

MOYER, MARK
ADDRESS AVAILABLE UPON REQUEST

MOYER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MOYER, NIKI
ADDRESS AVAILABLE UPON REQUEST

MOYER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MOYER, SHEA
ADDRESS AVAILABLE UPON REQUEST

MOYER, TYLER
ADDRESS AVAILABLE UPON REQUEST

MOYES, ERICA
ADDRESS AVAILABLE UPON REQUEST

MOYES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MOYLAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MOYLAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

MOYLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MOYNAHAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, DREW
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, KIM
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

MOYNIHAN, TAVIA
ADDRESS AVAILABLE UPON REQUEST

MOZ
ADDRESS UNAVAILABLE AT TIME OF FILING

MOZE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MOZEE, JADA
ADDRESS AVAILABLE UPON REQUEST

MOZENA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MOZENTER, ALI
ADDRESS AVAILABLE UPON REQUEST

MOZER, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

MOZINGO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MOZJESIK, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

MOZUMDAR, CHANDANA
ADDRESS AVAILABLE UPON REQUEST

MOZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

MPAGAZIHE, G
ADDRESS AVAILABLE UPON REQUEST

MR & MRS FOX
ADDRESS AVAILABLE UPON REQUEST

MR CONSTRUCTION INC.
507 GLENROCK AVE  100
LOS ANGELES, CA  90024

MR HANDYMAN OF WEST LA
ADDRESS UNAVAILABLE AT TIME OF FILING

MR KERRY RAYNARD MADDEN
ADDRESS AVAILABLE UPON REQUEST

MR. KATE, INC.
350 FIFTH AVENUE, 38TH FLOOR
NEW YORK, NY  10118

MRAULE, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

MRKT AT THE RESERVE
ADDRESS UNAVAILABLE AT TIME OF FILING

MRLIMA
ADDRESS AVAILABLE UPON REQUEST

MROCZENSKI, TOM
ADDRESS AVAILABLE UPON REQUEST

MROWKA, ANNA 1123
ADDRESS AVAILABLE UPON REQUEST

MROZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

MROZ, MARY
ADDRESS AVAILABLE UPON REQUEST

MROZEK, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MROZINSKI, JUDY
ADDRESS AVAILABLE UPON REQUEST

MROZINSKI, STACEY
ADDRESS AVAILABLE UPON REQUEST

MRS DIETRA OWENS
ADDRESS AVAILABLE UPON REQUEST

MRS LAURIE INOKUMA
ADDRESS AVAILABLE UPON REQUEST

MRS. ELIZABETH W. HARLEY
ADDRESS AVAILABLE UPON REQUEST

MRSICH, LAURA
ADDRESS AVAILABLE UPON REQUEST

MRUGALA, GABI
ADDRESS AVAILABLE UPON REQUEST

MRUK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MSHEEHAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

MSWELI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MT DEPT OF REVENUE
125 N ROBERTS ST
HELENA, MT  59601

MTA
ADDRESS UNAVAILABLE AT TIME OF FILING

MTC AGENCY LLC
1152 CLEVELAND HALL BLVD OLD
HICKORY, TN  37138

MTRL, INC.
3435 OCEAN PARK BLVD  107-53
SANTA MONICA, CA  90405

MTRL, INC.
35 W. 85TH ST.  4A
NEW YORK, NY  10024

MU, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MU, SHANG
ADDRESS AVAILABLE UPON REQUEST

MUA, YOSHI
ADDRESS AVAILABLE UPON REQUEST

MUBASHER, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

MUBASHER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

MUCCI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MUCCI, JAMES
ADDRESS AVAILABLE UPON REQUEST

MUCCI, LAURA
ADDRESS AVAILABLE UPON REQUEST

MUCCI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

MUCCIA, JEN
ADDRESS AVAILABLE UPON REQUEST

MUCCIARONE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MUCCIO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MUCCIOLO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MUCERINO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MUCHERINO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MUCHERINO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MUCHMORE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MUCHOW, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUCHURA, TESSA
ADDRESS AVAILABLE UPON REQUEST

MUCKENFUSS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MUCKERHEIDE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MUDACUMURA, PARFINE
ADDRESS AVAILABLE UPON REQUEST

MUDD, DARREN
ADDRESS AVAILABLE UPON REQUEST

MUDD, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MUDD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MUDD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUDD, NATASHA
ADDRESS AVAILABLE UPON REQUEST

MUDD, PEARL
ADDRESS AVAILABLE UPON REQUEST

MUDD, SARAH
ADDRESS AVAILABLE UPON REQUEST

MUDDLE, KARA
ADDRESS AVAILABLE UPON REQUEST

MUDGE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MUDGISTRATOVA, LOLA
ADDRESS AVAILABLE UPON REQUEST

MUDREY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MUDRY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MUDRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MUDULI, ANITA
ADDRESS AVAILABLE UPON REQUEST

MUECHLER, LUKAS
ADDRESS AVAILABLE UPON REQUEST

MUEGGE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MUEHLBAUER, DEANN
ADDRESS AVAILABLE UPON REQUEST

MUEHLBERGER, SUNNY
ADDRESS AVAILABLE UPON REQUEST

MUEHLETHALER, MARIE
ADDRESS AVAILABLE UPON REQUEST

MUELLAEUR, KELLY
ADDRESS AVAILABLE UPON REQUEST

MUELLENHAGEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MUELLER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, ANNE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MUELLER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, BRITT
ADDRESS AVAILABLE UPON REQUEST

MUELLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

MUELLER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MUELLER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, DAYLAN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, DEVYN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MUELLER, EMMA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, FAITH
ADDRESS AVAILABLE UPON REQUEST

MUELLER, GREG
ADDRESS AVAILABLE UPON REQUEST

MUELLER, JAMES
ADDRESS AVAILABLE UPON REQUEST

MUELLER, JARED
ADDRESS AVAILABLE UPON REQUEST

MUELLER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MUELLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, KAELI
ADDRESS AVAILABLE UPON REQUEST

MUELLER, KARIN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, LACEY
ADDRESS AVAILABLE UPON REQUEST

MUELLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, LYN
ADDRESS AVAILABLE UPON REQUEST

MUELLER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MUELLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MUELLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MUELLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

MUELLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

MUELLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, SARA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, SHAY
ADDRESS AVAILABLE UPON REQUEST

MUELLER, TAMRA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, THERESA
ADDRESS AVAILABLE UPON REQUEST

MUELLER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MUENCH, TRACEY
ADDRESS AVAILABLE UPON REQUEST

MUENCHOW, LEAH
ADDRESS AVAILABLE UPON REQUEST

MUENKS, KELSY
ADDRESS AVAILABLE UPON REQUEST

MUENTER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MUENZER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MUETING, TARA
ADDRESS AVAILABLE UPON REQUEST

MUETZ, JANUARY
ADDRESS AVAILABLE UPON REQUEST

MUETZEL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

MUFF, EMILY
ADDRESS AVAILABLE UPON REQUEST

MUFFOLETTO, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

MUFFOLETTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MUFFULETTO, LINDA
ADDRESS AVAILABLE UPON REQUEST

MUFFULETTO, LINDA
ADDRESS AVAILABLE UPON REQUEST

MUGANGA, BAALI
ADDRESS AVAILABLE UPON REQUEST

MUGFORD, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MUGFORD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

MUGLIA, KATIE
ADDRESS AVAILABLE UPON REQUEST

MUGMON, SARAH
ADDRESS AVAILABLE UPON REQUEST

MUGRIDGE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MUGUERCIA, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

MUHA, CORINNE
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, AMBER
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, CECILY
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, DINAH
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, JAMILAH
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, SAKINAH
ADDRESS AVAILABLE UPON REQUEST

MUHAMMAD, SONEYET
ADDRESS AVAILABLE UPON REQUEST

MUHICH, EMILY
ADDRESS AVAILABLE UPON REQUEST

MUHL, DAVID
ADDRESS AVAILABLE UPON REQUEST

MUHL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

MUHLEMAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

MUHLEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MUHLENHAUPT, ADAM
ADDRESS AVAILABLE UPON REQUEST

MUHLENKAMP, TYLER
ADDRESS AVAILABLE UPON REQUEST

MUHLER, MONIKA
ADDRESS AVAILABLE UPON REQUEST

MUHLFELDER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MUHLMEYER, GWYN
ADDRESS AVAILABLE UPON REQUEST

MUHLRAD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MUHLY-ALEXANDER, KALI
ADDRESS AVAILABLE UPON REQUEST

MUHN, EURAE
ADDRESS AVAILABLE UPON REQUEST

MUHR, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MUI, WILMA
ADDRESS AVAILABLE UPON REQUEST

MUILENBURG, MATT
ADDRESS AVAILABLE UPON REQUEST

MUIR, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

MUIR, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

MUIR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MUIR, ELYSE
ADDRESS AVAILABLE UPON REQUEST

MUIR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MUIR, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MUIR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUIR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MUIR, SARAH
ADDRESS AVAILABLE UPON REQUEST

MUIRHEAD, ANNE
ADDRESS AVAILABLE UPON REQUEST

MUIRHEAD, GREG
ADDRESS AVAILABLE UPON REQUEST

MUIRRAGUI, PAT
ADDRESS AVAILABLE UPON REQUEST

MUJI.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

MUJICA, DAVID
ADDRESS AVAILABLE UPON REQUEST

MUKAI, ASAKO
ADDRESS AVAILABLE UPON REQUEST

MUKATI, DHEERAJ
ADDRESS AVAILABLE UPON REQUEST

MUKESH NAYI
ADDRESS AVAILABLE UPON REQUEST

MUKHERJEE, ANUP
ADDRESS AVAILABLE UPON REQUEST

MUKHERJEE, APARNA
ADDRESS AVAILABLE UPON REQUEST

MUKHERJEE, PRIYA
ADDRESS AVAILABLE UPON REQUEST

MUKHERJEE, SUBHO
ADDRESS AVAILABLE UPON REQUEST

MUKHERJEE, SULAKSHANA
ADDRESS AVAILABLE UPON REQUEST

MUKUND P GODBOLE
ADDRESS AVAILABLE UPON REQUEST

MULA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MULA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MULAR, JACQUE
ADDRESS AVAILABLE UPON REQUEST

MULARKEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MULARKEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

MULATO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MULAY, NISHA
ADDRESS AVAILABLE UPON REQUEST

MULAYIM, SERKAN
ADDRESS AVAILABLE UPON REQUEST

MULBERRY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MULBERRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MULCAHEY, TARYN
ADDRESS AVAILABLE UPON REQUEST

MULCAHY, JERRY & KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MULCAHY, KRIS
ADDRESS AVAILABLE UPON REQUEST

MULCAHY, MEG
ADDRESS AVAILABLE UPON REQUEST

MULCARE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MULCAY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

MULCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MULCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MULDER, MARISKA
ADDRESS AVAILABLE UPON REQUEST

MULDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MULDERS, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MULDOON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MULDOON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MULDOON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MULDOON, KELLY
ADDRESS AVAILABLE UPON REQUEST

MULDOON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

MULDOON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MULDOON, TAMI
ADDRESS AVAILABLE UPON REQUEST

MULDOWNEY, TOM
ADDRESS AVAILABLE UPON REQUEST

MULDROW, ROSE
ADDRESS AVAILABLE UPON REQUEST

MULE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MULE, ERIN
ADDRESS AVAILABLE UPON REQUEST

MULE, LEANNE
ADDRESS AVAILABLE UPON REQUEST

MULE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MULE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MULES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MULEY, SHASHANK
ADDRESS AVAILABLE UPON REQUEST

MULFORD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MULFORD, SHAWN
ADDRESS AVAILABLE UPON REQUEST

MULGAONKAR, PRIYA
ADDRESS AVAILABLE UPON REQUEST

MULGREW, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

MULH, GINA
ADDRESS AVAILABLE UPON REQUEST

MULHALL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MULHALL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MULHALL, GRACE
ADDRESS AVAILABLE UPON REQUEST

MULHEARN, ALAINA
ADDRESS AVAILABLE UPON REQUEST

MULHEARN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MULHEARN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MULHERIN, BRIANA
ADDRESS AVAILABLE UPON REQUEST

MULHERIN, ELIZA
ADDRESS AVAILABLE UPON REQUEST

MULHERN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MULHERN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MULHERN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MULHERN, DAVID
ADDRESS AVAILABLE UPON REQUEST

MULHERN, JOHN
ADDRESS AVAILABLE UPON REQUEST

MULHERN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MULHERN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

MULHERRON, DANA
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, CANDY
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, DIANNE
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, FIONA
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, JAMIESON
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, MARGO
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MULHOLLAND, NANCY
ADDRESS AVAILABLE UPON REQUEST

MULHOLLEM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MULIER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MULKEEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MULKERN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

MULKEY, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

MULKEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MULLAKANDOVA, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

MULLAKARY, JACQULINE
ADDRESS AVAILABLE UPON REQUEST

MULLALLY, LIZ
ADDRESS AVAILABLE UPON REQUEST

MULLAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

MULLANEY, JILL
ADDRESS AVAILABLE UPON REQUEST

MULLANEY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MULLANEY, THERESE
ADDRESS AVAILABLE UPON REQUEST

MULLANIX, SARAH
ADDRESS AVAILABLE UPON REQUEST

MULLEN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

MULLEN, ALISON
ADDRESS AVAILABLE UPON REQUEST

MULLEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MULLEN, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

MULLEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MULLEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

MULLEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MULLEN, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

MULLEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MULLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MULLEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MARK
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MATILDA
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MULLEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MULLEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MULLEN, NIK
ADDRESS AVAILABLE UPON REQUEST

MULLEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

MULLEN, RICH
ADDRESS AVAILABLE UPON REQUEST

MULLEN, WENDY
ADDRESS AVAILABLE UPON REQUEST

MULLEN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MULLEN, ZACH
ADDRESS AVAILABLE UPON REQUEST

MULLENBACH, HILLARY
ADDRESS AVAILABLE UPON REQUEST

MULLENIX, AMBER
ADDRESS AVAILABLE UPON REQUEST

MULLENIX, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

MULLENS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MULLENS, SHARON
ADDRESS AVAILABLE UPON REQUEST

MULLER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MULLER, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

MULLER, DIANNE
ADDRESS AVAILABLE UPON REQUEST

MULLER, EDUARDO E.
ADDRESS AVAILABLE UPON REQUEST

MULLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

MULLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MULLER, GRANT
ADDRESS AVAILABLE UPON REQUEST

MULLER, JERLLINE
ADDRESS AVAILABLE UPON REQUEST

MULLER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MULLER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

MULLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MULLER, MARZENA
ADDRESS AVAILABLE UPON REQUEST

MULLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MULLER, STUART
ADDRESS AVAILABLE UPON REQUEST

MULLERY-MARCONI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MULLET, LAVONDA
ADDRESS AVAILABLE UPON REQUEST

MULLETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, BREEANA
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, BRIAN & EILEEN
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, CATHY
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, MARY
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

MULLIGAN-WEEKLEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MULLIKEN, GWYNETH
ADDRESS AVAILABLE UPON REQUEST

MULLIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MULLIN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MULLIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

MULLIN, GREG
ADDRESS AVAILABLE UPON REQUEST

MULLIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MULLIN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MULLIN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MULLIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

MULLINAX, FRED
ADDRESS AVAILABLE UPON REQUEST

MULLINAX, GABE
ADDRESS AVAILABLE UPON REQUEST

MULLINAX, LYN
ADDRESS AVAILABLE UPON REQUEST

MULLINAX, SARAH
ADDRESS AVAILABLE UPON REQUEST

MULLINGS, ARACELIS
ADDRESS AVAILABLE UPON REQUEST

MULLINGS, BRYCE
ADDRESS AVAILABLE UPON REQUEST

MULLINGS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MULLINIX, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MULLINIX, BRENDA
ADDRESS AVAILABLE UPON REQUEST

MULLINIX, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MULLINIX, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

MULLINS COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, ADAM
ADDRESS AVAILABLE UPON REQUEST

MULLINS, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

MULLINS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, CORY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, CRIS
ADDRESS AVAILABLE UPON REQUEST

MULLINS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MULLINS, DONNA
ADDRESS AVAILABLE UPON REQUEST

MULLINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MULLINS, JIM
ADDRESS AVAILABLE UPON REQUEST

MULLINS, KAT
ADDRESS AVAILABLE UPON REQUEST

MULLINS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MULLINS, LORI
ADDRESS AVAILABLE UPON REQUEST

MULLINS, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MARISA
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MARY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MULLINS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MULLINS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MULLINS, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

MULLINS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MULLINS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

MULLINS, STACEY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, TRACY
ADDRESS AVAILABLE UPON REQUEST

MULLINS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

MULLIS, BRADY
ADDRESS AVAILABLE UPON REQUEST

MULLIS, BRYANT
ADDRESS AVAILABLE UPON REQUEST

MULLIS, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

MULLNER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MULLOCK, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MULLOCK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MULLOY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

MULLY, TRACY
ADDRESS AVAILABLE UPON REQUEST

MULNIX, JOANN
ADDRESS AVAILABLE UPON REQUEST

MULREADY, TINA
ADDRESS AVAILABLE UPON REQUEST

MULRONEY, KATE
ADDRESS AVAILABLE UPON REQUEST

MULSOFF, LESLIE
ADDRESS AVAILABLE UPON REQUEST

MULSOW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MULTI-COLOR SONOMA
PO BOX 31001-1311
PASADENA, CA 91110-1311

MULTIFORMSG
ADDRESS UNAVAILABLE AT TIME OF FILING

MULTIPLIER CAPITAL II, LP
16427 N SCOTTSDALE RD STE 410
SCOTTSDALE, AZ 85254

MULTIPLIER CAPITAL II, LP
1920 L ST STE 550
WASHINGTON, DC 20036

MULTIPLIER CAPITAL II, LP
1920 L STREET NW SUITE 550
WASHINGTON, DC 20036

MULTIPLIER CAPITAL II, LP
2 WISCONSIN CIR, STE 700
CHEVY CHASE, MD 20815

MULTITABLE LLC.
ADDRESS UNAVAILABLE AT TIME OF FILING

MULVAHILL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MULVANEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MULVANEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MULVEY, LOGAN
ADDRESS AVAILABLE UPON REQUEST

MULVEY, MARIKA
ADDRESS AVAILABLE UPON REQUEST

MULVEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MULVEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

MULVIHILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MULVIHILL, JESS
ADDRESS AVAILABLE UPON REQUEST

MULVIHILL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MUMA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MUMAUGH, JULIE
ADDRESS AVAILABLE UPON REQUEST

MUMAW, SARA
ADDRESS AVAILABLE UPON REQUEST

MUMBY, HOPE
ADDRESS AVAILABLE UPON REQUEST

MUMFORD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MUMFORD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MUMFORD, LAMONT
ADDRESS AVAILABLE UPON REQUEST

MUMMERT, ABBY
ADDRESS AVAILABLE UPON REQUEST

MUMPER, RANDY
ADDRESS AVAILABLE UPON REQUEST

MUNAFO, ANGELO
ADDRESS AVAILABLE UPON REQUEST

MUNCH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MUNCHEL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MUNCIE, TREY
ADDRESS AVAILABLE UPON REQUEST

MUNCK, HALEY
ADDRESS AVAILABLE UPON REQUEST

MUNCK, PHIL
ADDRESS AVAILABLE UPON REQUEST

MUNDA, AARON
ADDRESS AVAILABLE UPON REQUEST

MUNDARAY-MADRID, CARMEN
ADDRESS AVAILABLE UPON REQUEST

MUNDAY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MUNDAY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MUNDELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

MUNDEN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MUNDER, MARY
ADDRESS AVAILABLE UPON REQUEST

MUNDEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MUNDFROM, BECCA
ADDRESS AVAILABLE UPON REQUEST

MUNDIE, ALISON
ADDRESS AVAILABLE UPON REQUEST

MUNDO MEDIA
ADDRESS UNAVAILABLE AT TIME OF FILING

MUNDTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

MUNDTH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MUNDY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MUNDY, CHELSI
ADDRESS AVAILABLE UPON REQUEST

MUNDY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MUNDY, KATE
ADDRESS AVAILABLE UPON REQUEST

MUNDY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MUNDY, TERRI
ADDRESS AVAILABLE UPON REQUEST

MUNFORD, JENN
ADDRESS AVAILABLE UPON REQUEST

MUNGAI, PRISCILLAR
ADDRESS AVAILABLE UPON REQUEST

MUNGER, ALANA
ADDRESS AVAILABLE UPON REQUEST

MUNGER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MUNGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

MUNGER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

MUNGER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MUNGER, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

MUNGO, ANNA
ADDRESS AVAILABLE UPON REQUEST

MUNGOVAN, KALI
ADDRESS AVAILABLE UPON REQUEST

MUNGUIA, LORENA
ADDRESS AVAILABLE UPON REQUEST

MUNGUIA, MARY
ADDRESS AVAILABLE UPON REQUEST

MUNGUIA, ULISES
ADDRESS AVAILABLE UPON REQUEST

MUNGUIA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

MUNGUIA, ZARA
ADDRESS AVAILABLE UPON REQUEST

MUNGUR, SAMEER
ADDRESS AVAILABLE UPON REQUEST

MUNIER, LIANE
ADDRESS AVAILABLE UPON REQUEST

MUNIRAJU, PRASHANTH
ADDRESS AVAILABLE UPON REQUEST

MUNISE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MUNIZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MUNIZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MUNIZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MUNK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MUNK, BILL
ADDRESS AVAILABLE UPON REQUEST

MUNK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MUNN, JHORDAN
ADDRESS AVAILABLE UPON REQUEST

MUNN, KERON
ADDRESS AVAILABLE UPON REQUEST

MUNN, SARA
ADDRESS AVAILABLE UPON REQUEST

MUNNEKE, AMY
ADDRESS AVAILABLE UPON REQUEST

MUNNERLYN, LATIECE
ADDRESS AVAILABLE UPON REQUEST

MUNNS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MUNNS, CAROL
ADDRESS AVAILABLE UPON REQUEST

MUNNS, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, AILEEN
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ANA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ARIANA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, BRANDI
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, CATHY
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, CELIDAY
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, DIANE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ELISE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, GRACE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, GRISELDA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, HILLARY
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, JULIET
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, JULIO
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, KATRINA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, KIM
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, LILIANA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, LIZA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MARK
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MAYTE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MICAELA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, NATALIA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, SHAINA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, SUSANA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, TOM
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, TRACY
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

MUNOZ, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

MUNRO, JAMES
ADDRESS AVAILABLE UPON REQUEST

MUNRO, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

MUNRO, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

MUNRO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MUNRO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MUNRO, TIM
ADDRESS AVAILABLE UPON REQUEST

MUNRO, TRISTRIM
ADDRESS AVAILABLE UPON REQUEST

MUNROE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MUNROE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MUNROE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUNROE, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

MUNROE, NISSA
ADDRESS AVAILABLE UPON REQUEST

MUNROE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MUNROE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MUNRUDDIN, ANISAH
ADDRESS AVAILABLE UPON REQUEST

MUNSAMI, EVASHINI
ADDRESS AVAILABLE UPON REQUEST

MUNSCH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MUNSCH, FRANK
ADDRESS AVAILABLE UPON REQUEST

MUNSCH, GAIL
ADDRESS AVAILABLE UPON REQUEST

MUNSCHER, BECKY
ADDRESS AVAILABLE UPON REQUEST

MUNSELL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MUNSEY, LYNWOOD
ADDRESS AVAILABLE UPON REQUEST

MUNSON, ALAN
ADDRESS AVAILABLE UPON REQUEST

MUNSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

MUNSON, DANA
ADDRESS AVAILABLE UPON REQUEST

MUNSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

MUNSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MUNSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MUNSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MUNSON, ZIAD
ADDRESS AVAILABLE UPON REQUEST

MUNSTER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

MUNTEANU, VICTOR
ADDRESS AVAILABLE UPON REQUEST

MUNTER, KEVA
ADDRESS AVAILABLE UPON REQUEST

MONTZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MONTZ, WILMA
ADDRESS AVAILABLE UPON REQUEST

MUNYAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MUNYON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUNZ, JEAN
ADDRESS AVAILABLE UPON REQUEST

MUNZENRIEDER, KYLE
ADDRESS AVAILABLE UPON REQUEST

MUOLO, PAUL
ADDRESS AVAILABLE UPON REQUEST

MUPO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MURA, HANA
ADDRESS AVAILABLE UPON REQUEST

MURA, JULIE
ADDRESS AVAILABLE UPON REQUEST

MURACA, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MURAD, DENEISE
ADDRESS AVAILABLE UPON REQUEST

MURAD, KELLIE
ADDRESS AVAILABLE UPON REQUEST

MURAD, TREZYIA
ADDRESS AVAILABLE UPON REQUEST

MURAD, WENDY
ADDRESS AVAILABLE UPON REQUEST

MURAKAMI, SHINO
ADDRESS AVAILABLE UPON REQUEST

MURAKAWA, MARIA
ADDRESS AVAILABLE UPON REQUEST

MURAKHOVSKY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MURALI, RANI
ADDRESS AVAILABLE UPON REQUEST

MURANAKA, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURANO, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MURARESKU, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MURAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MURATA, JON
ADDRESS AVAILABLE UPON REQUEST

MURATALLA, ANDRES
ADDRESS AVAILABLE UPON REQUEST

MURATI, ANI
ADDRESS AVAILABLE UPON REQUEST

MURATI, MARY
ADDRESS AVAILABLE UPON REQUEST

MURATORE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MURAWSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MURAWSKI, MARC
ADDRESS AVAILABLE UPON REQUEST

MURAWSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MURAWSKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MURAWSKI, TOMASZ
ADDRESS AVAILABLE UPON REQUEST

MURCH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MURCIA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

MURCK, DRYDEN
ADDRESS AVAILABLE UPON REQUEST

MURDAUGH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MURDAUGH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MURDEN, HOPE
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, ELSA
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, LAURI
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MURDOCH, TAUNYA
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, ABI
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, CONNOR
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

MURDOCK, MCKENZEE
ADDRESS AVAILABLE UPON REQUEST

MURDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MURDZAK, GREGG
ADDRESS AVAILABLE UPON REQUEST

MURDZEV, ERIN
ADDRESS AVAILABLE UPON REQUEST

MURE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MUREGO, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

MUREN, LAINEY
ADDRESS AVAILABLE UPON REQUEST

MURFEY, HELEN
ADDRESS AVAILABLE UPON REQUEST

MURFIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MURGA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

MURGA, TERRI
ADDRESS AVAILABLE UPON REQUEST

MURGIA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MURGIA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MURGRABIA, ZOFIA
ADDRESS AVAILABLE UPON REQUEST

MURGUIETA, JOSE
ADDRESS AVAILABLE UPON REQUEST

MURI, STELLA
ADDRESS AVAILABLE UPON REQUEST

MURIELLO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MURILLO, BELEN
ADDRESS AVAILABLE UPON REQUEST

MURILLO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

MURILLO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MURILLO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MURILLO, JOSE
ADDRESS AVAILABLE UPON REQUEST

MURILLO, LUZ
ADDRESS AVAILABLE UPON REQUEST

MURILLO, MARISOL
ADDRESS AVAILABLE UPON REQUEST

MURILLO, MONICA
ADDRESS AVAILABLE UPON REQUEST

MURILLO, NINA
ADDRESS AVAILABLE UPON REQUEST

MURISET, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MURJI, TESSINE
ADDRESS AVAILABLE UPON REQUEST

MURK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

MURLIDHAR, UMA
ADDRESS AVAILABLE UPON REQUEST

MURLIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

MURLOWSKI, CINDY
ADDRESS AVAILABLE UPON REQUEST

MURMAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

MURNANE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

MURNANE, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MURNANE, MADDISON
ADDRESS AVAILABLE UPON REQUEST

MURO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MURO, BLAIR
ADDRESS AVAILABLE UPON REQUEST

MURO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MURPHEY LEYNA
ADDRESS AVAILABLE UPON REQUEST

MURPHEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MURPHEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MURPHINE, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

MURPHREE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY DISTRIBUTORS
MURPHY DISTRIBUTORS PO BOX 623
BRANFORD, CT  06405

MURPHY, AARON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AISHLING
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALANA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALICE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALINA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALISON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALLY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALYCE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ALYSON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AMY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AMY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANNA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ARIEL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, AYANA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BARRY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BETH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BILLIE-JEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BOB
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BOB
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BOB
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BREANNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CALEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CARTER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CASEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CASEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CASSIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CINTAS VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, COREY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DEBBIE JO
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DENISE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DESIREE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DIANNA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, DORE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ELISE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY SIAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMILY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EMMA-LISA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, EOIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ERIC
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

MURPHY, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, GINGER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, GLEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, GORDIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ISABEL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JACKI
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JANE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JESSE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOEY MADELINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOHN & MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JUDGE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JULIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KARA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KARI
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KATIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KERRI
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KERRY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KYLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LEE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LIANNE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LISA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LOREN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LORI
ADDRESS AVAILABLE UPON REQUEST

MURPHY, LUKE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARLENA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARTINA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MAYRA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, MOXIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NATE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, NORA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PAUL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PAUL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PAUL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PEGGY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PENDER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

MURPHY, R
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RAYNA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, REAGHAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RENEA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RENEE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, ROSIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RUNISHA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RYAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, RYANN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SIR ROBERT
ADDRESS AVAILABLE UPON REQUEST

MURPHY, SONIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, STACY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TAMELA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TARA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TERI
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TIM
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TINA AND DEAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TOM
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TRACY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TYLER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TYLER
ADDRESS AVAILABLE UPON REQUEST

MURPHY, TYSHUAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MURPHY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

MURPHY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MURPHY-BEVAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

MURPHY-GARY, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

MURPHY-GASS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURPHY-ROACH, MARIA
ADDRESS AVAILABLE UPON REQUEST

MURR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURR, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MURRA, DONNA
ADDRESS AVAILABLE UPON REQUEST

MURRA, KIRBY
ADDRESS AVAILABLE UPON REQUEST

MURRAY HOLLINGS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, 1535 RIVERSIDE DRIVE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

MURRAY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, AMY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, APRIL
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

MURRAY, AUBREY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, AVALON
ADDRESS AVAILABLE UPON REQUEST

MURRAY, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, BETSY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

MURRAY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, CURTIS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DAVID
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DAWN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DENIS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, DONNA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ERIN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, EUGENE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ISAAC
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JAMES
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JANICE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JAY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JESSI
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JOHN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JONATHON
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JOSIE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KAILEY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KELLY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LARA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LAURA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LISA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, LONDON
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MALCOLM
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MARILYN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MARY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MICAH
ADDRESS AVAILABLE UPON REQUEST

MURRAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, NADIA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, NANCY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, PARIS
ADDRESS AVAILABLE UPON REQUEST

MURRAY, RAMONA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, RENEE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MURRAY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MURRAY, RYAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SEAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MURRAY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TARA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

MURRAY, THERESA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TONYA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

MURRAY, TRISTA
ADDRESS AVAILABLE UPON REQUEST

MURRELL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

MURRELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MURRELL, SHAUNDEL
ADDRESS AVAILABLE UPON REQUEST

MURRIE, PAYTON
ADDRESS AVAILABLE UPON REQUEST

MURRIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MURRIN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

MURRY, ERIC
ADDRESS AVAILABLE UPON REQUEST

MURRY, JANINE
ADDRESS AVAILABLE UPON REQUEST

MURRY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

MURRY, KALI
ADDRESS AVAILABLE UPON REQUEST

MURRY, RANDY
ADDRESS AVAILABLE UPON REQUEST

MURTAGH, ANNA
ADDRESS AVAILABLE UPON REQUEST

MURTAGH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MURTAGH, JAMES
ADDRESS AVAILABLE UPON REQUEST

MURTAGH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

MURTAGH, WENDY
ADDRESS AVAILABLE UPON REQUEST

MURTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

MURTHA, ALAN
ADDRESS AVAILABLE UPON REQUEST

MURTHA, JOLI
ADDRESS AVAILABLE UPON REQUEST

MURTHA, KAILA
ADDRESS AVAILABLE UPON REQUEST

MURTHA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

MURTHA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MURTHY, SARAYU
ADDRESS AVAILABLE UPON REQUEST

MURTHY, SHANKAR
ADDRESS AVAILABLE UPON REQUEST

MURTO, HAILEY
ADDRESS AVAILABLE UPON REQUEST

MURUGAN RAMANATHAN
ADDRESS AVAILABLE UPON REQUEST

MURVIN, LAKIA
ADDRESS AVAILABLE UPON REQUEST

MURZA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MUSA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

MUSA, JOANNE
ADDRESS AVAILABLE UPON REQUEST

MUSA, ROGER
ADDRESS AVAILABLE UPON REQUEST

MUSA, TAMBA
ADDRESS AVAILABLE UPON REQUEST

MUSACCHIO, MARK
ADDRESS AVAILABLE UPON REQUEST

MUSALLAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MUSAMBACHIME, SAMILLE
ADDRESS AVAILABLE UPON REQUEST

MUSAN, REUT
ADDRESS AVAILABLE UPON REQUEST

MUSANTE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

MUSARRA, LEIGH
ADDRESS AVAILABLE UPON REQUEST

MUSCA, DENNIS
ADDRESS AVAILABLE UPON REQUEST

MUSCARI, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

MUSCAT, EMILY
ADDRESS AVAILABLE UPON REQUEST

MUSCATELLO, SANDY
ADDRESS AVAILABLE UPON REQUEST

MUSCATO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

MUSCENTE, JOHNNA
ADDRESS AVAILABLE UPON REQUEST

MUSCO, STEVE
ADDRESS AVAILABLE UPON REQUEST

MUSCOLO, KRIS
ADDRESS AVAILABLE UPON REQUEST

MUSE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

MUSE, DESHAWN
ADDRESS AVAILABLE UPON REQUEST

MUSE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MUSE, PHYLICIA
ADDRESS AVAILABLE UPON REQUEST

MUSE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

MUSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

MUSECH, JAMES
ADDRESS AVAILABLE UPON REQUEST

MUSEUM HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

MUSPELDT, DIANE
ADDRESS AVAILABLE UPON REQUEST

MUSGRAVE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MUSGRAVE, JOHN
ADDRESS AVAILABLE UPON REQUEST

MUSGRAVE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

MUSGRAVE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MUSGROVE, JANET
ADDRESS AVAILABLE UPON REQUEST

MUSGROVE, MALCOM
ADDRESS AVAILABLE UPON REQUEST

MUSGROVE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

MUSGROVE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MUSHALL, KRISTY
ADDRESS AVAILABLE UPON REQUEST

MUSI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

MUSIAL, LISA
ADDRESS AVAILABLE UPON REQUEST

MUSIC & MEMORY
ADDRESS UNAVAILABLE AT TIME OF FILING

MUSICCO, SARA
ADDRESS AVAILABLE UPON REQUEST

MUSIC-ELDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MUSICK, AMY
ADDRESS AVAILABLE UPON REQUEST

MUSICK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MUSIL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MUSILEK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

MUSKE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MUSLER, CINDY
ADDRESS AVAILABLE UPON REQUEST

MUSLER, SAM
ADDRESS AVAILABLE UPON REQUEST

MUSMACKER, DYANNE
ADDRESS AVAILABLE UPON REQUEST

MUSOKA, LENA
ADDRESS AVAILABLE UPON REQUEST

MUSOLINO, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

MUSONGE, MARLENE
ADDRESS AVAILABLE UPON REQUEST

MUSQUIZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

MUSSATTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MUSSELL, CELINE
ADDRESS AVAILABLE UPON REQUEST

MUSSELMAN, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

MUSSER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

MUSSER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

MUSSER, BRALYNN
ADDRESS AVAILABLE UPON REQUEST

MUSSER, ERIN
ADDRESS AVAILABLE UPON REQUEST

MUSSER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MUSSER, JULIE
ADDRESS AVAILABLE UPON REQUEST

MUSSER, KARL
ADDRESS AVAILABLE UPON REQUEST

MUSSER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

MUSSER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MUSSI, MARCO
ADDRESS AVAILABLE UPON REQUEST

MUSSLEWHITE, MONA
ADDRESS AVAILABLE UPON REQUEST

MUSSMAN, NOELANI
ADDRESS AVAILABLE UPON REQUEST

MUSSMAN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

MUSSO, ALEX
ADDRESS AVAILABLE UPON REQUEST

MUSSO, ANANDA
ADDRESS AVAILABLE UPON REQUEST

MUST, DAVID
ADDRESS AVAILABLE UPON REQUEST

MUST, KRISTJAN
ADDRESS AVAILABLE UPON REQUEST

MUSTACCHIO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MUSTAFA GURLEROGLU
ADDRESS AVAILABLE UPON REQUEST

MUSTAFAI, LOU
ADDRESS AVAILABLE UPON REQUEST

MUSTAIN, KIRK
ADDRESS AVAILABLE UPON REQUEST

MUSTAPICH, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

MUSTARD, JASON
ADDRESS AVAILABLE UPON REQUEST

MUSTARD, MARK
ADDRESS AVAILABLE UPON REQUEST

MUSTELLO-BRYANT, PAGE
ADDRESS AVAILABLE UPON REQUEST

MUSTIAN, JIM
ADDRESS AVAILABLE UPON REQUEST

MUSTO, EMILY
ADDRESS AVAILABLE UPON REQUEST

MUSTO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MUSTO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MUSUMECI, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

MUSUMECI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MUSZAK, JOLANTA
ADDRESS AVAILABLE UPON REQUEST

MUSZALSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

MUSZYNSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MUSZYNSKI, CHARLI
ADDRESS AVAILABLE UPON REQUEST

MUTAMURIZA, HONORINE
ADDRESS AVAILABLE UPON REQUEST

MUTAS, RUDOLFO
ADDRESS AVAILABLE UPON REQUEST

MUTCH, AMY
ADDRESS AVAILABLE UPON REQUEST

MUTCHESON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

MUTER, CHUCK
ADDRESS AVAILABLE UPON REQUEST

MUTH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MUTH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

MUTH, EVAN
ADDRESS AVAILABLE UPON REQUEST

MUTH, KEITH
ADDRESS AVAILABLE UPON REQUEST

MUTH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MUTHLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

MUTHYALA, VIKRAM
ADDRESS AVAILABLE UPON REQUEST

MUTI, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

MUTO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

MUTONE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

MUTRYN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MUTSCHER, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

MUTSCHLER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

MUTTERPERL, CAROL JO
ADDRESS AVAILABLE UPON REQUEST

MUTTON, LEAH
ADDRESS AVAILABLE UPON REQUEST

MUTUAL MOBILE, INC.
211 E 7TH ST., 200
AUSTIN, TX 78701

MUTUC, MAGNOLIA
ADDRESS AVAILABLE UPON REQUEST

MUTURI, IRENE
ADDRESS AVAILABLE UPON REQUEST

MUTZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

MUYCO, YOUSEF
ADDRESS AVAILABLE UPON REQUEST

MUYINZA, ROY
ADDRESS AVAILABLE UPON REQUEST

MUZERALL, NICK
ADDRESS AVAILABLE UPON REQUEST

MUZIK, JERICA
ADDRESS AVAILABLE UPON REQUEST

MUZIO, JAMEY
ADDRESS AVAILABLE UPON REQUEST

MUZYCZKA, ZOE
ADDRESS AVAILABLE UPON REQUEST

MUZZEY, YAITZA
ADDRESS AVAILABLE UPON REQUEST

MWAMBWA, SAVIOR
ADDRESS AVAILABLE UPON REQUEST

MWANIKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

MWASAMBILI, LUSAJO
ADDRESS AVAILABLE UPON REQUEST

MWAURA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

MWAYA, CECILIA
ADDRESS AVAILABLE UPON REQUEST

MWENDWA, ZAMBI
ADDRESS AVAILABLE UPON REQUEST

MY BROTHERS BAR & GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

MY PRINTER
2240 SAN DIEGO AVE, SUITE E
OLD TOWN, SAN DIEGO, CA  92110

MY WINES AND SPIRITS PRIVATE LIMITED
GROUND FLOOR, KH.NO-20/2/21/2 RZ-93J
TELEPHONE EXCHANGE ROAD
SAMALKHA
NEW DELHI  110037  INDIA

MYA JONES
ADDRESS AVAILABLE UPON REQUEST

MYAKA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

MYASKOVSKY, ALINA
ADDRESS AVAILABLE UPON REQUEST

MYATT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

MYCEK, DARRYL
ADDRESS AVAILABLE UPON REQUEST

MYCHAL THOMAS
ADDRESS AVAILABLE UPON REQUEST

MYCYK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

MYEARS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

MYEARS, MEL
ADDRESS AVAILABLE UPON REQUEST

MYEARS, SAM
ADDRESS AVAILABLE UPON REQUEST

MYELLE, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

MYER, HALEY
ADDRESS AVAILABLE UPON REQUEST

MYER, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

MYER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

MYER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

MYERBERG, BROOKE
ADDRESS AVAILABLE UPON REQUEST

MYERS SALES, ZOE
ADDRESS AVAILABLE UPON REQUEST

MYERS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

MYERS, ALEX
ADDRESS AVAILABLE UPON REQUEST

MYERS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

MYERS, ALI
ADDRESS AVAILABLE UPON REQUEST

MYERS, AMBER
ADDRESS AVAILABLE UPON REQUEST

MYERS, AMY
ADDRESS AVAILABLE UPON REQUEST

MYERS, AMY
ADDRESS AVAILABLE UPON REQUEST

MYERS, ANDY
ADDRESS AVAILABLE UPON REQUEST

MYERS, ANNA
ADDRESS AVAILABLE UPON REQUEST

MYERS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, AVELINA
ADDRESS AVAILABLE UPON REQUEST

MYERS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MYERS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

MYERS, BOBBI
ADDRESS AVAILABLE UPON REQUEST

MYERS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

MYERS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

MYERS, CARLIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, CATLIN
ADDRESS AVAILABLE UPON REQUEST

MYERS, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

MYERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MYERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MYERS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

MYERS, CLARK
ADDRESS AVAILABLE UPON REQUEST

MYERS, COURTENAY
ADDRESS AVAILABLE UPON REQUEST

MYERS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, DANA
ADDRESS AVAILABLE UPON REQUEST

MYERS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MYERS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

MYERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

MYERS, DON
ADDRESS AVAILABLE UPON REQUEST

MYERS, ED
ADDRESS AVAILABLE UPON REQUEST

MYERS, GLENFORD
ADDRESS AVAILABLE UPON REQUEST

MYERS, GLENN
ADDRESS AVAILABLE UPON REQUEST

MYERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

MYERS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

MYERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, JANET
ADDRESS AVAILABLE UPON REQUEST

MYERS, JASON
ADDRESS AVAILABLE UPON REQUEST

MYERS, JASON
ADDRESS AVAILABLE UPON REQUEST

MYERS, JEANNA
ADDRESS AVAILABLE UPON REQUEST

MYERS, JEFFRY
ADDRESS AVAILABLE UPON REQUEST

MYERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

MYERS, JERIKA
ADDRESS AVAILABLE UPON REQUEST

MYERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MYERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MYERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

MYERS, JOAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

MYERS, JUDY
ADDRESS AVAILABLE UPON REQUEST

MYERS, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

MYERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

MYERS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

MYERS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, KYLE
ADDRESS AVAILABLE UPON REQUEST

MYERS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

MYERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

MYERS, LAURYN
ADDRESS AVAILABLE UPON REQUEST

MYERS, LINDA
ADDRESS AVAILABLE UPON REQUEST

MYERS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

MYERS, LORI
ADDRESS AVAILABLE UPON REQUEST

MYERS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, MARIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, MARK
ADDRESS AVAILABLE UPON REQUEST

MYERS, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

MYERS, MAYTE
ADDRESS AVAILABLE UPON REQUEST

MYERS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

MYERS, MICAH
ADDRESS AVAILABLE UPON REQUEST

MYERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MYERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MYERS, MOREEN
ADDRESS AVAILABLE UPON REQUEST

MYERS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

MYERS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

MYERS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MYERS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

MYERS, PATRICE
ADDRESS AVAILABLE UPON REQUEST

MYERS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

MYERS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

MYERS, RAYTH
ADDRESS AVAILABLE UPON REQUEST

MYERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

MYERS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

MYERS, RICH
ADDRESS AVAILABLE UPON REQUEST

MYERS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

MYERS, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

MYERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

MYERS, SEAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

MYERS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

MYERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

MYERS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

MYERS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

MYERS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

MYESHA HENDERSON
ADDRESS AVAILABLE UPON REQUEST

MYFONTS
ADDRESS UNAVAILABLE AT TIME OF FILING

MYGET.ORG
ADDRESS UNAVAILABLE AT TIME OF FILING

MYHRAN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

MYINT, LOUISE
ADDRESS AVAILABLE UPON REQUEST

MYKLESTAD, LISA
ADDRESS AVAILABLE UPON REQUEST

MYKYTIUK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

MYLER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

MYLES MUMFORD
ADDRESS AVAILABLE UPON REQUEST

MYLES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

MYLES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

MYLES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

MYLES, CHYANNE
ADDRESS AVAILABLE UPON REQUEST

MYLES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

MYLES, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

MYLES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

MYLLYMAKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

MYLOTT, RYAN
ADDRESS AVAILABLE UPON REQUEST

MYLOTT, SHERRI
ADDRESS AVAILABLE UPON REQUEST

MYNY, KANDY
ADDRESS AVAILABLE UPON REQUEST

MYPIZZA.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

MYREE, JAIR
ADDRESS AVAILABLE UPON REQUEST

MYREGISTRY LLC
2050 CENTER AVENUE, SUITE 100
FORT LEE, NJ 07024

MYREGISTRY.COM
ATTN: KATHLEEN LINDSAY
2050 CENTER AVENUE, SUITE 100
FORT LEE, NJ 07024

MYRICK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

MYRICK, BRADAN
ADDRESS AVAILABLE UPON REQUEST

MYRICK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

MYRICK, DEAN
ADDRESS AVAILABLE UPON REQUEST

MYRICK, JENNA
ADDRESS AVAILABLE UPON REQUEST

MYRICK, LORI
ADDRESS AVAILABLE UPON REQUEST

MYRICK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

MYRIE, CLIVE
ADDRESS AVAILABLE UPON REQUEST

MYRING, LINDA
ADDRESS AVAILABLE UPON REQUEST

MYROM, MELINDA
ADDRESS AVAILABLE UPON REQUEST

MYRON, JOHN
ADDRESS AVAILABLE UPON REQUEST

MYRON, KELLI
ADDRESS AVAILABLE UPON REQUEST

MYRON, REID
ADDRESS AVAILABLE UPON REQUEST

MYSKA, SHELBY
ADDRESS AVAILABLE UPON REQUEST

MYSLIWIEC, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

MYSNIK, OLGA
ADDRESS AVAILABLE UPON REQUEST

MYSSE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

MYUGE - BWSC
MYUGE 163
CAMINO DORADO NAPA, CA 94558

MYUGE
163 CAMINO DRIVE
NAPA, CA 94558

MYUNG, LAURA
ADDRESS AVAILABLE UPON REQUEST

MZYK, RYANN
ADDRESS AVAILABLE UPON REQUEST

MZYK, RYANN
ADDRESS AVAILABLE UPON REQUEST

N CARLSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

N DICKEY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

N FERGUSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

N GOMES, THERESA
ADDRESS AVAILABLE UPON REQUEST

N HOLMES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

N OCONNOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

N SIMS, LAUTRECIA
ADDRESS AVAILABLE UPON REQUEST

N, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

N, AVINASH
ADDRESS AVAILABLE UPON REQUEST

N, BROOKE
ADDRESS AVAILABLE UPON REQUEST

N, JAZ
ADDRESS AVAILABLE UPON REQUEST

N, JERRY
ADDRESS AVAILABLE UPON REQUEST

N, LANIE
ADDRESS AVAILABLE UPON REQUEST

N, RICHARD
ADDRESS AVAILABLE UPON REQUEST

N., JEFFREY
ADDRESS AVAILABLE UPON REQUEST

N., LILA
ADDRESS AVAILABLE UPON REQUEST

N.C. DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES
1001 MAIL SERVICE CTR
RALEIGH, NC  27699-1001

N.D. OFFICE OF STATE TAX COMMISSIONER
600 E BLVD AVE
DEPT 127
BISMARCK, ND  58505-0599

N/A
ADDRESS AVAILABLE UPON REQUEST

NA
ADDRESS AVAILABLE UPON REQUEST

NA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NAAB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NAAMA KLATSKY
ADDRESS AVAILABLE UPON REQUEST

NAAS, AMY
ADDRESS AVAILABLE UPON REQUEST

NAAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NAASZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

NABAHE, SADE
ADDRESS AVAILABLE UPON REQUEST

NABAR, VICKRUM
ADDRESS AVAILABLE UPON REQUEST

NABER, GEHAN
ADDRESS AVAILABLE UPON REQUEST

NABHOLZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NABITY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NABORS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NABORS, MINDY
ADDRESS AVAILABLE UPON REQUEST

NABULSI, NAJATI
ADDRESS AVAILABLE UPON REQUEST

NACE, LEAH
ADDRESS AVAILABLE UPON REQUEST

NACEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

NACHREINER, AMELIA
ADDRESS AVAILABLE UPON REQUEST

NACHTIGALL, DALLAS
ADDRESS AVAILABLE UPON REQUEST

NACHTOME, LIZ
ADDRESS AVAILABLE UPON REQUEST

NACIONALES, DIEGO
ADDRESS AVAILABLE UPON REQUEST

NACKERS, JAMI
ADDRESS AVAILABLE UPON REQUEST

NACLERIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NACOPOULOS, KASSIANI
ADDRESS AVAILABLE UPON REQUEST

NADARAIA, NATIA
ADDRESS AVAILABLE UPON REQUEST

NADAULD, MALORIE
ADDRESS AVAILABLE UPON REQUEST

NADEAN NEMBHARD
ADDRESS AVAILABLE UPON REQUEST

NADEAU, ALEXA
ADDRESS AVAILABLE UPON REQUEST

NADEAU, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NADEAU, AMMY
ADDRESS AVAILABLE UPON REQUEST

NADEAU, CATHIE
ADDRESS AVAILABLE UPON REQUEST

NADEAU, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

NADEAU, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

NADEAU, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NADEAU, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NADEAU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NADEAU, STEVE
ADDRESS AVAILABLE UPON REQUEST

NADEAU, SUZI
ADDRESS AVAILABLE UPON REQUEST

NADEIN, YANA
ADDRESS AVAILABLE UPON REQUEST

NADEL, ELANA
ADDRESS AVAILABLE UPON REQUEST

NADEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NADELMAN, JESS
ADDRESS AVAILABLE UPON REQUEST

NADELSON, ALLIE
ADDRESS AVAILABLE UPON REQUEST

NADELSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

NADEM, MEHRDAD
ADDRESS AVAILABLE UPON REQUEST

NADER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NADER, SHERRI
ADDRESS AVAILABLE UPON REQUEST

NADHIIR CHANAWALA
ADDRESS AVAILABLE UPON REQUEST

NADINE DEACY
ADDRESS AVAILABLE UPON REQUEST

NADINE KACHUR
ADDRESS AVAILABLE UPON REQUEST

NADKARNI, LOVELINA
ADDRESS AVAILABLE UPON REQUEST

NADLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

NADLER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NADLER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

NADLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NADLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

NADLER, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

NADOLNY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NADON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NADON, EVELYN
ADDRESS AVAILABLE UPON REQUEST

NADON, EVELYN
ADDRESS AVAILABLE UPON REQUEST

NADON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NADZAM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NAECK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NAEKEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NAENY, ALDEN
ADDRESS AVAILABLE UPON REQUEST

NAESETH, SARA
ADDRESS AVAILABLE UPON REQUEST

NAETER, EMERY
ADDRESS AVAILABLE UPON REQUEST

NAF DIGITAL INC
210 W. ILLINOIS STREET 1ST FLOOR
CHICAGO, IL  60654

NAFAA, MIDOU
ADDRESS AVAILABLE UPON REQUEST

NAFF, WALTER
ADDRESS AVAILABLE UPON REQUEST

NAFFIS-SAHELY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

NAFIS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NAFTULIN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NAFTZGER, KALIE
ADDRESS AVAILABLE UPON REQUEST

NAFZIGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

NAFZIGER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NAGAHI, NASIM
ADDRESS AVAILABLE UPON REQUEST

NAGAJ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

NAGALAKSHMI SOMASUNDARAM
ADDRESS AVAILABLE UPON REQUEST

NAGALLA, SHASHI
ADDRESS AVAILABLE UPON REQUEST

NAGARATHINAM, RAGAVI
ADDRESS AVAILABLE UPON REQUEST

NAGASAKI, MIKA
ADDRESS AVAILABLE UPON REQUEST

NAGATANI, TANYA
ADDRESS AVAILABLE UPON REQUEST

NAGATANI, TANYA
ADDRESS AVAILABLE UPON REQUEST

NAGEL, BRANDI
ADDRESS AVAILABLE UPON REQUEST

NAGEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NAGEL, JESSE
ADDRESS AVAILABLE UPON REQUEST

NAGEL, KATE
ADDRESS AVAILABLE UPON REQUEST

NAGEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

NAGEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NAGEL, LEAH
ADDRESS AVAILABLE UPON REQUEST

NAGEL, NANCY
ADDRESS AVAILABLE UPON REQUEST

NAGEL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NAGHDI, ROSE
ADDRESS AVAILABLE UPON REQUEST

NAGI, ARIEL
ADDRESS AVAILABLE UPON REQUEST

NAGLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NAGLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NAGLE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NAGLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NAGLE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NAGLE, MADISON
ADDRESS AVAILABLE UPON REQUEST

NAGLE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NAGLE, NIKI
ADDRESS AVAILABLE UPON REQUEST

NAGLE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NAGLE, SUE
ADDRESS AVAILABLE UPON REQUEST

NAGLE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

NAGLE-ACALOTTO, ERIN
ADDRESS AVAILABLE UPON REQUEST

NAGLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NAGODE, BREE
ADDRESS AVAILABLE UPON REQUEST

NAGPAL, KUNAL
ADDRESS AVAILABLE UPON REQUEST

NAGRANI, VISHAL
ADDRESS AVAILABLE UPON REQUEST

NAGREE, SORAIYA
ADDRESS AVAILABLE UPON REQUEST

NAGTZAAM, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NAGUIB, CHLOE
ADDRESS AVAILABLE UPON REQUEST

NAGUS, PAUL
ADDRESS AVAILABLE UPON REQUEST

NAGY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

NAGY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NAGY, CINDI
ADDRESS AVAILABLE UPON REQUEST

NAGY, CLEO
ADDRESS AVAILABLE UPON REQUEST

NAGY, GARLAND
ADDRESS AVAILABLE UPON REQUEST

NAGY, JENN
ADDRESS AVAILABLE UPON REQUEST

NAGY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

NAGY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NAGY, TALIA
ADDRESS AVAILABLE UPON REQUEST

NAGY, VIRAG
ADDRESS AVAILABLE UPON REQUEST

NAHAR, NIRALI
ADDRESS AVAILABLE UPON REQUEST

NAHAS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NAHAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

NAHLER, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

NAHMAD, VICTOR
ADDRESS AVAILABLE UPON REQUEST

NAHMENS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

NAHORNAYA, KSENIYA
ADDRESS AVAILABLE UPON REQUEST

NAHUM, ABE
ADDRESS AVAILABLE UPON REQUEST

NAHUM, ASAF
ADDRESS AVAILABLE UPON REQUEST

NAHUM, ASAF
ADDRESS AVAILABLE UPON REQUEST

NAICKER, VINESH
ADDRESS AVAILABLE UPON REQUEST

NAIDOFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

NAIDU, AMY
ADDRESS AVAILABLE UPON REQUEST

NAIDU, DAMINI
ADDRESS AVAILABLE UPON REQUEST

NAIDU, YESH
ADDRESS AVAILABLE UPON REQUEST

NAIK, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

NAIL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NAIM, SHAMS
ADDRESS AVAILABLE UPON REQUEST

NAIMI, ELANA
ADDRESS AVAILABLE UPON REQUEST

NAIMOLI, JOHN
ADDRESS AVAILABLE UPON REQUEST

NAIMON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NAIR, EVERETT
ADDRESS AVAILABLE UPON REQUEST

NAIR, NEEHARICA
ADDRESS AVAILABLE UPON REQUEST

NAIR, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

NAIR, SHAMINI
ADDRESS AVAILABLE UPON REQUEST

NAIR, SURABHI
ADDRESS AVAILABLE UPON REQUEST

NAIR, VIJIT
ADDRESS AVAILABLE UPON REQUEST

NAIRI GHAZARIAN
ADDRESS AVAILABLE UPON REQUEST

NAIRIN, EMMA
ADDRESS AVAILABLE UPON REQUEST

NAISAU, JOSUA
ADDRESS AVAILABLE UPON REQUEST

NAISER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NAISHADH SARAIYA
ADDRESS AVAILABLE UPON REQUEST

NAIT, HICHAM
ADDRESS AVAILABLE UPON REQUEST

NAIZER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NAJAFBAGY, HIRAD
ADDRESS AVAILABLE UPON REQUEST

NAJAFI, BEHNOUD
ADDRESS AVAILABLE UPON REQUEST

NAJAFI, SARAH
ADDRESS AVAILABLE UPON REQUEST

NAJARIAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NAJARIAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NAJARIAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NAJEWICZ, MARY
ADDRESS AVAILABLE UPON REQUEST

NAKAD, WAAD
ADDRESS AVAILABLE UPON REQUEST

NAKAMINE, ARIANA
ADDRESS AVAILABLE UPON REQUEST

NAKAMURA, REI
ADDRESS AVAILABLE UPON REQUEST

NAKASHIMA, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

NAKE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NAKEDWINES.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

NAKHAI, MANDANA
ADDRESS AVAILABLE UPON REQUEST

NAKHMURINA, ANYA
ADDRESS AVAILABLE UPON REQUEST

NAKIB, MARIA
ADDRESS AVAILABLE UPON REQUEST

NAKLICKI, CINDY
ADDRESS AVAILABLE UPON REQUEST

NAKUL RAJ BANSAL
ADDRESS AVAILABLE UPON REQUEST

NAKYEJWE, FARIDAH L
ADDRESS AVAILABLE UPON REQUEST

NAL, NICHELLA
ADDRESS AVAILABLE UPON REQUEST

NALABOFF, DYLAN
ADDRESS AVAILABLE UPON REQUEST

NALBACH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

NALBANTIAN, ANNGEL
ADDRESS AVAILABLE UPON REQUEST

NALE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NALL, ANNITA
ADDRESS AVAILABLE UPON REQUEST

NALLE, ALISON
ADDRESS AVAILABLE UPON REQUEST

NALLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NALLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

NALLEY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

NALLI, SANKETH
ADDRESS AVAILABLE UPON REQUEST

NALLS, KATEY
ADDRESS AVAILABLE UPON REQUEST

NALLY, CONOR
ADDRESS AVAILABLE UPON REQUEST

NALLY, JULIE
ADDRESS AVAILABLE UPON REQUEST

NALLY, KARA
ADDRESS AVAILABLE UPON REQUEST

NALLY, MARY
ADDRESS AVAILABLE UPON REQUEST

NALODKA, LYNN
ADDRESS AVAILABLE UPON REQUEST

NALUBEGA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NAM, JIHYAE
ADDRESS AVAILABLE UPON REQUEST

NAMAN, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

NAMBIAR, MADHAVI
ADDRESS AVAILABLE UPON REQUEST

NAMBIAR, REMYA
ADDRESS AVAILABLE UPON REQUEST

NAMBIAR, SUNITHA
ADDRESS AVAILABLE UPON REQUEST

NAMEROW, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NAMESLESS NETWORK INC.
5 DEVOE ST. 2ND FLOOR
BROOKLYN, NY 11211

NAMETH, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

NAMETH, SHANA
ADDRESS AVAILABLE UPON REQUEST

NAMITZ, TRACY
ADDRESS AVAILABLE UPON REQUEST

NAMMALWAR, SRI
ADDRESS AVAILABLE UPON REQUEST

NAMMARI, LENA
ADDRESS AVAILABLE UPON REQUEST

NAMOWICZ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

NAMY, LEX
ADDRESS AVAILABLE UPON REQUEST

NAN TOMBONI
ADDRESS AVAILABLE UPON REQUEST

NANA TCHOUKOUA, FRIDIEN
ADDRESS AVAILABLE UPON REQUEST

NANA, ANIKA
ADDRESS AVAILABLE UPON REQUEST

NANAGOULIAN, GARNIK
ADDRESS AVAILABLE UPON REQUEST

NANAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NANASI HAAS, ROSA
ADDRESS AVAILABLE UPON REQUEST

NANAVATY, PRANNALI
ADDRESS AVAILABLE UPON REQUEST

NANBU BIJIN CO., LTD
13 KAMIMACHI
IWATE JAPAN
IWATE
FUKUOKA NINOHE  028-6101  JAPAN

NANCE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NANCE, COLBI
ADDRESS AVAILABLE UPON REQUEST

NANCE, COLIN
ADDRESS AVAILABLE UPON REQUEST

NANCE, DELVAN
ADDRESS AVAILABLE UPON REQUEST

NANCE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

NANCE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

NANCE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NANCE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

NANCE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

NANCE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

NANCE, MIKAH
ADDRESS AVAILABLE UPON REQUEST

NANCE, MINYA
ADDRESS AVAILABLE UPON REQUEST

NANCE, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

NANCE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NANCO, ROB & DINA
ADDRESS AVAILABLE UPON REQUEST

NANCY ALVAREZ
ADDRESS AVAILABLE UPON REQUEST

NANCY CHENEY
ADDRESS AVAILABLE UPON REQUEST

NANCY J ELLINGTON
ADDRESS AVAILABLE UPON REQUEST

NANCY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

NANCY KIM
ADDRESS AVAILABLE UPON REQUEST

NANCY KIRBY
ADDRESS AVAILABLE UPON REQUEST

NANCY L WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

NANCY OATES CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

NANCY POLISH
ADDRESS AVAILABLE UPON REQUEST

NANCY SANSONE
ADDRESS AVAILABLE UPON REQUEST

NANCY SIMPSON
ADDRESS AVAILABLE UPON REQUEST

NANCY SVIRIDENKO-SIISII
ADDRESS AVAILABLE UPON REQUEST

NAND, SUSHMA
ADDRESS AVAILABLE UPON REQUEST

NANDES, SURE
ADDRESS AVAILABLE UPON REQUEST

NANDI, DARSHAN
ADDRESS AVAILABLE UPON REQUEST

NANDI, RINI
ADDRESS AVAILABLE UPON REQUEST

NANDISHKUMAR ZALAVADIA
ADDRESS AVAILABLE UPON REQUEST

NANDOO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NANDWANI, ELISHA
ADDRESS AVAILABLE UPON REQUEST

NANDWANI, SHILPA
ADDRESS AVAILABLE UPON REQUEST

NANDY, DEBASHREE
ADDRESS AVAILABLE UPON REQUEST

NANETTE, MICHELIN
ADDRESS AVAILABLE UPON REQUEST

NANEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

NANFITO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

NANI, FRANK
ADDRESS AVAILABLE UPON REQUEST

NANIA, BLAKE
ADDRESS AVAILABLE UPON REQUEST

NANIEWICZ, JOLANTA
ADDRESS AVAILABLE UPON REQUEST

NANIGANS
60 STATE STREET, 12TH FLOOR
BOSTON, MA  02109

NANIO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NANKE, JARED
ADDRESS AVAILABLE UPON REQUEST

NANKE, JOHANNAH
ADDRESS AVAILABLE UPON REQUEST

NANKERVIS, NEYSA
ADDRESS AVAILABLE UPON REQUEST

NANKRISHNA PERSAUD
ADDRESS AVAILABLE UPON REQUEST

NANNE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NANNEY, JACK
ADDRESS AVAILABLE UPON REQUEST

NANNI, EMILY
ADDRESS AVAILABLE UPON REQUEST

NANNINGA, ASHTON
ADDRESS AVAILABLE UPON REQUEST

NANNINGA, ISAAC
ADDRESS AVAILABLE UPON REQUEST

NANNINI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NANNINI, JEFF
ADDRESS AVAILABLE UPON REQUEST

NANNINI, KELSEA
ADDRESS AVAILABLE UPON REQUEST

NANNINI, VICTOR
ADDRESS AVAILABLE UPON REQUEST

NANTHAVONG, AMPHONE
ADDRESS AVAILABLE UPON REQUEST

NANTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

NANTUCKET WINE FESTIVAL, LLC.
39 COMMONWEALTH AVE. 11
CHESTNUT HILL, MA 02467

NANTUCKET WINE FESTIVAL, LLC.
480 PLEASANT STREET, SUITE B210
WATERTOWN, MA 02472

NANTZ, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

NANTZ, JANIS
ADDRESS AVAILABLE UPON REQUEST

NANTZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

NANTZ-BURBATT, SAM
ADDRESS AVAILABLE UPON REQUEST

NAO MORIYA
ADDRESS AVAILABLE UPON REQUEST

NAOKI SHIMODA
ADDRESS AVAILABLE UPON REQUEST

NAOKO FUKUNAGA
ADDRESS AVAILABLE UPON REQUEST

NAOKO KIMURA
ADDRESS AVAILABLE UPON REQUEST

NAOMI
ADDRESS AVAILABLE UPON REQUEST

NAONE, MISTY
ADDRESS AVAILABLE UPON REQUEST

NAPA INTERNET SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

NAPA VALLEY LA MEX
ADDRESS UNAVAILABLE AT TIME OF FILING

NAPA WINE COMPANY
7830-40 ST HELENA HWY
OAKVILLE, CA 94572

NAPANET
947 LINCOLN AVE
NAPA, CA 94558

NAPARSTEK, JOSH
ADDRESS AVAILABLE UPON REQUEST

NAPHTALI, LANDEN
ADDRESS AVAILABLE UPON REQUEST

NAPIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NAPIER, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

NAPIER, ERIN
ADDRESS AVAILABLE UPON REQUEST

NAPIER, JAMES
ADDRESS AVAILABLE UPON REQUEST

NAPIER, NORM
ADDRESS AVAILABLE UPON REQUEST

NAPIER, RENATA
ADDRESS AVAILABLE UPON REQUEST

NAPIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

NAPIER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NAPIERKOWSKI, HOPE
ADDRESS AVAILABLE UPON REQUEST

NAPLES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NAPLETON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NAPOLEON KNIGHT
ADDRESS AVAILABLE UPON REQUEST

NAPOLEON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

NAPOLI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NAPOLI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NAPOLI, LANI
ADDRESS AVAILABLE UPON REQUEST

NAPOLI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NAPOLI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NAPOLIELLO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

NAPOLITANA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAPOLITANO, DIANE
ADDRESS AVAILABLE UPON REQUEST

NAPOLITANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NAPOLITANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NAPPA, NINA
ADDRESS AVAILABLE UPON REQUEST

NAPPER, KIYAH
ADDRESS AVAILABLE UPON REQUEST

NAPPI DISTRIBUTORS
615 MAIN STREET
GORHAM, ME  04038

NAPPI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NAPPI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NAQUIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

NAQUIN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NARAIN, MALLIKA
ADDRESS AVAILABLE UPON REQUEST

NARAMORE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

NARANJO-BLASCHKE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

NARASAKI, MAYA
ADDRESS AVAILABLE UPON REQUEST

NARAYAN, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

NARAYAN, VARUN
ADDRESS AVAILABLE UPON REQUEST

NARAYANA, ASHWIN
ADDRESS AVAILABLE UPON REQUEST

NARAYANAN, PADMA
ADDRESS AVAILABLE UPON REQUEST

NARAYANAN, RAVINDRAN
ADDRESS AVAILABLE UPON REQUEST

NARBAEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NARCISO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NARDELLA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NARDELLI, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

NARDONE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NARDOZZI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NARDUCCI, ROM
ADDRESS AVAILABLE UPON REQUEST

NARENDRA CARAMBIAH
ADDRESS AVAILABLE UPON REQUEST

NARENDRA GUNTUNUR
ADDRESS AVAILABLE UPON REQUEST

NARESH S PASNUR
ADDRESS AVAILABLE UPON REQUEST

NARGIS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

NARICH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

NARIN PHOL
ADDRESS AVAILABLE UPON REQUEST

NARINE, SANGEETA
ADDRESS AVAILABLE UPON REQUEST

NARKEVICIUTE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

NARLOCK, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

NAROZANICK, KASIE
ADDRESS AVAILABLE UPON REQUEST

NARQUEZ, ANTONIETTA
ADDRESS AVAILABLE UPON REQUEST

NARRA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NARRATIVE ADS LLC
2923 BRADLEY ST STE 200
PASADENA, CA 91107

NARSING, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NARUS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NARVAEZ, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

NARVAEZ, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

NARVAEZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

NARVESON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NARY, ROSIE
ADDRESS AVAILABLE UPON REQUEST

NARZIKUL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

NASAR, JUDY
ADDRESS AVAILABLE UPON REQUEST

NASATOWICZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NASCA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

NASCA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NASCIMENTO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NASCIMENTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NASE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NASEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NASERALLAH, IHAB
ADDRESS AVAILABLE UPON REQUEST

NASERS, AMBER
ADDRESS AVAILABLE UPON REQUEST

NASH, ANGELLE
ADDRESS AVAILABLE UPON REQUEST

NASH, ANN
ADDRESS AVAILABLE UPON REQUEST

NASH, ANN
ADDRESS AVAILABLE UPON REQUEST

NASH, ANNA
ADDRESS AVAILABLE UPON REQUEST

NASH, CAROL
ADDRESS AVAILABLE UPON REQUEST

NASH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NASH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NASH, DAVID
ADDRESS AVAILABLE UPON REQUEST

NASH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

NASH, EMILY
ADDRESS AVAILABLE UPON REQUEST

NASH, ERICA
ADDRESS AVAILABLE UPON REQUEST

NASH, GUYETH
ADDRESS AVAILABLE UPON REQUEST

NASH, IRENE
ADDRESS AVAILABLE UPON REQUEST

NASH, JAMES
ADDRESS AVAILABLE UPON REQUEST

NASH, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

NASH, KACI
ADDRESS AVAILABLE UPON REQUEST

NASH, KATIE
ADDRESS AVAILABLE UPON REQUEST

NASH, KERRI
ADDRESS AVAILABLE UPON REQUEST

NASH, LASHANYA
ADDRESS AVAILABLE UPON REQUEST

NASH, LEAH
ADDRESS AVAILABLE UPON REQUEST

NASH, LEAH
ADDRESS AVAILABLE UPON REQUEST

NASH, LILY
ADDRESS AVAILABLE UPON REQUEST

NASH, MARY
ADDRESS AVAILABLE UPON REQUEST

NASH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NASH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NASH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

NASH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

NASH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NASH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NASH-DAVIS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

NASH-HUBBARD, YAIRA
ADDRESS AVAILABLE UPON REQUEST

NASIMOV, MARYAM
ADDRESS AVAILABLE UPON REQUEST

NASINI, SREEVARDHAN
ADDRESS AVAILABLE UPON REQUEST

NASIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

NASO, JOE
ADDRESS AVAILABLE UPON REQUEST

NASO, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

NASON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

NASON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NASPINSKI, TED
ADDRESS AVAILABLE UPON REQUEST

NASRALLAH, CASEY
ADDRESS AVAILABLE UPON REQUEST

NASS, KATIE
ADDRESS AVAILABLE UPON REQUEST

NASS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NASSAR, AMER
ADDRESS AVAILABLE UPON REQUEST

NASSAR, LINDA
ADDRESS AVAILABLE UPON REQUEST

NASSAU, LISA
ADDRESS AVAILABLE UPON REQUEST

NASSER, ADEL
ADDRESS AVAILABLE UPON REQUEST

NASSER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NASSER, JODI
ADDRESS AVAILABLE UPON REQUEST

NASSER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

NASSERIAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

NASSERY, LEEMAY
ADDRESS AVAILABLE UPON REQUEST

NASSIFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NASSO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NASSOR, NNAMDI
ADDRESS AVAILABLE UPON REQUEST

NASTALSKI, DAVE
ADDRESS AVAILABLE UPON REQUEST

NASTANOVICH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

NASTASE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NASTASI, MARK
ADDRESS AVAILABLE UPON REQUEST

NASTIA LIUKIN ENTERPRISES
4204 BOULDER DRIVE
PARKER, TX  75002

NASTRO, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

NATAADININGRAT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NATALE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NATALE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NATALE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NATALE, DEVON
ADDRESS AVAILABLE UPON REQUEST

NATALE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NATALE, PEGGY
ADDRESS AVAILABLE UPON REQUEST

NATALE, PEGGY
ADDRESS AVAILABLE UPON REQUEST

NATALE, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

NATALI, SUMMER
ADDRESS AVAILABLE UPON REQUEST

NATALIA DIAZ
ADDRESS AVAILABLE UPON REQUEST

NATALIA HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

NATALIA SUROWANIEC
ADDRESS AVAILABLE UPON REQUEST

NATALIA TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NATALIA VANINA
ADDRESS AVAILABLE UPON REQUEST

NATALIE  LACZEWSKI
ADDRESS AVAILABLE UPON REQUEST

NATALIE BROWN
ADDRESS AVAILABLE UPON REQUEST

NATALIE CARRASCO
ADDRESS AVAILABLE UPON REQUEST

NATALIE ELAINE WARREN DEES
ADDRESS AVAILABLE UPON REQUEST

NATALIE HANDS STUDIO
111 NE 6TH AVE  321
PORTLAND, OR  97232

NATALIE HARDEN
ADDRESS AVAILABLE UPON REQUEST

NATALIE JORDAN
ADDRESS AVAILABLE UPON REQUEST

NATALIE KILLION
ADDRESS AVAILABLE UPON REQUEST

NATALIE KIRCHHOFF
ADDRESS AVAILABLE UPON REQUEST

NATALIE RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

NATALIE SERRANO
ADDRESS AVAILABLE UPON REQUEST

NATALIE SINCLAIR
ADDRESS AVAILABLE UPON REQUEST

NATALIE STEDMAN
ADDRESS AVAILABLE UPON REQUEST

NATALIE TROXEL
ADDRESS AVAILABLE UPON REQUEST

NATALIE VOLKMAN
ADDRESS AVAILABLE UPON REQUEST

NATALIE, LOMBARDI
ADDRESS AVAILABLE UPON REQUEST

NATALIE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

NATALIE, MS
ADDRESS AVAILABLE UPON REQUEST

NATALIE, RINGUETTE,
ADDRESS AVAILABLE UPON REQUEST

NATALINO, RYAN
ADDRESS AVAILABLE UPON REQUEST

NATARAJAN, RANJANI
ADDRESS AVAILABLE UPON REQUEST

NATARAJAN, SHREELA
ADDRESS AVAILABLE UPON REQUEST

NATASHA FISCHER
ADDRESS AVAILABLE UPON REQUEST

NATASHA JELENICH
ADDRESS AVAILABLE UPON REQUEST

NATASHA SIDES
ADDRESS AVAILABLE UPON REQUEST

NATASHA, MILLER,
ADDRESS AVAILABLE UPON REQUEST

NATASHA, POLIS,
ADDRESS AVAILABLE UPON REQUEST

NATAY, LOLA
ADDRESS AVAILABLE UPON REQUEST

NATEKINA, YANA
ADDRESS AVAILABLE UPON REQUEST

NATELSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

NATERA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

NATESAN, VEL
ADDRESS AVAILABLE UPON REQUEST

NATHAN FLORES
ADDRESS AVAILABLE UPON REQUEST

NATHAN GEHAN
ADDRESS AVAILABLE UPON REQUEST

NATHAN JEDLICKA
ADDRESS AVAILABLE UPON REQUEST

NATHAN K RAMSAY
ADDRESS AVAILABLE UPON REQUEST

NATHAN KRAUSE
ADDRESS AVAILABLE UPON REQUEST

NATHAN M CARTER
ADDRESS AVAILABLE UPON REQUEST

NATHAN MUBASHER
ADDRESS AVAILABLE UPON REQUEST

NATHAN MURRAY
ADDRESS AVAILABLE UPON REQUEST

NATHAN, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

NATHAN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

NATHAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

NATHAN, LEILA
ADDRESS AVAILABLE UPON REQUEST

NATHAN, NATALEE
ADDRESS AVAILABLE UPON REQUEST

NATHAN, RAJIV
ADDRESS AVAILABLE UPON REQUEST

NATHAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NATHANIEL ANTONIO
ADDRESS AVAILABLE UPON REQUEST

NATHANIEL JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NATHANSON, AMY
ADDRESS AVAILABLE UPON REQUEST

NATHANSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

NATHOO, ALICE
ADDRESS AVAILABLE UPON REQUEST

NATION, CLASSY
ADDRESS AVAILABLE UPON REQUEST

NATION, SARA
ADDRESS AVAILABLE UPON REQUEST

NATION, SPARKLE
ADDRESS AVAILABLE UPON REQUEST

NATIONAL DATA CONTRACTOR
ADDRESS UNAVAILABLE AT TIME OF FILING

NATIONAL DISTRIBUTING COMPANY, INC.
(DBA RNDC OF GEORGIA)
ONE NATIONAL DRIVE
ATLANTA, GA 30336

NATIONAL DISTRIBUTORS (MAINE)
116 WALLACE AVENUE SOUTH
PORTLAND, ME 04106

NATIONAL DISTRIBUTORS, INC.
116 WALLACE AVE
SOUTH PORTLAND, ME 04106

NATIONAL LIFT FLEET LEASING & SALES
201 N. RICE AVE UNIT G
OXNARD, CA 93030

NATIONAL PURCHASING PARTNERS LLC
1100 OLIVE WAY SUITE 1030
SEATTLE, WA 98101

NATIONAL REGISTERED AGENTS, INC
PO BOX 4349
CAROL STREAM, IL 60197-4349

NATIONAL UNION FIRE INSURANCE CO.
1271 AVE OF THE AMERICAS, 35TH FL
NEW YORK, NY 10020-1304

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA
NEW YORK, NY 10020-1304

NATIONS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

NATIONS, EVA
ADDRESS AVAILABLE UPON REQUEST

NATIONS, JAKE
ADDRESS AVAILABLE UPON REQUEST

NATIONS, MARISA
ADDRESS AVAILABLE UPON REQUEST

NATIONWIDE
ADDRESS UNAVAILABLE AT TIME OF FILING

NATIVIDAD, NINA
ADDRESS AVAILABLE UPON REQUEST

NATIVITY CATHOLIC CHURCH OFFICE, ATTN:
SUE HRABUSA
ADDRESS AVAILABLE UPON REQUEST

NATL FIN SVCS (0226)
ATTN SEAN COLE OR PROXY DEPT
NEWPORT OFFICE CTR III
499 WASHINGTON BLVD
JERSEY CITY, NJ 07310

NATOLI, JILL
ADDRESS AVAILABLE UPON REQUEST

NATOLI, ROY
ADDRESS AVAILABLE UPON REQUEST

NATSIS, MARIALEXA
ADDRESS AVAILABLE UPON REQUEST

NATSUME, KEISUKE
ADDRESS AVAILABLE UPON REQUEST

NATTER, LISA
ADDRESS AVAILABLE UPON REQUEST

NATTIEL, SHEIL
ADDRESS AVAILABLE UPON REQUEST

NATTISHA FERRELL RAY
ADDRESS AVAILABLE UPON REQUEST

NATURAL CAFE SANTA MARIA
ADDRESS UNAVAILABLE AT TIME OF FILING

NATURAL INTELLIGENCE LTD.
6 TOZERET HAURETZ
TEL-AVIV
ISRAEL

NATURAL MERCHANTS INC
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA 90404

NATURAL MERCHANTS INC.
ATTN: EDWARD FIELD, PRESIDENT
560-A NE F ST, STE 330
GRANT PASS, OR 97526

NATURAL MERCHANTS INC.
ATTN: EDWARD FIELD, PRESIDENT
560-A NE F ST, STE 330
GRANTS PASS, OR 97526

NATURAL MERCHANTS INC.
C/O ROBERT WEINBERGER LAW PC
ATTN ROBERT K WEINBERGER, ESQ
1340 E 6TH ST, STE 603
LOS ANGELES, CA 90021

NATURAL MERCHANTS LLC
2001 FOOTHILL BLVD SUITE C-2
GRANTS PASS, OR 97526

NATURAL WELLNESS LLC
848 N RAINBOW BLVD 1580
LAS VEGAS, NV 89107

NATUREBOX
ADDRESS UNAVAILABLE AT TIME OF FILING

NAUDIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAUDIN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, BRIGIT
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, GREG
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, JULIA
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NAUGHTON, KATHY
ADDRESS AVAILABLE UPON REQUEST

NAUGLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NAULT, DENEEN
ADDRESS AVAILABLE UPON REQUEST

NAUM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NAUMANN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAUMANN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

NAUMCHEFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NAUMOFF, CY
ADDRESS AVAILABLE UPON REQUEST

NAUS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NAVA, ALBERT
ADDRESS AVAILABLE UPON REQUEST

NAVA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NAVA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

NAVA, DAISY
ADDRESS AVAILABLE UPON REQUEST

NAVA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

NAVA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NAVA, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

NAVA, JOEL
ADDRESS AVAILABLE UPON REQUEST

NAVA-HOLSTEIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NAVARETE, NICOLLE
ADDRESS AVAILABLE UPON REQUEST

NAVARETTE, MATT
ADDRESS AVAILABLE UPON REQUEST

NAVAROLI, JEN
ADDRESS AVAILABLE UPON REQUEST

NAVAROLI, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

NAVARRE, ALEX
ADDRESS AVAILABLE UPON REQUEST

NAVARRE, JASON
ADDRESS AVAILABLE UPON REQUEST

NAVARRETO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NAVARRETTE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NAVARRETTE, ROB
ADDRESS AVAILABLE UPON REQUEST

NAVARRO JR, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, ARYANA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, DANIA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, DIANAKATELYN
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, DOMANIQUE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, FRANK
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, JORGE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, JOSE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, JOSE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, LEELA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, MINDY
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, NEFTALI
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, NEIL
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, SALINA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

NAVARRO, WILMER
ADDRESS AVAILABLE UPON REQUEST

NAVAS, DAWN
ADDRESS AVAILABLE UPON REQUEST

NAVASKY, CARLY
ADDRESS AVAILABLE UPON REQUEST

NAVATTO C/O THE MILK RUN, AUDE
ADDRESS AVAILABLE UPON REQUEST

NAVATTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAVE, LAURA
ADDRESS AVAILABLE UPON REQUEST

NAVEDO, BRENNA
ADDRESS AVAILABLE UPON REQUEST

NAVEED QURESHI
ADDRESS AVAILABLE UPON REQUEST

NAVEEN KUMAR
ADDRESS AVAILABLE UPON REQUEST

NAVEEN NALLA
ADDRESS AVAILABLE UPON REQUEST

NAVEEN, NEAL
ADDRESS AVAILABLE UPON REQUEST

NAVEH, LISA
ADDRESS AVAILABLE UPON REQUEST

NAVELSKI, LAURA
ADDRESS AVAILABLE UPON REQUEST

NAVI CHEEMA
ADDRESS AVAILABLE UPON REQUEST

NAVIA, LIZETH
ADDRESS AVAILABLE UPON REQUEST

NAVICKAS, ERICA
ADDRESS AVAILABLE UPON REQUEST

NAVIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NAVIN, PATTY
ADDRESS AVAILABLE UPON REQUEST

NAVIS, JACOB
ADDRESS AVAILABLE UPON REQUEST

NAVJEET KAUR
ADDRESS AVAILABLE UPON REQUEST

NAVOICHICK, TYLER
ADDRESS AVAILABLE UPON REQUEST

NAVURSKIS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

NAVY, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

NAWORSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NAWROCKI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NAWROCKI, TRINITY
ADDRESS AVAILABLE UPON REQUEST

NAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NAY, NINA
ADDRESS AVAILABLE UPON REQUEST

NAYA, JULIE
ADDRESS AVAILABLE UPON REQUEST

NAYAK, ANKITA
ADDRESS AVAILABLE UPON REQUEST

NAYAK, SURESH
ADDRESS AVAILABLE UPON REQUEST

NAYAN J PATEL
ADDRESS AVAILABLE UPON REQUEST

NAYAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NAYAR, SHIKHA
ADDRESS AVAILABLE UPON REQUEST

NAYDEN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

NAYELI YURCISIN
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, GINA
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, HUNTER
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, ROSE
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

NAYLOR, TARA
ADDRESS AVAILABLE UPON REQUEST

NAYO, HANIFA
ADDRESS AVAILABLE UPON REQUEST

NAYYAR, ANIKA
ADDRESS AVAILABLE UPON REQUEST

NAYYAR, ANITA
ADDRESS AVAILABLE UPON REQUEST

NAZ S OZCAN
10200 SW HAWTHORNE LANE
PORTLAND, OR  97225

NAZAR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NAZARIAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

NAZARIAN, NAYIRI
ADDRESS AVAILABLE UPON REQUEST

NAZARIO, KEISHMARIE
ADDRESS AVAILABLE UPON REQUEST

NAZARIO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

NAZAROVA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

NAZDIN, YOSEF
ADDRESS AVAILABLE UPON REQUEST

NAZE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NAZINITSKY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NAZIR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NAZZARO, HELEN
ADDRESS AVAILABLE UPON REQUEST

NAZZARO, JOHN
ADDRESS AVAILABLE UPON REQUEST

NAZZARO, JULIE
ADDRESS AVAILABLE UPON REQUEST

NBCN INC. /CDS (5008)
ATTN DANIEL NTAP OR PROXY MGR
1010 RUE DE LA GAUCHETIERE ST. WEST
STE 1925
MONTREAL, QC  H3B 5J2  CANADA

NBCUNIVERSAL LLC
30 ROCKERFELLER PLAZA
NEW YORK, NY  10112

NC DEPT OF REVENUE
ASHEVILLE BUILDING
1500 PINECROFT RD 300
GREENSBORO, NC  27407

ND OFC OF STATE TAX COMM
600 E BOULEVARD AVE DEPT. 127
BISMARCK, ND  58505

ND SECURITIES DEPARTMENT
600 EAST BOULEVARD AVENUE STATE
CAPITOL, 5TH FLOOR
BISMARCK, ND  58505-0510

NDAM, NANCY
ADDRESS AVAILABLE UPON REQUEST

NDC - ATL
ONE NATIONAL DR, SW
ATLANTA, GA  30134

NDERI, RACKEL
ADDRESS AVAILABLE UPON REQUEST

NDI, PEGGY
ADDRESS AVAILABLE UPON REQUEST

NDISENGEI, CHARITY
ADDRESS AVAILABLE UPON REQUEST

NDOE-ESSONO, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

NDONWIE, CHURCHILL
ADDRESS AVAILABLE UPON REQUEST

NDREKO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

NDUGGA, NAMBI
ADDRESS AVAILABLE UPON REQUEST

NDUMELE, AMARA
ADDRESS AVAILABLE UPON REQUEST

NDUNGU, WANJIRU
ADDRESS AVAILABLE UPON REQUEST

NDUTA, FLORA
ADDRESS AVAILABLE UPON REQUEST

NE DEPT OF REVENUE
1313 FARNAM ST 10TH
OMAHA, NE 68102

NE LIQUOR CONTROL COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

NEAL MENAGED
ADDRESS AVAILABLE UPON REQUEST

NEAL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NEAL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NEAL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEAL, BRENNA
ADDRESS AVAILABLE UPON REQUEST

NEAL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NEAL, CALLIE
ADDRESS AVAILABLE UPON REQUEST

NEAL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

NEAL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NEAL, DANICA
ADDRESS AVAILABLE UPON REQUEST

NEAL, DARCY
ADDRESS AVAILABLE UPON REQUEST

NEAL, DEVIN
ADDRESS AVAILABLE UPON REQUEST

NEAL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NEAL, HYE-KYUNG
ADDRESS AVAILABLE UPON REQUEST

NEAL, JAMES
ADDRESS AVAILABLE UPON REQUEST

NEAL, JASON
ADDRESS AVAILABLE UPON REQUEST

NEAL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEAL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NEAL, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

NEAL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NEAL, KENDALL
ADDRESS AVAILABLE UPON REQUEST

NEAL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NEAL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NEAL, LAVEDA
ADDRESS AVAILABLE UPON REQUEST

NEAL, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

NEAL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NEAL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

NEAL, SAM
ADDRESS AVAILABLE UPON REQUEST

NEAL, SARA
ADDRESS AVAILABLE UPON REQUEST

NEAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEAL, STAN
ADDRESS AVAILABLE UPON REQUEST

NEAL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NEAL, TARRAH
ADDRESS AVAILABLE UPON REQUEST

NEAL, TERESA
ADDRESS AVAILABLE UPON REQUEST

NEAL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NEALE, JOANN
ADDRESS AVAILABLE UPON REQUEST

NEALER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NEALIS-ALBEE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEALON, CARLYE
ADDRESS AVAILABLE UPON REQUEST

NEALON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

NEALON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NEALON, KATIE
ADDRESS AVAILABLE UPON REQUEST

NEALOND, TIFFONY
ADDRESS AVAILABLE UPON REQUEST

NEALY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NEALY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

NEARMYER, TATUM
ADDRESS AVAILABLE UPON REQUEST

NEARY, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

NEARY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

NEARY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NEARY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NEARY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEARY, TANYA
ADDRESS AVAILABLE UPON REQUEST

NEARY, TIA
ADDRESS AVAILABLE UPON REQUEST

NEASE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NEATHERY, DALTON
ADDRESS AVAILABLE UPON REQUEST

NEATHERY, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

NEATON, KERRY
ADDRESS AVAILABLE UPON REQUEST

NEAULT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NEBEKER, BLYTHE
ADDRESS AVAILABLE UPON REQUEST

NEBEL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

NEBEL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

NEBELSKI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NEBISTINSKY, ALI
ADDRESS AVAILABLE UPON REQUEST

NEBLETT, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NEBOLISA, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NEBORSKY
ADDRESS AVAILABLE UPON REQUEST

NEBRASKA BUREAU OF SECURITIES
1526 K ST
300
LINCOLN, NE  68508

NEBRASKA DEPARTMENT OF BANKING AND
FINANCE
SECURITIES REGISTRATION
PO BOX 95006
1526 K ST  300
LINCOLN, NE  68508

NEBRASKA DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

NEBRASKA DEPT OF LABOR
AMERICAN JOB CENTER , LINCOLN
1111 O ST STE 205
LINCOLN, NE  68508

NEBRASKA DEPT OF REVENUE
200 S SILBER ST
NORTH PLATTE, NE  69101-4200

NEBRASKA DEPT OF REVENUE
304 N 5TH ST, STE D
NORFOLK, NE  68701-4091

NEBRASKA DEPT OF REVENUE
505A BROADWAY STE 800
SCOTTSBLUFF, NE  69361

NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE BLDG
1313 FARNAM ST STE 100
OMAHA, NE  68102-1836

NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL S
LINCOLN, NE  68508

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN, NE  68509-4818

NEBRASKA LIQUOR CONTROL COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

NEBRASKA LIQUOR CONTROL COMMISSION
NEBRASKA LIQUOR CONTROL COMMISSION
301 CENTENNIAL MALL SOUTH 1ST FLOOR
PO BOX 95046
LINCOLN, NE  68509-5046

NEDERHOED, PAUL
ADDRESS AVAILABLE UPON REQUEST

NEDI TELVI
ADDRESS AVAILABLE UPON REQUEST

NEDIK, EVAN
ADDRESS AVAILABLE UPON REQUEST

NEDIN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

NEDJAR, LILLY
ADDRESS AVAILABLE UPON REQUEST

NEDO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NEE, CLARE
ADDRESS AVAILABLE UPON REQUEST

NEE, JASPER
ADDRESS AVAILABLE UPON REQUEST

NEED 2 KNOW CORP
115 W. 18TH STREET, 2ND FL
NEW YORK, NY  10011

NEED 2 KNOW, LLC
200 BROADWAY, 5TH FLOOR
NEW YORK, NY  10038

NEEDELL, LAUREL
ADDRESS AVAILABLE UPON REQUEST

NEEDELS, TORI
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, ABBEY
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, ANNA
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, ATHENA
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, CHARLES
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, LORI
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, MATT
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NEEDHAM, SARA
ADDRESS AVAILABLE UPON REQUEST

NEEDLER, TRENT
ADDRESS AVAILABLE UPON REQUEST

NEEDLES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NEEF, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

NEEFE, TAYLEE
ADDRESS AVAILABLE UPON REQUEST

NEEL, IVAN
ADDRESS AVAILABLE UPON REQUEST

NEEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NEEL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NEEL, NIKKI
ADDRESS AVAILABLE UPON REQUEST

NEEL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NEELEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

NEELEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NEELEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

NEELS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEELY PETERSON, TAIFA
ADDRESS AVAILABLE UPON REQUEST

NEELY, AODHAN
ADDRESS AVAILABLE UPON REQUEST

NEELY, BENITA
ADDRESS AVAILABLE UPON REQUEST

NEELY, DARREN
ADDRESS AVAILABLE UPON REQUEST

NEELY, MARLON
ADDRESS AVAILABLE UPON REQUEST

NEELY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NEELY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NEELY, NINA
ADDRESS AVAILABLE UPON REQUEST

NEELY, REAGAN
ADDRESS AVAILABLE UPON REQUEST

NEELY, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEELY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

NEER, DARRYL
ADDRESS AVAILABLE UPON REQUEST

NEESE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

NEESER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEET, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

NEET, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NEETA SHAH
ADDRESS AVAILABLE UPON REQUEST

NEEVES, LIZ
ADDRESS AVAILABLE UPON REQUEST

NEFF, AMY
ADDRESS AVAILABLE UPON REQUEST

NEFF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NEFF, CASI
ADDRESS AVAILABLE UPON REQUEST

NEFF, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

NEFF, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

NEFF, ERIN
ADDRESS AVAILABLE UPON REQUEST

NEFF, JULIE
ADDRESS AVAILABLE UPON REQUEST

NEFF, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NEFF, MARY
ADDRESS AVAILABLE UPON REQUEST

NEFF, MATT
ADDRESS AVAILABLE UPON REQUEST

NEFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NEFF, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NEFF, TIFFANEY
ADDRESS AVAILABLE UPON REQUEST

NEFF, VICKIE
ADDRESS AVAILABLE UPON REQUEST

NEFF, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NEFJODOVA, REGINA
ADDRESS AVAILABLE UPON REQUEST

NEFT, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

NEFTZGER, AMY
ADDRESS AVAILABLE UPON REQUEST

NEGARD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

NEGEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

NEGI, PRERNA
ADDRESS AVAILABLE UPON REQUEST

NEGLEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

NEGOCIADO DE IMPUESTO AL CONSUMO
OFICINA CENTRAL, DEPARTAMENTO DE
HACIENDA, EDIFICIO INTENDENTE RAMIREZ
PASEO COVADONGA, PISO 3
VIEJO SAN JUAN, PR  00901

NEGODIAEV, VALERII
ADDRESS AVAILABLE UPON REQUEST

NEGOSHIAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

NEGRETE, ALEX
ADDRESS AVAILABLE UPON REQUEST

NEGRETE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

NEGRETE-ANDERSON, JULIET
ADDRESS AVAILABLE UPON REQUEST

NEGRETE-BANOS, ABRIL
ADDRESS AVAILABLE UPON REQUEST

NEGREY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NEGRI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

NEGRILLO, TAMMY
ADDRESS AVAILABLE UPON REQUEST

NEGRIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NEGRINI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NEGRITO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEGRO, MANUEL
ADDRESS AVAILABLE UPON REQUEST

NEGRON MORRIS, AURORA
ADDRESS AVAILABLE UPON REQUEST

NEGRON, ADIANEZ
ADDRESS AVAILABLE UPON REQUEST

NEGRON, DIVINA
ADDRESS AVAILABLE UPON REQUEST

NEGRON, GISELLE
ADDRESS AVAILABLE UPON REQUEST

NEGRON, HECTOR
ADDRESS AVAILABLE UPON REQUEST

NEGRON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NEGRON, KRYSTIAN
ADDRESS AVAILABLE UPON REQUEST

NEGRON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NEGRON, NINA
ADDRESS AVAILABLE UPON REQUEST

NEGROSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NEGUSSE, MILENA
ADDRESS AVAILABLE UPON REQUEST

NEHEMIAH WESTMORELAND
1076 W. 30TH ST. APT 5
LOS ANGELES, CA  90007

NEHER, ABBIGALE
ADDRESS AVAILABLE UPON REQUEST

NEHER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

NEHRA, JADE
ADDRESS AVAILABLE UPON REQUEST

NEHRING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEHUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NEIBER, LISA
ADDRESS AVAILABLE UPON REQUEST

NEIDECKER, TINA
ADDRESS AVAILABLE UPON REQUEST

NEIDELL, JOAN
ADDRESS AVAILABLE UPON REQUEST

NEIDELL, LESTER
ADDRESS AVAILABLE UPON REQUEST

NEIDELL, LESTER
ADDRESS AVAILABLE UPON REQUEST

NEIDER, JILL
ADDRESS AVAILABLE UPON REQUEST

NEIDERT, MARIANA
ADDRESS AVAILABLE UPON REQUEST

NEIDHARDT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NEIDIG, ARMILA
ADDRESS AVAILABLE UPON REQUEST

NEIDIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEIDIG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEIDIG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEIDLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEIDLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEIFERT, BRANDI
ADDRESS AVAILABLE UPON REQUEST

NEIGEL, GRACE
ADDRESS AVAILABLE UPON REQUEST

NEIGEL, MARY
ADDRESS AVAILABLE UPON REQUEST

NEIGHBARGER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

NEIGHBORS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NEIGHBORS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NEIGHBORS, KYLA
ADDRESS AVAILABLE UPON REQUEST

NEIGHBORS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

NEIGHBORS, STACY
ADDRESS AVAILABLE UPON REQUEST

NEIKIRK, CAL
ADDRESS AVAILABLE UPON REQUEST

NEIL BARNHILL
ADDRESS AVAILABLE UPON REQUEST

NEIL BASU
ADDRESS AVAILABLE UPON REQUEST

NEIL C JOHNSON
ADDRESS AVAILABLE UPON REQUEST

NEIL E SOUTHERINGTON
ADDRESS AVAILABLE UPON REQUEST

NEIL HENRIQUES
ADDRESS AVAILABLE UPON REQUEST

NEIL MCINALLY
ADDRESS AVAILABLE UPON REQUEST

NEIL REID
ADDRESS AVAILABLE UPON REQUEST

NEIL WINGATE
ADDRESS AVAILABLE UPON REQUEST

NEIL, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

NEILD, SARA
ADDRESS AVAILABLE UPON REQUEST

NEILESH DAHYA
ADDRESS AVAILABLE UPON REQUEST

NEILL BAKER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

NEILL, ABBY
ADDRESS AVAILABLE UPON REQUEST

NEILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NEILL, DIANA
ADDRESS AVAILABLE UPON REQUEST

NEILL, EDWIN
ADDRESS AVAILABLE UPON REQUEST

NEILL, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEILL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NEILL, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEILSON, KATE
ADDRESS AVAILABLE UPON REQUEST

NEILSON, KATE
ADDRESS AVAILABLE UPON REQUEST

NEILSON, LARISSA
ADDRESS AVAILABLE UPON REQUEST

NEIMAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

NEIMAN, JOSSETT
ADDRESS AVAILABLE UPON REQUEST

NEIMES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NEIPORT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NEISEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NEISH, TRACY
ADDRESS AVAILABLE UPON REQUEST

NEISLER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

NEISWONGER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

NEITMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEJAME, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NEJMEH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

NEKRASOV, IVAN
ADDRESS AVAILABLE UPON REQUEST

NEKU, LUCIANI
ADDRESS AVAILABLE UPON REQUEST

NELKIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NELLER, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

NELLI, LAURA
ADDRESS AVAILABLE UPON REQUEST

NELLIE SCHLACHTER
ADDRESS AVAILABLE UPON REQUEST

NELLIGAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

NELLING, SHANA
ADDRESS AVAILABLE UPON REQUEST

NELLIS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NELLIS, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

NELLIUS, LISA
ADDRESS AVAILABLE UPON REQUEST

NELMS, ABBIE
ADDRESS AVAILABLE UPON REQUEST

NELMS, NEWANA
ADDRESS AVAILABLE UPON REQUEST

NELMS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

NELOMS, ECSTASI
ADDRESS AVAILABLE UPON REQUEST

NELOWET, GEOFF
ADDRESS AVAILABLE UPON REQUEST

NELSEN, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

NELSEN, VELIA
ADDRESS AVAILABLE UPON REQUEST

NELSEN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NELSESTUEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

NELSON CHAN
ADDRESS AVAILABLE UPON REQUEST

NELSON LOPEZ
ADDRESS AVAILABLE UPON REQUEST

NELSON
ADDRESS AVAILABLE UPON REQUEST

NELSON, AARON
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

NELSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NELSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NELSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NELSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

NELSON, AMY
ADDRESS AVAILABLE UPON REQUEST

NELSON, AMY
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANDY AND CHERYL
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANDY
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NELSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NELSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

NELSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

NELSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, BERNIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, BETH
ADDRESS AVAILABLE UPON REQUEST

NELSON, BETH
ADDRESS AVAILABLE UPON REQUEST

NELSON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

NELSON, BLESSING
ADDRESS AVAILABLE UPON REQUEST

NELSON, BLESSING
ADDRESS AVAILABLE UPON REQUEST

NELSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, BRYANA
ADDRESS AVAILABLE UPON REQUEST

NELSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

NELSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

NELSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

NELSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NELSON, CARROLL
ADDRESS AVAILABLE UPON REQUEST

NELSON, CATE
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHERI
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NELSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NELSON, CLARE
ADDRESS AVAILABLE UPON REQUEST

NELSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NELSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NELSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

NELSON, DAVE
ADDRESS AVAILABLE UPON REQUEST

NELSON, DAVE
ADDRESS AVAILABLE UPON REQUEST

NELSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

NELSON, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

NELSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

NELSON, DORENE
ADDRESS AVAILABLE UPON REQUEST

NELSON, DOUG
ADDRESS AVAILABLE UPON REQUEST

NELSON, DOUG
ADDRESS AVAILABLE UPON REQUEST

NELSON, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

NELSON, EDWIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NELSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NELSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

NELSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

NELSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, EVYN
ADDRESS AVAILABLE UPON REQUEST

NELSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

NELSON, HAILIEGHA M
ADDRESS AVAILABLE UPON REQUEST

NELSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NELSON, HARRIET
ADDRESS AVAILABLE UPON REQUEST

NELSON, HAYLIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NELSON, HOPE
ADDRESS AVAILABLE UPON REQUEST

NELSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, JAIME
ADDRESS AVAILABLE UPON REQUEST

NELSON, JANAI
ADDRESS AVAILABLE UPON REQUEST

NELSON, JEANA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NELSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

NELSON, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESS
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JOANNA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

NELSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

NELSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NELSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

NELSON, JUANITA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KARLY
ADDRESS AVAILABLE UPON REQUEST

NELSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NELSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NELSON, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

NELSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

NELSON, KIM
ADDRESS AVAILABLE UPON REQUEST

NELSON, KIMBERLIN
ADDRESS AVAILABLE UPON REQUEST

NELSON, KURT
ADDRESS AVAILABLE UPON REQUEST

NELSON, LATOYA
ADDRESS AVAILABLE UPON REQUEST

NELSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

NELSON, LESSIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

NELSON, LINSEY
ADDRESS AVAILABLE UPON REQUEST

NELSON, LISA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MADISON
ADDRESS AVAILABLE UPON REQUEST

NELSON, MAEVE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARY
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARY
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARY
ADDRESS AVAILABLE UPON REQUEST

NELSON, MARY
ADDRESS AVAILABLE UPON REQUEST

NELSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NELSON, MAYA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NELSON, MIRJA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MONA
ADDRESS AVAILABLE UPON REQUEST

NELSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

NELSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NELSON, NICK
ADDRESS AVAILABLE UPON REQUEST

NELSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NELSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NELSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NELSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NELSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

NELSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

NELSON, PATTY
ADDRESS AVAILABLE UPON REQUEST

NELSON, PETER
ADDRESS AVAILABLE UPON REQUEST

NELSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, RAECHEL
ADDRESS AVAILABLE UPON REQUEST

NELSON, RALEIGH
ADDRESS AVAILABLE UPON REQUEST

NELSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NELSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NELSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NELSON, ROSARIO
ADDRESS AVAILABLE UPON REQUEST

NELSON, ROSEANNA
ADDRESS AVAILABLE UPON REQUEST

NELSON, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

NELSON, SABINA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SAM
ADDRESS AVAILABLE UPON REQUEST

NELSON, SAMUEL J
ADDRESS AVAILABLE UPON REQUEST

NELSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SANDY
ADDRESS AVAILABLE UPON REQUEST

NELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SARA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

NELSON, SHANA
ADDRESS AVAILABLE UPON REQUEST

NELSON, SHANE
ADDRESS AVAILABLE UPON REQUEST

NELSON, SHERI
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NELSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NELSON, TAMASYN
ADDRESS AVAILABLE UPON REQUEST

NELSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NELSON, TEE
ADDRESS AVAILABLE UPON REQUEST

NELSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

NELSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NELSON, THOR
ADDRESS AVAILABLE UPON REQUEST

NELSON, TIA
ADDRESS AVAILABLE UPON REQUEST

NELSON, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

NELSON, TREVANTE
ADDRESS AVAILABLE UPON REQUEST

NELSON, TRISHA
ADDRESS AVAILABLE UPON REQUEST

NELSON, TUESDAY
ADDRESS AVAILABLE UPON REQUEST

NELSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

NELSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

NELSON, VENESSA
ADDRESS AVAILABLE UPON REQUEST

NELSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

NELSON, VINCENTE
ADDRESS AVAILABLE UPON REQUEST

NELSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

NELSON, WHITNEE
ADDRESS AVAILABLE UPON REQUEST

NELSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NELSON, ZACH
ADDRESS AVAILABLE UPON REQUEST

NELSON-EDWARDS, KIM
ADDRESS AVAILABLE UPON REQUEST

NELSON-LARSON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

NELSON-VALANTE, PAUL
ADDRESS AVAILABLE UPON REQUEST

NELSY CASTRO
ADDRESS AVAILABLE UPON REQUEST

NELTNER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NELVIT THORPE
ADDRESS AVAILABLE UPON REQUEST

NEMALI, ARUN
ADDRESS AVAILABLE UPON REQUEST

NEMANI, ROMA
ADDRESS AVAILABLE UPON REQUEST

NEMANIC, CARLY
ADDRESS AVAILABLE UPON REQUEST

NEMARIC, MARIO
ADDRESS AVAILABLE UPON REQUEST

NEMCEFF, TIM
ADDRESS AVAILABLE UPON REQUEST

NEMCEK, JANE
ADDRESS AVAILABLE UPON REQUEST

NEMCIK, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

NEMERGUT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NEMEROFF, NOAH
ADDRESS AVAILABLE UPON REQUEST

NEMES, MADISON
ADDRESS AVAILABLE UPON REQUEST

NEMES, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

NEMETH, DOMINQUE
ADDRESS AVAILABLE UPON REQUEST

NEMETH, HALEY
ADDRESS AVAILABLE UPON REQUEST

NEMETH, JANE
ADDRESS AVAILABLE UPON REQUEST

NEMETH, JILL
ADDRESS AVAILABLE UPON REQUEST

NEMETH, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

NEMETH, LUNA
ADDRESS AVAILABLE UPON REQUEST

NEMETH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NEMETZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NEMIROVSKY, YANINA
ADDRESS AVAILABLE UPON REQUEST

NEMITZ, KYLA
ADDRESS AVAILABLE UPON REQUEST

NEMLICH, PAM
ADDRESS AVAILABLE UPON REQUEST

NEMZIN, BETSY
ADDRESS AVAILABLE UPON REQUEST

NENA, LYNN
ADDRESS AVAILABLE UPON REQUEST

NENDEL, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

NENNI, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

NENORTAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NENTWIG, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

NEOGUST
ADDRESS AVAILABLE UPON REQUEST

NEON ROSE, INC
5158 BRISTOL ROAD
SAN DIEGO, CA 92116

NEPAL, ARYAN
ADDRESS AVAILABLE UPON REQUEST

NEPOLA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NEPPEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NEREIDA SOTELO
ADDRESS AVAILABLE UPON REQUEST

NERGER, JAY
ADDRESS AVAILABLE UPON REQUEST

NERI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NERI, STEVE
ADDRESS AVAILABLE UPON REQUEST

NERLAND, ANN
ADDRESS AVAILABLE UPON REQUEST

NERMIN NUREDIN
ADDRESS AVAILABLE UPON REQUEST

NERNEY, AMY
ADDRESS AVAILABLE UPON REQUEST

NERNEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NEROMILIOTIS, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

NERREAU, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

NERREN, JODI
ADDRESS AVAILABLE UPON REQUEST

NERSESIAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NERSESIAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NERURKAR, KOMAL
ADDRESS AVAILABLE UPON REQUEST

NESBIT, RUTH
ADDRESS AVAILABLE UPON REQUEST

NESBITT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NESBITT, DIANE
ADDRESS AVAILABLE UPON REQUEST

NESBITT, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

NESBITT, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

NESBITT, YANCY
ADDRESS AVAILABLE UPON REQUEST

NESHEIM, KATE
ADDRESS AVAILABLE UPON REQUEST

NESHEIM, SARAH
ADDRESS AVAILABLE UPON REQUEST

NESHEIWAT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NESHEIWAT, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

NESHERA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

NESIUS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NESLER, ERIK
ADDRESS AVAILABLE UPON REQUEST

NESLIN, AARON
ADDRESS AVAILABLE UPON REQUEST

NESMITH, BAILEY
ADDRESS AVAILABLE UPON REQUEST

NESMITH, DALLAS
ADDRESS AVAILABLE UPON REQUEST

NESMITH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

NESMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NESNAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NESPECA, JOHN
ADDRESS AVAILABLE UPON REQUEST

NESPOLI, LISA MARIE
ADDRESS AVAILABLE UPON REQUEST

NESPRESSO USA
COURT SQUARE PLACE, 24-01 44TH ROAD
12TH FLOOR
FOOR LONG ISLAND CITY, NY  11101

NESPRESSO USA
COURT SQUARE PLACE, 24-01 44TH ROAD
12TH FLOOR
LONG ISLAND CITY, NY  11101

NESS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

NESS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NESS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NESSELRODE, KATHY
ADDRESS AVAILABLE UPON REQUEST

NESSELT, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

NESSER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NESSYS KUSTOMS, DEZ FERRELL
ADDRESS AVAILABLE UPON REQUEST

NEST LABS
ADDRESS UNAVAILABLE AT TIME OF FILING

NESTADT, GERALD
ADDRESS AVAILABLE UPON REQUEST

NESTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NESTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NESTERCZUK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NESTLER, ALICE
ADDRESS AVAILABLE UPON REQUEST

NESTLERODE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NESTLERODE, MANDY
ADDRESS AVAILABLE UPON REQUEST

NESTOR, DON
ADDRESS AVAILABLE UPON REQUEST

NESTOR, IGORE
ADDRESS AVAILABLE UPON REQUEST

NESTOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

NESTOR, SHARON
ADDRESS AVAILABLE UPON REQUEST

NESTOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NESVADERANI, TARA
ADDRESS AVAILABLE UPON REQUEST

NET PROTECT WORLDWIDE LIMITED
ROOM 2301 23 F BAYFIELD BUILDING
99 HENNESSY ROAD
WANCHAI
HONG KONG 999077 CHINA

NETFLIX
ADDRESS UNAVAILABLE AT TIME OF FILING

NETHERLAND, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

NETHERLY, ROSE
ADDRESS AVAILABLE UPON REQUEST

NETHERTON, DIANA
ADDRESS AVAILABLE UPON REQUEST

NETHERTON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

NETHERY, JEAN
ADDRESS AVAILABLE UPON REQUEST

NETRAM, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NETSKA, C
ADDRESS AVAILABLE UPON REQUEST

NETSKI, RANDY
ADDRESS AVAILABLE UPON REQUEST

NETSUITE
ADDRESS UNAVAILABLE AT TIME OF FILING

NETTING, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

NETTIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NETTLES, AMBER
ADDRESS AVAILABLE UPON REQUEST

NETTLES, BLANCHE
ADDRESS AVAILABLE UPON REQUEST

NETTLES, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

NETTLES, DAWNALANNA
ADDRESS AVAILABLE UPON REQUEST

NETTLES, DIANE
ADDRESS AVAILABLE UPON REQUEST

NETTLETON, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

NETTLETON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

NETTLETON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NETTO, RASHMI
ADDRESS AVAILABLE UPON REQUEST

NETUYIAH JACKSON
ADDRESS AVAILABLE UPON REQUEST

NETZKE, SARA
ADDRESS AVAILABLE UPON REQUEST

NEU, ANNIE
ADDRESS AVAILABLE UPON REQUEST

NEU, CHANDA
ADDRESS AVAILABLE UPON REQUEST

NEU, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

NEU, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NEU, ERIN
ADDRESS AVAILABLE UPON REQUEST

NEU, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NEUBAUER, DELANEY
ADDRESS AVAILABLE UPON REQUEST

NEUBAUER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NEUBAUER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEUBAUER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NEUBAUER, SUE
ADDRESS AVAILABLE UPON REQUEST

NEUBAUM, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

NEUBERGER, CARLA
ADDRESS AVAILABLE UPON REQUEST

NEUBERT, KENDRA
ADDRESS AVAILABLE UPON REQUEST

NEUENS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NEUENSCHWANDER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, KATHY
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, KRISTY
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, LISA
ADDRESS AVAILABLE UPON REQUEST

NEUFELD, MARTHA
ADDRESS AVAILABLE UPON REQUEST

NEUFER, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

NEUHS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NEUJAHR, PAUL
ADDRESS AVAILABLE UPON REQUEST

NEUKAM, BRANDON JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NEUKUM, PAM
ADDRESS AVAILABLE UPON REQUEST

NEULANDER, JENNA
ADDRESS AVAILABLE UPON REQUEST

NEULEN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, JONATHAN AND ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, VICKI
ADDRESS AVAILABLE UPON REQUEST

NEUMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, ANN
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, DREW
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, ED
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, HELEN & RICHARD
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, HELENA
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, JOAN
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, ORIAN
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, PAULA
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

NEUMANN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NEUMARK, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEUMAYER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

NEUMAYER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NEUMEISTER, ANNA
ADDRESS AVAILABLE UPON REQUEST

NEUMEISTER, KALI
ADDRESS AVAILABLE UPON REQUEST

NEUMEYER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NEUMEYER, KEITH
ADDRESS AVAILABLE UPON REQUEST

NEUNABER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NEUNZIG, KAREN
ADDRESS AVAILABLE UPON REQUEST

NEUROCK, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NEUSTADTER, DAVE
ADDRESS AVAILABLE UPON REQUEST

NEUSTAETTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NEUTZ, LLOYD
ADDRESS AVAILABLE UPON REQUEST

NEUTZNER, HEINZ
ADDRESS AVAILABLE UPON REQUEST

NEUVILLE, TRACY
ADDRESS AVAILABLE UPON REQUEST

NEUWALD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NEUWOEHNER, MARY
ADDRESS AVAILABLE UPON REQUEST

NEVADA CONSUMER AFFAIRS
DEPARTMENT OF BUSINESS & INDUSTRY
1830 E COLLEGE PKWY STE 100
CARSON CITY, NV  89706

NEVADA CONSUMER AFFAIRS
DEPARTMENT OF BUSINESS & INDUSTRY
3300 W SAHARA AVE STE 425
LAS VEGAS, NV 89102

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706

NEVADA DEPARTMENT OF TAXATION
4600 KIETZKE LANE, BUILDING L, SUITE 235
RENO, NV 89502

NEVADA DEPARTMENT OF TAXATION
700 E. WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS,, NV 89119

NEVADA DEPARTMENT OF TAXATION
STATE OF NEVADA AR PAYMENTS
P.O. BOX 52685
PHOENIX, AZ 85072

NEVADA DEPT OF TAXATION -SALES/USE
700 E. WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS, NV 89119

NEVADA DEPT OF TAXATION
1550 COLLEGE PKWY
STE 115
CARSON CITY, NV 89706

NEVADA DEPT OF TAXATION
2550 PASEO VERDE
STE 180
HENDERSON, NV 89074

NEVADA DEPT OF TAXATION
4600 KIETZKE LANE
BLDG L
STE 235
RENO, NV 89502

NEVADA DEPT OF TAXATION
GRANT SAWYER OFFICE BLDG
555 E WASHINGTON AVE
STE 1300
LAS VEGAS, NV 89101

NEVADA OFFICE OF THE LABOR
COMMISSIONER
OFFICE OF THE LABOR COMMISSIONER
1818 COLLEGE PARKWAY STE 102
LAS VEGAS, NV 89706

NEVADA OFFICE OF THE LABOR
COMMISSIONER
OFFICE OF THE LABOR COMMISSIONER
3300 W SAHARA AVE STE 225
LAS VEGAS, NV 89102

NEVADA SECRETARY OF STATE
555 E WASHINGTON AVE
SUITE 5200
LAS VEGAS, NV 89101

NEVANEN, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

NEVAREZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

NEVAREZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

NEVE, MARIA
ADDRESS AVAILABLE UPON REQUEST

NEVEL, HARPER
ADDRESS AVAILABLE UPON REQUEST

NEVELN, VIVEKA
ADDRESS AVAILABLE UPON REQUEST

NEVELS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

NEVELS, RANDLE
ADDRESS AVAILABLE UPON REQUEST

NEVENA ROUSSEVA
ADDRESS AVAILABLE UPON REQUEST

NEVERS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

NEVERVE, LINDA
ADDRESS AVAILABLE UPON REQUEST

NEVES PONTES, THALES FELIPE
ADDRESS AVAILABLE UPON REQUEST

NEVES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEVES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEVES, KATIA
ADDRESS AVAILABLE UPON REQUEST

NEVES, KERRY
ADDRESS AVAILABLE UPON REQUEST

NEVES, WEMERSON
ADDRESS AVAILABLE UPON REQUEST

NEVILLE JOHN MITCHELL
ADDRESS AVAILABLE UPON REQUEST

NEVILLE POTTER
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, DIANE
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, JON
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEVILLE, SAGE
ADDRESS AVAILABLE UPON REQUEST

NEVIN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

NEVINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NEVINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEVITTE, ALYSON
ADDRESS AVAILABLE UPON REQUEST

NEVO, NOA
ADDRESS AVAILABLE UPON REQUEST

NEVORE, KATIE
ADDRESS AVAILABLE UPON REQUEST

NEW BENEFITS
14240 PROTON ROAD
DALLAS, TX  75244

NEW DIRECTION IRA (SEED INVEST)
ADDRESS UNAVAILABLE AT TIME OF FILING

NEW HAMPSHIRE BUREAU OF SECURITIES
REGULATIONS
N.H DEPARTMENT OF STATE
107 N MAIN STREET
204
CONCORD, NH  03301-4989

NEW HAMPSHIRE DEPT OF LABOR
95 PLEASANT ST
CONCORD, NH  03301

NEW HAMPSHIRE DEPT OF REVENUE ADMIN
109 PLEASANT ST
CONCORD, NH  03301

NEW HAMPSHIRE DEPT OF REVENUE ADMIN
PO BOX 457
CONCORD, NH  03302-0457

NEW HAMPSHIRE STATE LIQUOR
COMMISSION
HEADQUARTERS, WAREHOUSING, STORE
OPERATIONS, DIVISION
OF ENFORCEMENT, LICENSING &
EDUCATION, 50 STORRS STREET
CONCORD, NH  03301

NEW JERSEY BUREAU OF SECURITIES
153 HALSEY STREET
6TH FLOOR
NEWARK, NJ  07102

NEW JERSEY DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 929
TRENTON, NJ  08646-0929

NEW JERSEY DEPARTMENT OF LAW &
PUBLIC
SAFETY, DIVISION OF CONSUMER AFFAIRS
124 HALSEY ST
NEWARK, NJ  07102

NEW JERSEY DEPARTMENT OF LAW AND
PUBLIC SAFETY DIVISION OF ALCOHOLIC
BEVERAGE CONTROL
DIVISION OF ALCOHOLIC BEVERAGE
CONTROL
P.O. BOX 087
TRENTON, NJ  08625-0087

NEW JERSEY DEPT OF LABOR
DIV OF WAGE AND HOUR COMPLIANCE
1 JOHN FITCH PLAZA 3RD FL
TRENTON, NJ  08611

NEW JERSEY DEPT OF LABOR
DIV OF WAGE AND HOUR COMPLIANCE
PO BOX 389
TRENTON, NJ  08625-0389

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF ADMINISTRATION
PO BOX 311
TRENTON, NJ  08625-0211

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON, NJ  08695-0245

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 002
TRENTON, NJ  08625-0002

NEW JERSEY DIVISION OF ALCOHOLIC
BEVERAGE CONTROL
ADDRESS UNAVAILABLE AT TIME OF FILING

NEW JERSEY DIVISION OF TAXATION
REVENUE PROCESSING CENTER
CORPORATION BUSINESS TAX P
O BOX 257
TRENTON, NJ  08646-257

NEW JERSEY SALES & USE TAX
ADDRESS UNAVAILABLE AT TIME OF FILING

NEW MEXICO DEPT OF LABOR
401 BROADWAY NE
ALBUQUERQUE, NM  87102

NEW MEXICO DEPT OF LABOR
PO BOX 1928
ALBUQUERQUE, NM  87103

NEW MEXICO REGULATION & LICENSING
DEPARTMENT
5500 SAN ANTONIO DR NE
ALBUQUERQUE, NM  87109

NEW MEXICO REVENUE & TAXATION
DEPARTMENT
PO BOX 25127
SANTA FE, NM  87504-5127

NEW MEXICO SECUIRITIES DIVISION
2550 CERRILLOS RD
3RD FLOOR
SANTE FE, NM  87505

NEW MEXICO SECURITIES DIVISION
PO BOX 25101
SANTA FE, NM  87504

NEW MEXICO TAXATION AND REVENUE
1100 S ST FRANCIS DRIVE
PO BOX 630
SANTA FE, NM  87504-0630

NEW PINNACLE CORPORATION
3225 MCLEOD DRIVE 100
LAS VEGAS, NV  89121

NEW WAVE INTERNATIONAL CARGO, INC-
BWSC
6800 SANTA FE DR UNIT A
HODGKINS, IL  60525

NEW WEST CATERING
PO BOX 596
BUELLTON, CA  93427

NEW YORK CITY DEPARTMENT OF FINANCE
PO BOX 3933
NEW YORK, NY  10008

NEW YORK DEPT. OF FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY  12205-0300

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
BLDG 9 RM 449
ALBANY, NY  12227

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
RM 700
ALBANY, NY  12227

NEW YORK INVESTOR PROTECTION BUREAU
120 BROADWAY
23RD FLOOR
NEW YORK, NY  10271

NEW YORK MEDIA LLC
75 VARICK STREET 4TH FLOOR
NEW YORK, NY  10013

NEW YORK STATE CORPORATION TAX
PO BOX 4136
BINGHAMTON, NY  13902-4136

NEW YORK STATE CORPORATION TAX
PROCESSING UNIT
PO BOX 22094
ALBANY, NY  12201-2094

NEW YORK STATE DEPARTMENT OF LAW
NEW YORK STATE INVESTOR PROTECTION
BUREAU
120 BROADWAY, 23RD FLOOR
NEW YORK, NY  10271

NEW YORK STATE DEPARTMENT OF STATE
DIVISION OF CONSUMER PROTECTION
CONSUMER ASSISTANCE UNIT
99 WASHINGTON AVE
ALBANY, NY  12231

NEW YORK STATE DEPT OF LABOR
BLDG 12
W.A. HARRIMAN CAMPUS
ALBANY, NY  12240

NEW YORK STATE LIQUOR AUTHORITY
DIVISION OF ALCOHOLIC BEVERAGE
CONTROL
163 W 125TH STREET
NEW YORK, NY  10027

NEW YORK STATE LIQUOR AUTHORITY
DIVISION OF ALCOHOLIC BEVERAGE
CONTROL
535 WASHINGTON STREET, SUITE 303
BUFFALO, NY  14203

NEW YORK STATE LIQUOR AUTHORITY
DIVISION OF ALCOHOLIC BEVERAGE
CONTROL
80 SOUTH SWAN STREET, SUITE 900
ALBANY, NY  12210

NEW YORK STATE SALES TAX
ADDRESS UNAVAILABLE AT TIME OF FILING

NEW YORK TIMES DIGITAL
ADDRESS UNAVAILABLE AT TIME OF FILING

NEW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEW, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

NEWAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NEWBERG, ZOE
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, BRYNDON
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, DANNY
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, EMMA
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, HEPHZIABAH
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, MANDY
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

NEWBERRY-WILSON, RUTH
ADDRESS AVAILABLE UPON REQUEST

NEWBINS, GLEN
ADDRESS AVAILABLE UPON REQUEST

NEWBOLD, OLIVER
ADDRESS AVAILABLE UPON REQUEST

NEWBROUGH, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

NEWBY, AMY
ADDRESS AVAILABLE UPON REQUEST

NEWBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NEWCITY, COLIN
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, ABIGAYLE
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, BRAD
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, ERIN
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, INGRID
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, LAWSON
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, LESLIE
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NEWCOMB, RYAN
ADDRESS AVAILABLE UPON REQUEST

NEWCOMBE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

NEWCOME, MARCI
ADDRESS AVAILABLE UPON REQUEST

NEWCOMER, CARISSA
ADDRESS AVAILABLE UPON REQUEST

NEWCOMER, DAVID
ADDRESS AVAILABLE UPON REQUEST

NEWCOMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NEWEGG.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

NEWELL, APRIL
ADDRESS AVAILABLE UPON REQUEST

NEWELL, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

NEWELL, BRIDIE
ADDRESS AVAILABLE UPON REQUEST

NEWELL, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

NEWELL, DANA
ADDRESS AVAILABLE UPON REQUEST

NEWELL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

NEWELL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

NEWELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NEWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEWELL, LARRY
ADDRESS AVAILABLE UPON REQUEST

NEWELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NEWELL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NEWELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NEWELL, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

NEWELL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NEWELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

NEWELL, TYLYN
ADDRESS AVAILABLE UPON REQUEST

NEWEY, LAURA AND DAVE
ADDRESS AVAILABLE UPON REQUEST

NEWEY, MAURA
ADDRESS AVAILABLE UPON REQUEST

NEWFIELD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NEWGREN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEWHALL, EILEEN
ADDRESS AVAILABLE UPON REQUEST

NEWHART, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

NEWHART, VANESSA
ADDRESS AVAILABLE UPON REQUEST

NEWHOLM, SADIE
ADDRESS AVAILABLE UPON REQUEST

NEWHOUSE, EVAN
ADDRESS AVAILABLE UPON REQUEST

NEWHOUSE, KELLEN
ADDRESS AVAILABLE UPON REQUEST

NEWHOUSE, NEIL
ADDRESS AVAILABLE UPON REQUEST

NEWILL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NEWIRK, AMARIS
ADDRESS AVAILABLE UPON REQUEST

NEWKIRK, JEFF
ADDRESS AVAILABLE UPON REQUEST

NEWKIRK, OLIVER
ADDRESS AVAILABLE UPON REQUEST

NEWKIRK, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEWLAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEWLAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NEWLAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NEWLIN, LARISSA
ADDRESS AVAILABLE UPON REQUEST

NEWLON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, BILL
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, BRETT
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, CARA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, GITTA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, GREER
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JANET
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, KARIE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, LORI
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, MARCIA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, MELODY
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, RAVEN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, RIANNA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, SCOTTIE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, SIDNEE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, TAMARI
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, TINA
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

NEWMAN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

NEWMANN, FRANKIE
ADDRESS AVAILABLE UPON REQUEST

NEWMARK KNIGHT FRANK
700 S. FLOWER ST. STE 2500
LOS ANGELES, CA  90017

NEWMARK, KEENA
ADDRESS AVAILABLE UPON REQUEST

NEWNAM, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

NEWPORT MANSIONS WINE & FOOD
FESTIVAL
C/O WISE UP EVENTS
39 COMMONWEALTH AVE  11
NEWTON, MA  02467

NEWPORT TRIAL GROUP, A PROFESSIONAL
CORP
4100 NEWPORT PLACE DRIVE SUITE 800
NEWPORT BEACH, CA  92660

NEWPORT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NEWPORT, TYLER
ADDRESS AVAILABLE UPON REQUEST

NEWQUIST, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NEWQUIST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NEWSCHWANDER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

NEWSMAX MEDIA, INC.
750 PARK OF COMMERCE DRIVE SUITE 100
BOCA RATON, FL  33487

NEW-SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, AMBER
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, KYLIE
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, REMA
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, REMA
ADDRESS AVAILABLE UPON REQUEST

NEWSOM, TONYA
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, ALICE
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, JESSE
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, KATHY
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, MANDI
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, QIANA
ADDRESS AVAILABLE UPON REQUEST

NEWSOME, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NEWSPAPER AFFILIATE NETWORK
916 1/2 24TH STREET SUITE  1
SACRAMENTO, CA  95816

NEWSTEAD, TINA
ADDRESS AVAILABLE UPON REQUEST

NEWTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

NEWTON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

NEWTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NEWTON, CHENEY
ADDRESS AVAILABLE UPON REQUEST

NEWTON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

NEWTON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

NEWTON, ELAINE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

NEWTON, GEOFF
ADDRESS AVAILABLE UPON REQUEST

NEWTON, IRENE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

NEWTON, JACK
ADDRESS AVAILABLE UPON REQUEST

NEWTON, JILLY
ADDRESS AVAILABLE UPON REQUEST

NEWTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

NEWTON, KIM
ADDRESS AVAILABLE UPON REQUEST

NEWTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NEWTON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

NEWTON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

NEWTON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

NEWTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NEWTON, PARIS
ADDRESS AVAILABLE UPON REQUEST

NEWTON, PAT
ADDRESS AVAILABLE UPON REQUEST

NEWTON, SELLA
ADDRESS AVAILABLE UPON REQUEST

NEWTON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

NEWTON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

NEXT DAY SIGNS
ADDRESS UNAVAILABLE AT TIME OF FILING

NEXTCAP LLC (CORNERSTONE WINE
SUPPLY, INC.)
705 N. STATE ST  517
UKIAH, CA  95482

NEXTERRA WINE CO.
9016 MURPHY ROAD
WOODRIDGE, IL  60517

NEXTGEN CATTLE FEEDING, CHASE CARLIN
ADDRESS AVAILABLE UPON REQUEST

NEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

NEY, FRANK
ADDRESS AVAILABLE UPON REQUEST

NEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NEY, PATTY
ADDRESS AVAILABLE UPON REQUEST

NEYHART, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

NEYHART, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NEYHART, MITCH
ADDRESS AVAILABLE UPON REQUEST

NEYHART, NANCY
ADDRESS AVAILABLE UPON REQUEST

NEYMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NEZ, SHANDIIN
ADDRESS AVAILABLE UPON REQUEST

NEZIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NFI LP (NFI LOGISTICS LLC)
1515 BURNT MILL RD
CHERRY HILL, NJ  08003

NFI LP (NFI LOGISTICS LLC)
P.O. BOX 417736
BOSTON, MA  02241-7736

NG WAI, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

NG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NG, COLLIN
ADDRESS AVAILABLE UPON REQUEST

NG, JASMINE
ADDRESS AVAILABLE UPON REQUEST

NG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NG, LANDE
ADDRESS AVAILABLE UPON REQUEST

NG, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

NG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NG, SANDY
ADDRESS AVAILABLE UPON REQUEST

NG, WENDY
ADDRESS AVAILABLE UPON REQUEST

NG-CONFERENCE.ORG
ADDRESS UNAVAILABLE AT TIME OF FILING

NGENGI, JADE
ADDRESS AVAILABLE UPON REQUEST

NGO, CINDY
ADDRESS AVAILABLE UPON REQUEST

NGO, CINDY
ADDRESS AVAILABLE UPON REQUEST

NGO, ESTHER
ADDRESS AVAILABLE UPON REQUEST

NGO, RYAN
ADDRESS AVAILABLE UPON REQUEST

NGO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NGO, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NGO, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

NGO-BROWN, TRUDY
ADDRESS AVAILABLE UPON REQUEST

NGOC PHUNG
ADDRESS AVAILABLE UPON REQUEST

NGOC VU
ADDRESS AVAILABLE UPON REQUEST

NGUE, IVAIN
ADDRESS AVAILABLE UPON REQUEST

NGUN, IRENE
ADDRESS AVAILABLE UPON REQUEST

NGUTI-DICKERSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ALAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, AMY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ANDY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ANH THU
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ARIANA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, BALMA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CHRISTABELLE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CODY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DANNY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DANNY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DANVY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DIEM
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DIEM
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DUNG LORIE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, DUNG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, GINA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HANG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HATTIE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HUU
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HUU-BANG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, HUYEN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JENNY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JIA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JIMMY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JON
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KHANH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KHAZANA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIET
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIM
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIM
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMANNA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMCHI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, KIMUYEN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LEVAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LISA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LUAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, LY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MAI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MAI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MAILINH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MAU UYEN TRANG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MIMI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MINDY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MINH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, MY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, NHAT
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, NIKKIE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, PHUC
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, PHUONG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, QUYEN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, RICHIE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, ROSE
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SALLY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SAMI & NATHAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SANY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SONJA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, SUONG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THANH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THI
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THU
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THU
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, THYANA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TINA
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TONY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TRACY
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TRAM
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TRANG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TRINH
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TUNG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, TUNG
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, VAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, VICTOR
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

NGUYEN, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

NGWENYA, THABO
ADDRESS AVAILABLE UPON REQUEST

NH LIQUOR COMMISSION
50 STORRS ST
CONCORD, NH  03301

NH, SARAH
ADDRESS AVAILABLE UPON REQUEST

NHAM, CONNIE
ADDRESS AVAILABLE UPON REQUEST

NHAMBURO, FADZAI
ADDRESS AVAILABLE UPON REQUEST

NHIEU, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

NI, KERRY
ADDRESS AVAILABLE UPON REQUEST

NI, RUNZHEN
ADDRESS AVAILABLE UPON REQUEST

NI, YUCHEN
ADDRESS AVAILABLE UPON REQUEST

NIAMBI, KATERIA
ADDRESS AVAILABLE UPON REQUEST

NIANG, YACINE
ADDRESS AVAILABLE UPON REQUEST

NIAZI, ANIKA
ADDRESS AVAILABLE UPON REQUEST

NIBERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

NIBLO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

NIBLOCK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

NICARETTA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

NICASTRO, BETSY
ADDRESS AVAILABLE UPON REQUEST

NICAUD, MARY
ADDRESS AVAILABLE UPON REQUEST

NICE REPLY
ADDRESS UNAVAILABLE AT TIME OF FILING

NICELY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

NICEWANDER, AMY
ADDRESS AVAILABLE UPON REQUEST

NICEWONDER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NICHAY, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

NICHELINI, LYNN
ADDRESS AVAILABLE UPON REQUEST

NICHELSON, MATT
ADDRESS AVAILABLE UPON REQUEST

NICHEZ
1058 DELAWARE ST.100
DENVER, CO 80204

NICHITINA, OXANA
ADDRESS AVAILABLE UPON REQUEST

NICHOL, GREG
ADDRESS AVAILABLE UPON REQUEST

NICHOL, JOUSSELIN
ADDRESS AVAILABLE UPON REQUEST

NICHOL, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

NICHOL, ROY
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ADAM DE RAAD
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ADAM SOUTHGATE
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ANGELIS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ARCINIEGAS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS B KABAT
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS BONILLA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS BUBIK
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS CALCOTT
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS CAPOFARI
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS F GREBEN
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS FERRIF
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS FRATANTONIO
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS JAMES BRMLOW
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS JAMES TAPPER
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS KEMPF
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS KIRVIDA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS MEJIAS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS MORGAN VIVION
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS NOVAK
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ONDREJKA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS PARDON
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS PATTI, PATTI GROUP
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS PICCIOCCA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS PIZZO
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS POLITIS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS POLITIS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS PRYTHERCH
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ROGOSIN
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS ROSS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS SHANE PATRICK
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS SNABES
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS THEODORE GARCIA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS VINCENT PREZIOSO
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS WALTER JOHNS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS WILLIAM MITCHELL
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, EVANS
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, GISELLE
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, JAMES
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, JERRY
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, JOE
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, LISA
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, MADDISON
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NICHOLAS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NICHOLE GUERRERO
ADDRESS AVAILABLE UPON REQUEST

NICHOLE SHOWALTER-CLOUSE
ADDRESS AVAILABLE UPON REQUEST

NICHOLE SMITH
ADDRESS AVAILABLE UPON REQUEST

NICHOLES, JAQUELYN
ADDRESS AVAILABLE UPON REQUEST

NICHOLES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

NICHOLL, KATHY
ADDRESS AVAILABLE UPON REQUEST

NICHOLLS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NICHOLLS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NICHOLLS, IVETTE
ADDRESS AVAILABLE UPON REQUEST

NICHOLLS, MIA
ADDRESS AVAILABLE UPON REQUEST

NICHOLLS, SHARON
ADDRESS AVAILABLE UPON REQUEST

NICHOLS
ADDRESS UNAVAILABLE AT TIME OF FILING

NICHOLS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, ANASTACIA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, BILL
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, BRIN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, CHERI
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, DANA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, DICK/DIANE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, EUGENE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, GINA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, GRETA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, HALEY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, INESSA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JAMES
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, JULIE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KAREN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KATIE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KATIE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KELLY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KIM
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KIM
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KINGA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, LEATTA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, LEO
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, LYNN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MARIA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MARK
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MELVA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, NANCY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, RAFER
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, RILEY
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SARA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SHEENA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SHETORRA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SHETORRA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SHIRLYNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, TANYA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, TYLER
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

NICHOLS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NICHOLS-BAKER, APRYL
ADDRESS AVAILABLE UPON REQUEST

NICHOLSEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, CANDACE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, CARA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, CHARLOT
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, DAVID L.
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, DIONNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, DONALD
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, ED
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, JILL
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, KATE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, KENISHA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, MAEVE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, MARLENA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, NAMCY
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, PAM
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, RAMONA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, ROBYN
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, ROSE
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, SCHREKA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, SHAUN
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, TORI
ADDRESS AVAILABLE UPON REQUEST

NICHOLSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

NICHTING, EMILY
ADDRESS AVAILABLE UPON REQUEST

NICK SETH-SMITH
ADDRESS AVAILABLE UPON REQUEST

NICK, JOEL
ADDRESS AVAILABLE UPON REQUEST

NICK, THERESA
ADDRESS AVAILABLE UPON REQUEST

NICKCO
ADDRESS UNAVAILABLE AT TIME OF FILING

NICKEL & NICKLE VINEYARDS
1350 ACACIA DRIVE
P.O BOX 327
OAKVILLE, CA  94532

NICKEL & NICKLE VINEYARDS
P.O. BOX 7
OAKVILLE, CA  94562

NICKEL, ASHTON
ADDRESS AVAILABLE UPON REQUEST

NICKEL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

NICKEL, LARA
ADDRESS AVAILABLE UPON REQUEST

NICKELL, BREANNA
ADDRESS AVAILABLE UPON REQUEST

NICKELL, DIANA
ADDRESS AVAILABLE UPON REQUEST

NICKELL, KARISA
ADDRESS AVAILABLE UPON REQUEST

NICKELS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

NICKELSEN, FALLON
ADDRESS AVAILABLE UPON REQUEST

NICKELSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

NICKELSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NICKELSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NICKENS, LAURA
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, EDWARDINE
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, GABBY
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, MARY
ADDRESS AVAILABLE UPON REQUEST

NICKERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

NICKESON, HOPE
ADDRESS AVAILABLE UPON REQUEST

NICKISCH, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

NICKISCHER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NICKLAS, HAROLD
ADDRESS AVAILABLE UPON REQUEST

NICKLAS, SHERROL
ADDRESS AVAILABLE UPON REQUEST

NICKLE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

NICKLESS, GARY
ADDRESS AVAILABLE UPON REQUEST

NICKLESS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

NICKOLAI, NATE
ADDRESS AVAILABLE UPON REQUEST

NICKOLAS PRITZAKIS
ADDRESS AVAILABLE UPON REQUEST

NICKOLOFF-BYBEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

NICKOLSON, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

NICKS, HEIKE
ADDRESS AVAILABLE UPON REQUEST

NICKSON, JOY
ADDRESS AVAILABLE UPON REQUEST

NICKSON, KELCEY
ADDRESS AVAILABLE UPON REQUEST

NICKSON, LAURYN
ADDRESS AVAILABLE UPON REQUEST

NICKSON, LEON
ADDRESS AVAILABLE UPON REQUEST

NICLES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NICODEMUS, MARTHALI
ADDRESS AVAILABLE UPON REQUEST

NICOL, MARCIA
ADDRESS AVAILABLE UPON REQUEST

NICOL, TERIA
ADDRESS AVAILABLE UPON REQUEST

NICOL, WESLEY
ADDRESS AVAILABLE UPON REQUEST

NICOLA J PILKINGTON
ADDRESS AVAILABLE UPON REQUEST

NICOLA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NICOLAI, PASCAL
ADDRESS AVAILABLE UPON REQUEST

NICOLAIS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NICOLAOU, MARIA
ADDRESS AVAILABLE UPON REQUEST

NICOLAS BOUFFORT
ADDRESS AVAILABLE UPON REQUEST

NICOLAS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NICOLAS, WENDY
ADDRESS AVAILABLE UPON REQUEST

NICOLAY, CASSY
ADDRESS AVAILABLE UPON REQUEST

NICOLE ABELL
ADDRESS AVAILABLE UPON REQUEST

NICOLE ALLEN
ADDRESS AVAILABLE UPON REQUEST

NICOLE BACHAUD
ADDRESS AVAILABLE UPON REQUEST

NICOLE BLAY
ADDRESS AVAILABLE UPON REQUEST

NICOLE BROWN-BOOKER
ADDRESS AVAILABLE UPON REQUEST

NICOLE CROOMS BRADICA
ADDRESS AVAILABLE UPON REQUEST

NICOLE CRUZ
ADDRESS AVAILABLE UPON REQUEST

NICOLE DAVIS
ADDRESS AVAILABLE UPON REQUEST

NICOLE DEMAIO
ADDRESS AVAILABLE UPON REQUEST

NICOLE DIAMANT
ADDRESS AVAILABLE UPON REQUEST

NICOLE ETHENOZ
ADDRESS AVAILABLE UPON REQUEST

NICOLE FREEMAN
ADDRESS AVAILABLE UPON REQUEST

NICOLE GREENLEE
ADDRESS AVAILABLE UPON REQUEST

NICOLE HUGANIR
ADDRESS AVAILABLE UPON REQUEST

NICOLE KARCZEWSKI
ADDRESS AVAILABLE UPON REQUEST

NICOLE KELLY
ADDRESS AVAILABLE UPON REQUEST

NICOLE KIERNAN
ADDRESS AVAILABLE UPON REQUEST

NICOLE L CLONTZ
ADDRESS AVAILABLE UPON REQUEST

NICOLE LAWRENCE-GRIER
ADDRESS AVAILABLE UPON REQUEST

NICOLE LAWTONE-BOWLES
ADDRESS AVAILABLE UPON REQUEST

NICOLE LEONARD
ADDRESS AVAILABLE UPON REQUEST

NICOLE LIAW
ADDRESS AVAILABLE UPON REQUEST

NICOLE LYNN LESSARD
ADDRESS AVAILABLE UPON REQUEST

NICOLE M. BARLETT FUNERAL HOME
& CREMATIONS INC.
4406 GERMANTOWN AVENUE
PHILADELPHIA, PA  19140

NICOLE MARIE HEETLAND
ADDRESS AVAILABLE UPON REQUEST

NICOLE MARTINEAU
ADDRESS AVAILABLE UPON REQUEST

NICOLE MICHAELS
ADDRESS AVAILABLE UPON REQUEST

NICOLE MONTAGUE
ADDRESS AVAILABLE UPON REQUEST

NICOLE OXENDINE
ADDRESS AVAILABLE UPON REQUEST

NICOLE PRECIE
ADDRESS AVAILABLE UPON REQUEST

NICOLE SASSER
ADDRESS AVAILABLE UPON REQUEST

NICOLE SOPKO
ADDRESS AVAILABLE UPON REQUEST

NICOLE SOUZA
ADDRESS AVAILABLE UPON REQUEST

NICOLE SWEET
ADDRESS AVAILABLE UPON REQUEST

NICOLE TSAI
ADDRESS AVAILABLE UPON REQUEST

NICOLE WATSON
ADDRESS AVAILABLE UPON REQUEST

NICOLE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

NICOLE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NICOLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NICOLE, FEDDOCK,
ADDRESS AVAILABLE UPON REQUEST

NICOLE, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

NICOLE, TATIANA
ADDRESS AVAILABLE UPON REQUEST

NICOLE, TATIANA
ADDRESS AVAILABLE UPON REQUEST

NICOLE, TO:
ADDRESS AVAILABLE UPON REQUEST

NICOLE, YASMINE
ADDRESS AVAILABLE UPON REQUEST

NICOLETTE DUNAGAN
ADDRESS AVAILABLE UPON REQUEST

NICOLETTE GELFAND
ADDRESS AVAILABLE UPON REQUEST

NICOLETTI, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

NICOLETTI, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

NICOLETTI, KIM
ADDRESS AVAILABLE UPON REQUEST

NICOLETTI, TINA
ADDRESS AVAILABLE UPON REQUEST

NICOLI, ELENA-RALUCA
ADDRESS AVAILABLE UPON REQUEST

NICOLL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NICOLLS, HILARY
ADDRESS AVAILABLE UPON REQUEST

NICOLLS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NICOLO, ELENI
ADDRESS AVAILABLE UPON REQUEST

NICOLOSI, RANDY
ADDRESS AVAILABLE UPON REQUEST

NICOLSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

NICOSIA S.P.A.
SEDE LEGALE, CANTINA E UFFICI:
VIA L. CAPUANA, S.N. 95039
TRECASTAGNI (CT)
ITALY

NICOSIA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

NICOSIA, LISA
ADDRESS AVAILABLE UPON REQUEST

NICOTERA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NICS ON BEVERLY
8265 BEVERLY BLVD
LOS ANGELES, CA  90048

NICS RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

NIDAMARTI, NEHA
ADDRESS AVAILABLE UPON REQUEST

NIDEVER, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

NIDHEESH SHARMA
ADDRESS AVAILABLE UPON REQUEST

NIDHI RETIREMENT TRUST
ADDRESS AVAILABLE UPON REQUEST

NIE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

NIE, XIAORAN
ADDRESS AVAILABLE UPON REQUEST

NIE, YUHAN
ADDRESS AVAILABLE UPON REQUEST

NIEBCH, ANNE
ADDRESS AVAILABLE UPON REQUEST

NIEBEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NIEBLA, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

NIEBO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NIEBRUEGGE, JESSE
ADDRESS AVAILABLE UPON REQUEST

NIEBRUEGGE, MARY
ADDRESS AVAILABLE UPON REQUEST

NIEBUHR, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NIEBUR, ABBY
ADDRESS AVAILABLE UPON REQUEST

NIEBUR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NIEBYLSKI, RENEE
ADDRESS AVAILABLE UPON REQUEST

NIECE, WARREN
ADDRESS AVAILABLE UPON REQUEST

NIECHWIADOWICZ, PETER
ADDRESS AVAILABLE UPON REQUEST

NIEDBALA, PAUL
ADDRESS AVAILABLE UPON REQUEST

NIEDERKLEIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NIEDERKOHR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NIEBERLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NIEDFELDT, KATE
ADDRESS AVAILABLE UPON REQUEST

NIEDRICH, KARI
ADDRESS AVAILABLE UPON REQUEST

NIEDRICH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NIEDZINSKI, DEBI
ADDRESS AVAILABLE UPON REQUEST

NIEDZWECKI, JACLYN
ADDRESS AVAILABLE UPON REQUEST

NIEF, ELLERY
ADDRESS AVAILABLE UPON REQUEST

NIEGAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

NIEHAUS, ERIN
ADDRESS AVAILABLE UPON REQUEST

NIEHAUS, TERESA
ADDRESS AVAILABLE UPON REQUEST

NIEHUES, CARA
ADDRESS AVAILABLE UPON REQUEST

NIEKAMP, KATIE
ADDRESS AVAILABLE UPON REQUEST

NIELDS, SHARON
ADDRESS AVAILABLE UPON REQUEST

NIELEBOCK, DIANE
ADDRESS AVAILABLE UPON REQUEST

NIELEBOCK, NORBERT
ADDRESS AVAILABLE UPON REQUEST

NIELS SNYDER
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, CASSEY
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, DEB
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, MAKENNA
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, MATHILDE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, TABITHA
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, TIM
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, WENDI
ADDRESS AVAILABLE UPON REQUEST

NIELSEN, WENDY
ADDRESS AVAILABLE UPON REQUEST

NIELSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NIELSON, CINDI
ADDRESS AVAILABLE UPON REQUEST

NIELSON, HANNA
ADDRESS AVAILABLE UPON REQUEST

NIELSON, IOLA DAWN
ADDRESS AVAILABLE UPON REQUEST

NIELSON, MATT
ADDRESS AVAILABLE UPON REQUEST

NIELSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NIELSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NIEMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NIEMANN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

NIEMANN, TANNER
ADDRESS AVAILABLE UPON REQUEST

NIEMCZUK, TANNER
ADDRESS AVAILABLE UPON REQUEST

NIEMCZYK, MALLORY
ADDRESS AVAILABLE UPON REQUEST

NIEMEYER, AMBER
ADDRESS AVAILABLE UPON REQUEST

NIEMEYER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NIEMI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NIEMI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NIEMI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NIEMIEC, EMERY
ADDRESS AVAILABLE UPON REQUEST

NIENAS, ANN
ADDRESS AVAILABLE UPON REQUEST

NIENBURG, SARAH
ADDRESS AVAILABLE UPON REQUEST

NIENOW, KYLIE
ADDRESS AVAILABLE UPON REQUEST

NIENSTEDT, KACY
ADDRESS AVAILABLE UPON REQUEST

NIERGARTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

NIERSTEDT, ELLIE
ADDRESS AVAILABLE UPON REQUEST

NIERZWICKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NIES, JOHN
ADDRESS AVAILABLE UPON REQUEST

NIES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NIES, WENDY
ADDRESS AVAILABLE UPON REQUEST

NIESE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

NIESE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

NIESE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NIESLANIK, DREW
ADDRESS AVAILABLE UPON REQUEST

NIESLAWSKI, AUDREY
ADDRESS AVAILABLE UPON REQUEST

NIESPODZIEWANSKI, CASSIE
ADDRESS AVAILABLE UPON REQUEST

NIESSEN, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

NIESZ-ENT, SYMONE
ADDRESS AVAILABLE UPON REQUEST

NIETHAMMER, KATIE
ADDRESS AVAILABLE UPON REQUEST

NIETO, ADRIEN
ADDRESS AVAILABLE UPON REQUEST

NIETO, AMPARO
ADDRESS AVAILABLE UPON REQUEST

NIETO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NIETO, ERIN
ADDRESS AVAILABLE UPON REQUEST

NIETO, JULIO
ADDRESS AVAILABLE UPON REQUEST

NIETO, MARIANA
ADDRESS AVAILABLE UPON REQUEST

NIEVES SOTO, SARA
ADDRESS AVAILABLE UPON REQUEST

NIEVES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

NIEVES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NIEVES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NIEVES, AMBROSIA
ADDRESS AVAILABLE UPON REQUEST

NIEVES, C
ADDRESS AVAILABLE UPON REQUEST

NIEVES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NIEVES, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

NIEVES, HECTOR
ADDRESS AVAILABLE UPON REQUEST

NIEVES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NIEVES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NIEVES, SARAH
ADDRESS AVAILABLE UPON REQUEST

NIEVES, WANDA
ADDRESS AVAILABLE UPON REQUEST

NIEVES-AXIBAL, ELDA NANETTE
ADDRESS AVAILABLE UPON REQUEST

NIEWIEROWSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NIEZGODZKI, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

NIFONG, ERIC
ADDRESS AVAILABLE UPON REQUEST

NIGAM, AMBER
ADDRESS AVAILABLE UPON REQUEST

NIGBUR, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NIGEL C DSOUZA
ADDRESS AVAILABLE UPON REQUEST

NIGEL HARRIS
ADDRESS AVAILABLE UPON REQUEST

NIGHORN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NIGHT MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

NIGHTENGALE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

NIGHTENGALE, KELLY
ADDRESS AVAILABLE UPON REQUEST

NIGHTINGALE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

NIGHTINGALE, CELIA
ADDRESS AVAILABLE UPON REQUEST

NIGHTINGALE, GEMMA
ADDRESS AVAILABLE UPON REQUEST

NIGHTINGALE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NIGHTINGALE, PATTY
ADDRESS AVAILABLE UPON REQUEST

NIGRO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

NIGRO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NIGRO, ERIN
ADDRESS AVAILABLE UPON REQUEST

NIGRO, SHARI
ADDRESS AVAILABLE UPON REQUEST

NIHAL, JAY
ADDRESS AVAILABLE UPON REQUEST

NIICE LTD
ADDRESS UNAVAILABLE AT TIME OF FILING

NIJJER, JASMIN
ADDRESS AVAILABLE UPON REQUEST

NIKE STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

NIKESH BAJAJ
ADDRESS AVAILABLE UPON REQUEST

NIKHANJ, SOMA
ADDRESS AVAILABLE UPON REQUEST

NIKHIL GAHLOT
ADDRESS AVAILABLE UPON REQUEST

NIKITIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

NIKITIN, JANET
ADDRESS AVAILABLE UPON REQUEST

NIKITYUK, ILYA
ADDRESS AVAILABLE UPON REQUEST

NIKKEL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

NIKKI DUVNJAK
ADDRESS AVAILABLE UPON REQUEST

NIKKI MEYER
ADDRESS AVAILABLE UPON REQUEST

NIKKI PERKINS
ADDRESS AVAILABLE UPON REQUEST

NIKKI SPAHN
ADDRESS AVAILABLE UPON REQUEST

NIKKIA NELSON
ADDRESS AVAILABLE UPON REQUEST

NIKNYA, SAEEDEH
ADDRESS AVAILABLE UPON REQUEST

NIKOLA GAGIC
ADDRESS AVAILABLE UPON REQUEST

NIKOLAI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NIKOLAIDIS, TATIANA
ADDRESS AVAILABLE UPON REQUEST

NIKOLAUS BASEDOW
ADDRESS AVAILABLE UPON REQUEST

NIKOLE EATON
ADDRESS AVAILABLE UPON REQUEST

NIKOLOV, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

NIKOLOVSKI, DREW
ADDRESS AVAILABLE UPON REQUEST

NILAKANTQN, ANAND
ADDRESS AVAILABLE UPON REQUEST

NILAND, DAVID
ADDRESS AVAILABLE UPON REQUEST

NILAND, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NILDA, ORTIZ,
ADDRESS AVAILABLE UPON REQUEST

NILE HARRIS
ADDRESS AVAILABLE UPON REQUEST

NILE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

NILES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

NILES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NILES, TONY
ADDRESS AVAILABLE UPON REQUEST

NILESH DHOOT
ADDRESS AVAILABLE UPON REQUEST

NILESH SAVALIA
ADDRESS AVAILABLE UPON REQUEST

NILSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NILSEN, LYNN
ADDRESS AVAILABLE UPON REQUEST

NILSEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

NILSON, IDA
ADDRESS AVAILABLE UPON REQUEST

NILSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NILSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NILSSEN, MEGGIN
ADDRESS AVAILABLE UPON REQUEST

NILSSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NILSSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

NIMA, NADIA
ADDRESS AVAILABLE UPON REQUEST

NIMMALA, APARNA
ADDRESS AVAILABLE UPON REQUEST

NIMMER, ADAM
ADDRESS AVAILABLE UPON REQUEST

NIMMER, MECCAY
ADDRESS AVAILABLE UPON REQUEST

NIMMO, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

NIMMO, MADDY
ADDRESS AVAILABLE UPON REQUEST

NIMO, MARK
ADDRESS AVAILABLE UPON REQUEST

NIMPTSCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

NIMZ, TASHAE
ADDRESS AVAILABLE UPON REQUEST

NINA JEANNE LACHMAN
ADDRESS AVAILABLE UPON REQUEST

NINA WONG-HAMAMOTO
ADDRESS AVAILABLE UPON REQUEST

NINA ZUBKOVA
ADDRESS AVAILABLE UPON REQUEST

NINAZ TAGHVA
ADDRESS AVAILABLE UPON REQUEST

NINESS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

NING, JING
ADDRESS AVAILABLE UPON REQUEST

NINI, EDWARDA
ADDRESS AVAILABLE UPON REQUEST

NINK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NINO, YENIFER
ADDRESS AVAILABLE UPON REQUEST

NINOS PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

NINTZEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

NIP, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NIP-P13014, REDPOST USA INC
ADDRESS AVAILABLE UPON REQUEST

NIR, ALINA
ADDRESS AVAILABLE UPON REQUEST

NIRAJ PATEL
ADDRESS AVAILABLE UPON REQUEST

NIRAL PATEL
ADDRESS AVAILABLE UPON REQUEST

NIRANJAN REDDY
ADDRESS AVAILABLE UPON REQUEST

NIRGIANAKIS, GINA
ADDRESS AVAILABLE UPON REQUEST

NIRIDER, MCCREA
ADDRESS AVAILABLE UPON REQUEST

NIRVAN KHOKHANI
ADDRESS AVAILABLE UPON REQUEST

NISBET, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NISBETT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

NISENKIER, NOAH
ADDRESS AVAILABLE UPON REQUEST

NISHA VORA
ADDRESS AVAILABLE UPON REQUEST

NISHANT MANI
ADDRESS AVAILABLE UPON REQUEST

NISHANT MANI
ADDRESS AVAILABLE UPON REQUEST

NISHANTH CHANDRAN RAMESH CHANDRAN
ADDRESS AVAILABLE UPON REQUEST

NISHAT JABIN
ADDRESS AVAILABLE UPON REQUEST

NISHIGUCHI, MASANORI
ADDRESS AVAILABLE UPON REQUEST

NISHIMOTO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NISIOTIS, LORI
ADDRESS AVAILABLE UPON REQUEST

NISLEY, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

NISPEL, MARNI
ADDRESS AVAILABLE UPON REQUEST

NISPEL, MARNI
ADDRESS AVAILABLE UPON REQUEST

NISSAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NISSEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NISSEN, MATT
ADDRESS AVAILABLE UPON REQUEST

NISSEN, NUALA
ADDRESS AVAILABLE UPON REQUEST

NISSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NISSWANDT, FRANZ
ADDRESS AVAILABLE UPON REQUEST

NIST, ERIKA
ADDRESS AVAILABLE UPON REQUEST

NISTORESCU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NITCH, KELLY ANN
ADDRESS AVAILABLE UPON REQUEST

NITCHEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NITES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NITESCU, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NITHI, YAKUMAR
ADDRESS AVAILABLE UPON REQUEST

NITIN KULKARNI
ADDRESS AVAILABLE UPON REQUEST

NITISH KUMAR
ADDRESS AVAILABLE UPON REQUEST

NITSCH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

NITSCHKE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NITTA, NEDRA
ADDRESS AVAILABLE UPON REQUEST

NITTI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

NITTOLO MCDONALD, KAREN
ADDRESS AVAILABLE UPON REQUEST

NITZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NITZ, KATE
ADDRESS AVAILABLE UPON REQUEST

NITZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NITZ, WENDEE
ADDRESS AVAILABLE UPON REQUEST

NITZSCHE, GLADYCE
ADDRESS AVAILABLE UPON REQUEST

NIU, ALEX
ADDRESS AVAILABLE UPON REQUEST

NIU, XINRAN
ADDRESS AVAILABLE UPON REQUEST

NIURKA MUSTAFA
ADDRESS AVAILABLE UPON REQUEST

NIV, NIMA
ADDRESS AVAILABLE UPON REQUEST

NIVAL, NATALIA
ADDRESS AVAILABLE UPON REQUEST

NIVEN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

NIVEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NIVEN, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

NIX, AMBER
ADDRESS AVAILABLE UPON REQUEST

NIX, ANNA
ADDRESS AVAILABLE UPON REQUEST

NIX, C
ADDRESS AVAILABLE UPON REQUEST

NIX, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

NIX, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NIX, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

NIX, MARKI
ADDRESS AVAILABLE UPON REQUEST

NIX, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

NIX, NIKKI
ADDRESS AVAILABLE UPON REQUEST

NIX, SARA
ADDRESS AVAILABLE UPON REQUEST

NIX, SARAH
ADDRESS AVAILABLE UPON REQUEST

NIX, SHARAE
ADDRESS AVAILABLE UPON REQUEST

NIX, STEVEN
ADDRESS AVAILABLE UPON REQUEST

NIXON KRUSE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

NIXON, ANETTE
ADDRESS AVAILABLE UPON REQUEST

NIXON, APRIL
ADDRESS AVAILABLE UPON REQUEST

NIXON, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

NIXON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NIXON, ATHENA
ADDRESS AVAILABLE UPON REQUEST

NIXON, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

NIXON, BETH
ADDRESS AVAILABLE UPON REQUEST

NIXON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NIXON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NIXON, CODY
ADDRESS AVAILABLE UPON REQUEST

NIXON, JILL
ADDRESS AVAILABLE UPON REQUEST

NIXON, JULIE
ADDRESS AVAILABLE UPON REQUEST

NIXON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

NIXON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NIXON, ROB
ADDRESS AVAILABLE UPON REQUEST

NIXON, TRACY
ADDRESS AVAILABLE UPON REQUEST

NIYAMUDDIN, APRIL
ADDRESS AVAILABLE UPON REQUEST

NIYOMUGABO, SHALOM
ADDRESS AVAILABLE UPON REQUEST

NIZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

NIZIOL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

NIZNIK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NIZZERE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

NJ DIVISION OF TAXATION
PO BOX 666
TRENTON, NJ  08646-0666

NJAU, JOE
ADDRESS AVAILABLE UPON REQUEST

NJIE, OMAR
ADDRESS AVAILABLE UPON REQUEST

NJIE, SIRRA
ADDRESS AVAILABLE UPON REQUEST

NJOROGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

NJT NWK-INT AIR
ADDRESS UNAVAILABLE AT TIME OF FILING

NJUGUNA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

NKANDJEU, SANDRINE
ADDRESS AVAILABLE UPON REQUEST

NKEMERE, CHINENYE
ADDRESS AVAILABLE UPON REQUEST

NLEYA, CHILEE
ADDRESS AVAILABLE UPON REQUEST

NM TAXATION AND REVENUE DEPT
1200 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM  87505

NMRET LLC
16251 BROOKFORD DR
HOUSTON, TX  77059

NNA SERVICES, LLC.
ADDRESS UNAVAILABLE AT TIME OF FILING

NNEKA SEDERSTROM
ADDRESS AVAILABLE UPON REQUEST

NOACK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

NOACK, AMY
ADDRESS AVAILABLE UPON REQUEST

NOACK, DAVID
ADDRESS AVAILABLE UPON REQUEST

NOACK, HEIDI
ADDRESS AVAILABLE UPON REQUEST

NOACK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NOACK, LOUISE
ADDRESS AVAILABLE UPON REQUEST

NOAH CASTELO, KIM
ADDRESS AVAILABLE UPON REQUEST

NOAH MICHAEL SPATARO
ADDRESS AVAILABLE UPON REQUEST

NOAH NISENKIER
ADDRESS AVAILABLE UPON REQUEST

NOAH PAPE
ADDRESS AVAILABLE UPON REQUEST

NOAH THOMAS
ADDRESS AVAILABLE UPON REQUEST

NOAH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NOAH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NOAH, BECKY
ADDRESS AVAILABLE UPON REQUEST

NOAH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NOAH, EMILY
ADDRESS AVAILABLE UPON REQUEST

NOAH, KATIE
ADDRESS AVAILABLE UPON REQUEST

NOAH, LAURA
ADDRESS AVAILABLE UPON REQUEST

NOAH, PATRICE
ADDRESS AVAILABLE UPON REQUEST

NOAHS BAGELS
ADDRESS UNAVAILABLE AT TIME OF FILING

NOAKES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NOBBE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

NOBBE, RICK
ADDRESS AVAILABLE UPON REQUEST

NOBE, MAIKO
ADDRESS AVAILABLE UPON REQUEST

NOBEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NOBILE, FABIO
ADDRESS AVAILABLE UPON REQUEST

NOBILE, MAURA
ADDRESS AVAILABLE UPON REQUEST

NOBILI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NOBIS HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

NOBLE III, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ALEX
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NOBLE, CHEVANESE
ADDRESS AVAILABLE UPON REQUEST

NOBLE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NOBLE, DENA
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NOBLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NOBLE, JAN
ADDRESS AVAILABLE UPON REQUEST

NOBLE, JIMMY
ADDRESS AVAILABLE UPON REQUEST

NOBLE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NOBLE, KITTY
ADDRESS AVAILABLE UPON REQUEST

NOBLE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NOBLE, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

NOBLE, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

NOBLE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

NOBLE, MINDY
ADDRESS AVAILABLE UPON REQUEST

NOBLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NOBLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NOBLE, SHIRELLE
ADDRESS AVAILABLE UPON REQUEST

NOBLE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NOBLE-KRUSE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

NOBLES, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NOBLES, RYAN
ADDRESS AVAILABLE UPON REQUEST

NOBLET, SHELLI
ADDRESS AVAILABLE UPON REQUEST

NOBLE-TABIOLO, CHAD
ADDRESS AVAILABLE UPON REQUEST

NOBLETT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NOBLETT, LINDA
ADDRESS AVAILABLE UPON REQUEST

NOBLITT, CINDY
ADDRESS AVAILABLE UPON REQUEST

NOBLITT, GAROLD
ADDRESS AVAILABLE UPON REQUEST

NOBLITT, TASHA
ADDRESS AVAILABLE UPON REQUEST

NOBODYS DARLING, INC
1744 W BALMORAL AVE
CHICAGO, IL  60640

NOBRE, RIKKI
ADDRESS AVAILABLE UPON REQUEST

NOBREGA, EMILIA
ADDRESS AVAILABLE UPON REQUEST

NOBREGA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

NOCCHI, CARLY
ADDRESS AVAILABLE UPON REQUEST

NOCEDA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NOCELLA, BRICE
ADDRESS AVAILABLE UPON REQUEST

NOCELLA, BRICE
ADDRESS AVAILABLE UPON REQUEST

NOCERA, JEAN
ADDRESS AVAILABLE UPON REQUEST

NOCERO, MADELINE
ADDRESS AVAILABLE UPON REQUEST

NOCERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NOCETO, CALLIE
ADDRESS AVAILABLE UPON REQUEST

NOCHO, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

NOCHO, KYLE
ADDRESS AVAILABLE UPON REQUEST

NOCHOMOVITZ, KAYLE
ADDRESS AVAILABLE UPON REQUEST

NOCITO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NOCITO, NINA ELISE
ADDRESS AVAILABLE UPON REQUEST

NOCON, JEANELLE
ADDRESS AVAILABLE UPON REQUEST

NOCON, MONICA
ADDRESS AVAILABLE UPON REQUEST

NOCRUMBSLEFT, LLC
1929 W ROSCOE STREET
CHICAGO, IL 60657

NODARSE, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

NODERA, HIROKO
ADDRESS AVAILABLE UPON REQUEST

NODES, AMY
ADDRESS AVAILABLE UPON REQUEST

NODI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NOE, BERT
ADDRESS AVAILABLE UPON REQUEST

NOE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

NOE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

NOE, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

NOE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NOE, MATT
ADDRESS AVAILABLE UPON REQUEST

NOE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NOE, TIM
ADDRESS AVAILABLE UPON REQUEST

NOE, TIM
ADDRESS AVAILABLE UPON REQUEST

NOEBELS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NOECHEL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NOEL FUNDAN
ADDRESS AVAILABLE UPON REQUEST

NOEL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

NOEL, BECCA
ADDRESS AVAILABLE UPON REQUEST

NOEL, CODY
ADDRESS AVAILABLE UPON REQUEST

NOEL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NOEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

NOEL, EVERETTE
ADDRESS AVAILABLE UPON REQUEST

NOEL, FANTASIA
ADDRESS AVAILABLE UPON REQUEST

NOEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

NOEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NOEL, MARK
ADDRESS AVAILABLE UPON REQUEST

NOEL, ROBYN
ADDRESS AVAILABLE UPON REQUEST

NOEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NOEL, TYLER
ADDRESS AVAILABLE UPON REQUEST

NOELLE LOPOPOLO
ADDRESS AVAILABLE UPON REQUEST

NOELLE, MRS
ADDRESS AVAILABLE UPON REQUEST

NOESI, EDWINA
ADDRESS AVAILABLE UPON REQUEST

NOETH, DAGNY
ADDRESS AVAILABLE UPON REQUEST

NOETZELMANN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NOFFSINGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NOFFSINGER, JOSEPPIE
ADDRESS AVAILABLE UPON REQUEST

NOGALES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

NOGALSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NOGAMI, SAM
ADDRESS AVAILABLE UPON REQUEST

NOGARA, ELENA
ADDRESS AVAILABLE UPON REQUEST

NOGLE, BRAD
ADDRESS AVAILABLE UPON REQUEST

NOGUCHI, MIYAKO
ADDRESS AVAILABLE UPON REQUEST

NOGUEIRA, CAMILA
ADDRESS AVAILABLE UPON REQUEST

NOGUEIRA, JOSE
ADDRESS AVAILABLE UPON REQUEST

NOGUERAS, ZARIAH
ADDRESS AVAILABLE UPON REQUEST

NOGUES, NAOMI
ADDRESS AVAILABLE UPON REQUEST

NOHA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NOHILLY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NOIA, LYN
ADDRESS AVAILABLE UPON REQUEST

NOIR, ERICA
ADDRESS AVAILABLE UPON REQUEST

NOJAIM, GIULIANA
ADDRESS AVAILABLE UPON REQUEST

NOKES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NOLA, OLYVIA
ADDRESS AVAILABLE UPON REQUEST

NOLAN A WHITE
ADDRESS AVAILABLE UPON REQUEST

NOLAN CHRISTMAS, ELAINE CHRISTMAS
ADDRESS AVAILABLE UPON REQUEST

NOLAN GRACE
ADDRESS AVAILABLE UPON REQUEST

NOLAN RANCH LLC
58 11ST STREET
HERMOSA BEACH, CA  90254

NOLAN ROBIDOUX
ADDRESS AVAILABLE UPON REQUEST

NOLAN, ALIA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

NOLAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, CARA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

NOLAN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

NOLAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NOLAN, HENRY
ADDRESS AVAILABLE UPON REQUEST

NOLAN, HENRY
ADDRESS AVAILABLE UPON REQUEST

NOLAN, JEN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, KARA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, LISA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, MARC
ADDRESS AVAILABLE UPON REQUEST

NOLAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NOLAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

NOLAN, PEGGY
ADDRESS AVAILABLE UPON REQUEST

NOLAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NOLAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NOLAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

NOLAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

NOLAN, TARA
ADDRESS AVAILABLE UPON REQUEST

NOLAN, TIM
ADDRESS AVAILABLE UPON REQUEST

NOLAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

NOLAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

NOLAND, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

NOLAND, CONNER
ADDRESS AVAILABLE UPON REQUEST

NOLAND, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

NOLASCO GOMEZ, FILIBERTO
ADDRESS AVAILABLE UPON REQUEST

NOLASCO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NOLASCO, SILVANA
ADDRESS AVAILABLE UPON REQUEST

NOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

NOLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NOLEN, ASHTON
ADDRESS AVAILABLE UPON REQUEST

NOLEN, CLARA
ADDRESS AVAILABLE UPON REQUEST

NOLEN, NICK
ADDRESS AVAILABLE UPON REQUEST

NOLEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NOLEN, RILEY
ADDRESS AVAILABLE UPON REQUEST

NOLES, EMMA
ADDRESS AVAILABLE UPON REQUEST

NOLETO, DEBORA
ADDRESS AVAILABLE UPON REQUEST

NOLF, JOENELL
ADDRESS AVAILABLE UPON REQUEST

NOLIN, MARINA
ADDRESS AVAILABLE UPON REQUEST

NOLING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NOLL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NOLL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NOLL, EMERY
ADDRESS AVAILABLE UPON REQUEST

NOLL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NOLL, KACY
ADDRESS AVAILABLE UPON REQUEST

NOLL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NOLL, TARYN
ADDRESS AVAILABLE UPON REQUEST

NOLLEY-CROSSON, JVONDALYN
ADDRESS AVAILABLE UPON REQUEST

NOLT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NOLT, JOANNA
ADDRESS AVAILABLE UPON REQUEST

NOLT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

NOLTE, CATALINA
ADDRESS AVAILABLE UPON REQUEST

NOLTE, ZACH
ADDRESS AVAILABLE UPON REQUEST

NOLTING, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NOLTING, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NOMAD
ADDRESS UNAVAILABLE AT TIME OF FILING

NOMO SOHO
ADDRESS UNAVAILABLE AT TIME OF FILING

NOMURA, NATSUKO
ADDRESS AVAILABLE UPON REQUEST

NONE DEL GIZZO, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

NONEMAKER, DARLENE
ADDRESS AVAILABLE UPON REQUEST

NONEMAN, LYNN
ADDRESS AVAILABLE UPON REQUEST

NONNEMAKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

NONNENMAN, ELISE
ADDRESS AVAILABLE UPON REQUEST

NONYIA, CARTER
ADDRESS AVAILABLE UPON REQUEST

NOON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NOON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NOONAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

NOONAN, JESSE
ADDRESS AVAILABLE UPON REQUEST

NOONAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

NOONAN, MARYJANE
ADDRESS AVAILABLE UPON REQUEST

NOONAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NOONAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

NOONAN, MEG
ADDRESS AVAILABLE UPON REQUEST

NOONAN, NADIA
ADDRESS AVAILABLE UPON REQUEST

NOONAN-KELLY, ADAM
ADDRESS AVAILABLE UPON REQUEST

NOONE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

NOONE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

NOONE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NOONE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

NOORALI, MO
ADDRESS AVAILABLE UPON REQUEST

NOORANI, PETER
ADDRESS AVAILABLE UPON REQUEST

NOORDANUS, BRYNN
ADDRESS AVAILABLE UPON REQUEST

NOORDEWIER, BYRON
ADDRESS AVAILABLE UPON REQUEST

NOORDSY, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

NOOTBAAR, CINDEE
ADDRESS AVAILABLE UPON REQUEST

NOPE, DIANA CAROLINA
ADDRESS AVAILABLE UPON REQUEST

NORA SCHILD
ADDRESS AVAILABLE UPON REQUEST

NORAH SILVER
ADDRESS AVAILABLE UPON REQUEST

NORALES, KARMIN
ADDRESS AVAILABLE UPON REQUEST

NORANDA BROWN
ADDRESS AVAILABLE UPON REQUEST

NORBECK, CARLA
ADDRESS AVAILABLE UPON REQUEST

NORBECK, CARLEE
ADDRESS AVAILABLE UPON REQUEST

NORBERG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NORBERG, AMBER
ADDRESS AVAILABLE UPON REQUEST

NORBERG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NORBY, JULIE
ADDRESS AVAILABLE UPON REQUEST

NORBY, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

NORCINI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NORD, DAVID
ADDRESS AVAILABLE UPON REQUEST

NORD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

NORD, RYAN
ADDRESS AVAILABLE UPON REQUEST

NORD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

NORD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NORDABY, LASKA
ADDRESS AVAILABLE UPON REQUEST

NORDAHL, BRITTA
ADDRESS AVAILABLE UPON REQUEST

NORDEEN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

NORDEL, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

NORDEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

NORDENBROCK BROWN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NORDER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

NORDER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NORDGREN, ASA
ADDRESS AVAILABLE UPON REQUEST

NORDHAGEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

NORDIKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

NORDLIE, ANNE
ADDRESS AVAILABLE UPON REQUEST

NORDLOF, PAIGE
ADDRESS AVAILABLE UPON REQUEST

NORDMEYER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

NORDMO, JAN ERIC
ADDRESS AVAILABLE UPON REQUEST

NORDSTROMS
ADDRESS UNAVAILABLE AT TIME OF FILING

NORDY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NORDYKE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NORED, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NOREE PREBLE
ADDRESS AVAILABLE UPON REQUEST

NOREEN WEISS ADLER
ADDRESS AVAILABLE UPON REQUEST

NOREGAARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NORELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NORENBERG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NORFLEET, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NORGROVE, OLIVER
ADDRESS AVAILABLE UPON REQUEST

NORIEGA, ALLEE
ADDRESS AVAILABLE UPON REQUEST

NORIEGA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

NORIEGA, LEROY
ADDRESS AVAILABLE UPON REQUEST

NORIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NORKAITIS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NORKOL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NORLIE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

NORLING, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

NORLING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NORM GILCHRIST
ADDRESS AVAILABLE UPON REQUEST

NORMA BUSH
ADDRESS AVAILABLE UPON REQUEST

NORMA J TEAGUE
ADDRESS AVAILABLE UPON REQUEST

NORMAN C/O JON NORMAN, KAY
ADDRESS AVAILABLE UPON REQUEST

NORMAN D BURGE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, CLARKE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

NORMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

NORMAN, DESTINY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, DONALD
ADDRESS AVAILABLE UPON REQUEST

NORMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, GLORY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

NORMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LARRY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, OANA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NORMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

NORMAN, STEPH
ADDRESS AVAILABLE UPON REQUEST

NORMAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

NORMAN, SUE
ADDRESS AVAILABLE UPON REQUEST

NORMAN, TONY
ADDRESS AVAILABLE UPON REQUEST

NORMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NORMAN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NORMAND, AMY
ADDRESS AVAILABLE UPON REQUEST

NORMAND, AMY
ADDRESS AVAILABLE UPON REQUEST

NORMAND, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NORMANDIN, KAT
ADDRESS AVAILABLE UPON REQUEST

NORMANDY, CANDY
ADDRESS AVAILABLE UPON REQUEST

NORMART, CYNDY
ADDRESS AVAILABLE UPON REQUEST

NORMILE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NORONHA, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

NOROVSAMBUU, URJINKHAND
ADDRESS AVAILABLE UPON REQUEST

NORRGARD, ALY
ADDRESS AVAILABLE UPON REQUEST

NORRIE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, BRE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, BREANA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, BROOKS
ADDRESS AVAILABLE UPON REQUEST

NORRIS, BROOKS
ADDRESS AVAILABLE UPON REQUEST

NORRIS, CERRIE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, CIERA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

NORRIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

NORRIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, ERIC
ADDRESS AVAILABLE UPON REQUEST

NORRIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, JOE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KATE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KATHY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KETLESHA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KIA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KIM
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KLACIE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

NORRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NORRIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NORRIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, MADISON
ADDRESS AVAILABLE UPON REQUEST

NORRIS, MALACHI
ADDRESS AVAILABLE UPON REQUEST

NORRIS, MATT
ADDRESS AVAILABLE UPON REQUEST

NORRIS, MONICA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

NORRIS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

NORRIS, PAUL
ADDRESS AVAILABLE UPON REQUEST

NORRIS, REANEA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, RON
ADDRESS AVAILABLE UPON REQUEST

NORRIS, ROQUEL
ADDRESS AVAILABLE UPON REQUEST

NORRIS, RYIR
ADDRESS AVAILABLE UPON REQUEST

NORRIS, SALENA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NORRIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

NORRIS, SHERRI
ADDRESS AVAILABLE UPON REQUEST

NORRIS, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

NORRIS, TATIYANA
ADDRESS AVAILABLE UPON REQUEST

NORRIS, TENILLE
ADDRESS AVAILABLE UPON REQUEST

NORRIS, THUYVI
ADDRESS AVAILABLE UPON REQUEST

NORRIS, TIANI
ADDRESS AVAILABLE UPON REQUEST

NORRIS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

NORRIS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NORRIS-ALLEN, NILE
ADDRESS AVAILABLE UPON REQUEST

NORSTROM, ZACH
ADDRESS AVAILABLE UPON REQUEST

NORTH AMERICAN SHIPPERS ASSOCIATION
1600 ST. GEORGES AVENUE
RAHWAY, NJ  07065

NORTH BERKELEY WINE
1601 MARTIN LUTHER KING JR. WAY
BERKELEY, CA  94709

NORTH CAROLINA ALCOHOLIC BEVERAGE
CONTROL COMMISSION
400 EAST TRYON ROAD
RALEIGH, NC  27610

NORTH CAROLINA DEPARTMENT OF
REVENUE (NCDOR)
PO BOX 25000
RALEIGH, NC  27640-0650

NORTH CAROLINA DEPT OF LABOR
1101 MAIL SERVICE CTR
RALEIGH, NC  27699-1101

NORTH CAROLINA DEPT OF LABOR
4 W EDENTON ST
RALEIGH, NC  27603

NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST
RALEIGH, NC  27604

NORTH CAROLINA SECURITIES DIVISION
2 SOUTH SALISBURY ST
RALEIGH, NC  27601-2903

NORTH COAST LOGISTICS
256 SUTTON PLACE 102
SANTA ROSA, CA  95407

NORTH DAKOTA DEPT OF LABOR
600 E BLVD AVE DEPT 406
BISMARCK, ND  58505-0340

NORTH DAKOTA OFFICE OF STATE TAX
COMMISSIONER
600 E. BOULEVARD AVE., DEPT. 127

NORTH DAKOTA SECURITIES DEPARTMENT
600 E BOULEVARD AVE
STATE CAPITOL
5TH FLOOR
BISMARCK, ND  58505-0510

NORTH DAKOTA TAX COMMISIONER
ADDRESS UNAVAILABLE AT TIME OF FILING

NORTH END CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

NORTH RIM INVESTMENTS
ADDRESS UNAVAILABLE AT TIME OF FILING

NORTH, ALI
ADDRESS AVAILABLE UPON REQUEST

NORTH, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

NORTH, JACOB
ADDRESS AVAILABLE UPON REQUEST

NORTH, JAMES
ADDRESS AVAILABLE UPON REQUEST

NORTH, JANELLE
ADDRESS AVAILABLE UPON REQUEST

NORTH, JOHN
ADDRESS AVAILABLE UPON REQUEST

NORTH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NORTH, LEXIE
ADDRESS AVAILABLE UPON REQUEST

NORTH, LYNDSIE
ADDRESS AVAILABLE UPON REQUEST

NORTH, MALIA
ADDRESS AVAILABLE UPON REQUEST

NORTH, MARISSA
ADDRESS AVAILABLE UPON REQUEST

NORTH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

NORTH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NORTH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NORTHART, LAURA
ADDRESS AVAILABLE UPON REQUEST

NORTHCUTT, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

NORTHCUTT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

NORTHCUTT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NORTHCUTT, TARA
ADDRESS AVAILABLE UPON REQUEST

NORTHCUTT, TRACY
ADDRESS AVAILABLE UPON REQUEST

NORTHEIM, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

NORTHERN DISTRICT OF CALIFORNIA
FEDERAL COURTHOUSE
1301 CLAY ST
OAKLAND, CA  94612

NORTHERN DISTRICT OF CALIFORNIA
FEDERAL COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA  94102

NORTHERN DISTRICT OF CALIFORNIA
HERITAGE BANK BLDG
150 ALMADEN BLVD STE 900
SAN JOSE, CA  95113

NORTHERN MARIANA ISLANDS ATTORNEY
GEN
ADMINISTRATION BLDG
PO BOX 10007
SAIPAN, MP  96950-8907

NORTHERN TST CO, THE (2669)
ATTN ANDREW LUSSEN OR PROXY MGR
801 S. CANAL ST
ATT: CAPITAL STRUCTURES-C1N
CHICAGO, IL  60607

NORTHERN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NORTHERN, SHARRON
ADDRESS AVAILABLE UPON REQUEST

NORTHEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NORTHGATE
ADDRESS UNAVAILABLE AT TIME OF FILING

NORTHGRAVES, ANNE
ADDRESS AVAILABLE UPON REQUEST

NORTHRIP, EMILY
ADDRESS AVAILABLE UPON REQUEST

NORTHROP, JIM
ADDRESS AVAILABLE UPON REQUEST

NORTHROP, SARA
ADDRESS AVAILABLE UPON REQUEST

NORTHROP, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, AMY
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, JESSIE
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, LIZ
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, MARGARET
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NORTHRUP, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

NORTHWAY, BARB
ADDRESS AVAILABLE UPON REQUEST

NORTHWAY, DANA
ADDRESS AVAILABLE UPON REQUEST

NORTHWEST DISTRIBUTION
ADDRESS UNAVAILABLE AT TIME OF FILING

NORTMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

NORTON, AMY
ADDRESS AVAILABLE UPON REQUEST

NORTON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NORTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NORTON, BIANKA
ADDRESS AVAILABLE UPON REQUEST

NORTON, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

NORTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

NORTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NORTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NORTON, CINDY
ADDRESS AVAILABLE UPON REQUEST

NORTON, COLIN
ADDRESS AVAILABLE UPON REQUEST

NORTON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NORTON, ERICA
ADDRESS AVAILABLE UPON REQUEST

NORTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

NORTON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

NORTON, JASON
ADDRESS AVAILABLE UPON REQUEST

NORTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NORTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NORTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NORTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NORTON, JILL
ADDRESS AVAILABLE UPON REQUEST

NORTON, JONI
ADDRESS AVAILABLE UPON REQUEST

NORTON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

NORTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

NORTON, KEITH
ADDRESS AVAILABLE UPON REQUEST

NORTON, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

NORTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

NORTON, KURT
ADDRESS AVAILABLE UPON REQUEST

NORTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

NORTON, LUCY
ADDRESS AVAILABLE UPON REQUEST

NORTON, MARTIN
ADDRESS AVAILABLE UPON REQUEST

NORTON, MAX
ADDRESS AVAILABLE UPON REQUEST

NORTON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

NORTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NORTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

NORTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NORTON, ROB
ADDRESS AVAILABLE UPON REQUEST

NORTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NORTON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

NORTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

NORTON, SHARI
ADDRESS AVAILABLE UPON REQUEST

NORTON, SIMONE
ADDRESS AVAILABLE UPON REQUEST

NORVELL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

NORVELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

NORWELL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

NORWITT, DAVID
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, ALEAH
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, ALESHA
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, AMY
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, BEN
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, DAWUAN
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, JAMES
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, KENDRA
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, SHAUN
ADDRESS AVAILABLE UPON REQUEST

NORWOOD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NOSAL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NOSEWORTHY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NOSKY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

NOSLER, JESSI
ADDRESS AVAILABLE UPON REQUEST

NOSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

NOSS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NOSTE, ERIN
ADDRESS AVAILABLE UPON REQUEST

NOT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NOTA, DANIELA
ADDRESS AVAILABLE UPON REQUEST

NOTARIANNI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NOTAROBERTO, GINNY
ADDRESS AVAILABLE UPON REQUEST

NOTARY
ADDRESS UNAVAILABLE AT TIME OF FILING

NOTHNAGEL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NOTHOLT, MALLORY
ADDRESS AVAILABLE UPON REQUEST

NOTMAN, CAMAYA
ADDRESS AVAILABLE UPON REQUEST

NOTNEUTRAL.COM
639 N LARCHMONT BLVD SUITE 101
LOS ANGELES, CA  90004

NOTO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NOTO, EMILY
ADDRESS AVAILABLE UPON REQUEST

NOTO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

NOTO-GILROY, MARY
ADDRESS AVAILABLE UPON REQUEST

NOTTOLI, MARY SHANNON
ADDRESS AVAILABLE UPON REQUEST

NOULLET, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NOUR, PAMELA
ADDRESS AVAILABLE UPON REQUEST

NOURAI, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

NOURI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

NOURI, SKYLA
ADDRESS AVAILABLE UPON REQUEST

NOURSE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

NOUVELLE NOIR, INC.
2743 WOODSTOCK RD
LOS ANGELES, CA 90046

NOVA SCOTIA LIQUOR CORPORATION
93 CHAIN LAKE DRIVE
HALIFAX, NS B3S 1A3
CANADA

NOVA, GRACE
ADDRESS AVAILABLE UPON REQUEST

NOVA, TATE
ADDRESS AVAILABLE UPON REQUEST

NOVACK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NOVACK, NANCY
ADDRESS AVAILABLE UPON REQUEST

NOVAES, SHARON
ADDRESS AVAILABLE UPON REQUEST

NOVAK, ANNA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, BARB
ADDRESS AVAILABLE UPON REQUEST

NOVAK, CAT
ADDRESS AVAILABLE UPON REQUEST

NOVAK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NOVAK, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

NOVAK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NOVAK, DIANE
ADDRESS AVAILABLE UPON REQUEST

NOVAK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

NOVAK, ERIC
ADDRESS AVAILABLE UPON REQUEST

NOVAK, ERIN
ADDRESS AVAILABLE UPON REQUEST

NOVAK, FRANCES
ADDRESS AVAILABLE UPON REQUEST

NOVAK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, JARED
ADDRESS AVAILABLE UPON REQUEST

NOVAK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NOVAK, JULIA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, KATERINA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, KATLYNN
ADDRESS AVAILABLE UPON REQUEST

NOVAK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, KIANNA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, LAURA
ADDRESS AVAILABLE UPON REQUEST

NOVAK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

NOVAK, MANDY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, MARY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

NOVAK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

NOVAK, PAUL
ADDRESS AVAILABLE UPON REQUEST

NOVAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

NOVAK, STACY
ADDRESS AVAILABLE UPON REQUEST

NOVAK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

NOVAKOVICH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NOVALLE, JULIE
ADDRESS AVAILABLE UPON REQUEST

NOVARA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NOVAS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

NOVATSKI, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

NOVE POCHA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NOVEEN, TIANA
ADDRESS AVAILABLE UPON REQUEST

NOVEK, CARLY
ADDRESS AVAILABLE UPON REQUEST

NOVELA, JENNA
ADDRESS AVAILABLE UPON REQUEST

NOVELLI, RENEE
ADDRESS AVAILABLE UPON REQUEST

NOVELLO, PETER
ADDRESS AVAILABLE UPON REQUEST

NOVELLY, SARA
ADDRESS AVAILABLE UPON REQUEST

NOVENCIDO, KYRSTEN
ADDRESS AVAILABLE UPON REQUEST

NOVEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

NOVICKI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

NOVIELLI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NOVIELLO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NOVIK, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

NOVIKOV, ANNIE
ADDRESS AVAILABLE UPON REQUEST

NOVIKOVA, ELISAVETA
ADDRESS AVAILABLE UPON REQUEST

NOVIKOVA, NATALIYA
ADDRESS AVAILABLE UPON REQUEST

NOVINSKIE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NOVITSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

NOVO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

NOVO, DON
ADDRESS AVAILABLE UPON REQUEST

NOVO, JOHN
ADDRESS AVAILABLE UPON REQUEST

NOVO, PAT
ADDRESS AVAILABLE UPON REQUEST

NOVOTEL- AMSTERDAM
ADDRESS UNAVAILABLE AT TIME OF FILING

NOVOTNEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NOVOTNEY, MATT
ADDRESS AVAILABLE UPON REQUEST

NOVOTNY, ANA
ADDRESS AVAILABLE UPON REQUEST

NOVOTNY, FELICIA
ADDRESS AVAILABLE UPON REQUEST

NOVOTNY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NOVOTNY, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

NOVOTNY, MARK
ADDRESS AVAILABLE UPON REQUEST

NOVRUZOVA, LEYLA
ADDRESS AVAILABLE UPON REQUEST

NOVY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

NOVY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NOW, STOP
ADDRESS AVAILABLE UPON REQUEST

NOWACK, APRIL
ADDRESS AVAILABLE UPON REQUEST

NOWACKI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

NOWACZEK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NOWACZYK, TIM
ADDRESS AVAILABLE UPON REQUEST

NOWAK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

NOWAK, DONNA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, EMMA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, HANK
ADDRESS AVAILABLE UPON REQUEST

NOWAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, JULIE
ADDRESS AVAILABLE UPON REQUEST

NOWAK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NOWAK, KENNETH
ADDRESS AVAILABLE UPON REQUEST

NOWAK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

NOWAK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

NOWAK, STACEY
ADDRESS AVAILABLE UPON REQUEST

NOWAK, TRACY
ADDRESS AVAILABLE UPON REQUEST

NOWAKOSKI, JONNI
ADDRESS AVAILABLE UPON REQUEST

NOWAKOWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

NOWATZKE, DORENE
ADDRESS AVAILABLE UPON REQUEST

NOWD, PETER
ADDRESS AVAILABLE UPON REQUEST

NOWELL, LYNDI
ADDRESS AVAILABLE UPON REQUEST

NOWICKA, WIOLETA
ADDRESS AVAILABLE UPON REQUEST

NOWICKI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NOWICKI, ANNE
ADDRESS AVAILABLE UPON REQUEST

NOWICKI, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

NOWICKI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

NOWICKI, MONICA
ADDRESS AVAILABLE UPON REQUEST

NOWINSKY, LUKAS
ADDRESS AVAILABLE UPON REQUEST

NOWISZEWSKI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

NOWLAND, MADISON
ADDRESS AVAILABLE UPON REQUEST

NOWLAND, ZACK
ADDRESS AVAILABLE UPON REQUEST

NOWLIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

NOWLIN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

NOWLIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NOWLING, LISA
ADDRESS AVAILABLE UPON REQUEST

NOWOSIELSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NOY, MARY
ADDRESS AVAILABLE UPON REQUEST

NOYCE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

NOYE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NOYER, NANCY
ADDRESS AVAILABLE UPON REQUEST

NOYES, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

NOYES, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NOYES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NOYES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

NOYES, EMMA
ADDRESS AVAILABLE UPON REQUEST

NOYOLA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

NOZAKI-WONG, TAE
ADDRESS AVAILABLE UPON REQUEST

NP HOLDINGS LLC
3007 NE 195TH CT
LAKE FOREST PARK, WA  98155

NP-EDU SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

NPM
ADDRESS UNAVAILABLE AT TIME OF FILING

NRAI SERVICES LLC
160 GREENTREE DRIVE SUITE 101
DOVER, DE  19904

NRWBERRY, EMILY
ADDRESS AVAILABLE UPON REQUEST

NSOWNU FARMER, AMAKA
ADDRESS AVAILABLE UPON REQUEST

NTIA, UBONG
ADDRESS AVAILABLE UPON REQUEST

NTIRANYIBAGIRA, ALICE
ADDRESS AVAILABLE UPON REQUEST

NTSAKEY, BENNISON
ADDRESS AVAILABLE UPON REQUEST

NTSIE, DIDINTLE
ADDRESS AVAILABLE UPON REQUEST

NU LAW PROFESSIONAL EDU
(NORTHWESTERN)
ADDRESS UNAVAILABLE AT TIME OF FILING

NUARA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

NUBIA, MISHA
ADDRESS AVAILABLE UPON REQUEST

NUCCI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NUCHERENO, FRANK
ADDRESS AVAILABLE UPON REQUEST

NUCKLES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

NUCKOLLS, EMILY
ADDRESS AVAILABLE UPON REQUEST

NUCKOLLS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

NUCKOLLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

NUCKOLS, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

NUDELMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

NUEBLING, CHRIS
ADDRESS AVAILABLE UPON REQUEST

NUERNBERG, LIZA
ADDRESS AVAILABLE UPON REQUEST

NUETZMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

NUEZ, JACKIE
ADDRESS AVAILABLE UPON REQUEST

NUGENT, CAELEY
ADDRESS AVAILABLE UPON REQUEST

NUGENT, CASEY
ADDRESS AVAILABLE UPON REQUEST

NUGENT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

NUGENT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

NUGENT, DYLAN
ADDRESS AVAILABLE UPON REQUEST

NUGENT, FORRESTEL
ADDRESS AVAILABLE UPON REQUEST

NUGENT, KERRIE
ADDRESS AVAILABLE UPON REQUEST

NUGENT, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

NUGENT, MARY
ADDRESS AVAILABLE UPON REQUEST

NUGENT, PEYTON
ADDRESS AVAILABLE UPON REQUEST

NUGENT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

NUGENT, TIFFINI
ADDRESS AVAILABLE UPON REQUEST

NUGENT, TOMMY
ADDRESS AVAILABLE UPON REQUEST

NUGENT, TRACY
ADDRESS AVAILABLE UPON REQUEST

NUGER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

NUGUID, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NULL, AMY
ADDRESS AVAILABLE UPON REQUEST

NULL, CORY
ADDRESS AVAILABLE UPON REQUEST

NULL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NULL, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

NULL, LISA
ADDRESS AVAILABLE UPON REQUEST

NObLSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NULTON, KELLEY
ADDRESS AVAILABLE UPON REQUEST

NULTY, JULIA
ADDRESS AVAILABLE UPON REQUEST

NULTY, ZOE
ADDRESS AVAILABLE UPON REQUEST

NUMBERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

NUMEDAHL, RANDI
ADDRESS AVAILABLE UPON REQUEST

NUMEROFF, JASON
ADDRESS AVAILABLE UPON REQUEST

NUN LIAN
ADDRESS AVAILABLE UPON REQUEST

NUNAMAKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

NUNEMACHER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NUNES, AMY
ADDRESS AVAILABLE UPON REQUEST

NUNES, GORETTE
ADDRESS AVAILABLE UPON REQUEST

NUNES, HANNELOREN
ADDRESS AVAILABLE UPON REQUEST

NUNES, JHOANNE
ADDRESS AVAILABLE UPON REQUEST

NUNES, JIMMY
ADDRESS AVAILABLE UPON REQUEST

NUNEZ LOPEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ARLINDA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ARNOLDO
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, BECKY
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, BRENDA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, DEANA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, DIGNA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, EDWIN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, GABI
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, GERARDO
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, GLADYS
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, LIANA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, IVAN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JESSI
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JOANN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, JULISSA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, KENIA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, LAURICE
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, LUIGI
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, MADELIN
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, REGINA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ROSEANNY
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, SUNNY
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, YANIL
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, YASMINE
ADDRESS AVAILABLE UPON REQUEST

NUNEZ, ZOILA
ADDRESS AVAILABLE UPON REQUEST

NUNGARAY, KLARISA
ADDRESS AVAILABLE UPON REQUEST

NUNLEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

NUNLEY, JEFF
ADDRESS AVAILABLE UPON REQUEST

NUNN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

NUNN, KADY
ADDRESS AVAILABLE UPON REQUEST

NUNN, SALISE
ADDRESS AVAILABLE UPON REQUEST

NUNNALLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

NUNNALLY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

NUNNARI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

NUNNERY, JERRY
ADDRESS AVAILABLE UPON REQUEST

NUNNEY, THERESA
ADDRESS AVAILABLE UPON REQUEST

NUNO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

NUNO, RUBY
ADDRESS AVAILABLE UPON REQUEST

NUNU, NANETTE
ADDRESS AVAILABLE UPON REQUEST

NUNZIATA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NURENBERG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

NURENBERG, KATIE
ADDRESS AVAILABLE UPON REQUEST

NURENBERG, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

NURMI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

NURMING-POR, MADELINE
ADDRESS AVAILABLE UPON REQUEST

NURNBERG, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

NURRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

NURSE-BAKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NURSEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

NUSBAUM, ERIC
ADDRESS AVAILABLE UPON REQUEST

NUSBAUM, MARK
ADDRESS AVAILABLE UPON REQUEST

NUSHREE, A
ADDRESS AVAILABLE UPON REQUEST

NUSINOW, ALICE
ADDRESS AVAILABLE UPON REQUEST

NUSKEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

NUSLEIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

NUSPL, NICK
ADDRESS AVAILABLE UPON REQUEST

NUSS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

NUSS, JENNA
ADDRESS AVAILABLE UPON REQUEST

NUSS, KAREN
ADDRESS AVAILABLE UPON REQUEST

NUSSBAUM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NUSSBAUM, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

NUSSBAUM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NUSSBAUM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

NUSSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

NUSSENZWEIG, MAYA
ADDRESS AVAILABLE UPON REQUEST

NUTGRASS, DAVID
ADDRESS AVAILABLE UPON REQUEST

NUTGRASS, GARRETT
ADDRESS AVAILABLE UPON REQUEST

NUTMAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

NUTT, EMILEE
ADDRESS AVAILABLE UPON REQUEST

NUTT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

NUTTER KRANTZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

NUTTER, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

NUTTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

NUTTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

NUTTER, RICK
ADDRESS AVAILABLE UPON REQUEST

NUTTER, TERESA
ADDRESS AVAILABLE UPON REQUEST

NUTTING, KENDRA
ADDRESS AVAILABLE UPON REQUEST

NUTTON, ARNESSHEE
ADDRESS AVAILABLE UPON REQUEST

NUTTYCOMBE, ALEX
ADDRESS AVAILABLE UPON REQUEST

NUVIEW IRA FBO JOHN SEABERN
14 WALNUT AVE
MILL VALLEY, CA  94941

NUVIEW IRA FBO JOHN SEABERN
ADDRESS AVAILABLE UPON REQUEST

NUXOLL, AMY
ADDRESS AVAILABLE UPON REQUEST

NUYEN, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

NUZHDIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NUZUM, JOANN
ADDRESS AVAILABLE UPON REQUEST

NUZUM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NUZZO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

NV DEPT OF TAXATION
700 E WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS, NV  89119

NW WINE COMPANY
20980 NE NEIDERBERGER ROAD
DUNDEE, OR  97115

NWABARA, OBES
ADDRESS AVAILABLE UPON REQUEST

NWANZE, C
ADDRESS AVAILABLE UPON REQUEST

NWAOGAZIE, SOMTOCHUKWU
ADDRESS AVAILABLE UPON REQUEST

NWAOMAH, CHUKWUMA
ADDRESS AVAILABLE UPON REQUEST

NWOKE, OKEY
ADDRESS AVAILABLE UPON REQUEST

NWOKOLO, SHARRIES
ADDRESS AVAILABLE UPON REQUEST

NWOSU, OKEY
ADDRESS AVAILABLE UPON REQUEST

NY LIQUOR AUTHORITY
ADDRESS UNAVAILABLE AT TIME OF FILING

NY NYS SALES TAX PROCESSING
HARRIMAN CAMPUS RD
ALBANY, NY  12226

NY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

NYAME, MAXIE
ADDRESS AVAILABLE UPON REQUEST

NYAMEKHYE, AMA
ADDRESS AVAILABLE UPON REQUEST

NYAMWEYA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

NYANGACHA, JULIA
ADDRESS AVAILABLE UPON REQUEST

NYANGORO, MONICA
ADDRESS AVAILABLE UPON REQUEST

NYANKALE, LOSIA
ADDRESS AVAILABLE UPON REQUEST

NYANTEKYI, AKOSUA BENHENE
ADDRESS AVAILABLE UPON REQUEST

NYBERG, BRITTA
ADDRESS AVAILABLE UPON REQUEST

NYBERG, IAN
ADDRESS AVAILABLE UPON REQUEST

NYBERG, WENDY
ADDRESS AVAILABLE UPON REQUEST

NYBO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NYC DATENITE CORP
55 W. 25TH ST. APT 34B
NEW YORK, NY  10010

NYC DEPARTMENT OF FINANCE
PO BOX 3922
NEW YORK, NY  10008-3922

NYC DEPARTMENT OF FINANCE
PO BOX 3933
NEW YORK, NY  10008-3933

NYC TAXI
ADDRESS UNAVAILABLE AT TIME OF FILING

NYCZ, JOANNE
ADDRESS AVAILABLE UPON REQUEST

NYDICK, NORA
ADDRESS AVAILABLE UPON REQUEST

NYE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

NYE, BECKY
ADDRESS AVAILABLE UPON REQUEST

NYE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

NYE, GINGER
ADDRESS AVAILABLE UPON REQUEST

NYE, HILLERY
ADDRESS AVAILABLE UPON REQUEST

NYE, JULIA
ADDRESS AVAILABLE UPON REQUEST

NYE, KELLY
ADDRESS AVAILABLE UPON REQUEST

NYE, KELLY
ADDRESS AVAILABLE UPON REQUEST

NYE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

NYE, PATTI
ADDRESS AVAILABLE UPON REQUEST

NYENPAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

NYGAARD, CLINT
ADDRESS AVAILABLE UPON REQUEST

NYGAARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

NYLA
ADDRESS AVAILABLE UPON REQUEST

NYLAND, BRANDON
ADDRESS AVAILABLE UPON REQUEST

NYLAND, HEIDI
ADDRESS AVAILABLE UPON REQUEST

NYLIN, CLARK
ADDRESS AVAILABLE UPON REQUEST

NYOKABI, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

NYONGANI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

NYPAVER, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

NYPAVER, M
ADDRESS AVAILABLE UPON REQUEST

NYQUIST, ERIC
ADDRESS AVAILABLE UPON REQUEST

NYQUIST, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

NYS CORPORATION TAX
PO BOX 15200
ALBANY, NY  12212-5200

NYS DEPARTMENT OF STATE
STATE RECORDS ONE COMMERCE PLAZA
99 WASHINGTON AVENUE, STE 600
ALBANY, NY  12231-0001

NYS DEPARTMENT OF TAXATION AND
FINANCE
P.O. BOX 15163
ALBANY, NY  12212-5163

NYS TAX FINANC
ADDRESS UNAVAILABLE AT TIME OF FILING

NYS UNEMPLOYMENT INSURANCE
ADDRESS UNAVAILABLE AT TIME OF FILING

NYSCH, TALIA
ADDRESS AVAILABLE UPON REQUEST

NYSE AMERICAN LLC
74 TRINITY PLACE
NEW YORK, NY  10006

NYSE GROUP, INC.
5660 NEW NORTHSIDE DRIVE, 3RD FLOOR
C/O TAX DEPT ATLANTA, GA  30328

NYSIF DISABLTY INSURANCE
ADDRESS UNAVAILABLE AT TIME OF FILING

NYST, ANNABELLE
ADDRESS AVAILABLE UPON REQUEST

NYSTROM, DREW
ADDRESS AVAILABLE UPON REQUEST

NYSTROM, LUCY
ADDRESS AVAILABLE UPON REQUEST

NYSTROM, ROSEANNA
ADDRESS AVAILABLE UPON REQUEST

NZESSI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

NZIFFA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

NZINGHA, KITO
ADDRESS AVAILABLE UPON REQUEST

NZORUBARA, DARLENE
ADDRESS AVAILABLE UPON REQUEST

NZUME-FIGEE, ANOUSHA
ADDRESS AVAILABLE UPON REQUEST

NZYOKA YONGO, CYD
ADDRESS AVAILABLE UPON REQUEST

O B SKIPWORTH
ADDRESS AVAILABLE UPON REQUEST

O DOWD, MARYMARGARET
ADDRESS AVAILABLE UPON REQUEST

O NEILL DWYER, KAREN
ADDRESS AVAILABLE UPON REQUEST

O&039;REILLY, KELSIE
ADDRESS AVAILABLE UPON REQUEST

O&39;DONNELL, SPRING
ADDRESS AVAILABLE UPON REQUEST

O&39;MALLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

O, RACHEL
ADDRESS AVAILABLE UPON REQUEST

O, RBIN
ADDRESS AVAILABLE UPON REQUEST

O., BILL
ADDRESS AVAILABLE UPON REQUEST

O'BANION, MEGAN
ADDRESS AVAILABLE UPON REQUEST

O'BOYLE, JENNA
ADDRESS AVAILABLE UPON REQUEST

O'BRIANT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, AUBREY
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, BEN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, CONOR
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, QUENTIN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, SERENA
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

O'BRIEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

O'CALLAGHAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

O'CARROLL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, JOSH
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, TANYA
ADDRESS AVAILABLE UPON REQUEST

O'CONNELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

O'CONNER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, JENIFER
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, LAURIE
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, MIREILLE
ADDRESS AVAILABLE UPON REQUEST

O'CONNOR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

O'DELL, GERT
ADDRESS AVAILABLE UPON REQUEST

O'DELL, GREG
ADDRESS AVAILABLE UPON REQUEST

O'DELL, LISA
ADDRESS AVAILABLE UPON REQUEST

O'DELL, MARENA
ADDRESS AVAILABLE UPON REQUEST

O'DOHERTY, MONICA
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, BRIGID
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, JEONG
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, SEAN
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL, SHEENA
ADDRESS AVAILABLE UPON REQUEST

O'DONNELL-LURIA, ANNE
ADDRESS AVAILABLE UPON REQUEST

O'DONOGHUE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

O'DONOVAN, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

O'GORMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

O'GRADY, LINDA
ADDRESS AVAILABLE UPON REQUEST

O'HAIR, KELLY
ADDRESS AVAILABLE UPON REQUEST

O'HALLERAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

O'HALLORAN, BRIGHID
ADDRESS AVAILABLE UPON REQUEST

O'HANLON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

O'HARA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

O'HARA, JIM
ADDRESS AVAILABLE UPON REQUEST

O'HARA, KATHY
ADDRESS AVAILABLE UPON REQUEST

O'HARA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

O'HARE, CARLY
ADDRESS AVAILABLE UPON REQUEST

O'HARE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

O'HARE, LACI
ADDRESS AVAILABLE UPON REQUEST

O'HARE, PAULA
ADDRESS AVAILABLE UPON REQUEST

O'HEA, EMMA
ADDRESS AVAILABLE UPON REQUEST

O'KANE, GEMMA
ADDRESS AVAILABLE UPON REQUEST

O'KEEFE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

O'KEEFE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

O'KEEFE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

O'KEEFE, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

O'LEARY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

O'LEARY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

O'LOUGHLIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

O'LOUGHLIN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

O'MAHONY, GARRET
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, DALLAS
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, NORA
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

O'MALLEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

O'MEARA, CONNOR
ADDRESS AVAILABLE UPON REQUEST

O'MEARA, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

O'NEAL, PAM
ADDRESS AVAILABLE UPON REQUEST

O'NEAL, TORI
ADDRESS AVAILABLE UPON REQUEST

O'NEAL, WESTON
ADDRESS AVAILABLE UPON REQUEST

O'NEIL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

O'NEIL, KATIE
ADDRESS AVAILABLE UPON REQUEST

O'NEIL, MARISOL
ADDRESS AVAILABLE UPON REQUEST

O'NEIL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

O'NEILL SUSAN
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, BRETT
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, KRISTI
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

O'NEILL, TRISHA
ADDRESS AVAILABLE UPON REQUEST

O'O, TIARAH
ADDRESS AVAILABLE UPON REQUEST

O'QUIN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

O'REILLY, CLARE
ADDRESS AVAILABLE UPON REQUEST

O'REILLY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

O'REILLY, KERIDA
ADDRESS AVAILABLE UPON REQUEST

O'RILEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

O'RIORDAN, MARTIN
ADDRESS AVAILABLE UPON REQUEST

O'RIORDAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

O'ROURKE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

O'ROURKE, DENISE
ADDRESS AVAILABLE UPON REQUEST

O'ROURKE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

O'SHAUGHNESSY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

O'SHAUGHNESSY, JOHN
ADDRESS AVAILABLE UPON REQUEST

O'SHAUGHNESSY, RYAN
ADDRESS AVAILABLE UPON REQUEST

O'SHEA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

O'SHEA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

O'SULLIVAN, KAILEE
ADDRESS AVAILABLE UPON REQUEST

O'SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

O'SULLIVAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

O'SULLIVAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

O'TAPI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

O'TOOLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

O'TOOLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

O'TOOLE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

O'TOOLE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

O'TOOLE, RAIANNA
ADDRESS AVAILABLE UPON REQUEST

OAK BARRELS
ADDRESS UNAVAILABLE AT TIME OF FILING

OAK RIDGE WINERY, LLC
6100 E VICTOR RD
LODI, CA  95240

OAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

OAKES, BECKY
ADDRESS AVAILABLE UPON REQUEST

OAKES, CARA
ADDRESS AVAILABLE UPON REQUEST

OAKES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OAKES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

OAKES, KRIS
ADDRESS AVAILABLE UPON REQUEST

OAKES, LAURA
ADDRESS AVAILABLE UPON REQUEST

OAKES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OAKES, ROBBY
ADDRESS AVAILABLE UPON REQUEST

OAKES, SARA
ADDRESS AVAILABLE UPON REQUEST

OAKES, TERESA
ADDRESS AVAILABLE UPON REQUEST

OAKES, VERNON
ADDRESS AVAILABLE UPON REQUEST

OAKFORD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OAKLAND PACKAGING & SUPPLY
3200 REGATTA BLVD UNIT F
RICHMOND, CA  94804

OAKLAND, KATELYN
ADDRESS AVAILABLE UPON REQUEST

OAKLEY & BRUGMAN INC
8644 WILSHIRE BLVD UNIT 204
BEVERLY HILLS, CA  90211

OAKLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

OAKLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

OAKLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OAKLEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

OAKLEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

OAKS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OAKS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

OAKS, EBONY
ADDRESS AVAILABLE UPON REQUEST

OAKS, JACKUELINE
ADDRESS AVAILABLE UPON REQUEST

OAKS, MARY A
ADDRESS AVAILABLE UPON REQUEST

OAKTREE IMPORTS INC
711 MORENO ROAD
SANTA BARBARA, CA  93150

OAKTREE IMPORTS INC
PO BOX 5504
SANTA BARBARA, CA  93150

OANDASAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OASIS/S2 WINE BROKERS
ADDRESS UNAVAILABLE AT TIME OF FILING

OATES, AUDREY
ADDRESS AVAILABLE UPON REQUEST

OATES, ENID
ADDRESS AVAILABLE UPON REQUEST

OATES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

OATMAN, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

OB MEDIA U.S.
1425 N. CHEROKEE AVE  93009
LOS ANGELES, CA  90093-9993

OBAFEMI, OLAYINKA
ADDRESS AVAILABLE UPON REQUEST

OBANDO, PATTY
ADDRESS AVAILABLE UPON REQUEST

OBANER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

OBANION, EMILY
ADDRESS AVAILABLE UPON REQUEST

OBANNER, MYRA
ADDRESS AVAILABLE UPON REQUEST

OBANNON, JAMES
ADDRESS AVAILABLE UPON REQUEST

OBANNON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OBARA, KRIS
ADDRESS AVAILABLE UPON REQUEST

OBARSKI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OBATA, SHINICHIRO
ADDRESS AVAILABLE UPON REQUEST

OBECK, ANDY
ADDRESS AVAILABLE UPON REQUEST

OBECK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

OBED JEAN
ADDRESS AVAILABLE UPON REQUEST

OBEE, ALYCE
ADDRESS AVAILABLE UPON REQUEST

OBEID, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OBENBERGER, LISA
ADDRESS AVAILABLE UPON REQUEST

OBENLAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OBENZINGER, HILTON
ADDRESS AVAILABLE UPON REQUEST

OBER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

OBER, MADISON
ADDRESS AVAILABLE UPON REQUEST

OBER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OBERBROECKLING-ORR, HELEN
ADDRESS AVAILABLE UPON REQUEST

OBERBRUNNER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

OBERBRUNNER, ROGER
ADDRESS AVAILABLE UPON REQUEST

OBERBRUNNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

OBERG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OBERG, MADISON
ADDRESS AVAILABLE UPON REQUEST

OBERG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OBERG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OBERG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OBERGFELL, JODY
ADDRESS AVAILABLE UPON REQUEST

OBERHAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

OBERHAUS, ELISSA
ADDRESS AVAILABLE UPON REQUEST

OBERHAUSEN, ALYSON
ADDRESS AVAILABLE UPON REQUEST

OBERJAT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OBERJUERGE, CASEY
ADDRESS AVAILABLE UPON REQUEST

OBERLANDER, BONITA
ADDRESS AVAILABLE UPON REQUEST

OBERLANDER, MARIA
ADDRESS AVAILABLE UPON REQUEST

OBERLE, ANTHIE
ADDRESS AVAILABLE UPON REQUEST

OBERLE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

OBERLE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

OBERLE-HALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OBERLIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

OBERLING, TONYA
ADDRESS AVAILABLE UPON REQUEST

OBERLINK, ANNY
ADDRESS AVAILABLE UPON REQUEST

OBERLOIER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

OBERLY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OBERMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OBERMEIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OBERMEYER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

OBERMEYER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

OBERNDORFER, CORY
ADDRESS AVAILABLE UPON REQUEST

OBERNESSER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

OBERRENDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

OBERRY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OBERST, DAVID
ADDRESS AVAILABLE UPON REQUEST

OBERST, LISA
ADDRESS AVAILABLE UPON REQUEST

OBERSTEIN, SERENA
ADDRESS AVAILABLE UPON REQUEST

OBERT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OBERT, DARYL
ADDRESS AVAILABLE UPON REQUEST

OBERT, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

OBERT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

OBERTHALER, PETER
ADDRESS AVAILABLE UPON REQUEST

OBERTO, NANCY
ADDRESS AVAILABLE UPON REQUEST

OBERTO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OBERWAGER, LISA
ADDRESS AVAILABLE UPON REQUEST

OBESO, CLARA
ADDRESS AVAILABLE UPON REQUEST

OBEY, ALYSON
ADDRESS AVAILABLE UPON REQUEST

OBEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OBIAKO, TOBENNA
ADDRESS AVAILABLE UPON REQUEST

OBIAS, ZARAH
ADDRESS AVAILABLE UPON REQUEST

OBIDIKE, NGOZI
ADDRESS AVAILABLE UPON REQUEST

OBIE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OBIN, LEONARD
ADDRESS AVAILABLE UPON REQUEST

OBISPO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

OBLISK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OBMOIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

OBOLENSKAYA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

OBORNE, LEANNE
ADDRESS AVAILABLE UPON REQUEST

OBOSEIYE OKOEGUALE
ADDRESS AVAILABLE UPON REQUEST

OBOT, TETE
ADDRESS AVAILABLE UPON REQUEST

OBOYLE, ALISHA
ADDRESS AVAILABLE UPON REQUEST

OBOYLE, LOIS
ADDRESS AVAILABLE UPON REQUEST

OBRANOVICH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

OBRECHT JUNIOR, MARCEL
ADDRESS AVAILABLE UPON REQUEST

OBREGON, YARA
ADDRESS AVAILABLE UPON REQUEST

OBREMSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

OBRIAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN LEGG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, BETH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, BETSY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, BREANA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CARLY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, DANA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, GAYLE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, GRACE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, GREG
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, HALIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JAIME
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JEAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JESSIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JIMMY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KAIT
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KAT
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KELYN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, LIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, LIAM
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MADISON
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MAIREAD
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MARIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MOLLY (MARGARET)
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, PAT
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, PAT
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, RYLEE
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SALLY
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SHEILAH
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, TARA
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OBRIEN, TODD
ADDRESS AVAILABLE UPON REQUEST

OBRINGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OBROVAC, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

OBRYAN, DELANEY
ADDRESS AVAILABLE UPON REQUEST

OBST, DONALD
ADDRESS AVAILABLE UPON REQUEST

OBUOBI, HUMPHREY
ADDRESS AVAILABLE UPON REQUEST

OBXNC LLC
ADDRESS AVAILABLE UPON REQUEST

OBYRNE, KARI
ADDRESS AVAILABLE UPON REQUEST

OBYRNE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

OCA, JESSE
ADDRESS AVAILABLE UPON REQUEST

OCAIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

OCALLAGHAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OCALLAGHAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OCALLAGHAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OCALLAGHAN, GRAZYNA
ADDRESS AVAILABLE UPON REQUEST

OCALLAGHAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OCAMPO, ALY
ADDRESS AVAILABLE UPON REQUEST

OCAMPO, ANNE
ADDRESS AVAILABLE UPON REQUEST

OCAMPO, CARMELA
ADDRESS AVAILABLE UPON REQUEST

OCAMPO, DIANA
ADDRESS AVAILABLE UPON REQUEST

OCAMPO, RITA
ADDRESS AVAILABLE UPON REQUEST

OCAMPO-ARELLANO, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

OCARROLL, AIDAN
ADDRESS AVAILABLE UPON REQUEST

OCARROLL, MIN
ADDRESS AVAILABLE UPON REQUEST

OCASIO, ADAM
ADDRESS AVAILABLE UPON REQUEST

OCASIO, CLARISELLE
ADDRESS AVAILABLE UPON REQUEST

OCASIO, JOSE
ADDRESS AVAILABLE UPON REQUEST

OCASIO, JUDITH
ADDRESS AVAILABLE UPON REQUEST

OCCHIPINTO, KATHY
ADDRESS AVAILABLE UPON REQUEST

OCCUPATIONAL SAFETY & HEALTH ADMIN.
200 CONSTITUTION AVE NW
WASHINGTON, DC  20210

OCEAN STATE WINE & SPIRITS
101 HIGGINSON AVE BUILDING  97
LINCOLN, RI  02865

OCEAN STATE WINE & SPIRITS
101 HIGGINSON AVE
LINCOLN, RI  02865

OCEAN, MISTY
ADDRESS AVAILABLE UPON REQUEST

OCEPEK, JULIE
ADDRESS AVAILABLE UPON REQUEST

OCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

OCHMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

OCHMAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

OCHO, LUIS
ADDRESS AVAILABLE UPON REQUEST

OCHOA DAHLHEIMER, TERESA
ADDRESS AVAILABLE UPON REQUEST

OCHOA DOMINGUEZ, LADISLAO
ADDRESS AVAILABLE UPON REQUEST

OCHOA, AMIE
ADDRESS AVAILABLE UPON REQUEST

OCHOA, ELSA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, ITZEL
ADDRESS AVAILABLE UPON REQUEST

OCHOA, JASMINE/NEREIDA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, KYRA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, LAURA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OCHOA, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

OCHOA, MARINES
ADDRESS AVAILABLE UPON REQUEST

OCHOA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OCHOA, SELENA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, TINA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

OCHOA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

OCHS, AMY
ADDRESS AVAILABLE UPON REQUEST

OCHS, CARLY
ADDRESS AVAILABLE UPON REQUEST

OCHS, EVELYN
ADDRESS AVAILABLE UPON REQUEST

OCHS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OCHS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

OCHS, NAHUM
ADDRESS AVAILABLE UPON REQUEST

OCHS, OCHS
ADDRESS AVAILABLE UPON REQUEST

OCHS, PALMER
ADDRESS AVAILABLE UPON REQUEST

OCHSMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

OCHSNER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OCKELMANN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OCKENHOUSE, MARIA
ADDRESS AVAILABLE UPON REQUEST

OCKRIM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OCLAIR, RONALD
ADDRESS AVAILABLE UPON REQUEST

OCON, ANYSA
ADDRESS AVAILABLE UPON REQUEST

OCON, MARSHA
ADDRESS AVAILABLE UPON REQUEST

OCON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, JENNY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, KELLY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, MARY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, MAURA
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

OCONNELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

OCONNER, KAREN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR GRANT, KASYA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, BARBARA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, CARA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, CAROL
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DEBRA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DENISE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DENISE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DENNIS
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DIANE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DIANE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, DIANE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ELLEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ERICA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, EVAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, GERALD
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, HEIDI
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, IMELDA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, JACLYN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, JANET
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, JODI
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KAREN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KATHY
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KELLY
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, KYLE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, LISA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MARISSA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MIA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MIMI
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, MRS. LOGAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, PAT
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, PATRICK
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, PHILOMENA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, REILLY
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ROBYN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, RYAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, RYAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, SAYDE
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, TARA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, TERRY
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, TRISHA
ADDRESS AVAILABLE UPON REQUEST

OCONNOR, ZYRA
ADDRESS AVAILABLE UPON REQUEST

OCOYNE, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

OCTAGON, INC
800 CONNECTICUT AVE
NORWALK, CT  06854

OCTAVIUS LAMOUR
ADDRESS AVAILABLE UPON REQUEST

ODDI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ODDIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ODDO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ODDSON, TATIANA
ADDRESS AVAILABLE UPON REQUEST

ODEA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ODEA, FRANK
ADDRESS AVAILABLE UPON REQUEST

ODEA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ODEKE, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

ODELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

ODELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ODELL, DENISHA
ADDRESS AVAILABLE UPON REQUEST

ODELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

ODELL, JANIS
ADDRESS AVAILABLE UPON REQUEST

ODELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ODELL, JENNY
ADDRESS AVAILABLE UPON REQUEST

ODELL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ODELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ODELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

ODELL, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

ODELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ODEN, DEANN (ALICIA)
ADDRESS AVAILABLE UPON REQUEST

ODEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ODEN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ODENBACH, CARYN
ADDRESS AVAILABLE UPON REQUEST

ODENBAUGH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ODENEAL, STACIE
ADDRESS AVAILABLE UPON REQUEST

ODEN-FOREMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ODENKIRK, DAVID
ADDRESS AVAILABLE UPON REQUEST

ODENKIRK, DENISE
ADDRESS AVAILABLE UPON REQUEST

ODENTHAL, LUKE
ADDRESS AVAILABLE UPON REQUEST

ODERMATT, PAUL
ADDRESS AVAILABLE UPON REQUEST

ODESSA, JOSEPH,
ADDRESS AVAILABLE UPON REQUEST

ODESSKY, JANE
ADDRESS AVAILABLE UPON REQUEST

ODESSKY, TERRI
ADDRESS AVAILABLE UPON REQUEST

ODEYEMI, YASMIN
ADDRESS AVAILABLE UPON REQUEST

ODGERS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ODIAMAR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ODINAK, REUT
ADDRESS AVAILABLE UPON REQUEST

ODINSON, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ODINTSOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

ODIOSO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ODLE, MARK
ADDRESS AVAILABLE UPON REQUEST

ODLIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

ODLYVANSKA, ANTONINA
ADDRESS AVAILABLE UPON REQUEST

ODNEAL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ODOCHA, TOCHI
ADDRESS AVAILABLE UPON REQUEST

ODOM, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ODOM, ALISON
ADDRESS AVAILABLE UPON REQUEST

ODOM, DARNELL
ADDRESS AVAILABLE UPON REQUEST

ODOM, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ODOM, KELLY
ADDRESS AVAILABLE UPON REQUEST

ODOM, KERSHA
ADDRESS AVAILABLE UPON REQUEST

ODOM, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ODOM, LOUISE
ADDRESS AVAILABLE UPON REQUEST

ODOM, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

ODOM, SARAH
ADDRESS AVAILABLE UPON REQUEST

ODON, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

ODONLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, CARA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, JULIA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, KELLI
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, LEIA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, MARYANN
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, RILEY
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, RUTH
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, SHEA
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, STEVE
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, TARRAH
ADDRESS AVAILABLE UPON REQUEST

ODONNELL, TRACY
ADDRESS AVAILABLE UPON REQUEST

ODONNOGHUE, ED
ADDRESS AVAILABLE UPON REQUEST

ODONOGHUE, JENNY
ADDRESS AVAILABLE UPON REQUEST

ODONOGHUE, TERI
ADDRESS AVAILABLE UPON REQUEST

ODONOHUE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ODONOHUE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ODONOVAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ODONOVAN, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

ODORISIO, MICHAEL OR MARGARET
ADDRESS AVAILABLE UPON REQUEST

ODORISIO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ODOVERO, CIARA
ADDRESS AVAILABLE UPON REQUEST

ODOWD, JOHN
ADDRESS AVAILABLE UPON REQUEST

ODREN, MONIKA
ADDRESS AVAILABLE UPON REQUEST

ODRISCOLL, KASSIE
ADDRESS AVAILABLE UPON REQUEST

ODRISCOLL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ODRISCOLL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ODUMS, RAITIMA
ADDRESS AVAILABLE UPON REQUEST

ODURO, REBA
ADDRESS AVAILABLE UPON REQUEST

ODVODY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ODWYER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ODWYER, LOLAI
ADDRESS AVAILABLE UPON REQUEST

ODWYER, TRIONA
ADDRESS AVAILABLE UPON REQUEST

ODZELASHVILI, TEYA
ADDRESS AVAILABLE UPON REQUEST

OECHSLE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

OEHL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OEHLER, LYNN
ADDRESS AVAILABLE UPON REQUEST

OEHLER, LYNN
ADDRESS AVAILABLE UPON REQUEST

OEHLER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

OEHLERKING, ANDREA
ADDRESS AVAILABLE UPON REQUEST

OEHLERKING, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

OEHLERT, CLARA
ADDRESS AVAILABLE UPON REQUEST

OEHMANN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OEHMCKE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

OEHME, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OEHRLEIN, TERESSA
ADDRESS AVAILABLE UPON REQUEST

OELENBERGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OELER, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

OELFKE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

OELKE, CARISSA
ADDRESS AVAILABLE UPON REQUEST

OELKE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

OEMKE MADARASH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

OENOTRI NAPA
ADDRESS UNAVAILABLE AT TIME OF FILING

OERTLING, CARMEN
ADDRESS AVAILABLE UPON REQUEST

OESCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

OESER, FALLON
ADDRESS AVAILABLE UPON REQUEST

OESS, KATIE
ADDRESS AVAILABLE UPON REQUEST

OESTERREICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

OETIKER, KURT
ADDRESS AVAILABLE UPON REQUEST

OETTINGER, STACEY
ADDRESS AVAILABLE UPON REQUEST

OFALLA, CZARINA
ADDRESS AVAILABLE UPON REQUEST

OFALLON, GENIE
ADDRESS AVAILABLE UPON REQUEST

OFALLON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

OFALLON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OFENGEIM, DENA
ADDRESS AVAILABLE UPON REQUEST

OFFENSEND, SARA
ADDRESS AVAILABLE UPON REQUEST

OFFER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OFFERDAHL, HABONE
ADDRESS AVAILABLE UPON REQUEST

OFFERDAHL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

OFFERMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OFFERPOP CORPORATION
36 EAST 31ST STREET 8TH FLOOR
NEW YORK, NY  10016

OFFERS, JULIE
ADDRESS AVAILABLE UPON REQUEST

OFFERSEN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

OFFICE 365
ADDRESS UNAVAILABLE AT TIME OF FILING

OFFICE DEPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

OFFICE MAX
ADDRESS UNAVAILABLE AT TIME OF FILING

OFFICE NATION
500 CENTRAL AVENUE
WINNETKA, IL 60093

OFFICE OF ATTORNEY GENERAL
DIVISION OF SECURITIES
200 SAINT PAUL PLACE
BALTIMORE, MD 21202-2020

OFFICE OF FINANCE
P.O. BOX 30716
LOS ANGELES, CA 90030-0716

OFFICE OF SANTA BARBARA COUNTY CLERK
SANTA BARBARA COUNTY RECORDER
P.O. BOX 159
SANTA BARBARA, CA 93102-159

OFFICE OF SEC. OF STATE OF CALIFORNIA
HON. ALEX PADILLA
1500 11TH ST
SACRAMENTO, CA 95814

OFFICE OF SEC. OF STATE OF
PENNSYLVANIA
HON. PEDRO A. CORTES
302 N OFFICE BLDG
HARRISBURG, PA 17120

OFFICE OF SECRETARY OF STATE OF
ALABAMA
PO BOX 5616
MONTGOMERY, AL 36130

OFFICE OF SECRETARY OF STATE OF
ALASKA
LIEUTENANT GOVERNOR -E
PO BOX 110015
JUNEAU, AK 99811

OFFICE OF SECRETARY OF STATE OF
AMERICAN SAMOA
LT GOVERNOR -E OFFICE OF THE
GOVERNOR
3RD FL, UTULEI
PAGO PAGO, AS 96799

OFFICE OF SECRETARY OF STATE OF
ARIZONA
1700 W WASHINGTON ST, FL 7
PHOENIX, AZ 85007

OFFICE OF SECRETARY OF STATE OF
ARKANSAS
STATE CAPITOL, STE 256
500 WOODLANE ST
LITTLE ROCK, AR 72201

OFFICE OF SECRETARY OF STATE OF
CALIFORNIA
1500 11TH ST
SACRAMENTO, CA 95814

OFFICE OF SECRETARY OF STATE OF
COLORADO
1700 BROADWAY, STE 200
DENVER, CO 80290

OFFICE OF SECRETARY OF STATE OF
CONNECTICUT
ATTN: CAPITOL OFFICE
PO BOX 150470
HARTFORD, CT 06115-0470

OFFICE OF SECRETARY OF STATE OF
DELAWARE
TOWNSEND BLDG
401 FEDERAL ST
DOVER, DE 19901

OFFICE OF SECRETARY OF STATE OF
DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVE, NW
STE 419
WASHINGTON, DC 20004

OFFICE OF SECRETARY OF STATE OF
FLORIDA
R.A. GRAY BLDG
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

OFFICE OF SECRETARY OF STATE OF
GEORGIA
214 STATE CAPITOL
ATLANTA, GA 30334

OFFICE OF SECRETARY OF STATE OF GUAM
LIEUTENANT GOVERNOR -E
PO BOX 2950
HAGATNA, GU 96932

OFFICE OF SECRETARY OF STATE OF
HAWAII
LIEUTENANT GOVERNOR -E
STATE CAPITOL
HONOLULU, HI 96813

OFFICE OF SECRETARY OF STATE OF IDAHO
PO BOX 83720
BOISE, ID 83720

OFFICE OF SECRETARY OF STATE OF
ILLINOIS
213 STATE CAPITOL
SPRINGFIELD, IL 62756

OFFICE OF SECRETARY OF STATE OF
INDIANA
200 W WASHINGTON ST, ROOM 201
INDIANAPOLIS, IN 46204

OFFICE OF SECRETARY OF STATE OF IOWA
LUCAS BLDG, 1ST FL
321 E 12TH ST
DES MOINES, IA 50319

OFFICE OF SECRETARY OF STATE OF
KANSAS
MEMORIAL HALL - 1ST FL
120 SW 10TH AVE
TOPEKA, KS 66612

OFFICE OF SECRETARY OF STATE OF
KENTUCKY
700 CAPITAL AVE, STE 152
FRANKFORT, KY 40601

OFFICE OF SECRETARY OF STATE OF
LOUISIANA
PO BOX 94125
BATON ROUGE, LA 70804

OFFICE OF SECRETARY OF STATE OF MAINE
148 STATE HOUSE STATION
AUGUSTA, ME 04333

OFFICE OF SECRETARY OF STATE OF MARYLAND
16 FRANCIS ST
ANNAPOLIS, MD 21401

OFFICE OF SECRETARY OF STATE OF MASSACHUSETTS
MCCORMACK BLDG
1 ASHBURTON PLACE, 17TH FL
BOSTON, MA 02108

OFFICE OF SECRETARY OF STATE OF MICHIGAN
MICHIGAN DEPARTMENT OF STATE
LANSING, MI 48918

OFFICE OF SECRETARY OF STATE OF MINNESOTA
180 STATE OFFICE BLDG
100 REV DR MLK JR BLVD
ST. PAUL, MN 55155-1299

OFFICE OF SECRETARY OF STATE OF MISSISSIPPI
125 S CONGRESS ST
JACKSON, MS 39201

OFFICE OF SECRETARY OF STATE OF MISSOURI
600 W MAIN ST
JEFFERSON CITY, MO 65101

OFFICE OF SECRETARY OF STATE OF MONTANA
PO BOX 202801
HELENA, MT 59620

OFFICE OF SECRETARY OF STATE OF NEBRASKA
PO BOX 94608
LINCOLN, NE 68509-4608

OFFICE OF SECRETARY OF STATE OF NEVADA
NEVADA STATE CAPITOL BLDG
101 N CARSON ST, STE 3
CARSON CITY, NV 89701

OFFICE OF SECRETARY OF STATE OF NEW HAMPSHIRE
STATE HOUSE ROOM 204
107 N MAIN ST
CONCORD, NH 03301

OFFICE OF SECRETARY OF STATE OF NEW JERSEY
LIEUTENANT GOVERNOR -E
PO BOX 001
TRENTON, NJ 08625

OFFICE OF SECRETARY OF STATE OF NEW MEXICO
NEW MEXICO CAPITOL ANNEX N
325 DON GASPAR, STE 300
SANTA FE, NM 87501

OFFICE OF SECRETARY OF STATE OF NEW YORK
ONE COMMERCE PLAZA
99 WASHINGTON AVE, STE1100
ALBANY, NY 12231

OFFICE OF SECRETARY OF STATE OF NORTH CAROLINA
PO BOX 29622
RALEIGH, NC 27626

OFFICE OF SECRETARY OF STATE OF NORTH DAKOTA
600 E BLVD DEPT 108
BISMARCK, ND 58505-0500

OFFICE OF SECRETARY OF STATE OF OHIO
180 E BROAD ST, 16TH FL
COLUMBUS, OH 43215

OFFICE OF SECRETARY OF STATE OF OKLAHOMA
2300 N LINCOLN BLVD
STE 101
OKLAHOMA CITY, OK 73105-4897

OFFICE OF SECRETARY OF STATE OF OREGON
900 COURT ST NE
CAPITOL ROOM 136
SALEM, OR 97310-0722

OFFICE OF SECRETARY OF STATE OF PENNSYLVANIA
302 N OFFICE BLDG
HARRISBURG, PA 17120

OFFICE OF SECRETARY OF STATE OF PUERTO RICO (PDP)
CALLE SAN JOSE
SAN JUAN, PR 00902

OFFICE OF SECRETARY OF STATE OF RHODE ISLAND
82 SMITH ST
STATE HOUSE, ROOM 218
PROVIDENCE, RI 02903-1120

OFFICE OF SECRETARY OF STATE OF SOUTH CAROLINA
1205 PENDLETON ST, STE 525
COLUMBIA, SC 29201

OFFICE OF SECRETARY OF STATE OF SOUTH DAKOTA
500 E CAPITOL AVE, STE 204
PIERRE, SD 57501-5070

OFFICE OF SECRETARY OF STATE OF TENNESSEE
FIRST FL, STATE CAPITOL
NASHVILLE, TN 37243

OFFICE OF SECRETARY OF STATE OF TEXAS
1100 CONGRESS
CAPITOL BLDG, ROOM 1E.8
AUSTIN, TX 78701

OFFICE OF SECRETARY OF STATE OF U.S. VIRGIN ISLANDS (I)
LIEUTENANT GOVERNOR -E
1131 KING ST, STE 101 CHRISTIANSTED
ST. CROIX, VI 820

OFFICE OF SECRETARY OF STATE OF UTAH
UTAH STATE CAPITOL COMPLEX, STE 220
PO BOX 142325
SALT LAKE CITY, UT 84114-2325

OFFICE OF SECRETARY OF STATE OF VERMONT
128 STATE ST
MONTPELIER, VT 05633

OFFICE OF SECRETARY OF STATE OF VIRGINIA
PO BOX 2454
RICHMOND, VA 23218

OFFICE OF SECRETARY OF STATE OF
WASHINGTON
PO BOX 40220
OLYMPIA, WA  98504-0220

OFFICE OF SECRETARY OF STATE OF WEST
VIRGINIA
BLDG 1, STE-157K
1900 KANAWHA BLVD, E
CHARLESTON, WV  25305-0770

OFFICE OF SECRETARY OF STATE OF
WISCONSIN
PO BOX 7848
MADISON, WI  53707

OFFICE OF SECRETARY OF STATE OF
WYOMING
2020 CAREY AVE
STE 600 & 700
CHEYENNE, WY  82002

OFFICE OF TAX AND REVENUE
PO BOX 96166
WASHINGTON, DC  20090-6166

OFFICE OF THE ALCOHOLIC BEVERAGE
CONTROL COMMISSIONER
OFFICE OF THE ALCOHOLIC BEVERAGE
CONTROL COMMISSIONER
CARVEL STATE BUILDING 820 NORTH
FRENCH STREET, 3RD FLOOR
WILMINGTON, DELAWARE  19801

OFFICE OF THE ILLINOIS SECRETARY OF
STATE
SECURITIES DEPARTMENT
421 E. CAPITOL AVENUE, 2ND FLOOR
SPRINGFIELD, IL  62701

OFFICESUPPLY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

OFFIELD, DAMON
ADDRESS AVAILABLE UPON REQUEST

OFFIELD, JO
ADDRESS AVAILABLE UPON REQUEST

OFFMAN, JOSH
ADDRESS AVAILABLE UPON REQUEST

OFFUTT, ALSTON
ADDRESS AVAILABLE UPON REQUEST

OFFUTT, CORINNE
ADDRESS AVAILABLE UPON REQUEST

OFFUTT, DAVID
ADDRESS AVAILABLE UPON REQUEST

OFFUTT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OFLAHERTY, NORMA
ADDRESS AVAILABLE UPON REQUEST

OFLANAGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OFNER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OFORI-DARKO, KWAKU
ADDRESS AVAILABLE UPON REQUEST

OGAH, ECHE
ADDRESS AVAILABLE UPON REQUEST

OGAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

OGANESYAN, ANI
ADDRESS AVAILABLE UPON REQUEST

OGARA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

OGARA, SARAH
ADDRESS AVAILABLE UPON REQUEST

OGAZON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OGBORN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

OGBORN, TREVOR
ADDRESS AVAILABLE UPON REQUEST

OGBUOKIRI, ESTHER
ADDRESS AVAILABLE UPON REQUEST

OGBURN, KATHY
ADDRESS AVAILABLE UPON REQUEST

OGDEN, AMY
ADDRESS AVAILABLE UPON REQUEST

OGDEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

OGDEN, BETH
ADDRESS AVAILABLE UPON REQUEST

OGDEN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

OGDEN, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

OGDEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

OGDEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OGDEN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OGDEN, TRACY
ADDRESS AVAILABLE UPON REQUEST

OGDEN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

OGEA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

OGELE, CHIKA
ADDRESS AVAILABLE UPON REQUEST

OGG GARY
ADDRESS AVAILABLE UPON REQUEST

OGG, JASPER
ADDRESS AVAILABLE UPON REQUEST

OGG, RICK
ADDRESS AVAILABLE UPON REQUEST

OGGERO, ALEX
ADDRESS AVAILABLE UPON REQUEST

OGHIFOBIBI, ONOME
ADDRESS AVAILABLE UPON REQUEST

OGHWEH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OGIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

OGILVIE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

OGILVIE, CELYN
ADDRESS AVAILABLE UPON REQUEST

OGILVY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OGIN, TRACY
ADDRESS AVAILABLE UPON REQUEST

OGINO, MARK
ADDRESS AVAILABLE UPON REQUEST

OGIRALA, SARAH
ADDRESS AVAILABLE UPON REQUEST

OGLE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

OGLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OGLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OGLEE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, EMMA
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, JADE
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

OGLESBY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OGLETREE, OMAR
ADDRESS AVAILABLE UPON REQUEST

OGLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OGLINE, LEAH
ADDRESS AVAILABLE UPON REQUEST

OGNIBENE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

OGONJI, MESHACK
ADDRESS AVAILABLE UPON REQUEST

OGORZALEK, EMILY
ADDRESS AVAILABLE UPON REQUEST

OGRADY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

OGRADY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

OGRADY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OGRADY, JESSE
ADDRESS AVAILABLE UPON REQUEST

OGRADY, JOHN
ADDRESS AVAILABLE UPON REQUEST

OGRADY, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

OGREEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OGREN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OGREN, STU
ADDRESS AVAILABLE UPON REQUEST

OGRIN, HELEN
ADDRESS AVAILABLE UPON REQUEST

OGRINC, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OGUGUO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

OGUH, JULIE
ADDRESS AVAILABLE UPON REQUEST

OGUMA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

OGUNBEKUN, ADEYINKA
ADDRESS AVAILABLE UPON REQUEST

OGUNJOBI, ABISOLA
ADDRESS AVAILABLE UPON REQUEST

OGUNLEYE, BOLATITO
ADDRESS AVAILABLE UPON REQUEST

OGUNLEYE, CHRISTIANAH
ADDRESS AVAILABLE UPON REQUEST

OGUNLOWO, OLAMIDE
ADDRESS AVAILABLE UPON REQUEST

OGUNLOWO, OYIN
ADDRESS AVAILABLE UPON REQUEST

OGUNNAIKE, CHIKA
ADDRESS AVAILABLE UPON REQUEST

OGUNNAIKE, OLUFEMI
ADDRESS AVAILABLE UPON REQUEST

OGURA, FRANK
ADDRESS AVAILABLE UPON REQUEST

OGURCHAK, LAURA
ADDRESS AVAILABLE UPON REQUEST

OH DEPT OF LIQUOR CONTROL
6606 TUSSING RD
REYNOLDSBURG, OH  43068

OH DEPT OF TAXATION
30 E BROAD ST 22
COLUMBUS, OH  43215

OH DIVISION OF SECURITIES
OHIO DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET 22ND FLOOR
COLUMBUS, OH  43215

OH DIVISION OF SECURITIES
OHIO DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET, 22ND FLOOR
COLUMBUS, OH  43215

OH, AMY
ADDRESS AVAILABLE UPON REQUEST

OH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

OH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OH, HYUN MI
ADDRESS AVAILABLE UPON REQUEST

OH, HYUNAH
ADDRESS AVAILABLE UPON REQUEST

OH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

OH, LUKE
ADDRESS AVAILABLE UPON REQUEST

OH, MARY
ADDRESS AVAILABLE UPON REQUEST

OH, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

OH, SAM
ADDRESS AVAILABLE UPON REQUEST

OH, SANDY
ADDRESS AVAILABLE UPON REQUEST

OH, SEOJEEN
ADDRESS AVAILABLE UPON REQUEST

OH, SEULKI
ADDRESS AVAILABLE UPON REQUEST

OHAIRE, HILARY
ADDRESS AVAILABLE UPON REQUEST

OHAIRE, LISE
ADDRESS AVAILABLE UPON REQUEST

OHALLORAN, CARMELA
ADDRESS AVAILABLE UPON REQUEST

OHALLORAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

OHAM, CHINONSO
ADDRESS AVAILABLE UPON REQUEST

OHANA PACKAGING
21078 CABOT BLVD
HAYWARD, CA  94545

OHANESIAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

OHANLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OHANLON, BREANA
ADDRESS AVAILABLE UPON REQUEST

OHANLON, KAREN
ADDRESS AVAILABLE UPON REQUEST

OHARA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OHARA, CASEY
ADDRESS AVAILABLE UPON REQUEST

OHARA, COLIN
ADDRESS AVAILABLE UPON REQUEST

OHARA, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

OHARA, DANA
ADDRESS AVAILABLE UPON REQUEST

OHARA, ERIN
ADDRESS AVAILABLE UPON REQUEST

OHARA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OHARA, JOHN
ADDRESS AVAILABLE UPON REQUEST

OHARA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OHARA, KELLY
ADDRESS AVAILABLE UPON REQUEST

OHARA, MADDIE
ADDRESS AVAILABLE UPON REQUEST

OHARA, MARIE
ADDRESS AVAILABLE UPON REQUEST

OHARA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OHARA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OHARA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

OHARA, MISAKI
ADDRESS AVAILABLE UPON REQUEST

OHARA, RYAN
ADDRESS AVAILABLE UPON REQUEST

OHARA, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

OHARE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

OHARE, SAM
ADDRESS AVAILABLE UPON REQUEST

OHAREN, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

OHARGAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OHARO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

OHARRA, NATE
ADDRESS AVAILABLE UPON REQUEST

OHASHI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OHASHI, YURI-GRACE
ADDRESS AVAILABLE UPON REQUEST

OHELO, KIMO
ADDRESS AVAILABLE UPON REQUEST

OHERIN, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

OHIGGINS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

OHIO BUREAU OF EMPLOYMENT SERVICES
4020 EAST 5TH AVENUE
COLUMBUS, OH  43219

OHIO BUREAU OF EMPLOYMENT SERVICES
PO BOX 1618
COLUMBUS, OH  43216-1618

OHIO DEPARTMENT OF COMMERCE
ADDRESS UNAVAILABLE AT TIME OF FILING

OHIO DEPARTMENT OF COMMERCE
DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET, 23RD FLOOR
COLUMBUS, OH  43215-6123

OHIO DEPARTMENT OF TAXATION
ADDRESS UNAVAILABLE AT TIME OF FILING

OHIO DEPT OF TAXATION
30 E BROAD STREET
22ND FLOOR
COLUMBUS, OH  43215

OHIO DEPT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH  43229

OHIO DIVISION OF LIQUOR CONTROL
ADDRESS UNAVAILABLE AT TIME OF FILING

OHIO DIVISION OF SECURITIES
77 SOUTH HIGH STREET
22ND FLOOR
COLUMBUS, OH  43215

OHIO TREASURER OF STATE
ADDRESS UNAVAILABLE AT TIME OF FILING

OHKUBO, ANANDI
ADDRESS AVAILABLE UPON REQUEST

OHL, KASEY
ADDRESS AVAILABLE UPON REQUEST

OHL, LAURA
ADDRESS AVAILABLE UPON REQUEST

OHLAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OHLEMACHER, MATT
ADDRESS AVAILABLE UPON REQUEST

OHLENDORF, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

OHLER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

OHLHEISER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OHLIN, JIM
ADDRESS AVAILABLE UPON REQUEST

OHLSEN, LINNEA
ADDRESS AVAILABLE UPON REQUEST

OHLSEN, LINNEA
ADDRESS AVAILABLE UPON REQUEST

OHLSON ELLIOTT, THERESA
ADDRESS AVAILABLE UPON REQUEST

OHLSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

OHLSSON, SENNA
ADDRESS AVAILABLE UPON REQUEST

OHLSTEIN, KERRI
ADDRESS AVAILABLE UPON REQUEST

OHLUND, REANNA
ADDRESS AVAILABLE UPON REQUEST

OHMAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

OHMAN, ELSA
ADDRESS AVAILABLE UPON REQUEST

OHMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OHMER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OHMSTEDE, JACK
ADDRESS AVAILABLE UPON REQUEST

OHNMACHT, KATARINA
ADDRESS AVAILABLE UPON REQUEST

OHRAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

OHRENBERGER, JESSE
ADDRESS AVAILABLE UPON REQUEST

OHRMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OHRSTROM, STEN
ADDRESS AVAILABLE UPON REQUEST

OHRT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OHRT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OHSHIRO, KAZUFUMI
ADDRESS AVAILABLE UPON REQUEST

OIDTMAN, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

OILER, PIA
ADDRESS AVAILABLE UPON REQUEST

OILS, BENEVOLENT
ADDRESS AVAILABLE UPON REQUEST

OIMOEN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

OINAGA, HIROSHI
ADDRESS AVAILABLE UPON REQUEST

OINES, MARIA
ADDRESS AVAILABLE UPON REQUEST

OINESS-THOMPSON, KACEY
ADDRESS AVAILABLE UPON REQUEST

OJAI RESORT FRONT DESK
ADDRESS UNAVAILABLE AT TIME OF FILING

OJASCASTRO, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

OJEA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OJEDA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

OJEDA, DAYSI
ADDRESS AVAILABLE UPON REQUEST

OJEDA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OJEDA, MADELINE
ADDRESS AVAILABLE UPON REQUEST

OJEDA, MARIE
ADDRESS AVAILABLE UPON REQUEST

OJEDA, PAULA
ADDRESS AVAILABLE UPON REQUEST

OJEDA, VIANNEY
ADDRESS AVAILABLE UPON REQUEST

OJEDA-AVITIA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

OJEWUMI, JAMES
ADDRESS AVAILABLE UPON REQUEST

OJHA, RUCHI
ADDRESS AVAILABLE UPON REQUEST

OJOE-CONARROE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

OJSERKIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OJUGBELE, TOSIN
ADDRESS AVAILABLE UPON REQUEST

OK STATE TAX DEPARTMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

OKA KOCORE, AXELLE
ADDRESS AVAILABLE UPON REQUEST

OKADA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OKADA, LEAH 86
ADDRESS AVAILABLE UPON REQUEST

OKADA-JOHNSTONE, KENJI ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

OKAFOR, JASMINE
ADDRESS AVAILABLE UPON REQUEST

OKAFOR, UDOKA
ADDRESS AVAILABLE UPON REQUEST

OKAGBUE, OBIDI
ADDRESS AVAILABLE UPON REQUEST

OKAMOTO, MASAO
ADDRESS AVAILABLE UPON REQUEST

OKANE II, DENIS
ADDRESS AVAILABLE UPON REQUEST

OKANE, DAVID
ADDRESS AVAILABLE UPON REQUEST

OKANE, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

OKANE, LESLEY
ADDRESS AVAILABLE UPON REQUEST

OKARMA, JAIME
ADDRESS AVAILABLE UPON REQUEST

OKAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OKECHUKWU, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

OKEDIJI, IBK
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, CONNER
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, DANA
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, JULIA
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, NANCY
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, SARAH
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, STACY
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OKEEFE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE, AMY
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE, JOHN
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE, PAUL
ADDRESS AVAILABLE UPON REQUEST

OKEEFFE-DENNIS, CALEN
ADDRESS AVAILABLE UPON REQUEST

OKEGBILE, SINMI
ADDRESS AVAILABLE UPON REQUEST

OKEKE, CHIJIOKE
ADDRESS AVAILABLE UPON REQUEST

OKEKE, HENRY
ADDRESS AVAILABLE UPON REQUEST

OKELLEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

OKELLY, MARY
ADDRESS AVAILABLE UPON REQUEST

OKEN, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

OKENY ENTERPRISES LLC
ADDRESS AVAILABLE UPON REQUEST

OKEREKE, CINDY
ADDRESS AVAILABLE UPON REQUEST

OKERT, ROGER
ADDRESS AVAILABLE UPON REQUEST

OKIDA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

OKIDA, BECCA
ADDRESS AVAILABLE UPON REQUEST

OKIKAWA, KIYOME
ADDRESS AVAILABLE UPON REQUEST

OKLAHOMA DEPARTMENT OF CONSUMER
CREDIT
3613 NW 56TH ST, STE 240
OKLAHOMA CITY, OK  73112

OKLAHOMA DEPT OF LABOR
3017 N STILES
SUITE 100
OKLAHOMA CITY, OK  73105

OKLAHOMA SECURITIES COMMISSION
204 N ROBINSON AVE
SUITE 400
OKLAHOMA CITY, OK  73102-7001

OKLAHOMA SECURITIES DEPARTMENT
204 NORTH ROBINSON AVENUE, STE 400
OKLAHOMA CITY, OK  73102-7001

OKLAHOMA TAX COMMISSION
440 SOUTH HOUSTON
5TH FLOOR
TULSA, OK  74127

OKLAHOMA TAX COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

OKLAHOMA TAX COMMISSION
CONNORS BUILDING, CAPITAL COMPLEX
2501 NORTH LINCOLN BLVD
OKLAHOMA CITY, OK  73914

OKOBOJI WINES - IOWA
2302 165TH STREET
SPIRIT LAKE, IA  51360

OKOH, CHUKWUKA
ADDRESS AVAILABLE UPON REQUEST

OKOH, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

OKOLICSANYI, HELENA
ADDRESS AVAILABLE UPON REQUEST

OKOLITA, ELYSE
ADDRESS AVAILABLE UPON REQUEST

OKON, DENNIS
ADDRESS AVAILABLE UPON REQUEST

OKON, LAURIN
ADDRESS AVAILABLE UPON REQUEST

OKONAK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

OKONESKI, AVERY
ADDRESS AVAILABLE UPON REQUEST

OKONIEWSKI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

OKONOFUA, MARIA
ADDRESS AVAILABLE UPON REQUEST

OKONSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

OKORO, STACY
ADDRESS AVAILABLE UPON REQUEST

OKOSHI, MUTSUMI
ADDRESS AVAILABLE UPON REQUEST

OKOYE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OKPARA, CHIOMA
ADDRESS AVAILABLE UPON REQUEST

OKPOSO, KENDRA
ADDRESS AVAILABLE UPON REQUEST

OKRASINSKI, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

OKRAY, ALEX
ADDRESS AVAILABLE UPON REQUEST

OKSANA, SUVALOVA
ADDRESS AVAILABLE UPON REQUEST

OKSANEN, LILY
ADDRESS AVAILABLE UPON REQUEST

OKTAY, ORAY
ADDRESS AVAILABLE UPON REQUEST

OKUBANJO, MOTUNRAYO
ADDRESS AVAILABLE UPON REQUEST

OKUBO, JAMILLA
ADDRESS AVAILABLE UPON REQUEST

OKUDA, MASAO
ADDRESS AVAILABLE UPON REQUEST

OKUDA, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

OKUGO, CECILIA
ADDRESS AVAILABLE UPON REQUEST

OKULAJA, MESHA
ADDRESS AVAILABLE UPON REQUEST

OKUM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OKUMUS, ORKAN
ADDRESS AVAILABLE UPON REQUEST

OKUN, DAVID
ADDRESS AVAILABLE UPON REQUEST

OKUROWSKI, JILL
ADDRESS AVAILABLE UPON REQUEST

OKWU, CHINYERE
ADDRESS AVAILABLE UPON REQUEST

OKWUOCHI AZUBUIKE
ADDRESS AVAILABLE UPON REQUEST

OLADAPO, GBOLAHAN
ADDRESS AVAILABLE UPON REQUEST

OLADOSU, ADEMOLA
ADDRESS AVAILABLE UPON REQUEST

OLAF VOS
ADDRESS AVAILABLE UPON REQUEST

OLAFSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

OLAFSON, MATT
ADDRESS AVAILABLE UPON REQUEST

OLAFSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OLAGBAJU, YETUNDE
ADDRESS AVAILABLE UPON REQUEST

OLAGUE, JESSE
ADDRESS AVAILABLE UPON REQUEST

OLAIS, PALOMA
ADDRESS AVAILABLE UPON REQUEST

OLAN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

OLAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLAND, FRAN
ADDRESS AVAILABLE UPON REQUEST

OLANDER, JESSE
ADDRESS AVAILABLE UPON REQUEST

OLANDER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

OLANDI HOLDINGS LLC
ADDRESS AVAILABLE UPON REQUEST

OLANDJ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OLANICH, TINA
ADDRESS AVAILABLE UPON REQUEST

OLANO, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

OLANO, GUY
ADDRESS AVAILABLE UPON REQUEST

OLAON, CYNDI
ADDRESS AVAILABLE UPON REQUEST

OLARE, JANET
ADDRESS AVAILABLE UPON REQUEST

OLARI, TRACY
ADDRESS AVAILABLE UPON REQUEST

OLARK
ADDRESS UNAVAILABLE AT TIME OF FILING

OLAUGHLIN, HARRY
ADDRESS AVAILABLE UPON REQUEST

OLAUGHLIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

OLAUGHLIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OLAUGHLIN, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

OLAUGHLIN, NEVA
ADDRESS AVAILABLE UPON REQUEST

OLAUGHLIN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

OLAUSEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OLAVARRIA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

OLAVARRIA, KAMRIN
ADDRESS AVAILABLE UPON REQUEST

OLAVARRIA, TINA
ADDRESS AVAILABLE UPON REQUEST

OLAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

OLBAR MANAGEMENT LLC
ADDRESS AVAILABLE UPON REQUEST

OLBERDING, EMILY
ADDRESS AVAILABLE UPON REQUEST

OLBERDING, LAURA
ADDRESS AVAILABLE UPON REQUEST

OLBERMANN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

OLBON, ALILI
ADDRESS AVAILABLE UPON REQUEST

OLBRYCH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OLCESE, CELENA
ADDRESS AVAILABLE UPON REQUEST

OLD BRIDGE CELLARS
703 JEFFERSON STREET
NAPA, CA  94559

OLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

OLDBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

OLDE WORLD
ADDRESS UNAVAILABLE AT TIME OF FILING

OLDEN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

OLDENKAMP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OLDFIELD, JASON
ADDRESS AVAILABLE UPON REQUEST

OLDFIELD, MAC
ADDRESS AVAILABLE UPON REQUEST

OLDFIELD, NICK
ADDRESS AVAILABLE UPON REQUEST

OLDFIELD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OLDFIELD, SARAH
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, CASEY
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, DILLON
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, HAILEE
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, JESSIE
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, LINDA
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, MORRAIMA
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, PAM
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, SHARON
ADDRESS AVAILABLE UPON REQUEST

OLDHAM, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

OLDS, RON
ADDRESS AVAILABLE UPON REQUEST

OLDS, SANDHAL
ADDRESS AVAILABLE UPON REQUEST

OLDSHEIN, JANICE
ADDRESS AVAILABLE UPON REQUEST

OLDSHUE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

OLDT, TIM
ADDRESS AVAILABLE UPON REQUEST

OLEAN, EMERAL
ADDRESS AVAILABLE UPON REQUEST

OLEARY, AIVEN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, AMY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, DEVIN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, EMMELINE
ADDRESS AVAILABLE UPON REQUEST

OLEARY, JOHN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, KASEY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

OLEARY, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

OLEARY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MARYKAY
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MAURA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OLEARY, NORA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, NORA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, SAM
ADDRESS AVAILABLE UPON REQUEST

OLEARY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

OLEARY, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

OLEAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

OLEG IVANOV
ADDRESS AVAILABLE UPON REQUEST

OLEGARIO, AMANDA-MAE
ADDRESS AVAILABLE UPON REQUEST

OLEGAS KOZICYNAS
ADDRESS AVAILABLE UPON REQUEST

OLEJNIK, DEREK
ADDRESS AVAILABLE UPON REQUEST

OLEKH, YULIA
ADDRESS AVAILABLE UPON REQUEST

OLEKSYK, AMBER
ADDRESS AVAILABLE UPON REQUEST

OLEN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

OLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLEN, JON
ADDRESS AVAILABLE UPON REQUEST

OLENDER, LISA
ADDRESS AVAILABLE UPON REQUEST

OLENEACK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

OLENICK, GREGORY
ADDRESS AVAILABLE UPON REQUEST

OLENICK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

OLENICZAK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

OLEOLE, KERI
ADDRESS AVAILABLE UPON REQUEST

OLER, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

OLER, JESSEY
ADDRESS AVAILABLE UPON REQUEST

OLESEN, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

OLESIAK, MAREK
ADDRESS AVAILABLE UPON REQUEST

OLESIAK, MAREK
ADDRESS AVAILABLE UPON REQUEST

OLESKER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

OLESNYCKY, OLENKA
ADDRESS AVAILABLE UPON REQUEST

OLESON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OLESON, JAMES
ADDRESS AVAILABLE UPON REQUEST

OLESON, JULIE
ADDRESS AVAILABLE UPON REQUEST

OLESON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

OLESON, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

OLESON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OLESON, ZJOHN
ADDRESS AVAILABLE UPON REQUEST

OLESSYA FOXBORN
ADDRESS AVAILABLE UPON REQUEST

OLEXA, KYLEE
ADDRESS AVAILABLE UPON REQUEST

OLGA BAKER
ADDRESS AVAILABLE UPON REQUEST

OLGA GOMEZ CASTILLO
ADDRESS AVAILABLE UPON REQUEST

OLGA LOPUKHIN
ADDRESS AVAILABLE UPON REQUEST

OLGA ROCHA
ADDRESS AVAILABLE UPON REQUEST

OLGUIN, DONNA
ADDRESS AVAILABLE UPON REQUEST

OLGUIN, GRISELDA
ADDRESS AVAILABLE UPON REQUEST

OLIA, KIAN
ADDRESS AVAILABLE UPON REQUEST

OLIENSIS, MARLENA
ADDRESS AVAILABLE UPON REQUEST

OLIER, SYLVAIN
ADDRESS AVAILABLE UPON REQUEST

OLIFF, WENDY
ADDRESS AVAILABLE UPON REQUEST

OLIMPIA MASCOLO
ADDRESS AVAILABLE UPON REQUEST

OLIN, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

OLIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OLIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

OLIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

OLIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OLIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OLINGER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OLINSKI, CALLIE
ADDRESS AVAILABLE UPON REQUEST

OLIPHANT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

OLIPHANT, ANNE
ADDRESS AVAILABLE UPON REQUEST

OLIPHANT, ARADHNA
ADDRESS AVAILABLE UPON REQUEST

OLIPHANT, JOCLINE
ADDRESS AVAILABLE UPON REQUEST

OLIPHANT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OLIPHINT, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLIPRA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OLISAEMEKA TOBENNA UZOCHUKWU
UFODIAMA
ADDRESS AVAILABLE UPON REQUEST

OLIVA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

OLIVA, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLIVA, J
ADDRESS AVAILABLE UPON REQUEST

OLIVA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

OLIVA, KIM
ADDRESS AVAILABLE UPON REQUEST

OLIVA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OLIVA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OLIVARES, DAISY
ADDRESS AVAILABLE UPON REQUEST

OLIVARES, ESTHER
ADDRESS AVAILABLE UPON REQUEST

OLIVARES-URUETA, MAYRA
ADDRESS AVAILABLE UPON REQUEST

OLIVAREZ, LEOLA
ADDRESS AVAILABLE UPON REQUEST

OLIVARI, JUAN
ADDRESS AVAILABLE UPON REQUEST

OLIVARRIA, KARA
ADDRESS AVAILABLE UPON REQUEST

OLIVAS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

OLIVAS, BERTA
ADDRESS AVAILABLE UPON REQUEST

OLIVAS, BERTA
ADDRESS AVAILABLE UPON REQUEST

OLIVAS, WILLIE
ADDRESS AVAILABLE UPON REQUEST

OLIVAS-BLANCO, JOSE
ADDRESS AVAILABLE UPON REQUEST

OLIVE GARDEN
ADDRESS UNAVAILABLE AT TIME OF FILING

OLIVE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

OLIVE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA DE MARIA, MARCIO
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, ALLANA
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, FANNY
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

OLIVEIRA, MARIO
ADDRESS AVAILABLE UPON REQUEST

OLIVENCIA, NICK
ADDRESS AVAILABLE UPON REQUEST

OLIVER BARTON
ADDRESS AVAILABLE UPON REQUEST

OLIVER CARBONELL
ADDRESS AVAILABLE UPON REQUEST

OLIVER CASTLEMAN
ADDRESS AVAILABLE UPON REQUEST

OLIVER PFEFFER
ADDRESS AVAILABLE UPON REQUEST

OLIVER, AISLYN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, ALIX
ADDRESS AVAILABLE UPON REQUEST

OLIVER, AMBER
ADDRESS AVAILABLE UPON REQUEST

OLIVER, BARRI
ADDRESS AVAILABLE UPON REQUEST

OLIVER, BOB
ADDRESS AVAILABLE UPON REQUEST

OLIVER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OLIVER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, CONOR
ADDRESS AVAILABLE UPON REQUEST

OLIVER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

OLIVER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

OLIVER, DARNELL
ADDRESS AVAILABLE UPON REQUEST

OLIVER, EMILY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, EMILY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JEAN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JOHN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JOYA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KATHI
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KATHY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KATHY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KHIANA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KIRA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, KYLIE
ADDRESS AVAILABLE UPON REQUEST

OLIVER, LAURA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, LEANN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, LUCIA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MADISON
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MARIA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MARYJEAN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MERISSA
ADDRESS AVAILABLE UPON REQUEST

OLIVER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OLIVER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

OLIVER, ROGER
ADDRESS AVAILABLE UPON REQUEST

OLIVER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

OLIVER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

OLIVER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

OLIVERA MANJARRES A08810, NORELA DEL
CARMEN
ADDRESS AVAILABLE UPON REQUEST

OLIVERA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

OLIVERAS, MAYRA
ADDRESS AVAILABLE UPON REQUEST

OLIVERAS, URSULA
ADDRESS AVAILABLE UPON REQUEST

OLIVERES, JORGE
ADDRESS AVAILABLE UPON REQUEST

OLIVERI, ATHENA
ADDRESS AVAILABLE UPON REQUEST

OLIVERIUS, JOLENE
ADDRESS AVAILABLE UPON REQUEST

OLIVERO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

OLIVERO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

OLIVETO, MARIO
ADDRESS AVAILABLE UPON REQUEST

OLIVETTI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OLIVETTI, NINA
ADDRESS AVAILABLE UPON REQUEST

OLIVIA BACON
ADDRESS AVAILABLE UPON REQUEST

OLIVIA BRACISZEWSKI
ADDRESS AVAILABLE UPON REQUEST

OLIVIA CARTER
ADDRESS AVAILABLE UPON REQUEST

OLIVIA DETERMAN
ADDRESS AVAILABLE UPON REQUEST

OLIVIA GOLDSBOROUGH
ADDRESS AVAILABLE UPON REQUEST

OLIVIA GOODMAN
ADDRESS AVAILABLE UPON REQUEST

OLIVIA HENLEY
ADDRESS AVAILABLE UPON REQUEST

OLIVIA LUONG
ADDRESS AVAILABLE UPON REQUEST

OLIVIA M., THE BLUE YAK
ADDRESS AVAILABLE UPON REQUEST

OLIVIA MCGEE
ADDRESS AVAILABLE UPON REQUEST

OLIVIA V LAU
ADDRESS AVAILABLE UPON REQUEST

OLIVIA WERTHEIM
ADDRESS AVAILABLE UPON REQUEST

OLIVIER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

OLIVIER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

OLIVIER, KATIE
ADDRESS AVAILABLE UPON REQUEST

OLIVIER, MAXIM
ADDRESS AVAILABLE UPON REQUEST

OLIVIER, REMI
ADDRESS AVAILABLE UPON REQUEST

OLIVIERI, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

OLIVIERI, ELENA
ADDRESS AVAILABLE UPON REQUEST

OLIVIERI, LOIS
ADDRESS AVAILABLE UPON REQUEST

OLIVIERO, PEACE
ADDRESS AVAILABLE UPON REQUEST

OLIVO, GINA
ADDRESS AVAILABLE UPON REQUEST

OLIVO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OLIVOLA, GAIL
ADDRESS AVAILABLE UPON REQUEST

OLLA, JOYDAWN
ADDRESS AVAILABLE UPON REQUEST

OLLANDER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

OLLAPALLY, PHILIP
ADDRESS AVAILABLE UPON REQUEST

OLLER, BETH
ADDRESS AVAILABLE UPON REQUEST

OLLIE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

OLLIE, RANDALL
ADDRESS AVAILABLE UPON REQUEST

OLLIE, SHIRL
ADDRESS AVAILABLE UPON REQUEST

OLLIFF, STACEY
ADDRESS AVAILABLE UPON REQUEST

OLLIGES, PAM
ADDRESS AVAILABLE UPON REQUEST

OLLILA, DIANE
ADDRESS AVAILABLE UPON REQUEST

OLLINGER, MANDIE
ADDRESS AVAILABLE UPON REQUEST

OLLIVE, BENOIT
ADDRESS AVAILABLE UPON REQUEST

OLLQUIST, MARY ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OLMEDILLO, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

OLMEDO GUERRA, BELEN
ADDRESS AVAILABLE UPON REQUEST

OLMEDO, HONI
ADDRESS AVAILABLE UPON REQUEST

OLMEDO, ISAAC
ADDRESS AVAILABLE UPON REQUEST

OLMOS, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

OLMOS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

OLMSTEAD, ALLIE
ADDRESS AVAILABLE UPON REQUEST

OLMSTEAD, ERICA
ADDRESS AVAILABLE UPON REQUEST

OLMSTEAD, JULIA
ADDRESS AVAILABLE UPON REQUEST

OLMSTEAD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

OLMSTED, JULIE
ADDRESS AVAILABLE UPON REQUEST

OLNEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

OLOFFSON, CLARA
ADDRESS AVAILABLE UPON REQUEST

OLOFFSON, PHIL
ADDRESS AVAILABLE UPON REQUEST

OLOFSON, HAYES
ADDRESS AVAILABLE UPON REQUEST

OLOFSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLOFSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OLOUGHLIN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

OLOUGHLIN, GARETH
ADDRESS AVAILABLE UPON REQUEST

OLOUGHLIN, PAMELA MOORE
ADDRESS AVAILABLE UPON REQUEST

OLPIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OLSAVSKY, GLORIA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ANDI
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ANYA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, BETSY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, DARCY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, EUDORA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, EVA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, GARRETT & ALICIA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, JACKI
ADDRESS AVAILABLE UPON REQUEST

OLSEN, JAMIE-LEE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLSEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLSEN, KARA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, KELLY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, LANI
ADDRESS AVAILABLE UPON REQUEST

OLSEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OLSEN, LEANN
ADDRESS AVAILABLE UPON REQUEST

OLSEN, LINDA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, LYNN
ADDRESS AVAILABLE UPON REQUEST

OLSEN, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, MARK
ADDRESS AVAILABLE UPON REQUEST

OLSEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OLSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

OLSEN, ROSITA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

OLSEN, SHARON
ADDRESS AVAILABLE UPON REQUEST

OLSEN, TRACY
ADDRESS AVAILABLE UPON REQUEST

OLSEN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

OLSEN, YVONNNE
ADDRESS AVAILABLE UPON REQUEST

OLSEN0407, BARBARA
ADDRESS AVAILABLE UPON REQUEST

OLSHAN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

OLSHAVSKY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OLSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

OLSON, ALEXA
ADDRESS AVAILABLE UPON REQUEST

OLSON, ALIXANDRA
ADDRESS AVAILABLE UPON REQUEST

OLSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OLSON, ANDRES
ADDRESS AVAILABLE UPON REQUEST

OLSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

OLSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

OLSON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, ARIANA
ADDRESS AVAILABLE UPON REQUEST

OLSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OLSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OLSON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

OLSON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

OLSON, BETH
ADDRESS AVAILABLE UPON REQUEST

OLSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

OLSON, CAELIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

OLSON, CHARITY
ADDRESS AVAILABLE UPON REQUEST

OLSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

OLSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

OLSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

OLSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, CORINNE
ADDRESS AVAILABLE UPON REQUEST

OLSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

OLSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

OLSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

OLSON, DISTINCTIVE GRANITE/KIM
ADDRESS AVAILABLE UPON REQUEST

OLSON, DON AND KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

OLSON, DON
ADDRESS AVAILABLE UPON REQUEST

OLSON, ELSA
ADDRESS AVAILABLE UPON REQUEST

OLSON, FRED
ADDRESS AVAILABLE UPON REQUEST

OLSON, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

OLSON, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

OLSON, GRAIG
ADDRESS AVAILABLE UPON REQUEST

OLSON, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, JEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OLSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OLSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

OLSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KARI
ADDRESS AVAILABLE UPON REQUEST

OLSON, KARMEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

OLSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

OLSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

OLSON, KERSTIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KRISJON
ADDRESS AVAILABLE UPON REQUEST

OLSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

OLSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

OLSON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

OLSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

OLSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OLSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

OLSON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

OLSON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

OLSON, MARA
ADDRESS AVAILABLE UPON REQUEST

OLSON, MATT
ADDRESS AVAILABLE UPON REQUEST

OLSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OLSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OLSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OLSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OLSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OLSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

OLSON, NADINE
ADDRESS AVAILABLE UPON REQUEST

OLSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

OLSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OLSON, PAM
ADDRESS AVAILABLE UPON REQUEST

OLSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OLSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OLSON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

OLSON, RUSSEL
ADDRESS AVAILABLE UPON REQUEST

OLSON, SADIE
ADDRESS AVAILABLE UPON REQUEST

OLSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OLSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OLSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

OLSON, SARA
ADDRESS AVAILABLE UPON REQUEST

OLSON, SHAINA
ADDRESS AVAILABLE UPON REQUEST

OLSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OLSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

OLSON, STEVE
ADDRESS AVAILABLE UPON REQUEST

OLSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

OLSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

OLSON, TED
ADDRESS AVAILABLE UPON REQUEST

OLSON, TED
ADDRESS AVAILABLE UPON REQUEST

OLSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

OLSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

OLSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

OLSON, TINA
ADDRESS AVAILABLE UPON REQUEST

OLSON, TRISHA
ADDRESS AVAILABLE UPON REQUEST

OLSON, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

OLSON, YUME
ADDRESS AVAILABLE UPON REQUEST

OLSON, ZACH
ADDRESS AVAILABLE UPON REQUEST

OLSON-MULLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLSON-ZAPATA, ERIN
ADDRESS AVAILABLE UPON REQUEST

OLSSON, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

OLSSON, JOSEFINE
ADDRESS AVAILABLE UPON REQUEST

OLSTEAD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OLSWANG, CHASE
ADDRESS AVAILABLE UPON REQUEST

OLSZAK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, JAMES
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OLSZEWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OLSZTA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

OLTEN, ALLEN
ADDRESS AVAILABLE UPON REQUEST

OLTMANNS, KRIS
ADDRESS AVAILABLE UPON REQUEST

OLUGOSI, TITILAYO
ADDRESS AVAILABLE UPON REQUEST

OLUKEMI, FUNMILAYO
ADDRESS AVAILABLE UPON REQUEST

OLUKOTUN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

OLUMIDE FALADE
ADDRESS AVAILABLE UPON REQUEST

OLUSEGUN, JOYCE
ADDRESS AVAILABLE UPON REQUEST

OLUSOLA OLADIMEJI
ADDRESS AVAILABLE UPON REQUEST

OLVERA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

OLVEY, KENT
ADDRESS AVAILABLE UPON REQUEST

OLYMPIA KYRIAKIDIS
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, CATE
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, EDEN
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, GENAVEVE
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, JEN
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, SUE
ADDRESS AVAILABLE UPON REQUEST

OMALLEY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

OMAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

OMAR DAVID PEREZ
ADDRESS AVAILABLE UPON REQUEST

OMAR MARTINEZ GARCIA
ADDRESS AVAILABLE UPON REQUEST

OMAR REAL
ADDRESS AVAILABLE UPON REQUEST

OMAR SILLAS
ADDRESS AVAILABLE UPON REQUEST

OMAR WILSON
ADDRESS AVAILABLE UPON REQUEST

OMARA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

OMARA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

OMARA, MARTIN
ADDRESS AVAILABLE UPON REQUEST

OMARA, SUZY
ADDRESS AVAILABLE UPON REQUEST

OMARA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

OMARA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OMARIBA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OMARIBA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OMARK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

OMARY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OMDAHL, WANDA
ADDRESS AVAILABLE UPON REQUEST

OMEAD SINAI
ADDRESS AVAILABLE UPON REQUEST

OMEARA, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

OMEARA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

OMEARA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OMEARA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OMEARA, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

OMEGA CINEMA PROPS, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

OMEKE, TINA
ADDRESS AVAILABLE UPON REQUEST

OMER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

OMER, REBBA
ADDRESS AVAILABLE UPON REQUEST

OMERE, IROGHAMA
ADDRESS AVAILABLE UPON REQUEST

OMG3 VENTURES LLC
ADDRESS AVAILABLE UPON REQUEST

OMI, DIANNE
ADDRESS AVAILABLE UPON REQUEST

OMILIAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OMLIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

OMOTAYO, AYODELE
ADDRESS AVAILABLE UPON REQUEST

ON ASSIGNMENT, INC.
(CREATIVE CIRCLE, LLC)
P.O. BOX 74008799
CHICAGO, IL  60674-8799

ONAKA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ONANIAN, ALANNA
ADDRESS AVAILABLE UPON REQUEST

ONATE, LUIS
ADDRESS AVAILABLE UPON REQUEST

ONATE, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

ONCALE, BEAU
ADDRESS AVAILABLE UPON REQUEST

ONCKEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ONDA NORDGREN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ONDA, AKIKO
ADDRESS AVAILABLE UPON REQUEST

ONDATJE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ONDE, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

ONDECKO, HALEY
ADDRESS AVAILABLE UPON REQUEST

ONDERSEKE, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

ONDO, TRACY
ADDRESS AVAILABLE UPON REQUEST

ONDRAKO, JULIE
ADDRESS AVAILABLE UPON REQUEST

ONDREJCKA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ONDREJKA, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ONDREJKA, NICK
ADDRESS AVAILABLE UPON REQUEST

ONE HOPE WINE
PO BOX 1117
NEWPORT BEACH, CA  92659

ONE MONTHS RENT INC.
3824 S. SANTA FE AVE  5
VERNON, CA  90058

ONE NETWORK ENTERPRISES, INC.
4055 VALLEY VIEW LANE, STE 1000
DALLAS, TX  75244

ONE PERCENT FOR THE PLANET
47 MAPLE STREET, STE 103
BURLINGTON, VT  05401

ONE POINT LOGISTICS, INC.
159 4TH AVE. NORTH, 7TH FLOOR
NASHVILLE, TN  37219

ONE VINE
ADDRESS UNAVAILABLE AT TIME OF FILING

ONE87 WINE AND COCKTAILS, LLC
265 LOMBARD ROAD, SUITE A
AMERICAN CANYON, CA  94503

ONEAL, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ONEAL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ONEAL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ONEAL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ONEAL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ONEAL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ONEAL, JIM
ADDRESS AVAILABLE UPON REQUEST

ONEAL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ONEAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ONEAL, LISA
ADDRESS AVAILABLE UPON REQUEST

ONEAL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ONEAL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ONEAL, NAZIR
ADDRESS AVAILABLE UPON REQUEST

ONEAL, SHERI
ADDRESS AVAILABLE UPON REQUEST

ONEAL, THE
ADDRESS AVAILABLE UPON REQUEST

ONEAL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ONEIDA LTD.
ADDRESS UNAVAILABLE AT TIME OF FILING

ONEIL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ONEIL, BECKY
ADDRESS AVAILABLE UPON REQUEST

ONEIL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ONEIL, CONOR
ADDRESS AVAILABLE UPON REQUEST

ONEIL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ONEIL, ELIZA
ADDRESS AVAILABLE UPON REQUEST

ONEIL, ERIN
ADDRESS AVAILABLE UPON REQUEST

ONEIL, GAIL
ADDRESS AVAILABLE UPON REQUEST

ONEIL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ONEIL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ONEIL, KATE
ADDRESS AVAILABLE UPON REQUEST

ONEIL, MARY
ADDRESS AVAILABLE UPON REQUEST

ONEIL, NANCY
ADDRESS AVAILABLE UPON REQUEST

ONEIL, RICK
ADDRESS AVAILABLE UPON REQUEST

ONEIL, SARAH
ADDRESS AVAILABLE UPON REQUEST

ONEIL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ONEIL, TARA
ADDRESS AVAILABLE UPON REQUEST

ONEILL BEVERAGES CO. LLC
(ONEILL VINTNERS & DISTILLERS)
8418 S. LAC JAC AVENUE
PARLIER, CA 93648

ONEILL THARP, KRISTI
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ABBY
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ONEILL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ONEILL, CONOR
ADDRESS AVAILABLE UPON REQUEST

ONEILL, DEVIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, EMMA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, GRACE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, JEN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KATIE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KATIE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KATIE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, LENNY
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MARILENA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MARY
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, MONICA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, ROSANN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ONEILL, SHANYN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ONEILL, SUMMER
ADDRESS AVAILABLE UPON REQUEST

ONEILL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ONEILL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ONEY, TAYLOUR
ADDRESS AVAILABLE UPON REQUEST

ONG YEN SIONG BENEDICT
ADDRESS AVAILABLE UPON REQUEST

ONG, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ONGENA, KATIE
ADDRESS AVAILABLE UPON REQUEST

ONGSTAD, CORRIN
ADDRESS AVAILABLE UPON REQUEST

ONIAS, TYRONE
ADDRESS AVAILABLE UPON REQUEST

ONIFER, JACOB
ADDRESS AVAILABLE UPON REQUEST

ONKEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ONKEN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ONKOTZ, PHIL
ADDRESS AVAILABLE UPON REQUEST

ONLINE DEP DETAIL
ADDRESS UNAVAILABLE AT TIME OF FILING

ONNEN, CONNEE
ADDRESS AVAILABLE UPON REQUEST

ONOFRIO, DANETTE
ADDRESS AVAILABLE UPON REQUEST

ONOFRIO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ONON, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

ONORAD, JASON
ADDRESS AVAILABLE UPON REQUEST

ONORATI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ONORATO, BARRY
ADDRESS AVAILABLE UPON REQUEST

ONORATO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ONORATO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ONORIO, SHAY
ADDRESS AVAILABLE UPON REQUEST

ONSTEAD, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

ONTIVEROS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ONTIVEROS, JENA
ADDRESS AVAILABLE UPON REQUEST

ONTIVEROS, LUIS
ADDRESS AVAILABLE UPON REQUEST

ONTIVEROS, MINERVA
ADDRESS AVAILABLE UPON REQUEST

ONUORJI, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ONUSKA, LAURA
ADDRESS AVAILABLE UPON REQUEST

ONUSKO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ONWELLER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ONYE, AZURA
ADDRESS AVAILABLE UPON REQUEST

ONYEARUGHA, IKEM
ADDRESS AVAILABLE UPON REQUEST

ONYEBUCHI, KELECHI
ADDRESS AVAILABLE UPON REQUEST

ONYEKWELU, JULIA
ADDRESS AVAILABLE UPON REQUEST

ONYENSO, GIFT
ADDRESS AVAILABLE UPON REQUEST

ONYSHKO, LYNDA
ADDRESS AVAILABLE UPON REQUEST

ONYSIO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OO TORO
ADDRESS UNAVAILABLE AT TIME OF FILING

OO, MYO
ADDRESS AVAILABLE UPON REQUEST

OO, ZAW
ADDRESS AVAILABLE UPON REQUEST

OOI, HENRY
ADDRESS AVAILABLE UPON REQUEST

OOKI, AIYANA
ADDRESS AVAILABLE UPON REQUEST

OOLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

OOMS, AMBER
ADDRESS AVAILABLE UPON REQUEST

OORDT, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

OOST, CRISTIE
ADDRESS AVAILABLE UPON REQUEST

OOSTERMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

OOSTMAN, KELLS
ADDRESS AVAILABLE UPON REQUEST

OOSTRA 1087, ELAINE
ADDRESS AVAILABLE UPON REQUEST

OP CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

OP DEN BOSCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OPA, OMA &
ADDRESS AVAILABLE UPON REQUEST

OPACIC, LINDA
ADDRESS AVAILABLE UPON REQUEST

OPALKA, TERESSA
ADDRESS AVAILABLE UPON REQUEST

OPARNICA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OPEDSAPCE, INC (DAILY PNUT)
1008 MASSACHUSETTS AVE. SUITE 502
CAMBRIDGE, MA  02138

OPEIRCE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OPEL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

OPEL, REGAN
ADDRESS AVAILABLE UPON REQUEST

OPELKA, FRANK
ADDRESS AVAILABLE UPON REQUEST

OPELT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

OPEN SKY INVESTMENTS LLC
ADDRESS AVAILABLE UPON REQUEST

OPENA, GRACE
ADDRESS AVAILABLE UPON REQUEST

OPENSHAW, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

OPENSHAW, TANA
ADDRESS AVAILABLE UPON REQUEST

OPERHALL, JOE
ADDRESS AVAILABLE UPON REQUEST

OPEX PARTNERS SOLO 401K PLAN
4824 NARRAGANSETT AVE SUITE A
SAN DIEGO, CA 92107

OPICI - CONNECTICUT
210 OLD GATE LANE
MILFORD, CT 06460

OPICI - NEW JERSEY
AMERICAN B.D.CO
25 DE BOER DRIVE GLEN
ROCK, NJ 07452

OPICI FAMILY DISTRIBUTING
25 DE BOER DRIVE
GLEN ROCK, NJ 07452

OPINANTE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OPLIGER, AMBER
ADDRESS AVAILABLE UPON REQUEST

OPLOTNA, OLGA
ADDRESS AVAILABLE UPON REQUEST

OPOKU, ERNEST
ADDRESS AVAILABLE UPON REQUEST

OPPELT, TAMMY
ADDRESS AVAILABLE UPON REQUEST

OPPENHEIM, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OPPENHEIMER & CO. INC. (0571)
ATTN COLIN SANDY OR PROXY MGR
85 BRD ST, 4TH FL
NEW YORK, NY 10004

OPPENHEIMER, MADISON
ADDRESS AVAILABLE UPON REQUEST

OPPERMAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

OPPERMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

OPPLIGER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OPPONG, RONNY
ADDRESS AVAILABLE UPON REQUEST

OPRY, PAULLA
ADDRESS AVAILABLE UPON REQUEST

OPRYSKO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OPSAHL, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

OPSOMER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

OPSTAD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

OPTIMAL FUSION, INC.
7162 BEVERLY BLVD 580
LOS ANGELES, CA 90036

OPTIMIZELY INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

OPTIMOVE INC.
217 WEST 21ST ST., FLOOR 2
NEW YORK, NY  10011

OPT PINTELLIGENCE INC
37 W 37TH ST. 5TH FLOOR
NEW YORK, NY  10018

OPTIZMO TECHNOLOGIES, LLC
401 CONGRESS AVENUE SUITE 1540
AUSTIN, TX  78701

OPUS SEARCH, INC.
111 WEST WACKER DRIVE UNIT 5204
CHICAGO, IL  60601

OQUENDO, JESSE
ADDRESS AVAILABLE UPON REQUEST

OQUIST, BETH
ADDRESS AVAILABLE UPON REQUEST

ORACLE AMERICA, INC
PO BOX 44471
SAN FRANCISCO, CA  94144

ORACLE AMERICA, INC. (NETSUITE)
2955 CAMPUS DRIVE SUITE 100
SAN MATEO, CA  94403-2511

ORACLE AMERICA, INC. (NETSUITE)
BANK OF AMERICA LOCKBOX SERVICES
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

ORACLE AMERICA, INC.
2300 ORACLE WAY
AUSTIN, TX  78741

ORACLE AMERICA, INC.
500 ORACLE PKWY
REDWOOD SHORES, CA  94065

ORAPELLO, DAHLIA
ADDRESS AVAILABLE UPON REQUEST

ORASKOVICH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ORATELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ORAVEC, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ORAVEC, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ORAWSKY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ORBAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

ORBE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ORBE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ORCHARD SUPPLY
ADDRESS UNAVAILABLE AT TIME OF FILING

ORCHARD, AMORY
ADDRESS AVAILABLE UPON REQUEST

ORCHARD, MAURA
ADDRESS AVAILABLE UPON REQUEST

ORCHARD, MIKE
ADDRESS AVAILABLE UPON REQUEST

ORCHARD, TARA
ADDRESS AVAILABLE UPON REQUEST

ORCHERTON, JEN
ADDRESS AVAILABLE UPON REQUEST

ORCK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ORCUTT, LAURA
ADDRESS AVAILABLE UPON REQUEST

ORCUTT, LUCIA
ADDRESS AVAILABLE UPON REQUEST

ORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ORDAZ RAMIREZ, JOEL
ADDRESS AVAILABLE UPON REQUEST

ORDAZ, GEOVANNI
ADDRESS AVAILABLE UPON REQUEST

ORDAZ, KARLA
ADDRESS AVAILABLE UPON REQUEST

ORDE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ORDERFIND.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

ORDONEZ, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ORDONEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

ORDONEZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ORDOWER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ORDUNO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ORDWAY, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ORDWAY, STACY
ADDRESS AVAILABLE UPON REQUEST

ORE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

OREBAUGH, MICAH
ADDRESS AVAILABLE UPON REQUEST

ORECCHIA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

OREGAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OREGAN, ROISIN
ADDRESS AVAILABLE UPON REQUEST

OREGO, MORGAN OREGO
ADDRESS AVAILABLE UPON REQUEST

OREGON BUREAU OF LABOR AND
INDUSTRIES
800 NE OREGON ST
SUTIE 1045
PORTLAND, OR  97232

OREGON DEPARTMENT OF JUSTICE
FINANCIAL FRAUD
CONSUMER PROTECTION SECTION
1162 COURT ST NE
SALEM, OR  97301-4096

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301

OREGON DIVISION OF FINANCIAL
REGULATION
PO BOX 14480
SALEM, OR  97309-0405

OREGON LIQUOR CONTROL COMMISSION
9079 SE MCLOUGHLIN BLVD
PORTLAND, OR  97222

OREGON LIQUOR CONTROL COMMISSION
9079 SE MCLOUGHLIN BLVD.
PORTLAND, OR  97222

OREGON PRECISION INDUSTRIES, INC
(PAKTECH)
1680 IRVING RD
EUGENE, OR  97402

OREGON WINE SERVICES & STORAGE -
CLUB W
ADDRESS UNAVAILABLE AT TIME OF FILING

OREGON WINE SERVICES & STORAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

OREILLY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

OREILLY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OREILLY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

OREILLY, EMMA
ADDRESS AVAILABLE UPON REQUEST

OREILLY, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

OREILLY, KATHY
ADDRESS AVAILABLE UPON REQUEST

OREILLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

OREILLY, LAURA
ADDRESS AVAILABLE UPON REQUEST

OREILLY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

OREILLY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

OREJEL, KEITH
ADDRESS AVAILABLE UPON REQUEST

OREL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ORELLA, MARY
ADDRESS AVAILABLE UPON REQUEST

ORELLANA, DENISE
ADDRESS AVAILABLE UPON REQUEST

ORELLANA, TANIA
ADDRESS AVAILABLE UPON REQUEST

OREN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ORENSTEIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ORENSTEIN, MAX
ADDRESS AVAILABLE UPON REQUEST

ORESHKIN, NIKOLAI
ADDRESS AVAILABLE UPON REQUEST

ORESJO, MEG
ADDRESS AVAILABLE UPON REQUEST

ORFALI, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

ORFANEL, ARTURO
ADDRESS AVAILABLE UPON REQUEST

ORFITELLI, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

ORFORD, KENDRA
ADDRESS AVAILABLE UPON REQUEST

ORGAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ORGAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ORGANIC BOTTLE DECORATING COMPANY
LLC
(ZION PACKAGING)
575 ALCOA CIRCLE, SUITE B
CORONA, CA 92880

ORGANIC TRADE ASSOCIATION
444 N. CAPITOL STREET, NW 445A
WASHINGTON, DC 20001

ORGANIC, JP
ADDRESS AVAILABLE UPON REQUEST

ORGANIMI, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

ORGANISTA, JENNY
ADDRESS AVAILABLE UPON REQUEST

ORGANIZE IT
2079 25 MILE ROAD SHELBY TOWNSHIP

ORGEMAN, KEELY
ADDRESS AVAILABLE UPON REQUEST

ORGERA, LOUISE
ADDRESS AVAILABLE UPON REQUEST

ORGERON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ORGON, DAWN
ADDRESS AVAILABLE UPON REQUEST

ORGOVAN, TINA
ADDRESS AVAILABLE UPON REQUEST

ORI, LOU
ADDRESS AVAILABLE UPON REQUEST

ORIADE, DEVINA
ADDRESS AVAILABLE UPON REQUEST

ORIAKHI, KINGSLEY
ADDRESS AVAILABLE UPON REQUEST

ORIANA HARGROVE ALDERMAN
ADDRESS AVAILABLE UPON REQUEST

ORIANA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

ORIDE, KELLI
ADDRESS AVAILABLE UPON REQUEST

ORIE, GRACE
ADDRESS AVAILABLE UPON REQUEST

ORIENTAL TRADING CO
ADDRESS UNAVAILABLE AT TIME OF FILING

ORIENTAL, HERMANITA
ADDRESS AVAILABLE UPON REQUEST

ORIENTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORIGIN GLOBAL DISTRIBUTION INC.
ROUTE CANTONEL 65
VETROZ  1963
SWITZERLAND

ORIGINAL ROADHOUSE GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

ORIHUELA, LIZETTE
ADDRESS AVAILABLE UPON REQUEST

ORION GLOBAL MANAGED SERVICES LTD.
20-22 WENLOCK ROAD
LONDON, UNITED KINGDOM, N1  7TA

ORION LANDDEN
ADDRESS AVAILABLE UPON REQUEST

ORIORDAN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ORIORDAN, SINEAD
ADDRESS AVAILABLE UPON REQUEST

ORKIN
ADDRESS UNAVAILABLE AT TIME OF FILING

ORKIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ORLAN, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

ORLANDINI, KELLY
ADDRESS AVAILABLE UPON REQUEST

ORLANDO IBANEZ
ADDRESS AVAILABLE UPON REQUEST

ORLANDO LOPEZ-ROMAN
ADDRESS AVAILABLE UPON REQUEST

ORLANDO PEREZ
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, LYNNE
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, NORA
ADDRESS AVAILABLE UPON REQUEST

ORLANDO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ORLANSKY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ORLET, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ORLEY, MARA
ADDRESS AVAILABLE UPON REQUEST

ORLICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORLOFF, RIKKI
ADDRESS AVAILABLE UPON REQUEST

ORLOWSKA, AGA
ADDRESS AVAILABLE UPON REQUEST

ORLOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ORLOWSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

ORMAN, REGAN
ADDRESS AVAILABLE UPON REQUEST

ORMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ORMAND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORME, CALLY
ADDRESS AVAILABLE UPON REQUEST

ORME, SALLY
ADDRESS AVAILABLE UPON REQUEST

ORMOND, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ORMONDE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ORMSBEE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ORMSBEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ORMSBY, JANESSA
ADDRESS AVAILABLE UPON REQUEST

ORMSBY, KEN
ADDRESS AVAILABLE UPON REQUEST

ORN, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

ORN, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ORNDORFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ORNDORFF, MADISON
ADDRESS AVAILABLE UPON REQUEST

ORNDUFF, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, ANDRES
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, DELANEY
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, LUIS
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, NATALIA
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, PERLA
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ORNELAS, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ORNER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ORNER, REILLY
ADDRESS AVAILABLE UPON REQUEST

ORNOWSKI, RON
ADDRESS AVAILABLE UPON REQUEST

ORO, KATIE
ADDRESS AVAILABLE UPON REQUEST

ORO, LIANE
ADDRESS AVAILABLE UPON REQUEST

ORONA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ORONA, CRUZ
ADDRESS AVAILABLE UPON REQUEST

ORONDE M BATCH
ADDRESS AVAILABLE UPON REQUEST

OROPEZA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

OROPEZA, SARAH
ADDRESS AVAILABLE UPON REQUEST

ORORKE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OROSCO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

OROSS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

OROURKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OROURKE, BRIGID
ADDRESS AVAILABLE UPON REQUEST

OROURKE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, DARA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

OROURKE, JANE
ADDRESS AVAILABLE UPON REQUEST

OROURKE, JANET
ADDRESS AVAILABLE UPON REQUEST

OROURKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, JOSEFA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, KATHY
ADDRESS AVAILABLE UPON REQUEST

OROURKE, KERRY
ADDRESS AVAILABLE UPON REQUEST

OROURKE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

OROURKE, LISA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, MARIA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OROURKE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OROURKE, TESS
ADDRESS AVAILABLE UPON REQUEST

OROURKE, TOM
ADDRESS AVAILABLE UPON REQUEST

OROURKE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

OROURKE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

OROZCO, ANGELES
ADDRESS AVAILABLE UPON REQUEST

OROZCO, DIANA
ADDRESS AVAILABLE UPON REQUEST

OROZCO, DIANE
ADDRESS AVAILABLE UPON REQUEST

OROZCO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OROZCO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OROZCO, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

OROZCO, REBECA
ADDRESS AVAILABLE UPON REQUEST

OROZCO, SERGIO
ADDRESS AVAILABLE UPON REQUEST

OROZCO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OROZCO, XOCHITL
ADDRESS AVAILABLE UPON REQUEST

OROZCO-HERNANDEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

ORPANO, BRAD
ADDRESS AVAILABLE UPON REQUEST

ORPEN, RANDI
ADDRESS AVAILABLE UPON REQUEST

ORPHANIDES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ORPHANIDES, POPPY
ADDRESS AVAILABLE UPON REQUEST

ORPINA, ANN
ADDRESS AVAILABLE UPON REQUEST

ORR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ORR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ORR, AMBER
ADDRESS AVAILABLE UPON REQUEST

ORR, AMBER
ADDRESS AVAILABLE UPON REQUEST

ORR, AMY
ADDRESS AVAILABLE UPON REQUEST

ORR, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ORR, BECKY
ADDRESS AVAILABLE UPON REQUEST

ORR, BETH
ADDRESS AVAILABLE UPON REQUEST

ORR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ORR, CARSON
ADDRESS AVAILABLE UPON REQUEST

ORR, CHARIS
ADDRESS AVAILABLE UPON REQUEST

ORR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ORR, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ORR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ORR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ORR, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ORR, EMILY
ADDRESS AVAILABLE UPON REQUEST

ORR, ERIN
ADDRESS AVAILABLE UPON REQUEST

ORR, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ORR, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ORR, JANET
ADDRESS AVAILABLE UPON REQUEST

ORR, JANET
ADDRESS AVAILABLE UPON REQUEST

ORR, JODIE
ADDRESS AVAILABLE UPON REQUEST

ORR, JOHN
ADDRESS AVAILABLE UPON REQUEST

ORR, KATEE
ADDRESS AVAILABLE UPON REQUEST

ORR, KAYLEN
ADDRESS AVAILABLE UPON REQUEST

ORR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ORR, LOGAN
ADDRESS AVAILABLE UPON REQUEST

ORR, LORI
ADDRESS AVAILABLE UPON REQUEST

ORR, LYDIA
ADDRESS AVAILABLE UPON REQUEST

ORR, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ORR, MATT
ADDRESS AVAILABLE UPON REQUEST

ORR, MEG
ADDRESS AVAILABLE UPON REQUEST

ORR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ORR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ORR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ORR, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ORR, SCARLET
ADDRESS AVAILABLE UPON REQUEST

ORR, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ORR, TERRI
ADDRESS AVAILABLE UPON REQUEST

ORR, THERESA|
ADDRESS AVAILABLE UPON REQUEST

ORRACA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ORR-ANDREA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ORRELL, DEBIE
ADDRESS AVAILABLE UPON REQUEST

ORREN, RITA
ADDRESS AVAILABLE UPON REQUEST

ORRICO, KELLY
ADDRESS AVAILABLE UPON REQUEST

ORRIN SEARS
ADDRESS AVAILABLE UPON REQUEST

ORSBON, TAYLOR RAY
ADDRESS AVAILABLE UPON REQUEST

ORSBORNE, HALEY
ADDRESS AVAILABLE UPON REQUEST

ORSI TRANSPORT, INC
3700 CHRISTY LANE
UKIAH, CA 95482

ORSI, SHANEL
ADDRESS AVAILABLE UPON REQUEST

ORSI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ORSINI, AMY
ADDRESS AVAILABLE UPON REQUEST

ORSINI, CHIARA
ADDRESS AVAILABLE UPON REQUEST

ORSINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ORSINI, EMILY
ADDRESS AVAILABLE UPON REQUEST

ORSINI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ORSINI, KENNETHA
ADDRESS AVAILABLE UPON REQUEST

ORSINI-TRAPASSO, LISA
ADDRESS AVAILABLE UPON REQUEST

ORSINO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ORSO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ORSO, LISA
ADDRESS AVAILABLE UPON REQUEST

ORSOLINO, YVELIS
ADDRESS AVAILABLE UPON REQUEST

ORTA, LEAH
ADDRESS AVAILABLE UPON REQUEST

ORTA, THERESA
ADDRESS AVAILABLE UPON REQUEST

ORTALE, MARY KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ORTANEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

ORTBERG, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ORTEGA CH., KAREN
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, ALYSA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, AMIEE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, ANA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, BRIANA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, ELINA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, HIGINIO
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JORGE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, JORGE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, LISBETH
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, NICK
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, PABLO
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA, SYRINGA
ADDRESS AVAILABLE UPON REQUEST

ORTEGA-NAPOLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ORTEGO, ANNA
ADDRESS AVAILABLE UPON REQUEST

ORTEGO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ORTEGO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ORTEGO, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

ORTEGON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ORTELLI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ORTENBERG, ROSE
ADDRESS AVAILABLE UPON REQUEST

ORTH, LISE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ 2897, MARGOT
ADDRESS AVAILABLE UPON REQUEST

ORTIZ GARCIA, LUIS
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, AARON
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ANA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ANNDREANA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, DAIANA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, DIANE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, EDWIN
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ELOY
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ELSIANA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, GERARDO
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, GLENDALEE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, HILLARY
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, IRIS
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ISMAEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JADE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JAIME
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JEANETTAVICTORIA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JEFF
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JOANNE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JOEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JOLENE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, JULIO
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, KAMILA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, L
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, LARRA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, LEISHLA J.
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, LISA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, LISA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, MATTIE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, PASCUAL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, PERLA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, REGINA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, ROCIO
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, SARA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, SHANEE,
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, SHANETTE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ORTIZ, YVONNE
ADDRESS AVAILABLE UPON REQUEST

ORTIZ-MENA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ORTLIP-SOMMERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ORTMAN, JASON
ADDRESS AVAILABLE UPON REQUEST

ORTMANN, DENISE
ADDRESS AVAILABLE UPON REQUEST

ORTMANN, SIGRUN
ADDRESS AVAILABLE UPON REQUEST

ORTNER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ORTOLANI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ORTOLANO, GINA
ADDRESS AVAILABLE UPON REQUEST

ORTON, NICK
ADDRESS AVAILABLE UPON REQUEST

ORTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ORTON, SARA
ADDRESS AVAILABLE UPON REQUEST

ORTWEIN, GINA
ADDRESS AVAILABLE UPON REQUEST

ORTZ, TARAH
ADDRESS AVAILABLE UPON REQUEST

ORVIETO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ORVIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ORWICK, JOSH
ADDRESS AVAILABLE UPON REQUEST

ORWIG, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ORWIG, KATIE
ADDRESS AVAILABLE UPON REQUEST

ORZANO, JUDY
ADDRESS AVAILABLE UPON REQUEST

ORZECHOWSKI, AMY
ADDRESS AVAILABLE UPON REQUEST

ORZEK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OSAZEE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

OSBAHR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OSBECK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OSBORN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

OSBORN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

OSBORN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

OSBORN, GERALD S
ADDRESS AVAILABLE UPON REQUEST

OSBORN, KAREN
ADDRESS AVAILABLE UPON REQUEST

OSBORN, KELLY
ADDRESS AVAILABLE UPON REQUEST

OSBORN, LISA
ADDRESS AVAILABLE UPON REQUEST

OSBORN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

OSBORN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OSBORN, MIKE
ADDRESS AVAILABLE UPON REQUEST

OSBORN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

OSBORN, PAULA
ADDRESS AVAILABLE UPON REQUEST

OSBORN, SARAH
ADDRESS AVAILABLE UPON REQUEST

OSBORN, SUNITA
ADDRESS AVAILABLE UPON REQUEST

OSBORN, VICKI
ADDRESS AVAILABLE UPON REQUEST

OSBORNE BALTIMORE, ALISHA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, CASEY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, CASSSANDRA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, ELIZA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JAMES
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JANICE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JANNINE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JANNINE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JAY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JED
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, KIM
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, KYRA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, MARY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, MARY
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, RENEE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, SHARLA
ADDRESS AVAILABLE UPON REQUEST

OSBORNE, ZOE
ADDRESS AVAILABLE UPON REQUEST

OSBORNE-LEE, AZURE
ADDRESS AVAILABLE UPON REQUEST

OSBOURNE, KARLENE
ADDRESS AVAILABLE UPON REQUEST

OSBUN, IMRA
ADDRESS AVAILABLE UPON REQUEST

OSBURN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OSBURN, HALIE
ADDRESS AVAILABLE UPON REQUEST

OSBURN, KARAH
ADDRESS AVAILABLE UPON REQUEST

OSBURN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

OSBURN, NORMA
ADDRESS AVAILABLE UPON REQUEST

OSCAR AGUILAR
ADDRESS AVAILABLE UPON REQUEST

OSCAR NORIEGA
ADDRESS AVAILABLE UPON REQUEST

OSCAR OROZCO
ADDRESS AVAILABLE UPON REQUEST

OSCAR TRELLES
ADDRESS AVAILABLE UPON REQUEST

OSCARS CERVETECA
ADDRESS UNAVAILABLE AT TIME OF FILING

OSCHER, RICK
ADDRESS AVAILABLE UPON REQUEST

OSCHMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

OSEGHALE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OSEGUEDA, ELISA
ADDRESS AVAILABLE UPON REQUEST

OSEGUEDA, MARYCLAIRE
ADDRESS AVAILABLE UPON REQUEST

OSEI OWUSU
ADDRESS AVAILABLE UPON REQUEST

OSEI, MOUDE
ADDRESS AVAILABLE UPON REQUEST

OSENBURG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OSEPCHUK, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

OSER, KRIS
ADDRESS AVAILABLE UPON REQUEST

OSESKI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

OSETEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OSETEK, JULIE
ADDRESS AVAILABLE UPON REQUEST

OSGOOD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OSGOOD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OSHANA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

OSHAUGHNESSY, ALISON
ADDRESS AVAILABLE UPON REQUEST

OSHAUGHNESSY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

OSHAUGHNESSY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

OSHAUGHNESSY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

OSHAUGHNESSY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OSHEA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

OSHEA, AYLA
ADDRESS AVAILABLE UPON REQUEST

OSHEA, BRENN
ADDRESS AVAILABLE UPON REQUEST

OSHEA, CELINE
ADDRESS AVAILABLE UPON REQUEST

OSHEA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

OSHEA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OSHEA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

OSHELL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OSHEROFF, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OSHINSKIE, JULIA
ADDRESS AVAILABLE UPON REQUEST

OSHOKOYA, ERNEST
ADDRESS AVAILABLE UPON REQUEST

OSHURAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OSIECKI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OSIER, CHERIE
ADDRESS AVAILABLE UPON REQUEST

OSIER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

OSIFCHIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

OSINA, KORI
ADDRESS AVAILABLE UPON REQUEST

OSINBOYEJO, OYE
ADDRESS AVAILABLE UPON REQUEST

OSINSKI, CATALINA
ADDRESS AVAILABLE UPON REQUEST

OSINSKI, JODI
ADDRESS AVAILABLE UPON REQUEST

OSKAR VON HANSTEIN
ADDRESS AVAILABLE UPON REQUEST

OSKIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OSLAC, EMMA
ADDRESS AVAILABLE UPON REQUEST

OSLAGER, CARA
ADDRESS AVAILABLE UPON REQUEST

OSLAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OSLAND, CARRIE
ADDRESS AVAILABLE UPON REQUEST

OSMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OSMANI, ILIR
ADDRESS AVAILABLE UPON REQUEST

OSMANOVIC, SANELA
ADDRESS AVAILABLE UPON REQUEST

OSMENT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

OSMOND, KARI
ADDRESS AVAILABLE UPON REQUEST

OSNER-HACKETT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

OSO, LAURICE
ADDRESS AVAILABLE UPON REQUEST

OSOBA, JEFF
ADDRESS AVAILABLE UPON REQUEST

OSORIO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OSORIO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

OSORIO, JULIAN
ADDRESS AVAILABLE UPON REQUEST

OSORIO, LISA
ADDRESS AVAILABLE UPON REQUEST

OSORIO, REBECA
ADDRESS AVAILABLE UPON REQUEST

OSORIO, YENIFER
ADDRESS AVAILABLE UPON REQUEST

OSOTOE, JENNA
ADDRESS AVAILABLE UPON REQUEST

OSPINA, NATALI
ADDRESS AVAILABLE UPON REQUEST

OSPINO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

OSPITALE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OSRIN, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

OSSAI, ONAH
ADDRESS AVAILABLE UPON REQUEST

OSSEBI, ISIS
ADDRESS AVAILABLE UPON REQUEST

OSSMUS, MADISON
ADDRESS AVAILABLE UPON REQUEST

OSSORIO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

OSSYRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OSTANIK BELLESSA, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

OSTBERG, BROOK
ADDRESS AVAILABLE UPON REQUEST

OSTBY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OSTDIEK, JACOB
ADDRESS AVAILABLE UPON REQUEST

OSTEEN, MALORY
ADDRESS AVAILABLE UPON REQUEST

OSTEEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OSTEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

OSTENDORF, CARROL
ADDRESS AVAILABLE UPON REQUEST

OSTENFELD, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

OSTER BACH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OSTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OSTERBAUER, BETH
ADDRESS AVAILABLE UPON REQUEST

OSTERBERG, ERIKA
ADDRESS AVAILABLE UPON REQUEST

OSTERBUR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OSTERGAARD, JANE
ADDRESS AVAILABLE UPON REQUEST

OSTERGARD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

OSTERGARD, DEANN
ADDRESS AVAILABLE UPON REQUEST

OSTERGARD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OSTERGRANT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OSTERHAUS, JULIE
ADDRESS AVAILABLE UPON REQUEST

OSTERHOFF, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

OSTERHOLT, KELLY
ADDRESS AVAILABLE UPON REQUEST

OSTERHOUT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OSTERMAN, ROZZI
ADDRESS AVAILABLE UPON REQUEST

OSTERRITTER, ERIC
ADDRESS AVAILABLE UPON REQUEST

OSTIN, DONNA
ADDRESS AVAILABLE UPON REQUEST

OSTING, MARY
ADDRESS AVAILABLE UPON REQUEST

OSTLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, ADAM
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, DIANA
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

OSTRANDER, STACIE
ADDRESS AVAILABLE UPON REQUEST

OSTREM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OSTROM, ERIC
ADDRESS AVAILABLE UPON REQUEST

OSTROM, LAURA
ADDRESS AVAILABLE UPON REQUEST

OSTROVSKY, ANNA
ADDRESS AVAILABLE UPON REQUEST

OSTROW, PIPPY
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, GINGER
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, MADELINE
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OSTROWSKI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

OSTRUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

OSUCHA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, DARCIANN
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, GAIL
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, KIERAN
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OSULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

OSUMI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

OSUNSADE, DESY
ADDRESS AVAILABLE UPON REQUEST

OSUNTOYINBO, OLANREWAJU
ADDRESS AVAILABLE UPON REQUEST

OSVALD, JAMES
ADDRESS AVAILABLE UPON REQUEST

OSVALDO LUZUNARIS
ADDRESS AVAILABLE UPON REQUEST

OSVALDO MARICHAL
ADDRESS AVAILABLE UPON REQUEST

OSWALD ANTONIUS MARIUS KESSELS
ADDRESS AVAILABLE UPON REQUEST

OSWALD, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

OSWALD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OSWALD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

OSWALD, DEBRA
ADDRESS AVAILABLE UPON REQUEST

OSWALD, LAURA
ADDRESS AVAILABLE UPON REQUEST

OSWALD, LEAH
ADDRESS AVAILABLE UPON REQUEST

OSWALD, LOUIS
ADDRESS AVAILABLE UPON REQUEST

OSWALD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

OSWALD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OSWALD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

OSWALD, SUMER
ADDRESS AVAILABLE UPON REQUEST

OSWALT, CHERYL
ADDRESS AVAILABLE UPON REQUEST

OSWALT, LORAN
ADDRESS AVAILABLE UPON REQUEST

OSWALT, SARA
ADDRESS AVAILABLE UPON REQUEST

OSZTREICHER, MAGALI
ADDRESS AVAILABLE UPON REQUEST

OTANI, AUDRA
ADDRESS AVAILABLE UPON REQUEST

OTERO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

OTERO, DIANA
ADDRESS AVAILABLE UPON REQUEST

OTERO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OTERO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OTERO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

OTERO, SASHA
ADDRESS AVAILABLE UPON REQUEST

OTERO, TYLER
ADDRESS AVAILABLE UPON REQUEST

OTEY, CERISSA
ADDRESS AVAILABLE UPON REQUEST

OTEY, NED
ADDRESS AVAILABLE UPON REQUEST

OTFRID LIEPACK
ADDRESS AVAILABLE UPON REQUEST

OTG
ADDRESS UNAVAILABLE AT TIME OF FILING

OTGONTULGA, GANTIGMAA
ADDRESS AVAILABLE UPON REQUEST

OTHER WORLD COMPUTING
ADDRESS UNAVAILABLE AT TIME OF FILING

OTHS, LISA
ADDRESS AVAILABLE UPON REQUEST

OTIENO, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

OTIM, MICHAEL O OKOT AND JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

OTIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OTIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OTIS, SERENA
ADDRESS AVAILABLE UPON REQUEST

OTJEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

OTLOE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

OTOOL, MELODY
ADDRESS AVAILABLE UPON REQUEST

OTOOL, MELODY
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, EMMA
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, LISA
ADDRESS AVAILABLE UPON REQUEST

OTOOLE, TERENCE
ADDRESS AVAILABLE UPON REQUEST

OTRIMBLE, GRACE
ADDRESS AVAILABLE UPON REQUEST

OTSU, ANNA
ADDRESS AVAILABLE UPON REQUEST

OTSUKA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OTSUKI, JENN
ADDRESS AVAILABLE UPON REQUEST

OTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OTT, FRED
ADDRESS AVAILABLE UPON REQUEST

OTT, GERALD
ADDRESS AVAILABLE UPON REQUEST

OTT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OTT, HILLARY
ADDRESS AVAILABLE UPON REQUEST

OTT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OTT, LEANNE
ADDRESS AVAILABLE UPON REQUEST

OTT, MANDY
ADDRESS AVAILABLE UPON REQUEST

OTT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OTT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OTT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OTTATI, MICHELA
ADDRESS AVAILABLE UPON REQUEST

OTTATI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

OTTE, ALLI
ADDRESS AVAILABLE UPON REQUEST

OTTE, BELINDA
ADDRESS AVAILABLE UPON REQUEST

OTTE, BRANDAN
ADDRESS AVAILABLE UPON REQUEST

OTTE, DAVID
ADDRESS AVAILABLE UPON REQUEST

OTTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

OTTE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

OTTE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OTTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

OTTENS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

OTTER, CEZANNE
ADDRESS AVAILABLE UPON REQUEST

OTTERBEIN, JOHN
ADDRESS AVAILABLE UPON REQUEST

OTTERSON, CHARIZMA
ADDRESS AVAILABLE UPON REQUEST

OTTIS, WILLIE
ADDRESS AVAILABLE UPON REQUEST

OTTMAN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

OTTO, ANISSA
ADDRESS AVAILABLE UPON REQUEST

OTTO, BOBBY
ADDRESS AVAILABLE UPON REQUEST

OTTO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

OTTO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OTTO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

OTTO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OTTO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OTTO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

OTTO, SARAH
ADDRESS AVAILABLE UPON REQUEST

OTTO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

OTTO, WARNER
ADDRESS AVAILABLE UPON REQUEST

OTTO, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

OTTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

OTTS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OTTUM, KATE
ADDRESS AVAILABLE UPON REQUEST

OTUONYE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

OU, NENGHAO
ADDRESS AVAILABLE UPON REQUEST

OU, SOPHEAR
ADDRESS AVAILABLE UPON REQUEST

OUANO, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

OUELLET, LAURA
ADDRESS AVAILABLE UPON REQUEST

OUELLET, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, HANNA
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, RENEE
ADDRESS AVAILABLE UPON REQUEST

OUELLETTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

OUEZZIN, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

OUGHELTREE, FARRELL
ADDRESS AVAILABLE UPON REQUEST

OUGHTON, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

OUILLETTE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

OUIMETTE, EMMA
ADDRESS AVAILABLE UPON REQUEST

OUIMETTE, KATHY
ADDRESS AVAILABLE UPON REQUEST

OUK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OUK, ZETSEY
ADDRESS AVAILABLE UPON REQUEST

OULVEY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

OUNAN, ALANA
ADDRESS AVAILABLE UPON REQUEST

OURFALIAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

OURSLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

OUSLEY, EMALEE
ADDRESS AVAILABLE UPON REQUEST

OUSLEY, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

OUTBRAIN.COM
39 WEST 13TH STREET 3RD FLOOR
NEW YORK, NY  10011

OUTCALT, KELLY
ADDRESS AVAILABLE UPON REQUEST

OUTFRONT MEDIA
P.O. BOX 33074
NEWARK, NJ  07188

OUTFRONT
3535 WALNUT ST
DENVER, CO  80205

OUTLAND, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OUTLAW, ALYCE
ADDRESS AVAILABLE UPON REQUEST

OUTLAW, DEBRA
ADDRESS AVAILABLE UPON REQUEST

OUTLAW, ELLEN
ADDRESS AVAILABLE UPON REQUEST

OUTLAW, LEONET
ADDRESS AVAILABLE UPON REQUEST

OUTLAW, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

OUTLY, DOREEN
ADDRESS AVAILABLE UPON REQUEST

OUTRAM, KELLY
ADDRESS AVAILABLE UPON REQUEST

OUTTEN, KATE
ADDRESS AVAILABLE UPON REQUEST

OUTWATER, ALISSA
ADDRESS AVAILABLE UPON REQUEST

OUTZ, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

OUZTS, TORI
ADDRESS AVAILABLE UPON REQUEST

OVALLES, ANNELL
ADDRESS AVAILABLE UPON REQUEST

OVANDO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OVANESSOFF, VARANT
ADDRESS AVAILABLE UPON REQUEST

OVCHINNIKOVA, MARIA
ADDRESS AVAILABLE UPON REQUEST

OVECHKIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

OVEISSI, CYRUS
ADDRESS AVAILABLE UPON REQUEST

OVERACKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OVERALL, JENNIE
ADDRESS AVAILABLE UPON REQUEST

OVERALL, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

OVERBEE, PHILIP
ADDRESS AVAILABLE UPON REQUEST

OVERBEY, ANNE
ADDRESS AVAILABLE UPON REQUEST

OVERBEY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

OVERBOE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OVERBY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

OVERBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

OVERBY, MIKAEL
ADDRESS AVAILABLE UPON REQUEST

OVERCASH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

OVEREND, CARRIE
ADDRESS AVAILABLE UPON REQUEST

OVERFIELD, ALLIE
ADDRESS AVAILABLE UPON REQUEST

OVERFIELD, DAWN
ADDRESS AVAILABLE UPON REQUEST

OVERGARD, MARLI
ADDRESS AVAILABLE UPON REQUEST

OVERHISER, RYAN
ADDRESS AVAILABLE UPON REQUEST

OVERHOLT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OVERHOLT, SASHA
ADDRESS AVAILABLE UPON REQUEST

OVERLAND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OVERLOCK, SLOAN
ADDRESS AVAILABLE UPON REQUEST

OVERMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

OVERMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

OVERMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

OVERMILLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

OVERMYER, BENNETT
ADDRESS AVAILABLE UPON REQUEST

OVERMYER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

OVERMYER, KELLY
ADDRESS AVAILABLE UPON REQUEST

OVERS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

OVERSTOCK.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

OVERSTREET, GARY AND LORA
ADDRESS AVAILABLE UPON REQUEST

OVERSTREET, KELLY
ADDRESS AVAILABLE UPON REQUEST

OVERSTREET, KIPPER
ADDRESS AVAILABLE UPON REQUEST

OVERSTREET, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

OVERTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OVERTON, JULIE ANNE
ADDRESS AVAILABLE UPON REQUEST

OVERTON, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

OVERTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

OVIEDO, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

OVIEDO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

OVIEDO, JOSEFINA
ADDRESS AVAILABLE UPON REQUEST

OVIEDO-PAULAUSKI, RAMIRO
ADDRESS AVAILABLE UPON REQUEST

OVNICEK, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

OWANESIAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

OWCZARCZAK, DAN
ADDRESS AVAILABLE UPON REQUEST

OWCZARSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

OWEN LUCAS ADOLPHSEN
ADDRESS AVAILABLE UPON REQUEST

OWEN, ANNA LISA
ADDRESS AVAILABLE UPON REQUEST

OWEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

OWEN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

OWEN, CHURCH
ADDRESS AVAILABLE UPON REQUEST

OWEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

OWEN, DAVIE
ADDRESS AVAILABLE UPON REQUEST

OWEN, DAWSON
ADDRESS AVAILABLE UPON REQUEST

OWEN, DELANEY
ADDRESS AVAILABLE UPON REQUEST

OWEN, DONALD
ADDRESS AVAILABLE UPON REQUEST

OWEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

OWEN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

OWEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

OWEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

OWEN, JILL
ADDRESS AVAILABLE UPON REQUEST

OWEN, JORY
ADDRESS AVAILABLE UPON REQUEST

OWEN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

OWEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

OWEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

OWEN, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

OWEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

OWEN, LORRIE
ADDRESS AVAILABLE UPON REQUEST

OWEN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

OWEN, MAKENA
ADDRESS AVAILABLE UPON REQUEST

OWEN, MARIA
ADDRESS AVAILABLE UPON REQUEST

OWEN, MARTI
ADDRESS AVAILABLE UPON REQUEST

OWEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

OWEN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

OWEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

OWEN, PAT
ADDRESS AVAILABLE UPON REQUEST

OWEN, PAULINE
ADDRESS AVAILABLE UPON REQUEST

OWEN, RANDY
ADDRESS AVAILABLE UPON REQUEST

OWEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

OWEN, REESA
ADDRESS AVAILABLE UPON REQUEST

OWEN, RYE
ADDRESS AVAILABLE UPON REQUEST

OWEN, SUMMER
ADDRESS AVAILABLE UPON REQUEST

OWENS, ABRA
ADDRESS AVAILABLE UPON REQUEST

OWENS, ALISON
ADDRESS AVAILABLE UPON REQUEST

OWENS, ALIZA
ADDRESS AVAILABLE UPON REQUEST

OWENS, AMY
ADDRESS AVAILABLE UPON REQUEST

OWENS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

OWENS, ANNE
ADDRESS AVAILABLE UPON REQUEST

OWENS, ASHES
ADDRESS AVAILABLE UPON REQUEST

OWENS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

OWENS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

OWENS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

OWENS, BRYAN
ADDRESS AVAILABLE UPON REQUEST

OWENS, BYRNE
ADDRESS AVAILABLE UPON REQUEST

OWENS, CHAD
ADDRESS AVAILABLE UPON REQUEST

OWENS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

OWENS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

OWENS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

OWENS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

OWENS, CORY
ADDRESS AVAILABLE UPON REQUEST

OWENS, DAVID
ADDRESS AVAILABLE UPON REQUEST

OWENS, DAWN
ADDRESS AVAILABLE UPON REQUEST

OWENS, DENISE
ADDRESS AVAILABLE UPON REQUEST

OWENS, DONALD
ADDRESS AVAILABLE UPON REQUEST

OWENS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

OWENS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OWENS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

OWENS, EMILY
ADDRESS AVAILABLE UPON REQUEST

OWENS, EMMA
ADDRESS AVAILABLE UPON REQUEST

OWENS, FELICIA
ADDRESS AVAILABLE UPON REQUEST

OWENS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

OWENS, JACKSON
ADDRESS AVAILABLE UPON REQUEST

OWENS, JACQUE
ADDRESS AVAILABLE UPON REQUEST

OWENS, JADE
ADDRESS AVAILABLE UPON REQUEST

OWENS, JAMES
ADDRESS AVAILABLE UPON REQUEST

OWENS, JEFF
ADDRESS AVAILABLE UPON REQUEST

OWENS, JESSE
ADDRESS AVAILABLE UPON REQUEST

OWENS, JON
ADDRESS AVAILABLE UPON REQUEST

OWENS, JOY
ADDRESS AVAILABLE UPON REQUEST

OWENS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

OWENS, KAREN
ADDRESS AVAILABLE UPON REQUEST

OWENS, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

OWENS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

OWENS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

OWENS, KEELI
ADDRESS AVAILABLE UPON REQUEST

OWENS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

OWENS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

OWENS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

OWENS, LATASHA
ADDRESS AVAILABLE UPON REQUEST

OWENS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

OWENS, MARIIA
ADDRESS AVAILABLE UPON REQUEST

OWENS, MARY
ADDRESS AVAILABLE UPON REQUEST

OWENS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OWENS, MAURA
ADDRESS AVAILABLE UPON REQUEST

OWENS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OWENS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OWENS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

OWENS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

OWENS, MIKE
ADDRESS AVAILABLE UPON REQUEST

OWENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OWENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OWENS, SHARICE
ADDRESS AVAILABLE UPON REQUEST

OWENS, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

OWENS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

OWENS, SIMONE
ADDRESS AVAILABLE UPON REQUEST

OWENS, SOMMER
ADDRESS AVAILABLE UPON REQUEST

OWENS, SONYA
ADDRESS AVAILABLE UPON REQUEST

OWENS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

OWENS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

OWENS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

OWENS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

OWENS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

OWENS, ZACHARIAH
ADDRESS AVAILABLE UPON REQUEST

OWENS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

OWENSBY, ABBY
ADDRESS AVAILABLE UPON REQUEST

OWENS-GARRETT, SUNNYE
ADDRESS AVAILABLE UPON REQUEST

OWENSMITH, GAIL
ADDRESS AVAILABLE UPON REQUEST

OWENS-POCHINKA, GRACE
ADDRESS AVAILABLE UPON REQUEST

OWEN-TAMIMI, LINDA
ADDRESS AVAILABLE UPON REQUEST

OWES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

OWINGS, JAMES
ADDRESS AVAILABLE UPON REQUEST

OWINGS, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

OWIYE, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

OWNBEY, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

OWNBY, CALEB
ADDRESS AVAILABLE UPON REQUEST

OWNBY, GRETA
ADDRESS AVAILABLE UPON REQUEST

OWNBY, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

OWNBY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

OWNBY, WILL
ADDRESS AVAILABLE UPON REQUEST

OWNES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

OWSLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

OWUOR, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

OWUSU, JOYCE
ADDRESS AVAILABLE UPON REQUEST

OWUSU, PAUL
ADDRESS AVAILABLE UPON REQUEST

OWUSU-AKYAW, NOELLE
ADDRESS AVAILABLE UPON REQUEST

OWUSU-ANTWI, LAURA
ADDRESS AVAILABLE UPON REQUEST

OX & SON
ADDRESS UNAVAILABLE AT TIME OF FILING

OXENDINE, LAURA LYNN
ADDRESS AVAILABLE UPON REQUEST

OXENDINE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

OXENFORD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

OXENFORD, LUCAS
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| OXENREIDER, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | OXFORD ROAD<br>6430 SUNSET BLVD SUITE 400<br>LOS ANGELES, CA  90028 | OXFORD ROAD<br>6725 W SUNSET BLVD, SUITE 350<br>LOS ANGELES, CA  90028 |
| OXFORD, BENJAMIN<br>ADDRESS AVAILABLE UPON REQUEST | OXFORD, DANIELLE<br>ADDRESS AVAILABLE UPON REQUEST | OXLER, PEGGY<br>ADDRESS AVAILABLE UPON REQUEST |
| OXLEY, ANGELA M<br>ADDRESS AVAILABLE UPON REQUEST | OXLEY, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST | OXLEY, NATHAN<br>ADDRESS AVAILABLE UPON REQUEST |
| OXLEY, TERA<br>ADDRESS AVAILABLE UPON REQUEST | OXLEY-BARNES, CLAIRE<br>ADDRESS AVAILABLE UPON REQUEST | OXNAM, ERICA<br>ADDRESS AVAILABLE UPON REQUEST |
| OXNER, CATHERINE<br>ADDRESS AVAILABLE UPON REQUEST | OYANEDEL, BEATRIZ<br>ADDRESS AVAILABLE UPON REQUEST | OYANG, CORY<br>ADDRESS AVAILABLE UPON REQUEST |
| OYER, GINGER<br>ADDRESS AVAILABLE UPON REQUEST | OYLER, BRITTON<br>ADDRESS AVAILABLE UPON REQUEST | OYLER, MEG<br>ADDRESS AVAILABLE UPON REQUEST |
| OYOSHI, MICHIKO<br>ADDRESS AVAILABLE UPON REQUEST | OYSTER<br>ADDRESS UNAVAILABLE AT TIME OF FILING | OZ, IREM<br>ADDRESS AVAILABLE UPON REQUEST |
| OZAETA, MONICA<br>ADDRESS AVAILABLE UPON REQUEST | OZAMIZ, FRAN<br>ADDRESS AVAILABLE UPON REQUEST | OZANTURK, AYSE<br>ADDRESS AVAILABLE UPON REQUEST |
| OZAROWSKI, ALAN<br>ADDRESS AVAILABLE UPON REQUEST | OZBURN, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | OZDOBA, ANA<br>ADDRESS AVAILABLE UPON REQUEST |
| OZDONSKI, PAIGE<br>ADDRESS AVAILABLE UPON REQUEST | OZDZYNSKI, PIOTR<br>ADDRESS AVAILABLE UPON REQUEST | OZEN, EMRE<br>ADDRESS AVAILABLE UPON REQUEST |

OZENBAUGH, HILARY
ADDRESS AVAILABLE UPON REQUEST

OZER, LILY
ADDRESS AVAILABLE UPON REQUEST

OZER, SARA
ADDRESS AVAILABLE UPON REQUEST

OZHERELYEVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

OZIEBLO, AGNIESZKA
ADDRESS AVAILABLE UPON REQUEST

OZIEMKOWSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

OZKAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

OZKAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

OZLEM ELGUN TILLMAN
ADDRESS AVAILABLE UPON REQUEST

OZMEN, EDA
ADDRESS AVAILABLE UPON REQUEST

OZOLNIEKS, ANDY
ADDRESS AVAILABLE UPON REQUEST

OZSVATH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

OZUMO
ADDRESS UNAVAILABLE AT TIME OF FILING

OZUNA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

OZUNA, GISELLE
ADDRESS AVAILABLE UPON REQUEST

OZUNA, JUAN
ADDRESS AVAILABLE UPON REQUEST

OZZELLO, TERESA
ADDRESS AVAILABLE UPON REQUEST

P JONES, EVA
ADDRESS AVAILABLE UPON REQUEST

P LACAVA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

P SMITH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

P, AIGE
ADDRESS AVAILABLE UPON REQUEST

P, ALLEY
ADDRESS AVAILABLE UPON REQUEST

P, CORBETT
ADDRESS AVAILABLE UPON REQUEST

P, E
ADDRESS AVAILABLE UPON REQUEST

P, JACKIE
ADDRESS AVAILABLE UPON REQUEST

P, KAREN
ADDRESS AVAILABLE UPON REQUEST

P, LIZA
ADDRESS AVAILABLE UPON REQUEST

P, MIRELLA
ADDRESS AVAILABLE UPON REQUEST

P, SCOTT
ADDRESS AVAILABLE UPON REQUEST

P., ELY
ADDRESS AVAILABLE UPON REQUEST

P., VISHNU
ADDRESS AVAILABLE UPON REQUEST

P.T. CHANGS
ADDRESS UNAVAILABLE AT TIME OF FILING

P2 PRODUCTIONS LLC
3 BURKEWOOD PL
CHARLESTON, WV  25314

PA DEPT OF REVENUE
1846 BROOKWOOD ST
HARRISBURG, PA  17104

PA SCDU
ADDRESS UNAVAILABLE AT TIME OF FILING

PA. OFFICE OF ATTORNEY GENERAL
BUREAU OF CONSUMER PROTECTION
STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG, PA  17120

PAAKKONEN, CHANELLE
ADDRESS AVAILABLE UPON REQUEST

PAAP, ELAYNA
ADDRESS AVAILABLE UPON REQUEST

PAAS, MARLONE
ADDRESS AVAILABLE UPON REQUEST

PAASCH, MALIA
ADDRESS AVAILABLE UPON REQUEST

PABELLON, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

PABLANO, JEFF
ADDRESS AVAILABLE UPON REQUEST

PABLAY, RITU
ADDRESS AVAILABLE UPON REQUEST

PABLO ALONSO ROBLES
ADDRESS AVAILABLE UPON REQUEST

PABON, ALANA
ADDRESS AVAILABLE UPON REQUEST

PABON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PABON, CARMEN
ADDRESS AVAILABLE UPON REQUEST

PABON, LORENA
ADDRESS AVAILABLE UPON REQUEST

PABON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PABST, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PABST, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PAC, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PACANA, JELO
ADDRESS AVAILABLE UPON REQUEST

PACCASASSI, RET
ADDRESS AVAILABLE UPON REQUEST

PACE, AMY
ADDRESS AVAILABLE UPON REQUEST

PACE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PACE, CALVIN
ADDRESS AVAILABLE UPON REQUEST

PACE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PACE, ELISA
ADDRESS AVAILABLE UPON REQUEST

PACE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PACE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PACE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PACE, JOSH
ADDRESS AVAILABLE UPON REQUEST

PACE, KARA
ADDRESS AVAILABLE UPON REQUEST

PACE, NATE
ADDRESS AVAILABLE UPON REQUEST

PACE, SALINA
ADDRESS AVAILABLE UPON REQUEST

PACE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PACE, TOBIE
ADDRESS AVAILABLE UPON REQUEST

PACELLI, DANA
ADDRESS AVAILABLE UPON REQUEST

PACELLI, DONNA
ADDRESS AVAILABLE UPON REQUEST

PACENZA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PACETTI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PACHA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PACHA, KELLI
ADDRESS AVAILABLE UPON REQUEST

PACHAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PACHALL, RUBY
ADDRESS AVAILABLE UPON REQUEST

PACHECO JESSICA, DAVID
ADDRESS AVAILABLE UPON REQUEST

PACHECO, ANJELIQUE
ADDRESS AVAILABLE UPON REQUEST

PACHECO, BERNICE
ADDRESS AVAILABLE UPON REQUEST

PACHECO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

PACHECO, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, DAVID
ADDRESS AVAILABLE UPON REQUEST

PACHECO, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, DIANA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, ELKA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

PACHECO, GUMARO
ADDRESS AVAILABLE UPON REQUEST

PACHECO, HENRY
ADDRESS AVAILABLE UPON REQUEST

PACHECO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PACHECO, JENNI
ADDRESS AVAILABLE UPON REQUEST

PACHECO, KELLY
ADDRESS AVAILABLE UPON REQUEST

PACHECO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PACHECO, LUISA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, MELODY
ADDRESS AVAILABLE UPON REQUEST

PACHECO, MONICA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

PACHECO, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

PACHECO, TANIA
ADDRESS AVAILABLE UPON REQUEST

PACHECO, XIMENA
ADDRESS AVAILABLE UPON REQUEST

PACHECO-WILLIAMS, SABDY
ADDRESS AVAILABLE UPON REQUEST

PACHMAN, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

PACHOLICK, STACY
ADDRESS AVAILABLE UPON REQUEST

PACHOLSKI, DENISE
ADDRESS AVAILABLE UPON REQUEST

PACHOLSKI, JOHN
ADDRESS AVAILABLE UPON REQUEST

PACHOWICZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PACHTER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PACHUSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PACIELLO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PACIFIC ALARM SYSTEMS
4444 SEPULVEDA BLVD.
CULVER CITY, CA  90230

PACIFIC COAST TRANSPORTATION, INC
P.O. BOX 4322
SAN LUIS OBISPO, CA  93403

PACIFIC COAST TRANSPORTATION, INC
PO BOX 1799
ATASCADERO, CA  93423

PACIFIC CONTINENTAL INSURANCE CO
ADDRESS UNAVAILABLE AT TIME OF FILING

PACIFIC CONTINENTAL INVESTMENT
COMPANY LLC
3115 OCEAN FRONT WALK SUITE 301
MARINA DEL REY, CA  90292

PACIFIC MERCANTILE BANK
450 NEWPORT CENTER DRIVE, SUITE 250
COSTA MESA, CA  90066

PACIFIC MERCANTILE BANK
450 NEWPORT CENTER DRIVE, SUITE 250
NEWPORT BEACH, CA  92660

PACIFIC MERCANTILE BANK
949 S COAST DR, 1ST FL
COSTA MESA, CA  92626

PACIFIC MERCANTILE BANK
ATTN GEORGE BURNETT
949 S COAST DR, THIRD FL
COSTA MESA, CA  92626

PACIFIC SALES
ADDRESS UNAVAILABLE AT TIME OF FILING

PACIFIC WINE DISTRIBUTORS
15751 TAPIA STREET
IRWINDALE, CA  91706

PACIFICO, KELLY
ADDRESS AVAILABLE UPON REQUEST

PACIFICO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

PACIFIQUE NSENGIYUMVA
ADDRESS AVAILABLE UPON REQUEST

PACINELLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PACINI, PAULA
ADDRESS AVAILABLE UPON REQUEST

PACIO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PACIOTTI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PACIOUS, JOSH
ADDRESS AVAILABLE UPON REQUEST

PACITTI, MARA
ADDRESS AVAILABLE UPON REQUEST

PACK, DAVID
ADDRESS AVAILABLE UPON REQUEST

PACK, JADEN
ADDRESS AVAILABLE UPON REQUEST

PACK, JOHN
ADDRESS AVAILABLE UPON REQUEST

PACK, KENDRA
ADDRESS AVAILABLE UPON REQUEST

PACK, LANCE
ADDRESS AVAILABLE UPON REQUEST

PACK, LAURIE
ADDRESS AVAILABLE UPON REQUEST

PACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PACK, SHEA
ADDRESS AVAILABLE UPON REQUEST

PACK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PACKARD, DESIREE
ADDRESS AVAILABLE UPON REQUEST

PACKARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PACKARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PACKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

PACKER, EDNA
ADDRESS AVAILABLE UPON REQUEST

PACKER, JIM
ADDRESS AVAILABLE UPON REQUEST

PACKER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

PACKER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PACKETT, KIM
ADDRESS AVAILABLE UPON REQUEST

PACKETT, PEGGY
ADDRESS AVAILABLE UPON REQUEST

PACKHEM, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PACKLER, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

PACKLEY, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

PACWEST BANCORP
555 S MANGUM ST STE 1000
DURHAM, NC 27701

PACYNA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PACZKOWSKI, JOANNE
ADDRESS AVAILABLE UPON REQUEST

PACZKOWSKI, KAREN
ADDRESS AVAILABLE UPON REQUEST

PACZOLT, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PADAK, SANDY
ADDRESS AVAILABLE UPON REQUEST

PADAMADAN, JOY
ADDRESS AVAILABLE UPON REQUEST

PADDEN, SEAN
ADDRESS AVAILABLE UPON REQUEST

PADDLENET
ADDRESS UNAVAILABLE AT TIME OF FILING

PADDOCK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PADDOCK, DAVID
ADDRESS AVAILABLE UPON REQUEST

PADDOCK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PADDOCK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PADDY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PADDY, LYNN
ADDRESS AVAILABLE UPON REQUEST

PADELFORD, KATY
ADDRESS AVAILABLE UPON REQUEST

PADEN, BECKY
ADDRESS AVAILABLE UPON REQUEST

PADEN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PADGET, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PADGETT (SOOK), VICTORIA RAE
ADDRESS AVAILABLE UPON REQUEST

PADGETT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PADGETT, HALEY
ADDRESS AVAILABLE UPON REQUEST

PADGETT, JACOB
ADDRESS AVAILABLE UPON REQUEST

PADGETT, JENNY
ADDRESS AVAILABLE UPON REQUEST

PADGETT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PADGETT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PADGETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PADGHAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PADHI, TANAY
ADDRESS AVAILABLE UPON REQUEST

PADIA, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

PADILHA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

PADILLA DEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PADILLA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PADILLA, AMPARO
ADDRESS AVAILABLE UPON REQUEST

PADILLA, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, ANITA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PADILLA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PADILLA, CELESTE
ADDRESS AVAILABLE UPON REQUEST

PADILLA, CLARIBEL
ADDRESS AVAILABLE UPON REQUEST

PADILLA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

PADILLA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PADILLA, JENNA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, JENNA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, LUIS
ADDRESS AVAILABLE UPON REQUEST

PADILLA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PADILLA, NANCY
ADDRESS AVAILABLE UPON REQUEST

PADILLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PADILLA, PEDRO
ADDRESS AVAILABLE UPON REQUEST

PADILLA, SARINA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, SIMON
ADDRESS AVAILABLE UPON REQUEST

PADILLA, TAMARA
ADDRESS AVAILABLE UPON REQUEST

PADILLA, TAYLER
ADDRESS AVAILABLE UPON REQUEST

PADILLA, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

PADIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

PADLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

PADMALA, ANIRUDH
ADDRESS AVAILABLE UPON REQUEST

PADMANI, BHAVIK
ADDRESS AVAILABLE UPON REQUEST

PADOL, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PADOVANO, ANGIE
ADDRESS AVAILABLE UPON REQUEST

PADOVE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PADRAZO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PADRNOS, KATE
ADDRESS AVAILABLE UPON REQUEST

PADRO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PADRON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PADRON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PADRONE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

PADUA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PADUAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PADUCK, TED901-
ADDRESS AVAILABLE UPON REQUEST

PADULA, KIM
ADDRESS AVAILABLE UPON REQUEST

PADULA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PADULA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PAE, DAVID
ADDRESS AVAILABLE UPON REQUEST

PAE, SONG
ADDRESS AVAILABLE UPON REQUEST

PAEK, KATE
ADDRESS AVAILABLE UPON REQUEST

PAESE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PAETH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PAETZELL, RICKY
ADDRESS AVAILABLE UPON REQUEST

PAEZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

PAEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PAEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

PAFF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PAFFEL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PAFFORD, KIM
ADDRESS AVAILABLE UPON REQUEST

PAFFORD, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

PAFUMI, CHARYL
ADDRESS AVAILABLE UPON REQUEST

PAGAC, JERROD
ADDRESS AVAILABLE UPON REQUEST

PAGAC, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PAGADUAN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, CHASTITY
ADDRESS AVAILABLE UPON REQUEST

PAGAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PAGAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAGAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, KARLA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, MARIANGELA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, MARIO
ADDRESS AVAILABLE UPON REQUEST

PAGAN, MELITZA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, MIGDALIA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PAGAN, ROXANA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, RUTH Z
ADDRESS AVAILABLE UPON REQUEST

PAGAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PAGAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

PAGAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PAGANO, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

PAGANO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PAGANO, ANGELO
ADDRESS AVAILABLE UPON REQUEST

PAGANO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PAGANO, DAWN
ADDRESS AVAILABLE UPON REQUEST

PAGANO, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

PAGANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAGANO, JOYCE
ADDRESS AVAILABLE UPON REQUEST

PAGANO, LIZ
ADDRESS AVAILABLE UPON REQUEST

PAGANO, MARY EMILY
ADDRESS AVAILABLE UPON REQUEST

PAGANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAGANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PAGANO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PAGANUSSI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PAGARIGAN, ALLEN
ADDRESS AVAILABLE UPON REQUEST

PAGATS, JANELL
ADDRESS AVAILABLE UPON REQUEST

PAGDANGANAN, MARK
ADDRESS AVAILABLE UPON REQUEST

PAGE RIVERA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PAGE, ALEXANDREA
ADDRESS AVAILABLE UPON REQUEST

PAGE, ANNA
ADDRESS AVAILABLE UPON REQUEST

PAGE, CORY
ADDRESS AVAILABLE UPON REQUEST

PAGE, DINO
ADDRESS AVAILABLE UPON REQUEST

PAGE, DORINDA R.
ADDRESS AVAILABLE UPON REQUEST

PAGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAGE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PAGE, GREGG
ADDRESS AVAILABLE UPON REQUEST

PAGE, GRETA
ADDRESS AVAILABLE UPON REQUEST

PAGE, JULIA
ADDRESS AVAILABLE UPON REQUEST

PAGE, KAMERON
ADDRESS AVAILABLE UPON REQUEST

PAGE, KAREMA
ADDRESS AVAILABLE UPON REQUEST

PAGE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PAGE, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAGE, LILLE
ADDRESS AVAILABLE UPON REQUEST

PAGE, LILLE
ADDRESS AVAILABLE UPON REQUEST

PAGE, LOTTIE
ADDRESS AVAILABLE UPON REQUEST

PAGE, MAC
ADDRESS AVAILABLE UPON REQUEST

PAGE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PAGE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PAGE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAGE, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

PAGE, NICK
ADDRESS AVAILABLE UPON REQUEST

PAGE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PAGE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PAGE, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

PAGE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PAGE, SHEVON
ADDRESS AVAILABLE UPON REQUEST

PAGE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PAGE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PAGE, TASHA
ADDRESS AVAILABLE UPON REQUEST

PAGE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PAGE, TED
ADDRESS AVAILABLE UPON REQUEST

PAGE, TINA
ADDRESS AVAILABLE UPON REQUEST

PAGE, TYLER
ADDRESS AVAILABLE UPON REQUEST

PAGEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PAGEL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PAGEL, MACAILA
ADDRESS AVAILABLE UPON REQUEST

PAGEL, MARISA
ADDRESS AVAILABLE UPON REQUEST

PAGEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PAGEL, RYAN
ADDRESS AVAILABLE UPON REQUEST

PAGEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PAGENSTECHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAGER DUTY
ADDRESS UNAVAILABLE AT TIME OF FILING

PAGET, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PAGET, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAGE-THURMOND, DAWN
ADDRESS AVAILABLE UPON REQUEST

PAGGEN, GENNA
ADDRESS AVAILABLE UPON REQUEST

PAGH, GERMAINE
ADDRESS AVAILABLE UPON REQUEST

PAGKALINAWAN, KRISTEN & ALVIN
ADDRESS AVAILABLE UPON REQUEST

PAGLIA, MADISON
ADDRESS AVAILABLE UPON REQUEST

PAGLIA, NANCY
ADDRESS AVAILABLE UPON REQUEST

PAGLIARA, ALISON
ADDRESS AVAILABLE UPON REQUEST

PAGLIARO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PAGLIARO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PAGLIARO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PAGLIEI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PAGLIERANI, ALISHA
ADDRESS AVAILABLE UPON REQUEST

PAGLINCO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PAGLIONICO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PAGLIUCA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PAGNOZZI, TRACY
ADDRESS AVAILABLE UPON REQUEST

PAGOIS, RYAN
ADDRESS AVAILABLE UPON REQUEST

PAGONE, AINSLEY
ADDRESS AVAILABLE UPON REQUEST

PAGONIS, TONYA
ADDRESS AVAILABLE UPON REQUEST

PAGOS, STACEY
ADDRESS AVAILABLE UPON REQUEST

PAGRABS, EMILEY
ADDRESS AVAILABLE UPON REQUEST

PAGUYO, ANA
ADDRESS AVAILABLE UPON REQUEST

PAHALAD, MORNA
ADDRESS AVAILABLE UPON REQUEST

PAHIRA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PAHL, ALAN
ADDRESS AVAILABLE UPON REQUEST

PAHL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PAHL, DALE
ADDRESS AVAILABLE UPON REQUEST

PAHLAU, RANDI
ADDRESS AVAILABLE UPON REQUEST

PAHLS, ERIC & SHANNON
ADDRESS AVAILABLE UPON REQUEST

PAHMAN, SELENA
ADDRESS AVAILABLE UPON REQUEST

PAHZ, AARON
ADDRESS AVAILABLE UPON REQUEST

PAI RAIKAR, SIDDHESH
ADDRESS AVAILABLE UPON REQUEST

PAI, ADITY
ADDRESS AVAILABLE UPON REQUEST

PAI, ANIL
ADDRESS AVAILABLE UPON REQUEST

PAI, JASMINE
ADDRESS AVAILABLE UPON REQUEST

PAI, JUNE
ADDRESS AVAILABLE UPON REQUEST

PAI, SAM
ADDRESS AVAILABLE UPON REQUEST

PAICHE MARINA DEL
ADDRESS UNAVAILABLE AT TIME OF FILING

PAICHE
ADDRESS UNAVAILABLE AT TIME OF FILING

PAICOM PARTNERS LLC
ADDRESS AVAILABLE UPON REQUEST

PAIGE GLENNON
ADDRESS AVAILABLE UPON REQUEST

PAIGE HUNT
ADDRESS AVAILABLE UPON REQUEST

PAIGE JAMES GROUP LLC
ADDRESS AVAILABLE UPON REQUEST

PAIGE KEVYN ANDERSON &
ADDRESS AVAILABLE UPON REQUEST

PAIGE MOHAN
ADDRESS AVAILABLE UPON REQUEST

PAIGE PETERSON
13703 RECUERDO DR
DEL MAR, CA 92014

PAIGE TYSON
ADDRESS AVAILABLE UPON REQUEST

PAIGE, ALESA
ADDRESS AVAILABLE UPON REQUEST

PAIGE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PAIGE, BESSIE
ADDRESS AVAILABLE UPON REQUEST

PAIGE, GOMEZ
ADDRESS AVAILABLE UPON REQUEST

PAIGE, KRIS
ADDRESS AVAILABLE UPON REQUEST

PAIGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAIGE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PAIGE, NAKEISHA
ADDRESS AVAILABLE UPON REQUEST

PAIKIN, MARK
ADDRESS AVAILABLE UPON REQUEST

PAINCHAUD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

PAINCHAUD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PAINE, CATE
ADDRESS AVAILABLE UPON REQUEST

PAINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAINE, INGRID
ADDRESS AVAILABLE UPON REQUEST

PAINE, JOSH
ADDRESS AVAILABLE UPON REQUEST

PAINE, LANCE
ADDRESS AVAILABLE UPON REQUEST

PAINE, LISA
ADDRESS AVAILABLE UPON REQUEST

PAINE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PAINE, TUCKER
ADDRESS AVAILABLE UPON REQUEST

PAINI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PAINTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PAINTER, BRYCE
ADDRESS AVAILABLE UPON REQUEST

PAINTER, LORI
ADDRESS AVAILABLE UPON REQUEST

PAINTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PAINTER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PAINTING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PAINTNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PAIS, LOREEN
ADDRESS AVAILABLE UPON REQUEST

PAISLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PAISLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAISLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PAISO, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

PAIVA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PAIVA, EMILLY
ADDRESS AVAILABLE UPON REQUEST

PAIVA, LENNY
ADDRESS AVAILABLE UPON REQUEST

PAIZ, EDITH
ADDRESS AVAILABLE UPON REQUEST

PAIZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PAJAK, EMILY
ADDRESS AVAILABLE UPON REQUEST

PAJAK, JULIE
ADDRESS AVAILABLE UPON REQUEST

PAJARILLO, LEO
ADDRESS AVAILABLE UPON REQUEST

PAJENSKI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PAJOLLARI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PAJUELO, MIRTHA
ADDRESS AVAILABLE UPON REQUEST

PAK, AGNES
ADDRESS AVAILABLE UPON REQUEST

PAK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PAK, BIANCA
ADDRESS AVAILABLE UPON REQUEST

PAK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PAK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PAKALNIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PAKER, AARON
ADDRESS AVAILABLE UPON REQUEST

PAKHNYUK, INNA
ADDRESS AVAILABLE UPON REQUEST

PAKRON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PAKSOURCE, INC.
8460 ELDER CREEK ROAD
SACRAMENTO, CA  95828

PAKULA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PAKZADAN, AHVA
ADDRESS AVAILABLE UPON REQUEST

PAL AIR
ADDRESS UNAVAILABLE AT TIME OF FILING

PAL, ANJONA
ADDRESS AVAILABLE UPON REQUEST

PAL, SANDHYA
ADDRESS AVAILABLE UPON REQUEST

PALACE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PALACE, GERARD
ADDRESS AVAILABLE UPON REQUEST

PALACIO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PALACIO, JENNA
ADDRESS AVAILABLE UPON REQUEST

PALACIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, ALI
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, GRACE
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, KELLY
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, TERESA
ADDRESS AVAILABLE UPON REQUEST

PALACIOS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PALACIOZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PALACOROLLA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PALACZ, KRZYSZTOF
ADDRESS AVAILABLE UPON REQUEST

PALADIN MARKETING RESOURCES
10151 DEERWOOD PARK BLVD 200-400
JACKSONVILLE, FL  32256

PALADINO, DIANA
ADDRESS AVAILABLE UPON REQUEST

PALADINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PALADY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PALAFOX, CESAR
ADDRESS AVAILABLE UPON REQUEST

PALAFOX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PALAGANO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PALAHACH, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

PALAHUNIC, DONNA
ADDRESS AVAILABLE UPON REQUEST

PALAK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PALAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PALANCE, NATASHA
ADDRESS AVAILABLE UPON REQUEST

PALANDECH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PALANGI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PALANIAPPAN, SINDHU
ADDRESS AVAILABLE UPON REQUEST

PALANZI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PALAPARTHY, RAMESH
ADDRESS AVAILABLE UPON REQUEST

PALASCHAK, DARIA
ADDRESS AVAILABLE UPON REQUEST

PALASCIANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PALASE, TERESA
ADDRESS AVAILABLE UPON REQUEST

PALASEK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PALATAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PALATUCCI, DEANNA
ADDRESS AVAILABLE UPON REQUEST

PALATUCCI, MERISSA
ADDRESS AVAILABLE UPON REQUEST

PALATUCCI, MIESHA
ADDRESS AVAILABLE UPON REQUEST

PALAZZO, KELLY
ADDRESS AVAILABLE UPON REQUEST

PALAZZOLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

PALCZYNSKI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PALENCSAR, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

PALERMO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PALERMO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PALERMO, DEVON
ADDRESS AVAILABLE UPON REQUEST

PALERMO, GINA
ADDRESS AVAILABLE UPON REQUEST

PALERMO, TEMMA
ADDRESS AVAILABLE UPON REQUEST

PALESTRA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PALETHORPE, KELLY
ADDRESS AVAILABLE UPON REQUEST

PALETTE MEDIA
245 EAST 93RD STREET SUITE 21C
NEW YORK, NY 10128

PALEY, TARA
ADDRESS AVAILABLE UPON REQUEST

PALFREY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PALHANO DE JESUS, LUIZ FELIPE
ADDRESS AVAILABLE UPON REQUEST

PALIHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

PALILIONIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PALINSKI, EMMA
ADDRESS AVAILABLE UPON REQUEST

PALIOTTA, CINDI
ADDRESS AVAILABLE UPON REQUEST

PALISLAMOVIC, EMINA
ADDRESS AVAILABLE UPON REQUEST

PALISOC, RAYMUNDO
ADDRESS AVAILABLE UPON REQUEST

PALIUS, DANA
ADDRESS AVAILABLE UPON REQUEST

PALIWAL, SAEE
ADDRESS AVAILABLE UPON REQUEST

PALKER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

PALKO, AMY
ADDRESS AVAILABLE UPON REQUEST

PALKO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PALKOWETZ, SABINE
ADDRESS AVAILABLE UPON REQUEST

PALKOWITSCH, JEANNA
ADDRESS AVAILABLE UPON REQUEST

PALLACK, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, LAURA
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PALLADINO, TOM
ADDRESS AVAILABLE UPON REQUEST

PALLADINO-KING, BILLY
ADDRESS AVAILABLE UPON REQUEST

PALLAN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

PALLAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

PALLAVI PATIL
ADDRESS AVAILABLE UPON REQUEST

PALLAZOLA, NADINE
ADDRESS AVAILABLE UPON REQUEST

PALLER, LISA
ADDRESS AVAILABLE UPON REQUEST

PALLER, ROSS
ADDRESS AVAILABLE UPON REQUEST

PALLESCHI, CRAIG
ADDRESS AVAILABLE UPON REQUEST

PALLESCHI, JULIE
ADDRESS AVAILABLE UPON REQUEST

PALLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PALLEY, BECKY
ADDRESS AVAILABLE UPON REQUEST

PALLINI, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PALLITTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PALLO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PALLOCH, ARIKA
ADDRESS AVAILABLE UPON REQUEST

PALM BAY INTERNATIONAL
48 HARBOR PARK DRIVE N
PORT WASHINGTON, NY  11050

PALM, ALMARIET
ADDRESS AVAILABLE UPON REQUEST

PALM, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PALM, JADA
ADDRESS AVAILABLE UPON REQUEST

PALM, NOELLE
ADDRESS AVAILABLE UPON REQUEST

PALMA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

PALMA, JOANA
ADDRESS AVAILABLE UPON REQUEST

PALMA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PALMA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PALMA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PALMA, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PALMA, TRACY
ADDRESS AVAILABLE UPON REQUEST

PALMARES, RIZZA
ADDRESS AVAILABLE UPON REQUEST

PALMATEER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PALMER
ADDRESS AVAILABLE UPON REQUEST

PALMER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PALMER, ALEXUS
ADDRESS AVAILABLE UPON REQUEST

PALMER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PALMER, ALLY
ADDRESS AVAILABLE UPON REQUEST

PALMER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PALMER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PALMER, ANNA
ADDRESS AVAILABLE UPON REQUEST

PALMER, ANNA
ADDRESS AVAILABLE UPON REQUEST

PALMER, ANNE
ADDRESS AVAILABLE UPON REQUEST

PALMER, BOB
ADDRESS AVAILABLE UPON REQUEST

PALMER, BRETT-ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PALMER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PALMER, CASEY
ADDRESS AVAILABLE UPON REQUEST

PALMER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PALMER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PALMER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PALMER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PALMER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PALMER, DARCIE
ADDRESS AVAILABLE UPON REQUEST

PALMER, DEONTA
ADDRESS AVAILABLE UPON REQUEST

PALMER, DIANE
ADDRESS AVAILABLE UPON REQUEST

PALMER, DIANE
ADDRESS AVAILABLE UPON REQUEST

PALMER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PALMER, GLEN
ADDRESS AVAILABLE UPON REQUEST

PALMER, HAZEN
ADDRESS AVAILABLE UPON REQUEST

PALMER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

PALMER, IAEISHA
ADDRESS AVAILABLE UPON REQUEST

PALMER, J SAMUEL
ADDRESS AVAILABLE UPON REQUEST

PALMER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

PALMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PALMER, JENNY
ADDRESS AVAILABLE UPON REQUEST

PALMER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PALMER, JOE
ADDRESS AVAILABLE UPON REQUEST

PALMER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PALMER, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, K
ADDRESS AVAILABLE UPON REQUEST

PALMER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PALMER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PALMER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PALMER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PALMER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PALMER, KYLEE
ADDRESS AVAILABLE UPON REQUEST

PALMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PALMER, LEAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PALMER, LINDELL
ADDRESS AVAILABLE UPON REQUEST

PALMER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PALMER, LIZ
ADDRESS AVAILABLE UPON REQUEST

PALMER, MARAINE
ADDRESS AVAILABLE UPON REQUEST

PALMER, MAX
ADDRESS AVAILABLE UPON REQUEST

PALMER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PALMER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PALMER, MICAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PALMER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PALMER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PALMER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PALMER, PAT
ADDRESS AVAILABLE UPON REQUEST

PALMER, PATTI
ADDRESS AVAILABLE UPON REQUEST

PALMER, PAYTON
ADDRESS AVAILABLE UPON REQUEST

PALMER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

PALMER, RANCE
ADDRESS AVAILABLE UPON REQUEST

PALMER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PALMER, RENEE
ADDRESS AVAILABLE UPON REQUEST

PALMER, RHONDA
ADDRESS AVAILABLE UPON REQUEST

PALMER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PALMER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PALMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PALMER, SEAN
ADDRESS AVAILABLE UPON REQUEST

PALMER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PALMER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PALMER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PALMER, SYTINENIA
ADDRESS AVAILABLE UPON REQUEST

PALMER, TARA
ADDRESS AVAILABLE UPON REQUEST

PALMER, TERESINA
ADDRESS AVAILABLE UPON REQUEST

PALMER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PALMER, TRACY
ADDRESS AVAILABLE UPON REQUEST

PALMER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PALMER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PALMER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PALMERE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PALMERI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PALMES, LAURA
ADDRESS AVAILABLE UPON REQUEST

PALMES, MARY
ADDRESS AVAILABLE UPON REQUEST

PALMGREN, LISA
ADDRESS AVAILABLE UPON REQUEST

PALMIE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PALMIERI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PALMIERI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PALMIERI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

PALMINA LLC
1520 E CHESTNUT COURT
LOMPOC, CA  93436

PALMISANO, JANELLE
ADDRESS AVAILABLE UPON REQUEST

PALMISANO, SUE
ADDRESS AVAILABLE UPON REQUEST

PALMISCIANO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PALMISCNO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PALMITESSA, JOE
ADDRESS AVAILABLE UPON REQUEST

PALMITESSA, SARA
ADDRESS AVAILABLE UPON REQUEST

PALMQUIST, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PALMQUIST, LANETTE
ADDRESS AVAILABLE UPON REQUEST

PALMS SPRINGS RENTAL
ADDRESS UNAVAILABLE AT TIME OF FILING

PALO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PALOCHAK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PALOKANGAS, MARK
ADDRESS AVAILABLE UPON REQUEST

PALOMA MARIA DIAZ
ADDRESS AVAILABLE UPON REQUEST

PALOMA WORKS PBC
126 GRAHAM AVE., 1B
BROOKLYN, NY  11206

PALOMARES, CLARA
ADDRESS AVAILABLE UPON REQUEST

PALOMBINI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PALOMBO, DENISE
ADDRESS AVAILABLE UPON REQUEST

PALOMBO, JOE
ADDRESS AVAILABLE UPON REQUEST

PALOMINO, DALLAS
ADDRESS AVAILABLE UPON REQUEST

PALOMINO, JARIEL
ADDRESS AVAILABLE UPON REQUEST

PALOMINO, JORGE
ADDRESS AVAILABLE UPON REQUEST

PALOMINO, JUANITA
ADDRESS AVAILABLE UPON REQUEST

PALOMO, HAILEY
ADDRESS AVAILABLE UPON REQUEST

PALONE, KELLEY
ADDRESS AVAILABLE UPON REQUEST

PALOS, EMMY
ADDRESS AVAILABLE UPON REQUEST

PALOTI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PALOVICH, STACEY
ADDRESS AVAILABLE UPON REQUEST

PALS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

PALSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PALUCCI, EMMA
ADDRESS AVAILABLE UPON REQUEST

PALUCH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PALUCH, KARA
ADDRESS AVAILABLE UPON REQUEST

PALUCH, TREVOR
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, AL
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, APRIL
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, ELSA
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, SHAUNNA
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, SHERIN
ADDRESS AVAILABLE UPON REQUEST

PALUMBO, TESS
ADDRESS AVAILABLE UPON REQUEST

PALU-REGAN, JOHN PAUL
ADDRESS AVAILABLE UPON REQUEST

PALUSHAJ, PASKO
ADDRESS AVAILABLE UPON REQUEST

PALUSKIEWICZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

PALUSZCYK, KELLY
ADDRESS AVAILABLE UPON REQUEST

PALUZZI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PAM BOEHNLEIN
ADDRESS AVAILABLE UPON REQUEST

PAM TOOLEY
ADDRESS AVAILABLE UPON REQUEST

PAM, GIDDINGS
ADDRESS AVAILABLE UPON REQUEST

PAMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PAMELA ALDERMAN
ADDRESS AVAILABLE UPON REQUEST

PAMELA CARRILLO
ADDRESS AVAILABLE UPON REQUEST

PAMELA KAY ONEAL
ADDRESS AVAILABLE UPON REQUEST

PAMELA MILLER
ADDRESS AVAILABLE UPON REQUEST

PAMELA MURPH
ADDRESS AVAILABLE UPON REQUEST

PAMELA REAL
ADDRESS AVAILABLE UPON REQUEST

PAMELA RHOADS
ADDRESS AVAILABLE UPON REQUEST

PAMELA SALSMAN
ADDRESS AVAILABLE UPON REQUEST

PAMELA SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

PAMELA TEMPSON
ADDRESS AVAILABLE UPON REQUEST

PAMELA TIERNEY COMPANY LLC
34 POPLAR MOUNTAIN RD
ERVING, MA  01344

PAMELA, FLOCK
ADDRESS AVAILABLE UPON REQUEST

PAMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAMIES, ALICE
ADDRESS AVAILABLE UPON REQUEST

PAMPEL, DOREEN
ADDRESS AVAILABLE UPON REQUEST

PAMPHILE, LUNEDIE
ADDRESS AVAILABLE UPON REQUEST

PAMPHILE, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

PAMPUSH, KAREN
ADDRESS AVAILABLE UPON REQUEST

PAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PAN, ANN
ADDRESS AVAILABLE UPON REQUEST

PAN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PAN, MAE
ADDRESS AVAILABLE UPON REQUEST

PAN, QINGYI
ADDRESS AVAILABLE UPON REQUEST

PAN, TINGYU
ADDRESS AVAILABLE UPON REQUEST

PANACKIA, JOE
ADDRESS AVAILABLE UPON REQUEST

PANAGAKOS, ALEX
ADDRESS AVAILABLE UPON REQUEST

PANAGAKOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PANAGOS, ELEANA
ADDRESS AVAILABLE UPON REQUEST

PANAHON, LAILA
ADDRESS AVAILABLE UPON REQUEST

PANAKKADAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PANALIGAN, REGINALD
ADDRESS AVAILABLE UPON REQUEST

PANARIELLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PANARIELLO, KELLEY
ADDRESS AVAILABLE UPON REQUEST

PANARIELLO, LINDA
ADDRESS AVAILABLE UPON REQUEST

PANARIELLO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, ABIGAIL B
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, JOANNE
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, RICH
ADDRESS AVAILABLE UPON REQUEST

PANCOAST, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PANDA EXPRESS
ADDRESS UNAVAILABLE AT TIME OF FILING

PANDEY, ASHISH
ADDRESS AVAILABLE UPON REQUEST

PANDEY, NEHA
ADDRESS AVAILABLE UPON REQUEST

PANDEY, PRIYANSHI
ADDRESS AVAILABLE UPON REQUEST

PANDEY, SANDEEP
ADDRESS AVAILABLE UPON REQUEST

PANDHER, KIRAT
ADDRESS AVAILABLE UPON REQUEST

PANDIKA, KAREN
ADDRESS AVAILABLE UPON REQUEST

PANDIT, STACEY
ADDRESS AVAILABLE UPON REQUEST

PANDJI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PANDOLA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PANDOLFI, TAIA
ADDRESS AVAILABLE UPON REQUEST

PANDORA MEDIA, INC.
25601 NETWORK PLACE
CHICAGO, IL  60673-1256

PANDYA, AMIT
ADDRESS AVAILABLE UPON REQUEST

PANDYA, ANERI
ADDRESS AVAILABLE UPON REQUEST

PANDYA, DEEP
ADDRESS AVAILABLE UPON REQUEST

PANDYA, MAYUR
ADDRESS AVAILABLE UPON REQUEST

PANDYA, NEEPA
ADDRESS AVAILABLE UPON REQUEST

PANDYA, POOJA
ADDRESS AVAILABLE UPON REQUEST

PANE, RYAN
ADDRESS AVAILABLE UPON REQUEST

PANE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PANELLA, BECCA
ADDRESS AVAILABLE UPON REQUEST

PANELLA, DARLENE
ADDRESS AVAILABLE UPON REQUEST

PANELS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PANEPINTO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PANEPINTO, EVAN
ADDRESS AVAILABLE UPON REQUEST

PANEPINTO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PANERA BREAD
ADDRESS UNAVAILABLE AT TIME OF FILING

PANETTA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PANETTO, ELGIN
ADDRESS AVAILABLE UPON REQUEST

PANG CHING HERNG JEROME COMPANY LLC
29 GHIM MOH LINK 31-320
SINGAPORE  270029
SINGAPORE

PANG, YI EN IAN
ADDRESS AVAILABLE UPON REQUEST

PANGALLO, KATE
ADDRESS AVAILABLE UPON REQUEST

PANGALLO, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

PANGAS, HARALAMBOS
ADDRESS AVAILABLE UPON REQUEST

PANGBURN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PANGBURN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PANGONIS, TARA
ADDRESS AVAILABLE UPON REQUEST

PANI, NISHANT
ADDRESS AVAILABLE UPON REQUEST

PANIC, SINISA
ADDRESS AVAILABLE UPON REQUEST

PANIC.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

PANICO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

PANICO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PANICONI, CURTIS
ADDRESS AVAILABLE UPON REQUEST

PANIGEL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

PANINI CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

PANINI COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

PANITCH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PANITCH, JANICE
ADDRESS AVAILABLE UPON REQUEST

PANJARLA, MAHENDERNATH
ADDRESS AVAILABLE UPON REQUEST

PANJIAR, ROHAN
ADDRESS AVAILABLE UPON REQUEST

PANJWANI, ZUBAIR
ADDRESS AVAILABLE UPON REQUEST

PANKAJ GUPTA
ADDRESS AVAILABLE UPON REQUEST

PANKEY, MELINDA
ADDRESS AVAILABLE UPON REQUEST

PANKEY, MIAH
ADDRESS AVAILABLE UPON REQUEST

PANKIW, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PANKNIN, JENICE
ADDRESS AVAILABLE UPON REQUEST

PANKO, NANCY
ADDRESS AVAILABLE UPON REQUEST

PANKONEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PANKOVITS III, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PANKOW, KRISTY
ADDRESS AVAILABLE UPON REQUEST

PANKOW, KYLE
ADDRESS AVAILABLE UPON REQUEST

PANKOWSKI, KAYLENE
ADDRESS AVAILABLE UPON REQUEST

PANKRATZ, BETH
ADDRESS AVAILABLE UPON REQUEST

PANN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PANNELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PANNELL, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

PANNELL, JODY
ADDRESS AVAILABLE UPON REQUEST

PANNETON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PANNIER, MARY
ADDRESS AVAILABLE UPON REQUEST

PANNILL, STUART
ADDRESS AVAILABLE UPON REQUEST

PANNING, JEFF
ADDRESS AVAILABLE UPON REQUEST

PANNOCCHIA, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

PANNOS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PANNULLO, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

PANOTHIOCAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PANOVEC, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PANOZZO, THERESA
ADDRESS AVAILABLE UPON REQUEST

PANTALEAO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PANTALONE, GINA
ADDRESS AVAILABLE UPON REQUEST

PANTANELLA, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

PANTANO, FRANK
ADDRESS AVAILABLE UPON REQUEST

PANTANO, LARISSA
ADDRESS AVAILABLE UPON REQUEST

PANTANO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PANTELI, ANDREAS
ADDRESS AVAILABLE UPON REQUEST

PANTEVA, MIHAELA
ADDRESS AVAILABLE UPON REQUEST

PANTFOERDER, NEELE
ADDRESS AVAILABLE UPON REQUEST

PANTHER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PANTIC, LYNN
ADDRESS AVAILABLE UPON REQUEST

PANTIG, ROSELLE
ADDRESS AVAILABLE UPON REQUEST

PANTIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PANTLE, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

PANTOJA, CHERI
ADDRESS AVAILABLE UPON REQUEST

PANTOJA, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

PANTONE LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

PANTOZZI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PANUSHEVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

PANYA, PATCHARAWAN
ADDRESS AVAILABLE UPON REQUEST

PANZARIELLO, TERESA
ADDRESS AVAILABLE UPON REQUEST

PANZER, MARLA
ADDRESS AVAILABLE UPON REQUEST

PANZICA, TONY
ADDRESS AVAILABLE UPON REQUEST

PAOLA GUZMAN
ADDRESS AVAILABLE UPON REQUEST

PAOLA PAVAN
ADDRESS AVAILABLE UPON REQUEST

PAOLA SHOOK
ADDRESS AVAILABLE UPON REQUEST

PAOLA TORRES
ADDRESS AVAILABLE UPON REQUEST

PAOLILLO, MARK
ADDRESS AVAILABLE UPON REQUEST

PAOLINI, JAIDA
ADDRESS AVAILABLE UPON REQUEST

PAOLINI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PAOLINI, MIA
ADDRESS AVAILABLE UPON REQUEST

PAOLINI, MIKE
ADDRESS AVAILABLE UPON REQUEST

PAOLO, LYN
ADDRESS AVAILABLE UPON REQUEST

PAOLO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PAONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PAONESSA, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

PAPA NAPOLI ITALIAN
ADDRESS UNAVAILABLE AT TIME OF FILING

PAPA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

PAPA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAPA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PAPADAKIS, RAMONA
ADDRESS AVAILABLE UPON REQUEST

PAPADOPOULOS, GUS
ADDRESS AVAILABLE UPON REQUEST

PAPADOPOULOS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PAPAEVAGELOU, DIMITRI
ADDRESS AVAILABLE UPON REQUEST

PAPAGEORGE, PANAGIOTIS
ADDRESS AVAILABLE UPON REQUEST

PAPAKONSTANTINOU, JENNIE
ADDRESS AVAILABLE UPON REQUEST

PAPALIOS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PAPALLO, CHAUNTEL
ADDRESS AVAILABLE UPON REQUEST

PAPANDREAS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

PAPANICOLAOU, ALEX
ADDRESS AVAILABLE UPON REQUEST

PAPANICOLAOU, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PAPANTONIS, CONSTANTINE
ADDRESS AVAILABLE UPON REQUEST

PAPANTOS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PAPAPOSTOLOU, PAUL
ADDRESS AVAILABLE UPON REQUEST

PAPARIAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

PAPARO, KAREN
ADDRESS AVAILABLE UPON REQUEST

PAPARONE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PAPAS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PAPASEVASTOS, CHRYSOULA
ADDRESS AVAILABLE UPON REQUEST

PAPASEVASTOS, IRENE
ADDRESS AVAILABLE UPON REQUEST

PAPAVERO, GIAVANNA
ADDRESS AVAILABLE UPON REQUEST

PAPAZIAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PAPAZIAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PAPE, JASON
ADDRESS AVAILABLE UPON REQUEST

PAPE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PAPE, KAREN
ADDRESS AVAILABLE UPON REQUEST

PAPE, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

PAPEIKA, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

PAPENDORF, AMY
ADDRESS AVAILABLE UPON REQUEST

PAPENFUHS, RUDY
ADDRESS AVAILABLE UPON REQUEST

PAPENFUHS, RUDY
ADDRESS AVAILABLE UPON REQUEST

PAPER CHASE PRINTING, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

PAPER MART
ADDRESS UNAVAILABLE AT TIME OF FILING

PAPER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAPERMASTER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PAPERNO, JENNY
ADDRESS AVAILABLE UPON REQUEST

PAPERTRAIL, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

PAPES, THEODORE
ADDRESS AVAILABLE UPON REQUEST

PAPETTI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAPIAS, MONTSERRAT
ADDRESS AVAILABLE UPON REQUEST

PAPIERNIK, KELLI
ADDRESS AVAILABLE UPON REQUEST

PAPILLON, TRACY
ADDRESS AVAILABLE UPON REQUEST

PAPINEAU, SHELBE
ADDRESS AVAILABLE UPON REQUEST

PAPKA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PAPO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PAPOI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PAPOTTO VOLDRICH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PAPOTTO, CANDACE
ADDRESS AVAILABLE UPON REQUEST

PAPP, EMILY
ADDRESS AVAILABLE UPON REQUEST

PAPP, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

PAPP, LYNDA
ADDRESS AVAILABLE UPON REQUEST

PAPPALARDO, ERIC
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, ALEX
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, LIBBY
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, MIKE
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, NTINA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, SARA
ADDRESS AVAILABLE UPON REQUEST

PAPPAS, STACY
ADDRESS AVAILABLE UPON REQUEST

PAPPATERRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PAPPERMAN, SHAUN
ADDRESS AVAILABLE UPON REQUEST

PAPWORTH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PAQUE, JILL
ADDRESS AVAILABLE UPON REQUEST

PAQUETTE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PAQUIN, BYRAB
ADDRESS AVAILABLE UPON REQUEST

PAQUIN, TONI
ADDRESS AVAILABLE UPON REQUEST

PARADA, GILBERTO
ADDRESS AVAILABLE UPON REQUEST

PARADA, JENIFER
ADDRESS AVAILABLE UPON REQUEST

PARADA, REINA
ADDRESS AVAILABLE UPON REQUEST

PARADA, SHARA
ADDRESS AVAILABLE UPON REQUEST

PARADICE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PARADIES
ADDRESS UNAVAILABLE AT TIME OF FILING

PARADIS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PARADIS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

PARADIS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

PARADIS, DEMI
ADDRESS AVAILABLE UPON REQUEST

PARADIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

PARADIS, KARINA
ADDRESS AVAILABLE UPON REQUEST

PARADIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

PARADIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PARADIS, STACY
ADDRESS AVAILABLE UPON REQUEST

PARADIS, VINCE
ADDRESS AVAILABLE UPON REQUEST

PARADISE VINEYARDS, LLC
3000 SEARS POINT ROAD
SONOMA, CA  95476

PARADISE, DEAN
ADDRESS AVAILABLE UPON REQUEST

PARADISE, JENIN
ADDRESS AVAILABLE UPON REQUEST

PARADISE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARADISO DAKIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PARADISO, BECCA
ADDRESS AVAILABLE UPON REQUEST

PARADISO, ELPI
ADDRESS AVAILABLE UPON REQUEST

PARADOWSKI, LISA
ADDRESS AVAILABLE UPON REQUEST

PARAGON INSURANCE HOLDINGS, LLC
45 NOD ROAD, SUITE 1
AVON, CT  06001

PARALLELS
ADDRESS UNAVAILABLE AT TIME OF FILING

PARAM, ARUN
ADDRESS AVAILABLE UPON REQUEST

PARAM, NESTEENE
ADDRESS AVAILABLE UPON REQUEST

PARAMESWARAN, ANAND
ADDRESS AVAILABLE UPON REQUEST

PARAMOUNT PROMOTIONS LLC
307 QUINN ST
NAUGATUCK, CT  06770

PARANIUK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PARANY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PARAS, BLANCA
ADDRESS AVAILABLE UPON REQUEST

PARAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PARAS, LEO
ADDRESS AVAILABLE UPON REQUEST

PARASKEVOPOULOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

PARASKI, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

PARATORE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PARATORE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PARATORE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PARAVATI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PARCELL, SARA
ADDRESS AVAILABLE UPON REQUEST

PARCELLS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PARCELS, JANICE
ADDRESS AVAILABLE UPON REQUEST

PARCHEM, ANNA
ADDRESS AVAILABLE UPON REQUEST

PARCHMENT, MENDESA
ADDRESS AVAILABLE UPON REQUEST

PARDE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PARDE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PARDE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PARDEE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

PARDEJ, SARA
ADDRESS AVAILABLE UPON REQUEST

PARDESHI, TANAY
ADDRESS AVAILABLE UPON REQUEST

PARDILLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARDILLO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

PARDINI, CHERYL
ADDRESS AVAILABLE UPON REQUEST

PARDO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

PARDO, LYANNE
ADDRESS AVAILABLE UPON REQUEST

PARDO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PARDO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PARDO, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

PARDON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PARDUE, ANNABETH
ADDRESS AVAILABLE UPON REQUEST

PARDUE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PARDUN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PARE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PARE, OLIVER
ADDRESS AVAILABLE UPON REQUEST

PAREDES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

PAREDES, JOHN
ADDRESS AVAILABLE UPON REQUEST

PAREDES, LORNA
ADDRESS AVAILABLE UPON REQUEST

PAREDES, LUIS
ADDRESS AVAILABLE UPON REQUEST

PAREDES, MARIANA
ADDRESS AVAILABLE UPON REQUEST

PAREDES, MARY LEE
ADDRESS AVAILABLE UPON REQUEST

PAREDES, YORKA
ADDRESS AVAILABLE UPON REQUEST

PAREGIEN, KERI
ADDRESS AVAILABLE UPON REQUEST

PAREIGIS, REGINA
ADDRESS AVAILABLE UPON REQUEST

PAREKH, KRUPA
ADDRESS AVAILABLE UPON REQUEST

PAREKH, NISH
ADDRESS AVAILABLE UPON REQUEST

PAREKH, RADHIKA
ADDRESS AVAILABLE UPON REQUEST

PARENET, KYLA
ADDRESS AVAILABLE UPON REQUEST

PARENT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PARENT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PARENT, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PARENT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PARENT, DEREK
ADDRESS AVAILABLE UPON REQUEST

PARENT, ELISHA
ADDRESS AVAILABLE UPON REQUEST

PARENT, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

PARENT, JENN
ADDRESS AVAILABLE UPON REQUEST

PARENT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PARENT, MARION
ADDRESS AVAILABLE UPON REQUEST

PARENT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PARENTE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PARENTE, PETER
ADDRESS AVAILABLE UPON REQUEST

PARENTE, SHEREE
ADDRESS AVAILABLE UPON REQUEST

PARENTE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PARENTEAU, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PARENTEAU, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

PARENTI, SALLY
ADDRESS AVAILABLE UPON REQUEST

PARES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PARESH G VALLABH
ADDRESS AVAILABLE UPON REQUEST

PARESH VALLABH
ADDRESS AVAILABLE UPON REQUEST

PARESHKUMAR PATEL
ADDRESS AVAILABLE UPON REQUEST

PARET, JULIE
ADDRESS AVAILABLE UPON REQUEST

PARETI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PARETS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

PARFIONAVA, VOLHA
ADDRESS AVAILABLE UPON REQUEST

PARFITT, MAXINE
ADDRESS AVAILABLE UPON REQUEST

PARGAS SNYDER, ANET
ADDRESS AVAILABLE UPON REQUEST

PARHAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

PARHAM, JOLENE
ADDRESS AVAILABLE UPON REQUEST

PARIENTE, ANA
ADDRESS AVAILABLE UPON REQUEST

PARIHAR, JASMIT
ADDRESS AVAILABLE UPON REQUEST

PARIKH, CHAITAN
ADDRESS AVAILABLE UPON REQUEST

PARIKH, DARSHAN
ADDRESS AVAILABLE UPON REQUEST

PARIKH, GAURANG
ADDRESS AVAILABLE UPON REQUEST

PARIKH, JAY
ADDRESS AVAILABLE UPON REQUEST

PARIKH, KINJAL
ADDRESS AVAILABLE UPON REQUEST

PARIKH, MANISHA
ADDRESS AVAILABLE UPON REQUEST

PARIKH, SAAGAR
ADDRESS AVAILABLE UPON REQUEST

PARIL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PARILLA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PARINELLO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PARIS WINE COMPANY
8, RUE DU GENERAL GUILHEM
PARIS  75011
FRANCE

PARIS, ALAN
ADDRESS AVAILABLE UPON REQUEST

PARIS, AMBER
ADDRESS AVAILABLE UPON REQUEST

PARIS, ASHTON
ADDRESS AVAILABLE UPON REQUEST

PARIS, CASIE
ADDRESS AVAILABLE UPON REQUEST

PARIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARIS, MARY
ADDRESS AVAILABLE UPON REQUEST

PARIS-BEATTIE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

PARISE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PARISEAU, NICOLA
ADDRESS AVAILABLE UPON REQUEST

PARISEAU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PARISER, MAYA
ADDRESS AVAILABLE UPON REQUEST

PARISH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARISH, DANIELA
ADDRESS AVAILABLE UPON REQUEST

PARISH, DAVID
ADDRESS AVAILABLE UPON REQUEST

PARISH, LISA
ADDRESS AVAILABLE UPON REQUEST

PARISH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PARISH, REUBEN
ADDRESS AVAILABLE UPON REQUEST

PARISI, AMY
ADDRESS AVAILABLE UPON REQUEST

PARISI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PARISI, CHRISTYANN
ADDRESS AVAILABLE UPON REQUEST

PARISI, DEBI
ADDRESS AVAILABLE UPON REQUEST

PARISI, ERIN
ADDRESS AVAILABLE UPON REQUEST

PARISI, ERIN
ADDRESS AVAILABLE UPON REQUEST

PARISI, KAREN
ADDRESS AVAILABLE UPON REQUEST

PARISI, MARIA
ADDRESS AVAILABLE UPON REQUEST

PARISI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PARISI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PARISI, RENEE
ADDRESS AVAILABLE UPON REQUEST

PARISI, ZACH
ADDRESS AVAILABLE UPON REQUEST

PARISIAN, CLEMENTINA
ADDRESS AVAILABLE UPON REQUEST

PARISIAN, HETTIE
ADDRESS AVAILABLE UPON REQUEST

PARISIEN, WANDA
ADDRESS AVAILABLE UPON REQUEST

PARIS-KORNILOWICZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PARISO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PARISON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PARISSENTI, KATIE
ADDRESS AVAILABLE UPON REQUEST

PARISSI, GINA
ADDRESS AVAILABLE UPON REQUEST

PARK ROGERS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

PARK, ALICE
ADDRESS AVAILABLE UPON REQUEST

PARK, ANNA
ADDRESS AVAILABLE UPON REQUEST

PARK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARK, BLAIR
ADDRESS AVAILABLE UPON REQUEST

PARK, CARINA
ADDRESS AVAILABLE UPON REQUEST

PARK, CELINE
ADDRESS AVAILABLE UPON REQUEST

PARK, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

PARK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PARK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PARK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

PARK, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PARK, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PARK, EMILY
ADDRESS AVAILABLE UPON REQUEST

PARK, EUNJI
ADDRESS AVAILABLE UPON REQUEST

PARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PARK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PARK, HYUNJUNG
ADDRESS AVAILABLE UPON REQUEST

PARK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PARK, JAE
ADDRESS AVAILABLE UPON REQUEST

PARK, JANE
ADDRESS AVAILABLE UPON REQUEST

PARK, JANE
ADDRESS AVAILABLE UPON REQUEST

PARK, JEEHYUN
ADDRESS AVAILABLE UPON REQUEST

PARK, JEEYOON
ADDRESS AVAILABLE UPON REQUEST

PARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARK, JERRY
ADDRESS AVAILABLE UPON REQUEST

PARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARK, JINELLE
ADDRESS AVAILABLE UPON REQUEST

PARK, JINSEOP
ADDRESS AVAILABLE UPON REQUEST

PARK, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PARK, JOHN
ADDRESS AVAILABLE UPON REQUEST

PARK, JONG HO
ADDRESS AVAILABLE UPON REQUEST

PARK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PARK, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

PARK, KAY
ADDRESS AVAILABLE UPON REQUEST

PARK, KEENAN
ADDRESS AVAILABLE UPON REQUEST

PARK, KHEERYON
ADDRESS AVAILABLE UPON REQUEST

PARK, KIM
ADDRESS AVAILABLE UPON REQUEST

PARK, LINDA
ADDRESS AVAILABLE UPON REQUEST

PARK, MATT
ADDRESS AVAILABLE UPON REQUEST

PARK, NOMINA
ADDRESS AVAILABLE UPON REQUEST

PARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARK, SANG BIN
ADDRESS AVAILABLE UPON REQUEST

PARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARK, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PARK, SULEEN
ADDRESS AVAILABLE UPON REQUEST

PARK, SUNNY
ADDRESS AVAILABLE UPON REQUEST

PARK, SUNOOK
ADDRESS AVAILABLE UPON REQUEST

PARK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PARK, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

PARK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PARK, TENNY
ADDRESS AVAILABLE UPON REQUEST

PARK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PARK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PARK, WON MIE
ADDRESS AVAILABLE UPON REQUEST

PARKANSKY, JULIE
ADDRESS AVAILABLE UPON REQUEST

PARKE, JENA
ADDRESS AVAILABLE UPON REQUEST

PARKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKENING, RIPLEE
ADDRESS AVAILABLE UPON REQUEST

PARKER COOLEY
ADDRESS AVAILABLE UPON REQUEST

PARKER MANAGEMENT LLC
4535 SW NATCHEZ CT.
TUALATIN, OR 97062

PARKER, AJ
ADDRESS AVAILABLE UPON REQUEST

PARKER, AL
ADDRESS AVAILABLE UPON REQUEST

PARKER, ALAHNA
ADDRESS AVAILABLE UPON REQUEST

PARKER, ALEX
ADDRESS AVAILABLE UPON REQUEST

PARKER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PARKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PARKER, AMY
ADDRESS AVAILABLE UPON REQUEST

PARKER, ANITA
ADDRESS AVAILABLE UPON REQUEST

PARKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

PARKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

PARKER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

PARKER, AVERICK
ADDRESS AVAILABLE UPON REQUEST

PARKER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PARKER, BENNIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, BRAD
ADDRESS AVAILABLE UPON REQUEST

PARKER, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PARKER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

PARKER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, CELINA
ADDRESS AVAILABLE UPON REQUEST

PARKER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PARKER, CHASITY
ADDRESS AVAILABLE UPON REQUEST

PARKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

PARKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

PARKER, CIRRISIA
ADDRESS AVAILABLE UPON REQUEST

PARKER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PARKER, CLAUDE
ADDRESS AVAILABLE UPON REQUEST

PARKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PARKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PARKER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PARKER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PARKER, DAWN
ADDRESS AVAILABLE UPON REQUEST

PARKER, DAWSON
ADDRESS AVAILABLE UPON REQUEST

PARKER, DAYKOTA
ADDRESS AVAILABLE UPON REQUEST

PARKER, DENISE
ADDRESS AVAILABLE UPON REQUEST

PARKER, DURRIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PARKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PARKER, FRAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PARKER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PARKER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PARKER, GIGI
ADDRESS AVAILABLE UPON REQUEST

PARKER, GINA
ADDRESS AVAILABLE UPON REQUEST

PARKER, HALEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, HALEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, HILARY
ADDRESS AVAILABLE UPON REQUEST

PARKER, HUNTER
ADDRESS AVAILABLE UPON REQUEST

PARKER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PARKER, JAMAL
ADDRESS AVAILABLE UPON REQUEST

PARKER, JANE
ADDRESS AVAILABLE UPON REQUEST

PARKER, JANESSA
ADDRESS AVAILABLE UPON REQUEST

PARKER, JASON
ADDRESS AVAILABLE UPON REQUEST

PARKER, JASON
ADDRESS AVAILABLE UPON REQUEST

PARKER, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

PARKER, JILL
ADDRESS AVAILABLE UPON REQUEST

PARKER, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

PARKER, JULIA
ADDRESS AVAILABLE UPON REQUEST

PARKER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KELLEE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KELLI
ADDRESS AVAILABLE UPON REQUEST

PARKER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

PARKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PARKER, KIARA
ADDRESS AVAILABLE UPON REQUEST

PARKER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PARKER, KYLE
ADDRESS AVAILABLE UPON REQUEST

PARKER, KYLE
ADDRESS AVAILABLE UPON REQUEST

PARKER, LAQUESHA
ADDRESS AVAILABLE UPON REQUEST

PARKER, LAQUESHA
ADDRESS AVAILABLE UPON REQUEST

PARKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PARKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PARKER, LEIGH ANNE
ADDRESS AVAILABLE UPON REQUEST

PARKER, LESHAWN
ADDRESS AVAILABLE UPON REQUEST

PARKER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

PARKER, LUCY
ADDRESS AVAILABLE UPON REQUEST

PARKER, MARY
ADDRESS AVAILABLE UPON REQUEST

PARKER, MARYANN
ADDRESS AVAILABLE UPON REQUEST

PARKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, MEKA
ADDRESS AVAILABLE UPON REQUEST

PARKER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

PARKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PARKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PARKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PARKER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

PARKER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PARKER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PARKER, MONICA
ADDRESS AVAILABLE UPON REQUEST

PARKER, NANI
ADDRESS AVAILABLE UPON REQUEST

PARKER, NATE
ADDRESS AVAILABLE UPON REQUEST

PARKER, PAM
ADDRESS AVAILABLE UPON REQUEST

PARKER, PAMELLA
ADDRESS AVAILABLE UPON REQUEST

PARKER, PENNY
ADDRESS AVAILABLE UPON REQUEST

PARKER, PUMPKIN
ADDRESS AVAILABLE UPON REQUEST

PARKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PARKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, S. LOVEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PARKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PARKER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PARKER, SARA
ADDRESS AVAILABLE UPON REQUEST

PARKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHANA
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHARON
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHAWNTE
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHERYL
ADDRESS AVAILABLE UPON REQUEST

PARKER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, SIERRA
ADDRESS AVAILABLE UPON REQUEST

PARKER, STEPHANI
ADDRESS AVAILABLE UPON REQUEST

PARKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PARKER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PARKER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PARKER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

PARKER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

PARKER, TAMI
ADDRESS AVAILABLE UPON REQUEST

PARKER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PARKER, TARCHA
ADDRESS AVAILABLE UPON REQUEST

PARKER, TATUM
ADDRESS AVAILABLE UPON REQUEST

PARKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PARKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PARKER, TESS
ADDRESS AVAILABLE UPON REQUEST

PARKER, TIARA
ADDRESS AVAILABLE UPON REQUEST

PARKER, TINA
ADDRESS AVAILABLE UPON REQUEST

PARKER, TREVOR
ADDRESS AVAILABLE UPON REQUEST

PARKER, VM
ADDRESS AVAILABLE UPON REQUEST

PARKER, WAYLAND
ADDRESS AVAILABLE UPON REQUEST

PARKER, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

PARKER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PARKER, ZAYLA
ADDRESS AVAILABLE UPON REQUEST

PARKER, ZHKIARA
ADDRESS AVAILABLE UPON REQUEST

PARKER-FAHEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PARKER-HAMILTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKER-KLIMPEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PARKER-SMITH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PARKER-SMITH, PRINCESS KARA
ADDRESS AVAILABLE UPON REQUEST

PARKES, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

PARKES, TRUDY
ADDRESS AVAILABLE UPON REQUEST

PARKHILL, JIM / VERA
ADDRESS AVAILABLE UPON REQUEST

PARKHOMCHUK, IRINA
ADDRESS AVAILABLE UPON REQUEST

PARKHOUSE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

PARKHOUSE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PARKHURST, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

PARKHURST, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PARKHURST, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKHURST, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PARKIN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PARKIN, HALEY
ADDRESS AVAILABLE UPON REQUEST

PARKIN, JORDYN
ADDRESS AVAILABLE UPON REQUEST

PARKIN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PARKIN, KAYLEA
ADDRESS AVAILABLE UPON REQUEST

PARKING NETWORKS
350 S FIGUEROA ST SUITE 420
LOS ANGELES, CA 90071

PARKINS, GINA
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, COLE
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, IAN
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

PARKINSON, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

PARKISON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PARKKA, SHARON
ADDRESS AVAILABLE UPON REQUEST

PARKMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PARKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PARKS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PARKS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PARKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARKS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARKS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

PARKS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

PARKS, CALEB
ADDRESS AVAILABLE UPON REQUEST

PARKS, CAROL
ADDRESS AVAILABLE UPON REQUEST

PARKS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PARKS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PARKS, DANELLE
ADDRESS AVAILABLE UPON REQUEST

PARKS, DERIN
ADDRESS AVAILABLE UPON REQUEST

PARKS, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

PARKS, FELECIA
ADDRESS AVAILABLE UPON REQUEST

PARKS, ICESHLA
ADDRESS AVAILABLE UPON REQUEST

PARKS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PARKS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARKS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PARKS, KALEN
ADDRESS AVAILABLE UPON REQUEST

PARKS, KARIN
ADDRESS AVAILABLE UPON REQUEST

PARKS, KARRI
ADDRESS AVAILABLE UPON REQUEST

PARKS, KATE
ADDRESS AVAILABLE UPON REQUEST

PARKS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PARKS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

PARKS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PARKS, LOGAN
ADDRESS AVAILABLE UPON REQUEST

PARKS, LORI
ADDRESS AVAILABLE UPON REQUEST

PARKS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PARKS, NANCY
ADDRESS AVAILABLE UPON REQUEST

PARKS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

PARKS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PARKS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PARKS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PARKS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

PARKS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

PARKS, SEAN
ADDRESS AVAILABLE UPON REQUEST

PARKS, SHARON
ADDRESS AVAILABLE UPON REQUEST

PARKS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

PARKS, SINA
ADDRESS AVAILABLE UPON REQUEST

PARKS, SONIA
ADDRESS AVAILABLE UPON REQUEST

PARKS, STACEY
ADDRESS AVAILABLE UPON REQUEST

PARKS, VADA
ADDRESS AVAILABLE UPON REQUEST

PARKS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PARLATO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PARLE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PARLET, ANNA
ADDRESS AVAILABLE UPON REQUEST

PARLETTE, CLAY
ADDRESS AVAILABLE UPON REQUEST

PARLIN, SANDY
ADDRESS AVAILABLE UPON REQUEST

PARMAR, AARTI
ADDRESS AVAILABLE UPON REQUEST

PARMAR, KARISHMA
ADDRESS AVAILABLE UPON REQUEST

PARMAR, NIKITA
ADDRESS AVAILABLE UPON REQUEST

PARMAR, VARUN
ADDRESS AVAILABLE UPON REQUEST

PARMATER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PARMELEE, AMY
ADDRESS AVAILABLE UPON REQUEST

PARMELEE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PARMELY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PARMER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PARMER, CARLY
ADDRESS AVAILABLE UPON REQUEST

PARMER, MATT
ADDRESS AVAILABLE UPON REQUEST

PARMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARMLEY, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

PARMVIR SINGH SIDHU
ADDRESS AVAILABLE UPON REQUEST

PARNAMI, GARIMA
ADDRESS AVAILABLE UPON REQUEST

PARNELL VELASCO, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

PARNELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARNELL, CARISSA
ADDRESS AVAILABLE UPON REQUEST

PARNELL, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

PARNELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PARNELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PARNELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PARNESS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PARNESS, TRACY
ADDRESS AVAILABLE UPON REQUEST

PARNTHER, CECEILIA
ADDRESS AVAILABLE UPON REQUEST

PAROLI, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAROLY, JILL
ADDRESS AVAILABLE UPON REQUEST

PAROLY, LISA
ADDRESS AVAILABLE UPON REQUEST

PARPART, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

PARR, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PARR, EVAN
ADDRESS AVAILABLE UPON REQUEST

PARR, GARRETT
ADDRESS AVAILABLE UPON REQUEST

PARR, JENN
ADDRESS AVAILABLE UPON REQUEST

PARR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARR, JULIEANN
ADDRESS AVAILABLE UPON REQUEST

PARR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PARRA ELECTRIC INC
421 SMITHBRIDGE ROAD
GLEN MILLS, PA  19342

PARRA, KARLA
ADDRESS AVAILABLE UPON REQUEST

PARRA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PARRA, LINDA
ADDRESS AVAILABLE UPON REQUEST

PARRA, LINDA
ADDRESS AVAILABLE UPON REQUEST

PARRA, LISA
ADDRESS AVAILABLE UPON REQUEST

PARRA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PARRACK, JULIE
ADDRESS AVAILABLE UPON REQUEST

PARRENO, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

PARRILLA, ALEX
ADDRESS AVAILABLE UPON REQUEST

PARRILLI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARRINO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PARRINO, TARAH
ADDRESS AVAILABLE UPON REQUEST

PARRIOTT, LORI
ADDRESS AVAILABLE UPON REQUEST

PARRIS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

PARRIS, CARLY
ADDRESS AVAILABLE UPON REQUEST

PARRIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARRISH III, LEONARD
ADDRESS AVAILABLE UPON REQUEST

PARRISH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PARRISH, BERKLEY
ADDRESS AVAILABLE UPON REQUEST

PARRISH, BILLY ROSE
ADDRESS AVAILABLE UPON REQUEST

PARRISH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PARRISH, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

PARRISH, DANIAL
ADDRESS AVAILABLE UPON REQUEST

PARRISH, EMILY
ADDRESS AVAILABLE UPON REQUEST

PARRISH, JACK
ADDRESS AVAILABLE UPON REQUEST

PARRISH, JACQUE
ADDRESS AVAILABLE UPON REQUEST

PARRISH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARRISH, JULIEANN
ADDRESS AVAILABLE UPON REQUEST

PARRISH, KATIE
ADDRESS AVAILABLE UPON REQUEST

PARRISH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PARRISH, KILEY
ADDRESS AVAILABLE UPON REQUEST

PARRISH, LYNN ANN
ADDRESS AVAILABLE UPON REQUEST

PARRISH, MICHELE-LEE
ADDRESS AVAILABLE UPON REQUEST

PARRISH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PARRISH, RYAN
ADDRESS AVAILABLE UPON REQUEST

PARRISH, SARA
ADDRESS AVAILABLE UPON REQUEST

PARRISH, TYLA
ADDRESS AVAILABLE UPON REQUEST

PARRO, BOB
ADDRESS AVAILABLE UPON REQUEST

PARROTT, BONNIE
ADDRESS AVAILABLE UPON REQUEST

PARROTT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PARROTT, JAMES
ADDRESS AVAILABLE UPON REQUEST

PARROTT, LISA
ADDRESS AVAILABLE UPON REQUEST

PARROTT, MICHEALA
ADDRESS AVAILABLE UPON REQUEST

PARROTT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PARROTT, SEAN
ADDRESS AVAILABLE UPON REQUEST

PARROTTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARRY, ERICA
ADDRESS AVAILABLE UPON REQUEST

PARRY, MAXINE
ADDRESS AVAILABLE UPON REQUEST

PARRY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PARRY, TRACIE
ADDRESS AVAILABLE UPON REQUEST

PARSA, FERESHTEH
ADDRESS AVAILABLE UPON REQUEST

PARSAFAR, YASAMIN
ADDRESS AVAILABLE UPON REQUEST

PARSCALE, MELISSIA
ADDRESS AVAILABLE UPON REQUEST

PARSELL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

PARSHALL, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

PARSI, UMAKANTH
ADDRESS AVAILABLE UPON REQUEST

PARSLOE, CAITRIA
ADDRESS AVAILABLE UPON REQUEST

PARSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PARSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PARSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

PARSON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PARSONEAULT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PARSONS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PARSONS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PARSONS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PARSONS, DAWN
ADDRESS AVAILABLE UPON REQUEST

PARSONS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

PARSONS, DONALD
ADDRESS AVAILABLE UPON REQUEST

PARSONS, EMARI
ADDRESS AVAILABLE UPON REQUEST

PARSONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

PARSONS, HARRIET
ADDRESS AVAILABLE UPON REQUEST

PARSONS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PARSONS, JAIDE
ADDRESS AVAILABLE UPON REQUEST

PARSONS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PARSONS, JEFF
ADDRESS AVAILABLE UPON REQUEST

PARSONS, JENNA
ADDRESS AVAILABLE UPON REQUEST

PARSONS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PARSONS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PARSONS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PARSONS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

PARSONS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

PARSONS, STERLING
ADDRESS AVAILABLE UPON REQUEST

PARSONS, TRISH
ADDRESS AVAILABLE UPON REQUEST

PARSONT, ROSA
ADDRESS AVAILABLE UPON REQUEST

PARTAIN, TATE
ADDRESS AVAILABLE UPON REQUEST

PARTEN, BENNETT
ADDRESS AVAILABLE UPON REQUEST

PARTESANO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PARTHEMER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PARTI LARGENT
ADDRESS AVAILABLE UPON REQUEST

PARTIDA, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

PARTIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PARTIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PARTIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PARTIN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

PARTIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

PARTIPILO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PARTIS, KATIANA
ADDRESS AVAILABLE UPON REQUEST

PARTNERUP PERKS, LLC.
2340 MILTON RD.
CLEVELAND, OH  44118

PARTNEY, TREVOR
ADDRESS AVAILABLE UPON REQUEST

PARTNOFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PARTON, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

PARTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PARTOW, ALI
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, JACK
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, MARY
ADDRESS AVAILABLE UPON REQUEST

PARTRIDGE, MAURA
ADDRESS AVAILABLE UPON REQUEST

PARTY CITY
ADDRESS UNAVAILABLE AT TIME OF FILING

PARTY UNLIMITED
ADDRESS UNAVAILABLE AT TIME OF FILING

PARTY UNLIMTED
ADDRESS UNAVAILABLE AT TIME OF FILING

PARULKAR, ARJUN
ADDRESS AVAILABLE UPON REQUEST

PARVEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PARVEZ, RIMSHA
ADDRESS AVAILABLE UPON REQUEST

PARVIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PARVIZI, SHARON
ADDRESS AVAILABLE UPON REQUEST

PARYLAK, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

PARYLO, DONNA
ADDRESS AVAILABLE UPON REQUEST

PARYLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PARZIALE, MAEGEN
ADDRESS AVAILABLE UPON REQUEST

PARZUCH, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

PASAK, TINA
ADDRESS AVAILABLE UPON REQUEST

PASALA RAVICHANDRAN
ADDRESS AVAILABLE UPON REQUEST

PASAOA, CHERRY LYNN
ADDRESS AVAILABLE UPON REQUEST

PASCA, LIANNA
ADDRESS AVAILABLE UPON REQUEST

PASCAL DE VOS
ADDRESS AVAILABLE UPON REQUEST

PASCAL KORSE
ADDRESS AVAILABLE UPON REQUEST

PASCAL, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

PASCAL, PORTIA
ADDRESS AVAILABLE UPON REQUEST

PASCAL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PASCALE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

PASCALE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PASCARELLA, ALAINA
ADDRESS AVAILABLE UPON REQUEST

PASCARELLA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PASCARELLA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PASCASIO, ANDRESA
ADDRESS AVAILABLE UPON REQUEST

PASCHAL, ERIN
ADDRESS AVAILABLE UPON REQUEST

PASCHAL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PASCHALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PASCHALL, ERIC
ADDRESS AVAILABLE UPON REQUEST

PASCHE STATION
ADDRESS UNAVAILABLE AT TIME OF FILING

PASCHEN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

PASCOE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PASCOV, VLADIMIR
ADDRESS AVAILABLE UPON REQUEST

PASCUAL, EUNICE
ADDRESS AVAILABLE UPON REQUEST

PASCUAL, JOHN
ADDRESS AVAILABLE UPON REQUEST

PASCUAL, LEMMUEL
ADDRESS AVAILABLE UPON REQUEST

PASCUAL, LOUIE GIFT FROM GS
ADDRESS AVAILABLE UPON REQUEST

PASCUAL, ROSS
ADDRESS AVAILABLE UPON REQUEST

PASCUCCI, DREW
ADDRESS AVAILABLE UPON REQUEST

PASEK, CHUCK
ADDRESS AVAILABLE UPON REQUEST

PASERCHIA, MINA
ADDRESS AVAILABLE UPON REQUEST

PASH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PASH, LEXY
ADDRESS AVAILABLE UPON REQUEST

PASHAIAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PASHBY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PASHEL, SHARON
ADDRESS AVAILABLE UPON REQUEST

PASHELUK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PASHLEY, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

PASHMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PASI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PASIALIS, LIANA
ADDRESS AVAILABLE UPON REQUEST

PASIC, ABBY
ADDRESS AVAILABLE UPON REQUEST

PASILLAS, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

PASILLAS, LINDA
ADDRESS AVAILABLE UPON REQUEST

PASIUK, CALEB
ADDRESS AVAILABLE UPON REQUEST

PASKALIDES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PASKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PASKEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

PASKELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

PASKERT, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PASKETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PASKEY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

PASKO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PASKO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PASKWIETZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PASNOKOT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PASO ROBLES WINE SERVICES
PO BOX 1181
SANTA BARBARA, CA  93102

PASQUALE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PASQUALE, ANITA
ADDRESS AVAILABLE UPON REQUEST

PASQUALE, BOB
ADDRESS AVAILABLE UPON REQUEST

PASQUALE, JULIA
ADDRESS AVAILABLE UPON REQUEST

PASQUALE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PASQUALIN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

PASQUALINA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PASQUALINI, FRANK
ADDRESS AVAILABLE UPON REQUEST

PASQUALINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PASQUARELLA, KAREN
ADDRESS AVAILABLE UPON REQUEST

PASQUARELLA, NICK
ADDRESS AVAILABLE UPON REQUEST

PASQUESI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PASQUIER, COSIMA
ADDRESS AVAILABLE UPON REQUEST

PASQUINI, CARLY
ADDRESS AVAILABLE UPON REQUEST

PASQUINI, LAURA
ADDRESS AVAILABLE UPON REQUEST

PASS, CYNDIL
ADDRESS AVAILABLE UPON REQUEST

PASS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PASS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PASS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PASSADE, SABINE
ADDRESS AVAILABLE UPON REQUEST

PASSAFIUME, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PASSAGE, JAYE
ADDRESS AVAILABLE UPON REQUEST

PASSALES, SHALINI
ADDRESS AVAILABLE UPON REQUEST

PASSANANTE, WENDY
ADDRESS AVAILABLE UPON REQUEST

PASSANISI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

PASSANTINO0609, NANCY
ADDRESS AVAILABLE UPON REQUEST

PASSARELLA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PASSARELLA, LETITIA
ADDRESS AVAILABLE UPON REQUEST

PASSARELLA, SAM
ADDRESS AVAILABLE UPON REQUEST

PASSARELLI, CAROL
ADDRESS AVAILABLE UPON REQUEST

PASSARELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PASSARETTI, BERNICE
ADDRESS AVAILABLE UPON REQUEST

PASSARETTI, KAREN
ADDRESS AVAILABLE UPON REQUEST

PASSARETTI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PASSARO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PASSCHIER, ANNE
ADDRESS AVAILABLE UPON REQUEST

PASSERINI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PASSERINI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PASSERO, NINA
ADDRESS AVAILABLE UPON REQUEST

PASSERO, SASHA
ADDRESS AVAILABLE UPON REQUEST

PASSERO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PASSEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

PASSINI, HANNEAH
ADDRESS AVAILABLE UPON REQUEST

PASSOLT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PASSPORT HEALTH LOS ANGELES
ADDRESS UNAVAILABLE AT TIME OF FILING

PASSWATERS, STACEY
ADDRESS AVAILABLE UPON REQUEST

PASTEL, PAUL
ADDRESS AVAILABLE UPON REQUEST

PASTELLA, KAELIN
ADDRESS AVAILABLE UPON REQUEST

PASTENA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PASTERNAK WINE IMPORTS
ADDRESS UNAVAILABLE AT TIME OF FILING

PASTERNAK, ALEX
ADDRESS AVAILABLE UPON REQUEST

PASTERNAK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PASTERNAK, HELEN
ADDRESS AVAILABLE UPON REQUEST

PASTERNAK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PASTIKA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PASTIKA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PASTINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PASTOR, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

PASTOR, EMILY
ADDRESS AVAILABLE UPON REQUEST

PASTOR, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

PASTOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PASTOR, PAULA
ADDRESS AVAILABLE UPON REQUEST

PASTOR, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PASTORE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PASTORE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PASTORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PASTORELLO, DAVID
ADDRESS AVAILABLE UPON REQUEST

PASTRAN, ARIANA
ADDRESS AVAILABLE UPON REQUEST

PASWATERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PASWATERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PASYK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PASZKIEWICZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PASZKIEWICZ, MELINDA
ADDRESS AVAILABLE UPON REQUEST

PASZTOR, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

PAT JANSEN
ADDRESS AVAILABLE UPON REQUEST

PAT, LOWE
ADDRESS AVAILABLE UPON REQUEST

PAT, MARY
ADDRESS AVAILABLE UPON REQUEST

PATACK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PATAGOINIA DIRECT INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

PATAKY, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

PATASKA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PATAY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

PATCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PATCH, SONJA
ADDRESS AVAILABLE UPON REQUEST

PATCHELL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PATCHEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PATCHEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PATCHEN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PATCHETT, MADISON
ADDRESS AVAILABLE UPON REQUEST

PATE, BRADY
ADDRESS AVAILABLE UPON REQUEST

PATE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PATE, DAVID
ADDRESS AVAILABLE UPON REQUEST

PATE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PATE, EMILY
ADDRESS AVAILABLE UPON REQUEST

PATE, JESSTON
ADDRESS AVAILABLE UPON REQUEST

PATE, MAHALA
ADDRESS AVAILABLE UPON REQUEST

PATE, MISTY
ADDRESS AVAILABLE UPON REQUEST

PATE, MONICA
ADDRESS AVAILABLE UPON REQUEST

PATE, NATSHA
ADDRESS AVAILABLE UPON REQUEST

PATE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PATE, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

PATE, TESSA
ADDRESS AVAILABLE UPON REQUEST

PATE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PATEL, AADIT
ADDRESS AVAILABLE UPON REQUEST

PATEL, AASHKA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ABHAY
ADDRESS AVAILABLE UPON REQUEST

PATEL, ADITI
ADDRESS AVAILABLE UPON REQUEST

PATEL, AEKTA
ADDRESS AVAILABLE UPON REQUEST

PATEL, AEKTA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ALKESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PATEL, AMIT
ADDRESS AVAILABLE UPON REQUEST

PATEL, AMY
ADDRESS AVAILABLE UPON REQUEST

PATEL, ANISHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ANJANA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ANKUR
ADDRESS AVAILABLE UPON REQUEST

PATEL, ARCHANA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ARCHITA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ARTISH
ADDRESS AVAILABLE UPON REQUEST

PATEL, ASHANNA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ASHISH
ADDRESS AVAILABLE UPON REQUEST

PATEL, AVNI
ADDRESS AVAILABLE UPON REQUEST

PATEL, AZITA
ADDRESS AVAILABLE UPON REQUEST

PATEL, BHUSHAN
ADDRESS AVAILABLE UPON REQUEST

PATEL, BREE
ADDRESS AVAILABLE UPON REQUEST

PATEL, CHANDNI
ADDRESS AVAILABLE UPON REQUEST

PATEL, CHIRAG
ADDRESS AVAILABLE UPON REQUEST

PATEL, CHIRAG
ADDRESS AVAILABLE UPON REQUEST

PATEL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PATEL, DEEP
ADDRESS AVAILABLE UPON REQUEST

PATEL, DEVEN
ADDRESS AVAILABLE UPON REQUEST

PATEL, DHIMANT
ADDRESS AVAILABLE UPON REQUEST

PATEL, DHRUV
ADDRESS AVAILABLE UPON REQUEST

PATEL, DIGESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, DILIP
ADDRESS AVAILABLE UPON REQUEST

PATEL, DIVYESHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PATEL, GRACE
ADDRESS AVAILABLE UPON REQUEST

PATEL, GUNJANI
ADDRESS AVAILABLE UPON REQUEST

PATEL, HEMALI
ADDRESS AVAILABLE UPON REQUEST

PATEL, HERSCHEL
ADDRESS AVAILABLE UPON REQUEST

PATEL, HETAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, HETAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, HIREN
ADDRESS AVAILABLE UPON REQUEST

PATEL, JAANKI
ADDRESS AVAILABLE UPON REQUEST

PATEL, JASMIN
ADDRESS AVAILABLE UPON REQUEST

PATEL, KALPESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, KAMLESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, KASEY
ADDRESS AVAILABLE UPON REQUEST

PATEL, KAVITA
ADDRESS AVAILABLE UPON REQUEST

PATEL, KINJAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, KINNARI
ADDRESS AVAILABLE UPON REQUEST

PATEL, KIRAN
ADDRESS AVAILABLE UPON REQUEST

PATEL, KIRIT
ADDRESS AVAILABLE UPON REQUEST

PATEL, KRISHNA
ADDRESS AVAILABLE UPON REQUEST

PATEL, KRISHNA
ADDRESS AVAILABLE UPON REQUEST

PATEL, KUNAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, KUNAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, KUSHAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, LISA
ADDRESS AVAILABLE UPON REQUEST

PATEL, LYDIA
ADDRESS AVAILABLE UPON REQUEST

PATEL, MALAV
ADDRESS AVAILABLE UPON REQUEST

PATEL, MANISHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, MANSI
ADDRESS AVAILABLE UPON REQUEST

PATEL, MAYA
ADDRESS AVAILABLE UPON REQUEST

PATEL, MEGHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, MEHUL
ADDRESS AVAILABLE UPON REQUEST

PATEL, MINAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, MINTI
ADDRESS AVAILABLE UPON REQUEST

PATEL, MIRESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, MONIKA
ADDRESS AVAILABLE UPON REQUEST

PATEL, NAINESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, NARESH
ADDRESS AVAILABLE UPON REQUEST

PATEL, NATASHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEEL
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEHAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEIL
ADDRESS AVAILABLE UPON REQUEST

PATEL, NEIL
ADDRESS AVAILABLE UPON REQUEST

PATEL, NIKITA
ADDRESS AVAILABLE UPON REQUEST

PATEL, NIKITA
ADDRESS AVAILABLE UPON REQUEST

PATEL, NILAM
ADDRESS AVAILABLE UPON REQUEST

PATEL, NIRAV
ADDRESS AVAILABLE UPON REQUEST

PATEL, PANKAJ
ADDRESS AVAILABLE UPON REQUEST

PATEL, PANKTI
ADDRESS AVAILABLE UPON REQUEST

PATEL, PARTH
ADDRESS AVAILABLE UPON REQUEST

PATEL, PINAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, POOJA
ADDRESS AVAILABLE UPON REQUEST

PATEL, POOJA
ADDRESS AVAILABLE UPON REQUEST

PATEL, POUMIL
ADDRESS AVAILABLE UPON REQUEST

PATEL, PRAGNA
ADDRESS AVAILABLE UPON REQUEST

PATEL, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

PATEL, PRIYA
ADDRESS AVAILABLE UPON REQUEST

PATEL, PRIYAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, PUNAM
ADDRESS AVAILABLE UPON REQUEST

PATEL, PURVANG
ADDRESS AVAILABLE UPON REQUEST

PATEL, RAJIV
ADDRESS AVAILABLE UPON REQUEST

PATEL, RAVI
ADDRESS AVAILABLE UPON REQUEST

PATEL, RIA
ADDRESS AVAILABLE UPON REQUEST

PATEL, RIMA
ADDRESS AVAILABLE UPON REQUEST

PATEL, ROMA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SAMIT
ADDRESS AVAILABLE UPON REQUEST

PATEL, SANAY
ADDRESS AVAILABLE UPON REQUEST

PATEL, SANDIP
ADDRESS AVAILABLE UPON REQUEST

PATEL, SANJIV
ADDRESS AVAILABLE UPON REQUEST

PATEL, SAPNA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SEEMA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SELAVI
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHEETAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHIMUL
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHIV
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHIVAM
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHOSHANA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SHREYA
ADDRESS AVAILABLE UPON REQUEST

PATEL, SIMREN
ADDRESS AVAILABLE UPON REQUEST

PATEL, SONALI
ADDRESS AVAILABLE UPON REQUEST

PATEL, SONIA
ADDRESS AVAILABLE UPON REQUEST

PATEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PATEL, TANHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, TEJ
ADDRESS AVAILABLE UPON REQUEST

PATEL, TRISTEN
ADDRESS AVAILABLE UPON REQUEST

PATEL, VANESHA
ADDRESS AVAILABLE UPON REQUEST

PATEL, VISHAL
ADDRESS AVAILABLE UPON REQUEST

PATEL, VISHAL
ADDRESS AVAILABLE UPON REQUEST

PATELLI, KENNETH
ADDRESS AVAILABLE UPON REQUEST

PATENAUDE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PATENAUDE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PATENDIS, ASHTON
ADDRESS AVAILABLE UPON REQUEST

PATER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

PATERAKIS, JON
ADDRESS AVAILABLE UPON REQUEST

PATEREK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PATE-RINALDI, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

PATERNO, LISA
ADDRESS AVAILABLE UPON REQUEST

PATERNOSTRO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PATERRA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

PATERSON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PATERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PATERSON-SMITH, CAROL
ADDRESS AVAILABLE UPON REQUEST

PATHYIL, AMY
ADDRESS AVAILABLE UPON REQUEST

PATHMATA NETWORKS INC (DASH HUDSON)
300 5112 PRINCE STREET
HALIFAX, NOVA SCOTIA, CANADA B3J  1L3

PATHMATA NETWORKS INC (DASH HUDSON)
HELEN HEATH- THE YARD
33 NASSAU AVE. SUITE 30
BROOKLYN, NY  11222

PATICOFF, KYRA
ADDRESS AVAILABLE UPON REQUEST

PATIENCE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PATIERNO, BRANDI
ADDRESS AVAILABLE UPON REQUEST

PATIL, AAKANKSHA
ADDRESS AVAILABLE UPON REQUEST

PATIL, GAJANAN
ADDRESS AVAILABLE UPON REQUEST

PATIL, LAKSHMI
ADDRESS AVAILABLE UPON REQUEST

PATIL, MADHURA
ADDRESS AVAILABLE UPON REQUEST

PATIL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PATILLE, CRISTY
ADDRESS AVAILABLE UPON REQUEST

PATINA, CRUZ
ADDRESS AVAILABLE UPON REQUEST

PATINO, JOSSELING
ADDRESS AVAILABLE UPON REQUEST

PATINO, KARLA GARCIA
ADDRESS AVAILABLE UPON REQUEST

PATINO, LUIS
ADDRESS AVAILABLE UPON REQUEST

PATINO, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

PATINO, PAT
ADDRESS AVAILABLE UPON REQUEST

PATINO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PATISON, CHAD
ADDRESS AVAILABLE UPON REQUEST

PATKO, LISA
ADDRESS AVAILABLE UPON REQUEST

PATLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATNAUDE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PATNAUDE, DAN
ADDRESS AVAILABLE UPON REQUEST

PATNEAUDE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PATNODE, HAILEY
ADDRESS AVAILABLE UPON REQUEST

PATNODE, MAKINZIE
ADDRESS AVAILABLE UPON REQUEST

PATOIS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PATON, ERICA
ADDRESS AVAILABLE UPON REQUEST

PATON, LAURA
ADDRESS AVAILABLE UPON REQUEST

PATRAW, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

PATRAW, WAYNE
ADDRESS AVAILABLE UPON REQUEST

PATRAZZA, LIANE
ADDRESS AVAILABLE UPON REQUEST

PATRICCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PATRICE ANDERSON
ADDRESS AVAILABLE UPON REQUEST

PATRICE WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PATRICH, SARAH
ADDRESS AVAILABLE UPON REQUEST

PATRICIA A LA MARR
ADDRESS AVAILABLE UPON REQUEST

PATRICIA A LONG
ADDRESS AVAILABLE UPON REQUEST

PATRICIA A TURNER FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

PATRICIA ANN HUSTAD
ADDRESS AVAILABLE UPON REQUEST

PATRICIA ANN OBYRNE
ADDRESS AVAILABLE UPON REQUEST

PATRICIA BROWN
ADDRESS AVAILABLE UPON REQUEST

PATRICIA BUCK
ADDRESS AVAILABLE UPON REQUEST

PATRICIA BURTON
ADDRESS AVAILABLE UPON REQUEST

PATRICIA CATO-CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

PATRICIA COOK
ADDRESS AVAILABLE UPON REQUEST

PATRICIA CORNETTE
ADDRESS AVAILABLE UPON REQUEST

PATRICIA DULLE
ADDRESS AVAILABLE UPON REQUEST

PATRICIA GARCIA
ADDRESS AVAILABLE UPON REQUEST

PATRICIA GRITZ
ADDRESS AVAILABLE UPON REQUEST

PATRICIA GURNEY
ADDRESS AVAILABLE UPON REQUEST

PATRICIA LATACZ
ADDRESS AVAILABLE UPON REQUEST

PATRICIA MARTIN
ADDRESS AVAILABLE UPON REQUEST

PATRICIA R COLEMAN
ADDRESS AVAILABLE UPON REQUEST

PATRICIA SANTANGELO
ADDRESS AVAILABLE UPON REQUEST

PATRICIA WEISS
ADDRESS AVAILABLE UPON REQUEST

PATRICIA, ANA
ADDRESS AVAILABLE UPON REQUEST

PATRICIA, M.
ADDRESS AVAILABLE UPON REQUEST

PATRICIA, MRS
ADDRESS AVAILABLE UPON REQUEST

PATRICK BOYLE
ADDRESS AVAILABLE UPON REQUEST

PATRICK CHIMENTI
ADDRESS AVAILABLE UPON REQUEST

PATRICK CLASEN
ADDRESS AVAILABLE UPON REQUEST

PATRICK CONCEPTION
ADDRESS AVAILABLE UPON REQUEST

PATRICK CROWNOVER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PATRICK DEER
ADDRESS AVAILABLE UPON REQUEST

PATRICK DJUANDA
ADDRESS AVAILABLE UPON REQUEST

PATRICK F WATHEN
ADDRESS AVAILABLE UPON REQUEST

PATRICK FALLE
ADDRESS AVAILABLE UPON REQUEST

PATRICK FREDERIC
ADDRESS AVAILABLE UPON REQUEST

PATRICK G MALONEY
ADDRESS AVAILABLE UPON REQUEST

PATRICK HARRISON
ADDRESS AVAILABLE UPON REQUEST

PATRICK HENRY CREATIVE PROMOTIONS,
INC
1177 W LOOP S STE 800
HOUSTON, TX 77027

PATRICK HIGHLAND
ADDRESS AVAILABLE UPON REQUEST

PATRICK HOOSIER
ADDRESS AVAILABLE UPON REQUEST

PATRICK HURLEY
ADDRESS AVAILABLE UPON REQUEST

PATRICK JOSEPH MURPHY
ADDRESS AVAILABLE UPON REQUEST

PATRICK KUCINSKAS
ADDRESS AVAILABLE UPON REQUEST

PATRICK KYLE BRENNAN
ADDRESS AVAILABLE UPON REQUEST

PATRICK LIN
ADDRESS AVAILABLE UPON REQUEST

PATRICK LIN
ADDRESS AVAILABLE UPON REQUEST

PATRICK MCHUGH
ADDRESS AVAILABLE UPON REQUEST

PATRICK MCKEOUGH
ADDRESS AVAILABLE UPON REQUEST

PATRICK MITCHELL
ADDRESS AVAILABLE UPON REQUEST

PATRICK ODNEAL
ADDRESS AVAILABLE UPON REQUEST

PATRICK OREILLY
ADDRESS AVAILABLE UPON REQUEST

PATRICK RUSSELL
ADDRESS AVAILABLE UPON REQUEST

PATRICK SCHMIED
ADDRESS AVAILABLE UPON REQUEST

PATRICK SHARP
ADDRESS AVAILABLE UPON REQUEST

PATRICK SHARPLESS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PATRICK SHEEHY
ADDRESS AVAILABLE UPON REQUEST

PATRICK SOKLEY
ADDRESS AVAILABLE UPON REQUEST

PATRICK STEVENSON
ADDRESS AVAILABLE UPON REQUEST

PATRICK THOMAS SCHEIDLER MARTIN
ADDRESS AVAILABLE UPON REQUEST

PATRICK TOMLINSON WILSON
ADDRESS AVAILABLE UPON REQUEST

PATRICK WALKER
ADDRESS AVAILABLE UPON REQUEST

PATRICK WILLIAM MCCUAIG
ADDRESS AVAILABLE UPON REQUEST

PATRICK WILSON
ADDRESS AVAILABLE UPON REQUEST

PATRICK ZOVISTOSKI
ADDRESS AVAILABLE UPON REQUEST

PATRICK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PATRICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PATRICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PATRICK, CAILYN
ADDRESS AVAILABLE UPON REQUEST

PATRICK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PATRICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PATRICK, JEANNE
ADDRESS AVAILABLE UPON REQUEST

PATRICK, KENT
ADDRESS AVAILABLE UPON REQUEST

PATRICK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PATRICK, KYLE
ADDRESS AVAILABLE UPON REQUEST

PATRICK, LINDA
ADDRESS AVAILABLE UPON REQUEST

PATRICK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PATRICK, ML
ADDRESS AVAILABLE UPON REQUEST

PATRICK, NAKETA
ADDRESS AVAILABLE UPON REQUEST

PATRICK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PATRICK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PATRICK, TRACY
ADDRESS AVAILABLE UPON REQUEST

PATRIDGE, DEVIKA
ADDRESS AVAILABLE UPON REQUEST

PATRIZIA, LISA
ADDRESS AVAILABLE UPON REQUEST

PATRON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PATROSE, MAYA
ADDRESS AVAILABLE UPON REQUEST

PATROVANIE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PATRYK KOCENIAK
ADDRESS AVAILABLE UPON REQUEST

PATRYK KOCENIAK
ADDRESS AVAILABLE UPON REQUEST

PATRYNA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

PATSCHULL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PATSOS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PATSULA, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

PATSY IRENE MILLER
ADDRESS AVAILABLE UPON REQUEST

PATSY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

PATT, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

PATT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PATT, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

PATTBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATTEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PATTEN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

PATTEN, BILL
ADDRESS AVAILABLE UPON REQUEST

PATTEN, BOB
ADDRESS AVAILABLE UPON REQUEST

PATTEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PATTEN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PATTEN, DIANA
ADDRESS AVAILABLE UPON REQUEST

PATTEN, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

PATTEN, GINA
ADDRESS AVAILABLE UPON REQUEST

PATTEN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

PATTEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PATTEN, PAULA
ADDRESS AVAILABLE UPON REQUEST

PATTEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

PATTERSHALL, DEVON
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ALISSA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ANNEISHIA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, AYANNA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, BETTY
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, BRIGHID
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, COURTNY
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, DAYE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, DEYJA C.
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, GARRET
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, HOMER
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JEN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JOLENE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JONI
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JORI
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JOZELLE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KARLY
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KEANA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KENICE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, LANA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MARK
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, NIGEL
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, NOAH
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, RAVEN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, SHANA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, TANIA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, TONIA
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, TRACIE
ADDRESS AVAILABLE UPON REQUEST

PATTERSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PATTERSON-STANLEY, TANYA
ADDRESS AVAILABLE UPON REQUEST

PATTESON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PATTI FISHER
ADDRESS AVAILABLE UPON REQUEST

PATTI SCHAEFER
ADDRESS AVAILABLE UPON REQUEST

PATTI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PATTI LORENA
ADDRESS AVAILABLE UPON REQUEST

PATTI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

PATTI-DURAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PATTILLO COLE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PATTIN, MAYA
ADDRESS AVAILABLE UPON REQUEST

PATTISHALL, AURORA
ADDRESS AVAILABLE UPON REQUEST

PATTISON, AMIE
ADDRESS AVAILABLE UPON REQUEST

PATTISON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PATTISON, DONNA
ADDRESS AVAILABLE UPON REQUEST

PATTISON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PATTISON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PATTISON, LLOYD
ADDRESS AVAILABLE UPON REQUEST

PATTISON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PATTISON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PATTISON, NANCY
ADDRESS AVAILABLE UPON REQUEST

PATTISON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PATTON, AMY
ADDRESS AVAILABLE UPON REQUEST

PATTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PATTON, AUDDRIANA
ADDRESS AVAILABLE UPON REQUEST

PATTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PATTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PATTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

PATTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

PATTON, DICK
ADDRESS AVAILABLE UPON REQUEST

PATTON, DRAKE
ADDRESS AVAILABLE UPON REQUEST

PATTON, GARY
ADDRESS AVAILABLE UPON REQUEST

PATTON, GENNA
ADDRESS AVAILABLE UPON REQUEST

PATTON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PATTON, JD
ADDRESS AVAILABLE UPON REQUEST

PATTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PATTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PATTON, KELLY R
ADDRESS AVAILABLE UPON REQUEST

PATTON, LETRIECE
ADDRESS AVAILABLE UPON REQUEST

PATTON, LINDENE
ADDRESS AVAILABLE UPON REQUEST

PATTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PATTON, MEIGHAN
ADDRESS AVAILABLE UPON REQUEST

PATTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PATTON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

PATTON, NANETTE
ADDRESS AVAILABLE UPON REQUEST

PATTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PATTON, REINA
ADDRESS AVAILABLE UPON REQUEST

PATTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PATTON, SHANNA
ADDRESS AVAILABLE UPON REQUEST

PATTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PATTON, TRENA
ADDRESS AVAILABLE UPON REQUEST

PATTULLO, RYAN
ADDRESS AVAILABLE UPON REQUEST

PATTY HANUS
ADDRESS AVAILABLE UPON REQUEST

PATTY KOTLAREK
ADDRESS AVAILABLE UPON REQUEST

PATTY WOLBERT
ADDRESS AVAILABLE UPON REQUEST

PATTY YEAGER
ADDRESS AVAILABLE UPON REQUEST

PATTY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PATTY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PATULOT, CARMEL
ADDRESS AVAILABLE UPON REQUEST

PATURI, ATCHUT
ADDRESS AVAILABLE UPON REQUEST

PATUTO, JAMES
ADDRESS AVAILABLE UPON REQUEST

PATYAK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PATZ & HALL WINE COMPANY, INC
21200 EIGHTH ST.
EAST SONOMA, CA  95476

PATZELT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PATZIK, LARA
ADDRESS AVAILABLE UPON REQUEST

PAU, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PAUKSTIS, STACEY
ADDRESS AVAILABLE UPON REQUEST

PAUL ANTHONY KOCHARHOOK
ADDRESS AVAILABLE UPON REQUEST

PAUL ANTONY WHITEWAY
ADDRESS AVAILABLE UPON REQUEST

PAUL BASILE
ADDRESS AVAILABLE UPON REQUEST

PAUL BELDEN
ADDRESS AVAILABLE UPON REQUEST

PAUL BIEL
ADDRESS AVAILABLE UPON REQUEST

PAUL BOUCHER
ADDRESS AVAILABLE UPON REQUEST

PAUL BURFORD
ADDRESS AVAILABLE UPON REQUEST

PAUL C. BUFF
ADDRESS AVAILABLE UPON REQUEST

PAUL CAMP
ADDRESS AVAILABLE UPON REQUEST

PAUL CHAMBERS
ADDRESS AVAILABLE UPON REQUEST

PAUL D BURROWS
ADDRESS AVAILABLE UPON REQUEST

PAUL DIVIRGLIO
ADDRESS AVAILABLE UPON REQUEST

PAUL DOMBROWSKI
ADDRESS AVAILABLE UPON REQUEST

PAUL E BOYLE 401K EZ PENSION PLAN
ADDRESS AVAILABLE UPON REQUEST

PAUL EDWARD LLOYD JR
ADDRESS AVAILABLE UPON REQUEST

PAUL ERIC DODSON
ADDRESS AVAILABLE UPON REQUEST

PAUL FIVEZ
ADDRESS AVAILABLE UPON REQUEST

PAUL GERARD BULLECER
ADDRESS AVAILABLE UPON REQUEST

PAUL HOLLIER
ADDRESS AVAILABLE UPON REQUEST

PAUL J HARTWIG
ADDRESS AVAILABLE UPON REQUEST

PAUL J HENRY
ADDRESS AVAILABLE UPON REQUEST

PAUL JAKOB BONNET
ADDRESS AVAILABLE UPON REQUEST

PAUL JAMES MCLAUGHLIN JR
ADDRESS AVAILABLE UPON REQUEST

PAUL JENSON
ADDRESS AVAILABLE UPON REQUEST

PAUL JOHN KAUFFMANN III
ADDRESS AVAILABLE UPON REQUEST

PAUL JONES
ADDRESS AVAILABLE UPON REQUEST

PAUL JOSEPH BERNS
ADDRESS AVAILABLE UPON REQUEST

PAUL KOBIERECKI
ADDRESS AVAILABLE UPON REQUEST

PAUL KUEHNE
ADDRESS AVAILABLE UPON REQUEST

PAUL M LOMONACO
ADDRESS AVAILABLE UPON REQUEST

PAUL MARTIN
ADDRESS AVAILABLE UPON REQUEST

PAUL MARTINS BISTRO
ADDRESS UNAVAILABLE AT TIME OF FILING

PAUL MARTINS ELS
ADDRESS AVAILABLE UPON REQUEST

PAUL MCCULLOUGH
ADDRESS AVAILABLE UPON REQUEST

PAUL MIHICH
ADDRESS AVAILABLE UPON REQUEST

PAUL MOBERG
ADDRESS AVAILABLE UPON REQUEST

PAUL MOORE
ADDRESS AVAILABLE UPON REQUEST

PAUL R W FLORENCE
ADDRESS AVAILABLE UPON REQUEST

PAUL REGALIA
ADDRESS AVAILABLE UPON REQUEST

PAUL RICHARDS
ADDRESS AVAILABLE UPON REQUEST

PAUL ROBINSON
ADDRESS AVAILABLE UPON REQUEST

PAUL RUSSELL WILD
ADDRESS AVAILABLE UPON REQUEST

PAUL S PHILLIPS
ADDRESS AVAILABLE UPON REQUEST

PAUL SCHOEB
ADDRESS AVAILABLE UPON REQUEST

PAUL SCHOUTEN
ADDRESS AVAILABLE UPON REQUEST

PAUL SCOTT STATELY
ADDRESS AVAILABLE UPON REQUEST

PAUL T COCIUBA
ADDRESS AVAILABLE UPON REQUEST

PAUL THOMAS KLINE
ADDRESS AVAILABLE UPON REQUEST

PAUL W HODGE
ADDRESS AVAILABLE UPON REQUEST

PAUL WILEY
ADDRESS AVAILABLE UPON REQUEST

PAUL ZEMLIN
ADDRESS AVAILABLE UPON REQUEST

PAUL, ALI
ADDRESS AVAILABLE UPON REQUEST

PAUL, ANNE
ADDRESS AVAILABLE UPON REQUEST

PAUL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PAUL, BISH
ADDRESS AVAILABLE UPON REQUEST

PAUL, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

PAUL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PAUL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PAUL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PAUL, CLARICE
ADDRESS AVAILABLE UPON REQUEST

PAUL, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

PAUL, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

PAUL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PAUL, EMILY
ADDRESS AVAILABLE UPON REQUEST

PAUL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PAUL, GAYLE
ADDRESS AVAILABLE UPON REQUEST

PAUL, GERALD
ADDRESS AVAILABLE UPON REQUEST

PAUL, JEFF
ADDRESS AVAILABLE UPON REQUEST

PAUL, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

PAUL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PAUL, KELLI
ADDRESS AVAILABLE UPON REQUEST

PAUL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PAUL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PAUL, KIM
ADDRESS AVAILABLE UPON REQUEST

PAUL, LACEY
ADDRESS AVAILABLE UPON REQUEST

PAUL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PAUL, MARTY
ADDRESS AVAILABLE UPON REQUEST

PAUL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PAUL, PIERRE S
ADDRESS AVAILABLE UPON REQUEST

PAUL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PAUL, REUBEN
ADDRESS AVAILABLE UPON REQUEST

PAUL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PAUL, SAYAN
ADDRESS AVAILABLE UPON REQUEST

PAUL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

PAUL, SUCHISMITA
ADDRESS AVAILABLE UPON REQUEST

PAUL, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PAUL, ZACH
ADDRESS AVAILABLE UPON REQUEST

PAULA CARVAJAL
ADDRESS AVAILABLE UPON REQUEST

PAULA DE NYS
ADDRESS AVAILABLE UPON REQUEST

PAULA KEMP
ADDRESS AVAILABLE UPON REQUEST

PAULA KLINE, PAULA KLINR
ADDRESS AVAILABLE UPON REQUEST

PAULA LANDRY
ADDRESS AVAILABLE UPON REQUEST

PAULA LAVERTY
ADDRESS AVAILABLE UPON REQUEST

PAULA MARTORELLI
ADDRESS AVAILABLE UPON REQUEST

PAULA, ANA
ADDRESS AVAILABLE UPON REQUEST

PAULA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PAULA, NIURKA
ADDRESS AVAILABLE UPON REQUEST

PAULAS OLD TOWN BURGER
ADDRESS UNAVAILABLE AT TIME OF FILING

PAULAS, ANANDA
ADDRESS AVAILABLE UPON REQUEST

PAUL-DELVAUX, LOUISE
ADDRESS AVAILABLE UPON REQUEST

PAULE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

PAULENAS, ANDRIUS
ADDRESS AVAILABLE UPON REQUEST

PAULETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAULETTE LANNEAUX
ADDRESS AVAILABLE UPON REQUEST

PAULETTE, RICK
ADDRESS AVAILABLE UPON REQUEST

PAULEY, MARSHA
ADDRESS AVAILABLE UPON REQUEST

PAULEY, PHIONA
ADDRESS AVAILABLE UPON REQUEST

PAULEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PAULHUS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PAULHUS, EMMA
ADDRESS AVAILABLE UPON REQUEST

PAULHUS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

PAULI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PAULIDES, LACEY
ADDRESS AVAILABLE UPON REQUEST

PAULIN, EDWIGE
ADDRESS AVAILABLE UPON REQUEST

PAULIN, YVONNE
ADDRESS AVAILABLE UPON REQUEST

PAULINA BALLABAN
ADDRESS AVAILABLE UPON REQUEST

PAULINA HO
ADDRESS AVAILABLE UPON REQUEST

PAULINA, ESMERALDA
ADDRESS AVAILABLE UPON REQUEST

PAULINA, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

PAULINAS
ADDRESS UNAVAILABLE AT TIME OF FILING

PAULINE JOSEPHINE BLASETTI
ADDRESS AVAILABLE UPON REQUEST

PAULINE PARIKH
ADDRESS AVAILABLE UPON REQUEST

PAULINI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PAULISH, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

PAULISIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

PAULK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PAULK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

PAULL, CASEY
ADDRESS AVAILABLE UPON REQUEST

PAULLIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PAULMAN, LIZ
ADDRESS AVAILABLE UPON REQUEST

PAULMEYER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

PAULO BORGES
ADDRESS AVAILABLE UPON REQUEST

PAULOS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PAULOSKY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

PAULS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PAULSEN VINEYARDS
ADDRESS UNAVAILABLE AT TIME OF FILING

PAULSEN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

PAULSEN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PAULSEN, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PAULSEN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

PAULSEN, STANCIE
ADDRESS AVAILABLE UPON REQUEST

PAULSMEYER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PAULSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PAULSON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

PAULSON, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PAULSON, BREANNA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAULSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

PAULSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, MADELENA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PAULSON, RANDY
ADDRESS AVAILABLE UPON REQUEST

PAULSON, RISSA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, SALLY
ADDRESS AVAILABLE UPON REQUEST

PAULSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PAULSON, TRISTA
ADDRESS AVAILABLE UPON REQUEST

PAULSON, YVONNE
ADDRESS AVAILABLE UPON REQUEST

PAULTRE, CRYSTAL PENUELA
ADDRESS AVAILABLE UPON REQUEST

PAULUKONIS, LORA
ADDRESS AVAILABLE UPON REQUEST

PAULY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PAUS, VENISSA
ADDRESS AVAILABLE UPON REQUEST

PAUSE, RUTH
ADDRESS AVAILABLE UPON REQUEST

PAUYO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

PAV, CARLOS
ADDRESS AVAILABLE UPON REQUEST

PAVAN KUMAR PRATHIVADI BHAYAMKARAM
ADDRESS AVAILABLE UPON REQUEST

PAVAN, AUDRA
ADDRESS AVAILABLE UPON REQUEST

PAVANI MANTENA
ADDRESS AVAILABLE UPON REQUEST

PAVANO, SAM
ADDRESS AVAILABLE UPON REQUEST

PAVEK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PAVEK, GRACE
ADDRESS AVAILABLE UPON REQUEST

PAVEL BABUSHKIN
ADDRESS AVAILABLE UPON REQUEST

PAVEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAVEL, GRISHKOV
ADDRESS AVAILABLE UPON REQUEST

PAVEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PAVESE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAVESI, JOYA
ADDRESS AVAILABLE UPON REQUEST

PAVI WINES, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

PAVI, PAYAL
ADDRESS AVAILABLE UPON REQUEST

PAVIA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PAVIA, EMILIA
ADDRESS AVAILABLE UPON REQUEST

PAVIA, KYLE
ADDRESS AVAILABLE UPON REQUEST

PAVIA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PAVIDIS, KELLY
ADDRESS AVAILABLE UPON REQUEST

PAVILIONS
ADDRESS UNAVAILABLE AT TIME OF FILING

PAVIS, ANIKA
ADDRESS AVAILABLE UPON REQUEST

PAVIS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAVLICA, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAVLICHKO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

PAVLICK, MARIE
ADDRESS AVAILABLE UPON REQUEST

PAVLIK, ABBY NEEF AND COLE
ADDRESS AVAILABLE UPON REQUEST

PAVLIK, AJ
ADDRESS AVAILABLE UPON REQUEST

PAVLIK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PAVLIK, KATHY
ADDRESS AVAILABLE UPON REQUEST

PAVLINA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PAVLISCSAK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PAVLOCK, TAMARA
ADDRESS AVAILABLE UPON REQUEST

PAVLOFF, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PAVLOFF, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PAVLOS, MARY
ADDRESS AVAILABLE UPON REQUEST

PAVLOVA, ALINA
ADDRESS AVAILABLE UPON REQUEST

PAVLOVA, YEKATERINA
ADDRESS AVAILABLE UPON REQUEST

PAVLOVIC, CATALINA
ADDRESS AVAILABLE UPON REQUEST

PAVLOVIC, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PAVLUK, KAREN
ADDRESS AVAILABLE UPON REQUEST

PAVON, JASON
ADDRESS AVAILABLE UPON REQUEST

PAVON, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAVON, VIRIDIANA
ADDRESS AVAILABLE UPON REQUEST

PAVRI, ALICE
ADDRESS AVAILABLE UPON REQUEST

PAWA, SAPNA
ADDRESS AVAILABLE UPON REQUEST

PAWAR, AKSHAY
ADDRESS AVAILABLE UPON REQUEST

PAWELEC, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PAWELEC, BLAKE
ADDRESS AVAILABLE UPON REQUEST

PAWLAK, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PAWLAK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAWLAK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PAWLENKO, EMILY
ADDRESS AVAILABLE UPON REQUEST

PAWLICKI-SINCLAIR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PAWLIK, THEODORE
ADDRESS AVAILABLE UPON REQUEST

PAWLIKA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PAWLINE, SKYLER
ADDRESS AVAILABLE UPON REQUEST

PAWLOSKI, ADAM
ADDRESS AVAILABLE UPON REQUEST

PAWLOWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

PAWLOWSKI, KATRINA
ADDRESS AVAILABLE UPON REQUEST

PAWLUK, ALEINA
ADDRESS AVAILABLE UPON REQUEST

PAWLUKOWSKY, DANICA
ADDRESS AVAILABLE UPON REQUEST

PAXIN, KAILEY
ADDRESS AVAILABLE UPON REQUEST

PAXSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAXSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PAXTON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PAXTON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PAXTON, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

PAXTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PAXTON, JIM
ADDRESS AVAILABLE UPON REQUEST

PAXTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PAXTON, MARY
ADDRESS AVAILABLE UPON REQUEST

PAXTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PAXTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PAXTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAXTON, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PAXTON, TREVOR
ADDRESS AVAILABLE UPON REQUEST

PAY PROP DAMAGE PROT
ADDRESS UNAVAILABLE AT TIME OF FILING

PAYAN, AYLIN
ADDRESS AVAILABLE UPON REQUEST

PAYANO, IRICEL
ADDRESS AVAILABLE UPON REQUEST

PAYANO, JOSMAYREN
ADDRESS AVAILABLE UPON REQUEST

PAYANO-ORTIZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAYDEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

PAYDON, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

PAYE, MATT
ADDRESS AVAILABLE UPON REQUEST

PAYER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PAYES, MARISOL
ADDRESS AVAILABLE UPON REQUEST

PAYES, TODD
ADDRESS AVAILABLE UPON REQUEST

PAYEUR, PATRICE
ADDRESS AVAILABLE UPON REQUEST

PAYGRID
ADDRESS UNAVAILABLE AT TIME OF FILING

PAYLIM, EDWIGE
ADDRESS AVAILABLE UPON REQUEST

PAYLOCITY CORPOR TAX
ADDRESS UNAVAILABLE AT TIME OF FILING

PAYLOCITY
3850 N. WILKE RD.
ARLINGTON HEIGHTS, IL  60004

PAYNE II, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

PAYNE III, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PAYNE, AKINYEMI
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ALEX
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

PAYNE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, BILLIE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, CANDY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, CARLTON
ADDRESS AVAILABLE UPON REQUEST

PAYNE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, CLIFTON
ADDRESS AVAILABLE UPON REQUEST

PAYNE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DANTE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DENISE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, DORINDA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ELISE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ERIC
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ERIN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ERNESTINE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PAYNE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, JOHN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KALY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KARLA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KATIE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KELLY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LARASHA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LETITIA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LISA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LORI
ADDRESS AVAILABLE UPON REQUEST

PAYNE, LUCRETIA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, MARIAN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, MARY KATHARINE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, MATT
ADDRESS AVAILABLE UPON REQUEST

PAYNE, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, NANCY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

PAYNE, RANI
ADDRESS AVAILABLE UPON REQUEST

PAYNE, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PAYNE, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

PAYNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PAYNE, SERAFINA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, SHARON
ADDRESS AVAILABLE UPON REQUEST

PAYNE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, STACEY
ADDRESS AVAILABLE UPON REQUEST

PAYNE, TENISHA
ADDRESS AVAILABLE UPON REQUEST

PAYNE, TORI
ADDRESS AVAILABLE UPON REQUEST

PAYNE, WALKER
ADDRESS AVAILABLE UPON REQUEST

PAYNTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PAYNTER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PAYPAL
ADDRESS UNAVAILABLE AT TIME OF FILING

PAYRAVI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PAYTON POULTER
ADDRESS AVAILABLE UPON REQUEST

PAYTON, ALEX
ADDRESS AVAILABLE UPON REQUEST

PAYTON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PAYTON, ERIC
ADDRESS AVAILABLE UPON REQUEST

PAYTON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PAYTON, STACEY
ADDRESS AVAILABLE UPON REQUEST

PAYUMO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PAYUMO, ELAINNE
ADDRESS AVAILABLE UPON REQUEST

PAYUMO, ERNESTINE
ADDRESS AVAILABLE UPON REQUEST

PAZ, ANALEE
ADDRESS AVAILABLE UPON REQUEST

PAZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PAZ, GRACE
ADDRESS AVAILABLE UPON REQUEST

PAZ, LEAH
ADDRESS AVAILABLE UPON REQUEST

PAZ, LISA
ADDRESS AVAILABLE UPON REQUEST

PAZ, LISA
ADDRESS AVAILABLE UPON REQUEST

PAZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

PAZ, TANIA
ADDRESS AVAILABLE UPON REQUEST

PAZHAYAMPALLIL, JOEL
ADDRESS AVAILABLE UPON REQUEST

PAZUREK, ANNA
ADDRESS AVAILABLE UPON REQUEST

PCB INV INC RETIREMENT TRUST
ADDRESS AVAILABLE UPON REQUEST

PCHELKA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PEABODY, BRANDI
ADDRESS AVAILABLE UPON REQUEST

PEABODY, CHARCIE
ADDRESS AVAILABLE UPON REQUEST

PEABODY, JAKE
ADDRESS AVAILABLE UPON REQUEST

PEABODY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEABODY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PEACE, JASON
ADDRESS AVAILABLE UPON REQUEST

PEACE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PEACE, SHERLY
ADDRESS AVAILABLE UPON REQUEST

PEACH STATE INTEGRATED TECHNOLOGIES
3005 BUSINESS PARK DRIVE
NORCROSS, GA  30071

PEACH STATE INTEGRATED TECHNOLOGIES
7960 SOLUTION CTR.
CHICAGO, IL  60677-7009

PEACH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PEACH, JOANN
ADDRESS AVAILABLE UPON REQUEST

PEACHDISH INC.
3528 BROWNS MILL RD.
ATLANTA, GA  30354

PEACHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PEACHEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

PEACHEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, CAMI
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, DAWN
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, IAN
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, SETH
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PEACOCK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PEAK, AMBER
ADDRESS AVAILABLE UPON REQUEST

PEAK, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

PEAK, K LA
ADDRESS AVAILABLE UPON REQUEST

PEAK, MEG
ADDRESS AVAILABLE UPON REQUEST

PEAK, RAHSAAN
ADDRESS AVAILABLE UPON REQUEST

PEAKE, CALVIN
ADDRESS AVAILABLE UPON REQUEST

PEAKE, GERALD
ADDRESS AVAILABLE UPON REQUEST

PEAKE, JEAN
ADDRESS AVAILABLE UPON REQUEST

PEAKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PEAKE, KATE
ADDRESS AVAILABLE UPON REQUEST

PEAKE, POLLY
ADDRESS AVAILABLE UPON REQUEST

PEAKER, CATHRIN
ADDRESS AVAILABLE UPON REQUEST

PEAKES, GARY
ADDRESS AVAILABLE UPON REQUEST

PEARACHUTE INC.
1564 N DAMEN  303
CHICAGO, IL  60614

PEARCE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PEARCE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PEARCE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PEARCE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PEARCE, JUDY
ADDRESS AVAILABLE UPON REQUEST

PEARCE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PEARCE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

PEARCE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEARCE, LEE
ADDRESS AVAILABLE UPON REQUEST

PEARCE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEARCE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PEARCE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PEARCE, SHANE
ADDRESS AVAILABLE UPON REQUEST

PEARCE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PEARCE, SUZZANNE
ADDRESS AVAILABLE UPON REQUEST

PEARCE, TANYA
ADDRESS AVAILABLE UPON REQUEST

PEARCE, TERRY A
ADDRESS AVAILABLE UPON REQUEST

PEARCE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PEARCE, TORI
ADDRESS AVAILABLE UPON REQUEST

PEARCE, TRESS
ADDRESS AVAILABLE UPON REQUEST

PEARCY, HALEY
ADDRESS AVAILABLE UPON REQUEST

PEARCY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PEARCY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PEARCY, WENDY
ADDRESS AVAILABLE UPON REQUEST

PEARL AND ASH
ADDRESS UNAVAILABLE AT TIME OF FILING

PEARL CUNNINGHAM
ADDRESS AVAILABLE UPON REQUEST

PEARL IMMIGRATION LLC
465 CALIFORNIA ST. FL 7
SAN FRANCISCO, CA  94104

PEARL, AYELET
ADDRESS AVAILABLE UPON REQUEST

PEARL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PEARL, CATHIE
ADDRESS AVAILABLE UPON REQUEST

PEARL, JOSH
ADDRESS AVAILABLE UPON REQUEST

PEARL, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

PEARL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PEARLMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PEARLMAN, JENNY
ADDRESS AVAILABLE UPON REQUEST

PEARLMAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PEARLMAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

PEARLMAN, MARIAN
ADDRESS AVAILABLE UPON REQUEST

PEARMAIN, LILY
ADDRESS AVAILABLE UPON REQUEST

PEARMAN, EMMIE
ADDRESS AVAILABLE UPON REQUEST

PEARN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PEARS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PEARSALL, JAMAAL
ADDRESS AVAILABLE UPON REQUEST

PEARSALL, JOY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

PEARSON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ALAN
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ALANAH
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, AMY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ARIEL
ADDRESS AVAILABLE UPON REQUEST

PEARSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, BONNIE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, BRITT
ADDRESS AVAILABLE UPON REQUEST

PEARSON, CARISSA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, CAROLE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, DAVE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, DONNIE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PEARSON, HARRIET
ADDRESS AVAILABLE UPON REQUEST

PEARSON, ISANA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, JADA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, JEFFRY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PEARSON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

PEARSON, KENDRIA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PEARSON, L JAY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MARCIE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MARK
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEARSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, PETER
ADDRESS AVAILABLE UPON REQUEST

PEARSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PEARSON, RAY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

PEARSON, TAMELIA
ADDRESS AVAILABLE UPON REQUEST

PEARSON, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PEARSON, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

PEARSON, TYNISHA
ADDRESS AVAILABLE UPON REQUEST

PEARSON-BEY, CHARISSE
ADDRESS AVAILABLE UPON REQUEST

PEARSON-DAWE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PEART, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PEARY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PEASE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PEASE, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

PEASE, JACKIE PEASE
ADDRESS AVAILABLE UPON REQUEST

PEASE, JAMILA
ADDRESS AVAILABLE UPON REQUEST

PEASE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PEASE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEASE, MAURA
ADDRESS AVAILABLE UPON REQUEST

PEASE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PEASE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PEASE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PEASE-FRADERA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PEASLEE, EMMA
ADDRESS AVAILABLE UPON REQUEST

PEAT, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

PEAVLER, LONA
ADDRESS AVAILABLE UPON REQUEST

PEAVLER, MICAH
ADDRESS AVAILABLE UPON REQUEST

PEAVLEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PEAZZONI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PEBLO LLC
169 MADISON AVENUE 2131
NEW YORK, NY  10016

PECCI, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

PECES, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

PECHA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PECHENEVA, LIUBOV
ADDRESS AVAILABLE UPON REQUEST

PECHMANN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PECHNER, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

PECHTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PECINA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PECK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PECK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PECK, AMY
ADDRESS AVAILABLE UPON REQUEST

PECK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PECK, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

PECK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PECK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PECK, JASON
ADDRESS AVAILABLE UPON REQUEST

PECK, JENIFER
ADDRESS AVAILABLE UPON REQUEST

PECK, KATE
ADDRESS AVAILABLE UPON REQUEST

PECK, LILY
ADDRESS AVAILABLE UPON REQUEST

PECK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PECK, SALLY
ADDRESS AVAILABLE UPON REQUEST

PECK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PECK, TARA
ADDRESS AVAILABLE UPON REQUEST

PECK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PECKAITIS, KYRA
ADDRESS AVAILABLE UPON REQUEST

PECKHAM, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

PECKHEISER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PECKLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PECKMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PECKMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PECKMAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

PECKO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PECORA, EMILY
ADDRESS AVAILABLE UPON REQUEST

PECORA, STACEY
ADDRESS AVAILABLE UPON REQUEST

PECORARO, AMY
ADDRESS AVAILABLE UPON REQUEST

PECORARO, EMMA
ADDRESS AVAILABLE UPON REQUEST

PECORINI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PECOY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PECSOK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PECSON, MARILYN
ADDRESS AVAILABLE UPON REQUEST

PECUKONIS, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

PEDALINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEDDICORD, LIZ
ADDRESS AVAILABLE UPON REQUEST

PEDDIE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PEDE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

PEDEN, ALANA
ADDRESS AVAILABLE UPON REQUEST

PEDEN, TANISHA
ADDRESS AVAILABLE UPON REQUEST

PEDER CHRISTIAN PEDERSEN JR
ADDRESS AVAILABLE UPON REQUEST

PEDER JAMES HANCHER
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, BOE
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, HEIDI RIIS
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, LOUIS
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, SHANA
ADDRESS AVAILABLE UPON REQUEST

PEDERSEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, DANAE
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, DUANE
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

PEDERSON, SARA
ADDRESS AVAILABLE UPON REQUEST

PEDHIRNEY, NORAH
ADDRESS AVAILABLE UPON REQUEST

PEDI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEDICONE, JOHN
ADDRESS AVAILABLE UPON REQUEST

PEDINOFF, ALLIE
ADDRESS AVAILABLE UPON REQUEST

PEDLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEDNEAU, ANDY
ADDRESS AVAILABLE UPON REQUEST

PEDONE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PEDONE, GENNA
ADDRESS AVAILABLE UPON REQUEST

PEDONE, HALEY
ADDRESS AVAILABLE UPON REQUEST

PEDONESI, SHARON
ADDRESS AVAILABLE UPON REQUEST

PEDONESI, SHERRY
ADDRESS AVAILABLE UPON REQUEST

PEDRA, TANYA
ADDRESS AVAILABLE UPON REQUEST

PEDRAJA, RAUL
ADDRESS AVAILABLE UPON REQUEST

PEDRAZA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PEDRAZA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PEDRAZA, JULIE
ADDRESS AVAILABLE UPON REQUEST

PEDRAZA, KIANA
ADDRESS AVAILABLE UPON REQUEST

PEDRINI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PEDRO CORREA
ADDRESS AVAILABLE UPON REQUEST

PEDRO FRAIRE GARCIA
ADDRESS AVAILABLE UPON REQUEST

PEDRO HENRIQUE DIAS
ADDRESS AVAILABLE UPON REQUEST

PEDRO SANTANA
ADDRESS AVAILABLE UPON REQUEST

PEDRON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PEDRONAN, WEVILENE
ADDRESS AVAILABLE UPON REQUEST

PEDRONCELLI MOBILE BOTTLING
(SELECT MOBILE BOTTLERS)
14 HALL CT.
NAPA, CA 94558

PEDRONCELLI MOBILE BOTTLING
(SELECT MOBILE BOTTLERS)
18775 CARRIGER ROAD
SONOMA, CA 95476

PEDROSA, EVELYN J
ADDRESS AVAILABLE UPON REQUEST

PEDROSO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PEDROTTI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEDROZA, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PEDROZA, JEREMY
ADDRESS AVAILABLE UPON REQUEST

PEDROZA, KARINA
ADDRESS AVAILABLE UPON REQUEST

PEDULLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEDUZZI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEDZIWIATR, PAM
ADDRESS AVAILABLE UPON REQUEST

PEEBLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

PEEBLES, DEVINEE
ADDRESS AVAILABLE UPON REQUEST

PEEBLES, MACY
ADDRESS AVAILABLE UPON REQUEST

PEED, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PEED, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEEK, ALISHA
ADDRESS AVAILABLE UPON REQUEST

PEEK, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

PEEK, ERIN
ADDRESS AVAILABLE UPON REQUEST

PEEK, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PEEK, JESS
ADDRESS AVAILABLE UPON REQUEST

PEEK, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PEEK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEEK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEEL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PEEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEEL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PEEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

PEEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

PEEL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PEEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEEL, TIM
ADDRESS AVAILABLE UPON REQUEST

PEEL, WESLEY
ADDRESS AVAILABLE UPON REQUEST

PEELE, STACY
ADDRESS AVAILABLE UPON REQUEST

PEELER, ALISON
ADDRESS AVAILABLE UPON REQUEST

PEELER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PEELER, MARY
ADDRESS AVAILABLE UPON REQUEST

PEEPLES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PEER, SKY
ADDRESS AVAILABLE UPON REQUEST

PEERENBOOM, CAMERON
ADDRESS AVAILABLE UPON REQUEST

PEERFLY, INC.
15202 NW 147TH DRIVE,  1200-330
ALACHUA, FL  32615

PEERMAN, KONSTONZA
ADDRESS AVAILABLE UPON REQUEST

PEERS, DIANA
ADDRESS AVAILABLE UPON REQUEST

PEERS, JARED
ADDRESS AVAILABLE UPON REQUEST

PEERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

PEERSPACE, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

PEERY, CAMP
ADDRESS AVAILABLE UPON REQUEST

PEET, SHARON
ADDRESS AVAILABLE UPON REQUEST

PEETS COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

PEETS, SHALANDRA
ADDRESS AVAILABLE UPON REQUEST

PEEVLER, GARY
ADDRESS AVAILABLE UPON REQUEST

PEFFER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PEFFER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PEFFLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PEFFLY, BRECCIA
ADDRESS AVAILABLE UPON REQUEST

PEGASUS TECHNOLOGIES, LLC
1215 W. BALTIMORE PIKE, SUITE 11
MEDIA, PA  19063

PEGELOW, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

PEGG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PEGGOTT, LATOYA
ADDRESS AVAILABLE UPON REQUEST

PEGGY NEWSOME
ADDRESS AVAILABLE UPON REQUEST

PEGHER, CARMI
ADDRESS AVAILABLE UPON REQUEST

PEGNO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PEGRAM, COREY AND KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PEGUERO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PEGUERO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

PEGUERO, WANDA
ADDRESS AVAILABLE UPON REQUEST

PEGUES, ARIANA
ADDRESS AVAILABLE UPON REQUEST

PEGUES, CHAQUE
ADDRESS AVAILABLE UPON REQUEST

PEHLER, ALEX
ADDRESS AVAILABLE UPON REQUEST

PEHMOELLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PEHOSKI, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEHRSON, TRACI
ADDRESS AVAILABLE UPON REQUEST

PEI, CARISSA
ADDRESS AVAILABLE UPON REQUEST

PEI, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PEI, KEXIN
ADDRESS AVAILABLE UPON REQUEST

PEI, TIAN
ADDRESS AVAILABLE UPON REQUEST

PEI, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

PEICK, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

PEIFER, M KEITH
ADDRESS AVAILABLE UPON REQUEST

PEIFFER, ANN
ADDRESS AVAILABLE UPON REQUEST

PEIFFER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PEIFFER, STACY
ADDRESS AVAILABLE UPON REQUEST

PEIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PEINADO, STEVE
ADDRESS AVAILABLE UPON REQUEST

PEIRANO, ANNA
ADDRESS AVAILABLE UPON REQUEST

PEIRANO, FIORELLA
ADDRESS AVAILABLE UPON REQUEST

PEIRCE, CHERIE
ADDRESS AVAILABLE UPON REQUEST

PEIRCE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PEIRSOL, JODY
ADDRESS AVAILABLE UPON REQUEST

PEIRSON, JEN
ADDRESS AVAILABLE UPON REQUEST

PEISER, LUCAS AND LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEISERT, PATTI
ADDRESS AVAILABLE UPON REQUEST

PEISHER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

PEISNER, JULIE
ADDRESS AVAILABLE UPON REQUEST

PEISTRUP, YAKIRA
ADDRESS AVAILABLE UPON REQUEST

PEITZER, TARA
ADDRESS AVAILABLE UPON REQUEST

PEIXOTO, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

PEJIC, JEN
ADDRESS AVAILABLE UPON REQUEST

PEKALA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PEKAR, CALLI
ADDRESS AVAILABLE UPON REQUEST

PEKAREK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEKARSKE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PEKARSKI, BECKY
ADDRESS AVAILABLE UPON REQUEST

PEKARSKY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

PEKCHI, KEVON
ADDRESS AVAILABLE UPON REQUEST

PEKELHARRING
ADDRESS UNAVAILABLE AT TIME OF FILING

PEKER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

PEKRUHN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEKULA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PELAEZ, CECILIA
ADDRESS AVAILABLE UPON REQUEST

PELAEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PELAEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PELAN, LORI
ADDRESS AVAILABLE UPON REQUEST

PELAR, NEDA
ADDRESS AVAILABLE UPON REQUEST

PELAYO, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

PELCHAT, JESS
ADDRESS AVAILABLE UPON REQUEST

PELEGRINO, MARTIN
ADDRESS AVAILABLE UPON REQUEST

PELESCHAK, ELI
ADDRESS AVAILABLE UPON REQUEST

PELIMSKAYA, LUTSIYA
ADDRESS AVAILABLE UPON REQUEST

PELINGON, KRISTELLE
ADDRESS AVAILABLE UPON REQUEST

PELIZZARO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PELKA, KAJA
ADDRESS AVAILABLE UPON REQUEST

PELKEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PELKEY, GINA
ADDRESS AVAILABLE UPON REQUEST

PELKEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PELKEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PELKEY, JASMIN
ADDRESS AVAILABLE UPON REQUEST

PELKEY, RONDA
ADDRESS AVAILABLE UPON REQUEST

PELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

PELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PELLAGATTI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

PELLE, CARLY
ADDRESS AVAILABLE UPON REQUEST

PELLE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

PELLECHIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINI, BRANDI
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINI, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, MARY
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, REGINA
ADDRESS AVAILABLE UPON REQUEST

PELLEGRINO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PELLERANO, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

PELLERIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PELLERIN, KATE
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, DORIS
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, TARYN
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, TRACY
ADDRESS AVAILABLE UPON REQUEST

PELLETIER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

PELLETT, JILL
ADDRESS AVAILABLE UPON REQUEST

PELLETT, TARIN
ADDRESS AVAILABLE UPON REQUEST

PELLETTIERE, MARLAINE
ADDRESS AVAILABLE UPON REQUEST

PELLETZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

PELLEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PELLEYMOUNTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PELLHAM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PELLI, KELSIE
ADDRESS AVAILABLE UPON REQUEST

PELLICANI, AMBER
ADDRESS AVAILABLE UPON REQUEST

PELLICANO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PELLICCI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PELLICCIA, JODI
ADDRESS AVAILABLE UPON REQUEST

PELLICONE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PELLINGTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PELLISSIER, MONICA
ADDRESS AVAILABLE UPON REQUEST

PELLITO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PELLMAN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PELLON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PELLUM, RONNIE
ADDRESS AVAILABLE UPON REQUEST

PELMORE, YVONNE
ADDRESS AVAILABLE UPON REQUEST

PELNER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PELOQUIN, LINDA JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

PELOSI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PELOSI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PELOT, PAISLEIGH
ADDRESS AVAILABLE UPON REQUEST

PELTERS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PELTIER GLASSWORKS INC
3500 DRY CREEK ROAD 12
PASO ROBLES, CA 93446

PELTIER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PELTIER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PELTIER, KAYLEN
ADDRESS AVAILABLE UPON REQUEST

PELTON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

PELTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PELTON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PELTON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

PELTZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

PELTZ, KIM
ADDRESS AVAILABLE UPON REQUEST

PELTZ, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PELTZER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PELTZER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PELTZMAN, RANDI
ADDRESS AVAILABLE UPON REQUEST

PELUMI ADEDAYO
ADDRESS AVAILABLE UPON REQUEST

PELURA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PELUSI, LIA
ADDRESS AVAILABLE UPON REQUEST

PELUSO, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

PELUSO, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

PELUSO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PELUSO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PELUSO-LEMIRE, EMILY
ADDRESS AVAILABLE UPON REQUEST

PELZEL, KERIA
ADDRESS AVAILABLE UPON REQUEST

PEMBERTON, KEELY
ADDRESS AVAILABLE UPON REQUEST

PEMBERTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEMBROKE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PEMBROKE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEMBROKE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PEN, CAROLYNN
ADDRESS AVAILABLE UPON REQUEST

PENA GARCIA, ZAIDA
ADDRESS AVAILABLE UPON REQUEST

PENA, ABEL
ADDRESS AVAILABLE UPON REQUEST

PENA, ABEL
ADDRESS AVAILABLE UPON REQUEST

PENA, ANA
ADDRESS AVAILABLE UPON REQUEST

PENA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PENA, ANNA
ADDRESS AVAILABLE UPON REQUEST

PENA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PENA, BRYNNE
ADDRESS AVAILABLE UPON REQUEST

PENA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PENA, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

PENA, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PENA, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

PENA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PENA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PENA, CONNY
ADDRESS AVAILABLE UPON REQUEST

PENA, DAISY
ADDRESS AVAILABLE UPON REQUEST

PENA, DAWILSA
ADDRESS AVAILABLE UPON REQUEST

PENA, FRANCIE
ADDRESS AVAILABLE UPON REQUEST

PENA, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

PENA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

PENA, GISELLE
ADDRESS AVAILABLE UPON REQUEST

PENA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PENA, HELEN
ADDRESS AVAILABLE UPON REQUEST

PENA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PENA, JAIME
ADDRESS AVAILABLE UPON REQUEST

PENA, JASON
ADDRESS AVAILABLE UPON REQUEST

PENA, JENNETT
ADDRESS AVAILABLE UPON REQUEST

PENA, JENNY
ADDRESS AVAILABLE UPON REQUEST

PENA, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

PENA, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

PENA, JOHANNY
ADDRESS AVAILABLE UPON REQUEST

PENA, JOSE
ADDRESS AVAILABLE UPON REQUEST

PENA, KARLA
ADDRESS AVAILABLE UPON REQUEST

PENA, KARLA
ADDRESS AVAILABLE UPON REQUEST

PENA, KASEY
ADDRESS AVAILABLE UPON REQUEST

PENA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PENA, LASHONDA
ADDRESS AVAILABLE UPON REQUEST

PENA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PENA, LEIANNA
ADDRESS AVAILABLE UPON REQUEST

PENA, LETICIA
ADDRESS AVAILABLE UPON REQUEST

PENA, LINSEL
ADDRESS AVAILABLE UPON REQUEST

PENA, MARIELA
ADDRESS AVAILABLE UPON REQUEST

PENA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PENA, MIRIANA
ADDRESS AVAILABLE UPON REQUEST

PENA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PENA, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PENA, NINA
ADDRESS AVAILABLE UPON REQUEST

PENA, ORLENIS
ADDRESS AVAILABLE UPON REQUEST

PENA, PAVIELE
ADDRESS AVAILABLE UPON REQUEST

PENA, RAMON
ADDRESS AVAILABLE UPON REQUEST

PENA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PENA, ROCHELE
ADDRESS AVAILABLE UPON REQUEST

PENA, RUDY
ADDRESS AVAILABLE UPON REQUEST

PENA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PENA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PENA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PENA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PENACERRADA, LEONARD
ADDRESS AVAILABLE UPON REQUEST

PENAGOS, JANINE
ADDRESS AVAILABLE UPON REQUEST

PENALO, JEANINE
ADDRESS AVAILABLE UPON REQUEST

PENALO, YAMISA
ADDRESS AVAILABLE UPON REQUEST

PENALOSA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PENA-MINAYA, WENDY
ADDRESS AVAILABLE UPON REQUEST

PENARANDA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PENARO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PENBERTHY, ERIN
ADDRESS AVAILABLE UPON REQUEST

PENCE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PENCE, ANDY
ADDRESS AVAILABLE UPON REQUEST

PENCE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PENCE, HALEY
ADDRESS AVAILABLE UPON REQUEST

PENCE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

PENCE, JENEE
ADDRESS AVAILABLE UPON REQUEST

PENCE, STACY
ADDRESS AVAILABLE UPON REQUEST

PENCE, STACY
ADDRESS AVAILABLE UPON REQUEST

PENCE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PENCHEV, MARTIN
ADDRESS AVAILABLE UPON REQUEST

PENCHI, PAOLA
ADDRESS AVAILABLE UPON REQUEST

PENDER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PENDER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PENDERGAST, KERRY
ADDRESS AVAILABLE UPON REQUEST

PENDERGAST-MESISCA, TRACY
ADDRESS AVAILABLE UPON REQUEST

PENDERGRAFT, HALEY
ADDRESS AVAILABLE UPON REQUEST

PENDERGRAPH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PENDERGRASS, BETH
ADDRESS AVAILABLE UPON REQUEST

PENDERGRASS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PENDERGRASS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PENDERGRASS, SYDNEE
ADDRESS AVAILABLE UPON REQUEST

PENDERS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PENDEXTER, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

PENDICE, TINA
ADDRESS AVAILABLE UPON REQUEST

PENDL, TIM
ADDRESS AVAILABLE UPON REQUEST

PENDLEBURY, ERIK
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, ANITA
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, DAWN
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, ERIN
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, HAROLD
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, LOIS
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, SARAH
ADDRESS AVAILABLE UPON REQUEST

PENDLETON, YADERA
ADDRESS AVAILABLE UPON REQUEST

PENDLEY, ISAAC
ADDRESS AVAILABLE UPON REQUEST

PENDLEY, KARI
ADDRESS AVAILABLE UPON REQUEST

PENDLEY, KERRI
ADDRESS AVAILABLE UPON REQUEST

PENDLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

PENDO, KATIE
ADDRESS AVAILABLE UPON REQUEST

PENDRY, DELANEY
ADDRESS AVAILABLE UPON REQUEST

PENDSE, NIKITA
ADDRESS AVAILABLE UPON REQUEST

PENEGAR, MADISON
ADDRESS AVAILABLE UPON REQUEST

PENELOPE PARKER
ADDRESS AVAILABLE UPON REQUEST

PENFIELD, BETH
ADDRESS AVAILABLE UPON REQUEST

PENFIELD, EVAN
ADDRESS AVAILABLE UPON REQUEST

PENFOLD, KAREN
ADDRESS AVAILABLE UPON REQUEST

PENG, BETTY
ADDRESS AVAILABLE UPON REQUEST

PENG, BO
ADDRESS AVAILABLE UPON REQUEST

PENG, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PENG, JAZZY
ADDRESS AVAILABLE UPON REQUEST

PENG, JOANNE
ADDRESS AVAILABLE UPON REQUEST

PENG, LI
ADDRESS AVAILABLE UPON REQUEST

PENG, ROSE
ADDRESS AVAILABLE UPON REQUEST

PENG, TINA
ADDRESS AVAILABLE UPON REQUEST

PENGE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

PENGEL, MACHTEL
ADDRESS AVAILABLE UPON REQUEST

PENGUIN RANDOM HOUSE, LLC.
(TRYAUDIOBOOKS)
1745 BROADWAY
NEW YORK, NY  10019

PENHALL, KARLY
ADDRESS AVAILABLE UPON REQUEST

PENHARLOW, LISA
ADDRESS AVAILABLE UPON REQUEST

PENHOS, JUAN
ADDRESS AVAILABLE UPON REQUEST

PENIC, COLETTE
ADDRESS AVAILABLE UPON REQUEST

PENIC, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PENICK, CRYSTAL M
ADDRESS AVAILABLE UPON REQUEST

PENICOOK, KENT
ADDRESS AVAILABLE UPON REQUEST

PENILLA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PENKOWER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PENLAND, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PENLY, MJ
ADDRESS AVAILABLE UPON REQUEST

PENMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PENMANN, ERIN
ADDRESS AVAILABLE UPON REQUEST

PENMARK, TOM KEPLER
ADDRESS AVAILABLE UPON REQUEST

PENN CORPORATE RELOCATION SERVICES
1515 W. MABLE STREET
ANAHEIM, CA 92802

PENN, DAVID
ADDRESS AVAILABLE UPON REQUEST

PENN, ERICA
ADDRESS AVAILABLE UPON REQUEST

PENN, FARRAH
ADDRESS AVAILABLE UPON REQUEST

PENN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

PENN, JEKESIA
ADDRESS AVAILABLE UPON REQUEST

PENN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PENN, LISA
ADDRESS AVAILABLE UPON REQUEST

PENN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

PENNA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PENNA, NINA
ADDRESS AVAILABLE UPON REQUEST

PENNA, TERRY
ADDRESS AVAILABLE UPON REQUEST

PENNACCHIA, CARLY
ADDRESS AVAILABLE UPON REQUEST

PENNACCHIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PENNACCHIO, JUDY
ADDRESS AVAILABLE UPON REQUEST

PENNANT, FUTURE
ADDRESS AVAILABLE UPON REQUEST

PENNANT, JODIE-ANN
ADDRESS AVAILABLE UPON REQUEST

PENNARDT, ANDRE
ADDRESS AVAILABLE UPON REQUEST

PENNAROLA, ADAM
ADDRESS AVAILABLE UPON REQUEST

PENNELL, BEN
ADDRESS AVAILABLE UPON REQUEST

PENNELL, CAROL
ADDRESS AVAILABLE UPON REQUEST

PENNELL, LANE
ADDRESS AVAILABLE UPON REQUEST

PENNELL, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PENNELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PENNELLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PENNER, MARY-CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PENNER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PENNETTI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PENNETTI, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

PENNEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PENNEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PENNEY, JOEL
ADDRESS AVAILABLE UPON REQUEST

PENNEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

PENNEY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

PENNEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

PENNICK, NANCY
ADDRESS AVAILABLE UPON REQUEST

PENNIE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PENNIE, THADDEUS
ADDRESS AVAILABLE UPON REQUEST

PENNIMAN, DAVE
ADDRESS AVAILABLE UPON REQUEST

PENNINGS, ADAM
ADDRESS AVAILABLE UPON REQUEST

PENNINGS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, AMY
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, AMY
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, BRUCE
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, DONNIE
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, KATY
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, PAM
ADDRESS AVAILABLE UPON REQUEST

PENNINGTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PENNISI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PENNISON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PENNO, SARA
ADDRESS AVAILABLE UPON REQUEST

PENNOCK, JACOB
ADDRESS AVAILABLE UPON REQUEST

PENNOCK, JANIE
ADDRESS AVAILABLE UPON REQUEST

PENNSYLVANIA DEPARTMENT OF BANKING
AND SECURITIES
MARKET SQUARE PLAZA
17 N SECOND STREET, SUITE 1300
HARRISBURG, PA  17101

PENNSYLVANIA DEPARTMENT OF HUMAN
SERVICES
PA MEDICAID PROGRAM
801 MARKET STREET
PHILADELPHIA, PA  19107

PENNSYLVANIA DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

PENNSYLVANIA DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND
CHARITABLE ORGANIZATION
P.O. BOX 8722
HARRISBURG, PA  17105-8722

PENNSYLVANIA DEPT OF LABOR AND
INDUSTRY
PENNSYLVANIAS UNEMPLOYMENT
COMPENSATION
1171 S CAMERON ST
ROOM 324
HARRISBURG, PA  17104-2501

PENNSYLVANIA DEPT OF LABOR AND
INDUSTRY
UNITED STATES PLAZA
SUITE 1500
30 S 17TH ST
PHILADELPHIA, PA  19103-4007

PENNSYLVANIA DEPT OF STATE
11 PARKWAY CTR
STE 175
875 GREENTREE RD
PITTSBURGH, PA  15220

PENNSYLVANIA DEPT OF STATE
110 N 8TH ST
STE 204A
PHILADELPHIA, PA  19107-2412

PENNSYLVANIA DEPT OF STATE
15 W THIRD ST
SECOND FL
GREENSBURG, PA  15601-3003

PENNSYLVANIA DEPT OF STATE
411 7TH AVE
ROOM 420
PITTSBURGH, PA  15219-1905

PENNSYLVANIA DEPT OF STATE
419 AVENUE OF THE STATES
6TH FL
STE 602
CHESTER, PA  19013-451

PENNSYLVANIA DEPT OF STATE
425 MAIN ST
JOHNSTOWN, PA  15901-1808

PENNSYLVANIA DEPT OF STATE
448 W 11TH ST
ERIE, PA  16501-1501

PENNSYLVANIA DEPT OF STATE
535 CHESTNUT ST
SUNBURY, PA  17801-2834

PENNSYLVANIA DEPT OF STATE
555 UNION BLVD
ALLENTOWN, PA  18109-3389

PENNSYLVANIA DEPT OF STATE
5TH FL STRAWBERRY SQ
HARRISBURG, PA  17128-0605

PENNSYLVANIA DEPT OF STATE
625 CHERRY ST
READING, PA  19602-1186

PENNSYLVANIA DEPT OF STATE
BANK TOWERS
207 WYOMING AVE
SCRANTON, PA  18503-1427

PENNSYLVANIA DEPT OF STATE
PHILADELPHIA NORTHE DISTRICT
3240 RED LION RD
PHILADELPHIA, PA  19114-1109

PENNSYLVANIA DEPT OF STATE
STONY CREEK OFFICE CENTER
151 W MARSHALL ST
SECOND FL
NORRISTOWN, PA  19401-4739

PENNSYLVANIA DEPT OF
ENVIRONMENTAL PROTECTION
RACHEL CARSON STATE OFFICE BLDG
400 MARKET ST
HARRISBURG, PA  17101

PENNSYLVANIA LIQUOR CONTROL BOARD
OFFICE OF CHIEF COUNSEL PENNSYLVANIA
LIQUOR CONTROL BOARD
401 NORTHWEST OFFICE
BUILDING HARRISBURG, PA  17124-0001

PENNSYLVANIA LIQUOR CONTROL
ADDRESS UNAVAILABLE AT TIME OF FILING

PENNSYLVANIA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
4TH FL, RIVERFRONT OFFICE CTR
1101 SOUTH FRONT ST
HARRISBURG, PA  17104-2516

PENNY CAUDILL
ADDRESS AVAILABLE UPON REQUEST

PENNY CHAVEZ
ADDRESS AVAILABLE UPON REQUEST

PENNY SARRO
ADDRESS AVAILABLE UPON REQUEST

PENNY, CAYLA
ADDRESS AVAILABLE UPON REQUEST

PENNY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PENNY, GLENDA
ADDRESS AVAILABLE UPON REQUEST

PENNY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PENNY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PENNYBACKER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PENNYMAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

PENO, LEE
ADDRESS AVAILABLE UPON REQUEST

PENOKIE, AMY
ADDRESS AVAILABLE UPON REQUEST

PENOVICH, CANDICE
ADDRESS AVAILABLE UPON REQUEST

PENQUE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

PENROD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PENROD, KARA
ADDRESS AVAILABLE UPON REQUEST

PENROD, KRISTI
ADDRESS AVAILABLE UPON REQUEST

PENROD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PENROD, VERONICA
ADDRESS AVAILABLE UPON REQUEST

PENROSE, FATIMA
ADDRESS AVAILABLE UPON REQUEST

PENROSE, ISABEL
ADDRESS AVAILABLE UPON REQUEST

PENROW, JAN
ADDRESS AVAILABLE UPON REQUEST

PENSACK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PENSAK, ZACK
ADDRESS AVAILABLE UPON REQUEST

PENSION BENEFIT GUARANTY CORP
DIR. CORP. FINANCE & NEGOTIATION DEPT.
1200 K STREET NW
WASHINGTON, DC 20005

PENSION BENEFIT GUARANTY CORP
GENERAL COUNSEL
1200 K STREET NW
WASHINGTON, DC 20005

PENSKE
ADDRESS UNAVAILABLE AT TIME OF FILING

PENSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PENTA, JAKE
ADDRESS AVAILABLE UPON REQUEST

PENTECOST, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PENTEK, MIKE
ADDRESS AVAILABLE UPON REQUEST

PENTERIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

PENTERMAN, MARIEKE
ADDRESS AVAILABLE UPON REQUEST

PENTICO, KIM
ADDRESS AVAILABLE UPON REQUEST

PENTLAND, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

PENTLAND, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PENTRACK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PENUEL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PENUELAS, JULI
ADDRESS AVAILABLE UPON REQUEST

PENZ, KATE
ADDRESS AVAILABLE UPON REQUEST

PENZA, MATT
ADDRESS AVAILABLE UPON REQUEST

PENZIEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

PEONE, TASHINA
ADDRESS AVAILABLE UPON REQUEST

PEOPLES POPS USA LLC
630 FLUSHING AVE
BROOKLYN, NY 11206

PEOPLES WINE REVOLUTION
ADDRESS UNAVAILABLE AT TIME OF FILING

PEOPLES, DEREK
ADDRESS AVAILABLE UPON REQUEST

PEOPLES, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

PEOPLES, JENA
ADDRESS AVAILABLE UPON REQUEST

PEOPLES, JENELL
ADDRESS AVAILABLE UPON REQUEST

PEOPLES, LEVETTE
ADDRESS AVAILABLE UPON REQUEST

PEOPLES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PEOPLESHARE, LLC
100 SPRINGHOUSE DRIVE, STE 200
COLLEGEVILLE, PA 19426

PEOTTER, MONICA
ADDRESS AVAILABLE UPON REQUEST

PEPA, JEANIE
ADDRESS AVAILABLE UPON REQUEST

PEPE, BRIE
ADDRESS AVAILABLE UPON REQUEST

PEPE, LEN
ADDRESS AVAILABLE UPON REQUEST

PEPE, RITA
ADDRESS AVAILABLE UPON REQUEST

PEPE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PEPER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PEPER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PEPICELLO, ALLIE
ADDRESS AVAILABLE UPON REQUEST

PEPIN, BRE
ADDRESS AVAILABLE UPON REQUEST

PEPIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

PEPIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PEPIN, WYATT
ADDRESS AVAILABLE UPON REQUEST

PEPLAU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PEPLER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

PEPLINSKI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PEPLINSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PEPLINSKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PEPLOW, TERA
ADDRESS AVAILABLE UPON REQUEST

PEPPEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEPPER, AKAELA
ADDRESS AVAILABLE UPON REQUEST

PEPPER, ANGELESE
ADDRESS AVAILABLE UPON REQUEST

PEPPER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PEPPER, CHANNING
ADDRESS AVAILABLE UPON REQUEST

PEPPER, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

PEPPER, MIKE
ADDRESS AVAILABLE UPON REQUEST

PEPPER, MILES
ADDRESS AVAILABLE UPON REQUEST

PEPPER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

PEPPERLING, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PEPPERMAN, JACALYN
ADDRESS AVAILABLE UPON REQUEST

PEPPERMAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

PEPPLE, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PEPPLER, NOAH
ADDRESS AVAILABLE UPON REQUEST

PEPPLES, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

PEPRAH, KWABENA&PAULINE
ADDRESS AVAILABLE UPON REQUEST

PEPRAH-MENSAH, HARRISON
ADDRESS AVAILABLE UPON REQUEST

PER OLA HENFRIDSSON
ADDRESS AVAILABLE UPON REQUEST

PER OLOF VALDEMAR PERSSON
ADDRESS AVAILABLE UPON REQUEST

PER PERSSON
ADDRESS AVAILABLE UPON REQUEST

PERACCHIO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PERAINO, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

PERALA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERALES, NANCE
ADDRESS AVAILABLE UPON REQUEST

PERALEZ, LISA
ADDRESS AVAILABLE UPON REQUEST

PERALEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

PERALTA, EMYLI
ADDRESS AVAILABLE UPON REQUEST

PERALTA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PERALTA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PERALTA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

PERALTA, SOLANGI
ADDRESS AVAILABLE UPON REQUEST

PERALTO, XAN
ADDRESS AVAILABLE UPON REQUEST

PERATA, KERRIE ANNE
ADDRESS AVAILABLE UPON REQUEST

PERAY-GENOVESE, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

PERAZA, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PERAZA, KRISTIANA
ADDRESS AVAILABLE UPON REQUEST

PERAZZO, LUIS
ADDRESS AVAILABLE UPON REQUEST

PERAZZO, WILL
ADDRESS AVAILABLE UPON REQUEST

PERCH, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

PERCH, JULIA
ADDRESS AVAILABLE UPON REQUEST

PERCH, KATE
ADDRESS AVAILABLE UPON REQUEST

PERCH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PERCIVAL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PERCOX, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

PERCUN, ERNEST R.
ADDRESS AVAILABLE UPON REQUEST

PERCUOCO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PERCY SELECTIONS, LLC
899 GREEN STREET  206
SAN FRANCISCO, CA  94133

PERCZAK, LEAH
ADDRESS AVAILABLE UPON REQUEST

PERDEW, ALEX
ADDRESS AVAILABLE UPON REQUEST

PERDEW, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

PERDEW, NATHAN
ADDRESS AVAILABLE UPON REQUEST

PERDIGON, LISBETTE
ADDRESS AVAILABLE UPON REQUEST

PERDOMO, MILDRED
ADDRESS AVAILABLE UPON REQUEST

PERDUE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PERDUE, JOHN
ADDRESS AVAILABLE UPON REQUEST

PERDUE, TOMMY
ADDRESS AVAILABLE UPON REQUEST

PERDUE, VAN
ADDRESS AVAILABLE UPON REQUEST

PERDUNN, JIM
ADDRESS AVAILABLE UPON REQUEST

PERE, MARIA
ADDRESS AVAILABLE UPON REQUEST

PEREA, DAISYLYN
ADDRESS AVAILABLE UPON REQUEST

PEREA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PEREA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PEREA, IDELLA
ADDRESS AVAILABLE UPON REQUEST

PEREA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

PEREA, MICHAELANN
ADDRESS AVAILABLE UPON REQUEST

PEREA, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

PEREA, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

PEREA, WILMARY
ADDRESS AVAILABLE UPON REQUEST

PEREDO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PEREGOY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PEREIDA, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, AGUSTINA
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, AILSON
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, ANA
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, CHERI
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, JOIE
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, JULIE
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, KASEY
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, KENDALI
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, LEONOR
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, VICTOR HUGO
ADDRESS AVAILABLE UPON REQUEST

PEREIRA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PERELKA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PERELMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PERELYGIN, TANYA
ADDRESS AVAILABLE UPON REQUEST

PERENCEN, AMMI
ADDRESS AVAILABLE UPON REQUEST

PERERA, JACOB
ADDRESS AVAILABLE UPON REQUEST

PERESECHANSKY, STAN
ADDRESS AVAILABLE UPON REQUEST

PERET, GLENNARD
ADDRESS AVAILABLE UPON REQUEST

PERET, ISMENE
ADDRESS AVAILABLE UPON REQUEST

PERET, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PERETTO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PEREZ AND HARDOIN, ERIK AND PAUL
ADDRESS AVAILABLE UPON REQUEST

PEREZ BUTLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ CELAYA, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ GARCIA, JUAN CARLOS
ADDRESS AVAILABLE UPON REQUEST

PEREZ JR, RUBEN
ADDRESS AVAILABLE UPON REQUEST

PEREZ JUAREZ, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ MARTINEZ, GEMA
ADDRESS AVAILABLE UPON REQUEST

PEREZ VELEZ, WILFRED
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ADRIEANNE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ALI
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ALISHA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ALVARO
ADDRESS AVAILABLE UPON REQUEST

PEREZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, AMY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANACRISS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANDIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, BAILEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, BRANDY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CAMILA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CAROL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CESAR
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CLARISA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DALLAS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DEBORA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, DOREEN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ESTHER
ADDRESS AVAILABLE UPON REQUEST

PEREZ, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

PEREZ, FRANK
ADDRESS AVAILABLE UPON REQUEST

PEREZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, GALIT
ADDRESS AVAILABLE UPON REQUEST

PEREZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, HEPZIBAH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, HILLAURY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, IBSEN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ILIANA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, IVEANT
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JAFET
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JAFET
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JANELLE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JEAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JESSE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JOACHIM
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JOEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, JULISSA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KALEB
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KATHY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KEVIN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KISHA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, LINAMARIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, LINDY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, LIVIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MAGALI
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MAIDY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MALACHI
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARIO
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARISELA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARLENE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARSIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MARY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MAYA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MELANYS
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MIRTHA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, MISTY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NAYVERK
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NINOTCHKA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, NORMAN
ADDRESS AVAILABLE UPON REQUEST

PEREZ, RITA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, ROSEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SABRINA J
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SHERI
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SHIRRELLE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, SOFIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PEREZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PEREZ, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, WILL
ADDRESS AVAILABLE UPON REQUEST

PEREZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PEREZ, YAFREISI
ADDRESS AVAILABLE UPON REQUEST

PEREZ, YISMARY
ADDRESS AVAILABLE UPON REQUEST

PEREZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

PEREZ-MAJUL, ALENA
ADDRESS AVAILABLE UPON REQUEST

PEREZ-MENDOZA, KARLA
ADDRESS AVAILABLE UPON REQUEST

PEREZ-NUNEZ, SANDY
ADDRESS AVAILABLE UPON REQUEST

PEREZOSO INVESTMENTS LLC
230 HURONVIEW BLVD
ANN ARBOR, MI 48103

PEREZ-REYES, DANIELA
ADDRESS AVAILABLE UPON REQUEST

PEREZ-TINEO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PERFECT AUDIENCE
ADDRESS UNAVAILABLE AT TIME OF FILING

PERFECT DELIVERY LOGISTIC SERVICES,
INC
38821 ALTURA ST
FREMONT, CA 94536

PERFECT, POPPY
ADDRESS AVAILABLE UPON REQUEST

PERFETTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PERFETTE, MINDY
ADDRESS AVAILABLE UPON REQUEST

PERFETTI, GEENA
ADDRESS AVAILABLE UPON REQUEST

PERFETTI, MARIA
ADDRESS AVAILABLE UPON REQUEST

PERFETTI, MONTY
ADDRESS AVAILABLE UPON REQUEST

PERGANTIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PERGOSKY, AMY
ADDRESS AVAILABLE UPON REQUEST

PERHALA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PERI, JILL
ADDRESS AVAILABLE UPON REQUEST

PERI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PERIC, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PERICH, JULIE
ADDRESS AVAILABLE UPON REQUEST

PERILLI, MARIA
ADDRESS AVAILABLE UPON REQUEST

PERILLO, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

PERILLO, DANIELA
ADDRESS AVAILABLE UPON REQUEST

PERILLO, RONALD
ADDRESS AVAILABLE UPON REQUEST

PERIMAN, KAMI
ADDRESS AVAILABLE UPON REQUEST

PERIN, MARY
ADDRESS AVAILABLE UPON REQUEST

PERINCHERIL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PERINE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PERINE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

PERINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PERINI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PERINO, LINA
ADDRESS AVAILABLE UPON REQUEST

PERIS, KRISTY
ADDRESS AVAILABLE UPON REQUEST

PERISHO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PERTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PERJAK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PERK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PERKEY, MARTIN
ADDRESS AVAILABLE UPON REQUEST

PERKINS COIE
ATTN: CLIENT ACCOUNTING
1201 3RD AVE STE 4800
SEATTLE, WA  98101-3099

PERKINS GASKILL, KATE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, AMBER
ADDRESS AVAILABLE UPON REQUEST

PERKINS, ANA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, ANNE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, BETTY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, BRIE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CHRISTEL
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CHRYSTLE  H,
ADDRESS AVAILABLE UPON REQUEST

PERKINS, CINDI
ADDRESS AVAILABLE UPON REQUEST

PERKINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

PERKINS, EDIE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, EDNA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PERKINS, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

PERKINS, HALEY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, HONEY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JERRAD
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JERRY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JILL
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JILL
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PERKINS, KATBY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, KELLY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

PERKINS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, LEE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, LEWEIS
ADDRESS AVAILABLE UPON REQUEST

PERKINS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, MARNIE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, MARY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, MARY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PERKINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PERKINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, NJERA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, ROSE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SARA
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SEAN
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PERKINS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PERKINS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PERKINSKELLY, LACEY
ADDRESS AVAILABLE UPON REQUEST

PERKINSON, FRED
ADDRESS AVAILABLE UPON REQUEST

PERKO, JOHN
ADDRESS AVAILABLE UPON REQUEST

PERKOSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PERKOV, FELICITY
ADDRESS AVAILABLE UPON REQUEST

PERKOWSKA, ELZBIETA
ADDRESS AVAILABLE UPON REQUEST

PERKOWSKI, MONICA
ADDRESS AVAILABLE UPON REQUEST

PERKS, JILL
ADDRESS AVAILABLE UPON REQUEST

PERKYNS, JANE
ADDRESS AVAILABLE UPON REQUEST

PERL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PERLBERG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PERLICK, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PERLIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PERLING, DAVID
ADDRESS AVAILABLE UPON REQUEST

PERLMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PERLMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

PERLMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PERLMUTTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PERLMUTTER, ALICE
ADDRESS AVAILABLE UPON REQUEST

PERLMUTTER, DANIELA
ADDRESS AVAILABLE UPON REQUEST

PERLONGO, JENNY
ADDRESS AVAILABLE UPON REQUEST

PERLOW, EMILY
ADDRESS AVAILABLE UPON REQUEST

PERLOW, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PERLSTEIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PERMANSU, RHEA
ADDRESS AVAILABLE UPON REQUEST

PERMAR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PERMESSUR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

PERMESWARAN, YASHILA
ADDRESS AVAILABLE UPON REQUEST

PERMITO, REGAN
ADDRESS AVAILABLE UPON REQUEST

PERMUY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PERNA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PERNA, CAROL
ADDRESS AVAILABLE UPON REQUEST

PERNA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PERNA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PERNA, NANCY
ADDRESS AVAILABLE UPON REQUEST

PERNAI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PERNAT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PERNAW, BRAD
ADDRESS AVAILABLE UPON REQUEST

PERNELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

PERNI, MAURA
ADDRESS AVAILABLE UPON REQUEST

PERNIA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

PERNIA, MARIE ANNE
ADDRESS AVAILABLE UPON REQUEST

PERNICE, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

PERNICE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PERNICIARO, BHRIEL
ADDRESS AVAILABLE UPON REQUEST

PERNICIARO, JAY
ADDRESS AVAILABLE UPON REQUEST

PERNO, ANN
ADDRESS AVAILABLE UPON REQUEST

PERNO, RYAN
ADDRESS AVAILABLE UPON REQUEST

PERO, JULIE
ADDRESS AVAILABLE UPON REQUEST

PERO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PERO, MARY
ADDRESS AVAILABLE UPON REQUEST

PEROFSKY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEROSI, MARY
ADDRESS AVAILABLE UPON REQUEST

PEROSIO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PEROT, SHARON
ADDRESS AVAILABLE UPON REQUEST

PEROTTI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PEROTH, VICTOR
ADDRESS AVAILABLE UPON REQUEST

PEROVICH, SALLY
ADDRESS AVAILABLE UPON REQUEST

PEROZICH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PERPALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PERPICH, JEAN PERPUCH
ADDRESS AVAILABLE UPON REQUEST

PERRAULT, JACKI
ADDRESS AVAILABLE UPON REQUEST

PERRAULT, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

PERREAULT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PERREAULT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PERRELLI, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

PERRET, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PERRETH, SANDI
ADDRESS AVAILABLE UPON REQUEST

PERRETTA, MARY
ADDRESS AVAILABLE UPON REQUEST

PERRI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PERRI, JULIE
ADDRESS AVAILABLE UPON REQUEST

PERRI, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PERRICH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PERRICONE, DAVID
ADDRESS AVAILABLE UPON REQUEST

PERRICONE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PERRIELLO, KARA
ADDRESS AVAILABLE UPON REQUEST

PERRIELLO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PERRIEN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

PERRIER, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

PERRIGEN, CRISTIAN121PGMAIL.COM
ADDRESS AVAILABLE UPON REQUEST

PERRIGO, ALICEN
ADDRESS AVAILABLE UPON REQUEST

PERRIGO, ELAINE
ADDRESS AVAILABLE UPON REQUEST

PERRIGO, JEAN
ADDRESS AVAILABLE UPON REQUEST

PERRILLOUX, NEQ
ADDRESS AVAILABLE UPON REQUEST

PERRILLOUX, SISSY
ADDRESS AVAILABLE UPON REQUEST

PERRIN, DIRK
ADDRESS AVAILABLE UPON REQUEST

PERRIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

PERRIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PERRIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERRINE, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

PERRINE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PERRIO, RYAN
ADDRESS AVAILABLE UPON REQUEST

PERRON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PERRON, JAMES
ADDRESS AVAILABLE UPON REQUEST

PERRON, JAMES
ADDRESS AVAILABLE UPON REQUEST

PERRON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PERRONE, A
ADDRESS AVAILABLE UPON REQUEST

PERRONE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PERRONE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PERRONE, CINDY
ADDRESS AVAILABLE UPON REQUEST

PERRONE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PERRONE, TONY
ADDRESS AVAILABLE UPON REQUEST

PERROTTA, FRANCA
ADDRESS AVAILABLE UPON REQUEST

PERROTTA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PERROTTA, VITO
ADDRESS AVAILABLE UPON REQUEST

PERROTTI, EMILY
ADDRESS AVAILABLE UPON REQUEST

PERRY MIKE CARANCI
ADDRESS AVAILABLE UPON REQUEST

PERRY STEVENS
ADDRESS AVAILABLE UPON REQUEST

PERRY WHITE
ADDRESS AVAILABLE UPON REQUEST

PERRY, AFIYA
ADDRESS AVAILABLE UPON REQUEST

PERRY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PERRY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PERRY, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

PERRY, ARLENE
ADDRESS AVAILABLE UPON REQUEST

PERRY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PERRY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PERRY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PERRY, BOB
ADDRESS AVAILABLE UPON REQUEST

PERRY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PERRY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PERRY, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PERRY, BRITTNIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, CHASITI
ADDRESS AVAILABLE UPON REQUEST

PERRY, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

PERRY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PERRY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PERRY, DAISY
ADDRESS AVAILABLE UPON REQUEST

PERRY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PERRY, DEANNE
ADDRESS AVAILABLE UPON REQUEST

PERRY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

PERRY, EMMA
ADDRESS AVAILABLE UPON REQUEST

PERRY, ERIN
ADDRESS AVAILABLE UPON REQUEST

PERRY, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

PERRY, GAIL
ADDRESS AVAILABLE UPON REQUEST

PERRY, GALEN
ADDRESS AVAILABLE UPON REQUEST

PERRY, GINA
ADDRESS AVAILABLE UPON REQUEST

PERRY, GLAIVE
ADDRESS AVAILABLE UPON REQUEST

PERRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PERRY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

PERRY, HOWARD
ADDRESS AVAILABLE UPON REQUEST

PERRY, INGELA
ADDRESS AVAILABLE UPON REQUEST

PERRY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PERRY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

PERRY, JEFF
ADDRESS AVAILABLE UPON REQUEST

PERRY, JESS
ADDRESS AVAILABLE UPON REQUEST

PERRY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PERRY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, JORDYN
ADDRESS AVAILABLE UPON REQUEST

PERRY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PERRY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PERRY, KARA
ADDRESS AVAILABLE UPON REQUEST

PERRY, KATE
ADDRESS AVAILABLE UPON REQUEST

PERRY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PERRY, KATIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

PERRY, KEITH
ADDRESS AVAILABLE UPON REQUEST

PERRY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

PERRY, KIM
ADDRESS AVAILABLE UPON REQUEST

PERRY, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

PERRY, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

PERRY, LACEE
ADDRESS AVAILABLE UPON REQUEST

PERRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PERRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PERRY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PERRY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PERRY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PERRY, MARC
ADDRESS AVAILABLE UPON REQUEST

PERRY, MARK
ADDRESS AVAILABLE UPON REQUEST

PERRY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PERRY, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

PERRY, NAMA
ADDRESS AVAILABLE UPON REQUEST

PERRY, NEIL
ADDRESS AVAILABLE UPON REQUEST

PERRY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PERRY, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

PERRY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

PERRY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PERRY, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PERRY, RYAN
ADDRESS AVAILABLE UPON REQUEST

PERRY, SADA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SALLY
ADDRESS AVAILABLE UPON REQUEST

PERRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PERRY, SHEA
ADDRESS AVAILABLE UPON REQUEST

PERRY, SLOANE
ADDRESS AVAILABLE UPON REQUEST

PERRY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PERRY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PERRY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PERRY, TANISHA
ADDRESS AVAILABLE UPON REQUEST

PERRY-ACOSTA, KANIKAH
ADDRESS AVAILABLE UPON REQUEST

PERRY-GUTIERREZ, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

PERRY-GUTIERREZ, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

PERRYMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PERRYMOND, ADDISON
ADDRESS AVAILABLE UPON REQUEST

PERSAD, TRISHA
ADDRESS AVAILABLE UPON REQUEST

PERSAUD, DIVYA
ADDRESS AVAILABLE UPON REQUEST

PERSAUD, GHANSHAM S
ADDRESS AVAILABLE UPON REQUEST

PERSAUD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PERSAUD, VERNISHA
ADDRESS AVAILABLE UPON REQUEST

PERSAUD, VIEANNA
ADDRESS AVAILABLE UPON REQUEST

PERSHAD, IAN
ADDRESS AVAILABLE UPON REQUEST

PERSHAD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PERSHALL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PERSHING (0443)
ATTN JOSEPH LAVARA OR PROXY DEPT
1 PERSHING PLAZA
JERSEY CITY, NJ  07399

PERSHING SQUARE
ADDRESS UNAVAILABLE AT TIME OF FILING

PERSI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PERSICHETTI, DANE
ADDRESS AVAILABLE UPON REQUEST

PERSICHETTI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PERSIGEHL, PAUL
ADDRESS AVAILABLE UPON REQUEST

PERSINGER, KRISTI
ADDRESS AVAILABLE UPON REQUEST

PERSOM, BARRY
ADDRESS AVAILABLE UPON REQUEST

PERSOMA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PERSON, BARRY
ADDRESS AVAILABLE UPON REQUEST

PERSON, COLLIN
ADDRESS AVAILABLE UPON REQUEST

PERSON, GLORIA
ADDRESS AVAILABLE UPON REQUEST

PERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PERSONETTE, KATY
ADDRESS AVAILABLE UPON REQUEST

PERSONIUS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

PERSONS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PERSONS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PERSONS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PERSUIT, JEANNE
ADDRESS AVAILABLE UPON REQUEST

PERSUIT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PERSZYK, JAIME
ADDRESS AVAILABLE UPON REQUEST

PERTLE, KATLYN
ADDRESS AVAILABLE UPON REQUEST

PERTSCH, AIDA
ADDRESS AVAILABLE UPON REQUEST

PERTUIT, LAURA
ADDRESS AVAILABLE UPON REQUEST

PERTZBORN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PERTZBORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PERTZSCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

PERUCCI, FERNANDA
ADDRESS AVAILABLE UPON REQUEST

PERUMALA, RAJAN
ADDRESS AVAILABLE UPON REQUEST

PERUSICH, NANCY
ADDRESS AVAILABLE UPON REQUEST

PERUSQUIA, TESSA
ADDRESS AVAILABLE UPON REQUEST

PERVEZ, NATASHA
ADDRESS AVAILABLE UPON REQUEST

PERVOLA, CINDY
ADDRESS AVAILABLE UPON REQUEST

PERVYKH, ELENA
ADDRESS AVAILABLE UPON REQUEST

PERWAS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PERZ, JAIME
ADDRESS AVAILABLE UPON REQUEST

PESALE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PESANTES, JOSE
ADDRESS AVAILABLE UPON REQUEST

PESANTES, KARLA
ADDRESS AVAILABLE UPON REQUEST

PESANTEZ, GIANCARLO
ADDRESS AVAILABLE UPON REQUEST

PESANTEZ, MONSEY
ADDRESS AVAILABLE UPON REQUEST

PESCE, CAROL
ADDRESS AVAILABLE UPON REQUEST

PESCH, SALENA
ADDRESS AVAILABLE UPON REQUEST

PESCHEL, DREW
ADDRESS AVAILABLE UPON REQUEST

PESCHEL, TYLER
ADDRESS AVAILABLE UPON REQUEST

PESCHKA, GLORIA
ADDRESS AVAILABLE UPON REQUEST

PESCHKA, KELLI
ADDRESS AVAILABLE UPON REQUEST

PESCI, JAMES
ADDRESS AVAILABLE UPON REQUEST

PESCOSOLIDO, SARAH
ADDRESS AVAILABLE UPON REQUEST

PESEK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PESHKAM, ARMINEH
ADDRESS AVAILABLE UPON REQUEST

PESICKA, MADISON
ADDRESS AVAILABLE UPON REQUEST

PESIN, IGOR
ADDRESS AVAILABLE UPON REQUEST

PESIO, DANICA
ADDRESS AVAILABLE UPON REQUEST

PESKIN, HARRIS
ADDRESS AVAILABLE UPON REQUEST

PESKOFF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PESKOWITZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PESNEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PESNICHAK, LISA
ADDRESS AVAILABLE UPON REQUEST

PESOLA, PAT
ADDRESS AVAILABLE UPON REQUEST

PESQUEIRA, PAULINA
ADDRESS AVAILABLE UPON REQUEST

PESSAH, ALEX
ADDRESS AVAILABLE UPON REQUEST

PESSERS, WILHELMUS
ADDRESS AVAILABLE UPON REQUEST

PESSOA, ESTEFANIA
ADDRESS AVAILABLE UPON REQUEST

PESTANO, KYLE
ADDRESS AVAILABLE UPON REQUEST

PESTER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PETACCIATO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PETAJA, JOHN
ADDRESS AVAILABLE UPON REQUEST

PETAK, DONNA
ADDRESS AVAILABLE UPON REQUEST

PETAKOV, ARTEM
ADDRESS AVAILABLE UPON REQUEST

PETASEK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PETCH, DAWN
ADDRESS AVAILABLE UPON REQUEST

PETCO
ADDRESS UNAVAILABLE AT TIME OF FILING

PETE FRIEDRICH
ADDRESS AVAILABLE UPON REQUEST

PETE, MAYA
ADDRESS AVAILABLE UPON REQUEST

PETEK, EVON
ADDRESS AVAILABLE UPON REQUEST

PETEK, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

PETELIK, J.T.
ADDRESS AVAILABLE UPON REQUEST

PETELINA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

PETER ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

PETER AIME JAN LUC MARIA WOLLAERT
ADDRESS AVAILABLE UPON REQUEST

PETER ANTONY
ADDRESS AVAILABLE UPON REQUEST

PETER AWAD
ADDRESS AVAILABLE UPON REQUEST

PETER BAGI
ADDRESS AVAILABLE UPON REQUEST

PETER BLACK
ADDRESS AVAILABLE UPON REQUEST

PETER BRODY
ADDRESS AVAILABLE UPON REQUEST

PETER BRUCE BLEICHER
ADDRESS AVAILABLE UPON REQUEST

PETER CASA
ADDRESS AVAILABLE UPON REQUEST

PETER CHARLES DARLINGTON
ADDRESS AVAILABLE UPON REQUEST

PETER CHIMENTI
ADDRESS AVAILABLE UPON REQUEST

PETER CHIOU
ADDRESS AVAILABLE UPON REQUEST

PETER CHOI
ADDRESS AVAILABLE UPON REQUEST

PETER D WRIGHT
ADDRESS AVAILABLE UPON REQUEST

PETER ERIC PEARSON
ADDRESS AVAILABLE UPON REQUEST

PETER FINNEGAN
ADDRESS AVAILABLE UPON REQUEST

PETER G WALBRIDGE
ADDRESS AVAILABLE UPON REQUEST

PETER GEFFRARD
ADDRESS AVAILABLE UPON REQUEST

PETER GEORGE ALBERT DAWS
ADDRESS AVAILABLE UPON REQUEST

PETER GRIFFITHS
ADDRESS AVAILABLE UPON REQUEST

PETER JACKSON DAVIS
ADDRESS AVAILABLE UPON REQUEST

PETER JOHN CHRUSTOWSKI
ADDRESS AVAILABLE UPON REQUEST

PETER JOHNSON
ADDRESS AVAILABLE UPON REQUEST

PETER KAPLE
ADDRESS AVAILABLE UPON REQUEST

PETER KASMIN
ADDRESS AVAILABLE UPON REQUEST

PETER KO YONG CHAI
ADDRESS AVAILABLE UPON REQUEST

PETER KOVERDA
ADDRESS AVAILABLE UPON REQUEST

PETER KOVERDA
ADDRESS AVAILABLE UPON REQUEST

PETER L LAWTON
ADDRESS AVAILABLE UPON REQUEST

PETER LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

PETER LIBERATI
ADDRESS AVAILABLE UPON REQUEST

PETER LIECHTY
ADDRESS AVAILABLE UPON REQUEST

PETER M WEBER
ADDRESS AVAILABLE UPON REQUEST

PETER MATKIWSKY
ADDRESS AVAILABLE UPON REQUEST

PETER NETELBEEK
ADDRESS AVAILABLE UPON REQUEST

PETER OWENS
ADDRESS AVAILABLE UPON REQUEST

PETER S CONTI
ADDRESS AVAILABLE UPON REQUEST

PETER SLADCIK
ADDRESS AVAILABLE UPON REQUEST

PETER TIGER
ADDRESS AVAILABLE UPON REQUEST

PETER TILY
ADDRESS AVAILABLE UPON REQUEST

PETER TING
ADDRESS AVAILABLE UPON REQUEST

PETER V ALOISI
ADDRESS AVAILABLE UPON REQUEST

PETER VAN DER WAAIJ
ADDRESS AVAILABLE UPON REQUEST

PETER WESCOTT
ADDRESS AVAILABLE UPON REQUEST

PETER WHITTAKER
ADDRESS AVAILABLE UPON REQUEST

PETER Y KOVERDA
ADDRESS AVAILABLE UPON REQUEST

PETER, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

PETER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PETER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PETER, JILL
ADDRESS AVAILABLE UPON REQUEST

PETER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PETER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PETER, TASHILA
ADDRESS AVAILABLE UPON REQUEST

PETERAF, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PETERBURS, JASON
ADDRESS AVAILABLE UPON REQUEST

PETERKIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PETERKIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PETERKIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERKIN, GIGI
ADDRESS AVAILABLE UPON REQUEST

PETERKIN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PETERMANN, ERIK
ADDRESS AVAILABLE UPON REQUEST

PETERNEL, WAYNE
ADDRESS AVAILABLE UPON REQUEST

PETERS BROTHERS TRANSPORT INC
37 W. PENN ST.
LENHARTSVILLE, PA  19534

PETERS, ALANA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PETERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PETERS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ANA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

PETERS, ANYA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERS, AUNDRA
ADDRESS AVAILABLE UPON REQUEST

PETERS, AVERY
ADDRESS AVAILABLE UPON REQUEST

PETERS, BETH
ADDRESS AVAILABLE UPON REQUEST

PETERS, BRENT
ADDRESS AVAILABLE UPON REQUEST

PETERS, CANZADA
ADDRESS AVAILABLE UPON REQUEST

PETERS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PETERS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETERS, DEMETRA G
ADDRESS AVAILABLE UPON REQUEST

PETERS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, EMMA
ADDRESS AVAILABLE UPON REQUEST

PETERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

PETERS, ESTELA
ADDRESS AVAILABLE UPON REQUEST

PETERS, GAVIN
ADDRESS AVAILABLE UPON REQUEST

PETERS, GRACE
ADDRESS AVAILABLE UPON REQUEST

PETERS, GUNNAR
ADDRESS AVAILABLE UPON REQUEST

PETERS, GWEN
ADDRESS AVAILABLE UPON REQUEST

PETERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PETERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PETERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PETERS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, JANINA
ADDRESS AVAILABLE UPON REQUEST

PETERS, JARON
ADDRESS AVAILABLE UPON REQUEST

PETERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETERS, JERRILEN
ADDRESS AVAILABLE UPON REQUEST

PETERS, JOAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PETERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PETERS, JOY
ADDRESS AVAILABLE UPON REQUEST

PETERS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

PETERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETERS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PETERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

PETERS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PETERS, KEN
ADDRESS AVAILABLE UPON REQUEST

PETERS, KERRI
ADDRESS AVAILABLE UPON REQUEST

PETERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PETERS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PETERS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PETERS, LARESSA
ADDRESS AVAILABLE UPON REQUEST

PETERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETERS, LEAH
ADDRESS AVAILABLE UPON REQUEST

PETERS, LEIGH
ADDRESS AVAILABLE UPON REQUEST

PETERS, LISA
ADDRESS AVAILABLE UPON REQUEST

PETERS, LISA
ADDRESS AVAILABLE UPON REQUEST

PETERS, LORINDA
ADDRESS AVAILABLE UPON REQUEST

PETERS, LYDA
ADDRESS AVAILABLE UPON REQUEST

PETERS, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

PETERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, MONICA
ADDRESS AVAILABLE UPON REQUEST

PETERS, MONII
ADDRESS AVAILABLE UPON REQUEST

PETERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, PARIS
ADDRESS AVAILABLE UPON REQUEST

PETERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PETERS, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

PETERS, RON
ADDRESS AVAILABLE UPON REQUEST

PETERS, RYAN
ADDRESS AVAILABLE UPON REQUEST

PETERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PETERS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PETERS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PETERS, TERRELL
ADDRESS AVAILABLE UPON REQUEST

PETERS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN VILLAGE INN (THE LANDSBY)
ADDRESS UNAVAILABLE AT TIME OF FILING

PETERSEN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ALDO
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ALENA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ANGIE A
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, BELINDA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CALEB
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CALEB
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, CRIS
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, GENE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LEANNE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LENA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LISA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, LORY
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, MARIEL
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, SIERRA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, TIM
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, TISHA
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

PETERSEN, URSULA
ADDRESS AVAILABLE UPON REQUEST

PETERS-HOWELL, LUJEANA
ADDRESS AVAILABLE UPON REQUEST

PETERS-LEWIS, KAYIN
ADDRESS AVAILABLE UPON REQUEST

PETERSMEYER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON DESIGN & CONSTRUCTION
PO BOX 12402
SAN LUIS OBISPO, CA  93406

PETERSON, 585
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ALYNA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ANGEL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ANN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ASTYR
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BETH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BINA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BRETT
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, BUFORD
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CALVIN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CHARMAINE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DEAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ELISHA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, EMALEE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

PETERSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, GAYLIN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, GREG
ADDRESS AVAILABLE UPON REQUEST

PETERSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, HILARY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JADA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JAIME
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JERREL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JILL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JIM
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JOE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KALI
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KARIN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KARLEE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KATLYN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KAVONE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KAYLI
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KIM
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KIRA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KRISTI
ADDRESS AVAILABLE UPON REQUEST

PETERSON, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LACIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LISA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, LORI
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MARTHA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MARY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MARY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MAURA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MEG
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, MURRAY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, NATALY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, PORSCHE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PETERSON, RAYQWAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PETERSON, RILEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, RITA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ROSE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SARA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SILVIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, STACY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TARYN
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TED
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TESS L
ADDRESS AVAILABLE UPON REQUEST

PETERSON, THABER
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, TYLOR
ADDRESS AVAILABLE UPON REQUEST

PETERSON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PETERSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

PETERSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ZACH
ADDRESS AVAILABLE UPON REQUEST

PETERSON, ZOE
ADDRESS AVAILABLE UPON REQUEST

PETERSON-SMITH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PETES COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

PETH, ADAM
ADDRESS AVAILABLE UPON REQUEST

PETHERAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETHERICK, MARY
ADDRESS AVAILABLE UPON REQUEST

PETHERICK, TINA
ADDRESS AVAILABLE UPON REQUEST

PETHYBRIDGE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PETINGE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETISHNOK, LAURA
ADDRESS AVAILABLE UPON REQUEST

PETIT ERMITAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

PETIT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PETIT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PETIT, EDNA
ADDRESS AVAILABLE UPON REQUEST

PETIT, FRANZISKA
ADDRESS AVAILABLE UPON REQUEST

PETIT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PETIT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PETITO, DIANE
ADDRESS AVAILABLE UPON REQUEST

PETITT, MALAYSIA
ADDRESS AVAILABLE UPON REQUEST

PETITTI, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PETIX, LEN
ADDRESS AVAILABLE UPON REQUEST

PETIX, TENA
ADDRESS AVAILABLE UPON REQUEST

PETKO, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

PETKUS, BRYCE
ADDRESS AVAILABLE UPON REQUEST

PETMEZIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PETNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PETOVIC, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETR ZAYTSEV
ADDRESS AVAILABLE UPON REQUEST

PETR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PETRACEK, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETRAGLIA, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

PETRAITIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

PETRAITIS, RENATA
ADDRESS AVAILABLE UPON REQUEST

PETRAITIS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PETRAK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PETRAKIS, E
ADDRESS AVAILABLE UPON REQUEST

PETRAKIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PETRANEK, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PETRAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETRAS, DIANA JO D.
ADDRESS AVAILABLE UPON REQUEST

PETRAS, DIANA
ADDRESS AVAILABLE UPON REQUEST

PETRAS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

PETREA, SORIN
ADDRESS AVAILABLE UPON REQUEST

PETREE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PETREE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETRELLA MILLMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

PETRELLA, ARIADNE
ADDRESS AVAILABLE UPON REQUEST

PETRELLA, KEN
ADDRESS AVAILABLE UPON REQUEST

PETRELLI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PETREMONT, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PETRENAS-MANN, EMILY
ADDRESS AVAILABLE UPON REQUEST

PETRENKO, BOHDAN
ADDRESS AVAILABLE UPON REQUEST

PETRENKO, ELENA
ADDRESS AVAILABLE UPON REQUEST

PETRENKO, OLENA
ADDRESS AVAILABLE UPON REQUEST

PETRESCU, LAURA
ADDRESS AVAILABLE UPON REQUEST

PETREY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETRI, RALPH
ADDRESS AVAILABLE UPON REQUEST

PETRIC, GARY
ADDRESS AVAILABLE UPON REQUEST

PETRICH, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PETRICK, ANNA
ADDRESS AVAILABLE UPON REQUEST

PETRICK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PETRICK, HAILEY
ADDRESS AVAILABLE UPON REQUEST

PETRICOLA, HAILEY
ADDRESS AVAILABLE UPON REQUEST

PETRIE VOLM, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

PETRIE, EILZABETH
ADDRESS AVAILABLE UPON REQUEST

PETRIE, JULIE
ADDRESS AVAILABLE UPON REQUEST

PETRIE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

PETRIE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETRIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETRIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETRIE, LOUISE
ADDRESS AVAILABLE UPON REQUEST

PETRIE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PETRIGALA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PETRIKONIS, KATI
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, GINA
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, GWENN
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, JAMES
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, JIM
ADDRESS AVAILABLE UPON REQUEST

PETRILLO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PETRIN, PETER
ADDRESS AVAILABLE UPON REQUEST

PETRINI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PETRINI, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

PETRINI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PETRINI, ROSS
ADDRESS AVAILABLE UPON REQUEST

PETRLIK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PETRO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PETRO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PETRO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PETROKA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETROLE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PETRONE, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

PETRONE, CARLY
ADDRESS AVAILABLE UPON REQUEST

PETRONELLA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PETRONIO, SIMONE
ADDRESS AVAILABLE UPON REQUEST

PETRO-SAKUMA, CAMERON
ADDRESS AVAILABLE UPON REQUEST

PETROSKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

PETROSKI, STEVE
ADDRESS AVAILABLE UPON REQUEST

PETROSKY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PETROSKY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PETROSKY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PETROSSIAN, EMELIA
ADDRESS AVAILABLE UPON REQUEST

PETROU, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

PETROV, EVGENY
ADDRESS AVAILABLE UPON REQUEST

PETROVIC, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PETROVICH, MARK
ADDRESS AVAILABLE UPON REQUEST

PETROVITCH, GINA
ADDRESS AVAILABLE UPON REQUEST

PETROW GALINA
ADDRESS AVAILABLE UPON REQUEST

PETROWSKI, MARILYN
ADDRESS AVAILABLE UPON REQUEST

PETRU, LANA
ADDRESS AVAILABLE UPON REQUEST

PETRUCCI, ALISHA
ADDRESS AVAILABLE UPON REQUEST

PETRUCCI, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

PETRUCCI, JALEN
ADDRESS AVAILABLE UPON REQUEST

PETRUCCI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

PETRUCCI, STACEY
ADDRESS AVAILABLE UPON REQUEST

PETRUCELLI, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

PETRULIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PETRUS, KARA
ADDRESS AVAILABLE UPON REQUEST

PETRUSCH, JAREN
ADDRESS AVAILABLE UPON REQUEST

PETRUSKA, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PETRUSKY, PENNY
ADDRESS AVAILABLE UPON REQUEST

PETRUSO, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

PETRUSO, KATHY
ADDRESS AVAILABLE UPON REQUEST

PETRUTIS, RIMA
ADDRESS AVAILABLE UPON REQUEST

PETRUZZELLA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETRUZZIELLO, CATHY
ADDRESS AVAILABLE UPON REQUEST

PETRUZZIELLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PETRYKOWSKA, IZABELA
ADDRESS AVAILABLE UPON REQUEST

PETSCH, JACI
ADDRESS AVAILABLE UPON REQUEST

PETSICK, LORI
ADDRESS AVAILABLE UPON REQUEST

PETT, KYLE
ADDRESS AVAILABLE UPON REQUEST

PETTAWAY, ASHANTI
ADDRESS AVAILABLE UPON REQUEST

PETTAWAY, MARKELL
ADDRESS AVAILABLE UPON REQUEST

PETTAY, KENDALL
ADDRESS AVAILABLE UPON REQUEST

PETTE, LIA
ADDRESS AVAILABLE UPON REQUEST

PETTENGELL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

PETTERSEN, TRACY
ADDRESS AVAILABLE UPON REQUEST

PETTERSON, AMITY
ADDRESS AVAILABLE UPON REQUEST

PETTERSON, CLAIR
ADDRESS AVAILABLE UPON REQUEST

PETTERSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

PETTERSSON, SARA
ADDRESS AVAILABLE UPON REQUEST

PETTEY, STEVE
ADDRESS AVAILABLE UPON REQUEST

PETTI, KRISTA
ADDRESS AVAILABLE UPON REQUEST

PETTIBON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETTICREW, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PETTIFORD, LAUNDRELLE
ADDRESS AVAILABLE UPON REQUEST

PETTIGREW, APRIL
ADDRESS AVAILABLE UPON REQUEST

PETTIGREW, KATIE
ADDRESS AVAILABLE UPON REQUEST

PETTINE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PETTINELLI, JENNA
ADDRESS AVAILABLE UPON REQUEST

PETTIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PETTIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PETTIT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PETTIT, FAUNA
ADDRESS AVAILABLE UPON REQUEST

PETTIT, JOEL
ADDRESS AVAILABLE UPON REQUEST

PETTIT, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

PETTIT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETTIT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PETTITT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PETTOLA, ANDY
ADDRESS AVAILABLE UPON REQUEST

PETTS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PETTUS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PETTUS, SANDY
ADDRESS AVAILABLE UPON REQUEST

PETTWAY, ERIQ
ADDRESS AVAILABLE UPON REQUEST

PETTWAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PETTY, ALISON
ADDRESS AVAILABLE UPON REQUEST

PETTY, DEB
ADDRESS AVAILABLE UPON REQUEST

PETTY, ELITAH
ADDRESS AVAILABLE UPON REQUEST

PETTY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PETTY, KATIE
ADDRESS AVAILABLE UPON REQUEST

PETTY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PETTY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

PETTY, LEAH
ADDRESS AVAILABLE UPON REQUEST

PETTY, MADISON
ADDRESS AVAILABLE UPON REQUEST

PETTY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PETTY, RAVEN
ADDRESS AVAILABLE UPON REQUEST

PETTY, REUBEN
ADDRESS AVAILABLE UPON REQUEST

PETTY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PETTY, ROSS
ADDRESS AVAILABLE UPON REQUEST

PETTYGROVE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PETUYA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PETZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PETZAK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PETZEL, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

PETZKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PETZOLD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PEUGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

PEUGH, EMMA
ADDRESS AVAILABLE UPON REQUEST

PEULECKE, JON
ADDRESS AVAILABLE UPON REQUEST

PEUSER, CARLA
ADDRESS AVAILABLE UPON REQUEST

PEUSER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PEVLER, JAMI
ADDRESS AVAILABLE UPON REQUEST

PEVZNER, RU
ADDRESS AVAILABLE UPON REQUEST

PEW, MORIAH
ADDRESS AVAILABLE UPON REQUEST

PEXA, STACEY
ADDRESS AVAILABLE UPON REQUEST

PEYSAKHOVA, ANASTASIYA
ADDRESS AVAILABLE UPON REQUEST

PEYTON BAXTER LLC
109 CENTER PARK LN
OAK RIDGE, TN 37830

PEYTON SLIMAK
ADDRESS AVAILABLE UPON REQUEST

PEYTON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PEYTON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

PEZA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

PEZANOWSKI, JANA
ADDRESS AVAILABLE UPON REQUEST

PEZDARK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PEZDEK, AMY
ADDRESS AVAILABLE UPON REQUEST

PEZOLDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PEZZA, CINDY
ADDRESS AVAILABLE UPON REQUEST

PEZZAGLIA, ANNE NICOLE
ADDRESS AVAILABLE UPON REQUEST

PEZZOLLA, ERIN
ADDRESS AVAILABLE UPON REQUEST

PEZZOLO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PEZZOLI, ANNA
ADDRESS AVAILABLE UPON REQUEST

PEZZUTO, RANDI
ADDRESS AVAILABLE UPON REQUEST

PF CHANGS
ADDRESS UNAVAILABLE AT TIME OF FILING

PFABE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PFAEFFLE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PFAFF, KERRY
ADDRESS AVAILABLE UPON REQUEST

PFAFF, RASHELL
ADDRESS AVAILABLE UPON REQUEST

PFAFF, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

PFALMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PFALZER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PFANDER, RHY
ADDRESS AVAILABLE UPON REQUEST

PFANNENSTEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

PFANNENSTIEL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PFARR, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PFAUTSCH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PFAUTZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

PFAUTZ, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PFEFFER, KARI
ADDRESS AVAILABLE UPON REQUEST

PFEFFER, SUE
ADDRESS AVAILABLE UPON REQUEST

PFEFFERKORN, KRYSTIN
ADDRESS AVAILABLE UPON REQUEST

PFEFFERLE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

PFEIF, RENE
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, ELINOR
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, NAKELI
ADDRESS AVAILABLE UPON REQUEST

PFEIFER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PFEIFFER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PFEIFFER, JOHN
ADDRESS AVAILABLE UPON REQUEST

PFEIFFER, RALPH
ADDRESS AVAILABLE UPON REQUEST

PFEIFLE, JENN
ADDRESS AVAILABLE UPON REQUEST

PFEIL, EMILY
ADDRESS AVAILABLE UPON REQUEST

PFEIL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PFEUFFER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PFINGST, JOSH
ADDRESS AVAILABLE UPON REQUEST

PFIRMAN, SHAY
ADDRESS AVAILABLE UPON REQUEST

PFISTER, ALEX
ADDRESS AVAILABLE UPON REQUEST

PFISTER, DAN
ADDRESS AVAILABLE UPON REQUEST

PFISTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PFITZER, KELLY
ADDRESS AVAILABLE UPON REQUEST

PFLANZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PFLANZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PFLUEGER, DEVON
ADDRESS AVAILABLE UPON REQUEST

PFLUG PACKAGING AND FULFILLMENT
17500 SHIDELER PARKWAY
LATHROP, CA  95330

PFLUG, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PFLUGNER, SEAN
ADDRESS AVAILABLE UPON REQUEST

PFLUM, KELLY
ADDRESS AVAILABLE UPON REQUEST

PFOHL, LAURA
ADDRESS AVAILABLE UPON REQUEST

PFORDRESHER, PETER
ADDRESS AVAILABLE UPON REQUEST

PHAISON, CANDICE
ADDRESS AVAILABLE UPON REQUEST

PHAKEOKOTH, SANG
ADDRESS AVAILABLE UPON REQUEST

PHAKSUWAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PHALEN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PHAM, ANNE
ADDRESS AVAILABLE UPON REQUEST

PHAM, BINH
ADDRESS AVAILABLE UPON REQUEST

PHAM, CASEY
ADDRESS AVAILABLE UPON REQUEST

PHAM, DAT
ADDRESS AVAILABLE UPON REQUEST

PHAM, HANH
ADDRESS AVAILABLE UPON REQUEST

PHAM, JENNY
ADDRESS AVAILABLE UPON REQUEST

PHAM, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PHAM, LR
ADDRESS AVAILABLE UPON REQUEST

PHAM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PHAM, PETER
ADDRESS AVAILABLE UPON REQUEST

PHAM, SON
ADDRESS AVAILABLE UPON REQUEST

PHAM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PHAM, TERESA
ADDRESS AVAILABLE UPON REQUEST

PHAM, TRANG
ADDRESS AVAILABLE UPON REQUEST

PHAM, TRANG
ADDRESS AVAILABLE UPON REQUEST

PHAM, TUANH
ADDRESS AVAILABLE UPON REQUEST

PHAM, VAN
ADDRESS AVAILABLE UPON REQUEST

PHAM, VIETNAM
ADDRESS AVAILABLE UPON REQUEST

PHAN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PHAN, HANK
ADDRESS AVAILABLE UPON REQUEST

PHAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PHAN, MIMI
ADDRESS AVAILABLE UPON REQUEST

PHAN, QUANG
ADDRESS AVAILABLE UPON REQUEST

PHAN, ROSELYN
ADDRESS AVAILABLE UPON REQUEST

PHAN, THUY
ADDRESS AVAILABLE UPON REQUEST

PHAN, TIEN
ADDRESS AVAILABLE UPON REQUEST

PHAN, TINA
ADDRESS AVAILABLE UPON REQUEST

PHANEUF, KYLE
ADDRESS AVAILABLE UPON REQUEST

PHANEUF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PHANEUF, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PHANI VALIVETI
ADDRESS AVAILABLE UPON REQUEST

PHANIRAJ NAGARAJ
ADDRESS AVAILABLE UPON REQUEST

PHANNARETH, CHIPPER
ADDRESS AVAILABLE UPON REQUEST

PHARES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PHARES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PHARES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PHARIS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

PHARMER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PHARRIS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PHASE 2 CELLARS, LLC
4910 EDNA RD
SAN LUIS OBISPO, CA  93401

PHASE ONE
ADDRESS UNAVAILABLE AT TIME OF FILING

PHASOUVOR, PRESILLA
ADDRESS AVAILABLE UPON REQUEST

PHATHOM ATHENA DONALD
ADDRESS AVAILABLE UPON REQUEST

PHATUROS, CAROL
ADDRESS AVAILABLE UPON REQUEST

PHEAKTRA CHRIN
ADDRESS AVAILABLE UPON REQUEST

PHEIFER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PHELAN, BARB
ADDRESS AVAILABLE UPON REQUEST

PHELAN, JANICE
ADDRESS AVAILABLE UPON REQUEST

PHELAN, KIM
ADDRESS AVAILABLE UPON REQUEST

PHELAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PHELAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PHELAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHELAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHELAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PHELAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

PHELAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PHELAN, TIM
ADDRESS AVAILABLE UPON REQUEST

PHELPS, ALAINA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, BRAD
ADDRESS AVAILABLE UPON REQUEST

PHELPS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PHELPS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PHELPS, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, CINDY
ADDRESS AVAILABLE UPON REQUEST

PHELPS, DENISE
ADDRESS AVAILABLE UPON REQUEST

PHELPS, DONNA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, LISA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, LORINDA
ADDRESS AVAILABLE UPON REQUEST

PHELPS, MARCUS
ADDRESS AVAILABLE UPON REQUEST

PHELPS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PHELPS, MYLES
ADDRESS AVAILABLE UPON REQUEST

PHELPS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PHELPS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PHELPS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PHELPS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PHELPS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PHEND, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

PHENE, SHACHI
ADDRESS AVAILABLE UPON REQUEST

PHENIX WINE DISTRIBUTORS
135 AVIATION WAY STE 11B
WATSONVILLE, CA  95076

PHENIX, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

PHENOW, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

PHETHEAN, TARA
ADDRESS AVAILABLE UPON REQUEST

PHETMANIVONG, SOMVANG
ADDRESS AVAILABLE UPON REQUEST

PHIFER, AVIANA
ADDRESS AVAILABLE UPON REQUEST

PHIFER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PHIFER, JULIA
ADDRESS AVAILABLE UPON REQUEST

PHIL COGAN
ADDRESS AVAILABLE UPON REQUEST

PHIL STUBEN
ADDRESS AVAILABLE UPON REQUEST

PHILABAUM, CATHY
ADDRESS AVAILABLE UPON REQUEST

PHILADELPHIA AIRPORT
ADDRESS UNAVAILABLE AT TIME OF FILING

PHILADELPHIA EAGLES LLC
ATTN: SR VP BUSINESS
NOVACARE COMPLEX
ONE NOVACARE WAY
PHILADELPHIA, PA  19145

PHILADELPHIA EAGLES
ONE NOVACARE WAY
PHILADELPHIA, PA  19145

PHILADELPHIA MAGAZINE
601 WALNUT STREET 200
EAST PHILADELPHIA, PA 19106

PHILBIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PHILBRICK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PHILEMON RAY STRAHM
ADDRESS AVAILABLE UPON REQUEST

PHILEN, LACEY
ADDRESS AVAILABLE UPON REQUEST

PHILHOWER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PHILIBOTTE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PHILIP A MESSIER
ADDRESS AVAILABLE UPON REQUEST

PHILIP A MEYER
ADDRESS AVAILABLE UPON REQUEST

PHILIP BEYER
ADDRESS AVAILABLE UPON REQUEST

PHILIP BUDROSE
ADDRESS AVAILABLE UPON REQUEST

PHILIP CISNEROS
ADDRESS AVAILABLE UPON REQUEST

PHILIP COLEMAN
ADDRESS AVAILABLE UPON REQUEST

PHILIP DELVECCHIO
ADDRESS AVAILABLE UPON REQUEST

PHILIP DENNIS CLARKE
ADDRESS AVAILABLE UPON REQUEST

PHILIP FARR
ADDRESS AVAILABLE UPON REQUEST

PHILIP GERONIMO VILLAR
ADDRESS AVAILABLE UPON REQUEST

PHILIP HAYNES
ADDRESS AVAILABLE UPON REQUEST

PHILIP HAYTON
ADDRESS AVAILABLE UPON REQUEST

PHILIP JACK
ADDRESS AVAILABLE UPON REQUEST

PHILIP JUL SKOV
ADDRESS AVAILABLE UPON REQUEST

PHILIP KILOLO
ADDRESS AVAILABLE UPON REQUEST

PHILIP MILLER
ADDRESS AVAILABLE UPON REQUEST

PHILIP N DEATHERAGE
ADDRESS AVAILABLE UPON REQUEST

PHILIP NORDNESS
ADDRESS AVAILABLE UPON REQUEST

PHILIP NORMAN MANLEY ANSTEY
ADDRESS AVAILABLE UPON REQUEST

PHILIP OLSON
ADDRESS AVAILABLE UPON REQUEST

PHILIP SHEEHAN
ADDRESS AVAILABLE UPON REQUEST

PHILIP WYMAN
ADDRESS AVAILABLE UPON REQUEST

PHILIP, ANNA
ADDRESS AVAILABLE UPON REQUEST

PHILIP, JOHN
ADDRESS AVAILABLE UPON REQUEST

PHILIP, KARLA
ADDRESS AVAILABLE UPON REQUEST

PHILIP, LINCY
ADDRESS AVAILABLE UPON REQUEST

PHILIP, MARY
ADDRESS AVAILABLE UPON REQUEST

PHILIP, TIM
ADDRESS AVAILABLE UPON REQUEST

PHILIPE DIAO
ADDRESS AVAILABLE UPON REQUEST

PHILIPP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PHILIPP, BERN
ADDRESS AVAILABLE UPON REQUEST

PHILIPP, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PHILIPPON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PHILIPPON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PHILIPPONE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PHILIPPS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PHILIPPSOHN, JAMES
ADDRESS AVAILABLE UPON REQUEST

PHILIPPUS, MARY
ADDRESS AVAILABLE UPON REQUEST

PHILIPS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PHILIPS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PHILIPS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PHILIPSEN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PHILIPSON, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

PHILIPSON, CORY
ADDRESS AVAILABLE UPON REQUEST

PHILL CAP (8460)
ATTN PROXY MGR
141 W JACKSON BLVD
CBOT BLDG, STE 3050
CHICAGO, IL  60604

PHILLIP ANTHONY JACKSON
ADDRESS AVAILABLE UPON REQUEST

PHILLIP GODOROV
ADDRESS AVAILABLE UPON REQUEST

PHILLIP MOSCA
ADDRESS AVAILABLE UPON REQUEST

PHILLIP RODES JR
ADDRESS AVAILABLE UPON REQUEST

PHILLIP WILLIAM BOYD
ADDRESS AVAILABLE UPON REQUEST

PHILLIP, SATURNE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPPIO, ARMAND
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, 1801 ODEN WAY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ALAN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, AUBRY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CALEB
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CALVIN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CAROL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CASLIM
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CERISSA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DIANA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DIANA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, DREW
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ELENI
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ELSPETH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, EMILY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, EMILY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ERICA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, FAITH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, FAITH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, FAITH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, GREGO
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, HALEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, HELEN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, HOLLI
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JACOB
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JAHMIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JEANNE M
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JENNA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JENNY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JILL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JOI
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JULIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JULIE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, JULIE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KARLY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KASSADI
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KATIE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KELLY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KIMARA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, KYLE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LAURA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LENORE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LINDA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LINDA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LISA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, LYNN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MARY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MARY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MAYA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, NANCY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, NICKY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, QUINTIN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RANDY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RASHADD
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RAYEANN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RILEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RITA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, RONDA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, ROSS
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SETH
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SHARON
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, SIERA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, STACY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TARA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TARYN
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TERESA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TERESA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, THERESE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TINA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TONI
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TOYIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS, TYNAE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS-ACIE, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

PHILLIPS-MCGREW, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

PHILLIPUS ARNOLDUS ELOFF
ADDRESS AVAILABLE UPON REQUEST

PHILLY AIR AUBONPAIN 2
ADDRESS UNAVAILABLE AT TIME OF FILING

PHILLY PRETZEL FACTORY
ADDRESS UNAVAILABLE AT TIME OF FILING

PHILOLUS, PAULA & ROBERT
ADDRESS AVAILABLE UPON REQUEST

PHILP, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

PHILP, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

PHILPOT, NIKI
ADDRESS AVAILABLE UPON REQUEST

PHILPOT, SHAINA
ADDRESS AVAILABLE UPON REQUEST

PHILPOTT, ADDIE
ADDRESS AVAILABLE UPON REQUEST

PHILPOTT-MURPHY, KELLY
ADDRESS AVAILABLE UPON REQUEST

PHINIZY, ALICE
ADDRESS AVAILABLE UPON REQUEST

PHINNEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, ANNA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, BRIANA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, CARA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, DESIRE
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, JUANA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PHIPPS-YONAS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PHLIPOT, ETHAN
ADDRESS AVAILABLE UPON REQUEST

PHOEBE TILLEM
3376 ROWENA AVE, APT 106
LOS ANGELES, CA  90027

PHOENIX, NIKIA
ADDRESS AVAILABLE UPON REQUEST

PHONEBOOTHS INC.
599 BROADWAY 9TH FLOOR
NEW YORK, NY  10012

PHONEXAY RAJAMOUNTRY
ADDRESS AVAILABLE UPON REQUEST

PHORAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

PHOTI, KARA
ADDRESS AVAILABLE UPON REQUEST

PHOTIADES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PHREANER, JULIE
ADDRESS AVAILABLE UPON REQUEST

PHUNG, LORI
ADDRESS AVAILABLE UPON REQUEST

PHUNG, MAN
ADDRESS AVAILABLE UPON REQUEST

PHUNG, YUETWA
ADDRESS AVAILABLE UPON REQUEST

PHUOC HUYNH PHAN
ADDRESS AVAILABLE UPON REQUEST

PHUONG LE PHAN
ADDRESS AVAILABLE UPON REQUEST

PHUONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PHX PITA JUNGLE
ADDRESS UNAVAILABLE AT TIME OF FILING

PHYLLIS BLANCHARD
ADDRESS AVAILABLE UPON REQUEST

PHYLLIS RITTER
ADDRESS AVAILABLE UPON REQUEST

PHYLLIS, CAMPBELL,
ADDRESS AVAILABLE UPON REQUEST

PI FIN CORP/CDS (5075)
ATTN ROB MCNEIL OR PROXY MGR
666 BURRARD ST
STE 1900
VANCOUVER, BC  V6C 2G3  CANADA

PI, ELISE
ADDRESS AVAILABLE UPON REQUEST

PI, MIRTZA
ADDRESS AVAILABLE UPON REQUEST

PIA HABERSANG
ADDRESS AVAILABLE UPON REQUEST

PIA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PIA, KELLI
ADDRESS AVAILABLE UPON REQUEST

PIACENTINI, LAURA
ADDRESS AVAILABLE UPON REQUEST

PIANA, GRACE
ADDRESS AVAILABLE UPON REQUEST

PIANA, SOFIA
ADDRESS AVAILABLE UPON REQUEST

PIANALTO, KERRI
ADDRESS AVAILABLE UPON REQUEST

PIANEZZA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PIANKA, JOY
ADDRESS AVAILABLE UPON REQUEST

PIAO, ZHENHUI
ADDRESS AVAILABLE UPON REQUEST

PIARD, NOEMIE
ADDRESS AVAILABLE UPON REQUEST

PIASON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PIATAK, KELLIE
ADDRESS AVAILABLE UPON REQUEST

PIATT, MARIANA
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, GINA
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, JULIE
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PIAZZA, TRISH
ADDRESS AVAILABLE UPON REQUEST

PIAZZA-HARPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PIBES, HARRISON
ADDRESS AVAILABLE UPON REQUEST

PIBL, ROMAN
ADDRESS AVAILABLE UPON REQUEST

PIBURN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PICA PICA CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

PICA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PICA, MARY
ADDRESS AVAILABLE UPON REQUEST

PICALLO, KELLIE
ADDRESS AVAILABLE UPON REQUEST

PICANSO, DOUG
ADDRESS AVAILABLE UPON REQUEST

PICAR, JEAN PIERRE
ADDRESS AVAILABLE UPON REQUEST

PICAR, MANUEL
ADDRESS AVAILABLE UPON REQUEST

PICARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PICARD, JULIANA
ADDRESS AVAILABLE UPON REQUEST

PICARD, YVONNE
ADDRESS AVAILABLE UPON REQUEST

PICARIELLO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

PICARONI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PICASSO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PICATCHA INC. (ADSNATIVE)
832 SANSOME ST. FOURTH FLOOR
SAN FRANCISCO, CA 94111

PICCA, JOEY
ADDRESS AVAILABLE UPON REQUEST

PICCARRETA, GABBY
ADDRESS AVAILABLE UPON REQUEST

PICCHI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PICCHIETTI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PICCIANO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PICCIANO, KIM
ADDRESS AVAILABLE UPON REQUEST

PICCINELLI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PICCINICH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PICCININI, FLORENCIA
ADDRESS AVAILABLE UPON REQUEST

PICCININI, JENIFER
ADDRESS AVAILABLE UPON REQUEST

PICCININNI, JENNA
ADDRESS AVAILABLE UPON REQUEST

PICCIOCCA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PICCIONE, JOAN
ADDRESS AVAILABLE UPON REQUEST

PICCIONE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PICCO, ERIN
ADDRESS AVAILABLE UPON REQUEST

PICCO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PICCOLI, LAURA
ADDRESS AVAILABLE UPON REQUEST

PICCOLO CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

PICCOLO, ANNA
ADDRESS AVAILABLE UPON REQUEST

PICCOLO, GINA
ADDRESS AVAILABLE UPON REQUEST

PICCOLO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PICCOLO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PICCOLOTTO, JOSE
ADDRESS AVAILABLE UPON REQUEST

PICERNE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PICERNI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PICH, ALLI
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, CELINA
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, CORRINE
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, EMILY
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, KEIRY
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PICHARDO, RUTH
ADDRESS AVAILABLE UPON REQUEST

PICHLER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

PICILLO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

PICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PICK, TILDEN
ADDRESS AVAILABLE UPON REQUEST

PICKAR, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PICKARD, ABBI
ADDRESS AVAILABLE UPON REQUEST

PICKARD, EMILY
ADDRESS AVAILABLE UPON REQUEST

PICKARD, MARY
ADDRESS AVAILABLE UPON REQUEST

PICKELL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

PICKELSIMER, ANN
ADDRESS AVAILABLE UPON REQUEST

PICKELSIMER, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

PICKEN, JANE
ADDRESS AVAILABLE UPON REQUEST

PICKENS, ALISON
ADDRESS AVAILABLE UPON REQUEST

PICKENS, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

PICKENS, DAVID
ADDRESS AVAILABLE UPON REQUEST

PICKENS, DAVYA
ADDRESS AVAILABLE UPON REQUEST

PICKENS, GARY
ADDRESS AVAILABLE UPON REQUEST

PICKENS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PICKENS, SAMMI
ADDRESS AVAILABLE UPON REQUEST

PICKENS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PICKER, MELLISSA
ADDRESS AVAILABLE UPON REQUEST

PICKERD, EMILY
ADDRESS AVAILABLE UPON REQUEST

PICKEREL, MARY
ADDRESS AVAILABLE UPON REQUEST

PICKERING, ALIZA
ADDRESS AVAILABLE UPON REQUEST

PICKERING, BETH
ADDRESS AVAILABLE UPON REQUEST

PICKERING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PICKERING, JOSH
ADDRESS AVAILABLE UPON REQUEST

PICKERING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PICKERING, LEAH
ADDRESS AVAILABLE UPON REQUEST

PICKERING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PICKETT, CRAIG
ADDRESS AVAILABLE UPON REQUEST

PICKETT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PICKETT, DEANDRE
ADDRESS AVAILABLE UPON REQUEST

PICKETT, GINGER
ADDRESS AVAILABLE UPON REQUEST

PICKETT, HONDREA
ADDRESS AVAILABLE UPON REQUEST

PICKETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PICKETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PICKETT, MAGON
ADDRESS AVAILABLE UPON REQUEST

PICKETT, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

PICKETT, SAM
ADDRESS AVAILABLE UPON REQUEST

PICKETT, TERESA
ADDRESS AVAILABLE UPON REQUEST

PICKFORD, KATE
ADDRESS AVAILABLE UPON REQUEST

PICKINPAUGH, WAYDE
ADDRESS AVAILABLE UPON REQUEST

PICKLE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PICKLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PICKLE, TERAH
ADDRESS AVAILABLE UPON REQUEST

PICKLER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PICKRELL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PICKRELL, IAN
ADDRESS AVAILABLE UPON REQUEST

PICKREN, SAGE
ADDRESS AVAILABLE UPON REQUEST

PICKRON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PICKRON, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

PICNIC LA
ADDRESS UNAVAILABLE AT TIME OF FILING

PICNIC WINE COMPANY, LLC
5200 WILD HORSE VALLEY RD
NAPA, CA  94558

PICO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

PICO, IDALIZ
ADDRESS AVAILABLE UPON REQUEST

PICOLLO, SHARON
ADDRESS AVAILABLE UPON REQUEST

PICON, APRIL
ADDRESS AVAILABLE UPON REQUEST

PICON, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

PICONE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PICONE, SABRINA
ADDRESS AVAILABLE UPON REQUEST

PICOTTE, WYLIE
ADDRESS AVAILABLE UPON REQUEST

PICOU, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PICOU, RACQUEL
ADDRESS AVAILABLE UPON REQUEST

PICOWER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PICTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

PIDAPARTI, ROHAN
ADDRESS AVAILABLE UPON REQUEST

PIDDINGTON, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PIDGEON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PIDGEON, REN
ADDRESS AVAILABLE UPON REQUEST

PIDGURSKYY, ALENA
ADDRESS AVAILABLE UPON REQUEST

PIDI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PIDSKALNY, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PIDURU, ANU
ADDRESS AVAILABLE UPON REQUEST

PIDUTTI, ELISE
ADDRESS AVAILABLE UPON REQUEST

PIECHOCKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PIECHOWICZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PIECUCH, ISAAC
ADDRESS AVAILABLE UPON REQUEST

PIECUCH, KENNETH
ADDRESS AVAILABLE UPON REQUEST

PIECZARA, LEON
ADDRESS AVAILABLE UPON REQUEST

PIEDMONT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PIEDRA, KATERINE
ADDRESS AVAILABLE UPON REQUEST

PIEDRAHITA, LUISA
ADDRESS AVAILABLE UPON REQUEST

PIEH, PETER
ADDRESS AVAILABLE UPON REQUEST

PIEHL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

PIEKARSKA, CIRCE
ADDRESS AVAILABLE UPON REQUEST

PIEKARSKI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PIEKARSKI, DENNIS
ADDRESS AVAILABLE UPON REQUEST

PIEKARSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PIEKARUS, MONIKA
ADDRESS AVAILABLE UPON REQUEST

PIEKENBROCK, JANEL
ADDRESS AVAILABLE UPON REQUEST

PIELOCH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PIELSTICKER, LILA
ADDRESS AVAILABLE UPON REQUEST

PIENKOWSKI-GUNIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PIEPER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PIEPER, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

PIEPER, DARA
ADDRESS AVAILABLE UPON REQUEST

PIEPER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PIEPER, JULIE
ADDRESS AVAILABLE UPON REQUEST

PIEPHOFF, CLYDE
ADDRESS AVAILABLE UPON REQUEST

PIER 1
ADDRESS UNAVAILABLE AT TIME OF FILING

PIER, BILL
ADDRESS AVAILABLE UPON REQUEST

PIER, TIM
ADDRESS AVAILABLE UPON REQUEST

PIERAMI, TARA
ADDRESS AVAILABLE UPON REQUEST

PIERANGELI, DEVON
ADDRESS AVAILABLE UPON REQUEST

PIERCE, AALIYAH
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ALEX
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ALLEN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, AMIE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ANN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ANNA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, CAMRY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, CLIFTON
ADDRESS AVAILABLE UPON REQUEST

PIERCE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, DENNINE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, EMILY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ETHAN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, EVE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, FELICIA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ISABELLE AND STEVE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, JEAN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, JELISA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, JOEY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, KATIE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, KERI
ADDRESS AVAILABLE UPON REQUEST

PIERCE, KERRI
ADDRESS AVAILABLE UPON REQUEST

PIERCE, KOGO
ADDRESS AVAILABLE UPON REQUEST

PIERCE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LAMONT
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LEE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LONA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LORI
ADDRESS AVAILABLE UPON REQUEST

PIERCE, LYNDA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, MADELYNN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, MARIETTE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PIERCE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PIERCE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PIERCE, PATTI
ADDRESS AVAILABLE UPON REQUEST

PIERCE, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

PIERCE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PIERCE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PIERCE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, TREY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, WANDA
ADDRESS AVAILABLE UPON REQUEST

PIERCE, WENDY
ADDRESS AVAILABLE UPON REQUEST

PIERCE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PIERCE-TUREK, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

PIERCEY, JUDY
ADDRESS AVAILABLE UPON REQUEST

PIERCY, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

PIERCY, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

PIERCZYNSKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

PIERETTI, JOE
ADDRESS AVAILABLE UPON REQUEST

PIERICH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PIERING PEDER, PIERING ANDRA
ADDRESS AVAILABLE UPON REQUEST

PIERINO, NINA
ADDRESS AVAILABLE UPON REQUEST

PIERITE, EMILY
ADDRESS AVAILABLE UPON REQUEST

PIERNE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PIERONI, BRUNO
ADDRESS AVAILABLE UPON REQUEST

PIERPOINT, KIRK
ADDRESS AVAILABLE UPON REQUEST

PIERPOINT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PIERPONT, DAVID
ADDRESS AVAILABLE UPON REQUEST

PIERPONT, DAWN
ADDRESS AVAILABLE UPON REQUEST

PIERRE JACQUES RABIE
ADDRESS AVAILABLE UPON REQUEST

PIERRE LOUIS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

PIERRE PETER PAUL ABELA
ADDRESS AVAILABLE UPON REQUEST

PIERRE, ALBERTA
ADDRESS AVAILABLE UPON REQUEST

PIERRE, CARLA
ADDRESS AVAILABLE UPON REQUEST

PIERRE, CARYL
ADDRESS AVAILABLE UPON REQUEST

PIERRE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PIERRE, DAPHNIE
ADDRESS AVAILABLE UPON REQUEST

PIERRE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PIERRE, KATIE
ADDRESS AVAILABLE UPON REQUEST

PIERRE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PIERRE, LEANNA
ADDRESS AVAILABLE UPON REQUEST

PIERRE, RICKEY
ADDRESS AVAILABLE UPON REQUEST

PIERRE, ROSE
ADDRESS AVAILABLE UPON REQUEST

PIERRE, SHERLEY
ADDRESS AVAILABLE UPON REQUEST

PIERRE-ANTOINE, PHIL
ADDRESS AVAILABLE UPON REQUEST

PIERRELOUIS, ELIE
ADDRESS AVAILABLE UPON REQUEST

PIERRE-LOUIS, ENOLD
ADDRESS AVAILABLE UPON REQUEST

PIERRE-LOUIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PIERRET, JULIE
ADDRESS AVAILABLE UPON REQUEST

PIERRO, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PIERRO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PIERRO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PIERRO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PIERRON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PIERROT, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

PIERSA, JACOB
ADDRESS AVAILABLE UPON REQUEST

PIERSEE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PIERSOL, GINGER
ADDRESS AVAILABLE UPON REQUEST

PIERSOL, RANDY
ADDRESS AVAILABLE UPON REQUEST

PIERSON, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PIERSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PIERSON, GABRIELE
ADDRESS AVAILABLE UPON REQUEST

PIERSON, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

PIERSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

PIERSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PIERSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

PIERSON, KENNY
ADDRESS AVAILABLE UPON REQUEST

PIERSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PIERSON, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

PIERSON, LORI
ADDRESS AVAILABLE UPON REQUEST

PIERSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PIERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PIERSON, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

PIERSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PIERZ, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

PIES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PIESCHEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PIET, DAVE
ADDRESS AVAILABLE UPON REQUEST

PIETER JEROEN VREEDE
ADDRESS AVAILABLE UPON REQUEST

PIETRAFITTA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PIETRAK, TRIPP
ADDRESS AVAILABLE UPON REQUEST

PIETRANTONI, PAOLA
ADDRESS AVAILABLE UPON REQUEST

PIETRAS, ASHLY
ADDRESS AVAILABLE UPON REQUEST

PIETRAS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

PIETRAS, KASIA
ADDRESS AVAILABLE UPON REQUEST

PIETRASZ, MARIUSZ
ADDRESS AVAILABLE UPON REQUEST

PIETRASZAK, EWA
ADDRESS AVAILABLE UPON REQUEST

PIETRI, ISSIS
ADDRESS AVAILABLE UPON REQUEST

PIETRI, ROXANNA
ADDRESS AVAILABLE UPON REQUEST

PIETROCOLA, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PIETROPORTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PIETROGIOVANNA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PIETRUSINSKI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

PIETRUSINSKI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PIETRUSZKA, ROB
ADDRESS AVAILABLE UPON REQUEST

PIETRUSZYNSKI, CINDY
ADDRESS AVAILABLE UPON REQUEST

PIETRYKOWSKI, BRENNA
ADDRESS AVAILABLE UPON REQUEST

PIETRYKOWSKI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PIETRZAK, DOUG
ADDRESS AVAILABLE UPON REQUEST

PIETRZAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PIETSCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PIETZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PIETZSCH, RENEE
ADDRESS AVAILABLE UPON REQUEST

PIETZYK, THERON
ADDRESS AVAILABLE UPON REQUEST

PIFER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PIFFARD, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

PIG BEACH
ADDRESS UNAVAILABLE AT TIME OF FILING

PIGEON, MONICA
ADDRESS AVAILABLE UPON REQUEST

PIGG, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PIGG, KAISHA
ADDRESS AVAILABLE UPON REQUEST

PIGG, SUZI
ADDRESS AVAILABLE UPON REQUEST

PIGGINS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PIGGOTT, NEIL
ADDRESS AVAILABLE UPON REQUEST

PIGGOTT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PIGLIUCCI, ALEX
ADDRESS AVAILABLE UPON REQUEST

PIGMAN, MAX
ADDRESS AVAILABLE UPON REQUEST

PIGNATIELLO, JODY
ADDRESS AVAILABLE UPON REQUEST

PIGNETTI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PIGNON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PIGONI, SUE
ADDRESS AVAILABLE UPON REQUEST

PIGOTT, APRIL
ADDRESS AVAILABLE UPON REQUEST

PIGOTT, MARK
ADDRESS AVAILABLE UPON REQUEST

PIGOTT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PIJACKI, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

PIKARSKY, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PIKARSKY, AMPARO
ADDRESS AVAILABLE UPON REQUEST

PIKE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PIKE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

PIKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PIKE, JORDYN
ADDRESS AVAILABLE UPON REQUEST

PIKE, KACEY
ADDRESS AVAILABLE UPON REQUEST

PIKE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PIKE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PIKE, MELANY
ADDRESS AVAILABLE UPON REQUEST

PIKE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PIKE, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

PIKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PIKE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PIKE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PIKE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PIKHART, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PIKHARTOVA, KLARA
ADDRESS AVAILABLE UPON REQUEST

PIKNIC
ADDRESS UNAVAILABLE AT TIME OF FILING

PIKOVER, YURI
ADDRESS AVAILABLE UPON REQUEST

PIKSCHER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PIKULSKI, EVAN
ADDRESS AVAILABLE UPON REQUEST

PIKUS, WENDY
ADDRESS AVAILABLE UPON REQUEST

PILA, KATIE
ADDRESS AVAILABLE UPON REQUEST

PILALAS, CHRIS AND MARTI
ADDRESS AVAILABLE UPON REQUEST

PILALAS, ERIN
ADDRESS AVAILABLE UPON REQUEST

PILAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PILAND, HILARY
ADDRESS AVAILABLE UPON REQUEST

PILAT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

PILATO, KATY
ADDRESS AVAILABLE UPON REQUEST

PILATO, MIA
ADDRESS AVAILABLE UPON REQUEST

PILCH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PILE, COM
ADDRESS AVAILABLE UPON REQUEST

PILE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PILEGGI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PILENZA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PILET, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PILETTI, GIANCARLO
ADDRESS AVAILABLE UPON REQUEST

PILGRIM, AILEEN
ADDRESS AVAILABLE UPON REQUEST

PILGRIM, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PILIEN, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

PILIERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PILIPOSYAN, LUSINE
ADDRESS AVAILABLE UPON REQUEST

PILKENTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

PILKILTON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PILKINGTON, MARK
ADDRESS AVAILABLE UPON REQUEST

PILKINGTON, NINA
ADDRESS AVAILABLE UPON REQUEST

PILKINTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PILLAI, CHANDRAN
ADDRESS AVAILABLE UPON REQUEST

PILLAI, KESHAV
ADDRESS AVAILABLE UPON REQUEST

PILLAR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PILLATZKE, LORI
ADDRESS AVAILABLE UPON REQUEST

PILLAY, SALLY
ADDRESS AVAILABLE UPON REQUEST

PILLER, ALAN
ADDRESS AVAILABLE UPON REQUEST

PILLET, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PILLEUX-PETRONIA, KELLY
ADDRESS AVAILABLE UPON REQUEST

PILLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

PILLOFF, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PILLON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PILLSBURY WINTHROP SHAW PITTMAN LLP
500 CAPITOL MALL, STE 1800
SACRAMENTO, CA  95814

PILLSBURY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PILLSBURY, KARA
ADDRESS AVAILABLE UPON REQUEST

PILLSBURY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PILMAR, LARISSA
ADDRESS AVAILABLE UPON REQUEST

PILONE, CHERRILL
ADDRESS AVAILABLE UPON REQUEST

PILOT RESEARCH AND DEVELOPMENT INC.
816 BANCROFT WAY
BERKELEY, CA  94710

PILOT, RAYVN
ADDRESS AVAILABLE UPON REQUEST

PILOWA, CARA
ADDRESS AVAILABLE UPON REQUEST

PILSNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PILTZER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PILTZER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PILUSO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PIM, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PIMAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, DENISE
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, GENESIS
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, JESSY
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, LISA
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, LISA
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, MARS
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

PIMENTEL, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

PIMM, CAMERON
ADDRESS AVAILABLE UPON REQUEST

PIMM, MARY
ADDRESS AVAILABLE UPON REQUEST

PIMPINELLI, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PINA, AJA
ADDRESS AVAILABLE UPON REQUEST

PINA, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PINA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

PINA, LUIS
ADDRESS AVAILABLE UPON REQUEST

PINA, MARIA
ADDRESS AVAILABLE UPON REQUEST

PINARD, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PINATAS
ADDRESS UNAVAILABLE AT TIME OF FILING

PINAULT, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

PINCAS, MARISA
ADDRESS AVAILABLE UPON REQUEST

PINCH, KEERIN
ADDRESS AVAILABLE UPON REQUEST

PINCH, SHARON
ADDRESS AVAILABLE UPON REQUEST

PINCHME
611 BROADWAY SUITE 308
NEW YORK, NY  10012

PINCHOFF, MARK
ADDRESS AVAILABLE UPON REQUEST

PINCHOT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PINCKARD, KRYSTIN
ADDRESS AVAILABLE UPON REQUEST

PINCKNEY III, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

PINCKNEY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PINCKNEY, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

PINCKNEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PINCKNEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PINCUS, DANNA
ADDRESS AVAILABLE UPON REQUEST

PINCUS, LAURA
ADDRESS AVAILABLE UPON REQUEST

PINCUS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PINDELL, TANYA
ADDRESS AVAILABLE UPON REQUEST

PINDER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PINDER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

PINDER, JULIA
ADDRESS AVAILABLE UPON REQUEST

PINDER, KAMINA
ADDRESS AVAILABLE UPON REQUEST

PINDER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PINDZOLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

PINE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PINE, JONI
ADDRESS AVAILABLE UPON REQUEST

PINE, PREMIERE ON
ADDRESS AVAILABLE UPON REQUEST

PINE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PINEAULT, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

PINEDA, AMBER
ADDRESS AVAILABLE UPON REQUEST

PINEDA, ARIEL
ADDRESS AVAILABLE UPON REQUEST

PINEDA, ARMINDA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

PINEDA, CAROL
ADDRESS AVAILABLE UPON REQUEST

PINEDA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PINEDA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, EDE
ADDRESS AVAILABLE UPON REQUEST

PINEDA, EVA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PINEDA, MARCO
ADDRESS AVAILABLE UPON REQUEST

PINEDA, MARIO
ADDRESS AVAILABLE UPON REQUEST

PINEDA, MIA
ADDRESS AVAILABLE UPON REQUEST

PINEDA, MIMI
ADDRESS AVAILABLE UPON REQUEST

PINEDA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PINEDA, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

PINEDO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PINEDO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PINEGAR, CHELSEIGH
ADDRESS AVAILABLE UPON REQUEST

PINEGAR, LAURA
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, AMY
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

PINEIRO, NAISHALEE
ADDRESS AVAILABLE UPON REQUEST

PINEL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PINELL, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

PINELL, JOSE
ADDRESS AVAILABLE UPON REQUEST

PINELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

PINERO, RICK
ADDRESS AVAILABLE UPON REQUEST

PINES, HENRY
ADDRESS AVAILABLE UPON REQUEST

PINES, IRINA
ADDRESS AVAILABLE UPON REQUEST

PINES, JODI
ADDRESS AVAILABLE UPON REQUEST

PINESETT, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PINESICH, BRIT
ADDRESS AVAILABLE UPON REQUEST

PINETTE, RANDI
ADDRESS AVAILABLE UPON REQUEST

PING CHIEN FENG
ADDRESS AVAILABLE UPON REQUEST

PING, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PING, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

PINGA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PINGEL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PINGREE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PINHEIRO, CARIANNE
ADDRESS AVAILABLE UPON REQUEST

PINHEIRO, FLAVIO
ADDRESS AVAILABLE UPON REQUEST

PINHEIRO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PINHO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PINHO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PINIEWSKI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PINIEWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

PINILLA, KAREN
ADDRESS AVAILABLE UPON REQUEST

PINK, BONNIE
ADDRESS AVAILABLE UPON REQUEST

PINK, DAISY
ADDRESS AVAILABLE UPON REQUEST

PINK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PINK, LOVE
ADDRESS AVAILABLE UPON REQUEST

PINK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

PINKARD, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

PINKE, ABBY
ADDRESS AVAILABLE UPON REQUEST

PINKEKMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PINKELE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PINKERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PINKERTON, LISA
ADDRESS AVAILABLE UPON REQUEST

PINKERTON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PINKETT, APRIA
ADDRESS AVAILABLE UPON REQUEST

PINKHAM, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PINKHAM, THERESA
ADDRESS AVAILABLE UPON REQUEST

PINKHASOV, OLGA
ADDRESS AVAILABLE UPON REQUEST

PINKNEY, AISHIA
ADDRESS AVAILABLE UPON REQUEST

PINKNEY, ANTIONETTE
ADDRESS AVAILABLE UPON REQUEST

PINKNEY, ERIC
ADDRESS AVAILABLE UPON REQUEST

PINKNEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PINKNEY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PINKOS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PINKOWSKI, JANE
ADDRESS AVAILABLE UPON REQUEST

PINKOWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PINKS, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

PINKS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PINKSTON, CATHY
ADDRESS AVAILABLE UPON REQUEST

PINKSTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

PINKSTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PINKSTON, TARA
ADDRESS AVAILABLE UPON REQUEST

PINKUS, LEV
ADDRESS AVAILABLE UPON REQUEST

PINNACLE COMMUNICATION SERVICES, INC.
730 FAIRMONT AVENUE
GLENDALE, CA  91203

PINNACLE CONTRACTING CORPORATION
21800 BURBANK BLVD  210
WOODLAND HILLS, CA  91367

PINNACLE VINEYARDS, LLC.
1006 SEGOVIA CIRCLE
PLACENTIA, CA  92870

PINNAPUREDDY, KANCHANA
ADDRESS AVAILABLE UPON REQUEST

PINNETTE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PINNEY, GLORIA
ADDRESS AVAILABLE UPON REQUEST

PINNEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PINNIX, JOEL
ADDRESS AVAILABLE UPON REQUEST

PINNOCK, CINDY
ADDRESS AVAILABLE UPON REQUEST

PINNOW, MIMI
ADDRESS AVAILABLE UPON REQUEST

PINO, ELIED
ADDRESS AVAILABLE UPON REQUEST

PINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PINO, JESS
ADDRESS AVAILABLE UPON REQUEST

PINO, LIZ
ADDRESS AVAILABLE UPON REQUEST

PINO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PINO, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

PINO, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

PINO, ZACH
ADDRESS AVAILABLE UPON REQUEST

PINON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PINON, CAT
ADDRESS AVAILABLE UPON REQUEST

PINOU, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

PINQUOCH, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PINSAK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PINSIGHT MEDIA INC. (PINSM3)
1100 MAIN ST. SUITE 1500
KANSAS CITY, MO  64105

PINT, JOHN
ADDRESS AVAILABLE UPON REQUEST

PINT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PINTADO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PINTAVALLE, RITA
ADDRESS AVAILABLE UPON REQUEST

PINTER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PINTEREST INC.
PO BOX 74008066
CHICAGO, IL  60674-8066

PINTO, ALYSA
ADDRESS AVAILABLE UPON REQUEST

PINTO, ANN
ADDRESS AVAILABLE UPON REQUEST

PINTO, ARIANA
ADDRESS AVAILABLE UPON REQUEST

PINTO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PINTO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PINTO, JESSICA D
ADDRESS AVAILABLE UPON REQUEST

PINTO, JO
ADDRESS AVAILABLE UPON REQUEST

PINTO, KEITH
ADDRESS AVAILABLE UPON REQUEST

PINTO, KUMKUM
ADDRESS AVAILABLE UPON REQUEST

PINTO, M
ADDRESS AVAILABLE UPON REQUEST

PINTO, MARIA
ADDRESS AVAILABLE UPON REQUEST

PINTO, MARYKATE
ADDRESS AVAILABLE UPON REQUEST

PINTO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PINTO, VALERIA
ADDRESS AVAILABLE UPON REQUEST

PINTUFF, RONALD
ADDRESS AVAILABLE UPON REQUEST

PINUELAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PINZON, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

PINZON, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

PINZONE, JULIA
ADDRESS AVAILABLE UPON REQUEST

PIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PION, ISAMAR
ADDRESS AVAILABLE UPON REQUEST

PION, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PIONTEK, ANGEL
ADDRESS AVAILABLE UPON REQUEST

PIONTEK, LINDA
ADDRESS AVAILABLE UPON REQUEST

PIONTEK, MALINA
ADDRESS AVAILABLE UPON REQUEST

PIOTR BANDYK
ADDRESS AVAILABLE UPON REQUEST

PIOTR GREGORCZYK PHOTOGRAPHY
66A CHURCH ROAD
LONDON  CR4 3BU
UNITED KINGDOM

PIOTR KUCZYNSKI
ADDRESS AVAILABLE UPON REQUEST

PIOTROWSKI, NANCY
ADDRESS AVAILABLE UPON REQUEST

PIOVANO, MADDALENA
ADDRESS AVAILABLE UPON REQUEST

PIP IMPORTS AND DOMESTICS, LLC
103 OLD FORGE XING
DEVON, PA  19333

PIP IMPORTS AND DOMESTICS, LLC
PA LIQUOR CONTROL BOARD SW
DISTRIBUTION CENTER
100 PAPERCRAFT PARK
PITTSBURGH, PA  15238

PIPAL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PIPER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PIPER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PIPER, AMBROSIA
ADDRESS AVAILABLE UPON REQUEST

PIPER, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

PIPER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PIPER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PIPER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

PIPER, JOHN-PAUL
ADDRESS AVAILABLE UPON REQUEST

PIPER, STACY
ADDRESS AVAILABLE UPON REQUEST

PIPES, CARVIS
ADDRESS AVAILABLE UPON REQUEST

PIPHER, E.B.
ADDRESS AVAILABLE UPON REQUEST

PIPINO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PIPITONE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

PIPITONE, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

PIPITONE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PIPKA, JOSH
ADDRESS AVAILABLE UPON REQUEST

PIPKIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

PIPKIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

PIPKIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

PIPLANI, VARUN
ADDRESS AVAILABLE UPON REQUEST

PIPPAS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

PIPPENGER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

PIPPERT, ROBYNE
ADDRESS AVAILABLE UPON REQUEST

PIPPIN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PIPPIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

PIPPIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

PIPPINS, DEANA
ADDRESS AVAILABLE UPON REQUEST

PIPPINS, ODELL
ADDRESS AVAILABLE UPON REQUEST

PIRAGAS, MARY
ADDRESS AVAILABLE UPON REQUEST

PIRE, UTTAM
ADDRESS AVAILABLE UPON REQUEST

PIRICHY, KAY
ADDRESS AVAILABLE UPON REQUEST

PIRIS PEREZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PIRKEY, ANNA
ADDRESS AVAILABLE UPON REQUEST

PIRKEY, HALEY
ADDRESS AVAILABLE UPON REQUEST

PIRKLE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PIRNER, IAN
ADDRESS AVAILABLE UPON REQUEST

PIRNKE, DENAE
ADDRESS AVAILABLE UPON REQUEST

PIRNKE, LINDA
ADDRESS AVAILABLE UPON REQUEST

PIRO, HOPE
ADDRESS AVAILABLE UPON REQUEST

PIRO, JARRED
ADDRESS AVAILABLE UPON REQUEST

PIRO, JENNY
ADDRESS AVAILABLE UPON REQUEST

PIROFSKY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PIROG, LIZ
ADDRESS AVAILABLE UPON REQUEST

PIRON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PIRON, FRANCOISE
ADDRESS AVAILABLE UPON REQUEST

PIROTTO, KAREN
ADDRESS AVAILABLE UPON REQUEST

PIROZZI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PIROZZI-RIOLO, JANET
ADDRESS AVAILABLE UPON REQUEST

PIRRI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PIRRO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PIRRONE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

PIRRONE, MADISON
ADDRESS AVAILABLE UPON REQUEST

PIRROTTA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PIRSCH, CARA
ADDRESS AVAILABLE UPON REQUEST

PIRSCHEL, MARK
ADDRESS AVAILABLE UPON REQUEST

PIRTLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PIRTLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PIRTLE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PIRTLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PIRTLE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PIRUZZA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PISANI, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PISANI, ANNE
ADDRESS AVAILABLE UPON REQUEST

PISANI, CASEY
ADDRESS AVAILABLE UPON REQUEST

PISANI, LISA
ADDRESS AVAILABLE UPON REQUEST

PISANO, ALEX
ADDRESS AVAILABLE UPON REQUEST

PISANO, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

PISANO, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

PISARCIK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PISARENKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PISARO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PISCADLO, MIKE
ADDRESS AVAILABLE UPON REQUEST

PISCETELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PISCHL, ANA
ADDRESS AVAILABLE UPON REQUEST

PISCHNER, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

PISCIOTTA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PISCITELLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PISCITELLI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PISCITELLI, KATHY
ADDRESS AVAILABLE UPON REQUEST

PISCITELLO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PISCITELLO, PETER
ADDRESS AVAILABLE UPON REQUEST

PISCO MEDIA GROUP LLC
DBA THE SOCIABLE SOCIETY
4500 PARK GRANADA SUITE 202
CALABASAS, CA  91302

PISCO, AMBER
ADDRESS AVAILABLE UPON REQUEST

PISCOPINK, ERIN
ADDRESS AVAILABLE UPON REQUEST

PISCOPO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PISEGNA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PISHAL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PISHAW, JEAN
ADDRESS AVAILABLE UPON REQUEST

PISPESHA, NOVALIA
ADDRESS AVAILABLE UPON REQUEST

PISINSKI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PISNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PISTACCHIO, ANNA
ADDRESS AVAILABLE UPON REQUEST

PISTOLA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PISTORIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PISTORIO, MARIA
ADDRESS AVAILABLE UPON REQUEST

PISTORIUS, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

PISZAK, CECILIA
ADDRESS AVAILABLE UPON REQUEST

PISZAR, JIM
ADDRESS AVAILABLE UPON REQUEST

PIT FIRE ARTISAN PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

PITARYS, JAMES
ADDRESS AVAILABLE UPON REQUEST

PITASI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PITASSI, SAM
ADDRESS AVAILABLE UPON REQUEST

PITCHER, 7596
ADDRESS AVAILABLE UPON REQUEST

PITCHER, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

PITCHER, BREANNA
ADDRESS AVAILABLE UPON REQUEST

PITCHER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PITCHER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PITCHFORD, JEAN
ADDRESS AVAILABLE UPON REQUEST

PITCHFORD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PITEO, HELEN
ADDRESS AVAILABLE UPON REQUEST

PITERA, ASHTON
ADDRESS AVAILABLE UPON REQUEST

PITERA, GRACE
ADDRESS AVAILABLE UPON REQUEST

PITERA, RUDY
ADDRESS AVAILABLE UPON REQUEST

PITINGORO, MANDY
ADDRESS AVAILABLE UPON REQUEST

PITLIK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PITOCCO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PITOCK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

PITONZO, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

PITRE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PITRE, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

PITSCHKA, CHAD
ADDRESS AVAILABLE UPON REQUEST

PITT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PITT, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

PITT, LISA
ADDRESS AVAILABLE UPON REQUEST

PITT, SAM
ADDRESS AVAILABLE UPON REQUEST

PITTARD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PITTARD, PAYTON
ADDRESS AVAILABLE UPON REQUEST

PITTARI, AMY
ADDRESS AVAILABLE UPON REQUEST

PITTE, JANE
ADDRESS AVAILABLE UPON REQUEST

PITTELLI, WENDY
ADDRESS AVAILABLE UPON REQUEST

PITTELMAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

PITTENGER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PITTINGER, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, ANDRE
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, KATEY
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, RAEGAN
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, SHANIAH
ADDRESS AVAILABLE UPON REQUEST

PITTMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

PITTMAN-CAPWELL, LELLIE
ADDRESS AVAILABLE UPON REQUEST

PITTNER, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

PITTS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PITTS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PITTS, EMERALD
ADDRESS AVAILABLE UPON REQUEST

PITTS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PITTS, LAKEISHA
ADDRESS AVAILABLE UPON REQUEST

PITTS, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

PITTS, MARTIN
ADDRESS AVAILABLE UPON REQUEST

PITTS, NANCY
ADDRESS AVAILABLE UPON REQUEST

PITTS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PITTS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PITTSLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PITTS-POWELL, JOHNITA
ADDRESS AVAILABLE UPON REQUEST

PITZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

PITZEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PITZER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PITZER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PITZER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PIUS FOHN
ADDRESS AVAILABLE UPON REQUEST

PIVAK, AMY
ADDRESS AVAILABLE UPON REQUEST

PIVARNIK, ALEX
ADDRESS AVAILABLE UPON REQUEST

PIVARNIK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PIVEC, JAY
ADDRESS AVAILABLE UPON REQUEST

PIVEN, LADA
ADDRESS AVAILABLE UPON REQUEST

PIVIK, DIANE
ADDRESS AVAILABLE UPON REQUEST

PIVOT INTERIORS INC
ADDRESS UNAVAILABLE AT TIME OF FILING

PIVOTAL PUBLIC RELATIONS, LLC
544 SOUTH SAN VICENTE BOULEVARD
LOS ANGELES, CA  90048

PIVOTAL SOFTWARE INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

PIVOVARNIK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PIXLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PIYATISSA, PUSHPA
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, ERIN
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, JANNELYNESHCKA
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, MADELLINE
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, MARIA
ADDRESS AVAILABLE UPON REQUEST

PIZARRO, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PIZZA HUT
ADDRESS UNAVAILABLE AT TIME OF FILING

PIZZA PEDDLER
ADDRESS UNAVAILABLE AT TIME OF FILING

PIZZA REPUBLICA
ADDRESS UNAVAILABLE AT TIME OF FILING

PIZZA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PIZZELLA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PIZZICA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PIZZIGONI, JOHN
ADDRESS AVAILABLE UPON REQUEST

PIZZO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PIZZO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PIZZO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PIZZUTI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PIZZUTO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PLA, ARYAM
ADDRESS AVAILABLE UPON REQUEST

PLACE, COURTENAY
ADDRESS AVAILABLE UPON REQUEST

PLACE, FARLEY
ADDRESS AVAILABLE UPON REQUEST

PLACE, JOY
ADDRESS AVAILABLE UPON REQUEST

PLACEK, KASIA
ADDRESS AVAILABLE UPON REQUEST

PLACET, DINORAH
ADDRESS AVAILABLE UPON REQUEST

PLACETTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PLACHE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PLACKO, JEFF
ADDRESS AVAILABLE UPON REQUEST

PLACKOWSKI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PLAIA, LISA
ADDRESS AVAILABLE UPON REQUEST

PLAIL, ETHAN
ADDRESS AVAILABLE UPON REQUEST

PLAISANCE, AMY
ADDRESS AVAILABLE UPON REQUEST

PLAISIMOND, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PLAISIMOND, TANIA
ADDRESS AVAILABLE UPON REQUEST

PLAISIR, JUDE
ADDRESS AVAILABLE UPON REQUEST

PLAISIR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PLAISSAY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PLAJA-CORDERO, CARMEN
ADDRESS AVAILABLE UPON REQUEST

PLAKYDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PLAMBECK, SARA
ADDRESS AVAILABLE UPON REQUEST

PLAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PLANCARTE, MALENY
ADDRESS AVAILABLE UPON REQUEST

PLANCHARD, KIPP
ADDRESS AVAILABLE UPON REQUEST

PLANCK, MALLORY
ADDRESS AVAILABLE UPON REQUEST

PLANEK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PLANGGER, ELI
ADDRESS AVAILABLE UPON REQUEST

PLANJE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PLANK, GREGORY
ADDRESS AVAILABLE UPON REQUEST

PLANKERS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PLANOLY
ADDRESS UNAVAILABLE AT TIME OF FILING

PLANSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PLANT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PLANT, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

PLANTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PLANTE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PLANTE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PLANTE, TORI
ADDRESS AVAILABLE UPON REQUEST

PLANTING, HADLEY
ADDRESS AVAILABLE UPON REQUEST

PLANTRONICS-DIRECT LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

PLANTS, KALEY
ADDRESS AVAILABLE UPON REQUEST

PLANTZ, ARIEL
ADDRESS AVAILABLE UPON REQUEST

PLANZ, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PLAS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PLASCENCIA, GRACE
ADDRESS AVAILABLE UPON REQUEST

PLASCENCIA, TANYA
ADDRESS AVAILABLE UPON REQUEST

PLASHA, SARAH
ADDRESS AVAILABLE UPON REQUEST

PLASKET, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PLASKON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PLASMYER, AVA
ADDRESS AVAILABLE UPON REQUEST

PLASSE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PLASSE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PLASTER, REGA
ADDRESS AVAILABLE UPON REQUEST

PLASTIC CARD
ADDRESS UNAVAILABLE AT TIME OF FILING

PLASTICBAGSONSALES.COM INC
(APLASTICBAG.COM)
4023 TRAILCREEK RD
RIVERSIDE, CA  92505

PLATA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PLATAS, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

PLATE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PLATENYK, KEITH
ADDRESS AVAILABLE UPON REQUEST

PLATEPASS
ADDRESS UNAVAILABLE AT TIME OF FILING

PLATH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PLATINUM SOLUTIONS LLC
9057 NW 45 STREET
SUNRISE, FL  33351

PLATO, BOB
ADDRESS AVAILABLE UPON REQUEST

PLATT, BOOTH
ADDRESS AVAILABLE UPON REQUEST

PLATT, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

PLATT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PLATT, EDITH
ADDRESS AVAILABLE UPON REQUEST

PLATT, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PLATT, ERIC
ADDRESS AVAILABLE UPON REQUEST

PLATT, GERALD
ADDRESS AVAILABLE UPON REQUEST

PLATT, HENRY
ADDRESS AVAILABLE UPON REQUEST

PLATT, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

PLATT, JOHN
ADDRESS AVAILABLE UPON REQUEST

PLATT, MELISA
ADDRESS AVAILABLE UPON REQUEST

PLATT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PLATT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PLATT, VERNITA
ADDRESS AVAILABLE UPON REQUEST

PLATT, WARRICK
ADDRESS AVAILABLE UPON REQUEST

PLATTE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PLATTE, PHILLURY
ADDRESS AVAILABLE UPON REQUEST

PLATTER, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

PLATTS, LILLY
ADDRESS AVAILABLE UPON REQUEST

PLATTUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PLATZ, CODY
ADDRESS AVAILABLE UPON REQUEST

PLATZER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PLAUGHER, AARON
ADDRESS AVAILABLE UPON REQUEST

PLAXICO, JAMES
ADDRESS AVAILABLE UPON REQUEST

PLAYA PROVISIONS
ADDRESS UNAVAILABLE AT TIME OF FILING

PLAYER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

PLAYER, WARREN
ADDRESS AVAILABLE UPON REQUEST

PLAZA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PLAZA, LOURDES
ADDRESS AVAILABLE UPON REQUEST

PLAZOLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PLEASANT, MAURITA
ADDRESS AVAILABLE UPON REQUEST

PLEASNICK, KARA
ADDRESS AVAILABLE UPON REQUEST

PLECITY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PLECKER, CHELSI
ADDRESS AVAILABLE UPON REQUEST

PLECKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PLEDGER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PLEFKA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PLEGGE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PLEGGENKUHLE, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

PLEIMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PLEIMAN, REGINA
ADDRESS AVAILABLE UPON REQUEST

PLEIN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

PLEINESS, KASIE
ADDRESS AVAILABLE UPON REQUEST

PLEISCH, NIKLAUS
ADDRESS AVAILABLE UPON REQUEST

PLEITEZ, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

PLEMMONS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PLEMMONS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PLEMONS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PLESCHA, ANN
ADDRESS AVAILABLE UPON REQUEST

PLESS, ANNA
ADDRESS AVAILABLE UPON REQUEST

PLESS, KARYN
ADDRESS AVAILABLE UPON REQUEST

PLESSETT, LINDA
ADDRESS AVAILABLE UPON REQUEST

PLETCHER, SONYA
ADDRESS AVAILABLE UPON REQUEST

PLETCHER,, JULI,
ADDRESS AVAILABLE UPON REQUEST

PLETT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PLETZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

PLEWES, DARREN
ADDRESS AVAILABLE UPON REQUEST

PLEWS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PLEYDELL-BOUVERIE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

PLICKETT, LENAH
ADDRESS AVAILABLE UPON REQUEST

PLIEGO-SANCHEZ, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PLIMPTON, EUFEMIA
ADDRESS AVAILABLE UPON REQUEST

PLINE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PLISKA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PLITNIKAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PLITSAS, ANNA
ADDRESS AVAILABLE UPON REQUEST

PLITT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PLITT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PLOCH, SARA
ADDRESS AVAILABLE UPON REQUEST

PLOCHARCZYK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PLOCICA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PLOCK, MISTY
ADDRESS AVAILABLE UPON REQUEST

PLOEN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

PLOFKER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PLOGGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PLONSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PLOOF, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PLOPLIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

PLOTKIN, RINA
ADDRESS AVAILABLE UPON REQUEST

PLOTNER, KAYLI
ADDRESS AVAILABLE UPON REQUEST

PLOTNER-HERNANDEZ, JODY
ADDRESS AVAILABLE UPON REQUEST

PLOTNIKOV, DAVID
ADDRESS AVAILABLE UPON REQUEST

PLOTNIKOVA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

PLOTT., CINDI
ADDRESS AVAILABLE UPON REQUEST

PLOTTS, CAROL
ADDRESS AVAILABLE UPON REQUEST

PLOUFFE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, DIANE
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, JEAN
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, KATLYN
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PLOURDE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PLOURDE-COLE, HALEY
ADDRESS AVAILABLE UPON REQUEST

PLOVER, AMY
ADDRESS AVAILABLE UPON REQUEST

PLOWEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PLOWMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PLOWMAN, JANEL
ADDRESS AVAILABLE UPON REQUEST

PLOWMAN, KRISTI
ADDRESS AVAILABLE UPON REQUEST

PLOWMAN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

PLOWSHAY, JULIE
ADDRESS AVAILABLE UPON REQUEST

PLS TRANSPORTATION
ADDRESS UNAVAILABLE AT TIME OF FILING

PLUCINSKI, MARK
ADDRESS AVAILABLE UPON REQUEST

PLUCKER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PLUCKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PLUCKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PLUCKNETT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PLUE, LINDA
ADDRESS AVAILABLE UPON REQUEST

PLUMB, ANNE
ADDRESS AVAILABLE UPON REQUEST

PLUMB, WENDY
ADDRESS AVAILABLE UPON REQUEST

PLUMER, JULIE
ADDRESS AVAILABLE UPON REQUEST

PLUMER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PLUMLEY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, AMY
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, BREANN
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, LYNN
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, MALONE
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, PIPER
ADDRESS AVAILABLE UPON REQUEST

PLUMMER, SHANE
ADDRESS AVAILABLE UPON REQUEST

PLUNK, MARK
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, ANNIE
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, MARIA
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, SHERRY
ADDRESS AVAILABLE UPON REQUEST

PLUNKETT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

PLURALSIGHT
DEPT CH 19719
PALATINE, IL  60055-9719

PLUS VENTURES
ADDRESS UNAVAILABLE AT TIME OF FILING

PLUSHANSKI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PLUSKWIK, CARLY
ADDRESS AVAILABLE UPON REQUEST

PLUSMEDIA, LLC
100 MILL PLAIN ROAD 4TH FLOOR
DANBURY, CT  06811

PLUT, DAVID
ADDRESS AVAILABLE UPON REQUEST

PLUTA, JANE
ADDRESS AVAILABLE UPON REQUEST

PLUTA, SHELLY
ADDRESS AVAILABLE UPON REQUEST

PLUTA-EHLERS, ARABELLA
ADDRESS AVAILABLE UPON REQUEST

PLUTE, SELENA
ADDRESS AVAILABLE UPON REQUEST

PLUTO, DIANA
ADDRESS AVAILABLE UPON REQUEST

PLUVIOSE, MISE
ADDRESS AVAILABLE UPON REQUEST

PLYLER, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PLYLER, HARRIET
ADDRESS AVAILABLE UPON REQUEST

PMITZEL, WENDY
ADDRESS AVAILABLE UPON REQUEST

PMM3MD INC 401K PROFIT SHARING PLAN
ADDRESS AVAILABLE UPON REQUEST

PNC BANK, NATL ASSOC (2616)
ATTN EILEEN BLAKE OR PROXY MGR
8800 TINICUM BLVDT
MS F6-F266-02-2
PHILADELPHIA, PA  19153

PO
ADDRESS UNAVAILABLE AT TIME OF FILING

POAGE, DEVON
ADDRESS AVAILABLE UPON REQUEST

POALISE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

POALSES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

POARCH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

POAT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POBLANO, DAVID
ADDRESS AVAILABLE UPON REQUEST

POCALYKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POCHIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

POCHINSKAS, PAM
ADDRESS AVAILABLE UPON REQUEST

POCIASK, CORINNE
ADDRESS AVAILABLE UPON REQUEST

POCIC, HEATHER
ADDRESS AVAILABLE UPON REQUEST

POCKETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

POCKNETT, SHEILA
ADDRESS AVAILABLE UPON REQUEST

POCZCIWINSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PODAS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PODCASTONE
SALES LLC
335 NORTH MAPLE DRIVE
BEVERLY HILLS, CA  90210

PODELL, LORI
ADDRESS AVAILABLE UPON REQUEST

PODERZAY, MARIA
ADDRESS AVAILABLE UPON REQUEST

PODESTA, PRISCILA
ADDRESS AVAILABLE UPON REQUEST

PODGORNIAK, JANE
ADDRESS AVAILABLE UPON REQUEST

PODGURSKI, MARCIA
ADDRESS AVAILABLE UPON REQUEST

PODGUSKI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PODIER, COMFORT
ADDRESS AVAILABLE UPON REQUEST

PODOB, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PODOLSKI, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PODOSEK, ERICA
ADDRESS AVAILABLE UPON REQUEST

PODOSEK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PODOWICZ, RILEY
ADDRESS AVAILABLE UPON REQUEST

PODPESKAR, TRACY
ADDRESS AVAILABLE UPON REQUEST

PODPLESKY, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

PODRUCHNY, ALEX
ADDRESS AVAILABLE UPON REQUEST

PODS
ADDRESS UNAVAILABLE AT TIME OF FILING

PODSIADLO, ERICA
ADDRESS AVAILABLE UPON REQUEST

PODTRAC, INC.
711 N FAYETTE STREET
ALEXANDRIA, VA  22314

PODTRAC, INC.
PO BOX 30576
ALEXANDRIA, VA  22310

POE, BRIANNAH
ADDRESS AVAILABLE UPON REQUEST

POE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

POE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

POE, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

POE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

POE, JORDANNA
ADDRESS AVAILABLE UPON REQUEST

POE, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

POE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

POE, LINDY
ADDRESS AVAILABLE UPON REQUEST

POE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

POE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

POE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POE, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

POE, TERESA
ADDRESS AVAILABLE UPON REQUEST

POE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

POE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

POEHLER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

POELSMA, GABBY
ADDRESS AVAILABLE UPON REQUEST

POEPPELMEIER, MARIA
ADDRESS AVAILABLE UPON REQUEST

POEPPELMEIER, MARK
ADDRESS AVAILABLE UPON REQUEST

POFF, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

POFFENBERGER, CHASE
ADDRESS AVAILABLE UPON REQUEST

POGANSKI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

POGGI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

POGGI, MELLIE
ADDRESS AVAILABLE UPON REQUEST

POGIOLI, MARTIN
ADDRESS AVAILABLE UPON REQUEST

POGLITSCH, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

POGODA, HALEY
ADDRESS AVAILABLE UPON REQUEST

POGORELCE, KATE
ADDRESS AVAILABLE UPON REQUEST

POGREBENKO, KYRYLO
ADDRESS AVAILABLE UPON REQUEST

POGROB, ROBYN
ADDRESS AVAILABLE UPON REQUEST

POGUE, JENNY
ADDRESS AVAILABLE UPON REQUEST

POGUE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

POGUE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

POGUE-MOHAMMED, IAN
ADDRESS AVAILABLE UPON REQUEST

PO-HAN CHEN
ADDRESS AVAILABLE UPON REQUEST

POHJOLAINEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

POHL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POHL, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

POHL, EMILY
ADDRESS AVAILABLE UPON REQUEST

POHL, KATHY
ADDRESS AVAILABLE UPON REQUEST

POHL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

POHL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

POHLABEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

POHLMAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

POHLMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

POHLMAN, LEEANN
ADDRESS AVAILABLE UPON REQUEST

POHOVEY, GENNIFER
ADDRESS AVAILABLE UPON REQUEST

POINAR, ZACH
ADDRESS AVAILABLE UPON REQUEST

POINDEXTER, B
ADDRESS AVAILABLE UPON REQUEST

POINDEXTER, BECKY
ADDRESS AVAILABLE UPON REQUEST

POINDEXTER, BECKY
ADDRESS AVAILABLE UPON REQUEST

POINDEXTER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

POINDEXTER, MINDY
ADDRESS AVAILABLE UPON REQUEST

POINTER CREATIVE INC
62 YORK ST
OTTAWA, ON  K1N 5T1
CANADA

POINTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POINTER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

POINTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

POIRIER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POIRIER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

POIRIER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

POIROT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

POIRSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

POITRAS, ALEX
ADDRESS AVAILABLE UPON REQUEST

POJE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

POJEDINEC, RONALD
ADDRESS AVAILABLE UPON REQUEST

POKE BISTRO
ADDRESS UNAVAILABLE AT TIME OF FILING

POKE POKE
ADDRESS UNAVAILABLE AT TIME OF FILING

POKER, AMY
ADDRESS AVAILABLE UPON REQUEST

POKER, ZACH
ADDRESS AVAILABLE UPON REQUEST

POKORNEY, KARI
ADDRESS AVAILABLE UPON REQUEST

POKORNY, BONNIE
ADDRESS AVAILABLE UPON REQUEST

POKORNY, BRAD
ADDRESS AVAILABLE UPON REQUEST

POKORNY, DARIENNE
ADDRESS AVAILABLE UPON REQUEST

POKORNY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

POKRANDT, IAN
ADDRESS AVAILABLE UPON REQUEST

POKRASS, SERENA
ADDRESS AVAILABLE UPON REQUEST

POKRIEFKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

POKRUD, PETE
ADDRESS AVAILABLE UPON REQUEST

POKRZYWA, TASHA
ADDRESS AVAILABLE UPON REQUEST

POL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

POLACEK, AVERY
ADDRESS AVAILABLE UPON REQUEST

POLACEK, DREW
ADDRESS AVAILABLE UPON REQUEST

POLAK, ABBY
ADDRESS AVAILABLE UPON REQUEST

POLAK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POLANCO, DAVID
ADDRESS AVAILABLE UPON REQUEST

POLANCO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

POLANCO, MABEL
ADDRESS AVAILABLE UPON REQUEST

POLANCO, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

POLAND, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

POLAND, CRAIG
ADDRESS AVAILABLE UPON REQUEST

POLAND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

POLANICH, KATY
ADDRESS AVAILABLE UPON REQUEST

POLANSKI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

POLANSKY, MARISA
ADDRESS AVAILABLE UPON REQUEST

POLASCIK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

POLASKI, ALAINA
ADDRESS AVAILABLE UPON REQUEST

POLASKO, JULIE ANN
ADDRESS AVAILABLE UPON REQUEST

POLATIN, JEE
ADDRESS AVAILABLE UPON REQUEST

POLAY, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

POLDINO, CASEY
ADDRESS AVAILABLE UPON REQUEST

POLE, AMY
ADDRESS AVAILABLE UPON REQUEST

POLE, RJ
ADDRESS AVAILABLE UPON REQUEST

POLENSKE, KARINA
ADDRESS AVAILABLE UPON REQUEST

POLEPALLE, SAPAN
ADDRESS AVAILABLE UPON REQUEST

POLETTI, CATHY
ADDRESS AVAILABLE UPON REQUEST

POLETTI, JUNE
ADDRESS AVAILABLE UPON REQUEST

POLEVOY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

POLEWARCZYK, PATTY
ADDRESS AVAILABLE UPON REQUEST

POLEY, ARIEL
ADDRESS AVAILABLE UPON REQUEST

POLGAR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

POLGLASE, AMY
ADDRESS AVAILABLE UPON REQUEST

POLHAMUS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

POLHEMUS, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

POLI, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

POLIAK, DESIREE
ADDRESS AVAILABLE UPON REQUEST

POLIAK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

POLICARPO SAGARAL
ADDRESS AVAILABLE UPON REQUEST

POLICASTRO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POLICASTRO, JUAN
ADDRESS AVAILABLE UPON REQUEST

POLICE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

POLICELLI, AMY
ADDRESS AVAILABLE UPON REQUEST

POLIDOR, NANCY
ADDRESS AVAILABLE UPON REQUEST

POLIDORO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

POLIHROM, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

POLIMENI, LESLEY
ADDRESS AVAILABLE UPON REQUEST

POLING, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

POLING, SHARLA
ADDRESS AVAILABLE UPON REQUEST

POLIO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

POLIS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

POLISCIUC, DMITRII
ADDRESS AVAILABLE UPON REQUEST

POLISKY, BLAKE
ADDRESS AVAILABLE UPON REQUEST

POLITE, JOIE
ADDRESS AVAILABLE UPON REQUEST

POLITE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POLITE, NECOLE
ADDRESS AVAILABLE UPON REQUEST

POLITI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POLITO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

POLITO, DARLENE
ADDRESS AVAILABLE UPON REQUEST

POLITO, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

POLITOWSKI, SARA
ADDRESS AVAILABLE UPON REQUEST

POLITTE, JOLEEN
ADDRESS AVAILABLE UPON REQUEST

POLITZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

POLIZZI, AMY
ADDRESS AVAILABLE UPON REQUEST

POLIZZOTTI, MARK
ADDRESS AVAILABLE UPON REQUEST

POLK, BECCA
ADDRESS AVAILABLE UPON REQUEST

POLK, CHEZLEY
ADDRESS AVAILABLE UPON REQUEST

POLK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

POLK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

POLK, ERIN
ADDRESS AVAILABLE UPON REQUEST

POLK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

POLK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POLK, KELLY
ADDRESS AVAILABLE UPON REQUEST

POLK, LARRY
ADDRESS AVAILABLE UPON REQUEST

POLK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

POLK, MIYA
ADDRESS AVAILABLE UPON REQUEST

POLK, SKYE
ADDRESS AVAILABLE UPON REQUEST

POLKE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

POLKEY, LONI
ADDRESS AVAILABLE UPON REQUEST

POLL, MARGE
ADDRESS AVAILABLE UPON REQUEST

POLLACK, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

POLLACK, CAMERON
ADDRESS AVAILABLE UPON REQUEST

POLLACK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

POLLACK, ELISSA
ADDRESS AVAILABLE UPON REQUEST

POLLACK, ELYSE
ADDRESS AVAILABLE UPON REQUEST

POLLACK, GINGER
ADDRESS AVAILABLE UPON REQUEST

POLLACK, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

POLLACK, MARGUERITE
ADDRESS AVAILABLE UPON REQUEST

POLLAK, DEREK
ADDRESS AVAILABLE UPON REQUEST

POLLAK, MARIN
ADDRESS AVAILABLE UPON REQUEST

POLLAKOFF, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

POLLARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POLLARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

POLLARD, HEIDI
ADDRESS AVAILABLE UPON REQUEST

POLLARD, JOANNE
ADDRESS AVAILABLE UPON REQUEST

POLLARD, LORI
ADDRESS AVAILABLE UPON REQUEST

POLLARD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

POLLARD, SERENA
ADDRESS AVAILABLE UPON REQUEST

POLLASTRO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

POLLEMA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

POLLERT, KARL
ADDRESS AVAILABLE UPON REQUEST

POLLERT, KARL
ADDRESS AVAILABLE UPON REQUEST

POLLERT, TREVOR
ADDRESS AVAILABLE UPON REQUEST

POLLET, MARK
ADDRESS AVAILABLE UPON REQUEST

POLLEY, KURT
ADDRESS AVAILABLE UPON REQUEST

POLLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

POLLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

POLLINA, ALEX
ADDRESS AVAILABLE UPON REQUEST

POLLIO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

POLLITT, BRE
ADDRESS AVAILABLE UPON REQUEST

POLLIZZI, TERESA
ADDRESS AVAILABLE UPON REQUEST

POLLMANN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, CINDY
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, DEB
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, ERIKKA
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, FRAN
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, JARRED
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, JOSH
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, KIM
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, LUKE
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, MARY
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POLLOCK, RYANN
ADDRESS AVAILABLE UPON REQUEST

POLLOCUFF, ERIN
ADDRESS AVAILABLE UPON REQUEST

POLLOK, EMILY
ADDRESS AVAILABLE UPON REQUEST

POLLOM, LEON
ADDRESS AVAILABLE UPON REQUEST

POLLWORTH, MARSHA
ADDRESS AVAILABLE UPON REQUEST

POLM, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

POLMANSKI, SUE
ADDRESS AVAILABLE UPON REQUEST

POLNG, SYNDI
ADDRESS AVAILABLE UPON REQUEST

POLO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POLO, BETH
ADDRESS AVAILABLE UPON REQUEST

POLO, JANICE
ADDRESS AVAILABLE UPON REQUEST

POLOGE, DEAN
ADDRESS AVAILABLE UPON REQUEST

POLONOFSKY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

POLONS, ERICA
ADDRESS AVAILABLE UPON REQUEST

POLONUS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

POLONY, FITZ
ADDRESS AVAILABLE UPON REQUEST

POLONY, JIM
ADDRESS AVAILABLE UPON REQUEST

POLOVCHENA, DOREEN
ADDRESS AVAILABLE UPON REQUEST

POLOVETS, STANISLAV
ADDRESS AVAILABLE UPON REQUEST

POLSINELLI, ANNA
ADDRESS AVAILABLE UPON REQUEST

POLSINELLI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

POLSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POLSON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

POLSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

POLSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

POLSTER, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

POLSTON, KATY
ADDRESS AVAILABLE UPON REQUEST

POLSTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POLTAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

POLTERMANN, MARION
ADDRESS AVAILABLE UPON REQUEST

POLTZER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

POLUKA, JAYSON
ADDRESS AVAILABLE UPON REQUEST

POLUSZEJKO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POLWIN, SHARON
ADDRESS AVAILABLE UPON REQUEST

POLYANSKAYA, ANNA
ADDRESS AVAILABLE UPON REQUEST

POLZEN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POMELOVA, MARGO
ADDRESS AVAILABLE UPON REQUEST

POMERANCE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

POMERANTZ, MARCIA
ADDRESS AVAILABLE UPON REQUEST

POMERANTZ, PETER
ADDRESS AVAILABLE UPON REQUEST

POMERINKE, NAGWA
ADDRESS AVAILABLE UPON REQUEST

POMEROY, CHELLYE
ADDRESS AVAILABLE UPON REQUEST

POMEROY, JUDY
ADDRESS AVAILABLE UPON REQUEST

POMEROY, KATIE
ADDRESS AVAILABLE UPON REQUEST

POMEROY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

POMFRET, DEANNA
ADDRESS AVAILABLE UPON REQUEST

POMIANOWSKI, NINA
ADDRESS AVAILABLE UPON REQUEST

POMICPIC, COREY
ADDRESS AVAILABLE UPON REQUEST

POMISH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POMMER, KAT
ADDRESS AVAILABLE UPON REQUEST

POMMERENING, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

POMORSKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

POMPA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

POMPA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POMPA, DIONE
ADDRESS AVAILABLE UPON REQUEST

POMPA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

POMPEO, JAKE
ADDRESS AVAILABLE UPON REQUEST

POMPETTE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

POMPOCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POMROY, JASON
ADDRESS AVAILABLE UPON REQUEST

POMYKAL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PONA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PONCE DE LEON, GRECIA
ADDRESS AVAILABLE UPON REQUEST

PONCE, AMY
ADDRESS AVAILABLE UPON REQUEST

PONCE, DESIREE
ADDRESS AVAILABLE UPON REQUEST

PONCE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

PONCE, JESSYKA
ADDRESS AVAILABLE UPON REQUEST

PONCE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PONCE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PONCE, LEYRA
ADDRESS AVAILABLE UPON REQUEST

PONCE, LUIS
ADDRESS AVAILABLE UPON REQUEST

PONCE, MARIA
ADDRESS AVAILABLE UPON REQUEST

PONCE, MARIA
ADDRESS AVAILABLE UPON REQUEST

PONCE, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

PONCE, YOSELIN
ADDRESS AVAILABLE UPON REQUEST

PONCE-MENDEZ, ARLENNE
ADDRESS AVAILABLE UPON REQUEST

PONCETTA, EM
ADDRESS AVAILABLE UPON REQUEST

PONCHILLIA, TINA
ADDRESS AVAILABLE UPON REQUEST

PONCIANO, DEREK
ADDRESS AVAILABLE UPON REQUEST

POND, ANEQUA
ADDRESS AVAILABLE UPON REQUEST

POND, JOYCE
ADDRESS AVAILABLE UPON REQUEST

POND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

POND5
ADDRESS UNAVAILABLE AT TIME OF FILING

PONDA, BRETT
ADDRESS AVAILABLE UPON REQUEST

PONDER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PONDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PONDER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PONDER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PONDER, LAURA
ADDRESS AVAILABLE UPON REQUEST

PONDER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PONEH GRAY
ADDRESS AVAILABLE UPON REQUEST

PONFERRADA, MILLICENT
ADDRESS AVAILABLE UPON REQUEST

PONGIA, KELLY
ADDRESS AVAILABLE UPON REQUEST

PONICH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PONKO, JEANNE
ADDRESS AVAILABLE UPON REQUEST

PONNEKANTI, MYTHILI
ADDRESS AVAILABLE UPON REQUEST

PONS, DIEGO
ADDRESS AVAILABLE UPON REQUEST

PONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

PONS, JESUS
ADDRESS AVAILABLE UPON REQUEST

PONSLER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

PONSO, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

PONSOT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PONTARELLI, DANA
ADDRESS AVAILABLE UPON REQUEST

PONTE FIRM LLC
264 BROOME ST. APT 3
NEW YORK, NY 10002

PONTE, MARY
ADDRESS AVAILABLE UPON REQUEST

PONTE-CHOW, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PONTES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PONTES, GREGG
ADDRESS AVAILABLE UPON REQUEST

PONTIGO, TATIANA
ADDRESS AVAILABLE UPON REQUEST

PONTILLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PONTILLO, SAM
ADDRESS AVAILABLE UPON REQUEST

PONTIOUS, DEVIN
ADDRESS AVAILABLE UPON REQUEST

PONTIUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

PONTONI, DIANE
ADDRESS AVAILABLE UPON REQUEST

PONTRELLI, LAURIE
ADDRESS AVAILABLE UPON REQUEST

PONTREMOLI, JACQUE
ADDRESS AVAILABLE UPON REQUEST

PONTSLER, RON
ADDRESS AVAILABLE UPON REQUEST

PONX, KALI
ADDRESS AVAILABLE UPON REQUEST

POOJA SHAH
ADDRESS AVAILABLE UPON REQUEST

POOL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

POOL, KYLIE
ADDRESS AVAILABLE UPON REQUEST

POOL, LISA
ADDRESS AVAILABLE UPON REQUEST

POOL, MEG
ADDRESS AVAILABLE UPON REQUEST

POOL, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

POOLE, ALEX
ADDRESS AVAILABLE UPON REQUEST

POOLE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

POOLE, ANITA
ADDRESS AVAILABLE UPON REQUEST

POOLE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

POOLE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

POOLE, DONNA
ADDRESS AVAILABLE UPON REQUEST

POOLE, HALEY
ADDRESS AVAILABLE UPON REQUEST

POOLE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

POOLE, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

POOLE, JASMIN
ADDRESS AVAILABLE UPON REQUEST

POOLE, JEN
ADDRESS AVAILABLE UPON REQUEST

POOLE, JENA
ADDRESS AVAILABLE UPON REQUEST

POOLE, JENNI
ADDRESS AVAILABLE UPON REQUEST

POOLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

POOLE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

POOLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

POOLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

POOLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

POOLE, KYRIAN
ADDRESS AVAILABLE UPON REQUEST

POOLE, LISA
ADDRESS AVAILABLE UPON REQUEST

POOLE, LYDIA
ADDRESS AVAILABLE UPON REQUEST

POOLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

POOLE, NAHT
ADDRESS AVAILABLE UPON REQUEST

POOLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POOLE, RORY
ADDRESS AVAILABLE UPON REQUEST

POOLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

POOLE, SHARON DIANE
ADDRESS AVAILABLE UPON REQUEST

POOLE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

POOLMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POON, EMILY
ADDRESS AVAILABLE UPON REQUEST

POON, TERI
ADDRESS AVAILABLE UPON REQUEST

POONAI, KOMAL
ADDRESS AVAILABLE UPON REQUEST

POONAWALA, VEDA
ADDRESS AVAILABLE UPON REQUEST

POONIA, ARASHDEEP
ADDRESS AVAILABLE UPON REQUEST

POORE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

POORE, KAYLAN
ADDRESS AVAILABLE UPON REQUEST

POORE, KIEL
ADDRESS AVAILABLE UPON REQUEST

POOS, BRETT
ADDRESS AVAILABLE UPON REQUEST

POOSER, MARIE
ADDRESS AVAILABLE UPON REQUEST

POOSTI, TARA
ADDRESS AVAILABLE UPON REQUEST

POOT, AMIE
ADDRESS AVAILABLE UPON REQUEST

POOVEY, SAISHA
ADDRESS AVAILABLE UPON REQUEST

POP, CORINA
ADDRESS AVAILABLE UPON REQUEST

POP, KRISTA
ADDRESS AVAILABLE UPON REQUEST

POPADIUK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

POPAL, SOLIMAN
ADDRESS AVAILABLE UPON REQUEST

POPE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POPE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

POPE, BALEY
ADDRESS AVAILABLE UPON REQUEST

POPE, BILLIE
ADDRESS AVAILABLE UPON REQUEST

POPE, CARSON
ADDRESS AVAILABLE UPON REQUEST

POPE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

POPE, CORI
ADDRESS AVAILABLE UPON REQUEST

POPE, DAVID
ADDRESS AVAILABLE UPON REQUEST

POPE, EMILY
ADDRESS AVAILABLE UPON REQUEST

POPE, EMILY
ADDRESS AVAILABLE UPON REQUEST

POPE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

POPE, JERRIANN
ADDRESS AVAILABLE UPON REQUEST

POPE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

POPE, JOE
ADDRESS AVAILABLE UPON REQUEST

POPE, JOHN
ADDRESS AVAILABLE UPON REQUEST

POPE, JOHN
ADDRESS AVAILABLE UPON REQUEST

POPE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POPE, KATIE
ADDRESS AVAILABLE UPON REQUEST

POPE, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

POPE, MIKE
ADDRESS AVAILABLE UPON REQUEST

POPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POPE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

POPE, NICKI
ADDRESS AVAILABLE UPON REQUEST

POPE, NINA
ADDRESS AVAILABLE UPON REQUEST

POPE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

POPE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POPE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

POPE, RON
ADDRESS AVAILABLE UPON REQUEST

POPE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

POPEL, NINA
ADDRESS AVAILABLE UPON REQUEST

POPESCU, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

POPHIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POPIEL, SHARON
ADDRESS AVAILABLE UPON REQUEST

POPIVCHAK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

POPKIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

POPKINS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

POPKO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

POPLAVSKAYA, VICTORIYA
ADDRESS AVAILABLE UPON REQUEST

POPLE, TRISHA
ADDRESS AVAILABLE UPON REQUEST

POPO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

POPOFF-WALKER, ROSS
ADDRESS AVAILABLE UPON REQUEST

POPOLIZIO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

POPONNE, EMELDA
ADDRESS AVAILABLE UPON REQUEST

POPOSKI, WALTER
ADDRESS AVAILABLE UPON REQUEST

POPOVA, OLHA
ADDRESS AVAILABLE UPON REQUEST

POPOVIC, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

POPOVICH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

POPOVICH, STEVIE
ADDRESS AVAILABLE UPON REQUEST

POPOW, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

POPP, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

POPP, EMMA
ADDRESS AVAILABLE UPON REQUEST

POPP, JODIE
ADDRESS AVAILABLE UPON REQUEST

POPP, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

POPPE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

POPPE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

POPPE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

POPPELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

POPPEMA, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

POPPENGA, DARIAN
ADDRESS AVAILABLE UPON REQUEST

POPPER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

POPPER, SARA
ADDRESS AVAILABLE UPON REQUEST

POPPER-KEIZER, TESSIE
ADDRESS AVAILABLE UPON REQUEST

POPPINGA, AVERY
ADDRESS AVAILABLE UPON REQUEST

POPPLEWELL, HAZEL
ADDRESS AVAILABLE UPON REQUEST

POPPS, DAVID
ADDRESS AVAILABLE UPON REQUEST

POPPY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POPSO, TOBY
ADDRESS AVAILABLE UPON REQUEST

POPTEAN, VASILE
ADDRESS AVAILABLE UPON REQUEST

POQUETTE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PORACH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PORAT, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

PORATH, JILIAN
ADDRESS AVAILABLE UPON REQUEST

PORCARO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PORCELLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PORCELLI, TONY
ADDRESS AVAILABLE UPON REQUEST

PORCENA, MILAGROS
ADDRESS AVAILABLE UPON REQUEST

PORCH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PORCHE, ELLA
ADDRESS AVAILABLE UPON REQUEST

PORCHE, PENNY
ADDRESS AVAILABLE UPON REQUEST

PORCORO-ION, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PORDES, LESLY
ADDRESS AVAILABLE UPON REQUEST

POREBSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PORES, GIA
ADDRESS AVAILABLE UPON REQUEST

PORRAS, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

PORRAS, JONI
ADDRESS AVAILABLE UPON REQUEST

PORRAS, LINO
ADDRESS AVAILABLE UPON REQUEST

PORRAS, MONICA
ADDRESS AVAILABLE UPON REQUEST

PORRAS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

PORRATA-DORIA, JADIZ
ADDRESS AVAILABLE UPON REQUEST

PORRECA, JACQUIE
ADDRESS AVAILABLE UPON REQUEST

PORRECA, RAY
ADDRESS AVAILABLE UPON REQUEST

PORRECO, SECIA
ADDRESS AVAILABLE UPON REQUEST

PORRETTA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PORRETTO, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

PORRO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PORSCHE NICOLE JACKSON
ADDRESS AVAILABLE UPON REQUEST

PORSHE FLOYD
9919 SEPULVEDA BLVD APT 19
MISSION HILLS, CA  91345

PORSOLT, JACLYN
ADDRESS AVAILABLE UPON REQUEST

PORT, DENISE
ADDRESS AVAILABLE UPON REQUEST

PORT, LANA
ADDRESS AVAILABLE UPON REQUEST

PORT, TAMARA
ADDRESS AVAILABLE UPON REQUEST

PORTACCI, TONI
ADDRESS AVAILABLE UPON REQUEST

PORTALATIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

PORTALATIN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PORTALES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PORTALES, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

PORTANOVA, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

PORTASE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PORTE, ERIN
ADDRESS AVAILABLE UPON REQUEST

PORTELA, REBECA
ADDRESS AVAILABLE UPON REQUEST

PORTELA, WILLOW
ADDRESS AVAILABLE UPON REQUEST

PORTELANCE, GRACE
ADDRESS AVAILABLE UPON REQUEST

PORTELLI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PORTELLI, DONNA
ADDRESS AVAILABLE UPON REQUEST

PORTELLO, DENNIS
ADDRESS AVAILABLE UPON REQUEST

PORTENIER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PORTEOUS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PORTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PORTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PORTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PORTER, B
ADDRESS AVAILABLE UPON REQUEST

PORTER, BILL
ADDRESS AVAILABLE UPON REQUEST

PORTER, BLADEN
ADDRESS AVAILABLE UPON REQUEST

PORTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PORTER, CALEB
ADDRESS AVAILABLE UPON REQUEST

PORTER, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

PORTER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PORTER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PORTER, CYNDY
ADDRESS AVAILABLE UPON REQUEST

PORTER, DALTON
ADDRESS AVAILABLE UPON REQUEST

PORTER, DEBBY
ADDRESS AVAILABLE UPON REQUEST

PORTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PORTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PORTER, ERICA
ADDRESS AVAILABLE UPON REQUEST

PORTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PORTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

PORTER, HALEE
ADDRESS AVAILABLE UPON REQUEST

PORTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

PORTER, JASON
ADDRESS AVAILABLE UPON REQUEST

PORTER, JENN
ADDRESS AVAILABLE UPON REQUEST

PORTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PORTER, JOSH
ADDRESS AVAILABLE UPON REQUEST

PORTER, KAI
ADDRESS AVAILABLE UPON REQUEST

PORTER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PORTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

PORTER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

PORTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

PORTER, KELIN
ADDRESS AVAILABLE UPON REQUEST

PORTER, KERRI
ADDRESS AVAILABLE UPON REQUEST

PORTER, KIM
ADDRESS AVAILABLE UPON REQUEST

PORTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PORTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PORTER, LAYNEE
ADDRESS AVAILABLE UPON REQUEST

PORTER, LEEANN
ADDRESS AVAILABLE UPON REQUEST

PORTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

PORTER, LISA
ADDRESS AVAILABLE UPON REQUEST

PORTER, LISA
ADDRESS AVAILABLE UPON REQUEST

PORTER, LORI
ADDRESS AVAILABLE UPON REQUEST

PORTER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

PORTER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PORTER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PORTER, NIA
ADDRESS AVAILABLE UPON REQUEST

PORTER, RICK
ADDRESS AVAILABLE UPON REQUEST

PORTER, ROSE
ADDRESS AVAILABLE UPON REQUEST

PORTER, RUSHEAL
ADDRESS AVAILABLE UPON REQUEST

PORTER, RUSTI
ADDRESS AVAILABLE UPON REQUEST

PORTER, RYAN
ADDRESS AVAILABLE UPON REQUEST

PORTER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PORTER, THERESE
ADDRESS AVAILABLE UPON REQUEST

PORTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PORTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PORTERA, ALYSON
ADDRESS AVAILABLE UPON REQUEST

PORTERFIELD, HANNA
ADDRESS AVAILABLE UPON REQUEST

PORTERFIELD, JAN
ADDRESS AVAILABLE UPON REQUEST

PORTES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PORTH, SOKPHOURNG
ADDRESS AVAILABLE UPON REQUEST

PORTICO HILLS VINEYARD LLC
1006 SEGOVIA CIRCLE
PLACENTIA, CA  92870

PORTILLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, HORTENCIA
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, LILIAN
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, ROSANA
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PORTILLO, TATIANA
ADDRESS AVAILABLE UPON REQUEST

PORTILLOS
ADDRESS UNAVAILABLE AT TIME OF FILING

PORTILLOS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PORTIS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

PORTMAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

PORTNER, MISTY
ADDRESS AVAILABLE UPON REQUEST

PORTNOY, ELIE
ADDRESS AVAILABLE UPON REQUEST

PORTO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PORTO, JODIE
ADDRESS AVAILABLE UPON REQUEST

PORTO, LAURA
ADDRESS AVAILABLE UPON REQUEST

PORTO, LISA
ADDRESS AVAILABLE UPON REQUEST

PORTTEUS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

PORTU, RAFAELINA
ADDRESS AVAILABLE UPON REQUEST

PORTWAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

PORTWOOD, LANCE
ADDRESS AVAILABLE UPON REQUEST

PORTWOOD, SARAH ANDERSON
ADDRESS AVAILABLE UPON REQUEST

PORWOLL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

POSADA, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

POSADA, PABLO
ADDRESS AVAILABLE UPON REQUEST

POSADA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

POSADA, WENDY
ADDRESS AVAILABLE UPON REQUEST

POSADAS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

POSANTE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

POSCH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POSES, JANET
ADDRESS AVAILABLE UPON REQUEST

POSEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

POSEY, LYDIA
ADDRESS AVAILABLE UPON REQUEST

POSEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

POSEY, SIARA
ADDRESS AVAILABLE UPON REQUEST

POSEY, TERBORIS
ADDRESS AVAILABLE UPON REQUEST

POSEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

POSHGLAM,LLC
4272 LOCH HIGHLAND PKWY
ROSWELL, GA 30075

POSILLICO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POSLUSNY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

POSLUSZNY, CARL
ADDRESS AVAILABLE UPON REQUEST

POSNER, ALEX
ADDRESS AVAILABLE UPON REQUEST

POSNER, ALISA
ADDRESS AVAILABLE UPON REQUEST

POSNER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

POSNER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

POSNER, IDA
ADDRESS AVAILABLE UPON REQUEST

POSNER, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

POSNER, NEIL
ADDRESS AVAILABLE UPON REQUEST

POSNER, TESS
ADDRESS AVAILABLE UPON REQUEST

POSNIACK, SHANTIL
ADDRESS AVAILABLE UPON REQUEST

POSS, DAVID
ADDRESS AVAILABLE UPON REQUEST

POSSAGE, KATIE
ADDRESS AVAILABLE UPON REQUEST

POSSING, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

POSSMOZER, ELLEM
ADDRESS AVAILABLE UPON REQUEST

POST NET
ADDRESS UNAVAILABLE AT TIME OF FILING

POST, ANDREW
ADDRESS AVAILABLE UPON REQUEST

POST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POST, MARTHA
ADDRESS AVAILABLE UPON REQUEST

POST, ROBERT
ADDRESS AVAILABLE UPON REQUEST

POST, SARA
ADDRESS AVAILABLE UPON REQUEST

POST, SUSAN
ADDRESS AVAILABLE UPON REQUEST

POST, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

POSTBUNNY INC
173 STARR ST. 3F
BROOKLYN, NY 11237

POSTELL, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

POSTER, CARLENE
ADDRESS AVAILABLE UPON REQUEST

POSTIANO COAST BY ALDO LA
ADDRESS UNAVAILABLE AT TIME OF FILING

POSTIE, INC.
371 ROSE AVENUE
VENICE, CA 90291

POSTIGLIONE, JONI
ADDRESS AVAILABLE UPON REQUEST

POSTIGO, MARIA VICTORIA
ADDRESS AVAILABLE UPON REQUEST

POSTIN, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

POSTLETHWAITE, STEVE
ADDRESS AVAILABLE UPON REQUEST

POSTMA, JAMES
ADDRESS AVAILABLE UPON REQUEST

POSTMA, MARTIN
ADDRESS AVAILABLE UPON REQUEST

POSTMA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POSTMATES INC
690 5TH STREET
SAN FRANCISCO, CA 94107

POSTOLACHE, TEODOR
ADDRESS AVAILABLE UPON REQUEST

POSTOLOWSKI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

POSTON, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

POSTON, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

POSTON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

POSTON, PEYTON
ADDRESS AVAILABLE UPON REQUEST

POSTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

POSTORINO, SARA
ADDRESS AVAILABLE UPON REQUEST

POTAK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POTAMITIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

POTAPOVA, MAYA
ADDRESS AVAILABLE UPON REQUEST

POTASH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

POTAVIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POTCHYNOK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

POTEAT, SCHALETTE
ADDRESS AVAILABLE UPON REQUEST

POTEAT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

POTENZA, CHELSA
ADDRESS AVAILABLE UPON REQUEST

POTESTIO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

POTGIETER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

POTH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POTHIN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

POTILLO, GENETTE
ADDRESS AVAILABLE UPON REQUEST

POTITO, KALI
ADDRESS AVAILABLE UPON REQUEST

POTKULSKI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

POTOCHNEY, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

POTOLSKY, DONNA
ADDRESS AVAILABLE UPON REQUEST

POTOMA, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

POTRAFKA, KRIS
ADDRESS AVAILABLE UPON REQUEST

POTRATZ, MARK
ADDRESS AVAILABLE UPON REQUEST

POTRATZ, THOMAS
ADDRESS AVAILABLE UPON REQUEST

POTT, EMILY
ADDRESS AVAILABLE UPON REQUEST

POTTAK, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

POTTER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

POTTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

POTTER, ANA
ADDRESS AVAILABLE UPON REQUEST

POTTER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

POTTER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

POTTER, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

POTTER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

POTTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POTTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POTTER, CORY
ADDRESS AVAILABLE UPON REQUEST

POTTER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

POTTER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

POTTER, DEREK
ADDRESS AVAILABLE UPON REQUEST

POTTER, DONALD
ADDRESS AVAILABLE UPON REQUEST

POTTER, EMMY
ADDRESS AVAILABLE UPON REQUEST

POTTER, FLO
ADDRESS AVAILABLE UPON REQUEST

POTTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

POTTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POTTER, KATIE
ADDRESS AVAILABLE UPON REQUEST

POTTER, KEYONI
ADDRESS AVAILABLE UPON REQUEST

POTTER, MARLA
ADDRESS AVAILABLE UPON REQUEST

POTTER, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

POTTER, MEG
ADDRESS AVAILABLE UPON REQUEST

POTTER, MELISA
ADDRESS AVAILABLE UPON REQUEST

POTTER, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

POTTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POTTER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

POTTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

POTTER, SHARON
ADDRESS AVAILABLE UPON REQUEST

POTTER, STACEY
ADDRESS AVAILABLE UPON REQUEST

POTTER, TRINITY
ADDRESS AVAILABLE UPON REQUEST

POTTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

POTTICHEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

POTTINGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

POTTMEYER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

POTTRATZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

POTTRATZ, RITA
ADDRESS AVAILABLE UPON REQUEST

POTTS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POTTS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POTTS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

POTTS, COLLIN
ADDRESS AVAILABLE UPON REQUEST

POTTS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

POTTS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

POTTS, ERIN
ADDRESS AVAILABLE UPON REQUEST

POTTS, JANICE
ADDRESS AVAILABLE UPON REQUEST

POTTS, JODI
ADDRESS AVAILABLE UPON REQUEST

POTTS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

POTTS, LISA
ADDRESS AVAILABLE UPON REQUEST

POTTS, MONICA
ADDRESS AVAILABLE UPON REQUEST

POTTS, RHYS
ADDRESS AVAILABLE UPON REQUEST

POTTS, SHAARON
ADDRESS AVAILABLE UPON REQUEST

POTTS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

POTUCEK, KENDRA
ADDRESS AVAILABLE UPON REQUEST

POUEY, VICKI
ADDRESS AVAILABLE UPON REQUEST

POUILLIARD, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

POUKALOVA, REGINA
ADDRESS AVAILABLE UPON REQUEST

POULIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

POULIN, BENNETT
ADDRESS AVAILABLE UPON REQUEST

POULIOPOULOS, MARY
ADDRESS AVAILABLE UPON REQUEST

POULIOT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

POULIOT, SHAY
ADDRESS AVAILABLE UPON REQUEST

POULOSKY, LAURA
ADDRESS AVAILABLE UPON REQUEST

POULSEN, DORIS
ADDRESS AVAILABLE UPON REQUEST

POULSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

POULTNEY, CHAD
ADDRESS AVAILABLE UPON REQUEST

POULTON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

POULTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

POUNCY, AMY
ADDRESS AVAILABLE UPON REQUEST

POUND, EMMA
ADDRESS AVAILABLE UPON REQUEST

POUND, ERICK
ADDRESS AVAILABLE UPON REQUEST

POUND, STELLA
ADDRESS AVAILABLE UPON REQUEST

POUNDS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

POUPART, NIKKI
ADDRESS AVAILABLE UPON REQUEST

POUPIS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

POURCIAU, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

POURCIAU, LAURA
ADDRESS AVAILABLE UPON REQUEST

POURNEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

POURPOULAKIS, ARISTOTELIS
ADDRESS AVAILABLE UPON REQUEST

POUTRE, ROBB
ADDRESS AVAILABLE UPON REQUEST

POUZYREV, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

POVALAC, STEFANI
ADDRESS AVAILABLE UPON REQUEST

POVEROMO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

POVEY, WALTER
ADDRESS AVAILABLE UPON REQUEST

POWANDA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POWCHAK, DEBRA
ADDRESS AVAILABLE UPON REQUEST

POWDERLY, JAMES
ADDRESS AVAILABLE UPON REQUEST

POWDERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

POWE, MILES
ADDRESS AVAILABLE UPON REQUEST

POWE, TIMIEKA
ADDRESS AVAILABLE UPON REQUEST

POWELL ELECTRIC
ADDRESS UNAVAILABLE AT TIME OF FILING

POWELL, AISLYNN
ADDRESS AVAILABLE UPON REQUEST

POWELL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

POWELL, ALISON
ADDRESS AVAILABLE UPON REQUEST

POWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

POWELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

POWELL, APRIL
ADDRESS AVAILABLE UPON REQUEST

POWELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

POWELL, ASZERDEE
ADDRESS AVAILABLE UPON REQUEST

POWELL, BETH
ADDRESS AVAILABLE UPON REQUEST

POWELL, BETH
ADDRESS AVAILABLE UPON REQUEST

POWELL, BILLIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

POWELL, CARRIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

POWELL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

POWELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

POWELL, CONOR
ADDRESS AVAILABLE UPON REQUEST

POWELL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

POWELL, DARLA
ADDRESS AVAILABLE UPON REQUEST

POWELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

POWELL, EBONY
ADDRESS AVAILABLE UPON REQUEST

POWELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

POWELL, FAITH
ADDRESS AVAILABLE UPON REQUEST

POWELL, GARY
ADDRESS AVAILABLE UPON REQUEST

POWELL, GIDEON
ADDRESS AVAILABLE UPON REQUEST

POWELL, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

POWELL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

POWELL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

POWELL, JAKE
ADDRESS AVAILABLE UPON REQUEST

POWELL, JASON
ADDRESS AVAILABLE UPON REQUEST

POWELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

POWELL, JESSE
ADDRESS AVAILABLE UPON REQUEST

POWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POWELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POWELL, JULIA
ADDRESS AVAILABLE UPON REQUEST

POWELL, JULIA
ADDRESS AVAILABLE UPON REQUEST

POWELL, JULIANA
ADDRESS AVAILABLE UPON REQUEST

POWELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

POWELL, KARLA JAIN
ADDRESS AVAILABLE UPON REQUEST

POWELL, KATE
ADDRESS AVAILABLE UPON REQUEST

POWELL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

POWELL, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

POWELL, KITTY
ADDRESS AVAILABLE UPON REQUEST

POWELL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

POWELL, LISA
ADDRESS AVAILABLE UPON REQUEST

POWELL, LOUISA
ADDRESS AVAILABLE UPON REQUEST

POWELL, MARCELLUS
ADDRESS AVAILABLE UPON REQUEST

POWELL, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

POWELL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

POWELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

POWELL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

POWELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

POWELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

POWELL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

POWELL, QUONISHA
ADDRESS AVAILABLE UPON REQUEST

POWELL, RAENETTE
ADDRESS AVAILABLE UPON REQUEST

POWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POWELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POWELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

POWELL, SALLY
ADDRESS AVAILABLE UPON REQUEST

POWELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

POWELL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

POWELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

POWELL, SEAN
ADDRESS AVAILABLE UPON REQUEST

POWELL, SHANE
ADDRESS AVAILABLE UPON REQUEST

POWELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

POWELL, STEPH
ADDRESS AVAILABLE UPON REQUEST

POWELL, STEPHANEY
ADDRESS AVAILABLE UPON REQUEST

POWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

POWELL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

POWELL, SWEDLINE
ADDRESS AVAILABLE UPON REQUEST

POWELL, THOMAS
ADDRESS AVAILABLE UPON REQUEST

POWELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

POWELL, TOMMY
ADDRESS AVAILABLE UPON REQUEST

POWELL, TONYA
ADDRESS AVAILABLE UPON REQUEST

POWELL, TREVOR
ADDRESS AVAILABLE UPON REQUEST

POWELL, TYLER
ADDRESS AVAILABLE UPON REQUEST

POWELL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

POWELL-SILVERS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

POWER DIGITAL MARKETING, INC.
2251 SAN DIEGO AVE., SUITE A250
SAN DIEGO, CA 92110

POWER DIGITAL MARKETING, INC.
2251 SAN DIEGO AVENUE SUITE A250
SAN DIEGO, CA 92110

POWER, AARON
ADDRESS AVAILABLE UPON REQUEST

POWER, AINE
ADDRESS AVAILABLE UPON REQUEST

POWER, ALISSA
ADDRESS AVAILABLE UPON REQUEST

POWER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

POWER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

POWER, BRETT
ADDRESS AVAILABLE UPON REQUEST

POWER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

POWER, DIANE
ADDRESS AVAILABLE UPON REQUEST

POWER, EBUN NAZON
ADDRESS AVAILABLE UPON REQUEST

POWER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

POWER, FRANCISCA
ADDRESS AVAILABLE UPON REQUEST

POWER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

POWER, JOE
ADDRESS AVAILABLE UPON REQUEST

POWER, KAILENE
ADDRESS AVAILABLE UPON REQUEST

POWER, KAREN
ADDRESS AVAILABLE UPON REQUEST

POWER, LISA
ADDRESS AVAILABLE UPON REQUEST

POWER, LUKE
ADDRESS AVAILABLE UPON REQUEST

POWER, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

POWER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

POWER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

POWER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

POWER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

POWERS, ABBY
ADDRESS AVAILABLE UPON REQUEST

POWERS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

POWERS, ALEX
ADDRESS AVAILABLE UPON REQUEST

POWERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

POWERS, ANDY
ADDRESS AVAILABLE UPON REQUEST

POWERS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

POWERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

POWERS, CATHY
ADDRESS AVAILABLE UPON REQUEST

POWERS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

POWERS, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

POWERS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

POWERS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

POWERS, CYNDIE
ADDRESS AVAILABLE UPON REQUEST

POWERS, DALE
ADDRESS AVAILABLE UPON REQUEST

POWERS, DANI
ADDRESS AVAILABLE UPON REQUEST

POWERS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

POWERS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

POWERS, DONNA
ADDRESS AVAILABLE UPON REQUEST

POWERS, ERIK
ADDRESS AVAILABLE UPON REQUEST

POWERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

POWERS, EVA
ADDRESS AVAILABLE UPON REQUEST

POWERS, GREG
ADDRESS AVAILABLE UPON REQUEST

POWERS, HALEY
ADDRESS AVAILABLE UPON REQUEST

POWERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

POWERS, HERBERT
ADDRESS AVAILABLE UPON REQUEST

POWERS, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

POWERS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

POWERS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

POWERS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

POWERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POWERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

POWERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

POWERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

POWERS, KIM & TJ
ADDRESS AVAILABLE UPON REQUEST

POWERS, LACEY
ADDRESS AVAILABLE UPON REQUEST

POWERS, LACY
ADDRESS AVAILABLE UPON REQUEST

POWERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

POWERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

POWERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

POWERS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

POWERS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

POWERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

POWERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

POWERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

POWERS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

POWERS, RUTH
ADDRESS AVAILABLE UPON REQUEST

POWERS, RYAN
ADDRESS AVAILABLE UPON REQUEST

POWERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

POWERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

POWERS, STACEY
ADDRESS AVAILABLE UPON REQUEST

POWERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

POWERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

POWERS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

POWERS, TANYA
ADDRESS AVAILABLE UPON REQUEST

POWERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

POWERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

POWERS, TESSANDRA
ADDRESS AVAILABLE UPON REQUEST

POWERS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

POWERS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

POWERS, TYLER
ADDRESS AVAILABLE UPON REQUEST

POWERS, ZOEY
ADDRESS AVAILABLE UPON REQUEST

POWESKA, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

POW-SANG, GIANMARCO
ADDRESS AVAILABLE UPON REQUEST

POYATOS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

POYDENIS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

POYDRAS, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

POYNOR, JULIE
ADDRESS AVAILABLE UPON REQUEST

POYNTER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

POZDOL, LISA4234637833
ADDRESS AVAILABLE UPON REQUEST

POZDOLL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

POZEGIJA, NADIR
ADDRESS AVAILABLE UPON REQUEST

POZEN, BRITTNAY
ADDRESS AVAILABLE UPON REQUEST

POZIN, ILYA
ADDRESS AVAILABLE UPON REQUEST

POZMANTER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

POZNEK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

POZO, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

POZOLINSKI, TEAKA
ADDRESS AVAILABLE UPON REQUEST

POZSAR, KARINA
ADDRESS AVAILABLE UPON REQUEST

POZYCKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PPA STREET METERS
ADDRESS UNAVAILABLE AT TIME OF FILING

PR NEWSWIRE ASSOCIATION, LLC
G PO BOX 5897
NEW YORK, NY 10087-5897

PRABAL GURUNG, LLC
PRABAL GURONG, LLC 247 W 37TH ST., STE
1501
NEW YORK, NY 10018

PRABHU, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

PRABHU, SNEHIT
ADDRESS AVAILABLE UPON REQUEST

PRABODH BAKSHI
ADDRESS AVAILABLE UPON REQUEST

PRACCHI, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

PRACELLA, MALLORY
ADDRESS AVAILABLE UPON REQUEST

PRACTICAL MEDIA INC.
3120 PARTRIDGE AVE
OAKLAND, CA 94605

PRACTICALATI KIDS INC
8980 OLD ANNAPOLIS RD
SUITE E/F COLUMBIA, MD 21045

PRADA, DIDI
ADDRESS AVAILABLE UPON REQUEST

PRADA, JONAH
ADDRESS AVAILABLE UPON REQUEST

PRADA, LAURA
ADDRESS AVAILABLE UPON REQUEST

PRADAS, JOAQUIN
ADDRESS AVAILABLE UPON REQUEST

PRADEEP GUPTA
ADDRESS AVAILABLE UPON REQUEST

PRADEEP MAALE NARASIMHAMURTHY
ADDRESS AVAILABLE UPON REQUEST

PRADEEP SRIPATHI
ADDRESS AVAILABLE UPON REQUEST

PRADEEP TOMAR
ADDRESS AVAILABLE UPON REQUEST

PRADHAN, BAYNAZIR
ADDRESS AVAILABLE UPON REQUEST

PRADHAN, SAYANTAN
ADDRESS AVAILABLE UPON REQUEST

PRADHAN, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

PRADO, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

PRADO, JUAN
ADDRESS AVAILABLE UPON REQUEST

PRADO, MARLA
ADDRESS AVAILABLE UPON REQUEST

PRADO, NICKOLAS
ADDRESS AVAILABLE UPON REQUEST

PRADO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PRADOS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

PRAEGER, BRENNA
ADDRESS AVAILABLE UPON REQUEST

PRAGER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PRAGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PRAHL, JULIE
ADDRESS AVAILABLE UPON REQUEST

PRAIRIE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PRAIRIE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PRAJWAL RAJ JOSHI
ADDRESS AVAILABLE UPON REQUEST

PRAKASH THIRUPPATHI
ADDRESS AVAILABLE UPON REQUEST

PRAKASH, DIVI
ADDRESS AVAILABLE UPON REQUEST

PRAKASH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PRAMIK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

PRANAMITA CHAKRABORTI
ADDRESS AVAILABLE UPON REQUEST

PRANCKEVICIUTE, IEVA
ADDRESS AVAILABLE UPON REQUEST

PRANG, LIZ
ADDRESS AVAILABLE UPON REQUEST

PRANGE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PRANGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

PRANGLEY, BECCA
ADDRESS AVAILABLE UPON REQUEST

PRANTIL, BOB
ADDRESS AVAILABLE UPON REQUEST

PRANTNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PRASAD ALAPATI
ADDRESS AVAILABLE UPON REQUEST

PRASAD, PRIYA
ADDRESS AVAILABLE UPON REQUEST

PRASAD, RAMA
ADDRESS AVAILABLE UPON REQUEST

PRASALOWICZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRASCHMA, ALEX
ADDRESS AVAILABLE UPON REQUEST

PRASEK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PRASHAD, ANITA
ADDRESS AVAILABLE UPON REQUEST

PRASSL, CAM
ADDRESS AVAILABLE UPON REQUEST

PRATA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRATAP, RAGHVENDRA
ADDRESS AVAILABLE UPON REQUEST

PRATEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

PRATER THOMPSON, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

PRATER, BREANN
ADDRESS AVAILABLE UPON REQUEST

PRATER, JASON
ADDRESS AVAILABLE UPON REQUEST

PRATHER, AISHA
ADDRESS AVAILABLE UPON REQUEST

PRATHER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

PRATHER, DANETTE
ADDRESS AVAILABLE UPON REQUEST

PRATHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PRATHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRATI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PRATI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PRATICO, RANDY
ADDRESS AVAILABLE UPON REQUEST

PRATIOTA GROUP INC
ADDRESS UNAVAILABLE AT TIME OF FILING

PRATL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRATSCHER, JASON
ADDRESS AVAILABLE UPON REQUEST

PRATT ISAACSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

PRATT, ALLY
ADDRESS AVAILABLE UPON REQUEST

PRATT, ARIANA
ADDRESS AVAILABLE UPON REQUEST

PRATT, BETSY
ADDRESS AVAILABLE UPON REQUEST

PRATT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PRATT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PRATT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PRATT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PRATT, CONNOR
ADDRESS AVAILABLE UPON REQUEST

PRATT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PRATT, JODI
ADDRESS AVAILABLE UPON REQUEST

PRATT, JODIE
ADDRESS AVAILABLE UPON REQUEST

PRATT, JOHN
ADDRESS AVAILABLE UPON REQUEST

PRATT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PRATT, KARA
ADDRESS AVAILABLE UPON REQUEST

PRATT, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

PRATT, LORETTA
ADDRESS AVAILABLE UPON REQUEST

PRATT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PRATT, MARY
ADDRESS AVAILABLE UPON REQUEST

PRATT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PRATT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PRATT, RICK
ADDRESS AVAILABLE UPON REQUEST

PRATT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PRATT, RUTH
ADDRESS AVAILABLE UPON REQUEST

PRATT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRATT, TANNER
ADDRESS AVAILABLE UPON REQUEST

PRATTEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PRATTS, BELINDA
ADDRESS AVAILABLE UPON REQUEST

PRAUS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PRAVATTA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PRAVEENA SUNDARRAJ
ADDRESS AVAILABLE UPON REQUEST

PRAVIN XAVIER GNANASEKHAR
ADDRESS AVAILABLE UPON REQUEST

PRAWUCKI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

PRAY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PRAYSON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PRAYTHER, JEANNE
ADDRESS AVAILABLE UPON REQUEST

PRAZAK, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

PREAS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PREBARICH, ALEX
ADDRESS AVAILABLE UPON REQUEST

PREBLE, JON
ADDRESS AVAILABLE UPON REQUEST

PRECEPT WINE BRANDS
ADDRESS UNAVAILABLE AT TIME OF FILING

PRECIADO, CARMELA
ADDRESS AVAILABLE UPON REQUEST

PRECIADO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

PRECIADO, KATHYA
ADDRESS AVAILABLE UPON REQUEST

PRECIADO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

PRECIOUS BRYAN
ADDRESS AVAILABLE UPON REQUEST

PRECISION CAD
719 SOUTH LOS ANGELES STREET SUITE 376
LOS ANGELES, CA  90014

PRECISION PRODUCTS GROUP, INC.
(AARDVARK THE ORIGINAL PAPER STRAW)
P.O. BOX 80400
FORT WAYNE, IN  46898-0400

PRECISION ROLLER
ADDRESS UNAVAILABLE AT TIME OF FILING

PRECOURT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PREDDY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PREDIGER, KERI
ADDRESS AVAILABLE UPON REQUEST

PREDL, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PREECE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PREEDOM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PREETAM MAHAJAN
ADDRESS AVAILABLE UPON REQUEST

PREFONTAINE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PREGLER, KASEY
ADDRESS AVAILABLE UPON REQUEST

PREGO, INDHIRA
ADDRESS AVAILABLE UPON REQUEST

PREGONT, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

PREHODA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PREHODA, ELISE
ADDRESS AVAILABLE UPON REQUEST

PREINER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PREKOP, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

PREKSTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PRELEYKO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRELL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRELL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

PRELLWITZ, JARED
ADDRESS AVAILABLE UPON REQUEST

PREM, EMILY
ADDRESS AVAILABLE UPON REQUEST

PREMA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PREMEAUX, TERRI
ADDRESS AVAILABLE UPON REQUEST

PREMIUM VINS SOURCING
1 BERTIN
MONTAGNE 33570
FRANCE

PREMIUMBEAT.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

PREMO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PREMO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PREMPEH, ADELAIDE
ADDRESS AVAILABLE UPON REQUEST

PREMRANJAN SINGH
ADDRESS AVAILABLE UPON REQUEST

PREMUS, MARIA
ADDRESS AVAILABLE UPON REQUEST

PREMVAREE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PRENATT, ATHENA
ADDRESS AVAILABLE UPON REQUEST

PRENATT, CORINNE
ADDRESS AVAILABLE UPON REQUEST

PRENDEVILLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRENGER, ALENA
ADDRESS AVAILABLE UPON REQUEST

PRENGER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, CASEY
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, DONNA
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, EMILY
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, MARY
ADDRESS AVAILABLE UPON REQUEST

PRENTICE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PRENTISS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

PREOBRAZHENSKAYA, DANA
ADDRESS AVAILABLE UPON REQUEST

PRERENDER
ADDRESS UNAVAILABLE AT TIME OF FILING

PRERENDER.IO
ADDRESS UNAVAILABLE AT TIME OF FILING

PRESBURY, ALINA
ADDRESS AVAILABLE UPON REQUEST

PRESBY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, ALISON
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, BRIGHAM
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, COREY
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, LINDA
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, LISA
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, MERLE
ADDRESS AVAILABLE UPON REQUEST

PRESCOTT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PRESGRAVES, ERIN
ADDRESS AVAILABLE UPON REQUEST

PRESKEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRESKITT, JAMIE HOWARD
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, MARLA
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

PRESLEY, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

PRESNULL, EMILY
ADDRESS AVAILABLE UPON REQUEST

PRESS CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

PRESS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PRESS, HILARY
ADDRESS AVAILABLE UPON REQUEST

PRESS, LISA
ADDRESS AVAILABLE UPON REQUEST

PRESS, MAYA
ADDRESS AVAILABLE UPON REQUEST

PRESSENTIN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PRESSLER, BEN
ADDRESS AVAILABLE UPON REQUEST

PRESSLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, AJA
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, APRIL
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, KELLI
ADDRESS AVAILABLE UPON REQUEST

PRESSLEY, LEE
ADDRESS AVAILABLE UPON REQUEST

PRESTENBACH, LAUREN AMBER
ADDRESS AVAILABLE UPON REQUEST

PRESTI, DIANE
ADDRESS AVAILABLE UPON REQUEST

PRESTIA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PRESTIANNE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PRESTINARIO, ERIN
ADDRESS AVAILABLE UPON REQUEST

PRESTINE-LOWERY, NELLIE
ADDRESS AVAILABLE UPON REQUEST

PRESTON DOYLE TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ALEX
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ANN C
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PRESTON, BECCA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, DANA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

PRESTON, GINA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRESTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

PRESTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

PRESTON, KENNY
ADDRESS AVAILABLE UPON REQUEST

PRESTON, KIM
ADDRESS AVAILABLE UPON REQUEST

PRESTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRESTON, LEVI
ADDRESS AVAILABLE UPON REQUEST

PRESTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRESTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRESTON, MARY KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PRESTON, MECCA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRESTON, RIAN
ADDRESS AVAILABLE UPON REQUEST

PRESTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

PRESTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PRESTON, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

PRESTON, WILL
ADDRESS AVAILABLE UPON REQUEST

PRESTOY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PRESTRIDGE, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

PRESTRIDGE, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

PRESTWOOD, JACOBY
ADDRESS AVAILABLE UPON REQUEST

PRESUTTI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PRESZLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

PRET A MANGER
ADDRESS UNAVAILABLE AT TIME OF FILING

PRETSFELDER DEMCHICK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PRETTYMAN, CORD
ADDRESS AVAILABLE UPON REQUEST

PRETZER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PREUSS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

PREUSS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

PREUSSE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PREVATT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PREVATT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PREVE, FRANK
ADDRESS AVAILABLE UPON REQUEST

PREVETTE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PREVETTE, JULIE
ADDRESS AVAILABLE UPON REQUEST

PREVETTE, VICKIE
ADDRESS AVAILABLE UPON REQUEST

PREVILLE, ZACHERY
ADDRESS AVAILABLE UPON REQUEST

PREVILON, DIEULENE
ADDRESS AVAILABLE UPON REQUEST

PREVIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PREVITE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PREVITE, KATE
ADDRESS AVAILABLE UPON REQUEST

PREVITI, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

PREVO, JASON
ADDRESS AVAILABLE UPON REQUEST

PREVOST, DEBRA
ADDRESS AVAILABLE UPON REQUEST

PREVOST, JOCLYN
ADDRESS AVAILABLE UPON REQUEST

PREVOST, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

PREVOST, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

PREVOT, SARA
ADDRESS AVAILABLE UPON REQUEST

PREWITT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

PREWITT, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

PREWITT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

PREWITT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PREYERS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PREZIOSO, DEVIN
ADDRESS AVAILABLE UPON REQUEST

PREZIOSO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PREZIOSO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PRIAL, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PRIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRIBBENO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

PRIBE, RUTH
ADDRESS AVAILABLE UPON REQUEST

PRIBEASU, SARA
ADDRESS AVAILABLE UPON REQUEST

PRICCO, ERNIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PRICE, ALISSA
ADDRESS AVAILABLE UPON REQUEST

PRICE, ALIYAH
ADDRESS AVAILABLE UPON REQUEST

PRICE, ALYSON
ADDRESS AVAILABLE UPON REQUEST

PRICE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRICE, AMI
ADDRESS AVAILABLE UPON REQUEST

PRICE, AMY
ADDRESS AVAILABLE UPON REQUEST

PRICE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PRICE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PRICE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PRICE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PRICE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PRICE, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

PRICE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PRICE, BRET
ADDRESS AVAILABLE UPON REQUEST

PRICE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PRICE, CAPRI
ADDRESS AVAILABLE UPON REQUEST

PRICE, CAROL
ADDRESS AVAILABLE UPON REQUEST

PRICE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PRICE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

PRICE, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

PRICE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PRICE, DAN
ADDRESS AVAILABLE UPON REQUEST

PRICE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

PRICE, DYNA
ADDRESS AVAILABLE UPON REQUEST

PRICE, ED
ADDRESS AVAILABLE UPON REQUEST

PRICE, EMMA
ADDRESS AVAILABLE UPON REQUEST

PRICE, GAELYN
ADDRESS AVAILABLE UPON REQUEST

PRICE, HALEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, HALEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, HANK
ADDRESS AVAILABLE UPON REQUEST

PRICE, HEIDI (DONNA)
ADDRESS AVAILABLE UPON REQUEST

PRICE, HERSH
ADDRESS AVAILABLE UPON REQUEST

PRICE, JAIME
ADDRESS AVAILABLE UPON REQUEST

PRICE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRICE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, JAN
ADDRESS AVAILABLE UPON REQUEST

PRICE, JANE
ADDRESS AVAILABLE UPON REQUEST

PRICE, JANNA
ADDRESS AVAILABLE UPON REQUEST

PRICE, JASON
ADDRESS AVAILABLE UPON REQUEST

PRICE, JENNA
ADDRESS AVAILABLE UPON REQUEST

PRICE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRICE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, JOY
ADDRESS AVAILABLE UPON REQUEST

PRICE, JULIA
ADDRESS AVAILABLE UPON REQUEST

PRICE, KACIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PRICE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PRICE, KELLY
ADDRESS AVAILABLE UPON REQUEST

PRICE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, KERRY
ADDRESS AVAILABLE UPON REQUEST

PRICE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PRICE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PRICE, KYLEE
ADDRESS AVAILABLE UPON REQUEST

PRICE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRICE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, LILY
ADDRESS AVAILABLE UPON REQUEST

PRICE, LORI
ADDRESS AVAILABLE UPON REQUEST

PRICE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, MARY
ADDRESS AVAILABLE UPON REQUEST

PRICE, MATHEW
ADDRESS AVAILABLE UPON REQUEST

PRICE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PRICE, MAYA
ADDRESS AVAILABLE UPON REQUEST

PRICE, MELODY
ADDRESS AVAILABLE UPON REQUEST

PRICE, MELODY
ADDRESS AVAILABLE UPON REQUEST

PRICE, MIA
ADDRESS AVAILABLE UPON REQUEST

PRICE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PRICE, NATALYA
ADDRESS AVAILABLE UPON REQUEST

PRICE, NICA
ADDRESS AVAILABLE UPON REQUEST

PRICE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRICE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRICE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PRICE, RAINA
ADDRESS AVAILABLE UPON REQUEST

PRICE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

PRICE, RYAN
ADDRESS AVAILABLE UPON REQUEST

PRICE, SHAERRA
ADDRESS AVAILABLE UPON REQUEST

PRICE, SHANA
ADDRESS AVAILABLE UPON REQUEST

PRICE, SHARON
ADDRESS AVAILABLE UPON REQUEST

PRICE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

PRICE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PRICE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PRICE, TESSA
ADDRESS AVAILABLE UPON REQUEST

PRICE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

PRICE, TYLER
ADDRESS AVAILABLE UPON REQUEST

PRICE, TYLER
ADDRESS AVAILABLE UPON REQUEST

PRICE, VIVIE
ADDRESS AVAILABLE UPON REQUEST

PRICE, WATSON
ADDRESS AVAILABLE UPON REQUEST

PRICE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

PRICE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

PRICE-GLUNZ, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PRICE-HARDEN, TONYA
ADDRESS AVAILABLE UPON REQUEST

PRICELINE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

PRICENER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PRICE-THOMPSON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

PRICHARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRICHARD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PRICHARD, MCCARLEY
ADDRESS AVAILABLE UPON REQUEST

PRICKETT, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

PRIDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PRIDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PRIDDY, LEDDY
ADDRESS AVAILABLE UPON REQUEST

PRIDDY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PRIDE, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

PRIDE, DESHUNDRA
ADDRESS AVAILABLE UPON REQUEST

PRIDE, JOEL
ADDRESS AVAILABLE UPON REQUEST

PRIDE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PRIDEAUX, JOHN
ADDRESS AVAILABLE UPON REQUEST

PRIDE-MCNUTT, AMY
ADDRESS AVAILABLE UPON REQUEST

PRIDESTAFF, INC.
7535 N PALM AVE  101
FRESNO, CA  93711

PRIDGEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PRIDGEN, PARIS
ADDRESS AVAILABLE UPON REQUEST

PRIEBE, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

PRIEBE, KINSEY
ADDRESS AVAILABLE UPON REQUEST

PRIEBOY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PRIEDE, IEVINA
ADDRESS AVAILABLE UPON REQUEST

PRIEM, GUY
ADDRESS AVAILABLE UPON REQUEST

PRIER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PRIESSMAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

PRIEST, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PRIEST, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRIEST, KARA
ADDRESS AVAILABLE UPON REQUEST

PRIEST, RYAN
ADDRESS AVAILABLE UPON REQUEST

PRIESTAP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PRIESTER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRIESTLEY, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

PRIESTLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

PRIETO, ALYSA
ADDRESS AVAILABLE UPON REQUEST

PRIETO, ANGELY
ADDRESS AVAILABLE UPON REQUEST

PRIETO, KRIS
ADDRESS AVAILABLE UPON REQUEST

PRIETO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PRIGG, RHONDA
ADDRESS AVAILABLE UPON REQUEST

PRIGGE, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

PRIGGE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRIGGE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

PRIGGE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

PRIGGEN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PRIGNANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRIHODA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PRIKOCKIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PRILL, AARON
ADDRESS AVAILABLE UPON REQUEST

PRILOOK, ALISON
ADDRESS AVAILABLE UPON REQUEST

PRILUTSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRIMA, KYLE
ADDRESS AVAILABLE UPON REQUEST

PRIMACK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PRIMACK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PRIMAL ESSENCE
1351 MAULHARDT AVE.
OXNARD, CA  93030

PRIME ALERT SECURITY SERVICES INC.
1520 E. 33RD STREET
SIGNAL HILL, CA  90755

PRIME ALERT SECURITY SERVICES INC.
P.O. BOX 72
LAKEWOOD, CA  90714

PRIME RANK MEDIA, INC. (VISIBLE FACTORS)
7083 HOLLYWOOD BLVD, 1ST FLOOR
LOS ANGELES, CA  90028

PRIME TRUST CUSTODIAN FBO KAREN
WELLER
ADDRESS AVAILABLE UPON REQUEST

PRIME TRUST
330 S RAMPART, STE 260
SUMMERLIN, NV  89145

PRIME WINE & SPIRITS GA
3137 CHESTNUT DRIVE
DORAVILLE, GA  30340-3205

PRIME WINE & SPIRITS GEORGIA
285 WEST BROADWAY SUITE 500
NEW YORK, NY  10013

PRIME WINE & SPIRITS WA
7848 S 202ND STREET
KENT, WA  98032

PRIME, DON
ADDRESS AVAILABLE UPON REQUEST

PRIMEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRIMEAUX, BRENNA
ADDRESS AVAILABLE UPON REQUEST

PRIMEAUX-SHAW, SACHE
ADDRESS AVAILABLE UPON REQUEST

PRIMEGGIA, FRANK
ADDRESS AVAILABLE UPON REQUEST

PRIMERANO, DENISE
ADDRESS AVAILABLE UPON REQUEST

PRIMIANO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

PRIMIS, AVERY
ADDRESS AVAILABLE UPON REQUEST

PRIMO LOMIBAO
ADDRESS AVAILABLE UPON REQUEST

PRIMROSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRIMUS, ARYEH
ADDRESS AVAILABLE UPON REQUEST

PRIMUS, SHEKERAH
ADDRESS AVAILABLE UPON REQUEST

PRINCE, AARON
ADDRESS AVAILABLE UPON REQUEST

PRINCE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PRINCE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

PRINCE, ANDY
ADDRESS AVAILABLE UPON REQUEST

PRINCE, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

PRINCE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

PRINCE, CIERRA
ADDRESS AVAILABLE UPON REQUEST

PRINCE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PRINCE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PRINCE, LORRI
ADDRESS AVAILABLE UPON REQUEST

PRINCE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PRINCE, RYAN
ADDRESS AVAILABLE UPON REQUEST

PRINCE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PRINCE, SCOT
ADDRESS AVAILABLE UPON REQUEST

PRINCE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

PRINCE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PRINCIPAL LIFE INSURANCE COMPANY
SBD GRAND ISLAND
P.O BOX 10372
DES MOINES, IA  50306-0372

PRINCIPATO, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

PRINCIPE, AMY
ADDRESS AVAILABLE UPON REQUEST

PRINCIPLE
ADDRESS UNAVAILABLE AT TIME OF FILING

PRINCIVALLE, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRINDIVILLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PRINDLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRINE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PRINGLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRINGLE, LEAH
ADDRESS AVAILABLE UPON REQUEST

PRINGLE, MILES
ADDRESS AVAILABLE UPON REQUEST

PRINGLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRINGLE, WENDY
ADDRESS AVAILABLE UPON REQUEST

PRINN, BETSEY
ADDRESS AVAILABLE UPON REQUEST

PRINS, ANNE
ADDRESS AVAILABLE UPON REQUEST

PRINS, JAYNE
ADDRESS AVAILABLE UPON REQUEST

PRINTER, NICOLA
ADDRESS AVAILABLE UPON REQUEST

PRINTGLOBE
ADDRESS UNAVAILABLE AT TIME OF FILING

PRINTING SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

PRINTKEG
ADDRESS UNAVAILABLE AT TIME OF FILING

PRINTMOZ
ADDRESS UNAVAILABLE AT TIME OF FILING

PRINTUP, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PRINTZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

PRINTZ, CRISSY
ADDRESS AVAILABLE UPON REQUEST

PRINTZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRINZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PRINZ, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PRINZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRINZHORN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PRINZING, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PRINZO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PRIOLEAU, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PRIOLEAU, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

PRIOLO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

PRIOLO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

PRIOLO, TARA
ADDRESS AVAILABLE UPON REQUEST

PRIOR, ALEX
ADDRESS AVAILABLE UPON REQUEST

PRIOR, APRIL
ADDRESS AVAILABLE UPON REQUEST

PRIOR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PRIOR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

PRIORITY COMMUNICATIONS
5151 RUSSO ST
CULVER CITY, CA  90230

PRIORITY TALENT AGENCY, LLC.
1738 EAST KRAMER STREET
MESA, AZ  85203

PRIORITY WINE PASS
1481 CENTER ST
NAPA, CA  94559

PRISBE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRISBY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

PRISCAK, WEND
ADDRESS AVAILABLE UPON REQUEST

PRISCILLA CANDIFF
ADDRESS AVAILABLE UPON REQUEST

PRISCILLA FIGUEROA
ADDRESS AVAILABLE UPON REQUEST

PRISCILLA MIDDLETON
ADDRESS AVAILABLE UPON REQUEST

PRISCO, ANNA
ADDRESS AVAILABLE UPON REQUEST

PRISCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRISHA DASS
ADDRESS AVAILABLE UPON REQUEST

PRISON BREAK VINTNERS
PO BOX 765
LOS OLIVOS, CA 93441

PRITCHARD, ANEITA
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, BRAYDEN
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, EDDIE
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, KELSIE
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, MARK
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, MARK
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, MAURA
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, NORA
ADDRESS AVAILABLE UPON REQUEST

PRITCHARD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, ALFRIEDA
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, GILBERT
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, MARCUS
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRITCHETT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PRITI B PATEL
ADDRESS AVAILABLE UPON REQUEST

PRITI SHAH
ADDRESS AVAILABLE UPON REQUEST

PRITIKA BHAN
ADDRESS AVAILABLE UPON REQUEST

PRITSCHER, KASSIE
ADDRESS AVAILABLE UPON REQUEST

PRITTS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

PRIVERT, SARAH
ADDRESS AVAILABLE UPON REQUEST

PRIVITERA, DELIA
ADDRESS AVAILABLE UPON REQUEST

PRIVITERA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PRIYA GOPAL
ADDRESS AVAILABLE UPON REQUEST

PRIYA PATEL
ADDRESS AVAILABLE UPON REQUEST

PRIYESHKUMAR PATEL
ADDRESS AVAILABLE UPON REQUEST

PRO REGISTRATION
ADDRESS UNAVAILABLE AT TIME OF FILING

PRO, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

PROANO, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

PROBASCO, ANGIE
ADDRESS AVAILABLE UPON REQUEST

PROBASCO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

PROBASCO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PROBERT, TIM
ADDRESS AVAILABLE UPON REQUEST

PROBST, ASHLY
ADDRESS AVAILABLE UPON REQUEST

PROBST, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

PROBST, LIISA
ADDRESS AVAILABLE UPON REQUEST

PROBST, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PROBST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PROBULK SPA
RUT: 76.409.032-2 AV APOQUINDO 5583,
OFICINA 91, LAS CONDES
SANTIAGO
CHILE

PROBUS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

PROBY, FRED
ADDRESS AVAILABLE UPON REQUEST

PROCACCINO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PROCELL, CARRIE JO
ADDRESS AVAILABLE UPON REQUEST

PROCELLA, RYAN
ADDRESS AVAILABLE UPON REQUEST

PROCHILO, GUY
ADDRESS AVAILABLE UPON REQUEST

PROCHILO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PROCHNOW, JARED
ADDRESS AVAILABLE UPON REQUEST

PROCINI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PROCIUK, DENISE
ADDRESS AVAILABLE UPON REQUEST

PROCK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PROCOPIO, BREAHNA
ADDRESS AVAILABLE UPON REQUEST

PROCOPIO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PROCTER, MARLEY
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, ALISON
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, AREN
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, BRYAN
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, CAROL
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, DANA
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, ETHAN
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, JANELLA
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, JULIA
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, MARY
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, THEO
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

PROCTOR, TONI
ADDRESS AVAILABLE UPON REQUEST

PROCURE
47-51 PATIKI ROAD AVONDALE
AUCKLAND
NEW ZEALAND

PRODAFIKAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PRODEGE, LLC (SWAGBUCKS)
100 N. PACIFIC COAST HIGHWAY, 8TH FLOOR
EL SEGUNDO, CA 90245

PRODEGE, LLC (SWAGBUCKS)
100 NORTH SEPULVEDA BLVD FLOOR 8
EL SEGUNDO, CA 900245

PRODEGE, LLC (SWAGBUCKS)
DEPT LA 24252
PASADENA, CA 91185-4252

PRODORUTTI, LIANA
ADDRESS AVAILABLE UPON REQUEST

PRODUKTION INC.
307 7TH AVENUE, RM 1204
NEW YORK, NY 10001

PROEHL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PROEMM, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

PROETT, NAOMI
ADDRESS AVAILABLE UPON REQUEST

PROPAZI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PROFENNO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PROFFEN, JODI
ADDRESS AVAILABLE UPON REQUEST

PROFFITT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

PROFFITT, MARK
ADDRESS AVAILABLE UPON REQUEST

PROFITT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PROGAR, EMMA
ADDRESS AVAILABLE UPON REQUEST

PROHASKA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PROIA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

PROIETTI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

PROKAI, SARAH
ADDRESS AVAILABLE UPON REQUEST

PROKASH, LORI
ADDRESS AVAILABLE UPON REQUEST

PROKOP, MARGERY
ADDRESS AVAILABLE UPON REQUEST

PROKOPCHAK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PROKOPIK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PROKOPIN, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

PROKOPOVA, IRYNA
ADDRESS AVAILABLE UPON REQUEST

PROKOSCH, MARGHERITA
ADDRESS AVAILABLE UPON REQUEST

PROKUPEK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PROLEIKA, RON
ADDRESS AVAILABLE UPON REQUEST

PROM, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PROMBO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

PROMECENE, PAM
ADDRESS AVAILABLE UPON REQUEST

PROMEVO, LLC
1720 WILDCAT LANE SUITE 200
BURLINGTON, KY  41005

PROMINSKI BAUD, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PROMO SHOP INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

PROMOTIONAL WAREHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

PRONGUE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PRONLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

PRONOVOST, TRACY
ADDRESS AVAILABLE UPON REQUEST

PROPER, RYAN
ADDRESS AVAILABLE UPON REQUEST

PROPERSI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PROPES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PROPHET, TATIANA
ADDRESS AVAILABLE UPON REQUEST

PROPHETE, EMILIENNE
ADDRESS AVAILABLE UPON REQUEST

PROPST, EMILY
ADDRESS AVAILABLE UPON REQUEST

PROPST, ERIN
ADDRESS AVAILABLE UPON REQUEST

PROSACCO, ERICK
ADDRESS AVAILABLE UPON REQUEST

PROSCH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PROSCIA, KAREN
ADDRESS AVAILABLE UPON REQUEST

PROSE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PROSE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PROSHUTO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036-8299

PROSKY, ALEXA
ADDRESS AVAILABLE UPON REQUEST

PROSPECT BRANDS
824A HEALDSBURG AVENUE
HEALDSBURG, CA  95448

PROSPECT BRANDS
ADDRESS UNAVAILABLE AT TIME OF FILING

PROSPER, MARIE
ADDRESS AVAILABLE UPON REQUEST

PROSSER, AARON
ADDRESS AVAILABLE UPON REQUEST

PROSSER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

PROSSER, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

PROSSER, BERTRAM
ADDRESS AVAILABLE UPON REQUEST

PROSSER, DEREK
ADDRESS AVAILABLE UPON REQUEST

PROSSER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PROSSER, TARA
ADDRESS AVAILABLE UPON REQUEST

PROSSER, TED
ADDRESS AVAILABLE UPON REQUEST

PROSSNER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

PROSTAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

PROTEK CARGO, INC.
1568 AIRPORT BOULEVARD
NAPA, CA  94558

PROTHEROE, PAULA
ADDRESS AVAILABLE UPON REQUEST

PROTNICK, CLYDE
ADDRESS AVAILABLE UPON REQUEST

PROTO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PROTZMAN, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

PROUD, EMILY
ADDRESS AVAILABLE UPON REQUEST

PROUDLOCK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PROULX, EMILY
ADDRESS AVAILABLE UPON REQUEST

PROULX, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

PROULX, KELLY
ADDRESS AVAILABLE UPON REQUEST

PROULX, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

PROUSANIDOU, EVI
ADDRESS AVAILABLE UPON REQUEST

PROUSE, CAROL
ADDRESS AVAILABLE UPON REQUEST

PROUT, LANA
ADDRESS AVAILABLE UPON REQUEST

PROUTY, BIANCA
ADDRESS AVAILABLE UPON REQUEST

PROUTY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PROVAN, SHEENA
ADDRESS AVAILABLE UPON REQUEST

PROVANCE, DAWN
ADDRESS AVAILABLE UPON REQUEST

PROVDER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

PROVENCHER, COBY
ADDRESS AVAILABLE UPON REQUEST

PROVENCIO, MARINA
ADDRESS AVAILABLE UPON REQUEST

PROVENCIO, MELISA
ADDRESS AVAILABLE UPON REQUEST

PROVENZA, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PROVENZANO, CORALEI
ADDRESS AVAILABLE UPON REQUEST

PROVENZANO, GINA
ADDRESS AVAILABLE UPON REQUEST

PROVENZANO, TALIA
ADDRESS AVAILABLE UPON REQUEST

PROVENZANO, TERRY
ADDRESS AVAILABLE UPON REQUEST

PROVIDENCE, SARA
ADDRESS AVAILABLE UPON REQUEST

PROVIDENT TRUST GROUP LLC
FBO ADVANCED STRUCTURING LLC
4000 N OCEAN DR UNIT  2503
RIVIERA BEACH, FL  33404

PROVIDENT TRUST GROUP LLC
FBO JOSE A ADORNO-GARAY SOLO K
8880 W SUNSET ROAD SUITE 250
LAS VEGAS, NV  89148

PROVINCE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

PROVINCE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PROVINI, ALEX
ADDRESS AVAILABLE UPON REQUEST

PROVINS, CODI
ADDRESS AVAILABLE UPON REQUEST

PROVIVA S.R.L.
CALLE BALDINI 16.197 AGRELO
MENDOZA  CP 5509
ARGENTINA

PROVONCHA, BRENNA
ADDRESS AVAILABLE UPON REQUEST

PROVOST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

PROVOST, BETSY
ADDRESS AVAILABLE UPON REQUEST

PROVOST, EDWARD
ADDRESS AVAILABLE UPON REQUEST

PROVOST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PROVOST, LYNSEY
ADDRESS AVAILABLE UPON REQUEST

PROWITT, SUZY
ADDRESS AVAILABLE UPON REQUEST

PROZELL, SEAN
ADDRESS AVAILABLE UPON REQUEST

PRUCNAL, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

PRUD'HOMME, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

PRUDDEN, LINZY
ADDRESS AVAILABLE UPON REQUEST

PRUDEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

PRUDEN, GEORGEANE
ADDRESS AVAILABLE UPON REQUEST

PRUDENTE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PRUDHOMME, DJ
ADDRESS AVAILABLE UPON REQUEST

PRUDHOMME, GRANT
ADDRESS AVAILABLE UPON REQUEST

PRUDHOMME, STEVEN
ADDRESS AVAILABLE UPON REQUEST

PRUETT, BEKA
ADDRESS AVAILABLE UPON REQUEST

PRUETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PRUETT, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

PRUETT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

PRUGUE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PRUINELLI, LISIANE
ADDRESS AVAILABLE UPON REQUEST

PRUIT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

PRUIT, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

PRUITT, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

PRUITT, DARIAN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, GARIETY
ADDRESS AVAILABLE UPON REQUEST

PRUITT, IROZENELL
ADDRESS AVAILABLE UPON REQUEST

PRUITT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PRUITT, KAREN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PRUITT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PRUITT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, MARCQUES
ADDRESS AVAILABLE UPON REQUEST

PRUITT, MARQUISE
ADDRESS AVAILABLE UPON REQUEST

PRUITT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PRUITT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PRUITT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

PRUITT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

PRUITT, TYLER
ADDRESS AVAILABLE UPON REQUEST

PRUNEDA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

PRUNIER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

PRUNIER, MARY
ADDRESS AVAILABLE UPON REQUEST

PRUNTY, DRAKE
ADDRESS AVAILABLE UPON REQUEST

PRUNTY, KURT
ADDRESS AVAILABLE UPON REQUEST

PRUSER, KYLIE
ADDRESS AVAILABLE UPON REQUEST

PRUSIK, FRANK
ADDRESS AVAILABLE UPON REQUEST

PRUSINOWSKI, KELLIE
ADDRESS AVAILABLE UPON REQUEST

PRUSS, JOE
ADDRESS AVAILABLE UPON REQUEST

PRUSSAK, JORDYNE
ADDRESS AVAILABLE UPON REQUEST

PRUSSING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PRUTSMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

PRUZHANSKY, IGOR
ADDRESS AVAILABLE UPON REQUEST

PRYBELLA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PRYKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, ANITA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, BLAKE
ADDRESS AVAILABLE UPON REQUEST

PRYOR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PRYOR, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

PRYOR, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, EMILY
ADDRESS AVAILABLE UPON REQUEST

PRYOR, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

PRYOR, JENNA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

PRYOR, JULIE
ADDRESS AVAILABLE UPON REQUEST

PRYOR, KARLI
ADDRESS AVAILABLE UPON REQUEST

PRYOR, LIZA
ADDRESS AVAILABLE UPON REQUEST

PRYOR, MADDIE
ADDRESS AVAILABLE UPON REQUEST

PRYOR, MYNDI
ADDRESS AVAILABLE UPON REQUEST

PRYOR, SHUNTYA
ADDRESS AVAILABLE UPON REQUEST

PRYSE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PRYSI, SARA
ADDRESS AVAILABLE UPON REQUEST

PRYSTUPA, INNA
ADDRESS AVAILABLE UPON REQUEST

PRZEDPELSKI, TARA
ADDRESS AVAILABLE UPON REQUEST

PRZEGON, CARLI
ADDRESS AVAILABLE UPON REQUEST

PRZEMYSLAW PIOTROWSKI
ADDRESS AVAILABLE UPON REQUEST

PRZHEZHETSKAIA, KATE
ADDRESS AVAILABLE UPON REQUEST

PRZYBYLO, H J
ADDRESS AVAILABLE UPON REQUEST

PRZYBYLO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PRZYBYSZ, PETER
ADDRESS AVAILABLE UPON REQUEST

PRZYLEPA, KATE
ADDRESS AVAILABLE UPON REQUEST

PRZYMUS, JILL
ADDRESS AVAILABLE UPON REQUEST

PSAROUDIS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PSAROUDIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PSOMAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

PSZYK, MAYA
ADDRESS AVAILABLE UPON REQUEST

PTAK, SHEILA
ADDRESS AVAILABLE UPON REQUEST

PTASHUK, KSENIYA
ADDRESS AVAILABLE UPON REQUEST

PTOHOS, ERICA
ADDRESS AVAILABLE UPON REQUEST

PTOLEMY, CLARE
ADDRESS AVAILABLE UPON REQUEST

PTY, CARL
ADDRESS AVAILABLE UPON REQUEST

PU, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

PU, XIANGRONG
ADDRESS AVAILABLE UPON REQUEST

PUBBI, PAYAL
ADDRESS AVAILABLE UPON REQUEST

PUBLIC COMPANY ACCOUNTING OVERSIGHT
BOARD (PCAOB)
1666 K STREET NW
WASHINGTON, DC  20006

PUBLIC STORAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

PUBLIC WORKS
ADDRESS UNAVAILABLE AT TIME OF FILING

PUCA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PUCCETTI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PUCCI, ALEX
ADDRESS AVAILABLE UPON REQUEST

PUCCI, ANNA
ADDRESS AVAILABLE UPON REQUEST

PUCCI, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PUCCI, JODIE
ADDRESS AVAILABLE UPON REQUEST

PUCCIANO, CAROL
ADDRESS AVAILABLE UPON REQUEST

PUCCIARELLI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

PUCCINELLI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PUCCINI, TANYA
ADDRESS AVAILABLE UPON REQUEST

PUCCIO, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

PUCCIO, EMILY
ADDRESS AVAILABLE UPON REQUEST

PUCCI-SCHAEFER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PUCEL, JENNA
ADDRESS AVAILABLE UPON REQUEST

PUCHALSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

PUCHALSKI, DIANA
ADDRESS AVAILABLE UPON REQUEST

PUCHEU, KATELYN
ADDRESS AVAILABLE UPON REQUEST

PUCILOSKI, ELAINE
ADDRESS AVAILABLE UPON REQUEST

PUCKETT CONSTRUCTION
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, CAROL
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, JEREMY
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PUCKETT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

PUCLIK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

PUDDEPHATT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

PUDENZ, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

PUDENZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PUDENZ, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

PUDHORODSKY, TED AND KATHY
ADDRESS AVAILABLE UPON REQUEST

PUDIMOTT, BERNARD
ADDRESS AVAILABLE UPON REQUEST

PUDLO, FAITH
ADDRESS AVAILABLE UPON REQUEST

PUDVAH, MANON
ADDRESS AVAILABLE UPON REQUEST

PUEBLA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

PUENTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

PUENTE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

PUENTE, MARIA
ADDRESS AVAILABLE UPON REQUEST

PUENTE, MARNI
ADDRESS AVAILABLE UPON REQUEST

PUENTES, LUIS
ADDRESS AVAILABLE UPON REQUEST

PUERLING, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PUERTA, MARC
ADDRESS AVAILABLE UPON REQUEST

PUERTO RICO DEPARTMENT DE ASUNTOS
DEL CONSUMIDOR
BOX 41059
MINILLAS STATION
SAN JUAN, PR  00940-1059

PUERTO RICO DEPT OF LABOR AND
HUMAN RESOURCES
505 MUNIZ RIVERA AVENUE
GPO BOX 3088
HATO REY, PR  00918

PUERTO, LEXA
ADDRESS AVAILABLE UPON REQUEST

PUERTO, TRACY
ADDRESS AVAILABLE UPON REQUEST

PUERTO, TRACY
ADDRESS AVAILABLE UPON REQUEST

PUES, NOLAN
ADDRESS AVAILABLE UPON REQUEST

PUETZ, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

PUETZ, BAILEY
ADDRESS AVAILABLE UPON REQUEST

PUETZ, JEN
ADDRESS AVAILABLE UPON REQUEST

PUFAHL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

PUFAHL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PUFALL, SPIKE
ADDRESS AVAILABLE UPON REQUEST

PUFF, TORI
ADDRESS AVAILABLE UPON REQUEST

PUFFER, BEVELLE
ADDRESS AVAILABLE UPON REQUEST

PUFFETT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

PUGA, AMARILIS
ADDRESS AVAILABLE UPON REQUEST

PUGA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

PUGA, JUAN
ADDRESS AVAILABLE UPON REQUEST

PUGACHOV, SERGIY
ADDRESS AVAILABLE UPON REQUEST

PUGEL, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

PUGH, BETHANY
ADDRESS AVAILABLE UPON REQUEST

PUGH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

PUGH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

PUGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

PUGH, IAN
ADDRESS AVAILABLE UPON REQUEST

PUGH, JOSH
ADDRESS AVAILABLE UPON REQUEST

PUGH, LACEY
ADDRESS AVAILABLE UPON REQUEST

PUGH, LAURA
ADDRESS AVAILABLE UPON REQUEST

PUGH, LAURA
ADDRESS AVAILABLE UPON REQUEST

PUGH, LISA
ADDRESS AVAILABLE UPON REQUEST

PUGH, MARIE
ADDRESS AVAILABLE UPON REQUEST

PUGH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

PUGH, MIKA
ADDRESS AVAILABLE UPON REQUEST

PUGLIA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PUGLIA, EILEEN
ADDRESS AVAILABLE UPON REQUEST

PUGLIANO, LEIGH
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, HILARI
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, KYLE
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, NINA
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PUGLIESE, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

PUGLISI, ERIN
ADDRESS AVAILABLE UPON REQUEST

PUHALA, DAYNE
ADDRESS AVAILABLE UPON REQUEST

PUHARIC, ATHENA
ADDRESS AVAILABLE UPON REQUEST

PUIDOKAS, GINETTE
ADDRESS AVAILABLE UPON REQUEST

PUIIA, PAULA
ADDRESS AVAILABLE UPON REQUEST

PUK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

PUKA, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

PUKASEMV, NATAREEWAN
ADDRESS AVAILABLE UPON REQUEST

PULASKI, CAROLE
ADDRESS AVAILABLE UPON REQUEST

PULCINELLA, JESSIE
ADDRESS AVAILABLE UPON REQUEST

PULCZINSKI, MEG
ADDRESS AVAILABLE UPON REQUEST

PULEALII, SHEENA
ADDRESS AVAILABLE UPON REQUEST

PULERI, KRISTA
ADDRESS AVAILABLE UPON REQUEST

PULGAR, JOSE
ADDRESS AVAILABLE UPON REQUEST

PULIDINDI, JULIA
ADDRESS AVAILABLE UPON REQUEST

PULIDO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PULIDO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

PULIDO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

PULIDO, LUCIA
ADDRESS AVAILABLE UPON REQUEST

PULIDO, LUCY
ADDRESS AVAILABLE UPON REQUEST

PULIDO, RN, LUCI E.
ADDRESS AVAILABLE UPON REQUEST

PULIDO, URIEL
ADDRESS AVAILABLE UPON REQUEST

PULINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PULLEN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

PULLEN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

PULLEN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PULLEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PULLEN, SHEA
ADDRESS AVAILABLE UPON REQUEST

PULLEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

PULLEY, DALTON P.
ADDRESS AVAILABLE UPON REQUEST

PULLEY, JOY
ADDRESS AVAILABLE UPON REQUEST

PULLEY, L
ADDRESS AVAILABLE UPON REQUEST

PULLEY, RICK
ADDRESS AVAILABLE UPON REQUEST

PULLEY, TONYA
ADDRESS AVAILABLE UPON REQUEST

PULLIAM, BETH
ADDRESS AVAILABLE UPON REQUEST

PULLIAM, KARA
ADDRESS AVAILABLE UPON REQUEST

PULLIAM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PULLINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

PULLIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

PULPAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PULS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PULS, ZOE
ADDRESS AVAILABLE UPON REQUEST

PULSE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PULSFUS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PULSINELLI, ALAN
ADDRESS AVAILABLE UPON REQUEST

PULVER, EMILY
ADDRESS AVAILABLE UPON REQUEST

PULVER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

PULVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PULVERMANN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

PULZELLO, GINA
ADDRESS AVAILABLE UPON REQUEST

PUMA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PUMA, MERCY
ADDRESS AVAILABLE UPON REQUEST

PUMPHREY, ANNE
ADDRESS AVAILABLE UPON REQUEST

PUMPHREY, CRICKETTE
ADDRESS AVAILABLE UPON REQUEST

PUMPHREY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

PUMPHREY, ZACH
ADDRESS AVAILABLE UPON REQUEST

PUMPUTYTE, NERINGA
ADDRESS AVAILABLE UPON REQUEST

PUN, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

PUNAM PATEL
ADDRESS AVAILABLE UPON REQUEST

PUNAY, ALISASOL
ADDRESS AVAILABLE UPON REQUEST

PUNCH, STACEY
ADDRESS AVAILABLE UPON REQUEST

PUNCHDOWN CELLARS
ATELIER-COPAIN, LLC
1160B HOPPER AVE
SANTA ROSA, CA  95403

PUNCHES, JOLENE
ADDRESS AVAILABLE UPON REQUEST

PUNCHES, ZOE
ADDRESS AVAILABLE UPON REQUEST

PUNI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PUNIT SINGLA
ADDRESS AVAILABLE UPON REQUEST

PUNJ, RAVI
ADDRESS AVAILABLE UPON REQUEST

PUNO, BEA
ADDRESS AVAILABLE UPON REQUEST

PUNSALAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

PUNTER, MANIYA
ADDRESS AVAILABLE UPON REQUEST

PUNTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

PUNTIEL, NOHELY
ADDRESS AVAILABLE UPON REQUEST

PUNUKOLLU, HIMA
ADDRESS AVAILABLE UPON REQUEST

PUOPOLO, SHEILA
ADDRESS AVAILABLE UPON REQUEST

PURATH, ADAM
ADDRESS AVAILABLE UPON REQUEST

PURCE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, BENNINGTON
ADDRESS AVAILABLE UPON REQUEST

PURCELL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

PURCELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

PURCELL, EMMA
ADDRESS AVAILABLE UPON REQUEST

PURCELL, EVAN
ADDRESS AVAILABLE UPON REQUEST

PURCELL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

PURCELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

PURCELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, KERRY
ADDRESS AVAILABLE UPON REQUEST

PURCELL, MARYANN
ADDRESS AVAILABLE UPON REQUEST

PURCELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

PURCELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

PURCELL-MACHITA, PATTY
ADDRESS AVAILABLE UPON REQUEST

PURCHIO, JOSIANNE
ADDRESS AVAILABLE UPON REQUEST

PURCHON, MIKE
ADDRESS AVAILABLE UPON REQUEST

PURCIELLO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

PURDIE, TARA
ADDRESS AVAILABLE UPON REQUEST

PURDOM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PURDY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PURDY, CINDY
ADDRESS AVAILABLE UPON REQUEST

PURDY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

PURDY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PURDY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

PURDY, LISA
ADDRESS AVAILABLE UPON REQUEST

PURDY, SAM
ADDRESS AVAILABLE UPON REQUEST

PURDY-MARTIN, TRACY
ADDRESS AVAILABLE UPON REQUEST

PURE JOY HOME LLC
133 RHODA AVE
FAIRFEILD, CT  06824

PUREWOW
WOW MEDIA PRODUCTS, INC
1261 BROADWAY SUITE 604
NEW YORK, NY  10001

PURFUERST, KYLE
ADDRESS AVAILABLE UPON REQUEST

PURGAVIE, GINA
ADDRESS AVAILABLE UPON REQUEST

PURICA, BARBARAS
ADDRESS AVAILABLE UPON REQUEST

PURICK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PURIFOY, DAMARR
ADDRESS AVAILABLE UPON REQUEST

PURINAI, TOM
ADDRESS AVAILABLE UPON REQUEST

PURINGTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

PURINTON, MAUD
ADDRESS AVAILABLE UPON REQUEST

PURK, MEIGHEN
ADDRESS AVAILABLE UPON REQUEST

PURKAPILE, ANGEL
ADDRESS AVAILABLE UPON REQUEST

PURKAYASTHA, ANJAN
ADDRESS AVAILABLE UPON REQUEST

PURNELL, BRAKELLE
ADDRESS AVAILABLE UPON REQUEST

PURNELL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

PURNHAGEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

PUROHIT, LALIT
ADDRESS AVAILABLE UPON REQUEST

PUROLA, JAMESON
ADDRESS AVAILABLE UPON REQUEST

PURPLE WINE COMPANY, LLC
617 2ND STREET, SUITE C
PETALUMA, CA  94952

PURPORA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

PURPURA, ELLEN
ADDRESS AVAILABLE UPON REQUEST

PURPURA, MARI
ADDRESS AVAILABLE UPON REQUEST

PURPURA, NANCY
ADDRESS AVAILABLE UPON REQUEST

PURSEL, JENN OR BILL
ADDRESS AVAILABLE UPON REQUEST

PURSELL, TINA
ADDRESS AVAILABLE UPON REQUEST

PURSIFULL, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

PURSLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PURSLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PURSLEY, JJ
ADDRESS AVAILABLE UPON REQUEST

PURSLOW, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

PURSUE MANAGEMENT LIMITED DBA
CENTUS
2ND FLOOR, DOCKGATE, MERCHANTS ROAD
GALWAY
IRELAND

PURTELL, ALEX
ADDRESS AVAILABLE UPON REQUEST

PORTILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

PURVANG PATEL
ADDRESS AVAILABLE UPON REQUEST

PURVES, JULIE
ADDRESS AVAILABLE UPON REQUEST

PURVESH D PATEL
ADDRESS AVAILABLE UPON REQUEST

PURVIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PURVIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

PURVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

PURVIS, KIMBERLIN
ADDRESS AVAILABLE UPON REQUEST

PURVIS, MELIJAH
ADDRESS AVAILABLE UPON REQUEST

PURWIN, GALLA
ADDRESS AVAILABLE UPON REQUEST

PURYEAR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PURYEAR, HALEY
ADDRESS AVAILABLE UPON REQUEST

PURYEAR, HALEY
ADDRESS AVAILABLE UPON REQUEST

PURZAK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

PURZECKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

PUSATERA, AMY
ADDRESS AVAILABLE UPON REQUEST

PUSATERI, JOHN
ADDRESS AVAILABLE UPON REQUEST

PUSEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

PUSHOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PUSTEJOVSKY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

PUSZERT, LAUREL
ADDRESS AVAILABLE UPON REQUEST

PUT ME IN COACH
4939 YORK BLVD
LOS ANGELES, CA  90042

PUTCHINSKI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

PUTERBAUGH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

PUTERBAUGH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PUTERMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

PUTHOFF, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

PUTMAN, JARID
ADDRESS AVAILABLE UPON REQUEST

PUTMAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

PUTMAN, MARGE
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, JOHN
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, LISA
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, NANCY
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, PAM
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, SIMONE
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

PUTNAM, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

PUTNEY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

PUTNEY, CARLI
ADDRESS AVAILABLE UPON REQUEST

PUTNEY, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

PUTNEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

PUTNEY, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

PUTNICK, STEVE
ADDRESS AVAILABLE UPON REQUEST

PUTRUS, MONICA
ADDRESS AVAILABLE UPON REQUEST

PUTTHOFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PUTTKAMMER, JEFF
ADDRESS AVAILABLE UPON REQUEST

PUTVIN, LISA
ADDRESS AVAILABLE UPON REQUEST

PUTZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PUTZE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

PUVOGEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PUYLARA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

PUZINO, MARITZA
ADDRESS AVAILABLE UPON REQUEST

PUZIO, AGNES
ADDRESS AVAILABLE UPON REQUEST

PUZIO, AUDRA
ADDRESS AVAILABLE UPON REQUEST

PUZIO, TEDDY
ADDRESS AVAILABLE UPON REQUEST

PUZYCKI, ANA
ADDRESS AVAILABLE UPON REQUEST

PWR WINES
ADDRESS UNAVAILABLE AT TIME OF FILING

PY, BRITENI
ADDRESS AVAILABLE UPON REQUEST

PYANG VAN HMUNG
ADDRESS AVAILABLE UPON REQUEST

PYCIOR, SAMMY
ADDRESS AVAILABLE UPON REQUEST

PYE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

PYE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

PYE, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

PYERITZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

PYFER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

PYLA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

PYLAND, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

PYLE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

PYLE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

PYLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

PYLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

PYLE, LISA
ADDRESS AVAILABLE UPON REQUEST

PYLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PYLE, PERRI
ADDRESS AVAILABLE UPON REQUEST

PYLE, TIM
ADDRESS AVAILABLE UPON REQUEST

PYLES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

PYLES, ERIN
ADDRESS AVAILABLE UPON REQUEST

PYLES, JULIE
ADDRESS AVAILABLE UPON REQUEST

PYLES, SEAN
ADDRESS AVAILABLE UPON REQUEST

PYLMAN, KATHI
ADDRESS AVAILABLE UPON REQUEST

PYNCHON, LINDY
ADDRESS AVAILABLE UPON REQUEST

PYNE, SARAH
ADDRESS AVAILABLE UPON REQUEST

PYRON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

PYRTLE, KIERSTE
ADDRESS AVAILABLE UPON REQUEST

PYRZYK, WALTER
ADDRESS AVAILABLE UPON REQUEST

PYSOLA, JAIME
ADDRESS AVAILABLE UPON REQUEST

PYTLIK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

PYWELL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

Q, M
ADDRESS AVAILABLE UPON REQUEST

Q, MEGAN
ADDRESS AVAILABLE UPON REQUEST

Q, SUSAN
ADDRESS AVAILABLE UPON REQUEST

QADDOMI, AMY
ADDRESS AVAILABLE UPON REQUEST

QADER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

QAISER, SARAH
ADDRESS AVAILABLE UPON REQUEST

QAWIY, SHADRACH
ADDRESS AVAILABLE UPON REQUEST

QI, MEI
ADDRESS AVAILABLE UPON REQUEST

QI, WENDY
ADDRESS AVAILABLE UPON REQUEST

QI, YIWEI
ADDRESS AVAILABLE UPON REQUEST

QIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

QIAN, JINGYI
ADDRESS AVAILABLE UPON REQUEST

QIAN, JUNYU
ADDRESS AVAILABLE UPON REQUEST

QIANG LAI
ADDRESS AVAILABLE UPON REQUEST

QIANG, LIDIA
ADDRESS AVAILABLE UPON REQUEST

QIN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

QIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

QIN, WILSON
ADDRESS AVAILABLE UPON REQUEST

QINGLAN PAN
ADDRESS AVAILABLE UPON REQUEST

QIONG W LAZUKA
ADDRESS AVAILABLE UPON REQUEST

QIU, SALLY
ADDRESS AVAILABLE UPON REQUEST

QR CODE GENERATOR
ADDRESS UNAVAILABLE AT TIME OF FILING

QRYN, IMANI
ADDRESS AVAILABLE UPON REQUEST

QU, YOUGUI
ADDRESS AVAILABLE UPON REQUEST

QUA, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

QUACH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

QUACH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

QUACH, LISA
ADDRESS AVAILABLE UPON REQUEST

QUACH, MY
ADDRESS AVAILABLE UPON REQUEST

QUACH, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

QUACH, YVVY
ADDRESS AVAILABLE UPON REQUEST

QUACKENBUSH, DAWN
ADDRESS AVAILABLE UPON REQUEST

QUADE, JENNY
ADDRESS AVAILABLE UPON REQUEST

QUADIR, DE-ISO
ADDRESS AVAILABLE UPON REQUEST

QUADRI, KURT
ADDRESS AVAILABLE UPON REQUEST

QUAGLIA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

QUAGLIAROLI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

QUAGLIATA, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

QUAGLIATO, ALMA
ADDRESS AVAILABLE UPON REQUEST

QUAGLIETTA, ILEANA
ADDRESS AVAILABLE UPON REQUEST

QUAIL DISTRIBUTING, INC.
7735 SOUTH 134TH STREET, STE. 103
OMAHA, NE  68138

QUAIL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

QUAIL, LORI
ADDRESS AVAILABLE UPON REQUEST

QUAINTANCE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

QUAIROLI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

QUALAROO, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

QUALITY CABLE INSTALLATIONS
1796 TIPPERARY LANE
NEWBURY PARK, CA  91320

QUALITY EDIT LLC
2357 GREENFIELD AVENUE
LOS ANGELES, CA  90064

QUALITY INN AND SUITES
ADDRESS UNAVAILABLE AT TIME OF FILING

QUALMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

QUALMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

QUALTER, JEANNE
ADDRESS AVAILABLE UPON REQUEST

QUALTERE-BURCHER, ROSIE
ADDRESS AVAILABLE UPON REQUEST

QUALTERS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

QUAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

QUAM, LIBBY
ADDRESS AVAILABLE UPON REQUEST

QUAMINA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

QUAN QI
ADDRESS AVAILABLE UPON REQUEST

QUAN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

QUANCE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

QUANCE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

QUANCE, TYLER
ADDRESS AVAILABLE UPON REQUEST

QUANE, ROGER
ADDRESS AVAILABLE UPON REQUEST

QUANN, KATIE
ADDRESS AVAILABLE UPON REQUEST

QUANSTROM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

QUANTCAST CORPORATION
201 THIRD STREET, 2ND FLOOR
SAN FRANCISCO, CA  94103

QUARANTO, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

QUARESMA, SARAH
ADDRESS AVAILABLE UPON REQUEST

QUARFOTH, KATIE
ADDRESS AVAILABLE UPON REQUEST

QUARNSTROM, KENNETH
ADDRESS AVAILABLE UPON REQUEST

QUARTANA, MIKE
ADDRESS AVAILABLE UPON REQUEST

QUARTARARO, ANN
ADDRESS AVAILABLE UPON REQUEST

QUARTAROLO, TONY
ADDRESS AVAILABLE UPON REQUEST

QUARTARONE, JANET
ADDRESS AVAILABLE UPON REQUEST

QUARTE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

QUARTO, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

QUARVE, JARA
ADDRESS AVAILABLE UPON REQUEST

QUASHEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

QUATRARO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

QUATRO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

QUATTLEBAUM, GENTRY
ADDRESS AVAILABLE UPON REQUEST

QUATTLEBAUM, LAKISHA
ADDRESS AVAILABLE UPON REQUEST

QUATTRINI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

QUATTRUCCI, ESTEPHANIE
ADDRESS AVAILABLE UPON REQUEST

QUATTRUCCI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

QUAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

QUAZI, SUNNA
ADDRESS AVAILABLE UPON REQUEST

QUDUS, MARYAM
ADDRESS AVAILABLE UPON REQUEST

QUEBRAL, LYDIA
ADDRESS AVAILABLE UPON REQUEST

QUECK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

QUECK, BRAD
ADDRESS AVAILABLE UPON REQUEST

QUEDENS, PATTY
ADDRESS AVAILABLE UPON REQUEST

QUEEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

QUEEN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

QUEEN, CHAD
ADDRESS AVAILABLE UPON REQUEST

QUEEN, GREG
ADDRESS AVAILABLE UPON REQUEST

QUEEN, KALLI
ADDRESS AVAILABLE UPON REQUEST

QUEEN, KELSIE
ADDRESS AVAILABLE UPON REQUEST

QUEEN, KOHL
ADDRESS AVAILABLE UPON REQUEST

QUEEN, LORI
ADDRESS AVAILABLE UPON REQUEST

QUEEN, TARIQ
ADDRESS AVAILABLE UPON REQUEST

QUEEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

QUEENER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

QUEENO, LISA
ADDRESS AVAILABLE UPON REQUEST

QUEENSBOURROW, OMAR
ADDRESS AVAILABLE UPON REQUEST

QUEENSEN, LYNN
ADDRESS AVAILABLE UPON REQUEST

QUEIPO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

QUELLA, ANNE
ADDRESS AVAILABLE UPON REQUEST

QUELLA, CAROL
ADDRESS AVAILABLE UPON REQUEST

QUELLO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

QUENCH FINE WINES OF ARIZONA
2555 NORTH NEVADA STREET
CHANDLER, AZ  85225

QUENCH FINE WINES OF ARIZONA
4201 N. 45TH AVE.
PHOENIX, AZ  85031

QUENCH FINE WINES OF ARIZONA
4201 N. 45TH AVE.
PHOENIX, AZ  85031-2109

QUENCH FINE WINES
2555 N. NEVADA STREET
CHANDLER, AZ  85225

QUENTAL, LUIZA
ADDRESS AVAILABLE UPON REQUEST

QUENTEN WYANT
ADDRESS AVAILABLE UPON REQUEST

QUENTON LYLES
ADDRESS AVAILABLE UPON REQUEST

QUENZER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

QUENZER, JULIE
ADDRESS AVAILABLE UPON REQUEST

QUEOR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

QUERBES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

QUERBES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

QUERN, LORI
ADDRESS AVAILABLE UPON REQUEST

QUESADA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

QUESADA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

QUESADA, JENNINE
ADDRESS AVAILABLE UPON REQUEST

QUESENBERRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

QUESENBERRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

QUESNEL, AIMEE
ADDRESS AVAILABLE UPON REQUEST

QUEST 7 LLC
14201 SE PETROVITSKY ROAD SUITE A3  115
RENTON, WA  98058

QUEST GRAPHICS
2423 NORTHLINE INDUSTRIAL DR.
MARYLAND HEIGHTS, MO  63043

QUEST GROUPS LLC
755 W FRONT ST SUITE 200
BOISE, ID  83702

QUEST TRUST COMPANY
FBO LYNNE A LAPIDUS IRA
17171 PARK ROW SUITE 100
HOUSTON, TX  77084

QUESTELLES, DASLENE
ADDRESS AVAILABLE UPON REQUEST

QUESTRADE INC./CDS (5084)
ATTN AL NANJI OR PROXY MGR
5650 YONGE ST
TORONTO, ON  M2M 4G3
CANADA

QUEVEDO, ELENA
ADDRESS AVAILABLE UPON REQUEST

QUEZADA, ARIANA
ADDRESS AVAILABLE UPON REQUEST

QUEZADA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

QUEZADA, WILLOW
ADDRESS AVAILABLE UPON REQUEST

QUI RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

QUIAMBAO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

QUICK, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

QUICK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

QUICK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

QUICK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

QUICK, JASON
ADDRESS AVAILABLE UPON REQUEST

QUICK, JESSE
ADDRESS AVAILABLE UPON REQUEST

QUICK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

QUICK, MARY
ADDRESS AVAILABLE UPON REQUEST

QUICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

QUICK, TOM
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, MARIA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, MARLENA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, TANIA
ADDRESS AVAILABLE UPON REQUEST

QUIGLEY, YVONNE
ADDRESS AVAILABLE UPON REQUEST

QUIJADA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

QUIJADA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

QUIJANO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

QUIJANO, DAVID
ADDRESS AVAILABLE UPON REQUEST

QUIJANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

QUILALANG, ZARAH
ADDRESS AVAILABLE UPON REQUEST

QUILAL-LAN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

QUILES, JASMINE
ADDRESS AVAILABLE UPON REQUEST

QUILES-GONZALEZ, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

QUILICI, SARA
ADDRESS AVAILABLE UPON REQUEST

QUILL CORPORATION
ADDRESS UNAVAILABLE AT TIME OF FILING

QUILL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

QUILL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

QUILL, MARIE
ADDRESS AVAILABLE UPON REQUEST

QUILL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

QUILL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

QUILLE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

QUILLEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

QUILLEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

QUILLEN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

QUILLENS, ROBYN
ADDRESS AVAILABLE UPON REQUEST

QUILLIGAN, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

QUILLIGAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

QUILLIN, EMMA
ADDRESS AVAILABLE UPON REQUEST

QUILLING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

QUILLMAN, KAYLI
ADDRESS AVAILABLE UPON REQUEST

QUILO GONZALEZ, INDIRA
ADDRESS AVAILABLE UPON REQUEST

QUILTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

QUILTY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

QUILTY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

QUILTY, MAE
ADDRESS AVAILABLE UPON REQUEST

QUINBY, LIBBY
ADDRESS AVAILABLE UPON REQUEST

QUINBY, LISA
ADDRESS AVAILABLE UPON REQUEST

QUINCE, MARCELL
ADDRESS AVAILABLE UPON REQUEST

QUINCY BAZEN
ADDRESS AVAILABLE UPON REQUEST

QUINDLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

QUINE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

QUINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

QUIRENE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

QUINLAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

QUINLEVAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

QUINLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

QUINLISK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

QUINLIVAN, MARK
ADDRESS AVAILABLE UPON REQUEST

QUINN & CO OF NY LTD
520 EIGHTH AVENUE
NEW YORK, NY 10018

QUINN GAUMER
ADDRESS AVAILABLE UPON REQUEST

QUINN SIMEZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

QUINN, AMY
ADDRESS AVAILABLE UPON REQUEST

QUINN, ANNA
ADDRESS AVAILABLE UPON REQUEST

QUINN, ANNA
ADDRESS AVAILABLE UPON REQUEST

QUINN, ANNI
ADDRESS AVAILABLE UPON REQUEST

QUINN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

QUINN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

QUINN, CARMEL
ADDRESS AVAILABLE UPON REQUEST

QUINN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

QUINN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

QUINN, CATHY
ADDRESS AVAILABLE UPON REQUEST

QUINN, COLIN
ADDRESS AVAILABLE UPON REQUEST

QUINN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

QUINN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

QUINN, DONNA
ADDRESS AVAILABLE UPON REQUEST

QUINN, EMILY
ADDRESS AVAILABLE UPON REQUEST

QUINN, EMILY
ADDRESS AVAILABLE UPON REQUEST

QUINN, ERIN
ADDRESS AVAILABLE UPON REQUEST

QUINN, ERIN
ADDRESS AVAILABLE UPON REQUEST

QUINN, ERIN
ADDRESS AVAILABLE UPON REQUEST

QUINN, GARY
ADDRESS AVAILABLE UPON REQUEST

QUINN, JAMES
ADDRESS AVAILABLE UPON REQUEST

QUINN, JANET
ADDRESS AVAILABLE UPON REQUEST

QUINN, JEEP
ADDRESS AVAILABLE UPON REQUEST

QUINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

QUINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

QUINN, JODIE
ADDRESS AVAILABLE UPON REQUEST

QUINN, JOY
ADDRESS AVAILABLE UPON REQUEST

QUINN, KARA
ADDRESS AVAILABLE UPON REQUEST

QUINN, KAT
ADDRESS AVAILABLE UPON REQUEST

QUINN, KATE
ADDRESS AVAILABLE UPON REQUEST

QUINN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

QUINN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

QUINN, KATHY
ADDRESS AVAILABLE UPON REQUEST

QUINN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

QUINN, LAINE
ADDRESS AVAILABLE UPON REQUEST

QUINN, LAURA
ADDRESS AVAILABLE UPON REQUEST

QUINN, LAURA
ADDRESS AVAILABLE UPON REQUEST

QUINN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

QUINN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

QUINN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

QUINN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

QUINN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

QUINN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

QUINN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

QUINN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

QUINN, SUJAD
ADDRESS AVAILABLE UPON REQUEST

QUINN, TRACY
ADDRESS AVAILABLE UPON REQUEST

QUINN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

QUINN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

QUINN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

QUINN, ZOE
ADDRESS AVAILABLE UPON REQUEST

QUINNELL, AMY
ADDRESS AVAILABLE UPON REQUEST

QUINNEY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

QUINNEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

QUINN-FOWLER, WILLOW
ADDRESS AVAILABLE UPON REQUEST

QUINONES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

QUINONES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

QUINONES, CELINA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, JASMINE
ADDRESS AVAILABLE UPON REQUEST

QUINONES, JASON
ADDRESS AVAILABLE UPON REQUEST

QUINONES, LENA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, LINDA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, MARIA ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, MARITZA
ADDRESS AVAILABLE UPON REQUEST

QUINONES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

QUINONES, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

QUINONES-FUENTES, AWILDA
ADDRESS AVAILABLE UPON REQUEST

QUINONEZ, BERENICE
ADDRESS AVAILABLE UPON REQUEST

QUINONEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

QUINT, DONNA
ADDRESS AVAILABLE UPON REQUEST

QUINT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

QUINT, ZIA
ADDRESS AVAILABLE UPON REQUEST

QUINTA DA PLANSEL XDA
QUINTA DE SAO JORGE
MONTEMOR-O-NOVO  7050
PORTUGAL

QUINTAL, TANYA
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, AMBER
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, CHENAE
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, GERARDO
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, JESSIE
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, KAILEY
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, KIRA
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, LUTHER
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, MARIE
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, MONTSERRAT
ADDRESS AVAILABLE UPON REQUEST

QUINTANA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

QUINTANILLA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

QUINTANILLA, HERNAN
ADDRESS AVAILABLE UPON REQUEST

QUINTANILLA, MONICA
ADDRESS AVAILABLE UPON REQUEST

QUINTARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

QUINTELA, JOVITA
ADDRESS AVAILABLE UPON REQUEST

QUINTEN HARNESS
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, AGUSTIN
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, ALEX
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, AMY
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, IVY
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, JANETH
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, JESSIE
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, JOANNA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, JULIO
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, KARLA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, ROCIO
ADDRESS AVAILABLE UPON REQUEST

QUINTERO, RYAN
ADDRESS AVAILABLE UPON REQUEST

QUINTETO, ANA
ADDRESS AVAILABLE UPON REQUEST

QUINTON HALE
ADDRESS AVAILABLE UPON REQUEST

QUINTON LEWIS-DIGGS
ADDRESS AVAILABLE UPON REQUEST

QUINTOS, CATHY
ADDRESS AVAILABLE UPON REQUEST

QUINTUS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

QUINTYNE, JEWEL
ADDRESS AVAILABLE UPON REQUEST

QUINTYNE, JEWEL
ADDRESS AVAILABLE UPON REQUEST

QUIRANTE, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

QUIRCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

QUIRING, LISA
ADDRESS AVAILABLE UPON REQUEST

QUIRINO DE MORAIS, SEFORA
ADDRESS AVAILABLE UPON REQUEST

QUIRK, ALEXA
ADDRESS AVAILABLE UPON REQUEST

QUIRK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

QUIRK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

QUIRK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

QUIRKE, SHANE
ADDRESS AVAILABLE UPON REQUEST

QUIROGA, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

QUIROGA, MONA
ADDRESS AVAILABLE UPON REQUEST

QUIROZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

QUIROZ, JENNA
ADDRESS AVAILABLE UPON REQUEST

QUIROZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

QUIRSOLA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

QUISENBERRY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

QUIST, MARGARET
ADDRESS AVAILABLE UPON REQUEST

QUITO, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

QUITUGUA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

QUIIZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

QUIZWORKS
ADDRESS UNAVAILABLE AT TIME OF FILING

QUN WU
ADDRESS AVAILABLE UPON REQUEST

QUOC, KAT
ADDRESS AVAILABLE UPON REQUEST

QUOD, LINDA
ADDRESS AVAILABLE UPON REQUEST

QUODOMINE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

QUOI, NYANNA
ADDRESS AVAILABLE UPON REQUEST

QUON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

QUOSS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

QURESHI, MARIA
ADDRESS AVAILABLE UPON REQUEST

QURESHI, OMAR
ADDRESS AVAILABLE UPON REQUEST

QVARSELL, BJORN
ADDRESS AVAILABLE UPON REQUEST

QX WAREHOUSE INC.
2300 CORDELIA ROADD, SUITE B
FAIRFIELD, CA 94534

R & G SCHATZ FARMS
ADDRESS UNAVAILABLE AT TIME OF FILING

R ANDRADE, DAVID
ADDRESS AVAILABLE UPON REQUEST

R ANTONUCCI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

R BRAUN, DARREN
ADDRESS AVAILABLE UPON REQUEST

R DIETRICH III, JOHN
ADDRESS AVAILABLE UPON REQUEST

R JUDD, KIELE
ADDRESS AVAILABLE UPON REQUEST

R PONTING, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

R SHRON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

R SMITH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

R THOMPSON, CHAD
ADDRESS AVAILABLE UPON REQUEST

R W SALLIS PTY LTD
F/B/O ROBERT A LAWRENCE ROTH IRA
6 PARK CRESCENT
LINDEN PARK
AUSTRALIA

R WRIGHT, TARA
ADDRESS AVAILABLE UPON REQUEST

R, A
ADDRESS AVAILABLE UPON REQUEST

R, ALISON
ADDRESS AVAILABLE UPON REQUEST

R, BRIAN
ADDRESS AVAILABLE UPON REQUEST

R, CARRIE
ADDRESS AVAILABLE UPON REQUEST

R, DEBRA
ADDRESS AVAILABLE UPON REQUEST

R, GILBERT
ADDRESS AVAILABLE UPON REQUEST

R, JESSICA
ADDRESS AVAILABLE UPON REQUEST

R, JOEL
ADDRESS AVAILABLE UPON REQUEST

R, JOHN
ADDRESS AVAILABLE UPON REQUEST

R, KELSEY
ADDRESS AVAILABLE UPON REQUEST

R, KENNETH
ADDRESS AVAILABLE UPON REQUEST

R, KIMBELY
ADDRESS AVAILABLE UPON REQUEST

R, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

R, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

R, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

R, LINDA
ADDRESS AVAILABLE UPON REQUEST

R, MADILYN
ADDRESS AVAILABLE UPON REQUEST

R, MARA
ADDRESS AVAILABLE UPON REQUEST

R, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

R, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

R, NICK
ADDRESS AVAILABLE UPON REQUEST

R, OBERT
ADDRESS AVAILABLE UPON REQUEST

R, PATTI
ADDRESS AVAILABLE UPON REQUEST

R, SAAH
ADDRESS AVAILABLE UPON REQUEST

R, TIM
ADDRESS AVAILABLE UPON REQUEST

R, TINA
ADDRESS AVAILABLE UPON REQUEST

R, TRISHENA
ADDRESS AVAILABLE UPON REQUEST

R, VAIBHAV
ADDRESS AVAILABLE UPON REQUEST

R, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

R. ABBOTT, CECIL
ADDRESS AVAILABLE UPON REQUEST

R. JONES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

R. MEAUX, ANDRE
ADDRESS AVAILABLE UPON REQUEST

R. NASH, KATELIN
ADDRESS AVAILABLE UPON REQUEST

R., BEAU
ADDRESS AVAILABLE UPON REQUEST

R., NATALIE
ADDRESS AVAILABLE UPON REQUEST

R.B DWYER COMPANY, INC.
2891 E. MIRALOMA AVE
ANAHEIM, CA  92806

RA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAAB, JOELL
ADDRESS AVAILABLE UPON REQUEST

RAAB, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RAAB, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RAAD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAAF, LISA
ADDRESS AVAILABLE UPON REQUEST

RAAK, KARINA
ADDRESS AVAILABLE UPON REQUEST

RAAP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAASCH, ANN
ADDRESS AVAILABLE UPON REQUEST

RAASCH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RAASCH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RAASCH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RAAYMAKERS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

RABALAIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RABALAIS, STAN
ADDRESS AVAILABLE UPON REQUEST

RABASSA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

RABB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RABB, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RABBANI, JASMINE
ADDRESS AVAILABLE UPON REQUEST

RABBANI, SHEREEN
ADDRESS AVAILABLE UPON REQUEST

RABBAS, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

RABBE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RABBITT, SARAH
ADDRESS AVAILABLE UPON REQUEST

RABBITT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RABBLE WINE COMPANY, TOOTH & NAIL
WINERY
3090 ANDERSON DR
PASO ROBLES, CA  93446

RABE, CALLIE
ADDRESS AVAILABLE UPON REQUEST

RABE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RABE, DREW
ADDRESS AVAILABLE UPON REQUEST

RABE, KAT
ADDRESS AVAILABLE UPON REQUEST

RABE, LORI
ADDRESS AVAILABLE UPON REQUEST

RABE, TINA
ADDRESS AVAILABLE UPON REQUEST

RABEAU, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RABEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

RABER, CAROL
ADDRESS AVAILABLE UPON REQUEST

RABETSKI, TABETHA
ADDRESS AVAILABLE UPON REQUEST

RABIDEAU, EMILIE
ADDRESS AVAILABLE UPON REQUEST

RABIDEAU, JANE
ADDRESS AVAILABLE UPON REQUEST

RABIDEAU, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RABIELA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RABIN, ELISSA
ADDRESS AVAILABLE UPON REQUEST

RABIN, GLENNIE
ADDRESS AVAILABLE UPON REQUEST

RABIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RABINOVITCH, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

RABINOVITZ, DAN AND HOLLY
ADDRESS AVAILABLE UPON REQUEST

RABINOWITZ, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

RABINOWITZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RABKIN, LEAH
ADDRESS AVAILABLE UPON REQUEST

RABON, DAMON
ADDRESS AVAILABLE UPON REQUEST

RABON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

RABSKY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

RABSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RABUN, EMMA
ADDRESS AVAILABLE UPON REQUEST

RABY, MINDI
ADDRESS AVAILABLE UPON REQUEST

RABY, SALINA
ADDRESS AVAILABLE UPON REQUEST

RAC DESIGN BUILD
3048 NORTH COOLIDGE AVE
LOS ANGELES, CA  90039

RACCA, AUBREE
ADDRESS AVAILABLE UPON REQUEST

RACCHINI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RACCUGLIA, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

RACE, JAKE
ADDRESS AVAILABLE UPON REQUEST

RACE, JOHN
ADDRESS AVAILABLE UPON REQUEST

RACE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

RACELA LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

RACER LLC
813 CLOVERCREST DRIVE
ALEXANDRIA, VA  22314

RACEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RACHAEL COSTA
ADDRESS AVAILABLE UPON REQUEST

RACHAEL ELIZABETH BOWEN
ADDRESS AVAILABLE UPON REQUEST

RACHAEL FIELD
ADDRESS AVAILABLE UPON REQUEST

RACHAEL MAGGIO
ADDRESS AVAILABLE UPON REQUEST

RACHAEL SHIEBLER
ADDRESS AVAILABLE UPON REQUEST

RACHAEL SHIEBLER
ADDRESS AVAILABLE UPON REQUEST

RACHAEL STARRY
ADDRESS AVAILABLE UPON REQUEST

RACHAEL, REGINA
ADDRESS AVAILABLE UPON REQUEST

RACHAL, BRITNI
ADDRESS AVAILABLE UPON REQUEST

RACHAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

RACHDORF, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

RACHEK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RACHEL ABENA AMOAKO
ADDRESS AVAILABLE UPON REQUEST

RACHEL BARG
ADDRESS AVAILABLE UPON REQUEST

RACHEL BROWN SEYMOUR
ADDRESS AVAILABLE UPON REQUEST

RACHEL BROWN
ADDRESS AVAILABLE UPON REQUEST

RACHEL ERDMAN
ADDRESS AVAILABLE UPON REQUEST

RACHEL FIGUERAS
ADDRESS AVAILABLE UPON REQUEST

RACHEL FOX
ADDRESS AVAILABLE UPON REQUEST

RACHEL FROST
ADDRESS AVAILABLE UPON REQUEST

RACHEL HOLZMAN
ADDRESS AVAILABLE UPON REQUEST

RACHEL HORN
ADDRESS AVAILABLE UPON REQUEST

RACHEL JAMES
ADDRESS AVAILABLE UPON REQUEST

RACHEL LEE
ADDRESS AVAILABLE UPON REQUEST

RACHEL LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RACHEL LOUGHRY
ADDRESS AVAILABLE UPON REQUEST

RACHEL M SOBEL
ADDRESS AVAILABLE UPON REQUEST

RACHEL MALCHAM
ADDRESS AVAILABLE UPON REQUEST

RACHEL MANY
ADDRESS AVAILABLE UPON REQUEST

RACHEL MANY
ADDRESS AVAILABLE UPON REQUEST

RACHEL MEINERS
ADDRESS AVAILABLE UPON REQUEST

RACHEL OFLAHERTY
ADDRESS AVAILABLE UPON REQUEST

RACHEL PIETRON ERICKSEN
ADDRESS AVAILABLE UPON REQUEST

RACHEL ROSEN
ADDRESS AVAILABLE UPON REQUEST

RACHEL SPRADLIN
ADDRESS AVAILABLE UPON REQUEST

RACHEL STELTER
ADDRESS AVAILABLE UPON REQUEST

RACHEL STELTER
ADDRESS AVAILABLE UPON REQUEST

RACHEL STELTER
ADDRESS AVAILABLE UPON REQUEST

RACHEL WERNER
ADDRESS AVAILABLE UPON REQUEST

RACHEL WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

RACHEL WITHERINGTON
ADDRESS AVAILABLE UPON REQUEST

RACHEL
ADDRESS AVAILABLE UPON REQUEST

RACHEVA, YOULIA
ADDRESS AVAILABLE UPON REQUEST

RACHKO, ANNE
ADDRESS AVAILABLE UPON REQUEST

RACHKO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RACHLIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

RACHLIN, SKYLER
ADDRESS AVAILABLE UPON REQUEST

RACHMAN, DARRAH
ADDRESS AVAILABLE UPON REQUEST

RACHMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

RACHUBA, ALISON
ADDRESS AVAILABLE UPON REQUEST

RACHUBINSKI, CHAD
ADDRESS AVAILABLE UPON REQUEST

RACHUBINSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RACICOT, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

RACK & RIDDLE CUSTOM WINE SERVICES
499 MOORE LANE PO BOX 2400
HEALDSBURG, CA  95448

RACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RACKAUSKAS, SYDNI
ADDRESS AVAILABLE UPON REQUEST

RACKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RACKLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RACKLEY, MARCY
ADDRESS AVAILABLE UPON REQUEST

RACKNER, LINDA
ADDRESS AVAILABLE UPON REQUEST

RACKS & SHELVING
529 C STREET
HAWYARD, CA  94541

RACKSPACE CLOUD
ADDRESS UNAVAILABLE AT TIME OF FILING

RACLAWSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RACO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RACQUEL CUA
ADDRESS AVAILABLE UPON REQUEST

RACSTER, LARA
ADDRESS AVAILABLE UPON REQUEST

RACY, JEFF
ADDRESS AVAILABLE UPON REQUEST

RACZEK, ROXAN
ADDRESS AVAILABLE UPON REQUEST

RACZKA, TED
ADDRESS AVAILABLE UPON REQUEST

RACZYNSKI, KIMBER
ADDRESS AVAILABLE UPON REQUEST

RACZYNSKI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RAD, KY
ADDRESS AVAILABLE UPON REQUEST

RAD, RAMONA
ADDRESS AVAILABLE UPON REQUEST

RAD, SUE
ADDRESS AVAILABLE UPON REQUEST

RADABAUGH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RADABAUGH, TAMI
ADDRESS AVAILABLE UPON REQUEST

RADACK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

RADACK, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

RADAK, MISTIE
ADDRESS AVAILABLE UPON REQUEST

RADANDT, LYDIA
ADDRESS AVAILABLE UPON REQUEST

RADANEATA, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

RADATZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RADCHENKO, OLHA
ADDRESS AVAILABLE UPON REQUEST

RADCLIFF, CARRIE
ADDRESS AVAILABLE UPON REQUEST

RADCLIFF, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RADCLIFF, TYLER
ADDRESS AVAILABLE UPON REQUEST

RADCLIFF, WENDY
ADDRESS AVAILABLE UPON REQUEST

RADDAY, ANNE
ADDRESS AVAILABLE UPON REQUEST

RADDER, KATE
ADDRESS AVAILABLE UPON REQUEST

RADDLE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

RADECKE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

RADECSKY, JENNA
ADDRESS AVAILABLE UPON REQUEST

RADEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RADEMACHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RADEMAKER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

RADEMAKER, REED
ADDRESS AVAILABLE UPON REQUEST

RADER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RADER, EMILIE
ADDRESS AVAILABLE UPON REQUEST

RADER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RADER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RADER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RADER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RADER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RADER, TARI
ADDRESS AVAILABLE UPON REQUEST

RADER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

RADER, TRACY
ADDRESS AVAILABLE UPON REQUEST

RADER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RADEWAHN, EMILY
ADDRESS AVAILABLE UPON REQUEST

RADEWAHN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

RADFORD, ABBY
ADDRESS AVAILABLE UPON REQUEST

RADFORD, CARLA
ADDRESS AVAILABLE UPON REQUEST

RADFORD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RADFORD, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

RADFORD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RADFORD, KRYSTIE
ADDRESS AVAILABLE UPON REQUEST

RADHAKRISHNAN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

RADHIKA AYYAPOSETTY
ADDRESS AVAILABLE UPON REQUEST

RADHIKA RAVINDRAN
ADDRESS AVAILABLE UPON REQUEST

RADISH, LEXI
ADDRESS AVAILABLE UPON REQUEST

RADISSON HOTELS
ADDRESS UNAVAILABLE AT TIME OF FILING

RADIUS GLOBAL MARKET RESEARCH
120 FIFTH AVENUE
NEW YORK, NY 10011

RADIUS, JESTIENE
ADDRESS AVAILABLE UPON REQUEST

RADKE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

RADKE, KIRBY
ADDRESS AVAILABLE UPON REQUEST

RADKE, LIA
ADDRESS AVAILABLE UPON REQUEST

RADKE, ROSE
ADDRESS AVAILABLE UPON REQUEST

RADLEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RADLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RADLIFF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RADLOFF, MARINNA
ADDRESS AVAILABLE UPON REQUEST

RADMAN, LISSA
ADDRESS AVAILABLE UPON REQUEST

RADO, LUKE
ADDRESS AVAILABLE UPON REQUEST

RADOMSKI, JOAN
ADDRESS AVAILABLE UPON REQUEST

RADON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RADON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RADOS, ROSA
ADDRESS AVAILABLE UPON REQUEST

RADOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RADOSEVICH, JEANA
ADDRESS AVAILABLE UPON REQUEST

RADOSTI, STEVE
ADDRESS AVAILABLE UPON REQUEST

RADTKE, HAYLI
ADDRESS AVAILABLE UPON REQUEST

RADTKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RADTKE, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

RADTKE, MADISYN
ADDRESS AVAILABLE UPON REQUEST

RADTKE, MARK
ADDRESS AVAILABLE UPON REQUEST

RADTKE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RADU, JOHN
ADDRESS AVAILABLE UPON REQUEST

RADUAZZO, ELISSA
ADDRESS AVAILABLE UPON REQUEST

RADUECHEL, JANINE
ADDRESS AVAILABLE UPON REQUEST

RADULSKI, HILARY
ADDRESS AVAILABLE UPON REQUEST

RADWAY, KATE
ADDRESS AVAILABLE UPON REQUEST

RADZINSKII, IURII
ADDRESS AVAILABLE UPON REQUEST

RAE WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

RAE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

RAE, DEENA
ADDRESS AVAILABLE UPON REQUEST

RAE, ERIN
ADDRESS AVAILABLE UPON REQUEST

RAE, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

RAE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RAE, TARA
ADDRESS AVAILABLE UPON REQUEST

RAE, TYIA
ADDRESS AVAILABLE UPON REQUEST

RAEBEL, KARISSA
ADDRESS AVAILABLE UPON REQUEST

RAEBURN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RAECHEL ANTRIM
ADDRESS AVAILABLE UPON REQUEST

RAECHEL ELIZABETH THOMAS
ADDRESS AVAILABLE UPON REQUEST

RAEDER, AMBER
ADDRESS AVAILABLE UPON REQUEST

RAEDISCH, URSULA
ADDRESS AVAILABLE UPON REQUEST

RAEH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

RAEKER-JORDAN, ELI
ADDRESS AVAILABLE UPON REQUEST

RAEKER-JORDAN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

RAEL, BETHANIE
ADDRESS AVAILABLE UPON REQUEST

RAEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RAEL, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

RAEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAEL, RYANN
ADDRESS AVAILABLE UPON REQUEST

RAELYNA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

RAESEMANN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAESLER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RAESS, HENRY
ADDRESS AVAILABLE UPON REQUEST

RAESZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAETZ, CAROL
ADDRESS AVAILABLE UPON REQUEST

RAEUBER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RAFAEL RODRIGUEZ, CARRIE RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

RAFAEL, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

RAFALSKI, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RAFALSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAFF, KATERINA
ADDRESS AVAILABLE UPON REQUEST

RAFF, MADDY
ADDRESS AVAILABLE UPON REQUEST

RAFFA, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RAFFAEUS ASQUER
ADDRESS AVAILABLE UPON REQUEST

RAFFANIELLO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAFFEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, EMMA
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, KATY
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, KC
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, LUKE
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RAFFERTY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RAFFETY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RAFFETY, ERIN
ADDRESS AVAILABLE UPON REQUEST

RAFFIELD, SUZANAH
ADDRESS AVAILABLE UPON REQUEST

RAFFNIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAFFIO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RAFFO, LUIGI
ADDRESS AVAILABLE UPON REQUEST

RAFFOL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RAFIAIE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

RAFLA, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

RAFLR LIMITED
71 QUEEN VICTORIA STREET
LONDON  EC4V 4BE
UNITED KINGDOM

RAFOOL, DAWN
ADDRESS AVAILABLE UPON REQUEST

RAFSON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

RAFTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RAFTER, KATONAH
ADDRESS AVAILABLE UPON REQUEST

RAFTER, LIA
ADDRESS AVAILABLE UPON REQUEST

RAFTERY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RAFUSE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RAGAIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RAGAINI, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAGALLER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

RAGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RAGAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RAGAN, GAIL
ADDRESS AVAILABLE UPON REQUEST

RAGAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAGAN, JERA
ADDRESS AVAILABLE UPON REQUEST

RAGAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RAGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RAGAN, LYNDA V.
ADDRESS AVAILABLE UPON REQUEST

RAGAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RAGAN, PATTI
ADDRESS AVAILABLE UPON REQUEST

RAGAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RAGAN, TARA
ADDRESS AVAILABLE UPON REQUEST

RAGANO, KELSI
ADDRESS AVAILABLE UPON REQUEST

RAGANO, TREY
ADDRESS AVAILABLE UPON REQUEST

RAGAS, DON
ADDRESS AVAILABLE UPON REQUEST

RAGASA, MACY
ADDRESS AVAILABLE UPON REQUEST

RAGEN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RAGER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

RAGER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAGER, JASON
ADDRESS AVAILABLE UPON REQUEST

RAGGHIANTI, ALISON
ADDRESS AVAILABLE UPON REQUEST

RAGHAV KUMAR
1 STUYVESANT OVAL APT 5F
NEW YORK, NY  10009

RAGHAV KUMAR
436 N OXFORD AVE, APT 204
LOS ANGELES, CA  90004

RAGHAVA PAMULAPATI
ADDRESS AVAILABLE UPON REQUEST

RAGHAVAN, SUSHEELA
ADDRESS AVAILABLE UPON REQUEST

RAGHAVAN, VIKRAM
ADDRESS AVAILABLE UPON REQUEST

RAGHAVARAJU, SANJAY
ADDRESS AVAILABLE UPON REQUEST

RAGHEI, AMENA
ADDRESS AVAILABLE UPON REQUEST

RAGHUNANDAN, SHREYA
ADDRESS AVAILABLE UPON REQUEST

RAGHUNAUTH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RAGIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RAGLAND, ACQUEETTA
ADDRESS AVAILABLE UPON REQUEST

RAGLAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAGLAND, SALEM
ADDRESS AVAILABLE UPON REQUEST

RAGLOW, ANNIE
ADDRESS AVAILABLE UPON REQUEST

RAGLOW-DEFRANCO, MARISKA
ADDRESS AVAILABLE UPON REQUEST

RAGNARSDOTTIR, INGIBJORG
ADDRESS AVAILABLE UPON REQUEST

RAGO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RAGO, NANCY
ADDRESS AVAILABLE UPON REQUEST

RAGO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

RAGONE, HATTIE
ADDRESS AVAILABLE UPON REQUEST

RAGONESE, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAGONESE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

RAGONESI, MARISA
ADDRESS AVAILABLE UPON REQUEST

RAGOZZINE, MAIRE
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, BRETT
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, JULIA
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, RICK
ADDRESS AVAILABLE UPON REQUEST

RAGSDALE, WES
ADDRESS AVAILABLE UPON REQUEST

RAGSTON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

RAGUS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RAGUSA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RAGUSA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RAH, CHOONGLIM
ADDRESS AVAILABLE UPON REQUEST

RAHAIM, MICHELA
ADDRESS AVAILABLE UPON REQUEST

RAHAL, DAVIS
ADDRESS AVAILABLE UPON REQUEST

RAHALL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RAHAUSER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAHEEM ABDUL-AZEEM
ADDRESS AVAILABLE UPON REQUEST

RAHEJA, AARTI
ADDRESS AVAILABLE UPON REQUEST

RAHEJA, LUCY
ADDRESS AVAILABLE UPON REQUEST

RAHIM, IKEYSHA
ADDRESS AVAILABLE UPON REQUEST

RAHIMI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RAHIMIAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

RAHM, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAHMAAN, AKINAH
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, ABDUR
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, EERESH
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, KATE
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, MONIA
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

RAHMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

RAHMANI, MARYAM
ADDRESS AVAILABLE UPON REQUEST

RAHN, JEFF
ADDRESS AVAILABLE UPON REQUEST

RAHN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RAHN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RAHN, WENDY
ADDRESS AVAILABLE UPON REQUEST

RAHNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

RAHOI, DAVID
ADDRESS AVAILABLE UPON REQUEST

RAHUL MAHTANI
ADDRESS AVAILABLE UPON REQUEST

RAI, BANDANA
ADDRESS AVAILABLE UPON REQUEST

RAI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RAI, RICHA
ADDRESS AVAILABLE UPON REQUEST

RAI, SACHIN
ADDRESS AVAILABLE UPON REQUEST

RAI, STEVE
ADDRESS AVAILABLE UPON REQUEST

RAIA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAIA, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RAIAC, TIFANY
ADDRESS AVAILABLE UPON REQUEST

RAIANO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

RAIBICK, JACLYN
ADDRESS AVAILABLE UPON REQUEST

RAIBLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RAIBLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

RAIES, MICAH
ADDRESS AVAILABLE UPON REQUEST

RAIHA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RAIHA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RAIKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

RAIKOW, STEVE
ADDRESS AVAILABLE UPON REQUEST

RAIL, TOM
ADDRESS AVAILABLE UPON REQUEST

RAILEANU, ELENA
ADDRESS AVAILABLE UPON REQUEST

RAILSBACK, KATE
ADDRESS AVAILABLE UPON REQUEST

RAIM, JENNY
ADDRESS AVAILABLE UPON REQUEST

RAIMO, JAMES
ADDRESS AVAILABLE UPON REQUEST

RAIMO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RAIMOND, CARL
ADDRESS AVAILABLE UPON REQUEST

RAIMONDI, ADAM
ADDRESS AVAILABLE UPON REQUEST

RAIMONDI, ALICIA
ADDRESS AVAILABLE UPON REQUEST

RAIMONDI, CINDY
ADDRESS AVAILABLE UPON REQUEST

RAIN, JAZZ
ADDRESS AVAILABLE UPON REQUEST

RAINALDO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAINBOLT, APRIL
ADDRESS AVAILABLE UPON REQUEST

RAINBOLT, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAINE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

RAINEAR, EMMA
ADDRESS AVAILABLE UPON REQUEST

RAINEAR, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RAINELLE BURRISS
ADDRESS AVAILABLE UPON REQUEST

RAINES, KELLY
ADDRESS AVAILABLE UPON REQUEST

RAINES, MADDIE
ADDRESS AVAILABLE UPON REQUEST

RAINES, NOLA
ADDRESS AVAILABLE UPON REQUEST

RAINES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

RAINES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RAINEY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

RAINEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RAINEY, FELICIA
ADDRESS AVAILABLE UPON REQUEST

RAINEY, FRED
ADDRESS AVAILABLE UPON REQUEST

RAINEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

RAINEY, MCKENSIE
ADDRESS AVAILABLE UPON REQUEST

RAINEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RAINEY, MONA
ADDRESS AVAILABLE UPON REQUEST

RAINEY, MONICA
ADDRESS AVAILABLE UPON REQUEST

RAINEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAINEY, SETH
ADDRESS AVAILABLE UPON REQUEST

RAINEY, WENDY
ADDRESS AVAILABLE UPON REQUEST

RAINFORD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAINFORD, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

RAINFOREST QA, INC.
600 BATTERY ST. 2ND FLOOR
SAN FRANCISCO, CA 94111

RAINHA, TED
ADDRESS AVAILABLE UPON REQUEST

RAINIER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RAINOFF, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

RAINONE, VINCENT
ADDRESS AVAILABLE UPON REQUEST

RAINO-OGDEN, MIRA
ADDRESS AVAILABLE UPON REQUEST

RAINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RAINS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

RAINS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RAINS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

RAINSLOVE, JASON
ADDRESS AVAILABLE UPON REQUEST

RAINVILLE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RAINWATER, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

RAINWATER, KENDI
ADDRESS AVAILABLE UPON REQUEST

RAIS, MOHAMMED
ADDRESS AVAILABLE UPON REQUEST

RAISS-HERRERA, HAJAR
ADDRESS AVAILABLE UPON REQUEST

RAITER, CINDY
ADDRESS AVAILABLE UPON REQUEST

RAIVETZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

RAJ, KISHAN
ADDRESS AVAILABLE UPON REQUEST

RAJA RAJESWARI TATAVARTHY
ADDRESS AVAILABLE UPON REQUEST

RAJAGOPAL, MRIDULA
ADDRESS AVAILABLE UPON REQUEST

RAJAGOPALAN, MEERA
ADDRESS AVAILABLE UPON REQUEST

RAJAGURUSAMY BALASUBRAMANIAN
ADDRESS AVAILABLE UPON REQUEST

RAJAH, KAESHINI
ADDRESS AVAILABLE UPON REQUEST

RAJALA, ALEXI
ADDRESS AVAILABLE UPON REQUEST

RAJALA, SHAINA
ADDRESS AVAILABLE UPON REQUEST

RAJAN, ANJALI
ADDRESS AVAILABLE UPON REQUEST

RAJAN, PRIYA
ADDRESS AVAILABLE UPON REQUEST

RAJANGAM, DINESH
ADDRESS AVAILABLE UPON REQUEST

RAJANI, TARA
ADDRESS AVAILABLE UPON REQUEST

RAJASAARI, MAARET
ADDRESS AVAILABLE UPON REQUEST

RAJATALO, SONJA
ADDRESS AVAILABLE UPON REQUEST

RAJATALO, SONJA
ADDRESS AVAILABLE UPON REQUEST

RAJCULA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RAJE, PRATEEK
ADDRESS AVAILABLE UPON REQUEST

RAJEEV VERMA
ADDRESS AVAILABLE UPON REQUEST

RAJENDRAN, SREYA
ADDRESS AVAILABLE UPON REQUEST

RAJESHNANI DASARI
ADDRESS AVAILABLE UPON REQUEST

RAJINDER KHUNKHUN
ADDRESS AVAILABLE UPON REQUEST

RAJIV PATEL
ADDRESS AVAILABLE UPON REQUEST

RAJKOVIC, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RAJKOWSKI, MARK
ADDRESS AVAILABLE UPON REQUEST

RAJNEESH MEHRA
ADDRESS AVAILABLE UPON REQUEST

RAJO, LINDA
ADDRESS AVAILABLE UPON REQUEST

RAJPUT, SUJATA
ADDRESS AVAILABLE UPON REQUEST

RAJSKI, LANETTE
ADDRESS AVAILABLE UPON REQUEST

RAJSKY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RAJU, RAJIV
ADDRESS AVAILABLE UPON REQUEST

RAJU, SRIKANTH
ADDRESS AVAILABLE UPON REQUEST

RAKAN ZORBA
ADDRESS AVAILABLE UPON REQUEST

RAKAUSKAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAKESH NAINI
ADDRESS AVAILABLE UPON REQUEST

RAKESH NOWRANGI
ADDRESS AVAILABLE UPON REQUEST

RAKESH REDDY MEKALA
ADDRESS AVAILABLE UPON REQUEST

RAKESTRAW, NATHAN
ADDRESS AVAILABLE UPON REQUEST

RAKESTRAW, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RAKETTI, JODI
ADDRESS AVAILABLE UPON REQUEST

RAKHIT, AMIT
ADDRESS AVAILABLE UPON REQUEST

RAKIEWICZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RAKOS, KARA
ADDRESS AVAILABLE UPON REQUEST

RAKOSKE, RYAN
ADDRESS AVAILABLE UPON REQUEST

RAKOSKY, THERESE
ADDRESS AVAILABLE UPON REQUEST

RAKOTZ, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

RAKOVAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAKOW, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RAKOW, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RAKOW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RAKOWICH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAKOWSKI, LISA
ADDRESS AVAILABLE UPON REQUEST

RAKUNAS, ANNE
ADDRESS AVAILABLE UPON REQUEST

RAKUTEN MARKETING, LLC
215 PARK AVE SOUTH 9TH FL
NEW YORK, NY  10003

RALEIGH, EMMA
ADDRESS AVAILABLE UPON REQUEST

RALEIGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RALEIGH, JULIA
ADDRESS AVAILABLE UPON REQUEST

RALEY, CORIE
ADDRESS AVAILABLE UPON REQUEST

RALEY, MARLINA
ADDRESS AVAILABLE UPON REQUEST

RALEY, ROD
ADDRESS AVAILABLE UPON REQUEST

RALL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RALLAPALLI, PADMA
ADDRESS AVAILABLE UPON REQUEST

RALLI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RALLS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RALPH ANTES
ADDRESS AVAILABLE UPON REQUEST

RALPH CAPUTO
ADDRESS AVAILABLE UPON REQUEST

RALPH GEORGE ASHCRAFT SR
ADDRESS AVAILABLE UPON REQUEST

RALPH THOMAS CANNIZZARO
ADDRESS AVAILABLE UPON REQUEST

RALPH TORRES
ADDRESS AVAILABLE UPON REQUEST

RALPH, AMY
ADDRESS AVAILABLE UPON REQUEST

RALPH, MARY
ADDRESS AVAILABLE UPON REQUEST

RALPH, TRINA
ADDRESS AVAILABLE UPON REQUEST

RALPHE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RALPHS
ADDRESS UNAVAILABLE AT TIME OF FILING

RALPHS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

RALSTEN III, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RALSTON, AMY
ADDRESS AVAILABLE UPON REQUEST

RALSTON, DEVON
ADDRESS AVAILABLE UPON REQUEST

RALSTON, GWYNETH
ADDRESS AVAILABLE UPON REQUEST

RALSTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RAM, AMOG
ADDRESS AVAILABLE UPON REQUEST

RAM, CHITRA
ADDRESS AVAILABLE UPON REQUEST

RAM, LIIA
ADDRESS AVAILABLE UPON REQUEST

RAM, MARY
ADDRESS AVAILABLE UPON REQUEST

RAMA, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAMACCIA, JULIE
ADDRESS AVAILABLE UPON REQUEST

RAMACHANDRAN, RUPA
ADDRESS AVAILABLE UPON REQUEST

RAMADA, DAVID
ADDRESS AVAILABLE UPON REQUEST

RAMADAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RAMADURAI, RAMYA
ADDRESS AVAILABLE UPON REQUEST

RAMAEKERS, JILL
ADDRESS AVAILABLE UPON REQUEST

RAMAEKERS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

RAMAGE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAMAGLIA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RAMAGOST, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMAJI, MOUNIKA
ADDRESS AVAILABLE UPON REQUEST

RAMAKDAWALA, ADAM
ADDRESS AVAILABLE UPON REQUEST

RAMAKRISHNA BHAVANTHULA
ADDRESS AVAILABLE UPON REQUEST

RAMAKRISHNA GOWDA
ADDRESS AVAILABLE UPON REQUEST

RAMAKRISHNA VEGIRAJU
ADDRESS AVAILABLE UPON REQUEST

RAMAKRISHNA, VARUN
ADDRESS AVAILABLE UPON REQUEST

RAMAKRISHNAN, MEENA
ADDRESS AVAILABLE UPON REQUEST

RAMALEY-SNIDER, MARDI
ADDRESS AVAILABLE UPON REQUEST

RAMAN SINGH
ADDRESS AVAILABLE UPON REQUEST

RAMAN, ANNA MARIE
ADDRESS AVAILABLE UPON REQUEST

RAMAN, GAYATRI
ADDRESS AVAILABLE UPON REQUEST

RAMAN, SANTHANA
ADDRESS AVAILABLE UPON REQUEST

RAMAN, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

RAMANATHAN, EGU
ADDRESS AVAILABLE UPON REQUEST

RAMANATHAN, RAVI
ADDRESS AVAILABLE UPON REQUEST

RAMAND, PETER
ADDRESS AVAILABLE UPON REQUEST

RAMANI, NIKKI
ADDRESS AVAILABLE UPON REQUEST

RAMANI, RANJANI
ADDRESS AVAILABLE UPON REQUEST

RAMANI, SHRAYA
ADDRESS AVAILABLE UPON REQUEST

RAMASETHU, VAIDYANATHAN
ADDRESS AVAILABLE UPON REQUEST

RAMATICI, MARY
ADDRESS AVAILABLE UPON REQUEST

RAMAZZINI, LIONEL
ADDRESS AVAILABLE UPON REQUEST

RAMBEAU-BRYSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

RAMBERG, CANDACE
ADDRESS AVAILABLE UPON REQUEST

RAMBLE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAMBLE, BECCA
ADDRESS AVAILABLE UPON REQUEST

RAMBO, ERIN
ADDRESS AVAILABLE UPON REQUEST

RAMBO, JEREMY
ADDRESS AVAILABLE UPON REQUEST

RAMBO, TONYA
ADDRESS AVAILABLE UPON REQUEST

RAMCHARAN, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

RAMDAT, JENA
ADDRESS AVAILABLE UPON REQUEST

RAMDAT, TEENA
ADDRESS AVAILABLE UPON REQUEST

RAMDHANY, ANN
ADDRESS AVAILABLE UPON REQUEST

RAMDHANY, LIANNE
ADDRESS AVAILABLE UPON REQUEST

RAMDIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAMEE, MARGAUX
ADDRESS AVAILABLE UPON REQUEST

RAMELLA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RAMENO, ELIAS
ADDRESS AVAILABLE UPON REQUEST

RAMER, GARY
ADDRESS AVAILABLE UPON REQUEST

RAMESH CHANDRA YARLAGADDA
ADDRESS AVAILABLE UPON REQUEST

RAMESH N TOPIWALA
ADDRESS AVAILABLE UPON REQUEST

RAMESH YENAMADDI LYNNE A LAPIDUS IRA
ADDRESS AVAILABLE UPON REQUEST

RAMESH, AISHWARYA
ADDRESS AVAILABLE UPON REQUEST

RAMESH, AKHILA
ADDRESS AVAILABLE UPON REQUEST

RAMESH, DARSHAN
ADDRESS AVAILABLE UPON REQUEST

RAMESH, SURABHI
ADDRESS AVAILABLE UPON REQUEST

RAMEY DEWITT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

RAMEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

RAMEY, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RAMEY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RAMEY, GENNA
ADDRESS AVAILABLE UPON REQUEST

RAMEY, JULIE
ADDRESS AVAILABLE UPON REQUEST

RAMEY, KIARA
ADDRESS AVAILABLE UPON REQUEST

RAMEY, MISCHON
ADDRESS AVAILABLE UPON REQUEST

RAMEY, PAYTON
ADDRESS AVAILABLE UPON REQUEST

RAMEZANKHANI, ROYA
ADDRESS AVAILABLE UPON REQUEST

RAMEZZANO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RAMINENI, SRINIVAS
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ RIVERA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ABEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ADA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ASA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, BERNICE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, BOBBY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, CHASITY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, DANIELA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, DESHAWN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, DULCE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, EDDIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ERICK
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, GRACIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, IRENE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ISMAEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ISMAEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JEANETH
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JENNA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JESBETH
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JOLENE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JOLIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JONNATHAN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, KEILA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, LUCIO
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MADGELINE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MARTHA JULIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MARTIN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MAYA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, PAOLA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, PERLA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, RAUL
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, RAY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SARA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SASHA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SHAMIN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SHERILYN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SUMMER
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, SYNDEY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, THALIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, VALERIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ, YAZMIN
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ-JOHNSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAMIREZ-PEREZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RAMJIT, BRITT
ADDRESS AVAILABLE UPON REQUEST

RAMJIT, PETER
ADDRESS AVAILABLE UPON REQUEST

RAMJIT, REGINA
ADDRESS AVAILABLE UPON REQUEST

RAMLJAK, JULEE
ADDRESS AVAILABLE UPON REQUEST

RAMLOCHAN, NAVIDA
ADDRESS AVAILABLE UPON REQUEST

RAMM, MARY
ADDRESS AVAILABLE UPON REQUEST

RAMMELSBERG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RAMMO, WASSAN
ADDRESS AVAILABLE UPON REQUEST

RAMNARAYANAN, SNEGHA
ADDRESS AVAILABLE UPON REQUEST

RAMNAUTH, VIJAY
ADDRESS AVAILABLE UPON REQUEST

RAMON ROCHA
ADDRESS AVAILABLE UPON REQUEST

RAMON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAMON, VEGA
ADDRESS AVAILABLE UPON REQUEST

RAMONAT, LUCY
ADDRESS AVAILABLE UPON REQUEST

RAMOO, NIKITA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

RAMOS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ARIEL
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RAMOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, DANNIELLE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, DELMY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, FELIX
ADDRESS AVAILABLE UPON REQUEST

RAMOS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, GISSEL
ADDRESS AVAILABLE UPON REQUEST

RAMOS, GLADYS
ADDRESS AVAILABLE UPON REQUEST

RAMOS, HALLEY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, HALLEY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, IVAN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JOSE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JUDY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, JULIANN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, KARLA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, KATIE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, LATOYA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, LEELAYNA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MARCELA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MARICARMEN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MARILIA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MARITZA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MIRELYS
ADDRESS AVAILABLE UPON REQUEST

RAMOS, MONICA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RAMOS, OLGA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, PAULA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RAMOS, REBECA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, RENEE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, RHIANNAN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, ROSIMEIRE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

RAMOS, SARA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, SHEREEN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RAMOS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

RAMOS, TANIA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, VANEZZA
ADDRESS AVAILABLE UPON REQUEST

RAMOS, WYNN
ADDRESS AVAILABLE UPON REQUEST

RAMOS, XAVIER
ADDRESS AVAILABLE UPON REQUEST

RAMOSKAITE, EVELINA
ADDRESS AVAILABLE UPON REQUEST

RAMP, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RAMPHIR, NICK
ADDRESS AVAILABLE UPON REQUEST

RAMPKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

RAMPLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAMPOLLA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAMPULLA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAMPULLA, PHIL
ADDRESS AVAILABLE UPON REQUEST

RAMPULLA, TRISHA
ADDRESS AVAILABLE UPON REQUEST

RAMPY, ATOSHA
ADDRESS AVAILABLE UPON REQUEST

RAMPY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

RAMSAIER, ALY
ADDRESS AVAILABLE UPON REQUEST

RAMSAWAK, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, ALEXCINA
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, SHARON
ADDRESS AVAILABLE UPON REQUEST

RAMSAY, SHERI
ADDRESS AVAILABLE UPON REQUEST

RAMSDELL, LAUREL
ADDRESS AVAILABLE UPON REQUEST

RAMSDELL, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

RAMSDEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

RAMSDEN, CAROLE
ADDRESS AVAILABLE UPON REQUEST

RAMSDEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

RAMSDEN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RAMSDEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAMSEIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMSER, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, AUBREY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, BRIE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, CAITLYNN
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, CARLY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, DYLAN
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, GARY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, GRACIE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, JACK
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, KATY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, KIM
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, LETA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, MARY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, RUSS
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, SALLY
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, SUE
ADDRESS AVAILABLE UPON REQUEST

RAMSEY, TAMIELLE
ADDRESS AVAILABLE UPON REQUEST

RAMSEYER, ALAN
ADDRESS AVAILABLE UPON REQUEST

RAMSEYER, TERRI
ADDRESS AVAILABLE UPON REQUEST

RAMSEY-JORGENSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAMSFIELD, BEN
ADDRESS AVAILABLE UPON REQUEST

RAMSHAW, CANDACE
ADDRESS AVAILABLE UPON REQUEST

RAMSTAD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RAMSTETTER, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAMSTETTER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RAMU, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

RAMUCHAK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RAMUNNO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

RAMYA SUBRAMANI
ADDRESS AVAILABLE UPON REQUEST

RANA SHAILENDRA GAUTAM
ADDRESS AVAILABLE UPON REQUEST

RANA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RANA, HEENA
ADDRESS AVAILABLE UPON REQUEST

RANA, JIGNASHA
ADDRESS AVAILABLE UPON REQUEST

RANA, LACEY
ADDRESS AVAILABLE UPON REQUEST

RANA, MEHWISH
ADDRESS AVAILABLE UPON REQUEST

RANAHAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RANALLO, AMY
ADDRESS AVAILABLE UPON REQUEST

RANALLO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RANARD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

RANCATORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANCE, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

RANCE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RANCH MARKET TOO
ADDRESS UNAVAILABLE AT TIME OF FILING

RANCHO ARROYO PERDIDO LLC
4753 W MONTEREY ST
CHANDLER, AZ  85226

RANCIER, GARY
ADDRESS AVAILABLE UPON REQUEST

RANCK, COLBY
ADDRESS AVAILABLE UPON REQUEST

RANCK, GARMAN
ADDRESS AVAILABLE UPON REQUEST

RANCK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RANCOURT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAND WORLDWIDE
11201 DOLFIELD BLVD, STE 112
OWINGS MILLS, MD  21117

RAND WORLDWIDE
28127 NETWORK PLACE
CHICAGO, IL  60673-1281

RAND, KAILA
ADDRESS AVAILABLE UPON REQUEST

RAND, LEAH
ADDRESS AVAILABLE UPON REQUEST

RAND, LINDA
ADDRESS AVAILABLE UPON REQUEST

RAND, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAND, MILDRED
ADDRESS AVAILABLE UPON REQUEST

RAND, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAND18, FRANK
ADDRESS AVAILABLE UPON REQUEST

RANDA SAMSON
ADDRESS AVAILABLE UPON REQUEST

RANDACCIO, PETER
ADDRESS AVAILABLE UPON REQUEST

RANDALL K WILLIAMS R SALLIS FAMILY
SUPERANNUATION FUND
19 SOUTH TURNER CIRCLE
PO BOX 18
TENDOY, ID  83468

RANDALL KINOSHITA
ADDRESS AVAILABLE UPON REQUEST

RANDALL LEE WOMACK
ADDRESS AVAILABLE UPON REQUEST

RANDALL, ANGELA J
ADDRESS AVAILABLE UPON REQUEST

RANDALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RANDALL, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

RANDALL, BROOKLIN
ADDRESS AVAILABLE UPON REQUEST

RANDALL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RANDALL, CHRYL
ADDRESS AVAILABLE UPON REQUEST

RANDALL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, DAMARIOUS
ADDRESS AVAILABLE UPON REQUEST

RANDALL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RANDALL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

RANDALL, ELLE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

RANDALL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

RANDALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANDALL, JOY
ADDRESS AVAILABLE UPON REQUEST

RANDALL, KAROLE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, KENNETH
ADDRESS AVAILABLE UPON REQUEST

RANDALL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RANDALL, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, MARJAY
ADDRESS AVAILABLE UPON REQUEST

RANDALL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RANDALL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, RYAN
ADDRESS AVAILABLE UPON REQUEST

RANDALL, STEVE
ADDRESS AVAILABLE UPON REQUEST

RANDALL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RANDALL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RANDALL, WANDA
ADDRESS AVAILABLE UPON REQUEST

RANDALL, YARROW
ADDRESS AVAILABLE UPON REQUEST

RANDAZZA, STACY
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, LISA
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, MARY
ADDRESS AVAILABLE UPON REQUEST

RANDAZZO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RANDEAU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANDEL, JANICE
ADDRESS AVAILABLE UPON REQUEST

RANDHAWA, PRETIKA
ADDRESS AVAILABLE UPON REQUEST

RANDLE, BREANN
ADDRESS AVAILABLE UPON REQUEST

RANDLE, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

RANDLE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

RANDLE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

RANDLE, HARMONY
ADDRESS AVAILABLE UPON REQUEST

RANDLE, HOPE
ADDRESS AVAILABLE UPON REQUEST

RANDLE, JENNY
ADDRESS AVAILABLE UPON REQUEST

RANDLE, PAYTON
ADDRESS AVAILABLE UPON REQUEST

RANDLE-KING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RANDLEMAN, JUDITH
ADDRESS AVAILABLE UPON REQUEST

RANDLES, JILL
ADDRESS AVAILABLE UPON REQUEST

RANDLE-SALLEY, DEANNA
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH JOHN LIEBERMAN
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, ALYSE (SHAY SHAY)
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, AUDREY
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, BRIEANNE
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, DERRICK
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, DONALD
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, ESTHER
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, HAZEL
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, JOHN
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, TARRIS
ADDRESS AVAILABLE UPON REQUEST

RANDOLPH, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

RANDSTAD NORTH AMERICA, INC.
(RANDSTAD US LP)
PO BOX 894217
LOS ANGELES, CA  90189-4217

RANDY ARNOLD ENTERPRISES, INC
720 ARCTIC AVENUE
SANTA MARIA, CA  93454

RANDY CORAN
ADDRESS AVAILABLE UPON REQUEST

RANDY NICHOLS
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA  90404

RANDY NICHOLS
ADDRESS AVAILABLE UPON REQUEST

RANDY PAULSON
ADDRESS AVAILABLE UPON REQUEST

RANE, NEEL
ADDRESS AVAILABLE UPON REQUEST

RANELLI, RHIANNE
ADDRESS AVAILABLE UPON REQUEST

RANELLS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RANES, TRISHA
ADDRESS AVAILABLE UPON REQUEST

RANEY, DILLON
ADDRESS AVAILABLE UPON REQUEST

RANGARAJAN, GANESH
ADDRESS AVAILABLE UPON REQUEST

RANGE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, ANA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RANGEL, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RANGEL, JANETH
ADDRESS AVAILABLE UPON REQUEST

RANGEL, JENNA
ADDRESS AVAILABLE UPON REQUEST

RANGEL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RANGEL, MARISOL
ADDRESS AVAILABLE UPON REQUEST

RANGEL, SAID
ADDRESS AVAILABLE UPON REQUEST

RANGEL, SANTOS
ADDRESS AVAILABLE UPON REQUEST

RANGEL, YVONNE
ADDRESS AVAILABLE UPON REQUEST

RANGELOVA, YOANNA
ADDRESS AVAILABLE UPON REQUEST

RANGES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RANGE-STANTON, LESLEY
ADDRESS AVAILABLE UPON REQUEST

RANI, SANDHYA
ADDRESS AVAILABLE UPON REQUEST

RANIC, LARA
ADDRESS AVAILABLE UPON REQUEST

RANIL HERATH
ADDRESS AVAILABLE UPON REQUEST

RANJAN, PARI
ADDRESS AVAILABLE UPON REQUEST

RANKEN, RIMSEY
ADDRESS AVAILABLE UPON REQUEST

RANKIN, ALEIGHA
ADDRESS AVAILABLE UPON REQUEST

RANKIN, AMY
ADDRESS AVAILABLE UPON REQUEST

RANKIN, DARRIUS
ADDRESS AVAILABLE UPON REQUEST

RANKIN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RANKIN, ED
ADDRESS AVAILABLE UPON REQUEST

RANKIN, FRANK
ADDRESS AVAILABLE UPON REQUEST

RANKIN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RANKIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RANKIN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RANKIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RANKIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

RANKIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RANKIN, NARCISSUS
ADDRESS AVAILABLE UPON REQUEST

RANKIN, QUINN
ADDRESS AVAILABLE UPON REQUEST

RANKIN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

RANKIN, STACEY
ADDRESS AVAILABLE UPON REQUEST

RANKIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RANKINS, BRYCE
ADDRESS AVAILABLE UPON REQUEST

RANKINS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

RANN, PAULA
ADDRESS AVAILABLE UPON REQUEST

RANNEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RANNEY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

RANNILA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RANOUS, JOHANNAH
ADDRESS AVAILABLE UPON REQUEST

RANSBY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RANSDELL, AMY
ADDRESS AVAILABLE UPON REQUEST

RANSDELL, AMY
ADDRESS AVAILABLE UPON REQUEST

RANSDELL, ELESA
ADDRESS AVAILABLE UPON REQUEST

RANSDELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RANSEGNOLA, LORI
ADDRESS AVAILABLE UPON REQUEST

RANSOM, EMMA
ADDRESS AVAILABLE UPON REQUEST

RANSOM, KYNDAL
ADDRESS AVAILABLE UPON REQUEST

RANSOM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RANSOM, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RANSOM, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

RANSOM, SHARON
ADDRESS AVAILABLE UPON REQUEST

RANSOME, CAROL
ADDRESS AVAILABLE UPON REQUEST

RANSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANSON, JUDI
ADDRESS AVAILABLE UPON REQUEST

RANSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

RANTA, MARK
ADDRESS AVAILABLE UPON REQUEST

RANTA, TUOMAS
ADDRESS AVAILABLE UPON REQUEST

RANTALA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RANTALL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RANULFO MORALES JR
ADDRESS AVAILABLE UPON REQUEST

RANVILLE, JENELLE
ADDRESS AVAILABLE UPON REQUEST

RAO, ADDAGADA
ADDRESS AVAILABLE UPON REQUEST

RAO, ANITHA
ADDRESS AVAILABLE UPON REQUEST

RAO, INDIE
ADDRESS AVAILABLE UPON REQUEST

RAO, LAYLA
ADDRESS AVAILABLE UPON REQUEST

RAO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

RAO, POOJA
ADDRESS AVAILABLE UPON REQUEST

RAO, RADHIKA
ADDRESS AVAILABLE UPON REQUEST

RAO, RAJ
ADDRESS AVAILABLE UPON REQUEST

RAO, SUMUKH
ADDRESS AVAILABLE UPON REQUEST

RAO, SWETHA
ADDRESS AVAILABLE UPON REQUEST

RAO, VENKAT
ADDRESS AVAILABLE UPON REQUEST

RAO, YUHAN
ADDRESS AVAILABLE UPON REQUEST

RAOOF, MILO
ADDRESS AVAILABLE UPON REQUEST

RAOUL RASHMI SHAH
ADDRESS AVAILABLE UPON REQUEST

RAPAPORT, BETH
ADDRESS AVAILABLE UPON REQUEST

RAPCHINSKI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAPELA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAPENSKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAPER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RAPER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

RAPHAEL ALDAY CAUSAPIN
ADDRESS AVAILABLE UPON REQUEST

RAPHAEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

RAPHAEL, KEITH
ADDRESS AVAILABLE UPON REQUEST

RAPHAEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RAPHAEL, NATALIA
ADDRESS AVAILABLE UPON REQUEST

RAPICAVOLI, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAPID SECURITY PLUS LLC
113 WEST PARK DRIVE
MOUNT LAUREL, NJ  08054

RAPISARDA, NICK
ADDRESS AVAILABLE UPON REQUEST

RAPLEE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RAPP, ELENI
ADDRESS AVAILABLE UPON REQUEST

RAPP, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAPP, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

RAPP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RAPP, TEODORA
ADDRESS AVAILABLE UPON REQUEST

RAPPAPORT, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RAPPAZZO, WENDY
ADDRESS AVAILABLE UPON REQUEST

RAPPLEYE, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

RAPPLEYEA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RAPPO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RAPPOLD, MASON
ADDRESS AVAILABLE UPON REQUEST

RAPPOPORT, HARMAR
ADDRESS AVAILABLE UPON REQUEST

RAPPORT, AISHA
ADDRESS AVAILABLE UPON REQUEST

RAPSOMANIKIS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

RAPSON, MARY
ADDRESS AVAILABLE UPON REQUEST

RAPT CLOTHING INC.
219 W 7TH ST UNIT 1001
LOS ANGELES, CA  90014-1953

RAPT CLOTHING INC.
ARA MINASSIAN
249 N BRAND BLVD,  509
GLENDALE, CA  91203

RAPT CLOTHING INC.
ARA MINASSIAN
7189 N FIGUEROA ST.
LOS ANGELES, CA  90042

RAQUEL VALENZUELA
ADDRESS AVAILABLE UPON REQUEST

RARDIN, TIM
ADDRESS AVAILABLE UPON REQUEST

RARDON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RARE CAT WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

RARIG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RASARE, TRACY
ADDRESS AVAILABLE UPON REQUEST

RASBECK, JAKE
ADDRESS AVAILABLE UPON REQUEST

RASBERRY, JEFF
ADDRESS AVAILABLE UPON REQUEST

RASBY, SARAH
ADDRESS AVAILABLE UPON REQUEST

RASCATI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RASCHHOFER, JOERG
ADDRESS AVAILABLE UPON REQUEST

RASCIA, PAT
ADDRESS AVAILABLE UPON REQUEST

RASCON, JUDITH
ADDRESS AVAILABLE UPON REQUEST

RASDALL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RASEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RASH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RASH, BETHANY
ADDRESS AVAILABLE UPON REQUEST

RASH, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

RASH, SARAH
ADDRESS AVAILABLE UPON REQUEST

RASHAH DAVIS
ADDRESS AVAILABLE UPON REQUEST

RASHEED, HASAIN
ADDRESS AVAILABLE UPON REQUEST

RASHEED, KHAMERERENEBI
ADDRESS AVAILABLE UPON REQUEST

RASHID, ANNE
ADDRESS AVAILABLE UPON REQUEST

RASHID, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RASHKIN, SARA
ADDRESS AVAILABLE UPON REQUEST

RASKIN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RASKIND, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RASLEY, JANE
ADDRESS AVAILABLE UPON REQUEST

RASMUSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RASMUSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, AARON
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, ALISON
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, BEN
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, CARLY
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, FLOR
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, JARYN
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, JILL
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, PIPER
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, SHANI
ADDRESS AVAILABLE UPON REQUEST

RASMUSSEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

RASNICK, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

RASNICK, JACOB
ADDRESS AVAILABLE UPON REQUEST

RASNICK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RASOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RASPALLO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RASPUDIC, PAUL
ADDRESS AVAILABLE UPON REQUEST

RASSEL, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RASSI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RAST, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RAST, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RASTELLI, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

RASTELLI, LUCILLA
ADDRESS AVAILABLE UPON REQUEST

RASTGAR, SHEREEN
ADDRESS AVAILABLE UPON REQUEST

RASTOGI, DEEPTI
ADDRESS AVAILABLE UPON REQUEST

RASULO, BRENDON
ADDRESS AVAILABLE UPON REQUEST

RASURE, SHEILA
ADDRESS AVAILABLE UPON REQUEST

RATAI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RATAJCZAK, BRENDA
ADDRESS AVAILABLE UPON REQUEST

RATCHENSKI, JOELLYN
ADDRESS AVAILABLE UPON REQUEST

RATCHFORD, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RATCHFORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RATCLIFF, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RATCLIFF, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RATCLIFF, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RATCLIFF, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RATCLIFFE, BECCA
ADDRESS AVAILABLE UPON REQUEST

RATCLIFFE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

RATCLIFFE, KATIE
ADDRESS AVAILABLE UPON REQUEST

RATCLIFFE, LIAM
ADDRESS AVAILABLE UPON REQUEST

RATEGAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RATERMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RATH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RATH, DAVID
ADDRESS AVAILABLE UPON REQUEST

RATH, DIANE
ADDRESS AVAILABLE UPON REQUEST

RATH, JANICE
ADDRESS AVAILABLE UPON REQUEST

RATH, KARRAH
ADDRESS AVAILABLE UPON REQUEST

RATH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RATH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RATH, MONTANA
ADDRESS AVAILABLE UPON REQUEST

RATH, SALLY
ADDRESS AVAILABLE UPON REQUEST

RATHAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

RATHBUN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

RATHBURN, JAMES
ADDRESS AVAILABLE UPON REQUEST

RATHE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RATHEL, HALEY
ADDRESS AVAILABLE UPON REQUEST

RATHERT, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

RATHJEN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

RATHKAMP, CARA
ADDRESS AVAILABLE UPON REQUEST

RATHKE MONTES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RATHKE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

RATHKE, VICKI
ADDRESS AVAILABLE UPON REQUEST

RATHKOPF, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

RATHMANN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RATHSACK, BEN
ADDRESS AVAILABLE UPON REQUEST

RATHZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

RATHZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RATINI, ANN
ADDRESS AVAILABLE UPON REQUEST

RATKAY, LISA
ADDRESS AVAILABLE UPON REQUEST

RATKOVIC, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RATKOVIC, PETER
ADDRESS AVAILABLE UPON REQUEST

RATKUS, RENEE
ADDRESS AVAILABLE UPON REQUEST

RATLEY, BRANDY
ADDRESS AVAILABLE UPON REQUEST

RATLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, KENNETH E.
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, MARCIA
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RATLIFF, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

RATLIFFE, LUCY
ADDRESS AVAILABLE UPON REQUEST

RATNASABAPATHY SIVASEKARAN
ADDRESS AVAILABLE UPON REQUEST

RATNATUNGA, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

RATNER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

RATNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

RATNER, LIANA
ADDRESS AVAILABLE UPON REQUEST

RATNER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

RATNER, WENDY
ADDRESS AVAILABLE UPON REQUEST

RATTE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RATTERMAN, CARA
ADDRESS AVAILABLE UPON REQUEST

RATTES, SOFIA
ADDRESS AVAILABLE UPON REQUEST

RATTIGAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

RATTIGAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RATTINGER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RATTNER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RATTO, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

RATTO, DAVID P
ADDRESS AVAILABLE UPON REQUEST

RATTO, KASSAUNDRA
ADDRESS AVAILABLE UPON REQUEST

RATTRAY, ANJALI
ADDRESS AVAILABLE UPON REQUEST

RATTRAY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RATUSHNY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RATZBURG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RATZBURG, SARAH
ADDRESS AVAILABLE UPON REQUEST

RATZLAFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAU, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

RAU, DAWN
ADDRESS AVAILABLE UPON REQUEST

RAU, EDITH
ADDRESS AVAILABLE UPON REQUEST

RAU, ERIC
ADDRESS AVAILABLE UPON REQUEST

RAU, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RAU, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RAU, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RAU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RAUBER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RAUBER, HOPE
ADDRESS AVAILABLE UPON REQUEST

RAUCCI, DIANA
ADDRESS AVAILABLE UPON REQUEST

RAUCH, CARIN
ADDRESS AVAILABLE UPON REQUEST

RAUCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAUCH, JULEE
ADDRESS AVAILABLE UPON REQUEST

RAUCH, JULIE
ADDRESS AVAILABLE UPON REQUEST

RAUCH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RAUCH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RAUCHER, BETH
ADDRESS AVAILABLE UPON REQUEST

RAUCHER, DONNA
ADDRESS AVAILABLE UPON REQUEST

RAUDENBUSH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RAUEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RAUEN, TONI
ADDRESS AVAILABLE UPON REQUEST

RAUER, CARL
ADDRESS AVAILABLE UPON REQUEST

RAUF, ALEZEH
ADDRESS AVAILABLE UPON REQUEST

RAUFFER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

RAUGH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RAUH, KRIS
ADDRESS AVAILABLE UPON REQUEST

RAUKTYS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

RAUL SALINAS
ADDRESS AVAILABLE UPON REQUEST

RAULERSON, DENA
ADDRESS AVAILABLE UPON REQUEST

RAULSTON, RON
ADDRESS AVAILABLE UPON REQUEST

RAUMA, SENIA
ADDRESS AVAILABLE UPON REQUEST

RAUN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

RAUNIKAR, JASON
ADDRESS AVAILABLE UPON REQUEST

RAUPACH, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

RAUSA, LYNNE
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, GRIFF
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, SARA
ADDRESS AVAILABLE UPON REQUEST

RAUSCH, TERRI
ADDRESS AVAILABLE UPON REQUEST

RAUSCHENDORFER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

RAUSCHER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

RAUSE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RAUSSER BROS TRUCKING, INC
PO BOX 638
GALT, CA  95632

RAUTENSTRAUCH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RAUZI, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

RAVA RANCHES, INC.
PO BOX 1600
KING CITY, CA  93930

RAVAGO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAVAGO, ROBEE GENE
ADDRESS AVAILABLE UPON REQUEST

RAVAL, PRATIK
ADDRESS AVAILABLE UPON REQUEST

RAVALJI, ARPEET
ADDRESS AVAILABLE UPON REQUEST

RAVEAU, FLAVIEN
ADDRESS AVAILABLE UPON REQUEST

RAVECHE, LARK
ADDRESS AVAILABLE UPON REQUEST

RAVEL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAVEN BROWN
ADDRESS AVAILABLE UPON REQUEST

RAVEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RAVEN, SELETTA
ADDRESS AVAILABLE UPON REQUEST

RAVEN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RAVENCROFT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RAVENSCROFT, EMMA
ADDRESS AVAILABLE UPON REQUEST

RAVER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAVI DANDAMUDI
ADDRESS AVAILABLE UPON REQUEST

RAVI KUMAR PALURI
ADDRESS AVAILABLE UPON REQUEST

RAVI RANGANATHAN
ADDRESS AVAILABLE UPON REQUEST

RAVI VORA
ADDRESS AVAILABLE UPON REQUEST

RAVI, ANANYAA
ADDRESS AVAILABLE UPON REQUEST

RAVI, LEKHA
ADDRESS AVAILABLE UPON REQUEST

RAVI, VAISHALI
ADDRESS AVAILABLE UPON REQUEST

RAVILLE, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAVINDRAN, NITHYA
ADDRESS AVAILABLE UPON REQUEST

RAVINDRAN, RAHUL
ADDRESS AVAILABLE UPON REQUEST

RAVINUTALA, PAWAN
ADDRESS AVAILABLE UPON REQUEST

RAVITCH, CINDY
ADDRESS AVAILABLE UPON REQUEST

RAVLIN, MADDIE
ADDRESS AVAILABLE UPON REQUEST

RAVNEBERG, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

RA-WALLACE, RAHEEM
ADDRESS AVAILABLE UPON REQUEST

RAWDIN, LISA
ADDRESS AVAILABLE UPON REQUEST

RAWDIW, ALISA
ADDRESS AVAILABLE UPON REQUEST

RAWDON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAWJI, SASHA
ADDRESS AVAILABLE UPON REQUEST

RAWL, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAWLINGS, AMY
ADDRESS AVAILABLE UPON REQUEST

RAWLINGS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAWLINGS, KIM
ADDRESS AVAILABLE UPON REQUEST

RAWLINGS, LANCE
ADDRESS AVAILABLE UPON REQUEST

RAWLINGS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAWLINS, DAVID
ADDRESS AVAILABLE UPON REQUEST

RAWLINS, HELEN
ADDRESS AVAILABLE UPON REQUEST

RAWLINS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RAWLS, KAREN
ADDRESS AVAILABLE UPON REQUEST

RAWLS, SHARITA
ADDRESS AVAILABLE UPON REQUEST

RAWN, PENN
ADDRESS AVAILABLE UPON REQUEST

RAWSON GRENNAN, PATTI
ADDRESS AVAILABLE UPON REQUEST

RAWSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RAWSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

RAWSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAWSON, WIN
ADDRESS AVAILABLE UPON REQUEST

RAY COBB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RAY, ALISON
ADDRESS AVAILABLE UPON REQUEST

RAY, ALISSA
ADDRESS AVAILABLE UPON REQUEST

RAY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RAY, BELINDA
ADDRESS AVAILABLE UPON REQUEST

RAY, BRENT
ADDRESS AVAILABLE UPON REQUEST

RAY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RAY, CRIS
ADDRESS AVAILABLE UPON REQUEST

RAY, CRYS
ADDRESS AVAILABLE UPON REQUEST

RAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RAY, DESHAUNA
ADDRESS AVAILABLE UPON REQUEST

RAY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAY, HARDIK
ADDRESS AVAILABLE UPON REQUEST

RAY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RAY, JALINA
ADDRESS AVAILABLE UPON REQUEST

RAY, JAY
ADDRESS AVAILABLE UPON REQUEST

RAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RAY, JO
ADDRESS AVAILABLE UPON REQUEST

RAY, JOAN
ADDRESS AVAILABLE UPON REQUEST

RAY, JOAN
ADDRESS AVAILABLE UPON REQUEST

RAY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RAY, KATIE
ADDRESS AVAILABLE UPON REQUEST

RAY, KEISHIA
ADDRESS AVAILABLE UPON REQUEST

RAY, KERRY
ADDRESS AVAILABLE UPON REQUEST

RAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RAY, LAURA
ADDRESS AVAILABLE UPON REQUEST

RAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RAY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RAY, LISA
ADDRESS AVAILABLE UPON REQUEST

RAY, MAIREAD
ADDRESS AVAILABLE UPON REQUEST

RAY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RAY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RAY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RAY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RAY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

RAY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RAY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RAY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RAY, NELSON
ADDRESS AVAILABLE UPON REQUEST

RAY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RAY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RAY, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

RAY, RANSOM
ADDRESS AVAILABLE UPON REQUEST

RAY, RHONDA
ADDRESS AVAILABLE UPON REQUEST

RAY, RILEY
ADDRESS AVAILABLE UPON REQUEST

RAY, SAM
ADDRESS AVAILABLE UPON REQUEST

RAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

RAY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RAY, SHAGNIK
ADDRESS AVAILABLE UPON REQUEST

RAY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

RAY, SHERRY
ADDRESS AVAILABLE UPON REQUEST

RAY, SOMER
ADDRESS AVAILABLE UPON REQUEST

RAY, STACY
ADDRESS AVAILABLE UPON REQUEST

RAY, SYREETA
ADDRESS AVAILABLE UPON REQUEST

RAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RAY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

RAY, VINCENT
ADDRESS AVAILABLE UPON REQUEST

RAYAS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

RAYAS, ANNA
ADDRESS AVAILABLE UPON REQUEST

RAYAWAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

RAYBOURN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RAYBUCK, DEVON
ADDRESS AVAILABLE UPON REQUEST

RAYBURN, JACKI
ADDRESS AVAILABLE UPON REQUEST

RAYBURN, KAREN
ADDRESS AVAILABLE UPON REQUEST

RAYBURN, LOGAN
ADDRESS AVAILABLE UPON REQUEST

RAYBURN, NATHAN
ADDRESS AVAILABLE UPON REQUEST

RAYBURN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RAYDON, RITA
ADDRESS AVAILABLE UPON REQUEST

RAYE, EM
ADDRESS AVAILABLE UPON REQUEST

RAYER, KRISTY
ADDRESS AVAILABLE UPON REQUEST

RAYFIELD, BLANCHE
ADDRESS AVAILABLE UPON REQUEST

RAYFORD, SHARONDA
ADDRESS AVAILABLE UPON REQUEST

RAYFORD, TERRY
ADDRESS AVAILABLE UPON REQUEST

RAYGO, AMY
ADDRESS AVAILABLE UPON REQUEST

RAYGUN
ADDRESS UNAVAILABLE AT TIME OF FILING

RAYKOVITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

RAYKOVITZ, MARY
ADDRESS AVAILABLE UPON REQUEST

RAYL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RAYLENE A HOBBS
ADDRESS AVAILABLE UPON REQUEST

RAYMER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RAYMER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RAYMON DENNIS CASPER
ADDRESS AVAILABLE UPON REQUEST

RAYMOND ALLEN
ADDRESS AVAILABLE UPON REQUEST

RAYMOND BARRIOS
ADDRESS AVAILABLE UPON REQUEST

RAYMOND BERGLUND
ADDRESS AVAILABLE UPON REQUEST

RAYMOND CLARK
ADDRESS AVAILABLE UPON REQUEST

RAYMOND GALLARDO
ADDRESS AVAILABLE UPON REQUEST

RAYMOND IMAICAN
ADDRESS AVAILABLE UPON REQUEST

RAYMOND JAMES & ASSOCS, INC. (0725)
ATTN ROBERTA GREEN OR PROXY MGR
880 CARILION PKWY
TOWER 2, 4TH FL
ST. PETERSBURG, FL  33716

RAYMOND LASPEE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND LEWIS WORRELL III
ADDRESS AVAILABLE UPON REQUEST

RAYMOND LINTON
ADDRESS AVAILABLE UPON REQUEST

RAYMOND MIRZABEGIAN
ADDRESS AVAILABLE UPON REQUEST

RAYMOND SHAFFER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND TREMBLAY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, CARLY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, DEANNE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, ERIC
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, JASON
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, JOLIA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, KRISANNA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, MALEANA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, MARK
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, MARSHA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, MINER
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, PETER
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, RUSS
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, SAQUOIA
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RAYMOND, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RAYMUNDO, ROZEN
ADDRESS AVAILABLE UPON REQUEST

RAYNE, ANNA
ADDRESS AVAILABLE UPON REQUEST

RAYNER, ALEX
ADDRESS AVAILABLE UPON REQUEST

RAYNER, ALEX
ADDRESS AVAILABLE UPON REQUEST

RAYNES-PELINO, MARIA
ADDRESS AVAILABLE UPON REQUEST

RAYNOR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RAYO, FRANCIA
ADDRESS AVAILABLE UPON REQUEST

RAYONA GAINES
ADDRESS AVAILABLE UPON REQUEST

RAYSA PAREDES
ADDRESS AVAILABLE UPON REQUEST

RAYSBROOK, LINDA
ADDRESS AVAILABLE UPON REQUEST

RAYSSIGUIER, AUDE
ADDRESS AVAILABLE UPON REQUEST

RAYTHATHA, MILAN
ADDRESS AVAILABLE UPON REQUEST

RAYVON BERRY-YOUNG
ADDRESS AVAILABLE UPON REQUEST

RAYZOR, AMY
ADDRESS AVAILABLE UPON REQUEST

RAZ, PATTY
ADDRESS AVAILABLE UPON REQUEST

RAZACK, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

RAZAVI, RAMONA AND LARRY
ADDRESS AVAILABLE UPON REQUEST

RAZNEY, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

RAZO, CECILIO
ADDRESS AVAILABLE UPON REQUEST

RAZOKI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RAZOR, RAYAN
ADDRESS AVAILABLE UPON REQUEST

RAZVAN ALBERT FURCA
ADDRESS AVAILABLE UPON REQUEST

RAZZANO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RAZZI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RB PAINTING COMPANY, INC.
4245 MADISON AVE.
CULVER CITY, CA 90232

RBC CAPITAL MKTS CORP (0235)
ATTN STEVE SCHAFER OR PROXY MGR
60 S 6TH ST - P09
MINNEAPOLIS, MN 55402-1106

RBC DOMINION /CDS (5002)
ATTN PROXY MGR
2 BLOOR ST E 2300
TORONTO, ON M4W 1A8
CANADA

RCLAMB 2017401K ROLLOVER LLC
24592 CHRISANTA DRIVE
MISSION VIEJO, CA 92691

RE, TONI
ADDRESS AVAILABLE UPON REQUEST

REA, ANDRE
ADDRESS AVAILABLE UPON REQUEST

REA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

REA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REA, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

REA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

REA, DEENA
ADDRESS AVAILABLE UPON REQUEST

REA, EMILY
ADDRESS AVAILABLE UPON REQUEST

REA, JANET
ADDRESS AVAILABLE UPON REQUEST

REA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

REA, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

REA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

REA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

REA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

REA, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

REABE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

REABOLD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REACH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

REACHDYNAMICS, LLC.
7370 MANCHESTER RD. SUITE 205
SAINT LOUIS, MO  63143

REACT2MEDIA INC
35 WEST 36TH STREET, STE 4-E
NEW YORK, NY  10018

READ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

READ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

READ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

READ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

READ, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

READ, ELAINA
ADDRESS AVAILABLE UPON REQUEST

READ, HALLEY
ADDRESS AVAILABLE UPON REQUEST

READ, KYLE
ADDRESS AVAILABLE UPON REQUEST

READ, LEAH
ADDRESS AVAILABLE UPON REQUEST

READ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

READ, RUSSEL
ADDRESS AVAILABLE UPON REQUEST

READE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

READE, GABBIE
ADDRESS AVAILABLE UPON REQUEST

READENCE, DENISE
ADDRESS AVAILABLE UPON REQUEST

READER, STACY
ADDRESS AVAILABLE UPON REQUEST

READLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

READY REFRESH BY NESTLE
ADDRESS UNAVAILABLE AT TIME OF FILING

READY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

READY, KAREN
ADDRESS AVAILABLE UPON REQUEST

READY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

READY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REAGAN REEF LLC
ADDRESS AVAILABLE UPON REQUEST

REAGAN STAAT
ADDRESS AVAILABLE UPON REQUEST

REAGAN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

REAGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

REAGAN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REAGAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, MICKELLA
ADDRESS AVAILABLE UPON REQUEST

REAGAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

REAGLE, ANNA
ADDRESS AVAILABLE UPON REQUEST

REAHM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

REAL FOOD DAILY LLC. (PASADENA)
899 E. DEL MAR BLVD.
PASADENA, CA  91106

REAL FOOD DAILY LLC. (WEST HOLLYWOOD)
414 N LA CIENEGA BLVD
LOS ANGELES, CA  90048

REAL FOOD MARKETING, LLC
711 W. CAMINO REAL SUITE 204
ARCADIA, CA  91007

REAL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

REALE, ALISA
ADDRESS AVAILABLE UPON REQUEST

REALE, CHASE
ADDRESS AVAILABLE UPON REQUEST

REALE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

REALE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REALI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

REALI, MADDI
ADDRESS AVAILABLE UPON REQUEST

REALI, NATASHA
ADDRESS AVAILABLE UPON REQUEST

REAM, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

REAM, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

REAM, MECAYLA
ADDRESS AVAILABLE UPON REQUEST

REAMER FARMS INC
PO BOX 267
CLARKSBURG, CA  95612

REAMER, HOPE
ADDRESS AVAILABLE UPON REQUEST

REAMER, SARAH
ADDRESS AVAILABLE UPON REQUEST

REAMES, SAVANAH
ADDRESS AVAILABLE UPON REQUEST

REAMY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

REAMY, JASON
ADDRESS AVAILABLE UPON REQUEST

REANDEAU, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REANTASO, JADA
ADDRESS AVAILABLE UPON REQUEST

REAP, EVAN
ADDRESS AVAILABLE UPON REQUEST

REAP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

REA-POTEAT, MARY B
ADDRESS AVAILABLE UPON REQUEST

REAPSUMMER, SHELLY
ADDRESS AVAILABLE UPON REQUEST

REARDON HENRY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REARDON, AMBER
ADDRESS AVAILABLE UPON REQUEST

REARDON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

REARDON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

REARDON, EMILYROSE
ADDRESS AVAILABLE UPON REQUEST

REARDON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REARDON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REARDON, JIM
ADDRESS AVAILABLE UPON REQUEST

REARDON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

REARDON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

REARDON, SARAH
ADDRESS AVAILABLE UPON REQUEST

REARDON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REARDON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

REARER, LISA
ADDRESS AVAILABLE UPON REQUEST

REARICK, KATELYN
ADDRESS AVAILABLE UPON REQUEST

REASBECK, SARAH
ADDRESS AVAILABLE UPON REQUEST

REASNER, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

REASONER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REASONOVER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REASONS, AILIE
ADDRESS AVAILABLE UPON REQUEST

REAVES, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

REAVES, KENDALL
ADDRESS AVAILABLE UPON REQUEST

REAVES, NAIA
ADDRESS AVAILABLE UPON REQUEST

REAVES, TYLER
ADDRESS AVAILABLE UPON REQUEST

REAVEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

REAVEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REAVIS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

REAVIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

REAVY, JAMES AND KATHY
ADDRESS AVAILABLE UPON REQUEST

REBANAL, ZANDRA
ADDRESS AVAILABLE UPON REQUEST

REBAR, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

REBECCA A FIGUEROA
ADDRESS AVAILABLE UPON REQUEST

REBECCA AMOROSO
ADDRESS AVAILABLE UPON REQUEST

REBECCA ANN ROLL
ADDRESS AVAILABLE UPON REQUEST

REBECCA BLACK
ADDRESS AVAILABLE UPON REQUEST

REBECCA BRAND
ADDRESS AVAILABLE UPON REQUEST

REBECCA CLAGGETT
ADDRESS AVAILABLE UPON REQUEST

REBECCA DEVINE
ADDRESS AVAILABLE UPON REQUEST

REBECCA FOULK
ADDRESS AVAILABLE UPON REQUEST

REBECCA GILL
ADDRESS AVAILABLE UPON REQUEST

REBECCA GLEASON
ADDRESS AVAILABLE UPON REQUEST

REBECCA INIGUEZ
ADDRESS AVAILABLE UPON REQUEST

REBECCA LAMICH
ADDRESS AVAILABLE UPON REQUEST

REBECCA MESSERSMITH
ADDRESS AVAILABLE UPON REQUEST

REBECCA NICOLE WALKER
ADDRESS AVAILABLE UPON REQUEST

REBECCA PEZZANO
ADDRESS AVAILABLE UPON REQUEST

REBECCA PITMAN
ADDRESS AVAILABLE UPON REQUEST

REBECCA S KALE
ADDRESS AVAILABLE UPON REQUEST

REBECCA STEWART
ADDRESS AVAILABLE UPON REQUEST

REBECCA WHITE
ADDRESS AVAILABLE UPON REQUEST

REBECCA WILDE
ADDRESS AVAILABLE UPON REQUEST

REBECCA, DURRIN
ADDRESS AVAILABLE UPON REQUEST

REBECCA, GUYER,
ADDRESS AVAILABLE UPON REQUEST

REBEKAH OCONNOR
ADDRESS AVAILABLE UPON REQUEST

REBELLO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

REBELLO, SADIE
ADDRESS AVAILABLE UPON REQUEST

REBELLO, STACEY
ADDRESS AVAILABLE UPON REQUEST

REBELLON, CINDY
ADDRESS AVAILABLE UPON REQUEST

REBELO, FRANCISCA
ADDRESS AVAILABLE UPON REQUEST

REBENNACK, LEA
ADDRESS AVAILABLE UPON REQUEST

REBENSTOCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

REBEOR, SETH AND EMMA
ADDRESS AVAILABLE UPON REQUEST

REBER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

REBER, EMILY
ADDRESS AVAILABLE UPON REQUEST

REBER, MANDY
ADDRESS AVAILABLE UPON REQUEST

REBERT, JEN
ADDRESS AVAILABLE UPON REQUEST

REBHAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

REBMANN, ALEX
ADDRESS AVAILABLE UPON REQUEST

REBMANN, NATHANAEL
ADDRESS AVAILABLE UPON REQUEST

REBOLLEDO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

REBOLLOZO, NORMA
ADDRESS AVAILABLE UPON REQUEST

REBONG, JARRIE
ADDRESS AVAILABLE UPON REQUEST

REBRANDLY
ADDRESS UNAVAILABLE AT TIME OF FILING

REBROVA, TATYANA
ADDRESS AVAILABLE UPON REQUEST

REBSTOCK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

REBUJIO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RECARRR, IXY
ADDRESS AVAILABLE UPON REQUEST

RECCARDI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RECCE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RECCHIA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RECCHIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RECCO, STACEY
ADDRESS AVAILABLE UPON REQUEST

RECEDA GRAY BLACK
ADDRESS AVAILABLE UPON REQUEST

RECH, PAT
ADDRESS AVAILABLE UPON REQUEST

RECHESTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RECHNITZ, JARED
ADDRESS AVAILABLE UPON REQUEST

RECIBE, JOSH
ADDRESS AVAILABLE UPON REQUEST

RECIO, DINA
ADDRESS AVAILABLE UPON REQUEST

RECK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RECK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RECKART, TODD
ADDRESS AVAILABLE UPON REQUEST

RECKER, KENZIE
ADDRESS AVAILABLE UPON REQUEST

RECKER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

RECKLES, JONATHON
ADDRESS AVAILABLE UPON REQUEST

RECKLING, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RECKMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

RECKSIEDLER, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

RECKSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RECOR, LEAH
ADDRESS AVAILABLE UPON REQUEST

RECORD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RECORDS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RECOUP
ADDRESS UNAVAILABLE AT TIME OF FILING

RECRUITERBOX.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

RECTOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RECTOR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RECTOR, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RECTOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

RECTOR, KELLY
ADDRESS AVAILABLE UPON REQUEST

RECTOR, LIA
ADDRESS AVAILABLE UPON REQUEST

RECTOR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RECTOR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

RECTOR, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

RECTOR, RILEIGH
ADDRESS AVAILABLE UPON REQUEST

RECTOR, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

RECZEK, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

RED CEDAR VINEYARDS COMPANY
111 MARKET STREET NE SUITE 360
OLYMPIA, WA  98501

RED DOOR INTERACTIVE
560 CARLSBAD VILLAGE DR STE 200
CARLSBAD, CA  92008

RED GATE ART
1 RES GATE SHAW BARHAM, NR.
CANTERBURY
KENT CT4 6LA
UNITED KINGDOM

RED HILL GENERAL STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

RED LOBSTER
ADDRESS UNAVAILABLE AT TIME OF FILING

RED ROBIN
ADDRESS UNAVAILABLE AT TIME OF FILING

RED ROCKS
611 WARREN ST
BROOKLYN, NY  11217

RED SUN ENTERTAINMENT, LLC.
300 CORPORATE POINTE, SUITE  465
CULVER CITY, CA  90230

RED TRICYCLE
46 VARDA LANDING
SAUSALITO, CA  94965

RED, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

REDA, CARRI
ADDRESS AVAILABLE UPON REQUEST

REDA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REDA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

REDA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REDARD, JULIE
ADDRESS AVAILABLE UPON REQUEST

REDCORN, ERICA
ADDRESS AVAILABLE UPON REQUEST

REDD WOOD
ADDRESS UNAVAILABLE AT TIME OF FILING

REDD, MORGANNE
ADDRESS AVAILABLE UPON REQUEST

REDD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REDD, WANDA
ADDRESS AVAILABLE UPON REQUEST

REDDAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REDDEG, SARAH
ADDRESS AVAILABLE UPON REQUEST

REDDEN, CHARLTON
ADDRESS AVAILABLE UPON REQUEST

REDDEN, LIZ
ADDRESS AVAILABLE UPON REQUEST

REDDEN, LORI
ADDRESS AVAILABLE UPON REQUEST

REDDEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

REDDI, PRAVEENA
ADDRESS AVAILABLE UPON REQUEST

REDDICK, BECKY
ADDRESS AVAILABLE UPON REQUEST

REDDICK, ERICA
ADDRESS AVAILABLE UPON REQUEST

REDDICK, SARAH
ADDRESS AVAILABLE UPON REQUEST

REDDICKS, LAMAR
ADDRESS AVAILABLE UPON REQUEST

REDDIEN, TYLER
ADDRESS AVAILABLE UPON REQUEST

REDDIN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

REDDING, ALISA
ADDRESS AVAILABLE UPON REQUEST

REDDING, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

REDDING, CARA
ADDRESS AVAILABLE UPON REQUEST

REDDING, CRAIG
ADDRESS AVAILABLE UPON REQUEST

REDDING, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

REDDING, DESIREE
ADDRESS AVAILABLE UPON REQUEST

REDDING, EILEEN
ADDRESS AVAILABLE UPON REQUEST

REDDING, ERIKA
ADDRESS AVAILABLE UPON REQUEST

REDDING, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

REDDING, HELEN
ADDRESS AVAILABLE UPON REQUEST

REDDING, JACK
ADDRESS AVAILABLE UPON REQUEST

REDDING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REDDINGER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REDDINGTON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

REDDISH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

REDDIT, INC.
548 MARKET STREET  16093
SAN FRANCISCO, CA  94104-5401

REDDIT, INC.
PO BOX 204387
DALLAS, TX  75320

REDDOCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

REDDON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

REDDON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

REDDOUT, GARRETT
ADDRESS AVAILABLE UPON REQUEST

REDDY, ASHWIN
ADDRESS AVAILABLE UPON REQUEST

REDDY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REDDY, KAVITHA
ADDRESS AVAILABLE UPON REQUEST

REDDY, KESHAV
ADDRESS AVAILABLE UPON REQUEST

REDDY, MARIE
ADDRESS AVAILABLE UPON REQUEST

REDDY, MEGHA
ADDRESS AVAILABLE UPON REQUEST

REDDY, RADHIKA
ADDRESS AVAILABLE UPON REQUEST

REDDY, RAVEEN
ADDRESS AVAILABLE UPON REQUEST

REDDY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

REDDY, SNEHA
ADDRESS AVAILABLE UPON REQUEST

REDDY, SUJATHA
ADDRESS AVAILABLE UPON REQUEST

REDDY, VINOD
ADDRESS AVAILABLE UPON REQUEST

REDE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REDEKER, KIM
ADDRESS AVAILABLE UPON REQUEST

REDELSPERGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REDEWSA, GUHUK
ADDRESS AVAILABLE UPON REQUEST

REDFERN, CHEMERE
ADDRESS AVAILABLE UPON REQUEST

REDFERN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

REDFIELD NICOLOS, MARY
ADDRESS AVAILABLE UPON REQUEST

REDFIELD, LUKE
ADDRESS AVAILABLE UPON REQUEST

REDFORD, MIKE
ADDRESS AVAILABLE UPON REQUEST

REDGATE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

REDIC, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

REDIFER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REDIFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REDIGER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

REDIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REDINGER, KATE
ADDRESS AVAILABLE UPON REQUEST

REDINGER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REDINGTON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

REDL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REDLINGSHAFER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

REDLITZ, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

REDMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

REDMAN, HENRY
ADDRESS AVAILABLE UPON REQUEST

REDMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

REDMAN, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

REDMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

REDMAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

REDMANN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REDMANN, JOHN
ADDRESS AVAILABLE UPON REQUEST

REDMON, KYANN
ADDRESS AVAILABLE UPON REQUEST

REDMON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

REDMON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

REDMOND, BECCA
ADDRESS AVAILABLE UPON REQUEST

REDMOND, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

REDMOND, DAVID
ADDRESS AVAILABLE UPON REQUEST

REDMOND, FAITH
ADDRESS AVAILABLE UPON REQUEST

REDMOND, FAITH
ADDRESS AVAILABLE UPON REQUEST

REDMOND, HILDA
ADDRESS AVAILABLE UPON REQUEST

REDMOND, JADE
ADDRESS AVAILABLE UPON REQUEST

REDMOND, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

REDMOND, LUCY
ADDRESS AVAILABLE UPON REQUEST

REDMOND, RYAN
ADDRESS AVAILABLE UPON REQUEST

REDMOND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REDMORE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

REDONDO, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REDPATH, TAMMY
ADDRESS AVAILABLE UPON REQUEST

REDRICK, AMBRA
ADDRESS AVAILABLE UPON REQUEST

REDTECH LLC
ADDRESS AVAILABLE UPON REQUEST

REDUS, KASEY
ADDRESS AVAILABLE UPON REQUEST

REDWINE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REDWOOD PENSIONS, LLC
1459 18TH ST.  283
SAN FRANCISCO, CA  94107

REDWOOD PENSIONS, LLC
P.O. BOX 3409
WALNUT CREEK, CA  94598-3409

REDWOOD VALLEY CELLARS, LP
7051 N. STATE STREET
PO BOX 805 (MAILING)
REDWOOD VALLEY, CA  95470

REDWOOD VALLEY CELLARS, LP
7051 N. STATE STREET
PO BOX 805
(MAILING) REDWOOD VALLEY, CA  95470

REDWOOD, NATASHA
ADDRESS AVAILABLE UPON REQUEST

REEB, BETH
ADDRESS AVAILABLE UPON REQUEST

REECE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REECE, DASHA
ADDRESS AVAILABLE UPON REQUEST

REECE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

REECE, HALEY
ADDRESS AVAILABLE UPON REQUEST

REECE, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

REECE, MADISON
ADDRESS AVAILABLE UPON REQUEST

REECE, SPENCER
ADDRESS AVAILABLE UPON REQUEST

REECE, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

REED KALA
ADDRESS AVAILABLE UPON REQUEST

REED WINNER
ADDRESS AVAILABLE UPON REQUEST

REED, AARON
ADDRESS AVAILABLE UPON REQUEST

REED, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REED, ALI
ADDRESS AVAILABLE UPON REQUEST

REED, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REED, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REED, BETH
ADDRESS AVAILABLE UPON REQUEST

REED, BRE
ADDRESS AVAILABLE UPON REQUEST

REED, BRENDA
ADDRESS AVAILABLE UPON REQUEST

REED, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

REED, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

REED, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

REED, CARRIE
ADDRESS AVAILABLE UPON REQUEST

REED, CASSIA
ADDRESS AVAILABLE UPON REQUEST

REED, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

REED, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REED, CORY
ADDRESS AVAILABLE UPON REQUEST

REED, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

REED, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

REED, DARBY
ADDRESS AVAILABLE UPON REQUEST

REED, DARCY
ADDRESS AVAILABLE UPON REQUEST

REED, DAVID
ADDRESS AVAILABLE UPON REQUEST

REED, DAVID
ADDRESS AVAILABLE UPON REQUEST

REED, DECHAUNA
ADDRESS AVAILABLE UPON REQUEST

REED, DEQUARIS
ADDRESS AVAILABLE UPON REQUEST

REED, DIANE JO
ADDRESS AVAILABLE UPON REQUEST

REED, DIANNE BETH
ADDRESS AVAILABLE UPON REQUEST

REED, DIANNE
ADDRESS AVAILABLE UPON REQUEST

REED, DOREEN
ADDRESS AVAILABLE UPON REQUEST

REED, ELLIE
ADDRESS AVAILABLE UPON REQUEST

REED, EMAYA
ADDRESS AVAILABLE UPON REQUEST

REED, ERICA
ADDRESS AVAILABLE UPON REQUEST

REED, GEORGE
ADDRESS AVAILABLE UPON REQUEST

REED, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REED, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REED, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

REED, HILLARY
ADDRESS AVAILABLE UPON REQUEST

REED, HILLARY
ADDRESS AVAILABLE UPON REQUEST

REED, HOLLI
ADDRESS AVAILABLE UPON REQUEST

REED, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

REED, JACOB
ADDRESS AVAILABLE UPON REQUEST

REED, JANA
ADDRESS AVAILABLE UPON REQUEST

REED, JAZSMINE
ADDRESS AVAILABLE UPON REQUEST

REED, JEFFREY J.
ADDRESS AVAILABLE UPON REQUEST

REED, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REED, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REED, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REED, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REED, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REED, JESSIE
ADDRESS AVAILABLE UPON REQUEST

REED, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

REED, JULIA
ADDRESS AVAILABLE UPON REQUEST

REED, K.D
ADDRESS AVAILABLE UPON REQUEST

REED, K.D.
ADDRESS AVAILABLE UPON REQUEST

REED, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

REED, KAREN
ADDRESS AVAILABLE UPON REQUEST

REED, KARLIN
ADDRESS AVAILABLE UPON REQUEST

REED, KATE
ADDRESS AVAILABLE UPON REQUEST

REED, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

REED, KATIE
ADDRESS AVAILABLE UPON REQUEST

REED, KATINA
ADDRESS AVAILABLE UPON REQUEST

REED, KELLY
ADDRESS AVAILABLE UPON REQUEST

REED, KENNY
ADDRESS AVAILABLE UPON REQUEST

REED, KESHA
ADDRESS AVAILABLE UPON REQUEST

REED, KESHA
ADDRESS AVAILABLE UPON REQUEST

REED, KORTNE
ADDRESS AVAILABLE UPON REQUEST

REED, LATANYA
ADDRESS AVAILABLE UPON REQUEST

REED, LATANYA
ADDRESS AVAILABLE UPON REQUEST

REED, LESLIE
ADDRESS AVAILABLE UPON REQUEST

REED, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

REED, LISA
ADDRESS AVAILABLE UPON REQUEST

REED, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

REED, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

REED, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REED, MESIA
ADDRESS AVAILABLE UPON REQUEST

REED, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REED, NATALIE
ADDRESS AVAILABLE UPON REQUEST

REED, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REED, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REED, RANDY
ADDRESS AVAILABLE UPON REQUEST

REED, REGINA
ADDRESS AVAILABLE UPON REQUEST

REED, ROXANA
ADDRESS AVAILABLE UPON REQUEST

REED, SANDRA
ADDRESS AVAILABLE UPON REQUEST

REED, SARA
ADDRESS AVAILABLE UPON REQUEST

REED, SARAH
ADDRESS AVAILABLE UPON REQUEST

REED, SARAH
ADDRESS AVAILABLE UPON REQUEST

REED, SHANE
ADDRESS AVAILABLE UPON REQUEST

REED, SHELBY
ADDRESS AVAILABLE UPON REQUEST

REED, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

REED, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REED, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

REED, TAMARA
ADDRESS AVAILABLE UPON REQUEST

REED, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

REED, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

REED, THERESA
ADDRESS AVAILABLE UPON REQUEST

REED, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

REED, TOMMY
ADDRESS AVAILABLE UPON REQUEST

REED, TRACY
ADDRESS AVAILABLE UPON REQUEST

REED, VALARIE
ADDRESS AVAILABLE UPON REQUEST

REED, VALERIE
ADDRESS AVAILABLE UPON REQUEST

REED, WENDY
ADDRESS AVAILABLE UPON REQUEST

REEDER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

REEDER, CIERRA
ADDRESS AVAILABLE UPON REQUEST

REEDER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REEDER, JEFF
ADDRESS AVAILABLE UPON REQUEST

REEDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

REEDER, MARK
ADDRESS AVAILABLE UPON REQUEST

REEDER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REEDER, TRACY
ADDRESS AVAILABLE UPON REQUEST

REEDER, TRESSA
ADDRESS AVAILABLE UPON REQUEST

REEDER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

REEDLENHARDT, JODI
ADDRESS AVAILABLE UPON REQUEST

REEDY, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

REEDY, MYKELLE
ADDRESS AVAILABLE UPON REQUEST

REEF RAIN ARIA
904 DOWNSHIRE CHASE
VIRGINIA BEACH, VA  23452

REEF, ASHLEY MARIE
ADDRESS AVAILABLE UPON REQUEST

REEGER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

REEH, ALEX
ADDRESS AVAILABLE UPON REQUEST

REEHL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

REEHL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

REEKE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

REEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

REELS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

REEP, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REEP, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

REERSLEV, WUBIT
ADDRESS AVAILABLE UPON REQUEST

REES, JAMES
ADDRESS AVAILABLE UPON REQUEST

REES, JILL
ADDRESS AVAILABLE UPON REQUEST

REES, KERA
ADDRESS AVAILABLE UPON REQUEST

REES, MELANIE
ADDRESS AVAILABLE UPON REQUEST

REES, SARAH
ADDRESS AVAILABLE UPON REQUEST

REES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REESE SEBASTIAN MINER
ADDRESS AVAILABLE UPON REQUEST

REESE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REESE, AMBER
ADDRESS AVAILABLE UPON REQUEST

REESE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

REESE, BRI
ADDRESS AVAILABLE UPON REQUEST

REESE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

REESE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

REESE, DAVID
ADDRESS AVAILABLE UPON REQUEST

REESE, EMILY
ADDRESS AVAILABLE UPON REQUEST

REESE, EMMA
ADDRESS AVAILABLE UPON REQUEST

REESE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

REESE, JACK
ADDRESS AVAILABLE UPON REQUEST

REESE, JANA
ADDRESS AVAILABLE UPON REQUEST

REESE, JASON
ADDRESS AVAILABLE UPON REQUEST

REESE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REESE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REESE, KADEE
ADDRESS AVAILABLE UPON REQUEST

REESE, KATHY
ADDRESS AVAILABLE UPON REQUEST

REESE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

REESE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REESE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

REESE, LAZARUS
ADDRESS AVAILABLE UPON REQUEST

REESE, LISA
ADDRESS AVAILABLE UPON REQUEST

REESE, LONNIE
ADDRESS AVAILABLE UPON REQUEST

REESE, MARCUS
ADDRESS AVAILABLE UPON REQUEST

REESE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

REESE, MARLY
ADDRESS AVAILABLE UPON REQUEST

REESE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

REESE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

REESE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

REESE, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

REESE, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

REESE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REESE, TANGELIA/ TIFFANY
ADDRESS AVAILABLE UPON REQUEST

REESER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

REESMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REESON, MONICA
ADDRESS AVAILABLE UPON REQUEST

REETZ, TAMI
ADDRESS AVAILABLE UPON REQUEST

REEVE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

REEVERTS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

REEVES MD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REEVES, AANESSA
ADDRESS AVAILABLE UPON REQUEST

REEVES, AARON
ADDRESS AVAILABLE UPON REQUEST

REEVES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

REEVES, AMY
ADDRESS AVAILABLE UPON REQUEST

REEVES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

REEVES, ANNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

REEVES, BROCK
ADDRESS AVAILABLE UPON REQUEST

REEVES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

REEVES, CIARA
ADDRESS AVAILABLE UPON REQUEST

REEVES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

REEVES, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REEVES, ELISE
ADDRESS AVAILABLE UPON REQUEST

REEVES, EMMA
ADDRESS AVAILABLE UPON REQUEST

REEVES, GARY
ADDRESS AVAILABLE UPON REQUEST

REEVES, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

REEVES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

REEVES, HUNTER
ADDRESS AVAILABLE UPON REQUEST

REEVES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REEVES, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

REEVES, KAILEIGH
ADDRESS AVAILABLE UPON REQUEST

REEVES, KATYA
ADDRESS AVAILABLE UPON REQUEST

REEVES, KATYA
ADDRESS AVAILABLE UPON REQUEST

REEVES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

REEVES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

REEVES, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

REEVES, LAVONETTE
ADDRESS AVAILABLE UPON REQUEST

REEVES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

REEVES, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

REEVES, MARY
ADDRESS AVAILABLE UPON REQUEST

REEVES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

REEVES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

REEVES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REEVES, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

REEVES, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

REEVES, THAYNE
ADDRESS AVAILABLE UPON REQUEST

REEVES, TRISHA
ADDRESS AVAILABLE UPON REQUEST

REEVES-SNYDER, CINDA
ADDRESS AVAILABLE UPON REQUEST

REFER, QUINN
ADDRESS AVAILABLE UPON REQUEST

REFF, AMY
ADDRESS AVAILABLE UPON REQUEST

REFFITT, ROBIN
ADDRESS AVAILABLE UPON REQUEST

REFINERY HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

REFOUR, R
ADDRESS AVAILABLE UPON REQUEST

REGA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

REGA, HEIDI
ADDRESS AVAILABLE UPON REQUEST

REGAL WINE
ADDRESS UNAVAILABLE AT TIME OF FILING

REGAN, ANN
ADDRESS AVAILABLE UPON REQUEST

REGAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REGAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

REGAN, DAYNA
ADDRESS AVAILABLE UPON REQUEST

REGAN, JILL
ADDRESS AVAILABLE UPON REQUEST

REGAN, JO-ANNA
ADDRESS AVAILABLE UPON REQUEST

REGAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

REGAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

REGAN, KATHY
ADDRESS AVAILABLE UPON REQUEST

REGAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

REGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REGAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REGAN, LEILA
ADDRESS AVAILABLE UPON REQUEST

REGAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

REGAN, MARYCATHERINE
ADDRESS AVAILABLE UPON REQUEST

REGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REGAN, NADINE
ADDRESS AVAILABLE UPON REQUEST

REGAN, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

REGAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REGAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

REGAN, TALLULAH
ADDRESS AVAILABLE UPON REQUEST

REGAN, TARA
ADDRESS AVAILABLE UPON REQUEST

REGAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

REGAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

REGEL, SHANE
ADDRESS AVAILABLE UPON REQUEST

REGENER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

REGENHARDT, MATIAS
ADDRESS AVAILABLE UPON REQUEST

REGENSBURG, KIERES
ADDRESS AVAILABLE UPON REQUEST

REGENT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

REGER, BETH
ADDRESS AVAILABLE UPON REQUEST

REGER, JOANNE
ADDRESS AVAILABLE UPON REQUEST

REGER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

REGESTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REGESTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REGESTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

REGGIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REGH, ERIC
ADDRESS AVAILABLE UPON REQUEST

REGHIE D OGAHAYON
ADDRESS AVAILABLE UPON REQUEST

REGIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REGIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REGINA BRAMHALL
ADDRESS AVAILABLE UPON REQUEST

REGINA MARCHIONE
ADDRESS AVAILABLE UPON REQUEST

REGINA, MARGHERITA
ADDRESS AVAILABLE UPON REQUEST

REGINATO, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

REGIS, MARIA
ADDRESS AVAILABLE UPON REQUEST

REGIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REGIS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

REGISTER, DR. JARED
ADDRESS AVAILABLE UPON REQUEST

REGISTER, GREY
ADDRESS AVAILABLE UPON REQUEST

REGISTER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

REGLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REGNA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

REGNER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

REGNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REGNERI, ERIN
ADDRESS AVAILABLE UPON REQUEST

REGNIER, JOHN
ADDRESS AVAILABLE UPON REQUEST

REGO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

REGOLE, DORENE
ADDRESS AVAILABLE UPON REQUEST

REGOTTI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REGULA, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REGUS
P.O.BOX 842456
DALLAS, TX  75284-2456

REH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

REH, EMMA
ADDRESS AVAILABLE UPON REQUEST

REHAK, LUCIANO
ADDRESS AVAILABLE UPON REQUEST

REHAK, TRISH
ADDRESS AVAILABLE UPON REQUEST

REHAL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

REHAN, ALI
ADDRESS AVAILABLE UPON REQUEST

REHANI, ALISA
ADDRESS AVAILABLE UPON REQUEST

REHDER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

REHE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REHFUSS, RENEE
ADDRESS AVAILABLE UPON REQUEST

REHILL, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

REHIMI, HAMIDA
ADDRESS AVAILABLE UPON REQUEST

REHLING, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

REHLING, MAX
ADDRESS AVAILABLE UPON REQUEST

REHLING, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REHM, DAWN
ADDRESS AVAILABLE UPON REQUEST

REHM, MARTHA
ADDRESS AVAILABLE UPON REQUEST

REHM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REHMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

REHRER, KATIE
ADDRESS AVAILABLE UPON REQUEST

REI
ADDRESS UNAVAILABLE AT TIME OF FILING

REIBE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

REIBER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

REICAHRT, DENA
ADDRESS AVAILABLE UPON REQUEST

REICH, AARI
ADDRESS AVAILABLE UPON REQUEST

REICH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REICH, CLARE
ADDRESS AVAILABLE UPON REQUEST

REICH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

REICH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REICH, MELODI
ADDRESS AVAILABLE UPON REQUEST

REICH, RONA
ADDRESS AVAILABLE UPON REQUEST

REICH, STEWART
ADDRESS AVAILABLE UPON REQUEST

REICHARD, HOPE
ADDRESS AVAILABLE UPON REQUEST

REICHART, BRETT
ADDRESS AVAILABLE UPON REQUEST

REICHART, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REICHEL, HALLEY
ADDRESS AVAILABLE UPON REQUEST

REICHEL, MARTIN
ADDRESS AVAILABLE UPON REQUEST

REICHEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

REICHELSCHEIMER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REICHELT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

REICHELT, DAVID
ADDRESS AVAILABLE UPON REQUEST

REICHENBACH, DAVID
ADDRESS AVAILABLE UPON REQUEST

REICHENBERG, DEMELZA
ADDRESS AVAILABLE UPON REQUEST

REICHERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

REICHES, ZOE
ADDRESS AVAILABLE UPON REQUEST

REICHLE, ZACH
ADDRESS AVAILABLE UPON REQUEST

REICHMAN, CIPORA
ADDRESS AVAILABLE UPON REQUEST

REICHMANN, PAULINA
ADDRESS AVAILABLE UPON REQUEST

REID, AIRON
ADDRESS AVAILABLE UPON REQUEST

REID, ALLIE
ADDRESS AVAILABLE UPON REQUEST

REID, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REID, AMBER
ADDRESS AVAILABLE UPON REQUEST

REID, ASHTON
ADDRESS AVAILABLE UPON REQUEST

REID, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

REID, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

REID, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

REID, CHERYL
ADDRESS AVAILABLE UPON REQUEST

REID, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REID, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REID, COLSTON
ADDRESS AVAILABLE UPON REQUEST

REID, CORI
ADDRESS AVAILABLE UPON REQUEST

REID, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REID, EDWARD
ADDRESS AVAILABLE UPON REQUEST

REID, EILEEN
ADDRESS AVAILABLE UPON REQUEST

REID, ERIC
ADDRESS AVAILABLE UPON REQUEST

REID, HOWARD
ADDRESS AVAILABLE UPON REQUEST

REID, JACINDA
ADDRESS AVAILABLE UPON REQUEST

REID, JANET
ADDRESS AVAILABLE UPON REQUEST

REID, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REID, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REID, JOANN
ADDRESS AVAILABLE UPON REQUEST

REID, JULIE
ADDRESS AVAILABLE UPON REQUEST

REID, KARA
ADDRESS AVAILABLE UPON REQUEST

REID, KELLY
ADDRESS AVAILABLE UPON REQUEST

REID, KRYSTANI
ADDRESS AVAILABLE UPON REQUEST

REID, LIANA
ADDRESS AVAILABLE UPON REQUEST

REID, MADELINE
ADDRESS AVAILABLE UPON REQUEST

REID, MARLEY
ADDRESS AVAILABLE UPON REQUEST

REID, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

REID, MAYA
ADDRESS AVAILABLE UPON REQUEST

REID, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REID, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REID, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REID, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REID, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

REID, RENEE
ADDRESS AVAILABLE UPON REQUEST

REID, ROBERT
ADDRESS AVAILABLE UPON REQUEST

REID, RYAN
ADDRESS AVAILABLE UPON REQUEST

REID, SETH
ADDRESS AVAILABLE UPON REQUEST

REID, SHANNON
ADDRESS AVAILABLE UPON REQUEST

REID, STACEY
ADDRESS AVAILABLE UPON REQUEST

REID, STACEY
ADDRESS AVAILABLE UPON REQUEST

REID, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REID, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

REID, TARA
ADDRESS AVAILABLE UPON REQUEST

REID, TASHARA
ADDRESS AVAILABLE UPON REQUEST

REID, WINONA
ADDRESS AVAILABLE UPON REQUEST

REID, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

REIDENOUER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REIDFORD, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

REIDY, JEANNA
ADDRESS AVAILABLE UPON REQUEST

REIDY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REIDY, RORY
ADDRESS AVAILABLE UPON REQUEST

REIDY, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

REIDY, TERESA
ADDRESS AVAILABLE UPON REQUEST

REIERSON, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

REIF, AMY
ADDRESS AVAILABLE UPON REQUEST

REIF, SARAH
ADDRESS AVAILABLE UPON REQUEST

REIF, TARYN
ADDRESS AVAILABLE UPON REQUEST

REIFE, ILANA
ADDRESS AVAILABLE UPON REQUEST

REIFF, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

REIFORD, FAITH
ADDRESS AVAILABLE UPON REQUEST

REIFSCHNEIDER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

REIGADA, JERREL
ADDRESS AVAILABLE UPON REQUEST

REIGEL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

REIGHARD, JOSH
ADDRESS AVAILABLE UPON REQUEST

REIGHARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REIGHART, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

REIGLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

REIGLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REIGNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

REIGSTAD, DONNA
ADDRESS AVAILABLE UPON REQUEST

REILAND, SIERRA
ADDRESS AVAILABLE UPON REQUEST

REILEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

REILLEY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

REILLEY, PAM
ADDRESS AVAILABLE UPON REQUEST

REILLY NEWMAN
ADDRESS AVAILABLE UPON REQUEST

REILLY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

REILLY, ALIZ
ADDRESS AVAILABLE UPON REQUEST

REILLY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

REILLY, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

REILLY, BRENNA
ADDRESS AVAILABLE UPON REQUEST

REILLY, BRIGID
ADDRESS AVAILABLE UPON REQUEST

REILLY, CAITLAN
ADDRESS AVAILABLE UPON REQUEST

REILLY, CAROL
ADDRESS AVAILABLE UPON REQUEST

REILLY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

REILLY, CINDY
ADDRESS AVAILABLE UPON REQUEST

REILLY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

REILLY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REILLY, DAVID
ADDRESS AVAILABLE UPON REQUEST

REILLY, EMILY
ADDRESS AVAILABLE UPON REQUEST

REILLY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

REILLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

REILLY, GWEN
ADDRESS AVAILABLE UPON REQUEST

REILLY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

REILLY, HELEN
ADDRESS AVAILABLE UPON REQUEST

REILLY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REILLY, JILL
ADDRESS AVAILABLE UPON REQUEST

REILLY, JOAN
ADDRESS AVAILABLE UPON REQUEST

REILLY, JOHN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

REILLY, KATIE
ADDRESS AVAILABLE UPON REQUEST

REILLY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

REILLY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

REILLY, KENNETH
ADDRESS AVAILABLE UPON REQUEST

REILLY, KERRY
ADDRESS AVAILABLE UPON REQUEST

REILLY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

REILLY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

REILLY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

REILLY, MARCIA
ADDRESS AVAILABLE UPON REQUEST

REILLY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REILLY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

REILLY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REILLY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REILLY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

REILLY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

REILLY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

REILLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

REILLY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

REILLY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

REILLY, SHELLI
ADDRESS AVAILABLE UPON REQUEST

REILLY, STARR
ADDRESS AVAILABLE UPON REQUEST

REILLY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REILLY, TERI
ADDRESS AVAILABLE UPON REQUEST

REILLY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

REILY, BECKY
ADDRESS AVAILABLE UPON REQUEST

REIM, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

REIMANN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

REIMANN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

REIMER, CECILIA
ADDRESS AVAILABLE UPON REQUEST

REIMER, DANA
ADDRESS AVAILABLE UPON REQUEST

REIMER, JILL
ADDRESS AVAILABLE UPON REQUEST

REIMER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

REIMER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

REIMERINK, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

REIMERS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

REIMERS, DELANEY
ADDRESS AVAILABLE UPON REQUEST

REIMERS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

REIMERS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

REIMLER, KATHY
ADDRESS AVAILABLE UPON REQUEST

REIMNITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

REIMONDO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REIN, BIANCA
ADDRESS AVAILABLE UPON REQUEST

REIN, JANET
ADDRESS AVAILABLE UPON REQUEST

REINA, JUAN
ADDRESS AVAILABLE UPON REQUEST

REINA, RAMONA
ADDRESS AVAILABLE UPON REQUEST

REINARMAN, BLAIR
ADDRESS AVAILABLE UPON REQUEST

REINBOLD, HAILEY
ADDRESS AVAILABLE UPON REQUEST

REINBOLD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

REINBOLD, MITZI
ADDRESS AVAILABLE UPON REQUEST

REINCKE, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

REINDEL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

REINDOLLAR, DALTON
ADDRESS AVAILABLE UPON REQUEST

REINE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

REINECK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REINECKE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REINEKE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REINEKE, MONIKA
ADDRESS AVAILABLE UPON REQUEST

REINEMA, REECE
ADDRESS AVAILABLE UPON REQUEST

REINER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

REINER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

REINER, LORI
ADDRESS AVAILABLE UPON REQUEST

REINER, MADISON
ADDRESS AVAILABLE UPON REQUEST

REINER, NANCY
ADDRESS AVAILABLE UPON REQUEST

REINERS, GINA
ADDRESS AVAILABLE UPON REQUEST

REINERT, SERENITY
ADDRESS AVAILABLE UPON REQUEST

REINERTSEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

REINERTSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

REINES, SHANE
ADDRESS AVAILABLE UPON REQUEST

REINESCH, DENISE
ADDRESS AVAILABLE UPON REQUEST

REINFELD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REINFORD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

REINHARD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

REINHARD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

REINHARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, JONNA
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, KAREN
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REINHARDT, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

REINHART, BETHANY
ADDRESS AVAILABLE UPON REQUEST

REINHART, DARYAN
ADDRESS AVAILABLE UPON REQUEST

REINHART, ELLE
ADDRESS AVAILABLE UPON REQUEST

REINHECKEL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REINHOLD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REINHOLD, KATIE
ADDRESS AVAILABLE UPON REQUEST

REINHOLD, NATHAN
ADDRESS AVAILABLE UPON REQUEST

REINIER BODEMEIJER
ADDRESS AVAILABLE UPON REQUEST

REINIKE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REININGER, KELLY
ADDRESS AVAILABLE UPON REQUEST

REINKE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

REINKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REINKEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

REINKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

REINMULLER, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

REINMUND, DEAN
ADDRESS AVAILABLE UPON REQUEST

REINO, MATT
ADDRESS AVAILABLE UPON REQUEST

REINSCH, ERICA
ADDRESS AVAILABLE UPON REQUEST

REINSTATLER, KRISSY
ADDRESS AVAILABLE UPON REQUEST

REINSTATLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REINSTEIN, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

REINTHALER, TYLER
ADDRESS AVAILABLE UPON REQUEST

REIPLINGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REIS, ADRIANO
ADDRESS AVAILABLE UPON REQUEST

REIS, ERICA
ADDRESS AVAILABLE UPON REQUEST

REIS, KIKI
ADDRESS AVAILABLE UPON REQUEST

REIS, LEVI
ADDRESS AVAILABLE UPON REQUEST

REIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REIS, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

REISCH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

REISCHMANN, BETH
ADDRESS AVAILABLE UPON REQUEST

REISE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

REISE, MARTIN
ADDRESS AVAILABLE UPON REQUEST

REISE, NICK
ADDRESS AVAILABLE UPON REQUEST

REISECK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REISEN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

REISENAUER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

REISENBUK, RIHO
ADDRESS AVAILABLE UPON REQUEST

REISER, SARAH
ADDRESS AVAILABLE UPON REQUEST

REISERT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

REISMAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

REISMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

REISNER, CASEY
ADDRESS AVAILABLE UPON REQUEST

REISS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REISS, DANA
ADDRESS AVAILABLE UPON REQUEST

REISSMAN, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

REISZ, LEANNE
ADDRESS AVAILABLE UPON REQUEST

REITEN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

REITER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REITER, AMIE
ADDRESS AVAILABLE UPON REQUEST

REITER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

REITER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REITMAN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

REITMAN, JOEL
ADDRESS AVAILABLE UPON REQUEST

REITMEYER, HUGH
ADDRESS AVAILABLE UPON REQUEST

REITNOUR, SARAH
ADDRESS AVAILABLE UPON REQUEST

REITZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

REITZ, MALLORY
ADDRESS AVAILABLE UPON REQUEST

REKEMEYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REKHI, ASHOK
ADDRESS AVAILABLE UPON REQUEST

REKHTMAN, YULIYA
ADDRESS AVAILABLE UPON REQUEST

REKIETA, DAYNA
ADDRESS AVAILABLE UPON REQUEST

REKRUCIAK, GILES
ADDRESS AVAILABLE UPON REQUEST

REKS, JENNY
ADDRESS AVAILABLE UPON REQUEST

REKTORIK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RELAMPAGOS, MALAEA
ADDRESS AVAILABLE UPON REQUEST

RELATIONS, KATHY
ADDRESS AVAILABLE UPON REQUEST

RELF, JOANN
ADDRESS AVAILABLE UPON REQUEST

RELFORD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RELIABLE
ADDRESS UNAVAILABLE AT TIME OF FILING

RELIANCE STANDARD LIFE INSURANCE
COMPANY
2001 MARKET STREET, SUITE 1500
PHILADELPHIA, PA  19103-7090

RELIANCE STANDARD LIFE INSURANCE
COMPANY
PO BOX 3124
SOUTHEASTERN, PA  19398-3124

RELIAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

RELIC, MICAH
ADDRESS AVAILABLE UPON REQUEST

RELICH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RELLA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RELLEKE, JAMES
ADDRESS AVAILABLE UPON REQUEST

RELLICK, KRISTY
ADDRESS AVAILABLE UPON REQUEST

RELOBA, GLORY
ADDRESS AVAILABLE UPON REQUEST

RELVAS, JP
ADDRESS AVAILABLE UPON REQUEST

REM, TAMAR
ADDRESS AVAILABLE UPON REQUEST

REMALY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

REMBERT, EARNEST
ADDRESS AVAILABLE UPON REQUEST

REMBERT, FRED D
ADDRESS AVAILABLE UPON REQUEST

REMBIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REMBOLD, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

REMBOLD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

REMBY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

REMEDES, KYLE
ADDRESS AVAILABLE UPON REQUEST

REMEDIOS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

REMEIKA, JIM
ADDRESS AVAILABLE UPON REQUEST

REMEIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

REMEN, HALLE
ADDRESS AVAILABLE UPON REQUEST

REMER, ABBY
ADDRESS AVAILABLE UPON REQUEST

REMER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

REMER, LARRY
ADDRESS AVAILABLE UPON REQUEST

REMICK, JODIE
ADDRESS AVAILABLE UPON REQUEST

REMICK, SCOT
ADDRESS AVAILABLE UPON REQUEST

REMICK, SIENNA
ADDRESS AVAILABLE UPON REQUEST

REMILLARD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

REMILLARD, GEMMA
ADDRESS AVAILABLE UPON REQUEST

REMILLARD, NICK
ADDRESS AVAILABLE UPON REQUEST

REMILLARD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

REMINGTON, ALLECIA
ADDRESS AVAILABLE UPON REQUEST

REMINGTON, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

REMINGTON, SCOT
ADDRESS AVAILABLE UPON REQUEST

REMINGTON, WENDY
ADDRESS AVAILABLE UPON REQUEST

REMIREZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

REMIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REMJESKE, KELLI
ADDRESS AVAILABLE UPON REQUEST

REMKES, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

REMKES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REMLEY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

REMMELE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REMMENGA, STORM
ADDRESS AVAILABLE UPON REQUEST

REMMERS, CHYREL
ADDRESS AVAILABLE UPON REQUEST

REMNANT, JULIA
ADDRESS AVAILABLE UPON REQUEST

REMOLLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REMP, TOM
ADDRESS AVAILABLE UPON REQUEST

REMPALA, MAEGHAN
ADDRESS AVAILABLE UPON REQUEST

REMPEL, EMERALD
ADDRESS AVAILABLE UPON REQUEST

REMPEL, MONIKA
ADDRESS AVAILABLE UPON REQUEST

REMPT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

REMPT, LINDA
ADDRESS AVAILABLE UPON REQUEST

REMUS, KASEY
ADDRESS AVAILABLE UPON REQUEST

REMY, DANDRE
ADDRESS AVAILABLE UPON REQUEST

REMY, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

REMY, J.LUCKSON
ADDRESS AVAILABLE UPON REQUEST

REMY, JAMES E
ADDRESS AVAILABLE UPON REQUEST

REMY-YEE, YVONNE
ADDRESS AVAILABLE UPON REQUEST

REN, AILEEN
ADDRESS AVAILABLE UPON REQUEST

REN, ALEC
ADDRESS AVAILABLE UPON REQUEST

REN, HAN
ADDRESS AVAILABLE UPON REQUEST

REN, TIANHE
ADDRESS AVAILABLE UPON REQUEST

RENA RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

RENAE, APRIL
ADDRESS AVAILABLE UPON REQUEST

RENAGHAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

RENAGHAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

RENAHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RENAL, ERIN
ADDRESS AVAILABLE UPON REQUEST

RENALDO, LAURA
ADDRESS AVAILABLE UPON REQUEST

RENATA FILARECKI
ADDRESS AVAILABLE UPON REQUEST

RENATA PATAKI
ADDRESS AVAILABLE UPON REQUEST

RENATO DESIO
ADDRESS AVAILABLE UPON REQUEST

RENAUD, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RENAUD, ERICA
ADDRESS AVAILABLE UPON REQUEST

RENAUD, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

RENAUD, KAREN
ADDRESS AVAILABLE UPON REQUEST

RENAUD, LAURA
ADDRESS AVAILABLE UPON REQUEST

RENAUDO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RENAULT, SUE
ADDRESS AVAILABLE UPON REQUEST

RENDA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RENDA, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

RENDA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RENDAK, KELLY
ADDRESS AVAILABLE UPON REQUEST

RENDALL, KYLE
ADDRESS AVAILABLE UPON REQUEST

RENDE, BRIANA
ADDRESS AVAILABLE UPON REQUEST

RENDE, SARAH
ADDRESS AVAILABLE UPON REQUEST

RENDEK, JOSH
ADDRESS AVAILABLE UPON REQUEST

RENDEK, LISA
ADDRESS AVAILABLE UPON REQUEST

RENDER, KISUA
ADDRESS AVAILABLE UPON REQUEST

RENDINA, GINA
ADDRESS AVAILABLE UPON REQUEST

RENDINA, MARIA
ADDRESS AVAILABLE UPON REQUEST

RENDON, CRIZAIDA
ADDRESS AVAILABLE UPON REQUEST

RENDON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RENDON, RAMON J
ADDRESS AVAILABLE UPON REQUEST

RENDON, ROSA
ADDRESS AVAILABLE UPON REQUEST

RENE CARR
ADDRESS AVAILABLE UPON REQUEST

RENE HERRERA
ADDRESS AVAILABLE UPON REQUEST

RENE L PIERSON
ADDRESS AVAILABLE UPON REQUEST

RENE SIMON CRUZ JR
ADDRESS AVAILABLE UPON REQUEST

RENEAU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RENEAU, MADISON
ADDRESS AVAILABLE UPON REQUEST

RENEAU, SARAH
ADDRESS AVAILABLE UPON REQUEST

RENEAU, TOM
ADDRESS AVAILABLE UPON REQUEST

RENEE ALFORD
ADDRESS AVAILABLE UPON REQUEST

RENEE KNIGHT
ADDRESS AVAILABLE UPON REQUEST

RENEE ROOKWOOD
ADDRESS AVAILABLE UPON REQUEST

RENEE SUSAN HARDMAN
ADDRESS AVAILABLE UPON REQUEST

RENEE TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RENEE VARDOUNIOTIS
ADDRESS AVAILABLE UPON REQUEST

RENEE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RENEE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RENEE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RENEE, TRINA
ADDRESS AVAILABLE UPON REQUEST

RENEW PACKAGING SOLUTIONS
11385 SUNRISE PARK DRIVE, SUITE 100
RANCHO CORDOVA, CA  95742

RENFRO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RENFRO, AMY
ADDRESS AVAILABLE UPON REQUEST

RENFRO, KAYSE
ADDRESS AVAILABLE UPON REQUEST

RENFRO, REGINA
ADDRESS AVAILABLE UPON REQUEST

RENFRO, SLOAN
ADDRESS AVAILABLE UPON REQUEST

RENFROE, KARI
ADDRESS AVAILABLE UPON REQUEST

RENFROE, KELLY
ADDRESS AVAILABLE UPON REQUEST

RENFROE, NEKEITHIA
ADDRESS AVAILABLE UPON REQUEST

RENFROE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RENFROW, GREG
ADDRESS AVAILABLE UPON REQUEST

RENFROW, KESHA
ADDRESS AVAILABLE UPON REQUEST

RENGANATHAN, VIJAY
ADDRESS AVAILABLE UPON REQUEST

RENGIFO, LORENA
ADDRESS AVAILABLE UPON REQUEST

RENIER A DRESSER
ADDRESS AVAILABLE UPON REQUEST

RENIER, LAURA
ADDRESS AVAILABLE UPON REQUEST

RENKAS, SUE
ADDRESS AVAILABLE UPON REQUEST

RENKAU, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RENKEL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RENKEMA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RENKEN, DELIGHT
ADDRESS AVAILABLE UPON REQUEST

RENKEN, TEAH
ADDRESS AVAILABLE UPON REQUEST

RENKER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RENN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RENNA, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

RENNA, BECKY
ADDRESS AVAILABLE UPON REQUEST

RENNAKER, LACI
ADDRESS AVAILABLE UPON REQUEST

RENNEGARBE, SHAINA
ADDRESS AVAILABLE UPON REQUEST

RENNEKAMP, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RENNEKAMP, WILL
ADDRESS AVAILABLE UPON REQUEST

RENNELL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RENNER, GRANT
ADDRESS AVAILABLE UPON REQUEST

RENNER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

RENNER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RENNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RENNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RENNER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RENNER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RENNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RENNIE JEMMINGS
ADDRESS AVAILABLE UPON REQUEST

RENNIE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RENNIE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RENNIE, EMMA
ADDRESS AVAILABLE UPON REQUEST

RENNIE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RENNIE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

RENNIE, TONI
ADDRESS AVAILABLE UPON REQUEST

RENNING, ASEA
ADDRESS AVAILABLE UPON REQUEST

RENNINGER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

RENNINGER, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

RENNISON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RENO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

RENO, JASON
ADDRESS AVAILABLE UPON REQUEST

RENO, LAURA
ADDRESS AVAILABLE UPON REQUEST

RENO, QUINN
ADDRESS AVAILABLE UPON REQUEST

RENO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RENO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RENO, TRACI
ADDRESS AVAILABLE UPON REQUEST

RENOM, MARINA
ADDRESS AVAILABLE UPON REQUEST

RENS, SARAH
ADDRESS AVAILABLE UPON REQUEST

RENSCH, MIKE
ADDRESS AVAILABLE UPON REQUEST

RENSCHLER, MIRKA
ADDRESS AVAILABLE UPON REQUEST

RENSEL, JOSALEA
ADDRESS AVAILABLE UPON REQUEST

RENSHAW, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

RENSHAW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RENTA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RENTERIA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RENTERIA, ALMA
ADDRESS AVAILABLE UPON REQUEST

RENTERIA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

RENTERIA, KYLE
ADDRESS AVAILABLE UPON REQUEST

RENTERIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

RENTON, MARCY
ADDRESS AVAILABLE UPON REQUEST

RENTSCHLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

RENTSCHLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

RENTSCHLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RENTSCHLER, PETER
ADDRESS AVAILABLE UPON REQUEST

RENTSCHLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RENTTHEDELOREAN.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

RENTZEL, KAYLI
ADDRESS AVAILABLE UPON REQUEST

RENVILLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RENWICK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

RENWICK, KATE
ADDRESS AVAILABLE UPON REQUEST

RENWICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

RENWICK, SIMONE
ADDRESS AVAILABLE UPON REQUEST

RENZ, CATALINA
ADDRESS AVAILABLE UPON REQUEST

RENZ, RON
ADDRESS AVAILABLE UPON REQUEST

RENZ, SHERI
ADDRESS AVAILABLE UPON REQUEST

RENZI, PATRICK
ADDRESS AVAILABLE UPON REQUEST

RENZONI, LUKE
ADDRESS AVAILABLE UPON REQUEST

RENZULLO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REODIQUE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

REONAL, JENO
ADDRESS AVAILABLE UPON REQUEST

REONELA HYSA
ADDRESS AVAILABLE UPON REQUEST

REOUNODJI, SEVERINE
ADDRESS AVAILABLE UPON REQUEST

REPANSHEK, JENN
ADDRESS AVAILABLE UPON REQUEST

REPASCH, LEE A
ADDRESS AVAILABLE UPON REQUEST

REPASKE, BETSY
ADDRESS AVAILABLE UPON REQUEST

REPASKY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

REPASKY, TED
ADDRESS AVAILABLE UPON REQUEST

REPECKYJ, LISA
ADDRESS AVAILABLE UPON REQUEST

REPETTO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

REPIK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

REPKA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

REPKING, STEVEN
ADDRESS AVAILABLE UPON REQUEST

REPLOGLE, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

REPNIK, CORENE
ADDRESS AVAILABLE UPON REQUEST

REPP, REBECCA
ADDRESS AVAILABLE UPON REQUEST

REPPER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REPPERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REPPUCCI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

REPUBLIC BUSINESS CREDIT
900 CAMP STREET SUITE 460
NEW ORLEANS, LA  70130

REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF ARIZONA
320 S 91ST AVE
TOLLESON, AZ  85353

REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF ARIZONA
402 S. 54TH PLACE
PHOENIX, AZ  85034

REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF CA (RNDC CA)
REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF CALIFORNIA (RNDC CA) 14402
FRANKLIN AVE
DONNIE MILLER, DIRECTOR
TUSTIN, CA  92780

REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF CA
14402 FRANKLIN AVE
TUSTIN, CA  92780

REPUBLIC NATIONAL DISTRIBUTING
COMPANY
5920 OFFICE BLVD NE
ALBUQUERQUE, NM  87109

REPUBLIC NATIONAL DISTRIBUTING
COMPANY
836 LAGOON COMMERCIAL BLVD
MONTGOMERY, AL  36117

REPUBLIC NATL DISTRIBUTING CO LLC
ATTN: H ALAN ROSENBERG, GEN COUNSEL
1 NATIONAL DR
ATLANTA, GA  30336

REPUBLIC NATL DISTRIBUTING CO LLC
ATTN: PRESIDENT
809 JEFFERSON HWY
NEW ORLEANS, LA  70121

REQUEJO, JOSE
ADDRESS AVAILABLE UPON REQUEST

RESAD, SEHAR
ADDRESS AVAILABLE UPON REQUEST

RESCH, LARRY
ADDRESS AVAILABLE UPON REQUEST

RESCHKE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RESCIGNO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RESEARCH NOW GROUP, INC. (RESEARCH
NOW)
5800 TENNYSON PARKWAY, SUITE 600
PLANO, TX  75024

RESENDES, DORA
ADDRESS AVAILABLE UPON REQUEST

RESENDES, SONIA
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, KATE
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, LEANA
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, PAULINA
ADDRESS AVAILABLE UPON REQUEST

RESENDEZ, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

RESENDIZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

RESENDIZ, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

RESENTE, DANA
ADDRESS AVAILABLE UPON REQUEST

RESERVATIONS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

RESHESKE, FRANCES
ADDRESS AVAILABLE UPON REQUEST

RESIDENT, CURRENT
ADDRESS AVAILABLE UPON REQUEST

RESISI, ANNA
ADDRESS AVAILABLE UPON REQUEST

RESNICK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RESNICK, GINA
ADDRESS AVAILABLE UPON REQUEST

RESNICK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RESNICK, MARTY
ADDRESS AVAILABLE UPON REQUEST

RESNICK, MAX
ADDRESS AVAILABLE UPON REQUEST

RESNICK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RESPET, KIRA
ADDRESS AVAILABLE UPON REQUEST

RESPINI, EVA
ADDRESS AVAILABLE UPON REQUEST

RESPONSYS
ADDRESS UNAVAILABLE AT TIME OF FILING

RESPRESS, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

RESSA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RESSALAM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RESSLER, DANA
ADDRESS AVAILABLE UPON REQUEST

RESSLER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RESSLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RESSO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RESTA, LEE
ADDRESS AVAILABLE UPON REQUEST

RESTAD, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

RESTAINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RESTAURANT DES ARMURGEN
ADDRESS UNAVAILABLE AT TIME OF FILING

RESTAURANT SUPPLY, LLC.
ADDRESS UNAVAILABLE AT TIME OF FILING

RESTAURANT.COM, INC.
1500 WEST SHURE DRIVE
ARLINGTON HEIGHTS, IL  60004

RESTEMAYER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RESTER, JERALYN
ADDRESS AVAILABLE UPON REQUEST

RESTINO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

RESTIVO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RESTIVO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

RESTIVO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RESTORATION HARDWARE
15 KOACH ROAD SUITE J
CORTE MADERA, CA  94925

RESTREPO, ALEX
ADDRESS AVAILABLE UPON REQUEST

RESTREPO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

RESTREPO, KRISTAL
ADDRESS AVAILABLE UPON REQUEST

RESTREPO, LAURA
ADDRESS AVAILABLE UPON REQUEST

RESTREPO, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

RESTREPO, NATALIA-ANDREA
ADDRESS AVAILABLE UPON REQUEST

RESURRECCION, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RETAIL CONVERGENCE.COM, LP (RUE LA LA)
20 CHANNEL CENTER, 3RD FLOOR
BOSTON, MA  02210

RETARGETER LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

RETAV, ERICA
ADDRESS AVAILABLE UPON REQUEST

RETCHER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

RETEGUIN, RICARDO
ADDRESS AVAILABLE UPON REQUEST

RETES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RETHEMEYER, ERIN
ADDRESS AVAILABLE UPON REQUEST

RETHERFORD, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

RETIREMENT ACCOUNT LLC
121 BARKWOOD DR
STEPHENS CITY, VA  22655

RETRUM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RETTER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RETTERER, ELLA
ADDRESS AVAILABLE UPON REQUEST

RETTEW, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RETTICH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

RETTIG, SHERRY
ADDRESS AVAILABLE UPON REQUEST

RETTLER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RETTLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RETZER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RETZKO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RETZKY, JULIA
ADDRESS AVAILABLE UPON REQUEST

RETZLAFF, KACIE
ADDRESS AVAILABLE UPON REQUEST

RETZLAFF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

REUBEN HELMUTH
ADDRESS AVAILABLE UPON REQUEST

REUBEN PARISH
ADDRESS AVAILABLE UPON REQUEST

REUBEN, YADICA
ADDRESS AVAILABLE UPON REQUEST

REUER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

REULE, BILL
ADDRESS AVAILABLE UPON REQUEST

REULE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REUS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

REUSCH, HENRY
ADDRESS AVAILABLE UPON REQUEST

REUSCH, RYAN
ADDRESS AVAILABLE UPON REQUEST

REUSCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

REUSCHLE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

REUSS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

REUSS, LIVIA
ADDRESS AVAILABLE UPON REQUEST

REUTEBUCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REUTER, CORY
ADDRESS AVAILABLE UPON REQUEST

REUTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

REUTER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

REUTER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

REUTHER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

REUTING, CALEB
ADDRESS AVAILABLE UPON REQUEST

REUTTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REUTTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REV.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

REVAK, OLHA
ADDRESS AVAILABLE UPON REQUEST

REVARD, MARY
ADDRESS AVAILABLE UPON REQUEST

REVARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REVAZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REVEL WINE
PO BOX 11106
OAKLAND, CA  94611

REVELIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

REVELL, BREANNE
ADDRESS AVAILABLE UPON REQUEST

REVELL, NANCY
ADDRESS AVAILABLE UPON REQUEST

REVELS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REVELS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

REVELS, TYLER
ADDRESS AVAILABLE UPON REQUEST

REVENNAUGH, LES
ADDRESS AVAILABLE UPON REQUEST

REVENSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

REVENUE UNIVERSE, LLC
10126 ENCHANTED OAK DR.
GOLDEN OAK, FL  32836

REVERA, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

REVERCOMB, TOM
ADDRESS AVAILABLE UPON REQUEST

REVERSE WINE SNOB LLC
JON THORSEN
9055 WHISPERING OAKS TRIAL
SHAKOPEE, MN 55379

REVESZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

REVETTI, DAYNA
ADDRESS AVAILABLE UPON REQUEST

REVIER, CHAD
ADDRESS AVAILABLE UPON REQUEST

REVIER, JOEY
ADDRESS AVAILABLE UPON REQUEST

REVILL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

REVILLA, DANA
ADDRESS AVAILABLE UPON REQUEST

REVILLA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

REVILLA, RICO
ADDRESS AVAILABLE UPON REQUEST

REVIS, ZOE
ADDRESS AVAILABLE UPON REQUEST

REVITSKY, JOSH
ADDRESS AVAILABLE UPON REQUEST

REWAH, PAVEENA
ADDRESS AVAILABLE UPON REQUEST

REWANE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

REWARDBEE
3585 W. BEECHWOOD AVE.
FRESNO, CA 93711

REWOOH, JIHYE
ADDRESS AVAILABLE UPON REQUEST

REX DIRECT NET, INC.
100 SPRINGDALE RD. A3 253
CHERRY HILL, NJ 08003

REX WILLOWS-MUNRO
ADDRESS AVAILABLE UPON REQUEST

REX, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

REX, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

REX, GRACE
ADDRESS AVAILABLE UPON REQUEST

REX, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REX, JOHN
ADDRESS AVAILABLE UPON REQUEST

REX, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

REX, RACHEL
ADDRESS AVAILABLE UPON REQUEST

REX, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

REXRODE, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

REY M PEREZ RIVERA
ADDRESS AVAILABLE UPON REQUEST

REY, CRISTOBAL
ADDRESS AVAILABLE UPON REQUEST

REY, LYNDA
ADDRESS AVAILABLE UPON REQUEST

REY, MIMI
ADDRESS AVAILABLE UPON REQUEST

REYES GARCIA, OTILIA
ADDRESS AVAILABLE UPON REQUEST

REYES JENNY
ADDRESS AVAILABLE UPON REQUEST

REYES, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

REYES, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

REYES, ANNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

REYES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

REYES, BIANCA
ADDRESS AVAILABLE UPON REQUEST

REYES, CARLOS
ADDRESS AVAILABLE UPON REQUEST

REYES, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

REYES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

REYES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

REYES, DAVID
ADDRESS AVAILABLE UPON REQUEST

REYES, DENNISE
ADDRESS AVAILABLE UPON REQUEST

REYES, EDITH
ADDRESS AVAILABLE UPON REQUEST

REYES, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

REYES, GELILA
ADDRESS AVAILABLE UPON REQUEST

REYES, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

REYES, ISABEL
ADDRESS AVAILABLE UPON REQUEST

REYES, IVY
ADDRESS AVAILABLE UPON REQUEST

REYES, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

REYES, JENI
ADDRESS AVAILABLE UPON REQUEST

REYES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REYES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REYES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REYES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

REYES, JORGE
ADDRESS AVAILABLE UPON REQUEST

REYES, JOSE
ADDRESS AVAILABLE UPON REQUEST

REYES, JOSE
ADDRESS AVAILABLE UPON REQUEST

REYES, JUAN
ADDRESS AVAILABLE UPON REQUEST

REYES, JUDY
ADDRESS AVAILABLE UPON REQUEST

REYES, JULIO
ADDRESS AVAILABLE UPON REQUEST

REYES, KAREN
ADDRESS AVAILABLE UPON REQUEST

REYES, KELVIN
ADDRESS AVAILABLE UPON REQUEST

REYES, KENNIA
ADDRESS AVAILABLE UPON REQUEST

REYES, LARISSA
ADDRESS AVAILABLE UPON REQUEST

REYES, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

REYES, LIBERTY
ADDRESS AVAILABLE UPON REQUEST

REYES, MARIELA
ADDRESS AVAILABLE UPON REQUEST

REYES, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

REYES, MASSIEL
ADDRESS AVAILABLE UPON REQUEST

REYES, MAYRA
ADDRESS AVAILABLE UPON REQUEST

REYES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REYES, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

REYES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REYES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REYES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REYES, MONICA
ADDRESS AVAILABLE UPON REQUEST

REYES, MONSERRATE
ADDRESS AVAILABLE UPON REQUEST

REYES, NAOMI
ADDRESS AVAILABLE UPON REQUEST

REYES, NELLIE
ADDRESS AVAILABLE UPON REQUEST

REYES, NGA
ADDRESS AVAILABLE UPON REQUEST

REYES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

REYES, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

REYES, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

REYES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REYES, SABRINA
ADDRESS AVAILABLE UPON REQUEST

REYES, SARAH
ADDRESS AVAILABLE UPON REQUEST

REYES, SONIA
ADDRESS AVAILABLE UPON REQUEST

REYES, STEFANI
ADDRESS AVAILABLE UPON REQUEST

REYES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

REYES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

REYES, SUSIE
ADDRESS AVAILABLE UPON REQUEST

REYES, SYE
ADDRESS AVAILABLE UPON REQUEST

REYES, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

REYES, TARA
ADDRESS AVAILABLE UPON REQUEST

REYES, TORI
ADDRESS AVAILABLE UPON REQUEST

REYES, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

REYES, WILMER
ADDRESS AVAILABLE UPON REQUEST

REYES, YEIMY
ADDRESS AVAILABLE UPON REQUEST

REYES, ZADIE
ADDRESS AVAILABLE UPON REQUEST

REYES-KEILIS, JULISSA
ADDRESS AVAILABLE UPON REQUEST

REYF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REYMAN, LARRY
ADDRESS AVAILABLE UPON REQUEST

REYMANN, KIM
ADDRESS AVAILABLE UPON REQUEST

REYN, IRINA
ADDRESS AVAILABLE UPON REQUEST

REYNA VILLANUEVA, ALMA
ADDRESS AVAILABLE UPON REQUEST

REYNA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REYNA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

REYNA, EMILY
ADDRESS AVAILABLE UPON REQUEST

REYNA, FREDDIE
ADDRESS AVAILABLE UPON REQUEST

REYNA, MARY
ADDRESS AVAILABLE UPON REQUEST

REYNA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

REYNA, RENE AND MIRANDA
ADDRESS AVAILABLE UPON REQUEST

REYNAGA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

REYNANTE JOHNSON
ADDRESS AVAILABLE UPON REQUEST

REYNARD, AIMEE
ADDRESS AVAILABLE UPON REQUEST

REYNAUD, VINCENT
ADDRESS AVAILABLE UPON REQUEST

REYNEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

REYNERSON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ALI
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ALISHA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, AMY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, AMY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ANNE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, BRADEN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, BRUNA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CAM
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CAROL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CAROLE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CESTIE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CHARLYNIQUE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, CYPRESS
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, DAVID
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, DAVID
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, DEVYN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, EMMA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ERIN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, GREG
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, HORESHA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JAMES
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JANE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JOHN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JON
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JUDI
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, JULIE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, KALEY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, KARITTA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, KAROLINE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, LANGLEY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, LARKIN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, LILY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MARGO
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MARIANN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MARISA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MARY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MERCER
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, NELLY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, PAULINE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RHYAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RM
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, ROCHELL
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RYAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, RYAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SUNSHINE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TERRY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TERRY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TRYSTEN
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, TYLER
ADDRESS AVAILABLE UPON REQUEST

REYNOLDS, WINIFRED
ADDRESS AVAILABLE UPON REQUEST

REYNOLDSKIDANE, SHAUN
ADDRESS AVAILABLE UPON REQUEST

REYNOSA JR, JOSE LUIS
ADDRESS AVAILABLE UPON REQUEST

REYNOSA, ED
ADDRESS AVAILABLE UPON REQUEST

REYNOSA, SINA
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, ALLY
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, KARELIN
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, ROHMEL
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, SARA
ADDRESS AVAILABLE UPON REQUEST

REYNOSO, SIMONE
ADDRESS AVAILABLE UPON REQUEST

REYNOZO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

REYNS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

REZ, DELAINEY
ADDRESS AVAILABLE UPON REQUEST

REZA, JASON
ADDRESS AVAILABLE UPON REQUEST

REZA, RITA
ADDRESS AVAILABLE UPON REQUEST

REZAC, JENNA
ADDRESS AVAILABLE UPON REQUEST

REZAC, KYLE
ADDRESS AVAILABLE UPON REQUEST

REZAK, KELLY
ADDRESS AVAILABLE UPON REQUEST

REZAYAZDI, SAHAR
ADDRESS AVAILABLE UPON REQUEST

REZNICEK, LASCA
ADDRESS AVAILABLE UPON REQUEST

REZNICK, LISA
ADDRESS AVAILABLE UPON REQUEST

REZNIK, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

RF LIMITED
ADDRESS UNAVAILABLE AT TIME OF FILING

RH, GWEN
ADDRESS AVAILABLE UPON REQUEST

RHAME, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RHAME, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RHAMY, DARRELL
ADDRESS AVAILABLE UPON REQUEST

RHAMY, DARRELL
ADDRESS AVAILABLE UPON REQUEST

RHATIGAN, LISA
ADDRESS AVAILABLE UPON REQUEST

RHEA, GRACEN
ADDRESS AVAILABLE UPON REQUEST

RHEA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RHEA, JEANNE
ADDRESS AVAILABLE UPON REQUEST

RHEA, KELLY
ADDRESS AVAILABLE UPON REQUEST

RHEA, MARY
ADDRESS AVAILABLE UPON REQUEST

RHEA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RHEAD, JOHN
ADDRESS AVAILABLE UPON REQUEST

RHEIN, TONY
ADDRESS AVAILABLE UPON REQUEST

RHETT, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

RHETT, SARAH
ADDRESS AVAILABLE UPON REQUEST

RHETTA, TERI
ADDRESS AVAILABLE UPON REQUEST

RHEW, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

RHIND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RHINE, CALEB
ADDRESS AVAILABLE UPON REQUEST

RHINE, PAM
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, JAMES
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, LISA
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, NIC
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, ROBYN
ADDRESS AVAILABLE UPON REQUEST

RHINEHART, SEAN
ADDRESS AVAILABLE UPON REQUEST

RHINESMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RHINESS, KIM
ADDRESS AVAILABLE UPON REQUEST

RHO, ANNA
ADDRESS AVAILABLE UPON REQUEST

RHOADES, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

RHOADES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RHOADES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RHOADES, DANA
ADDRESS AVAILABLE UPON REQUEST

RHOADES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RHOADES, GAIL
ADDRESS AVAILABLE UPON REQUEST

RHOADES, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

RHOADES, KEN
ADDRESS AVAILABLE UPON REQUEST

RHOADES, KENNETH
ADDRESS AVAILABLE UPON REQUEST

RHOADES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RHOADES, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

RHOADS, ALYSON
ADDRESS AVAILABLE UPON REQUEST

RHOADS, FRED
ADDRESS AVAILABLE UPON REQUEST

RHOADS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RHOADS, KARLY
ADDRESS AVAILABLE UPON REQUEST

RHOADS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RHOADS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RHOADS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

RHOADS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RHODAN, MAYA
ADDRESS AVAILABLE UPON REQUEST

RHODE ISLAND DEPARTMENT OF BUSINESS
REGULATION
1511 PONTIAC AVENUE
CRANSTON, RI  02920

RHODE ISLAND DEPT OF LABOR AND
TRAINING
CENTER GENERAL COMPLEX
1511 PONTIAC AVENUE
CRANSTON, RI  02920

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI  02908-5800

RHODE, DORI
ADDRESS AVAILABLE UPON REQUEST

RHODE, JERRY
ADDRESS AVAILABLE UPON REQUEST

RHODEHAMEL, LILY
ADDRESS AVAILABLE UPON REQUEST

RHODEN, DARCY
ADDRESS AVAILABLE UPON REQUEST

RHODEN, RUBY
ADDRESS AVAILABLE UPON REQUEST

RHODENIZER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RHODES & DAVE ADAMS, SONJA
ADDRESS AVAILABLE UPON REQUEST

RHODES, ALANIE
ADDRESS AVAILABLE UPON REQUEST

RHODES, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RHODES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RHODES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RHODES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RHODES, APRIL
ADDRESS AVAILABLE UPON REQUEST

RHODES, ASHLY
ADDRESS AVAILABLE UPON REQUEST

RHODES, CARRIE
ADDRESS AVAILABLE UPON REQUEST

RHODES, CHAMAYNE
ADDRESS AVAILABLE UPON REQUEST

RHODES, EILEEN
ADDRESS AVAILABLE UPON REQUEST

RHODES, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

RHODES, ELISA
ADDRESS AVAILABLE UPON REQUEST

RHODES, ERICA
ADDRESS AVAILABLE UPON REQUEST

RHODES, ERIN
ADDRESS AVAILABLE UPON REQUEST

RHODES, JENN
ADDRESS AVAILABLE UPON REQUEST

RHODES, JOANNE
ADDRESS AVAILABLE UPON REQUEST

RHODES, JUDTH
ADDRESS AVAILABLE UPON REQUEST

RHODES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RHODES, KATRYNA
ADDRESS AVAILABLE UPON REQUEST

RHODES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RHODES, KLAIRE
ADDRESS AVAILABLE UPON REQUEST

RHODES, LINDA
ADDRESS AVAILABLE UPON REQUEST

RHODES, LOLETA
ADDRESS AVAILABLE UPON REQUEST

RHODES, LUCAS
ADDRESS AVAILABLE UPON REQUEST

RHODES, MADISON
ADDRESS AVAILABLE UPON REQUEST

RHODES, MARCY
ADDRESS AVAILABLE UPON REQUEST

RHODES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RHODES, MAURA
ADDRESS AVAILABLE UPON REQUEST

RHODES, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RHODES, NINA
ADDRESS AVAILABLE UPON REQUEST

RHODES, NTHANIEL
ADDRESS AVAILABLE UPON REQUEST

RHODES, RYAN
ADDRESS AVAILABLE UPON REQUEST

RHODES, SAM
ADDRESS AVAILABLE UPON REQUEST

RHODES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RHODES, SHELBY
ADDRESS AVAILABLE UPON REQUEST

RHODES, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

RHODES, TORRIE
ADDRESS AVAILABLE UPON REQUEST

RHODES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RHODES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RHODIN, CONNELLY
ADDRESS AVAILABLE UPON REQUEST

RHOENISCH, TIM
ADDRESS AVAILABLE UPON REQUEST

RHOMBUS ADS
434 W 33RD ST., FL 12
NEW YORK, NY  10001

RHONDA ALINE HILLS
ADDRESS AVAILABLE UPON REQUEST

RHONDA MCCULLOUGH ANDERSON
ADDRESS AVAILABLE UPON REQUEST

RHONE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RHOTEN, MARTINA
ADDRESS AVAILABLE UPON REQUEST

RHOTON, AASIA
ADDRESS AVAILABLE UPON REQUEST

RHOTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RHOTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RHOTON, ROB
ADDRESS AVAILABLE UPON REQUEST

RHULE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RHYINS, BRAD
ADDRESS AVAILABLE UPON REQUEST

RHYINS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

RHYNE, JULIA
ADDRESS AVAILABLE UPON REQUEST

RHYTHMONE, LLC
3600 136TH PL SE SUITE 400
BELLEVUE, WA  98006

RIAL, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RIANO, WILSON
ADDRESS AVAILABLE UPON REQUEST

RIANS, JULIE
ADDRESS AVAILABLE UPON REQUEST

RIAZ, ALI
ADDRESS AVAILABLE UPON REQUEST

RIAZ, FAREEHA
ADDRESS AVAILABLE UPON REQUEST

RIBA, ABBY
ADDRESS AVAILABLE UPON REQUEST

RIBACK, ERICA
ADDRESS AVAILABLE UPON REQUEST

RIBAIL, TYLER
ADDRESS AVAILABLE UPON REQUEST

RIBAS PATTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

RIBAUDO, TAMMY
ADDRESS AVAILABLE UPON REQUEST

RIBBING, MEL
ADDRESS AVAILABLE UPON REQUEST

RIBBLETT, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, ALI
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, FAYTH
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, KYLEN
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, LEANE
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, LUIS
ADDRESS AVAILABLE UPON REQUEST

RIBEIRO, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

RIBET, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

RICARD, PALOMA
ADDRESS AVAILABLE UPON REQUEST

RICARD, PALOMA
ADDRESS AVAILABLE UPON REQUEST

RICARDO CONCEPCION MEJIAS
ADDRESS AVAILABLE UPON REQUEST

RICARDO DE LA CRUZ ROSSI
ADDRESS AVAILABLE UPON REQUEST

RICARDO GUERRERO
ADDRESS AVAILABLE UPON REQUEST

RICARDO JOAO DE FIGUEIREDO ANTUNES
ADDRESS AVAILABLE UPON REQUEST

RICARDO OLIVEIRA
ADDRESS AVAILABLE UPON REQUEST

RICARDO, EILEEN
ADDRESS AVAILABLE UPON REQUEST

RICCA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICCARDI, ERICA
ADDRESS AVAILABLE UPON REQUEST

RICCI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RICCI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICCI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICCI, BONNIE
ADDRESS AVAILABLE UPON REQUEST

RICCI, JENNA
ADDRESS AVAILABLE UPON REQUEST

RICCI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RICCI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RICCIARDELLI, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

RICCIARDELLI, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, BRIE
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, DANA
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, DEB
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, JERIANA
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, LARA
ADDRESS AVAILABLE UPON REQUEST

RICCIARDI, SHARON
ADDRESS AVAILABLE UPON REQUEST

RICCIE, CARLIE
ADDRESS AVAILABLE UPON REQUEST

RICCIO, ALEA
ADDRESS AVAILABLE UPON REQUEST

RICCIO, JOE
ADDRESS AVAILABLE UPON REQUEST

RICCIO, KATE
ADDRESS AVAILABLE UPON REQUEST

RICCIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RICCIO, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

RICCOBUONO, BECKY
ADDRESS AVAILABLE UPON REQUEST

RICCOMINI, AMY
ADDRESS AVAILABLE UPON REQUEST

RICE, ALAN
ADDRESS AVAILABLE UPON REQUEST

RICE, ALEX
ADDRESS AVAILABLE UPON REQUEST

RICE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RICE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RICE, ALLY
ADDRESS AVAILABLE UPON REQUEST

RICE, ANNA
ADDRESS AVAILABLE UPON REQUEST

RICE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICE, AUBREY
ADDRESS AVAILABLE UPON REQUEST

RICE, BARRY
ADDRESS AVAILABLE UPON REQUEST

RICE, BETH
ADDRESS AVAILABLE UPON REQUEST

RICE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

RICE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

RICE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

RICE, CARY
ADDRESS AVAILABLE UPON REQUEST

RICE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

RICE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RICE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RICE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

RICE, CLARA
ADDRESS AVAILABLE UPON REQUEST

RICE, DAN
ADDRESS AVAILABLE UPON REQUEST

RICE, DIANE
ADDRESS AVAILABLE UPON REQUEST

RICE, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

RICE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICE, EMILY
ADDRESS AVAILABLE UPON REQUEST

RICE, ERICH
ADDRESS AVAILABLE UPON REQUEST

RICE, ERIN
ADDRESS AVAILABLE UPON REQUEST

RICE, HALEY
ADDRESS AVAILABLE UPON REQUEST

RICE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RICE, JAMES
ADDRESS AVAILABLE UPON REQUEST

RICE, JAY
ADDRESS AVAILABLE UPON REQUEST

RICE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICE, JERRY
ADDRESS AVAILABLE UPON REQUEST

RICE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICE, JIM
ADDRESS AVAILABLE UPON REQUEST

RICE, JOELLEN
ADDRESS AVAILABLE UPON REQUEST

RICE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RICE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RICE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RICE, KATIA
ADDRESS AVAILABLE UPON REQUEST

RICE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RICE, KELLY
ADDRESS AVAILABLE UPON REQUEST

RICE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RICE, LINDA
ADDRESS AVAILABLE UPON REQUEST

RICE, LORIE
ADDRESS AVAILABLE UPON REQUEST

RICE, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

RICE, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

RICE, MARY
ADDRESS AVAILABLE UPON REQUEST

RICE, MARY
ADDRESS AVAILABLE UPON REQUEST

RICE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RICE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RICE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RICE, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

RICE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RICE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RICE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RICE, PAVLINA
ADDRESS AVAILABLE UPON REQUEST

RICE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RICE, REGINA
ADDRESS AVAILABLE UPON REQUEST

RICE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RICE, ROWAN
ADDRESS AVAILABLE UPON REQUEST

RICE, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

RICE, SARA
ADDRESS AVAILABLE UPON REQUEST

RICE, SARAH
ADDRESS AVAILABLE UPON REQUEST

RICE, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

RICE, SEAN
ADDRESS AVAILABLE UPON REQUEST

RICE, STACY
ADDRESS AVAILABLE UPON REQUEST

RICE, STACY
ADDRESS AVAILABLE UPON REQUEST

RICE, STEVE
ADDRESS AVAILABLE UPON REQUEST

RICE, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

RICE, TEAHL
ADDRESS AVAILABLE UPON REQUEST

RICE, TERRI
ADDRESS AVAILABLE UPON REQUEST

RICE, TINA
ADDRESS AVAILABLE UPON REQUEST

RICE, TRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICE, VICKI
ADDRESS AVAILABLE UPON REQUEST

RICE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RICE-GONZALEZ, CHARLES
ADDRESS AVAILABLE UPON REQUEST

RICH, CASEY
ADDRESS AVAILABLE UPON REQUEST

RICH, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RICH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICH, HOPE
ADDRESS AVAILABLE UPON REQUEST

RICH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICH, KATHY
ADDRESS AVAILABLE UPON REQUEST

RICH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RICH, LIZ AND PRESTON
ADDRESS AVAILABLE UPON REQUEST

RICH, LIZ
ADDRESS AVAILABLE UPON REQUEST

RICH, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RICH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

RICH, RUTH-ANN
ADDRESS AVAILABLE UPON REQUEST

RICH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RICHARD A HOEFER
ADDRESS AVAILABLE UPON REQUEST

RICHARD A PARADIS
ADDRESS AVAILABLE UPON REQUEST

RICHARD B GELLER
ADDRESS AVAILABLE UPON REQUEST

RICHARD B STEINEL JR
ADDRESS AVAILABLE UPON REQUEST

RICHARD BENJAMIN STUMP
ADDRESS AVAILABLE UPON REQUEST

RICHARD BERGER
ADDRESS AVAILABLE UPON REQUEST

RICHARD C HICKMAN
ADDRESS AVAILABLE UPON REQUEST

RICHARD CABALLERO
ADDRESS AVAILABLE UPON REQUEST

RICHARD CARUSO
ADDRESS AVAILABLE UPON REQUEST

RICHARD CHUNG
ADDRESS AVAILABLE UPON REQUEST

RICHARD CURRENCE
ADDRESS AVAILABLE UPON REQUEST

RICHARD D GROSS
ADDRESS AVAILABLE UPON REQUEST

RICHARD DAVIES
ADDRESS AVAILABLE UPON REQUEST

RICHARD DOUGLAS SPRADLIN
ADDRESS AVAILABLE UPON REQUEST

RICHARD E PETERSEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD EARL GOOD
ADDRESS AVAILABLE UPON REQUEST

RICHARD ERIC BLOOMFIELD
ADDRESS AVAILABLE UPON REQUEST

RICHARD EVENDEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD EYDT
ADDRESS AVAILABLE UPON REQUEST

RICHARD FEINSILVER
ADDRESS AVAILABLE UPON REQUEST

RICHARD FUNK
ADDRESS AVAILABLE UPON REQUEST

RICHARD G KINDSCHI
ADDRESS AVAILABLE UPON REQUEST

RICHARD GARCIA
ADDRESS AVAILABLE UPON REQUEST

RICHARD GEORGE DAMKO
ADDRESS AVAILABLE UPON REQUEST

RICHARD HAGELBERG
ADDRESS AVAILABLE UPON REQUEST

RICHARD J WYSOCZANSKI
ADDRESS AVAILABLE UPON REQUEST

RICHARD JACOBE
ADDRESS AVAILABLE UPON REQUEST

RICHARD JOHN NEBELSKI
ADDRESS AVAILABLE UPON REQUEST

RICHARD KLASSEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD KOLANOS
ADDRESS AVAILABLE UPON REQUEST

RICHARD L MOLEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD L RUSSELL JR
ADDRESS AVAILABLE UPON REQUEST

RICHARD LEE GARCIA
ADDRESS AVAILABLE UPON REQUEST

RICHARD LEE WELLDAY JR
ADDRESS AVAILABLE UPON REQUEST

RICHARD LEIX
ADDRESS AVAILABLE UPON REQUEST

RICHARD LEONARD CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

RICHARD MACDOWELL
ADDRESS AVAILABLE UPON REQUEST

RICHARD MCKENNA
ADDRESS AVAILABLE UPON REQUEST

RICHARD MERRICK
ADDRESS AVAILABLE UPON REQUEST

RICHARD MESSINA
ADDRESS AVAILABLE UPON REQUEST

RICHARD MESSINA
ADDRESS AVAILABLE UPON REQUEST

RICHARD MOE
ADDRESS AVAILABLE UPON REQUEST

RICHARD MOIOLA
ADDRESS AVAILABLE UPON REQUEST

RICHARD OBRIEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD P., BROWN
ADDRESS AVAILABLE UPON REQUEST

RICHARD PALMER
ADDRESS AVAILABLE UPON REQUEST

RICHARD PAUL STEVENS
ADDRESS AVAILABLE UPON REQUEST

RICHARD ROMAN
ADDRESS AVAILABLE UPON REQUEST

RICHARD STEADMAN
ADDRESS AVAILABLE UPON REQUEST

RICHARD STRICKLAND
ADDRESS AVAILABLE UPON REQUEST

RICHARD VERGEZ
ADDRESS AVAILABLE UPON REQUEST

RICHARD WEISS
ADDRESS AVAILABLE UPON REQUEST

RICHARD WHIT4E
ADDRESS AVAILABLE UPON REQUEST

RICHARD ZEMANN
ADDRESS AVAILABLE UPON REQUEST

RICHARD, A.
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ALLIE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, AMIE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, BAILEY
ADDRESS AVAILABLE UPON REQUEST

RICHARD, BEANUM,
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CAROLE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RICHARD, EMMA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, ERICA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, HUNTER
ADDRESS AVAILABLE UPON REQUEST

RICHARD, JACK
ADDRESS AVAILABLE UPON REQUEST

RICHARD, JACK
ADDRESS AVAILABLE UPON REQUEST

RICHARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICHARD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

RICHARD, KELLY
ADDRESS AVAILABLE UPON REQUEST

RICHARD, MAGDA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

RICHARD, PHILIP
ADDRESS AVAILABLE UPON REQUEST

RICHARD, TAMARA
ADDRESS AVAILABLE UPON REQUEST

RICHARD, TEAL
ADDRESS AVAILABLE UPON REQUEST

RICHARDS BUTTS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, AMY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ANNE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ANNEICIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, BEN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, BETH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CATLIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, DEJA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, DONOVAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, DWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ERICHA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, GRANT
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, HILARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, HONORE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, J
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, JEFF
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, KARA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, KELI
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, KESHIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, LA SHOAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, LEANNE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, LINDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MARIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MERVIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, RAMON
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, SHAYLAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, TAIRYN
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, TINA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RICHARDS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDS-BERGEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON GRAHAM, MARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, AARIONNA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, AARON
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, AARON
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, AMY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, BETH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CARA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CHERIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CHRISTIANE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, COLLINS
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DAVE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DENICE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DOMONIQUE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, DOUG
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, EDWIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ESTELLA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, GRANT
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JANET
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KAYSEY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KEISHA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KOOPER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, KRISTLE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LANISE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LATOYA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, LON
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MAREDITH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MARIAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MARY GRACE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MAX
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MILANA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, MONISHA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, NAHFISA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, NIA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, PAOLA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, PAULA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, RODERICK
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SHERMAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SIMON
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, SYMONE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TATJANA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TED
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TIARA
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TODD
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TRAE
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON, ZACKARY
ADDRESS AVAILABLE UPON REQUEST

RICHARDSON-OMAMO, THEODORE
ADDRESS AVAILABLE UPON REQUEST

RICHARDVILLE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RICHBOURG, DONALD
ADDRESS AVAILABLE UPON REQUEST

RICHEL, LEANNA
ADDRESS AVAILABLE UPON REQUEST

RICHELDERFER, BECCA
ADDRESS AVAILABLE UPON REQUEST

RICHER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RICHER, CLARE
ADDRESS AVAILABLE UPON REQUEST

RICHER, DAVID
ADDRESS AVAILABLE UPON REQUEST

RICHER, JENA
ADDRESS AVAILABLE UPON REQUEST

RICHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICHER, KARI-LISE
ADDRESS AVAILABLE UPON REQUEST

RICHERSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

RICHERT, LISA
ADDRESS AVAILABLE UPON REQUEST

RICHETELLI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RICHEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RICHEY, DIANA
ADDRESS AVAILABLE UPON REQUEST

RICHEY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

RICHEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

RICHEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RICHEY, JOYELLE
ADDRESS AVAILABLE UPON REQUEST

RICHEY, KATELIN
ADDRESS AVAILABLE UPON REQUEST

RICHEY, KENZIE
ADDRESS AVAILABLE UPON REQUEST

RICHEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICHFORD, STACI
ADDRESS AVAILABLE UPON REQUEST

RICHICHI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICHIE YUEN
ADDRESS AVAILABLE UPON REQUEST

RICHIE, KIARA
ADDRESS AVAILABLE UPON REQUEST

RICHIE, LISA
ADDRESS AVAILABLE UPON REQUEST

RICHIE, MARY JO
ADDRESS AVAILABLE UPON REQUEST

RICHIE, TANNER
ADDRESS AVAILABLE UPON REQUEST

RICHIEZ TAVAREZ, JIANIL
ADDRESS AVAILABLE UPON REQUEST

RICHISSIN, MATT
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, REMY
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

RICHMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RICHMAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

RICHMOND BOTTOM
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, DAVON
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, DONIELL
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, EMILY
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, HILLARY
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, JANE
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, JONAE
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LEAH
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LILITH
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LISA
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LISA
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, LYNNE
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, SAM
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, SARAH
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, TERRY
ADDRESS AVAILABLE UPON REQUEST

RICHMOND, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RICHNER, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

RICHTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RICHTER, BETSY
ADDRESS AVAILABLE UPON REQUEST

RICHTER, BRYNN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, CORA
ADDRESS AVAILABLE UPON REQUEST

RICHTER, DALE
ADDRESS AVAILABLE UPON REQUEST

RICHTER, DANITA
ADDRESS AVAILABLE UPON REQUEST

RICHTER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, J
ADDRESS AVAILABLE UPON REQUEST

RICHTER, JOE
ADDRESS AVAILABLE UPON REQUEST

RICHTER, JOHN C
ADDRESS AVAILABLE UPON REQUEST

RICHTER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RICHTER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICHTER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

RICHTER, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

RICHTER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

RICHTER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RICHTMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RICHVALSKY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

RICHVEIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

RICHWINE, LOIS
ADDRESS AVAILABLE UPON REQUEST

RICK STRANG
ADDRESS AVAILABLE UPON REQUEST

RICK TEIXEIRA WELDING INC.
502 N. SCOTT DR.
SANTA MARIA, CA  93454

RICK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RICK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RICKARD, ADAM
ADDRESS AVAILABLE UPON REQUEST

RICKARD, DIANE
ADDRESS AVAILABLE UPON REQUEST

RICKARD, EMMA
ADDRESS AVAILABLE UPON REQUEST

RICKARD, KIM
ADDRESS AVAILABLE UPON REQUEST

RICKARDS, SARA
ADDRESS AVAILABLE UPON REQUEST

RICKARDS, STEVE
ADDRESS AVAILABLE UPON REQUEST

RICKE, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RICKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RICKELS, RONN AND ALENE
ADDRESS AVAILABLE UPON REQUEST

RICKENBACKER, CRYSTYL
ADDRESS AVAILABLE UPON REQUEST

RICKER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RICKER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RICKER, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

RICKER, ZAIDA
ADDRESS AVAILABLE UPON REQUEST

RICKERSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RICKERSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

RICKERT, BRETT
ADDRESS AVAILABLE UPON REQUEST

RICKERT, KENDRA
ADDRESS AVAILABLE UPON REQUEST

RICKETT, BRYNA
ADDRESS AVAILABLE UPON REQUEST

RICKETT, KENDRA
ADDRESS AVAILABLE UPON REQUEST

RICKETTI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, CHIMERE
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, JOEY
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, KIRA
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, TEZRA
ADDRESS AVAILABLE UPON REQUEST

RICKETTS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RICKEY, NATALIA
ADDRESS AVAILABLE UPON REQUEST

RICKGARN, JOHN
ADDRESS AVAILABLE UPON REQUEST

RICKLEFS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RICKLEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RICKLEY, LIZ
ADDRESS AVAILABLE UPON REQUEST

RICKMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

RICKMAN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

RICKMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

RICKRODE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICKS, CAROL
ADDRESS AVAILABLE UPON REQUEST

RICKS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RICKS, DAMOINE
ADDRESS AVAILABLE UPON REQUEST

RICKS, JENSEN
ADDRESS AVAILABLE UPON REQUEST

RICKS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

RICKS, JUANITA
ADDRESS AVAILABLE UPON REQUEST

RICKS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

RICKS, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

RICKS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RICKS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RICKS, LACEY
ADDRESS AVAILABLE UPON REQUEST

RICKS, LARA
ADDRESS AVAILABLE UPON REQUEST

RICKS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RICKSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RICKY CARL GERMAN
ADDRESS AVAILABLE UPON REQUEST

RICKY D. COLLINS
ADDRESS AVAILABLE UPON REQUEST

RICKY JACKSON JR
ADDRESS AVAILABLE UPON REQUEST

RICKY L ROTH
ADDRESS AVAILABLE UPON REQUEST

RICKY LIPSEY
ADDRESS AVAILABLE UPON REQUEST

RICKY TON
ADDRESS AVAILABLE UPON REQUEST

RICO LAVENDER
ADDRESS AVAILABLE UPON REQUEST

RICO, LORIE
ADDRESS AVAILABLE UPON REQUEST

RICO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RICO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RICO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

RICO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RICO, SERGIO
ADDRESS AVAILABLE UPON REQUEST

RICO, SILVIA
ADDRESS AVAILABLE UPON REQUEST

RICO, TYLER
ADDRESS AVAILABLE UPON REQUEST

RICOT, WOODY
ADDRESS AVAILABLE UPON REQUEST

RIDDELL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

RIDDELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

RIDDELL, LEIGH
ADDRESS AVAILABLE UPON REQUEST

RIDDER, BAILEE
ADDRESS AVAILABLE UPON REQUEST

RIDDER, JEN
ADDRESS AVAILABLE UPON REQUEST

RIDDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIDDICK, DARBY
ADDRESS AVAILABLE UPON REQUEST

RIDDICK, DARRELL
ADDRESS AVAILABLE UPON REQUEST

RIDDICK, MARYADELAIDE
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, EARL
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, KIT
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, LEE
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, MONICA
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, NORA
ADDRESS AVAILABLE UPON REQUEST

RIDDLE, TOM
ADDRESS AVAILABLE UPON REQUEST

RIDDLEBERGER, JODI
ADDRESS AVAILABLE UPON REQUEST

RIDEAU, LELA
ADDRESS AVAILABLE UPON REQUEST

RIDEAUX, GREGORY
ADDRESS AVAILABLE UPON REQUEST

RIDENOUR, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

RIDENOUR, ERIN
ADDRESS AVAILABLE UPON REQUEST

RIDENOUR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIDEOUT, DANA
ADDRESS AVAILABLE UPON REQUEST

RIDEOUT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RIDER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RIDER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RIDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIDER, JOHN
ADDRESS AVAILABLE UPON REQUEST

RIDER, KARI
ADDRESS AVAILABLE UPON REQUEST

RIDER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RIDER, LISA
ADDRESS AVAILABLE UPON REQUEST

RIDER, MAURA
ADDRESS AVAILABLE UPON REQUEST

RIDER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RIDER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RIDER, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

RIDER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RIDER, RONALD
ADDRESS AVAILABLE UPON REQUEST

RIDER, SAM
ADDRESS AVAILABLE UPON REQUEST

RIDER, SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

RIDGE, CATHY
ADDRESS AVAILABLE UPON REQUEST

RIDGE, DAN
ADDRESS AVAILABLE UPON REQUEST

RIDGE, JIM
ADDRESS AVAILABLE UPON REQUEST

RIDGE, KASIE
ADDRESS AVAILABLE UPON REQUEST

RIDGE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RIDGE, KATIE
ADDRESS AVAILABLE UPON REQUEST

RIDGELL, PAMELA
ADDRESS AVAILABLE UPON REQUEST

RIDGEWAY, ANNE
ADDRESS AVAILABLE UPON REQUEST

RIDGEWAY, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, AMY
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, JON
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RIDGWAY, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIDING, ACHZIONNA
ADDRESS AVAILABLE UPON REQUEST

RIDINGS, THERESA
ADDRESS AVAILABLE UPON REQUEST

RIDLEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RIDLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RIDLEY, SHARRON
ADDRESS AVAILABLE UPON REQUEST

RIDLEY, TAWANDA
ADDRESS AVAILABLE UPON REQUEST

RIDNOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

RIDOLFI, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RIDORE, STANLEY
ADDRESS AVAILABLE UPON REQUEST

RIE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RIEBE, LEILA
ADDRESS AVAILABLE UPON REQUEST

RIEBL, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIECHERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

RIECK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIECKMANN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RIEDEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIEDEL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

RIEDEL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

RIEDEL, KATHY
ADDRESS AVAILABLE UPON REQUEST

RIEDEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RIEDELL, BERTA
ADDRESS AVAILABLE UPON REQUEST

RIEDELL, RICK
ADDRESS AVAILABLE UPON REQUEST

RIEDER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RIEDI, MARTINA
ADDRESS AVAILABLE UPON REQUEST

RIEDINGER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RIEDINGER, TAKARA
ADDRESS AVAILABLE UPON REQUEST

RIEDMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RIEDY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RIEDY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RIEDY, KIM
ADDRESS AVAILABLE UPON REQUEST

RIEFF, KENDRA
ADDRESS AVAILABLE UPON REQUEST

RIEFLER, TARA
ADDRESS AVAILABLE UPON REQUEST

RIEFLIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

RIEGEL, LINNEA
ADDRESS AVAILABLE UPON REQUEST

RIEGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIEGER, JARED
ADDRESS AVAILABLE UPON REQUEST

RIEGGER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

RIEHL, CRAIG
ADDRESS AVAILABLE UPON REQUEST

RIEHL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RIEHLE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RIEL, KATE
ADDRESS AVAILABLE UPON REQUEST

RIELA, LINDA
ADDRESS AVAILABLE UPON REQUEST

RIEM, CANDY
ADDRESS AVAILABLE UPON REQUEST

RIEMENSCHNEIDER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

RIEMER, ALEX
ADDRESS AVAILABLE UPON REQUEST

RIEMER, EMILY
ADDRESS AVAILABLE UPON REQUEST

RIEMER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RIEMER, RON
ADDRESS AVAILABLE UPON REQUEST

RIEMERSMA, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

RIENDEAU, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RIEPENHOFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RIERA, DAVID
ADDRESS AVAILABLE UPON REQUEST

RIES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIES, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RIES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RIES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RIESGO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RIESING, KATARINA
ADDRESS AVAILABLE UPON REQUEST

RIESKAMP, AMY
ADDRESS AVAILABLE UPON REQUEST

RIESTERER, JACOB
ADDRESS AVAILABLE UPON REQUEST

RIESTERER, KATARINA
ADDRESS AVAILABLE UPON REQUEST

RIETHER, MARLENE
ADDRESS AVAILABLE UPON REQUEST

RIETHMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

RIETVELD, KEELY
ADDRESS AVAILABLE UPON REQUEST

RIETVELD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RIEVE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

RIEWER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RIFAY, LAILA
ADDRESS AVAILABLE UPON REQUEST

RIFE, CATHY
ADDRESS AVAILABLE UPON REQUEST

RIFE, SHARON
ADDRESS AVAILABLE UPON REQUEST

RIFFELL, JIM
ADDRESS AVAILABLE UPON REQUEST

RIFFEY, TABITHA
ADDRESS AVAILABLE UPON REQUEST

RIFFLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RIFFLE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

RIGAGLIA, CARMELA
ADDRESS AVAILABLE UPON REQUEST

RIGAKOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

RIGAMONTI, JESSE
ADDRESS AVAILABLE UPON REQUEST

RIGANTE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RIGAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RIGASSIO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RIGATUSO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RIGAUD SAINT-FLEUR
ADDRESS AVAILABLE UPON REQUEST

RIGBY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RIGBY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RIGBY, LINDA
ADDRESS AVAILABLE UPON REQUEST

RIGBY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

RIGBY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

RIGDON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIGDON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

RIGDON, MARY
ADDRESS AVAILABLE UPON REQUEST

RIGEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIGGAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

RIGGAN, MISSY
ADDRESS AVAILABLE UPON REQUEST

RIGGANS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

RIGGENBACH, AUDREY
ADDRESS AVAILABLE UPON REQUEST

RIGGERS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RIGGI, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, ETHAN
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, KENT
ADDRESS AVAILABLE UPON REQUEST

RIGGINS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RIGGIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RIGGIO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RIGGIO, HEIDI
ADDRESS AVAILABLE UPON REQUEST

RIGGLE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

RIGGLEMAN, ROD
ADDRESS AVAILABLE UPON REQUEST

RIGGOTT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RIGGS, APRIL
ADDRESS AVAILABLE UPON REQUEST

RIGGS, CAROL
ADDRESS AVAILABLE UPON REQUEST

RIGGS, JULIE
ADDRESS AVAILABLE UPON REQUEST

RIGGS, KAREN
ADDRESS AVAILABLE UPON REQUEST

RIGGS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RIGGS, NANDANIE
ADDRESS AVAILABLE UPON REQUEST

RIGGS, RUSANNE
ADDRESS AVAILABLE UPON REQUEST

RIGGS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RIGGS, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

RIGGS, TYLER
ADDRESS AVAILABLE UPON REQUEST

RIGGS, VANNESSA
ADDRESS AVAILABLE UPON REQUEST

RIGHETTI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RIGHT SIGNATURE
ADDRESS UNAVAILABLE AT TIME OF FILING

RIGHTCROWD EUROPE NV
OKTROOIPLEIN 1 BUS 201 9000
GENT
BELGIUM

RIGHTER, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

RIGHTSIGNATURE
ADDRESS UNAVAILABLE AT TIME OF FILING

RIGNANESE, KRYSTEN
ADDRESS AVAILABLE UPON REQUEST

RIGNEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RIGNEY, PHILIP
ADDRESS AVAILABLE UPON REQUEST

RIGO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RIGSBY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

RIGSBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIHA, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

RIHACEK, JENNAH
ADDRESS AVAILABLE UPON REQUEST

RIJO, ALFINA
ADDRESS AVAILABLE UPON REQUEST

RIJPER, DIANA
ADDRESS AVAILABLE UPON REQUEST

RIKHYE, SAHIL
ADDRESS AVAILABLE UPON REQUEST

RIKLI, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

RIKSE, LARS
ADDRESS AVAILABLE UPON REQUEST

RIKUSTAD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

RILEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RILEY, ALONNA
ADDRESS AVAILABLE UPON REQUEST

RILEY, BETH
ADDRESS AVAILABLE UPON REQUEST

RILEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RILEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

RILEY, CELESTE
ADDRESS AVAILABLE UPON REQUEST

RILEY, CHARNAY
ADDRESS AVAILABLE UPON REQUEST

RILEY, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RILEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RILEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RILEY, CRISTY
ADDRESS AVAILABLE UPON REQUEST

RILEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RILEY, DARREN
ADDRESS AVAILABLE UPON REQUEST

RILEY, DEADRA
ADDRESS AVAILABLE UPON REQUEST

RILEY, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

RILEY, DREW
ADDRESS AVAILABLE UPON REQUEST

RILEY, EMELINE
ADDRESS AVAILABLE UPON REQUEST

RILEY, HALEY
ADDRESS AVAILABLE UPON REQUEST

RILEY, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

RILEY, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RILEY, JASMINE
ADDRESS AVAILABLE UPON REQUEST

RILEY, JAYNE
ADDRESS AVAILABLE UPON REQUEST

RILEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RILEY, JESSE
ADDRESS AVAILABLE UPON REQUEST

RILEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RILEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RILEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RILEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RILEY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

RILEY, KALI
ADDRESS AVAILABLE UPON REQUEST

RILEY, KEITH
ADDRESS AVAILABLE UPON REQUEST

RILEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

RILEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RILEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RILEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

RILEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RILEY, LISA
ADDRESS AVAILABLE UPON REQUEST

RILEY, LISA
ADDRESS AVAILABLE UPON REQUEST

RILEY, LISA
ADDRESS AVAILABLE UPON REQUEST

RILEY, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

RILEY, MARCY
ADDRESS AVAILABLE UPON REQUEST

RILEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RILEY, MAX
ADDRESS AVAILABLE UPON REQUEST

RILEY, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

RILEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RILEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

RILEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

RILEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RILEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RILEY, PHOEB
ADDRESS AVAILABLE UPON REQUEST

RILEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RILEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, SHANE
ADDRESS AVAILABLE UPON REQUEST

RILEY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RILEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RILEY, TARA
ADDRESS AVAILABLE UPON REQUEST

RILEY, TARYN
ADDRESS AVAILABLE UPON REQUEST

RILEY, TREMAINE
ADDRESS AVAILABLE UPON REQUEST

RILEY, WALTER
ADDRESS AVAILABLE UPON REQUEST

RILEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RILL, CARISSA
ADDRESS AVAILABLE UPON REQUEST

RILLSTONE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

RIM, ALI
ADDRESS AVAILABLE UPON REQUEST

RIMA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RIMATO, CORRINA
ADDRESS AVAILABLE UPON REQUEST

RIMBEY, MARY
ADDRESS AVAILABLE UPON REQUEST

RIMBOECK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RIMBOLD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RIMDZIUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIMEDIO, JULIE
ADDRESS AVAILABLE UPON REQUEST

RIMKIENE, RUTA
ADDRESS AVAILABLE UPON REQUEST

RIMKUS, AUSTE
ADDRESS AVAILABLE UPON REQUEST

RIMKUS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RIMKUS, SADIE
ADDRESS AVAILABLE UPON REQUEST

RIMKUS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RIMMER, ABI
ADDRESS AVAILABLE UPON REQUEST

RIMMER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RIMMER, JOSIE
ADDRESS AVAILABLE UPON REQUEST

RIMMER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

RIMMER, LISA
ADDRESS AVAILABLE UPON REQUEST

RIMMER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RIMMER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

RIMMER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RIMONDI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RIMPLEY, APRIL
ADDRESS AVAILABLE UPON REQUEST

RINALDI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RINALDI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RINALDI, G
ADDRESS AVAILABLE UPON REQUEST

RINALDI, GINA
ADDRESS AVAILABLE UPON REQUEST

RINALDI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RINALDI, JULIA
ADDRESS AVAILABLE UPON REQUEST

RINALDI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RINALDI, SUE
ADDRESS AVAILABLE UPON REQUEST

RINALDO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RINARD, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

RINATO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RINCON LLC
1751 BERKELEY ST STUDIO 3
SANTA MONICA, CA 90404

RINCON LLC
ADDRESS AVAILABLE UPON REQUEST

RINCON, DAISY
ADDRESS AVAILABLE UPON REQUEST

RINCON, DIANA
ADDRESS AVAILABLE UPON REQUEST

RINCON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RINCON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

RINDAHL, NORMANDY
ADDRESS AVAILABLE UPON REQUEST

RINDE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RINDGEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

RINDY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RINDY, JENNA
ADDRESS AVAILABLE UPON REQUEST

RINE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

RINEHARDT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RINEHART, AMBER
ADDRESS AVAILABLE UPON REQUEST

RINEHART, CASEY
ADDRESS AVAILABLE UPON REQUEST

RINEHART, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RINEHART, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RINEHART, JOE
ADDRESS AVAILABLE UPON REQUEST

RINEHART, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RINEHART, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RINEHART, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

RINEHART, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

RINELL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

RINELLA, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RINELLI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RINELLI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RINER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RINES, BRENDA
ADDRESS AVAILABLE UPON REQUEST

RINES, CAMILA
ADDRESS AVAILABLE UPON REQUEST

RINEY, KATE
ADDRESS AVAILABLE UPON REQUEST

RINEY, KATE
ADDRESS AVAILABLE UPON REQUEST

RINEY, NORMA
ADDRESS AVAILABLE UPON REQUEST

RING, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

RING, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

RING, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RING, DAVID
ADDRESS AVAILABLE UPON REQUEST

RING, DAVID
ADDRESS AVAILABLE UPON REQUEST

RING, ERICA
ADDRESS AVAILABLE UPON REQUEST

RING, JULIE
ADDRESS AVAILABLE UPON REQUEST

RING, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

RING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RING, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RING, SARAHBETH
ADDRESS AVAILABLE UPON REQUEST

RINGEL, KATE
ADDRESS AVAILABLE UPON REQUEST

RINGENBERG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RINGER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RINGERUD, SARAH
ADDRESS AVAILABLE UPON REQUEST

RINGGARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RINGGER, SUE
ADDRESS AVAILABLE UPON REQUEST

RINGIE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RINGLBAUER, AMY
ADDRESS AVAILABLE UPON REQUEST

RINGLER, ERIC
ADDRESS AVAILABLE UPON REQUEST

RINGLER, JANICE
ADDRESS AVAILABLE UPON REQUEST

RINGLER, JANICE
ADDRESS AVAILABLE UPON REQUEST

RINGLER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RINGLER, REGAN
ADDRESS AVAILABLE UPON REQUEST

RINGLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

RINGLING, PAUL
ADDRESS AVAILABLE UPON REQUEST

RINGO J LANZETTI
ADDRESS AVAILABLE UPON REQUEST

RINGO, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RINGO-KASOTAKIS, KEILY
ADDRESS AVAILABLE UPON REQUEST

RING-REAVES, JOYCE
ADDRESS AVAILABLE UPON REQUEST

RINGROSE, ALEX
ADDRESS AVAILABLE UPON REQUEST

RINGWALA, SUMIT
ADDRESS AVAILABLE UPON REQUEST

RINI, CINDY
ADDRESS AVAILABLE UPON REQUEST

RINK, BRAD
ADDRESS AVAILABLE UPON REQUEST

RINK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RINK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RINKEMA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

RINKER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RINKEVICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RINKO, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

RINN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RINTHARAMY, CHANDEE
ADDRESS AVAILABLE UPON REQUEST

RIOJAS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

RIOLA, JULIA
ADDRESS AVAILABLE UPON REQUEST

RION, MICHELE
ADDRESS AVAILABLE UPON REQUEST

RIOPEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RIOPKO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, BRIGID
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, MOIRA
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, NINA
ADDRESS AVAILABLE UPON REQUEST

RIORDAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

RIOS, ALBERT
ADDRESS AVAILABLE UPON REQUEST

RIOS, ANNE
ADDRESS AVAILABLE UPON REQUEST

RIOS, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

RIOS, CELESTE
ADDRESS AVAILABLE UPON REQUEST

RIOS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

RIOS, DANNY
ADDRESS AVAILABLE UPON REQUEST

RIOS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

RIOS, EDWIN
ADDRESS AVAILABLE UPON REQUEST

RIOS, EDWIN
ADDRESS AVAILABLE UPON REQUEST

RIOS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RIOS, ERICA
ADDRESS AVAILABLE UPON REQUEST

RIOS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

RIOS, GABY
ADDRESS AVAILABLE UPON REQUEST

RIOS, GABY
ADDRESS AVAILABLE UPON REQUEST

RIOS, GRACE
ADDRESS AVAILABLE UPON REQUEST

RIOS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

RIOS, KIARA
ADDRESS AVAILABLE UPON REQUEST

RIOS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

RIOS, MONICA
ADDRESS AVAILABLE UPON REQUEST

RIOS, NAYELI
ADDRESS AVAILABLE UPON REQUEST

RIOS, SARAI
ADDRESS AVAILABLE UPON REQUEST

RIOS, SHAWNEE
ADDRESS AVAILABLE UPON REQUEST

RIOS, SOL
ADDRESS AVAILABLE UPON REQUEST

RIOS, TISHA
ADDRESS AVAILABLE UPON REQUEST

RIOS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RIOS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RIOS-HENRY, KISHA
ADDRESS AVAILABLE UPON REQUEST

RIOTH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RIOUX, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RIOUX, JORDON
ADDRESS AVAILABLE UPON REQUEST

RIOUX, SARAH
ADDRESS AVAILABLE UPON REQUEST

RIOUX, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RIPA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

RIPA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RIPANI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RIPEN LLC.
21 ROSZEL ROAD SUITE 100
PRINCETON, NJ  08540

RIPEPI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

RIPKEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RIPLEY, DON
ADDRESS AVAILABLE UPON REQUEST

RIPLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

RIPLEY, KAIT
ADDRESS AVAILABLE UPON REQUEST

RIPLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RIPLEY, SUZAN
ADDRESS AVAILABLE UPON REQUEST

RIPO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RIPPEE, GIGI
ADDRESS AVAILABLE UPON REQUEST

RIPPEL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RIPPEN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RIPPENHAGEN, LUCY
ADDRESS AVAILABLE UPON REQUEST

RIPPER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RIPPERE & MILLER, KIM & EDWARD
ADDRESS AVAILABLE UPON REQUEST

RIPPETOE, JAKE
ADDRESS AVAILABLE UPON REQUEST

RIPPEY WINE COMPANY LLC
72 CATANIN LANE
NAPA, CA 94558

RIPPLE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RIPPLE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RIPPLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RIPPY, JULIAN
ADDRESS AVAILABLE UPON REQUEST

RIPPY, KIM
ADDRESS AVAILABLE UPON REQUEST

RIPPY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RIPPY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RIQUE OMOND BULOSAN
ADDRESS AVAILABLE UPON REQUEST

RIQUELME, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RISA, JULIE
ADDRESS AVAILABLE UPON REQUEST

RISAL, ASHISH
ADDRESS AVAILABLE UPON REQUEST

RISALITI, CAROL
ADDRESS AVAILABLE UPON REQUEST

RISANO, EMILY & ROSS
ADDRESS AVAILABLE UPON REQUEST

RISBRUDT, JACLYN
ADDRESS AVAILABLE UPON REQUEST

RISCH, ADAM
ADDRESS AVAILABLE UPON REQUEST

RISCH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RISCH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RISCHARD, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

RISCHBIETER, CLARK
ADDRESS AVAILABLE UPON REQUEST

RISDON, ROSALYN
ADDRESS AVAILABLE UPON REQUEST

RISE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RISELOVEGLOW
9520 LUCERNE AVE. APT 2
CULVER CITY, CA 90232

RISEWICK, TONYA
ADDRESS AVAILABLE UPON REQUEST

RISH, KARA
ADDRESS AVAILABLE UPON REQUEST

RISHABH SHAH
ADDRESS AVAILABLE UPON REQUEST

RISPER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

RISHI AGRAWAL
ADDRESS AVAILABLE UPON REQUEST

RISING, AMELIA
ADDRESS AVAILABLE UPON REQUEST

RISING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RISING, MARK
ADDRESS AVAILABLE UPON REQUEST

RISKE, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

RISKEN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

RISLER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RISLEY, MYCAH
ADDRESS AVAILABLE UPON REQUEST

RISO, LAURA
ADDRESS AVAILABLE UPON REQUEST

RISO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RISPER, MIA
ADDRESS AVAILABLE UPON REQUEST

RISS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

RISSACHER, DAN
ADDRESS AVAILABLE UPON REQUEST

RISSE, LORI
ADDRESS AVAILABLE UPON REQUEST

RISSMEYER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RISSMILLER, BRAD
ADDRESS AVAILABLE UPON REQUEST

RISSO, LISA
ADDRESS AVAILABLE UPON REQUEST

RIST, DIANNA
ADDRESS AVAILABLE UPON REQUEST

RISTAU, DAVID
ADDRESS AVAILABLE UPON REQUEST

RISTE, ELISIA
ADDRESS AVAILABLE UPON REQUEST

RISTEFF, TINA
ADDRESS AVAILABLE UPON REQUEST

RISTER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RISTOW, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RISTUCCI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RITA PATTANAIK
ADDRESS AVAILABLE UPON REQUEST

RITA, GROSSARTH
ADDRESS AVAILABLE UPON REQUEST

RITACCO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RITACCO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

RITACCO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RITACVA, NICO
ADDRESS AVAILABLE UPON REQUEST

RITCH, LISA
ADDRESS AVAILABLE UPON REQUEST

RITCH, VELVET
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, JOSH
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, LISETTE
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RITCHEY, VICKI
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, ALLAN
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, ANNA
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, COLIN
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, DANA
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, JOE
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, MARIE
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, MATT
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RITCHIE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RITE AID
ADDRESS UNAVAILABLE AT TIME OF FILING

RITENOUR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RITER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RITER, LEE
ADDRESS AVAILABLE UPON REQUEST

RITES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RITESH N PATEL
ADDRESS AVAILABLE UPON REQUEST

RITKO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

RITMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

RITOCH, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

RITONA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RITONYA, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

RITROVATO JR, RONALD
ADDRESS AVAILABLE UPON REQUEST

RITROVATO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RITT, PAMELLA
ADDRESS AVAILABLE UPON REQUEST

RITTENBERG, JULIA
ADDRESS AVAILABLE UPON REQUEST

RITTENHOUSE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

RITTENHOUSE, DONALD
ADDRESS AVAILABLE UPON REQUEST

RITTENHOUSE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RITTER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

RITTER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RITTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RITTER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

RITTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RITTER, DENISE
ADDRESS AVAILABLE UPON REQUEST

RITTER, EMMA
ADDRESS AVAILABLE UPON REQUEST

RITTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RITTER, JENNA
ADDRESS AVAILABLE UPON REQUEST

RITTER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

RITTER, KASHA
ADDRESS AVAILABLE UPON REQUEST

RITTER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

RITTER, KELLY
ADDRESS AVAILABLE UPON REQUEST

RITTER, LINDA
ADDRESS AVAILABLE UPON REQUEST

RITTER, MADISON
ADDRESS AVAILABLE UPON REQUEST

RITTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RITTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RITTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RITTER, NANCY
ADDRESS AVAILABLE UPON REQUEST

RITTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RITTER, ROSS
ADDRESS AVAILABLE UPON REQUEST

RITTER, ROSS
ADDRESS AVAILABLE UPON REQUEST

RITTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

RITTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

RITTER, STEVE
ADDRESS AVAILABLE UPON REQUEST

RITTER, TOM
ADDRESS AVAILABLE UPON REQUEST

RITTER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

RITTER, WENDY
ADDRESS AVAILABLE UPON REQUEST

RITTERHERN, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

RITTGERS, BECKY
ADDRESS AVAILABLE UPON REQUEST

RITTGERS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RITTHAWORN, PINTA
ADDRESS AVAILABLE UPON REQUEST

RITTLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RITUAL COFFEE ROASTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

RITZ ONE HR CLEANERS
ADDRESS UNAVAILABLE AT TIME OF FILING

RITZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RITZERT, NEIL
ADDRESS AVAILABLE UPON REQUEST

RITZMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RIU, SCARLETT
ADDRESS AVAILABLE UPON REQUEST

RIVA, KELLY
ADDRESS AVAILABLE UPON REQUEST

RIVADENEIRA, MARIA
ADDRESS AVAILABLE UPON REQUEST

RIVAIT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RIVALLAND, MIKE
ADDRESS AVAILABLE UPON REQUEST

RIVARD, ANNA
ADDRESS AVAILABLE UPON REQUEST

RIVARD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RIVARD, NOEL
ADDRESS AVAILABLE UPON REQUEST

RIVARD, ROD
ADDRESS AVAILABLE UPON REQUEST

RIVAS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, AMADO
ADDRESS AVAILABLE UPON REQUEST

RIVAS, ANA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

RIVAS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, JEN
ADDRESS AVAILABLE UPON REQUEST

RIVAS, JEWELEA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, JUAN
ADDRESS AVAILABLE UPON REQUEST

RIVAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RIVAS, REGAN
ADDRESS AVAILABLE UPON REQUEST

RIVAS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RIVAS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RIVENBARK, DAVID
ADDRESS AVAILABLE UPON REQUEST

RIVERA BASSITT, ROSARIO
ADDRESS AVAILABLE UPON REQUEST

RIVERA LOPEZ, LARA
ADDRESS AVAILABLE UPON REQUEST

RIVERA POLANCO, SARAI
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, AMY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BETSY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BRAULIO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BRIANA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CARLA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CARLA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CARMEN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CELEDONIO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHIARA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CIELO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CLARELISA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RIVERA, DC
ADDRESS AVAILABLE UPON REQUEST

RIVERA, DIANGELINA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, DILLON
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ERICA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, EVELIO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, EVELIO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, FELIX
ADDRESS AVAILABLE UPON REQUEST

RIVERA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

RIVERA, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, IRMA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JANELLE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JANICE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JENNA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JERRY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JUAN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JULIAN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, JUSTO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KAREN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KAREN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KARNEISHA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KAT
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LARESSIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LEIGH
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LEONOR
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LISA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LISHA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LORI
ADDRESS AVAILABLE UPON REQUEST

RIVERA, LYDIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, MARLYN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, MARTINA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RIVERA, MISAEL
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NELSON
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NINNA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, NORBERTO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, OSWALDO
ADDRESS AVAILABLE UPON REQUEST

RIVERA, PAT
ADDRESS AVAILABLE UPON REQUEST

RIVERA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RIVERA, ROXANA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SARAH RIVERA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SERENA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SHERLEY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SHERYL
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SOL
ADDRESS AVAILABLE UPON REQUEST

RIVERA, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, TANISHA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, TEIDER
ADDRESS AVAILABLE UPON REQUEST

RIVERA, THEODORE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, VILMARIE
ADDRESS AVAILABLE UPON REQUEST

RIVERA, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RIVERA, YARITZA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, YELITZA
ADDRESS AVAILABLE UPON REQUEST

RIVERA, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

RIVERA-LUNA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RIVERA-PERRUCCIO, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

RIVERA-SALINAS, SALINA
ADDRESS AVAILABLE UPON REQUEST

RIVERO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RIVERO, SANTIAGO
ADDRESS AVAILABLE UPON REQUEST

RIVERO, SARAH
ADDRESS AVAILABLE UPON REQUEST

RIVERS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

RIVERS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

RIVERS, CLARA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, EILEEN
ADDRESS AVAILABLE UPON REQUEST

RIVERS, KARI
ADDRESS AVAILABLE UPON REQUEST

RIVERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, PAUL
ADDRESS AVAILABLE UPON REQUEST

RIVERS, SHANEL
ADDRESS AVAILABLE UPON REQUEST

RIVERS, TAKITA
ADDRESS AVAILABLE UPON REQUEST

RIVERS, WINDELL
ADDRESS AVAILABLE UPON REQUEST

RIVERS, YAREK
ADDRESS AVAILABLE UPON REQUEST

RIVERSTONE GROUP LTD - CANADA
13085 YONGE STREET  SUITE 19-369
RICHMOND HILL, ON  L4E 0K2
CANADA

RIVES, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

RIVES, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RIVES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIVET, SUE
ADDRESS AVAILABLE UPON REQUEST

RIVETT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIVETTE, SCHYLER
ADDRESS AVAILABLE UPON REQUEST

RIVEZZO, YVONNE
ADDRESS AVAILABLE UPON REQUEST

RIVIELLO, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

RIVILLA, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

RIVINGTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RIVOIR, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

RIX, DENISE
ADDRESS AVAILABLE UPON REQUEST

RIXEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIYANTO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RIZER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RIZMANOSKI, EVGENIJA
ADDRESS AVAILABLE UPON REQUEST

RIZOPOULOS, KONSTANTINE
ADDRESS AVAILABLE UPON REQUEST

RIZOS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RIZO-VERGARA, MARIA
ADDRESS AVAILABLE UPON REQUEST

RIZWAN HABIB
ADDRESS AVAILABLE UPON REQUEST

RIZZA, ERIN
ADDRESS AVAILABLE UPON REQUEST

RIZZA, LAURA
ADDRESS AVAILABLE UPON REQUEST

RIZZARDO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RIZZI, GIANNA
ADDRESS AVAILABLE UPON REQUEST

RIZZI, LUCAS
ADDRESS AVAILABLE UPON REQUEST

RIZZI, TRACEY
ADDRESS AVAILABLE UPON REQUEST

RIZZIO, JULIAN
ADDRESS AVAILABLE UPON REQUEST

RIZZITANO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RIZZO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RIZZO, BELINDA
ADDRESS AVAILABLE UPON REQUEST

RIZZO, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

RIZZO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RIZZO, CINDY
ADDRESS AVAILABLE UPON REQUEST

RIZZO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

RIZZO, DAVID
ADDRESS AVAILABLE UPON REQUEST

RIZZO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

RIZZO, JILL
ADDRESS AVAILABLE UPON REQUEST

RIZZO, JORDYN
ADDRESS AVAILABLE UPON REQUEST

RIZZO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RIZZO, KRISSY
ADDRESS AVAILABLE UPON REQUEST

RIZZO, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

RIZZOLO, AMY
ADDRESS AVAILABLE UPON REQUEST

RIZZOTTO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RIZZOTTO, LORRIE
ADDRESS AVAILABLE UPON REQUEST

RIZZOTTO, LORRIE
ADDRESS AVAILABLE UPON REQUEST

RIZZUTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RJ METRICS
1339 CHESTNUT STREET SUITE 1500
PHILADELPHIA, PA  19107

RK & VIRGINIA INVESTMENTS LLC
465 STORM MOUNTAIN CT
STEAMBOAT SPRINGS, CO  80487

RKOCAKROTH2020
200 SOUTH 108TH AVENUE
OMAHA, NE  68154

RM WILSON CONSULTING 401K PSP
ADDRESS AVAILABLE UPON REQUEST

RMR CORP DBA OKOJOBI WINES
2302 165TH STREET
SPIRIT LAKE, IA  51360

RNDC - DC
1 NATIONAL DRIVE SW
ATLANTA, GA  30336

RNDC - DC
8201 STAYTON DRIVE
JESSUP, MD  20794

RNDC - FLORIDA (DEERFIELD)
441 S.W. 12TH AVENUE
DEERFIELD BEACH, FL  33442

RNDC - FLORIDA (GIBSONTON)
13040 BAY INDUSTRIAL DRIVE
GIBSONTON, FL  33534

RNDC - FLORIDA (JACKSONVILLE)
9423 N MAIN STREET
JACKSONVILLE, FL  32218

RNDC - FLORIDA (PENSACOLA)
6256 NORTH W STREET
PENSACOLA, FL  32505

RNDC - FLORIDA (TAMPA)
4901 SAVERESE CIRCLE NORTH
TAMPA, FL  33634

RNDC - MICHIGAN
RNDC MICHIGAN
LIVONIA, MI  48150

RNDC - NM
5920 OFFICE BOULEVARD, NE
ALBUQUERQUE, NM  87109

RNDC - OKLAHOMA
605 N TULSA AVE
OKLAHOMA CITY, OK  73107

RNDC - VIRGINIA
14038 WASHINGTON HIGHWAY
ASHLAND, VA  23005

RNDC CALIFORNIA (YOUNGS MARKET)
2121 BOEING WAY
STOCKTON, CA  95206

RNDC FL - REPUBLIC NATIONAL
DISTRIBUTING LLC
1 NATIONAL DRIVE SW
ATLANTA, GA  30336

RNDC MICHIGAN
17550 ALLEN ROAD
RIVERVIEW, MI 48193

RNDC OF HI
YOUNGS MARKET COMPANY LLC
94-501 KAU STREET
WAIPAHU, HI 96797

RNDC OKLAHOMA
605 N TULSA AVE
OKLAHOMA CITY, OK 73107

RNDC OKLAHOMA
605 N. TULSA, BUILDING 5
OKLAHOMA CITY, OK 73107

RNDC SOUTH CAROLINA, LLC
410 FOSTER BROTHERS DRIVE WEST
COLUMBIA, SC 29172-2763

RNDC VIRGINIA
14038 WASHINGTON HIGHWAY
ASHLAND, VA 23005

RNDC VIRGINIA
14038 WASHINGTON HWY
ASHLAND, VA 23005

RNJ REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

RO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RO, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROA, ADAM J.
ADDRESS AVAILABLE UPON REQUEST

ROA, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

ROACH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROACH, ADAM
ADDRESS AVAILABLE UPON REQUEST

ROACH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROACH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROACH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROACH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROACH, JANE
ADDRESS AVAILABLE UPON REQUEST

ROACH, JARED
ADDRESS AVAILABLE UPON REQUEST

ROACH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROACH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROACH, KASEY
ADDRESS AVAILABLE UPON REQUEST

ROACH, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROACH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROACH, MAURA
ADDRESS AVAILABLE UPON REQUEST

ROACH, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

ROACH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROACHE, MARSHA
ADDRESS AVAILABLE UPON REQUEST

ROADARMEL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROADES, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROADHOUSE, TANNA
ADDRESS AVAILABLE UPON REQUEST

ROADMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROADY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROAHEN, JAIME
ADDRESS AVAILABLE UPON REQUEST

ROALD, LINE
ADDRESS AVAILABLE UPON REQUEST

ROAMING HUNGER
ADDRESS UNAVAILABLE AT TIME OF FILING

ROAN A MONCRIEFFE
ADDRESS AVAILABLE UPON REQUEST

ROAN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

ROANE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ROARK, DARLENE
ADDRESS AVAILABLE UPON REQUEST

ROARK, KENZIE
ADDRESS AVAILABLE UPON REQUEST

ROARK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROARK, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ROARTY, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROARTY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROB BENWELL
ADDRESS AVAILABLE UPON REQUEST

ROB SM-ABREEZA
ADDRESS AVAILABLE UPON REQUEST

ROBAK, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ROBARDS, JAYSON
ADDRESS AVAILABLE UPON REQUEST

ROBARGE, LANETTA
ADDRESS AVAILABLE UPON REQUEST

ROBARGE, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

ROBARTS, WESTON
ADDRESS AVAILABLE UPON REQUEST

ROBB, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROBB, CARALYN
ADDRESS AVAILABLE UPON REQUEST

ROBB, ED
ADDRESS AVAILABLE UPON REQUEST

ROBB, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROBB, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

ROBB, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ROBB, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ROBBE, OLIVIER
ADDRESS AVAILABLE UPON REQUEST

ROBBERSON, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

ROBBI, NELIA
ADDRESS AVAILABLE UPON REQUEST

ROBBIE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBBIN LIST
ADDRESS AVAILABLE UPON REQUEST

ROBBIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, CORRIE
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, DAN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, DESIREE
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, EWELINA
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KELSY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KERRIE
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, MARK
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROBBINS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROBBY JUNIOR SMITH
ADDRESS AVAILABLE UPON REQUEST

ROBE, ANNA KRISTYN
ADDRESS AVAILABLE UPON REQUEST

ROBEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBEL, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

ROBEL, XANDER
ADDRESS AVAILABLE UPON REQUEST

ROBELIA, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROBELLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBENSTINE, RICK
ADDRESS AVAILABLE UPON REQUEST

ROBER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

ROBERGE, KATE
ADDRESS AVAILABLE UPON REQUEST

ROBERGE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ROBERGE, PETER
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, ANDRIANA
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, BRAD
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, HALIE
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, MARISA
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, MINDI
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, MONTY
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, NAKIA
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

ROBERSON, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

ROBERT A CASPER
ADDRESS AVAILABLE UPON REQUEST

ROBERT A CHERNOW
ADDRESS AVAILABLE UPON REQUEST

ROBERT A LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

ROBERT A SANDORE JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT A SYLVESTER JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT ALAN CLEWS
ADDRESS AVAILABLE UPON REQUEST

ROBERT AND THERESE BURNS
ADDRESS AVAILABLE UPON REQUEST

ROBERT ARNOLD
ADDRESS AVAILABLE UPON REQUEST

ROBERT BARSNESS
ADDRESS AVAILABLE UPON REQUEST

ROBERT BECK
ADDRESS AVAILABLE UPON REQUEST

ROBERT BENJAMIN ASH
ADDRESS AVAILABLE UPON REQUEST

ROBERT BITTON
ADDRESS AVAILABLE UPON REQUEST

ROBERT BLIM
ADDRESS AVAILABLE UPON REQUEST

ROBERT BRITT
ADDRESS AVAILABLE UPON REQUEST

ROBERT BRUCE GREENE
ADDRESS AVAILABLE UPON REQUEST

ROBERT BRUCE JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT BRUNEL
ADDRESS AVAILABLE UPON REQUEST

ROBERT C HOLLAND
ADDRESS AVAILABLE UPON REQUEST

ROBERT C TALLEY
ADDRESS AVAILABLE UPON REQUEST

ROBERT CALLAWAY
ADDRESS AVAILABLE UPON REQUEST

ROBERT CARR
ADDRESS AVAILABLE UPON REQUEST

ROBERT CHARLES SAMUELS
ADDRESS AVAILABLE UPON REQUEST

ROBERT CHENG
ADDRESS AVAILABLE UPON REQUEST

ROBERT CLARENCE MOORE
ADDRESS AVAILABLE UPON REQUEST

ROBERT CLIFFORD JOHNSON
ADDRESS AVAILABLE UPON REQUEST

ROBERT COREY ZIPPRO
ADDRESS AVAILABLE UPON REQUEST

ROBERT D HARVEY
ADDRESS AVAILABLE UPON REQUEST

ROBERT D RINGENBERG II
ADDRESS AVAILABLE UPON REQUEST

ROBERT DANIEL BIESER
ADDRESS AVAILABLE UPON REQUEST

ROBERT DANIEL PAGE
ADDRESS AVAILABLE UPON REQUEST

ROBERT DAUGHERTY
ADDRESS AVAILABLE UPON REQUEST

ROBERT DAVID NOCK
ADDRESS AVAILABLE UPON REQUEST

ROBERT DICKEY
ADDRESS AVAILABLE UPON REQUEST

ROBERT DUNCAN WALLACE
ADDRESS AVAILABLE UPON REQUEST

ROBERT E TURNAGE
ADDRESS AVAILABLE UPON REQUEST

ROBERT E WILCOX
ADDRESS AVAILABLE UPON REQUEST

ROBERT EARL MOORE III
ADDRESS AVAILABLE UPON REQUEST

ROBERT EISENSCHMIDT
ADDRESS AVAILABLE UPON REQUEST

ROBERT ENGLAND
ADDRESS AVAILABLE UPON REQUEST

ROBERT F BYRNES & JEANNINE P BYRNES
TRUST
ADDRESS AVAILABLE UPON REQUEST

ROBERT FORBES
ADDRESS AVAILABLE UPON REQUEST

ROBERT FREDERICK GROLEAU
ADDRESS AVAILABLE UPON REQUEST

ROBERT FRYKBERG
ADDRESS AVAILABLE UPON REQUEST

ROBERT G TURNER FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

ROBERT GARRIS
ADDRESS AVAILABLE UPON REQUEST

ROBERT GEORGE RESNICK
ADDRESS AVAILABLE UPON REQUEST

ROBERT GONSALVES
ADDRESS AVAILABLE UPON REQUEST

ROBERT GREIS
ADDRESS AVAILABLE UPON REQUEST

ROBERT GUENOT
ADDRESS AVAILABLE UPON REQUEST

ROBERT HAGEDORN
ADDRESS AVAILABLE UPON REQUEST

ROBERT HALF INTERNATIONAL INC
2613 CAMINO RAMON
SAN RAMON, CA  94583

ROBERT HANEY
ADDRESS AVAILABLE UPON REQUEST

ROBERT HAYMAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT HEAVENER
ADDRESS AVAILABLE UPON REQUEST

ROBERT HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

ROBERT HESS
ADDRESS AVAILABLE UPON REQUEST

ROBERT HIRST
ADDRESS AVAILABLE UPON REQUEST

ROBERT HOFFMAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT PHYTHA
ADDRESS AVAILABLE UPON REQUEST

ROBERT J MILLER JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT J ROSS
ADDRESS AVAILABLE UPON REQUEST

ROBERT J SCHUHAM
ADDRESS AVAILABLE UPON REQUEST

ROBERT JAMES PLEISS JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT JENS NIKOLAISEN
ADDRESS AVAILABLE UPON REQUEST

ROBERT JOHN FOOTITT II
ADDRESS AVAILABLE UPON REQUEST

ROBERT JOHN STIERS
ADDRESS AVAILABLE UPON REQUEST

ROBERT JOHNSON PERRY
ADDRESS AVAILABLE UPON REQUEST

ROBERT JOSEPH ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

ROBERT L GOODMAN JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT L LIEFF
ADDRESS AVAILABLE UPON REQUEST

ROBERT L WEILAND
ADDRESS AVAILABLE UPON REQUEST

ROBERT LEE BEARD III
ADDRESS AVAILABLE UPON REQUEST

ROBERT LESTER BUCKNER
ADDRESS AVAILABLE UPON REQUEST

ROBERT LEVY
ADDRESS AVAILABLE UPON REQUEST

ROBERT LITKOWIAK
ADDRESS AVAILABLE UPON REQUEST

ROBERT LLANES
ADDRESS AVAILABLE UPON REQUEST

ROBERT LORD
ADDRESS AVAILABLE UPON REQUEST

ROBERT M APPLEGATE
ADDRESS AVAILABLE UPON REQUEST

ROBERT M APPLETON
ADDRESS AVAILABLE UPON REQUEST

ROBERT M CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT M SIX
ADDRESS AVAILABLE UPON REQUEST

ROBERT MACARTHUR
ADDRESS AVAILABLE UPON REQUEST

ROBERT MANNSCHRECK TRUST UNDER
ADDRESS AVAILABLE UPON REQUEST

ROBERT MAREMA
ADDRESS AVAILABLE UPON REQUEST

ROBERT MATTHEWS JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT MEYER
ADDRESS AVAILABLE UPON REQUEST

ROBERT MICHAEL KARLIN
ADDRESS AVAILABLE UPON REQUEST

ROBERT MITCHELL CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT P MOLLO
ADDRESS AVAILABLE UPON REQUEST

ROBERT MOSER
ADDRESS AVAILABLE UPON REQUEST

ROBERT MULLINS
ADDRESS AVAILABLE UPON REQUEST

ROBERT N BARRETT III
ADDRESS AVAILABLE UPON REQUEST

ROBERT NEESE
ADDRESS AVAILABLE UPON REQUEST

ROBERT NICHOLS
ADDRESS AVAILABLE UPON REQUEST

ROBERT OBRIEN
ADDRESS AVAILABLE UPON REQUEST

ROBERT ODONNELL
ADDRESS AVAILABLE UPON REQUEST

ROBERT P HOLDER
ADDRESS AVAILABLE UPON REQUEST

ROBERT PAGE
ADDRESS AVAILABLE UPON REQUEST

ROBERT PEEK
ADDRESS AVAILABLE UPON REQUEST

ROBERT PICA
ADDRESS AVAILABLE UPON REQUEST

ROBERT PICKELL
ADDRESS AVAILABLE UPON REQUEST

ROBERT R BARTO
ADDRESS AVAILABLE UPON REQUEST

ROBERT RAMIREZ
ADDRESS AVAILABLE UPON REQUEST

ROBERT RANDY WINSTON
ADDRESS AVAILABLE UPON REQUEST

ROBERT RAY LEWIS
ADDRESS AVAILABLE UPON REQUEST

ROBERT REGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

ROBERT RUMAIN
ADDRESS AVAILABLE UPON REQUEST

ROBERT RUTH JR
ADDRESS AVAILABLE UPON REQUEST

ROBERT S BOYD
ADDRESS AVAILABLE UPON REQUEST

ROBERT SCHECHTER
ADDRESS AVAILABLE UPON REQUEST

ROBERT SCHREURS
ADDRESS AVAILABLE UPON REQUEST

ROBERT SCHUHAM
ADDRESS AVAILABLE UPON REQUEST

ROBERT SEELIG TRUST
ADDRESS AVAILABLE UPON REQUEST

ROBERT SELBY
ADDRESS AVAILABLE UPON REQUEST

ROBERT SETTLES
ADDRESS AVAILABLE UPON REQUEST

ROBERT SINSKEY VINEYARDS
6320 SILVERADO
TRIAL NAPA, CA  94558

ROBERT SOKOL
ADDRESS AVAILABLE UPON REQUEST

ROBERT STAVIS
ADDRESS AVAILABLE UPON REQUEST

ROBERT STEVEN HECKLER
ADDRESS AVAILABLE UPON REQUEST

ROBERT TALLMAN NICHOLS REVOCABLE
TRUST
ADDRESS AVAILABLE UPON REQUEST

ROBERT THOMPSON
ADDRESS AVAILABLE UPON REQUEST

ROBERT TIMPANI
ADDRESS AVAILABLE UPON REQUEST

ROBERT TOWNSEND TEAGUE
ADDRESS AVAILABLE UPON REQUEST

ROBERT TURNER
ADDRESS AVAILABLE UPON REQUEST

ROBERT V H WEINBERG
ADDRESS AVAILABLE UPON REQUEST

ROBERT VALENZUELA
ADDRESS AVAILABLE UPON REQUEST

ROBERT W OLSON
ADDRESS AVAILABLE UPON REQUEST

ROBERT WALKER
ADDRESS AVAILABLE UPON REQUEST

ROBERT WILLIAM CIANFLONE
ADDRESS AVAILABLE UPON REQUEST

ROBERT WILLIAM DOERNER
ADDRESS AVAILABLE UPON REQUEST

ROBERT WILSON
ADDRESS AVAILABLE UPON REQUEST

ROBERT, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROBERT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBERT, CAMERON
ADDRESS AVAILABLE UPON REQUEST

ROBERT, CAROLL
ADDRESS AVAILABLE UPON REQUEST

ROBERT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROBERT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROBERT, EVAN
ADDRESS AVAILABLE UPON REQUEST

ROBERT, HOCKING
ADDRESS AVAILABLE UPON REQUEST

ROBERT, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBERT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROBERT, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROBERT, M
ADDRESS AVAILABLE UPON REQUEST

ROBERT, MORA
ADDRESS AVAILABLE UPON REQUEST

ROBERT, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ROBERTA WARFIELD
ADDRESS AVAILABLE UPON REQUEST

ROBERTA ZALTA
ADDRESS AVAILABLE UPON REQUEST

ROBERTAS
ADDRESS UNAVAILABLE AT TIME OF FILING

ROBERTI, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ROBERTO AARON AGUERO-BRIONES
ADDRESS AVAILABLE UPON REQUEST

ROBERTO CAPO
ADDRESS AVAILABLE UPON REQUEST

ROBERTO DEL TORO
ADDRESS AVAILABLE UPON REQUEST

ROBERTO GONZALEZ III
ADDRESS AVAILABLE UPON REQUEST

ROBERTO GUZMAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTO JOSE COLON
ADDRESS AVAILABLE UPON REQUEST

ROBERTO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, AMY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, AUSTON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, BEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, BETH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CARLA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CARTER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CASEY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CELIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHAD
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHARITY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, CHYANN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DENISE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DEREK
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DIANA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DIANNE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DIONNE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DONDREIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DORIS
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, DYLAN P.
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ELYA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ELYN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ERIK
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, FANNY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, GREG
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JACOB
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JAY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JEAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JEANNE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JENNY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JENNY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JERICA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JILL
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JORDYN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KARLEE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KATE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KAYLIN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KELSI & PARK
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KIEFER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, KYLA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LAKEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LOUIS
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, LUKE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MADISON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MAIMUNATU
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MARISA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MARY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MAURA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MENDY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, NATASHIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, NINA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ROBYN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SALLY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SASHA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SEAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHAUN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHEENA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SIMON
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, SIMONE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TANYA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TERRY ANN
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TIM
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TOI
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TORI
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TROY  W
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, VERCHELE
ADDRESS AVAILABLE UPON REQUEST

ROBERTS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON COLLADO, HILARY
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| ROBERTSON, ANGELA<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, BARBARA<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, BETH<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, BRITTANY<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, BRYCE<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, CASEY<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, CASEY<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, CHARITY<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, COLIN<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, DARBI<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, DAWN<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, DIANA<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, ELIA<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, ERIC<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, ERIN<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, ERIN<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, EUGENIA<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, EVYN<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, GERALD<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, GORDON<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, HEATHER<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, HILLARY<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JACOB<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JAICEY<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, JAMIE<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JANET<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JENNY<br>ADDRESS AVAILABLE UPON REQUEST |
| ROBERTSON, JERRELL<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | ROBERTSON, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST |

ROBERTSON, JIMMA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KAELA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KATY AND JEFF
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KAWANA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KHADIJAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KIM
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KIRA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KIZ
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LANEALE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, MARY
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, MATT
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, MYRON
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SHAREEF
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SHAREEF
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, SYDNI
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, TREMAYNE
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

ROBERTSON, WANEDA
ADDRESS AVAILABLE UPON REQUEST

ROBERTS-SMITH, ANNE
ADDRESS AVAILABLE UPON REQUEST

ROBESCU, ERIONA
ADDRESS AVAILABLE UPON REQUEST

ROBEY, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

ROBEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROBEY, DAVE
ADDRESS AVAILABLE UPON REQUEST

ROBEY, JAIME
ADDRESS AVAILABLE UPON REQUEST

ROBEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROBIDOUX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBIDOUX, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROBIE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ROBIE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBIE, MICHEAL
ADDRESS AVAILABLE UPON REQUEST

ROBIE, PEYTON
ADDRESS AVAILABLE UPON REQUEST

ROBIE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROBILLARD, AMY
ADDRESS AVAILABLE UPON REQUEST

ROBIN B GARRETT
ADDRESS AVAILABLE UPON REQUEST

ROBIN BATTISTI
ADDRESS AVAILABLE UPON REQUEST

ROBIN BAYS
ADDRESS AVAILABLE UPON REQUEST

ROBIN CARTEE
ADDRESS AVAILABLE UPON REQUEST

ROBIN COLLINSWORTH
ADDRESS AVAILABLE UPON REQUEST

ROBIN GBARQUE MOULTON
ADDRESS AVAILABLE UPON REQUEST

ROBIN HAVENS TATE
ADDRESS AVAILABLE UPON REQUEST

ROBIN J SWEENEY
ADDRESS AVAILABLE UPON REQUEST

ROBIN LOUNG SHU
ADDRESS AVAILABLE UPON REQUEST

ROBIN M BROCKWAY REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

ROBIN MARIE MOONEY
ADDRESS AVAILABLE UPON REQUEST

ROBIN MARIE SCHOONOVER
ADDRESS AVAILABLE UPON REQUEST

ROBIN OWENS
ADDRESS AVAILABLE UPON REQUEST

ROBIN RAYMOND ROWLAND
ADDRESS AVAILABLE UPON REQUEST

ROBIN SHANKMAN
ADDRESS AVAILABLE UPON REQUEST

ROBIN WEIDMAN
ADDRESS AVAILABLE UPON REQUEST

ROBIN WHITTENBURG
ADDRESS AVAILABLE UPON REQUEST

ROBIN, DEEANA
ADDRESS AVAILABLE UPON REQUEST

ROBIN, JAYME
ADDRESS AVAILABLE UPON REQUEST

ROBIN, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBINETT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROBINETT, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROBINETT, JAKE
ADDRESS AVAILABLE UPON REQUEST

ROBINETTE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ROBINETTE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROBINHOOD SECS, LLC (6769)
ATTN MEHDI TAIFI
500 COLONIAL CTR PKWY 100
LAKE MARY, FL  32746

ROBINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ABBY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ADLEN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANABELLE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANDRE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANNA LISA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BAHIYAH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BETH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BETH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRAD
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BREANA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CHARLENE HAMPTON
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CJ
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DANA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DARICE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DAWNYA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DESMOND
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, EZRA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, HENRY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, J.W.
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JANET
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JAZZMUN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JOE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JOI
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JONAH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KEITH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KELLI
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KELLI
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KIM
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KIRK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LEA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LEANNE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LEXIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LIESL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, LYNN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MACIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MACY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MAHAGONY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MANDY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MARCIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MARY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MATT
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MAYA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MELISA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MELODIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, NICK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, NINA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PENNY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, RAMON
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, REMI
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SARA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SEDDRICK
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SEQUOYAH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHANEKA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHANEL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHANELL
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHARONDA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SIMRIN
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, STEVIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, STRATTON
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SUSIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TANYA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TERRY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TISHA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TONNIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TOVAH
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TOYIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TRISHA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, TUCKER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, VERONA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, WALTER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, WALTER
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, WILLIE
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

ROBINSON, ZELEEN
ADDRESS AVAILABLE UPON REQUEST

ROBISON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ROBISON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ROBISON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROBISON, JAYME
ADDRESS AVAILABLE UPON REQUEST

ROBISON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

ROBISON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ROBISON, MALIYA
ADDRESS AVAILABLE UPON REQUEST

ROBISON, MARK
ADDRESS AVAILABLE UPON REQUEST

ROBISON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBISON, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROBLE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROBLEDO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROBLEDO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROBLEDO, DIEGO
ADDRESS AVAILABLE UPON REQUEST

ROBLEDO, JULIO
ADDRESS AVAILABLE UPON REQUEST

ROBLES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROBLES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROBLES, CLARA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

ROBLES, GLORIA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, JORGE
ADDRESS AVAILABLE UPON REQUEST

ROBLES, JOSUE
ADDRESS AVAILABLE UPON REQUEST

ROBLES, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROBLES, LISA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROBLES, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROBLES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, RODOLFO
ADDRESS AVAILABLE UPON REQUEST

ROBLES, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROBLES, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ROBLES-SCHRADER, GRISEL
ADDRESS AVAILABLE UPON REQUEST

ROBLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROBLING, GARY
ADDRESS AVAILABLE UPON REQUEST

ROBNETT, SHIANN
ADDRESS AVAILABLE UPON REQUEST

ROBO, MADALENA
ADDRESS AVAILABLE UPON REQUEST

ROBSHAW PETERSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROBSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ROBSON, CODY
ADDRESS AVAILABLE UPON REQUEST

ROBSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROBSON, JACK
ADDRESS AVAILABLE UPON REQUEST

ROBSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROBSON, JO
ADDRESS AVAILABLE UPON REQUEST

ROBSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROBUCK, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROBY, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ROBY, ILANA
ADDRESS AVAILABLE UPON REQUEST

ROBY, QUENTINN
ADDRESS AVAILABLE UPON REQUEST

ROBY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROBYN GAUDER
ADDRESS AVAILABLE UPON REQUEST

ROBYN GRAY
ADDRESS AVAILABLE UPON REQUEST

ROBYN LECOMTE
ADDRESS AVAILABLE UPON REQUEST

ROCA, LINZEE
ADDRESS AVAILABLE UPON REQUEST

ROCAP, ABBY
ADDRESS AVAILABLE UPON REQUEST

ROCCA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROCCHIO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROCCO, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ROCCO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

ROCCO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROCCO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ROCCONI, TOM
ADDRESS AVAILABLE UPON REQUEST

ROCH LAVIOLETTE
ADDRESS AVAILABLE UPON REQUEST

ROCHA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ROCHA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROCHA, MALINDA
ADDRESS AVAILABLE UPON REQUEST

ROCHA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROCHA, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROCHA, SARA
ADDRESS AVAILABLE UPON REQUEST

ROCHAMBEAU, JOEL
ADDRESS AVAILABLE UPON REQUEST

ROCHANI, SITI MAZENAH DIENTA
ADDRESS AVAILABLE UPON REQUEST

ROCHE COMP, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ROCHE, AMY
ADDRESS AVAILABLE UPON REQUEST

ROCHE, BRENNA
ADDRESS AVAILABLE UPON REQUEST

ROCHE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROCHE, DIARMUID
ADDRESS AVAILABLE UPON REQUEST

ROCHE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ROCHE, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

ROCHE, JENN
ADDRESS AVAILABLE UPON REQUEST

ROCHE, JOSIE
ADDRESS AVAILABLE UPON REQUEST

ROCHE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROCHE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROCHE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROCHE, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROCHE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROCHE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROCHE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROCHEFORT, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROCHEFORT, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROCHEFORT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROCHELEAU, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ROCHELEAU, GERARD
ADDRESS AVAILABLE UPON REQUEST

ROCHELEAU, KARLA
ADDRESS AVAILABLE UPON REQUEST

ROCHELL, SIARA
ADDRESS AVAILABLE UPON REQUEST

ROCHELLE, KENDALL
ADDRESS AVAILABLE UPON REQUEST

ROCHESTER, DANA
ADDRESS AVAILABLE UPON REQUEST

ROCHESTER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROCHESTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROCHFORD, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROCHFORD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROCHFORD, SORCHA
ADDRESS AVAILABLE UPON REQUEST

ROCHIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROCHIOLI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ROCHLIS, JON
ADDRESS AVAILABLE UPON REQUEST

ROCHLITZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROCHTE, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

ROCIO REYES-MOORE
ADDRESS AVAILABLE UPON REQUEST

ROCIO, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROCK, AMY
ADDRESS AVAILABLE UPON REQUEST

ROCK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROCK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROCK, GEOFF
ADDRESS AVAILABLE UPON REQUEST

ROCK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROCK, JAMES
ADDRESS AVAILABLE UPON REQUEST

ROCK, JERRICA
ADDRESS AVAILABLE UPON REQUEST

ROCK, KAY
ADDRESS AVAILABLE UPON REQUEST

ROCK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROCK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ROCK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ROCK, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROCK, SALLY
ADDRESS AVAILABLE UPON REQUEST

ROCK, TARA
ADDRESS AVAILABLE UPON REQUEST

ROCKAFELLOW, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROCKCASTLE, MARY
ADDRESS AVAILABLE UPON REQUEST

ROCKENFIELD, REGAN
ADDRESS AVAILABLE UPON REQUEST

ROCKENSTEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

ROCKER, LALITHA
ADDRESS AVAILABLE UPON REQUEST

ROCKETT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ROCKETT, JOANIE
ADDRESS AVAILABLE UPON REQUEST

ROCKETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROCKEY, CLARE
ADDRESS AVAILABLE UPON REQUEST

ROCKEY, JOANNE
ADDRESS AVAILABLE UPON REQUEST

ROCKEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROCKFELLOW, CERA
ADDRESS AVAILABLE UPON REQUEST

ROCKHOLD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ROCKIN BAKKEN PIZZA CO
4855 NEWTON ST
DENVER, CO  80221

ROCK-LEEPER, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

ROCKLEIN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROCKLEIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROCKLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROCKOVICH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROCKQUEMORE, KERRY
ADDRESS AVAILABLE UPON REQUEST

ROCKS, ERICA
ADDRESS AVAILABLE UPON REQUEST

ROCK-STIERLE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, KURT
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, RENAE
ADDRESS AVAILABLE UPON REQUEST

ROCKWELL, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ROCKWOOD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROCKWOOD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROCKWOOD, HALEY
ADDRESS AVAILABLE UPON REQUEST

ROCKWOOD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ROCKY MOUNTAIN FINE WINES, LLC.
13941 JACKSON STREET
THORNTON, CO  80602

RODA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RODAK, DEVON
ADDRESS AVAILABLE UPON REQUEST

RODAK, MARK
ADDRESS AVAILABLE UPON REQUEST

RODALENE FAVIS
ADDRESS AVAILABLE UPON REQUEST

RODARTE, HILLARY
ADDRESS AVAILABLE UPON REQUEST

RODAS, JOSE
ADDRESS AVAILABLE UPON REQUEST

RODAS, LINA
ADDRESS AVAILABLE UPON REQUEST

RODAS, MARISA
ADDRESS AVAILABLE UPON REQUEST

RODAWAY, JANETTE
ADDRESS AVAILABLE UPON REQUEST

RODBELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RODD W SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

RODD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RODDEN, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

RODDEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RODDEN, TARA
ADDRESS AVAILABLE UPON REQUEST

RODDEY, KATHERINE K.
ADDRESS AVAILABLE UPON REQUEST

RODDVIK, DONNA
ADDRESS AVAILABLE UPON REQUEST

RODDY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RODDY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RODE, BRAD
ADDRESS AVAILABLE UPON REQUEST

RODE, K
ADDRESS AVAILABLE UPON REQUEST

RODE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RODEBAUGH, DAVID
ADDRESS AVAILABLE UPON REQUEST

RODEHAU, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RODEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODENBERG, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RODENBERG, LAURIE
ADDRESS AVAILABLE UPON REQUEST

RODENBURG, LEONARD
ADDRESS AVAILABLE UPON REQUEST

RODENHAUSEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

RODER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RODER, ERIN
ADDRESS AVAILABLE UPON REQUEST

RODER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RODER, MELLANIE
ADDRESS AVAILABLE UPON REQUEST

RODERER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RODERICK EDWARD WHITE
ADDRESS AVAILABLE UPON REQUEST

RODERICK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RODERICK, MEL
ADDRESS AVAILABLE UPON REQUEST

RODERICK, STEVE
ADDRESS AVAILABLE UPON REQUEST

RODERMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RODERMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODERY, CLAY
ADDRESS AVAILABLE UPON REQUEST

RODERY, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

RODESCHIN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RODGERS, ABIGAL
ADDRESS AVAILABLE UPON REQUEST

RODGERS, ADAM
ADDRESS AVAILABLE UPON REQUEST

RODGERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RODGERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RODGERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RODGERS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

RODGERS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RODGERS, CARLY
ADDRESS AVAILABLE UPON REQUEST

RODGERS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

RODGERS, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

RODGERS, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

RODGERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

RODGERS, DAWNTAYA
ADDRESS AVAILABLE UPON REQUEST

RODGERS, DONNA
ADDRESS AVAILABLE UPON REQUEST

RODGERS, FRAN
ADDRESS AVAILABLE UPON REQUEST

RODGERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RODGERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RODGERS, KEN
ADDRESS AVAILABLE UPON REQUEST

RODGERS, MALIA
ADDRESS AVAILABLE UPON REQUEST

RODGERS, MARLENE
ADDRESS AVAILABLE UPON REQUEST

RODGERS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RODGERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RODGERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RODGERS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RODGERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODGERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODGERS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

RODGERS, SHERRY
ADDRESS AVAILABLE UPON REQUEST

RODGERS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RODGERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RODGERS-TAYLOR, JOANNA
ADDRESS AVAILABLE UPON REQUEST

RODICH, REID OR SYDNEY
ADDRESS AVAILABLE UPON REQUEST

RODICK, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RODILOSSO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RODIN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

RODIO, JAMES
ADDRESS AVAILABLE UPON REQUEST

RODITSKI, GREGORY
ADDRESS AVAILABLE UPON REQUEST

RODMAKER, STEVE
ADDRESS AVAILABLE UPON REQUEST

RODMAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RODMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RODMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RODNEY BARNES
ADDRESS AVAILABLE UPON REQUEST

RODNEY DOGGETT
ADDRESS AVAILABLE UPON REQUEST

RODNEY GUENTHER
ADDRESS AVAILABLE UPON REQUEST

RODNEY HEATH
ADDRESS AVAILABLE UPON REQUEST

RODNEY MARQUEZ
ADDRESS AVAILABLE UPON REQUEST

RODNEY THILL JR
ADDRESS AVAILABLE UPON REQUEST

RODNEY UDELL
ADDRESS AVAILABLE UPON REQUEST

RODNING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RODOLFO BARAJAS
ADDRESS AVAILABLE UPON REQUEST

RODOLFO MORILLO
ADDRESS AVAILABLE UPON REQUEST

RODOLFO RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

RODOLFO RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

RODOLPH, PERRIER
ADDRESS AVAILABLE UPON REQUEST

RODREICK WILSON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RODRICKS, ANDRE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUE MPAGAZIHE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUE, DONALD
ADDRESS AVAILABLE UPON REQUEST

RODRIGUE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES RIZZI, LUCAS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, CIRO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, DIANDRA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, FABRICIO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, GEANNE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, LETICIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUES, RENAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ CASE, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ DE LA CRUZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ LUCAS, DELIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ MAZZINI, JORGE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ALESANDRA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ALIS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANA PAULA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANAYA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANGIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ARMANDO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ASHLY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, AUDREY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, AURORA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, AVERY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BECKY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BELINDA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BELITZA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BENNY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BERTHA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BETHANY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BOBBY JOE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BOLIVAR
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BREANNA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CANDIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CARINA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CARRIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CHANCE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CHRISTINNE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, COLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DANISHIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DARIO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DEYA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DIANNE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DIMARIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, DIONELY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EDWIN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ELIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ELIAS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EMILYMARIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ERIK
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ESPERANZA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, EVA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, FELIX
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, FEMARY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, GENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, GIANNI
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, HELENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ILIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, IRIS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, IVAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, IVETT
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, IVONNE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JASON
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JAVIER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JAY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JAYMI
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JENICA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JEREMY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOANN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOHANGEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOHANIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JORGE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KARLA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KATIANA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KAYLEEN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KIMMY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, KYNDALL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LARISSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LISA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LIZ
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LIZ
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LORENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LORENZO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LUCY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MAGALY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MAGENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MANNY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MANUEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MANUEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIELENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARIO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARK
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MARY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MAYA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MEKAYLA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MELINDA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MILLIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MISAEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NANETTE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NATHAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NELSON
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NIKO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, NOA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, OMAR
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, PABLO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, PALOMA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, PERLA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RALPH
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, RAUL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, REINOL
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROCIO
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROMARY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROSALINA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROSE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SAMMANTHA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SASHA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SELENA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SHARRON
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SOFIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, SONJA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, TD
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, TITUS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, TRINITI
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, VLADIMIR
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, YAHAIRA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, YANELIS
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, YINIZ
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ, ZENAIDA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-CARTER, AMY
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZCOLON, ADAM
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-CRESPO, REBECA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-DIAZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-DUQUE, MARIA
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-JONES, DENISE
ADDRESS AVAILABLE UPON REQUEST

RODRIGUEZ-TEEL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RODRIQUES, DIRONDA
ADDRESS AVAILABLE UPON REQUEST

RODRIQUEZ, CARISSA
ADDRESS AVAILABLE UPON REQUEST

RODRIQUEZ, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RODRIQUEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RODRIQUEZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RODTANG, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RODTS, LORETTA
ADDRESS AVAILABLE UPON REQUEST

RODULFO, RAIMUNDO
ADDRESS AVAILABLE UPON REQUEST

RODWELL, LAYTON
ADDRESS AVAILABLE UPON REQUEST

RODY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RODZEN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROE / MACS POOL AND SPA, WENDY
ADDRESS AVAILABLE UPON REQUEST

ROE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ROE, COURTNIE
ADDRESS AVAILABLE UPON REQUEST

ROE, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROE, JAYMI
ADDRESS AVAILABLE UPON REQUEST

ROE, JODI
ADDRESS AVAILABLE UPON REQUEST

ROE, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ROE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ROE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROE, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

ROE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROE, TERRIE
ADDRESS AVAILABLE UPON REQUEST

ROE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROEBER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

ROEBER, DARCY
ADDRESS AVAILABLE UPON REQUEST

ROEBER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROEBER, JODY
ADDRESS AVAILABLE UPON REQUEST

ROEBER, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ROEBUCK, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

ROEBUCK, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROEBUCK, MONICA
ADDRESS AVAILABLE UPON REQUEST

ROEBUCK, PAMELLA
ADDRESS AVAILABLE UPON REQUEST

ROEBUCK, ZACH
ADDRESS AVAILABLE UPON REQUEST

ROECKEL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROECKER, SAM
ADDRESS AVAILABLE UPON REQUEST

ROEDEINGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROEDEL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROEDEL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

ROEDELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROEDER, GRACE
ADDRESS AVAILABLE UPON REQUEST

ROEDER, JACK
ADDRESS AVAILABLE UPON REQUEST

ROEDER, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROEDER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROEDER, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROEFARO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROEHL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROEHL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ROEHL, JOE
ADDRESS AVAILABLE UPON REQUEST

ROEHL, MICHELIN
ADDRESS AVAILABLE UPON REQUEST

ROEHL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ROEHL, TONI
ADDRESS AVAILABLE UPON REQUEST

ROEHRICH, CINDY
ADDRESS AVAILABLE UPON REQUEST

ROELANDTS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROELOF, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROELOFS, LORI
ADDRESS AVAILABLE UPON REQUEST

ROELOFS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROEMBKE, GREG
ADDRESS AVAILABLE UPON REQUEST

ROEMEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROEMER, CAROL
ADDRESS AVAILABLE UPON REQUEST

ROEMISCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROEMKE, JULIE
ADDRESS AVAILABLE UPON REQUEST

ROEMMELT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROEPKE, KATI
ADDRESS AVAILABLE UPON REQUEST

ROESBERRY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ROESCH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROESCH, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROESEL, EVA
ADDRESS AVAILABLE UPON REQUEST

ROESER, JAKE
ADDRESS AVAILABLE UPON REQUEST

ROESER, PHIL
ADDRESS AVAILABLE UPON REQUEST

ROESLER, JUANITA
ADDRESS AVAILABLE UPON REQUEST

ROESLER, JUANITA
ADDRESS AVAILABLE UPON REQUEST

ROESNER, NINA
ADDRESS AVAILABLE UPON REQUEST

ROESSER, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

ROESSLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROETHLER, LORAINE
ADDRESS AVAILABLE UPON REQUEST

ROETHLISBERGER, ZACH
ADDRESS AVAILABLE UPON REQUEST

ROETTGER, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

ROEWE, ANN
ADDRESS AVAILABLE UPON REQUEST

ROFE, IKE
ADDRESS AVAILABLE UPON REQUEST

ROG, LISA
ADDRESS AVAILABLE UPON REQUEST

ROGA, YVONNE
ADDRESS AVAILABLE UPON REQUEST

ROGAL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROGALIN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ROGAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ROGARS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROGATI, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ROGATO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ROGELIO VEGA
ADDRESS AVAILABLE UPON REQUEST

ROGELSTAD, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

ROGENSKI, JULIANA
ADDRESS AVAILABLE UPON REQUEST

ROGER BRUNO BUCK
ADDRESS AVAILABLE UPON REQUEST

ROGER BURTON STORM
ADDRESS AVAILABLE UPON REQUEST

ROGER E SKINNER TRUST DATE 9/28/2012
ADDRESS AVAILABLE UPON REQUEST

ROGER E SKINNER
ADDRESS AVAILABLE UPON REQUEST

ROGER HENRY GILBERT
ADDRESS AVAILABLE UPON REQUEST

ROGER JO SMITH
ADDRESS AVAILABLE UPON REQUEST

ROGER JOHN RYAN
ADDRESS AVAILABLE UPON REQUEST

ROGER L BECKER
ADDRESS AVAILABLE UPON REQUEST

ROGER LICUP
ADDRESS AVAILABLE UPON REQUEST

ROGER M MCLESKEY
ADDRESS AVAILABLE UPON REQUEST

ROGER MARK CHAN
ADDRESS AVAILABLE UPON REQUEST

ROGER N TRUBEY
ADDRESS AVAILABLE UPON REQUEST

ROGER PETERSON
ADDRESS AVAILABLE UPON REQUEST

ROGER ROUGHLEY
ADDRESS AVAILABLE UPON REQUEST

ROGER T LARSEN
ADDRESS AVAILABLE UPON REQUEST

ROGER T SMITH
ADDRESS AVAILABLE UPON REQUEST

ROGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROGERINO, CARA
ADDRESS AVAILABLE UPON REQUEST

ROGERS & COMPANY
315 AVENUE ROAD, STE 4
ON M4V
TORONTO, ON  M4V 2H2
CANADA

ROGERS, AARON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ALISON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, AMY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BETH
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRAD
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, COREY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, CORI
ADDRESS AVAILABLE UPON REQUEST

ROGERS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DELIA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DERRICK
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DESIREE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DEVON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DIANE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DONNA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, EMMA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ERIC
ADDRESS AVAILABLE UPON REQUEST

ROGERS, FRED
ADDRESS AVAILABLE UPON REQUEST

ROGERS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HELEN N
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HELEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, HILARY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JACEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JACK
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JOHNATHAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KACEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KAIT
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KARI
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KARIS
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KATE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KAYCIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KELLEY & BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KIAH
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KOBEY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, LAYLA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, LISA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MADISON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MONICA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MONICA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MOXXY
ADDRESS AVAILABLE UPON REQUEST

ROGERS, MYLES
ADDRESS AVAILABLE UPON REQUEST

ROGERS, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

ROGERS, NICK
ADDRESS AVAILABLE UPON REQUEST

ROGERS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ROGERS, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

ROGERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROGERS, REANNA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SEAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SHACIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SHAHEEN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SHELDON
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SHERRI
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SOCORRO
ADDRESS AVAILABLE UPON REQUEST

ROGERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

ROGERS, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

ROGERS, TAISSEANA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, TANYA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROGERS, TOM
ADDRESS AVAILABLE UPON REQUEST

ROGERS, TRENT
ADDRESS AVAILABLE UPON REQUEST

ROGERS, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

ROGERS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ROGERS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ZENZI
ADDRESS AVAILABLE UPON REQUEST

ROGERS, ZOE
ADDRESS AVAILABLE UPON REQUEST

ROGERS-DALY, TRACY
ADDRESS AVAILABLE UPON REQUEST

ROGERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROGERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

ROGERSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROGET, SOREL
ADDRESS AVAILABLE UPON REQUEST

ROGGENBUCK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROGGERO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ROGGEVEEN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ROGGOW, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROGICH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROGIER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROGINSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROGINSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROGINSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROGLIC, MONIKA
ADDRESS AVAILABLE UPON REQUEST

ROGNESS, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

ROGOWSKI, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ROGOWSKI, MIROSLAW
ADDRESS AVAILABLE UPON REQUEST

ROGOZINSKI, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROHA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROHACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROHAN LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROHAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROHAN, CECILIA
ADDRESS AVAILABLE UPON REQUEST

ROHAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ROHAN, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

ROHDE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROHDE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROHDE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROHDE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROHDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROHDE, JULIA
ADDRESS AVAILABLE UPON REQUEST

ROHDE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROHDE, LAUREL & FRANK
ADDRESS AVAILABLE UPON REQUEST

ROHDE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROHER, BETH
ADDRESS AVAILABLE UPON REQUEST

ROHER, DILLON
ADDRESS AVAILABLE UPON REQUEST

ROHIT GUPTA
ADDRESS AVAILABLE UPON REQUEST

ROHL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ROHL, ROXXANNE
ADDRESS AVAILABLE UPON REQUEST

ROHLEDER, JOE
ADDRESS AVAILABLE UPON REQUEST

ROHLFING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROHLFING, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ROHLFING, RENATE
ADDRESS AVAILABLE UPON REQUEST

ROHLFS, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ROHLIK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROHM, ABBY
ADDRESS AVAILABLE UPON REQUEST

ROHM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROHM, RETTA
ADDRESS AVAILABLE UPON REQUEST

ROHMER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ROHN, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

ROHN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROHNERT, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

ROHR THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROHR, MADISON
ADDRESS AVAILABLE UPON REQUEST

ROHR, SHERRY
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH, JOE
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROHRBACH, SOFIA
ADDRESS AVAILABLE UPON REQUEST

ROHRBACHER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROHRBAUGH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ROHRER, JODI
ADDRESS AVAILABLE UPON REQUEST

ROHRER, MARY JO
ADDRESS AVAILABLE UPON REQUEST

ROHRER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ROHRET, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROHRIG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROHRIG, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ROHRKEMPER, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROHRLACK, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROHRSCHEIB, CARRIE
ADDRESS AVAILABLE UPON REQUEST

ROIG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROISUM, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROIT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROITHMAYR, PETER
ADDRESS AVAILABLE UPON REQUEST

ROITMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROIZ, LAURA ANNE
ADDRESS AVAILABLE UPON REQUEST

ROJAHN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ROJAS VALLEJOS, AXEL GONZALO
ADDRESS AVAILABLE UPON REQUEST

ROJAS, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, ANALINE
ADDRESS AVAILABLE UPON REQUEST

ROJAS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

ROJAS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CARMEN A
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROJAS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, DIANA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

ROJAS, GASTON
ADDRESS AVAILABLE UPON REQUEST

ROJAS, JENNAFER
ADDRESS AVAILABLE UPON REQUEST

ROJAS, JOCELYNE
ADDRESS AVAILABLE UPON REQUEST

ROJAS, KARLA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROJAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROJAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROJAS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ROJAS, MANUEL
ADDRESS AVAILABLE UPON REQUEST

ROJAS, OSCAR
ADDRESS AVAILABLE UPON REQUEST

ROJAS, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

ROJAS, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

ROJAS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROJICS, LYNDA
ADDRESS AVAILABLE UPON REQUEST

ROJO, BRANDY
ADDRESS AVAILABLE UPON REQUEST

ROJO, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

ROJO, JORGE
ADDRESS AVAILABLE UPON REQUEST

ROKA, ANJALI
ADDRESS AVAILABLE UPON REQUEST

ROKAYA, SUJAN
ADDRESS AVAILABLE UPON REQUEST

ROKENBRODT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ROKES, ADAM
ADDRESS AVAILABLE UPON REQUEST

ROKT CORP
33 IRVING PLACE 3RD FLOOR
NEW YORK, NY  10003

ROKT CORP
ATTN: ACCOUNTS
175 VARICK STREET, LEVEL 10
NEW YORK, NY  10014

ROKUSEK, LAUREL
ADDRESS AVAILABLE UPON REQUEST

ROLAIN, ARASTASIA
ADDRESS AVAILABLE UPON REQUEST

ROLAND EIBL
ADDRESS AVAILABLE UPON REQUEST

ROLAND MANUEL SEPULVEDA
ADDRESS AVAILABLE UPON REQUEST

ROLAND MATTHEW ECKSTEIN
ADDRESS AVAILABLE UPON REQUEST

ROLAND P MICU
ADDRESS AVAILABLE UPON REQUEST

ROLAND WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

ROLAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROLAND, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ROLAND, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROLAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROLAND, KATHY
ADDRESS AVAILABLE UPON REQUEST

ROLAND, LUCY
ADDRESS AVAILABLE UPON REQUEST

ROLAND, ROMINICA
ADDRESS AVAILABLE UPON REQUEST

ROLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROLANDO BAZAIL
ADDRESS AVAILABLE UPON REQUEST

ROLDAN, MARA
ADDRESS AVAILABLE UPON REQUEST

ROLDAN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ROLDAN, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

ROLEN GROUP, LLC
2159 FIRST AVENUE  2E
NEW YORK, NY  10029

ROLEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROLEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROLEN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ROLENAITIS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

ROLEWICZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

ROLF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROLFE, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

ROLFE, APRIL
ADDRESS AVAILABLE UPON REQUEST

ROLFE, RANDY
ADDRESS AVAILABLE UPON REQUEST

ROLFSON, LACY
ADDRESS AVAILABLE UPON REQUEST

ROLING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROLISON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ROLITA, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROLL, AMY
ADDRESS AVAILABLE UPON REQUEST

ROLL, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

ROLL, JANELLE
ADDRESS AVAILABLE UPON REQUEST

ROLLAND, LIZA
ADDRESS AVAILABLE UPON REQUEST

ROLLAR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROLLEMBERG, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

ROLLEND, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROLLER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ROLLER, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROLLER, KATE
ADDRESS AVAILABLE UPON REQUEST

ROLLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROLLER, MARIA CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ROLLESTON, TAELOR
ADDRESS AVAILABLE UPON REQUEST

ROLLET, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROLLEY, COLIN
ADDRESS AVAILABLE UPON REQUEST

ROLLF, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ROLLIE, JILL
ADDRESS AVAILABLE UPON REQUEST

ROLLIER, JESSE
ADDRESS AVAILABLE UPON REQUEST

ROLLING STONE
ADDRESS UNAVAILABLE AT TIME OF FILING

ROLLING, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROLLING, TEWANNA
ADDRESS AVAILABLE UPON REQUEST

ROLLINGER, STACY
ADDRESS AVAILABLE UPON REQUEST

ROLLINGS, CATHY
ADDRESS AVAILABLE UPON REQUEST

ROLLINGS, RENEE
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, LAICE
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, NEIL
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, RENIECE
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROLLINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROLLIZO, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROLLO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ROLLO, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROLLOFF, GIFT
ADDRESS AVAILABLE UPON REQUEST

ROLLS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROLLS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROLNICK, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROLNICK, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROLOFF, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ROLOFSON, TRACEY
ADDRESS AVAILABLE UPON REQUEST

ROLON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ROLON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ROLON, LIS
ADDRESS AVAILABLE UPON REQUEST

ROLON-COLON, JEAN KARLO
ADDRESS AVAILABLE UPON REQUEST

ROLON-CRUZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

ROLSTON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ROMA PARIKH
ADDRESS AVAILABLE UPON REQUEST

ROMA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROMACK, SHELLY
ADDRESS AVAILABLE UPON REQUEST

ROMAH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROMAIN AYACHE
ADDRESS AVAILABLE UPON REQUEST

ROMAIN, ROSELAINE
ADDRESS AVAILABLE UPON REQUEST

ROMAINE, PATTY
ADDRESS AVAILABLE UPON REQUEST

ROMAM, STACY
ADDRESS AVAILABLE UPON REQUEST

ROMAN DAVID KOVACIK
ADDRESS AVAILABLE UPON REQUEST

ROMAN SALGADO, SALVADOR
ADDRESS AVAILABLE UPON REQUEST

ROMAN SZCZEPANIK
ADDRESS AVAILABLE UPON REQUEST

ROMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

ROMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, ANGELYNE
ADDRESS AVAILABLE UPON REQUEST

ROMAN, BOZENA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROMAN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ROMAN, CARTER
ADDRESS AVAILABLE UPON REQUEST

ROMAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROMAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROMAN, DONA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, GENESIS
ADDRESS AVAILABLE UPON REQUEST

ROMAN, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, JAUDICIA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, JOANN
ADDRESS AVAILABLE UPON REQUEST

ROMAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROMAN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

ROMAN, LYSETTE
ADDRESS AVAILABLE UPON REQUEST

ROMAN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ROMAN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

ROMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROMAN, RANDY
ADDRESS AVAILABLE UPON REQUEST

ROMAN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ROMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROMAN, SAMMY
ADDRESS AVAILABLE UPON REQUEST

ROMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROMAN, SHAVONNE
ADDRESS AVAILABLE UPON REQUEST

ROMAN, VIOLET
ADDRESS AVAILABLE UPON REQUEST

ROMANA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ROMANA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROMANACCE, NOELLE
ADDRESS AVAILABLE UPON REQUEST

ROMANCHIK, RICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROMANCHUK, LEXI
ADDRESS AVAILABLE UPON REQUEST

ROMANELLI, AMI
ADDRESS AVAILABLE UPON REQUEST

ROMANELLI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ROMANELLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROMANELLO, TOMMI
ADDRESS AVAILABLE UPON REQUEST

ROMANIELLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROMANIK, KARLA
ADDRESS AVAILABLE UPON REQUEST

ROMAN-MOLINA, SONJA
ADDRESS AVAILABLE UPON REQUEST

ROMANO BEVERAGE
185 W. INDUSTRIAL DRIVE
ELMHURST, IL  60126

ROMANO BEVERAGE
C/O VETERANS DISTRIBUTION ROMANO
BEVERAGE
5999 BUTTERFIELD RD
HILLSIDE, IL  60162

ROMANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, ARI
ADDRESS AVAILABLE UPON REQUEST

ROMANO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROMANO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ROMANO, DESTINY
ADDRESS AVAILABLE UPON REQUEST

ROMANO, DEVON
ADDRESS AVAILABLE UPON REQUEST

ROMANO, DIANNE
ADDRESS AVAILABLE UPON REQUEST

ROMANO, FRANK
ADDRESS AVAILABLE UPON REQUEST

ROMANO, JACKI
ADDRESS AVAILABLE UPON REQUEST

ROMANO, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROMANO, JULIA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, KATHY
ADDRESS AVAILABLE UPON REQUEST

ROMANO, LINA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, LINDA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, LISA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, LORINE
ADDRESS AVAILABLE UPON REQUEST

ROMANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROMANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROMANO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ROMANO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROMANO, TALIA
ADDRESS AVAILABLE UPON REQUEST

ROMANOFSKI, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROMANOS
ADDRESS UNAVAILABLE AT TIME OF FILING

ROMANOS, GIANNA
ADDRESS AVAILABLE UPON REQUEST

ROMANOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROMANOVA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROMANOW, LIZA
ADDRESS AVAILABLE UPON REQUEST

ROMANOWICZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROMANOWICZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROMANOWSKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROMANOWSKI, NISSA
ADDRESS AVAILABLE UPON REQUEST

ROMANOWSKY, CONNER
ADDRESS AVAILABLE UPON REQUEST

ROMANUSKI, KELLEY
ADDRESS AVAILABLE UPON REQUEST

ROMARY, MATT
ADDRESS AVAILABLE UPON REQUEST

ROMAS, ELISE
ADDRESS AVAILABLE UPON REQUEST

ROMAS, SAFANIA
ADDRESS AVAILABLE UPON REQUEST

ROMASCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROMASCO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROMASCO-KELLY, BECKY
ADDRESS AVAILABLE UPON REQUEST

ROMBAUER, RODERICK
ADDRESS AVAILABLE UPON REQUEST

ROMBERGER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROME, FERLINE
ADDRESS AVAILABLE UPON REQUEST

ROMEIKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROMELUS, YOUVEE
ADDRESS AVAILABLE UPON REQUEST

ROMENS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROMEO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROMEO, ESTIBALIZ
ADDRESS AVAILABLE UPON REQUEST

ROMEO, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ROMEO, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROMEO, KIANA
ADDRESS AVAILABLE UPON REQUEST

ROMEO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROMEO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ROMER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

ROMERE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROMERO NICANOR, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ROMERO RAINEY, REBECA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, AIDE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ANNALLELY
ADDRESS AVAILABLE UPON REQUEST

ROMERO, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROMERO, CARISSA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, DIDI
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ESTHER
ADDRESS AVAILABLE UPON REQUEST

ROMERO, EVE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, GILBERT
ADDRESS AVAILABLE UPON REQUEST

ROMERO, GREG
ADDRESS AVAILABLE UPON REQUEST

ROMERO, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ROMERO, IVELYSSE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, JAVIER
ADDRESS AVAILABLE UPON REQUEST

ROMERO, JOSE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, KARINA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, KELLI
ADDRESS AVAILABLE UPON REQUEST

ROMERO, LINDA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, LORI
ADDRESS AVAILABLE UPON REQUEST

ROMERO, LUZ
ADDRESS AVAILABLE UPON REQUEST

ROMERO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROMERO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROMERO, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, ROSALINA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, RUDY
ADDRESS AVAILABLE UPON REQUEST

ROMERO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, SIERRA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, TABITHA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, TARA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, TONY
ADDRESS AVAILABLE UPON REQUEST

ROMERO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROMERO, YARITZA
ADDRESS AVAILABLE UPON REQUEST

ROMETTI, MARY
ADDRESS AVAILABLE UPON REQUEST

ROMEU, JUAN
ADDRESS AVAILABLE UPON REQUEST

ROMICK, AMELIA
ADDRESS AVAILABLE UPON REQUEST

ROMIEL, KECIA
ADDRESS AVAILABLE UPON REQUEST

ROMIG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROMIL WADHAWAN
ADDRESS AVAILABLE UPON REQUEST

ROMINES, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ROMINGER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

ROMINSKI, JASON
ADDRESS AVAILABLE UPON REQUEST

ROMME, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROMMEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROMMEL, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROMMES, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ROMO, DOTTIE
ADDRESS AVAILABLE UPON REQUEST

ROMO, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROMO, LISA
ADDRESS AVAILABLE UPON REQUEST

ROMO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROMORODRIGUEZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ROMP, KARLEE
ADDRESS AVAILABLE UPON REQUEST

ROMPALA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROMPALO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROMSHE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RON ANTENER
ADDRESS AVAILABLE UPON REQUEST

RON VAN
ADDRESS AVAILABLE UPON REQUEST

RON, DANIELA Y JUAN CARLOS
ADDRESS AVAILABLE UPON REQUEST

RON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

RON, SIVAN
ADDRESS AVAILABLE UPON REQUEST

RONAK BHATT
ADDRESS AVAILABLE UPON REQUEST

RONAK DESAI
ADDRESS AVAILABLE UPON REQUEST

RONALD "RONNIE" ALMENDRALES
ADDRESS AVAILABLE UPON REQUEST

RONALD CLARK
ADDRESS AVAILABLE UPON REQUEST

RONALD DOWNING
ADDRESS AVAILABLE UPON REQUEST

RONALD EVANS BORCHARDT
ADDRESS AVAILABLE UPON REQUEST

RONALD G BLAIR
ADDRESS AVAILABLE UPON REQUEST

RONALD HRAD
ADDRESS AVAILABLE UPON REQUEST

RONALD J FREY
ADDRESS AVAILABLE UPON REQUEST

RONALD JEFFREY UEBEL
ADDRESS AVAILABLE UPON REQUEST

RONALD KEITH JOHNSON
ADDRESS AVAILABLE UPON REQUEST

RONALD LUDWIG
ADDRESS AVAILABLE UPON REQUEST

RONALD M PAWLAK
ADDRESS AVAILABLE UPON REQUEST

RONALD MALONE
ADDRESS AVAILABLE UPON REQUEST

RONALD MANABAT
ADDRESS AVAILABLE UPON REQUEST

RONALD N ARMSTRONG
ADDRESS AVAILABLE UPON REQUEST

RONALD PRICE
ADDRESS AVAILABLE UPON REQUEST

RONALD QUINTON
ADDRESS AVAILABLE UPON REQUEST

RONALD TER HOEVEN
ADDRESS AVAILABLE UPON REQUEST

RONALD WILLIAMSON
ADDRESS AVAILABLE UPON REQUEST

RONAN, FRANCIE
ADDRESS AVAILABLE UPON REQUEST

RONAN, KIM
ADDRESS AVAILABLE UPON REQUEST

RONAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

RONAYNE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

RONAYNE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RONCA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RONCA, SHEENA
ADDRESS AVAILABLE UPON REQUEST

RONCACE, EMMA
ADDRESS AVAILABLE UPON REQUEST

RONCAL, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

RONCK, KEREN
ADDRESS AVAILABLE UPON REQUEST

RONDEAU, ASTRID
ADDRESS AVAILABLE UPON REQUEST

RONDEAU, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RONDINONE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RONDON- OUTTEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RONDON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RONEL DELVA
ADDRESS AVAILABLE UPON REQUEST

RONEN, ELLAH
ADDRESS AVAILABLE UPON REQUEST

RONEVICH, TARA
ADDRESS AVAILABLE UPON REQUEST

RONEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

RONEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

RONEY, LEANDA
ADDRESS AVAILABLE UPON REQUEST

RONEY, NASH
ADDRESS AVAILABLE UPON REQUEST

RONG LIN
ADDRESS AVAILABLE UPON REQUEST

RONGEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RONGEY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RONGIONE, CATHY
ADDRESS AVAILABLE UPON REQUEST

RONI SEPANSKI
ADDRESS AVAILABLE UPON REQUEST

RONI SEPANSKI
ADDRESS AVAILABLE UPON REQUEST

RONK, AMY
ADDRESS AVAILABLE UPON REQUEST

RONK, RUTH
ADDRESS AVAILABLE UPON REQUEST

RONKESE, ERICA
ADDRESS AVAILABLE UPON REQUEST

RONKOWITZ, SAMARA
ADDRESS AVAILABLE UPON REQUEST

RONNA FLAIG
ADDRESS AVAILABLE UPON REQUEST

RONNIE BOATNER
ADDRESS AVAILABLE UPON REQUEST

RONNY BROWN
ADDRESS AVAILABLE UPON REQUEST

RONQUILLO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RONQUILLO, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROOB, MITCH
ADDRESS AVAILABLE UPON REQUEST

ROOD, CHERIE
ADDRESS AVAILABLE UPON REQUEST

ROOD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROOD, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ROOD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROOD, PATTI
ADDRESS AVAILABLE UPON REQUEST

ROOD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROOD, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

ROOF, AVERY
ADDRESS AVAILABLE UPON REQUEST

ROOF, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROOF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROOF, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROOF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROOF, ROBYN
ADDRESS AVAILABLE UPON REQUEST

ROOF, TANYA
ADDRESS AVAILABLE UPON REQUEST

ROOFENER, JAOVONNI
ADDRESS AVAILABLE UPON REQUEST

ROOFTER MAN PLUMBING
7949 AJAY DR  A
SUN VALLEY, CA  91352

ROOG, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROOHAN, LIAM
ADDRESS AVAILABLE UPON REQUEST

ROOHANI, MELODY
ADDRESS AVAILABLE UPON REQUEST

ROOK, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROOK, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROOK, SHAUN
ADDRESS AVAILABLE UPON REQUEST

ROOKARD, LISA EAGAN
ADDRESS AVAILABLE UPON REQUEST

ROOKE, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

ROOKER, STEPH
ADDRESS AVAILABLE UPON REQUEST

ROOKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROOKS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ROOKS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROOKWOOD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROOM & BOARD-INTG
ADDRESS UNAVAILABLE AT TIME OF FILING

ROOM 644, MIRIAM ACZEL
ADDRESS AVAILABLE UPON REQUEST

ROONEY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROONEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

ROONEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROONEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ROONEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ROONEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

ROONEY, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

ROONEY, JANA
ADDRESS AVAILABLE UPON REQUEST

ROONEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROONEY, LEWIS
ADDRESS AVAILABLE UPON REQUEST

ROONEY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ROONEY, PETER
ADDRESS AVAILABLE UPON REQUEST

ROONEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROONEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROONEY, TOM
ADDRESS AVAILABLE UPON REQUEST

ROONEYS IRISH PUB
ADDRESS UNAVAILABLE AT TIME OF FILING

ROONGSANG, PETE
ADDRESS AVAILABLE UPON REQUEST

ROOP, JENA
ADDRESS AVAILABLE UPON REQUEST

ROOPNARINE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROORDA, DEVYN
ADDRESS AVAILABLE UPON REQUEST

ROOS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROOSA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ROOSEVELT
ADDRESS UNAVAILABLE AT TIME OF FILING

ROOSEVELT, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ROOT, JAY
ADDRESS AVAILABLE UPON REQUEST

ROOT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROOT, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROOT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROOT, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROOT, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ROOTER MAN PLUMBING
7949 AJAY DR  A
SUN VALLEY, CA  91352

ROOTSTEELE, ALANNANOAH
ADDRESS AVAILABLE UPON REQUEST

ROOTSTOCK PARTNERS, LLC
1112 MONTANA AVE SUITE 116
SANTA MONICA, CA  90403

ROPA, JAMES
ADDRESS AVAILABLE UPON REQUEST

ROPER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ROPER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

ROPER, KIKI
ADDRESS AVAILABLE UPON REQUEST

ROPER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

ROPER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROPIAK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ROPOSH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ROPSON, JOAN
ADDRESS AVAILABLE UPON REQUEST

ROQUE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ROQUE, GRECY
ADDRESS AVAILABLE UPON REQUEST

ROQUE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROQUE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROQUET, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROQUETE, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

ROREBECK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RORER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

RORICK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RORIE, STACY
ADDRESS AVAILABLE UPON REQUEST

RORK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROROS, JOHN
ADDRESS AVAILABLE UPON REQUEST

RORVICK, ABBEY
ADDRESS AVAILABLE UPON REQUEST

RORY SUGINO
ADDRESS AVAILABLE UPON REQUEST

ROSA MCLEOD
ADDRESS AVAILABLE UPON REQUEST

ROSA ROMAN, DENGRID
ADDRESS AVAILABLE UPON REQUEST

ROSA, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROSA, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

ROSA, DINELIA
ADDRESS AVAILABLE UPON REQUEST

ROSA, ELISE
ADDRESS AVAILABLE UPON REQUEST

ROSA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ROSA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROSA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROSA, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ROSA, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROSA, KARAH
ADDRESS AVAILABLE UPON REQUEST

ROSA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSA, LARS
ADDRESS AVAILABLE UPON REQUEST

ROSA, TANJA
ADDRESS AVAILABLE UPON REQUEST

ROSA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROSADO, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

ROSADO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSADO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSADO, JACKY
ADDRESS AVAILABLE UPON REQUEST

ROSADO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ROSADO, KYLIE
ADDRESS AVAILABLE UPON REQUEST

ROSADO, LACE
ADDRESS AVAILABLE UPON REQUEST

ROSADO, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSADO, MANIKA
ADDRESS AVAILABLE UPON REQUEST

ROSALANKO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROSALES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ROSALES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSALES, DENISE
ADDRESS AVAILABLE UPON REQUEST

ROSALES, ERICA
ADDRESS AVAILABLE UPON REQUEST

ROSALES, ERNESTO
ADDRESS AVAILABLE UPON REQUEST

ROSALES, EUGENIO
ADDRESS AVAILABLE UPON REQUEST

ROSALES, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ROSALES, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ROSALES, KRYSTEL
ADDRESS AVAILABLE UPON REQUEST

ROSALES, KYLA
ADDRESS AVAILABLE UPON REQUEST

ROSALES, MARCELO
ADDRESS AVAILABLE UPON REQUEST

ROSALES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROSALES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ROSALES, NERY
ADDRESS AVAILABLE UPON REQUEST

ROSALES, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROSALES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROSALES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROSALES, TERRI
ADDRESS AVAILABLE UPON REQUEST

ROSALIA CHAN
ADDRESS AVAILABLE UPON REQUEST

ROSALIA GENTILE
ADDRESS AVAILABLE UPON REQUEST

ROSALIND STEARNS
ADDRESS AVAILABLE UPON REQUEST

ROSAMOND, MISTY
ADDRESS AVAILABLE UPON REQUEST

ROSANIA, IRENE
ADDRESS AVAILABLE UPON REQUEST

ROSANNA KEENAN
ADDRESS AVAILABLE UPON REQUEST

ROSANNA MORACA
ADDRESS AVAILABLE UPON REQUEST

ROSANNE WEILER
ADDRESS AVAILABLE UPON REQUEST

ROSANO, MARANDA
ADDRESS AVAILABLE UPON REQUEST

ROSARD, JOSH
ADDRESS AVAILABLE UPON REQUEST

ROSARIO ENCARNACION, JOSE MANUEL
ADDRESS AVAILABLE UPON REQUEST

ROSARIO VENTURA, ERICKA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, JENNY
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, LISBETH
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, RANGELINE
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, SARA
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, STACY
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROSARIO, WINIPHER
ADDRESS AVAILABLE UPON REQUEST

ROSARION, GERANE
ADDRESS AVAILABLE UPON REQUEST

ROSAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

ROSAS, CHERISH
ADDRESS AVAILABLE UPON REQUEST

ROSAS, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

ROSAS, GEMMA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, GISELLE
ADDRESS AVAILABLE UPON REQUEST

ROSAS, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, ILEANA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, JANET
ADDRESS AVAILABLE UPON REQUEST

ROSAS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ROSAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSATI-WEE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ROSATO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSATO, MARK
ADDRESS AVAILABLE UPON REQUEST

ROSATO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROSATO, TOM
ADDRESS AVAILABLE UPON REQUEST

ROSAZZA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROSBORG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROSBOROUGH, MARK
ADDRESS AVAILABLE UPON REQUEST

ROSBURG, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ROSBURG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ROSBURG, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ROSCHE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ROSCHER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

ROSCHLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSCIOLI, LYNN
ADDRESS AVAILABLE UPON REQUEST

ROSCO FLEVO
RYAN CARABALLO
215 W. 5TH ST. APT  706
LOS ANGELES, CA  90013

ROSCOE, IVANA
ADDRESS AVAILABLE UPON REQUEST

ROSDAHL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

ROSE CAFE MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

ROSE CLEMONS
ADDRESS AVAILABLE UPON REQUEST

ROSE LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROSE MANABAT
ADDRESS AVAILABLE UPON REQUEST

ROSE PARSONS
ADDRESS AVAILABLE UPON REQUEST

ROSE, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

ROSE, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

ROSE, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

ROSE, ALICE
ADDRESS AVAILABLE UPON REQUEST

ROSE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSE, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROSE, AMY
ADDRESS AVAILABLE UPON REQUEST

ROSE, AMY
ADDRESS AVAILABLE UPON REQUEST

ROSE, ANN
ADDRESS AVAILABLE UPON REQUEST

ROSE, AVI
ADDRESS AVAILABLE UPON REQUEST

ROSE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROSE, BECCA
ADDRESS AVAILABLE UPON REQUEST

ROSE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

ROSE, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ROSE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

ROSE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

ROSE, CATHIE
ADDRESS AVAILABLE UPON REQUEST

ROSE, CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ROSE, CODY
ADDRESS AVAILABLE UPON REQUEST

ROSE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROSE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROSE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSE, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROSE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ROSE, DIANA
ADDRESS AVAILABLE UPON REQUEST

ROSE, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

ROSE, DONELL
ADDRESS AVAILABLE UPON REQUEST

ROSE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ROSE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROSE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ROSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROSE, HALEY
ADDRESS AVAILABLE UPON REQUEST

ROSE, HILARY
ADDRESS AVAILABLE UPON REQUEST

ROSE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ROSE, JANE
ADDRESS AVAILABLE UPON REQUEST

ROSE, JANE
ADDRESS AVAILABLE UPON REQUEST

ROSE, JANNA
ADDRESS AVAILABLE UPON REQUEST

ROSE, JILL
ADDRESS AVAILABLE UPON REQUEST

ROSE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

ROSE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROSE, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROSE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROSE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ROSE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROSE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROSE, KURT
ADDRESS AVAILABLE UPON REQUEST

ROSE, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROSE, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSE, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROSE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ROSE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ROSE, MARY
ADDRESS AVAILABLE UPON REQUEST

ROSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSE, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

ROSE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ROSE, MONICA
ADDRESS AVAILABLE UPON REQUEST

ROSE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROSE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROSE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ROSE, PATTI
ADDRESS AVAILABLE UPON REQUEST

ROSE, PAYTEN
ADDRESS AVAILABLE UPON REQUEST

ROSE, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

ROSE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROSE, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

ROSE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ROSE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ROSE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ROSE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROSE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROSE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

ROSE, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

ROSE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ROSE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROSE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROSE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROSE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROSE, TORI
ADDRESS AVAILABLE UPON REQUEST

ROSE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROSE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROSE, VICTOR
ADDRESS AVAILABLE UPON REQUEST

ROSE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

ROSEAU, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSEBERRY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROSEBOROUGH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROSEBRAUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSEBUSH, JULIA
ADDRESS AVAILABLE UPON REQUEST

ROSELAND, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSELANDER-GINN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

ROSELINE ITEME
ADDRESS AVAILABLE UPON REQUEST

ROSELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

ROSELLE, BEN
ADDRESS AVAILABLE UPON REQUEST

ROSELLE, MIKE
ADDRESS AVAILABLE UPON REQUEST

ROSELLI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROSELLI, ERIC
ADDRESS AVAILABLE UPON REQUEST

ROSELLI, FRANK K
ADDRESS AVAILABLE UPON REQUEST

ROSELLI, GIOVANNA
ADDRESS AVAILABLE UPON REQUEST

ROSELLI, JOE
ADDRESS AVAILABLE UPON REQUEST

ROSEMAN, SHEILA
ADDRESS AVAILABLE UPON REQUEST

ROSEMANN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROSEMARIE LLOYD, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

ROSEMOND, PALMER
ADDRESS AVAILABLE UPON REQUEST

ROSE-MORISSAINT, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSEN, BEN
ADDRESS AVAILABLE UPON REQUEST

ROSEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROSEN, DANA
ADDRESS AVAILABLE UPON REQUEST

ROSEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROSEN, GERALD
ADDRESS AVAILABLE UPON REQUEST

ROSEN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, JENN
ADDRESS AVAILABLE UPON REQUEST

ROSEN, JESS
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KATHY
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KIERA
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROSEN, KINNERET
ADDRESS AVAILABLE UPON REQUEST

ROSEN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

ROSEN, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

ROSEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROSEN, RHETT
ADDRESS AVAILABLE UPON REQUEST

ROSEN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ROSEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROSENAU, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ROSENBACH, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROSENBAUM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSENBAUM, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROSENBAUM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSENBAUM, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ROSENBAUM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, AMELIA
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, AMY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, CATHY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, CLARE
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, DALIA
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, DONNA
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, GAIL
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, MARC
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, MICAH
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, SANDY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROSENBERG, WENDY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERGER, CARLEY
ADDRESS AVAILABLE UPON REQUEST

ROSENBERGER, KATE
ADDRESS AVAILABLE UPON REQUEST

ROSENBERGER, LEA
ADDRESS AVAILABLE UPON REQUEST

ROSENBERGER, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSENBERGER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROSENBLATT, JACOB
ADDRESS AVAILABLE UPON REQUEST

ROSENBLATT, JOSH
ADDRESS AVAILABLE UPON REQUEST

ROSENBLATT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSENBLATT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROSENBLOOM, LEWIS
ADDRESS AVAILABLE UPON REQUEST

ROSENBLUM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSENBLUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSENBLUM, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSENDALE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSENDALL, SEAN
ADDRESS AVAILABLE UPON REQUEST

ROSENDO, EDWIN
ADDRESS AVAILABLE UPON REQUEST

ROSENE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSENFELD, AARON
ADDRESS AVAILABLE UPON REQUEST

ROSENFELD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROSENFELD, EMMA
ADDRESS AVAILABLE UPON REQUEST

ROSENFELD, MARGO
ADDRESS AVAILABLE UPON REQUEST

ROSENFELD, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

ROSENFIELD, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROSENFIELD, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ROSENGREN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

ROSENGREN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ROSENHAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROSENHEIM, OLIVER
ADDRESS AVAILABLE UPON REQUEST

ROSENKRANZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROSENKRANZ, PATTI
ADDRESS AVAILABLE UPON REQUEST

ROSENLUND, KATRINE
ADDRESS AVAILABLE UPON REQUEST

ROSENOW, DENISE
ADDRESS AVAILABLE UPON REQUEST

ROSENQUIST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROSENQUIST, LORI
ADDRESS AVAILABLE UPON REQUEST

ROSENSON WINE CREATIONS INC.
22900 VENTURA BL., SUITE 200
WOODLAND HILLS, CA 91364

ROSENSTEEL, DENISE
ADDRESS AVAILABLE UPON REQUEST

ROSENSTEIN HENRY, LLC
ATTN: HEATHER MOCH
371 SPRING PARK ROAD
CAMARILLO, CA 93012

ROSENTHAL WINE MERCHANT CA LTD.
56-43 58TH STREET
MASPETH, NY 11378

ROSENTHAL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, ANNE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, BLAKE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, CASEY
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, HILARY
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, JOE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, KIM
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, MARIE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, MIKE
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROSENTHAL, SARA
ADDRESS AVAILABLE UPON REQUEST

ROSENTURLEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROSENWASSER, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROSENZWEIG, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROSENZWEIG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROSENZWEIG, JARED
ADDRESS AVAILABLE UPON REQUEST

ROSENZWEIG, LIZANNE
ADDRESS AVAILABLE UPON REQUEST

ROSER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

ROSETH, VALARIE
ADDRESS AVAILABLE UPON REQUEST

ROSETTA SPEARS
ADDRESS AVAILABLE UPON REQUEST

ROSETTI, CAROL
ADDRESS AVAILABLE UPON REQUEST

ROSETTI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ROSETTI, JOE
ADDRESS AVAILABLE UPON REQUEST

ROSEWOOD SANDS HILL MENLO PARK
ADDRESS UNAVAILABLE AT TIME OF FILING

ROSEWOOD SANDS HILL
ADDRESS UNAVAILABLE AT TIME OF FILING

ROSE-WRIGHT, HELEN
ADDRESS AVAILABLE UPON REQUEST

ROSEY, CHAR
ADDRESS AVAILABLE UPON REQUEST

ROSHEL, BRANDI
ADDRESS AVAILABLE UPON REQUEST

ROSHER, ANASTAS
ADDRESS AVAILABLE UPON REQUEST

ROSHON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSHONA ANDERSON
ADDRESS AVAILABLE UPON REQUEST

ROSICA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSIEK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ROSIER, MACHELLE
ADDRESS AVAILABLE UPON REQUEST

ROSIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ROSINI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROSINSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROSINSKI, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ROSINUS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROSKENS, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

ROSKEY, DIANNA
ADDRESS AVAILABLE UPON REQUEST

ROSKIN, JAKE
ADDRESS AVAILABLE UPON REQUEST

ROSKO, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROSLANIC, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROSLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSLUND, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROSLYN FRIESER
ADDRESS AVAILABLE UPON REQUEST

ROSO, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ROSOK, JACOB
ADDRESS AVAILABLE UPON REQUEST

ROSOL, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

ROSOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROSS BOVERI
ADDRESS AVAILABLE UPON REQUEST

ROSS CROPPER
ADDRESS AVAILABLE UPON REQUEST

ROSS FERRELL
ADDRESS AVAILABLE UPON REQUEST

ROSS HEINEMEYER
ADDRESS AVAILABLE UPON REQUEST

ROSS MONAT
ADDRESS AVAILABLE UPON REQUEST

ROSS RITTER
ADDRESS AVAILABLE UPON REQUEST

ROSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSS, AMY
ADDRESS AVAILABLE UPON REQUEST

ROSS, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

ROSS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROSS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

ROSS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROSS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

ROSS, BREE
ADDRESS AVAILABLE UPON REQUEST

ROSS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ROSS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROSS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROSS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

ROSS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, CARLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROSS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ROSS, CIGI
ADDRESS AVAILABLE UPON REQUEST

ROSS, CORY
ADDRESS AVAILABLE UPON REQUEST

ROSS, CYTNHIA
ADDRESS AVAILABLE UPON REQUEST

ROSS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSS, DAWN
ADDRESS AVAILABLE UPON REQUEST

ROSS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ROSS, DEJA
ADDRESS AVAILABLE UPON REQUEST

ROSS, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

ROSS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ROSS, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

ROSS, ELSE
ADDRESS AVAILABLE UPON REQUEST

ROSS, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROSS, ESTHER
ADDRESS AVAILABLE UPON REQUEST

ROSS, GORNATA
ADDRESS AVAILABLE UPON REQUEST

ROSS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ROSS, HALEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROSS, IMANUEL
ADDRESS AVAILABLE UPON REQUEST

ROSS, JAMILA
ADDRESS AVAILABLE UPON REQUEST

ROSS, JASON
ADDRESS AVAILABLE UPON REQUEST

ROSS, JEN
ADDRESS AVAILABLE UPON REQUEST

ROSS, JENICA
ADDRESS AVAILABLE UPON REQUEST

ROSS, JENNA
ADDRESS AVAILABLE UPON REQUEST

ROSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROSS, JEZNEEL
ADDRESS AVAILABLE UPON REQUEST

ROSS, KARA
ADDRESS AVAILABLE UPON REQUEST

ROSS, KATE
ADDRESS AVAILABLE UPON REQUEST

ROSS, KATE
ADDRESS AVAILABLE UPON REQUEST

ROSS, KATE
ADDRESS AVAILABLE UPON REQUEST

ROSS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROSS, KEITH
ADDRESS AVAILABLE UPON REQUEST

ROSS, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

ROSS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ROSS, KINGSLEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, KIRK
ADDRESS AVAILABLE UPON REQUEST

ROSS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

ROSS, KYLA
ADDRESS AVAILABLE UPON REQUEST

ROSS, LAUREEN
ADDRESS AVAILABLE UPON REQUEST

ROSS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROSS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROSS, LIZ
ADDRESS AVAILABLE UPON REQUEST

ROSS, LUCY
ADDRESS AVAILABLE UPON REQUEST

ROSS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROSS, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

ROSS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

ROSS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROSS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROSS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ROSS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ROSS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROSS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSS, MILES
ADDRESS AVAILABLE UPON REQUEST

ROSS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ROSS, NANPON
ADDRESS AVAILABLE UPON REQUEST

ROSS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ROSS, PATRICE
ADDRESS AVAILABLE UPON REQUEST

ROSS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

ROSS, PETER
ADDRESS AVAILABLE UPON REQUEST

ROSS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

ROSS, PHIL
ADDRESS AVAILABLE UPON REQUEST

ROSS, RENAE
ADDRESS AVAILABLE UPON REQUEST

ROSS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROSS, RUTH
ADDRESS AVAILABLE UPON REQUEST

ROSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

ROSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROSS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

ROSS, SHAINA
ADDRESS AVAILABLE UPON REQUEST

ROSS, SHAWN AND SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, SHEILA
ADDRESS AVAILABLE UPON REQUEST

ROSS, SKYLER
ADDRESS AVAILABLE UPON REQUEST

ROSS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROSS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROSS, SUE
ADDRESS AVAILABLE UPON REQUEST

ROSS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROSS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, TRENT
ADDRESS AVAILABLE UPON REQUEST

ROSS, TYRONE
ADDRESS AVAILABLE UPON REQUEST

ROSS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROSS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ROSS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ROSS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ROSSBACH, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSSELL, JANE
ADDRESS AVAILABLE UPON REQUEST

ROSSELLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSSELOTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROSSEN, PAGE
ADDRESS AVAILABLE UPON REQUEST

ROSSER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROSSER, JAMES
ADDRESS AVAILABLE UPON REQUEST

ROSSER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROSSER, TATIANA
ADDRESS AVAILABLE UPON REQUEST

ROSSETT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ROSSETTI
VIA MASCAGNI 15/17A 50050
BASSA/CERRETO GUIDI (FI)
ITALY

ROSSETTI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROSSETTI, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROSSETTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSSETTI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSSHEIM, SHALA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, ALDO
ADDRESS AVAILABLE UPON REQUEST

ROSSI, ALI
ADDRESS AVAILABLE UPON REQUEST

ROSSI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROSSI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROSSI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROSSI, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ROSSI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ROSSI, DANA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

ROSSI, GIULIA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, GRACIE
ADDRESS AVAILABLE UPON REQUEST

ROSSI, HILLARY
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JODY
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROSSI, JULIE
ADDRESS AVAILABLE UPON REQUEST

ROSSI, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, KENDALL
ADDRESS AVAILABLE UPON REQUEST

ROSSI, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROSSI, LISA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, LUISA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROSSI, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROSSI, NICK
ADDRESS AVAILABLE UPON REQUEST

ROSSI, NICK
ADDRESS AVAILABLE UPON REQUEST

ROSSI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROSSI, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROSSI, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROSSI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROSSI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROSSI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROSSI, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ROSSI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ROSSI, TINA
ADDRESS AVAILABLE UPON REQUEST

ROSSIE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROSSIGNOL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROSSIGNOL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROSSIO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROSSITER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROSSITER, HELEN
ADDRESS AVAILABLE UPON REQUEST

ROSSITER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROSSITER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

ROSS-JENKINS, WENDY
ADDRESS AVAILABLE UPON REQUEST

ROSSMAN, AARON
ADDRESS AVAILABLE UPON REQUEST

ROSSMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROSSMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ROSSMANN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROSSO, ANNIE
ADDRESS AVAILABLE UPON REQUEST

ROSSO, JARED
ADDRESS AVAILABLE UPON REQUEST

ROSSOL, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ROSSOTTO, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROSSOUW, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROSS-TILLMAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROSS-WISEMAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ROSSWOG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROST, DAN
ADDRESS AVAILABLE UPON REQUEST

ROST, JESSE
ADDRESS AVAILABLE UPON REQUEST

ROSTAL, JAN
ADDRESS AVAILABLE UPON REQUEST

ROSTINE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

ROSTOHAR, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROSTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ROSTRO, MADISYN
ADDRESS AVAILABLE UPON REQUEST

ROSTVOLD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROSVALL, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

ROSWICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSZAK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ROSZCZYNIALSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROSZEL, DON
ADDRESS AVAILABLE UPON REQUEST

ROSZKOWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROSZKOWSKI, PAT
ADDRESS AVAILABLE UPON REQUEST

ROTA, MARCO
ADDRESS AVAILABLE UPON REQUEST

ROTARY CLUB OF SANTA MONICA
ADDRESS UNAVAILABLE AT TIME OF FILING

ROTARY DIGITAL, LLC
736 S WHITE HORSE PIKE  102
AUDUBON, NJ  08106

ROTARY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ROTELA, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ROTELLINI, GINA
ADDRESS AVAILABLE UPON REQUEST

ROTENKOLBER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROTERT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ROTH IRA FBO ERIK M CREAGH
ADDRESS AVAILABLE UPON REQUEST

ROTH IRA STEPHANIE FAGIN-JONES
ADDRESS AVAILABLE UPON REQUEST

ROTH STAFFING COMPANIES, L.P.
450 NORTH STATE COLLEGE BOULEVARD
ORANGE, CA  92868

ROTH, ALEC
ADDRESS AVAILABLE UPON REQUEST

ROTH, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ROTH, ALLIE
ADDRESS AVAILABLE UPON REQUEST

ROTH, ANN
ADDRESS AVAILABLE UPON REQUEST

ROTH, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

ROTH, ARIEL
ADDRESS AVAILABLE UPON REQUEST

ROTH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROTH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROTH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

ROTH, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ROTH, HARI
ADDRESS AVAILABLE UPON REQUEST

ROTH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROTH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ROTH, JEFFFREY
ADDRESS AVAILABLE UPON REQUEST

ROTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROTH, JOE
ADDRESS AVAILABLE UPON REQUEST

ROTH, JOHN
ADDRESS AVAILABLE UPON REQUEST

ROTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROTH, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROTH, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROTH, LEVI
ADDRESS AVAILABLE UPON REQUEST

ROTH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROTH, MARTIN
ADDRESS AVAILABLE UPON REQUEST

ROTH, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

ROTH, MEG
ADDRESS AVAILABLE UPON REQUEST

ROTH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROTH, MERRIDITH
ADDRESS AVAILABLE UPON REQUEST

ROTH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROTH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROTH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROTH, RHONDA
ADDRESS AVAILABLE UPON REQUEST

ROTH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROTH, TAMI
ADDRESS AVAILABLE UPON REQUEST

ROTH, TONJA
ADDRESS AVAILABLE UPON REQUEST

ROTH, TORIA
ADDRESS AVAILABLE UPON REQUEST

ROTH, TREVOR
ADDRESS AVAILABLE UPON REQUEST

ROTH, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROTHBAUM, PAULA
ADDRESS AVAILABLE UPON REQUEST

ROTHE, JAY
ADDRESS AVAILABLE UPON REQUEST

ROTHE, JOLENE
ADDRESS AVAILABLE UPON REQUEST

ROTHE, LISA
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERG, ALEX
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERG, JAAN UMRU
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERG, LISA
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERG, STUART
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERGER, DAYNA
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERGER, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERGER, PAUL
ADDRESS AVAILABLE UPON REQUEST

ROTHENBERGER, RANDI AND SCOTT
ADDRESS AVAILABLE UPON REQUEST

ROTHER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

ROTHERHAM, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

ROTHERMEL, JACELYN
ADDRESS AVAILABLE UPON REQUEST

ROTHERMEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROTHERMEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROTHEY, BRYANA
ADDRESS AVAILABLE UPON REQUEST

ROTHFELD, LORI
ADDRESS AVAILABLE UPON REQUEST

ROTHFIELD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROTHHAAR, BRUCE
ADDRESS AVAILABLE UPON REQUEST

ROTHLIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROTHMEL, ADAM
ADDRESS AVAILABLE UPON REQUEST

ROTHRAUFF, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROTHROCK, GRACE
ADDRESS AVAILABLE UPON REQUEST

ROTHROCK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROTHSCHILD, DIANE
ADDRESS AVAILABLE UPON REQUEST

ROTHSCHILD, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ROTHWEILER, ZACH
ADDRESS AVAILABLE UPON REQUEST

ROTHWELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROTHWELL, POLLY
ADDRESS AVAILABLE UPON REQUEST

ROTHWELL, SHAWN
ADDRESS AVAILABLE UPON REQUEST

ROTI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROTOLONI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROTONDI, AMY
ADDRESS AVAILABLE UPON REQUEST

ROTONDO JR, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ROTONDO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROTONDO, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROTRUCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROTSUKON GULIN
ADDRESS AVAILABLE UPON REQUEST

ROTT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROTT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROTTENBERG, JULIE
ADDRESS AVAILABLE UPON REQUEST

ROTTER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ROTTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROTTER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ROTTERS, ALISON
ADDRESS AVAILABLE UPON REQUEST

ROTTET
ADDRESS AVAILABLE UPON REQUEST

ROTTET, VANESSA
ADDRESS AVAILABLE UPON REQUEST

ROTTINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROTTLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROTTMAN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ROTTMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROTTON, KYLA
ADDRESS AVAILABLE UPON REQUEST

ROTUNNO, JILL
ADDRESS AVAILABLE UPON REQUEST

ROTUNNO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROTZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROUBAL, ROGER
ADDRESS AVAILABLE UPON REQUEST

ROUBIQUE, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

ROUBO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROUCH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROUDI, TARA
ADDRESS AVAILABLE UPON REQUEST

ROUDKOVSKI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ROUGEAU, JARRETH
ADDRESS AVAILABLE UPON REQUEST

ROUGHGARDEN, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ROUGHGARDEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ROUGHSEDGE, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROUGHTON, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ROUGIER, LISA
ADDRESS AVAILABLE UPON REQUEST

ROUIN, CAROLE
ADDRESS AVAILABLE UPON REQUEST

ROULHAC, TAELOR
ADDRESS AVAILABLE UPON REQUEST

ROUMPZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ROUND TABLE PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

ROUNDS, JAMES
ADDRESS AVAILABLE UPON REQUEST

ROUNDS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROUNDS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROUNDS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ROUNDTREE, IFETAYO
ADDRESS AVAILABLE UPON REQUEST

ROUNDY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ROUNDY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROUNSOVILLE, DJAMEAL
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, BAKISA
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, CAELIN
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

ROUNTREE, LORRETTA
ADDRESS AVAILABLE UPON REQUEST

ROUPE, DONALD
ADDRESS AVAILABLE UPON REQUEST

ROURICK, MARIE
ADDRESS AVAILABLE UPON REQUEST

ROURICK-JOHNSTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ROURK, BATEY
ADDRESS AVAILABLE UPON REQUEST

ROURKE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ROURKE, DARLENE
ADDRESS AVAILABLE UPON REQUEST

ROURKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROURKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROURKE, THERESA
ADDRESS AVAILABLE UPON REQUEST

ROUSCH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROUSE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ROUSE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROUSE, DANE
ADDRESS AVAILABLE UPON REQUEST

ROUSE, JACKELYN
ADDRESS AVAILABLE UPON REQUEST

ROUSE, JULIA
ADDRESS AVAILABLE UPON REQUEST

ROUSE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

ROUSE, KERRI
ADDRESS AVAILABLE UPON REQUEST

ROUSE, MARISA
ADDRESS AVAILABLE UPON REQUEST

ROUSE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ROUSE, NAOMI
ADDRESS AVAILABLE UPON REQUEST

ROUSE, TYLER
ADDRESS AVAILABLE UPON REQUEST

ROUSEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROUSH, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

ROUSH, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

ROUSH, TERRI
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, ASTRID
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, DERBY
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, JEFF
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, MIYA
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, RHETT
ADDRESS AVAILABLE UPON REQUEST

ROUSSEAU, SHEILINA
ADDRESS AVAILABLE UPON REQUEST

ROUSSEL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ROUSSEL, CARLYE
ADDRESS AVAILABLE UPON REQUEST

ROUSSEL, EMMANUELLE
ADDRESS AVAILABLE UPON REQUEST

ROUSSEL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ROUSSELL, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROUSSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROUSSET, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROUT, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROUTH, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

ROUTH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ROUTHIER, DANA
ADDRESS AVAILABLE UPON REQUEST

ROUTLY, SANDY
ADDRESS AVAILABLE UPON REQUEST

ROUTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROUTSON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ROUX, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROUX, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ROUZER, KATE
ADDRESS AVAILABLE UPON REQUEST

ROVA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ROVAK, CORRIE
ADDRESS AVAILABLE UPON REQUEST

ROVANG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROVEDA, GRACIE
ADDRESS AVAILABLE UPON REQUEST

ROVEDO, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ROVENKO, TOWANNA
ADDRESS AVAILABLE UPON REQUEST

ROVENSKAYA, MARGARITA
ADDRESS AVAILABLE UPON REQUEST

ROVENTINI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ROVERSI, MARILU
ADDRESS AVAILABLE UPON REQUEST

ROVIG, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

ROVIG, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

ROVIRA, TRACIE
ADDRESS AVAILABLE UPON REQUEST

ROVNER, HARRIETTE
ADDRESS AVAILABLE UPON REQUEST

ROVNER, HOPE
ADDRESS AVAILABLE UPON REQUEST

ROVNIAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROWAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ROWAN, BARRY
ADDRESS AVAILABLE UPON REQUEST

ROWAN, DANA
ADDRESS AVAILABLE UPON REQUEST

ROWAN, ELWYN
ADDRESS AVAILABLE UPON REQUEST

ROWAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

ROWAN, LYNN
ADDRESS AVAILABLE UPON REQUEST

ROWAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ROWAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ROWAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROWAN, RICKI
ADDRESS AVAILABLE UPON REQUEST

ROWAN, RYLAN
ADDRESS AVAILABLE UPON REQUEST

ROWBOTTOM, JILL
ADDRESS AVAILABLE UPON REQUEST

ROWBOTTOM, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ROWDEN, NIKKI
ADDRESS AVAILABLE UPON REQUEST

ROWE JR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROWE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ROWE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROWE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ROWE, AMY
ADDRESS AVAILABLE UPON REQUEST

ROWE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ROWE, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROWE, CAROLYNNE
ADDRESS AVAILABLE UPON REQUEST

ROWE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

ROWE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ROWE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROWE, DONALD
ADDRESS AVAILABLE UPON REQUEST

ROWE, DONDI
ADDRESS AVAILABLE UPON REQUEST

ROWE, ED
ADDRESS AVAILABLE UPON REQUEST

ROWE, ELI
ADDRESS AVAILABLE UPON REQUEST

ROWE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROWE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROWE, HILARY
ADDRESS AVAILABLE UPON REQUEST

ROWE, JACOB
ADDRESS AVAILABLE UPON REQUEST

ROWE, JASON
ADDRESS AVAILABLE UPON REQUEST

ROWE, JASON
ADDRESS AVAILABLE UPON REQUEST

ROWE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROWE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROWE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROWE, JESSE D.
ADDRESS AVAILABLE UPON REQUEST

ROWE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROWE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROWE, KARIMA
ADDRESS AVAILABLE UPON REQUEST

ROWE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROWE, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROWE, KENDAL
ADDRESS AVAILABLE UPON REQUEST

ROWE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ROWE, LANAE
ADDRESS AVAILABLE UPON REQUEST

ROWE, LINDA
ADDRESS AVAILABLE UPON REQUEST

ROWE, LINDSIE
ADDRESS AVAILABLE UPON REQUEST

ROWE, LORIE
ADDRESS AVAILABLE UPON REQUEST

ROWE, MARC
ADDRESS AVAILABLE UPON REQUEST

ROWE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROWE, MARY
ADDRESS AVAILABLE UPON REQUEST

ROWE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ROWE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROWE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ROWE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ROWE, QUINTRELL
ADDRESS AVAILABLE UPON REQUEST

ROWE, ROBERT J
ADDRESS AVAILABLE UPON REQUEST

ROWE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

ROWE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROWE, TAMEIKA
ADDRESS AVAILABLE UPON REQUEST

ROWE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

ROWE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ROWE, ZOE
ADDRESS AVAILABLE UPON REQUEST

ROWELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ROWELL, LEAH
ADDRESS AVAILABLE UPON REQUEST

ROWELL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ROWELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

ROWEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ROWES, JOSH
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, ADONNA
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, ANEETRAI
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, EDWARD
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, JULIE
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, KARA
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, LINDA
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, LUCY
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, MARSHA
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, ROGER
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, TRACY
ADDRESS AVAILABLE UPON REQUEST

ROWLAND, TRACY
ADDRESS AVAILABLE UPON REQUEST

ROWLEDGE, DIANE
ADDRESS AVAILABLE UPON REQUEST

ROWLES, KARLYE
ADDRESS AVAILABLE UPON REQUEST

ROWLES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROWLES, MARY
ADDRESS AVAILABLE UPON REQUEST

ROWLES, REA
ADDRESS AVAILABLE UPON REQUEST

ROWLEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ROWLEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

ROWLEY, JOYCE
ADDRESS AVAILABLE UPON REQUEST

ROWLEY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ROWLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROWSELL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ROWSER, VERN
ADDRESS AVAILABLE UPON REQUEST

ROXANA GARCIA
ADDRESS AVAILABLE UPON REQUEST

ROXANA HASTY
ADDRESS AVAILABLE UPON REQUEST

ROXANN PRICE
ADDRESS AVAILABLE UPON REQUEST

ROXANN, RIZZUTO,
ADDRESS AVAILABLE UPON REQUEST

ROXANNE PRINCIPE
ADDRESS AVAILABLE UPON REQUEST

ROXANNE WENSLEY
ADDRESS AVAILABLE UPON REQUEST

ROXANNE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ROXAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

ROXAS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ROXAS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

ROXBERRY, JENNI
ADDRESS AVAILABLE UPON REQUEST

ROXSTROM, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROY BRYAN STOKER
ADDRESS AVAILABLE UPON REQUEST

ROY GLASS
ADDRESS AVAILABLE UPON REQUEST

ROY HULL
ADDRESS AVAILABLE UPON REQUEST

ROY JAMES PERRITT JR
ADDRESS AVAILABLE UPON REQUEST

ROY LUNA
ADDRESS AVAILABLE UPON REQUEST

ROY MORALY
ADDRESS AVAILABLE UPON REQUEST

ROY PERRY GREENE
ADDRESS AVAILABLE UPON REQUEST

ROY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ROY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ROY, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

ROY, ANNA
ADDRESS AVAILABLE UPON REQUEST

ROY, AYAN
ADDRESS AVAILABLE UPON REQUEST

ROY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ROY, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

ROY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ROY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ROY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ROY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ROY, CLARE
ADDRESS AVAILABLE UPON REQUEST

ROY, CLENNAN
ADDRESS AVAILABLE UPON REQUEST

ROY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ROY, DEREK
ADDRESS AVAILABLE UPON REQUEST

ROY, DONNA
ADDRESS AVAILABLE UPON REQUEST

ROY, ECHO
ADDRESS AVAILABLE UPON REQUEST

ROY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROY, ERIN
ADDRESS AVAILABLE UPON REQUEST

ROY, HARRIET
ADDRESS AVAILABLE UPON REQUEST

ROY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ROY, JANICE
ADDRESS AVAILABLE UPON REQUEST

ROY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROY, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ROY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ROY, NIKITA
ADDRESS AVAILABLE UPON REQUEST

ROY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

ROY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ROY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ROY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ROY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ROY, SHASHANK
ADDRESS AVAILABLE UPON REQUEST

ROY, SHUVO
ADDRESS AVAILABLE UPON REQUEST

ROY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROYAL BRAUN, LLC
7510 W. SUNSET BLVD. 1406
LOS ANGELES, CA 90046

ROYAL COPEHAGEN INN
ADDRESS UNAVAILABLE AT TIME OF FILING

ROYAL DESIGN GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

ROYAL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ROYAL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ROYAL, DONALD
ADDRESS AVAILABLE UPON REQUEST

ROYAL, ELAINE
ADDRESS AVAILABLE UPON REQUEST

ROYAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

ROYALTY, JACK
ADDRESS AVAILABLE UPON REQUEST

ROYCE, AMY
ADDRESS AVAILABLE UPON REQUEST

ROYCE, LINDY
ADDRESS AVAILABLE UPON REQUEST

ROYCE, RACHAL
ADDRESS AVAILABLE UPON REQUEST

ROYCE, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

ROYCROFT, NOEL
ADDRESS AVAILABLE UPON REQUEST

ROYE, PETER
ADDRESS AVAILABLE UPON REQUEST

ROYE, SALLY
ADDRESS AVAILABLE UPON REQUEST

ROYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ROYER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROYER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ROYER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

ROYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROYER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ROYER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ROYER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ROYKO, ANN F
ADDRESS AVAILABLE UPON REQUEST

ROYKO-ADKINS, FRANK
ADDRESS AVAILABLE UPON REQUEST

ROYSE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROYSELAND, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ROYSTER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

ROYSTER, VENUS
ADDRESS AVAILABLE UPON REQUEST

ROYSTER-SHIELDS, TRACIE
ADDRESS AVAILABLE UPON REQUEST

ROZA, JANINE
ADDRESS AVAILABLE UPON REQUEST

ROZANSKI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ROZDILSKY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ROZE, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

ROZEBOOM, BETHANY
ADDRESS AVAILABLE UPON REQUEST

ROZEK, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

ROZELLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

ROZELLE, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

ROZELLE, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

ROZELLE-MURPHY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

ROZEN, STU
ADDRESS AVAILABLE UPON REQUEST

ROZENA ABDIN
ADDRESS AVAILABLE UPON REQUEST

ROZENBERG, FEDERICO
ADDRESS AVAILABLE UPON REQUEST

ROZENCWAIG, KAREN
ADDRESS AVAILABLE UPON REQUEST

ROZIC, JOE
ADDRESS AVAILABLE UPON REQUEST

ROZICK, KELLY
ADDRESS AVAILABLE UPON REQUEST

ROZIER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ROZIER, STACY
ADDRESS AVAILABLE UPON REQUEST

ROZINA, TAMARA
ADDRESS AVAILABLE UPON REQUEST

ROZMAN, KIRA
ADDRESS AVAILABLE UPON REQUEST

ROZNOVAK, JERI
ADDRESS AVAILABLE UPON REQUEST

ROZO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ROZO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ROZON, MICHELINE
ADDRESS AVAILABLE UPON REQUEST

ROZRAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

ROZYCKI, BOB
ADDRESS AVAILABLE UPON REQUEST

ROZYCKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ROZYCKI, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ROZYCKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ROZYNSKI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ROZZA, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

ROZZI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ROZZI, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ROZZISI, AMBER
ADDRESS AVAILABLE UPON REQUEST

ROZZONI, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

RP & ASSOCIATES, INC.
2205 PACIFIC COAST HIGHWAY
HERMOSA BEACH, CA  90254

RPM PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

RR DONNELLY LOGISTICS SERVICES
WORLDWIDE, INC
PO BOX 932721
CLEVELAND, OH  44193

RSL HOLDINGS, LLC (DBA LIPMAN
BROTHERS, LLC)
2815 BRICK CHURCH PIKE
NASHVILLE, TN  37207

RUAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

RUANO, DIANA
ADDRESS AVAILABLE UPON REQUEST

RUANO, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

RUANOVA, DENNIS
ADDRESS AVAILABLE UPON REQUEST

RUARK, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

RUBACH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RUBACK, ROSE
ADDRESS AVAILABLE UPON REQUEST

RUBAII, CAROL
ADDRESS AVAILABLE UPON REQUEST

RUBALCABA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

RUBALCABA, RUDY
ADDRESS AVAILABLE UPON REQUEST

RUBALCAVA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUBALCAVA, EILEEN
ADDRESS AVAILABLE UPON REQUEST

RUBANO, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

RUBATINO, MARILANA
ADDRESS AVAILABLE UPON REQUEST

RUBBELKE, MELLISSA
ADDRESS AVAILABLE UPON REQUEST

RUBBERSTAMPS NET
ADDRESS UNAVAILABLE AT TIME OF FILING

RUBE, LAURA
ADDRESS AVAILABLE UPON REQUEST

RUBEGA, BOB
ADDRESS AVAILABLE UPON REQUEST

RUBEK, JENNIE
ADDRESS AVAILABLE UPON REQUEST

RUBEL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

RUBEN ACOSTA
ADDRESS AVAILABLE UPON REQUEST

RUBEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RUBENACKER, BETH
ADDRESS AVAILABLE UPON REQUEST

RUBENDUNST, ANNIE
ADDRESS AVAILABLE UPON REQUEST

RUBENS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RUBENSTEIN, HARRY
ADDRESS AVAILABLE UPON REQUEST

RUBENSTEIN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

RUBENSTEIN, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

RUBENSTEIN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

RUBESNE, KAREN
ADDRESS AVAILABLE UPON REQUEST

RUBEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUBICON TALENT, LLC
69 PINE GROVE
SUMMIT, NJ 07902

RUBIN, ALEX
ADDRESS AVAILABLE UPON REQUEST

RUBIN, ALYSE
ADDRESS AVAILABLE UPON REQUEST

RUBIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUBIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

RUBIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RUBIN, DANNY
ADDRESS AVAILABLE UPON REQUEST

RUBIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

RUBIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

RUBIN, EVIE
ADDRESS AVAILABLE UPON REQUEST

RUBIN, JAYNA
ADDRESS AVAILABLE UPON REQUEST

RUBIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUBIN, JODY
ADDRESS AVAILABLE UPON REQUEST

RUBIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RUBIN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

RUBIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUBIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUBIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RUBIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RUBIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RUBIN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

RUBIN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

RUBIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUBIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

RUBINELLI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

RUBINO, ADELINE
ADDRESS AVAILABLE UPON REQUEST

RUBINO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

RUBINO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUBINO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUBINO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RUBINO, MALENA
ADDRESS AVAILABLE UPON REQUEST

RUBINO, MARIA
ADDRESS AVAILABLE UPON REQUEST

RUBINO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUBINO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUBINO-BRADWAY, CAITLEN
ADDRESS AVAILABLE UPON REQUEST

RUBINOW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUBINOWITZ, AIMEE
ADDRESS AVAILABLE UPON REQUEST

RUBINSKY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RUBINSTEIN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

RUBINSTEIN, ELAN
ADDRESS AVAILABLE UPON REQUEST

RUBINSTEIN, MABEL
ADDRESS AVAILABLE UPON REQUEST

RUBINSTEIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUBIO, ANNA
ADDRESS AVAILABLE UPON REQUEST

RUBIO, CONNIE
ADDRESS AVAILABLE UPON REQUEST

RUBIO, DEVIN
ADDRESS AVAILABLE UPON REQUEST

RUBIO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RUBIO, LEONARDO
ADDRESS AVAILABLE UPON REQUEST

RUBIO, TARYN
ADDRESS AVAILABLE UPON REQUEST

RUBIO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RUBIO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RUBIO-LANDEROS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

RUBIS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

RUBISH, NORA
ADDRESS AVAILABLE UPON REQUEST

RUBLE, MAMIE
ADDRESS AVAILABLE UPON REQUEST

RUBLE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUBLE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RUBLE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

RUBLEE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

RUBNER, BETSY
ADDRESS AVAILABLE UPON REQUEST

RUBOTTOM, JAY
ADDRESS AVAILABLE UPON REQUEST

RUBSTELLO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUBTSOVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

RUBY BANIPAL
ADDRESS AVAILABLE UPON REQUEST

RUBY THOMAS
ADDRESS AVAILABLE UPON REQUEST

RUBY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUBY, JODIE
ADDRESS AVAILABLE UPON REQUEST

RUCCIO, NIKELLE
ADDRESS AVAILABLE UPON REQUEST

RUCH, BETHANY
ADDRESS AVAILABLE UPON REQUEST

RUCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUCHEFSKY, EMMA
ADDRESS AVAILABLE UPON REQUEST

RUCHIKA, FNU
ADDRESS AVAILABLE UPON REQUEST

RUCHLICKI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RUCHLICKI, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

RUCHTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUCINSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUCINSKY, PETER
ADDRESS AVAILABLE UPON REQUEST

RUCINSKY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

RUCK, ERIC
ADDRESS AVAILABLE UPON REQUEST

RUCK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RUCKER, JEAN
ADDRESS AVAILABLE UPON REQUEST

RUCKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUCKER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

RUCKER, KADIE
ADDRESS AVAILABLE UPON REQUEST

RUCKER, KENYAH
ADDRESS AVAILABLE UPON REQUEST

RUCKER, MIKE
ADDRESS AVAILABLE UPON REQUEST

RUCKER, NEGEST
ADDRESS AVAILABLE UPON REQUEST

RUCKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RUCKER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

RUCKER, TALIA
ADDRESS AVAILABLE UPON REQUEST

RUCKER, TODD
ADDRESS AVAILABLE UPON REQUEST

RUCKER-VIEIRA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RUCKMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RUCKS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

RUD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUDA, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RUDA, ERIK
ADDRESS AVAILABLE UPON REQUEST

RUDA, NADIIA
ADDRESS AVAILABLE UPON REQUEST

RUDAR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RUDAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

RUDASILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUDAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUDD, CAIT
ADDRESS AVAILABLE UPON REQUEST

RUDD, CAIT
ADDRESS AVAILABLE UPON REQUEST

RUDD, EMILIE
ADDRESS AVAILABLE UPON REQUEST

RUDD, EMMABELLA
ADDRESS AVAILABLE UPON REQUEST

RUDD, JEN
ADDRESS AVAILABLE UPON REQUEST

RUDD, REANNE
ADDRESS AVAILABLE UPON REQUEST

RUDD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RUDD, SARA
ADDRESS AVAILABLE UPON REQUEST

RUDD, SHARON
ADDRESS AVAILABLE UPON REQUEST

RUDDER, NANCY
ADDRESS AVAILABLE UPON REQUEST

RUDDER, VICKI
ADDRESS AVAILABLE UPON REQUEST

RUDD-GREGORY, MARIE
ADDRESS AVAILABLE UPON REQUEST

RUDDOCK, MARK
ADDRESS AVAILABLE UPON REQUEST

RUDDY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUDDY, BETSY
ADDRESS AVAILABLE UPON REQUEST

RUDDY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RUDDY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RUDDY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RUDE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RUDE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUDE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RUDE, TIM
ADDRESS AVAILABLE UPON REQUEST

RUDEEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUDELIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

RUDENAUER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RUDENICK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RUDENKO, OKSANA
ADDRESS AVAILABLE UPON REQUEST

RUDENKO, OKSANA
ADDRESS AVAILABLE UPON REQUEST

RUDER - MOKRAUER, TOM & NANCIE
ADDRESS AVAILABLE UPON REQUEST

RUDER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RUDER, ELIZA
ADDRESS AVAILABLE UPON REQUEST

RUDIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

RUDINO, MANOAH
ADDRESS AVAILABLE UPON REQUEST

RUDISEL, LISA
ADDRESS AVAILABLE UPON REQUEST

RUDISH, CINDI
ADDRESS AVAILABLE UPON REQUEST

RUDISILL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RUDMAN, ELLIS
ADDRESS AVAILABLE UPON REQUEST

RUDNIANYN, PAM
ADDRESS AVAILABLE UPON REQUEST

RUDNIANYN, TODD
ADDRESS AVAILABLE UPON REQUEST

RUDNICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUDNICKI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RUDOI, STANISLAV
ADDRESS AVAILABLE UPON REQUEST

RUDOLF, JACLYN
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH C MAGNUSON III
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH J GRAY III
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH TOMONORI VALENTA
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, ART
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, BIANCA
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, BROOKS
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, DAVID
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, GABE
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, LEXI
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, LINDA
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, LISA
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, NASHEENA
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

RUDOLPH, SADIE
ADDRESS AVAILABLE UPON REQUEST

RUDOWITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUDY, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

RUDY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUDY, MELODY
ADDRESS AVAILABLE UPON REQUEST

RUDY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUDYM, LANA AND VLAD
ADDRESS AVAILABLE UPON REQUEST

RUDZINSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUDZONIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RUE, RYAN
ADDRESS AVAILABLE UPON REQUEST

RUEBLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

RUEBUSCH, BOB
ADDRESS AVAILABLE UPON REQUEST

ROECKER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

RUEDA, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

RUEDA, ROSCIO
ADDRESS AVAILABLE UPON REQUEST

RUEDA, TERESA
ADDRESS AVAILABLE UPON REQUEST

RUEDLINGER, NICK
ADDRESS AVAILABLE UPON REQUEST

RUEFENACHT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUEFLE, PATTY
ADDRESS AVAILABLE UPON REQUEST

RUEGAMER, MARY
ADDRESS AVAILABLE UPON REQUEST

RUEGGE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RUEGGER, EMMA
ADDRESS AVAILABLE UPON REQUEST

RUEGGER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

RUEHLE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RUEL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RUEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUELAN, KEITH
ADDRESS AVAILABLE UPON REQUEST

RUENES, MARCELA
ADDRESS AVAILABLE UPON REQUEST

RUESCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUESCH, HAILEY
ADDRESS AVAILABLE UPON REQUEST

RUESCH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RUESCH, MEG
ADDRESS AVAILABLE UPON REQUEST

RUESCH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RUESINK, CAROL
ADDRESS AVAILABLE UPON REQUEST

RUESTMAN, TRACY
ADDRESS AVAILABLE UPON REQUEST

RUETH, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUF, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RUFA, ANNE
ADDRESS AVAILABLE UPON REQUEST

RUFARO, NKENGE
ADDRESS AVAILABLE UPON REQUEST

RUFENER, KARA
ADDRESS AVAILABLE UPON REQUEST

RUFF, ANALISA
ADDRESS AVAILABLE UPON REQUEST

RUFF, CAILIN
ADDRESS AVAILABLE UPON REQUEST

RUFF, CARLA
ADDRESS AVAILABLE UPON REQUEST

RUFF, KELLY
ADDRESS AVAILABLE UPON REQUEST

RUFF, KRISTY
ADDRESS AVAILABLE UPON REQUEST

RUFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUFF, MADELYNE
ADDRESS AVAILABLE UPON REQUEST

RUFF, MARY
ADDRESS AVAILABLE UPON REQUEST

RUFF, TARA
ADDRESS AVAILABLE UPON REQUEST

RUFFATTI, DAWN
ADDRESS AVAILABLE UPON REQUEST

RUFFCORN, TYLER
ADDRESS AVAILABLE UPON REQUEST

RUFFIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUFFIN, JYOTI
ADDRESS AVAILABLE UPON REQUEST

RUFFIN, RASHIDA
ADDRESS AVAILABLE UPON REQUEST

RUFFIN, SHANIESE
ADDRESS AVAILABLE UPON REQUEST

RUFFING, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUFFING, JARED
ADDRESS AVAILABLE UPON REQUEST

RUFFKESS, ABBY
ADDRESS AVAILABLE UPON REQUEST

RUFFNER, SEAN
ADDRESS AVAILABLE UPON REQUEST

RUFFRAGE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUFINA HERNANDEZ
ADDRESS AVAILABLE UPON REQUEST

RUFUS JENNINGS
ADDRESS AVAILABLE UPON REQUEST

RUFUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RUGART, PAULINA
ADDRESS AVAILABLE UPON REQUEST

RUGE, KATE
ADDRESS AVAILABLE UPON REQUEST

RUGER, ARLETTY
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, BRUCE
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, ERI
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, JEANINE
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RUGGERI, RENEE
ADDRESS AVAILABLE UPON REQUEST

RUGGIERI, CARTER
ADDRESS AVAILABLE UPON REQUEST

RUGGIERI, DAWN
ADDRESS AVAILABLE UPON REQUEST

RUGGIERI, GINA
ADDRESS AVAILABLE UPON REQUEST

RUGGIERI, MADISON
ADDRESS AVAILABLE UPON REQUEST

RUGGIERI, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, ADAM
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, LISA
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, MARISA
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUGGIERO, TINA
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, KRISTA
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

RUGGLES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RUGLOSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUGOVA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

RUH, SARAH
ADDRESS AVAILABLE UPON REQUEST

RUHALTER, PERNILLE
ADDRESS AVAILABLE UPON REQUEST

RUHBUSCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUHE, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUHLAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

RUHLMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

RUHLMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ROHNKE, KATI
ADDRESS AVAILABLE UPON REQUEST

ROHUMURIZA, SETH
ADDRESS AVAILABLE UPON REQUEST

RUI COUTO
ADDRESS AVAILABLE UPON REQUEST

RUI COUTO
ADDRESS AVAILABLE UPON REQUEST

RUIBAL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

RUIVIVAR, YVONNE
ADDRESS AVAILABLE UPON REQUEST

RUIZ MARTINEZ, SILVIA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ANA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ANABEL
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ANABELA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ANTO
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUIZ, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, DAFNE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, EDWIN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ELDA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ETHAN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

RUIZ, HERMES
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUIZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUIZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, KARINA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, KARLA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

RUIZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, LAYKEN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MABEL
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MAELING
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MALENA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MARIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MARILYN
ADDRESS AVAILABLE UPON REQUEST

RUIZ, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

RUIZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

RUIZ, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, PETER
ADDRESS AVAILABLE UPON REQUEST

RUIZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

RUIZ, SERGIO
ADDRESS AVAILABLE UPON REQUEST

RUIZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

RUIZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

RUIZ, STEFANY
ADDRESS AVAILABLE UPON REQUEST

RUIZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUIZ, THERESA
ADDRESS AVAILABLE UPON REQUEST

RUIZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

RUIZ-ANGEL, MARIELA
ADDRESS AVAILABLE UPON REQUEST

RUKKILA, KIM
ADDRESS AVAILABLE UPON REQUEST

RULE, AMIE
ADDRESS AVAILABLE UPON REQUEST

RULE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RULE, LEXI
ADDRESS AVAILABLE UPON REQUEST

RULE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RULE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RULETTE MAPP
ADDRESS AVAILABLE UPON REQUEST

RULEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RULIS, KYLE
ADDRESS AVAILABLE UPON REQUEST

RULLAN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

RULLAN, MARIO
ADDRESS AVAILABLE UPON REQUEST

RULLI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RULLO, MIRELLA
ADDRESS AVAILABLE UPON REQUEST

RULON, DENINE
ADDRESS AVAILABLE UPON REQUEST

RUM, ELYSE
ADDRESS AVAILABLE UPON REQUEST

RUMA ASHWIN MCCOURT
ADDRESS AVAILABLE UPON REQUEST

RUMAGE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RUMAKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RUMBAITIS, ARVID
ADDRESS AVAILABLE UPON REQUEST

RUMBAUGH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUMBAUGH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RUMBAUGH, INGRID
ADDRESS AVAILABLE UPON REQUEST

RUMBECK, TREVA
ADDRESS AVAILABLE UPON REQUEST

RUMBELOW, HANNAH
ADDRESS AVAILABLE UPON REQUEST

RUMBERGER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RUMBIAK, SERLI
ADDRESS AVAILABLE UPON REQUEST

RUMBLE, DANAH
ADDRESS AVAILABLE UPON REQUEST

RUMBLES, MINDI
ADDRESS AVAILABLE UPON REQUEST

RUMERY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUMFOLO, BRANDY
ADDRESS AVAILABLE UPON REQUEST

RUMINSKI, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

RUMINSKI, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

RUMLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUMMAGE, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUMMEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

RUMMEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

RUMMELL, JUDY
ADDRESS AVAILABLE UPON REQUEST

RUMMELL, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

RUMORO, SHEA
ADDRESS AVAILABLE UPON REQUEST

RUMP, SHAWNIE
ADDRESS AVAILABLE UPON REQUEST

RUMPCA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

RUMPF, JACOB
ADDRESS AVAILABLE UPON REQUEST

RUMPH, SHEKA
ADDRESS AVAILABLE UPON REQUEST

RUMSEY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

RUMSEY, LYNDON
ADDRESS AVAILABLE UPON REQUEST

RUMSEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RUMSKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RUNA, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

RUNCKEL, ALISHA
ADDRESS AVAILABLE UPON REQUEST

RUNDBERG-VILLA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RUNDE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUNDE, KIM
ADDRESS AVAILABLE UPON REQUEST

RUNDE, MISSY
ADDRESS AVAILABLE UPON REQUEST

RUNDELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUNDLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

RUNDLE, KATLYNE
ADDRESS AVAILABLE UPON REQUEST

RUNDLES, MEGEN
ADDRESS AVAILABLE UPON REQUEST

RUNES, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

RUNEVITCH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

RONEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RONGRUANGPHOL, NADDA
ADDRESS AVAILABLE UPON REQUEST

RUNION, MINDY
ADDRESS AVAILABLE UPON REQUEST

RUNION, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

RUNK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUNKEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

RUNNELS, RATONIA
ADDRESS AVAILABLE UPON REQUEST

RUNNELS, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

RUNNELS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

RUNNER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

RUNNING, ELISE
ADDRESS AVAILABLE UPON REQUEST

RUNOLFSDOTTIR, RENEE
ADDRESS AVAILABLE UPON REQUEST

RUNOLFSSON, SAMIR
ADDRESS AVAILABLE UPON REQUEST

RUNQUIST JOSEPH, KARLA
ADDRESS AVAILABLE UPON REQUEST

RUNQUIST, JANE
ADDRESS AVAILABLE UPON REQUEST

RUNQUIST, JAY
ADDRESS AVAILABLE UPON REQUEST

RUNTAS, KAILEY
ADDRESS AVAILABLE UPON REQUEST

RUNTSCH, ANN
ADDRESS AVAILABLE UPON REQUEST

RUNYAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

RUNYAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUNYAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RUNYAN, JERRY
ADDRESS AVAILABLE UPON REQUEST

RUNYAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

RUNYARD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RUNYON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUNYON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

RUNYON, RENATE
ADDRESS AVAILABLE UPON REQUEST

RUNYON, SANDY
ADDRESS AVAILABLE UPON REQUEST

RUO, OLIVER
ADDRESS AVAILABLE UPON REQUEST

RUOCCO, KATE
ADDRESS AVAILABLE UPON REQUEST

ROOKIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ROOPP, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

RUOTOLO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

RUOTOLO, GINA
ADDRESS AVAILABLE UPON REQUEST

RUP, DYLAN
ADDRESS AVAILABLE UPON REQUEST

RUPANI, NATASHA
ADDRESS AVAILABLE UPON REQUEST

RUPARELIA, AJAI
ADDRESS AVAILABLE UPON REQUEST

RUPELLI, DEANNA
ADDRESS AVAILABLE UPON REQUEST

RUPERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

RUPIPER, ANN
ADDRESS AVAILABLE UPON REQUEST

RUPNICK, SADIE
ADDRESS AVAILABLE UPON REQUEST

RUPP, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

RUPP, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUPP, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RUPP, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RUPP, DIANA
ADDRESS AVAILABLE UPON REQUEST

RUPP, ERICHA
ADDRESS AVAILABLE UPON REQUEST

RUPP, JOHN
ADDRESS AVAILABLE UPON REQUEST

RUPPE, CYNDI
ADDRESS AVAILABLE UPON REQUEST

RUPPECK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUPPEL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RUPPENTHAL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RUPPERT, JULIA
ADDRESS AVAILABLE UPON REQUEST

RUPPERT, KASEY
ADDRESS AVAILABLE UPON REQUEST

RUPPERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUPPERT, NICKI
ADDRESS AVAILABLE UPON REQUEST

RUPRECHT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RUPRECHT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RUPSCH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RURANGWA, RAISSA
ADDRESS AVAILABLE UPON REQUEST

ROSAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RUSCH, ALEC
ADDRESS AVAILABLE UPON REQUEST

RUSCH, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RUSCHELL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

RUSCHELL, JENIFER
ADDRESS AVAILABLE UPON REQUEST

RUSCHELL, KYLE
ADDRESS AVAILABLE UPON REQUEST

RUSCHIONI, JANEAN
ADDRESS AVAILABLE UPON REQUEST

RUSCH-MICHENER, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

RUSCIANO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

RUSCITTI, TULLIO
ADDRESS AVAILABLE UPON REQUEST

RUSCITTI, VINNIE
ADDRESS AVAILABLE UPON REQUEST

RUSCITTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUSCKOWSKI, ROBYN
ADDRESS AVAILABLE UPON REQUEST

RUSEK, DAWN
ADDRESS AVAILABLE UPON REQUEST

RUSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RUSH STREET
ADDRESS UNAVAILABLE AT TIME OF FILING

RUSH WINES
2516 COMMERCE SQUARE WEST
WEST IRONDALE BIRMINGHAM, AL  35210

RUSH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RUSH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RUSH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RUSH, ANDREA
ADDRESS AVAILABLE UPON REQUEST

RUSH, BETTY ANN
ADDRESS AVAILABLE UPON REQUEST

RUSH, CEDAR
ADDRESS AVAILABLE UPON REQUEST

RUSH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

RUSH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

RUSH, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUSH, JAMES
ADDRESS AVAILABLE UPON REQUEST

RUSH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUSH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUSH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RUSH, KYLE
ADDRESS AVAILABLE UPON REQUEST

RUSH, KYNNDRA
ADDRESS AVAILABLE UPON REQUEST

RUSH, LIZA
ADDRESS AVAILABLE UPON REQUEST

RUSH, MCKINLEY
ADDRESS AVAILABLE UPON REQUEST

RUSH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUSH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

RUSH, MISTY
ADDRESS AVAILABLE UPON REQUEST

RUSH, NANCY
ADDRESS AVAILABLE UPON REQUEST

RUSH, SHARITA
ADDRESS AVAILABLE UPON REQUEST

RUSH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

RUSH, WINTER ROSE
ADDRESS AVAILABLE UPON REQUEST

RUSH-DE ANDA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RUSHEFSKI, RENEE
ADDRESS AVAILABLE UPON REQUEST

RUSHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUSHIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RUSHING, DILLON
ADDRESS AVAILABLE UPON REQUEST

RUSHING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUSHING, ERIN
ADDRESS AVAILABLE UPON REQUEST

RUSHING, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

RUSHING, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

RUSHING, OSULA
ADDRESS AVAILABLE UPON REQUEST

RUSHMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

RUSHNOCK, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

RUSHTON, DAX
ADDRESS AVAILABLE UPON REQUEST

RUSHTON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

RUSIAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RUSIGNUOLO, MARYANN
ADDRESS AVAILABLE UPON REQUEST

RUSIN, KARA
ADDRESS AVAILABLE UPON REQUEST

RUSINCOVITCH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

RUSKA, JD
ADDRESS AVAILABLE UPON REQUEST

RUSKAY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RUSKIN, AMY
ADDRESS AVAILABLE UPON REQUEST

RUSKIN, DINA
ADDRESS AVAILABLE UPON REQUEST

RUSMISELL, JOY
ADDRESS AVAILABLE UPON REQUEST

RUSNACK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RUSNAK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RUSNELL, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

RUSS, ABEL
ADDRESS AVAILABLE UPON REQUEST

RUSS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RUSS, ANNE
ADDRESS AVAILABLE UPON REQUEST

RUSS, BELINDA
ADDRESS AVAILABLE UPON REQUEST

RUSS, CAROL
ADDRESS AVAILABLE UPON REQUEST

RUSS, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

RUSS, NAPOLEON
ADDRESS AVAILABLE UPON REQUEST

RUSS, SARAH
ADDRESS AVAILABLE UPON REQUEST

RUSSAKOW, JAIME
ADDRESS AVAILABLE UPON REQUEST

RUSSCO
ADDRESS UNAVAILABLE AT TIME OF FILING

RUSSEL LEE MANN III
ADDRESS AVAILABLE UPON REQUEST

RUSSEL SAFRAN
ADDRESS AVAILABLE UPON REQUEST

RUSSEL, KAMMIE
ADDRESS AVAILABLE UPON REQUEST

RUSSEL, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL ALLEN PARR
ADDRESS AVAILABLE UPON REQUEST

RUSSELL BROWN, TAMAR
ADDRESS AVAILABLE UPON REQUEST

RUSSELL GRAF
ADDRESS AVAILABLE UPON REQUEST

RUSSELL J GRAF
ADDRESS AVAILABLE UPON REQUEST

RUSSELL JOHN FLOYD
ADDRESS AVAILABLE UPON REQUEST

RUSSELL JOHN GOLISH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL K OKU
ADDRESS AVAILABLE UPON REQUEST

RUSSELL S COCHRAN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL ZAGER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, AMY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, AMY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ANTOINE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ARYCK
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BARRY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BELINDA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BEN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BRANDI
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BREE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CARLEY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CHERI
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CHLOE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CONEE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CONEE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, CORDELIA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, DAWN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, DESSARAE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, E. ANNIE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ELSBETH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ERICKA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, HALEY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, IDA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JAIME
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JAIMI
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JEANNETTA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNI
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JETTA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KEANNETTE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KIM
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LANH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LISA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LORNA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LYN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, LYNN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MACKENSIE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MARSHA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MARTHA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MARY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MELLISA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, PAT
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, PERIAN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, RUTH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, SHEILA
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, T.G.
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, TYLER
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, VILARDI
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, WENDY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, WYATT
ADDRESS AVAILABLE UPON REQUEST

RUSSELL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

RUSSELL-BENOIT, ETHAN
ADDRESS AVAILABLE UPON REQUEST

RUSSETT, MARK
ADDRESS AVAILABLE UPON REQUEST

RUSSETTE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

RUSSI - FRANK MARESCA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

RUSSIAN RIVER BREWING
ADDRESS UNAVAILABLE AT TIME OF FILING

RUSSIN, DORIS
ADDRESS AVAILABLE UPON REQUEST

RUSSIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ALEXA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ALPHONSE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ALYSON
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ANGEL
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ANNA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ART
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ATHENA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, BMR36CAM.AC.UK
ADDRESS AVAILABLE UPON REQUEST

RUSSO, CARMELA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

RUSSO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, DANA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, EVAN
ADDRESS AVAILABLE UPON REQUEST

RUSSO, GEENA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, GRACE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

RUSSO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, KAREN
ADDRESS AVAILABLE UPON REQUEST

RUSSO, LEAH
ADDRESS AVAILABLE UPON REQUEST

RUSSO, LISA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, LUCIANO
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MARGOT
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MARIA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MICHAEL AND SUSAN
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUSSO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUSSO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, NINA
ADDRESS AVAILABLE UPON REQUEST

RUSSO, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

RUSSO, SARAH
ADDRESS AVAILABLE UPON REQUEST

RUSSO, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

RUSSO-ALESI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RUSSO-AMARAL, MARIA
ADDRESS AVAILABLE UPON REQUEST

RUSSONIELLO, ERIC
ADDRESS AVAILABLE UPON REQUEST

RUSSO-PITSTICK, CARMELA
ADDRESS AVAILABLE UPON REQUEST

RUSS-STEPANCIC, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

RUST, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RUST, DENISE
ADDRESS AVAILABLE UPON REQUEST

RUST, ELAINE
ADDRESS AVAILABLE UPON REQUEST

RUST, GAIL
ADDRESS AVAILABLE UPON REQUEST

RUST, JAMEE
ADDRESS AVAILABLE UPON REQUEST

RUST, JULIE
ADDRESS AVAILABLE UPON REQUEST

RUST, KERSTIN
ADDRESS AVAILABLE UPON REQUEST

RUST, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RUST, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RUST, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RUSTAD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

RUSTAD, LYNNE
ADDRESS AVAILABLE UPON REQUEST

RUSTAM, RHONDA
ADDRESS AVAILABLE UPON REQUEST

RUSTIC INN
ADDRESS UNAVAILABLE AT TIME OF FILING

RUSTIGAN, JACCI
ADDRESS AVAILABLE UPON REQUEST

RUSTIN JOHN PARTOW
ADDRESS AVAILABLE UPON REQUEST

RUSTIN, BRIN
ADDRESS AVAILABLE UPON REQUEST

RUSTUM, AHREEA
ADDRESS AVAILABLE UPON REQUEST

RUSZ, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

RUSZEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

RUT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RUTAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

RUTAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

RUTECKI, JARED
ADDRESS AVAILABLE UPON REQUEST

RUTENBAR, ANNA
ADDRESS AVAILABLE UPON REQUEST

RUTH LARGAESPADA
ADDRESS AVAILABLE UPON REQUEST

RUTH MCGUIRE
ADDRESS AVAILABLE UPON REQUEST

RUTH, CAROL
ADDRESS AVAILABLE UPON REQUEST

RUTH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

RUTH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

RUTH, ERICA
ADDRESS AVAILABLE UPON REQUEST

RUTH, JERRY
ADDRESS AVAILABLE UPON REQUEST

RUTH, KIRK
ADDRESS AVAILABLE UPON REQUEST

RUTH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUTH, LUCAS
ADDRESS AVAILABLE UPON REQUEST

RUTH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RUTH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

RUTH, PEGGY
ADDRESS AVAILABLE UPON REQUEST

RUTH, TORI
ADDRESS AVAILABLE UPON REQUEST

RUTH, TRISH
ADDRESS AVAILABLE UPON REQUEST

RUTHARDT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

RUTHART, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RUTHENBERG, ALVIN
ADDRESS AVAILABLE UPON REQUEST

RUTHER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, ANN
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, ARIANA
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, DAILYNN
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, GYIMIL
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, KELLY
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, LIZ
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, MATT
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RUTHERFORD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

RUTHIE JOYNER
ADDRESS AVAILABLE UPON REQUEST

ROTHMAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

RUTIGLIANO, JIM
ADDRESS AVAILABLE UPON REQUEST

RUTKOFSKE, LONNIE
ADDRESS AVAILABLE UPON REQUEST

RUTKOWSKI, JOANNE
ADDRESS AVAILABLE UPON REQUEST

RUTLAND, HARLEE
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, ESTHER
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, LAURA
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, ROB
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, SKYE
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

RUTLEDGE, TIA
ADDRESS AVAILABLE UPON REQUEST

RUTLEY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

RUTSCHMAN, ECHELLE
ADDRESS AVAILABLE UPON REQUEST

RUTSCHMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

RUTT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

RUTT, NEVIN
ADDRESS AVAILABLE UPON REQUEST

RUTTA, TANYA
ADDRESS AVAILABLE UPON REQUEST

RUTTE, RUTH
ADDRESS AVAILABLE UPON REQUEST

RUTTEN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

RUTTER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RUTTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RUTTER, JAYME
ADDRESS AVAILABLE UPON REQUEST

RUTTER, MADDY
ADDRESS AVAILABLE UPON REQUEST

RUTTI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

RUTTLE, ROBIN
ADDRESS AVAILABLE UPON REQUEST

RUTTS CATERING
ADDRESS UNAVAILABLE AT TIME OF FILING

RUTZ, LEAH
ADDRESS AVAILABLE UPON REQUEST

RUTZLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RUVALCABA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUVALCABA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

RUVALCABA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

RUVALCABA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

RUVALCABA, OSCAR
ADDRESS AVAILABLE UPON REQUEST

RUVO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RUVOLO, TRACEY
ADDRESS AVAILABLE UPON REQUEST

RUX, LEXY
ADDRESS AVAILABLE UPON REQUEST

RUYACK, LANA
ADDRESS AVAILABLE UPON REQUEST

RUYLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RUYS, GAIL
ADDRESS AVAILABLE UPON REQUEST

RUZANNA AVAKYAN
ADDRESS AVAILABLE UPON REQUEST

RUZEK, MARIE
ADDRESS AVAILABLE UPON REQUEST

RUZIC, LONNIE
ADDRESS AVAILABLE UPON REQUEST

RUZIC, RONALD
ADDRESS AVAILABLE UPON REQUEST

RUZICKA, CHUCK
ADDRESS AVAILABLE UPON REQUEST

RUZIECKI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

RWARAMBA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RWI LOGISTICS LLC
8 PLUM STREET
WILDER, KY  41076

RWI LOGISTICS LLC
P.O. BOX 638717
CINCINNATI, OH  45263

RYAL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

RYALS, ARLINDA
ADDRESS AVAILABLE UPON REQUEST

RYALS, KARINA
ADDRESS AVAILABLE UPON REQUEST

RYAN A JONES
ADDRESS AVAILABLE UPON REQUEST

RYAN ALAN NOLAN
ADDRESS AVAILABLE UPON REQUEST

RYAN BROWN
ADDRESS AVAILABLE UPON REQUEST

RYAN CASAO
ADDRESS AVAILABLE UPON REQUEST

RYAN CHRISTOPHER HEITZ
ADDRESS AVAILABLE UPON REQUEST

RYAN CROW
ADDRESS AVAILABLE UPON REQUEST

RYAN D HOLT
ADDRESS AVAILABLE UPON REQUEST

RYAN DALEY
ADDRESS AVAILABLE UPON REQUEST

RYAN DAVID WILSON
ADDRESS AVAILABLE UPON REQUEST

RYAN DOLOR GARAYGAY
ADDRESS AVAILABLE UPON REQUEST

RYAN FRANZER
ADDRESS AVAILABLE UPON REQUEST

RYAN HANSON
ADDRESS AVAILABLE UPON REQUEST

RYAN HEGER
ADDRESS AVAILABLE UPON REQUEST

RYAN HENRY
ADDRESS AVAILABLE UPON REQUEST

RYAN HOPPE
ADDRESS AVAILABLE UPON REQUEST

RYAN JONES
ADDRESS AVAILABLE UPON REQUEST

RYAN KYLE MCCRIMMON
ADDRESS AVAILABLE UPON REQUEST

RYAN LAPERLE
ADDRESS AVAILABLE UPON REQUEST

RYAN LEY
ADDRESS AVAILABLE UPON REQUEST

RYAN LOCKE
ADDRESS AVAILABLE UPON REQUEST

RYAN LYK
ADDRESS AVAILABLE UPON REQUEST

RYAN LYNCH, BAILEY
ADDRESS AVAILABLE UPON REQUEST

RYAN LYTLE
ADDRESS AVAILABLE UPON REQUEST

RYAN MACGAVIN
ADDRESS AVAILABLE UPON REQUEST

RYAN MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

RYAN MCGURL
ADDRESS AVAILABLE UPON REQUEST

RYAN MCKINSTRIE
ADDRESS AVAILABLE UPON REQUEST

RYAN MICHAEL COHEN
ADDRESS AVAILABLE UPON REQUEST

RYAN MURRAY MCIVOR
ADDRESS AVAILABLE UPON REQUEST

RYAN OVERHISER
ADDRESS AVAILABLE UPON REQUEST

RYAN PATRICK MURPHY
ADDRESS AVAILABLE UPON REQUEST

RYAN REUSCH
ADDRESS AVAILABLE UPON REQUEST

RYAN RIKIO UYEHARA
ADDRESS AVAILABLE UPON REQUEST

RYAN SHEFFIELD
ADDRESS AVAILABLE UPON REQUEST

RYAN SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

RYAN SMITH
ADDRESS AVAILABLE UPON REQUEST

RYAN SONNTAG
ADDRESS AVAILABLE UPON REQUEST

RYAN VALLELUNGA
ADDRESS AVAILABLE UPON REQUEST

RYAN VANCE BRINKERHOFF
ADDRESS AVAILABLE UPON REQUEST

RYAN VET
ADDRESS AVAILABLE UPON REQUEST

RYAN W GIERTZ
ADDRESS AVAILABLE UPON REQUEST

RYAN WAYNE WINTERS
ADDRESS AVAILABLE UPON REQUEST

RYAN WELLER
ADDRESS AVAILABLE UPON REQUEST

RYAN WHITE
ADDRESS AVAILABLE UPON REQUEST

RYAN YUKIO NAKAIMA
ADDRESS AVAILABLE UPON REQUEST

RYAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, AIDAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

RYAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

RYAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RYAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

RYAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

RYAN, AMY
ADDRESS AVAILABLE UPON REQUEST

RYAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

RYAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, AVERY
ADDRESS AVAILABLE UPON REQUEST

RYAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

RYAN, BETSY
ADDRESS AVAILABLE UPON REQUEST

RYAN, BETTY
ADDRESS AVAILABLE UPON REQUEST

RYAN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

RYAN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

RYAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

RYAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

RYAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

RYAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RYAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RYAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

RYAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

RYAN, CONOR
ADDRESS AVAILABLE UPON REQUEST

RYAN, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

RYAN, COTY
ADDRESS AVAILABLE UPON REQUEST

RYAN, DANA
ADDRESS AVAILABLE UPON REQUEST

RYAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

RYAN, DANNY
ADDRESS AVAILABLE UPON REQUEST

RYAN, DEB
ADDRESS AVAILABLE UPON REQUEST

RYAN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RYAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RYAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RYAN, EMMA
ADDRESS AVAILABLE UPON REQUEST

RYAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

RYAN, FALLON
ADDRESS AVAILABLE UPON REQUEST

RYAN, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

RYAN, GEORGE
ADDRESS AVAILABLE UPON REQUEST

RYAN, GERILYN
ADDRESS AVAILABLE UPON REQUEST

RYAN, GLEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, GRADY
ADDRESS AVAILABLE UPON REQUEST

RYAN, HALLIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, JACK
ADDRESS AVAILABLE UPON REQUEST

RYAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, JACOB
ADDRESS AVAILABLE UPON REQUEST

RYAN, JAIME
ADDRESS AVAILABLE UPON REQUEST

RYAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RYAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RYAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RYAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RYAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

RYAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

RYAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

RYAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KARI
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATHREEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

RYAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, KIM
ADDRESS AVAILABLE UPON REQUEST

RYAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

RYAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

RYAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

RYAN, LEWIS
ADDRESS AVAILABLE UPON REQUEST

RYAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RYAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

RYAN, LISA
ADDRESS AVAILABLE UPON REQUEST

RYAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

RYAN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

RYAN, MARY
ADDRESS AVAILABLE UPON REQUEST

RYAN, MARYKAY
ADDRESS AVAILABLE UPON REQUEST

RYAN, MATT
ADDRESS AVAILABLE UPON REQUEST

RYAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

RYAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

RYAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

RYAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

RYAN, NAT
ADDRESS AVAILABLE UPON REQUEST

RYAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

RYAN, NICOLA
ADDRESS AVAILABLE UPON REQUEST

RYAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

RYAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RYAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

RYAN, PAULINE
ADDRESS AVAILABLE UPON REQUEST

RYAN, PEYTON
ADDRESS AVAILABLE UPON REQUEST

RYAN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

RYAN, RACQUEL
ADDRESS AVAILABLE UPON REQUEST

RYAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

RYAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RYAN, RONAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, ROSEANNA
ADDRESS AVAILABLE UPON REQUEST

RYAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

RYAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

RYAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

RYAN, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

RYAN, SOCORRO
ADDRESS AVAILABLE UPON REQUEST

RYAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

RYAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

RYAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

RYAN, TEONNA
ADDRESS AVAILABLE UPON REQUEST

RYAN, TIM
ADDRESS AVAILABLE UPON REQUEST

RYAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

RYAN, TRACEY
ADDRESS AVAILABLE UPON REQUEST

RYAN, TRACI
ADDRESS AVAILABLE UPON REQUEST

RYAN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

RYAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

RYAN-DURSO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

RYAN-HART, KERIN
ADDRESS AVAILABLE UPON REQUEST

RYAN-MOSLEY, TATE
ADDRESS AVAILABLE UPON REQUEST

RYANN HENDRICKSON
ADDRESS AVAILABLE UPON REQUEST

RYBA, CODY
ADDRESS AVAILABLE UPON REQUEST

RYBACKI, LEANNA
ADDRESS AVAILABLE UPON REQUEST

RYBAKOVA, MARIA
ADDRESS AVAILABLE UPON REQUEST

RYBALKO, IVAN
ADDRESS AVAILABLE UPON REQUEST

RYBCZYNSKI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

RYBECK, SHOSHANA
ADDRESS AVAILABLE UPON REQUEST

RYBERG, AUDREY
ADDRESS AVAILABLE UPON REQUEST

RYBERG, ROBEN
ADDRESS AVAILABLE UPON REQUEST

RYBICKI, JANICE
ADDRESS AVAILABLE UPON REQUEST

RYBICKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

RYCHCIK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

RYCHELE CARPENTER
ADDRESS AVAILABLE UPON REQUEST

RYCHLEWSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

RYCHLICKI, MATT
ADDRESS AVAILABLE UPON REQUEST

RYCROFT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RYCROFT, ROXANN
ADDRESS AVAILABLE UPON REQUEST

RYCZEK, BILL
ADDRESS AVAILABLE UPON REQUEST

RYCZEK, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

RYDALCH, KOURTNI
ADDRESS AVAILABLE UPON REQUEST

RYDAROWSKI, DEBRA
ADDRESS AVAILABLE UPON REQUEST

RYDEEN, JAMES & JUDY
ADDRESS AVAILABLE UPON REQUEST

RYDEEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

RYDEEN, MATT
ADDRESS AVAILABLE UPON REQUEST

RYDER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RYDER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

RYDER, DONNA
ADDRESS AVAILABLE UPON REQUEST

RYDER, JAMES
ADDRESS AVAILABLE UPON REQUEST

RYDER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

RYDER, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

RYDER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

RYDZA, DENISE
ADDRESS AVAILABLE UPON REQUEST

RYDZEWSKI, ZOE
ADDRESS AVAILABLE UPON REQUEST

RYE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

RYE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RYE, PAYTON
ADDRESS AVAILABLE UPON REQUEST

RYERSON, ANDEE
ADDRESS AVAILABLE UPON REQUEST

RYERSON, FAUNA
ADDRESS AVAILABLE UPON REQUEST

RYERSON-PEAKE, DIANE
ADDRESS AVAILABLE UPON REQUEST

RYF, LIANA
ADDRESS AVAILABLE UPON REQUEST

RYGER-WASSERMAN, CARLIN
ADDRESS AVAILABLE UPON REQUEST

RYKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

RYKER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

RYLA SIMMONS
ADDRESS AVAILABLE UPON REQUEST

RYLANCE, KATY
ADDRESS AVAILABLE UPON REQUEST

RYLANDER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

RYLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

RYLE, RHONDA
ADDRESS AVAILABLE UPON REQUEST

RYLL, MATT
ADDRESS AVAILABLE UPON REQUEST

RYLOV, GERMAN
ADDRESS AVAILABLE UPON REQUEST

RYMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

RYME & VERSE
PO BOX 80
HEALDSBURG, CA 95448

RYME
PO BOX 11106
OAKLAND, CA 94611

RYMER, KRIS
ADDRESS AVAILABLE UPON REQUEST

RYMUT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

RYNCARZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

RYND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

RYND, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

RYNDERS, NANCY
ADDRESS AVAILABLE UPON REQUEST

RYNKIEWICZ 317, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RYNKIEWICZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

RYON, JENNIE
ADDRESS AVAILABLE UPON REQUEST

RYOU, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RYPIEN, MARIE
ADDRESS AVAILABLE UPON REQUEST

RYPKA, DANI
ADDRESS AVAILABLE UPON REQUEST

RYS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

RYSER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

RYSKIN, ALLA
ADDRESS AVAILABLE UPON REQUEST

RYSS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

RYT, MARK
ADDRESS AVAILABLE UPON REQUEST

RYTHER, TALIA
ADDRESS AVAILABLE UPON REQUEST

RYU, HONG
ADDRESS AVAILABLE UPON REQUEST

RYUN, CANDICE
ADDRESS AVAILABLE UPON REQUEST

RZEMPOLUCH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

RZENTKOWSKI, APRIL
ADDRESS AVAILABLE UPON REQUEST

RZESZUTKO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

RZEZNIK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

RZUCIDLO, MARY
ADDRESS AVAILABLE UPON REQUEST

RZYSKA-FILIPEK, LEILA
ADDRESS AVAILABLE UPON REQUEST

S ATHREYA, JAYADEV
ADDRESS AVAILABLE UPON REQUEST

S COLLINS, MARCIA
ADDRESS AVAILABLE UPON REQUEST

S ERKSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

S F COUNTY CLERK
ADDRESS UNAVAILABLE AT TIME OF FILING

S JAPPINEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

S JOHNSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

S KIMN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

S LINKOW, ALEX
ADDRESS AVAILABLE UPON REQUEST

S MCNEELY, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

S RODRIGUEZ, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

S, A
ADDRESS AVAILABLE UPON REQUEST

S, ABHISHEK
ADDRESS AVAILABLE UPON REQUEST

S, AMANDA
ADDRESS AVAILABLE UPON REQUEST

S, AYE
ADDRESS AVAILABLE UPON REQUEST

S, BRANDON
ADDRESS AVAILABLE UPON REQUEST

S, CHRIS
ADDRESS AVAILABLE UPON REQUEST

S, FRANCHECA
ADDRESS AVAILABLE UPON REQUEST

S, HAN
ADDRESS AVAILABLE UPON REQUEST

S, JANIS
ADDRESS AVAILABLE UPON REQUEST

S, JENNIE
ADDRESS AVAILABLE UPON REQUEST

S, JEREMY
ADDRESS AVAILABLE UPON REQUEST

S, JESSICA
ADDRESS AVAILABLE UPON REQUEST

S, KATIE
ADDRESS AVAILABLE UPON REQUEST

S, KAYE
ADDRESS AVAILABLE UPON REQUEST

S, L
ADDRESS AVAILABLE UPON REQUEST

S, LEAH
ADDRESS AVAILABLE UPON REQUEST

S, LYUBOV
ADDRESS AVAILABLE UPON REQUEST

S, RYAN
ADDRESS AVAILABLE UPON REQUEST

S, TINA
ADDRESS AVAILABLE UPON REQUEST

S, UMMER
ADDRESS AVAILABLE UPON REQUEST

S, VI
ADDRESS AVAILABLE UPON REQUEST

S., CHRIS
ADDRESS AVAILABLE UPON REQUEST

S., GENE
ADDRESS AVAILABLE UPON REQUEST

S., KAREN
ADDRESS AVAILABLE UPON REQUEST

S., RUTU
ADDRESS AVAILABLE UPON REQUEST

S.A. OF WINES & BOUTIQUE INC.
SUNNY ACRES, CASTRIES
P.O. BOX CP5430
ST. LUCIA

S.A.S. HELICHROM
71, ROUTE DES VIGNOBLES
CRECHES SUR SAONE  71680
FRANCE

S.S. SKIKOS, INC.
1289 SEBASTOPOL RD.
SANTA ROSA, CA  95407

SA, MISO
ADDRESS AVAILABLE UPON REQUEST

SAAD, DIMIANA
ADDRESS AVAILABLE UPON REQUEST

SAAD, MEHTAJ
ADDRESS AVAILABLE UPON REQUEST

SAAD, NASTASSYA
ADDRESS AVAILABLE UPON REQUEST

SAADATI, NAZANIN
ADDRESS AVAILABLE UPON REQUEST

SAAFIR, HANAN
ADDRESS AVAILABLE UPON REQUEST

SAAKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

SAAKUAN, AGARON
ADDRESS AVAILABLE UPON REQUEST

SAALMANN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SAALMULLER, KIM
ADDRESS AVAILABLE UPON REQUEST

SAAM, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SAAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAANA INGRAM
ADDRESS AVAILABLE UPON REQUEST

SAAR, ANITA
ADDRESS AVAILABLE UPON REQUEST

SAARELA, KJERSTIN
ADDRESS AVAILABLE UPON REQUEST

SAARI, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

SAAS, ALEX
ADDRESS AVAILABLE UPON REQUEST

SAAT FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

SAATZER, RIC
ADDRESS AVAILABLE UPON REQUEST

SAAV APPLIANCE INSTALLERS
SAUL QUINTERO SAMANO
14628 POLK STREET
SYLMAR, CA  91342

SAAVEDRA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SAAVEDRA, JOSE
ADDRESS AVAILABLE UPON REQUEST

SAAVEDRA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SAAVEDRA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SAAVEDRA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

SABA, ALIX
ADDRESS AVAILABLE UPON REQUEST

SABA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SABA, DANNY
ADDRESS AVAILABLE UPON REQUEST

SABA, JAVIER
ADDRESS AVAILABLE UPON REQUEST

SABANDAL, JOHN
ADDRESS AVAILABLE UPON REQUEST

SABARI, KADEEM
ADDRESS AVAILABLE UPON REQUEST

SABAT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SABATAITIS, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

SABATE, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

SABATE, MARIEA
ADDRESS AVAILABLE UPON REQUEST

SABATELLA PITKO, LINDA
ADDRESS AVAILABLE UPON REQUEST

SABATELLO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SABATELLO, RAYNE
ADDRESS AVAILABLE UPON REQUEST

SABATES, MONICA
ADDRESS AVAILABLE UPON REQUEST

SABATINI, JENNA
ADDRESS AVAILABLE UPON REQUEST

SABATINI, JENNA
ADDRESS AVAILABLE UPON REQUEST

SABATINO, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SABATINO, DOVIANA
ADDRESS AVAILABLE UPON REQUEST

SABATINO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SABATOS, KATIE
ADDRESS AVAILABLE UPON REQUEST

SABATTINI, JULIE
ADDRESS AVAILABLE UPON REQUEST

SABEAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SABEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

SABELKO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SABELLI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SABER ASKARI
ADDRESS AVAILABLE UPON REQUEST

SABERS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SABESKY, GARRETT
ADDRESS AVAILABLE UPON REQUEST

SABHERWAL, JUSLEEN
ADDRESS AVAILABLE UPON REQUEST

SABIA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SABILIA, CINDY
ADDRESS AVAILABLE UPON REQUEST

SABIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SABIN, JAY
ADDRESS AVAILABLE UPON REQUEST

SABIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SABINA TAJIBAEV
ADDRESS AVAILABLE UPON REQUEST

SABINE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SABINI, JOHN
ADDRESS AVAILABLE UPON REQUEST

SABINO, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

SABIR, SIMON
ADDRESS AVAILABLE UPON REQUEST

SABLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SABLICH, ANNE
ADDRESS AVAILABLE UPON REQUEST

SABLON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SABNANI, MANISHA
ADDRESS AVAILABLE UPON REQUEST

SABNIS, RUJUTA
ADDRESS AVAILABLE UPON REQUEST

SABNIS, SHOBHAN
ADDRESS AVAILABLE UPON REQUEST

SABO, ANNA
ADDRESS AVAILABLE UPON REQUEST

SABO, CHEVI
ADDRESS AVAILABLE UPON REQUEST

SABO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SABO, JANA
ADDRESS AVAILABLE UPON REQUEST

SABO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SABO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SABO, KATIE
ADDRESS AVAILABLE UPON REQUEST

SABOE, TOM
ADDRESS AVAILABLE UPON REQUEST

SABOGAL, MAURICIO
ADDRESS AVAILABLE UPON REQUEST

SABOL, ALYCIA ANNE
ADDRESS AVAILABLE UPON REQUEST

SABOL, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

SABOL, AMY
ADDRESS AVAILABLE UPON REQUEST

SABOL, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SABOL, LEE
ADDRESS AVAILABLE UPON REQUEST

SABOT, ALEX
ADDRESS AVAILABLE UPON REQUEST

SABOTKA, RITA
ADDRESS AVAILABLE UPON REQUEST

SABRA FISH GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

SABRAM, TOM
ADDRESS AVAILABLE UPON REQUEST

SABRINA GREGORY TURNER
ADDRESS AVAILABLE UPON REQUEST

SABROWSKI, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SABROWSKI, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SABRY, KADY
ADDRESS AVAILABLE UPON REQUEST

SACAWA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SACCENTE, VINCENT
ADDRESS AVAILABLE UPON REQUEST

SACCHETTI, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SACCHI, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SACCO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SACCO, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SACCO, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

SACCO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SACCO, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SACCOCCIO, SALVATORE
ADDRESS AVAILABLE UPON REQUEST

SACH, BRIE
ADDRESS AVAILABLE UPON REQUEST

SACHAN, YAMINI
ADDRESS AVAILABLE UPON REQUEST

SACHDEV, SACHIT
ADDRESS AVAILABLE UPON REQUEST

SACHDEVA, MINAL
ADDRESS AVAILABLE UPON REQUEST

SACHET, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SACHETI, ROHIT
ADDRESS AVAILABLE UPON REQUEST

SACHIN NATARAJ
ADDRESS AVAILABLE UPON REQUEST

SACHLEBEN, PIA
ADDRESS AVAILABLE UPON REQUEST

SACHS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SACHS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SACHS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SACHS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SACHS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SACHS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SACHS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SACHS, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SACHSE, ERICA
ADDRESS AVAILABLE UPON REQUEST

SACHSE, KATE
ADDRESS AVAILABLE UPON REQUEST

SACHTLEBEN, KELCEE
ADDRESS AVAILABLE UPON REQUEST

SACIKARA, EGE
ADDRESS AVAILABLE UPON REQUEST

SACK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SACK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SACK, LEEANN
ADDRESS AVAILABLE UPON REQUEST

SACK, LUCI
ADDRESS AVAILABLE UPON REQUEST

SACK, RYAN
ADDRESS AVAILABLE UPON REQUEST

SACKETT, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SACKETT, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SACKPASEUTH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SACKS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SACKS, DYANN
ADDRESS AVAILABLE UPON REQUEST

SACKS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SACKS, JOHN OR VALERIE
ADDRESS AVAILABLE UPON REQUEST

SACRISTE, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

SACULLA, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

SADAK, JOHN
ADDRESS AVAILABLE UPON REQUEST

SADANG, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SADDIK, YVETTE
ADDRESS AVAILABLE UPON REQUEST

SADDLER, AFRICA
ADDRESS AVAILABLE UPON REQUEST

SADDLER, AMY
ADDRESS AVAILABLE UPON REQUEST

SADDLER-SUREL, JANET
ADDRESS AVAILABLE UPON REQUEST

SADEGHI, SETARE
ADDRESS AVAILABLE UPON REQUEST

SADEK, ENGY
ADDRESS AVAILABLE UPON REQUEST

SADEK, MANNY
ADDRESS AVAILABLE UPON REQUEST

SADETSKY, DANNA
ADDRESS AVAILABLE UPON REQUEST

SADIE ANN HOOKER
ADDRESS AVAILABLE UPON REQUEST

SADIK, DREW
ADDRESS AVAILABLE UPON REQUEST

SADIK, HIRADEAN
ADDRESS AVAILABLE UPON REQUEST

SADIQ, NAIMA
ADDRESS AVAILABLE UPON REQUEST

SADLEK, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SADLER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SADLER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SADLER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SADLER, ERICA
ADDRESS AVAILABLE UPON REQUEST

SADLER, KAT
ADDRESS AVAILABLE UPON REQUEST

SADLER, KELLI
ADDRESS AVAILABLE UPON REQUEST

SADLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SADLER, KERRIE
ADDRESS AVAILABLE UPON REQUEST

SADLER, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

SADLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SADLER, STACEY
ADDRESS AVAILABLE UPON REQUEST

SADLER, TERRI
ADDRESS AVAILABLE UPON REQUEST

SADLER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SADLOWSKI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SADOCK, AARON
ADDRESS AVAILABLE UPON REQUEST

SADOVA, ANYA
ADDRESS AVAILABLE UPON REQUEST

SADOVSKY, NETTA
ADDRESS AVAILABLE UPON REQUEST

SADOWL, REILLY
ADDRESS AVAILABLE UPON REQUEST

SADOWSKI, ADAM
ADDRESS AVAILABLE UPON REQUEST

SADOWSKI, ALISON
ADDRESS AVAILABLE UPON REQUEST

SADOWSKI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SADOWSKY, KARLIE
ADDRESS AVAILABLE UPON REQUEST

SADRI, AMIR
ADDRESS AVAILABLE UPON REQUEST

SAEED, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SAEEDI, LENA
ADDRESS AVAILABLE UPON REQUEST

SAEKS, RANDY
ADDRESS AVAILABLE UPON REQUEST

SAELENS, AUBREY
ADDRESS AVAILABLE UPON REQUEST

SAELI, AMBER
ADDRESS AVAILABLE UPON REQUEST

SAENGER, CARL
ADDRESS AVAILABLE UPON REQUEST

SAENZ, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

SAENZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SAENZ, DANI
ADDRESS AVAILABLE UPON REQUEST

SAENZ, JAN
ADDRESS AVAILABLE UPON REQUEST

SAENZ, JOHANA
ADDRESS AVAILABLE UPON REQUEST

SAENZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SAENZ, SAM
ADDRESS AVAILABLE UPON REQUEST

SAENZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SAEZ, SAINA
ADDRESS AVAILABLE UPON REQUEST

SAFA, JULIE
ADDRESS AVAILABLE UPON REQUEST

SAFADI, AMANIE
ADDRESS AVAILABLE UPON REQUEST

SAFANE, NINA
ADDRESS AVAILABLE UPON REQUEST

SAFARI, STEPHIE
ADDRESS AVAILABLE UPON REQUEST

SAFER, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SAFEWAY STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

SAFEWAY
ADDRESS UNAVAILABLE AT TIME OF FILING

SAFFAR, FARINOUSH
ADDRESS AVAILABLE UPON REQUEST

SAFFEL, JOYCE
ADDRESS AVAILABLE UPON REQUEST

SAFFELLE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SAFFER, CHUCK
ADDRESS AVAILABLE UPON REQUEST

SAFFERT, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

SAFFERT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SAFFIRE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SAFFLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SAFFORD, AVERY
ADDRESS AVAILABLE UPON REQUEST

SAFFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAFFORD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SAFFRON, HENRIETTE
ADDRESS AVAILABLE UPON REQUEST

SAFIANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAFIEDDINE, AMIRAH
ADDRESS AVAILABLE UPON REQUEST

SAFIN, IREK
ADDRESS AVAILABLE UPON REQUEST

SAFIRA, AYA
ADDRESS AVAILABLE UPON REQUEST

SAFRAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SAFRON, KATE
ADDRESS AVAILABLE UPON REQUEST

SAGADA, LACEY
ADDRESS AVAILABLE UPON REQUEST

SAGALCHIK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SAGAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SAGAR, KARTHIK
ADDRESS AVAILABLE UPON REQUEST

SAGAR, SONAM
ADDRESS AVAILABLE UPON REQUEST

SAGARAL, POLICARPO
ADDRESS AVAILABLE UPON REQUEST

SAGBAKKEN, JAKOB
ADDRESS AVAILABLE UPON REQUEST

SAGE, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

SAGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

SAGE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SAGE, IAN
ADDRESS AVAILABLE UPON REQUEST

SAGE, KATE
ADDRESS AVAILABLE UPON REQUEST

SAGE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SAGE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SAGEN, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SAGER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SAGER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SAGER, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

SAGER, FRED
ADDRESS AVAILABLE UPON REQUEST

SAGER, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

SAGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAGER, RON
ADDRESS AVAILABLE UPON REQUEST

SAGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SAGER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SAGGIO, DAVID
ADDRESS AVAILABLE UPON REQUEST

SAGHINI, STACY
ADDRESS AVAILABLE UPON REQUEST

SAGIANIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SAGIL, JODI
ADDRESS AVAILABLE UPON REQUEST

SAGIL, JODI
ADDRESS AVAILABLE UPON REQUEST

SAGIN,, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SAGLAM, STEVE
ADDRESS AVAILABLE UPON REQUEST

SAGLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAGRERA, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

SAGSVEEN, MURRAY
ADDRESS AVAILABLE UPON REQUEST

SAHA, KANOKBHORN
ADDRESS AVAILABLE UPON REQUEST

SAHAGUN, GENESIS
ADDRESS AVAILABLE UPON REQUEST

SAHAI, VIVEK
ADDRESS AVAILABLE UPON REQUEST

SAHAKIAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

SAHAR ESMAEELI
ADDRESS AVAILABLE UPON REQUEST

SAHARSKY, PRESLEY
ADDRESS AVAILABLE UPON REQUEST

SAHATDJIAN, RENEE
ADDRESS AVAILABLE UPON REQUEST

SAHIBUL, ANISAH
ADDRESS AVAILABLE UPON REQUEST

SAHL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SAHLI, TARA
ADDRESS AVAILABLE UPON REQUEST

SAHM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SAHNI, RASLEEN
ADDRESS AVAILABLE UPON REQUEST

SAHR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAHRA S BRANDT
ADDRESS AVAILABLE UPON REQUEST

SAHRON MARCH PTTEE WEISENBERGER
SPOUSAL
ADDRESS AVAILABLE UPON REQUEST

SAHU, PRIITI
ADDRESS AVAILABLE UPON REQUEST

SAHU, PRIITI
ADDRESS AVAILABLE UPON REQUEST

SAI SAMPURNA KOMERI
ADDRESS AVAILABLE UPON REQUEST

SAIA, DIANE PONTE
ADDRESS AVAILABLE UPON REQUEST

SAIB, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SAID, MONA
ADDRESS AVAILABLE UPON REQUEST

SAIERS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SAIEWITZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SAIGAL, ADYA
ADDRESS AVAILABLE UPON REQUEST

SAIKHON, TIANA
ADDRESS AVAILABLE UPON REQUEST

SAILE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SAILER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SAILESH PAUL JOSEPH PERINGATT
ADDRESS AVAILABLE UPON REQUEST

SAILMAN, GINA
ADDRESS AVAILABLE UPON REQUEST

SAILORS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SAILORS, JILL
ADDRESS AVAILABLE UPON REQUEST

SAILTHRU INC
160 VARICK ST. 12TH FLOOR
NEW YORK, NY 10013

SAIN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SAINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SAINT JAMES, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SAINT VIL, TAYISHA
ADDRESS AVAILABLE UPON REQUEST

SAINT, FELICE
ADDRESS AVAILABLE UPON REQUEST

SAINT, MIKE
ADDRESS AVAILABLE UPON REQUEST

SAINTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SAINTILUS-ALCE, MIRIELLE
ADDRESS AVAILABLE UPON REQUEST

SAINTILUS-ALCE, MIRIELLE
ADDRESS AVAILABLE UPON REQUEST

SAINT-JACQUES, KORALLY
ADDRESS AVAILABLE UPON REQUEST

SAINT-LOUIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAINTPHARD, RUDJY
ADDRESS AVAILABLE UPON REQUEST

SAINZ, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SAIONZKOWSKI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SAIRAM MANDALIKA
ADDRESS AVAILABLE UPON REQUEST

SAIS
ADDRESS UNAVAILABLE AT TIME OF FILING

SAISI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SAITO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SAITO, SHIN
ADDRESS AVAILABLE UPON REQUEST

SAITTA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SAIZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

SAIZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAIZAN, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

SAJDAK, KARA
ADDRESS AVAILABLE UPON REQUEST

SAJESKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

SAJEWSKI, GAIL
ADDRESS AVAILABLE UPON REQUEST

SAJONIA, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

SAJOVEC, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SAK, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SAKAI, TERESA
ADDRESS AVAILABLE UPON REQUEST

SAKAKEENY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SAKAL, DAVID
ADDRESS AVAILABLE UPON REQUEST

SAKAMOTO, APRIL
ADDRESS AVAILABLE UPON REQUEST

SAKAMOTO, HANA
ADDRESS AVAILABLE UPON REQUEST

SAKAS, ZOE
ADDRESS AVAILABLE UPON REQUEST

SAKAYAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

SAKAYAN, SONA
ADDRESS AVAILABLE UPON REQUEST

SAKDALAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SAKDALAN, MATT
ADDRESS AVAILABLE UPON REQUEST

SAKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAKHAI, THYDA
ADDRESS AVAILABLE UPON REQUEST

SAKHAROFF, RICHARD & NIA
ADDRESS AVAILABLE UPON REQUEST

SAKI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SAKOFS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SAKS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SAKS, SHARI
ADDRESS AVAILABLE UPON REQUEST

SAKSA, TAMELA
ADDRESS AVAILABLE UPON REQUEST

SAKSEN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SAKSENA, MRIGANK
ADDRESS AVAILABLE UPON REQUEST

SAKSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

SAKYI, ERNEST
ADDRESS AVAILABLE UPON REQUEST

SALA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SALA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SALA, KELLY
ADDRESS AVAILABLE UPON REQUEST

SALA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SALAAL INVESTMENT NO. 1 LP
4910 EDNA RD
SAN LUIS OBISPO, CA  93401

SALAAM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SALADINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SALADINO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SALAHAIEVA, ALISA
ADDRESS AVAILABLE UPON REQUEST

SALAHSHOOR, HOSSEIN
ADDRESS AVAILABLE UPON REQUEST

SALAHSHURIAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SALAI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SALAK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SALAK, RONALD
ADDRESS AVAILABLE UPON REQUEST

SALAMACHA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SALAMANCA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SALAMANCA, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

SALAMONE, ANNA
ADDRESS AVAILABLE UPON REQUEST

SALAMONE, FRED
ADDRESS AVAILABLE UPON REQUEST

SALAMONSKA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SALAMUNOVICH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SALAND, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SALAND, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SALARDA, ASTRID
ADDRESS AVAILABLE UPON REQUEST

SALARY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SALAS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SALAS, ANA
ADDRESS AVAILABLE UPON REQUEST

SALAS, ANNAMARIA
ADDRESS AVAILABLE UPON REQUEST

SALAS, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SALAS, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SALAS, DESTINEE
ADDRESS AVAILABLE UPON REQUEST

SALAS, EVELINA
ADDRESS AVAILABLE UPON REQUEST

SALAS, EYLIN
ADDRESS AVAILABLE UPON REQUEST

SALAS, JACOBO
ADDRESS AVAILABLE UPON REQUEST

SALAS, JESSE
ADDRESS AVAILABLE UPON REQUEST

SALAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SALAS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

SALAS, KHOOSHEH
ADDRESS AVAILABLE UPON REQUEST

SALAS, LUIS
ADDRESS AVAILABLE UPON REQUEST

SALAS, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SALAS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SALAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SALAS, NICK
ADDRESS AVAILABLE UPON REQUEST

SALAS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SALAS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SALAS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SALAS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SALAS, YVETTE
ADDRESS AVAILABLE UPON REQUEST

SALATINO PAYNE, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SALATINO, DIANE
ADDRESS AVAILABLE UPON REQUEST

SALATINO, JULIA
ADDRESS AVAILABLE UPON REQUEST

SALATKA, ED
ADDRESS AVAILABLE UPON REQUEST

SALAVERRIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SALAWU, TOLULOPE
ADDRESS AVAILABLE UPON REQUEST

SALAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, ARACELI
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, ETHEL
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, FELICIA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, HALANA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, INIGO
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JOHN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JOSE
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JOSELYN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JP
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, JUAN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, KATHIAN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, KRUSHENKA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, LAURA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, LEANDRO
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, LUIS
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, MARIO
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, NICK
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, RAVEN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, RYAN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, TERESA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, WENDY
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, WENDY
ADDRESS AVAILABLE UPON REQUEST

SALAZAR, XOCHITL
ADDRESS AVAILABLE UPON REQUEST

SALAZAR-GARZA, DAISY
ADDRESS AVAILABLE UPON REQUEST

SALCE, KATY
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, HECTOR
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, ILIADYS
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, LESLIE T.
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, MARISELA
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, OSWALDO
ADDRESS AVAILABLE UPON REQUEST

SALCEDO, PATRICIA & LUIS
ADDRESS AVAILABLE UPON REQUEST

SALCIDO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SALCIDO, KLYSNMAN
ADDRESS AVAILABLE UPON REQUEST

SALCIDO, SONJA
ADDRESS AVAILABLE UPON REQUEST

SALCIN, ALIJA
ADDRESS AVAILABLE UPON REQUEST

SALDAMANDO, IRIS
ADDRESS AVAILABLE UPON REQUEST

SALDANA, ALEANA
ADDRESS AVAILABLE UPON REQUEST

SALDANA, GENA
ADDRESS AVAILABLE UPON REQUEST

SALDANA, LILIA
ADDRESS AVAILABLE UPON REQUEST

SALDANA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SALDANA, STACY
ADDRESS AVAILABLE UPON REQUEST

SALDANA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SALDANA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SALDANA, TAKISHA
ADDRESS AVAILABLE UPON REQUEST

SALDANHA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SALDANHA, LILLIAN R.
ADDRESS AVAILABLE UPON REQUEST

SALDARRIAGA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SALDEN, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

SALDIN, MARY
ADDRESS AVAILABLE UPON REQUEST

SALDIVAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SALDIVAR, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SALDIVAR, CINDY
ADDRESS AVAILABLE UPON REQUEST

SALDIVAR, SILVIA
ADDRESS AVAILABLE UPON REQUEST

SALDIVAR, VRENDA
ADDRESS AVAILABLE UPON REQUEST

SALDO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SALE, JAMES
ADDRESS AVAILABLE UPON REQUEST

SALE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SALEH, MERIAM
ADDRESS AVAILABLE UPON REQUEST

SALEH, NADIA
ADDRESS AVAILABLE UPON REQUEST

SALEK, DAVID
ADDRESS AVAILABLE UPON REQUEST

SALEM A GEORGE
ADDRESS AVAILABLE UPON REQUEST

SALEM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SALEM, PAUL CHUNKY BEAR
ADDRESS AVAILABLE UPON REQUEST

SALEMI, LORENA
ADDRESS AVAILABLE UPON REQUEST

SALEMME, KERI
ADDRESS AVAILABLE UPON REQUEST

SALEMO, REGINA
ADDRESS AVAILABLE UPON REQUEST

SALEN, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SALERNO, ANN
ADDRESS AVAILABLE UPON REQUEST

SALERNO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SALERNO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SALERNO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SALERNO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SALES, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

SALES, LANICE
ADDRESS AVAILABLE UPON REQUEST

SALES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SALES, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SALESFORCE.COM
DBA TABLEAU SOFTWARE, LLC
1621 N 34TH ST
SEATTLE, WA  98103

SALESFORCE.COM
DBA TABLEAU SOFTWARE, LLC
P.O. BOX 203141
DALLAS, TX  75320-3141

SALESFORCE.COM
DBA TABLEAU SOFTWARE, LLC
THE LANDMARK
ONE MARKET STREET SUITE 300
SAN FRANCISCO, CA  94105

SALETIS, BOZENA
ADDRESS AVAILABLE UPON REQUEST

SALGADO, BIRTHDAY BOI BRANDON
ADDRESS AVAILABLE UPON REQUEST

SALGADO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SALGADO, CAROL
ADDRESS AVAILABLE UPON REQUEST

SALGADO, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SALGADO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SALGADO, RONA
ADDRESS AVAILABLE UPON REQUEST

SALGADO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SALGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

SALGER, SANDY
ADDRESS AVAILABLE UPON REQUEST

SALGUERO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SALGUERO, ELSA
ADDRESS AVAILABLE UPON REQUEST

SALGUERO, KARINA
ADDRESS AVAILABLE UPON REQUEST

SALGUERO, KARINA
ADDRESS AVAILABLE UPON REQUEST

SALIBA, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SALIBA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SALIBA, SERENE
ADDRESS AVAILABLE UPON REQUEST

SALIDO, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

SALIDO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SALERNO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SALIH, ZAK
ADDRESS AVAILABLE UPON REQUEST

SALIM JACKSON
ADDRESS AVAILABLE UPON REQUEST

SALIMAN, STEWART
ADDRESS AVAILABLE UPON REQUEST

SALIN, KAYLI
ADDRESS AVAILABLE UPON REQUEST

SALINA LOPEZ
ADDRESS AVAILABLE UPON REQUEST

SALINA WASHINGTON
ADDRESS AVAILABLE UPON REQUEST

SALINARO, JULIA
ADDRESS AVAILABLE UPON REQUEST

SALINAS LAND COMPANY
PO BOX 686
KING CITY, CA 93930

SALINAS, ANAHI
ADDRESS AVAILABLE UPON REQUEST

SALINAS, ANDRES
ADDRESS AVAILABLE UPON REQUEST

SALINAS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SALINAS, BECKY
ADDRESS AVAILABLE UPON REQUEST

SALINAS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SALINAS, DELILAH
ADDRESS AVAILABLE UPON REQUEST

SALINAS, DENIS
ADDRESS AVAILABLE UPON REQUEST

SALINAS, DYVETTE
ADDRESS AVAILABLE UPON REQUEST

SALINAS, EDDIE
ADDRESS AVAILABLE UPON REQUEST

SALINAS, FRANK
ADDRESS AVAILABLE UPON REQUEST

SALINAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SALINAS, JESUS
ADDRESS AVAILABLE UPON REQUEST

SALINAS, JULLIA
ADDRESS AVAILABLE UPON REQUEST

SALINAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SALINAS, OSIRIS
ADDRESS AVAILABLE UPON REQUEST

SALINAS, THALIA
ADDRESS AVAILABLE UPON REQUEST

SALINAS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SALINAS, YESLIE
ADDRESS AVAILABLE UPON REQUEST

SALING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SALINGER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SALIPIDIS, LORI
ADDRESS AVAILABLE UPON REQUEST

SALISA K. SKINNER
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, CINDY
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, ELORA
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, JAMES
ADDRESS AVAILABLE UPON REQUEST

SALISBURY, MASON
ADDRESS AVAILABLE UPON REQUEST

SALISZ, JAY
ADDRESS AVAILABLE UPON REQUEST

SALITURE, TOM
ADDRESS AVAILABLE UPON REQUEST

SALK, MARCI
ADDRESS AVAILABLE UPON REQUEST

SALKIN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

SALKOUTSAN, ELENA
ADDRESS AVAILABLE UPON REQUEST

SALKY, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SALLADE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SALLARD, BRYTON
ADDRESS AVAILABLE UPON REQUEST

SALLAS, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SALLEE, CAROL ANN
ADDRESS AVAILABLE UPON REQUEST

SALLEE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SALLEE, DONALD
ADDRESS AVAILABLE UPON REQUEST

SALLEE, KIM
ADDRESS AVAILABLE UPON REQUEST

SALLEE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SALLERSON, HELENE
ADDRESS AVAILABLE UPON REQUEST

SALLET, DAN
ADDRESS AVAILABLE UPON REQUEST

SALLEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SALLEY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SALLING, RAE
ADDRESS AVAILABLE UPON REQUEST

SALLION, STEVE
ADDRESS AVAILABLE UPON REQUEST

SALLMANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SALLOT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SALLOUM, TARA
ADDRESS AVAILABLE UPON REQUEST

SALLY KANDEL
ADDRESS AVAILABLE UPON REQUEST

SALLY MCGUIN
ADDRESS AVAILABLE UPON REQUEST

SALLY PERKINS
ADDRESS AVAILABLE UPON REQUEST

SALM, BONITA
ADDRESS AVAILABLE UPON REQUEST

SALM, DONNA
ADDRESS AVAILABLE UPON REQUEST

SALM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SALMAN, PAULINE
ADDRESS AVAILABLE UPON REQUEST

SALMON, ALISHIA
ADDRESS AVAILABLE UPON REQUEST

SALMON, ALYSON
ADDRESS AVAILABLE UPON REQUEST

SALMON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SALMON, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SALMON, BEN
ADDRESS AVAILABLE UPON REQUEST

SALMON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SALMON, JOAN
ADDRESS AVAILABLE UPON REQUEST

SALMON, KAREN
ADDRESS AVAILABLE UPON REQUEST

SALMON, KELLY ANN
ADDRESS AVAILABLE UPON REQUEST

SALMON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SALMON, MONICA
ADDRESS AVAILABLE UPON REQUEST

SALMON, STACEY
ADDRESS AVAILABLE UPON REQUEST

SALMONS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SALMONS, TERRA
ADDRESS AVAILABLE UPON REQUEST

SALNIKOFF, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SALO, ELISE
ADDRESS AVAILABLE UPON REQUEST

SALO, KEITH
ADDRESS AVAILABLE UPON REQUEST

SALOIS, ALYCE
ADDRESS AVAILABLE UPON REQUEST

SALOIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SALOMON, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

SALOMON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SALOMON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SALOMON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SALOMONSKY, DAVID
ADDRESS AVAILABLE UPON REQUEST

SALONE, ALLEAH
ADDRESS AVAILABLE UPON REQUEST

SALONICH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SALOP, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SALOWITZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SALPIETRA, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

SALS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SALSBERG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SALSBERY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SALSBURY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SALSBURY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SALSTROM, MADISON
ADDRESS AVAILABLE UPON REQUEST

SALT & PEPPER GIFTS, INC.
6040 CENTER DRIVE, SUITE 520
LOS ANGELES, CA  90045

SALT AIR
ADDRESS UNAVAILABLE AT TIME OF FILING

SALT HOUSE, LLC
135 N 11TH ST, STE 3J
BROOKLYN, NY  11249

SALT MARINA DEL REY
ADDRESS UNAVAILABLE AT TIME OF FILING

SALTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SALTER, DES
ADDRESS AVAILABLE UPON REQUEST

SALTER, DESTINY
ADDRESS AVAILABLE UPON REQUEST

SALTER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SALTER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SALTER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SALTER, TIM
ADDRESS AVAILABLE UPON REQUEST

SALTER, ZOE
ADDRESS AVAILABLE UPON REQUEST

SALTO, AMANI
ADDRESS AVAILABLE UPON REQUEST

SALTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SALTS CURE
7494 SANTA MONICA BLVD
WEST HOLLYWOOD, CA  90046

SALTSMAN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SALTWORKS, INC.
16240 WOODINVLILLE REDMOND ROAD NE
WOODINVILLE, WA  98072

SALTYSIAK, PARKER
ADDRESS AVAILABLE UPON REQUEST

SALTZBERG, EVAN
ADDRESS AVAILABLE UPON REQUEST

SALTZGUEBER, LYNN
ADDRESS AVAILABLE UPON REQUEST

SALTZMAN, PATTY
ADDRESS AVAILABLE UPON REQUEST

SALTZMAN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SALTZMAN-YOUNG, CARLA
ADDRESS AVAILABLE UPON REQUEST

SALUGA, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SALUJA, REEMA
ADDRESS AVAILABLE UPON REQUEST

SALUMBRE, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

SALUTE, KATE
ADDRESS AVAILABLE UPON REQUEST

SALUTE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

SALVA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SALVADOR CHAVEZ-HOLZMAN
ADDRESS AVAILABLE UPON REQUEST

SALVADOR GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

SALVADOR, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SALVADOR, CURT
ADDRESS AVAILABLE UPON REQUEST

SALVADOR, DORA
ADDRESS AVAILABLE UPON REQUEST

SALVADOR, MAGHEN
ADDRESS AVAILABLE UPON REQUEST

SALVADORI, ANNA
ADDRESS AVAILABLE UPON REQUEST

SALVAGGIO, GEMA
ADDRESS AVAILABLE UPON REQUEST

SALVARAS, FAY
ADDRESS AVAILABLE UPON REQUEST

SALVATI, BREIANNA
ADDRESS AVAILABLE UPON REQUEST

SALVATI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SALVATIERRA, SORAIDA
ADDRESS AVAILABLE UPON REQUEST

SALVATIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

SALVATO, DARIO
ADDRESS AVAILABLE UPON REQUEST

SALVATO, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

SALVATORE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SALVATORE, JENNA
ADDRESS AVAILABLE UPON REQUEST

SALVATORE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SALVATORI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SALVEMINI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SALVESEN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SALVESON, HALEY
ADDRESS AVAILABLE UPON REQUEST

SALVI, EMILY
ADDRESS AVAILABLE UPON REQUEST

SALVI, SATYAJEET
ADDRESS AVAILABLE UPON REQUEST

SALVI, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SALVIETTI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SALVINI, KELLY
ADDRESS AVAILABLE UPON REQUEST

SALVO, JODI
ADDRESS AVAILABLE UPON REQUEST

SALVO, KARA
ADDRESS AVAILABLE UPON REQUEST

SALVOCH, JENNY
ADDRESS AVAILABLE UPON REQUEST

SALVONI, JANET & FRANK
ADDRESS AVAILABLE UPON REQUEST

SALVUCCI, AARON
ADDRESS AVAILABLE UPON REQUEST

SALVUCCI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SALYER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SALZBERG, ARI
ADDRESS AVAILABLE UPON REQUEST

SALZBERG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SALZGEBER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SALZL, TREY
ADDRESS AVAILABLE UPON REQUEST

SALZMAN, ILANNA
ADDRESS AVAILABLE UPON REQUEST

SALZMANN, ANDREAS
ADDRESS AVAILABLE UPON REQUEST

SAM HOLLOWAY
ADDRESS AVAILABLE UPON REQUEST

SAM, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SAM, LONG
ADDRESS AVAILABLE UPON REQUEST

SAMA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SAMADDAR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SAMANIEGO, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SAMANIEGO, JOEL
ADDRESS AVAILABLE UPON REQUEST

SAMANIEGO, KARLA
ADDRESS AVAILABLE UPON REQUEST

SAMANIEGO, MARISA
ADDRESS AVAILABLE UPON REQUEST

SAMANO, JULISSA
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA ARNOLD
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA ARNSTADT
13206 DEWEY ST
LOS ANGELES, CA  90066

SAMANTHA BENNS
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA BISSON
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA COXE
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA ELIZONDO
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA GWAZDAUSKAS
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA HARGROVE
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA HOECHERL DESIGNS LLC
2455 HAMPTON BRIDGE RD
DELRAY BEACH, FL  11222

SAMANTHA HUGO
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA HULL
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA J LEVIN
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA KRAHLING
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA KUHN
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA LILES
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA MCCUE
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA PICKING
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA SCHLESSEL
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA SPIWAK
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA SPIWAK
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA ZINK (DBA ZINK TALENT)
13603 MARINA POINTE DR  B636
MARINA DEL REY, CA  90292

SAMANTHA ZINK (DBA ZINK TALENT)
200 WATER STREET  3005
NEW YORK, NY  10038

SAMANTHA ZINK (DBA ZINK TALENT)
425 WYTHE AVE UNIT 3
BROOKLYN, NY  11249

SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SAMANTHA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SAMAR, AURORA
ADDRESS AVAILABLE UPON REQUEST

SAMAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAMARA, NADIR
ADDRESS AVAILABLE UPON REQUEST

SAMARDZIJA, KATEY
ADDRESS AVAILABLE UPON REQUEST

SAMARJIAN, ANAHIT
ADDRESS AVAILABLE UPON REQUEST

SAMAROO, ANIEL
ADDRESS AVAILABLE UPON REQUEST

SAMAROO, ORISSA
ADDRESS AVAILABLE UPON REQUEST

SAMAROV, MAX
ADDRESS AVAILABLE UPON REQUEST

SAMATEX LUXE HOMES INC
2156 AVENIDA DEL MAR
HSE LANCASTER, CA  93535

SAMBATARO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAMBDMAN, JOELMA
ADDRESS AVAILABLE UPON REQUEST

SAMBIT MISRA
ADDRESS AVAILABLE UPON REQUEST

SAMBOL, CORY
ADDRESS AVAILABLE UPON REQUEST

SAMBUCO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SAMBUCO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SAMCHALK, ROSS
ADDRESS AVAILABLE UPON REQUEST

SAMEER GHAZNAVI
ADDRESS AVAILABLE UPON REQUEST

SAMEER RAGHUVEER GUDAL
ADDRESS AVAILABLE UPON REQUEST

SAMEER VARUN K KOTAGIRI
ADDRESS AVAILABLE UPON REQUEST

SAMEK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SAMELA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SAMELIA BROOKS
ADDRESS AVAILABLE UPON REQUEST

SAMELIA YVONNE BROOKS
ADDRESS AVAILABLE UPON REQUEST

SAMELLAS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SAMELSTAD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SAMELSTAD, MANDY
ADDRESS AVAILABLE UPON REQUEST

SAMENFELD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SAMERJAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAMESHIMA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SAMET, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SAMET, JULIA
ADDRESS AVAILABLE UPON REQUEST

SAMFORD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SAMI H KHALIL
ADDRESS AVAILABLE UPON REQUEST

SAMI TOLONEN
ADDRESS AVAILABLE UPON REQUEST

SAMIE, AUGUST
ADDRESS AVAILABLE UPON REQUEST

SAMIMIFAR, GOLNAZ
ADDRESS AVAILABLE UPON REQUEST

SAMINGOEN MOORE, TIANI
ADDRESS AVAILABLE UPON REQUEST

SAMIR BHATIANI
ADDRESS AVAILABLE UPON REQUEST

SAMIR MEJIA
ADDRESS AVAILABLE UPON REQUEST

SAMIRAN SIGDEL
ADDRESS AVAILABLE UPON REQUEST

SAMIT, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SAMIYA BYRD
ADDRESS AVAILABLE UPON REQUEST

SAMKHANG, TENZIN
ADDRESS AVAILABLE UPON REQUEST

SAMLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SAMMAN, SHAKER
ADDRESS AVAILABLE UPON REQUEST

SAMMARTANO, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SAMMIN, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

SAMMON, ROGER
ADDRESS AVAILABLE UPON REQUEST

SAMMONS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SAMMS, RENEE
ADDRESS AVAILABLE UPON REQUEST

SAMOLEWICZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

SAMOLYK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAMONCIK, LINDA
ADDRESS AVAILABLE UPON REQUEST

SAMOUCE, ALLY
ADDRESS AVAILABLE UPON REQUEST

SAMOUR, TONY
ADDRESS AVAILABLE UPON REQUEST

SAMP, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SAMPADIAN, LO
ADDRESS AVAILABLE UPON REQUEST

SAMPATH, ANJALI
ADDRESS AVAILABLE UPON REQUEST

SAMPILO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, GLEN
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, KELLY
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

SAMPLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SAMPLES, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SAMPLES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SAMPLES.COM, LLC
925 B. STREET 5TH FLOOR
SAN DIEGO, CA  92101

SAMPOGNA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SAMPSEL, RUTH
ADDRESS AVAILABLE UPON REQUEST

SAMPSELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, AARON
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, ALARI
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, GREG
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, KOURTNI
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, TOSHA
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, WANDA
ADDRESS AVAILABLE UPON REQUEST

SAMPSON, YVETTE
ADDRESS AVAILABLE UPON REQUEST

SAMRA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SAMRA, ROY
ADDRESS AVAILABLE UPON REQUEST

SAMRAO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAMS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SAMS, DEEPTHI
ADDRESS AVAILABLE UPON REQUEST

SAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAMS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SAMS, STACEY
ADDRESS AVAILABLE UPON REQUEST

SAMSI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SAMSON, EJ
ADDRESS AVAILABLE UPON REQUEST

SAMSON, HENRY
ADDRESS AVAILABLE UPON REQUEST

SAMSON, JILL
ADDRESS AVAILABLE UPON REQUEST

SAMSON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SAMSON, LISA
ADDRESS AVAILABLE UPON REQUEST

SAMSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SAMSON-HARTZ, SHANDI
ADDRESS AVAILABLE UPON REQUEST

SAMSUNG ELECTRONICS AMERICA, INC.
85 CHALLENGER ROAD
RIDGEFIELD PARK, NJ  07660

SAMSUNG ELECTRONICS AMERICA, INC.
REMITTANCE
8482 COLLECTION CENTER DR
CHICAGO, IL  60693-0084

SAMUEL BOYCE
ADDRESS AVAILABLE UPON REQUEST

SAMUEL CARL KING
ADDRESS AVAILABLE UPON REQUEST

SAMUEL CASTRO
ADDRESS AVAILABLE UPON REQUEST

SAMUEL CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SAMUEL EASTWOOD
ADDRESS AVAILABLE UPON REQUEST

SAMUEL FORESTE
ADDRESS AVAILABLE UPON REQUEST

SAMUEL FRISHMAN
ADDRESS AVAILABLE UPON REQUEST

SAMUEL GERBER
ADDRESS AVAILABLE UPON REQUEST

SAMUEL JOSHUA ELKIN
ADDRESS AVAILABLE UPON REQUEST

SAMUEL S SHIELDS
ADDRESS AVAILABLE UPON REQUEST

SAMUEL SNYDER
ADDRESS AVAILABLE UPON REQUEST

SAMUEL THIEME
ADDRESS AVAILABLE UPON REQUEST

SAMUEL WARE EHRLICH
ADDRESS AVAILABLE UPON REQUEST

SAMUEL WHEELWRIGHT PERKINS
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, GENEICE
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, LUCY
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, MATHEW
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, TESS
ADDRESS AVAILABLE UPON REQUEST

SAMUEL, TREASURE
ADDRESS AVAILABLE UPON REQUEST

SAMUELIAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, EYDA
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, KATIE
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, MARY
ADDRESS AVAILABLE UPON REQUEST

SAMUELS, RENESHA
ADDRESS AVAILABLE UPON REQUEST

SAMUELSEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SAMUELSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

SAMUELSON, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

SAMUELSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SAMUELSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

SAMULSKI, CASEY
ADDRESS AVAILABLE UPON REQUEST

SAMULSKI, ERIC
ADDRESS AVAILABLE UPON REQUEST

SAMYS CAMERA, INC
12636 BEATRICE ST
LOS ANGELES, CA  90066

SAN FRANCISCO CHRONICLE
901 MISSION STREET
SAN FRANCISCO, CA  94103

SAN FRANCISCO TAX COLLECTOR
P.O. BOX 7425
SAN FRANCISCO, CA  94120-7425

SAN GABINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SAN ISIDRO
ADDRESS UNAVAILABLE AT TIME OF FILING

SAN ISIDRO, S.C.C.L.M - BODEGAS LATUE
LATUE CAMINO DE LA ESPERILLA
45 45810 VILLANUEVA DE ALCARDETE
TOLEDO
SPAIN

SAN JOSE, JENNY
ADDRESS AVAILABLE UPON REQUEST

SAN JUAN LORIE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

SAN LUIS PAPER & JANITORIAL
ADDRESS UNAVAILABLE AT TIME OF FILING

SAN LUIS PAPER
ADDRESS UNAVAILABLE AT TIME OF FILING

SAN MARCO COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

SAN MARTIN, KARMIN
ADDRESS AVAILABLE UPON REQUEST

SAN MIGUEL, CINDY
ADDRESS AVAILABLE UPON REQUEST

SAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SAN, JOSELYN
ADDRESS AVAILABLE UPON REQUEST

SANABIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANABIA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANABRIA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SANABRIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SANABRIA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SANABRIA, SARA
ADDRESS AVAILABLE UPON REQUEST

SANASAC, SARAH
ADDRESS AVAILABLE UPON REQUEST

SANASAC, SETH
ADDRESS AVAILABLE UPON REQUEST

SANAT SHRESTHA
ADDRESS AVAILABLE UPON REQUEST

SANBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

SANBORN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SANBORN, HALEY
ADDRESS AVAILABLE UPON REQUEST

SANBORN, JOLEE
ADDRESS AVAILABLE UPON REQUEST

SANBORN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SANBORN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SANBORN, TODD
ADDRESS AVAILABLE UPON REQUEST

SANBURN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SANCARRANCO, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SANCHAYEETA MITRA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ CASTRO, OSCAR
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ DEL CAMPO, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ JR., ARMANDO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ PANTOJA, NERAIDA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ ROCCA, MARYANGELA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, AD
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, AGNIESZKA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ALBA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ALIX
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ARELY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, AUBRY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, BERNICE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, BRENDALYN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CLARE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CLAUDIO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DAISY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DERRICK
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DINORA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ELYNN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, FLORENCIO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, FRANK
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, GLORIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, HECTOR A
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ISAAC
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, IVY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JANET
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JEAN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JEFF
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JOSELYN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JUAN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, JUDE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LAYLE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LINALIZ
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LORIBETH
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MAGLENYS
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARCY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARIA FERNANDA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARISOL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARISOL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MARY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MAYDEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MAYRA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MAYTE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NAIMA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, NIDIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ORIANA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, OTHON
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, RACQUEL
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, REYES
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, RICARDO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, ROSIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, RYAN AND ALI
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SELOMITH
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SHEYLA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, SONIA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, TARRYN
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, TONY
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ, YOMAYRA
ADDRESS AVAILABLE UPON REQUEST

SANCHEZ-GODIN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SANCHONG, BYRON
ADDRESS AVAILABLE UPON REQUEST

SANCHOYERTO, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SANCTORUM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SANCZEL, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

SAND, EMMA
ADDRESS AVAILABLE UPON REQUEST

SAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SAND, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SANDA, HABIBA
ADDRESS AVAILABLE UPON REQUEST

SANDA, JOAN
ADDRESS AVAILABLE UPON REQUEST

SANDA, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SANDAHL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SANDALO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SANDAN, JICELLE
ADDRESS AVAILABLE UPON REQUEST

SANDBACH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SANDBECK, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SANDBERG, HALEY
ADDRESS AVAILABLE UPON REQUEST

SANDBERG, NANCY
ADDRESS AVAILABLE UPON REQUEST

SANDBULTE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SANDE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SANDEEN, ZACH
ADDRESS AVAILABLE UPON REQUEST

SANDEEP KUMAR KOLIBAILU BELLIAPPA
ADDRESS AVAILABLE UPON REQUEST

SANDEEP LUKE
ADDRESS AVAILABLE UPON REQUEST

SANDEFUR, DIANE
ADDRESS AVAILABLE UPON REQUEST

SANDELSON, JASMIN
ADDRESS AVAILABLE UPON REQUEST

SANDEMAN, ROY
ADDRESS AVAILABLE UPON REQUEST

SANDEN, MONICA
ADDRESS AVAILABLE UPON REQUEST

SANDER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

SANDER, CAROL
ADDRESS AVAILABLE UPON REQUEST

SANDER, EMMY
ADDRESS AVAILABLE UPON REQUEST

SANDER, JENNA
ADDRESS AVAILABLE UPON REQUEST

SANDER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SANDER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

SANDER, SUSIE
ADDRESS AVAILABLE UPON REQUEST

SANDERFORD, RHONDA
ADDRESS AVAILABLE UPON REQUEST

SANDERLING, KRISZTINA
ADDRESS AVAILABLE UPON REQUEST

SANDERS MCAULEY, CINDY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ALESIA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, AMIE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, BRITNY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SANDERS, CHRYSSA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DABRCEE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DAVIN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DIANA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DIANE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DIXIE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DON
ADDRESS AVAILABLE UPON REQUEST

SANDERS, DONALD
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ERICA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SANDERS, HELEN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JAMAAL
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JESSI
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, JULIE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KANDICE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KATHY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KATY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KEIKO
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, LEAH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, LILLIANA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, MARRAH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SANDERS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SANDERS, MORGAINE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, RALPH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SANDERS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, RON
ADDRESS AVAILABLE UPON REQUEST

SANDERS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SANDERS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, SHERMAINE
ADDRESS AVAILABLE UPON REQUEST

SANDERS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, TAJUAN
ADDRESS AVAILABLE UPON REQUEST

SANDERS, TAMAIRA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, THALISHA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, TONY
ADDRESS AVAILABLE UPON REQUEST

SANDERS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SANDERS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SANDERS, WANDA
ADDRESS AVAILABLE UPON REQUEST

SANDERSAPPEL, MARY
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, ANA
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SANDERSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SANDERS-SMITH, TIA
ADDRESS AVAILABLE UPON REQUEST

SANDFORD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SANDHAUS, KATE
ADDRESS AVAILABLE UPON REQUEST

SANDHEINRICH, JOEL
ADDRESS AVAILABLE UPON REQUEST

SANDHI WINES
PO BOX 11106
OAKLAND, CA  94611

SANDHOFF, KAELI
ADDRESS AVAILABLE UPON REQUEST

SANDHU, RAMANPREET
ADDRESS AVAILABLE UPON REQUEST

SANDHU, RAVNEET
ADDRESS AVAILABLE UPON REQUEST

SANDHU, ROMMY
ADDRESS AVAILABLE UPON REQUEST

SANDHU, SAHIBA
ADDRESS AVAILABLE UPON REQUEST

SANDHU, SIMRAN
ADDRESS AVAILABLE UPON REQUEST

SANDHURST, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SANDIFER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANDIFER, KRIS
ADDRESS AVAILABLE UPON REQUEST

SANDIFORD, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SANDINO, ALYSE
ADDRESS AVAILABLE UPON REQUEST

SANDIP SEN
ADDRESS AVAILABLE UPON REQUEST

SANDLER, AMY
ADDRESS AVAILABLE UPON REQUEST

SANDLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SANDLER, CATHLIN
ADDRESS AVAILABLE UPON REQUEST

SANDLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SANDLER, ZIPPORAH
ADDRESS AVAILABLE UPON REQUEST

SANDLIN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SANDLIN, JOSIE
ADDRESS AVAILABLE UPON REQUEST

SANDLIN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SANDLIN, MONTANA
ADDRESS AVAILABLE UPON REQUEST

SANDLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SANDMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

SANDNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, DANA
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, DANA
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, MARY
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SANDONATO, TARA
ADDRESS AVAILABLE UPON REQUEST

SANDONE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SANDOR, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SANDOR, JACOB
ADDRESS AVAILABLE UPON REQUEST

SANDOR, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SANDOR, YVONNE
ADDRESS AVAILABLE UPON REQUEST

SANDOUKAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL FLORES, MARIA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL VILLALTA, TANYA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ARIC
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, CYNDI
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ELYSE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ERENDIRA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, GRECIA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, KADELLYN
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, KATIE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, LINDA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, LINETTE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, MONICA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, NITA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, PAULINA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, ROSIE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, SUZELLE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, TEALE
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SANDOVAL-PEDROZA, NORMA
ADDRESS AVAILABLE UPON REQUEST

SANDOZ, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SANDRA C'DEBACA
ADDRESS AVAILABLE UPON REQUEST

SANDRA CORBIN
ADDRESS AVAILABLE UPON REQUEST

SANDRA ELIZABETH HAUGEN
ADDRESS AVAILABLE UPON REQUEST

SANDRA HUTCHINSON
ADDRESS AVAILABLE UPON REQUEST

SANDRA MATHENA
ADDRESS AVAILABLE UPON REQUEST

SANDRA MCCONNELL SARA TRUONG TTEE
ADDRESS AVAILABLE UPON REQUEST

SANDRA RUSINKO
ADDRESS AVAILABLE UPON REQUEST

SANDRA SALAS
ADDRESS AVAILABLE UPON REQUEST

SANDRA SAW
ADDRESS AVAILABLE UPON REQUEST

SANDRA SNOW KOPACZ
ADDRESS AVAILABLE UPON REQUEST

SANDRA SOPHIE GORDON SARA TRUONG
TTEE
ADDRESS AVAILABLE UPON REQUEST

SANDREY, ILONA
ADDRESS AVAILABLE UPON REQUEST

SANDRIDGE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SANDRU, LARISA
ADDRESS AVAILABLE UPON REQUEST

SANDRU, LARISA
ADDRESS AVAILABLE UPON REQUEST

SANDS, ANN-MARIE
ADDRESS AVAILABLE UPON REQUEST

SANDS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SANDS, CATHY
ADDRESS AVAILABLE UPON REQUEST

SANDS, CHARIE
ADDRESS AVAILABLE UPON REQUEST

SANDS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SANDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SANDS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SANDS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SANDS, MONICA
ADDRESS AVAILABLE UPON REQUEST

SANDS, PAULA
ADDRESS AVAILABLE UPON REQUEST

SANDS, RITA
ADDRESS AVAILABLE UPON REQUEST

SANDS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SANDSTROM, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

SANDSTROM, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SANDUSKY, LEE
ADDRESS AVAILABLE UPON REQUEST

SANDVIG, DANA
ADDRESS AVAILABLE UPON REQUEST

SANDY SCHUETTE
ADDRESS AVAILABLE UPON REQUEST

SANDY SHAW SLATER
ADDRESS AVAILABLE UPON REQUEST

SANDY, LINDSIE
ADDRESS AVAILABLE UPON REQUEST

SANDY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SANDYS, SARA
ADDRESS AVAILABLE UPON REQUEST

SANDZA, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SANEL, AMY
ADDRESS AVAILABLE UPON REQUEST

SANEL, AVA
ADDRESS AVAILABLE UPON REQUEST

SANER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SANET CIVIL
ADDRESS AVAILABLE UPON REQUEST

SANFELICE, ELAYNE
ADDRESS AVAILABLE UPON REQUEST

SANFILIPPO, LARA
ADDRESS AVAILABLE UPON REQUEST

SANFILIPPO, MARK
ADDRESS AVAILABLE UPON REQUEST

SANFILLIPPO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SANFORD BRANDS
ADDRESS UNAVAILABLE AT TIME OF FILING

SANFORD HELMUTH
ADDRESS AVAILABLE UPON REQUEST

SANFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SANFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SANFORD, ANNE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SANFORD, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SANFORD, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SANFORD, JAN
ADDRESS AVAILABLE UPON REQUEST

SANFORD, JEFFRY
ADDRESS AVAILABLE UPON REQUEST

SANFORD, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, KARL
ADDRESS AVAILABLE UPON REQUEST

SANFORD, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, KRYSTEL
ADDRESS AVAILABLE UPON REQUEST

SANFORD, LAVERNE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SANFORD, MARCEY
ADDRESS AVAILABLE UPON REQUEST

SANFORD, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SANFORD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SANFORD, MCCANNE
ADDRESS AVAILABLE UPON REQUEST

SANFORD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SANFORD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SANFORD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SANFORD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SANFORD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SANG PARK
1312 N CURSON AVE.  13
LOS ANGELES, CA  90046

SANG, KIM
ADDRESS AVAILABLE UPON REQUEST

SANGALANG, MAL
ADDRESS AVAILABLE UPON REQUEST

SANGAMA, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

SANGANG, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SANGAR, MANSI
ADDRESS AVAILABLE UPON REQUEST

SANGEETA GAUTAM
ADDRESS AVAILABLE UPON REQUEST

SANGEETA R PATEL
ADDRESS AVAILABLE UPON REQUEST

SANGER, LIZ
ADDRESS AVAILABLE UPON REQUEST

SANGHA, RUMNEEK
ADDRESS AVAILABLE UPON REQUEST

SANGHAVI, PRIANKA
ADDRESS AVAILABLE UPON REQUEST

SANGHRAJKA, AAYUSH
ADDRESS AVAILABLE UPON REQUEST

SANGHVI, NILAM
ADDRESS AVAILABLE UPON REQUEST

SANGHYUK LEE
ADDRESS AVAILABLE UPON REQUEST

SANGID, EMILY
ADDRESS AVAILABLE UPON REQUEST

SANGILLO, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

SANGITA KRISHNAKANT PATEL
ADDRESS AVAILABLE UPON REQUEST

SANGLERAT, ZOE
ADDRESS AVAILABLE UPON REQUEST

SANGMEISTER, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SANGREE, WILL
ADDRESS AVAILABLE UPON REQUEST

SANGSTER, SHARI-LIANE
ADDRESS AVAILABLE UPON REQUEST

SANGUEDOLCE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SANGUINETTI, FLAVIO
ADDRESS AVAILABLE UPON REQUEST

SANI, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SANIN(A), ANNA AND EUGENE
ADDRESS AVAILABLE UPON REQUEST

SANIN, ANIKA
ADDRESS AVAILABLE UPON REQUEST

SANJA MYLONAS
ADDRESS AVAILABLE UPON REQUEST

SANJAY KUMAR MOTILAL
ADDRESS AVAILABLE UPON REQUEST

SANJAY RAMCHANDANI
ADDRESS AVAILABLE UPON REQUEST

SANJAY, AEVIN
ADDRESS AVAILABLE UPON REQUEST

SANJEEV, PRADEEP
ADDRESS AVAILABLE UPON REQUEST

SANJEEVA REDDY DANTU
ADDRESS AVAILABLE UPON REQUEST

SANJIV KUMAR
ADDRESS AVAILABLE UPON REQUEST

SANJIV M PATEL
ADDRESS AVAILABLE UPON REQUEST

SANK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SANKALIS-BITEMAN, RUTA
ADDRESS AVAILABLE UPON REQUEST

SANKAR, POOJA
ADDRESS AVAILABLE UPON REQUEST

SANKAR, R RAJAGANAPATHY
ADDRESS AVAILABLE UPON REQUEST

SANKARA NAVEEN PORUMAMILLA
ADDRESS AVAILABLE UPON REQUEST

SANKARAN, SAMIRA
ADDRESS AVAILABLE UPON REQUEST

SANKARANTHI, MAHESH
ADDRESS AVAILABLE UPON REQUEST

SANKEY, L. JEAN
ADDRESS AVAILABLE UPON REQUEST

SANKEY, LANAJA
ADDRESS AVAILABLE UPON REQUEST

SANKO, JULIE
ADDRESS AVAILABLE UPON REQUEST

SANKOUNDI, ALAIN
ADDRESS AVAILABLE UPON REQUEST

SANKOVICH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SANKOVITCH, HELENE
ADDRESS AVAILABLE UPON REQUEST

SANLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SANNASARDO, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SANNER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANNER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SANO, LORI
ADDRESS AVAILABLE UPON REQUEST

SANOJ DHAMINDRANATH
ADDRESS AVAILABLE UPON REQUEST

SANSALONE, CAROL
ADDRESS AVAILABLE UPON REQUEST

SANSALONE, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

SANSAVATH, KHAMLA
ADDRESS AVAILABLE UPON REQUEST

SANSBURY, BRACKEN
ADDRESS AVAILABLE UPON REQUEST

SANSBURY, STACY
ADDRESS AVAILABLE UPON REQUEST

SANSBURY, TAYLER
ADDRESS AVAILABLE UPON REQUEST

SANSONE, AMY
ADDRESS AVAILABLE UPON REQUEST

SANSONE, GREG
ADDRESS AVAILABLE UPON REQUEST

SANSONE, VINCENT
ADDRESS AVAILABLE UPON REQUEST

SANSOSTI, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SANT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SANT, VISHAKHA
ADDRESS AVAILABLE UPON REQUEST

SANTA BARBARA ADVENTURE COMPANY
32 EAST HALEY ST.
SANTA BARBARA, CA  93101

SANTA BARBARA ADVENTURE COMPANY
32 EAST HALEY ST.
SANTA BARBARA, CA  93101-2316

SANTA BARBARA COUNTY CLERK
RECORDER
PO BOX 159
SANTA BARBARA, CA  93102-159

SANTA BARBARA HIGHLANDS VINEYARD
C/O VITCOMP INC.
ATTN: LINO BOZZANO
405 TRAFFIC WAY, UNIT A
ARROYO GRANDE, CA  93420

SANTA BARBARA HIGHLANDS VINEYARD,
INC.
LAETITIA VINEYARD & WINERY, INC
1150 PALM STREET
SAN LUIS OBISPO, CA  93401

SANTA BARBARA HIGHLANDS VINEYARD,
INC.
LAETITIA VINEYARD & WINERY, INC
453 LAETITIA VINEYARD DRIVE
ARROYO GRANDE, CA  93420

SANTA BARBARA NEWS-PRESS
PO BOX 1359/
DE LA GUERRA PLAZA SANTA BARBARA, CA
93102-1359

SANTA MARIA JETTY
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA MARIA RADISSON
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA MARIA, AUGUSTINE
ADDRESS AVAILABLE UPON REQUEST

SANTA MONICA CHAMBER
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA MONICA EXPRESS
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA MONICA PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA YNEZ BARREL RECYCLING
8053 CAMP CHAFFEE RD.
VENTURA, CA  93001

SANTA YNEZ VACATION RENT
ADDRESS UNAVAILABLE AT TIME OF FILING

SANTA YNEZ VINEYARDS LLC
4 EMBARCADERO CENTER, SUITE 3620
SAN FRANCISCO, CA  94111

SANTA, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SANTA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SANTACAPITA, EVA
ADDRESS AVAILABLE UPON REQUEST

SANTACATERINA GONZALEZ, BRI
ADDRESS AVAILABLE UPON REQUEST

SANTACROCE, DIANA
ADDRESS AVAILABLE UPON REQUEST

SANTACROSE, MARIA
ADDRESS AVAILABLE UPON REQUEST

SANTALOVA, MARINA
ADDRESS AVAILABLE UPON REQUEST

SANTAMARIA, JOSE
ADDRESS AVAILABLE UPON REQUEST

SANTA-MARIA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SANTAMARIA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SANTAMARINA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SANTANA CORREA, SULEICA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, ANA GABRIELA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SANTANA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SANTANA, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SANTANA, CARLA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, DENISE
ADDRESS AVAILABLE UPON REQUEST

SANTANA, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, FABIANA
ADDRESS AVAILABLE UPON REQUEST

SANTANA, KELLY
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| SANTANA, KRISTINA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, MADISON<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, MARISOL<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANA, NINA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, NOELIA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANA, SUSAN<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, TELIMA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, TONI<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANA, TONI<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, VERONICA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANA, YANI<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANA, ZANETA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANDER, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | SANTANGELO, CHRIS<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANGELO, GINA<br>ADDRESS AVAILABLE UPON REQUEST | SANTANGELO, JACQUELINE<br>ADDRESS AVAILABLE UPON REQUEST | SANTANGELO, KATIE<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTANGELO, MARIA<br>ADDRESS AVAILABLE UPON REQUEST | SANTARELLI, ERICA<br>ADDRESS AVAILABLE UPON REQUEST | SANTARPIA, NINA<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTAVICCA, LEANNE<br>ADDRESS AVAILABLE UPON REQUEST | SANTE, RUDY<br>ADDRESS AVAILABLE UPON REQUEST | SANTEE, LINDA<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTEIRO, TIFFANY<br>ADDRESS AVAILABLE UPON REQUEST | SANTELICES, MANNY<br>ADDRESS AVAILABLE UPON REQUEST | SANTELLA, KELLY<br>ADDRESS AVAILABLE UPON REQUEST |
| SANTERO, VELINDA<br>ADDRESS AVAILABLE UPON REQUEST | SANTI, CELIA<br>ADDRESS AVAILABLE UPON REQUEST | SANTIAGO, ALBERT<br>ADDRESS AVAILABLE UPON REQUEST |

SANTIAGO, ANABEL
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, CLARIBEL
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, EDWIN
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, EDWIN
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, ELIQUEWA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, ENID
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, EPHRAIM
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, EUSTAQUIO
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, FALLON
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, GLADYS
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, ISAAC
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, JEROMY
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, JODY
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, JOSE LUIS
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LEONARD D.
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LISA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LIZ
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LUIS
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, LUZ
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, MILLENA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, NANCY
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, SHERA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, VIMARIES
ADDRESS AVAILABLE UPON REQUEST

SANTIAGO, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

SANTIBANEZ, JHONY
ADDRESS AVAILABLE UPON REQUEST

SANTIEMMO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SANTILLA, MALIA
ADDRESS AVAILABLE UPON REQUEST

SANTILLO, NICK
ADDRESS AVAILABLE UPON REQUEST

SANTILLO, SHELBI
ADDRESS AVAILABLE UPON REQUEST

SANTIMANO, DAVINIA
ADDRESS AVAILABLE UPON REQUEST

SANTIN, DIANE
ADDRESS AVAILABLE UPON REQUEST

SANTINI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SANTINI, TONY
ADDRESS AVAILABLE UPON REQUEST

SANTISO, NICK
ADDRESS AVAILABLE UPON REQUEST

SANTITORO, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SANTOGROSSI, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SANTOLERI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SANTOLERI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SANTOLLI, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SANTOMASSIMO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

SANTOMAURO, BO
ADDRESS AVAILABLE UPON REQUEST

SANTOMAURO, KIM
ADDRESS AVAILABLE UPON REQUEST

SANTONE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SANTORA, JACINDA
ADDRESS AVAILABLE UPON REQUEST

SANTORA, KARA
ADDRESS AVAILABLE UPON REQUEST

SANTORA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SANTORE, FRED
ADDRESS AVAILABLE UPON REQUEST

SANTORE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SANTORI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SANTORIELLO, GENNA
ADDRESS AVAILABLE UPON REQUEST

SANTORO, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

SANTORO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SANTORO, GENISIS
ADDRESS AVAILABLE UPON REQUEST

SANTORO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SANTORO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SANTORO, MARY JO
ADDRESS AVAILABLE UPON REQUEST

SANTORO, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

SANTOS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ANADIS
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ANNEL
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ANNELISE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ATHENA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, AUGUSTO
ADDRESS AVAILABLE UPON REQUEST

SANTOS, AURORA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, DANILO
ADDRESS AVAILABLE UPON REQUEST

SANTOS, DELANEY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, DORIS
ADDRESS AVAILABLE UPON REQUEST

SANTOS, EDWIN
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ELENA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ERICA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ERICKA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, FILIPE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, GUS
ADDRESS AVAILABLE UPON REQUEST

SANTOS, HALEY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JACINTA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JAUSTINA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JENRRY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JOEL
ADDRESS AVAILABLE UPON REQUEST

SANTOS, JORGE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SANTOS, LAURA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, LORI
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MARIA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MARISOL
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

SANTOS, MONTSERRAT
ADDRESS AVAILABLE UPON REQUEST

SANTOS, NICKY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, RICO
ADDRESS AVAILABLE UPON REQUEST

SANTOS, ROY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SANTOS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SANTOS, TINA
ADDRESS AVAILABLE UPON REQUEST

SANTOS, VICTOR
ADDRESS AVAILABLE UPON REQUEST

SANTOS, WENDY
ADDRESS AVAILABLE UPON REQUEST

SANTOSH K RANDHUKURI
ADDRESS AVAILABLE UPON REQUEST

SANTOSH VISHWANATHAN
ADDRESS AVAILABLE UPON REQUEST

SANTOSUOSSO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SANTOVENA, JOSE MANUEL
ADDRESS AVAILABLE UPON REQUEST

SANTOWASSO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SANTOY, JOAQUIN
ADDRESS AVAILABLE UPON REQUEST

SANTRY, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SANTRY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SANTUCCI, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SANTUCCI, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

SANTUCCI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SANTUCCI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SANTUCCI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SANTULLI, MARITZEL
ADDRESS AVAILABLE UPON REQUEST

SANTUS, REX
ADDRESS AVAILABLE UPON REQUEST

SANVILLE, TODD
ADDRESS AVAILABLE UPON REQUEST

SANWO, JOY
ADDRESS AVAILABLE UPON REQUEST

SANYA DEVORE
ADDRESS AVAILABLE UPON REQUEST

SANZ DE ACEDO, TONY
ADDRESS AVAILABLE UPON REQUEST

SANZARI, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

SANZO, EMMA
ADDRESS AVAILABLE UPON REQUEST

SAOUD, RANA
ADDRESS AVAILABLE UPON REQUEST

SAP, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SAPAN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

SAPANARO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SAPANERO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SAPER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SAPICHINO, LISA
ADDRESS AVAILABLE UPON REQUEST

SAPIEN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SAPIENZA, GINA
ADDRESS AVAILABLE UPON REQUEST

SAPIENZA, JOYCE
ADDRESS AVAILABLE UPON REQUEST

SAPIENZA, MICHALA
ADDRESS AVAILABLE UPON REQUEST

SAPIENZA, TERESA
ADDRESS AVAILABLE UPON REQUEST

SAPIRO, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SAPIRSTEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

SAPITRO, JAMES
ADDRESS AVAILABLE UPON REQUEST

SAPLICKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SAPOFF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SAPONARO, KELLY
ADDRESS AVAILABLE UPON REQUEST

SAPORITO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SAPORITO, STACY
ADDRESS AVAILABLE UPON REQUEST

SAPORTA, ROSE
ADDRESS AVAILABLE UPON REQUEST

SAPOSNIK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SAPP, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SAPP, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SAPP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SAPP, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SAPP, JODY
ADDRESS AVAILABLE UPON REQUEST

SAPP, MARSHA
ADDRESS AVAILABLE UPON REQUEST

SAPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SAPP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SAPP, PHYLLISANN
ADDRESS AVAILABLE UPON REQUEST

SAPP, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SAPP, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

SAPP, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SAPP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SAPPA, UMA SHANKAR
ADDRESS AVAILABLE UPON REQUEST

SAPP-GOODING, LACHANZE
ADDRESS AVAILABLE UPON REQUEST

SAPRA, VIKAS
ADDRESS AVAILABLE UPON REQUEST

SARA A LIBERATORE
15058 HAMLIN ST.
VAN NUYS, CA  91411

SARA ABEBE
ADDRESS AVAILABLE UPON REQUEST

SARA ANN ROLFES
ADDRESS AVAILABLE UPON REQUEST

SARA AVISON
ADDRESS AVAILABLE UPON REQUEST

SARA BERGER
ADDRESS AVAILABLE UPON REQUEST

SARA DEAN
ADDRESS AVAILABLE UPON REQUEST

SARA DELARONDE
ADDRESS AVAILABLE UPON REQUEST

SARA FONTAINE
ADDRESS AVAILABLE UPON REQUEST

SARA FORD
ADDRESS AVAILABLE UPON REQUEST

SARA G TORO
ADDRESS AVAILABLE UPON REQUEST

SARA GANIM CEVALLOS
ADDRESS AVAILABLE UPON REQUEST

SARA GRIMSHAW
ADDRESS AVAILABLE UPON REQUEST

SARA HUTT
ADDRESS AVAILABLE UPON REQUEST

SARA KOVAC
ADDRESS AVAILABLE UPON REQUEST

SARA LAPIERRE
ADDRESS AVAILABLE UPON REQUEST

SARA LARKIN
ADDRESS AVAILABLE UPON REQUEST

SARA MELDRUM
ADDRESS AVAILABLE UPON REQUEST

SARA NEWTON-SMITH
ADDRESS AVAILABLE UPON REQUEST

SARA PARIBELLO
ADDRESS AVAILABLE UPON REQUEST

SARA SHISSLER
ADDRESS AVAILABLE UPON REQUEST

SARA TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SARA, DRAUGHON,
ADDRESS AVAILABLE UPON REQUEST

SARABIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SARABJEET SINGH
ADDRESS AVAILABLE UPON REQUEST

SARAC, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SARAC, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SARACO, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SARACO, MINDY
ADDRESS AVAILABLE UPON REQUEST

SARADAR, CHERENE
ADDRESS AVAILABLE UPON REQUEST

SARAF, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SARAGOSA, ELENA
ADDRESS AVAILABLE UPON REQUEST

SARAH ACKER
ADDRESS AVAILABLE UPON REQUEST

SARAH AIELLO
ADDRESS AVAILABLE UPON REQUEST

SARAH AKBARY
ADDRESS AVAILABLE UPON REQUEST

SARAH ALLISON
ADDRESS AVAILABLE UPON REQUEST

SARAH ANTOLINI
ADDRESS AVAILABLE UPON REQUEST

SARAH BECKER
ADDRESS AVAILABLE UPON REQUEST

SARAH BERGERON
ADDRESS AVAILABLE UPON REQUEST

SARAH BRIELLE UNDERWOOD
ADDRESS AVAILABLE UPON REQUEST

SARAH BUCK
ADDRESS AVAILABLE UPON REQUEST

SARAH BUCKMILLER
ADDRESS AVAILABLE UPON REQUEST

SARAH C HARRISON
ADDRESS AVAILABLE UPON REQUEST

SARAH C YUNG
ADDRESS AVAILABLE UPON REQUEST

SARAH CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SARAH CREAGAN
ADDRESS AVAILABLE UPON REQUEST

SARAH CROSAT
ADDRESS AVAILABLE UPON REQUEST

SARAH DAVIS
ADDRESS AVAILABLE UPON REQUEST

SARAH ELIZABETH TINANA QAISER
ADDRESS AVAILABLE UPON REQUEST

SARAH FINKE
ADDRESS AVAILABLE UPON REQUEST

SARAH GARGAGLIANO PHILLPS
ADDRESS AVAILABLE UPON REQUEST

SARAH HERMAN
ADDRESS AVAILABLE UPON REQUEST

SARAH HEYBORNE
ADDRESS AVAILABLE UPON REQUEST

SARAH HOFMEISTER
ADDRESS AVAILABLE UPON REQUEST

SARAH HOTT
ADDRESS AVAILABLE UPON REQUEST

SARAH J BARBER
ADDRESS AVAILABLE UPON REQUEST

SARAH JACKSON
ADDRESS AVAILABLE UPON REQUEST

SARAH JANE CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

SARAH JOHNSON
ADDRESS AVAILABLE UPON REQUEST

SARAH JOY BLOG
ADDRESS AVAILABLE UPON REQUEST

SARAH KAYFUS
ADDRESS AVAILABLE UPON REQUEST

SARAH KUHNER
ADDRESS AVAILABLE UPON REQUEST

SARAH LALJI
ADDRESS AVAILABLE UPON REQUEST

SARAH MAYHUE
ADDRESS AVAILABLE UPON REQUEST

SARAH MCDONALD
ADDRESS AVAILABLE UPON REQUEST

SARAH MCNEIL
ADDRESS AVAILABLE UPON REQUEST

SARAH PHIPPS
ADDRESS AVAILABLE UPON REQUEST

SARAH PROEBSTING
ADDRESS AVAILABLE UPON REQUEST

SARAH R STORM-WILSON
ADDRESS AVAILABLE UPON REQUEST

SARAH RING
ADDRESS AVAILABLE UPON REQUEST

SARAH SCHLEY
ADDRESS AVAILABLE UPON REQUEST

SARAH SCHONGAR
ADDRESS AVAILABLE UPON REQUEST

SARAH SCHUTES
ADDRESS AVAILABLE UPON REQUEST

SARAH SCHUTZ
ADDRESS AVAILABLE UPON REQUEST

SARAH SCOPEL
ADDRESS AVAILABLE UPON REQUEST

SARAH SIMMS
ADDRESS AVAILABLE UPON REQUEST

SARAH SWITZER
ADDRESS AVAILABLE UPON REQUEST

SARAH TAVARES
ADDRESS AVAILABLE UPON REQUEST

SARAH TUNOA
ADDRESS AVAILABLE UPON REQUEST

SARAH VANESSA PEREZ
ADDRESS AVAILABLE UPON REQUEST

SARAH WIEHE
ADDRESS AVAILABLE UPON REQUEST

SARAH WUNDT
ADDRESS AVAILABLE UPON REQUEST

SARAH ZDOBNIKOW
ADDRESS AVAILABLE UPON REQUEST

SARAH, CARLSON,
ADDRESS AVAILABLE UPON REQUEST

SARAH, FOX
ADDRESS AVAILABLE UPON REQUEST

SARAH, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

SARAH, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SARAH, REV.
ADDRESS AVAILABLE UPON REQUEST

SARAI, KALYN
ADDRESS AVAILABLE UPON REQUEST

SARAIVA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SARAIYA LEGAL COUNSEL
2591 DALLAS PARKWAY SUITE 300
FRISCO, TX  75034

SARAN, BAKARI
ADDRESS AVAILABLE UPON REQUEST

SARAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SARAN, ISH
ADDRESS AVAILABLE UPON REQUEST

SARAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SARANDOS, DAWN
ADDRESS AVAILABLE UPON REQUEST

SARANTEAS, JAMES
ADDRESS AVAILABLE UPON REQUEST

SARANTOPOULOS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SARAOGI, SHIPRA
ADDRESS AVAILABLE UPON REQUEST

SARAPU, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SARASIN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SARASIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SARASVATI, SID
ADDRESS AVAILABLE UPON REQUEST

SARATHY, SUHAS
ADDRESS AVAILABLE UPON REQUEST

SARAUER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SARAUER, JENN
ADDRESS AVAILABLE UPON REQUEST

SARAVANAN, PRANAV
ADDRESS AVAILABLE UPON REQUEST

SARAVAY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SARAVIA, DANNY
ADDRESS AVAILABLE UPON REQUEST

SARBACKER, LIZ
ADDRESS AVAILABLE UPON REQUEST

SARBORA, RUSS
ADDRESS AVAILABLE UPON REQUEST

SARCINELLA, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SARCONA, DANA
ADDRESS AVAILABLE UPON REQUEST

SARDA, CHANDNI
ADDRESS AVAILABLE UPON REQUEST

SARDA, JEFF
ADDRESS AVAILABLE UPON REQUEST

SARDAK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SARDANA, PRAKRITI
ADDRESS AVAILABLE UPON REQUEST

SARDANO, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

SARDELLA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SARDINA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SARDINIA, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

SARDO, KIM
ADDRESS AVAILABLE UPON REQUEST

SARDOON, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SARDONE, DAN
ADDRESS AVAILABLE UPON REQUEST

SARDONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SARDONE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SARDUY, LETICIA
ADDRESS AVAILABLE UPON REQUEST

SARDUY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAREEN, SAVAR
ADDRESS AVAILABLE UPON REQUEST

SARELI, CANDICE
ADDRESS AVAILABLE UPON REQUEST

SARENDRANAUTH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SARFAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SARFF, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SARFO, ABENA
ADDRESS AVAILABLE UPON REQUEST

SARGEANT, EDWYNA
ADDRESS AVAILABLE UPON REQUEST

SARGEANT, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SARGEANT, JEN
ADDRESS AVAILABLE UPON REQUEST

SARGEANT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SARGEANT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SARGENT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SARGENT, ANJELA
ADDRESS AVAILABLE UPON REQUEST

SARGENT, DAVID
ADDRESS AVAILABLE UPON REQUEST

SARGENT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SARGENT, LORI
ADDRESS AVAILABLE UPON REQUEST

SARGENT, PETER
ADDRESS AVAILABLE UPON REQUEST

SARGENT, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SARGENT, VICKY
ADDRESS AVAILABLE UPON REQUEST

SARGIOUS, AMY
ADDRESS AVAILABLE UPON REQUEST

SARGUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SARHAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SARIA, ZANE
ADDRESS AVAILABLE UPON REQUEST

SARIALIOGLU, AYKUT
ADDRESS AVAILABLE UPON REQUEST

SARIC, ATALIA
ADDRESS AVAILABLE UPON REQUEST

SARICH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SARIDAKIS, PETER
ADDRESS AVAILABLE UPON REQUEST

SARIKAS, LILLY
ADDRESS AVAILABLE UPON REQUEST

SARINANA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SARINANA, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

SARINE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

SARITA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SARITAS, SULTANA
ADDRESS AVAILABLE UPON REQUEST

SARIYA, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

SARJEANT, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SARK METHOD
505 WEST 100 SOUTH  277
SALT LAKE CITY, UT  84101

SARKEY, NOAH
ADDRESS AVAILABLE UPON REQUEST

SARKIS GRIGORYAN
ADDRESS AVAILABLE UPON REQUEST

SARKIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SARKISIAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

SARKISIAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SARKUS, GINTARAS
ADDRESS AVAILABLE UPON REQUEST

SARL CHATEAU BEAUBOIS
RD6572 30640 FRANQUEVAUX

SARL DANIEL PETIT ET FILS
10, RUE DE LOMBARDIE
AVIZE  51190
FRANCE

SARMER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SARMIR, DAVID
ADDRESS AVAILABLE UPON REQUEST

SARNA, KERRY
ADDRESS AVAILABLE UPON REQUEST

SARNAGLIA, MAURA
ADDRESS AVAILABLE UPON REQUEST

SARNECKY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SARNER, MADDI
ADDRESS AVAILABLE UPON REQUEST

SARNEY, ROB
ADDRESS AVAILABLE UPON REQUEST

SARNO, AMY
ADDRESS AVAILABLE UPON REQUEST

SARNO, JOEY
ADDRESS AVAILABLE UPON REQUEST

SARNO, JOEY
ADDRESS AVAILABLE UPON REQUEST

SAROLA, KIM
ADDRESS AVAILABLE UPON REQUEST

SARONI, LUKE
ADDRESS AVAILABLE UPON REQUEST

SARPAS, AHMAD
ADDRESS AVAILABLE UPON REQUEST

SARPONG, KOJO
ADDRESS AVAILABLE UPON REQUEST

SARRAF, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SARRANTONIO, DAN
ADDRESS AVAILABLE UPON REQUEST

SARRIA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SARSIDHARAN, ALOK
ADDRESS AVAILABLE UPON REQUEST

SARSON, LYDIA
ADDRESS AVAILABLE UPON REQUEST

SARTENA, YARDEN
ADDRESS AVAILABLE UPON REQUEST

SARTIN, KERI
ADDRESS AVAILABLE UPON REQUEST

SARTIN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

SARTOR, CASEY
ADDRESS AVAILABLE UPON REQUEST

SARTOR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SARTOR, LARRY
ADDRESS AVAILABLE UPON REQUEST

SARTORELLI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SARTORI, JOE
ADDRESS AVAILABLE UPON REQUEST

SARTORI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SARTORIUS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SARTWELL, DESTINY
ADDRESS AVAILABLE UPON REQUEST

SARUK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SARUMOVA, ELEONORA
ADDRESS AVAILABLE UPON REQUEST

SARUP, SHAINEEL
ADDRESS AVAILABLE UPON REQUEST

SARVER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SARVER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SARVER, BECCA
ADDRESS AVAILABLE UPON REQUEST

SARVER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SARVER, JAKE
ADDRESS AVAILABLE UPON REQUEST

SARVER, SHARI
ADDRESS AVAILABLE UPON REQUEST

SARVEY, JASON
ADDRESS AVAILABLE UPON REQUEST

SARVIA, PARRAS
ADDRESS AVAILABLE UPON REQUEST

SAS ALB WINE INTERNATIONAL
LAGAROLE
SAINT-LAURENT-DU-BOIS  33540
FRANCE

SAS RAYMOND VFI
3 LIEU-DIT LAGARDE
SAINT LAURENT DU BOIS  33540
FRANCE

SAS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SASEEN, ALEX
ADDRESS AVAILABLE UPON REQUEST

SASEK, CASEY
ADDRESS AVAILABLE UPON REQUEST

SASENA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SASHA COPE
ADDRESS AVAILABLE UPON REQUEST

SASHA R GOODMAN
ADDRESS AVAILABLE UPON REQUEST

SASHA SERNA
ADDRESS AVAILABLE UPON REQUEST

SASINOWSKI, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SASLAW, ALEX
ADDRESS AVAILABLE UPON REQUEST

SASLAW, MAE
ADDRESS AVAILABLE UPON REQUEST

SASO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SASS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SASS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SASS, RAVEN
ADDRESS AVAILABLE UPON REQUEST

SASS, RAVEN
ADDRESS AVAILABLE UPON REQUEST

SASSANO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

SASSANO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SASSER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SASSER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SASSER, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SASSET, LINDA
ADDRESS AVAILABLE UPON REQUEST

SASSEVILLE, NANCY
ADDRESS AVAILABLE UPON REQUEST

SASSO, MARIA
ADDRESS AVAILABLE UPON REQUEST

SASSO, MARIE
ADDRESS AVAILABLE UPON REQUEST

SASSO, RENE
ADDRESS AVAILABLE UPON REQUEST

SASSONE, REGINA
ADDRESS AVAILABLE UPON REQUEST

SASSOON, AL AND JODI
ADDRESS AVAILABLE UPON REQUEST

SASTRY, AMBICA
ADDRESS AVAILABLE UPON REQUEST

SASTRY, ANURADHA
ADDRESS AVAILABLE UPON REQUEST

SASTRY, SAALINI
ADDRESS AVAILABLE UPON REQUEST

SASUK, BRANDY
ADDRESS AVAILABLE UPON REQUEST

SATARAIN, ED
ADDRESS AVAILABLE UPON REQUEST

SATCHELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SATCHELL, WARREN
ADDRESS AVAILABLE UPON REQUEST

SATEESH KADIYALA
ADDRESS AVAILABLE UPON REQUEST

SATELL, CASEY
ADDRESS AVAILABLE UPON REQUEST

SATELLITE OFFICE INC
3717 N. RAVENSWOOD AVE, STE 238
CHICAGO, IL  60613

SATHAM, ABHISHEK
ADDRESS AVAILABLE UPON REQUEST

SATHER, DEAN
ADDRESS AVAILABLE UPON REQUEST

SATHER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SATHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SATHER, STACEY
ADDRESS AVAILABLE UPON REQUEST

SATHER, TANYA
ADDRESS AVAILABLE UPON REQUEST

SATHISH IYER
ADDRESS AVAILABLE UPON REQUEST

SATHYAKUMAR, SANDHYA
ADDRESS AVAILABLE UPON REQUEST

SATINDER KAUR AJRAWAT
ADDRESS AVAILABLE UPON REQUEST

SATINOVER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SATISHKUMAR, NIDHI
ADDRESS AVAILABLE UPON REQUEST

SATKA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SATKOVICH, LEO
ADDRESS AVAILABLE UPON REQUEST

SATLOW, DAN
ADDRESS AVAILABLE UPON REQUEST

SATO, GAVAN
ADDRESS AVAILABLE UPON REQUEST

SATO, SHANE
ADDRESS AVAILABLE UPON REQUEST

SATO, TERI
ADDRESS AVAILABLE UPON REQUEST

SATOW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SATPATI, AANNESHA
ADDRESS AVAILABLE UPON REQUEST

SATRAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SATRE, ALIX
ADDRESS AVAILABLE UPON REQUEST

SATRIANO, GIANNA
ADDRESS AVAILABLE UPON REQUEST

SATRIANO, LISA
ADDRESS AVAILABLE UPON REQUEST

SATTAN, SHARI
ADDRESS AVAILABLE UPON REQUEST

SATTAR, SHAHID
ADDRESS AVAILABLE UPON REQUEST

SATTAYATAM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SATTER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SATTER, SCENA
ADDRESS AVAILABLE UPON REQUEST

SATTERFIELD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SATTERFIELD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SATTERFIELD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SATTERFIELD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SATTERLEE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SATTERLY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SATTIZAHN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SATTLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SATTLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SATTLER, MAEMEE
ADDRESS AVAILABLE UPON REQUEST

SATTLER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SATURDAYS SURF NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

SATURIA, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

SATYANARAYAN, ARVIND
ADDRESS AVAILABLE UPON REQUEST

SAU, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SAUBERT, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SAUCEDA ROMO, MARISA
ADDRESS AVAILABLE UPON REQUEST

SAUCEDA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SAUCEDO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SAUCEDO, ENRRIQUE
ADDRESS AVAILABLE UPON REQUEST

SAUCEDO, KELLY
ADDRESS AVAILABLE UPON REQUEST

SAUCEDO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SAUCEDO-ELCOXK, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SAUCIER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SAUCIER, NERMINA
ADDRESS AVAILABLE UPON REQUEST

SAUCIER, ZACH
ADDRESS AVAILABLE UPON REQUEST

SAUCIUNAITE, GRETA
ADDRESS AVAILABLE UPON REQUEST

SAUER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SAUER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAUER, HALEY
ADDRESS AVAILABLE UPON REQUEST

SAUER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SAUER, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

SAUER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SAUER, KATE
ADDRESS AVAILABLE UPON REQUEST

SAUER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAUER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAUER, MARK
ADDRESS AVAILABLE UPON REQUEST

SAUER, MARK
ADDRESS AVAILABLE UPON REQUEST

SAUER, NANETTE
ADDRESS AVAILABLE UPON REQUEST

SAUER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SAUER, ZOE
ADDRESS AVAILABLE UPON REQUEST

SAUERLAND, MARY
ADDRESS AVAILABLE UPON REQUEST

SAUERS, JODIE
ADDRESS AVAILABLE UPON REQUEST

SAUGAT GHIMIRE
ADDRESS AVAILABLE UPON REQUEST

SAUL, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SAUL, CARLY
ADDRESS AVAILABLE UPON REQUEST

SAUL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SAUL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAUL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAULINO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SAULK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SAULMON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SAULNIER, CONNER
ADDRESS AVAILABLE UPON REQUEST

SAULS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SAULS, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SAULS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SAULS, TERI
ADDRESS AVAILABLE UPON REQUEST

SAULSBERRY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SAULTS, JOHN
ADDRESS AVAILABLE UPON REQUEST

SAUL-ZERBY, AMY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, AKEISHA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, ALEX
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, ANDREA MADONNA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, CHANTY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, ENGLISH
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, GINA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, HEATH
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, JEVON
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, JUAN
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, KIRA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, LACEY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, LANDON
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, MARY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, TANNER
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SAUNDERS, TRACY
ADDRESS AVAILABLE UPON REQUEST

SAUNDERSON, ILLYANA
ADDRESS AVAILABLE UPON REQUEST

SAUNDERSON, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

SAUNIER, BRITANNY
ADDRESS AVAILABLE UPON REQUEST

SAURABH SACHDEVA
ADDRESS AVAILABLE UPON REQUEST

SAURINA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SAURINI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SAURMAN-MOORE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAUSEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SAUSEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SAUSER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAUSER, RICH
ADDRESS AVAILABLE UPON REQUEST

SAUSLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAUSSER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SAUSSER, SIENA
ADDRESS AVAILABLE UPON REQUEST

SAUTER, BOB AND BELINDA
ADDRESS AVAILABLE UPON REQUEST

SAUTER, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

SAUTHER, TERESA
ADDRESS AVAILABLE UPON REQUEST

SAUTNER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SAUTNER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SAUVAGEAU, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SAUVAGEAU, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SAUVE, KELLY
ADDRESS AVAILABLE UPON REQUEST

SAUVEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SAUVIE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE KUNTZ, SUNNY AND BJ
ADDRESS AVAILABLE UPON REQUEST

SAVAGE SR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, AMY
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ANN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ANNE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, APRIL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, BRANDY
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, CAROL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, DENISE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ELLERY
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, JASON
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, KATE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, KYLE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, PETE
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, RAIA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, SARA
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SAVAGE, WIL
ADDRESS AVAILABLE UPON REQUEST

SAVAGE,JR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SAVAGLIO, AMY
ADDRESS AVAILABLE UPON REQUEST

SAVAGLIO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SAVAGO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SAVALIA, RAJ
ADDRESS AVAILABLE UPON REQUEST

SAVANI, SHAILY
ADDRESS AVAILABLE UPON REQUEST

SAVANI, VISHAL
ADDRESS AVAILABLE UPON REQUEST

SAVANNA MAZUR
ADDRESS AVAILABLE UPON REQUEST

SAVANNAH JUDAH
ADDRESS AVAILABLE UPON REQUEST

SAVARD, QUINN
ADDRESS AVAILABLE UPON REQUEST

SAVARESE, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

SAVARIA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SAVCHUK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SAVEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SAVELL, AMIE
ADDRESS AVAILABLE UPON REQUEST

SAVELYEVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SAVERCOOL, JOHN
ADDRESS AVAILABLE UPON REQUEST

SAVERINO, TOM
ADDRESS AVAILABLE UPON REQUEST

SAVERSKY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SAVERY, DICK
ADDRESS AVAILABLE UPON REQUEST

SAVERY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAVERY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SAVERY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAVIC, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

SAVICH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SAVICKAS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SAVIDGE, DAWN
ADDRESS AVAILABLE UPON REQUEST

SAVIDGE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SAVIDGE, WALKER
ADDRESS AVAILABLE UPON REQUEST

SAVIDIS, IGA
ADDRESS AVAILABLE UPON REQUEST

SAVILLA, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SAVILLE, KAREN
ADDRESS AVAILABLE UPON REQUEST

SAVILLE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SAVILLE, TALIA
ADDRESS AVAILABLE UPON REQUEST

SAVIN, ANDREI
ADDRESS AVAILABLE UPON REQUEST

SAVIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAVINO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SAVINO, DIANA
ADDRESS AVAILABLE UPON REQUEST

SAVINO, KATIE
ADDRESS AVAILABLE UPON REQUEST

SAVINO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SAVINO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SAVINOVICH, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

SAVINSKI, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

SAVIO, LINDA
ADDRESS AVAILABLE UPON REQUEST

SAVITSKI, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SAVITT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SAVITT, RICK
ADDRESS AVAILABLE UPON REQUEST

SAVITZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

SAVNIK, GERARD
ADDRESS AVAILABLE UPON REQUEST

SAVOIA, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SAVOIE, CASEY
ADDRESS AVAILABLE UPON REQUEST

SAVOIE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SAVOLAINEN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SAVON, DONNA
ADDRESS AVAILABLE UPON REQUEST

SAVONA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SAVOSH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SAVOY, BECKY
ADDRESS AVAILABLE UPON REQUEST

SAVOY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SAVOY, QUIANNA
ADDRESS AVAILABLE UPON REQUEST

SAVOY, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SAVOY, SCOUT
ADDRESS AVAILABLE UPON REQUEST

SAVYON, MEIRAV
ADDRESS AVAILABLE UPON REQUEST

SAWAH, DECONTEE
ADDRESS AVAILABLE UPON REQUEST

SAWAI, KYLE
ADDRESS AVAILABLE UPON REQUEST

SAWAMUKAI, LARA
ADDRESS AVAILABLE UPON REQUEST

SAWAYA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SAWCHUK, JULIE
ADDRESS AVAILABLE UPON REQUEST

SAWCHUK, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

SAWDEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

SAWELSON, AARON
ADDRESS AVAILABLE UPON REQUEST

SAWHILL, BLAIR
ADDRESS AVAILABLE UPON REQUEST

SAWI, MOSTAPHA
ADDRESS AVAILABLE UPON REQUEST

SAWICK, LEAH
ADDRESS AVAILABLE UPON REQUEST

SAWICKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

SAWICKI, PENNY
ADDRESS AVAILABLE UPON REQUEST

SAWICKI, STEVE
ADDRESS AVAILABLE UPON REQUEST

SAWINSKI, MICAH
ADDRESS AVAILABLE UPON REQUEST

SAWKA, JEFF
ADDRESS AVAILABLE UPON REQUEST

SAWLSVILLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SAWTELLE, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

SAWTELLE, JENNY
ADDRESS AVAILABLE UPON REQUEST

SAWVEL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SAWYER PERRY
ADDRESS AVAILABLE UPON REQUEST

SAWYER, AMY
ADDRESS AVAILABLE UPON REQUEST

SAWYER, AMY
ADDRESS AVAILABLE UPON REQUEST

SAWYER, AYINDE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SAWYER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, BUFFI
ADDRESS AVAILABLE UPON REQUEST

SAWYER, CARLIE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

SAWYER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

SAWYER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAWYER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

SAWYER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SAWYER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SAWYER, MARK
ADDRESS AVAILABLE UPON REQUEST

SAWYER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SAWYER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SAWYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SAWYER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SAWYER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SAWYER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SAWYER, SHAVONDA
ADDRESS AVAILABLE UPON REQUEST

SAWYER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SAWYER, TERRY
ADDRESS AVAILABLE UPON REQUEST

SAWYERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SAWYERS, CORINNE
ADDRESS AVAILABLE UPON REQUEST

SAX, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SAXBY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SAXCO INTERNATIONAL, LLC
1855 GATEWAY BLVD., STE 400
CONCORD, CA  94520

SAXE, DENISE
ADDRESS AVAILABLE UPON REQUEST

SAXE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

SAXE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SAXEN, JANET
ADDRESS AVAILABLE UPON REQUEST

SAXENA, RUPAL
ADDRESS AVAILABLE UPON REQUEST

SAXENA, SHIVANJALI
ADDRESS AVAILABLE UPON REQUEST

SAXENA, SWASTI
ADDRESS AVAILABLE UPON REQUEST

SAXINGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SAXON  PAROLE
ADDRESS UNAVAILABLE AT TIME OF FILING

SAXON, ANN
ADDRESS AVAILABLE UPON REQUEST

SAXON, ANNIE
ADDRESS AVAILABLE UPON REQUEST

SAXON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

SAXON, BETH
ADDRESS AVAILABLE UPON REQUEST

SAXON, HANNA
ADDRESS AVAILABLE UPON REQUEST

SAXON, HAVOLYNNE
ADDRESS AVAILABLE UPON REQUEST

SAXON, JOANIE
ADDRESS AVAILABLE UPON REQUEST

SAXON, LEE
ADDRESS AVAILABLE UPON REQUEST

SAXON, MAURA
ADDRESS AVAILABLE UPON REQUEST

SAXON, MIKELA
ADDRESS AVAILABLE UPON REQUEST

SAXON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SAXTON SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

SAXTON, ALISON
ADDRESS AVAILABLE UPON REQUEST

SAXTON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SAXTON, DEWAYNE
ADDRESS AVAILABLE UPON REQUEST

SAXTON, JULIA
ADDRESS AVAILABLE UPON REQUEST

SAXTON, SAM
ADDRESS AVAILABLE UPON REQUEST

SAY TECHNOLOGIES LLC
85 WILLOW ROAD
MENLO PARK, CA 94025

SAYABOVORN, THANITA
ADDRESS AVAILABLE UPON REQUEST

SAYDAK, DANA
ADDRESS AVAILABLE UPON REQUEST

SAYDYK, JOHN
ADDRESS AVAILABLE UPON REQUEST

SAYE, KELLY
ADDRESS AVAILABLE UPON REQUEST

SAYED, SAMMY
ADDRESS AVAILABLE UPON REQUEST

SAYED, SHAHEERA
ADDRESS AVAILABLE UPON REQUEST

SAYEN, JASON
ADDRESS AVAILABLE UPON REQUEST

SAYERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SAYERS, ANNE
ADDRESS AVAILABLE UPON REQUEST

SAYERS, MARY
ADDRESS AVAILABLE UPON REQUEST

SAYERS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SAYLER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SAYLES, COREY
ADDRESS AVAILABLE UPON REQUEST

SAYLES, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SAYLES, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, LONI
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, SALLY
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SAYLOR, TAMMI
ADDRESS AVAILABLE UPON REQUEST

SAYOUR, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SAYRE, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

SAYRE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SAYRE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SAYRE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SAZAN LLC
402A WEST PALM VALLEY BLVD  343
ROUND ROCK, TX  78664

SB FITNESS TOURS
ADDRESS UNAVAILABLE AT TIME OF FILING

SB RECORDER
ADDRESS UNAVAILABLE AT TIME OF FILING

SBARRA, DIANE
ADDRESS AVAILABLE UPON REQUEST

SBARROS
ADDRESS UNAVAILABLE AT TIME OF FILING

SBERRO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SBERT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SBERT, GRISEL
ADDRESS AVAILABLE UPON REQUEST

SBORDY, BARRY
ADDRESS AVAILABLE UPON REQUEST

SBROGNA, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SC DEPARTMENT OF REVENUE
PO BOX 100153
COLUMBIA, SC  29202

SCA VINOVALIE
ZA LES PORTES DU TARN
SAINT SULPICE  81370

SCACALOSSI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCACCHITTI, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCACCO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCAFF, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCAFFIDI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCAFIDE, GINA
ADDRESS AVAILABLE UPON REQUEST

SCAFURO, SARA
ADDRESS AVAILABLE UPON REQUEST

SCAGGS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCAGLIONE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SCAGLIONE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCAHILL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCAHILL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SCALA, JENNA
ADDRESS AVAILABLE UPON REQUEST

SCALA, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCALAPINO, CARLA
ADDRESS AVAILABLE UPON REQUEST

SCALERA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCALES, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCALES, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCALES, LEA ANN
ADDRESS AVAILABLE UPON REQUEST

SCALESE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SCALETTAR, CASSIE
ADDRESS AVAILABLE UPON REQUEST

SCALIA, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SCALIA, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCALIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCALICI, ANNE
ADDRESS AVAILABLE UPON REQUEST

SCALING, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

SCALISE, FRANK
ADDRESS AVAILABLE UPON REQUEST

SCALISE, SHARIYAH
ADDRESS AVAILABLE UPON REQUEST

SCALLY, GENEA
ADDRESS AVAILABLE UPON REQUEST

SCALONE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCALORA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SCALVINO, PAULINE
ADDRESS AVAILABLE UPON REQUEST

SCALZI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCALZO, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

SCALZO, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SCALZO, WENDY
ADDRESS AVAILABLE UPON REQUEST

SCAMMACCA, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCAMMON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCAMPOLINO, MARC
ADDRESS AVAILABLE UPON REQUEST

SCANGA, VINNIE
ADDRESS AVAILABLE UPON REQUEST

SCANGARELLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCANLAN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SCANLAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SCANLAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCANLAN, LORELEI
ADDRESS AVAILABLE UPON REQUEST

SCANLAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

SCANLIN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SCANLON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SCANLON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SCANLON, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SCANLON, CONOR
ADDRESS AVAILABLE UPON REQUEST

SCANLON, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCANLON, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCANLON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCANLON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCANNAPIECO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCANNELL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SCANNELL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SCANNELL, NED
ADDRESS AVAILABLE UPON REQUEST

SCANNICCHIO, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SCANTLEBURY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCARAMELLINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCARAMUCCI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SCARAMUCCI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCARBERRY, LANE
ADDRESS AVAILABLE UPON REQUEST

SCARBORO, TRACY
ADDRESS AVAILABLE UPON REQUEST

SCARBOROUGH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCARBOROUGH, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SCARBOROUGH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCARBOROUGH, MARIELLE
ADDRESS AVAILABLE UPON REQUEST

SCARBROUGH, KAIESHA
ADDRESS AVAILABLE UPON REQUEST

SCARBROUGH, KARA
ADDRESS AVAILABLE UPON REQUEST

SCARBROUGH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SCARBROUGH, STEVE
ADDRESS AVAILABLE UPON REQUEST

SCARCELLA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCARCELLA, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

SCARCELLA, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SCARCELLO, MARIE
ADDRESS AVAILABLE UPON REQUEST

SCARCHILLI, ABBY
ADDRESS AVAILABLE UPON REQUEST

SCARDINO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCARETTA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCARFO, MARIE
ADDRESS AVAILABLE UPON REQUEST

SCARFONE, FRANK
ADDRESS AVAILABLE UPON REQUEST

SCARINZI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCARLETT FOLTZ
ADDRESS AVAILABLE UPON REQUEST

SCARLETTE, BOSTON
ADDRESS AVAILABLE UPON REQUEST

SCARNATO, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCARPA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCARPA, LOYANE
ADDRESS AVAILABLE UPON REQUEST

SCARPACE, BECKY
ADDRESS AVAILABLE UPON REQUEST

SCARPACI, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SCARPATI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCARPELLI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SCARPELLI, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SCARRONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCARSELLA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SCARZONE, RON
ADDRESS AVAILABLE UPON REQUEST

SCATA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCATTON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCATURO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SCAUZILLO, MATT
ADDRESS AVAILABLE UPON REQUEST

SCAVETTA, MARK
ADDRESS AVAILABLE UPON REQUEST

SCAVONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCAVONE, DIANA
ADDRESS AVAILABLE UPON REQUEST

SCAVOTTO, NICK
ADDRESS AVAILABLE UPON REQUEST

SCAVUZZO, MARIA
ADDRESS AVAILABLE UPON REQUEST

SCEARCE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCELFO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SCEPANSKY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCEPURA, LISA
ADDRESS AVAILABLE UPON REQUEST

SCERBO, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SCHAACK, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHAAF, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHAAF, KAILA
ADDRESS AVAILABLE UPON REQUEST

SCHAAF, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SCHAAF, LYNN
ADDRESS AVAILABLE UPON REQUEST

SCHAAP, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHAAR, DALE
ADDRESS AVAILABLE UPON REQUEST

SCHAB, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

SCHABACKER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SCHABACKER, PJ
ADDRESS AVAILABLE UPON REQUEST

SCHACHMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHACHT, CELIA
ADDRESS AVAILABLE UPON REQUEST

SCHACHTEL, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SCHACHTELE, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

SCHACHTSCHNEIDER, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHACTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHAD, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SCHAD, KERRY
ADDRESS AVAILABLE UPON REQUEST

SCHADDEL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHADE, ANITA
ADDRESS AVAILABLE UPON REQUEST

SCHADE, DARRIAN
ADDRESS AVAILABLE UPON REQUEST

SCHADE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHADE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCHADEN, SUSANA
ADDRESS AVAILABLE UPON REQUEST

SCHAEBERLE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SCHAEDEL, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER II, GILBERT
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, DARLENE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, ELYSE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, JERRY
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, JOE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, PAM
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, RICK
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, SHANDACE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCHAEFER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, AMANDA LYN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, CALVIN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, CARA
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, MAHERLY
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHAEFFLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCHAER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCHAER, JOSH
ADDRESS AVAILABLE UPON REQUEST

SCHAER, JOYCR
ADDRESS AVAILABLE UPON REQUEST

SCHAFENBERG, TREY
ADDRESS AVAILABLE UPON REQUEST

SCHAFER CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, BRITTINI
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, COLTON
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, COREY
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, JANICE
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHAFER, TODD
ADDRESS AVAILABLE UPON REQUEST

SCHAFF, JOHNSON
ADDRESS AVAILABLE UPON REQUEST

SCHAFF, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, ALANNA
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, LEXI
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, LEXI
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, SUE
ADDRESS AVAILABLE UPON REQUEST

SCHAFFER, YNESHA
ADDRESS AVAILABLE UPON REQUEST

SCHAFFHAUSER, LORI
ADDRESS AVAILABLE UPON REQUEST

SCHAFFNER, JOE
ADDRESS AVAILABLE UPON REQUEST

SCHAFFNER, LUKE
ADDRESS AVAILABLE UPON REQUEST

SCHAFFNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHAFFRICK, ALYSON
ADDRESS AVAILABLE UPON REQUEST

SCHAFFRICK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCHAFHAUSER-WRIGHT, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHAFTEL, SAGE
ADDRESS AVAILABLE UPON REQUEST

SCHAG, THERESE
ADDRESS AVAILABLE UPON REQUEST

SCHAIBLE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

SCHAIBLE-SAMPICA, ELMA
ADDRESS AVAILABLE UPON REQUEST

SCHAKE, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHALICK, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SCHALK, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCHALK, KATRIN
ADDRESS AVAILABLE UPON REQUEST

SCHALLER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SCHALLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCHALLERT, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHALLES, JENYN
ADDRESS AVAILABLE UPON REQUEST

SCHALLOM, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHALUTIN, JEFIM
ADDRESS AVAILABLE UPON REQUEST

SCHAMBERGER, GAIL
ADDRESS AVAILABLE UPON REQUEST

SCHAMBERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHAMEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHAMMEL, LUKE
ADDRESS AVAILABLE UPON REQUEST

SCHAMP, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SCHANDING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHANER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SCHANKS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCHANTZ, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SCHANTZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHANZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCHANZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHAP, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHAPER, SHAWNTAE
ADDRESS AVAILABLE UPON REQUEST

SCHAPIRA, CASEY
ADDRESS AVAILABLE UPON REQUEST

SCHAPPERT, JANE
ADDRESS AVAILABLE UPON REQUEST

SCHAR, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SCHARBER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SCHARBER, LAURY
ADDRESS AVAILABLE UPON REQUEST

SCHARCHBURG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHARDT, LOWELL
ADDRESS AVAILABLE UPON REQUEST

SCHARF, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHARF, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHARF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHARFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHARL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHARMANN, JANIECE
ADDRESS AVAILABLE UPON REQUEST

SCHARN, LYNNE
ADDRESS AVAILABLE UPON REQUEST

SCHARNOTT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHARNOW, ALLY
ADDRESS AVAILABLE UPON REQUEST

SCHARON, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SCHARPE, BREANN
ADDRESS AVAILABLE UPON REQUEST

SCHARPF, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCHARTON, ERICA
ADDRESS AVAILABLE UPON REQUEST

SCHARWATH, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHAS, ERNA
ADDRESS AVAILABLE UPON REQUEST

SCHASSE, VANGIE
ADDRESS AVAILABLE UPON REQUEST

SCHASZBERGER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHATTELES, DENISE
ADDRESS AVAILABLE UPON REQUEST

SCHATTI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHATTNER, YAARA
ADDRESS AVAILABLE UPON REQUEST

SCHATTNER, YAARA
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, SAMSON
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHATZ, TINE
ADDRESS AVAILABLE UPON REQUEST

SCHATZEL, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHATZMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHAU, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHAUB, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHAUB, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

SCHAUB, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHAUBERT, JARED
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, ADAM
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, DICEY
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

SCHAUER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCHAUPENBUEL, LEAH
ADDRESS AVAILABLE UPON REQUEST

SCHAUGH, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHAULS, KYLE
ADDRESS AVAILABLE UPON REQUEST

SCHAUM, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

SCHAUM, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

SCHAUMLEFFEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCHAUNAMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SCHECHTER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SCHECHTMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

SCHECK, GARY
ADDRESS AVAILABLE UPON REQUEST

SCHECK, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHECK, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SCHECKEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHEDLER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SCHEDLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHEDULEGRAM
ADDRESS UNAVAILABLE AT TIME OF FILING

SCHEDULEONCE, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

SCHEEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHEELER, KATLYN
ADDRESS AVAILABLE UPON REQUEST

SCHEELER, KIM
ADDRESS AVAILABLE UPON REQUEST

SCHEELINE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHEER, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SCHEER, KIM
ADDRESS AVAILABLE UPON REQUEST

SCHEER, LIZ
ADDRESS AVAILABLE UPON REQUEST

SCHEER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHEESE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHEETZ, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SCHEETZ, DARCY
ADDRESS AVAILABLE UPON REQUEST

SCHEETZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHEEVEL-BELL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SCHEFFE, NANCY
ADDRESS AVAILABLE UPON REQUEST

SCHEFFENACKER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SCHEFFER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SCHEFFLER-PLOETZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHEFFNER, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SCHEFLEN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SCHEIB, MONICA
ADDRESS AVAILABLE UPON REQUEST

SCHEIBELER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHEIBER, SIMONA
ADDRESS AVAILABLE UPON REQUEST

SCHEIBLE, SONYA
ADDRESS AVAILABLE UPON REQUEST

SCHEICH, ADAM M.
ADDRESS AVAILABLE UPON REQUEST

SCHEID VINEYARDS, INC
305 HILLTOWN ROAD
SALINAS, CA  93908

SCHEID, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHEIDBACH, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SCHEIDEGGER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SCHEIDEGGER, TERESA
ADDRESS AVAILABLE UPON REQUEST

SCHEIDELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHEIDEMANN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHEIDER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCHEIDT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHEIDT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHEIER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHEIFELE, CATI
ADDRESS AVAILABLE UPON REQUEST

SCHEIMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SCHEINER, MARC
ADDRESS AVAILABLE UPON REQUEST

SCHEINER, SUELLEN
ADDRESS AVAILABLE UPON REQUEST

SCHEINTAUB, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SCHEINTHAL, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SCHEIRMAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

SCHEJOLA, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHELBLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHELICH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHELKUN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHELL, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

SCHELL, HILARY
ADDRESS AVAILABLE UPON REQUEST

SCHELL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SCHELL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHELL, LEA
ADDRESS AVAILABLE UPON REQUEST

SCHELL, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHELL, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SCHELLER C/O EDLEN, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHELLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

SCHELLER, KATHY
ADDRESS AVAILABLE UPON REQUEST

SCHELLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHELLERUP, MARK
ADDRESS AVAILABLE UPON REQUEST

SCHELLHAMMER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SCHELLINGER, STACI
ADDRESS AVAILABLE UPON REQUEST

SCHELLINGER, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHELLY, SAM
ADDRESS AVAILABLE UPON REQUEST

SCHEMBRE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

SCHEMEL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SCHEMEL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHEMENAUER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHEMMEL, GERALYN
ADDRESS AVAILABLE UPON REQUEST

SCHEMMER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SCHEMSTAD, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHENCK, HUNTER
ADDRESS AVAILABLE UPON REQUEST

SCHENCK, KEELY
ADDRESS AVAILABLE UPON REQUEST

SCHENCK, KURT
ADDRESS AVAILABLE UPON REQUEST

SCHENCK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SCHENCK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SCHENDEL, APRIL
ADDRESS AVAILABLE UPON REQUEST

SCHENDZELOS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHENEMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SCHENENDORF, LEANNE
ADDRESS AVAILABLE UPON REQUEST

SCHENEWERK, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SCHENK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHENK, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHENK, ANNELIESE
ADDRESS AVAILABLE UPON REQUEST

SCHENK, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SCHENK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHENK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHENK, KATI
ADDRESS AVAILABLE UPON REQUEST

SCHENK, MONICA
ADDRESS AVAILABLE UPON REQUEST

SCHENK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHENK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHENK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHENK, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCHENKE, JEFF
ADDRESS AVAILABLE UPON REQUEST

SCHENKEL, HANNA
ADDRESS AVAILABLE UPON REQUEST

SCHENKEL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SCHENKEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHENKEL, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCHENKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHENKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHEON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SCHEPERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHEPERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHEPIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHEPP, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHEPP, LANA
ADDRESS AVAILABLE UPON REQUEST

SCHEPP, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHEPP, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHEPPERLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHER, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SCHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHERBER, JANE
ADDRESS AVAILABLE UPON REQUEST

SCHERBER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHERER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHERER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHERER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHERER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHERER, MARK
ADDRESS AVAILABLE UPON REQUEST

SCHERER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHERER, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCHERER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHERF, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

SCHERLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHERLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHERPELZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHERPENBERG, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHERRER, LEA
ADDRESS AVAILABLE UPON REQUEST

SCHERRY, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHERSCHEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHERTZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHERTZER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SCHERWITZL, RAOUL
ADDRESS AVAILABLE UPON REQUEST

SCHERZER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHETTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHETTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHETTINO, ANTONIETA
ADDRESS AVAILABLE UPON REQUEST

SCHETTINO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHETZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHEU, PETER
ADDRESS AVAILABLE UPON REQUEST

SCHEUBER, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

SCHEUER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHEUER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHEUERLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHEUERMANN, JILL
ADDRESS AVAILABLE UPON REQUEST

SCHEULER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHEVING, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCHEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHIANO, DEB
ADDRESS AVAILABLE UPON REQUEST

SCHIANO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHIAPPA, MIKE
ADDRESS AVAILABLE UPON REQUEST

SCHIAVO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SCHIAVO, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHIAVONE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SCHIAVONI, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SCHIAZZA, DEIDRE
ADDRESS AVAILABLE UPON REQUEST

SCHIBI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHICK, LIZ
ADDRESS AVAILABLE UPON REQUEST

SCHICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SCHICKEL, CECILIA
ADDRESS AVAILABLE UPON REQUEST

SCHICKER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SCHICKLER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SCHIEBER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SCHIEBER, TONI
ADDRESS AVAILABLE UPON REQUEST

SCHIED, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SCHIEDEL, KYLE
ADDRESS AVAILABLE UPON REQUEST

SCHIEFER, GRACE
ADDRESS AVAILABLE UPON REQUEST

SCHIEFER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHIEFFER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCHIEGNER, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

SCHIELDROP, CATHERINE AND DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHIELDS, TOM
ADDRESS AVAILABLE UPON REQUEST

SCHIELE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCHIELER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCHIELER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHIELI, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SCHIELS, JEAN
ADDRESS AVAILABLE UPON REQUEST

SCHIEMAN, KATYEE
ADDRESS AVAILABLE UPON REQUEST

SCHIENKE, ERICH
ADDRESS AVAILABLE UPON REQUEST

SCHIER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHIER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHIERBEEK, GINA
ADDRESS AVAILABLE UPON REQUEST

SCHIERBROCK, JOE
ADDRESS AVAILABLE UPON REQUEST

SCHIERHOLZ, ORVAL
ADDRESS AVAILABLE UPON REQUEST

SCHIESER, ANN
ADDRESS AVAILABLE UPON REQUEST

SCHIETRUM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHIETZELT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SCHIEVE, KEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHIFANO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, JILL
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, MARY ANNE
ADDRESS AVAILABLE UPON REQUEST

SCHIFF, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SCHIFFER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHIFFER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SCHIFFER, LORI
ADDRESS AVAILABLE UPON REQUEST

SCHIFFER, MEGANN
ADDRESS AVAILABLE UPON REQUEST

SCHIFFHAUER, LIESEL
ADDRESS AVAILABLE UPON REQUEST

SCHIFFNER, JANIS
ADDRESS AVAILABLE UPON REQUEST

SCHILD, NORA
ADDRESS AVAILABLE UPON REQUEST

SCHILD, NORA
ADDRESS AVAILABLE UPON REQUEST

SCHILDERINK, WES
ADDRESS AVAILABLE UPON REQUEST

SCHILDKRAUT, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHILDKRET, LIZ
ADDRESS AVAILABLE UPON REQUEST

SCHILDT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHILDWACHTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHILL, AMIE
ADDRESS AVAILABLE UPON REQUEST

SCHILL, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHILL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHILL, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SCHILL, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SCHILL, LEAH
ADDRESS AVAILABLE UPON REQUEST

SCHILLACE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHILLACI, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, LUIZ
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, MAXINE
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHILLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHILLI, TASHA
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, BIRGIT
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, DEREK
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, DEREK
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, JOLINE
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, JUDY
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, NANCY
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCHILLING, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SCHILLINGER, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHILLO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCHILLO, PAYTON
ADDRESS AVAILABLE UPON REQUEST

SCHILPEROORT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHILY, MICKI
ADDRESS AVAILABLE UPON REQUEST

SCHIMBERG, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

SCHIMMEL, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHIMMEL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHIMMER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SCHIMMOELLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHIMMOLLER, HOWARD
ADDRESS AVAILABLE UPON REQUEST

SCHIMMOLLER, KELLI
ADDRESS AVAILABLE UPON REQUEST

SCHIMPF, CARA
ADDRESS AVAILABLE UPON REQUEST

SCHINDEL, JEAN
ADDRESS AVAILABLE UPON REQUEST

SCHINDEL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHINDELE, DANAE
ADDRESS AVAILABLE UPON REQUEST

SCHINDERLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHINDEWOLF, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHINDEWOLF, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER II, T R
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, ELISE
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, GRETA
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, KOREN
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHINDLER, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHINGECK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHINTZIUS, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHINZEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHIOPPO, DAVIA
ADDRESS AVAILABLE UPON REQUEST

SCHIORRING, EVA
ADDRESS AVAILABLE UPON REQUEST

SCHIPHORST, LORI
ADDRESS AVAILABLE UPON REQUEST

SCHIPPEL, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

SCHIPPER, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCHIPPER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHIPULL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHIRALDI, MARIA
ADDRESS AVAILABLE UPON REQUEST

SCHIRALDI, MISS
ADDRESS AVAILABLE UPON REQUEST

SCHIRATO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHIRICK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHIRK, CLAUS
ADDRESS AVAILABLE UPON REQUEST

SCHIRMER, JANEE
ADDRESS AVAILABLE UPON REQUEST

SCHIRO, MISTY
ADDRESS AVAILABLE UPON REQUEST

SCHISLER, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCHISSLER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCHISSLER, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHISSLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHITTIG, SEAN
ADDRESS AVAILABLE UPON REQUEST

SCHITTINO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHJANG, GILISSA
ADDRESS AVAILABLE UPON REQUEST

SCHLABACH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHLABACH, GAYLE
ADDRESS AVAILABLE UPON REQUEST

SCHLABACH, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCHLABS, TERRI
ADDRESS AVAILABLE UPON REQUEST

SCHLACHTER, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHLACHTER, JERICA
ADDRESS AVAILABLE UPON REQUEST

SCHLACHTER, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHLACTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHLAFF, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCHLAGEL, EMILEE
ADDRESS AVAILABLE UPON REQUEST

SCHLAGETER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHLAGHECK, KARI
ADDRESS AVAILABLE UPON REQUEST

SCHLAICH, TYLER
ADDRESS AVAILABLE UPON REQUEST

SCHLAIKOWSKI, CORINN
ADDRESS AVAILABLE UPON REQUEST

SCHLAKMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHLAMME, JOE
ADDRESS AVAILABLE UPON REQUEST

SCHLANGER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SCHLAPPI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCHLATHER, TERRI
ADDRESS AVAILABLE UPON REQUEST

SCHLAU, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHLAUCH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHLAUD, JODI
ADDRESS AVAILABLE UPON REQUEST

SCHLAUFMAN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SCHLAUTMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHLAX, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHLEBECKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHLECHT, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SCHLECHTRIEM, CAROL
ADDRESS AVAILABLE UPON REQUEST

SCHLECKSER, PATTI
ADDRESS AVAILABLE UPON REQUEST

SCHLEE, JANENE
ADDRESS AVAILABLE UPON REQUEST

SCHLEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHLEETER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHLEGEL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHLEGEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHLEGEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHLEGEL, MIKE
ADDRESS AVAILABLE UPON REQUEST

SCHLEICH, HAILEY
ADDRESS AVAILABLE UPON REQUEST

SCHLEICH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHLEIERMACHER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHLEIFER, EVAN
ADDRESS AVAILABLE UPON REQUEST

SCHLEIFSTEIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCHLEIG, CHAD
ADDRESS AVAILABLE UPON REQUEST

SCHLEMME, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHLEMMER, DONNA
ADDRESS AVAILABLE UPON REQUEST

SCHLEMMER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHLEMMER, MERRITT
ADDRESS AVAILABLE UPON REQUEST

SCHLENGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHLENKER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SCHLESINGER, FREDRIC
ADDRESS AVAILABLE UPON REQUEST

SCHLESINGER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCHLESINGER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHLESSEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHLESSMAN, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHLETT, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

SCHLEUNING, TARYN
ADDRESS AVAILABLE UPON REQUEST

SCHLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHLEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHLEYER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHLICHTER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHLICHTING, DARRELL
ADDRESS AVAILABLE UPON REQUEST

SCHLICHTING, MARLEE
ADDRESS AVAILABLE UPON REQUEST

SCHLICHTING, SAM
ADDRESS AVAILABLE UPON REQUEST

SCHLIEPER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHLIMM, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHLIPMANN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SCHLITT, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHLITTENHART, RUTH
ADDRESS AVAILABLE UPON REQUEST

SCHLOEMER, JENIFER
ADDRESS AVAILABLE UPON REQUEST

SCHLOENDORN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SCHLONSKI, PENNY
ADDRESS AVAILABLE UPON REQUEST

SCHLOSNAGLE, JARED
ADDRESS AVAILABLE UPON REQUEST

SCHLOSS, JENN & LEE
ADDRESS AVAILABLE UPON REQUEST

SCHLOSS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SCHLOSS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSBERG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHLOSSER, TAMALYNN
ADDRESS AVAILABLE UPON REQUEST

SCHLOTT, ARIN
ADDRESS AVAILABLE UPON REQUEST

SCHLOTT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHLOTZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHLOTZHAUER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHLOUGH, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SCHLUDE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SCHLUENDER, NICOHLE
ADDRESS AVAILABLE UPON REQUEST

SCHLUEP, DARIN
ADDRESS AVAILABLE UPON REQUEST

SCHLUETER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHLUETER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SCHLUETER, MITZIE
ADDRESS AVAILABLE UPON REQUEST

SCHLUNEGER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SCHLUP, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SCHLUPP, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHLUSSER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHLUTER, TARA LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHLUTZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHMAIZL, MANNY
ADDRESS AVAILABLE UPON REQUEST

SCHMALE, JEFF
ADDRESS AVAILABLE UPON REQUEST

SCHMALING, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHMALL, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

SCHMALTZ, ELIDA
ADDRESS AVAILABLE UPON REQUEST

SCHMALTZ, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCHMALZ, DINA
ADDRESS AVAILABLE UPON REQUEST

SCHMALZRIED, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHMAUS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHMECK, KACIE
ADDRESS AVAILABLE UPON REQUEST

SCHMEDDING, FLOYD
ADDRESS AVAILABLE UPON REQUEST

SCHMEICHEL, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SCHMEISER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHMELKIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

SCHMELTER, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

SCHMELTZ, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SCHMELZER, JAIKOB
ADDRESS AVAILABLE UPON REQUEST

SCHMELZLEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCHMERMUND, MANDEE
ADDRESS AVAILABLE UPON REQUEST

SCHMICK, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHMICKER, BRAD
ADDRESS AVAILABLE UPON REQUEST

SCHMID, JESSE
ADDRESS AVAILABLE UPON REQUEST

SCHMID, JULIET
ADDRESS AVAILABLE UPON REQUEST

SCHMID, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHMID, LORI
ADDRESS AVAILABLE UPON REQUEST

SCHMID, MAEVE
ADDRESS AVAILABLE UPON REQUEST

SCHMID, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHMID, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDA, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHMIDBERGER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDER, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDGALL, KATE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDGALL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDHAMER, ALLYS
ADDRESS AVAILABLE UPON REQUEST

SCHMIDLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALI
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALLEN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, BETH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CAROLA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CATHY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, DARCY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, DEREK
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, DEVAN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ELAINE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ERICA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, GRACE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, JENNA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KARA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KARLEE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KATE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KERRY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KIM
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LEIGH ANNE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LORRI
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LUKE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, LYNNE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MARK
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, RUTH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SABENA
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SALLY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SAM
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SAM
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SANDY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SHARI
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SCHMIDT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SCHMIEDER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SCHMIEDER, GARY
ADDRESS AVAILABLE UPON REQUEST

SCHMIEDER, KATLIN
ADDRESS AVAILABLE UPON REQUEST

SCHMIEGEL, LUKE
ADDRESS AVAILABLE UPON REQUEST

SCHMIER, DAVE
ADDRESS AVAILABLE UPON REQUEST

SCHMIG, JANE
ADDRESS AVAILABLE UPON REQUEST

SCHMINCKE, DON
ADDRESS AVAILABLE UPON REQUEST

SCHMIT, ARDI
ADDRESS AVAILABLE UPON REQUEST

SCHMIT, JENNY
ADDRESS AVAILABLE UPON REQUEST

SCHMIT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHMITGEN, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

SCHMITT STACY
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, ADAM
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, CASAUNDRA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, COLBY
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, KLAUS
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, MARTA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, NOELLE
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, PATRICIA SCHMITT
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, SETH
ADDRESS AVAILABLE UPON REQUEST

SCHMITT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SCHMITTAU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHMITTAU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHMITTENBERG, HALLI
ADDRESS AVAILABLE UPON REQUEST

SCHMITTGENS JR, EUGENE P
ADDRESS AVAILABLE UPON REQUEST

SCHMITTLING, MARK
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, ARLENE
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, BILL "POPPY"
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, BOB
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, CLARA
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, JODY
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, MARTY
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, MIKE
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, NEIL
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, ROB
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, RUDOLF
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCHMITZ, ZAC
ADDRESS AVAILABLE UPON REQUEST

SCHMOEGER, JUDY
ADDRESS AVAILABLE UPON REQUEST

SCHMOK, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SCHMOLDT, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHMOLL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHMOLL, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHMOLL, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHMOYER, JOBETH
ADDRESS AVAILABLE UPON REQUEST

SCHMUHL, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SCHNAARS, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHNABEL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHNAIDT, RENEE
ADDRESS AVAILABLE UPON REQUEST

SCHNAKE, GRETA
ADDRESS AVAILABLE UPON REQUEST

SCHNAKE, ROB
ADDRESS AVAILABLE UPON REQUEST

SCHNAPP, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHNARE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SCHNAUBELT, DR. MARY
ADDRESS AVAILABLE UPON REQUEST

SCHNEBLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHNEEBERGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHNEEWEIS, HALEY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER NATIONAL CARRIERS, INC.
(SCHNEIDER TRANSPORTATION
MANAGEMENT)
PO BOX 2545
GREEN BAY, WI  54306

SCHNEIDER, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, APRIL
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, BRYNNE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, DALENA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, DIAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, DORI
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, EDITH
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JAROD
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, KARSEE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, OWEN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, SOREN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, TRISH
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER, ZACH
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER-GREEN, EMMY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDER-GREEN, EMMY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDERMAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDERMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDERMAN, CATE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIDERWIND, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SCHNEIER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCHNEITER, CALLI
ADDRESS AVAILABLE UPON REQUEST

SCHNELL, CARLY
ADDRESS AVAILABLE UPON REQUEST

SCHNELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHNELLE, NICK
ADDRESS AVAILABLE UPON REQUEST

SCHNELLER, ALIZA
ADDRESS AVAILABLE UPON REQUEST

SCHNEPF, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHNEPF, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

SCHNEPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHNETZER, OWEN
ADDRESS AVAILABLE UPON REQUEST

SCHNICKE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SCHNIEDERS, JOAN
ADDRESS AVAILABLE UPON REQUEST

SCHNIEDERS, JONES
ADDRESS AVAILABLE UPON REQUEST

SCHNIER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SCHNIERLE, JANICE
ADDRESS AVAILABLE UPON REQUEST

SCHNIPKE, BRENT
ADDRESS AVAILABLE UPON REQUEST

SCHNIPKE, SHERRI
ADDRESS AVAILABLE UPON REQUEST

SCHNITTGER, DOUG
ADDRESS AVAILABLE UPON REQUEST

SCHNITTKER, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

SCHNOOR, AMIE
ADDRESS AVAILABLE UPON REQUEST

SCHNOOR, TORI
ADDRESS AVAILABLE UPON REQUEST

SCHNUERER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SCHNUGG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHNURE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHNURR, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SCHNYDERITE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHOBER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SCHOBER, GLENN
ADDRESS AVAILABLE UPON REQUEST

SCHOBER, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHOBER, SONYA
ADDRESS AVAILABLE UPON REQUEST

SCHOBER, VINCE
ADDRESS AVAILABLE UPON REQUEST

SCHOCH, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SCHOCH, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHOCH, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHOCHET, RANDI
ADDRESS AVAILABLE UPON REQUEST

SCHOCK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SCHOCK, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SCHOCK, MIKALA
ADDRESS AVAILABLE UPON REQUEST

SCHOCK, MINDY
ADDRESS AVAILABLE UPON REQUEST

SCHOCKETT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHODT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCHOEBERLEIN, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHOEDLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCHOEFFLER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SCHOELEN, DENISE
ADDRESS AVAILABLE UPON REQUEST

SCHOELLER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SCHOEMAKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHOEMAN, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, ANNE
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, MAX
ADDRESS AVAILABLE UPON REQUEST

SCHOEN, RHONDA
ADDRESS AVAILABLE UPON REQUEST

SCHOENBAECHLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SCHOENBERG, BETH
ADDRESS AVAILABLE UPON REQUEST

SCHOENBERG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCHOENBERGER, JACK
ADDRESS AVAILABLE UPON REQUEST

SCHOENBERGER, TORI
ADDRESS AVAILABLE UPON REQUEST

SCHOENDORF, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SCHOENE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SCHOENE, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

SCHOENEBERGER, PAT
ADDRESS AVAILABLE UPON REQUEST

SCHOENECKER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SCHOENECKER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHOENEMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHOENEMAN, KORI
ADDRESS AVAILABLE UPON REQUEST

SCHOENEMANN, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCHOENFELD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SCHOENFELDER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCHOENFELDER, MAIA
ADDRESS AVAILABLE UPON REQUEST

SCHOENFELDER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHOENHERR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHOENHOLZ, KENZIE
ADDRESS AVAILABLE UPON REQUEST

SCHOENI, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHOENING, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHOENING, PETER
ADDRESS AVAILABLE UPON REQUEST

SCHOENKE, ISABELA
ADDRESS AVAILABLE UPON REQUEST

SCHOENLEBER, NANCY
ADDRESS AVAILABLE UPON REQUEST

SCHOENMANN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHOENST, MANDY
ADDRESS AVAILABLE UPON REQUEST

SCHOENSTEIN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SCHOENTHAL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHOENTHALER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SCHOEPFLIN, CARLY
ADDRESS AVAILABLE UPON REQUEST

SCHOEPFLIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHOETTINGER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHOETTLE, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHOETTLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHOETTLER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHOF, HENRY
ADDRESS AVAILABLE UPON REQUEST

SCHOFDING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHOFFMAN, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, BETSY
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, CAPRI
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, CARLY
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, RAE
ADDRESS AVAILABLE UPON REQUEST

SCHOFIELD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHOLEM, AUNDREA
ADDRESS AVAILABLE UPON REQUEST

SCHOLER, IAN
ADDRESS AVAILABLE UPON REQUEST

SCHOLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHOLES, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHOLES, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHOLFIELD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHOLIUM PROJECT LLC
PO BOX 11106
OAKLAND, CA  94611

SCHOLL, AARON
ADDRESS AVAILABLE UPON REQUEST

SCHOLL, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHOLL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHOLLA, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SCHOLLE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SCHOLL-MARVEL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, KARLA
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, KODY
ADDRESS AVAILABLE UPON REQUEST

SCHOLTEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHOLTES, KATE
ADDRESS AVAILABLE UPON REQUEST

SCHOLTING, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHOLTZ, KARA
ADDRESS AVAILABLE UPON REQUEST

SCHOLWINSKI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SCHOLZ, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SCHOLZ, ROSALEE
ADDRESS AVAILABLE UPON REQUEST

SCHOLZ, SHANEL
ADDRESS AVAILABLE UPON REQUEST

SCHOLZ, TERI
ADDRESS AVAILABLE UPON REQUEST

SCHOMAKER, JEFF
ADDRESS AVAILABLE UPON REQUEST

SCHOMAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHOMBURG, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SCHOMMER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SCHON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCHON, GISELA
ADDRESS AVAILABLE UPON REQUEST

SCHONAUER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHONBERG, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHONBERGER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SCHONBRUN, JACKY
ADDRESS AVAILABLE UPON REQUEST

SCHONE, CARLOTA
ADDRESS AVAILABLE UPON REQUEST

SCHONEBERGER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SCHONEWOLF, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHONGAR, GLENN
ADDRESS AVAILABLE UPON REQUEST

SCHONHARDT, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHONING, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCHONS, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

SCHONSTAL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SCHOOF, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCHOOL PILATES, OLD
ADDRESS AVAILABLE UPON REQUEST

SCHOOL, JEREMY
ADDRESS AVAILABLE UPON REQUEST

SCHOODAR, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

SCHOOLEY, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHOOLEY, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

SCHOOLEY, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SCHOOLFIELD, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHOOLMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHOOLMASTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHOOLS, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHOONOVER, KARA
ADDRESS AVAILABLE UPON REQUEST

SCHOONOVER, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCHOONOVER, TAYA
ADDRESS AVAILABLE UPON REQUEST

SCHOOTER, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SCHOPF, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

SCHOPPA, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHOPPE, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHOPPEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SCHOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHOREDER, TERESA
ADDRESS AVAILABLE UPON REQUEST

SCHORR, CELINA
ADDRESS AVAILABLE UPON REQUEST

SCHORR, CLIFF
ADDRESS AVAILABLE UPON REQUEST

SCHORR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCHORR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHORR, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

SCHORR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCHORR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, ADELE
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, ALORA
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHOTT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHOTTEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHOTTERS, PAYSON
ADDRESS AVAILABLE UPON REQUEST

SCHOTZKO, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

SCHOUNARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHOUTEN, ABBY
ADDRESS AVAILABLE UPON REQUEST

SCHOUTEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHOVANEC, BRETT
ADDRESS AVAILABLE UPON REQUEST

SCHOW, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

SCHOWE, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHPAK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCHRADE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, JEN
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, LYNN
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, ROGER
ADDRESS AVAILABLE UPON REQUEST

SCHRADER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SCHRAER, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHRAFFENBERGER, DONNA
ADDRESS AVAILABLE UPON REQUEST

SCHRAG, BOBBY
ADDRESS AVAILABLE UPON REQUEST

SCHRAG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHRAIBMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SCHRAM, GALEN
ADDRESS AVAILABLE UPON REQUEST

SCHRAM, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHRAM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCHRAM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, JAKE
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, LINCOLN
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, LUKE
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, SARINA
ADDRESS AVAILABLE UPON REQUEST

SCHRAMM, SARINA
ADDRESS AVAILABLE UPON REQUEST

SCHRANDT, ALLAN
ADDRESS AVAILABLE UPON REQUEST

SCHRANTZ, LARRY
ADDRESS AVAILABLE UPON REQUEST

SCHRATZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHRAUTH, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SCHRAUTH, RENEE
ADDRESS AVAILABLE UPON REQUEST

SCHRAY, JENA
ADDRESS AVAILABLE UPON REQUEST

SCHRECK, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

SCHRECKENGOST, CLINTON
ADDRESS AVAILABLE UPON REQUEST

SCHRECKENGOST, JILEENA
ADDRESS AVAILABLE UPON REQUEST

SCHREGER, SEAN
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, CORALY
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, J.P.
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, SEYMOUR
ADDRESS AVAILABLE UPON REQUEST

SCHREIBER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCHREIBERG, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHREIBMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHREIBSTEIN, WENDY
ADDRESS AVAILABLE UPON REQUEST

SCHREIDER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SCHREIER, KERRI
ADDRESS AVAILABLE UPON REQUEST

SCHREINER, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

SCHREINER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SCHREINER, RANDEHL
ADDRESS AVAILABLE UPON REQUEST

SCHREINER, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHREINER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHREMMER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SCHREYER, JESSE
ADDRESS AVAILABLE UPON REQUEST

SCHRIBMAN, JACOB
ADDRESS AVAILABLE UPON REQUEST

SCHRICKER, JUDY
ADDRESS AVAILABLE UPON REQUEST

SCHRIEVER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCHRIEVER, SHEENA
ADDRESS AVAILABLE UPON REQUEST

SCHRIMPER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHRINER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHRIVER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHRIVER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHRODE, MARC
ADDRESS AVAILABLE UPON REQUEST

SCHRODER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHRODER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ANDIE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, DIANE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JAMIN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JANETTE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JEFF
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JENNA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, KATEY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LAUREL
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LEE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MARIE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MARK
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, SHAWNACI
ADDRESS AVAILABLE UPON REQUEST

SCHROEDER, TODD
ADDRESS AVAILABLE UPON REQUEST

SCHROER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHROER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

SCHROER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SCHROER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHROETER, ALISON
ADDRESS AVAILABLE UPON REQUEST

SCHROETER, ANI
ADDRESS AVAILABLE UPON REQUEST

SCHROETTINGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHROFF, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SCHROKER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCHROLL, TASSI
ADDRESS AVAILABLE UPON REQUEST

SCHROM, MIAYA
ADDRESS AVAILABLE UPON REQUEST

SCHROTH, RON
ADDRESS AVAILABLE UPON REQUEST

SCHROTT, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHROYER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SCHRUBEN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SCHRUM, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SCHRUMP, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SCHRUMPF, LEVI
ADDRESS AVAILABLE UPON REQUEST

SCHU, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

SCHUBAUER, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHUBBE, ALEY
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, ISELA
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SCHUBERT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHUBIGER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHUCHARD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SCHUCHART, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, JAIME
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, JENN
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, MATT
ADDRESS AVAILABLE UPON REQUEST

SCHUCK, STACY
ADDRESS AVAILABLE UPON REQUEST

SCHUDY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCHUELE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SCHUELLER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

SCHUELLER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SCHUELLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHUEMANN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SCHUENEMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHUENEMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHUESSLER, LUCAS
ADDRESS AVAILABLE UPON REQUEST

SCHUETH, GINA
ADDRESS AVAILABLE UPON REQUEST

SCHUETT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCHUETTENBERG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCHUETZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCHUETZ, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCHUFT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHUG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SCHUG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHUG, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCHUG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHUGEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

SCHUH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SCHUH, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SCHUH, KENNEDY
ADDRESS AVAILABLE UPON REQUEST

SCHUITEMA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

SCHUITT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHULD, HADLEY
ADDRESS AVAILABLE UPON REQUEST

SCHULER IV, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SCHULER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHULER, CARLYE
ADDRESS AVAILABLE UPON REQUEST

SCHULER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SCHULER, CODY
ADDRESS AVAILABLE UPON REQUEST

SCHULER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHULER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHULER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SCHULER, JOLISSE
ADDRESS AVAILABLE UPON REQUEST

SCHULER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHULER, MONICA
ADDRESS AVAILABLE UPON REQUEST

SCHULER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCHULER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SCHULIST, LISA
ADDRESS AVAILABLE UPON REQUEST

SCHULKE, C.PATRICK
ADDRESS AVAILABLE UPON REQUEST

SCHULLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SCHULLSTROM, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHULMAN, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCHULMAN, DINA
ADDRESS AVAILABLE UPON REQUEST

SCHULMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHULMAN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SCHULMEISTER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SCHULSINGER, KARI
ADDRESS AVAILABLE UPON REQUEST

SCHULT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, BETH
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, ERICA
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, HILARY
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, KIM
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, RICKY
ADDRESS AVAILABLE UPON REQUEST

SCHULTE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCHULTES, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCHULTES, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCHULTHEIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHULTHEIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SCHULTHEIS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SCHULTHEIS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SCHULTICE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SCHULTS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, CLARICE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DAVENA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DEREK
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, DIANE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, HILAREE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, HOWARD
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, JAMI
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, JEN
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, LISA MARIE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MARA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MARCY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MEG
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, MONTE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, R STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, RALPH AND DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SCHULTZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

SCHULTZE, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHULTZEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, EVAN
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, GINNY
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, JANUARY
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, KEELEY
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, SHERRI
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, STACEY
ADDRESS AVAILABLE UPON REQUEST

SCHULZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, BAILEA
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, JANET
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, LORI
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHULZE, TASH
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, BRENTON
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, CINDY
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, JEN
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, MARCY
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, MARY
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, SANDY
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHUMACHER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHUMAKER, ANN
ADDRESS AVAILABLE UPON REQUEST

SCHUMAKER, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHUMAKER, NICK
ADDRESS AVAILABLE UPON REQUEST

SCHUMAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SCHUMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN MOREIRA, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

SCHUMAKER, CAYLI
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN, LEXIE
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHUMANN, TRACY
ADDRESS AVAILABLE UPON REQUEST

SCHUMEYER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SCHUMMERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SCHUNK, GREG
ADDRESS AVAILABLE UPON REQUEST

SCHUNK, JASON
ADDRESS AVAILABLE UPON REQUEST

SCHUPACK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCHUPACK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCHUPP STAR, CAROL
ADDRESS AVAILABLE UPON REQUEST

SCHUPP, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCHUPPE, KARYSSA
ADDRESS AVAILABLE UPON REQUEST

SCHURHAMMER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCHURICK, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SCHURPF, VALOREE
ADDRESS AVAILABLE UPON REQUEST

SCHUSCHU, JESSE
ADDRESS AVAILABLE UPON REQUEST

SCHUSS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SCHUSSELE, SAMANTHAT
ADDRESS AVAILABLE UPON REQUEST

SCHUSSLER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, KIM
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, TARYN
ADDRESS AVAILABLE UPON REQUEST

SCHUSTER, TONEY
ADDRESS AVAILABLE UPON REQUEST

SCHUT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHUT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHUTROP, MARTIN
ADDRESS AVAILABLE UPON REQUEST

SCHUTTA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHUTTE, CARA
ADDRESS AVAILABLE UPON REQUEST

SCHUTTE, CARL
ADDRESS AVAILABLE UPON REQUEST

SCHUTTE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SCHUTTE, HERB
ADDRESS AVAILABLE UPON REQUEST

SCHUTTER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHUTTEVAER, BASTIAAN
ADDRESS AVAILABLE UPON REQUEST

SCHUTZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHUTZ, GINA
ADDRESS AVAILABLE UPON REQUEST

SCHUTZ, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

SCHUYLER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SCHWAAB, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, AMRAM
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, JOE
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, KELLE
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, SHANE
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHWAB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHWABE, COOPER
ADDRESS AVAILABLE UPON REQUEST

SCHWABE, JORDANA
ADDRESS AVAILABLE UPON REQUEST

SCHWABE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SCHWAB-GALINDO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCHWALBE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCHWALBE, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHWALLER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCHWALM, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SCHWANDT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCHWANEMANN, SARA
ADDRESS AVAILABLE UPON REQUEST

SCHWANKE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHWANTES, CINDY
ADDRESS AVAILABLE UPON REQUEST

SCHWANTES, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

SCHWANZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHWARBERG, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SCHWARTE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTING, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALESSANTRINA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALEX
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALISON
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, AMANDA JOY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BECKY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BETH
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BRITTNAY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, CATHY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, CINDY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ERIC
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, EVAN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JADE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JANE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JAY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JERRY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, KELSIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, KEN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, KORRI
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, LEAH
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, SANDY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, TERESA
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, TERI
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZ, WENDY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZBARD, AMY
ADDRESS AVAILABLE UPON REQUEST

SCHWARTZENBURG, KERRI
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, IAN
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWARZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

SCHWARZENBACHER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHWARZENBART, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCHWARZMANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWARZTRAUBER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCHWEBACH, ADRINA
ADDRESS AVAILABLE UPON REQUEST

SCHWEICKART, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SCHWEID, LEAH
ADDRESS AVAILABLE UPON REQUEST

SCHWEIGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWEIGERT, LETICIA
ADDRESS AVAILABLE UPON REQUEST

SCHWEIGHOFFER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCHWEIHOFER, RENEE
ADDRESS AVAILABLE UPON REQUEST

SCHWEIKERT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SCHWEINHART, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SCHWEINZGER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SCHWEIR, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SCHWEISS, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SCHWEISS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCHWEISS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCHWEISTHAL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SCHWEITZER, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

SCHWEITZER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCHWEITZER, RICKY
ADDRESS AVAILABLE UPON REQUEST

SCHWEIZER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCHWELLENBACH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SCHWELLER, LARA
ADDRESS AVAILABLE UPON REQUEST

SCHWENK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCHWENKER, DANA
ADDRESS AVAILABLE UPON REQUEST

SCHWEON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCHWER, CARLA
ADDRESS AVAILABLE UPON REQUEST

SCHWER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCHWERDT, TRACI
ADDRESS AVAILABLE UPON REQUEST

SCHWERHA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SCHWERS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SCHWERSENSKA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCHWERY, DEVON
ADDRESS AVAILABLE UPON REQUEST

SCHWIER, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SCHWIERS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SCHWIERSKE, ELLA
ADDRESS AVAILABLE UPON REQUEST

SCHWIETERMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCHWIETERMAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SCHWIETZ, APRIL
ADDRESS AVAILABLE UPON REQUEST

SCHWIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SCHWIND, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCHWINDT, DUWAYNE
ADDRESS AVAILABLE UPON REQUEST

SCHWINGHAMMER, DAWN
ADDRESS AVAILABLE UPON REQUEST

SCHWINN, SHARMAN
ADDRESS AVAILABLE UPON REQUEST

SCHWINN, SONJA
ADDRESS AVAILABLE UPON REQUEST

SCHWISTER, NICHO
ADDRESS AVAILABLE UPON REQUEST

SCHWOBEL, LADONNA
ADDRESS AVAILABLE UPON REQUEST

SCHWOERER, KEITH
ADDRESS AVAILABLE UPON REQUEST

SCIABARRASI, MYA
ADDRESS AVAILABLE UPON REQUEST

SCIACCA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCIACCA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SCIACCHETANO, LOUIS
ADDRESS AVAILABLE UPON REQUEST

SCIALABBA, LILY
ADDRESS AVAILABLE UPON REQUEST

SCIALINO, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SCIAMBI, SARA
ADDRESS AVAILABLE UPON REQUEST

SCIANDRA, ALI
ADDRESS AVAILABLE UPON REQUEST

SCIARA, CAROLE
ADDRESS AVAILABLE UPON REQUEST

SCIARRA, RHONDA
ADDRESS AVAILABLE UPON REQUEST

SCIARRETTA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCIARRETTI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SCIARRINO, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

SCIARRONE, GAIL
ADDRESS AVAILABLE UPON REQUEST

SCIASCIA, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SCIBA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCIBA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCIBELLI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCIBELLI, MATISSE
ADDRESS AVAILABLE UPON REQUEST

SCILIGO, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCILLEY, NOELLE
ADDRESS AVAILABLE UPON REQUEST

SCIMECA, DANA
ADDRESS AVAILABLE UPON REQUEST

SCIMIA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SCIMIA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCIMIA, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

SCINTA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCIPIO, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SCIPIO, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SCIPIONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCIPIONE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCIRE, GIUSEPPE
ADDRESS AVAILABLE UPON REQUEST

SCIRETTA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCIULLI, MARC
ADDRESS AVAILABLE UPON REQUEST

SCIULLI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCLAFANI, FRANK
ADDRESS AVAILABLE UPON REQUEST

SCOBBO, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCOBEL, LAIN
ADDRESS AVAILABLE UPON REQUEST

SCOBLE, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SCOBLE, TESSA
ADDRESS AVAILABLE UPON REQUEST

SCOCCA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCOCCO, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SCOFIELD, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SCOFIELD, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCOFIELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCOFIELD, MARY CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SCOGGIN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SCOGGIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCOGGINS, BARRETT
ADDRESS AVAILABLE UPON REQUEST

SCOGGINS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCOGGINS, GAIL
ADDRESS AVAILABLE UPON REQUEST

SCOGGINS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SCOGIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCOGIN, MACHELLE
ADDRESS AVAILABLE UPON REQUEST

SCOGLIO, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

SCOLA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SCOLA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCOLARO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCOLARO, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SCOLARO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

SCOLES, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCOLNIC, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCOMA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCONCE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SCONYERS, COLTON
ADDRESS AVAILABLE UPON REQUEST

SCOON, BENEDICT
ADDRESS AVAILABLE UPON REQUEST

SCOPA
ADDRESS UNAVAILABLE AT TIME OF FILING

SCOPEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCOPINO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SCOPO, JEN
ADDRESS AVAILABLE UPON REQUEST

SCORDATO, LARISSA
ADDRESS AVAILABLE UPON REQUEST

SCORE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SCORZA, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCORZO, DIDI
ADDRESS AVAILABLE UPON REQUEST

SCORZO, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

SCOT A BENDERSKY
ADDRESS AVAILABLE UPON REQUEST

SCOT GREGORY BOWMAN
ADDRESS AVAILABLE UPON REQUEST

SCOT HAGENBURGER
ADDRESS AVAILABLE UPON REQUEST

SCOT MICHAEL BLOOMQUIST
ADDRESS AVAILABLE UPON REQUEST

SCOTIA CAPITAL /CDS (5011)
ATTN EVELYN PANDE OR PROXY DEPT
SCOTIA PLAZA
40 KING ST W, 23RD FL
TORONTO, ON  M5H 1H1  CANADA

SCOTNICKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SCOTT ALEXANDER SMITH
ADDRESS AVAILABLE UPON REQUEST

SCOTT ALLAN LENAU
ADDRESS AVAILABLE UPON REQUEST

SCOTT ASHER PERKINS
ADDRESS AVAILABLE UPON REQUEST

SCOTT B DAY
ADDRESS AVAILABLE UPON REQUEST

SCOTT BARNES
ADDRESS AVAILABLE UPON REQUEST

SCOTT BARRY
ADDRESS AVAILABLE UPON REQUEST

SCOTT BARRY
ADDRESS AVAILABLE UPON REQUEST

SCOTT BOWMAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT BREITKOPF
ADDRESS AVAILABLE UPON REQUEST

SCOTT CHRISTOPHER WICKSTROM
ADDRESS AVAILABLE UPON REQUEST

SCOTT DAVIS
ADDRESS AVAILABLE UPON REQUEST

SCOTT DOTEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT E GUTHRIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT EBERT HARRISON
ADDRESS AVAILABLE UPON REQUEST

SCOTT F. STODDART, DR.
ADDRESS AVAILABLE UPON REQUEST

SCOTT GEOFFREY SCHROEDER
ADDRESS AVAILABLE UPON REQUEST

SCOTT HEMMING LIVING TRUST
ADDRESS UNAVAILABLE AT TIME OF FILING

SCOTT HOWARD SHEARER
ADDRESS AVAILABLE UPON REQUEST

SCOTT KAPLAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT KING
ADDRESS AVAILABLE UPON REQUEST

SCOTT LABORATORIES, INC
PO BOX 398198
SAN FRANCISCO, CA  94139-8198

SCOTT M CRESAP
ADDRESS AVAILABLE UPON REQUEST

SCOTT MATHISON
ADDRESS AVAILABLE UPON REQUEST

SCOTT MEREDITH DAWSON
ADDRESS AVAILABLE UPON REQUEST

SCOTT MILLER COLLINS
ADDRESS AVAILABLE UPON REQUEST

SCOTT PONIEWAZ
ADDRESS AVAILABLE UPON REQUEST

SCOTT PRENTICE
ADDRESS AVAILABLE UPON REQUEST

SCOTT RANJIT MAHANTY
ADDRESS AVAILABLE UPON REQUEST

SCOTT RAYMOND KRAUSE
ADDRESS AVAILABLE UPON REQUEST

SCOTT REABE
ADDRESS AVAILABLE UPON REQUEST

SCOTT ROSS DRAKE
ADDRESS AVAILABLE UPON REQUEST

SCOTT SHARPLES
ADDRESS AVAILABLE UPON REQUEST

SCOTT STEARNS, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

SCOTT STEINBERG
ADDRESS AVAILABLE UPON REQUEST

SCOTT STEVENS
ADDRESS AVAILABLE UPON REQUEST

SCOTT STRUM
ADDRESS AVAILABLE UPON REQUEST

SCOTT TUCKER YATES
ADDRESS AVAILABLE UPON REQUEST

SCOTT TYLER WALLACE
ADDRESS AVAILABLE UPON REQUEST

SCOTT W BLAKE
ADDRESS AVAILABLE UPON REQUEST

SCOTT
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AIMEE & KYLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AKHIL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALFRED
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALFREDA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALI
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALISHA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AMBER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AMY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ANDY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ANDY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ANNA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, AVIS
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BRETT
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CARA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CAROL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CASSIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DANA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DASIA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DENICE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DENISE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DILON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DOUG
ADDRESS AVAILABLE UPON REQUEST

SCOTT, DOUG
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, EMILY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ERICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, FELICIA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, GENESIS
ADDRESS AVAILABLE UPON REQUEST

SCOTT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, HELEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

SCOTT, HUNTER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, IDA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JACQUE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JAMES
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JANE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JASMYN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JASON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JENNA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JENNIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JOAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JOHN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JOSEE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, JULIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KAROLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KELCIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KELLY H
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KENZY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KESSIAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KINTESHIA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KORI
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, KRISTI
ADDRESS AVAILABLE UPON REQUEST

SCOTT, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, LISA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, LUAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARGARITE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARK
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARSHA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MARY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MATILDA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MIKEISHA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SCOTT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, NOAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, OKSANA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, PAUL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SCOTT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, REBECA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, REYNA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SCOTT, RUSHTON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, RYAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SAM
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SHANDRA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SHARON
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SHAWANA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SHELLI
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SOMMER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEVE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SUE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, SWAYNE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TASHANA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TERRY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TONYA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TROY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, TURHAN
ADDRESS AVAILABLE UPON REQUEST

SCOTT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SCOTT, VERNONA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SCOTT, W
ADDRESS AVAILABLE UPON REQUEST

SCOTT, WALTER
ADDRESS AVAILABLE UPON REQUEST

SCOTT, WENDY
ADDRESS AVAILABLE UPON REQUEST

SCOTT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCOTT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SCOTT-DONEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SCOTT-FEMENELLA, RENEE
ADDRESS AVAILABLE UPON REQUEST

SCOTT-FEMENELLA, RENEE
ADDRESS AVAILABLE UPON REQUEST

SCOTTI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SCOTTIE TATE
ADDRESS AVAILABLE UPON REQUEST

SCOTTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SCOTTO, VINCENT
ADDRESS AVAILABLE UPON REQUEST

SCOTT-ROY, KAYE
ADDRESS AVAILABLE UPON REQUEST

SCOTTY JOHNSON
ADDRESS AVAILABLE UPON REQUEST

SCOUTEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCOUTEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCOVILLE, HELEN
ADDRESS AVAILABLE UPON REQUEST

SCOVILLE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SCOVITCH, KARA
ADDRESS AVAILABLE UPON REQUEST

SCOWCROFT, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SCOWDEN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

SCOWDEN, TRACIE
ADDRESS AVAILABLE UPON REQUEST

SCOZ, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

SCOZZARO, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SCRANTON, PETER
ADDRESS AVAILABLE UPON REQUEST

SCRAPBOOKPAL.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SCRAVER, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

SCREECHOWL, KATY
ADDRESS AVAILABLE UPON REQUEST

SCRIBBICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SCRIBE WINERY
PO BOX 11106
OAKLAND, CA  94611

SCRIBNER, JULIA
ADDRESS AVAILABLE UPON REQUEST

SCRIFFINY, MARK
ADDRESS AVAILABLE UPON REQUEST

SCRIMSHIRE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SCRIPP, LAURA
ADDRESS AVAILABLE UPON REQUEST

SCRIPTURE, JARED
ADDRESS AVAILABLE UPON REQUEST

SCRIVEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SCROGGINS, CHASSITY
ADDRESS AVAILABLE UPON REQUEST

SCROGGINS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SCROGGINS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCROGGINS, TANA
ADDRESS AVAILABLE UPON REQUEST

SCROGGS, TYLER
ADDRESS AVAILABLE UPON REQUEST

SCROGHAM, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, LATASHA
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, LEA ZORA
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SCRUGGS, TASHA
ADDRESS AVAILABLE UPON REQUEST

SCS MARKETING TEAM, STACEY
ADDRESS AVAILABLE UPON REQUEST

SCUDDDER, MARC
ADDRESS AVAILABLE UPON REQUEST

SCUDDER, BOB
ADDRESS AVAILABLE UPON REQUEST

SCUDDER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SCUDDER, JANE
ADDRESS AVAILABLE UPON REQUEST

SCUDDER, SHARI
ADDRESS AVAILABLE UPON REQUEST

SCUDDER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SCULARK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SCULLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

SCULLIN, SARA
ADDRESS AVAILABLE UPON REQUEST

SCULLION, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SCULLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SCULLY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SCULLY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SCULLY, KIMBERLI
ADDRESS AVAILABLE UPON REQUEST

SCULLY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SCUMACI, MARY
ADDRESS AVAILABLE UPON REQUEST

SCURA, BILLIE
ADDRESS AVAILABLE UPON REQUEST

SCURLARK, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SCURLOCK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SCYDICK, ERIN
ADDRESS AVAILABLE UPON REQUEST

SCYTHES, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SD DEPT OF REVENUE
1520 HAINES AVE 3
RAPID CITY, SD 57701

SDS ELECTRIC & PLUMBING
1200 S BRAND BLVD 167
GLENDALE, CA 91204

SDS ELECTRIC & PLUMBING
506 W BROADWAY, UNIT 222
GLENDALE, CA 91204

SEA CHEN
ADDRESS AVAILABLE UPON REQUEST

SEA GREEN CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

SEA, BRAD
ADDRESS AVAILABLE UPON REQUEST

SEABERG, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEABLOOM, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SEABOLDT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SEABOLT ESPARZA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEABORN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SEABROOK, BETH
ADDRESS AVAILABLE UPON REQUEST

SEABROOK, EMMA
ADDRESS AVAILABLE UPON REQUEST

SEABROOK-RUSH, ALANNA
ADDRESS AVAILABLE UPON REQUEST

SEABURY, JACOB
ADDRESS AVAILABLE UPON REQUEST

SEACORD, JAMES
ADDRESS AVAILABLE UPON REQUEST

SEACRIST, DENISE
ADDRESS AVAILABLE UPON REQUEST

SEADLER, MARISA
ADDRESS AVAILABLE UPON REQUEST

SEAFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEAGER, LARA BETH
ADDRESS AVAILABLE UPON REQUEST

SEAGER, LYDIA
ADDRESS AVAILABLE UPON REQUEST

SEAGER, REVA
ADDRESS AVAILABLE UPON REQUEST

SEAGRAVES, DAVID
ADDRESS AVAILABLE UPON REQUEST

SEAL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SEAL, ERIN
ADDRESS AVAILABLE UPON REQUEST

SEAL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SEAL, NICK
ADDRESS AVAILABLE UPON REQUEST

SEALE, AMBER
ADDRESS AVAILABLE UPON REQUEST

SEALE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEALL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SEALL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SEALOVER, JEFF
ADDRESS AVAILABLE UPON REQUEST

SEALS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SEALUND, NANCY
ADDRESS AVAILABLE UPON REQUEST

SEALY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SEALY, JANELLE
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, AARON
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, CHRIS AND ALEX
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, JY
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, KELLI
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SEAMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SEAMAN-BALDARO, FRANK
ADDRESS AVAILABLE UPON REQUEST

SEAMANS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEAMANS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SEAMON, GWEN
ADDRESS AVAILABLE UPON REQUEST

SEAMON, JUDY
ADDRESS AVAILABLE UPON REQUEST

SEAMOUR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEAMS, BRENNA
ADDRESS AVAILABLE UPON REQUEST

SEAN BANCROFT JUDKINS-BOERI
ADDRESS AVAILABLE UPON REQUEST

SEAN BRASSMAN
ADDRESS AVAILABLE UPON REQUEST

SEAN BUCKLEY
ADDRESS AVAILABLE UPON REQUEST

SEAN DOUGLAS STEPHENS
ADDRESS AVAILABLE UPON REQUEST

SEAN FRANK
ADDRESS AVAILABLE UPON REQUEST

SEAN MCELRATH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SEAN MERRIWEATHER
ADDRESS AVAILABLE UPON REQUEST

SEAN MULVENA
ADDRESS AVAILABLE UPON REQUEST

SEAN OHARE
ADDRESS AVAILABLE UPON REQUEST

SEAN PAUL NOZEWSKI
ADDRESS AVAILABLE UPON REQUEST

SEAN ROGERS
ADDRESS AVAILABLE UPON REQUEST

SEANGER, ALI
ADDRESS AVAILABLE UPON REQUEST

SEANNA, ANNI
ADDRESS AVAILABLE UPON REQUEST

SEARA, KAREN
ADDRESS AVAILABLE UPON REQUEST

SEARAIN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SEARCY, CARMELLE
ADDRESS AVAILABLE UPON REQUEST

SEARCY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SEARCY, KIM
ADDRESS AVAILABLE UPON REQUEST

SEARCY, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

SEARCY, NIA
ADDRESS AVAILABLE UPON REQUEST

SEARER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SEARIGHT, ANN
ADDRESS AVAILABLE UPON REQUEST

SEARL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SEARLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SEARLE, NANCY
ADDRESS AVAILABLE UPON REQUEST

SEARLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SEARLES, ALAINE
ADDRESS AVAILABLE UPON REQUEST

SEARLES, ERIN
ADDRESS AVAILABLE UPON REQUEST

SEARLES, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SEARLES, NANCY
ADDRESS AVAILABLE UPON REQUEST

SEAROCK, JEFF
ADDRESS AVAILABLE UPON REQUEST

SEARS
ADDRESS UNAVAILABLE AT TIME OF FILING

SEARS, ADELINE
ADDRESS AVAILABLE UPON REQUEST

SEARS, ANN
ADDRESS AVAILABLE UPON REQUEST

SEARS, ARES
ADDRESS AVAILABLE UPON REQUEST

SEARS, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

SEARS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SEARS, DIANE
ADDRESS AVAILABLE UPON REQUEST

SEARS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SEARS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEARS, GRACE
ADDRESS AVAILABLE UPON REQUEST

SEARS, JAIME
ADDRESS AVAILABLE UPON REQUEST

SEARS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SEARS, JULIA
ADDRESS AVAILABLE UPON REQUEST

SEARS, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEARS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SEARS, KEELEY
ADDRESS AVAILABLE UPON REQUEST

SEARS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SEARS, LINDA
ADDRESS AVAILABLE UPON REQUEST

SEARS, MERISSA
ADDRESS AVAILABLE UPON REQUEST

SEARS, MOIRA
ADDRESS AVAILABLE UPON REQUEST

SEARS, SOFIA
ADDRESS AVAILABLE UPON REQUEST

SEARS, TERI
ADDRESS AVAILABLE UPON REQUEST

SEARS, TWYLA
ADDRESS AVAILABLE UPON REQUEST

SEASE, DAVE
ADDRESS AVAILABLE UPON REQUEST

SEASE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEASHELL CELLARS LLC
1 WATERSIDE TERRACE
ENGLEWOOD, CO  80113

SEASTONE, DEVIN
ADDRESS AVAILABLE UPON REQUEST

SEASTROM, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SEATER, MIKE
ADDRESS AVAILABLE UPON REQUEST

SEATON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SEATON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SEAVER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SEAVER, SHARON
ADDRESS AVAILABLE UPON REQUEST

SEAVER, TRACY
ADDRESS AVAILABLE UPON REQUEST

SEAVEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SEAVEYS, THE
ADDRESS AVAILABLE UPON REQUEST

SEAWAGORDA@YAHOO.COM
ADDRESS AVAILABLE UPON REQUEST

SEAWELL, ESTHER
ADDRESS AVAILABLE UPON REQUEST

SEAWOOD, DEITRA
ADDRESS AVAILABLE UPON REQUEST

SEAY, CALEB
ADDRESS AVAILABLE UPON REQUEST

SEAY, MORIAH
ADDRESS AVAILABLE UPON REQUEST

SEAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEAY, TERESA
ADDRESS AVAILABLE UPON REQUEST

SEBA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SEBA, MARINA
ADDRESS AVAILABLE UPON REQUEST

SEBAST, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN ANDERSON THOMAS
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN AROKYA, STALIN
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN ISAZA VILLEGAS
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN LENA
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN POWESKA
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN RAVINET
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN, KAVYA
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN, PEDRO
ADDRESS AVAILABLE UPON REQUEST

SEBASTIAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SEBASTIANO, CARLIE
ADDRESS AVAILABLE UPON REQUEST

SEBASTIANO, DENISE
ADDRESS AVAILABLE UPON REQUEST

SEBASTIEN BROUSTRA
ADDRESS AVAILABLE UPON REQUEST

SEBBEN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SEBESTA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEBGHATI, SORAYA
ADDRESS AVAILABLE UPON REQUEST

SEBUNIA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SEBUNNYA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SEBUNNYA, JULIET
ADDRESS AVAILABLE UPON REQUEST

SECARAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

SECCARECCIA, MAIA & NICK
ADDRESS AVAILABLE UPON REQUEST

SECCHIARI, CARISSA
ADDRESS AVAILABLE UPON REQUEST

SECCO SQUARED LLC
255 WEST 36TH ST., STE 1501
NEW YORK, NY 10018

SECHLER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

SECHLER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SECHLER, VAU
ADDRESS AVAILABLE UPON REQUEST

SECHRIEST, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SECHRIST, CARISSA
ADDRESS AVAILABLE UPON REQUEST

SECHTEM, JORAN
ADDRESS AVAILABLE UPON REQUEST

SECKMAN WATTS, ALYSE
ADDRESS AVAILABLE UPON REQUEST

SECKMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SECKY, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SECO, KYLE
ADDRESS AVAILABLE UPON REQUEST

SECOR, LANDO
ADDRESS AVAILABLE UPON REQUEST

SECOR, TONIE
ADDRESS AVAILABLE UPON REQUEST

SECORD, TYLER
ADDRESS AVAILABLE UPON REQUEST

SECOSKY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SECREST, SUMMER
ADDRESS AVAILABLE UPON REQUEST

SECRET, SEVERINE
ADDRESS AVAILABLE UPON REQUEST

SECRETARY OF STATE- INDIANA
INDIANA SECURITIES DIVISION
302 WEST WASHINGTON STREET, ROOM
E111
INDIANAPOLIS, IN  46204

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE  19903

SECRETARY OF TREASURY OF PUERTO
RICO
COMMISSIONER OF FINANCIAL
INSTITUTIONS
PO BOX 11855
SAN JUAN, PR  00910-3855

SECRIST, DAVID
ADDRESS AVAILABLE UPON REQUEST

SECUE, TARA
ADDRESS AVAILABLE UPON REQUEST

SECURITIES & EXCHANGE COMMISSION
100 F ST, NE
WASHINGTON, DC  20549

SECURITIES & EXCHANGE COMM-NY OFFICE
ATTN BANKRUPTCY DEPARTMENT
200 VESEY ST, STE 400
NEW YORK, NY  10281

SECURITIES & EXCHANGE COMM-PHILA
OFFICE
ATTN BANKRUPTCY DEPARTMENT
1 PENN CTR
1617 JFK BLVD, STE 520
PHILADELPHIA, PA  19103

SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES  REGIONAL OFFICE
ATTN: MICHELE WEIN LAYNE, REGIONAL DIR
LOS ANGELES, CA  90071

SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ATTN: G. JEFFREY BOUJOUKOS, REG. DIR
PHILADELPHIA, PA  19103

SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
ATTN: JINA CHOI, REGIONAL DIR
SAN FRANCISCO, CA  94104

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC  20549

SECURITY METRICS
ADDRESS UNAVAILABLE AT TIME OF FILING

SECURITY SIGNAL DEVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

SECUYA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SEDA ABREEZA
ADDRESS AVAILABLE UPON REQUEST

SEDA, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SEDA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEDA, KIM
ADDRESS AVAILABLE UPON REQUEST

SEDA, TUNISIA
ADDRESS AVAILABLE UPON REQUEST

SEDAGHAT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SEDBERRY, JEFF
ADDRESS AVAILABLE UPON REQUEST

SEDDON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SEDENO, DANILO
ADDRESS AVAILABLE UPON REQUEST

SEDER, KATHY
ADDRESS AVAILABLE UPON REQUEST

SEDERBERG, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SEDGEWICK, LINDA
ADDRESS AVAILABLE UPON REQUEST

SEDGWICK, AMY
ADDRESS AVAILABLE UPON REQUEST

SEDIGHI, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SEDLACEK, JILL
ADDRESS AVAILABLE UPON REQUEST

SEDLAK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SEDLER, LIZ
ADDRESS AVAILABLE UPON REQUEST

SEDLEY, DENNIS
ADDRESS AVAILABLE UPON REQUEST

SEDLOCK, JOE
ADDRESS AVAILABLE UPON REQUEST

SEDOR-GEORGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEDOV, DMITRI
ADDRESS AVAILABLE UPON REQUEST

SEDTAL, KAREN
ADDRESS AVAILABLE UPON REQUEST

SEE ANNA JANE LLC
955 VERNON AVE
WINNETKA, IL  60093

SEE, JERMAINE
ADDRESS AVAILABLE UPON REQUEST

SEE, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

SEE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SEE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SEEBACH, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

SEEBACH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEEBER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEEBOHM, JANET
ADDRESS AVAILABLE UPON REQUEST

SEEDOR, ALANA
ADDRESS AVAILABLE UPON REQUEST

SEEFRIED, MICHELLE AND KEN
ADDRESS AVAILABLE UPON REQUEST

SEEKER, NAZARIEN
ADDRESS AVAILABLE UPON REQUEST

SEEKFIRD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SEEKINGS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SEEKINGS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SEEL, ABBY
ADDRESS AVAILABLE UPON REQUEST

SEEL, GINA
ADDRESS AVAILABLE UPON REQUEST

SEEL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SEELAUS, ANN
ADDRESS AVAILABLE UPON REQUEST

SEELEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

SEELEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEELEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEELEY, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SEELEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

SEELHAMMMER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SEELIG, MARLA
ADDRESS AVAILABLE UPON REQUEST

SEELKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SEELOCHAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEELY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SEELY, ERIN
ADDRESS AVAILABLE UPON REQUEST

SEELY, GLENDA
ADDRESS AVAILABLE UPON REQUEST

SEELY, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SEELYE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SEEMAN, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

SEEMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEENEY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SEERGY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SEERLEY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SEERLEY, KAREEN
ADDRESS AVAILABLE UPON REQUEST

SEERY, BETSYKK
ADDRESS AVAILABLE UPON REQUEST

SEERY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SEESE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SEESEMANN, SHANA
ADDRESS AVAILABLE UPON REQUEST

SEEWALD, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SEEWALD, STEPHANI
ADDRESS AVAILABLE UPON REQUEST

SEFCIK, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEFFERT, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SEFRIED, RON
ADDRESS AVAILABLE UPON REQUEST

SEFTON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SEGAL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SEGAL, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SEGAL, JEFF
ADDRESS AVAILABLE UPON REQUEST

SEGAL, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SEGAL, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SEGAL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SEGAL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SEGAL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SEGAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEGARRA, TAMI
ADDRESS AVAILABLE UPON REQUEST

SEGARRA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

SEGARS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SEGARS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SEGARS, MARY
ADDRESS AVAILABLE UPON REQUEST

SEGEBRE, PAT
ADDRESS AVAILABLE UPON REQUEST

SEGEE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SEGELL, KELI
ADDRESS AVAILABLE UPON REQUEST

SEGER, AYLI
ADDRESS AVAILABLE UPON REQUEST

SEGER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SEGER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SEGER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SEGER, MONIKA
ADDRESS AVAILABLE UPON REQUEST

SEGER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SEGERHOLM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SEGGELKE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SEGGELKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEGGERMAN, TERESA
ADDRESS AVAILABLE UPON REQUEST

SEGIEL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SEGLEM, CINDY
ADDRESS AVAILABLE UPON REQUEST

SEGLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SEGLIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SEGNA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SEGNERE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEGO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SEGOVIA, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SEGOVIA, JOEE
ADDRESS AVAILABLE UPON REQUEST

SEGOVIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SEGRAVES, GARRETT
ADDRESS AVAILABLE UPON REQUEST

SEGREST, JOHN
ADDRESS AVAILABLE UPON REQUEST

SEGREST, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SEGREST, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEGREST, SHERILYN
ADDRESS AVAILABLE UPON REQUEST

SEGRETTO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SEGRO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SEGUIN MOREAU NAPA COOPERAGE, INC.
(FINE NORTHERN OAK)
151 CAMINO DORADO
NAPA, CA 94558

SEGUIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SEGUINOT, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEGUITI, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SEGURA, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

SEGURA, KATHYA
ADDRESS AVAILABLE UPON REQUEST

SEGURA, MARY
ADDRESS AVAILABLE UPON REQUEST

SEGURA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SEGURA, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEGURA, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SEGURA, TONY
ADDRESS AVAILABLE UPON REQUEST

SEGURA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SEHIC, MONIKA
ADDRESS AVAILABLE UPON REQUEST

SEHNAL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SEHORN, JASON
ADDRESS AVAILABLE UPON REQUEST

SEIB, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SEIB, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SEIBEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SEIBEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SEIBEL, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SEIBERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SEIBERT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SEIBERT, JASON
ADDRESS AVAILABLE UPON REQUEST

SEIBERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SEIBLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEICHRIST, PIPPA
ADDRESS AVAILABLE UPON REQUEST

SEICHTER, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SEID, DAVID
ADDRESS AVAILABLE UPON REQUEST

SEID, SARA
ADDRESS AVAILABLE UPON REQUEST

SEIDE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SEIDE, CLAUDE M
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, CORDELIA
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, CRIS
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, ELIAN
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, MARY
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, MARY
ADDRESS AVAILABLE UPON REQUEST

SEIDEL, WALTER
ADDRESS AVAILABLE UPON REQUEST

SEIDEN, HENRY
ADDRESS AVAILABLE UPON REQUEST

SEIDENSTEIN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SEIDENSTUCKER, STACEY
ADDRESS AVAILABLE UPON REQUEST

SEIDERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEIDL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SEIDL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SEIDL, DELORES
ADDRESS AVAILABLE UPON REQUEST

SEIDL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SEIDLECK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SEIDLER, JOE
ADDRESS AVAILABLE UPON REQUEST

SEIDLER, KATY
ADDRESS AVAILABLE UPON REQUEST

SEIDLING, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SEIDNER, AMY
ADDRESS AVAILABLE UPON REQUEST

SEIELSTAD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SEIER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SEIER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SEIF, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEIF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEIF, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SEIF, SAMMY
ADDRESS AVAILABLE UPON REQUEST

SEIFEN, NICOLAUS
ADDRESS AVAILABLE UPON REQUEST

SEIFER, HELENE
ADDRESS AVAILABLE UPON REQUEST

SEIFERAS, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, ABBY
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, DEBIE
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, JORDANN
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, LOUISA
ADDRESS AVAILABLE UPON REQUEST

SEIFERT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SEIFFERT, EDEN
ADDRESS AVAILABLE UPON REQUEST

SEIGH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SEIGLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SEIGLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEIGLER, NOAH
ADDRESS AVAILABLE UPON REQUEST

SEIGLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEIJIDO, GLORIA
ADDRESS AVAILABLE UPON REQUEST

SEIKEL, KATE
ADDRESS AVAILABLE UPON REQUEST

SEILER, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SEILER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SEILER, DATASERV: ATTN - EMMI
ADDRESS AVAILABLE UPON REQUEST

SEILER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEILER, KJIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SEILER, PHILIPPE
ADDRESS AVAILABLE UPON REQUEST

SEILER, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

SEILER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SEILER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SEILER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SEILER, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SEILER, WILL
ADDRESS AVAILABLE UPON REQUEST

SEIPEL, JEFF
ADDRESS AVAILABLE UPON REQUEST

SEIPEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SEIPEL, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SEIPP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SEIS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

SEISMIC AUDIO
ADDRESS UNAVAILABLE AT TIME OF FILING

SEISS, JENNY
ADDRESS AVAILABLE UPON REQUEST

SEITER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SEITZ, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SEITZ, HAILEY
ADDRESS AVAILABLE UPON REQUEST

SEITZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

SEITZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

SEITZ, KATHY
ADDRESS AVAILABLE UPON REQUEST

SEITZ, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SEITZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SEITZ, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SEITZINGER, CORINNE
ADDRESS AVAILABLE UPON REQUEST

SEIVERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEIZYS, DAWN
ADDRESS AVAILABLE UPON REQUEST

SEJBA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SEJNA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEKAR, KUMARA
ADDRESS AVAILABLE UPON REQUEST

SEKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SEKINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEKOCH, ROY
ADDRESS AVAILABLE UPON REQUEST

SEKULA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SEKULICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SEKULO, PAT
ADDRESS AVAILABLE UPON REQUEST

SEKURA, DIANA
ADDRESS AVAILABLE UPON REQUEST

SELBERG, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SELBY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SELBY, DEE DEE
ADDRESS AVAILABLE UPON REQUEST

SELBY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SELBY, LEAH
ADDRESS AVAILABLE UPON REQUEST

SELBY, MARY
ADDRESS AVAILABLE UPON REQUEST

SELBY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SELCHOW, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SELCUKLU, DUYGU
ADDRESS AVAILABLE UPON REQUEST

SELDE, MARIA
ADDRESS AVAILABLE UPON REQUEST

SELDEN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SELDEN, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SELDERS, BECKY
ADDRESS AVAILABLE UPON REQUEST

SELDON JR, WENDELL L
ADDRESS AVAILABLE UPON REQUEST

SELECT MANAGEMENT GROUP, LLC
1640 S SEPULVEDA BLVD, STE 300
LOS ANGELES, CA  90025

SELECT MANAGEMENT GROUP, LLC
6100 WILSHIRE BLVD., STE 400
LOS ANGELES, CA  90048

SELECT STAFFING
3820 STATE STREET
SANTA BARBARA, CA  93105

SELECT STAFFING
EMPLOYBRIDGE HOLDING COMPANY
1040 CROWN POINTE PARKWAY, SUITE 1040
ATLANTA, GA  30338

SELECT STAFFING
SELECT TEMPORARY SERVICES
PO BOX 512007
LOS ANGELES, CA  90051-0007

SELENIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SELF, AMELIA
ADDRESS AVAILABLE UPON REQUEST

SELF, ASTRID
ADDRESS AVAILABLE UPON REQUEST

SELF, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

SELF, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SELF, KELLI
ADDRESS AVAILABLE UPON REQUEST

SELF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SELF, REGAN
ADDRESS AVAILABLE UPON REQUEST

SELF, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

SELF, TONI
ADDRESS AVAILABLE UPON REQUEST

SELFA, LANCE
ADDRESS AVAILABLE UPON REQUEST

SELGRATH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SELIG, ALEKA
ADDRESS AVAILABLE UPON REQUEST

SELIG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SELIGA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SELIGMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SELIGMANN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SELIM, MEG
ADDRESS AVAILABLE UPON REQUEST

SELIMANOVIC, SUADA
ADDRESS AVAILABLE UPON REQUEST

SELIN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SELINA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SELIVANOV, OLEG
ADDRESS AVAILABLE UPON REQUEST

SELKOWITS, SHIRA
ADDRESS AVAILABLE UPON REQUEST

SELKOWITZ, IMELDA
ADDRESS AVAILABLE UPON REQUEST

SELKOWITZ, JED
ADDRESS AVAILABLE UPON REQUEST

SELL, DONNA
ADDRESS AVAILABLE UPON REQUEST

SELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

SELL, LESLEE
ADDRESS AVAILABLE UPON REQUEST

SELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SELLAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SELLARS, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

SELLARS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SELLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SELLECK, KAREN
ADDRESS AVAILABLE UPON REQUEST

SELLECK, KATELIN
ADDRESS AVAILABLE UPON REQUEST

SELLECK, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SELLER, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

SELLERS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SELLERS, ANSLEY
ADDRESS AVAILABLE UPON REQUEST

SELLERS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SELLERS, CHAZ
ADDRESS AVAILABLE UPON REQUEST

SELLERS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SELLERS, CODY
ADDRESS AVAILABLE UPON REQUEST

SELLERS, DENISE
ADDRESS AVAILABLE UPON REQUEST

SELLERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SELLERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SELLERS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SELLERS, JOELY
ADDRESS AVAILABLE UPON REQUEST

SELLERS, KALLI
ADDRESS AVAILABLE UPON REQUEST

SELLERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SELLERS, KELLIE
ADDRESS AVAILABLE UPON REQUEST

SELLERS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SELLFORS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SELLING, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SELLINGER, PRESTON
ADDRESS AVAILABLE UPON REQUEST

SELLIRIS, ALLY
ADDRESS AVAILABLE UPON REQUEST

SELLITTO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SELLITTO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SELLMAN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SELLMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SELLMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

SELLNER, DANA
ADDRESS AVAILABLE UPON REQUEST

SELLNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SELLS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SELLS, LAURA
ADDRESS AVAILABLE UPON REQUEST

SELLS, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

SELLSTONE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SELMAN, MADI
ADDRESS AVAILABLE UPON REQUEST

SELMON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SELNER, KYRA
ADDRESS AVAILABLE UPON REQUEST

SELOFF, JACOB
ADDRESS AVAILABLE UPON REQUEST

SELOVER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SELPH, MIKE
ADDRESS AVAILABLE UPON REQUEST

SELSOR, MATT
ADDRESS AVAILABLE UPON REQUEST

SELTZ, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SELTZER, DANI
ADDRESS AVAILABLE UPON REQUEST

SELTZER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SELTZER, KAT
ADDRESS AVAILABLE UPON REQUEST

SELTZER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SELVA, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SELVADASAN, ASSUMPTA
ADDRESS AVAILABLE UPON REQUEST

SELVAGGI, CORRINE
ADDRESS AVAILABLE UPON REQUEST

SELVAGGI, JULIE
ADDRESS AVAILABLE UPON REQUEST

SELVAGGIO, TONY
ADDRESS AVAILABLE UPON REQUEST

SELVARAJ, RADHA
ADDRESS AVAILABLE UPON REQUEST

SELVER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SELVER, MAX
ADDRESS AVAILABLE UPON REQUEST

SELWAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SELWOOD, AMY
ADDRESS AVAILABLE UPON REQUEST

SELWYN, JASON
ADDRESS AVAILABLE UPON REQUEST

SELWYN, KERI
ADDRESS AVAILABLE UPON REQUEST

SELWYN, LORI
ADDRESS AVAILABLE UPON REQUEST

SELWYN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SELYUKOVA, EMILIA
ADDRESS AVAILABLE UPON REQUEST

SELZER, ALAN
ADDRESS AVAILABLE UPON REQUEST

SELZER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SELZER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEM, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SEM, ROZALIA
ADDRESS AVAILABLE UPON REQUEST

SEMAAN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SEMALL, JASON
ADDRESS AVAILABLE UPON REQUEST

SEMALL, PAUL
ADDRESS AVAILABLE UPON REQUEST

SEMAN, ANN
ADDRESS AVAILABLE UPON REQUEST

SEMANA, EDA
ADDRESS AVAILABLE UPON REQUEST

SEMANISIN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SEMATI, HAMED
ADDRESS AVAILABLE UPON REQUEST

SEMB, TARA
ADDRESS AVAILABLE UPON REQUEST

SEMBER, MIA
ADDRESS AVAILABLE UPON REQUEST

SEMBER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SEMBLANTES, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

SEMBLER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SEMCHUK, IRYNA
ADDRESS AVAILABLE UPON REQUEST

SEMENETZ, AMY
ADDRESS AVAILABLE UPON REQUEST

SEMENIKHINA, EVELINA
ADDRESS AVAILABLE UPON REQUEST

SEMENOVA, YELENA
ADDRESS AVAILABLE UPON REQUEST

SEMERAN, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SEMERJIAN, CARLY
ADDRESS AVAILABLE UPON REQUEST

SEMFLE MILISDE, GENESIS
ADDRESS AVAILABLE UPON REQUEST

SEMIAN, ALETHEA
ADDRESS AVAILABLE UPON REQUEST

SEMIEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SEMIENS, SHERI
ADDRESS AVAILABLE UPON REQUEST

SEMIN, SERGEY
ADDRESS AVAILABLE UPON REQUEST

SEMINARIO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SEMINARIO, LINDA
ADDRESS AVAILABLE UPON REQUEST

SEMKE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SEMLER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SEMLESS, SAIRA
ADDRESS AVAILABLE UPON REQUEST

SEMON, KARA
ADDRESS AVAILABLE UPON REQUEST

SEMONSKI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SEMP, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SEMPER, MABLE
ADDRESS AVAILABLE UPON REQUEST

SEMPLE THOMAS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SEMPLE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SEMPSROTT, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SEMRICK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SEMROC, SUZAN
ADDRESS AVAILABLE UPON REQUEST

SEMWAGA, TETA NATASHA
ADDRESS AVAILABLE UPON REQUEST

SEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

SEN, NOOPUR
ADDRESS AVAILABLE UPON REQUEST

SEN, RONOJOY
ADDRESS AVAILABLE UPON REQUEST

SEN, SUPARNA
ADDRESS AVAILABLE UPON REQUEST

SENA SOSA, ELVER
ADDRESS AVAILABLE UPON REQUEST

SENA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SENA, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SENA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SENA, LORI
ADDRESS AVAILABLE UPON REQUEST

SENA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SENAPATI, SONA
ADDRESS AVAILABLE UPON REQUEST

SENDA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SENDELBACH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SENDER, LEONARD
ADDRESS AVAILABLE UPON REQUEST

SENDER, NANCY
ADDRESS AVAILABLE UPON REQUEST

SENDLER, TARYN
ADDRESS AVAILABLE UPON REQUEST

SENDOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

SENDT, ALEX
ADDRESS AVAILABLE UPON REQUEST

SENECA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

SENECA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SENECAL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SENELSBERGER, TAMI
ADDRESS AVAILABLE UPON REQUEST

SENENFELDER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SENESE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

SENESE, KARA
ADDRESS AVAILABLE UPON REQUEST

SENFT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SENFT, TERRY
ADDRESS AVAILABLE UPON REQUEST

SENG, ESI
ADDRESS AVAILABLE UPON REQUEST

SENG, SOLINA
ADDRESS AVAILABLE UPON REQUEST

SENGCO, DEWILKA
ADDRESS AVAILABLE UPON REQUEST

SENGEN LLC
1130 CREEKSIDE PKWY  110381
NAPLES, FL  34108

SENGOOBA, ARNOLD
ADDRESS AVAILABLE UPON REQUEST

SENGTHONGPHET, AMBER
ADDRESS AVAILABLE UPON REQUEST

SENGUPTA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SENGUPTA, RWIK
ADDRESS AVAILABLE UPON REQUEST

SENIER, JACK
ADDRESS AVAILABLE UPON REQUEST

SENIFF, KALLIE
ADDRESS AVAILABLE UPON REQUEST

SENINI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SENIOR, OSCAR
ADDRESS AVAILABLE UPON REQUEST

SENISE, ZOE
ADDRESS AVAILABLE UPON REQUEST

SENKEWICZ, AMBER
ADDRESS AVAILABLE UPON REQUEST

SENKO, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SENN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SENN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SENN, EMMA
ADDRESS AVAILABLE UPON REQUEST

SENN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SENN, LISA
ADDRESS AVAILABLE UPON REQUEST

SENNE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SENNETT, JENNY
ADDRESS AVAILABLE UPON REQUEST

SENNOTT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SENOGLES, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SENOR GS
ADDRESS UNAVAILABLE AT TIME OF FILING

SENORITA BONITAS
ADDRESS UNAVAILABLE AT TIME OF FILING

SENORS, THE
ADDRESS AVAILABLE UPON REQUEST

SENRA, LOUISE
ADDRESS AVAILABLE UPON REQUEST

SENS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SENSEMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SENSENICH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SENSER, CHANCE
ADDRESS AVAILABLE UPON REQUEST

SENSI, DENILE
ADDRESS AVAILABLE UPON REQUEST

SENSIBAUGH, DANA
ADDRESS AVAILABLE UPON REQUEST

SENSIUS, LUCAS
ADDRESS AVAILABLE UPON REQUEST

SENSOR, CINDY
ADDRESS AVAILABLE UPON REQUEST

SENSTAD, LORRIN
ADDRESS AVAILABLE UPON REQUEST

SENTELL, KRISTOL
ADDRESS AVAILABLE UPON REQUEST

SENTEMENTES, DESPINA
ADDRESS AVAILABLE UPON REQUEST

SENTER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SENTER, TROY
ADDRESS AVAILABLE UPON REQUEST

SENTERFITT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SENTHIL POOSHAPPAN
ADDRESS AVAILABLE UPON REQUEST

SENTHIRAJAH, SURESH
ADDRESS AVAILABLE UPON REQUEST

SENTIENT SOLUTIONS LIMITED
(SCOREBUDDY)
GUINNESS ENTERPRISE CENTRE
TAYLORS LANE, SUITE 45
DUBLIN 8
IRELAND

SENTMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

SENYK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SEO, (JOSH) KYUNG
ADDRESS AVAILABLE UPON REQUEST

SEO, LILY
ADDRESS AVAILABLE UPON REQUEST

SEO, YOOBIN
ADDRESS AVAILABLE UPON REQUEST

SEOMOZ
ADDRESS UNAVAILABLE AT TIME OF FILING

SEOW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SEPE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SEPEHRAR, KIAN
ADDRESS AVAILABLE UPON REQUEST

SEPEL, KARA
ADDRESS AVAILABLE UPON REQUEST

SEPHORA
ADDRESS UNAVAILABLE AT TIME OF FILING

SEPICH, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SEPIELLI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SEPIELLI, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

SEPIOL, ALEX
ADDRESS AVAILABLE UPON REQUEST

SEPKOWITZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SEPKOWITZ, SONJA
ADDRESS AVAILABLE UPON REQUEST

SEPLER, FRAN
ADDRESS AVAILABLE UPON REQUEST

SEPNIESKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEPPI, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SEPSEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, DAWN
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, DIANE
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, EMMA
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, FLORENCIO
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, JANA
ADDRESS AVAILABLE UPON REQUEST

SEPULVEDA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SEQUENZIA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SERAFIMOVICH, TATYANA
ADDRESS AVAILABLE UPON REQUEST

SERAFIN, DANA
ADDRESS AVAILABLE UPON REQUEST

SERAFINE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SERAFINI, KELLY
ADDRESS AVAILABLE UPON REQUEST

SERAFINO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SERAFY, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SERAIKAS, BETH
ADDRESS AVAILABLE UPON REQUEST

SERAJI, SHADI
ADDRESS AVAILABLE UPON REQUEST

SERANGELI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SERAPHIN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SERAPHINE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SERATI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SERATTE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SERBAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SERBANTEZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

SERBIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SERBINA, NATALYA
ADDRESS AVAILABLE UPON REQUEST

SERDENGECTI, SOFIA
ADDRESS AVAILABLE UPON REQUEST

SEREDNICKI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SERENA, DALE
ADDRESS AVAILABLE UPON REQUEST

SERENDIPITY WINES (CALIFORNIA)
RALEYS DISTRIBUTION SHIPPING
4061 GATEWAY PARK BLVD
SACRAMENTO, CA  95834

SERENDIPITY WINES WC, LLC
114 NEW MOHAWK, D
NEVADA CITY, CA  95959

SERENDIPITY WINES, LLC.
2314 RUTLAND DRIVE SUITE 120
AUSTIN, TX  78758

SERENE DEE STORSLETT
ADDRESS AVAILABLE UPON REQUEST

SERENE, TANYA
ADDRESS AVAILABLE UPON REQUEST

SERFASS, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

SERFASS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SERFASS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SERFONTEIN, CELINA
ADDRESS AVAILABLE UPON REQUEST

SERGEANT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SERGELEN, NADIA
ADDRESS AVAILABLE UPON REQUEST

SERGENT, KAMIKA
ADDRESS AVAILABLE UPON REQUEST

SERGENT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SERGEYENKO, ARTEM
ADDRESS AVAILABLE UPON REQUEST

SERGEYEV, IVAN
ADDRESS AVAILABLE UPON REQUEST

SERGI, CARLEY
ADDRESS AVAILABLE UPON REQUEST

SERGIO ANTONIO FRANKLIN RAIMOND
KEDILHAC VIESCA
ADDRESS AVAILABLE UPON REQUEST

SERGIO MONCADA
ADDRESS AVAILABLE UPON REQUEST

SERGIO TRUJILLO
ADDRESS AVAILABLE UPON REQUEST

SERGOTICK, THERESA
ADDRESS AVAILABLE UPON REQUEST

SERIEUX, NYO
ADDRESS AVAILABLE UPON REQUEST

SERI-LEVI, EITAN
ADDRESS AVAILABLE UPON REQUEST

SERIN, CALEY
ADDRESS AVAILABLE UPON REQUEST

SERION, SARAH
ADDRESS AVAILABLE UPON REQUEST

SERLETH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SERLING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SERLS, JARVIS
ADDRESS AVAILABLE UPON REQUEST

SERLUCO, JANET
ADDRESS AVAILABLE UPON REQUEST

SERMERSHEIM, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

SERMONS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SERMONS, LINDA
ADDRESS AVAILABLE UPON REQUEST

SERNA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

SERNA, ANA
ADDRESS AVAILABLE UPON REQUEST

SERNA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SERNA, KERRY
ADDRESS AVAILABLE UPON REQUEST

SERNA, LISBETH
ADDRESS AVAILABLE UPON REQUEST

SERNIK, MARGIE
ADDRESS AVAILABLE UPON REQUEST

SEROS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SEROTA, DYLAN
ADDRESS AVAILABLE UPON REQUEST

SEROTA, LARRY
ADDRESS AVAILABLE UPON REQUEST

SEROY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SERPA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SERPE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SERRA, JOHN
ADDRESS AVAILABLE UPON REQUEST

SERRA, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SERRA, WENDY
ADDRESS AVAILABLE UPON REQUEST

SERRALDE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SERRANO, AIDAN
ADDRESS AVAILABLE UPON REQUEST

SERRANO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SERRANO, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

SERRANO, ALIDA
ADDRESS AVAILABLE UPON REQUEST

SERRANO, AMY
ADDRESS AVAILABLE UPON REQUEST

SERRANO, ANA
ADDRESS AVAILABLE UPON REQUEST

SERRANO, DAVID
ADDRESS AVAILABLE UPON REQUEST

SERRANO, DESTINIE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, JASMINE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SERRANO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, NICHELLE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SERRANO, YADIRA
ADDRESS AVAILABLE UPON REQUEST

SERRANT, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

SERRARO, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SERRATO, LAURA
ADDRESS AVAILABLE UPON REQUEST

SERRATT, DAVID
ADDRESS AVAILABLE UPON REQUEST

SERRELL-WATTS, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

SERRES, MARINE
ADDRESS AVAILABLE UPON REQUEST

SERRES, SARAH
ADDRESS AVAILABLE UPON REQUEST

SERRIAN, SEANA
ADDRESS AVAILABLE UPON REQUEST

SERRIDGE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SERRIOZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SERRY, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

SERVANIE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SERVEDIO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SERVIAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SERVICE INNOVATIONS, INC
PO BOX 1649
MURPHYS, CA 95247

SERVICE, MONTGOMERY
ADDRESS AVAILABLE UPON REQUEST

SERVIN, JANE
ADDRESS AVAILABLE UPON REQUEST

SERVOSS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SERWE-BEHNKE, ALISHEA
ADDRESS AVAILABLE UPON REQUEST

SERWINSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SESAC , INC
55 MUSIC SQUARE
EAST NASHVILLE, TN 03203

SESCO, TINA
ADDRESS AVAILABLE UPON REQUEST

SESE, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

SESEMANN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SESHADRI, MAYA
ADDRESS AVAILABLE UPON REQUEST

SESKI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SESSA, CORINNE
ADDRESS AVAILABLE UPON REQUEST

SESSANTA
ADDRESS UNAVAILABLE AT TIME OF FILING

SESSION, DAWN
ADDRESS AVAILABLE UPON REQUEST

SESSIONS, AMELYA
ADDRESS AVAILABLE UPON REQUEST

SESSIONS, COLBY
ADDRESS AVAILABLE UPON REQUEST

SESSLER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SESSOMS, JULIA
ADDRESS AVAILABLE UPON REQUEST

SESSOMS, MARY
ADDRESS AVAILABLE UPON REQUEST

SESSUM, LAKECIA
ADDRESS AVAILABLE UPON REQUEST

SESTANOVICH, BOBBI
ADDRESS AVAILABLE UPON REQUEST

SETA, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SETAR, EJ
ADDRESS AVAILABLE UPON REQUEST

SETCHFIELD, TERRY
ADDRESS AVAILABLE UPON REQUEST

SETH ACHARYA AND GAREEMA BAJGAIN
ADDRESS AVAILABLE UPON REQUEST

SETH BEARD
ADDRESS AVAILABLE UPON REQUEST

SETH LOY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SETH NOONE
ADDRESS AVAILABLE UPON REQUEST

SETH SHOEMAKER
ADDRESS AVAILABLE UPON REQUEST

SETH SORENSEN
ADDRESS AVAILABLE UPON REQUEST

SETH WILEY
ADDRESS AVAILABLE UPON REQUEST

SETH
ADDRESS AVAILABLE UPON REQUEST

SETH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SETH, ARJUN
ADDRESS AVAILABLE UPON REQUEST

SETH, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SETH, KELCEY
ADDRESS AVAILABLE UPON REQUEST

SETH, SANJANA
ADDRESS AVAILABLE UPON REQUEST

SETHI, MANDIRA
ADDRESS AVAILABLE UPON REQUEST

SETHI, SARAL
ADDRESS AVAILABLE UPON REQUEST

SETHI, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SETHI, SHIVANI
ADDRESS AVAILABLE UPON REQUEST

SETHI, SIMRAN
ADDRESS AVAILABLE UPON REQUEST

SETHI, SONALI
ADDRESS AVAILABLE UPON REQUEST

SETHNESS, HENRY
ADDRESS AVAILABLE UPON REQUEST

SETIAWAN, MEDDELIN
ADDRESS AVAILABLE UPON REQUEST

SETON, SHANEE
ADDRESS AVAILABLE UPON REQUEST

SETTEDUCATO, MARY
ADDRESS AVAILABLE UPON REQUEST

SETTEMBRINO, JIM
ADDRESS AVAILABLE UPON REQUEST

SETTICASI, LEXI
ADDRESS AVAILABLE UPON REQUEST

SETTJE, MIKE AND CINDY
ADDRESS AVAILABLE UPON REQUEST

SETTLE, DANI
ADDRESS AVAILABLE UPON REQUEST

SETTLE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SETTLE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SETTLE, LINDEY
ADDRESS AVAILABLE UPON REQUEST

SETTLES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SETTLES, SHERRI
ADDRESS AVAILABLE UPON REQUEST

SETTOON, MERTILE
ADDRESS AVAILABLE UPON REQUEST

SETTY, MARK
ADDRESS AVAILABLE UPON REQUEST

SETZER, CHELIE
ADDRESS AVAILABLE UPON REQUEST

SETZER, DENISE
ADDRESS AVAILABLE UPON REQUEST

SETZER, ERIC
ADDRESS AVAILABLE UPON REQUEST

SETZER, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

SETZER, TESSA
ADDRESS AVAILABLE UPON REQUEST

SEU, MATT
ADDRESS AVAILABLE UPON REQUEST

SEUBERT, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SEUFERER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SEUFERT, CALEB
ADDRESS AVAILABLE UPON REQUEST

SEUFFERT, LIZ
ADDRESS AVAILABLE UPON REQUEST

SEUIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SEUNG LEE
ADDRESS AVAILABLE UPON REQUEST

SEUSING, JOY
ADDRESS AVAILABLE UPON REQUEST

SEUSS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SEUZENEAU, LISA
ADDRESS AVAILABLE UPON REQUEST

SEVAJIAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SEVCIK, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SEVEN HILLS WINERY LLC
212 NORTH 3RD AVE
WALLA WALLA, WA  99362

SEVENFIFTY TECHNOLOGIES, INC.
27 WEST 20TH STREET SUITE 900
NEW YORK, NY  10011

SEVENTKO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEVER, ADAM
ADDRESS AVAILABLE UPON REQUEST

SEVER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SEVER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SEVERE, LEAH
ADDRESS AVAILABLE UPON REQUEST

SEVERE, VIVIANE
ADDRESS AVAILABLE UPON REQUEST

SEVERIN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SEVERINO, JULIAN
ADDRESS AVAILABLE UPON REQUEST

SEVERINO, LORI
ADDRESS AVAILABLE UPON REQUEST

SEVERINS, LACEY
ADDRESS AVAILABLE UPON REQUEST

SEVERSEN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SEVERSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

SEVERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

SEVERSON, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

SEVERSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SEVERSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SEVERT, ELIZA
ADDRESS AVAILABLE UPON REQUEST

SEVERUD, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SEVIAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEVIER, GRADY
ADDRESS AVAILABLE UPON REQUEST

SEVIGNEY, TIA
ADDRESS AVAILABLE UPON REQUEST

SEVIGNY, HOLLI
ADDRESS AVAILABLE UPON REQUEST

SEVIGNY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SEVIGNY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SEVILLA, EDILIA
ADDRESS AVAILABLE UPON REQUEST

SEVILLA, KRISSIA
ADDRESS AVAILABLE UPON REQUEST

SEVILLA, LORENA
ADDRESS AVAILABLE UPON REQUEST

SEVILLA, MARY
ADDRESS AVAILABLE UPON REQUEST

SEVILLA, MS. APRIL
ADDRESS AVAILABLE UPON REQUEST

SEVIOUR, DYLAN
ADDRESS AVAILABLE UPON REQUEST

SEVIOUR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SEVIYA, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

SEVO, KSENIJA
ADDRESS AVAILABLE UPON REQUEST

SEVOIAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEVUK, ELA
ADDRESS AVAILABLE UPON REQUEST

SEVY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SEWALISH, EVE
ADDRESS AVAILABLE UPON REQUEST

SEWALT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SEWARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SEWARD, ERICKA
ADDRESS AVAILABLE UPON REQUEST

SEWARD, MARK
ADDRESS AVAILABLE UPON REQUEST

SEWARD, ROSA
ADDRESS AVAILABLE UPON REQUEST

SEWELL, AMBER
ADDRESS AVAILABLE UPON REQUEST

SEWELL, AMY LEE
ADDRESS AVAILABLE UPON REQUEST

SEWELL, AUBREY
ADDRESS AVAILABLE UPON REQUEST

SEWELL, DIANE
ADDRESS AVAILABLE UPON REQUEST

SEWELL, FRANCES
ADDRESS AVAILABLE UPON REQUEST

SEWELL, GREG
ADDRESS AVAILABLE UPON REQUEST

SEWELL, JIMMY
ADDRESS AVAILABLE UPON REQUEST

SEWELL, KERRY
ADDRESS AVAILABLE UPON REQUEST

SEWELL, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

SEWELL, MARY
ADDRESS AVAILABLE UPON REQUEST

SEWELL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SEWELL, SHAMRI
ADDRESS AVAILABLE UPON REQUEST

SEWELL, SHERRINA
ADDRESS AVAILABLE UPON REQUEST

SEWELL, THERESA
ADDRESS AVAILABLE UPON REQUEST

SEWELL, TRIPP
ADDRESS AVAILABLE UPON REQUEST

SEWERYNIAK, ELISSA
ADDRESS AVAILABLE UPON REQUEST

SEWRIGHT, MARY
ADDRESS AVAILABLE UPON REQUEST

SEXSON, COREY
ADDRESS AVAILABLE UPON REQUEST

SEXTON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SEXTON, CARISSA
ADDRESS AVAILABLE UPON REQUEST

SEXTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SEXTON, GORDON
ADDRESS AVAILABLE UPON REQUEST

SEXTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SEXTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

SEXTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

SEXTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

SEXTON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SEXTON, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SEXTON, LA'SHA
ADDRESS AVAILABLE UPON REQUEST

SEXTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEXTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SEXTON, MADALEN
ADDRESS AVAILABLE UPON REQUEST

SEXTON, MAGNOLIA
ADDRESS AVAILABLE UPON REQUEST

SEXTON, MARIA
ADDRESS AVAILABLE UPON REQUEST

SEXTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SEXTON, SAGE
ADDRESS AVAILABLE UPON REQUEST

SEYBOLD, KATE
ADDRESS AVAILABLE UPON REQUEST

SEYBOLD, STEVE
ADDRESS AVAILABLE UPON REQUEST

SEYCHEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SEYFARTH, SONJA
ADDRESS AVAILABLE UPON REQUEST

SEYFERT, TODD
ADDRESS AVAILABLE UPON REQUEST

SEYLAZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

SEYMORE, DAMAURYA
ADDRESS AVAILABLE UPON REQUEST

SEYMORE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SEYMORE, NESSY
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, BETSY
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, DAMON
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, EMILY
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, HORACE
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, MALLORIE
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, PEGGY
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SEYMOUR, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

SF CHRONICLE COMPETITION.
ADDRESS UNAVAILABLE AT TIME OF FILING

SF TAX COLLECTOR
ADDRESS UNAVAILABLE AT TIME OF FILING

SF UNCORKD
ADDRESS UNAVAILABLE AT TIME OF FILING

SFCDO.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SFEIR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SFERRA, MARY
ADDRESS AVAILABLE UPON REQUEST

SFO ANCHOR STEAM
ADDRESS UNAVAILABLE AT TIME OF FILING

SGALIPPI, DEANINE
ADDRESS AVAILABLE UPON REQUEST

SGALL II RD LLC
ADDRESS AVAILABLE UPON REQUEST

SGARIOTO, MICHAEL P.
ADDRESS AVAILABLE UPON REQUEST

SGORBATI, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SGOUROS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SGRICCIA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SGRILLO, TINA
ADDRESS AVAILABLE UPON REQUEST

SGRO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SGUEGLIA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SGUEGLIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SGUEGLIA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHAADI.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SHAAK, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHAAR, MAYA
ADDRESS AVAILABLE UPON REQUEST

SHABAZZ, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

SHABAZZ, RAHSHEEM
ADDRESS AVAILABLE UPON REQUEST

SHABAZZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHABEN, ZACH
ADDRESS AVAILABLE UPON REQUEST

SHABINAW, KASEY
ADDRESS AVAILABLE UPON REQUEST

SHABOVTA, ILONA
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, AVIS
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, AVIS
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, DARLENE
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, GRACE
ADDRESS AVAILABLE UPON REQUEST

SHACKELFORD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SHACKLES, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SHACKLES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHACKLETON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHAD HALL
ADDRESS AVAILABLE UPON REQUEST

SHADDAY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHADDOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHADDOX, JULIE
ADDRESS AVAILABLE UPON REQUEST

SHADDOX, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHADE HOTEL RESTAURA
ADDRESS UNAVAILABLE AT TIME OF FILING

SHADE, DENISE
ADDRESS AVAILABLE UPON REQUEST

SHADE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SHADE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHADE, RALPH
ADDRESS AVAILABLE UPON REQUEST

SHADE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SHADE, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SHADEED, MINKHA
ADDRESS AVAILABLE UPON REQUEST

SHADI AMMOURI
ADDRESS AVAILABLE UPON REQUEST

SHADI MALEK
ADDRESS AVAILABLE UPON REQUEST

SHADID, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SHADID, LEENA
ADDRESS AVAILABLE UPON REQUEST

SHADIX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHADOW, MARILYNNE
ADDRESS AVAILABLE UPON REQUEST

SHADRACH, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHADRICK, DAN
ADDRESS AVAILABLE UPON REQUEST

SHADRICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHADRUNOVA, TATIANA
ADDRESS AVAILABLE UPON REQUEST

SHADWICK, LARRY
ADDRESS AVAILABLE UPON REQUEST

SHAEFFER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

SHAEFFER, BRENT
ADDRESS AVAILABLE UPON REQUEST

SHAEFFER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SHAFER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SHAFER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHAFER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SHAFER, CAROL
ADDRESS AVAILABLE UPON REQUEST

SHAFER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHAFER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHAFER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SHAFER, KARI
ADDRESS AVAILABLE UPON REQUEST

SHAFER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHAFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHAFER, NIKKOLE
ADDRESS AVAILABLE UPON REQUEST

SHAFER, PAM
ADDRESS AVAILABLE UPON REQUEST

SHAFER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SHAFER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHAFER, SARA
ADDRESS AVAILABLE UPON REQUEST

SHAFFALO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHAFFAR, KYLE
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, ALISON
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, AMY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, AMY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, BREANNA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, DANISE
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, EARL
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, ELENA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, ISOBEL
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, JENNA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LARRY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LENSEY
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LISA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, LIZ
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, RAMI
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, SHASTA
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHAFFER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SHAFFERY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHAFFNER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SHAFFRON, DARLENE
ADDRESS AVAILABLE UPON REQUEST

SHAFIE, LAYA
ADDRESS AVAILABLE UPON REQUEST

SHAFII, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SHAFOROSTOV, IRINA
ADDRESS AVAILABLE UPON REQUEST

SHAFRIN, FRED
ADDRESS AVAILABLE UPON REQUEST

SHAGOTHAMAN (THE BADDEST B), NEHA
ADDRESS AVAILABLE UPON REQUEST

SHAH, AASHMA
ADDRESS AVAILABLE UPON REQUEST

SHAH, ALKA
ADDRESS AVAILABLE UPON REQUEST

SHAH, AMOLA
ADDRESS AVAILABLE UPON REQUEST

SHAH, ANUM
ADDRESS AVAILABLE UPON REQUEST

SHAH, ANUMEHA
ADDRESS AVAILABLE UPON REQUEST

SHAH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHAH, AVI
ADDRESS AVAILABLE UPON REQUEST

SHAH, CHANDNI
ADDRESS AVAILABLE UPON REQUEST

SHAH, CHIRAG
ADDRESS AVAILABLE UPON REQUEST

SHAH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHAH, EVANI
ADDRESS AVAILABLE UPON REQUEST

SHAH, GEENA
ADDRESS AVAILABLE UPON REQUEST

SHAH, HENNA
ADDRESS AVAILABLE UPON REQUEST

SHAH, JHILL
ADDRESS AVAILABLE UPON REQUEST

SHAH, KAMINI
ADDRESS AVAILABLE UPON REQUEST

SHAH, KAYA
ADDRESS AVAILABLE UPON REQUEST

SHAH, KETAN
ADDRESS AVAILABLE UPON REQUEST

SHAH, MALINI
ADDRESS AVAILABLE UPON REQUEST

SHAH, MANUEL
ADDRESS AVAILABLE UPON REQUEST

SHAH, MAYA
ADDRESS AVAILABLE UPON REQUEST

SHAH, MEERA
ADDRESS AVAILABLE UPON REQUEST

SHAH, MEGHAL
ADDRESS AVAILABLE UPON REQUEST

SHAH, MIKKO
ADDRESS AVAILABLE UPON REQUEST

SHAH, MINTU
ADDRESS AVAILABLE UPON REQUEST

SHAH, MIRAI
ADDRESS AVAILABLE UPON REQUEST

SHAH, MISHA
ADDRESS AVAILABLE UPON REQUEST

SHAH, MITESH
ADDRESS AVAILABLE UPON REQUEST

SHAH, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SHAH, NEIL
ADDRESS AVAILABLE UPON REQUEST

SHAH, NIRALEE
ADDRESS AVAILABLE UPON REQUEST

SHAH, NISHITA
ADDRESS AVAILABLE UPON REQUEST

SHAH, PALAK
ADDRESS AVAILABLE UPON REQUEST

SHAH, PALLAVI
ADDRESS AVAILABLE UPON REQUEST

SHAH, PINKI
ADDRESS AVAILABLE UPON REQUEST

SHAH, PRIYA
ADDRESS AVAILABLE UPON REQUEST

SHAH, RAHUL
ADDRESS AVAILABLE UPON REQUEST

SHAH, RAVINDRA
ADDRESS AVAILABLE UPON REQUEST

SHAH, RISHABH
ADDRESS AVAILABLE UPON REQUEST

SHAH, ROHUN
ADDRESS AVAILABLE UPON REQUEST

SHAH, SACHIN
ADDRESS AVAILABLE UPON REQUEST

SHAH, SARIKA
ADDRESS AVAILABLE UPON REQUEST

SHAH, SAUMYA
ADDRESS AVAILABLE UPON REQUEST

SHAH, SEEMA
ADDRESS AVAILABLE UPON REQUEST

SHAH, SHAISHAV
ADDRESS AVAILABLE UPON REQUEST

SHAH, SHAURINKUMAR
ADDRESS AVAILABLE UPON REQUEST

SHAH, SHEENA
ADDRESS AVAILABLE UPON REQUEST

SHAH, SHIRALI
ADDRESS AVAILABLE UPON REQUEST

SHAH, SUBIR
ADDRESS AVAILABLE UPON REQUEST

SHAH, TEJAL
ADDRESS AVAILABLE UPON REQUEST

SHAH, TULSI
ADDRESS AVAILABLE UPON REQUEST

SHAH, VIPUL
ADDRESS AVAILABLE UPON REQUEST

SHAH, YESHA
ADDRESS AVAILABLE UPON REQUEST

SHAHABI, NIKOO
ADDRESS AVAILABLE UPON REQUEST

SHAHALI, KAJAL
ADDRESS AVAILABLE UPON REQUEST

SHAHAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHAHAR, DANA
ADDRESS AVAILABLE UPON REQUEST

SHAHAR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHAHEEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHAHEEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAHID INSAF
ADDRESS AVAILABLE UPON REQUEST

SHAHIN, SHIRIN
ADDRESS AVAILABLE UPON REQUEST

SHAHLAPOUR, ZAHRA
ADDRESS AVAILABLE UPON REQUEST

SHAHNAZARI, ROYA
ADDRESS AVAILABLE UPON REQUEST

SHAHZADA, OWAIS
ADDRESS AVAILABLE UPON REQUEST

SHAI EYNAV
ADDRESS AVAILABLE UPON REQUEST

SHAI LIVNE
ADDRESS AVAILABLE UPON REQUEST

SHAI SCHVARZMAN
ADDRESS AVAILABLE UPON REQUEST

SHAIBOON, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

SHAIDA, NEHA
ADDRESS AVAILABLE UPON REQUEST

SHAIKH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAILESHKUMAR DAVE
ADDRESS AVAILABLE UPON REQUEST

SHAILI SHAH
ADDRESS AVAILABLE UPON REQUEST

SHAIN, ADAM
ADDRESS AVAILABLE UPON REQUEST

SHAIN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SHAINEEL SARUP
ADDRESS AVAILABLE UPON REQUEST

SHAINKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHAJARI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHAKED LAW GROUP, P.C.
14 HARWOOD COURT, STE 415
SCARSDALE, NY  10583

SHAKEEL ABDUL
ADDRESS AVAILABLE UPON REQUEST

SHAKER, MARK
ADDRESS AVAILABLE UPON REQUEST

SHAKER, TED
ADDRESS AVAILABLE UPON REQUEST

SHAKERA ELRINGTON
ADDRESS AVAILABLE UPON REQUEST

SHAKIRA GERALD
ADDRESS AVAILABLE UPON REQUEST

SHAKRA, ALI
ADDRESS AVAILABLE UPON REQUEST

SHAKUR, HAKIM
ADDRESS AVAILABLE UPON REQUEST

SHALAPIN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHALEV, ZIV
ADDRESS AVAILABLE UPON REQUEST

SHALHOOB MEAT CO. INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

SHALIMAR RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

SHALK, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHALLCROSS, JANICE
ADDRESS AVAILABLE UPON REQUEST

SHALLCROSS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SHALLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHALLO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHALLOW, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHALOO, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHALOSKY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHAM, DUNCAN
ADDRESS AVAILABLE UPON REQUEST

SHAM, WINNIE
ADDRESS AVAILABLE UPON REQUEST

SHAMAR COWAN
ADDRESS AVAILABLE UPON REQUEST

SHAMBANNAGARI, MANOHAR REDDY
ADDRESS AVAILABLE UPON REQUEST

SHAMBLIN, BART
ADDRESS AVAILABLE UPON REQUEST

SHAMBLIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SHAMBROOK, KIM
ADDRESS AVAILABLE UPON REQUEST

SHAMBURGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHAMIS, YULIA
ADDRESS AVAILABLE UPON REQUEST

SHAMLEY, TONDALEYA
ADDRESS AVAILABLE UPON REQUEST

SHAMP, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHAMPAIN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SHAMPANSKY, DIANA
ADDRESS AVAILABLE UPON REQUEST

SHAMPINE, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SHAMS, REGINA
ADDRESS AVAILABLE UPON REQUEST

SHAMS, SANJUKTA
ADDRESS AVAILABLE UPON REQUEST

SHAMUS D HARMON
ADDRESS AVAILABLE UPON REQUEST

SHAMUS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

SHANAFELT, ALEXANDRE
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, MARLLORY
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SHANAHAN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SHAND, HAILEY
ADDRESS AVAILABLE UPON REQUEST

SHAND, VANESSA B.
ADDRESS AVAILABLE UPON REQUEST

SHANDA BIGELOW
ADDRESS AVAILABLE UPON REQUEST

SHANE ADAIR
ADDRESS AVAILABLE UPON REQUEST

SHANE LILLY
ADDRESS AVAILABLE UPON REQUEST

SHANE
ADDRESS AVAILABLE UPON REQUEST

SHANE, DIANE
ADDRESS AVAILABLE UPON REQUEST

SHANE, KYLE
ADDRESS AVAILABLE UPON REQUEST

SHANE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHANE, LISA
ADDRESS AVAILABLE UPON REQUEST

SHANE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SHANE, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SHANEN, IRMA
ADDRESS AVAILABLE UPON REQUEST

SHANER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHANER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHANER, SAM
ADDRESS AVAILABLE UPON REQUEST

SHANG, BO
ADDRESS AVAILABLE UPON REQUEST

SHANG, XIANHAN
ADDRESS AVAILABLE UPON REQUEST

SHANGARI, NINA
ADDRESS AVAILABLE UPON REQUEST

SHANHOLTZER, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SHANHOLTZER, CRISTA
ADDRESS AVAILABLE UPON REQUEST

SHANICE  ALISHA
ADDRESS AVAILABLE UPON REQUEST

SHANICKA SCARBROUGH
ADDRESS AVAILABLE UPON REQUEST

SHANIF DHANANI
ADDRESS AVAILABLE UPON REQUEST

SHANK, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SHANK, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

SHANK, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHANKAR, JAISHRI
ADDRESS AVAILABLE UPON REQUEST

SHANKAR, RASSHMI
ADDRESS AVAILABLE UPON REQUEST

SHANKAR, SWATHI
ADDRESS AVAILABLE UPON REQUEST

SHANKARRAM VENKAT
ADDRESS AVAILABLE UPON REQUEST

SHANKLE, BREANNAH
ADDRESS AVAILABLE UPON REQUEST

SHANKLIN, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

SHANKLIN, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

SHANKLIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

SHANKLIN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SHANKMAN, JADE
ADDRESS AVAILABLE UPON REQUEST

SHANKMAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHANKS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHANKS, LEIA
ADDRESS AVAILABLE UPON REQUEST

SHANKS, MARTINA
ADDRESS AVAILABLE UPON REQUEST

SHANLEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SHANLEY, SETH
ADDRESS AVAILABLE UPON REQUEST

SHANMUGASUNDARAM, KANNAN
ADDRESS AVAILABLE UPON REQUEST

SHANMUGHAM, SANTHOSH KUMAR
ADDRESS AVAILABLE UPON REQUEST

SHANNA HAMLETT
ADDRESS AVAILABLE UPON REQUEST

SHANNAHAN, GRACIE
ADDRESS AVAILABLE UPON REQUEST

SHANNN, DANA
ADDRESS AVAILABLE UPON REQUEST

SHANNON CUNNINGHAM
ADDRESS AVAILABLE UPON REQUEST

SHANNON DAVIS
ADDRESS AVAILABLE UPON REQUEST

SHANNON FALLACE
5513 GRAYLOG ST
RANCHO PALOS VERDE, CA  90275

SHANNON KATHLEEN WILSON
ADDRESS AVAILABLE UPON REQUEST

SHANNON KETELSEN
ADDRESS AVAILABLE UPON REQUEST

SHANNON LEBLANC
ADDRESS AVAILABLE UPON REQUEST

SHANNON LOUGHEAD
ADDRESS AVAILABLE UPON REQUEST

SHANNON MATTHEWS
ADDRESS AVAILABLE UPON REQUEST

SHANNON MELTON
ADDRESS AVAILABLE UPON REQUEST

SHANNON MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHANNON MITCHELL
ADDRESS AVAILABLE UPON REQUEST

SHANNON ROBERTS
ADDRESS AVAILABLE UPON REQUEST

SHANNON SANDERSON
ADDRESS AVAILABLE UPON REQUEST

SHANNON SINGLETON
ADDRESS AVAILABLE UPON REQUEST

SHANNON SMITH
ADDRESS AVAILABLE UPON REQUEST

SHANNON SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

SHANNON WALLACE
ADDRESS AVAILABLE UPON REQUEST

SHANNON WOLFENBARGER
ADDRESS AVAILABLE UPON REQUEST

SHANNON YAEDE
ADDRESS AVAILABLE UPON REQUEST

SHANNON, AMY
ADDRESS AVAILABLE UPON REQUEST

SHANNON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, CINDY
ADDRESS AVAILABLE UPON REQUEST

SHANNON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SHANNON, DR ERIN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, DR ERIN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

SHANNON, KAREN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, KARLY
ADDRESS AVAILABLE UPON REQUEST

SHANNON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, KIMBLERLY
ADDRESS AVAILABLE UPON REQUEST

SHANNON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, LINDA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, MARSHALL/NAN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, MICHELA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SHANNON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHANNON, RANYA
ADDRESS AVAILABLE UPON REQUEST

SHANNON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHANNON, SHEREE
ADDRESS AVAILABLE UPON REQUEST

SHANNON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHANNON, SUE
ADDRESS AVAILABLE UPON REQUEST

SHANNON, TRISH
ADDRESS AVAILABLE UPON REQUEST

SHANNY SEEWALD
ADDRESS AVAILABLE UPON REQUEST

SHANSHORY, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SHANTA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHANTLE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SHANUS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHAOJIE DAI
ADDRESS AVAILABLE UPON REQUEST

SHAPARD, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SHAPARENKO, BENYAH
ADDRESS AVAILABLE UPON REQUEST

SHAPELOW, YVONNE
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, BARRY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, DAWN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, DONNA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, EVAN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, FRAN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, JOAN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, KAM
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MARIYA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, RITA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, SABINA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, SHOSHANA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, TARA
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, WENDY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, WENDY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SHAPIRO-KLINE, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

SHAPLAND, JAMISON
ADDRESS AVAILABLE UPON REQUEST

SHAPLEY-BOX, DIANE
ADDRESS AVAILABLE UPON REQUEST

SHAPOLSKY, IAN
ADDRESS AVAILABLE UPON REQUEST

SHAR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SHARABBA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SHARAF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHARAR, KENDAL
ADDRESS AVAILABLE UPON REQUEST

SHARATH RANGA
ADDRESS AVAILABLE UPON REQUEST

SHARBER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SHARBUTT, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SHARE LOCAL MEDIA INC.
40 EXCHANGE PLACE, STE 900
NEW YORK, NY  10005

SHARE LOCAL MEDIA INC.
45 BOND STREET 5TH FLOOR
NEW YORK, NY  10012

SHARE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHARE, MARZETTA
ADDRESS AVAILABLE UPON REQUEST

SHAREASALE.COM, INC.
15 W. HUBBARD, SUITE 500
CHICAGO, IL 60654

SHAREGHI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHAREK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SHAREN PARKER
ADDRESS AVAILABLE UPON REQUEST

SHARER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHARFF, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHARI KUHN
ADDRESS AVAILABLE UPON REQUEST

SHARI, BRATHWAITE,
ADDRESS AVAILABLE UPON REQUEST

SHARIATI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHARIE SMITH
ADDRESS AVAILABLE UPON REQUEST

SHARIE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SHARIF, YAMINAH
ADDRESS AVAILABLE UPON REQUEST

SHARIFF, HASSAN
ADDRESS AVAILABLE UPON REQUEST

SHARIN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SHARK PIG, LLC
4514 N FIGUEROA ST
LOS ANGELES, CA 90065

SHARKA, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, ARLENE
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, BRE
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, LIAM
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, MARY
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, MIA
ADDRESS AVAILABLE UPON REQUEST

SHARKEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SHAR-LEANN CLARK REVOCABLE LIVING
TRUST
ADDRESS AVAILABLE UPON REQUEST

SHAR-LEANN CLARK
ADDRESS AVAILABLE UPON REQUEST

SHARMA, AJAY
ADDRESS AVAILABLE UPON REQUEST

SHARMA, ANIKET
ADDRESS AVAILABLE UPON REQUEST

SHARMA, ANUVA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, ASTHA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, BAIBHAV
ADDRESS AVAILABLE UPON REQUEST

SHARMA, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHARMA, GUNEEV
ADDRESS AVAILABLE UPON REQUEST

SHARMA, HEENA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, HEMANEE
ADDRESS AVAILABLE UPON REQUEST

SHARMA, KSHITIJ
ADDRESS AVAILABLE UPON REQUEST

SHARMA, MALVEEKA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, MALVIKA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, MIHIR
ADDRESS AVAILABLE UPON REQUEST

SHARMA, MRINALINI
ADDRESS AVAILABLE UPON REQUEST

SHARMA, NAMITA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, NEHA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, NIKITA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, RAM
ADDRESS AVAILABLE UPON REQUEST

SHARMA, RIA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, RUSS
ADDRESS AVAILABLE UPON REQUEST

SHARMA, SHAAN
ADDRESS AVAILABLE UPON REQUEST

SHARMA, SHIVANE
ADDRESS AVAILABLE UPON REQUEST

SHARMA, SHRUTHI
ADDRESS AVAILABLE UPON REQUEST

SHARMA, SONIA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, SWETA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, TANYA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, TAVISHI
ADDRESS AVAILABLE UPON REQUEST

SHARMA, VANISHA
ADDRESS AVAILABLE UPON REQUEST

SHARMA, VIDHI
ADDRESS AVAILABLE UPON REQUEST

SHARON ANN SELL
ADDRESS AVAILABLE UPON REQUEST

SHARON ATKINS
ADDRESS AVAILABLE UPON REQUEST

SHARON BROOKES
ADDRESS AVAILABLE UPON REQUEST

SHARON CRUTCHER YOH
ADDRESS AVAILABLE UPON REQUEST

SHARON ELAINE CHUPP
ADDRESS AVAILABLE UPON REQUEST

SHARON GRUBBS
ADDRESS AVAILABLE UPON REQUEST

SHARON KENT
ADDRESS AVAILABLE UPON REQUEST

SHARON LEONARD
ADDRESS AVAILABLE UPON REQUEST

SHARON SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

SHARON SHEMTOV
ADDRESS AVAILABLE UPON REQUEST

SHARON SMITH
ADDRESS AVAILABLE UPON REQUEST

SHARON SWEEDE SBROCCO
ADDRESS AVAILABLE UPON REQUEST

SHARON WALLACE
ADDRESS AVAILABLE UPON REQUEST

SHARON, BOBBIE JO
ADDRESS AVAILABLE UPON REQUEST

SHARON, GARY
ADDRESS AVAILABLE UPON REQUEST

SHARON, SELINA
ADDRESS AVAILABLE UPON REQUEST

SHARONLIN BHARDWAJ
ADDRESS AVAILABLE UPON REQUEST

SHAROT, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SHARP, AL
ADDRESS AVAILABLE UPON REQUEST

SHARP, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHARP, BECCA
ADDRESS AVAILABLE UPON REQUEST

SHARP, BRITT
ADDRESS AVAILABLE UPON REQUEST

SHARP, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SHARP, CHAD
ADDRESS AVAILABLE UPON REQUEST

SHARP, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SHARP, DAWN
ADDRESS AVAILABLE UPON REQUEST

SHARP, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SHARP, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SHARP, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SHARP, HOPE
ADDRESS AVAILABLE UPON REQUEST

SHARP, JOSH
ADDRESS AVAILABLE UPON REQUEST

SHARP, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SHARP, KARI
ADDRESS AVAILABLE UPON REQUEST

SHARP, KEN
ADDRESS AVAILABLE UPON REQUEST

SHARP, LOGAN
ADDRESS AVAILABLE UPON REQUEST

SHARP, MACRAE
ADDRESS AVAILABLE UPON REQUEST

SHARP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHARP, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

SHARP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHARP, QUINN
ADDRESS AVAILABLE UPON REQUEST

SHARP, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHARP, SARA
ADDRESS AVAILABLE UPON REQUEST

SHARP, SARA
ADDRESS AVAILABLE UPON REQUEST

SHARP, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHARP, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SHARP, SHARON
ADDRESS AVAILABLE UPON REQUEST

SHARP, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SHARP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHARP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHARP, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHARP, ZANDER
ADDRESS AVAILABLE UPON REQUEST

SHARPE, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SHARPE, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

SHARPE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SHARPE, ELLISE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHARPE, ENGELICA
ADDRESS AVAILABLE UPON REQUEST

SHARPE, GOLDA
ADDRESS AVAILABLE UPON REQUEST

SHARPE, GRACE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SHARPE, JANET
ADDRESS AVAILABLE UPON REQUEST

SHARPE, JUNE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHARPE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, PAULINE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHARPE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHARPE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SHARPER, CORKY
ADDRESS AVAILABLE UPON REQUEST

SHARPLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHARPTON, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SHARPTON, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHARRER, THILYE AND RYAN
ADDRESS AVAILABLE UPON REQUEST

SHARRETT, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHARRETTTS, JEAN
ADDRESS AVAILABLE UPON REQUEST

SHARRIEF, JIHAD
ADDRESS AVAILABLE UPON REQUEST

SHARROCK, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SHARROKY HOLLIE
ADDRESS AVAILABLE UPON REQUEST

SHARROW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHARRY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHARTZER, JEN
ADDRESS AVAILABLE UPON REQUEST

SHARY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHARZER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHASHI LAD
ADDRESS AVAILABLE UPON REQUEST

SHASKAS, JAMES
ADDRESS AVAILABLE UPON REQUEST

SHASKY, RAE
ADDRESS AVAILABLE UPON REQUEST

SHASTA, MS
ADDRESS AVAILABLE UPON REQUEST

SHATEK, ALEX
ADDRESS AVAILABLE UPON REQUEST

SHATER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHATKIN, LORI
ADDRESS AVAILABLE UPON REQUEST

SHATOOR, SUGNESHWAR
ADDRESS AVAILABLE UPON REQUEST

SHATTLE, RENEE
ADDRESS AVAILABLE UPON REQUEST

SHATTUCK, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SHATTUCK, HALEY
ADDRESS AVAILABLE UPON REQUEST

SHATTUCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHATTUCK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SHATZEL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SHATZER, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

SHATZER, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

SHATZER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHAUB, ALEXIS & JASON
ADDRESS AVAILABLE UPON REQUEST

SHAUGH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAUGHNESSY, TRACY
ADDRESS AVAILABLE UPON REQUEST

SHAUL, KAROL
ADDRESS AVAILABLE UPON REQUEST

SHAUL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAULINSKI, SINDEE
ADDRESS AVAILABLE UPON REQUEST

SHAULIS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHAUN KESSLER
ADDRESS AVAILABLE UPON REQUEST

SHAUN M LAFACE
ADDRESS AVAILABLE UPON REQUEST

SHAUN MICHAEL FELCHER
ADDRESS AVAILABLE UPON REQUEST

SHAUN S TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHAUN, LA
ADDRESS AVAILABLE UPON REQUEST

SHAURINKUMAR SHAH
ADDRESS AVAILABLE UPON REQUEST

SHAVANDRA RICHARDS
ADDRESS AVAILABLE UPON REQUEST

SHAVE ICE TRUCK
ADDRESS UNAVAILABLE AT TIME OF FILING

SHAVER, CHAD
ADDRESS AVAILABLE UPON REQUEST

SHAVER, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SHAVER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHAVER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAVER, MARIE
ADDRESS AVAILABLE UPON REQUEST

SHAVER, NICOLA
ADDRESS AVAILABLE UPON REQUEST

SHAVER, TYLER
ADDRESS AVAILABLE UPON REQUEST

SHAVERDI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHAVIERS, CHASSITY
ADDRESS AVAILABLE UPON REQUEST

SHAVITZ, MARC
ADDRESS AVAILABLE UPON REQUEST

SHAVLIK, GREG
ADDRESS AVAILABLE UPON REQUEST

SHAVONNE ADKINS
ADDRESS AVAILABLE UPON REQUEST

SHAVOZ, TERI
ADDRESS AVAILABLE UPON REQUEST

SHAW - VFX, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SHAW, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHAW, AMY
ADDRESS AVAILABLE UPON REQUEST

SHAW, AMY
ADDRESS AVAILABLE UPON REQUEST

SHAW, ANGEANETTE
ADDRESS AVAILABLE UPON REQUEST

SHAW, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SHAW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHAW, AUSHA
ADDRESS AVAILABLE UPON REQUEST

SHAW, BECKY
ADDRESS AVAILABLE UPON REQUEST

SHAW, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHAW, BRITTLEY
ADDRESS AVAILABLE UPON REQUEST

SHAW, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SHAW, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

SHAW, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SHAW, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SHAW, DAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, DIANE
ADDRESS AVAILABLE UPON REQUEST

SHAW, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SHAW, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHAW, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, FRANCES
ADDRESS AVAILABLE UPON REQUEST

SHAW, GARY
ADDRESS AVAILABLE UPON REQUEST

SHAW, GERALD
ADDRESS AVAILABLE UPON REQUEST

SHAW, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SHAW, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SHAW, JENNA
ADDRESS AVAILABLE UPON REQUEST

SHAW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHAW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHAW, JEROME
ADDRESS AVAILABLE UPON REQUEST

SHAW, JULIA
ADDRESS AVAILABLE UPON REQUEST

SHAW, JULIA
ADDRESS AVAILABLE UPON REQUEST

SHAW, KATHARIN
ADDRESS AVAILABLE UPON REQUEST

SHAW, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHAW, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SHAW, LASHON
ADDRESS AVAILABLE UPON REQUEST

SHAW, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHAW, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHAW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHAW, LIDIE
ADDRESS AVAILABLE UPON REQUEST

SHAW, LINCOLN
ADDRESS AVAILABLE UPON REQUEST

SHAW, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHAW, LISA
ADDRESS AVAILABLE UPON REQUEST

SHAW, LISA
ADDRESS AVAILABLE UPON REQUEST

SHAW, LISA
ADDRESS AVAILABLE UPON REQUEST

SHAW, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SHAW, MARIAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

SHAW, METRIE
ADDRESS AVAILABLE UPON REQUEST

SHAW, NADJA
ADDRESS AVAILABLE UPON REQUEST

SHAW, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHAW, NIYALA
ADDRESS AVAILABLE UPON REQUEST

SHAW, OCTAVIA
ADDRESS AVAILABLE UPON REQUEST

SHAW, PAM
ADDRESS AVAILABLE UPON REQUEST

SHAW, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SHAW, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHAW, REGAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, RONALD
ADDRESS AVAILABLE UPON REQUEST

SHAW, ROY
ADDRESS AVAILABLE UPON REQUEST

SHAW, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, RYAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHAW, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHAW, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAW, SHARMAN
ADDRESS AVAILABLE UPON REQUEST

SHAW, SHARON
ADDRESS AVAILABLE UPON REQUEST

SHAW, SHARON
ADDRESS AVAILABLE UPON REQUEST

SHAW, SKYE
ADDRESS AVAILABLE UPON REQUEST

SHAW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHAW, TRACY
ADDRESS AVAILABLE UPON REQUEST

SHAW, TRACY
ADDRESS AVAILABLE UPON REQUEST

SHAW, TYELER
ADDRESS AVAILABLE UPON REQUEST

SHAW, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SHAW, WENDY
ADDRESS AVAILABLE UPON REQUEST

SHAWAH, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

SHAWGER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SHAWLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

SHAWN ANDERSON
ADDRESS AVAILABLE UPON REQUEST

SHAWN DAUBE
ADDRESS AVAILABLE UPON REQUEST

SHAWN F WILDES
ADDRESS AVAILABLE UPON REQUEST

SHAWN GREGORY INKS
ADDRESS AVAILABLE UPON REQUEST

SHAWN HIGGINS
ADDRESS AVAILABLE UPON REQUEST

SHAWN PETERS
ADDRESS AVAILABLE UPON REQUEST

SHAWN THOMAS BURROWS
ADDRESS AVAILABLE UPON REQUEST

SHAWNA BRUCE
ADDRESS AVAILABLE UPON REQUEST

SHAWNA FAE GRAVES
ADDRESS AVAILABLE UPON REQUEST

SHAWNA FOREE
ADDRESS AVAILABLE UPON REQUEST

SHAWNDAE BRUZENAK
ADDRESS AVAILABLE UPON REQUEST

SHAWNDRA BRYANT
ADDRESS AVAILABLE UPON REQUEST

SHAWNS PUMPKIN PATCH
ADDRESS UNAVAILABLE AT TIME OF FILING

SHAWSTAD, NYSSA
ADDRESS AVAILABLE UPON REQUEST

SHAWVER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SHAWVER, JASON
ADDRESS AVAILABLE UPON REQUEST

SHAXTED, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHAY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SHAY, DANELLE
ADDRESS AVAILABLE UPON REQUEST

SHAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHAY, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHAY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SHAY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHAY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHAYA MAIER
ADDRESS AVAILABLE UPON REQUEST

SHAYEGAN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SHAYKO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

SHAYLA KING
ADDRESS AVAILABLE UPON REQUEST

SHAYLA MARIE KING
ADDRESS AVAILABLE UPON REQUEST

SHAYNA FASANELLA
ADDRESS AVAILABLE UPON REQUEST

SHCHERBAKOVA, ELIZAVETA
ADDRESS AVAILABLE UPON REQUEST

SHEA, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SHEA, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SHEA, AMY
ADDRESS AVAILABLE UPON REQUEST

SHEA, ANNAROSE
ADDRESS AVAILABLE UPON REQUEST

SHEA, BETH
ADDRESS AVAILABLE UPON REQUEST

SHEA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHEA, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SHEA, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

SHEA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SHEA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHEA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHEA, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHEA, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHEA, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SHEA, JAYNE
ADDRESS AVAILABLE UPON REQUEST

SHEA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHEA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SHEA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHEA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHEA, MARIE
ADDRESS AVAILABLE UPON REQUEST

SHEA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHEA, MIKE
ADDRESS AVAILABLE UPON REQUEST

SHEA, PEYTON
ADDRESS AVAILABLE UPON REQUEST

SHEA, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHEA, STACIA
ADDRESS AVAILABLE UPON REQUEST

SHEA, THERESA
ADDRESS AVAILABLE UPON REQUEST

SHEAD, AVERY
ADDRESS AVAILABLE UPON REQUEST

SHEAD, JAMES
ADDRESS AVAILABLE UPON REQUEST

SHEADY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SHEAFFER, DAWN
ADDRESS AVAILABLE UPON REQUEST

SHEAFOR, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

SHEAH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SHEAHAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHEAHAN, COREY
ADDRESS AVAILABLE UPON REQUEST

SHEALEY, MISSIE
ADDRESS AVAILABLE UPON REQUEST

SHEALY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SHEAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHEAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHEARBURN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHEARE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SHEAREN, JOEY
ADDRESS AVAILABLE UPON REQUEST

SHEARER, CHARSI
ADDRESS AVAILABLE UPON REQUEST

SHEARER, DESARAE
ADDRESS AVAILABLE UPON REQUEST

SHEARER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

SHEARER, FIONA
ADDRESS AVAILABLE UPON REQUEST

SHEARER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHEARER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

SHEARER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHEARER, LISA
ADDRESS AVAILABLE UPON REQUEST

SHEARER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHEARER, MR AND MRS
ADDRESS AVAILABLE UPON REQUEST

SHEARER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHEARER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHEARHOD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SHEARIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHEARIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHEARIN, JERELL
ADDRESS AVAILABLE UPON REQUEST

SHEARIN, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHEARMAN, CAT
ADDRESS AVAILABLE UPON REQUEST

SHEARN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SHEARON, GRACESHOUS
ADDRESS AVAILABLE UPON REQUEST

SHEARRON, MILES
ADDRESS AVAILABLE UPON REQUEST

SHEARS, SHIRLENE
ADDRESS AVAILABLE UPON REQUEST

SHEBANIE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHEBBY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHEBBY, SEAN
ADDRESS AVAILABLE UPON REQUEST

SHECKLER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHED, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHEDD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHEDIVY, ANN
ADDRESS AVAILABLE UPON REQUEST

SHEDLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHEDRICK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SHEE, LORI
ADDRESS AVAILABLE UPON REQUEST

SHEEDER, NORA
ADDRESS AVAILABLE UPON REQUEST

SHEEDER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SHEEDY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHEEDY, DANA
ADDRESS AVAILABLE UPON REQUEST

SHEEDY, MARK
ADDRESS AVAILABLE UPON REQUEST

SHEEDY, TINA
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, AMBERLEE
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, BECCA
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, BILL
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, JACKY
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, KARA
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, LUKE
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, MALLORY ANNE
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, ROB
ADDRESS AVAILABLE UPON REQUEST

SHEEHAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SHEEHY, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SHEEHY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHEEHY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SHEEKEY, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

SHEEKS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHEELY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHEELY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SHEEN LI LIN
ADDRESS AVAILABLE UPON REQUEST

SHEEN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SHEENA, SKYE
ADDRESS AVAILABLE UPON REQUEST

SHEENAH MUSCO
ADDRESS AVAILABLE UPON REQUEST

SHEERAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHEERIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SHEETS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

SHEETS, CASSIDIE
ADDRESS AVAILABLE UPON REQUEST

SHEETS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SHEETS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHEETS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SHEETS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SHEETS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHEETS, ROY
ADDRESS AVAILABLE UPON REQUEST

SHEETZ
ADDRESS UNAVAILABLE AT TIME OF FILING

SHEFALI SHAH
ADDRESS AVAILABLE UPON REQUEST

SHEFFELS, JODIE
ADDRESS AVAILABLE UPON REQUEST

SHEFFEY, ATUL
ADDRESS AVAILABLE UPON REQUEST

SHEFFEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHEFFIELD, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHEFFIELD, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SHEFFIELD, MISTY
ADDRESS AVAILABLE UPON REQUEST

SHEFFIELD, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHEFFIELD, SHANTIL
ADDRESS AVAILABLE UPON REQUEST

SHEFFLER, JANE
ADDRESS AVAILABLE UPON REQUEST

SHEFINDS
33 RIVERSIDE DR. SUITE 5E
NEW YORK, NY  10023

SHEFRIN, ZACH
ADDRESS AVAILABLE UPON REQUEST

SHEGDA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SHEHAN, CAROLA
ADDRESS AVAILABLE UPON REQUEST

SHEHAN, CAROLA
ADDRESS AVAILABLE UPON REQUEST

SHEHAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHEHATA, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SHEHATA, MARC
ADDRESS AVAILABLE UPON REQUEST

SHEIBLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHEIKH, NADIA
ADDRESS AVAILABLE UPON REQUEST

SHEIKH, SAIDO
ADDRESS AVAILABLE UPON REQUEST

SHEIKH, TARA
ADDRESS AVAILABLE UPON REQUEST

SHEIL, TRINITY
ADDRESS AVAILABLE UPON REQUEST

SHEILA BOWIE
ADDRESS AVAILABLE UPON REQUEST

SHEILA BURKE
ADDRESS AVAILABLE UPON REQUEST

SHEILA BYSTRAK
ADDRESS AVAILABLE UPON REQUEST

SHEILA HARTWIG, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SHEILA HERMAN
ADDRESS AVAILABLE UPON REQUEST

SHEILA SCZEPANIK
ADDRESS AVAILABLE UPON REQUEST

SHEILA SEGURSON
ADDRESS AVAILABLE UPON REQUEST

SHEILA, BROWN,
ADDRESS AVAILABLE UPON REQUEST

SHEIL-HOPPER, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHEKELL, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SHEKEM, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

SHELAT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SHELATZ, LISA
ADDRESS AVAILABLE UPON REQUEST

SHELBIE MILES
ADDRESS AVAILABLE UPON REQUEST

SHELBORNE-BARFIELD, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SHELBOURN, ALISHA
ADDRESS AVAILABLE UPON REQUEST

SHELBURNE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SHELBURNE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SHELBY E L PRUETT
ADDRESS AVAILABLE UPON REQUEST

SHELBY HOWARD
ADDRESS AVAILABLE UPON REQUEST

SHELBY PEREZ
ADDRESS AVAILABLE UPON REQUEST

SHELBY ROBINSON
ADDRESS AVAILABLE UPON REQUEST

SHELBY SCHEBILSKI
ADDRESS AVAILABLE UPON REQUEST

SHELBY, APRIL
ADDRESS AVAILABLE UPON REQUEST

SHELBY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHELBY, DUSTYN
ADDRESS AVAILABLE UPON REQUEST

SHELBY, NIA
ADDRESS AVAILABLE UPON REQUEST

SHELBY, VANDONSEL
ADDRESS AVAILABLE UPON REQUEST

SHELDON COHN
ADDRESS AVAILABLE UPON REQUEST

SHELDON FINANCIAL LLC
ADDRESS AVAILABLE UPON REQUEST

SHELDON HILLS VINEYARDS, LLC
20204 ATKINS ROAD
LODI, CA  95240

SHELDON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHELDON, KELLI
ADDRESS AVAILABLE UPON REQUEST

SHELDON, LISA
ADDRESS AVAILABLE UPON REQUEST

SHELDON, MARY
ADDRESS AVAILABLE UPON REQUEST

SHELDON, NORA
ADDRESS AVAILABLE UPON REQUEST

SHELDON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SHELDON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SHELDON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHELDON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SHELDON, STEVE
ADDRESS AVAILABLE UPON REQUEST

SHELHAMER, KYLEE
ADDRESS AVAILABLE UPON REQUEST

SHELIA COOKBEY
ADDRESS AVAILABLE UPON REQUEST

SHELIST, MADISON
ADDRESS AVAILABLE UPON REQUEST

SHELL OIL
2164 S BROADWAY
SANTA MARIA, CA  93454

SHELL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SHELL, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

SHELL, NED
ADDRESS AVAILABLE UPON REQUEST

SHELL, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

SHELL, THERESE
ADDRESS AVAILABLE UPON REQUEST

SHELLBACK TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

SHELLBERG, AN
ADDRESS AVAILABLE UPON REQUEST

SHELLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHELLEY DEHART
ADDRESS AVAILABLE UPON REQUEST

SHELLEY STARNER
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, CAMBRIA
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, MASON
ADDRESS AVAILABLE UPON REQUEST

SHELLEY, SHARON
ADDRESS AVAILABLE UPON REQUEST

SHELLHORN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHELLIE, ISAKSON
ADDRESS AVAILABLE UPON REQUEST

SHELLITO, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHELLO, NORA R.
ADDRESS AVAILABLE UPON REQUEST

SHELLOW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHELLY, ELISA
ADDRESS AVAILABLE UPON REQUEST

SHELLY, TOBIN
ADDRESS AVAILABLE UPON REQUEST

SHELMAN, FAITH
ADDRESS AVAILABLE UPON REQUEST

SHELOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHELOR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHELQUIST, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SHELSTROM, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SHELTER POINT LIFE
PO BOX 9340
GARDEN CITY, NY  11530

SHELTON, AMI
ADDRESS AVAILABLE UPON REQUEST

SHELTON, CALEB
ADDRESS AVAILABLE UPON REQUEST

SHELTON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, CHASITY
ADDRESS AVAILABLE UPON REQUEST

SHELTON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JERRY
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JO LYNN
ADDRESS AVAILABLE UPON REQUEST

SHELTON, JUDY
ADDRESS AVAILABLE UPON REQUEST

SHELTON, KAT
ADDRESS AVAILABLE UPON REQUEST

SHELTON, KENISHA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SHELTON, LINDA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SHELTON, MARK
ADDRESS AVAILABLE UPON REQUEST

SHELTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHELTON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SHELTON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SHELTON, RASHANDA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHELTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHELTON, SONORA
ADDRESS AVAILABLE UPON REQUEST

SHELTON, STACIE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHELTON, TERESA'S
ADDRESS AVAILABLE UPON REQUEST

SHELTON, TODD
ADDRESS AVAILABLE UPON REQUEST

SHELTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHELUS, MARY/STEVE
ADDRESS AVAILABLE UPON REQUEST

SHELVY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SHEMANSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHEMELYA, J ALAN
ADDRESS AVAILABLE UPON REQUEST

SHEMESH, MAAYAN
ADDRESS AVAILABLE UPON REQUEST

SHEMO, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHEMPP, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SHEMTOV, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SHEN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SHEN, IVY
ADDRESS AVAILABLE UPON REQUEST

SHEN, JANE
ADDRESS AVAILABLE UPON REQUEST

SHEN, JERRY
ADDRESS AVAILABLE UPON REQUEST

SHEN, JOAN
ADDRESS AVAILABLE UPON REQUEST

SHEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHEN, YI
ADDRESS AVAILABLE UPON REQUEST

SHEN, YILUN
ADDRESS AVAILABLE UPON REQUEST

SHENG, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SHENK, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHENK, PETRA
ADDRESS AVAILABLE UPON REQUEST

SHENK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHENKEL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHENOY, DEVYANI
ADDRESS AVAILABLE UPON REQUEST

SHENOY, SHREYA
ADDRESS AVAILABLE UPON REQUEST

SHEP HOFFMAN
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, AISHA
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, AMY
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, CAROLE
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, HALEY
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, KATE
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, KAYZHA
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHEPARD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SHEPARDSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

SHEPARDSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHEPHARD, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SHEPHARD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHEPHARD, HILARY
ADDRESS AVAILABLE UPON REQUEST

SHEPHEARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SHEPHER RANCH, LLC.
16027 VENTURA BLVD, 400
ENCINO, CA 91436

SHEPHER RANCH, LLC.
24232 LONG VALLEY RD.
HIDDEN HILLS, CA 91302

SHEPHERD MATSONGONI
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, ANALIESE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, LEAH
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, MARY-ANN
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, SHERIDAN
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SHEPHERD-HAUCK, ANNE
ADDRESS AVAILABLE UPON REQUEST

SHEPLEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD MULLIN RICHTER & HAMPTON
LLP
333 SOUTH HOPE STREET, 43RD FLOOR
LOS ANGELES, CA 90071-1422

SHEPPARD, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, KATE
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, KERRY
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, MILDRED
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, REAGAN
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, SAIDAH
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHEPPARD, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SHEPTOSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SHERA, ABBY
ADDRESS AVAILABLE UPON REQUEST

SHERARD, NIKITA
ADDRESS AVAILABLE UPON REQUEST

SHERATON
ADDRESS UNAVAILABLE AT TIME OF FILING

SHERBON, CHERIE
ADDRESS AVAILABLE UPON REQUEST

SHERBON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SHERBONDY, LEAH
ADDRESS AVAILABLE UPON REQUEST

SHERBURNE, JUNEMARIE
ADDRESS AVAILABLE UPON REQUEST

SHERE, JOSH
ADDRESS AVAILABLE UPON REQUEST

SHERF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHERFY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SHERI HARDWICK KEDILHAC VIESCA
ADDRESS AVAILABLE UPON REQUEST

SHERI KEMPF
ADDRESS AVAILABLE UPON REQUEST

SHERI KNEPPER
ADDRESS AVAILABLE UPON REQUEST

SHERI LYNN DWYER
ADDRESS AVAILABLE UPON REQUEST

SHERICK, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, CARYN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, JOEY
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, LISA
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, MARIE
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

SHERIDAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SHERIE FORD
ADDRESS AVAILABLE UPON REQUEST

SHERIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

SHERK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SHERLOCK, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SHERLOCK, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SHERLOCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHERLOCK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHERLOCK, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SHERMAN DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN FARR JR
ADDRESS AVAILABLE UPON REQUEST

SHERMAN REID
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, ALICEROSE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, ALLI
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BETTY
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BRODIE & MADDY
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, DEVIN
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, KATE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, KEITH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, MARA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, MERCEDITA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, NICK
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, PETER
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

SHERMAN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SHERMANS TRAVEL LLC
112 W 34TH ST SUITE 2110
NEW YORK, NY 10120

SHERMOCK, TRACY
ADDRESS AVAILABLE UPON REQUEST

SHERMOEN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHERNALEE STEPHENSON
ADDRESS AVAILABLE UPON REQUEST

SHEROD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHEROD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SHERRARD-ALVAREZ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SHERRATT, REGINA
ADDRESS AVAILABLE UPON REQUEST

SHERREL, JENNY
ADDRESS AVAILABLE UPON REQUEST

SHERREL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHERRER, TRACY
ADDRESS AVAILABLE UPON REQUEST

SHERRIE DEANS
ADDRESS AVAILABLE UPON REQUEST

SHERRIE LYNNE GOLDSTEIN
ADDRESS AVAILABLE UPON REQUEST

SHERRIER, SALLY
ADDRESS AVAILABLE UPON REQUEST

SHERRILL, CHERRI
ADDRESS AVAILABLE UPON REQUEST

SHERRILL, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

SHERRILL, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SHERRILL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHERRIN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHERRITT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHERROD, EDEN
ADDRESS AVAILABLE UPON REQUEST

SHERROD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHERROD, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SHERROD, MALIA
ADDRESS AVAILABLE UPON REQUEST

SHERROD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHERROD, TION
ADDRESS AVAILABLE UPON REQUEST

SHERRON, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SHERRY BUCKLES
ADDRESS AVAILABLE UPON REQUEST

SHERRY OLSON, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SHERRY PIPCHOK
ADDRESS AVAILABLE UPON REQUEST

SHERRY, JANE
ADDRESS AVAILABLE UPON REQUEST

SHERRY, JERI ANN
ADDRESS AVAILABLE UPON REQUEST

SHERRY, JULIA
ADDRESS AVAILABLE UPON REQUEST

SHERRY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHERRY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHERRY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHERRY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SHERRY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHERVEN, JACOB
ADDRESS AVAILABLE UPON REQUEST

SHERWIN, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SHERWIN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SHERWIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHERWIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHERWIN, KIELEY
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD KLEIN JR
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, CALEB
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, LACEY
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, LISA
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, RAEGAN
ADDRESS AVAILABLE UPON REQUEST

SHERWOOD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHERYL LYNN GREENE
ADDRESS AVAILABLE UPON REQUEST

SHERYL LYNN WILKINS
ADDRESS AVAILABLE UPON REQUEST

SHERYL, EWING
ADDRESS AVAILABLE UPON REQUEST

SHERYLL CASUGA
ADDRESS AVAILABLE UPON REQUEST

SHESH, HOPE
ADDRESS AVAILABLE UPON REQUEST

SHETH, ANUP
ADDRESS AVAILABLE UPON REQUEST

SHETH, NIDHI
ADDRESS AVAILABLE UPON REQUEST

SHETH, NIMESH
ADDRESS AVAILABLE UPON REQUEST

SHETH, RUPAL
ADDRESS AVAILABLE UPON REQUEST

SHETLER, SOMER
ADDRESS AVAILABLE UPON REQUEST

SHETLEY, JO
ADDRESS AVAILABLE UPON REQUEST

SHETSKY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHETTLESWORTH, CINDY
ADDRESS AVAILABLE UPON REQUEST

SHETTY, DHIREN
ADDRESS AVAILABLE UPON REQUEST

SHEVARDNADZE, NANOULI
ADDRESS AVAILABLE UPON REQUEST

SHEVEL, KATY
ADDRESS AVAILABLE UPON REQUEST

SHEVLIN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHEVLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHEVLIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHEW, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

SHEW, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHEW, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

SHEWAN, BRYNN
ADDRESS AVAILABLE UPON REQUEST

SHEWEET YOHANNES
ADDRESS AVAILABLE UPON REQUEST

SHEWFELT, HALEY
ADDRESS AVAILABLE UPON REQUEST

SHEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SHI, AMY
ADDRESS AVAILABLE UPON REQUEST

SHI, JANE
ADDRESS AVAILABLE UPON REQUEST

SHI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHI, KEJIAN
ADDRESS AVAILABLE UPON REQUEST

SHI, XIAOYAN
ADDRESS AVAILABLE UPON REQUEST

SHIANNA, MARY
ADDRESS AVAILABLE UPON REQUEST

SHIAO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHIARELLA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SHIBLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHIBUSAWA, QUINTEN
ADDRESS AVAILABLE UPON REQUEST

SHICODIE ROSS
ADDRESS AVAILABLE UPON REQUEST

SHIDER, LINDA
ADDRESS AVAILABLE UPON REQUEST

SHIEBLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SHIELD, MARK
ADDRESS AVAILABLE UPON REQUEST

SHIELD, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SHIELDS BROKERAGE, STACY SHILL
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, BRENT
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, CARTER
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, GUS AND ALI
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, JOE ANNE
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, KEELEY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, LEN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, MICAELA
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, TANNER
ADDRESS AVAILABLE UPON REQUEST

SHIELDS, ZAVIER
ADDRESS AVAILABLE UPON REQUEST

SHIER, NANCY
ADDRESS AVAILABLE UPON REQUEST

SHIFFLETT, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SHIFFMAN, SARA
ADDRESS AVAILABLE UPON REQUEST

SHIFLET, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHIFLEY, BK
ADDRESS AVAILABLE UPON REQUEST

SHIGEMASA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHIGENO, MARY
ADDRESS AVAILABLE UPON REQUEST

SHIH, FREYA
ADDRESS AVAILABLE UPON REQUEST

SHIH, JANET
ADDRESS AVAILABLE UPON REQUEST

SHIH, KARI
ADDRESS AVAILABLE UPON REQUEST

SHIIKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHIKANO, TAKA
ADDRESS AVAILABLE UPON REQUEST

SHIKFMAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SHIKO, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SHIKOFF, MADLYN
ADDRESS AVAILABLE UPON REQUEST

SHIKORA, MIA
ADDRESS AVAILABLE UPON REQUEST

SHIKORA, MINDY
ADDRESS AVAILABLE UPON REQUEST

SHILA WATTAMWAR
ADDRESS AVAILABLE UPON REQUEST

SHILDNECK, FAY
ADDRESS AVAILABLE UPON REQUEST

SHILEY, ANNE CELINE
ADDRESS AVAILABLE UPON REQUEST

SHILKOFSKI, JOE
ADDRESS AVAILABLE UPON REQUEST

SHILKRUT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SHILLABEER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHILLIETO, ELIZA
ADDRESS AVAILABLE UPON REQUEST

SHILLING, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SHILLING, DENICE
ADDRESS AVAILABLE UPON REQUEST

SHILLING, KYLE
ADDRESS AVAILABLE UPON REQUEST

SHILLINGTON, SEAN
ADDRESS AVAILABLE UPON REQUEST

SHILMAN, BELLA
ADDRESS AVAILABLE UPON REQUEST

SHILOH J GRAY
ADDRESS AVAILABLE UPON REQUEST

SHILSHTUT, LYUDMILA
ADDRESS AVAILABLE UPON REQUEST

SHIM, JEAN
ADDRESS AVAILABLE UPON REQUEST

SHIM, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHIM, LEAH
ADDRESS AVAILABLE UPON REQUEST

SHIMA
ADDRESS UNAVAILABLE AT TIME OF FILING

SHIMBORSKE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHIME, VERONIKA
ADDRESS AVAILABLE UPON REQUEST

SHIMEK, KERI
ADDRESS AVAILABLE UPON REQUEST

SHIMEK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHIMKOSKI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SHIMODA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHIMODA, NAOKI
ADDRESS AVAILABLE UPON REQUEST

SHIMP, ROSE
ADDRESS AVAILABLE UPON REQUEST

SHIMSHI, AMIT
ADDRESS AVAILABLE UPON REQUEST

SHIN ONO
ADDRESS AVAILABLE UPON REQUEST

SHIN, CHONG
ADDRESS AVAILABLE UPON REQUEST

SHIN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHIN, IRIS
ADDRESS AVAILABLE UPON REQUEST

SHIN, JIYEN
ADDRESS AVAILABLE UPON REQUEST

SHIN, JUNGWON
ADDRESS AVAILABLE UPON REQUEST

SHIN, SALLY
ADDRESS AVAILABLE UPON REQUEST

SHINAULT, KYLE
ADDRESS AVAILABLE UPON REQUEST

SHINDE, PRATIK
ADDRESS AVAILABLE UPON REQUEST

SHINDELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHINDLEDECKER, TINA
ADDRESS AVAILABLE UPON REQUEST

SHINDLER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SHINE INFLUENCERS
750 SAN VICENTE BLVD. STE. 800
W LOS ANGELES, CA  90069

SHINE, ALISON
ADDRESS AVAILABLE UPON REQUEST

SHINE, ASYA
ADDRESS AVAILABLE UPON REQUEST

SHINE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

SHINE, JUDY
ADDRESS AVAILABLE UPON REQUEST

SHINE, KEELY
ADDRESS AVAILABLE UPON REQUEST

SHINEFLEW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHINELDECKER, SHARLENE
ADDRESS AVAILABLE UPON REQUEST

SHINER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SHINER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHINER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SHINGLETON, CARIE
ADDRESS AVAILABLE UPON REQUEST

SHINHOLSTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHINHOLSTER, ROSE
ADDRESS AVAILABLE UPON REQUEST

SHINING CAPITAL GP
INTERTRUST CORP SERVICES(CAYMAN)LTD
ONE NEXUS WAY CAMANA BAY
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

SHINING CAPITAL HOLDINGS II LP
INTERTRUST CORP SERVICES(CAYMAN)LTD
ONE NEXUS WAY CAMANA BAY
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

SHINKO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SHINN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SHINN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHINN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SHINN, KIM
ADDRESS AVAILABLE UPON REQUEST

SHINNAMON, JAIME
ADDRESS AVAILABLE UPON REQUEST

SHINSKY, MICHELLE S
ADDRESS AVAILABLE UPON REQUEST

SHINTANI, MIKE
ADDRESS AVAILABLE UPON REQUEST

SHIOHAMA, DEE
ADDRESS AVAILABLE UPON REQUEST

SHIP COMPLIANT
1877 BROADWAY SR, STE 703
BOULDER, CO 80302

SHIP COMPLIANT
1877 BROADWAY ST. STE 703
BOULDER, CO 80302

SHIPARSKI, STEVE
ADDRESS AVAILABLE UPON REQUEST

SHIPE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SHIPE, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, ANALIZA
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SHIPLEY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SHIPMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

SHIPMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SHIPMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SHIPMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

SHIPMAN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SHIPP, DUSTY
ADDRESS AVAILABLE UPON REQUEST

SHIPP, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SHIPP, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SHIPP, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHIPP, PARIS
ADDRESS AVAILABLE UPON REQUEST

SHIPP, RICKY
ADDRESS AVAILABLE UPON REQUEST

SHIPPY, SAUMYA
ADDRESS AVAILABLE UPON REQUEST

SHIPRAK, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHIPSTEAD, PAUL
ADDRESS AVAILABLE UPON REQUEST

SHIPTON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SHIRAH, KELS
ADDRESS AVAILABLE UPON REQUEST

SHIRAS, EMMETT
ADDRESS AVAILABLE UPON REQUEST

SHIRAZI, ROSHAN
ADDRESS AVAILABLE UPON REQUEST

SHIRE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHIRES, KACI
ADDRESS AVAILABLE UPON REQUEST

SHIRES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SHIREY, JANNINE
ADDRESS AVAILABLE UPON REQUEST

SHIREY, KAELYN
ADDRESS AVAILABLE UPON REQUEST

SHIRIKJIAN, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

SHIRK, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SHIRK, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SHIRK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHIRKE, AVANTI
ADDRESS AVAILABLE UPON REQUEST

SHIRKE, NITIN
ADDRESS AVAILABLE UPON REQUEST

SHIRKE, TANVI
ADDRESS AVAILABLE UPON REQUEST

SHIRKEY, SHELLY
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY ANN HAYDE
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY JEFFERSON
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY XIE
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, JEN
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, JOY
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, LAKISSA
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, LORETTA
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHIRLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SHIRLS, JAY
ADDRESS AVAILABLE UPON REQUEST

SHIRMEDOV, ORAZMAMED
ADDRESS AVAILABLE UPON REQUEST

SHIRVAN, LEILA
ADDRESS AVAILABLE UPON REQUEST

SHISHA, JILL
ADDRESS AVAILABLE UPON REQUEST

SHISHA, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHISHIDO, HISANOBU
ADDRESS AVAILABLE UPON REQUEST

SHISHIR KANE
ADDRESS AVAILABLE UPON REQUEST

SHISLER, JOSH
ADDRESS AVAILABLE UPON REQUEST

SHITHIL, EIKRA
ADDRESS AVAILABLE UPON REQUEST

SHIU, PAT
ADDRESS AVAILABLE UPON REQUEST

SHIVAKUMAR VANAM
ADDRESS AVAILABLE UPON REQUEST

SHIVANI, SUHITH
ADDRESS AVAILABLE UPON REQUEST

SHIVE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SHIVE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHIVELL-SAUFLEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, ARICKA
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, JULIA
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, LISA
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, MADDISON
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, PAULA
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, PETER
ADDRESS AVAILABLE UPON REQUEST

SHIVELY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SHIVER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHIVERS, BRIGID
ADDRESS AVAILABLE UPON REQUEST

SHIVERS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SHIVERS, GLEN
ADDRESS AVAILABLE UPON REQUEST

SHIVERS, KELSIE
ADDRESS AVAILABLE UPON REQUEST

SHIVLEY, MADELYN
ADDRESS AVAILABLE UPON REQUEST

SHIVNARAINE, SHOMATTIE
ADDRESS AVAILABLE UPON REQUEST

SHIWNATH, KELVIN
ADDRESS AVAILABLE UPON REQUEST

SHIWRATAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

SHJERVEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHKOLNIK, LISA
ADDRESS AVAILABLE UPON REQUEST

SHKURTI, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

SHKURTI, JULA
ADDRESS AVAILABLE UPON REQUEST

SHKURTI, TONY
ADDRESS AVAILABLE UPON REQUEST

SHLIAPIN, ANDREI
ADDRESS AVAILABLE UPON REQUEST

SHLOMO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHLOSBERG, MATT
ADDRESS AVAILABLE UPON REQUEST

SHLUTZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHMERLING, LAURA
ADDRESS AVAILABLE UPON REQUEST

SHMUKLER, BECCA
ADDRESS AVAILABLE UPON REQUEST

SHMUKLER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SHNAIDMAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

SHNITZER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHOAFF, MARK
ADDRESS AVAILABLE UPON REQUEST

SHOALS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHOBAIR, MAHMOUD
ADDRESS AVAILABLE UPON REQUEST

SHOBAMOWO, SHOLA
ADDRESS AVAILABLE UPON REQUEST

SHOBER, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

SHOBOWALE, OLUBUKOLA
ADDRESS AVAILABLE UPON REQUEST

SHOCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHOCKET, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHOCKEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SHOCKEY, SUSIE
ADDRESS AVAILABLE UPON REQUEST

SHOCKLEY, JOYCE
ADDRESS AVAILABLE UPON REQUEST

SHOCKLEY, KAILYN
ADDRESS AVAILABLE UPON REQUEST

SHOCKLEY, KELLYN
ADDRESS AVAILABLE UPON REQUEST

SHOCKLEY, TODD
ADDRESS AVAILABLE UPON REQUEST

SHOCKLEY, ZANE
ADDRESS AVAILABLE UPON REQUEST

SHOCKRO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHODEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKE, ADRIEN
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, ALY
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, ANA
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, DESEREA
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, NATALIA
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, RILEY
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHOEMAKER, STEPH
ADDRESS AVAILABLE UPON REQUEST

SHOEMAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

SHOEMATE, ALI
ADDRESS AVAILABLE UPON REQUEST

SHOEN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SHOENFELT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SHOER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHOFFLER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHOFFNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHOFFNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SHOFFSTALL, JASON
ADDRESS AVAILABLE UPON REQUEST

SHOFNER, BOBBI
ADDRESS AVAILABLE UPON REQUEST

SHOFNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHOGER, KARSEN
ADDRESS AVAILABLE UPON REQUEST

SHOGREN, JACOB
ADDRESS AVAILABLE UPON REQUEST

SHOGRY, THEODORE
ADDRESS AVAILABLE UPON REQUEST

SHOJAEE, BEHNAM
ADDRESS AVAILABLE UPON REQUEST

SHOJI SHUKURI
ADDRESS AVAILABLE UPON REQUEST

SHOK, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHOKRIAN VINEYARDS AT CAT CANYON LLC
7095 HOLLYWOOD BLVD N 604
HOLLYWOOD, CA  90028-8912

SHOLD, KATE
ADDRESS AVAILABLE UPON REQUEST

SHOLL, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

SHOLL, TYLER
ADDRESS AVAILABLE UPON REQUEST

SHOM, LYNNE
ADDRESS AVAILABLE UPON REQUEST

SHOMBERG, MINDY
ADDRESS AVAILABLE UPON REQUEST

SHOME, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

SHONA DUNCAN
ADDRESS AVAILABLE UPON REQUEST

SHONE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SHONE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SHONE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SHONES, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

SHONK, AARON
ADDRESS AVAILABLE UPON REQUEST

SHONK, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

SHONKA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SHON-SANTANA, LUCIA
ADDRESS AVAILABLE UPON REQUEST

SHOOK, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SHOOK, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

SHOOK, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHOOK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHOOK, PAOLA
ADDRESS AVAILABLE UPON REQUEST

SHOOK, RON
ADDRESS AVAILABLE UPON REQUEST

SHOOP, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SHOOV, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHOP, NR
ADDRESS AVAILABLE UPON REQUEST

SHOPE, AMY
ADDRESS AVAILABLE UPON REQUEST

SHOPE, CORI
ADDRESS AVAILABLE UPON REQUEST

SHOPE, NELLA
ADDRESS AVAILABLE UPON REQUEST

SHOPHER MEDIA
5130 NORTH FEDERAL HWY  10
FORT LAUDERDALE, FL  33308

SHOPIFY PLUS
ADDRESS UNAVAILABLE AT TIME OF FILING

SHOPIFY
ADDRESS UNAVAILABLE AT TIME OF FILING

SHOPPA, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SHOPPER, GUEST
ADDRESS AVAILABLE UPON REQUEST

SHOPRITE BRANDWINE 1
ADDRESS UNAVAILABLE AT TIME OF FILING

SHOPTAGR LTD
SHOPTAGR
TEL AVIV
ISRAEL

SHOPTIQUES, INC.
40 WEST 25 STREET 8TH FLOOR
NEW YORK, NY  10010

SHORB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHORE, APRIL
ADDRESS AVAILABLE UPON REQUEST

SHORE, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

SHORE, JILL
ADDRESS AVAILABLE UPON REQUEST

SHORE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SHORE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SHORE, MADELYN
ADDRESS AVAILABLE UPON REQUEST

SHORE, REMI
ADDRESS AVAILABLE UPON REQUEST

SHORE, ZARA
ADDRESS AVAILABLE UPON REQUEST

SHOREBAR
ADDRESS UNAVAILABLE AT TIME OF FILING

SHORES, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SHORR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHORROCK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHORT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SHORT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHORT, AMBER
ADDRESS AVAILABLE UPON REQUEST

SHORT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SHORT, CARMEN
ADDRESS AVAILABLE UPON REQUEST

SHORT, CAROL
ADDRESS AVAILABLE UPON REQUEST

SHORT, CLYDE AND CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SHORT, DANA
ADDRESS AVAILABLE UPON REQUEST

SHORT, DONELL
ADDRESS AVAILABLE UPON REQUEST

SHORT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHORT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SHORT, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

SHORT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SHORT, JEFFERY W
ADDRESS AVAILABLE UPON REQUEST

SHORT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SHORT, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHORT, JORDYN
ADDRESS AVAILABLE UPON REQUEST

SHORT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SHORT, LISA
ADDRESS AVAILABLE UPON REQUEST

SHORT, LUKE
ADDRESS AVAILABLE UPON REQUEST

SHORT, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SHORT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SHORT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHORT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SHORT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHORT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHORT, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SHORT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SHORT, SHERRI
ADDRESS AVAILABLE UPON REQUEST

SHORT, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SHORTER, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

SHORTMAN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SHORTRIDGE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

SHORTS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SHOSEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SHOSTAK, ANNA
ADDRESS AVAILABLE UPON REQUEST

SHOSTAK, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SHOT GLASS
SHOWREEL INTERNATIONAL, INC. 22431
MIRANDA ST.
WOODLAND HILLS, CA  91367

SHOTTES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHOTWELL, CORRIE BETH
ADDRESS AVAILABLE UPON REQUEST

SHOTWELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

SHOTWELL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SHOULTS, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SHOULTS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SHOULTZ, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHOUP, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SHOUP, JULIA
ADDRESS AVAILABLE UPON REQUEST

SHOUP, LOGAN
ADDRESS AVAILABLE UPON REQUEST

SHOUP, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SHOUVLIN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SHOVELIN, PATTY
ADDRESS AVAILABLE UPON REQUEST

SHOVLIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHOVLIN, SHEA
ADDRESS AVAILABLE UPON REQUEST

SHOWALTER, HELEN
ADDRESS AVAILABLE UPON REQUEST

SHOWALTER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SHOWEL, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SHOWERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHOWERS, LISA
ADDRESS AVAILABLE UPON REQUEST

SHOWFIELDS FL 1 LLC
530 LINCOLN RD
MIAMI BEACH, FL  33139

SHOWUNMI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHPANSKAYA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SHPEEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SHPORER, AVI
ADDRESS AVAILABLE UPON REQUEST

SHRADER, DEREK
ADDRESS AVAILABLE UPON REQUEST

SHRADER, HARLIE
ADDRESS AVAILABLE UPON REQUEST

SHRADER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SHRADER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHRAYER, NINA
ADDRESS AVAILABLE UPON REQUEST

SHRECK, CARLY
ADDRESS AVAILABLE UPON REQUEST

SHRED-IT USA INC
11101 FRANKLIN AVENUE SUITE 100
FRANKLIN PARK, IL  60131-1403

SHRED-IT USA INC
SHRED-IT USA, LLC
P.O BOX 101007
PASADENA, CA  91189-1007

SHREEVE, SARA
ADDRESS AVAILABLE UPON REQUEST

SHREFFLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SHREFFLER, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SHRESTHA, ANUJ
ADDRESS AVAILABLE UPON REQUEST

SHRESTHA, KRITY
ADDRESS AVAILABLE UPON REQUEST

SHRESTHA, REBIKA
ADDRESS AVAILABLE UPON REQUEST

SHRESTHA, REVA
ADDRESS AVAILABLE UPON REQUEST

SHREVE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SHREVE, TODD
ADDRESS AVAILABLE UPON REQUEST

SHREVES, BONNIE
ADDRESS AVAILABLE UPON REQUEST

SHREVES, DARCEE
ADDRESS AVAILABLE UPON REQUEST

SHREVES, LACY
ADDRESS AVAILABLE UPON REQUEST

SHREVES, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SHREYA GOPAL
ADDRESS AVAILABLE UPON REQUEST

SHREYAS AHIR
ADDRESS AVAILABLE UPON REQUEST

SHREYASH S NAYAK
ADDRESS AVAILABLE UPON REQUEST

SHRIANE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SHRIFTER, STEVE
ADDRESS AVAILABLE UPON REQUEST

SHRIKHANDE, TARINI
ADDRESS AVAILABLE UPON REQUEST

SHRINER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SHRINER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SHRIVER, JOSIE
ADDRESS AVAILABLE UPON REQUEST

SHRIVER, MADISEN
ADDRESS AVAILABLE UPON REQUEST

SHRIVER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SHRODER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHROEGER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SHROFF, ANISH
ADDRESS AVAILABLE UPON REQUEST

SHROFF, AVANTI
ADDRESS AVAILABLE UPON REQUEST

SHROFF, PRIYANK
ADDRESS AVAILABLE UPON REQUEST

SHROFF, SANAYA
ADDRESS AVAILABLE UPON REQUEST

SHRONK, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHROY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHROY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SHROYER, PAM
ADDRESS AVAILABLE UPON REQUEST

SHRUM, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SHRUM, MORIAH
ADDRESS AVAILABLE UPON REQUEST

SHTAYNBERGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHTERBAN, AMY
ADDRESS AVAILABLE UPON REQUEST

SHTEYN, NELLY
ADDRESS AVAILABLE UPON REQUEST

SHTIFTER, ZVI
ADDRESS AVAILABLE UPON REQUEST

SHU, MARY
ADDRESS AVAILABLE UPON REQUEST

SHU, PETER
ADDRESS AVAILABLE UPON REQUEST

SHU, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SHUBA, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SHUBIN, LUDA
ADDRESS AVAILABLE UPON REQUEST

SHUBIN, NESS
ADDRESS AVAILABLE UPON REQUEST

SHUBROOKS, CHIARA
ADDRESS AVAILABLE UPON REQUEST

SHUCET, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SHUCK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SHUCK, PATTY
ADDRESS AVAILABLE UPON REQUEST

SHUCK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SHUDER, RENEE
ADDRESS AVAILABLE UPON REQUEST

SHUE, CINDY
ADDRESS AVAILABLE UPON REQUEST

SHUE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHUE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SHUE, VICKIE
ADDRESS AVAILABLE UPON REQUEST

SHUEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

SHUFELT, GLORIA
ADDRESS AVAILABLE UPON REQUEST

SHUFF, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SHUFFIELD, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SHUFFIELD, CLOIE
ADDRESS AVAILABLE UPON REQUEST

SHUFFIELD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SHUFFLEBARGER, WENDI
ADDRESS AVAILABLE UPON REQUEST

SHUFORD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHUFORD-PAVLICH, DAWN
ADDRESS AVAILABLE UPON REQUEST

SHUGARS, CAROL
ADDRESS AVAILABLE UPON REQUEST

SHUGERT, JEN
ADDRESS AVAILABLE UPON REQUEST

SHUGG, ERICA
ADDRESS AVAILABLE UPON REQUEST

SHUKE, LISIA
ADDRESS AVAILABLE UPON REQUEST

SHUKLA, AMEY
ADDRESS AVAILABLE UPON REQUEST

SHUKLA, GEETA
ADDRESS AVAILABLE UPON REQUEST

SHUKLA, PANJRI
ADDRESS AVAILABLE UPON REQUEST

SHUKLA, URMIL
ADDRESS AVAILABLE UPON REQUEST

SHUKLA, YOGENDRA
ADDRESS AVAILABLE UPON REQUEST

SHUKOSKI, VERN
ADDRESS AVAILABLE UPON REQUEST

SHUKRUN, GINGER
ADDRESS AVAILABLE UPON REQUEST

SHULBERG, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SHULER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SHULER, EDWINA
ADDRESS AVAILABLE UPON REQUEST

SHULER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SHULER, MADISON
ADDRESS AVAILABLE UPON REQUEST

SHULER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SHULER, SONJA
ADDRESS AVAILABLE UPON REQUEST

SHULER, STACY
ADDRESS AVAILABLE UPON REQUEST

SHULER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHULEVA, BEN
ADDRESS AVAILABLE UPON REQUEST

SHULI, MARY
ADDRESS AVAILABLE UPON REQUEST

SHULL, ARLENE
ADDRESS AVAILABLE UPON REQUEST

SHULL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SHULL, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SHULL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHULL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SHULMAN, ALI
ADDRESS AVAILABLE UPON REQUEST

SHULMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SHULMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SHULMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHULT, RUAN
ADDRESS AVAILABLE UPON REQUEST

SHULTIS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SHULTS, KIM
ADDRESS AVAILABLE UPON REQUEST

SHULTS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, JAIME
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, JENN
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, NICK
ADDRESS AVAILABLE UPON REQUEST

SHULTZ, SELINA
ADDRESS AVAILABLE UPON REQUEST

SHUM, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

SHUM, NANCY
ADDRESS AVAILABLE UPON REQUEST

SHUMAKER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SHUMAKER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SHUMAN, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SHUMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SHUMAN, TONYA
ADDRESS AVAILABLE UPON REQUEST

SHUMATE, JILL
ADDRESS AVAILABLE UPON REQUEST

SHUMPERT, AMY
ADDRESS AVAILABLE UPON REQUEST

SHUMWAY, EMILY
ADDRESS AVAILABLE UPON REQUEST

SHUMWAY, JOSH
ADDRESS AVAILABLE UPON REQUEST

SHUMWAY, SONYA
ADDRESS AVAILABLE UPON REQUEST

SHUMWAY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SHUNAN WANG
ADDRESS AVAILABLE UPON REQUEST

SHUNICHI MIZUNUMA
ADDRESS AVAILABLE UPON REQUEST

SHUNNARAH, SALEM
ADDRESS AVAILABLE UPON REQUEST

SHUPE, KATE
ADDRESS AVAILABLE UPON REQUEST

SHUPE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHUPE, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SHUPERT, MARY ELLEN
ADDRESS AVAILABLE UPON REQUEST

SHUPIK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SHUPP, LUANN
ADDRESS AVAILABLE UPON REQUEST

SHURALEFF, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SHURBAJI, JANA
ADDRESS AVAILABLE UPON REQUEST

SHURDUT, GUSTA
ADDRESS AVAILABLE UPON REQUEST

SHURE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SHURGOTT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SHURIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SHURINA, MICHEL
ADDRESS AVAILABLE UPON REQUEST

SHURKHAY, VIKTORIYA
ADDRESS AVAILABLE UPON REQUEST

SHURLEY, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SHURTS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SHURTS, KAREN
ADDRESS AVAILABLE UPON REQUEST

SHURTS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SHUSSETT, JESSE
ADDRESS AVAILABLE UPON REQUEST

SHUST, BRENDEN
ADDRESS AVAILABLE UPON REQUEST

SHUSTED, COLE
ADDRESS AVAILABLE UPON REQUEST

SHUSTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SHUSTER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SHUSTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SHUSTER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SHUSTERMAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SHUTACK, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SHUTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SHUTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SHUTE, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SHUTE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SHUTEK, CAROLANN
ADDRESS AVAILABLE UPON REQUEST

SHUTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SHUTIKA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SHUTSKE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SHUTT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SHUTT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SHUTTERS PEDALS CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

SHUTTERSTOCK
ADDRESS UNAVAILABLE AT TIME OF FILING

SHUTTLESWORTH, CARLY
ADDRESS AVAILABLE UPON REQUEST

SHUTTLESWORTH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SHUTTLEWORTH, PETER
ADDRESS AVAILABLE UPON REQUEST

SHUTTS, EVA
ADDRESS AVAILABLE UPON REQUEST

SHUTTY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SHUVALOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SHVARTZ, ELANA
ADDRESS AVAILABLE UPON REQUEST

SHWEKY, DANNA
ADDRESS AVAILABLE UPON REQUEST

SHWU-MIN HWANG
ADDRESS AVAILABLE UPON REQUEST

SHY, KELSIE
ADDRESS AVAILABLE UPON REQUEST

SHYKEN, IRVING
ADDRESS AVAILABLE UPON REQUEST

SHYKH, NAZAR
ADDRESS AVAILABLE UPON REQUEST

SHYMANSKI, JILL
ADDRESS AVAILABLE UPON REQUEST

SHYMANSKY, JENNA
ADDRESS AVAILABLE UPON REQUEST

SHYP
ADDRESS UNAVAILABLE AT TIME OF FILING

SHYPKOSKI, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SHYSHKO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SHYU, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SI SECURITIES
116 W HOUSTON ST 6TH FLOOR
NEW YORK, NY  10012

SI SECURITIES, LLC
123 WILLIAM ST
NEW YORK, NY  10038

SIA, JANEL
ADDRESS AVAILABLE UPON REQUEST

SIA, STUART
ADDRESS AVAILABLE UPON REQUEST

SIABANIS, OURANIA
ADDRESS AVAILABLE UPON REQUEST

SIADOR, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

SIAN NAGAN
1234 WEST 37TH
DENVER, CO  80211

SIANO, AURORE
ADDRESS AVAILABLE UPON REQUEST

SIAO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SIASI, JENA
ADDRESS AVAILABLE UPON REQUEST

SIATKOWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

SIATKOWSKI, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SIAURUSAITIS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SIAVELIS, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

SIAZON, MONICA
ADDRESS AVAILABLE UPON REQUEST

SIBAJA SALINAS, IRMA A
ADDRESS AVAILABLE UPON REQUEST

SIBAL, JENNA
ADDRESS AVAILABLE UPON REQUEST

SIBANI, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SIBBERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SIBBITT, TINA
ADDRESS AVAILABLE UPON REQUEST

SIBBLE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SIBEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SIBERELL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SIBERINE, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIBILIA, SARA
ADDRESS AVAILABLE UPON REQUEST

SIBILLE, PJ
ADDRESS AVAILABLE UPON REQUEST

SIBLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIBLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SIBLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SIBLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

SIBOL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SIBREL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SIBRIAN, EUNICE
ADDRESS AVAILABLE UPON REQUEST

SIBURG, TANJA
ADDRESS AVAILABLE UPON REQUEST

SIC, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SICA, AMY
ADDRESS AVAILABLE UPON REQUEST

SICA, SAM
ADDRESS AVAILABLE UPON REQUEST

SICARD, CHANELLE
ADDRESS AVAILABLE UPON REQUEST

SICARD, GRACE
ADDRESS AVAILABLE UPON REQUEST

SICARD, RIA
ADDRESS AVAILABLE UPON REQUEST

SICES, TRANETTA
ADDRESS AVAILABLE UPON REQUEST

SICHELMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

SICHER, LEXIE
ADDRESS AVAILABLE UPON REQUEST

SICHERMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SICIGNANO, JULLIAN
ADDRESS AVAILABLE UPON REQUEST

SICILE, KATHIE
ADDRESS AVAILABLE UPON REQUEST

SICILIANO, STELLA
ADDRESS AVAILABLE UPON REQUEST

SICKELS, SHAVAUGHN
ADDRESS AVAILABLE UPON REQUEST

SICKELS, WENDY
ADDRESS AVAILABLE UPON REQUEST

SICKING, GINA
ADDRESS AVAILABLE UPON REQUEST

SICKLE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SICKLER, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SICKLER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SICKLER, RANDALL
ADDRESS AVAILABLE UPON REQUEST

SICKLES, CATHY
ADDRESS AVAILABLE UPON REQUEST

SICKLES, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SICKLES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SICKLES, MONA
ADDRESS AVAILABLE UPON REQUEST

SICKLES, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SICKLES, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

SICKMAN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SICKORA, CINDY
ADDRESS AVAILABLE UPON REQUEST

SICTOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIDARENKA, ILONA
ADDRESS AVAILABLE UPON REQUEST

SIDDALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIDDIQI, KAREN
ADDRESS AVAILABLE UPON REQUEST

SIDDIQUI, MENNA
ADDRESS AVAILABLE UPON REQUEST

SIDDIQUI, SARA
ADDRESS AVAILABLE UPON REQUEST

SIDDIQUI, SULEMAN
ADDRESS AVAILABLE UPON REQUEST

SIDE CR LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

SIDEBAR PROMOTIONS LLC
11403 W 163RD COURT
OVERLAND PARK, KS 66221

SIDECAR DOUGHNUTS
ADDRESS UNAVAILABLE AT TIME OF FILING

SIDELNIKOV, KLIM
ADDRESS AVAILABLE UPON REQUEST

SIDEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SIDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIDERA, SUNNIE
ADDRESS AVAILABLE UPON REQUEST

SIDERAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

SIDERIS, AILEEN
ADDRESS AVAILABLE UPON REQUEST

SIDERIS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SIDEROFF, MARC
ADDRESS AVAILABLE UPON REQUEST

SIDERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIDERSKIY, ALLA
ADDRESS AVAILABLE UPON REQUEST

SIDERYS, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

SIDES, BRETT
ADDRESS AVAILABLE UPON REQUEST

SIDES, CARLI
ADDRESS AVAILABLE UPON REQUEST

SIDES, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SIDES, JENNY
ADDRESS AVAILABLE UPON REQUEST

SIDES, RENEE
ADDRESS AVAILABLE UPON REQUEST

SIDES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIDES, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SIDES-WALSH, MINDY
ADDRESS AVAILABLE UPON REQUEST

SIDHU, AMANPREET
ADDRESS AVAILABLE UPON REQUEST

SIDHU, RESH
ADDRESS AVAILABLE UPON REQUEST

SIDI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SIDICK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SIDIROGLOU-DOUSKOS, STELIOS
ADDRESS AVAILABLE UPON REQUEST

SIDLES, MARISA
ADDRESS AVAILABLE UPON REQUEST

SIDLINGER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SIDNEY AND MARK ROSSI, SID ROSSI
ADDRESS AVAILABLE UPON REQUEST

SIDNEY WALKER
ADDRESS AVAILABLE UPON REQUEST

SIDNEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SIDOCK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SIDON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIDONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIDOROWICZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SIDORYUK, IRINA
ADDRESS AVAILABLE UPON REQUEST

SIDOTI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIDOTI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SIEASA COPPEDGE
ADDRESS AVAILABLE UPON REQUEST

SIEBENALER, JAIME
ADDRESS AVAILABLE UPON REQUEST

SIEBENALER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SIEBENEICHER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SIEBER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SIEBER, JON
ADDRESS AVAILABLE UPON REQUEST

SIEBERKROB, JAMES
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, AISHA
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, CELIA
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, GINA
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, JEN
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SIEBERT, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SIEBOLD, JASON
ADDRESS AVAILABLE UPON REQUEST

SIEBORG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIECK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SIECKMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

SIEDER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SIEDZIK, RYANN
ADDRESS AVAILABLE UPON REQUEST

SIEFERT, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

SIEFERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIEFERT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SIEFFERT, JASON SIEFFERT
ADDRESS AVAILABLE UPON REQUEST

SIEGAL, NORA
ADDRESS AVAILABLE UPON REQUEST

SIEGA-RIZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, BENNETT
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, CIARA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, CONOR
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, DAWN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, GAYLE
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, INA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, JACOB
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, JESSIE
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, JOYCE
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, KAREN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, KATHY
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, KIM
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, LIZ
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, MAX
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, RAECHAL
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, RYANN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, SYLVANA
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, TOMMIE
ADDRESS AVAILABLE UPON REQUEST

SIEGEL, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SIEGENTHALER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIEGER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

SIEGER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SIEGERT, MARIKO
ADDRESS AVAILABLE UPON REQUEST

SIEGFRIED, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIEGFRIED, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SIEGFRIED, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SIEGLER, MARY
ADDRESS AVAILABLE UPON REQUEST

SIEGMANN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SIEGRIST, LORENNA
ADDRESS AVAILABLE UPON REQUEST

SIEGRIST, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SIEKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SIELEMAN, STEWART
ADDRESS AVAILABLE UPON REQUEST

SIELER, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SIEMANN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SIEMBAB, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

SIEMBIDA, TOMMY
ADDRESS AVAILABLE UPON REQUEST

SIEME, GREG
ADDRESS AVAILABLE UPON REQUEST

SIEMEK, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SIEMER VENTURES II LP
(D/B/A WAVEMAKER PARTNERS II)
1438 9TH ST
SANTA MONICA, CA  90404

SIEMIATKOSKI, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

SIEMIATKOWSKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SIEMION, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SIENKIEWICZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIENKO, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SIEPMANN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIERGIEJ, ELIZA
ADDRESS AVAILABLE UPON REQUEST

SIERRA CONYERS
ADDRESS AVAILABLE UPON REQUEST

SIERRA EXPRESS DELIVERY
ADDRESS UNAVAILABLE AT TIME OF FILING

SIERRA MITCHELL
ADDRESS AVAILABLE UPON REQUEST

SIERRA ROSENBOOM
ADDRESS AVAILABLE UPON REQUEST

SIERRA, ALBA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, AMY
ADDRESS AVAILABLE UPON REQUEST

SIERRA, BREANNA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, DEYANIRA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, JACOB
ADDRESS AVAILABLE UPON REQUEST

SIERRA, JULIE
ADDRESS AVAILABLE UPON REQUEST

SIERRA, KAREN
ADDRESS AVAILABLE UPON REQUEST

SIERRA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIERRA, LEILA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, MARISA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SIERRA, TALIA
ADDRESS AVAILABLE UPON REQUEST

SIERRA-DAVIDSON, KAILAN
ADDRESS AVAILABLE UPON REQUEST

SIERRA-DAVIDSON, NIA
ADDRESS AVAILABLE UPON REQUEST

SIERRAS, SHAVAUGN
ADDRESS AVAILABLE UPON REQUEST

SIERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SIESENNOP, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SIEVEKING, MRS
ADDRESS AVAILABLE UPON REQUEST

SIEVER, BECKY
ADDRESS AVAILABLE UPON REQUEST

SIEVERDING, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SIEVERS, JENNA
ADDRESS AVAILABLE UPON REQUEST

SIEVERS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SIEVERS, MADISON
ADDRESS AVAILABLE UPON REQUEST

SIEVEWRIGHT, BOB
ADDRESS AVAILABLE UPON REQUEST

SIEVEWRIGHT, KENDALL
ADDRESS AVAILABLE UPON REQUEST

SIEVEWRIGHT, MARK
ADDRESS AVAILABLE UPON REQUEST

SIEWERT, EMMA
ADDRESS AVAILABLE UPON REQUEST

SIEWERT, SHEREEN
ADDRESS AVAILABLE UPON REQUEST

SIEWERT, WANDA
ADDRESS AVAILABLE UPON REQUEST

SIFERS, MANDIE
ADDRESS AVAILABLE UPON REQUEST

SIFFERMANN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SIFFERT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SIFFERT, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SIFFORD, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SIFRE, YOJAIRA
ADDRESS AVAILABLE UPON REQUEST

SIFUENTES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIGADEL, CORY
ADDRESS AVAILABLE UPON REQUEST

SIGAFOOS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SIGAL, AMY
ADDRESS AVAILABLE UPON REQUEST

SIGALA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

SIGALA, JUAN
ADDRESS AVAILABLE UPON REQUEST

SIGELBAUM, HARVEY
ADDRESS AVAILABLE UPON REQUEST

SIGG, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SIGGINS, PETER
ADDRESS AVAILABLE UPON REQUEST

SIGH, WILL
ADDRESS AVAILABLE UPON REQUEST

SIGHTGLASS COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

SIGISMONDI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SIGLER, CORRI
ADDRESS AVAILABLE UPON REQUEST

SIGLER, ERIC
ADDRESS AVAILABLE UPON REQUEST

SIGLER, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SIGLER, JOLEINE
ADDRESS AVAILABLE UPON REQUEST

SIGLER, KEN
ADDRESS AVAILABLE UPON REQUEST

SIGLER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SIGLER, MONICA
ADDRESS AVAILABLE UPON REQUEST

SIGLER, TJ
ADDRESS AVAILABLE UPON REQUEST

SIGLER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SIGLOW, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SIGMAN, KASEY
ADDRESS AVAILABLE UPON REQUEST

SIGMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

SIGMON, BELINDA
ADDRESS AVAILABLE UPON REQUEST

SIGMON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIGMUND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIGN DEMENSIONS
1726 TANEN STREET
NAPA, CA 94559

SIGNAGE NETWORK, INC
301 ARIZONA AVE, SUITE 250
SANTA MONICA, CA 90401

SIGNES, KIJANA
ADDRESS AVAILABLE UPON REQUEST

SIGNOR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SIGNORELLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SIGNORELLI, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

SIGNORI, PABLO
ADDRESS AVAILABLE UPON REQUEST

SIGNS PLUS INC.
PO BOX 560
3 TURKEY HILLS ROAD
EAST GRANBY, CT 06026

SIGNS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SIGUENZA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SIGURDSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIGWALT, DANY
ADDRESS AVAILABLE UPON REQUEST

SIGWORTH, SHERI
ADDRESS AVAILABLE UPON REQUEST

SIIKANEN, KIM
ADDRESS AVAILABLE UPON REQUEST

SIKA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SIKAND, KABIR
ADDRESS AVAILABLE UPON REQUEST

SIKAR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SIKDER, UTSARGA
ADDRESS AVAILABLE UPON REQUEST

SIKES, CLINTON
ADDRESS AVAILABLE UPON REQUEST

SIKES, DIANA
ADDRESS AVAILABLE UPON REQUEST

SIKES, ELLE
ADDRESS AVAILABLE UPON REQUEST

SIKES, JACOB
ADDRESS AVAILABLE UPON REQUEST

SIKES, JAIME
ADDRESS AVAILABLE UPON REQUEST

SIKES, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SIKES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SIKKELEE, ZACH
ADDRESS AVAILABLE UPON REQUEST

SIKKINK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SIKLICH, WALTER
ADDRESS AVAILABLE UPON REQUEST

SIKMA, JENNA
ADDRESS AVAILABLE UPON REQUEST

SIKOLAS, MARIAELENA
ADDRESS AVAILABLE UPON REQUEST

SIKORA, KATI
ADDRESS AVAILABLE UPON REQUEST

SIKORSKI, CHET
ADDRESS AVAILABLE UPON REQUEST

SIKORSKI, JASON
ADDRESS AVAILABLE UPON REQUEST

SIL, SHARMILA
ADDRESS AVAILABLE UPON REQUEST

SILAG STEARNS, ELLA
ADDRESS AVAILABLE UPON REQUEST

SILAGHI, WENDY
ADDRESS AVAILABLE UPON REQUEST

SILAR, D
ADDRESS AVAILABLE UPON REQUEST

SILBER, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

SILBER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

SILBERBERG, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SILBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

SILBERMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SILBERMAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

SILBERMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SILBERSHER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SILBOVITZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

SILCOX, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SILEO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SILER ROMIE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SILER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SILER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SILER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SILER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SILGHIGIAN, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

SILHAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SILICON VALLEY BANK
ADDRESS UNAVAILABLE AT TIME OF FILING

SILITCH, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SILKER, JESS
ADDRESS AVAILABLE UPON REQUEST

SILK-HILL, LOREDA
ADDRESS AVAILABLE UPON REQUEST

SILL, LARRY
ADDRESS AVAILABLE UPON REQUEST

SILLA, IVY
ADDRESS AVAILABLE UPON REQUEST

SILLARI, MARIA
ADDRESS AVAILABLE UPON REQUEST

SILLER, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SILLER, VINNY
ADDRESS AVAILABLE UPON REQUEST

SILLIVENT, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

SILLONA, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

SILLONA, KATHRINA MAE
ADDRESS AVAILABLE UPON REQUEST

SILLS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SILLS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SILLS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SILLS, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SILLS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SILONE, JAMES
ADDRESS AVAILABLE UPON REQUEST

SILVA JIMENEZ, CAMILA
ADDRESS AVAILABLE UPON REQUEST

SILVA, ADAM
ADDRESS AVAILABLE UPON REQUEST

SILVA, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

SILVA, AMELIA
ADDRESS AVAILABLE UPON REQUEST

SILVA, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

SILVA, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

SILVA, CESAR
ADDRESS AVAILABLE UPON REQUEST

SILVA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SILVA, DAVID
ADDRESS AVAILABLE UPON REQUEST

SILVA, EDDIE
ADDRESS AVAILABLE UPON REQUEST

SILVA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

SILVA, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

SILVA, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SILVA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

SILVA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SILVA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

SILVA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

SILVA, GUSTAVO
ADDRESS AVAILABLE UPON REQUEST

SILVA, HECTOR
ADDRESS AVAILABLE UPON REQUEST

SILVA, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SILVA, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SILVA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SILVA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SILVA, JENNY
ADDRESS AVAILABLE UPON REQUEST

SILVA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SILVA, KELLY
ADDRESS AVAILABLE UPON REQUEST

SILVA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SILVA, LARA
ADDRESS AVAILABLE UPON REQUEST

SILVA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SILVA, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SILVA, LUIS
ADDRESS AVAILABLE UPON REQUEST

SILVA, LUIS
ADDRESS AVAILABLE UPON REQUEST

SILVA, MARCELA
ADDRESS AVAILABLE UPON REQUEST

SILVA, MARINA
ADDRESS AVAILABLE UPON REQUEST

SILVA, MARK
ADDRESS AVAILABLE UPON REQUEST

SILVA, MATEUS
ADDRESS AVAILABLE UPON REQUEST

SILVA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SILVA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SILVA, MIA
ADDRESS AVAILABLE UPON REQUEST

SILVA, MIRNA
ADDRESS AVAILABLE UPON REQUEST

SILVA, MYRDEOMAR
ADDRESS AVAILABLE UPON REQUEST

SILVA, NALINI
ADDRESS AVAILABLE UPON REQUEST

SILVA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SILVA, PHIL
ADDRESS AVAILABLE UPON REQUEST

SILVA, RAUL
ADDRESS AVAILABLE UPON REQUEST

SILVA, ROSEY
ADDRESS AVAILABLE UPON REQUEST

SILVA, SHERI
ADDRESS AVAILABLE UPON REQUEST

SILVA, SONJA
ADDRESS AVAILABLE UPON REQUEST

SILVA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SILVA, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SILVA, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SILVA-DUFFY, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SILVASI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SILVASY, RANDALL
ADDRESS AVAILABLE UPON REQUEST

SILVEIRA, KARI
ADDRESS AVAILABLE UPON REQUEST

SILVEIRA, MANUEL
ADDRESS AVAILABLE UPON REQUEST

SILVEIRA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SILVER THIMBLE CORP.
28 PINE GROVE
AMHERST, MA  01002

SILVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SILVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SILVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SILVER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SILVER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SILVER, BETH
ADDRESS AVAILABLE UPON REQUEST

SILVER, CARA
ADDRESS AVAILABLE UPON REQUEST

SILVER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SILVER, DAPHNEY
ADDRESS AVAILABLE UPON REQUEST

SILVER, GEOFF
ADDRESS AVAILABLE UPON REQUEST

SILVER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SILVER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SILVER, JASMINE
ADDRESS AVAILABLE UPON REQUEST

SILVER, JOELLE
ADDRESS AVAILABLE UPON REQUEST

SILVER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SILVER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SILVER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SILVER, LORI
ADDRESS AVAILABLE UPON REQUEST

SILVER, MAYA
ADDRESS AVAILABLE UPON REQUEST

SILVER, MELODY
ADDRESS AVAILABLE UPON REQUEST

SILVER, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

SILVER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SILVER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SILVER, YOSEF
ADDRESS AVAILABLE UPON REQUEST

SILVERA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SILVERADO WINEGROWERS, LLC
(SWG PASO VINEYARD, LLC)
855 BORDEAUX WAY, STE 100
NAPA, CA  94558

SILVERBERG, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SILVERCAR INC
ADDRESS UNAVAILABLE AT TIME OF FILING

SILVERCAR, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

SILVERI, AMY
ADDRESS AVAILABLE UPON REQUEST

SILVERIO, FANNY
ADDRESS AVAILABLE UPON REQUEST

SILVERLAND, EVAN
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, GARRETTE
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, JAMES
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, KALINA
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

SILVERMAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

SILVERNALE, CARLY
ADDRESS AVAILABLE UPON REQUEST

SILVERNALE, CASEY
ADDRESS AVAILABLE UPON REQUEST

SILVERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SILVERS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SILVERS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SILVERS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, ALICE
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, JEFF
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, LEE
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, SAMARA
ADDRESS AVAILABLE UPON REQUEST

SILVERSTEIN, WILL
ADDRESS AVAILABLE UPON REQUEST

SILVERSTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SILVERSTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SILVERTEIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SILVERTHORN, DEREK
ADDRESS AVAILABLE UPON REQUEST

SILVERTHORNE, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SILVESTRE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SILVESTRI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SILVESTRI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SILVESTRI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SILVESTRINI, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

SILVEY, LEAH
ADDRESS AVAILABLE UPON REQUEST

SILVEY, LYNN
ADDRESS AVAILABLE UPON REQUEST

SILVEY-STINER, MELODY
ADDRESS AVAILABLE UPON REQUEST

SILVIA, JANA
ADDRESS AVAILABLE UPON REQUEST

SILVIO DOBRY
ADDRESS AVAILABLE UPON REQUEST

SILVIO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SILVIS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SILVIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SILVIS, ROSE
ADDRESS AVAILABLE UPON REQUEST

SILVIS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SIM, KENNETH
ADDRESS AVAILABLE UPON REQUEST

SIM, LANI
ADDRESS AVAILABLE UPON REQUEST

SIM, TAMI
ADDRESS AVAILABLE UPON REQUEST

SIMA, NANCY
ADDRESS AVAILABLE UPON REQUEST

SIMA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIMANI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SIMANTEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMANTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMARD, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

SIMARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SIMAS TAYLOR LLP
6465 NURSERY WAY
SAN LUIS OBISPO, CA  93405

SIMAS, CECILIA
ADDRESS AVAILABLE UPON REQUEST

SIMBALA, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SIMBOLI, NANCY
ADDRESS AVAILABLE UPON REQUEST

SIMBRIC, STEFFANI
ADDRESS AVAILABLE UPON REQUEST

SIMBURGER, ALIZA
ADDRESS AVAILABLE UPON REQUEST

SIMCOX, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SIMCOX, SARAH
ADDRESS AVAILABLE UPON REQUEST

SIME, PETER
ADDRESS AVAILABLE UPON REQUEST

SIMENAS, SHAINA
ADDRESS AVAILABLE UPON REQUEST

SIMENS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SIMEON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SIMEON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SIMEON, MIKHAILA
ADDRESS AVAILABLE UPON REQUEST

SIMEON-COX, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIMEONE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SIMEONOVA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SIMH, ANJALI
ADDRESS AVAILABLE UPON REQUEST

SIMI, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SIMIC, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SIMIC, TOM
ADDRESS AVAILABLE UPON REQUEST

SIMICH, CLAUDIA SOFIA
ADDRESS AVAILABLE UPON REQUEST

SIMICH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SIMILARWEB.COM
50 WEST 17TH STREET
NEW YORK, NY  10011

SIMINERIO, ERIN
ADDRESS AVAILABLE UPON REQUEST

SIMINGTON, ERIC
ADDRESS AVAILABLE UPON REQUEST

SIMINSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIMION, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SIMISON-ROE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SIMKINS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SIMKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SIMKO, JOHN
ADDRESS AVAILABLE UPON REQUEST

SIMKO, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SIMKOW, KATIE
ADDRESS AVAILABLE UPON REQUEST

SIMMERING, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SIMMERMAKER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SIMMERMAN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SIMMERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SIMMERSON, AMY
ADDRESS AVAILABLE UPON REQUEST

SIMMI TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIMMON, IRENE
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, AMY
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SIMMONDS, WREN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, BRIAN & BETSY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, BRITT
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CHELSI
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CHIA-LIN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ELENA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ELLIOT
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, GINA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, H M
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, HAROLD
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, IMAN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, JASON
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, JUDI
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KARA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KAREN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KATE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KATHY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LAURA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LETA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LEZLIE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LILLY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, LINDY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, MARCUS
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, MERCEEDES
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, MICAH
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, RYLEY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SARITA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SHANELLE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, STEVE
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, TANA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, TERRI
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS, VONNA
ADDRESS AVAILABLE UPON REQUEST

SIMMONS-DUKE, RONNISHA
ADDRESS AVAILABLE UPON REQUEST

SIMMS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SIMMS, CLARE
ADDRESS AVAILABLE UPON REQUEST

SIMMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SIMMS, KIM
ADDRESS AVAILABLE UPON REQUEST

SIMMS, LUKE
ADDRESS AVAILABLE UPON REQUEST

SIMMS, SHAKONNAH
ADDRESS AVAILABLE UPON REQUEST

SIMMS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SIMMS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

SIMMS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SIMMZYS
ADDRESS UNAVAILABLE AT TIME OF FILING

SIMMITT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SIMO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIMOES, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

SIMON AMAT
ADDRESS AVAILABLE UPON REQUEST

SIMON CASTELLUCIO
ADDRESS AVAILABLE UPON REQUEST

SIMON SKINNER
ADDRESS AVAILABLE UPON REQUEST

SIMON, ALBERTO
ADDRESS AVAILABLE UPON REQUEST

SIMON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SIMON, AMBER
ADDRESS AVAILABLE UPON REQUEST

SIMON, AMBER
ADDRESS AVAILABLE UPON REQUEST

SIMON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SIMON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SIMON, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

SIMON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SIMON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SIMON, CINDY
ADDRESS AVAILABLE UPON REQUEST

SIMON, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

SIMON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SIMON, ELI
ADDRESS AVAILABLE UPON REQUEST

SIMON, ELISE
ADDRESS AVAILABLE UPON REQUEST

SIMON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SIMON, HOLDEN
ADDRESS AVAILABLE UPON REQUEST

SIMON, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SIMON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMON, JODY
ADDRESS AVAILABLE UPON REQUEST

SIMON, JULIE
ADDRESS AVAILABLE UPON REQUEST

SIMON, KATALIN
ADDRESS AVAILABLE UPON REQUEST

SIMON, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SIMON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SIMON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SIMON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SIMON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SIMON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SIMON, MISTI
ADDRESS AVAILABLE UPON REQUEST

SIMON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SIMON, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

SIMON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SIMON, RENARD
ADDRESS AVAILABLE UPON REQUEST

SIMON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SIMON, RUCKER
ADDRESS AVAILABLE UPON REQUEST

SIMON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SIMON, SARA
ADDRESS AVAILABLE UPON REQUEST

SIMON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SIMON, SHERA
ADDRESS AVAILABLE UPON REQUEST

SIMON, SIANNA
ADDRESS AVAILABLE UPON REQUEST

SIMON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SIMON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SIMON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIMON, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SIMON, TOM
ADDRESS AVAILABLE UPON REQUEST

SIMON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SIMON, YULI
ADDRESS AVAILABLE UPON REQUEST

SIMON, ZOE
ADDRESS AVAILABLE UPON REQUEST

SIMONCINI, TRACY
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, ALEENA
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, JARON
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, RUBY
ADDRESS AVAILABLE UPON REQUEST

SIMONDS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SIMONE BUNSEN
ADDRESS AVAILABLE UPON REQUEST

SIMONE
ADDRESS UNAVAILABLE AT TIME OF FILING

SIMONE, ANNA
ADDRESS AVAILABLE UPON REQUEST

SIMONE, ANNAMARIA
ADDRESS AVAILABLE UPON REQUEST

SIMONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SIMONE, GINA
ADDRESS AVAILABLE UPON REQUEST

SIMONE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SIMONE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIMONE, MARIA
ADDRESS AVAILABLE UPON REQUEST

SIMONE, MARISA
ADDRESS AVAILABLE UPON REQUEST

SIMONE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SIMONEAU, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SIMONEAUX, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SIMONELLI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SIMONELLI, JOHN
ADDRESS AVAILABLE UPON REQUEST

SIMONELLI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SIMONETTI, BETH
ADDRESS AVAILABLE UPON REQUEST

SIMONETTI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SIMONETTI, GABBY
ADDRESS AVAILABLE UPON REQUEST

SIMONETTI, LOU AND JUDY
ADDRESS AVAILABLE UPON REQUEST

SIMONIAN, SEVAHN
ADDRESS AVAILABLE UPON REQUEST

SIMONIE, JANENE
ADDRESS AVAILABLE UPON REQUEST

SIMONIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SIMONIS, RUSTY
ADDRESS AVAILABLE UPON REQUEST

SIMONPUR, KSENIYA
ADDRESS AVAILABLE UPON REQUEST

SIMONRAJ, MOREEN
ADDRESS AVAILABLE UPON REQUEST

SIMONS, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

SIMONS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SIMONS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SIMONS, DAELEY
ADDRESS AVAILABLE UPON REQUEST

SIMONS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMONS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JENNA
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JULI
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JULIE
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JUNE
ADDRESS AVAILABLE UPON REQUEST

SIMONS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SIMONS, MARY
ADDRESS AVAILABLE UPON REQUEST

SIMONS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SIMONS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SIMONS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SIMONS, SONYA
ADDRESS AVAILABLE UPON REQUEST

SIMONS, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SIMONSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SIMONSON, JAN
ADDRESS AVAILABLE UPON REQUEST

SIMONSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIMONSON, KIANA
ADDRESS AVAILABLE UPON REQUEST

SIMONTACCHI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SIMONTON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

SIMONTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SIMONTON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SIMONTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SIMOTA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SIMPACTFUL LLC
301 HARTZ AVENUE SUITE 225
DANVILLE, CA  94526

SIMPER, KARLITA
ADDRESS AVAILABLE UPON REQUEST

SIMPERS, TARNNA
ADDRESS AVAILABLE UPON REQUEST

SIMPHOUKHAM, ARI
ADDRESS AVAILABLE UPON REQUEST

SIMPKIN, NORA
ADDRESS AVAILABLE UPON REQUEST

SIMPKINS, JANET
ADDRESS AVAILABLE UPON REQUEST

SIMPKINS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SIMPKINS, WHITNIE
ADDRESS AVAILABLE UPON REQUEST

SIMPLE LIVING PROPERTY SOLUTIONS 401K
FBO JONATHAN RUMMEY
2675 W ROUTE F
CLARK, MO  65243

SIMPLER, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

SIMPLICIANO, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMPLY HIRED
ADDRESS UNAVAILABLE AT TIME OF FILING

SIMPLY SPACED, LLC
1149 ARCADIA AVE, UNITE 4
ARCADIA, CA  91007

SIMPLY STAMPS
ADDRESS UNAVAILABLE AT TIME OF FILING

SIMPSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, AMY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ARIA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CARESS
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CAREY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, CURTIZ
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, DONNIE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ELYSE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, FAYE VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JACI
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JAY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JOE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JORY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KIMBERLYANN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, LIZETTE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, LUCAS
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, NINA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, PATTI
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, PETA-GAYE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, RILEY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, ROSHAWNDA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, RUTH
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SEAN
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SHERI
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SIMMONE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SOMERSET
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, SUE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, TAI
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, TRECE
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SIMPSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SIMS, ALLY
ADDRESS AVAILABLE UPON REQUEST

SIMS, ASHUNTI
ADDRESS AVAILABLE UPON REQUEST

SIMS, BREINA
ADDRESS AVAILABLE UPON REQUEST

SIMS, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SIMS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SIMS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SIMS, CHRISTAN
ADDRESS AVAILABLE UPON REQUEST

SIMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SIMS, COREEN
ADDRESS AVAILABLE UPON REQUEST

SIMS, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

SIMS, DARYL
ADDRESS AVAILABLE UPON REQUEST

SIMS, DEDRA
ADDRESS AVAILABLE UPON REQUEST

SIMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SIMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SIMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SIMS, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

SIMS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

SIMS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIMS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SIMS, JW
ADDRESS AVAILABLE UPON REQUEST

SIMS, KATE
ADDRESS AVAILABLE UPON REQUEST

SIMS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SIMS, KERRY
ADDRESS AVAILABLE UPON REQUEST

SIMS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SIMS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SIMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SIMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SIMS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SIMS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SIMS, RYAN
ADDRESS AVAILABLE UPON REQUEST

SIMS, SHAKIA
ADDRESS AVAILABLE UPON REQUEST

SIMS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SIMS, SHENTAL
ADDRESS AVAILABLE UPON REQUEST

SIMS, SONJA
ADDRESS AVAILABLE UPON REQUEST

SIMS, STACY
ADDRESS AVAILABLE UPON REQUEST

SIMS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SIMS, TARA
ADDRESS AVAILABLE UPON REQUEST

SIMS, TIA
ADDRESS AVAILABLE UPON REQUEST

SIMS-MARTIN, HALLEY
ADDRESS AVAILABLE UPON REQUEST

SIMSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIMUN PAULI HANSEN
ADDRESS AVAILABLE UPON REQUEST

SIN ALCOHOL S.L.
CTRA. SAN BERNARDO S/N, 47359
VALBUENA DE DUERO
VALLADOLID
SPAIN

SIN, CLEMENT
ADDRESS AVAILABLE UPON REQUEST

SINAGRA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SINAGRA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SINBACK, MATT
ADDRESS AVAILABLE UPON REQUEST

SINCBOX MEDIA INC.
12100 WILSHIRE BLVD SUITE 705
LOS ANGELES, CA 90025

SINCERBEAUX, JACKSON
ADDRESS AVAILABLE UPON REQUEST

SINCH, BARRY
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, JESSI
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, JOHN
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, KATIE
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, KELLY
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, LISA
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, MARIA
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, SARAH
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, SARAH
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

SINCLAIR, WILSON
ADDRESS AVAILABLE UPON REQUEST

SINDEN, RENEE
ADDRESS AVAILABLE UPON REQUEST

SINDEWALD, LAUREL
ADDRESS AVAILABLE UPON REQUEST

SINDLE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SINDONI, MR. AND MRS ALEX
ADDRESS AVAILABLE UPON REQUEST

SINE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SINE, SHERI
ADDRESS AVAILABLE UPON REQUEST

SINEAD ROBAN
ADDRESS AVAILABLE UPON REQUEST

SINELL, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SINELOV, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SINES, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SINETTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SINEX, JUDI
ADDRESS AVAILABLE UPON REQUEST

SING TIING WONG
ADDRESS AVAILABLE UPON REQUEST

SINGA MAXIME
ADDRESS AVAILABLE UPON REQUEST

SINGAL, ASHOK
ADDRESS AVAILABLE UPON REQUEST

SINGAL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SINGALEWITCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SINGELAIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SINGER, CHARITY
ADDRESS AVAILABLE UPON REQUEST

SINGER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SINGER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SINGER, ELYSSA
ADDRESS AVAILABLE UPON REQUEST

SINGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SINGER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SINGER, KRISSY
ADDRESS AVAILABLE UPON REQUEST

SINGER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SINGER, LISA
ADDRESS AVAILABLE UPON REQUEST

SINGER, LLORA
ADDRESS AVAILABLE UPON REQUEST

SINGER, LYNN
ADDRESS AVAILABLE UPON REQUEST

SINGER, MAX
ADDRESS AVAILABLE UPON REQUEST

SINGER, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

SINGER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SINGER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SINGER, SOFIE
ADDRESS AVAILABLE UPON REQUEST

SINGER, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SINGER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SINGFIELD, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

SINGH THAKUR, VISHESH
ADDRESS AVAILABLE UPON REQUEST

SINGH, ADITI
ADDRESS AVAILABLE UPON REQUEST

SINGH, AMIT
ADDRESS AVAILABLE UPON REQUEST

SINGH, ANAND
ADDRESS AVAILABLE UPON REQUEST

SINGH, ANGAD
ADDRESS AVAILABLE UPON REQUEST

SINGH, ANUJ
ADDRESS AVAILABLE UPON REQUEST

SINGH, CARL
ADDRESS AVAILABLE UPON REQUEST

SINGH, DEVIN
ADDRESS AVAILABLE UPON REQUEST

SINGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SINGH, HARBIR
ADDRESS AVAILABLE UPON REQUEST

SINGH, HARKIRET
ADDRESS AVAILABLE UPON REQUEST

SINGH, ISHTPREET
ADDRESS AVAILABLE UPON REQUEST

SINGH, JAI
ADDRESS AVAILABLE UPON REQUEST

SINGH, JASPREET
ADDRESS AVAILABLE UPON REQUEST

SINGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SINGH, KAYA
ADDRESS AVAILABLE UPON REQUEST

SINGH, KIRAN
ADDRESS AVAILABLE UPON REQUEST

SINGH, KRITI
ADDRESS AVAILABLE UPON REQUEST

SINGH, LISA
ADDRESS AVAILABLE UPON REQUEST

SINGH, MANJULA
ADDRESS AVAILABLE UPON REQUEST

SINGH, MARYAM
ADDRESS AVAILABLE UPON REQUEST

SINGH, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SINGH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SINGH, NAVJOT
ADDRESS AVAILABLE UPON REQUEST

SINGH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SINGH, NIDHI
ADDRESS AVAILABLE UPON REQUEST

SINGH, NIKHITA
ADDRESS AVAILABLE UPON REQUEST

SINGH, NINA
ADDRESS AVAILABLE UPON REQUEST

SINGH, NIRMALA
ADDRESS AVAILABLE UPON REQUEST

SINGH, PARAMJIT
ADDRESS AVAILABLE UPON REQUEST

SINGH, PRIYA
ADDRESS AVAILABLE UPON REQUEST

SINGH, RASHI
ADDRESS AVAILABLE UPON REQUEST

SINGH, RAYMATTIE
ADDRESS AVAILABLE UPON REQUEST

SINGH, REHANA
ADDRESS AVAILABLE UPON REQUEST

SINGH, SACHIN
ADDRESS AVAILABLE UPON REQUEST

SINGH, SARABJEET
ADDRESS AVAILABLE UPON REQUEST

SINGH, SERENE
ADDRESS AVAILABLE UPON REQUEST

SINGH, SONIKA
ADDRESS AVAILABLE UPON REQUEST

SINGH, SUMMER
ADDRESS AVAILABLE UPON REQUEST

SINGH, SWARNIMA
ADDRESS AVAILABLE UPON REQUEST

SINGH, VISHESH
ADDRESS AVAILABLE UPON REQUEST

SINGHAL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SINGLA, PUNIT
ADDRESS AVAILABLE UPON REQUEST

SINGLER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

SINGLER, JANAE
ADDRESS AVAILABLE UPON REQUEST

SINGLER, KRIS
ADDRESS AVAILABLE UPON REQUEST

SINGLETARY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SINGLETARY, DIANIANA
ADDRESS AVAILABLE UPON REQUEST

SINGLETARY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SINGLETARY, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SINGLETARY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SINGLETERRY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, CALVIN
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, EMILY
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, GWEN
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, LACEY
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, MICHAEL ANN
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, NHANDI
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, PEGGY
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, RAENITA
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, REGINA
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, REID
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SINGLETON, TONY
ADDRESS AVAILABLE UPON REQUEST

SINGLEY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SINGLEY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SINGSHEIM, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SINHA, ANISHA
ADDRESS AVAILABLE UPON REQUEST

SINHA, ANUPAM
ADDRESS AVAILABLE UPON REQUEST

SINHA, ASHISH
ADDRESS AVAILABLE UPON REQUEST

SINHA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SINHA, HARUN
ADDRESS AVAILABLE UPON REQUEST

SINHA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SINHA, MALLIKA
ADDRESS AVAILABLE UPON REQUEST

SINHA, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SINHA, PRASHANT
ADDRESS AVAILABLE UPON REQUEST

SINHASANE, SHAILENDRA
ADDRESS AVAILABLE UPON REQUEST

SINI, DAVID
ADDRESS AVAILABLE UPON REQUEST

SINIA, LEWIS
ADDRESS AVAILABLE UPON REQUEST

SINIARD, KYLE
ADDRESS AVAILABLE UPON REQUEST

SINICIN, EVAN
ADDRESS AVAILABLE UPON REQUEST

SINICIN, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

SINICROPE, JASON
ADDRESS AVAILABLE UPON REQUEST

SINIGH, MELLISSA
ADDRESS AVAILABLE UPON REQUEST

SINISI, VINCENZO
ADDRESS AVAILABLE UPON REQUEST

SINK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SINKHORN, MORIAH
ADDRESS AVAILABLE UPON REQUEST

SINKS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SINKULA, CINDI
ADDRESS AVAILABLE UPON REQUEST

SINKULA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SINNES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SINNETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SINNOCK, KIMMIE
ADDRESS AVAILABLE UPON REQUEST

SINNOTT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SINNOTT, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SINOCCHI, JAMES
ADDRESS AVAILABLE UPON REQUEST

SINOVICH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SINOWITZ, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SINRAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

SINSHEIMER, LUCY
ADDRESS AVAILABLE UPON REQUEST

SINTON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SINTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SINTUVAT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

SIO, CARLY
ADDRESS AVAILABLE UPON REQUEST

SIO, ELMARAEYA
ADDRESS AVAILABLE UPON REQUEST

SIOMACCO, JULIE
ADDRESS AVAILABLE UPON REQUEST

SIOMKIN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SIOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

SIPE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

SIPE, ASPEN
ADDRESS AVAILABLE UPON REQUEST

SIPE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SIPE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SIPES, BECKY
ADDRESS AVAILABLE UPON REQUEST

SIPES, LEE
ADDRESS AVAILABLE UPON REQUEST

SIPES, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SIPES, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SIPES, ROSE
ADDRESS AVAILABLE UPON REQUEST

SIPES, SEAN
ADDRESS AVAILABLE UPON REQUEST

SIPLAK, JACK
ADDRESS AVAILABLE UPON REQUEST

SIPOS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SIPOWICZ, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SIPP, KENDRICK
ADDRESS AVAILABLE UPON REQUEST

SIPP, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SIPPEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SIPPEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SIPPEL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SIPPLES, KELLY
ADDRESS AVAILABLE UPON REQUEST

SIQUEIRA, LEANDRO
ADDRESS AVAILABLE UPON REQUEST

SIQUEIRA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SIQUEIROS, BEN
ADDRESS AVAILABLE UPON REQUEST

SIQUEIROS, ESTELA
ADDRESS AVAILABLE UPON REQUEST

SIQUEORA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIR, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SIRACUSA, SHANEE
ADDRESS AVAILABLE UPON REQUEST

SIRAVO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SIRBU, RALUCA
ADDRESS AVAILABLE UPON REQUEST

SIRCY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SIRECI, LANIE
ADDRESS AVAILABLE UPON REQUEST

SIRENA ROBERTS
ADDRESS AVAILABLE UPON REQUEST

SIREYJOL, BLANDINE
ADDRESS AVAILABLE UPON REQUEST

SIRGI, YASMINA
ADDRESS AVAILABLE UPON REQUEST

SIRIANNI, PIPER
ADDRESS AVAILABLE UPON REQUEST

SIRINEK, PORTIA
ADDRESS AVAILABLE UPON REQUEST

SIRIPONG, MARIA
ADDRESS AVAILABLE UPON REQUEST

SIRIPRABRYDHI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SIRK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SIRKAR, RHEA
ADDRESS AVAILABLE UPON REQUEST

SIRKOCH, JANE
ADDRESS AVAILABLE UPON REQUEST

SIRLS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIRMANS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SIRMANS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SIRMONS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIROIS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SIROIS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SIROIS, EMILEE
ADDRESS AVAILABLE UPON REQUEST

SIROTA, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SIROTA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SIROW, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SIRQUEIRA, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

SIRULL, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SIS, LUBA
ADDRESS AVAILABLE UPON REQUEST

SIS, LUBA
ADDRESS AVAILABLE UPON REQUEST

SISAY, ADDIS
ADDRESS AVAILABLE UPON REQUEST

SISCA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SISCO, J. LENAE
ADDRESS AVAILABLE UPON REQUEST

SISCO, KATE
ADDRESS AVAILABLE UPON REQUEST

SISCO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SISCO, RAVEN
ADDRESS AVAILABLE UPON REQUEST

SISE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SISEMORE, JANICE
ADDRESS AVAILABLE UPON REQUEST

SISEMORE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SISINNI, ILIA
ADDRESS AVAILABLE UPON REQUEST

SISK, ALEX
ADDRESS AVAILABLE UPON REQUEST

SISK, DAENA
ADDRESS AVAILABLE UPON REQUEST

SISK, JACKI
ADDRESS AVAILABLE UPON REQUEST

SISK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SISK, KATIE
ADDRESS AVAILABLE UPON REQUEST

SISK, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SISK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SISK, SONIA
ADDRESS AVAILABLE UPON REQUEST

SISK, TED
ADDRESS AVAILABLE UPON REQUEST

SISKIN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SISKIND, KEIKO
ADDRESS AVAILABLE UPON REQUEST

SISKO, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

SISLEN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SISLER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SISLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SISLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SISLEY, STACI
ADDRESS AVAILABLE UPON REQUEST

SISLOW, SEDKARIA
ADDRESS AVAILABLE UPON REQUEST

SISNEROS, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

SISNEROS, DILLAN
ADDRESS AVAILABLE UPON REQUEST

SISNEROS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SISNEROS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SISNIEGA, ROSA
ADDRESS AVAILABLE UPON REQUEST

SISON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SISSOM, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SISSOM, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SISSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SISSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SISSON, JODI
ADDRESS AVAILABLE UPON REQUEST

SISSON, JOENAH
ADDRESS AVAILABLE UPON REQUEST

SISSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

SISSON, LIBBY
ADDRESS AVAILABLE UPON REQUEST

SISSON, THERESA
ADDRESS AVAILABLE UPON REQUEST

SISSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

SISSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SISTEK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SISTO, FRED
ADDRESS AVAILABLE UPON REQUEST

SITCHERAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

SITE, WALTER
ADDRESS AVAILABLE UPON REQUEST

SITEK, EMMA
ADDRESS AVAILABLE UPON REQUEST

SITES, VERDA
ADDRESS AVAILABLE UPON REQUEST

SITHER, KARA
ADDRESS AVAILABLE UPON REQUEST

SITIWATJANA, N
ADDRESS AVAILABLE UPON REQUEST

SITKA AND SPRUCE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

SITKIEWICZ, HENRY
ADDRESS AVAILABLE UPON REQUEST

SITKO, KELLY
ADDRESS AVAILABLE UPON REQUEST

SITKOWSKI, RODERICK
ADDRESS AVAILABLE UPON REQUEST

SITNER, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

SITNICK, ELOISE
ADDRESS AVAILABLE UPON REQUEST

SITOKI MCDONALD
ADDRESS AVAILABLE UPON REQUEST

SITORIUS, JANE
ADDRESS AVAILABLE UPON REQUEST

SITOU, KIT
ADDRESS AVAILABLE UPON REQUEST

SITRON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SITT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SITTEL, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

SITTERLY, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SITTIG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SITTLER, DANI
ADDRESS AVAILABLE UPON REQUEST

SITTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SITU, JENNIE
ADDRESS AVAILABLE UPON REQUEST

SITU, KIM
ADDRESS AVAILABLE UPON REQUEST

SITU, SHUXIAN
ADDRESS AVAILABLE UPON REQUEST

SITZMANN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SIU, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SIU, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SIUTA, GERRY
ADDRESS AVAILABLE UPON REQUEST

SIVAN, INBAL
ADDRESS AVAILABLE UPON REQUEST

SIVANANTHAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SIVARAMAN, VEENA
ADDRESS AVAILABLE UPON REQUEST

SIVER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SIVILLI, MONICA
ADDRESS AVAILABLE UPON REQUEST

SIVITS, CLARE
ADDRESS AVAILABLE UPON REQUEST

SIVON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SIVWRIGHT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SIWEK, DIANA
ADDRESS AVAILABLE UPON REQUEST

SIWINSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SIXBURY, KIM
ADDRESS AVAILABLE UPON REQUEST

SIXSMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SIY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SIYANI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SIZE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SIZELOVE, AMY
ADDRESS AVAILABLE UPON REQUEST

SIZEMORE COLOR STUDIOS LLC
400 WEST 47TH STREET APT 1A
NEW YORK, NY  10036

SIZEMORE, AMBER
ADDRESS AVAILABLE UPON REQUEST

SIZEMORE, DYLAN AND ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SIZEMORE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SIZEMORE, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SIZENSKY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SJERVEN, CONNIE
ADDRESS AVAILABLE UPON REQUEST

SJJX, MOFL
ADDRESS AVAILABLE UPON REQUEST

SJOBERG, HELAYNA
ADDRESS AVAILABLE UPON REQUEST

SJOBERG, PAUL
ADDRESS AVAILABLE UPON REQUEST

SJODEN, HENRIK
ADDRESS AVAILABLE UPON REQUEST

SJOLANDER, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SJOSTROM, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SJULIN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SJURSEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SJURSON, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SJW INNOVATIVE SOLUTIONS LLC
2 CYPRESS STREET UNIT 6
SOMERVILLE, MA  02143

SKAALEVIK, NOEL
ADDRESS AVAILABLE UPON REQUEST

SKAAR, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, AMBER
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, JADE
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, MARISELA
ADDRESS AVAILABLE UPON REQUEST

SKAGGS, MOLLIE
ADDRESS AVAILABLE UPON REQUEST

SKAIFE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SKALA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKALA, JULIE
ADDRESS AVAILABLE UPON REQUEST

SKALA, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SKALA, TRACY
ADDRESS AVAILABLE UPON REQUEST

SKALAK, HAVIRD
ADDRESS AVAILABLE UPON REQUEST

SKALISKY, JENA
ADDRESS AVAILABLE UPON REQUEST

SKALL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SKANSE, TANYA
ADDRESS AVAILABLE UPON REQUEST

SKARDA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SKARECKY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SKARI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SKARI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SKARIN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SKARJUNE, DOLORES
ADDRESS AVAILABLE UPON REQUEST

SKARPNESS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SKARRA, DANALEA
ADDRESS AVAILABLE UPON REQUEST

SKATCHKE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SKATTUM, KIMBERLE
ADDRESS AVAILABLE UPON REQUEST

SKAU, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SKAUG, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SKAUGEN, MALORY
ADDRESS AVAILABLE UPON REQUEST

SKAUGRUD, KAARI
ADDRESS AVAILABLE UPON REQUEST

SKAUGRUD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SKAUGSET, JANET
ADDRESS AVAILABLE UPON REQUEST

SKAZA, VANESSSA
ADDRESS AVAILABLE UPON REQUEST

SKEELE, LIZ
ADDRESS AVAILABLE UPON REQUEST

SKEELS, KATIE
ADDRESS AVAILABLE UPON REQUEST

SKEELS, PETER
ADDRESS AVAILABLE UPON REQUEST

SKEEN, MARK
ADDRESS AVAILABLE UPON REQUEST

SKEENS, MICAH
ADDRESS AVAILABLE UPON REQUEST

SKEENS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SKEETE, ANDRE
ADDRESS AVAILABLE UPON REQUEST

SKEHAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SKEIE, ERIC AND JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SKELLETT, AMY
ADDRESS AVAILABLE UPON REQUEST

SKELLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SKELLS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SKELLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SKELLY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SKELLY, STACY
ADDRESS AVAILABLE UPON REQUEST

SKELLY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SKELLY, TRACY
ADDRESS AVAILABLE UPON REQUEST

SKELTON, AOIFE
ADDRESS AVAILABLE UPON REQUEST

SKELTON, BRONAGH
ADDRESS AVAILABLE UPON REQUEST

SKELTON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SKELTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKELTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SKELTON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SKELTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SKELTON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

SKELTON, TASHA
ADDRESS AVAILABLE UPON REQUEST

SKENANDORE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SKENDERIAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SKENE LAW FIRM, P.C.
2614 ROUTE 516 OLD
BRIDGE, NJ 08857

SKENE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SKERJANEC, ROSE
ADDRESS AVAILABLE UPON REQUEST

SKERKAVICH, HOLLYANN
ADDRESS AVAILABLE UPON REQUEST

SKERLETTS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SKERPAC, VALENE
ADDRESS AVAILABLE UPON REQUEST

SKERSIS, PAUL
ADDRESS AVAILABLE UPON REQUEST

SKESAVAGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SKETCH, PETE
ADDRESS AVAILABLE UPON REQUEST

SKEWES, BONNIE RAE
ADDRESS AVAILABLE UPON REQUEST

SKEWES, IAN
ADDRESS AVAILABLE UPON REQUEST

SKIBA, ALICE
ADDRESS AVAILABLE UPON REQUEST

SKIBBE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SKIBIAK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SKIBOLA, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

SKIDDS, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SKIDGEL, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, PIPPA
ADDRESS AVAILABLE UPON REQUEST

SKIDMORE, SALLY
ADDRESS AVAILABLE UPON REQUEST

SKIFF, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SKIFTERI, ERION
ADDRESS AVAILABLE UPON REQUEST

SKILES-WADKINS, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SKILJO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SKILLESTAD, KARLY
ADDRESS AVAILABLE UPON REQUEST

SKILLINGBERG, DIXIE
ADDRESS AVAILABLE UPON REQUEST

SKILLMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

SKILLMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SKILLPATH
ADDRESS UNAVAILABLE AT TIME OF FILING

SKINGLE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SKINKIS, MAIJA
ADDRESS AVAILABLE UPON REQUEST

SKINNER VINEYARDS
11030 SANTA MONICA BLVD SUITE 207
LOS ANGELES, CA  90025

SKINNER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

SKINNER, AUDRIAL
ADDRESS AVAILABLE UPON REQUEST

SKINNER, BRYCE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SKINNER, CORRI
ADDRESS AVAILABLE UPON REQUEST

SKINNER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SKINNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SKINNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKINNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKINNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SKINNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SKINNER, EMMIE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SKINNER, JACKI
ADDRESS AVAILABLE UPON REQUEST

SKINNER, JANICE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, JASON
ADDRESS AVAILABLE UPON REQUEST

SKINNER, JOANN
ADDRESS AVAILABLE UPON REQUEST

SKINNER, LISA
ADDRESS AVAILABLE UPON REQUEST

SKINNER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SKINNER, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SKINNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SKINNER, ROGER
ADDRESS AVAILABLE UPON REQUEST

SKINNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SKINNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SKINNER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

SKINNER, SIMON
ADDRESS AVAILABLE UPON REQUEST

SKINNER, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SKINNER, TEHISA
ADDRESS AVAILABLE UPON REQUEST

SKIO
ADDRESS UNAVAILABLE AT TIME OF FILING

SKIPPER, KERRI
ADDRESS AVAILABLE UPON REQUEST

SKIPPER, LEXIE
ADDRESS AVAILABLE UPON REQUEST

SKIPPER, MINDY
ADDRESS AVAILABLE UPON REQUEST

SKIPPER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SKIPPER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SKIPWITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SKIPWORTH, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SKIRO, O
ADDRESS AVAILABLE UPON REQUEST

SKISCIM, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SKITKA, MARY
ADDRESS AVAILABLE UPON REQUEST

SKLADANUK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SKLAR KIRSH, LLP
1880 CENTURY PARK EAST, SUITE 300
LOS ANGELES, CA  90067

SKLAR, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SKLAR, SARAH
ADDRESS AVAILABLE UPON REQUEST

SKLAR, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SKOCH, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SKOCH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SKOCIK, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SKOCZYLAS, KYLA
ADDRESS AVAILABLE UPON REQUEST

SKOFF, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SKOGEN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SKOGMAN, ADDISON
ADDRESS AVAILABLE UPON REQUEST

SKOGSETH, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SKOK, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SKONIECZNY, AMY
ADDRESS AVAILABLE UPON REQUEST

SKONY, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

SKOPINSKI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SKOPP, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SKORCH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SKORIC, HOPE
ADDRESS AVAILABLE UPON REQUEST

SKORKA, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

SKORSKI, KEITH
ADDRESS AVAILABLE UPON REQUEST

SKORUPSKI, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SKORUPSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SKORYNA, NINA
ADDRESS AVAILABLE UPON REQUEST

SKOU, DEBRA A
ADDRESS AVAILABLE UPON REQUEST

SKOWRONEK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SKOWRONSKI, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SKOWRONSKI, KATIE
ADDRESS AVAILABLE UPON REQUEST

SKRABANEK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SKRAMSTAD, KATHY
ADDRESS AVAILABLE UPON REQUEST

SKRANDEL, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

SKREPTACH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SKRIPAK, RYAN
ADDRESS AVAILABLE UPON REQUEST

SKROBARCZYK, JACOB
ADDRESS AVAILABLE UPON REQUEST

SKROCKI, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SKRYPCZUK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SKRZYPEK, JAKE
ADDRESS AVAILABLE UPON REQUEST

SKUDARNOV, MAX
ADDRESS AVAILABLE UPON REQUEST

SKUDLAREK, EMILY
ADDRESS AVAILABLE UPON REQUEST

SKULE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SKUPIEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SKURA, EMMA
ADDRESS AVAILABLE UPON REQUEST

SKURATON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SKURKY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SKVARIL, DAWN
ADDRESS AVAILABLE UPON REQUEST

SKVIRSKY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SKWIOT, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SKY HIGGINS
ADDRESS AVAILABLE UPON REQUEST

SKYBERG, WINTER
ADDRESS AVAILABLE UPON REQUEST

SKYE HOUGHTON
ADDRESS AVAILABLE UPON REQUEST

SKYE MOYER
ADDRESS AVAILABLE UPON REQUEST

SKYE, MARY
ADDRESS AVAILABLE UPON REQUEST

SKYLAR DAMMERS
ADDRESS AVAILABLE UPON REQUEST

SKYLIGHT BOOKS
1818 N VERMONT AVE
LOS ANGELES, CA  90027

SKYPE
ADDRESS UNAVAILABLE AT TIME OF FILING

SKYTTA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SLA VENTURES LLC
ADDRESS AVAILABLE UPON REQUEST

SLABAUGH, DENNIS
ADDRESS AVAILABLE UPON REQUEST

SLABAUGH, LIZ
ADDRESS AVAILABLE UPON REQUEST

SLABOTSKY, NOAH
ADDRESS AVAILABLE UPON REQUEST

SLACK TECHNOLOGIES
ADDRESS UNAVAILABLE AT TIME OF FILING

SLACK
ADDRESS UNAVAILABLE AT TIME OF FILING

SLACK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SLACK, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

SLACK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SLACK, CARLY
ADDRESS AVAILABLE UPON REQUEST

SLACK, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SLACK, JENNIE
ADDRESS AVAILABLE UPON REQUEST

SLACK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SLACK, KELLY
ADDRESS AVAILABLE UPON REQUEST

SLACK, KIM
ADDRESS AVAILABLE UPON REQUEST

SLACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SLACK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SLACUM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SLADE, ERIC
ADDRESS AVAILABLE UPON REQUEST

SLADE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SLADE, LISA
ADDRESS AVAILABLE UPON REQUEST

SLADE, MATT
ADDRESS AVAILABLE UPON REQUEST

SLADE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SLADE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SLADE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SLADE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SLADE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SLADEK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SLADEK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SLADEK, THERESA
ADDRESS AVAILABLE UPON REQUEST

SLADEWSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLADICH, TATIANA
ADDRESS AVAILABLE UPON REQUEST

SLAGEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SLAGERMAN, CECILE
ADDRESS AVAILABLE UPON REQUEST

SLAGLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SLAGLE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SLAGLE, LAUREL
ADDRESS AVAILABLE UPON REQUEST

SLAGLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SLAGTER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SLAGTER, WENDY
ADDRESS AVAILABLE UPON REQUEST

SLAIMAN, MAX
ADDRESS AVAILABLE UPON REQUEST

SLAK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SLAKER, LISA
ADDRESS AVAILABLE UPON REQUEST

SLAMA, FABIENNE
ADDRESS AVAILABLE UPON REQUEST

SLAMA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SLAMA, SIDRA
ADDRESS AVAILABLE UPON REQUEST

SLAN, TONNET
ADDRESS AVAILABLE UPON REQUEST

SLANE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SLAPAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SLAPINSKY, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

SLAPSYS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

SLATE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SLATE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SLATER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SLATER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SLATER, ANNE
ADDRESS AVAILABLE UPON REQUEST

SLATER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SLATER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SLATER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SLATER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SLATER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLATER, JILL
ADDRESS AVAILABLE UPON REQUEST

SLATER, KELLI
ADDRESS AVAILABLE UPON REQUEST

SLATER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SLATER, MARIDEE
ADDRESS AVAILABLE UPON REQUEST

SLATER, MARTIN
ADDRESS AVAILABLE UPON REQUEST

SLATER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SLATER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SLATER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SLATER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SLATER, STACY
ADDRESS AVAILABLE UPON REQUEST

SLATER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SLATER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SLATIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SLATON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SLATTEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SLATTEN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SLATTENGREN, EMILIE
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, AMADEE AND MIKE
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, ANNA
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, FRANCES
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SLATTERY, TESS
ADDRESS AVAILABLE UPON REQUEST

SLAUENWHITE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, CALLAN
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, DAWN
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, EVIDANE
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, JACK
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, NADIRAH
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SLAUGHTER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SLAUSON, TOM
ADDRESS AVAILABLE UPON REQUEST

SLAVICK, JANELLE
ADDRESS AVAILABLE UPON REQUEST

SLAVIK, ZORAIDA
ADDRESS AVAILABLE UPON REQUEST

SLAVIN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SLAVIN, SUE-ANN
ADDRESS AVAILABLE UPON REQUEST

SLAVINSKY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SLAY, GRANT
ADDRESS AVAILABLE UPON REQUEST

SLAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SLAY, MAREN
ADDRESS AVAILABLE UPON REQUEST

SLAYTON, DIYA
ADDRESS AVAILABLE UPON REQUEST

SLECHTA, GENA
ADDRESS AVAILABLE UPON REQUEST

SLECHTA, JANNA
ADDRESS AVAILABLE UPON REQUEST

SLEDD, JULIE
ADDRESS AVAILABLE UPON REQUEST

SLEDGE, CARLA
ADDRESS AVAILABLE UPON REQUEST

SLEDGE, DONISHA
ADDRESS AVAILABLE UPON REQUEST

SLEDGE, HALEY
ADDRESS AVAILABLE UPON REQUEST

SLEDGE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SLEEPER, LARISSA
ADDRESS AVAILABLE UPON REQUEST

SLEEPER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SLEEPER, WILL
ADDRESS AVAILABLE UPON REQUEST

SLEIGHT, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SLEIGHT, ROB
ADDRESS AVAILABLE UPON REQUEST

SLEITER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SLEMAKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SLENYS, LINA
ADDRESS AVAILABLE UPON REQUEST

SLEPECKY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SLEPOY, MYRA
ADDRESS AVAILABLE UPON REQUEST

SLESINSKI, GRACE
ADDRESS AVAILABLE UPON REQUEST

SLESSINGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SLETTE, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SLETTELAND, AMY
ADDRESS AVAILABLE UPON REQUEST

SLETTEN, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SLEVIN ROBERTS, NIAMH
ADDRESS AVAILABLE UPON REQUEST

SLEVIN, ALISA
ADDRESS AVAILABLE UPON REQUEST

SLEVIN, EMMA
ADDRESS AVAILABLE UPON REQUEST

SLEZAK, LIZ
ADDRESS AVAILABLE UPON REQUEST

SLEZEWICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

SLIBA, ERICKA
ADDRESS AVAILABLE UPON REQUEST

SLICK, AUNT MARY JO
ADDRESS AVAILABLE UPON REQUEST

SLICKDEALS LLC
6010 S. DURANGO DRIVE, STE 200
LAS VEGAS, NV 89113

SLIDER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SLIDER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SLIFER, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

SLIFFE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SLIFKIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

SLIGAR, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SLIGER, MARY JO
ADDRESS AVAILABLE UPON REQUEST

SLIGER, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SLIGH, CAREY
ADDRESS AVAILABLE UPON REQUEST

SLIM, SHAYNE
ADDRESS AVAILABLE UPON REQUEST

SLIMMER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SLIMMER, MARY
ADDRESS AVAILABLE UPON REQUEST

SLINEY, ROB
ADDRESS AVAILABLE UPON REQUEST

SLINGER, FELISE
ADDRESS AVAILABLE UPON REQUEST

SLINGERLAND, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SLINKARD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SLIPAKOFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLIPE, MARY
ADDRESS AVAILABLE UPON REQUEST

SLIPER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SLIPKOVICH, DAN
ADDRESS AVAILABLE UPON REQUEST

SLIVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SLIVAWYNNE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SLIVENSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLIVKA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SLIVKA, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SLIWA, KINGA
ADDRESS AVAILABLE UPON REQUEST

SLIWIAK, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SLIWINSKI, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SLIWOWSKI, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SLO AIRPORT PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

SLOAN, ANTWAN
ADDRESS AVAILABLE UPON REQUEST

SLOAN, ARYANA
ADDRESS AVAILABLE UPON REQUEST

SLOAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SLOAN, DAVE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, JACKSON
ADDRESS AVAILABLE UPON REQUEST

SLOAN, JENNIFFER
ADDRESS AVAILABLE UPON REQUEST

SLOAN, JOHN & DEANNA
ADDRESS AVAILABLE UPON REQUEST

SLOAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, LINNEA
ADDRESS AVAILABLE UPON REQUEST

SLOAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

SLOAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, NATE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SLOAN, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SLOAN, RONALD
ADDRESS AVAILABLE UPON REQUEST

SLOAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SLOAN, STEVE
ADDRESS AVAILABLE UPON REQUEST

SLOAN, TANJA
ADDRESS AVAILABLE UPON REQUEST

SLOAN, ZETDI
ADDRESS AVAILABLE UPON REQUEST

SLOANE, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

SLOANE, RONALD
ADDRESS AVAILABLE UPON REQUEST

SLOAT, DONALD
ADDRESS AVAILABLE UPON REQUEST

SLOAT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SLOATE, STEVE
ADDRESS AVAILABLE UPON REQUEST

SLOBODIAN, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

SLOBODNJAK, DREW
ADDRESS AVAILABLE UPON REQUEST

SLOBODNJAK, JEAN
ADDRESS AVAILABLE UPON REQUEST

SLOBODYANYK, I'M IGOR
ADDRESS AVAILABLE UPON REQUEST

SLOBOTKIN, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SLOCKI, DANI
ADDRESS AVAILABLE UPON REQUEST

SLOCUM & SONS
30 CORPORATE DR.
NORTH HAVEN, CT  06473

SLOCUM & SONS
EBER-CONNECTICUT, LLC
30 CORPORATE DRIVE
NORTH HAVEN, CT  06473

SLOCUM, BONNIE
ADDRESS AVAILABLE UPON REQUEST

SLOCUM, KAILA
ADDRESS AVAILABLE UPON REQUEST

SLOCUM, KARA
ADDRESS AVAILABLE UPON REQUEST

SLOCUM, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SLOCUMB, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SLOMINSKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SLOMINSKI, DEVAN
ADDRESS AVAILABLE UPON REQUEST

SLOMINSKI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SLOMKA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SLOMKOWSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SLOMKOWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

SLONE, JOSH
ADDRESS AVAILABLE UPON REQUEST

SLONE, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

SLOSARIK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLOSS, JOHN
ADDRESS AVAILABLE UPON REQUEST

SLOSS, KERRY
ADDRESS AVAILABLE UPON REQUEST

SLOT, TRACI
ADDRESS AVAILABLE UPON REQUEST

SLOTA, ALEX
ADDRESS AVAILABLE UPON REQUEST

SLOTA, MARCELINA
ADDRESS AVAILABLE UPON REQUEST

SLOTE, LAURA
ADDRESS AVAILABLE UPON REQUEST

SLOTH, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SLOTHOWER, BEAR
ADDRESS AVAILABLE UPON REQUEST

SLOTNICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SLOTTEN, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SLOTTERBACK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SLOTTERBACK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SLOUGH, LEANN
ADDRESS AVAILABLE UPON REQUEST

SLOULIN, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SLOVEN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SLOWEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

SLOWIAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SLOWN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SLP VENTURES II, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

SLUSARENKO, IRENE
ADDRESS AVAILABLE UPON REQUEST

SLUSHER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SLUSHER, MARY
ADDRESS AVAILABLE UPON REQUEST

SLUSS, LISA
ADDRESS AVAILABLE UPON REQUEST

SLUSSER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SLUZEWICZ, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SLUZEWSKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SLUZYNSKY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SLY, SHAINA
ADDRESS AVAILABLE UPON REQUEST

SLYTER, JOELLE
ADDRESS AVAILABLE UPON REQUEST

SLYWKA, LENA
ADDRESS AVAILABLE UPON REQUEST

SM COMCAST
ADDRESS UNAVAILABLE AT TIME OF FILING

SMACHETTI, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMAGACZ, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SMAGALA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SMAIL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SMAIL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SMALL LOT MN, LLC
2110 LYNDALE AVE S STE A
MINNEAPOLIS, MN  55405

SMALL LOT MN, LLC
LOCK BOX 7625, PO BOX 9438
MINNEAPOLIS, MN  55440-9438

SMALL LOT WINE MINNESOTA
323 WASHINGTON AVE N SUITE 200
MINNEAPOLIS, MN  55401

SMALL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SMALL, ANNE
ADDRESS AVAILABLE UPON REQUEST

SMALL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SMALL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

SMALL, CARLIE
ADDRESS AVAILABLE UPON REQUEST

SMALL, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SMALL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMALL, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

SMALL, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

SMALL, ELAINA
ADDRESS AVAILABLE UPON REQUEST

SMALL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SMALL, ISAMAR
ADDRESS AVAILABLE UPON REQUEST

SMALL, JAMES
ADDRESS AVAILABLE UPON REQUEST

SMALL, JASON
ADDRESS AVAILABLE UPON REQUEST

SMALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMALL, JESI
ADDRESS AVAILABLE UPON REQUEST

SMALL, JULIA
ADDRESS AVAILABLE UPON REQUEST

SMALL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMALL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SMALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMALL, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMALL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SMALL, MERCEDES
ADDRESS AVAILABLE UPON REQUEST

SMALL, MIKE AND CARIN
ADDRESS AVAILABLE UPON REQUEST

SMALL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMALL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMALL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SMALL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SMALL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMALL-BESS, ELAINE
ADDRESS AVAILABLE UPON REQUEST

SMALL-BUTERA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, C'ANNE
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, CARTER
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, JEANINE M
ADDRESS AVAILABLE UPON REQUEST

SMALLEY, ZORAYA
ADDRESS AVAILABLE UPON REQUEST

SMALLHORNE, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SMALLING, ELISHA
ADDRESS AVAILABLE UPON REQUEST

SMALLING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMALLING, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SMALLS, ANITA
ADDRESS AVAILABLE UPON REQUEST

SMALLS, LATESHA
ADDRESS AVAILABLE UPON REQUEST

SMALLS, SOFIA
ADDRESS AVAILABLE UPON REQUEST

SMALLSHAW, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SMALLWOOD, KATINA
ADDRESS AVAILABLE UPON REQUEST

SMALLWOOD, MELANIE J.
ADDRESS AVAILABLE UPON REQUEST

SMALLWOOD, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

SMALLWOOD, TY
ADDRESS AVAILABLE UPON REQUEST

SMARGIASSO, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SMARRO, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SMARSIK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMART AND FINAL
ADDRESS UNAVAILABLE AT TIME OF FILING

SMART, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SMART, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SMART, CARISSA
ADDRESS AVAILABLE UPON REQUEST

SMART, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SMART, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMART, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMART, DR. TIM B.
ADDRESS AVAILABLE UPON REQUEST

SMART, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SMART, KERRY
ADDRESS AVAILABLE UPON REQUEST

SMART, KRISTN
ADDRESS AVAILABLE UPON REQUEST

SMART, KUMI
ADDRESS AVAILABLE UPON REQUEST

SMART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMART, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMART, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

SMART, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SMART SHEET
ADDRESS UNAVAILABLE AT TIME OF FILING

SMARTT, GRACE
ADDRESS AVAILABLE UPON REQUEST

SMASAL, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SMATHERS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SMAY, JEROME
ADDRESS AVAILABLE UPON REQUEST

SMC COMMUNITY SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

SMEAD, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

SMEDEMA, TROYCE
ADDRESS AVAILABLE UPON REQUEST

SMEDLEY-WILSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMEERIN, JAYNIE
ADDRESS AVAILABLE UPON REQUEST

SMELKO, RAY
ADDRESS AVAILABLE UPON REQUEST

SMELTZER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMERGLINOLO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMERO, LORI
ADDRESS AVAILABLE UPON REQUEST

SMESTAD, KATIE
ADDRESS AVAILABLE UPON REQUEST

SMETAK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMETEK, AMBER
ADDRESS AVAILABLE UPON REQUEST

SMETHERS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SMEUREANU, BOGDAN
ADDRESS AVAILABLE UPON REQUEST

SMIALEK, BROOK
ADDRESS AVAILABLE UPON REQUEST

SMIALEK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SMIALEK, RANDALL
ADDRESS AVAILABLE UPON REQUEST

SMICIKLAS, MARY
ADDRESS AVAILABLE UPON REQUEST

SMIDA, STACEY
ADDRESS AVAILABLE UPON REQUEST

SMIDDY, STACEE
ADDRESS AVAILABLE UPON REQUEST

SMIDT, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

SMIECH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMIEGAL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SMIEJA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMIES, MISSY
ADDRESS AVAILABLE UPON REQUEST

SMIGA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SMILESOFTWARE
ADDRESS UNAVAILABLE AT TIME OF FILING

SMILEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMILEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMILEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SMILEY, MINDA
ADDRESS AVAILABLE UPON REQUEST

SMILEY, NICQUEL
ADDRESS AVAILABLE UPON REQUEST

SMILEY, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SMIRES, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMIRES, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SMIRNIOTIS, KEARIN
ADDRESS AVAILABLE UPON REQUEST

SMIRNOVA, KSENIIA
ADDRESS AVAILABLE UPON REQUEST

SMITB, PATTY
ADDRESS AVAILABLE UPON REQUEST

SMITH AND MILLS
ADDRESS UNAVAILABLE AT TIME OF FILING

SMITH III, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SMITH JR, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SMITH MECHANICAL-ELECTRICAL-PLUMBING
1340 W. BETTERAVIA ROAD
SANTA MARIA, CA 93455

SMITH ST PAUL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, AARON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABBYGAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ADAM
ADDRESS AVAILABLE UPON REQUEST

SMITH, ADAM
ADDRESS AVAILABLE UPON REQUEST

SMITH, ADDISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

SMITH, AIDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, AIDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, AIMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEX
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEX
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEX
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALFREDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALICE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALISHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLI
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMBER
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANDRE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANDREYA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANNE LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ANTIONE
ADDRESS AVAILABLE UPON REQUEST

SMITH, APRIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, APRIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ARCHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, ARIES
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHANTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHELY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASHTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ASPEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, AUDREY
ADDRESS AVAILABLE UPON REQUEST

SMITH, AUDRYE
ADDRESS AVAILABLE UPON REQUEST

SMITH, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BAILEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BASIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, BECKY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, BETSY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BETSY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BLAKELEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BONNIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRADFORD
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SMITH, BREANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRENT
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRI
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIAN P.
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIENNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRITTNI
ADDRESS AVAILABLE UPON REQUEST

SMITH, BROC
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRONWYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BROOKE RAY
ADDRESS AVAILABLE UPON REQUEST

SMITH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRUCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, BRYNN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAILI
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CALEB
ADDRESS AVAILABLE UPON REQUEST

SMITH, CALI ANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

SMITH, CANDICE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARALINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARLA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARLA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARLYE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAROL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CARTER
ADDRESS AVAILABLE UPON REQUEST

SMITH, CASEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CASEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CASEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CATHY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CATHY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CATIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CAYLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHANCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHANELE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHARLES Q.
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHASE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHASE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHASITY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHASITY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CLAELE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

SMITH, CODIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CODY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CODY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COLETTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CONNIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, COREY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CORI
ADDRESS AVAILABLE UPON REQUEST

SMITH, CORRYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, CORTNEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAIJA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DALE
ADDRESS AVAILABLE UPON REQUEST

SMITH, D-AN
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DARBIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DARBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, DARYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMITH, DAWN
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEANTONY
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEONTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEREK
ADDRESS AVAILABLE UPON REQUEST

SMITH, DESTINY
ADDRESS AVAILABLE UPON REQUEST

SMITH, DEZARE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DIANE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DIANE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DION
ADDRESS AVAILABLE UPON REQUEST

SMITH, DOLORES
ADDRESS AVAILABLE UPON REQUEST

SMITH, DONA
ADDRESS AVAILABLE UPON REQUEST

SMITH, DONALD
ADDRESS AVAILABLE UPON REQUEST

SMITH, DONNIE AND LESLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DR. JULIANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DREW
ADDRESS AVAILABLE UPON REQUEST

SMITH, DREW
ADDRESS AVAILABLE UPON REQUEST

SMITH, DREWE
ADDRESS AVAILABLE UPON REQUEST

SMITH, DYLAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELAINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELERSON
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ELYSHIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY KD
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMMA
ADDRESS AVAILABLE UPON REQUEST

SMITH, EMMA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIC
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIC
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIK
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIK
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIK
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIK
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ESTHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, ETHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ETHEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, EUGENE
ADDRESS AVAILABLE UPON REQUEST

SMITH, EVAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, FAITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, FLOYD
ADDRESS AVAILABLE UPON REQUEST

SMITH, GABE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GAIL
ADDRESS AVAILABLE UPON REQUEST

SMITH, GENESSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GENNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GEORGE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GERARD
ADDRESS AVAILABLE UPON REQUEST

SMITH, GERRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, GINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GISSELA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GLORIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, GRACE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GRACE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GRACIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, GRANT
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREG
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREG
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SMITH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SMITH, HAGEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, HAIDEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, HALEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, HALIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, HALLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, HAYLEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEATH
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SMITH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SMITH, HELEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, HELENA
ADDRESS AVAILABLE UPON REQUEST

SMITH, HENRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, HILARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, HOLLAND
ADDRESS AVAILABLE UPON REQUEST

SMITH, HOPE
ADDRESS AVAILABLE UPON REQUEST

SMITH, HUNTER
ADDRESS AVAILABLE UPON REQUEST

SMITH, HUNTER
ADDRESS AVAILABLE UPON REQUEST

SMITH, IRENE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ISAAC
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACOB
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACOB
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACOB
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAKE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAKE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMEELAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMES
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAMY
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANESSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANICE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANIELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JANINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JARED
ADDRESS AVAILABLE UPON REQUEST

SMITH, JARED
ADDRESS AVAILABLE UPON REQUEST

SMITH, JARED
ADDRESS AVAILABLE UPON REQUEST

SMITH, JARED
ADDRESS AVAILABLE UPON REQUEST

SMITH, JARRETT
ADDRESS AVAILABLE UPON REQUEST

SMITH, JASON
ADDRESS AVAILABLE UPON REQUEST

SMITH, JASON
ADDRESS AVAILABLE UPON REQUEST

SMITH, JASON
ADDRESS AVAILABLE UPON REQUEST

SMITH, JASON
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAY
ADDRESS AVAILABLE UPON REQUEST

SMITH, JAYSON
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEFF
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEFF
ADDRESS AVAILABLE UPON REQUEST

SMITH, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESS
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JIM
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOCELYNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JODEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOHN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOLENE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JONAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JORDYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSH
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, JUSTINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAILYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KALEAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KARI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KARISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KARL
ADDRESS AVAILABLE UPON REQUEST

SMITH, KASSI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATHY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KATIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAYCE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KEIANA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KEITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, KEITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KELSIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KENDAL
ADDRESS AVAILABLE UPON REQUEST

SMITH, KENISHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KENNETH F
ADDRESS AVAILABLE UPON REQUEST

SMITH, KENT
ADDRESS AVAILABLE UPON REQUEST

SMITH, KERBI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIM
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIMBERY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KOBI
ADDRESS AVAILABLE UPON REQUEST

SMITH, KOURTNEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KYLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KYLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LACY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAKEIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LANA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAQUAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LARNESSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LARRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LARRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LATASHIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LATISHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LATRICIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREL
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LENA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LEONA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LES
ADDRESS AVAILABLE UPON REQUEST

SMITH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LETONIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LIBBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LILY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINDY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LINNEA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LISA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LISA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LISA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LIZA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LOGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORI
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORI
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORI
ADDRESS AVAILABLE UPON REQUEST

SMITH, LORIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, LUCY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LYDIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, LYNN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MACIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MADISON
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARCY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARGIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARISA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARISA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARK
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARK
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY & RICHARD
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARYANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MATISHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SMITH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MAXIMILIAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MCCALL
ADDRESS AVAILABLE UPON REQUEST

SMITH, MCGEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MEREDYTH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MERISSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, MONICA
ADDRESS AVAILABLE UPON REQUEST

SMITH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, MS.RENEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, MUTOPE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NAKITA
ADDRESS AVAILABLE UPON REQUEST

SMITH, NAKITA
ADDRESS AVAILABLE UPON REQUEST

SMITH, NANCIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NANCY
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATALE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATALIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATALIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NATE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NEELIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICHOLR
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SMITH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SMITH, NISHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, NOEMI
ADDRESS AVAILABLE UPON REQUEST

SMITH, NYCOLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, OLGA
ADDRESS AVAILABLE UPON REQUEST

SMITH, OLIVIA JANE
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAMELA E
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SMITH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAUL
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAUL
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAULA
ADDRESS AVAILABLE UPON REQUEST

SMITH, PAYTON
ADDRESS AVAILABLE UPON REQUEST

SMITH, PEGGY
ADDRESS AVAILABLE UPON REQUEST

SMITH, PENNY
ADDRESS AVAILABLE UPON REQUEST

SMITH, PETER
ADDRESS AVAILABLE UPON REQUEST

SMITH, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SMITH, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SMITH, PRESTON
ADDRESS AVAILABLE UPON REQUEST

SMITH, PRICILLA
ADDRESS AVAILABLE UPON REQUEST

SMITH, QUIANA
ADDRESS AVAILABLE UPON REQUEST

SMITH, QUINN
ADDRESS AVAILABLE UPON REQUEST

SMITH, R JEFF
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, RALP
ADDRESS AVAILABLE UPON REQUEST

SMITH, RAVEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

SMITH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REGINA MARIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, REGINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REGINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, REILLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, RENE
ADDRESS AVAILABLE UPON REQUEST

SMITH, RENEE
ADDRESS AVAILABLE UPON REQUEST

SMITH, REYKA
ADDRESS AVAILABLE UPON REQUEST

SMITH, RHIANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, RHONDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, RILEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, RITA
ADDRESS AVAILABLE UPON REQUEST

SMITH, RO
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, RODNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROGER
ADDRESS AVAILABLE UPON REQUEST

SMITH, RONALD
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, RYAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, RYAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, RYAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, RYANN
ADDRESS AVAILABLE UPON REQUEST

SMITH, RYLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SALLY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMAMTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

SMITH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SASCHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SASHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SATOYA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SMITH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SMITH, SEAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, SEAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, SEAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, SERENA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SETH
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANELLE
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHANON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHARYNNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHEA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHEILA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERI
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERI
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERRY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHIRMINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SHYLA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SID
ADDRESS AVAILABLE UPON REQUEST

SMITH, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SILVIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SIMEON
ADDRESS AVAILABLE UPON REQUEST

SMITH, SKY
ADDRESS AVAILABLE UPON REQUEST

SMITH, SOLVEIG
ADDRESS AVAILABLE UPON REQUEST

SMITH, SONIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SONJA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SONJA
ADDRESS AVAILABLE UPON REQUEST

SMITH, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, STACI
ADDRESS AVAILABLE UPON REQUEST

SMITH, STACIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, STACY
ADDRESS AVAILABLE UPON REQUEST

SMITH, STACY
ADDRESS AVAILABLE UPON REQUEST

SMITH, STACY
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, SYDNIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAAJ
ADDRESS AVAILABLE UPON REQUEST

SMITH, TABITHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TALYA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAMEKA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TANDRA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TANYA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TANYA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TANYSHA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TARA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TARA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TARA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TATIANA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, TEMIAH
ADDRESS AVAILABLE UPON REQUEST

SMITH, TERRI
ADDRESS AVAILABLE UPON REQUEST

SMITH, TESSA
ADDRESS AVAILABLE UPON REQUEST

SMITH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SMITH, THOR
ADDRESS AVAILABLE UPON REQUEST

SMITH, THOY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIBBY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIM
ADDRESS AVAILABLE UPON REQUEST

SMITH, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TINSLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TJ
ADDRESS AVAILABLE UPON REQUEST

SMITH, TOLAINA
ADDRESS AVAILABLE UPON REQUEST

SMITH, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, TRACI
ADDRESS AVAILABLE UPON REQUEST

SMITH, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SMITH, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

SMITH, TRISTEN
ADDRESS AVAILABLE UPON REQUEST

SMITH, TYLER
ADDRESS AVAILABLE UPON REQUEST

SMITH, TYREE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VERO
ADDRESS AVAILABLE UPON REQUEST

SMITH, VICKIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, VINNIE
ADDRESS AVAILABLE UPON REQUEST

SMITH, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SMITH, W. CODY
ADDRESS AVAILABLE UPON REQUEST

SMITH, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SMITH, WENDY
ADDRESS AVAILABLE UPON REQUEST

SMITH, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

SMITH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SMITH, YARLETTA
ADDRESS AVAILABLE UPON REQUEST

SMITH, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

SMITH, YONA
ADDRESS AVAILABLE UPON REQUEST

SMITH, ZACH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ZACH
ADDRESS AVAILABLE UPON REQUEST

SMITH, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

SMITH, ZECHARIAH
ADDRESS AVAILABLE UPON REQUEST

SMITH-BENJAMIN, HANNA
ADDRESS AVAILABLE UPON REQUEST

SMITH-BLACK, LAURA
ADDRESS AVAILABLE UPON REQUEST

SMITH-COPPES, JOHN
ADDRESS AVAILABLE UPON REQUEST

SMITH-DENGLER, TRACY
ADDRESS AVAILABLE UPON REQUEST

SMITHEM, RYAN
ADDRESS AVAILABLE UPON REQUEST

SMITHER, CAYLA
ADDRESS AVAILABLE UPON REQUEST

SMITHERMAN, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SMITHERMAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

SMITH-HELM, HAILEY
ADDRESS AVAILABLE UPON REQUEST

SMITH-HOWARD, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SMITHING, JULIA
ADDRESS AVAILABLE UPON REQUEST

SMITH-KANZE, JAMILYAH
ADDRESS AVAILABLE UPON REQUEST

SMITH-LICHLYTER, TYLER
ADDRESS AVAILABLE UPON REQUEST

SMITH-MEDINA, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

SMITH-MILLER, TRACIE
ADDRESS AVAILABLE UPON REQUEST

SMITH-MOORE, DETUAN
ADDRESS AVAILABLE UPON REQUEST

SMITHSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SMITHSON, MARTIN
ADDRESS AVAILABLE UPON REQUEST

SMITH-SREEN, TANYA
ADDRESS AVAILABLE UPON REQUEST

SMITH-STROS, DEBORA
ADDRESS AVAILABLE UPON REQUEST

SMITHTON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SMITH-WILDER, VIVIETTE
ADDRESS AVAILABLE UPON REQUEST

SMITLEY, AMBERLY
ADDRESS AVAILABLE UPON REQUEST

SMITS, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SMITS, LEXINE
ADDRESS AVAILABLE UPON REQUEST

SMITS, MAIRA
ADDRESS AVAILABLE UPON REQUEST

SMITTER, ERIC
ADDRESS AVAILABLE UPON REQUEST

SMO, JOE
ADDRESS AVAILABLE UPON REQUEST

SMOCK, GINNIE
ADDRESS AVAILABLE UPON REQUEST

SMOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMOKER, BETH
ADDRESS AVAILABLE UPON REQUEST

SMOKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMOLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMOLENSKI, TOM
ADDRESS AVAILABLE UPON REQUEST

SMOLIK, DAVID
ADDRESS AVAILABLE UPON REQUEST

SMOLINSKY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SMOLTZ, CARLY
ADDRESS AVAILABLE UPON REQUEST

SMOOKLER, ALAN
ADDRESS AVAILABLE UPON REQUEST

SMOOT, ALEX
ADDRESS AVAILABLE UPON REQUEST

SMOOT, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SMOOT, CARMIN
ADDRESS AVAILABLE UPON REQUEST

SMOOT, WILL
ADDRESS AVAILABLE UPON REQUEST

SMOOTE, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

SMOOTS, JASMIN
ADDRESS AVAILABLE UPON REQUEST

SMOTER, NICK
ADDRESS AVAILABLE UPON REQUEST

SMOTHERMON, SARAH
ADDRESS AVAILABLE UPON REQUEST

SMOTHERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SMOTHERS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SMOUSE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SMOUSE, KIRSTI
ADDRESS AVAILABLE UPON REQUEST

SMOYER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMRT, HANAH
ADDRESS AVAILABLE UPON REQUEST

SMTH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SMUDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMULIN, HARRIS
ADDRESS AVAILABLE UPON REQUEST

SMULL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SMURR WALTERS, LISA
ADDRESS AVAILABLE UPON REQUEST

SMURTHWAITE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SMUSZKIEWICZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMUSZKIEWICZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SMUTZ, ANNA
ADDRESS AVAILABLE UPON REQUEST

SMYDER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SMYKLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SMYL, FALLON
ADDRESS AVAILABLE UPON REQUEST

SMYRE, ERIN
ADDRESS AVAILABLE UPON REQUEST

SMYSER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SMYTH, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SMYTH, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SMYTH, EMILY
ADDRESS AVAILABLE UPON REQUEST

SMYTH, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SMYTH, JEFF
ADDRESS AVAILABLE UPON REQUEST

SMYTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SMYTH, KERRY
ADDRESS AVAILABLE UPON REQUEST

SMYTH, MARY FRANCES
ADDRESS AVAILABLE UPON REQUEST

SMYTHE, KATHY
ADDRESS AVAILABLE UPON REQUEST

SMYTHE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SN, SOFIA
ADDRESS AVAILABLE UPON REQUEST

SNABLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

SNACKNATION
3534 HAYDEN AVE.
CULVER CITY, CA  90232

SNAGAJOB
ADDRESS UNAVAILABLE AT TIME OF FILING

SNAP INC.
3000 31ST STREET
SANTA MONICA, CA  90405

SNAP INC.
SNAPCHAT INC
2772 DONALD DOUGLAS LOOP NORTH
SANTA MONICA, CA  90405

SNAPE, MARIA
ADDRESS AVAILABLE UPON REQUEST

SNAPENGAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

SNAPP FORD, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SNAPP, STACEY
ADDRESS AVAILABLE UPON REQUEST

SNARE, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

SNAVELY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SNAVELY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SNAVELY, NANCY
ADDRESS AVAILABLE UPON REQUEST

SNAY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SNAZELLE, TYLER
ADDRESS AVAILABLE UPON REQUEST

SNEAD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SNEAD, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

SNEAD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SNEADE, LINDA
ADDRESS AVAILABLE UPON REQUEST

SNEDDON, HUGH
ADDRESS AVAILABLE UPON REQUEST

SNEDDON, LEAH
ADDRESS AVAILABLE UPON REQUEST

SNEDDON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SNEDDON, SONJA
ADDRESS AVAILABLE UPON REQUEST

SNEDEGAR, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SNEDEKER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SNEDEKER, GINA
ADDRESS AVAILABLE UPON REQUEST

SNEED, KRISTI
ADDRESS AVAILABLE UPON REQUEST

SNEED, LAURA
ADDRESS AVAILABLE UPON REQUEST

SNEED, MATT
ADDRESS AVAILABLE UPON REQUEST

SNEERINGER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SNEIDER, SAMI
ADDRESS AVAILABLE UPON REQUEST

SNELDERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SNELL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SNELL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SNELLENBERGER, JOANA
ADDRESS AVAILABLE UPON REQUEST

SNELLING, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

SNELLING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SNELLING, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SNETHEN, CERRISA
ADDRESS AVAILABLE UPON REQUEST

SNIDE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SNIDER, ADAM
ADDRESS AVAILABLE UPON REQUEST

SNIDER, ALISON
ADDRESS AVAILABLE UPON REQUEST

SNIDER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SNIDER, AMY
ADDRESS AVAILABLE UPON REQUEST

SNIDER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SNIDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SNIDER, ERICH
ADDRESS AVAILABLE UPON REQUEST

SNIDER, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SNIDER, JENA
ADDRESS AVAILABLE UPON REQUEST

SNIDER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SNIDER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

SNIDER, KIM
ADDRESS AVAILABLE UPON REQUEST

SNIDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SNIDER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SNIDER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SNIDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SNIDER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SNIFF, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SNIFF, LUKE
ADDRESS AVAILABLE UPON REQUEST

SNIGUR, LANA
ADDRESS AVAILABLE UPON REQUEST

SNINCHAK, KINSEY
ADDRESS AVAILABLE UPON REQUEST

SNIPE, KRISTY
ADDRESS AVAILABLE UPON REQUEST

SNITH, MELODY
ADDRESS AVAILABLE UPON REQUEST

SNITKER, AUNDREA
ADDRESS AVAILABLE UPON REQUEST

SNIZEK, ANN
ADDRESS AVAILABLE UPON REQUEST

SNOBERGER, SAM
ADDRESS AVAILABLE UPON REQUEST

SNODE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, DIANE
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, ERYN
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, JULIE
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, LARRY
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, MATISYN
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, PHIL
ADDRESS AVAILABLE UPON REQUEST

SNODGRASS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SNOOK, KAELINN
ADDRESS AVAILABLE UPON REQUEST

SNOOK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SNOOK, SHELLY
ADDRESS AVAILABLE UPON REQUEST

SNOOZE DENVER
ADDRESS UNAVAILABLE AT TIME OF FILING

SNOPKOWSKI, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SNORTON, REALE
ADDRESS AVAILABLE UPON REQUEST

SNOW ALLEN, TRACY
ADDRESS AVAILABLE UPON REQUEST

SNOW COSMETICS, LLC
4602 E ELWOOD STREET SUITE 16
PHOENIX, AZ 85040

SNOW, ABBIE
ADDRESS AVAILABLE UPON REQUEST

SNOW, CAITRIN
ADDRESS AVAILABLE UPON REQUEST

SNOW, CATHERINE L
ADDRESS AVAILABLE UPON REQUEST

SNOW, DALE
ADDRESS AVAILABLE UPON REQUEST

SNOW, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SNOW, EMILY
ADDRESS AVAILABLE UPON REQUEST

SNOW, JANE
ADDRESS AVAILABLE UPON REQUEST

SNOW, JENIFER
ADDRESS AVAILABLE UPON REQUEST

SNOW, JULIA
ADDRESS AVAILABLE UPON REQUEST

SNOW, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SNOW, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SNOW, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SNOW, NORI
ADDRESS AVAILABLE UPON REQUEST

SNOW, SHERY
ADDRESS AVAILABLE UPON REQUEST

SNOW, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SNOW, TROUPER
ADDRESS AVAILABLE UPON REQUEST

SNOW, TYESHA
ADDRESS AVAILABLE UPON REQUEST

SNOW, WALTER
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN, DOUG
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN, LARRY
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN, STARASIA
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SNOWDEN-IKE, CHRISTINA CLAUDINE
ADDRESS AVAILABLE UPON REQUEST

SNOWDON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SNOWEE WOOD
ADDRESS AVAILABLE UPON REQUEST

SNOWEE WOOD
ADDRESS AVAILABLE UPON REQUEST

SNOWFLAKE INC
106 EAST BABCOCK STREET SUITE 3A
BOZEMAN, MT  59715

SNOWFLAKE INC
450 CONCAR DRIVE
SAN MATEO, CA  94402

SNOXELL, HARRY
ADDRESS AVAILABLE UPON REQUEST

SNUFFER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ALIX
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ALLI
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ANN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, AURORA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, BOWEN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, BRET
ADDRESS AVAILABLE UPON REQUEST

SNYDER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CATHE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHERIE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SNYDER, CINDY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, DANAE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, DARBY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, DEBBI
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SNYDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, EMSLEY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ERIC
ADDRESS AVAILABLE UPON REQUEST

SNYDER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

SNYDER, GREG & JERI
ADDRESS AVAILABLE UPON REQUEST

SNYDER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JACK
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JACOB
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JANE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JASON
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JENN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JENNEANE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JL
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, JUDY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KAERN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KARALEE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, KYLA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LEON
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LISA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LISA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LLOYD
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LORI
ADDRESS AVAILABLE UPON REQUEST

SNYDER, LYNN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MADIE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MESHELLE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MIKA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

SNYDER, NICKI
ADDRESS AVAILABLE UPON REQUEST

SNYDER, NICKY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, PATTY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, RAGAN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, RENEE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SNYDER, RODNEY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, ROSE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SARA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SNYDER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SNYDER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SNYDER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SNYDER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SNYDER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SNYDERMAN, JANET
ADDRESS AVAILABLE UPON REQUEST

SO CAL DRAFT BEER SERVICE INC
504 MAIN ST  690
NEWPORT BEACH, CA  92661

SO, BRYAN
ADDRESS AVAILABLE UPON REQUEST

SO, ERIC
ADDRESS AVAILABLE UPON REQUEST

SO, JENN
ADDRESS AVAILABLE UPON REQUEST

SO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SO, LEXY
ADDRESS AVAILABLE UPON REQUEST

SO, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SO, STEVE
ADDRESS AVAILABLE UPON REQUEST

SOAFER, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SOAFT, LUCY
ADDRESS AVAILABLE UPON REQUEST

SOARES, ARYLA
ADDRESS AVAILABLE UPON REQUEST

SOARES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOARES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOARES, MELISA
ADDRESS AVAILABLE UPON REQUEST

SOARES, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SOARES, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SOBCZAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SOBCZAK, STACEY
ADDRESS AVAILABLE UPON REQUEST

SOBCZAK, TIM
ADDRESS AVAILABLE UPON REQUEST

SOBEK, LUNDY
ADDRESS AVAILABLE UPON REQUEST

SOBEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOBEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

SOBEL, LEAH
ADDRESS AVAILABLE UPON REQUEST

SOBERALSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SOBERG, ERIC
ADDRESS AVAILABLE UPON REQUEST

SOBERS, CASSIE
ADDRESS AVAILABLE UPON REQUEST

SOBERS-ASSUE, ALECSANDER
ADDRESS AVAILABLE UPON REQUEST

SOBHA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SOBHAN, KAMRAN
ADDRESS AVAILABLE UPON REQUEST

SOBIC, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SOBIESKI, DAN
ADDRESS AVAILABLE UPON REQUEST

SOBLE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SOBO, ED
ADDRESS AVAILABLE UPON REQUEST

SOBO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SOBODASH, MOM AND DAD
ADDRESS AVAILABLE UPON REQUEST

SOBOL, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SOBOLEWSKA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SOBOLIK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOBOLIK-WILLIAMS, LINDSEY AND JAMES
ADDRESS AVAILABLE UPON REQUEST

SOBON, STEVE
ADDRESS AVAILABLE UPON REQUEST

SOBONYA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOBONYA, STUNNING STEVE
ADDRESS AVAILABLE UPON REQUEST

SOBOSLAI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOBOTA, CAROL
ADDRESS AVAILABLE UPON REQUEST

SOBOTA, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

SOBULO, LAILLA
ADDRESS AVAILABLE UPON REQUEST

SOBY, LAURA
ADDRESS AVAILABLE UPON REQUEST

SOBYLAK, CANDICE
ADDRESS AVAILABLE UPON REQUEST

SOCCIO, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

SOCHA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SOCHA, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SOCHA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SOCIAL DEVLABS, INC. DBA SOCIAL METHOD
1201 WILSON BLVD, STE 28-111
ARLINGTON, VA  22209

SOCIALYTE LLC
110 GREENE STREET, STE 600
NEW YORK, NY  10012

SOCIETY FOR CORPORATE GOVERNANCE
240 W 35TH ST, STE 400
NEW YORK, NY  10001

SOCIETY6 LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

SOCK, JACK
ADDRESS AVAILABLE UPON REQUEST

SOCKWELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SOCOLEAN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SOCOLOFSKY, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

SODANI, ADALBERTO
ADDRESS AVAILABLE UPON REQUEST

SODER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SODERBERG, LISA
ADDRESS AVAILABLE UPON REQUEST

SODERBERG, LUKAS
ADDRESS AVAILABLE UPON REQUEST

SODERBERG, MARTA
ADDRESS AVAILABLE UPON REQUEST

SODERBERG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SODERSTROM, FELICA
ADDRESS AVAILABLE UPON REQUEST

SODERSTROM, RONALD
ADDRESS AVAILABLE UPON REQUEST

SODERSTRUM, MCKINZIE
ADDRESS AVAILABLE UPON REQUEST

SODEXO- HOLLYWOOD BOWL
ATTN: ACCOUNTS PAYABLE, JOANNE
PO BOX 352
BUFFALO, NY  14240

SODEXO-HOLLYWOOD BOWL
2301 N. HIGHLAND AVE LOT B
PURCHASING/RECEIVING
LOS ANGELES, CA  90068

SODHI, CHANDANDEEP
ADDRESS AVAILABLE UPON REQUEST

SODL, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SOEGAARD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SOEHLKE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOENDKER, JERILEE
ADDRESS AVAILABLE UPON REQUEST

SOENEN, KAYDEN
ADDRESS AVAILABLE UPON REQUEST

SOERYADJAYA, AUGUSTA
ADDRESS AVAILABLE UPON REQUEST

SOESMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SOEUN, SARVONG
ADDRESS AVAILABLE UPON REQUEST

SOFALA, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

SOFALA-JONES, HALI
ADDRESS AVAILABLE UPON REQUEST

SOFER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SOFFEL, EVA
ADDRESS AVAILABLE UPON REQUEST

SOFFIAN, GREG
ADDRESS AVAILABLE UPON REQUEST

SOFFIO, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SOFIA MEDVEDEV
ADDRESS AVAILABLE UPON REQUEST

SOFIA, TABLADA
ADDRESS AVAILABLE UPON REQUEST

SOFIANOS, ALICE
ADDRESS AVAILABLE UPON REQUEST

SOFRANKO, SARA
ADDRESS AVAILABLE UPON REQUEST

SOFTWAREONE, INC.
20875 CROSSROADS CIRCLE, SUITE 1
WAUKESHA, WI  53186

SOGORKA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SOHAM BHATIA
ADDRESS AVAILABLE UPON REQUEST

SOHL, DANA
ADDRESS AVAILABLE UPON REQUEST

SOHL, EVA
ADDRESS AVAILABLE UPON REQUEST

SOHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOHN, LISA
ADDRESS AVAILABLE UPON REQUEST

SOHN, YUNA
ADDRESS AVAILABLE UPON REQUEST

SOHO COFFEE POT
ADDRESS UNAVAILABLE AT TIME OF FILING

SOHRE, ADAM
ADDRESS AVAILABLE UPON REQUEST

SOILAIR
ADDRESS UNAVAILABLE AT TIME OF FILING

SOILEAU, AMY
ADDRESS AVAILABLE UPON REQUEST

SOINSKI, STACEY
ADDRESS AVAILABLE UPON REQUEST

SOISTMANN, BETTINA
ADDRESS AVAILABLE UPON REQUEST

SOJAK, LYNN
ADDRESS AVAILABLE UPON REQUEST

SOJDA, TINA
ADDRESS AVAILABLE UPON REQUEST

SOKAL-BORLAND, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SOKALSKY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SOKHEY, ANAND
ADDRESS AVAILABLE UPON REQUEST

SOKLEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SOKOL, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

SOKOL, ANA
ADDRESS AVAILABLE UPON REQUEST

SOKOL, JULIA
ADDRESS AVAILABLE UPON REQUEST

SOKOL, KAT
ADDRESS AVAILABLE UPON REQUEST

SOKOLOVSKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWSKI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWSKI, GEOFF
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWSKI, JASON
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWSKI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SOKOLOWSKI, MARIE
ADDRESS AVAILABLE UPON REQUEST

SOKOLSKY, ERIC
ADDRESS AVAILABLE UPON REQUEST

SOKULSKI, JANROB
ADDRESS AVAILABLE UPON REQUEST

SOL - PLAYAVISTA
ADDRESS UNAVAILABLE AT TIME OF FILING

SOL HEDAYA
ADDRESS AVAILABLE UPON REQUEST

SOLAIMANIAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SOLAK, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOLANA, ANA
ADDRESS AVAILABLE UPON REQUEST

SOLANA, MAYELA
ADDRESS AVAILABLE UPON REQUEST

SOLAND, SIERRA
ADDRESS AVAILABLE UPON REQUEST

SOLANICS, ELISE
ADDRESS AVAILABLE UPON REQUEST

SOLANO, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

SOLANO, KARINA
ADDRESS AVAILABLE UPON REQUEST

SOLANO, KYRSTLE
ADDRESS AVAILABLE UPON REQUEST

SOLANO, LORNA
ADDRESS AVAILABLE UPON REQUEST

SOLANO, MARIAH
ADDRESS AVAILABLE UPON REQUEST

SOLANO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SOLANO-ELENA, ROSY
ADDRESS AVAILABLE UPON REQUEST

SOLAR, LORI
ADDRESS AVAILABLE UPON REQUEST

SOLAREK, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

SOLARES, AMILCAR
ADDRESS AVAILABLE UPON REQUEST

SOLARES, MARIA
ADDRESS AVAILABLE UPON REQUEST

SOLARI, JOSH
ADDRESS AVAILABLE UPON REQUEST

SOLARO, HUNTER
ADDRESS AVAILABLE UPON REQUEST

SOLARTE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SOLARZ-FERLEY, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SOLA-SANTIAGO, FRANCES
ADDRESS AVAILABLE UPON REQUEST

SOLAZZO, GRACE
ADDRESS AVAILABLE UPON REQUEST

SOLAZZO, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SOLBERG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SOLBERG, AMBER
ADDRESS AVAILABLE UPON REQUEST

SOLBERG, ELISA
ADDRESS AVAILABLE UPON REQUEST

SOLDEVILLA, KYLE
ADDRESS AVAILABLE UPON REQUEST

SOLDO, LINDA
ADDRESS AVAILABLE UPON REQUEST

SOLDO, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SOLE BICYCLE CO.
1330 MAIN ST
VENICE, CA  90291

SOLEIMANY, NAZANIN
ADDRESS AVAILABLE UPON REQUEST

SOLEM, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SOLENSKY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SOLER, BECKY
ADDRESS AVAILABLE UPON REQUEST

SOLER, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

SOLER, LEYDIS
ADDRESS AVAILABLE UPON REQUEST

SOLERA NATIONAL BANK FBO AL LHOMME
106 CHRISTENBURY LN
CARY, NC  27511

SOLES, ASHLI
ADDRESS AVAILABLE UPON REQUEST

SOLES, KELSEY SOLES
ADDRESS AVAILABLE UPON REQUEST

SOLES, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SOLETA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

SOLH, OMAR
ADDRESS AVAILABLE UPON REQUEST

SOLHJEM, TROY
ADDRESS AVAILABLE UPON REQUEST

SOLI, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SOLICH, ABBEY
ADDRESS AVAILABLE UPON REQUEST

SOLIDUM, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SOLIMINE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SOLIMINE, PATTY
ADDRESS AVAILABLE UPON REQUEST

SOLIMINI, ROSA
ADDRESS AVAILABLE UPON REQUEST

SOLIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOLINSKI, JULIE
ADDRESS AVAILABLE UPON REQUEST

SOLIS, AILEEN
ADDRESS AVAILABLE UPON REQUEST

SOLIS, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

SOLIS, CALEB
ADDRESS AVAILABLE UPON REQUEST

SOLIS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SOLIS, GERARDO
ADDRESS AVAILABLE UPON REQUEST

SOLIS, GISELLE
ADDRESS AVAILABLE UPON REQUEST

SOLIS, HOPE
ADDRESS AVAILABLE UPON REQUEST

SOLIS, KATY
ADDRESS AVAILABLE UPON REQUEST

SOLIS, MARTHA
ADDRESS AVAILABLE UPON REQUEST

SOLIS, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

SOLIS, OSCAR
ADDRESS AVAILABLE UPON REQUEST

SOLIS, TONY
ADDRESS AVAILABLE UPON REQUEST

SOLIS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SOLITAR, NICKI
ADDRESS AVAILABLE UPON REQUEST

SOLITO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SOLIZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

SOLIZ, RUDY
ADDRESS AVAILABLE UPON REQUEST

SOLKY, KARYN
ADDRESS AVAILABLE UPON REQUEST

SOLL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SOLLARS, FASEE
ADDRESS AVAILABLE UPON REQUEST

SOLLARS, TANAIHA
ADDRESS AVAILABLE UPON REQUEST

SOLLBERGER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SOLLECITO, PETER
ADDRESS AVAILABLE UPON REQUEST

SOLLENBERGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SOLLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SOLLER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SOLLERS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SOLLMANN, GRACYN
ADDRESS AVAILABLE UPON REQUEST

SOLLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SOLLY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SOLNIK, FANNY
ADDRESS AVAILABLE UPON REQUEST

SOLNIT, ANITA
ADDRESS AVAILABLE UPON REQUEST

SOLOMBRINO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SOLOMON REDA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, ALI
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, ERIK
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, GLENN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, JOHN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, MANDI
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, MARC
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, MARK
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, MARY
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, NITA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, RON
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, SHIRA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, TIA
ADDRESS AVAILABLE UPON REQUEST

SOLOMON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SOLOMONOV, OLGA
ADDRESS AVAILABLE UPON REQUEST

SOLOMOS, CONSTANTINE
ADDRESS AVAILABLE UPON REQUEST

SOLON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SOLON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOLONDZ, SAM
ADDRESS AVAILABLE UPON REQUEST

SOLORIO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SOLORIO, PAOLA
ADDRESS AVAILABLE UPON REQUEST

SOLORZANO, PATRICE
ADDRESS AVAILABLE UPON REQUEST

SOLORZANO-FERREE, LUISA
ADDRESS AVAILABLE UPON REQUEST

SOLOS, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOLOVEY, LISA
ADDRESS AVAILABLE UPON REQUEST

SOLOVYEV, SERGEY
ADDRESS AVAILABLE UPON REQUEST

SOLOW, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SOLOWAY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SOLOWAY, MIKE
ADDRESS AVAILABLE UPON REQUEST

SOLT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SOLT, TOBEY
ADDRESS AVAILABLE UPON REQUEST

SOLTER PLASTICS
ADDRESS UNAVAILABLE AT TIME OF FILING

SOLTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SOLTERO, JULISSA
ADDRESS AVAILABLE UPON REQUEST

SOLTERO, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SOLTES, RYAN
ADDRESS AVAILABLE UPON REQUEST

SOLTIS, LEWIS
ADDRESS AVAILABLE UPON REQUEST

SOLTOW, BETH
ADDRESS AVAILABLE UPON REQUEST

SOLTYS, MARY
ADDRESS AVAILABLE UPON REQUEST

SOLTYSIK, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SOLVANG TRANSPORTATION
ADDRESS UNAVAILABLE AT TIME OF FILING

SOLVERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SOMANA, MARIA GABRIELA PRADA
ADDRESS AVAILABLE UPON REQUEST

SOMANCHI, VAISHNAVI
ADDRESS AVAILABLE UPON REQUEST

SOMARRIBAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SOMASCHINI, VITTORIA
ADDRESS AVAILABLE UPON REQUEST

SOMER LOEN
ADDRESS AVAILABLE UPON REQUEST

SOMERFELD, SUE
ADDRESS AVAILABLE UPON REQUEST

SOMERS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SOMERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SOMERS, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

SOMERS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SOMERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOMERS, CAROL
ADDRESS AVAILABLE UPON REQUEST

SOMERS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SOMERS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SOMERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SOMERS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SOMERS, JAY
ADDRESS AVAILABLE UPON REQUEST

SOMERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

SOMERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SOMERS, SHARON
ADDRESS AVAILABLE UPON REQUEST

SOMERVILLE, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SOMERVILLE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SOMEWHERE LATELY LLC
184 SOUTH GATE LANE
SOUTHPORT, CT 06890

SOMIL BHARGAVA
ADDRESS AVAILABLE UPON REQUEST

SOMMA, JAYNA
ADDRESS AVAILABLE UPON REQUEST

SOMMER, BREANNE
ADDRESS AVAILABLE UPON REQUEST

SOMMER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SOMMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SOMMER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SOMMER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SOMMER, LISA
ADDRESS AVAILABLE UPON REQUEST

SOMMER, NANCY
ADDRESS AVAILABLE UPON REQUEST

SOMMER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SOMMERFELD, MARY
ADDRESS AVAILABLE UPON REQUEST

SOMMERFELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, COLE
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, LANA
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SOMMERS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SOMMESE, JARED
ADDRESS AVAILABLE UPON REQUEST

SOMOLINOS, HALEY
ADDRESS AVAILABLE UPON REQUEST

SOMPO INTERNATIONAL
C/O US COMMERICAL MANAGEMENT
LIABILITY
303 W MADISON, STE 1800
CHICAGO, IL  60606

SOMTAKOUNE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SON HAN
ADDRESS AVAILABLE UPON REQUEST

SON HYONG HAN
ADDRESS AVAILABLE UPON REQUEST

SON, JAY
ADDRESS AVAILABLE UPON REQUEST

SON, MINJUNG
ADDRESS AVAILABLE UPON REQUEST

SON, MOAH
ADDRESS AVAILABLE UPON REQUEST

SON, NAOMI
ADDRESS AVAILABLE UPON REQUEST

SON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SON, YUNHEE
ADDRESS AVAILABLE UPON REQUEST

SONARA, ARNAV
ADDRESS AVAILABLE UPON REQUEST

SONDAK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SONDEJ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SONDER EDITS, INC.
4139 VIA MARINA  405
MARINA DEL REY, CA  90292

SONDER, ELSA
ADDRESS AVAILABLE UPON REQUEST

SONDGERATH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SONDHEIMER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SONDREAL, EARL
ADDRESS AVAILABLE UPON REQUEST

SONE, PHYO
ADDRESS AVAILABLE UPON REQUEST

SONEFELD, LAURA
ADDRESS AVAILABLE UPON REQUEST

SONES, PETER
ADDRESS AVAILABLE UPON REQUEST

SONESON, KIRK
ADDRESS AVAILABLE UPON REQUEST

SONESON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SONESON, PER
ADDRESS AVAILABLE UPON REQUEST

SONG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SONG, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SONG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SONG, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SONG, DAVID
ADDRESS AVAILABLE UPON REQUEST

SONG, EUNHYE
ADDRESS AVAILABLE UPON REQUEST

SONG, JANET
ADDRESS AVAILABLE UPON REQUEST

SONG, JULIA
ADDRESS AVAILABLE UPON REQUEST

SONG, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SONG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SONG, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SONG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SONG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SONG, TAE
ADDRESS AVAILABLE UPON REQUEST

SONG, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SONG, TONY
ADDRESS AVAILABLE UPON REQUEST

SONG, XIAOWEN
ADDRESS AVAILABLE UPON REQUEST

SONG, XW
ADDRESS AVAILABLE UPON REQUEST

SONG-CARROLL, MIYOUNG
ADDRESS AVAILABLE UPON REQUEST

SONGER, ALAN
ADDRESS AVAILABLE UPON REQUEST

SONGER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SONGERNELSON, LIESL
ADDRESS AVAILABLE UPON REQUEST

SONIA BOSS
ADDRESS AVAILABLE UPON REQUEST

SONIA RUTH AVIV
ADDRESS AVAILABLE UPON REQUEST

SONIA SHAH
ADDRESS AVAILABLE UPON REQUEST

SONILAL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SONITA BARUA-RELIFORD
ADDRESS AVAILABLE UPON REQUEST

SONITA BARUA-RELIFORD
ADDRESS AVAILABLE UPON REQUEST

SONJA, CHRISTENSEN,
ADDRESS AVAILABLE UPON REQUEST

SONNE, STACEY
ADDRESS AVAILABLE UPON REQUEST

SONNEMAN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SONNENBERG, THEA
ADDRESS AVAILABLE UPON REQUEST

SONNEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SONNICHSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

SONNICKSEN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SONNIER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SONNIKSEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SONNTAG, KATIE
ADDRESS AVAILABLE UPON REQUEST

SONNTAG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SONNTAG, RYAN
ADDRESS AVAILABLE UPON REQUEST

SONNTAG, RYAN
ADDRESS AVAILABLE UPON REQUEST

SONNY DIONISIO
ADDRESS AVAILABLE UPON REQUEST

SONOMA BEVERAGE WORKS (SONOMA
CIDER)
1451 GROVE STREET
HEALDSBURG, CA  95448

SONOMA BEVERAGE WORKS (SONOMA
CIDER)
44 MILL ST
HEALDSBURG, CA  95448

SONOMA CREEK LAND & FARMING, INC.
23355 MILLERICK ROAD
SONOMA, CA  95476

SONOMA WINE COMPANY, LLC
(PURPLE WINE CO, LLC)
9119 GRATON ROAD
GRATON, CA  95444

SONORA MINDWERL
ADDRESS AVAILABLE UPON REQUEST

SONS, BETH
ADDRESS AVAILABLE UPON REQUEST

SONS, SIERA
ADDRESS AVAILABLE UPON REQUEST

SONTAG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SONTAGH, JASON
ADDRESS AVAILABLE UPON REQUEST

SONTAN, TOMI
ADDRESS AVAILABLE UPON REQUEST

SONU UPADHYAY
ADDRESS AVAILABLE UPON REQUEST

SONY THOMAS
ADDRESS AVAILABLE UPON REQUEST

SONYA GENESIUS
ADDRESS AVAILABLE UPON REQUEST

SOO, TORI E.
ADDRESS AVAILABLE UPON REQUEST

SOOD, ANKIT
ADDRESS AVAILABLE UPON REQUEST

SOOD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SOOD, SHWETA
ADDRESS AVAILABLE UPON REQUEST

SOODEEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SOOGANTHY NADARAJAH
ADDRESS AVAILABLE UPON REQUEST

SOOHOO, DARREN
ADDRESS AVAILABLE UPON REQUEST

SOOKLAL, TESHIA
ADDRESS AVAILABLE UPON REQUEST

SOONATTRAKUL, PARPHAN
ADDRESS AVAILABLE UPON REQUEST

SOON-CHYE NG
ADDRESS AVAILABLE UPON REQUEST

SOOS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOOTER, MADISON
ADDRESS AVAILABLE UPON REQUEST

SOOTKOOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOPAPONG, DEE
ADDRESS AVAILABLE UPON REQUEST

SOPAPUNTA, JANE
ADDRESS AVAILABLE UPON REQUEST

SOPELAK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SOPER, DAWN
ADDRESS AVAILABLE UPON REQUEST

SOPHA, JODIE
ADDRESS AVAILABLE UPON REQUEST

SOPHER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SOPHIA ORNELAS
ADDRESS AVAILABLE UPON REQUEST

SOPHIA RISPOLI
ADDRESS AVAILABLE UPON REQUEST

SOPHIE CHEN
ADDRESS AVAILABLE UPON REQUEST

SOPHIE DE LAMER
ADDRESS AVAILABLE UPON REQUEST

SOPKO, DIANE
ADDRESS AVAILABLE UPON REQUEST

SOPKO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SOPOTNICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOPRIS, TYLER
ADDRESS AVAILABLE UPON REQUEST

SORAGHAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SORAH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SORAIDA SALVATIERRA
ADDRESS AVAILABLE UPON REQUEST

SORAL, RAJESHWAR
ADDRESS AVAILABLE UPON REQUEST

SORBARO, DAVID
ADDRESS AVAILABLE UPON REQUEST

SORBELLO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SORBER, LILY
ADDRESS AVAILABLE UPON REQUEST

SORBIE, MARINA
ADDRESS AVAILABLE UPON REQUEST

SORBITO, ALEJANDRO
ADDRESS AVAILABLE UPON REQUEST

SORBY, KARSON
ADDRESS AVAILABLE UPON REQUEST

SORCE, THOMAS J
ADDRESS AVAILABLE UPON REQUEST

SORDEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SORELLE, ADAM
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, ALI
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, CASEY
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, HAILEY
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, JAMES
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, MATT
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SORENSEN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SORENSON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

SORENSON, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

SORENSON, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

SORENSON, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SORENSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

SORENSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

SORENSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

SORENSON, KEEGAN
ADDRESS AVAILABLE UPON REQUEST

SORENSON, LEE
ADDRESS AVAILABLE UPON REQUEST

SORENSON, MARA
ADDRESS AVAILABLE UPON REQUEST

SORENSON, MARI
ADDRESS AVAILABLE UPON REQUEST

SORENSON, MARY
ADDRESS AVAILABLE UPON REQUEST

SORENSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SOREY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SORG, KATIE
ADDRESS AVAILABLE UPON REQUEST

SORGE, CASSY
ADDRESS AVAILABLE UPON REQUEST

SORGE, KAREN
ADDRESS AVAILABLE UPON REQUEST

SORGENFREI, KATE
ADDRESS AVAILABLE UPON REQUEST

SORGENFREY, BRITANI
ADDRESS AVAILABLE UPON REQUEST

SORGI, JACOB
ADDRESS AVAILABLE UPON REQUEST

SORGMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SORIA, BERNARDO
ADDRESS AVAILABLE UPON REQUEST

SORIA, CASSIE
ADDRESS AVAILABLE UPON REQUEST

SORIA, ROCIO
ADDRESS AVAILABLE UPON REQUEST

SORIA, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

SORIANO, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

SORIANO, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SORIANO, ERIC
ADDRESS AVAILABLE UPON REQUEST

SORIANO, EVELIO
ADDRESS AVAILABLE UPON REQUEST

SORIANO, GRACE
ADDRESS AVAILABLE UPON REQUEST

SORIANO, MARIA
ADDRESS AVAILABLE UPON REQUEST

SORIANO, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SORICH, C
ADDRESS AVAILABLE UPON REQUEST

SORICHETTI, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

SORISTO, SARAH
ADDRESS AVAILABLE UPON REQUEST

SORKIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SORKIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SORNE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

SORNIA, DENISE
ADDRESS AVAILABLE UPON REQUEST

SOROCKETT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SOROKA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SOROKA, MARY
ADDRESS AVAILABLE UPON REQUEST

SOROOSHYARI, NAHID
ADDRESS AVAILABLE UPON REQUEST

SORRELL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SORRELL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SORRELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SORRELLS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SORRELLS, LOU ANN
ADDRESS AVAILABLE UPON REQUEST

SORRELLS, PRENTISS
ADDRESS AVAILABLE UPON REQUEST

SORRELS, KARI
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO JR., VINCENT
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, JULIANA
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, KIM
ADDRESS AVAILABLE UPON REQUEST

SORRENTINO, MARY SHAWN
ADDRESS AVAILABLE UPON REQUEST

SORRENTO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SORRICK, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SORSHER, ALEX
ADDRESS AVAILABLE UPON REQUEST

SORTINO, ANN
ADDRESS AVAILABLE UPON REQUEST

SORTINO, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SORVALIS, SARA
ADDRESS AVAILABLE UPON REQUEST

SOS REGISTRATION FEED DENVER
ADDRESS UNAVAILABLE AT TIME OF FILING

SOS
ADDRESS UNAVAILABLE AT TIME OF FILING

SOS, CHARITY
ADDRESS AVAILABLE UPON REQUEST

SOSA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

SOSA, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SOSA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

SOSA, JENNI
ADDRESS AVAILABLE UPON REQUEST

SOSA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOSA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SOSA, P.
ADDRESS AVAILABLE UPON REQUEST

SOSA, SONIA
ADDRESS AVAILABLE UPON REQUEST

SOSA, YVONNE
ADDRESS AVAILABLE UPON REQUEST

SOSBY, MICHEALA
ADDRESS AVAILABLE UPON REQUEST

SOSEBEE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SOSEBEE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SOSINSKI, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOSINSKI, MARALENA
ADDRESS AVAILABLE UPON REQUEST

SOSINSKI, PETER
ADDRESS AVAILABLE UPON REQUEST

SOSKIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOSNICK, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

SOSNICKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOSNICKA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOSNOWICZ, STASHA
ADDRESS AVAILABLE UPON REQUEST

SOSNOWSKI, JULIE
ADDRESS AVAILABLE UPON REQUEST

SOSNOWSKI, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

SOSSEN, IAN
ADDRESS AVAILABLE UPON REQUEST

SOTA, TOBY
ADDRESS AVAILABLE UPON REQUEST

SOTELO, JENIFER
ADDRESS AVAILABLE UPON REQUEST

SOTELO, LISA
ADDRESS AVAILABLE UPON REQUEST

SOTERAS, CARLY
ADDRESS AVAILABLE UPON REQUEST

SOTO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SOTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOTO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SOTO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

SOTO, DALIA
ADDRESS AVAILABLE UPON REQUEST

SOTO, DANIELA
ADDRESS AVAILABLE UPON REQUEST

SOTO, DAVID
ADDRESS AVAILABLE UPON REQUEST

SOTO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SOTO, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

SOTO, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SOTO, FELIX
ADDRESS AVAILABLE UPON REQUEST

SOTO, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

SOTO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SOTO, JOSE
ADDRESS AVAILABLE UPON REQUEST

SOTO, JOSEFINA
ADDRESS AVAILABLE UPON REQUEST

SOTO, KALET
ADDRESS AVAILABLE UPON REQUEST

SOTO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SOTO, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SOTO, LEEMARIE
ADDRESS AVAILABLE UPON REQUEST

SOTO, LUIS
ADDRESS AVAILABLE UPON REQUEST

SOTO, MARCO
ADDRESS AVAILABLE UPON REQUEST

SOTO, MARIEL
ADDRESS AVAILABLE UPON REQUEST

SOTO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SOTO, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

SOTO, MORRISSA
ADDRESS AVAILABLE UPON REQUEST

SOTO, PAOLA
ADDRESS AVAILABLE UPON REQUEST

SOTO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SOTO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SOTO, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SOTO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SOTOMAYOR, BEN
ADDRESS AVAILABLE UPON REQUEST

SOTOMAYOR, CARLA
ADDRESS AVAILABLE UPON REQUEST

SOTOMAYOR, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SOTOMAYOR, STACEY
ADDRESS AVAILABLE UPON REQUEST

SOTTO, ANNA
ADDRESS AVAILABLE UPON REQUEST

SOTTONG, SUZY
ADDRESS AVAILABLE UPON REQUEST

SOUARE, MAMADOU C.
ADDRESS AVAILABLE UPON REQUEST

SOUCIE-PORTER, TANAY
ADDRESS AVAILABLE UPON REQUEST

SOUCY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SOUDER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOUDER, MANDY
ADDRESS AVAILABLE UPON REQUEST

SOUEID, SARA
ADDRESS AVAILABLE UPON REQUEST

SOUEN
ADDRESS UNAVAILABLE AT TIME OF FILING

SOUFFRANT, YAMILE
ADDRESS AVAILABLE UPON REQUEST

SOUL JOEL PRODUCTIONS
155 RAILROAD PLAZA
ROYERSFORD, PA 19468

SOUL JOEL PRODUCTIONS
2133 HARBOUR DRIVE
PALMYRA, NJ 08065

SOULA POULAKIS
ADDRESS AVAILABLE UPON REQUEST

SOULE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

SOULE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SOULES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SOUNTAS, KAREN
ADDRESS AVAILABLE UPON REQUEST

SOURCE KNOWLEDGE INC.
12655 W. JEFFERSON BLVD.
LOS ANGELES, CA 90066

SOURCE KNOWLEDGE INC.
3003 W. OLYMPIC BLVD. STE 106-1042
LOS ANGELES, CA 90006

SOURDELLIA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SOURGEON, TY
ADDRESS AVAILABLE UPON REQUEST

SOURS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SOUSA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SOUSA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOUSA, LAURA
ADDRESS AVAILABLE UPON REQUEST

SOUSA, MARCI
ADDRESS AVAILABLE UPON REQUEST

SOUSA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SOUSA, SHEYENNE
ADDRESS AVAILABLE UPON REQUEST

SOUSLEY, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SOUTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SOUTER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SOUTH BAY GARDENS
2501 MANHATTAN BEACH BLVD.
REDONDO BEACH, CA  90278

SOUTH CAROLINA DEPARTMENT OF
REVENUE & TAXATION
SOUTH CAROLINA DEPARTMENT OF
REVENUE ATTN: DIRECTOR
PO BOX 125
COLUMBIA, SC  29214-0505

SOUTH CAROLINA DEPARTMENT OF
CONSUMER AFFAIRS
2221 DEVINE ST
STE 200
COLUMBIA, SC  29205-2418

SOUTH CAROLINA DEPT OF LABOR,
LICENSING AND REGULATION
1550 GADSDEN STREET
PO BOX 995
COLUMBIA, SC  29202

SOUTH CAROLINA DEPT OF REVENUE
300A OUTLET POINTE BOULEVARD
COLUMBIA, SC  29210

SOUTH CAROLINA SECRETARY OF STATE
1205 PENDLTON ST SUITE 525
COLUMBIA, SC  29201

SOUTH CAROLINA SECURITIES
COMMISSIONER
SOUTH CAROLINA OFFICE OF THE
ATTORNEY GENERAL
SECURITIES DIVISION ATTN: LAURA CHURCH
1000 ASSEMBLY ST., 5TH FLOOR
COLUMBIA, SC  29201

SOUTH CAROLINA SECURITIES
PO BOX 11549
COLUMBIA, SC  29211-1549

SOUTH CONGRESS HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE, SD  57501

SOUTH DAKOTA DEPT OF LABOR
123 W MISSOURI AVE
PIERRE, SD  57501-0405

SOUTH DAKOTA DEPT OF REVENUE
445 E CAPITOL AVE
PIERRE, SD  57501

SOUTH DAKOTA DIVISION OF INSURANCE
SECURITIES REGULATION
124 S. EUCLID AVENUE, 2ND FLOOR
PIERRE, SD  57501

SOUTH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SOUTH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SOUTH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

SOUTH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SOUTHALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SOUTHALL, MARY
ADDRESS AVAILABLE UPON REQUEST

SOUTHALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SOUTHAM, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SOUTHARD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SOUTHARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SOUTHARD, CARSON
ADDRESS AVAILABLE UPON REQUEST

SOUTHARD, ELSA
ADDRESS AVAILABLE UPON REQUEST

SOUTHER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SOUTHER, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SOUTHER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

SOUTHERLAND, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SOUTHERLAND, MARCIA
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN ADVERTISING, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

SOUTHERN BABE BOUTIQUE, WHITNEY
ROSS
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN CALIFORNIA EDISON COMPANY
2205 FARADAY AVE, SUITE A
CARLSBAD, CA  92008

SOUTHERN CALIFORNIA EDISON COMPANY
2244 WALNUT GROVE AVE
ROSEMEAD, CA  91770

SOUTHERN CALIFORNIA EDISON COMPANY
P.O. BOX 6400
RANCHO CUCAMONGA, CA  91729

SOUTHERN CALIFORNIA MESSENGERS
5757 WILSHIRE BLVD, STE 210
LOS ANGELES, CA  90036-3682

SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT ST, ROOM 6293
SAN DIEGO, CA  92101-8893

SOUTHERN DISTRICT OF CALIFORNIA
IMPERIAL COUNTY OFFICE
516 INDUSTRY WAY, STE C
IMPERIAL, CA  92251-7501

SOUTHERN GLAZER'S OF ARKANSAS
11101 SMITTY LANE
NORTH LITTLE ROCK, AR  72117

SOUTHERN GLAZERS WINE & SPIRITS -
ARIZONA
2375 SOUTH 45TH AVE
PHOENIX, AZ  85043

SOUTHERN GLAZERS WINE & SPIRITS OF
LOUISIANA, LLC
1600 NW 163RD STREET
MIAMI, FL  33169

SOUTHERN GLAZERS WINE & SPIRITS OF
OHIO
4800 POTH RD
COLUMBUS, OH  43213

SOUTHERN GLAZERS WINE & SPIRITS OF
TENNESSEE
6290 SHELBY VIEW
MEMPHIS, TN  38134

SOUTHERN GLAZERS WINE AND SPIRITS,
LLC
1600 NW 163RD STREET
MIAMI, FL  33169

SOUTHERN GLAZERS WINE AND SPIRITS,
LLC
2375 S 45TH AVENUE
PHOENIX, AZ  85043

SOUTHERN STARZ, INC
5973 ENGINEER DRIVE
HUNTINGTON BEACH, CA  92649

SOUTHERN, ALISON
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN, MARIE
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SOUTHERN, THERESA
ADDRESS AVAILABLE UPON REQUEST

SOUTHERS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SOUTHERTON, MARY
ADDRESS AVAILABLE UPON REQUEST

SOUTHGATE, GINNY
ADDRESS AVAILABLE UPON REQUEST

SOUTHGATE, NICK
ADDRESS AVAILABLE UPON REQUEST

SOUTHI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SOUTHREN, PAULA
ADDRESS AVAILABLE UPON REQUEST

SOUTHWELL, AUBREY
ADDRESS AVAILABLE UPON REQUEST

SOUTHWELL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SOUTHWEST AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

SOUTHWICK, KEELY
ADDRESS AVAILABLE UPON REQUEST

SOUTTER, KYMBERLI
ADDRESS AVAILABLE UPON REQUEST

SOUTTER, LISA
ADDRESS AVAILABLE UPON REQUEST

SOUVA, LUCAS
ADDRESS AVAILABLE UPON REQUEST

SOUVANNASOTH, MARA
ADDRESS AVAILABLE UPON REQUEST

SOUVANNAVONG, VEOTA
ADDRESS AVAILABLE UPON REQUEST

SOUVERAIN, WIDLINE
ADDRESS AVAILABLE UPON REQUEST

SOUVIGNIER, CLARA
ADDRESS AVAILABLE UPON REQUEST

SOUZA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SOUZA, GABE
ADDRESS AVAILABLE UPON REQUEST

SOUZA, JOANA
ADDRESS AVAILABLE UPON REQUEST

SOUZA, KARLA
ADDRESS AVAILABLE UPON REQUEST

SOUZA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SOUZA, LISA
ADDRESS AVAILABLE UPON REQUEST

SOUZA, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

SOUZA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SOVACOOL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SOVAE, JEANIE
ADDRESS AVAILABLE UPON REQUEST

SOVDI, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SOVELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SOVEN, LUCIA
ADDRESS AVAILABLE UPON REQUEST

SOVEREIGN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SOVINO, ESTEFANIA
ADDRESS AVAILABLE UPON REQUEST

SOVOS COMPLIANCE
200 BALLARDVALE ST BUILDING 1, 4TH
FLOOR
WILMINGTON, MA  01887

SOVULEWSKI, HALEY
ADDRESS AVAILABLE UPON REQUEST

SOWA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SOWA, JULIA
ADDRESS AVAILABLE UPON REQUEST

SOWA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SOWA, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SOWARD, RENEE
ADDRESS AVAILABLE UPON REQUEST

SOWARDS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SOWDER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SOWDERS, JOEL
ADDRESS AVAILABLE UPON REQUEST

SOWDERS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SOWELL, ANISHA
ADDRESS AVAILABLE UPON REQUEST

SOWELL, BOB
ADDRESS AVAILABLE UPON REQUEST

SOWELL, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SOWELL, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SOWERS, MELODY
ADDRESS AVAILABLE UPON REQUEST

SOWERS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SOWERSBY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SOWETO BOOKER
ADDRESS AVAILABLE UPON REQUEST

SOWINSKI, ERIC
ADDRESS AVAILABLE UPON REQUEST

SOWUL, GOSIA AND MAREK
ADDRESS AVAILABLE UPON REQUEST

SOYFER, SASHA
ADDRESS AVAILABLE UPON REQUEST

SOYKA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SOYKA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SP COMINO, LLC
635 BROADWAY 2ND FLOOR
SONOMA, CA  95476

SP COMINO, LLC
855 BORDEAUX WAY
STE 210
NAPA, CA  94558-7568

SP COMINO, LLC
ATTN: MATT TURRENTINE
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

SPACCIO, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

SPACE, KARLI
ADDRESS AVAILABLE UPON REQUEST

SPACEK, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SPACH, AMY
ADDRESS AVAILABLE UPON REQUEST

SPACHNER, AMY
ADDRESS AVAILABLE UPON REQUEST

SPADA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPADA, JONNY
ADDRESS AVAILABLE UPON REQUEST

SPADACCIA, DENISE
ADDRESS AVAILABLE UPON REQUEST

SPADAFINO, DONNA
ADDRESS AVAILABLE UPON REQUEST

SPADAFORA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SPADAFORA, GWEN
ADDRESS AVAILABLE UPON REQUEST

SPADARO, CARA
ADDRESS AVAILABLE UPON REQUEST

SPADARO, JIMMY
ADDRESS AVAILABLE UPON REQUEST

SPADEA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SPADER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPADGENSKE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPADIER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SPADO, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SPADY, DEVIN
ADDRESS AVAILABLE UPON REQUEST

SPAETH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SPAETH, FRED & KAREN
ADDRESS AVAILABLE UPON REQUEST

SPAETH, LOUIS
ADDRESS AVAILABLE UPON REQUEST

SPAETH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SPAETH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SPAETH, TERESA
ADDRESS AVAILABLE UPON REQUEST

SPAFFORD, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

SPAFINDER
ADDRESS UNAVAILABLE AT TIME OF FILING

SPAGG, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SPAGNOLA, MARIA
ADDRESS AVAILABLE UPON REQUEST

SPAGNOLI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPAGNOLO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

SPAHN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPAHR, DENISE
ADDRESS AVAILABLE UPON REQUEST

SPAHR, JEN
ADDRESS AVAILABLE UPON REQUEST

SPAID, JACOB
ADDRESS AVAILABLE UPON REQUEST

SPAID, SHELL
ADDRESS AVAILABLE UPON REQUEST

SPAIN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SPAIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SPAIN, SHANYCE
ADDRESS AVAILABLE UPON REQUEST

SPAIN, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SPAK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SPAKE, GAETAN
ADDRESS AVAILABLE UPON REQUEST

SPAKE, GARY
ADDRESS AVAILABLE UPON REQUEST

SPAKOWSKI, DAWN
ADDRESS AVAILABLE UPON REQUEST

SPALDING, AMY
ADDRESS AVAILABLE UPON REQUEST

SPALDING, CINDY
ADDRESS AVAILABLE UPON REQUEST

SPALDING, JENNIE
ADDRESS AVAILABLE UPON REQUEST

SPALDING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SPALDING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SPALLA, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

SPALLA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPALLER, IVAN
ADDRESS AVAILABLE UPON REQUEST

SPAMER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SPAMER, SHELLI
ADDRESS AVAILABLE UPON REQUEST

SPAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPANDE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SPANDET, JULIE
ADDRESS AVAILABLE UPON REQUEST

SPANDIER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, BRAD
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, CAROLE
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

SPANGLER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SPANIER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SPANN, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

SPANN, JAN
ADDRESS AVAILABLE UPON REQUEST

SPANN-WILLIAMS, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

SPANO, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

SPANO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SPANO, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

SPANO, GINA
ADDRESS AVAILABLE UPON REQUEST

SPANO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SPANOS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SPANOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPANOS, LISA
ADDRESS AVAILABLE UPON REQUEST

SPARACINO, MARY
ADDRESS AVAILABLE UPON REQUEST

SPARACIO, KAREN
ADDRESS AVAILABLE UPON REQUEST

SPARACO, JOHN
ADDRESS AVAILABLE UPON REQUEST

SPARBER, MANDY
ADDRESS AVAILABLE UPON REQUEST

SPARBER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPARER, ANNA
ADDRESS AVAILABLE UPON REQUEST

SPARGUR, HALEY
ADDRESS AVAILABLE UPON REQUEST

SPARK TALENT GROUP
8024 STRECKER LANE
PLANO, TX 75025

SPARKLE CORPORATION
5023 GENESTA AVE
ENCINO, CA 91316

SPARKMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, ADAM
ADDRESS AVAILABLE UPON REQUEST

SPARKS, AUDRIANNA
ADDRESS AVAILABLE UPON REQUEST

SPARKS, BELLE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, BETSY
ADDRESS AVAILABLE UPON REQUEST

SPARKS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SPARKS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SPARKS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPARKS, DEBBRA
ADDRESS AVAILABLE UPON REQUEST

SPARKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SPARKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPARKS, JEFF
ADDRESS AVAILABLE UPON REQUEST

SPARKS, JODIE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SPARKS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SPARKS, KIRA
ADDRESS AVAILABLE UPON REQUEST

SPARKS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, NELL
ADDRESS AVAILABLE UPON REQUEST

SPARKS, PAT
ADDRESS AVAILABLE UPON REQUEST

SPARKS, PENNY
ADDRESS AVAILABLE UPON REQUEST

SPARKS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPARKS, SUNSHINE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

SPARKS, TONJA
ADDRESS AVAILABLE UPON REQUEST

SPARLING, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SPARR, MARY
ADDRESS AVAILABLE UPON REQUEST

SPARRER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SPARROW II, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SPARROW, DESTINY
ADDRESS AVAILABLE UPON REQUEST

SPARROW, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPARROW, MICKEY
ADDRESS AVAILABLE UPON REQUEST

SPARROW, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SPARROW, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SPARTAN CAPITAL SECURITIES  LLC
45 BROADWAY, 19TH FLOOR
NEW YORK, NY  10006

SPARZAK, TIIA
ADDRESS AVAILABLE UPON REQUEST

SPASSOVA, TSVETELINA
ADDRESS AVAILABLE UPON REQUEST

SPATACCO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPATAFORA, ANNA
ADDRESS AVAILABLE UPON REQUEST

SPATARA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SPATARELLA, DENISE
ADDRESS AVAILABLE UPON REQUEST

SPATARO, JAIME &
ADDRESS AVAILABLE UPON REQUEST

SPATCHER-LEBLANC, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SPATH, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SPATHIAS, RUTH
ADDRESS AVAILABLE UPON REQUEST

SPATOLA, BRETT
ADDRESS AVAILABLE UPON REQUEST

SPATT, MAEVE
ADDRESS AVAILABLE UPON REQUEST

SPATZ, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, DESIREE
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, JOE
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SPAULDING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPAUSE, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SPAVEN, JIM
ADDRESS AVAILABLE UPON REQUEST

SPAZIANO, KACEE
ADDRESS AVAILABLE UPON REQUEST

SPAZIANO, SHERRIE
ADDRESS AVAILABLE UPON REQUEST

SPEACHT, EDWARD
ADDRESS AVAILABLE UPON REQUEST

SPEAKER GUY
28364 S WESTERN AVE STE 140
RANCHO PALOS VERDES, CA  90275

SPEAKER, MONICA
ADDRESS AVAILABLE UPON REQUEST

SPEAKMAN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

SPEAKS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SPEAR, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPEAR, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SPEAR, KIMI
ADDRESS AVAILABLE UPON REQUEST

SPEAR, RANDALL
ADDRESS AVAILABLE UPON REQUEST

SPEAR, SUANN
ADDRESS AVAILABLE UPON REQUEST

SPEARMAN, CORTNI
ADDRESS AVAILABLE UPON REQUEST

SPEARMAN, HOWARD
ADDRESS AVAILABLE UPON REQUEST

SPEARMAN, JAWANA
ADDRESS AVAILABLE UPON REQUEST

SPEARMAN, JEN
ADDRESS AVAILABLE UPON REQUEST

SPEARMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SPEARS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, AMY
ADDRESS AVAILABLE UPON REQUEST

SPEARS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SPEARS, CHANNON
ADDRESS AVAILABLE UPON REQUEST

SPEARS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPEARS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

SPEARS, KAYE
ADDRESS AVAILABLE UPON REQUEST

SPEARS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPEARS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, TABATHA
ADDRESS AVAILABLE UPON REQUEST

SPEARS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SPEASE, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

SPECHT, ABBY
ADDRESS AVAILABLE UPON REQUEST

SPECHT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPECHT, IAN
ADDRESS AVAILABLE UPON REQUEST

SPECHT, JASON
ADDRESS AVAILABLE UPON REQUEST

SPECHT, JENNI
ADDRESS AVAILABLE UPON REQUEST

SPECHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPECHT, MATHEW
ADDRESS AVAILABLE UPON REQUEST

SPECIALE, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

SPECIALTY IMPORTS INC.
4119 INGRA ST
ANCHORAGE, AK  99503

SPECIALTY IMPORTS, INC
4119 INGRA STREET
ANCHORAGE, AK  99503

SPECK, DENNIS
ADDRESS AVAILABLE UPON REQUEST

SPECK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SPECKMAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SPECTER, DONNA
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, HENRY
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, JESSE
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, LAURA
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SPECTOR, TAMIR
ADDRESS AVAILABLE UPON REQUEST

SPECTRUM IN SANTA MONICA, CA
ADDRESS UNAVAILABLE AT TIME OF FILING

SPECTRUM
ADDRESS UNAVAILABLE AT TIME OF FILING

SPEDALE, JOE
ADDRESS AVAILABLE UPON REQUEST

SPEED, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

SPEED, JIMMY
ADDRESS AVAILABLE UPON REQUEST

SPEEDY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SPEEGLE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SPEEGLE, KRYSS
ADDRESS AVAILABLE UPON REQUEST

SPEEGLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPEELMAN, KALA
ADDRESS AVAILABLE UPON REQUEST

SPEER, CODY
ADDRESS AVAILABLE UPON REQUEST

SPEER, COLETTE
ADDRESS AVAILABLE UPON REQUEST

SPEER, JEN
ADDRESS AVAILABLE UPON REQUEST

SPEER, KENDAL
ADDRESS AVAILABLE UPON REQUEST

SPEER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SPEER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SPEHAR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPEICH, JOSIE
ADDRESS AVAILABLE UPON REQUEST

SPEIDEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SPEIER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SPEIGHT, KELSI
ADDRESS AVAILABLE UPON REQUEST

SPEIGHT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPEIKES, DEJA
ADDRESS AVAILABLE UPON REQUEST

SPEIR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SPEIR, REGINALD
ADDRESS AVAILABLE UPON REQUEST

SPEISER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SPEISER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SPEISMAN, RENA
ADDRESS AVAILABLE UPON REQUEST

SPEKE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SPEKTOR, RONALD
ADDRESS AVAILABLE UPON REQUEST

SPELL, DEANN
ADDRESS AVAILABLE UPON REQUEST

SPELLACY, CINDY
ADDRESS AVAILABLE UPON REQUEST

SPELLANE-NEWMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

SPELLER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SPELLER, NASHIMA
ADDRESS AVAILABLE UPON REQUEST

SPELLICY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SPELLINGS, ANNE
ADDRESS AVAILABLE UPON REQUEST

SPELLINGS, HILARY
ADDRESS AVAILABLE UPON REQUEST

SPELLMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SPELLMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SPELMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPELTZ, MADISON
ADDRESS AVAILABLE UPON REQUEST

SPENCE, 222 QUAIL RIDGE ROAD
ADDRESS AVAILABLE UPON REQUEST

SPENCE, ALAINA
ADDRESS AVAILABLE UPON REQUEST

SPENCE, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

SPENCE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SPENCE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPENCE, AMIE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, BOBBY
ADDRESS AVAILABLE UPON REQUEST

SPENCE, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, CARIE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPENCE, DUANE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SPENCE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPENCE, EVAN
ADDRESS AVAILABLE UPON REQUEST

SPENCE, GALE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, GRACE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPENCE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SPENCE, JOHN
ADDRESS AVAILABLE UPON REQUEST

SPENCE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

SPENCE, LAURA
ADDRESS AVAILABLE UPON REQUEST

SPENCE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, NATORI
ADDRESS AVAILABLE UPON REQUEST

SPENCE, REGINALD
ADDRESS AVAILABLE UPON REQUEST

SPENCE, STACY
ADDRESS AVAILABLE UPON REQUEST

SPENCE, SUE
ADDRESS AVAILABLE UPON REQUEST

SPENCE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SPENCER EVERETT LARAMIE JR
ADDRESS AVAILABLE UPON REQUEST

SPENCER HILL
ADDRESS AVAILABLE UPON REQUEST

SPENCER HILL
ADDRESS AVAILABLE UPON REQUEST

SPENCER KUHN
ADDRESS AVAILABLE UPON REQUEST

SPENCER SCOTT BULLARD
ADDRESS AVAILABLE UPON REQUEST

SPENCER, AKILAH
ADDRESS AVAILABLE UPON REQUEST

SPENCER, AMBER
ADDRESS AVAILABLE UPON REQUEST

SPENCER, AMBER
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ANASTACIA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, BRETT
ADDRESS AVAILABLE UPON REQUEST

SPENCER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, CINDY
ADDRESS AVAILABLE UPON REQUEST

SPENCER, CYNTIA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPENCER, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPENCER, EMMA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ERICA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, FARAH
ADDRESS AVAILABLE UPON REQUEST

SPENCER, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, GINA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, GLYNIS
ADDRESS AVAILABLE UPON REQUEST

SPENCER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JENN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JOSE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KACIE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KAYLEEN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SPENCER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, LINDA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, LUIZA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, MARIA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, MARINA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, MONTANA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SPENCER, NICK
ADDRESS AVAILABLE UPON REQUEST

SPENCER, NICKI
ADDRESS AVAILABLE UPON REQUEST

SPENCER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, RANDALL
ADDRESS AVAILABLE UPON REQUEST

SPENCER, REED
ADDRESS AVAILABLE UPON REQUEST

SPENCER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPENCER, SHARON
ADDRESS AVAILABLE UPON REQUEST

SPENCER, SORAYA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPENCER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SPENCER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SPENCER, WILL
ADDRESS AVAILABLE UPON REQUEST

SPENCERS FRESH MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

SPENSLEY, KENZIE
ADDRESS AVAILABLE UPON REQUEST

SPENSLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

SPERANZA, CAROL
ADDRESS AVAILABLE UPON REQUEST

SPERBER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SPERBER, MARIE
ADDRESS AVAILABLE UPON REQUEST

SPERBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPERBER, ZOE
ADDRESS AVAILABLE UPON REQUEST

SPERIN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SPERLING, CORIANN
ADDRESS AVAILABLE UPON REQUEST

SPERLING, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPERMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SPEROS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SPEROW, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SPERR, GRACE
ADDRESS AVAILABLE UPON REQUEST

SPERRAZZA, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SPERRY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SPERRY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SPERRY, LISA
ADDRESS AVAILABLE UPON REQUEST

SPERRY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SPERRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPESHOCK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SPETH, ALANA
ADDRESS AVAILABLE UPON REQUEST

SPETH, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SPEZIALE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SPICA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPICE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SPICER, AMBER
ADDRESS AVAILABLE UPON REQUEST

SPICER, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

SPICER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SPICER, DIANA
ADDRESS AVAILABLE UPON REQUEST

SPICER, DREW
ADDRESS AVAILABLE UPON REQUEST

SPICER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

SPICK, JASON
ADDRESS AVAILABLE UPON REQUEST

SPICOLA, ERNEST
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, ELANA
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, JAMES
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPIEGEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SPIEKERMAN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SPIEKERMANN, ELAINA
ADDRESS AVAILABLE UPON REQUEST

SPIEL, AVERY
ADDRESS AVAILABLE UPON REQUEST

SPIELER, MARTY
ADDRESS AVAILABLE UPON REQUEST

SPIELMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPIER, CLARA
ADDRESS AVAILABLE UPON REQUEST

SPIERING, DIANE
ADDRESS AVAILABLE UPON REQUEST

SPIES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SPIES, ERIC
ADDRESS AVAILABLE UPON REQUEST

SPIES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPIESS, JOEL
ADDRESS AVAILABLE UPON REQUEST

SPIESS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SPIEVACK, AYA
ADDRESS AVAILABLE UPON REQUEST

SPIEWAK, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPIEZIA, JOHN
ADDRESS AVAILABLE UPON REQUEST

SPIEZIO, THALIA LEA
ADDRESS AVAILABLE UPON REQUEST

SPIKA, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPIKER, LONI
ADDRESS AVAILABLE UPON REQUEST

SPIKER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SPIKER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SPIKER-DEWEY, BEN
ADDRESS AVAILABLE UPON REQUEST

SPIKES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPIKES, JAMES
ADDRESS AVAILABLE UPON REQUEST

SPIKES, LATORIA
ADDRESS AVAILABLE UPON REQUEST

SPIKES, MONAI
ADDRESS AVAILABLE UPON REQUEST

SPIKNER, EXAVIER
ADDRESS AVAILABLE UPON REQUEST

SPILKER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SPILKER, SARA
ADDRESS AVAILABLE UPON REQUEST

SPILLANE, AMY
ADDRESS AVAILABLE UPON REQUEST

SPILLANE, CALLIE
ADDRESS AVAILABLE UPON REQUEST

SPILLANE, NUALA
ADDRESS AVAILABLE UPON REQUEST

SPILLAR, BECKY
ADDRESS AVAILABLE UPON REQUEST

SPILLAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SPILLER, SAVANNAH BLISS
ADDRESS AVAILABLE UPON REQUEST

SPILLER, SHERISE
ADDRESS AVAILABLE UPON REQUEST

SPILLERS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

SPILLERS, STACEY
ADDRESS AVAILABLE UPON REQUEST

SPILLMANN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

SPILMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SPINA, ELENA
ADDRESS AVAILABLE UPON REQUEST

SPINA, MARC
ADDRESS AVAILABLE UPON REQUEST

SPINALE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SPINDLER, JILL
ADDRESS AVAILABLE UPON REQUEST

SPINDLER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

SPINDLER, PAUL
ADDRESS AVAILABLE UPON REQUEST

SPINDLER-RANTA, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SPINELLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPINELLA, STACY
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, CARLA
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, DIANA
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, LOUIS
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

SPINELLI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPINELLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SPINK, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

SPINK, SERAFINA
ADDRESS AVAILABLE UPON REQUEST

SPINKS, NATHANAEL
ADDRESS AVAILABLE UPON REQUEST

SPINKS, TRINITY
ADDRESS AVAILABLE UPON REQUEST

SPINNATO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SPINNER, CINDY
ADDRESS AVAILABLE UPON REQUEST

SPINNER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SPINNER, MEL
ADDRESS AVAILABLE UPON REQUEST

SPINOSA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPINOSA, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

SPIOTTA, BETHANN
ADDRESS AVAILABLE UPON REQUEST

SPIOTTA, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SPIRER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPIRES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SPIRIT AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

SPIRIT ANIMAL COOPERATIVE
7011 BONNAFAIR DR
HERMITAGE, TN  37076

SPIRIT HALLOWEEN
ADDRESS UNAVAILABLE AT TIME OF FILING

SPIRNAK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SPIRO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SPIROPOULOS, GINA
ADDRESS AVAILABLE UPON REQUEST

SPISAK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SPISHAK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SPISHOCK, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPITALE, CAROL
ADDRESS AVAILABLE UPON REQUEST

SPITALERI, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SPITALETTO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SPITERI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPITLER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SPITNALE, LISA
ADDRESS AVAILABLE UPON REQUEST

SPITTLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPITZ, JILL
ADDRESS AVAILABLE UPON REQUEST

SPITZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPITZACK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SPITZENBERGER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SPITZER, ADAM
ADDRESS AVAILABLE UPON REQUEST

SPITZER, DAN
ADDRESS AVAILABLE UPON REQUEST

SPITZER, M
ADDRESS AVAILABLE UPON REQUEST

SPITZFADEN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SPITZNOGLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPITZNOGLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SPIVA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SPIVACK, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SPIVACK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SPIVAK, ALLA
ADDRESS AVAILABLE UPON REQUEST

SPIVAK, JASON
ADDRESS AVAILABLE UPON REQUEST

SPIVAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, AMY
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, BLAINE
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, BLAINE
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, JILL
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, KATE
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, MARIECHEN
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, NICK
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, ROWAN
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, RUSTY
ADDRESS AVAILABLE UPON REQUEST

SPIVEY, SARA
ADDRESS AVAILABLE UPON REQUEST

SPL PACKAGES
ADDRESS UNAVAILABLE AT TIME OF FILING

SPLAIN, AMY
ADDRESS AVAILABLE UPON REQUEST

SPLAINE, JACK
ADDRESS AVAILABLE UPON REQUEST

SPLAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SPLET, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SPLITEK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SPLITTORFF, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPOEHR, EMMA
ADDRESS AVAILABLE UPON REQUEST

SPOEHR, JEAN
ADDRESS AVAILABLE UPON REQUEST

SPOELKER, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SPOFFORD, LOUISA
ADDRESS AVAILABLE UPON REQUEST

SPOHN, JILL
ADDRESS AVAILABLE UPON REQUEST

SPOHR, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPOILED MEDIA
115 W 18TH ST. 2004
NEW YORK, NY 10011

SPOILED MEDIA
135 MADISON AVENUE, 5TH FLOOR
NEW YORK, NY 10016

SPOILS MEDIA, INC. (STELLASPOILS)
SPOILS MEDIA, INC.
50 GRAND STREET, 4F
NEW YORK, NY 10013

SPOLARICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPOLJORIC, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

SPOLLEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SPOMER, COLTON
ADDRESS AVAILABLE UPON REQUEST

SPONAUGLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPONG, LISA
ADDRESS AVAILABLE UPON REQUEST

SPONHEIM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

SPONSELLER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SPONSELLER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SPOON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPOON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SPOON, TRISH
ADDRESS AVAILABLE UPON REQUEST

SPOONER, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPOONER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SPOONIRE, MICAELA
ADDRESS AVAILABLE UPON REQUEST

SPORCIC, DIANNA
ADDRESS AVAILABLE UPON REQUEST

SPORE, TED
ADDRESS AVAILABLE UPON REQUEST

SPORLEDER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SPORLEDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SPORRE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SPORT CHALET
ADDRESS UNAVAILABLE AT TIME OF FILING

SPORTMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPOSATO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SPOSATO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SPOSETO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPOSITO, SALLY
ADDRESS AVAILABLE UPON REQUEST

SPOTA, TODD
ADDRESS AVAILABLE UPON REQUEST

SPOTIFY USA INC.
45 WEST 18TH STREET, 7TH FLOOR
NEW YORK, NY 10011

SPOTIFY USA INC.
DEPT CH 16773
PALATINE, IL 60055-6773

SPOTLESON, CARL
ADDRESS AVAILABLE UPON REQUEST

SPOTO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SPOTTECK, LAURA
ADDRESS AVAILABLE UPON REQUEST

SPOTTS, AMY
ADDRESS AVAILABLE UPON REQUEST

SPOTTS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPOTTSWOOD, SAVOLIA
ADDRESS AVAILABLE UPON REQUEST

SPRADLIN, HALLIE
ADDRESS AVAILABLE UPON REQUEST

SPRADLIN, KYRA
ADDRESS AVAILABLE UPON REQUEST

SPRADLIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPRADLIN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

SPRADLIN, SARA
ADDRESS AVAILABLE UPON REQUEST

SPRADLING, ALY
ADDRESS AVAILABLE UPON REQUEST

SPRADLING, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

SPRADLING, LEIA
ADDRESS AVAILABLE UPON REQUEST

SPRADLING, MARLA
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, AMBER
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, DONNA
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, GRISSELLE
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, JILL
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, LAURENCE
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, MARGEUX
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, MARK
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, SHERI
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, UNIQUE
ADDRESS AVAILABLE UPON REQUEST

SPRAGUE, ZACH
ADDRESS AVAILABLE UPON REQUEST

SPRAKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPRANGER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SPRATFORD, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SPRATLING, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SPRATT, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SPRATTE, KATY
ADDRESS AVAILABLE UPON REQUEST

SPRAY, JOSIE
ADDRESS AVAILABLE UPON REQUEST

SPREHE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SPRENGEL, JENN
ADDRESS AVAILABLE UPON REQUEST

SPRESSART, SHELBY
ADDRESS AVAILABLE UPON REQUEST

SPRIGGS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SPRIGGS, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

SPRIGGS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SPRIGGS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

SPRIGGS, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

SPRING MOUNTAIN VINEYARD, INC.
2805 SPRING MOUNTAIN ROAD
SAINT HELENA, CA  94574

SPRING, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

SPRING, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SPRING, HENRY
ADDRESS AVAILABLE UPON REQUEST

SPRING, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SPRING, LEANNE
ADDRESS AVAILABLE UPON REQUEST

SPRING, MARY
ADDRESS AVAILABLE UPON REQUEST

SPRING, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SPRINGATE, MEG
ADDRESS AVAILABLE UPON REQUEST

SPRINGBORN, ANDRES
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, ANTIGONE
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, BIANCA
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, DIANA
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, JAMES
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, KYLE
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

SPRINGER, SONIA
ADDRESS AVAILABLE UPON REQUEST

SPRINGETT, CHRISTAL OR TED
ADDRESS AVAILABLE UPON REQUEST

SPRINGFIELD, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SPRINGMAN, HILARY
ADDRESS AVAILABLE UPON REQUEST

SPRINGSGUTH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SPRINGSTEEN, HOWARD
ADDRESS AVAILABLE UPON REQUEST

SPRINKLE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPRINKLE, ERIN
ADDRESS AVAILABLE UPON REQUEST

SPRINKLE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SPROCKETT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SPROED, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SPROLE, MADISON
ADDRESS AVAILABLE UPON REQUEST

SPROLES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SPROTT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SPROUL, KALYN
ADDRESS AVAILABLE UPON REQUEST

SPROUL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SPROULL, AMY
ADDRESS AVAILABLE UPON REQUEST

SPROULL, EMILY
ADDRESS AVAILABLE UPON REQUEST

SPROUSE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SPROUSE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SPROUSE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SPROUT CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

SPROUTS FARMERS MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

SPROWAL, SHALIKA
ADDRESS AVAILABLE UPON REQUEST

SPRUCE MEDIA, INC
75 REMITTANCE DRIVE SUITE 6520
CHICAGO, IL  60675-6520

SPRUELL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SPRUILL, DONNA
ADDRESS AVAILABLE UPON REQUEST

SPRUILL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

SPRUILL, MARY-VAUGHAN
ADDRESS AVAILABLE UPON REQUEST

SPRUILL'S, ALTHEA N
ADDRESS AVAILABLE UPON REQUEST

SPRUNGMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SPRY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SPRY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SPRY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SPRY, KIM
ADDRESS AVAILABLE UPON REQUEST

SPRY, LINDA
ADDRESS AVAILABLE UPON REQUEST

SPRYGADA, PETER
ADDRESS AVAILABLE UPON REQUEST

SPRYNCZYNATYK, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

SPUDIC, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SPULER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SPUNG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SPURGEON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

SPURGEON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SPURGEON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SPURGEON, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

SPURGIN, COOPER
ADDRESS AVAILABLE UPON REQUEST

SPURGIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

SPURGIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SPURKELAND, SONJA
ADDRESS AVAILABLE UPON REQUEST

SPURLIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPURLING, DENAYE
ADDRESS AVAILABLE UPON REQUEST

SPURLING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SPURLOCK, GENA
ADDRESS AVAILABLE UPON REQUEST

SPURLOCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SPURLOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPURLOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SPURLOCK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SPURRELL, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SPYGLASS
ADDRESS UNAVAILABLE AT TIME OF FILING

SPYKER, UYEN
ADDRESS AVAILABLE UPON REQUEST

SPYRES, ERICA
ADDRESS AVAILABLE UPON REQUEST

SQ CALIFORNIA JUICE
ADDRESS UNAVAILABLE AT TIME OF FILING

SQ CULINARY CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

SQUAR MILNER LLP
4100 NEWPORT PLACE DRIVE, SUITE 100
NEWPORT BEACH, CA  92660

SQUARCIAFICO, MARY
ADDRESS AVAILABLE UPON REQUEST

SQUARE ONE BANK
406 BLACKWELL STREET SUITE 240
DURHAM, NC  27701

SQUARESPACE (FINKES)
ADDRESS UNAVAILABLE AT TIME OF FILING

SQUARESPACE (RUZA)
ADDRESS UNAVAILABLE AT TIME OF FILING

SQUARESPACE, INC.
8 CLARKSON ST
NEW YORK, NY  10014

SQUEGLIA, AMARILYS
ADDRESS AVAILABLE UPON REQUEST

SQUEGLIA, EDITH
ADDRESS AVAILABLE UPON REQUEST

SQUIBB, DENISE
ADDRESS AVAILABLE UPON REQUEST

SQUIER, KATE
ADDRESS AVAILABLE UPON REQUEST

SQUIER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SQUIERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SQUILLACOTE, ROSA
ADDRESS AVAILABLE UPON REQUEST

SQUILLANTE, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

SQUILLARIO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SQUIRE, AZIA
ADDRESS AVAILABLE UPON REQUEST

SQUIRE, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, BECKY
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, RUTH
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, SHERINE
ADDRESS AVAILABLE UPON REQUEST

SQUIRES, TODD
ADDRESS AVAILABLE UPON REQUEST

SQUIRES-HENRY, KAMALA
ADDRESS AVAILABLE UPON REQUEST

SQUYRES, AJ
ADDRESS AVAILABLE UPON REQUEST

SR METERS
ADDRESS UNAVAILABLE AT TIME OF FILING

SRAIN, JARON
ADDRESS AVAILABLE UPON REQUEST

SREBNICK, LEE
ADDRESS AVAILABLE UPON REQUEST

SREBNICK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SREEDASYAM, MAHESH
ADDRESS AVAILABLE UPON REQUEST

SREENATHA PALNATI
ADDRESS AVAILABLE UPON REQUEST

SREENIVASAN, SAI
ADDRESS AVAILABLE UPON REQUEST

SREENIVASREDDY MUDUGANTI
ADDRESS AVAILABLE UPON REQUEST

SREERAM, BHAVANA
ADDRESS AVAILABLE UPON REQUEST

SREJMA, VINCE
ADDRESS AVAILABLE UPON REQUEST

SRENG, RYANN
ADDRESS AVAILABLE UPON REQUEST

SRIDHARAMURTHY, ROHAN
ADDRESS AVAILABLE UPON REQUEST

SRIGLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SRIHA, MOHAMED
ADDRESS AVAILABLE UPON REQUEST

SRIKANTH R KUNAPARAJU
ADDRESS AVAILABLE UPON REQUEST

SRIKANTH RAJU
ADDRESS AVAILABLE UPON REQUEST

SRINIVAS, NIVEDITA
ADDRESS AVAILABLE UPON REQUEST

SRINIVASAN NARAYANAN
ADDRESS AVAILABLE UPON REQUEST

SRINIVASAN, JARED
ADDRESS AVAILABLE UPON REQUEST

SRINIVASAN, MEGHANA
ADDRESS AVAILABLE UPON REQUEST

SRINIVASAN, ROSHINI GOVINDARAJ
ADDRESS AVAILABLE UPON REQUEST

SRINIVASAN, VARADARAJA
ADDRESS AVAILABLE UPON REQUEST

SRINIVASULU, PERURI
ADDRESS AVAILABLE UPON REQUEST

SRIRAM KANNAN
ADDRESS AVAILABLE UPON REQUEST

SRIRAM, SHRUTHI
ADDRESS AVAILABLE UPON REQUEST

SRIRAM, SHRUTHI
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, ANIL
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, ASHISH
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, DHRUV
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, GAURI
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, INDRAJIT
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, RICHA
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, RISHABH
ADDRESS AVAILABLE UPON REQUEST

SRIVASTAVA, SHERYL
ADDRESS AVAILABLE UPON REQUEST

SRIVATANA, DEE
ADDRESS AVAILABLE UPON REQUEST

SRIVATHSAN, BHARGAVI
ADDRESS AVAILABLE UPON REQUEST

SRK HOSPITALITY LLC
814 NORTH 26TH STREET
MILWAUKEE, WI 53233

SRODA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SROLOVITZ, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SROUFE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SROUJI, DONNA
ADDRESS AVAILABLE UPON REQUEST

SROUJI, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

SROUR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SROUR, MARY
ADDRESS AVAILABLE UPON REQUEST

SSMITH-PARKER, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

SSR SOUND SYSTEM
ADDRESS UNAVAILABLE AT TIME OF FILING

ST AMANT, KIRA
ADDRESS AVAILABLE UPON REQUEST

ST CIN, PAUL
ADDRESS AVAILABLE UPON REQUEST

ST CLAIR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ST CLAIR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ST GEORGE, CINDY
ADDRESS AVAILABLE UPON REQUEST

ST GEORGE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ST GOURDIN, MARC
ADDRESS AVAILABLE UPON REQUEST

ST HOLMES, RHONDA
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, COLIN
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ST JOHN, SHONICA
ADDRESS AVAILABLE UPON REQUEST

ST LEDGER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ST LOUIS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

ST MARKS COFFEE HOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

ST PIERRE, DIANA
ADDRESS AVAILABLE UPON REQUEST

ST, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ST, GERTRUDE
ADDRESS AVAILABLE UPON REQUEST

ST, JAMES
ADDRESS AVAILABLE UPON REQUEST

ST. AMOUR, MARK
ADDRESS AVAILABLE UPON REQUEST

ST. CLAIR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ST. CLAIR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ST. CLAIR, NICOLAS
ADDRESS AVAILABLE UPON REQUEST

ST. CLAIR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ST. COEUR, KELLEY
ADDRESS AVAILABLE UPON REQUEST

ST. CYR, MICHELLE-LACY
ADDRESS AVAILABLE UPON REQUEST

ST. GERMAIN, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

ST. HELEN, BOB
ADDRESS AVAILABLE UPON REQUEST

ST. JAMES, KERRY
ADDRESS AVAILABLE UPON REQUEST

ST. JARRE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ST. JEAN, LEVINIA
ADDRESS AVAILABLE UPON REQUEST

ST. JOHN, ISAAC
ADDRESS AVAILABLE UPON REQUEST

ST. JOHN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

ST. JOHN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

ST. LUCIA, CARLEY
ADDRESS AVAILABLE UPON REQUEST

ST. MARIE, TANYA
ADDRESS AVAILABLE UPON REQUEST

ST. ONGE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ST. PETER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ST. PETER, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

ST. PIERRE, BEN
ADDRESS AVAILABLE UPON REQUEST

ST. PIERRE, PAUL
ADDRESS AVAILABLE UPON REQUEST

ST. REGIS
ADDRESS UNAVAILABLE AT TIME OF FILING

ST. VINCENT TAVERN
ADDRESS UNAVAILABLE AT TIME OF FILING

ST. VINCENT, AMBER
ADDRESS AVAILABLE UPON REQUEST

ST., CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ST., LAUREN
ADDRESS AVAILABLE UPON REQUEST

ST.CLAIR, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

ST.CLAIR, PEGGY
ADDRESS AVAILABLE UPON REQUEST

ST.JAMES, DOUG
ADDRESS AVAILABLE UPON REQUEST

ST.ONGE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ST.ONGE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STA ANA, JOAN
ADDRESS AVAILABLE UPON REQUEST

STAAB, BRYAN
ADDRESS AVAILABLE UPON REQUEST

STAAF, JULIE
ADDRESS AVAILABLE UPON REQUEST

STAAL, TAISIA
ADDRESS AVAILABLE UPON REQUEST

STAAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STAATS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STAATS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

STAATS, ETHAN
ADDRESS AVAILABLE UPON REQUEST

STAATS, JULIE
ADDRESS AVAILABLE UPON REQUEST

STABEL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STABELL, JENNY
ADDRESS AVAILABLE UPON REQUEST

STABILE, CHERI
ADDRESS AVAILABLE UPON REQUEST

STABILE, GRACIELA
ADDRESS AVAILABLE UPON REQUEST

STABILE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STABILE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STABILE, SHARON
ADDRESS AVAILABLE UPON REQUEST

STABINER, JASON
ADDRESS AVAILABLE UPON REQUEST

STABLEIN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STABOSZ, CASEY
ADDRESS AVAILABLE UPON REQUEST

STACEY BOGART
ADDRESS AVAILABLE UPON REQUEST

STACEY CRUMRINE
ADDRESS AVAILABLE UPON REQUEST

STACEY JOHNSTON
ADDRESS AVAILABLE UPON REQUEST

STACEY LEWIS
ADDRESS AVAILABLE UPON REQUEST

STACEY NOUNNAN
ADDRESS AVAILABLE UPON REQUEST

STACEY THAYER
ADDRESS AVAILABLE UPON REQUEST

STACEY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STACEY, LESLIE
ADDRESS AVAILABLE UPON REQUEST

STACEY, LOREN
ADDRESS AVAILABLE UPON REQUEST

STACEY, ROSE
ADDRESS AVAILABLE UPON REQUEST

STACH, TODD
ADDRESS AVAILABLE UPON REQUEST

STACHEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

STACHELEK, NELA
ADDRESS AVAILABLE UPON REQUEST

STACHOKUS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STACHOWIAK, KADY
ADDRESS AVAILABLE UPON REQUEST

STACHOWIAK, KIERA
ADDRESS AVAILABLE UPON REQUEST

STACHURA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STACHURA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

STACIA PARKER
ADDRESS AVAILABLE UPON REQUEST

STACIA SCHUELE
ADDRESS AVAILABLE UPON REQUEST

STACIE LAGATTUTA
ADDRESS AVAILABLE UPON REQUEST

STACK COMMERCE
21 MARKET STREET
VENICE, CA  90291

STACK EXCHANGE
ADDRESS UNAVAILABLE AT TIME OF FILING

STACK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STACK, AMBER
ADDRESS AVAILABLE UPON REQUEST

STACK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STACK, DAVID
ADDRESS AVAILABLE UPON REQUEST

STACK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STACK, LARA
ADDRESS AVAILABLE UPON REQUEST

STACK, LAURE
ADDRESS AVAILABLE UPON REQUEST

STACK, LINDA
ADDRESS AVAILABLE UPON REQUEST

STACK, MIKE
ADDRESS AVAILABLE UPON REQUEST

STACK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STACK, TERESA
ADDRESS AVAILABLE UPON REQUEST

STACK, TRACY
ADDRESS AVAILABLE UPON REQUEST

STACK, VERONICA
ADDRESS AVAILABLE UPON REQUEST

STACKHOUSE, JAMES
ADDRESS AVAILABLE UPON REQUEST

STACKHOUSE, LACEY
ADDRESS AVAILABLE UPON REQUEST

STACKHOUSE, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

STACKMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

STACKMAN, TINA
ADDRESS AVAILABLE UPON REQUEST

STACY BAGLEY
ADDRESS AVAILABLE UPON REQUEST

STACY CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

STACY HOENIGMANN
ADDRESS AVAILABLE UPON REQUEST

STACY HORTON
ADDRESS AVAILABLE UPON REQUEST

STACY SHAHLA
ADDRESS AVAILABLE UPON REQUEST

STACY WELLE
ADDRESS AVAILABLE UPON REQUEST

STACY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STACY, BRYANT
ADDRESS AVAILABLE UPON REQUEST

STACY, ERIN
ADDRESS AVAILABLE UPON REQUEST

STACY, FOX
ADDRESS AVAILABLE UPON REQUEST

STACY, JAIME
ADDRESS AVAILABLE UPON REQUEST

STACY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STACY, KELLY
ADDRESS AVAILABLE UPON REQUEST

STACY, LAURA
ADDRESS AVAILABLE UPON REQUEST

STACY, SHEILA
ADDRESS AVAILABLE UPON REQUEST

STACY, ZACH
ADDRESS AVAILABLE UPON REQUEST

STADELMAN, MARY
ADDRESS AVAILABLE UPON REQUEST

STADELMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STADHEIM, EMILY
ADDRESS AVAILABLE UPON REQUEST

STADHEIM, KATIE
ADDRESS AVAILABLE UPON REQUEST

STADLEN, TAMI
ADDRESS AVAILABLE UPON REQUEST

STADLER, DREW
ADDRESS AVAILABLE UPON REQUEST

STADLER, HOPE
ADDRESS AVAILABLE UPON REQUEST

STADLER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

STADLER, KRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STADLER, MONTSERRAT
ADDRESS AVAILABLE UPON REQUEST

STADNIK, LILY
ADDRESS AVAILABLE UPON REQUEST

STADOLNIK, ANN
ADDRESS AVAILABLE UPON REQUEST

STADTERMAN, DAVE
ADDRESS AVAILABLE UPON REQUEST

STADTMUELLER, AMIE
ADDRESS AVAILABLE UPON REQUEST

STADTMUELLER, AMIE
ADDRESS AVAILABLE UPON REQUEST

STADTMUELLER, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

STADUM, JOE
ADDRESS AVAILABLE UPON REQUEST

STAEBEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAELEN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STAELENS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

STAFF, BETSY
ADDRESS AVAILABLE UPON REQUEST

STAFFIERI, ESTELLE
ADDRESS AVAILABLE UPON REQUEST

STAFFIERI, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

STAFFIERI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, CARLY
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, CERIDWYN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, GEORGE
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, KAREN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, LATOYA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, LILIANA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, MARY
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, MICHALYN
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, MONA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, RITA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, SARA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, SARA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, SHARON
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, TARA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD, TONYA
ADDRESS AVAILABLE UPON REQUEST

STAFFORD-MATTHEWS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

STAGE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

STAGECOACH
ADDRESS UNAVAILABLE AT TIME OF FILING

STAGER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

STAGER, KARLI
ADDRESS AVAILABLE UPON REQUEST

STAGG, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

STAGG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STAGG, BILL
ADDRESS AVAILABLE UPON REQUEST

STAGG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STAGG, WINSTON
ADDRESS AVAILABLE UPON REQUEST

STAGGS, AMY
ADDRESS AVAILABLE UPON REQUEST

STAGGS, JAYCEE
ADDRESS AVAILABLE UPON REQUEST

STAGICH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STAGNER, KAYCEE
ADDRESS AVAILABLE UPON REQUEST

STAGNER, MARCY
ADDRESS AVAILABLE UPON REQUEST

STAGNITTA, TALIA
ADDRESS AVAILABLE UPON REQUEST

STAHL, ANN
ADDRESS AVAILABLE UPON REQUEST

STAHL, ANNA
ADDRESS AVAILABLE UPON REQUEST

STAHL, BRINLEE
ADDRESS AVAILABLE UPON REQUEST

STAHL, DAVID
ADDRESS AVAILABLE UPON REQUEST

STAHL, JAMEE
ADDRESS AVAILABLE UPON REQUEST

STAHL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

STAHL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STAHL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STAHL, SIERRA
ADDRESS AVAILABLE UPON REQUEST

STAHL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STAHL, TERRY
ADDRESS AVAILABLE UPON REQUEST

STAHL, TRACY
ADDRESS AVAILABLE UPON REQUEST

STAHL, TYLER
ADDRESS AVAILABLE UPON REQUEST

STAHL, ZACH
ADDRESS AVAILABLE UPON REQUEST

STAHLER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STAHLEY, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

STAHLKUPPE, TAYLER
ADDRESS AVAILABLE UPON REQUEST

STAHLMANN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

STAHMER, ERIC
ADDRESS AVAILABLE UPON REQUEST

STAHN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

STAHURSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

STAIB, JUDITH
ADDRESS AVAILABLE UPON REQUEST

STAIGLE, AMBER
ADDRESS AVAILABLE UPON REQUEST

STAINBACK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STAINBROOK, DIANNA
ADDRESS AVAILABLE UPON REQUEST

STAINE, RYAN
ADDRESS AVAILABLE UPON REQUEST

STAINER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

STAINS, JONNI
ADDRESS AVAILABLE UPON REQUEST

STAIR, TERRI
ADDRESS AVAILABLE UPON REQUEST

STAIR, TODD
ADDRESS AVAILABLE UPON REQUEST

STAIRS, LAURA
ADDRESS AVAILABLE UPON REQUEST

STAJEK, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

STAKELUM, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STAKELY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

STAKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STAKIAS, TESS
ADDRESS AVAILABLE UPON REQUEST

STAKOR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STAL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STALAZS, RAITIS
ADDRESS AVAILABLE UPON REQUEST

STALBAUM, NORM
ADDRESS AVAILABLE UPON REQUEST

STALBERGER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STALCUP, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

STALETOVIC, NATALIJA
ADDRESS AVAILABLE UPON REQUEST

STALEY, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

STALEY, DORIS
ADDRESS AVAILABLE UPON REQUEST

STALEY, GERALDINE
ADDRESS AVAILABLE UPON REQUEST

STALEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STALEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STALEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

STALEY, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

STALEY, SHATEISHA
ADDRESS AVAILABLE UPON REQUEST

STALEY, TIM
ADDRESS AVAILABLE UPON REQUEST

STALFORD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STALFORT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STALICA, JUDY
ADDRESS AVAILABLE UPON REQUEST

STALKER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

STALL, DAVID
ADDRESS AVAILABLE UPON REQUEST

STALLARD, CARRYE
ADDRESS AVAILABLE UPON REQUEST

STALLARD, SETH
ADDRESS AVAILABLE UPON REQUEST

STALLARD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STALLBAUMER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STALLCUP, ELLEN
ADDRESS AVAILABLE UPON REQUEST

STALLCUP, SARA
ADDRESS AVAILABLE UPON REQUEST

STALLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STALLING, DANA
ADDRESS AVAILABLE UPON REQUEST

STALLING, MIKE
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, GEORGE BRENT
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, KATHY
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

STALLINGS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STALLMANN, ANNA
ADDRESS AVAILABLE UPON REQUEST

STALLON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STALLSMITH, MARY
ADDRESS AVAILABLE UPON REQUEST

STALLWORTH, CHANDEL
ADDRESS AVAILABLE UPON REQUEST

STALLWORTH, TRACY
ADDRESS AVAILABLE UPON REQUEST

STALNAKER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

STALNAKER, RIDGE
ADDRESS AVAILABLE UPON REQUEST

STALONS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STALOWY, KATELYN
ADDRESS AVAILABLE UPON REQUEST

STALTERI, DOMENIC
ADDRESS AVAILABLE UPON REQUEST

STALVEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

STALVEY, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STAMARIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

STAMAS, TIFFANEY
ADDRESS AVAILABLE UPON REQUEST

STAMATIOU, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

STAMATIS, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

STAMATIS, KRISTEN & JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STAMATO, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STAMATOPOULOS, TIA
ADDRESS AVAILABLE UPON REQUEST

STAMATOYANNAKIS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STAMBAUGH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

STAMBAUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STAMBAUGH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STAMBAUGH, KALLIE
ADDRESS AVAILABLE UPON REQUEST

STAMBAUGH, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

STAMBORSKI, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

STAMERJOHN, ELLIE
ADDRESS AVAILABLE UPON REQUEST

STAMM, APRIL
ADDRESS AVAILABLE UPON REQUEST

STAMM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STAMM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STAMM, SANJANA
ADDRESS AVAILABLE UPON REQUEST

STAMMBERGER, JEN
ADDRESS AVAILABLE UPON REQUEST

STAMMEN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

STAMOS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STAMOS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STAMOULIS, SPIROS
ADDRESS AVAILABLE UPON REQUEST

STAMP, BECCA
ADDRESS AVAILABLE UPON REQUEST

STAMP, CHRISTANNA
ADDRESS AVAILABLE UPON REQUEST

STAMP, KAYLA
ADDRESS AVAILABLE UPON REQUEST

STAMP, KENZIE
ADDRESS AVAILABLE UPON REQUEST

STAMPED.IO
ADDRESS UNAVAILABLE AT TIME OF FILING

STAMPER, LORENA
ADDRESS AVAILABLE UPON REQUEST

STAMPER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STAMPFLI, DAVE
ADDRESS AVAILABLE UPON REQUEST

STAMPKE, AMIE
ADDRESS AVAILABLE UPON REQUEST

STAMPKE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

STAMPS.COM
PO BOX 202928
DALLAS, TX  75320-2928

STAN, MAX
ADDRESS AVAILABLE UPON REQUEST

STAN, VITO
ADDRESS AVAILABLE UPON REQUEST

STANBACH, TRISHA
ADDRESS AVAILABLE UPON REQUEST

STANBERRY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STANBERY, LANI
ADDRESS AVAILABLE UPON REQUEST

STANCIL JR, GLENWOOD
ADDRESS AVAILABLE UPON REQUEST

STANCIL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STANCIL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STANCILL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANCZYK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

STANCZYK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STANDARD, JESSE
ADDRESS AVAILABLE UPON REQUEST

STANDARD, TYLER
ADDRESS AVAILABLE UPON REQUEST

STANDEFER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STANDEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

STANDIFER, BRINLEY
ADDRESS AVAILABLE UPON REQUEST

STANDIFER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STANDIFER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STANDIFER, TONI
ADDRESS AVAILABLE UPON REQUEST

STANDING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

STANDISH, STEFFANIE
ADDRESS AVAILABLE UPON REQUEST

STANDISH, TYLER
ADDRESS AVAILABLE UPON REQUEST

STANDLEY MURRAH
ADDRESS AVAILABLE UPON REQUEST

STANDLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STANDLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STANDRIDGE, CATHY
ADDRESS AVAILABLE UPON REQUEST

STANEK, JUDI
ADDRESS AVAILABLE UPON REQUEST

STANEK, MELANIE
ADDRESS AVAILABLE UPON REQUEST

STANEK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STANEK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STANEK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

STANFIELD, CARRIE
ADDRESS AVAILABLE UPON REQUEST

STANFIELD, GAYLE
ADDRESS AVAILABLE UPON REQUEST

STANFIELD, GREG
ADDRESS AVAILABLE UPON REQUEST

STANFIELD, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

STANFIELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STANFILL, ELLEN
ADDRESS AVAILABLE UPON REQUEST

STANFILL, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STANFORD, AMBER
ADDRESS AVAILABLE UPON REQUEST

STANFORD, HOLLI
ADDRESS AVAILABLE UPON REQUEST

STANFORD, KALEIGH
ADDRESS AVAILABLE UPON REQUEST

STANFORD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STANFORD, KERREY
ADDRESS AVAILABLE UPON REQUEST

STANFORD, KIM
ADDRESS AVAILABLE UPON REQUEST

STANFORD, LA SHAWN
ADDRESS AVAILABLE UPON REQUEST

STANFORD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STANFORD, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STANFORD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STANFORD, WENDY
ADDRESS AVAILABLE UPON REQUEST

STANG, MACKENNA
ADDRESS AVAILABLE UPON REQUEST

STANGE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

STANGE, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

STANGE, KAY
ADDRESS AVAILABLE UPON REQUEST

STANGE, KEN
ADDRESS AVAILABLE UPON REQUEST

STANGE, LEXI
ADDRESS AVAILABLE UPON REQUEST

STANGEBYE, SARAH
ADDRESS AVAILABLE UPON REQUEST

STANGEL, TRACY
ADDRESS AVAILABLE UPON REQUEST

STANGEL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

STANGER, KATE
ADDRESS AVAILABLE UPON REQUEST

STANGER, STEVE
ADDRESS AVAILABLE UPON REQUEST

STANGER, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

STANGL, JOAN
ADDRESS AVAILABLE UPON REQUEST

STANGL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STANGLE, SEAN
ADDRESS AVAILABLE UPON REQUEST

STANGLIN, SANDY
ADDRESS AVAILABLE UPON REQUEST

STANGRET, DIANNA
ADDRESS AVAILABLE UPON REQUEST

STANINGER, SUNSARA
ADDRESS AVAILABLE UPON REQUEST

STANISLAUS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

STANISLAV RUDOI
ADDRESS AVAILABLE UPON REQUEST

STANISLAW, BABULA
ADDRESS AVAILABLE UPON REQUEST

STANISLAW, KELLY
ADDRESS AVAILABLE UPON REQUEST

STANISZEWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STANIZZI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

STANKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STANKEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STANKIEWICZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

STANKOSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STANKOVICH, DONALD
ADDRESS AVAILABLE UPON REQUEST

STANKOWSKI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STANKUS, JANINE
ADDRESS AVAILABLE UPON REQUEST

STANLAND, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STANLEY BLACK & DECKER, DAVID
JACKSON - SYSTEMS
ADDRESS AVAILABLE UPON REQUEST

STANLEY DAVID
ADDRESS AVAILABLE UPON REQUEST

STANLEY G RABALAIS JR
ADDRESS AVAILABLE UPON REQUEST

STANLEY ONUBIYI
ADDRESS AVAILABLE UPON REQUEST

STANLEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, BERNICE
ADDRESS AVAILABLE UPON REQUEST

STANLEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, CODY
ADDRESS AVAILABLE UPON REQUEST

STANLEY, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STANLEY, DINA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, HUNTER J.
ADDRESS AVAILABLE UPON REQUEST

STANLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, KRISTAN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, KYLA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, LISA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

STANLEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STANLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, NANETTE
ADDRESS AVAILABLE UPON REQUEST

STANLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STANLEY, TANISHA
ADDRESS AVAILABLE UPON REQUEST

STANLEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STANLEY, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

STANLEY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STANLEY-SKABLA, TRINITY
ADDRESS AVAILABLE UPON REQUEST

STANMYER, HILARY
ADDRESS AVAILABLE UPON REQUEST

STANNARD, JAN
ADDRESS AVAILABLE UPON REQUEST

STANNER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STANOCH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

STANOSZ, JAMEY
ADDRESS AVAILABLE UPON REQUEST

STANSBARGER, MINDY
ADDRESS AVAILABLE UPON REQUEST

STANSBERRY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANSBERRY, KAREN
ADDRESS AVAILABLE UPON REQUEST

STANSBURY, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

STANSBURY, KULLEN
ADDRESS AVAILABLE UPON REQUEST

STANSBURY, TODD
ADDRESS AVAILABLE UPON REQUEST

STANSBURY, TOM
ADDRESS AVAILABLE UPON REQUEST

STANSELL, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

STANSELL, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STANSFIELD, JACOB
ADDRESS AVAILABLE UPON REQUEST

STANTON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STANTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STANTON, CASEY
ADDRESS AVAILABLE UPON REQUEST

STANTON, ELLYN
ADDRESS AVAILABLE UPON REQUEST

STANTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

STANTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STANTON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

STANTON, KEATON
ADDRESS AVAILABLE UPON REQUEST

STANTON, KENADY
ADDRESS AVAILABLE UPON REQUEST

STANTON, MARY
ADDRESS AVAILABLE UPON REQUEST

STANTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STANTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STANTON, MOIRA
ADDRESS AVAILABLE UPON REQUEST

STANTON, NANCY
ADDRESS AVAILABLE UPON REQUEST

STANTON, TRACY
ADDRESS AVAILABLE UPON REQUEST

STANULA, NICKI
ADDRESS AVAILABLE UPON REQUEST

STANULEWICH, CASEY
ADDRESS AVAILABLE UPON REQUEST

STANUSH, SHERI
ADDRESS AVAILABLE UPON REQUEST

STANZAK, JAIME
ADDRESS AVAILABLE UPON REQUEST

STANZIANI, SARA
ADDRESS AVAILABLE UPON REQUEST

STANZIONE, EMILY
ADDRESS AVAILABLE UPON REQUEST

STANZIONE, GIANPIERO
ADDRESS AVAILABLE UPON REQUEST

STAPELMANN, DAYLE
ADDRESS AVAILABLE UPON REQUEST

STAPLEFORD, KATIE
ADDRESS AVAILABLE UPON REQUEST

STAPLES ADVANTAGE
DEPT LA PO BOX 83689
CHICAGO, IL  60696-3689

STAPLES
500 STAPLES DRIVE
FRAMINGHAM, MA  01702

STAPLES, DIANA
ADDRESS AVAILABLE UPON REQUEST

STAPLES, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAPLES, KIM
ADDRESS AVAILABLE UPON REQUEST

STAPLES, LAURA
ADDRESS AVAILABLE UPON REQUEST

STAPLES, LEAH
ADDRESS AVAILABLE UPON REQUEST

STAPLES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STAPLES, SIERRE
ADDRESS AVAILABLE UPON REQUEST

STAPLES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STAPLES, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

STAPLES-BWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

STAPLETON, ALBA
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, ANDRIA
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, ERICA
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, JULIE
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, KAREN
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, LISA
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, MARIE
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, ROYSTON
ADDRESS AVAILABLE UPON REQUEST

STAPLETON, TREVOR
ADDRESS AVAILABLE UPON REQUEST

STAPLEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

STAPP, KAT
ADDRESS AVAILABLE UPON REQUEST

STAPPARD, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

STAPPERT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STAR LANE AND DIERBERG VINEYARDS, LLC
2121 ALISOS RD
SANTA YNEZ, CA  93460

STAR, ALEX
ADDRESS AVAILABLE UPON REQUEST

STAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STARBLE, KATIE
ADDRESS AVAILABLE UPON REQUEST

STARBUCK, KARINA
ADDRESS AVAILABLE UPON REQUEST

STARBUCKS
ADDRESS UNAVAILABLE AT TIME OF FILING

STARCEVICH, KYLE
ADDRESS AVAILABLE UPON REQUEST

STARCEVICH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STARCHER, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

STARCHER, SHERRI
ADDRESS AVAILABLE UPON REQUEST

STARCK, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STAREK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STAREK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STARESINIC, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STARGHILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STARIE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STARIN, JARED
ADDRESS AVAILABLE UPON REQUEST

STARINSKY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STARK HERNANDEZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

STARK SOMMERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

STARK WINE
441 HEALDSBURG AVE.
HEALDSBURG, CA  95448

STARK, AMY
ADDRESS AVAILABLE UPON REQUEST

STARK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STARK, BOBBI
ADDRESS AVAILABLE UPON REQUEST

STARK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STARK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STARK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STARK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STARK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STARK, DESIREE
ADDRESS AVAILABLE UPON REQUEST

STARK, EDEN
ADDRESS AVAILABLE UPON REQUEST

STARK, FATIMA
ADDRESS AVAILABLE UPON REQUEST

STARK, HALEY
ADDRESS AVAILABLE UPON REQUEST

STARK, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

STARK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STARK, JENNY
ADDRESS AVAILABLE UPON REQUEST

STARK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STARK, KATE
ADDRESS AVAILABLE UPON REQUEST

STARK, KATYA
ADDRESS AVAILABLE UPON REQUEST

STARK, KIM
ADDRESS AVAILABLE UPON REQUEST

STARK, KRISTI
ADDRESS AVAILABLE UPON REQUEST

STARK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STARK, MEG
ADDRESS AVAILABLE UPON REQUEST

STARK, MIKE
ADDRESS AVAILABLE UPON REQUEST

STARK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STARK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

STARK, NINA
ADDRESS AVAILABLE UPON REQUEST

STARK, RIKKI
ADDRESS AVAILABLE UPON REQUEST

STARK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STARK, SHELBY
ADDRESS AVAILABLE UPON REQUEST

STARK, SHERI
ADDRESS AVAILABLE UPON REQUEST

STARK, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

STARK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STARK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STARK, WES
ADDRESS AVAILABLE UPON REQUEST

STARK, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STARKE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STARKE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STARKE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STARKE, PETER
ADDRESS AVAILABLE UPON REQUEST

STARKEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

STARKEL, SHEENA
ADDRESS AVAILABLE UPON REQUEST

STARKENBURG, SARAH
ADDRESS AVAILABLE UPON REQUEST

STARKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STARKER, GERE
ADDRESS AVAILABLE UPON REQUEST

STARKEY, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

STARKEY, EDWARD
ADDRESS AVAILABLE UPON REQUEST

STARKEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STARKEY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STARKEY, SANDRA
ADDRESS AVAILABLE UPON REQUEST

STARKS, ALEX
ADDRESS AVAILABLE UPON REQUEST

STARKS, ALVIN
ADDRESS AVAILABLE UPON REQUEST

STARKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STARKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

STARKS, JAYLIN
ADDRESS AVAILABLE UPON REQUEST

STARKS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STARKS, SAM
ADDRESS AVAILABLE UPON REQUEST

STARKS, WAYNE
ADDRESS AVAILABLE UPON REQUEST

STARKWEATHER, CATHY
ADDRESS AVAILABLE UPON REQUEST

STARLIGHT IGUANA
972 E CALIFORNIA BLVD, UNIT 105
PASADENA, CA 91106

STARLING, AMBER
ADDRESS AVAILABLE UPON REQUEST

STARLING, HEGE
ADDRESS AVAILABLE UPON REQUEST

STARLING, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STARNES, BETTY LOU
ADDRESS AVAILABLE UPON REQUEST

STARNES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STARNES, JILL
ADDRESS AVAILABLE UPON REQUEST

STARNES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STARNES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STARNES, LORI
ADDRESS AVAILABLE UPON REQUEST

STARNES, RICHARD
ADDRESS AVAILABLE UPON REQUEST

STARNES, SHANNA
ADDRESS AVAILABLE UPON REQUEST

STAROSCIAK, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STAROSCIK, JAMI
ADDRESS AVAILABLE UPON REQUEST

STAROSTA, MARIA
ADDRESS AVAILABLE UPON REQUEST

STARR, AARON
ADDRESS AVAILABLE UPON REQUEST

STARR, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STARR, ALLEGRA
ADDRESS AVAILABLE UPON REQUEST

STARR, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

STARR, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

STARR, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

STARR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STARR, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STARR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STARR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

STARR, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STARR, DAVID
ADDRESS AVAILABLE UPON REQUEST

STARR, GARY
ADDRESS AVAILABLE UPON REQUEST

STARR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STARR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STARR, RUTH
ADDRESS AVAILABLE UPON REQUEST

STARRETT, ALISON
ADDRESS AVAILABLE UPON REQUEST

STARRETT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STARR-GLASS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STARRY, SHELLY
ADDRESS AVAILABLE UPON REQUEST

START ELEVATOR, KAREN MAGUIRE
ADDRESS AVAILABLE UPON REQUEST

START, SARAH
ADDRESS AVAILABLE UPON REQUEST

STARTZ, ELOISA
ADDRESS AVAILABLE UPON REQUEST

STARUSZKIEWICZ, SABINA
ADDRESS AVAILABLE UPON REQUEST

STARY, NICKIE
ADDRESS AVAILABLE UPON REQUEST

STARYNSKI, LISA
ADDRESS AVAILABLE UPON REQUEST

STAS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

STASEK, ALBIE
ADDRESS AVAILABLE UPON REQUEST

STASH, JULIE
ADDRESS AVAILABLE UPON REQUEST

STASIAK, JACOB
ADDRESS AVAILABLE UPON REQUEST

STASIK, ELISSA
ADDRESS AVAILABLE UPON REQUEST

STASIK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STASKO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

STASKUNAS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

STASNY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STASNY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STASTNY, KAT
ADDRESS AVAILABLE UPON REQUEST

STASTNY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STASZAK, ROSS
ADDRESS AVAILABLE UPON REQUEST

STASZCZAK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STASZCZAK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

STATE OF ALABAMA ATTORNEY GENERAL
501 WASHINGTON AVE
MONTGOMERY, AL  36104

STATE OF ALABAMA ATTORNEY GENERAL
PO BOX 300152
MONTGOMERY, AL  36130-0152

STATE OF ALASKA ATTORNEY GENERAL
1031 W 4TH AVE, STE 200
ANCHORAGE, AK  99501

STATE OF AMERICAN SAMOA ATTORNEY
GENERAL
AMERICAN SAMOA GOVT, EXEC OFC  BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO, AS  96799

STATE OF ARIZONA - DEPARTMENT OF
LIQUOR LICENSES
AND CONTROL
800 W. WASHINGTON 5TH FLOOR
ARIZONA, AZ  85007

STATE OF ARIZONA ATTORNEY GENERAL
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ  85004

STATE OF ARKANSAS - ALCOHOLIC
BEVERAGE CONTROL DIVISION
1515 WEST 7TH STREET, SUITE 503
LITTLE ROCK, AR 72201-3953

STATE OF ARKANSAS ATTORNEY GENERAL
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201-2610

STATE OF CALIFORNIA ATTORNEY GENERAL
1300 I ST, STE 1740
SACRAMENTO, CA 95814

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 I ST, STE 1740
SACRAMENTO, CA 95814-2919

STATE OF CALIFORNIA FRANCHISE TAX
BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0511

STATE OF CALIFORNIA LABOR AND
WORKFORCE DEVELOPMENT AGENCY
800 CAPITOL MALL
MIC 55
SACRAMENTO, CA 95814

STATE OF COLORADO ATTORNEY GENERAL
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO 80203

STATE OF CONNECTICUT ATTORNEY
GENERAL
55 ELM ST
HARTFORD, CT 06106

STATE OF CONNECTICUT
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF DELAWARE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

STATE OF DELAWARE
DELAWARE INVESTOR PROTECTION UNIT
820 NORTH FRENCH STREET, 5TH FLOOR
WILMINGTON, DE 19801

STATE OF FLORIDA ATTORNEY GENERAL
THE CAPITOL, PL 01
TALLAHASSEE, FL 32399-1050

STATE OF GEORGIA ATTORNEY GENERAL
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

STATE OF HAWAII ATTORNEY GENERAL
425 QUEEN ST
HONOLULU, HI 96813

STATE OF IDAHO ATTORNEY GENERAL
700 W JEFFERSON ST, STE 210
PO BOX 83720
BOISE, ID 83720-0010

STATE OF IDAHO
IDAHO STATE POLICE- ALCOHOL BEVERAGE
CONTROL
700 S STRATFORD DR STE 115
MERIDIAN, ID 83642

STATE OF IDAHO
IDAHO STATE TAX COMMISSION
PO BOX 76
BOISE, ID 83707-0076

STATE OF ILLINOIS ATTORNEY GENERAL
100 W RANDOLPH ST
CHICAGO, IL 60601

STATE OF INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FL
INDIANAPOLIS, IN 46204

STATE OF IOWA ATTORNEY GENERAL
BANKRUPTCY UNIT
1305 E WALNUT
DES MOINES, IA 50319

STATE OF KANSAS ATTORNEY GENERAL
120 SW 10TH AVE, 2ND FL
TOPEKA, KS 66612

STATE OF KENTUCKY ATTORNEY GENERAL
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449

STATE OF LOUISIANA ATTORNEY GENERAL
1885 N THIRD ST
BATON ROUGE, LA 70802

STATE OF LOUISIANA ATTORNEY GENERAL
PO BOX 94005
BATON ROUGE, LA 70804

STATE OF MAINE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, ME 04333

STATE OF MARYLAND ATTORNEY GENERAL
200 ST PAUL PLACE
BALTIMORE, MD 21202

STATE OF MASSACHUSETTS ATTORNEY
GENERAL
1 ASHBURTON PLACE
BOSTON, MA 02108-1518

STATE OF MICHIGAN ATTORNEY GENERAL
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF MICHIGAN
DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS
CORPORATIONS, SECURITIES, &
COMMERICAL LICENSING BUREAU
2407 N. GRAND RIVER AVENUE
LANSING, MI 48906

STATE OF MINNESOTA ATTORNEY GENERAL
455 MINNESOTA ST, STE 1400
ST. PAUL, MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL
PO BOX 220
JACKSON, MS 39205

STATE OF MISSISSIPPI ATTORNEY GENERAL
WALTER SILLERS BLDG
550 HIGH ST, STE 1200
JACKSON, MS 39201

STATE OF MISSOURI ATTORNEY GENERAL
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

STATE OF MONTANA ATTORNEY GENERAL
JUSTICE BLDG
215 N SANDERS
HELENA, MT 59620-1401

STATE OF MONTANA
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF NEBRASKA ATTORNEY GENERAL
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF NEVADA ATTORNEY GENERAL
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEW HAMPSHIRE ATTORNEY
GENERAL
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301

STATE OF NEW HAMPSHIRE LIQUOR
COMMISSION
DIVISION OF ENFORCEMENT & LICENSING
DIRECT SHIPPING
PO BOX 1795
CONCORD, NH 03302-1795

STATE OF NEW HAMPSHIRE
BUREAU OF SECURITIES DIVISION
107 NORTH MAIN STREET  204
CONCORD, NH 03301-4989

STATE OF NEW JERSEY ATTORNEY
GENERAL
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW JERSEY
PO BOX 929
TRENTON, NJ 08646-0929

STATE OF NEW MEXICO -  NEW MEXICO
DEPARTMENT OF WORKFORCE SOLUTIONS
PO BOX 1928
ALBUQUERQUE, NM 87103

STATE OF NEW MEXICO ATTORNEY
GENERAL
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501

STATE OF NEW MEXICO ATTORNEY
GENERAL
PO DRAWER 1508
SANTA FE, NM 87504-1508

STATE OF NEW YORK ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

STATE OF NEW YORK- CLUB W
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF NORTH CAROLINA ATTORNEY
GENERAL
9001 MAIL SERVICE CTR
RALEIGH, NC 27699-9001

STATE OF NORTH DAKOTA ATTORNEY
GENERAL
600 E BLVD AVE
DEPT 125
BISMARCK, ND 58505

STATE OF NY WORKERS COMPENSATION
BOARD
328 STATE STREET
FINANCE UNIT SCHENECTADY, NY 12305

STATE OF OHIO ATTORNEY GENERAL
30 E BROAD ST, 14TH FL
COLUMBUS, OH 43215

STATE OF OKLAHOMA ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

STATE OF OREGON ATTORNEY GENERAL
1162 COURT ST, NE
SALEM, OR 97301

STATE OF OREGON
DEPARTMENT OF CONSUMER AND
BUSINESS SERVICES
DIVISION OF FINANCE AND CORPORATE
SECURITIES
350 WINTER STREET NE ROOM 410
SALEM, OR 97301-3881

STATE OF PENNSYLVANIA ATTORNEY
GENERAL
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

STATE OF PENNSYLVANIA ATTORNEY
GENERAL
ATTN: JOSH SHAPIRO
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

STATE OF RHODE ISLAND ATTORNEY
GENERAL
150 S MAIN ST
PROVIDENCE, RI 02903

STATE OF SOUTH CAROLINA ATTORNEY
GENERAL
PO BOX 11549
COLUMBIA, SC 29211-1549

STATE OF SOUTH CAROLINA ATTORNEY
GENERAL
REMBERT DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

STATE OF SOUTH DAKOTA ATTORNEY
GENERAL
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501

STATE OF SOUTH DAKOTA
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF TENNESSEE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TEXAS ATTORNEY GENERAL
300 W 15TH ST
AUSTIN, TX 78701

STATE OF TEXAS ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF UTAH ATTORNEY GENERAL
350 N STATE ST, STE 230
SALT LAKE CITY, UT 84114-2320

STATE OF VERMONT - BWSC
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF VERMONT ATTORNEY GENERAL
109 STATE ST
MONTPELIER, VT 05609-1001

STATE OF VIRGIN ISLANDS ATTORNEY
GENERAL
34-38 KRONPRINDSENS GADE
GERS BLDG, 2ND FL
ST. THOMAS, VI 00802

STATE OF VIRGINIA ATTORNEY GENERAL
202 N 9TH ST
RICHMOND, VA 23219

STATE OF WASHINGTON ATTORNEY
GENERAL
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA, WA 98504-0100

STATE OF WASHINGTON LIQUOR CONTROL
BOARD
ADDRESS UNAVAILABLE AT TIME OF FILING

STATE OF WEST VIRGINIA ATTORNEY
GENERAL
STATE CAPITOL COMPLEX
BLDG 1, ROOM E-26
CHARLESTON, WV 25305

STATE OF WISCONSIN ATTORNEY GENERAL
WISCONSIN DEPARTMENT OF JUSTICE
17 W MAIN ST - PO BOX 7857
MADISON, WI 53703-7857

STATE OF WYOMING ATTORNEY GENERAL
2320 CAPITOL AVE
CHEYENNE, WY 82002

STATE ST (0997, 2399)
ATTN PROXY DEPT
1776 HERITAGE DR
NORTH QUINCY, MA 02171

STATE TAX GROUP, LLC
4099 MCEWEN 568
DALLAS, TX 75244

STATE TREASURER- OREGON
ADDRESS UNAVAILABLE AT TIME OF FILING

STATELY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STATEN, ARIELE
ADDRESS AVAILABLE UPON REQUEST

STATEN, MARISSA
ADDRESS AVAILABLE UPON REQUEST

STATERBROS
ADDRESS UNAVAILABLE AT TIME OF FILING

STATES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STATES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STATESIDE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

STATHAKIS DUBER, ANASTACIA
ADDRESS AVAILABLE UPON REQUEST

STATHAM, JODIE
ADDRESS AVAILABLE UPON REQUEST

STATHAM, KELLY
ADDRESS AVAILABLE UPON REQUEST

STATHAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

STATHES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

STATHIS, JOHN-PATRICK
ADDRESS AVAILABLE UPON REQUEST

STATIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STATION TAMOIL
ADDRESS UNAVAILABLE AT TIME OF FILING

STATLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STATOM, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STATON, COLLINE
ADDRESS AVAILABLE UPON REQUEST

STATON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STATON, KATERINA
ADDRESS AVAILABLE UPON REQUEST

STATON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STATON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

STATSENKO, IGOR
ADDRESS AVAILABLE UPON REQUEST

STATZ, ELSA
ADDRESS AVAILABLE UPON REQUEST

STATZER, TAWNY
ADDRESS AVAILABLE UPON REQUEST

STAUB, ALICIA
ADDRESS AVAILABLE UPON REQUEST

STAUB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STAUB, AMY
ADDRESS AVAILABLE UPON REQUEST

STAUB, DAMON
ADDRESS AVAILABLE UPON REQUEST

STAUB, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STAUB, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STAUCH, THERESE
ADDRESS AVAILABLE UPON REQUEST

STAUDACHER, AMBER
ADDRESS AVAILABLE UPON REQUEST

STAUDACHER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

STAUDENMAIER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

STAUDER, SALLY
ADDRESS AVAILABLE UPON REQUEST

STAUDT
ADDRESS AVAILABLE UPON REQUEST

STAUDT, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAUDT, JENNA
ADDRESS AVAILABLE UPON REQUEST

STAUDT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STAUFFENEKER, SONIA
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, ANNDEE
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, DELROY
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, DYEAN
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, LILY
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, MADDISON
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, NEIL
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, SANDY
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, STACIE
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STAUFFER, TARA
ADDRESS AVAILABLE UPON REQUEST

STAUFFFER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STAUNTON, BRIEDA
ADDRESS AVAILABLE UPON REQUEST

STAURSKY, KAREN
ADDRESS AVAILABLE UPON REQUEST

STAUTER, GINGER
ADDRESS AVAILABLE UPON REQUEST

STAVENS, DAWN
ADDRESS AVAILABLE UPON REQUEST

STAVER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STAVIN INCORPORATED
PO BOX 1693
SAUSALITO, CA  94966-1693

STAVITZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STAVNEZER, AMY JO
ADDRESS AVAILABLE UPON REQUEST

STAVOS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STAVRON, SAM
ADDRESS AVAILABLE UPON REQUEST

STAVROS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

STAVROS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STAWARZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

STAY ASPEN SNOWMASS
ADDRESS UNAVAILABLE AT TIME OF FILING

STAYE, MARIAN
ADDRESS AVAILABLE UPON REQUEST

STAYROOK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STCLAIR, GARY
ADDRESS AVAILABLE UPON REQUEST

STDICK, JEAN
ADDRESS AVAILABLE UPON REQUEST

STEADHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEADMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEADMAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

STEADMAN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

STEADMAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

STEADMAN, SYDNI
ADDRESS AVAILABLE UPON REQUEST

STEAKLEY, PAULA
ADDRESS AVAILABLE UPON REQUEST

STEALEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STEAMERS
ADDRESS UNAVAILABLE AT TIME OF FILING

STEAN, MONICA
ADDRESS AVAILABLE UPON REQUEST

STEARNES, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

STEARNS, ANNA
ADDRESS AVAILABLE UPON REQUEST

STEARNS, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

STEARNS, BRYANNA
ADDRESS AVAILABLE UPON REQUEST

STEARNS, COREY
ADDRESS AVAILABLE UPON REQUEST

STEARNS, DEENA
ADDRESS AVAILABLE UPON REQUEST

STEARNS, GREG
ADDRESS AVAILABLE UPON REQUEST

STEARNS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STEARNS, IVY
ADDRESS AVAILABLE UPON REQUEST

STEARNS, JENNA
ADDRESS AVAILABLE UPON REQUEST

STEARNS, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

STEARNS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

STEARNS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STEATES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEAVE ONYUNDO, SEKAI
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, ALEX
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, CAROL
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, CHARITY
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, HILARIE
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, JANET
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, JEREMY & HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEBBINS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

STEBER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEBILA, CARLY
ADDRESS AVAILABLE UPON REQUEST

STEC, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

STEC, BLAIR
ADDRESS AVAILABLE UPON REQUEST

STEC, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEC, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STECH, DAVID
ADDRESS AVAILABLE UPON REQUEST

STECHER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

STECHER, KAIT
ADDRESS AVAILABLE UPON REQUEST

STECHSCHULTE, DEANA
ADDRESS AVAILABLE UPON REQUEST

STECK, ABBY
ADDRESS AVAILABLE UPON REQUEST

STECK, SHARON
ADDRESS AVAILABLE UPON REQUEST

STECKEL, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STECKER, MARIA
ADDRESS AVAILABLE UPON REQUEST

STECKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STECKLEIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STECKLER, DARRELL
ADDRESS AVAILABLE UPON REQUEST

STECKLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

STECKLER, VICKI
ADDRESS AVAILABLE UPON REQUEST

STECKLINE, BROCK
ADDRESS AVAILABLE UPON REQUEST

STECKMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STECKY, NYDIA
ADDRESS AVAILABLE UPON REQUEST

STECYK, NATASHA
ADDRESS AVAILABLE UPON REQUEST

STEDMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEDMAN, JACQUELYNNE
ADDRESS AVAILABLE UPON REQUEST

STEDMAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

STEED, ANNA
ADDRESS AVAILABLE UPON REQUEST

STEED, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEED, THERESA
ADDRESS AVAILABLE UPON REQUEST

STEEDE, ALLY
ADDRESS AVAILABLE UPON REQUEST

STEEGE, MARY
ADDRESS AVAILABLE UPON REQUEST

STEEHLER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

STEEKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEEL HOUSE, INC
3644 EASTHAM DR
CULVER CITY, CA 90232

STEEL, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

STEEL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEEL, MS.GRAHAM
ADDRESS AVAILABLE UPON REQUEST

STEELBERG, ANNA
ADDRESS AVAILABLE UPON REQUEST

STEELCASE INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

STEELE, AARON
ADDRESS AVAILABLE UPON REQUEST

STEELE, ADAIRA
ADDRESS AVAILABLE UPON REQUEST

STEELE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

STEELE, AMY ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEELE, AMY
ADDRESS AVAILABLE UPON REQUEST

STEELE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STEELE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STEELE, CAROL
ADDRESS AVAILABLE UPON REQUEST

STEELE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STEELE, CODY
ADDRESS AVAILABLE UPON REQUEST

STEELE, DONNA
ADDRESS AVAILABLE UPON REQUEST

STEELE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEELE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEELE, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEELE, EVONNE
ADDRESS AVAILABLE UPON REQUEST

STEELE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

STEELE, HALEY
ADDRESS AVAILABLE UPON REQUEST

STEELE, JEANNA
ADDRESS AVAILABLE UPON REQUEST

STEELE, JENN
ADDRESS AVAILABLE UPON REQUEST

STEELE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEELE, JEREMY
ADDRESS AVAILABLE UPON REQUEST

STEELE, JODY
ADDRESS AVAILABLE UPON REQUEST

STEELE, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEELE, KARA
ADDRESS AVAILABLE UPON REQUEST

STEELE, KATELYN
ADDRESS AVAILABLE UPON REQUEST

STEELE, KATLYN
ADDRESS AVAILABLE UPON REQUEST

STEELE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STEELE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEELE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEELE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STEELE, LISA
ADDRESS AVAILABLE UPON REQUEST

STEELE, LISA
ADDRESS AVAILABLE UPON REQUEST

STEELE, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

STEELE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STEELE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

STEELE, PAULA
ADDRESS AVAILABLE UPON REQUEST

STEELE, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

STEELE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STEELE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

STEELE, SHERRY
ADDRESS AVAILABLE UPON REQUEST

STEELE, STEWART
ADDRESS AVAILABLE UPON REQUEST

STEELE, SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

STEELE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STEELE, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

STEELEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEELEY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEELMAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

STEELMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEELMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

STEELMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEELY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

STEEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEEN, FELICIA
ADDRESS AVAILABLE UPON REQUEST

STEEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEEN, HARALD
ADDRESS AVAILABLE UPON REQUEST

STEEN, JANET
ADDRESS AVAILABLE UPON REQUEST

STEEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEEN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

STEEN, KERRI
ADDRESS AVAILABLE UPON REQUEST

STEEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STEEN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STEEN, TRUDY
ADDRESS AVAILABLE UPON REQUEST

STEENKAMP, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEENSLAND, BEN
ADDRESS AVAILABLE UPON REQUEST

STEEVES, ARLEN
ADDRESS AVAILABLE UPON REQUEST

STEEVES, LYNN
ADDRESS AVAILABLE UPON REQUEST

STEEVES, NALLY
ADDRESS AVAILABLE UPON REQUEST

STEEVES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEFAN KURSAWE
ADDRESS AVAILABLE UPON REQUEST

STEFAN RUSSELL
ADDRESS AVAILABLE UPON REQUEST

STEFAN THOMPSON
ADDRESS AVAILABLE UPON REQUEST

STEFAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

STEFAN, BOGDAN
ADDRESS AVAILABLE UPON REQUEST

STEFAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEFANELLI, MONICA
ADDRESS AVAILABLE UPON REQUEST

STEFANI, ANDA
ADDRESS AVAILABLE UPON REQUEST

STEFANI, ATEA
ADDRESS AVAILABLE UPON REQUEST

STEFANICH, KATIE
ADDRESS AVAILABLE UPON REQUEST

STEFANIDES, ERIKA
ADDRESS AVAILABLE UPON REQUEST

STEFANIE CULLEN
ADDRESS AVAILABLE UPON REQUEST

STEFANIE HERSHGORDON
ADDRESS AVAILABLE UPON REQUEST

STEFANIE MCCAHON
ADDRESS AVAILABLE UPON REQUEST

STEFANIE SCOWDEN
ADDRESS AVAILABLE UPON REQUEST

STEFANIE SLACK
ADDRESS AVAILABLE UPON REQUEST

STEFANIE STEWART
ADDRESS AVAILABLE UPON REQUEST

STEFANIK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

STEFANIK, KAY
ADDRESS AVAILABLE UPON REQUEST

STEFANIK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STEFANO MONGARDI
ADDRESS AVAILABLE UPON REQUEST

STEFANO RUMI
1321 S. BERENDO ST
LOS ANGELES, CA  90006

STEFEK, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEFEK, KYLE
ADDRESS AVAILABLE UPON REQUEST

STEFENCAVAGE, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

STEFFAN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STEFFAN, THEODORE
ADDRESS AVAILABLE UPON REQUEST

STEFFANINA, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEFFEK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEFFEN BOEHM
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, ANNA-CLAIRE
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEFFEN, JESSE
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, JANE
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEFFENS, TARA
ADDRESS AVAILABLE UPON REQUEST

STEFFENSMEIER, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

STEFFENSMEIER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEFFENSMEIER, SARA
ADDRESS AVAILABLE UPON REQUEST

STEFFES, ADAM
ADDRESS AVAILABLE UPON REQUEST

STEFFES, MARTHA
ADDRESS AVAILABLE UPON REQUEST

STEFFI L TSAI
690 BUSHWICK AVE 2B
BROOKLYN, NY 11221

STEFFIE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STEFFNEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEFOI-SILVER, ANAMARIA
ADDRESS AVAILABLE UPON REQUEST

STEGALL, KATE
ADDRESS AVAILABLE UPON REQUEST

STEGALL, NOELL
ADDRESS AVAILABLE UPON REQUEST

STEGELAND, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEGEMANN, KATHI
ADDRESS AVAILABLE UPON REQUEST

STEGER, KYLEAN
ADDRESS AVAILABLE UPON REQUEST

STEGGS, TOBY
ADDRESS AVAILABLE UPON REQUEST

STEGING, RYANN
ADDRESS AVAILABLE UPON REQUEST

STEGMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

STEGMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEGNER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

STEHLE, DIANA
ADDRESS AVAILABLE UPON REQUEST

STEHLE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STEHLIK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEHLIK, CHAR
ADDRESS AVAILABLE UPON REQUEST

STEHN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STEHR, BONNIE
ADDRESS AVAILABLE UPON REQUEST

STEHR, DANA
ADDRESS AVAILABLE UPON REQUEST

STEICHEN, DANYELLE
ADDRESS AVAILABLE UPON REQUEST

STEIDL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEIGENGA, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

STEIGER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

STEIGER, COLE
ADDRESS AVAILABLE UPON REQUEST

STEIGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEIGER, JACOB
ADDRESS AVAILABLE UPON REQUEST

STEIGER, KATE
ADDRESS AVAILABLE UPON REQUEST

STEIGER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

STEIGER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

STEIGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEIGER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STEIGERWALD, JANINE
ADDRESS AVAILABLE UPON REQUEST

STEIGERWALD, JODI
ADDRESS AVAILABLE UPON REQUEST

STEIGERWALD, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEIGERWALT, MARY
ADDRESS AVAILABLE UPON REQUEST

STEIGERWALT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEIGHNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEIGLEDER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEIJLEN, KARA
ADDRESS AVAILABLE UPON REQUEST

STEILEN, ANEESSA
ADDRESS AVAILABLE UPON REQUEST

STEIM, KRISTI
ADDRESS AVAILABLE UPON REQUEST

STEIN, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

STEIN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEIN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STEIN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

STEIN, BETH
ADDRESS AVAILABLE UPON REQUEST

STEIN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

STEIN, CARLY
ADDRESS AVAILABLE UPON REQUEST

STEIN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

STEIN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

STEIN, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEIN, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEIN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

STEIN, GINGER
ADDRESS AVAILABLE UPON REQUEST

STEIN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

STEIN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STEIN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

STEIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STEIN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

STEIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STEIN, LINDY
ADDRESS AVAILABLE UPON REQUEST

STEIN, MADISON
ADDRESS AVAILABLE UPON REQUEST

STEIN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

STEIN, NANCY
ADDRESS AVAILABLE UPON REQUEST

STEIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STEIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

STEIN, ROBERT & RITA
ADDRESS AVAILABLE UPON REQUEST

STEIN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STEIN, SHERI
ADDRESS AVAILABLE UPON REQUEST

STEIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEIN, TABITHA
ADDRESS AVAILABLE UPON REQUEST

STEIN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

STEIN, YOAV
ADDRESS AVAILABLE UPON REQUEST

STEINACKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEINARD, JASON
ADDRESS AVAILABLE UPON REQUEST

STEINAT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEINBACH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STEINBACH, JUDITH
ADDRESS AVAILABLE UPON REQUEST

STEINBACH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEINBACH, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STEINBAUER, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEINBECK VINEYARDS 1 LLC
5940 UNION ROAD
PASO ROBLES, CA 93446

STEINBERG, AVERY
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, CORRINA
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, JILL
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, MIKE
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, SHEA
ADDRESS AVAILABLE UPON REQUEST

STEINBERG, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

STEINBERGER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STEINBICKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEINBISER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEINBRECHER, ERIC
ADDRESS AVAILABLE UPON REQUEST

STEINBRENNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEINBRUGGE, PIA
ADDRESS AVAILABLE UPON REQUEST

STEINCAMP, REGINA
ADDRESS AVAILABLE UPON REQUEST

STEINEL, RICH
ADDRESS AVAILABLE UPON REQUEST

STEINER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEINER, DANA
ADDRESS AVAILABLE UPON REQUEST

STEINER, HELEN
ADDRESS AVAILABLE UPON REQUEST

STEINER, KATIE
ADDRESS AVAILABLE UPON REQUEST

STEINER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

STEINER, LARA
ADDRESS AVAILABLE UPON REQUEST

STEINER, LINDA
ADDRESS AVAILABLE UPON REQUEST

STEINER, LISA
ADDRESS AVAILABLE UPON REQUEST

STEINER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEINER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

STEINER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEINER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEINER, TINA
ADDRESS AVAILABLE UPON REQUEST

STEINER, VINCENT
ADDRESS AVAILABLE UPON REQUEST

STEINERT, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

STEINES, FIA
ADDRESS AVAILABLE UPON REQUEST

STEINHARDT, DAVID
ADDRESS AVAILABLE UPON REQUEST

STEINHART, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

STEINHAUS, CATHY
ADDRESS AVAILABLE UPON REQUEST

STEINHAUS, CORBIN
ADDRESS AVAILABLE UPON REQUEST

STEINHAUS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEINHAUSE, TYLER
ADDRESS AVAILABLE UPON REQUEST

STEINHAUSER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

STEINHAUSER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STEINHEBER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STEINHILBER, REMY
ADDRESS AVAILABLE UPON REQUEST

STEINHOFF, BECKY
ADDRESS AVAILABLE UPON REQUEST

STEINHOFF, BOBBI
ADDRESS AVAILABLE UPON REQUEST

STEINHOFF, JAN
ADDRESS AVAILABLE UPON REQUEST

STEINICKE, GRACE
ADDRESS AVAILABLE UPON REQUEST

STEININGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

STEINKAMP, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

STEINKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEINKE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

STEINKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEINKRAUS, SHARON
ADDRESS AVAILABLE UPON REQUEST

STEINKRAUSS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STEINMAIER, DENISE
ADDRESS AVAILABLE UPON REQUEST

STEINMETZ, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

STEINMETZ, KATE
ADDRESS AVAILABLE UPON REQUEST

STEINMETZ, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STEINMETZ, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEINNAGEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEINWANDEL, BECKY
ADDRESS AVAILABLE UPON REQUEST

STEINWEG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEISSLINGER, LISA
ADDRESS AVAILABLE UPON REQUEST

STEL, KARYN
ADDRESS AVAILABLE UPON REQUEST

STELICK, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

STELITANO, CASY
ADDRESS AVAILABLE UPON REQUEST

STELLA CONNECT
STELLA SERVICE, INC
75 BROAD STREET, SUITE 1010 10FL
NEW YORK, NY  10004

STELLA DEFOREST, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STELLA SOHL
ADDRESS AVAILABLE UPON REQUEST

STELLA
ADDRESS UNAVAILABLE AT TIME OF FILING

STELLA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

STELLARDO, GILLES
ADDRESS AVAILABLE UPON REQUEST

STELLE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

STELLE, LEAH
ADDRESS AVAILABLE UPON REQUEST

STELLER, ANN
ADDRESS AVAILABLE UPON REQUEST

STELLI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STELLING GURNETT, DONNA
ADDRESS AVAILABLE UPON REQUEST

STELLING, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STELLING, MARIA ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

STELLMACHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STELLMAKER, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

STELLMON, LILY
ADDRESS AVAILABLE UPON REQUEST

STELLPFLUG, SARA
ADDRESS AVAILABLE UPON REQUEST

STELLUTI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STELLUTO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STELMACK, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STELZER, CHASE
ADDRESS AVAILABLE UPON REQUEST

STELZER, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

STELZER, SHYANE
ADDRESS AVAILABLE UPON REQUEST

STEM, ALEXA
ADDRESS AVAILABLE UPON REQUEST

STEMEN, MEG
ADDRESS AVAILABLE UPON REQUEST

STEMKOWSKI, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

STEMLER, SIERRA
ADDRESS AVAILABLE UPON REQUEST

STEMM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEMMER, LISA
ADDRESS AVAILABLE UPON REQUEST

STEMPKA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STENBERG, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

STENCLIK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STENERSEN, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

STENGEL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

STENGEL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STENGER, CASEY
ADDRESS AVAILABLE UPON REQUEST

STENGER, KELLY
ADDRESS AVAILABLE UPON REQUEST

STENGER, ROB
ADDRESS AVAILABLE UPON REQUEST

STENLUND, TERESA
ADDRESS AVAILABLE UPON REQUEST

STENLUND, TERESA
ADDRESS AVAILABLE UPON REQUEST

STENNER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STENNIE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STENQUIST, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

STENSLAND, ALISON
ADDRESS AVAILABLE UPON REQUEST

STENSLAND, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

STENSLER, ERICA
ADDRESS AVAILABLE UPON REQUEST

STENSLIEN, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

STENSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STENSRUD, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

STENSRUD, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STENTA, KATRINA
ADDRESS AVAILABLE UPON REQUEST

STENZ, PAULA
ADDRESS AVAILABLE UPON REQUEST

STENZEL, CAROL
ADDRESS AVAILABLE UPON REQUEST

STENZEL, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEPANCHENKO, EDWARD
ADDRESS AVAILABLE UPON REQUEST

STEPANEK, MARY
ADDRESS AVAILABLE UPON REQUEST

STEPANIAK, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

STEPANIUK, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STEPANOVA, LARISA
ADDRESS AVAILABLE UPON REQUEST

STEPANOVA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

STEPANOVA, VALERIE
ADDRESS AVAILABLE UPON REQUEST

STEPCHUK, PEGGY
ADDRESS AVAILABLE UPON REQUEST

STEPH
ADDRESS AVAILABLE UPON REQUEST

STEPH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEPHAN MAHONEY
ADDRESS AVAILABLE UPON REQUEST

STEPHAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

STEPHAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEPHAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

STEPHAN, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

STEPHAN, ROMAN
ADDRESS AVAILABLE UPON REQUEST

STEPHANE BOURGAIN
ADDRESS AVAILABLE UPON REQUEST

STEPHANI, LISA
ADDRESS AVAILABLE UPON REQUEST

STEPHANI, MACY
ADDRESS AVAILABLE UPON REQUEST

STEPHANIA THEODORE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIDES, NINA
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE A KOLAKOWSKY-HAYNER
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE AEBI
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE BELL
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE C MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE COOK
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE DEJESUS
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE DESIR-JEAN
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE FREAS
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE GUESTELLA
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE HESS
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE HILL-DRAUGHN
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE JAVEL
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE JEAN-PIERRE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE JOHNDROW
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE KLING
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE KUGA
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE LAINE GREER
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE LOVE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE MARSHALL
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE OGE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE ROSENBERG
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE SFERRINO
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE SIONS
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE SOO YOON
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE TURCIOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE WARD
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE WRIGHT
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE WU LINGLE
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE YAUCH
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE YU
ADDRESS AVAILABLE UPON REQUEST

STEPHANIE, EZEKIEL
ADDRESS AVAILABLE UPON REQUEST

STEFFANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEPHANOU, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STEPHANOU, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

STEPHANY UTLEY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN ANDREW CRUZ
ADDRESS AVAILABLE UPON REQUEST

STEPHEN BEAUMONT
ADDRESS AVAILABLE UPON REQUEST

STEPHEN BIONDI
ADDRESS AVAILABLE UPON REQUEST

STEPHEN BLANEY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN BORGES
ADDRESS AVAILABLE UPON REQUEST

STEPHEN BRUCE TEW
ADDRESS AVAILABLE UPON REQUEST

STEPHEN C THURLOW
ADDRESS AVAILABLE UPON REQUEST

STEPHEN CHRISTOPHER CLARKE
ADDRESS AVAILABLE UPON REQUEST

STEPHEN CLARKE
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DAILY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DALEAS
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DAUGHERTY F/B/O JONATHAN
RUMMEY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DAUGHERTY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DAWS
ADDRESS AVAILABLE UPON REQUEST

STEPHEN DEMPSEY-CHIAM
ADDRESS AVAILABLE UPON REQUEST

STEPHEN E BAKER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

STEPHEN FORREST WELLER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN FREDERICO
ADDRESS AVAILABLE UPON REQUEST

STEPHEN FUGES
ADDRESS AVAILABLE UPON REQUEST

STEPHEN GIBBS
ADDRESS AVAILABLE UPON REQUEST

STEPHEN GOZDAN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN GREGORY BUDD
ADDRESS AVAILABLE UPON REQUEST

STEPHEN HERBERT
ADDRESS AVAILABLE UPON REQUEST

STEPHEN INGKAVET
ADDRESS AVAILABLE UPON REQUEST

STEPHEN J RANDAZZO
ADDRESS AVAILABLE UPON REQUEST

STEPHEN JAY GERHART
ADDRESS AVAILABLE UPON REQUEST

STEPHEN JAY KNYSH
ADDRESS AVAILABLE UPON REQUEST

STEPHEN JOHN GRAY
ADDRESS AVAILABLE UPON REQUEST

STEPHEN JOSEPH PERROT
ADDRESS AVAILABLE UPON REQUEST

STEPHEN JOSEPH
ADDRESS AVAILABLE UPON REQUEST

STEPHEN KINGSTON
ADDRESS AVAILABLE UPON REQUEST

STEPHEN L BROOKS
ADDRESS AVAILABLE UPON REQUEST

STEPHEN LEMBO
ADDRESS AVAILABLE UPON REQUEST

STEPHEN MATTHEW SCHARES
ADDRESS AVAILABLE UPON REQUEST

STEPHEN MAZZERA
ADDRESS AVAILABLE UPON REQUEST

STEPHEN MILLER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN ODELL HOFFARTH
ADDRESS AVAILABLE UPON REQUEST

STEPHEN P STOCKER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN R PALMER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN REGNIER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN SECAUR
ADDRESS AVAILABLE UPON REQUEST

STEPHEN SNYDER
ADDRESS AVAILABLE UPON REQUEST

STEPHEN WISSINK
ADDRESS AVAILABLE UPON REQUEST

STEPHEN WOOLVERTON
ADDRESS AVAILABLE UPON REQUEST

STEPHEN YOSKOWITZ
ADDRESS AVAILABLE UPON REQUEST

STEPHEN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, ALESHIRE
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, DENISE
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, EATHAN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, GWEN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEPHEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, AMBER
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ANNAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ARIANA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ASHLY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, AUSAR
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, BARCLAY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, BETH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CHUCK
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, CINDY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, DIANA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, DOUG
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, DYLAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ENFINITI
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, GRACE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, HANK
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JAMMIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JESIKA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JOAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JOANNE OR DENNIS
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, KARIS
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, KATE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, KELLY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LAUREL
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LEIGH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LEXI
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LUKE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MARJON
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MARK
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MARY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, NATHLIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, PAM
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, RENA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, ROSSIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SHERRI
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SHERRI
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, SYMANTHA
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, TANERELLE
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, TERRI
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, TODD
ADDRESS AVAILABLE UPON REQUEST

STEPHENS, TREK
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, BLAIR
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, DAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, FORBES
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, JASON
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, KANDACE
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, LISA
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, MARSHON
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, PHIL
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, SHARA
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEPHENSON, TESSA
ADDRESS AVAILABLE UPON REQUEST

STEPHEY, MATT
ADDRESS AVAILABLE UPON REQUEST

STEPKA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

STEPNEY, RENEE
ADDRESS AVAILABLE UPON REQUEST

STEPP, D
ADDRESS AVAILABLE UPON REQUEST

STEPP, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

STEPP, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STEPP, KEITH
ADDRESS AVAILABLE UPON REQUEST

STEPP, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEPP, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEPP, TERESA
ADDRESS AVAILABLE UPON REQUEST

STEPP, TERESA
ADDRESS AVAILABLE UPON REQUEST

STERANKO, JASON
ADDRESS AVAILABLE UPON REQUEST

STERBA, SUNNY
ADDRESS AVAILABLE UPON REQUEST

STERCHI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STERCHI, KAREN
ADDRESS AVAILABLE UPON REQUEST

STERCULA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STERCZALA, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STERCZEWSKI, AARON E.
ADDRESS AVAILABLE UPON REQUEST

STERIN-LIPMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STERK, KIM
ADDRESS AVAILABLE UPON REQUEST

STERK, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STERLIN, ROSE
ADDRESS AVAILABLE UPON REQUEST

STERLING ADMINISTRATION
1000 BROADWAY, SUITE 250
OAKLAND, CA  94607

STERLING, CAYLIN
ADDRESS AVAILABLE UPON REQUEST

STERLING, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STERLING, DELANEY
ADDRESS AVAILABLE UPON REQUEST

STERLING, DION
ADDRESS AVAILABLE UPON REQUEST

STERLING, EMILY
ADDRESS AVAILABLE UPON REQUEST

STERLING, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STERLING, JEANINE
ADDRESS AVAILABLE UPON REQUEST

STERLING, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STERLING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STERLING, RIVER
ADDRESS AVAILABLE UPON REQUEST

STERLING, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STERLING, VERONICA
ADDRESS AVAILABLE UPON REQUEST

STERLING-LYNCH, TANYA
ADDRESS AVAILABLE UPON REQUEST

STERMAN, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

STERMER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STERMITZ, KAREN
ADDRESS AVAILABLE UPON REQUEST

STERN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

STERN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

STERN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

STERN, DAVID
ADDRESS AVAILABLE UPON REQUEST

STERN, DIANE
ADDRESS AVAILABLE UPON REQUEST

STERN, EMMILEY
ADDRESS AVAILABLE UPON REQUEST

STERN, GAIL
ADDRESS AVAILABLE UPON REQUEST

STERN, GREG
ADDRESS AVAILABLE UPON REQUEST

STERN, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

STERN, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

STERN, LISA
ADDRESS AVAILABLE UPON REQUEST

STERN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STERN, PAULA
ADDRESS AVAILABLE UPON REQUEST

STERN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STERN, ROBYN
ADDRESS AVAILABLE UPON REQUEST

STERN, SALLY
ADDRESS AVAILABLE UPON REQUEST

STERN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

STERN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STERNAU, KATY
ADDRESS AVAILABLE UPON REQUEST

STERNBACH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STERNBERG, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

STERNECK, KENDRA
ADDRESS AVAILABLE UPON REQUEST

STERNER, ALISHA
ADDRESS AVAILABLE UPON REQUEST

STERNER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STERNER, CAITY
ADDRESS AVAILABLE UPON REQUEST

STERNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STERNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

STERNER, JENNA
ADDRESS AVAILABLE UPON REQUEST

STERNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STERNFELD, SAM
ADDRESS AVAILABLE UPON REQUEST

STERNHELL, PAUL
ADDRESS AVAILABLE UPON REQUEST

STERNI, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STERNKOPF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STERNS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STERNS, KATHI
ADDRESS AVAILABLE UPON REQUEST

STERNS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

STERRETT, BILLIE
ADDRESS AVAILABLE UPON REQUEST

STERRETT, GAYLE
ADDRESS AVAILABLE UPON REQUEST

STERRETT, HELEN
ADDRESS AVAILABLE UPON REQUEST

STERRETT, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

STERRY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STERVINOU, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STERWALD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STERWALD, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

STERZIK, COURTENAY
ADDRESS AVAILABLE UPON REQUEST

STERZINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STESHYN, LETTA
ADDRESS AVAILABLE UPON REQUEST

STESSNEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STETLER, DEB
ADDRESS AVAILABLE UPON REQUEST

STETSON, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

STETSON, JIM
ADDRESS AVAILABLE UPON REQUEST

STETSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

STETTLER-ENO, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

STETZ, JAY
ADDRESS AVAILABLE UPON REQUEST

STETZEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

STEUBENS TRUCK
ADDRESS UNAVAILABLE AT TIME OF FILING

STEUBENS
ADDRESS UNAVAILABLE AT TIME OF FILING

STEUER, DAVID
ADDRESS AVAILABLE UPON REQUEST

STEUERT, MATT
ADDRESS AVAILABLE UPON REQUEST

STEUERWALD, JENNA
ADDRESS AVAILABLE UPON REQUEST

STEURER-LOPICCOLO, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STEURNAGEL, JIM
ADDRESS AVAILABLE UPON REQUEST

STEVAN RODRIGUEZ II
ADDRESS AVAILABLE UPON REQUEST

STEVANOVICH, LINDA
ADDRESS AVAILABLE UPON REQUEST

STEVE COSBY
ADDRESS AVAILABLE UPON REQUEST

STEVE KILLAM
ADDRESS AVAILABLE UPON REQUEST

STEVE LOURENCO
ADDRESS AVAILABLE UPON REQUEST

STEVE MILES SELECTIONS
200 QUEBEC ST BUILDING 300-111-9
DENVER, CO  80230

STEVE ODONNELL
ADDRESS AVAILABLE UPON REQUEST

STEVE SALERNO, ALEXA CARSON &
ADDRESS AVAILABLE UPON REQUEST

STEVE SHEPHEARD
ADDRESS AVAILABLE UPON REQUEST

STEVE SLOATE
ADDRESS AVAILABLE UPON REQUEST

STEVE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STEVEN A ENGEL
ADDRESS AVAILABLE UPON REQUEST

STEVEN ANDREW BERO
ADDRESS AVAILABLE UPON REQUEST

STEVEN ANTHONY QUEVEDO
ADDRESS AVAILABLE UPON REQUEST

STEVEN B BRICKER
ADDRESS AVAILABLE UPON REQUEST

STEVEN BERE SULLIVAN
ADDRESS AVAILABLE UPON REQUEST

STEVEN BERO
ADDRESS AVAILABLE UPON REQUEST

STEVEN BERRY
ADDRESS AVAILABLE UPON REQUEST

STEVEN BLOOMFIELD
ADDRESS AVAILABLE UPON REQUEST

STEVEN BROTHERS
ADDRESS AVAILABLE UPON REQUEST

STEVEN BRYAN
ADDRESS AVAILABLE UPON REQUEST

STEVEN BURNS
ADDRESS AVAILABLE UPON REQUEST

STEVEN CHARLES SIKKEMA
ADDRESS AVAILABLE UPON REQUEST

STEVEN CRANDALL HEWETT
ADDRESS AVAILABLE UPON REQUEST

STEVEN D COX
ADDRESS AVAILABLE UPON REQUEST

STEVEN D JOEL
ADDRESS AVAILABLE UPON REQUEST

STEVEN D KRETSCHMAR
ADDRESS AVAILABLE UPON REQUEST

STEVEN DOUGLAS CARLSON
ADDRESS AVAILABLE UPON REQUEST

STEVEN DWIGHT BROWN
ADDRESS AVAILABLE UPON REQUEST

STEVEN ETZEL
ADDRESS AVAILABLE UPON REQUEST

STEVEN F CHILD
ADDRESS AVAILABLE UPON REQUEST

STEVEN G BECKER
ADDRESS AVAILABLE UPON REQUEST

STEVEN GILBERT
ADDRESS AVAILABLE UPON REQUEST

STEVEN GOLDSMITH
ADDRESS AVAILABLE UPON REQUEST

STEVEN H GIFIS
ADDRESS AVAILABLE UPON REQUEST

STEVEN HIGLEY
ADDRESS AVAILABLE UPON REQUEST

STEVEN HOOK
ADDRESS AVAILABLE UPON REQUEST

STEVEN J BENTLER
ADDRESS AVAILABLE UPON REQUEST

STEVEN J STEWART
ADDRESS AVAILABLE UPON REQUEST

STEVEN JAMES VAN ZEELAND
ADDRESS AVAILABLE UPON REQUEST

STEVEN JOHN MARTIN
ADDRESS AVAILABLE UPON REQUEST

STEVEN KENDALL
ADDRESS AVAILABLE UPON REQUEST

STEVEN KNUDSEN
ADDRESS AVAILABLE UPON REQUEST

STEVEN MARSHALL
ADDRESS AVAILABLE UPON REQUEST

STEVEN MEANS
1001 ESCALANTE ST. APT A
GUADALUPE, CA 93434

STEVEN MESSINGER
ADDRESS AVAILABLE UPON REQUEST

STEVEN MICHAEL BAUM
ADDRESS AVAILABLE UPON REQUEST

STEVEN NICHOLAS VENDOLA
ADDRESS AVAILABLE UPON REQUEST

STEVEN P MARTIN
ADDRESS AVAILABLE UPON REQUEST

STEVEN P SNYDER
ADDRESS AVAILABLE UPON REQUEST

STEVEN PERZIA
ADDRESS AVAILABLE UPON REQUEST

STEVEN POLLOCK
ADDRESS AVAILABLE UPON REQUEST

STEVEN RABE
ADDRESS AVAILABLE UPON REQUEST

STEVEN RICHTER
ADDRESS AVAILABLE UPON REQUEST

STEVEN RUGG
ADDRESS AVAILABLE UPON REQUEST

STEVEN SCOTT LEVENSON
ADDRESS AVAILABLE UPON REQUEST

STEVEN SEIFRIED
ADDRESS AVAILABLE UPON REQUEST

STEVEN SHAPIRO
ADDRESS AVAILABLE UPON REQUEST

STEVEN SLOAN
ADDRESS AVAILABLE UPON REQUEST

STEVEN STRATHDEE
ADDRESS AVAILABLE UPON REQUEST

STEVEN TODD BALLARD
ADDRESS AVAILABLE UPON REQUEST

STEVEN TODD BULLARD
ADDRESS AVAILABLE UPON REQUEST

STEVEN TOINTON
ADDRESS AVAILABLE UPON REQUEST

STEVEN W SMITH
ADDRESS AVAILABLE UPON REQUEST

STEVEN WANDEL
ADDRESS AVAILABLE UPON REQUEST

STEVEN WARREN JOHNSON
ADDRESS AVAILABLE UPON REQUEST

STEVEN WEBER
ADDRESS AVAILABLE UPON REQUEST

STEVEN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEVEN, MARK
ADDRESS AVAILABLE UPON REQUEST

STEVENOR, JOSH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ABBY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ADJORA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, AKILAH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEVENS, AMI
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, BONNIE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, BRAD
ADDRESS AVAILABLE UPON REQUEST

STEVENS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CAIT
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CATHY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CIARA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CLINT
ADDRESS AVAILABLE UPON REQUEST

STEVENS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, DEB
ADDRESS AVAILABLE UPON REQUEST

STEVENS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ELIZABETH (JODY)
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JACKSON
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JAMES
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JAMES
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JAY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JOANNE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEVENS, JUBILEE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KAT
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KATIE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KELLY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KENYA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KIM
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, KRISTE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, LISA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, LYNN
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MARIE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, NATE
ADDRESS AVAILABLE UPON REQUEST

STEVENS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

STEVENS, NIKO
ADDRESS AVAILABLE UPON REQUEST

STEVENS, PAT
ADDRESS AVAILABLE UPON REQUEST

STEVENS, PATTY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

STEVENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEVENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEVENS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEVENS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, SHELLY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

STEVENS, STEFANI
ADDRESS AVAILABLE UPON REQUEST

STEVENS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEVENS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEVENS, TODD
ADDRESS AVAILABLE UPON REQUEST

STEVENS, TRINITY
ADDRESS AVAILABLE UPON REQUEST

STEVENS, VIVIANA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, AMY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, ARIEL
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, BEREZ
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, BRAD
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, CLARA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, CRAIG
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, DESTINEY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, JACE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, JOAN
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, LASHAUNDA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, LISA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, LORI
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, MADDY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, MARY
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, NYRA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEVENSON, SONYA
ADDRESS AVAILABLE UPON REQUEST

STEVENSON-FLOM, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEVER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STEVERDING, BETHANY
ADDRESS AVAILABLE UPON REQUEST

STEVERMAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STEVERMER, LISA
ADDRESS AVAILABLE UPON REQUEST

STEVERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEVERSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEVES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STEVESON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STEVQUOAH, SCIATTA
ADDRESS AVAILABLE UPON REQUEST

STEWARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEWARD, AMBER
ADDRESS AVAILABLE UPON REQUEST

STEWARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEWARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEWARD, ROB
ADDRESS AVAILABLE UPON REQUEST

STEWARD-SCOTT, ELLENA
ADDRESS AVAILABLE UPON REQUEST

STEWART DALE MORCOM
ADDRESS AVAILABLE UPON REQUEST

STEWART HA, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STEWART HILL
ADDRESS AVAILABLE UPON REQUEST

STEWART, ABBY
ADDRESS AVAILABLE UPON REQUEST

STEWART, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

STEWART, ADELE
ADDRESS AVAILABLE UPON REQUEST

STEWART, ALEX
ADDRESS AVAILABLE UPON REQUEST

STEWART, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

STEWART, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEWART, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STEWART, ALLIX
ADDRESS AVAILABLE UPON REQUEST

STEWART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEWART, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STEWART, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STEWART, ANGIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, ANNE
ADDRESS AVAILABLE UPON REQUEST

STEWART, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

STEWART, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STEWART, AUDREY
ADDRESS AVAILABLE UPON REQUEST

STEWART, AVRIL
ADDRESS AVAILABLE UPON REQUEST

STEWART, BECKY
ADDRESS AVAILABLE UPON REQUEST

STEWART, BONNIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRANDI
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRETT
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STEWART, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STEWART, CAROL
ADDRESS AVAILABLE UPON REQUEST

STEWART, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STEWART, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STEWART, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STEWART, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

STEWART, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

STEWART, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

STEWART, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

STEWART, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

STEWART, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, DARREN
ADDRESS AVAILABLE UPON REQUEST

STEWART, DAVID
ADDRESS AVAILABLE UPON REQUEST

STEWART, DAWN
ADDRESS AVAILABLE UPON REQUEST

STEWART, DENISE
ADDRESS AVAILABLE UPON REQUEST

STEWART, DINA
ADDRESS AVAILABLE UPON REQUEST

STEWART, DLYNN
ADDRESS AVAILABLE UPON REQUEST

STEWART, DONNA
ADDRESS AVAILABLE UPON REQUEST

STEWART, DORIAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STEWART, EMILY
ADDRESS AVAILABLE UPON REQUEST

STEWART, EMMA
ADDRESS AVAILABLE UPON REQUEST

STEWART, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEWART, ERIN
ADDRESS AVAILABLE UPON REQUEST

STEWART, ESTELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, FLORA
ADDRESS AVAILABLE UPON REQUEST

STEWART, GEORGE
ADDRESS AVAILABLE UPON REQUEST

STEWART, GERALD
ADDRESS AVAILABLE UPON REQUEST

STEWART, ISMAELA
ADDRESS AVAILABLE UPON REQUEST

STEWART, JACLYN
ADDRESS AVAILABLE UPON REQUEST

STEWART, JAMES
ADDRESS AVAILABLE UPON REQUEST

STEWART, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, JANA
ADDRESS AVAILABLE UPON REQUEST

STEWART, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

STEWART, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STEWART, JODI
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOHN
ADDRESS AVAILABLE UPON REQUEST

STEWART, JONATHA
ADDRESS AVAILABLE UPON REQUEST

STEWART, JOY
ADDRESS AVAILABLE UPON REQUEST

STEWART, JUDI
ADDRESS AVAILABLE UPON REQUEST

STEWART, JULIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STEWART, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STEWART, KAY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KELLEY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KELLY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KELLY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KEVIN
ADDRESS AVAILABLE UPON REQUEST

STEWART, KIM
ADDRESS AVAILABLE UPON REQUEST

STEWART, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STEWART, KITRIA
ADDRESS AVAILABLE UPON REQUEST

STEWART, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STEWART, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

STEWART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEWART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STEWART, LAURIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STEWART, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STEWART, LISA
ADDRESS AVAILABLE UPON REQUEST

STEWART, LIZ
ADDRESS AVAILABLE UPON REQUEST

STEWART, LOGAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, LORELEI
ADDRESS AVAILABLE UPON REQUEST

STEWART, LORI
ADDRESS AVAILABLE UPON REQUEST

STEWART, MACIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, MARCIA
ADDRESS AVAILABLE UPON REQUEST

STEWART, MARISA
ADDRESS AVAILABLE UPON REQUEST

STEWART, MARTHA
ADDRESS AVAILABLE UPON REQUEST

STEWART, MASON
ADDRESS AVAILABLE UPON REQUEST

STEWART, MEAZA
ADDRESS AVAILABLE UPON REQUEST

STEWART, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STEWART, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STEWART, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STEWART, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, NAKEISHA
ADDRESS AVAILABLE UPON REQUEST

STEWART, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STEWART, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STEWART, PAUL
ADDRESS AVAILABLE UPON REQUEST

STEWART, QUIN
ADDRESS AVAILABLE UPON REQUEST

STEWART, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEWART, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STEWART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEWART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STEWART, RICHARD
ADDRESS AVAILABLE UPON REQUEST

STEWART, SALLY
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARA
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARA
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARA
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEWART, SARAH
ADDRESS AVAILABLE UPON REQUEST

STEWART, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHANI
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHAQUANA
ADDRESS AVAILABLE UPON REQUEST

STEWART, SHAZ
ADDRESS AVAILABLE UPON REQUEST

STEWART, STACEE
ADDRESS AVAILABLE UPON REQUEST

STEWART, STACI
ADDRESS AVAILABLE UPON REQUEST

STEWART, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STEWART, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STEWART, SUZY
ADDRESS AVAILABLE UPON REQUEST

STEWART, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STEWART, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

STEWART, TINA
ADDRESS AVAILABLE UPON REQUEST

STEWART, TRACY
ADDRESS AVAILABLE UPON REQUEST

STEWART, TRICIA
ADDRESS AVAILABLE UPON REQUEST

STEWART, ZALIKA
ADDRESS AVAILABLE UPON REQUEST

STEWART-DUNHAM, ALISON
ADDRESS AVAILABLE UPON REQUEST

STEWART-PENNOCK, LAURA
ADDRESS AVAILABLE UPON REQUEST

STEYER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STHANKI, MANISH
ADDRESS AVAILABLE UPON REQUEST

STIAN TRANMAEL
ADDRESS AVAILABLE UPON REQUEST

STIB, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STIBAL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STIBICH, LAURA
ADDRESS AVAILABLE UPON REQUEST

STICCO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STICE, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

STICE, SHAUN
ADDRESS AVAILABLE UPON REQUEST

STICHA, JACK
ADDRESS AVAILABLE UPON REQUEST

STICHTER, ALYSON
ADDRESS AVAILABLE UPON REQUEST

STICHTER, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

STICK IT TO ME
ADDRESS UNAVAILABLE AT TIME OF FILING

STICK, SHELLY
ADDRESS AVAILABLE UPON REQUEST

STICKEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

STICKEL, JILL
ADDRESS AVAILABLE UPON REQUEST

STICKEL, JOE
ADDRESS AVAILABLE UPON REQUEST

STICKELS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STICKELS, SHELBIE
ADDRESS AVAILABLE UPON REQUEST

STICKER MULE
ADDRESS UNAVAILABLE AT TIME OF FILING

STICKERGIANT.COM INC
ADDRESS UNAVAILABLE AT TIME OF FILING

STICKLE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

STICKLEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

STICKNEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

STIDHAM, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

STIDHAM, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

STIEB, BEAU
ADDRESS AVAILABLE UPON REQUEST

STIEB, NIKKI
ADDRESS AVAILABLE UPON REQUEST

STIEBEL, CANDIS
ADDRESS AVAILABLE UPON REQUEST

STIEF, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STIEF, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STIEF, JAKOB
ADDRESS AVAILABLE UPON REQUEST

STIEFEL, GINA
ADDRESS AVAILABLE UPON REQUEST

STIEFEL, HAILEE
ADDRESS AVAILABLE UPON REQUEST

STIEFEL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STIEFFEL, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

STIEG, TANA
ADDRESS AVAILABLE UPON REQUEST

STIEGLER, ARI
ADDRESS AVAILABLE UPON REQUEST

STIEGLER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STIEGLITZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

STIEGLITZ, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

STIEGLITZ, KELLI
ADDRESS AVAILABLE UPON REQUEST

STIEH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STIEHL, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

STIELOW, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STIEPER, KATE
ADDRESS AVAILABLE UPON REQUEST

STIER, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

STIER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STIERS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STIERS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STIEVE, JOHN
ADDRESS AVAILABLE UPON REQUEST

STIEVE, SOFIA
ADDRESS AVAILABLE UPON REQUEST

STIFEL NICOLAUS & CO. (0793)
ATTN CHRIS WIEGAND OR PROXY DEPT
C/O MEDIANT COMMUNCATIONS
501 N. BRDWAY
ST. LOUIS, MO  63102

STIFF, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

STIFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STIFF, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

STIFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STIFF, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

STIFFLEMIRE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STIFLE, IAN
ADDRESS AVAILABLE UPON REQUEST

STIFTER, AMBER
ADDRESS AVAILABLE UPON REQUEST

STIFTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STIGA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STIGALL, JACQUE
ADDRESS AVAILABLE UPON REQUEST

STIGALL, TARA
ADDRESS AVAILABLE UPON REQUEST

STIGILE, KATIE
ADDRESS AVAILABLE UPON REQUEST

STIGLER, MARIQ
ADDRESS AVAILABLE UPON REQUEST

STIGLIANO, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

STIKEROBOT
ADDRESS UNAVAILABLE AT TIME OF FILING

STIKO, DREW
ADDRESS AVAILABLE UPON REQUEST

STILEA, ORLA
ADDRESS AVAILABLE UPON REQUEST

STILES, ADAM
ADDRESS AVAILABLE UPON REQUEST

STILES, ANGEL
ADDRESS AVAILABLE UPON REQUEST

STILES, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

STILES, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

STILES, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

STILES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STILES, GRACE
ADDRESS AVAILABLE UPON REQUEST

STILES, JESSE
ADDRESS AVAILABLE UPON REQUEST

STILES, JOANNE
ADDRESS AVAILABLE UPON REQUEST

STILES, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STILES, KAY
ADDRESS AVAILABLE UPON REQUEST

STILES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STILES, MAYA
ADDRESS AVAILABLE UPON REQUEST

STILES, MEG
ADDRESS AVAILABLE UPON REQUEST

STILES, NANCY
ADDRESS AVAILABLE UPON REQUEST

STILES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STILES, RODNEY
ADDRESS AVAILABLE UPON REQUEST

STILES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STILEY, VANJA
ADDRESS AVAILABLE UPON REQUEST

STILKEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STILL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

STILL, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STILL, AMIER
ADDRESS AVAILABLE UPON REQUEST

STILL, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STILL, GEOFF
ADDRESS AVAILABLE UPON REQUEST

STILL, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

STILL, JAMES
ADDRESS AVAILABLE UPON REQUEST

STILL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STILL, MARY
ADDRESS AVAILABLE UPON REQUEST

STILL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STILLE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STILLER, JAKE
ADDRESS AVAILABLE UPON REQUEST

STILLEY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STILLINGS, KACY
ADDRESS AVAILABLE UPON REQUEST

STILLINGS, MYKHALA
ADDRESS AVAILABLE UPON REQUEST

STILLINGS, NADENE
ADDRESS AVAILABLE UPON REQUEST

STILLION, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STILLMAKER, TASHINA
ADDRESS AVAILABLE UPON REQUEST

STILLMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STILLMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STILLMAN, NATASHA
ADDRESS AVAILABLE UPON REQUEST

STILLMAN, YONNI
ADDRESS AVAILABLE UPON REQUEST

STILLO, BRUNO
ADDRESS AVAILABLE UPON REQUEST

STILLO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

STILLPASS, ALEX
ADDRESS AVAILABLE UPON REQUEST

STILLS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STILLSON, DEIREANN
ADDRESS AVAILABLE UPON REQUEST

STILLWELL, DIANA
ADDRESS AVAILABLE UPON REQUEST

STILLWELL, JENIFER
ADDRESS AVAILABLE UPON REQUEST

STILLWELL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

STILLWELL, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STILSON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

STILTNER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STILTNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STILWELL, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

STILWELL, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

STILWELL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

STILWELL, LISABETTE
ADDRESS AVAILABLE UPON REQUEST

STILWELL, TRICIA
ADDRESS AVAILABLE UPON REQUEST

STIMELY, MARY
ADDRESS AVAILABLE UPON REQUEST

STIMMEL, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

STINCHCOMB, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

STINE, ALISON
ADDRESS AVAILABLE UPON REQUEST

STINE, AMBIE
ADDRESS AVAILABLE UPON REQUEST

STINE, BETH
ADDRESS AVAILABLE UPON REQUEST

STINE, KIMBERLI
ADDRESS AVAILABLE UPON REQUEST

STINE, TARA
ADDRESS AVAILABLE UPON REQUEST

STINE, TRACY
ADDRESS AVAILABLE UPON REQUEST

STINEBAUGH, ABBY
ADDRESS AVAILABLE UPON REQUEST

STINER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STINES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STINGL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STINKYS GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

STINNER, RONALD
ADDRESS AVAILABLE UPON REQUEST

STINNER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STINNETT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STINNETT, CONNIE
ADDRESS AVAILABLE UPON REQUEST

STINNETT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STINNETT, HALIE
ADDRESS AVAILABLE UPON REQUEST

STINNETT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

STINNETT, JULIE
ADDRESS AVAILABLE UPON REQUEST

STINNETT, KARLEEN
ADDRESS AVAILABLE UPON REQUEST

STINNETT, LEIGH
ADDRESS AVAILABLE UPON REQUEST

STINNETT, MECHILLE
ADDRESS AVAILABLE UPON REQUEST

STINSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STINSON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STINSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

STINSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STINSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STINSON, JULI
ADDRESS AVAILABLE UPON REQUEST

STINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

STINSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

STINSON, LIONEL
ADDRESS AVAILABLE UPON REQUEST

STINSON, MATSY
ADDRESS AVAILABLE UPON REQUEST

STINSON, RHET
ADDRESS AVAILABLE UPON REQUEST

STINSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STIPAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STIPEK, PETER
ADDRESS AVAILABLE UPON REQUEST

STIPICEVIC, ALEMKA
ADDRESS AVAILABLE UPON REQUEST

STIR MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

STIRLING, LISA
ADDRESS AVAILABLE UPON REQUEST

STIRLING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STIRM WINE CO., LLC.
2520 FELT ST.
SANTA CRUZ, CA  95062

STIRN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STIRPE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

STITES, KATHY
ADDRESS AVAILABLE UPON REQUEST

STITES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

STITH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STITH, JORDYN
ADDRESS AVAILABLE UPON REQUEST

STITH, KEELI
ADDRESS AVAILABLE UPON REQUEST

STITH, RONALD
ADDRESS AVAILABLE UPON REQUEST

STITH, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STITH, ZENA
ADDRESS AVAILABLE UPON REQUEST

STITHAM, JANE
ADDRESS AVAILABLE UPON REQUEST

STITSINGER, DONALD
ADDRESS AVAILABLE UPON REQUEST

STITT, BREE
ADDRESS AVAILABLE UPON REQUEST

STITT, ELAINE
ADDRESS AVAILABLE UPON REQUEST

STITT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STITT, KIM
ADDRESS AVAILABLE UPON REQUEST

STITT, MARY
ADDRESS AVAILABLE UPON REQUEST

STITTLEBURG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STITTS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STITZEL, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

STIVALA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STIVER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

STIVER, LEANN
ADDRESS AVAILABLE UPON REQUEST

STIVERS, GRANT
ADDRESS AVAILABLE UPON REQUEST

STIVERS, KIM
ADDRESS AVAILABLE UPON REQUEST

STIVERS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STIVERSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

STIX AND STRAWS
ADDRESS UNAVAILABLE AT TIME OF FILING

STIXROOD, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

STJUSTE, JILL
ADDRESS AVAILABLE UPON REQUEST

STOBER, AMYCSTOBERGMAIL.COM
ADDRESS AVAILABLE UPON REQUEST

STOBO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STOCHL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STOCK, AVERY
ADDRESS AVAILABLE UPON REQUEST

STOCK, JANET
ADDRESS AVAILABLE UPON REQUEST

STOCKDALE, KAREN
ADDRESS AVAILABLE UPON REQUEST

STOCKDALE, LUCY
ADDRESS AVAILABLE UPON REQUEST

STOCKELMAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STOCKER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

STOCKER, CAMERON
ADDRESS AVAILABLE UPON REQUEST

STOCKER, CRAIG
ADDRESS AVAILABLE UPON REQUEST

STOCKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

STOCKER, KATE
ADDRESS AVAILABLE UPON REQUEST

STOCKER, LORI
ADDRESS AVAILABLE UPON REQUEST

STOCKER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

STOCKER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STOCKERL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STOCKHAUSEN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

STOCKHOFF, SHILOH
ADDRESS AVAILABLE UPON REQUEST

STOCKINGER, SABINE
ADDRESS AVAILABLE UPON REQUEST

STOCKMAL, XELA
ADDRESS AVAILABLE UPON REQUEST

STOCKMAN, JOE
ADDRESS AVAILABLE UPON REQUEST

STOCKMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

STOCKMANN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STOCKO, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

STOCKSDALE, LEAH
ADDRESS AVAILABLE UPON REQUEST

STOCKSTELL, CAITY
ADDRESS AVAILABLE UPON REQUEST

STOCKSTILL, SELMA
ADDRESS AVAILABLE UPON REQUEST

STOCKSY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

STOCKTON, CORRINE
ADDRESS AVAILABLE UPON REQUEST

STOCKTON, DAWN
ADDRESS AVAILABLE UPON REQUEST

STOCKTON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

STOCKTON, SHELLI
ADDRESS AVAILABLE UPON REQUEST

STOCKTON, TOMMY
ADDRESS AVAILABLE UPON REQUEST

STOCKWELL, BRYCE
ADDRESS AVAILABLE UPON REQUEST

STOCKWELL, JASON
ADDRESS AVAILABLE UPON REQUEST

STOCKWELL, SANDRA
ADDRESS AVAILABLE UPON REQUEST

STODDARD, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STODDARD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STODDARD, KELLEY
ADDRESS AVAILABLE UPON REQUEST

STODDARD, LUCILLE
ADDRESS AVAILABLE UPON REQUEST

STODDARD, STRESSON
ADDRESS AVAILABLE UPON REQUEST

STODDARD, STRESSON
ADDRESS AVAILABLE UPON REQUEST

STODDARD, STRESSON
ADDRESS AVAILABLE UPON REQUEST

STODDARD, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

STODDARD, TRACIE
ADDRESS AVAILABLE UPON REQUEST

STODGHILL, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STODOLSKI, JEAN-MARIE
ADDRESS AVAILABLE UPON REQUEST

STOEBERLEIN, KRISTIAN
ADDRESS AVAILABLE UPON REQUEST

STOECKER, THERESA
ADDRESS AVAILABLE UPON REQUEST

STOECKLE, LARRY
ADDRESS AVAILABLE UPON REQUEST

STOECKLEIN, BERNARD
ADDRESS AVAILABLE UPON REQUEST

STOEHR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STOEHR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STOEHR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STOEHR, JOHN
ADDRESS AVAILABLE UPON REQUEST

STOEHR, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

STOELTING, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STOERMER, CODY
ADDRESS AVAILABLE UPON REQUEST

STOES, TIA
ADDRESS AVAILABLE UPON REQUEST

STOFER, JENNY
ADDRESS AVAILABLE UPON REQUEST

STOFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STOFFAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

STOFFEL, NOELLE
ADDRESS AVAILABLE UPON REQUEST

STOFFEL, PAM
ADDRESS AVAILABLE UPON REQUEST

STOFFEL, RENE
ADDRESS AVAILABLE UPON REQUEST

STOFFEL, RYAN
ADDRESS AVAILABLE UPON REQUEST

STOFFERAHN, PIA
ADDRESS AVAILABLE UPON REQUEST

STOFFLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STOFIK, JOHN
ADDRESS AVAILABLE UPON REQUEST

STOFKO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STOGO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STOGSDILL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

STOHRY, CAROL
ADDRESS AVAILABLE UPON REQUEST

STOIA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

STOIAN, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

STOICA, ABBY
ADDRESS AVAILABLE UPON REQUEST

STOICA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STOILAS, AFRODITE
ADDRESS AVAILABLE UPON REQUEST

STOILKOVIC, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STOJAK, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STOJKA, KELLY
ADDRESS AVAILABLE UPON REQUEST

STOJSAVLJEVIC, JELENA
ADDRESS AVAILABLE UPON REQUEST

STOKAS, EVA
ADDRESS AVAILABLE UPON REQUEST

STOKE, JANIE
ADDRESS AVAILABLE UPON REQUEST

STOKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STOKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STOKER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

STOKER, LINDA
ADDRESS AVAILABLE UPON REQUEST

STOKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STOKES CARR, ROBYN
ADDRESS AVAILABLE UPON REQUEST

STOKES EQUIPMENT COMPANY
1001 HORSHAM ROAD PO BOX 289
HORSHAM, PA  19044

STOKES, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STOKES, ANDRE
ADDRESS AVAILABLE UPON REQUEST

STOKES, ANDRINA
ADDRESS AVAILABLE UPON REQUEST

STOKES, ANNA
ADDRESS AVAILABLE UPON REQUEST

STOKES, ANNE C
ADDRESS AVAILABLE UPON REQUEST

STOKES, AWANA
ADDRESS AVAILABLE UPON REQUEST

STOKES, BETH
ADDRESS AVAILABLE UPON REQUEST

STOKES, BRYAN
ADDRESS AVAILABLE UPON REQUEST

STOKES, CRAIG
ADDRESS AVAILABLE UPON REQUEST

STOKES, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

STOKES, DENISE
ADDRESS AVAILABLE UPON REQUEST

STOKES, DIANNE
ADDRESS AVAILABLE UPON REQUEST

STOKES, ELAINA
ADDRESS AVAILABLE UPON REQUEST

STOKES, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STOKES, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

STOKES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STOKES, KAILA
ADDRESS AVAILABLE UPON REQUEST

STOKES, KATE
ADDRESS AVAILABLE UPON REQUEST

STOKES, KATHY
ADDRESS AVAILABLE UPON REQUEST

STOKES, KELLY
ADDRESS AVAILABLE UPON REQUEST

STOKES, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

STOKES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STOKES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STOKES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STOKES, LOYD
ADDRESS AVAILABLE UPON REQUEST

STOKES, LYNN
ADDRESS AVAILABLE UPON REQUEST

STOKES, OLIVER
ADDRESS AVAILABLE UPON REQUEST

STOKES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STOKES, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STOKES, REECE
ADDRESS AVAILABLE UPON REQUEST

STOKES, SHANTON
ADDRESS AVAILABLE UPON REQUEST

STOKES, SUTTON
ADDRESS AVAILABLE UPON REQUEST

STOKES, TANIKA
ADDRESS AVAILABLE UPON REQUEST

STOKES, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STOKES, TERRANCE
ADDRESS AVAILABLE UPON REQUEST

STOKEY, LAUREL
ADDRESS AVAILABLE UPON REQUEST

STORINGER, KYLE
ADDRESS AVAILABLE UPON REQUEST

STOKKA, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

STOKKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STOKLEY, LANA
ADDRESS AVAILABLE UPON REQUEST

STOKLOSA, SAM
ADDRESS AVAILABLE UPON REQUEST

STOKOSKI, BETHANY
ADDRESS AVAILABLE UPON REQUEST

STOLARSKI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STOLARSKI, CARRIE
ADDRESS AVAILABLE UPON REQUEST

STOLARSKY, MELODY
ADDRESS AVAILABLE UPON REQUEST

STOLL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

STOLL, DARYL
ADDRESS AVAILABLE UPON REQUEST

STOLL, DARYL
ADDRESS AVAILABLE UPON REQUEST

STOLL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

STOLL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STOLL, MRS
ADDRESS AVAILABLE UPON REQUEST

STOLL, TYLER
ADDRESS AVAILABLE UPON REQUEST

STOLLE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STOLLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STOLLER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STOLLER, DANI
ADDRESS AVAILABLE UPON REQUEST

STOLTE, HALLIE
ADDRESS AVAILABLE UPON REQUEST

STOLTE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

STOLTE, LISSA
ADDRESS AVAILABLE UPON REQUEST

STOLTENBERG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STOLTENBERG, MANDY
ADDRESS AVAILABLE UPON REQUEST

STOLTENBERG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STOLTING, KATIE
ADDRESS AVAILABLE UPON REQUEST

STOLTZ, AIMEE
ADDRESS AVAILABLE UPON REQUEST

STOLTZ, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

STOLTZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STOLTZ, TYLER
ADDRESS AVAILABLE UPON REQUEST

STOLTZFOOS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

STOLTZFUS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STOLTZFUS, MARIE
ADDRESS AVAILABLE UPON REQUEST

STOLZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

STOLZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

STOLZMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

STOMBAUGH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STONE BREWING CO
2865 EXECUTIVE PLACE
ESCONDIDO, CA  92029

STONE CANDLES
ADDRESS UNAVAILABLE AT TIME OF FILING

STONE DISTRIBUTING
ADDRESS UNAVAILABLE AT TIME OF FILING

STONE HERMERDING, KELLY AND MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STONE, AARON
ADDRESS AVAILABLE UPON REQUEST

STONE, ABBEY
ADDRESS AVAILABLE UPON REQUEST

STONE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

STONE, ALY
ADDRESS AVAILABLE UPON REQUEST

STONE, ANGIE
ADDRESS AVAILABLE UPON REQUEST

STONE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

STONE, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

STONE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

STONE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STONE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

STONE, CARLA
ADDRESS AVAILABLE UPON REQUEST

STONE, CAROL
ADDRESS AVAILABLE UPON REQUEST

STONE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

STONE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STONE, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

STONE, DAVE AND DEBBIE
ADDRESS AVAILABLE UPON REQUEST

STONE, DONNA
ADDRESS AVAILABLE UPON REQUEST

STONE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STONE, EMILY
ADDRESS AVAILABLE UPON REQUEST

STONE, EMMA
ADDRESS AVAILABLE UPON REQUEST

STONE, ERIC
ADDRESS AVAILABLE UPON REQUEST

STONE, ERIK
ADDRESS AVAILABLE UPON REQUEST

STONE, ERIN
ADDRESS AVAILABLE UPON REQUEST

STONE, FALLON
ADDRESS AVAILABLE UPON REQUEST

STONE, GABBY
ADDRESS AVAILABLE UPON REQUEST

STONE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

STONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STONE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STONE, HEIDI AND BOB
ADDRESS AVAILABLE UPON REQUEST

STONE, HELENA
ADDRESS AVAILABLE UPON REQUEST

STONE, JANET
ADDRESS AVAILABLE UPON REQUEST

STONE, JENN
ADDRESS AVAILABLE UPON REQUEST

STONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STONE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

STONE, JOSANA
ADDRESS AVAILABLE UPON REQUEST

STONE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

STONE, JULIA
ADDRESS AVAILABLE UPON REQUEST

STONE, K. NABORS
ADDRESS AVAILABLE UPON REQUEST

STONE, KARA
ADDRESS AVAILABLE UPON REQUEST

STONE, KAREN
ADDRESS AVAILABLE UPON REQUEST

STONE, LATASHA
ADDRESS AVAILABLE UPON REQUEST

STONE, LAURA
ADDRESS AVAILABLE UPON REQUEST

STONE, LINNEA
ADDRESS AVAILABLE UPON REQUEST

STONE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

STONE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

STONE, MADISON
ADDRESS AVAILABLE UPON REQUEST

STONE, MARTHA
ADDRESS AVAILABLE UPON REQUEST

STONE, MARY
ADDRESS AVAILABLE UPON REQUEST

STONE, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

STONE, MAX
ADDRESS AVAILABLE UPON REQUEST

STONE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

STONE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STONE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STONE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

STONE, PAULA
ADDRESS AVAILABLE UPON REQUEST

STONE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STONE, RON
ADDRESS AVAILABLE UPON REQUEST

STONE, SAM
ADDRESS AVAILABLE UPON REQUEST

STONE, SARAH
ADDRESS AVAILABLE UPON REQUEST

STONE, SONJA
ADDRESS AVAILABLE UPON REQUEST

STONE, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

STONE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STONE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

STONE, TODD
ADDRESS AVAILABLE UPON REQUEST

STONE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STONE, WYATT
ADDRESS AVAILABLE UPON REQUEST

STONE, ZAWADI
ADDRESS AVAILABLE UPON REQUEST

STONEBURNER, MADISON
ADDRESS AVAILABLE UPON REQUEST

STONEHAM, KATHY
ADDRESS AVAILABLE UPON REQUEST

STONEHAMS, THE
ADDRESS AVAILABLE UPON REQUEST

STONEHOCKER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

STONEHOUSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

STONEKING, JACLYN
ADDRESS AVAILABLE UPON REQUEST

STONEKING, MADISON
ADDRESS AVAILABLE UPON REQUEST

STONEKING, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STONEMAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

STONE-MYERS, MADELAINE
ADDRESS AVAILABLE UPON REQUEST

STONER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

STONER, JOE
ADDRESS AVAILABLE UPON REQUEST

STONER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STONER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STONER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

STONER, SHARON
ADDRESS AVAILABLE UPON REQUEST

STONES, AMBER
ADDRESS AVAILABLE UPON REQUEST

STONEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

STOOPS, BEN
ADDRESS AVAILABLE UPON REQUEST

STOPA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STOPP, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

STORAR, JIM
ADDRESS AVAILABLE UPON REQUEST

STORCH, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

STORCH, ILIANA
ADDRESS AVAILABLE UPON REQUEST

STORCH, KENNETH
ADDRESS AVAILABLE UPON REQUEST

STORCK, ALAINA
ADDRESS AVAILABLE UPON REQUEST

STORCK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STORDAL, DARLENE
ADDRESS AVAILABLE UPON REQUEST

STOREPOINT APP
ADDRESS UNAVAILABLE AT TIME OF FILING

STOREPOINT
ADDRESS UNAVAILABLE AT TIME OF FILING

STORER, ERIC
ADDRESS AVAILABLE UPON REQUEST

STORER, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

STORES, DEBRA
ADDRESS AVAILABLE UPON REQUEST

STOREY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STOREY, JANE
ADDRESS AVAILABLE UPON REQUEST

STOREY, MARK
ADDRESS AVAILABLE UPON REQUEST

STOREY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STORINGE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STORINO, JENNY
ADDRESS AVAILABLE UPON REQUEST

STORK, ABBY
ADDRESS AVAILABLE UPON REQUEST

STORK, ERIN
ADDRESS AVAILABLE UPON REQUEST

STORK, LUYI
ADDRESS AVAILABLE UPON REQUEST

STORK, RYAN
ADDRESS AVAILABLE UPON REQUEST

STORM, ANDREA
ADDRESS AVAILABLE UPON REQUEST

STORM, CADANCE
ADDRESS AVAILABLE UPON REQUEST

STORM, CARLEY
ADDRESS AVAILABLE UPON REQUEST

STORM, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STORM, JAMES
ADDRESS AVAILABLE UPON REQUEST

STORM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STORM, JOHN
ADDRESS AVAILABLE UPON REQUEST

STORM, MARY JO
ADDRESS AVAILABLE UPON REQUEST

STORM, SHELBY
ADDRESS AVAILABLE UPON REQUEST

STORME, TRICIA
ADDRESS AVAILABLE UPON REQUEST

STORMENT, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STORMENT, DIANE
ADDRESS AVAILABLE UPON REQUEST

STORMER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STORMONT, KIRBY
ADDRESS AVAILABLE UPON REQUEST

STORMS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

STORMS, PAULETTE
ADDRESS AVAILABLE UPON REQUEST

STORONOWICZ, PAWEL
ADDRESS AVAILABLE UPON REQUEST

STOROZUK, EMILY
ADDRESS AVAILABLE UPON REQUEST

STOROZYNSKI, NICK
ADDRESS AVAILABLE UPON REQUEST

STORRER, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

STORRS, JACK
ADDRESS AVAILABLE UPON REQUEST

STORRS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

STORRS, MASON
ADDRESS AVAILABLE UPON REQUEST

STORTI, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

STORTZ, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STORTZ, ROGER
ADDRESS AVAILABLE UPON REQUEST

STORY, CHUCK
ADDRESS AVAILABLE UPON REQUEST

STORY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

STORY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STORY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STORY, JOHN
ADDRESS AVAILABLE UPON REQUEST

STORY, KAILI
ADDRESS AVAILABLE UPON REQUEST

STORY, KYMBERLYNN
ADDRESS AVAILABLE UPON REQUEST

STORY, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

STORY, SARAH
ADDRESS AVAILABLE UPON REQUEST

STORY, TOMIKA
ADDRESS AVAILABLE UPON REQUEST

STORYVILLE CENTER FOR THE SPOKEN
WORD, INC
(DBA THE MOTH)
75 BROAD STREET, STE 2601
NEW YORK, NY  10004

STORZ, GARTH
ADDRESS AVAILABLE UPON REQUEST

STORZ, PEYTON
ADDRESS AVAILABLE UPON REQUEST

STOS, MISSY
ADDRESS AVAILABLE UPON REQUEST

STOSKOPF, EVAN
ADDRESS AVAILABLE UPON REQUEST

STOTLER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STOTT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STOTT, LAURA
ADDRESS AVAILABLE UPON REQUEST

STOTT, NANCY
ADDRESS AVAILABLE UPON REQUEST

STOTTLEMYER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STOTTLEMYRE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

STOTTLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STOTTS, ERICA
ADDRESS AVAILABLE UPON REQUEST

STOTTS, SHANNA
ADDRESS AVAILABLE UPON REQUEST

STOTTS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

STOUDT, EVAN
ADDRESS AVAILABLE UPON REQUEST

STOUFFER, RYAN
ADDRESS AVAILABLE UPON REQUEST

STOUGHTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STOUGHTON, CLARA
ADDRESS AVAILABLE UPON REQUEST

STOUGHTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STOUP, DAVID
ADDRESS AVAILABLE UPON REQUEST

STOUP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STOUPPE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STOUT, AMY
ADDRESS AVAILABLE UPON REQUEST

STOUT, AMY
ADDRESS AVAILABLE UPON REQUEST

STOUT, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

STOUT, BECKY
ADDRESS AVAILABLE UPON REQUEST

STOUT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STOUT, JAMES
ADDRESS AVAILABLE UPON REQUEST

STOUT, JAMES
ADDRESS AVAILABLE UPON REQUEST

STOUT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STOUT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STOUT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STOUT, KENDALL
ADDRESS AVAILABLE UPON REQUEST

STOUT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STOUT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

STOUT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STOUT, LYDIA
ADDRESS AVAILABLE UPON REQUEST

STOUT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STOUT, MORRIS
ADDRESS AVAILABLE UPON REQUEST

STOUT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STOUT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STOUT, RAE
ADDRESS AVAILABLE UPON REQUEST

STOUT, RENE
ADDRESS AVAILABLE UPON REQUEST

STOUT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STOUT, STEVE
ADDRESS AVAILABLE UPON REQUEST

STOUT, WENDY
ADDRESS AVAILABLE UPON REQUEST

STOUTAMYER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

STOUT-SMITH, KARI
ADDRESS AVAILABLE UPON REQUEST

STOVALL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STOVALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STOVALL, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

STOVALL, COREY
ADDRESS AVAILABLE UPON REQUEST

STOVALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, ERIN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, KAREN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, SEAN
ADDRESS AVAILABLE UPON REQUEST

STOVALL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STOVCSIK, ELAINE
ADDRESS AVAILABLE UPON REQUEST

STOVENOUR, REAGAN
ADDRESS AVAILABLE UPON REQUEST

STOVER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STOVER, CHANILLE
ADDRESS AVAILABLE UPON REQUEST

STOVER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STOVER, DOREEN
ADDRESS AVAILABLE UPON REQUEST

STOVER, GIGI
ADDRESS AVAILABLE UPON REQUEST

STOVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STOVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STOVER, JULIE
ADDRESS AVAILABLE UPON REQUEST

STOVER, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

STOVER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STOVER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

STOVER, PM
ADDRESS AVAILABLE UPON REQUEST

STOVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STOVER, TRACY
ADDRESS AVAILABLE UPON REQUEST

STOWE, AARON
ADDRESS AVAILABLE UPON REQUEST

STOWE, AMELIA
ADDRESS AVAILABLE UPON REQUEST

STOWE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

STOWE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

STOWE, MAKENSIE
ADDRESS AVAILABLE UPON REQUEST

STOWE, SHERRI
ADDRESS AVAILABLE UPON REQUEST

STOWE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STOWE, TERRI
ADDRESS AVAILABLE UPON REQUEST

STOWELL, AARON
ADDRESS AVAILABLE UPON REQUEST

STOWELL, AIDAN
ADDRESS AVAILABLE UPON REQUEST

STOWELL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STOWELL, KATE
ADDRESS AVAILABLE UPON REQUEST

STOWELL, KATE
ADDRESS AVAILABLE UPON REQUEST

STOWELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STOWELL, STAN
ADDRESS AVAILABLE UPON REQUEST

STOWELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STOWERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STOWERS, CASEY
ADDRESS AVAILABLE UPON REQUEST

STOWERS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STOWERS, MARTA
ADDRESS AVAILABLE UPON REQUEST

STOY, RITA
ADDRESS AVAILABLE UPON REQUEST

STOYO MEDIA UG
SAARBRUCKER STRASSE 20 10405
BERLIN
GERMANY

STOYTCHEVA, IANA
ADDRESS AVAILABLE UPON REQUEST

STPETER, CAROL
ADDRESS AVAILABLE UPON REQUEST

STRABER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STRACENER, APRIL
ADDRESS AVAILABLE UPON REQUEST

STRACENER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STRACENER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

STRACENER, SARAH
ADDRESS AVAILABLE UPON REQUEST

STRACENER, TRACY
ADDRESS AVAILABLE UPON REQUEST

STRACHAM, CASSIE
ADDRESS AVAILABLE UPON REQUEST

STRACHAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STRACHE, ANGELIKA
ADDRESS AVAILABLE UPON REQUEST

STRACK, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STRACK, WILL
ADDRESS AVAILABLE UPON REQUEST

STRACKA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

STRACKBEIN, ALEXAS
ADDRESS AVAILABLE UPON REQUEST

STRADA, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

STRADER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

STRADER, ERIN
ADDRESS AVAILABLE UPON REQUEST

STRADER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STRADER, SHAY
ADDRESS AVAILABLE UPON REQUEST

STRADERGISTICS LLC
ADDRESS AVAILABLE UPON REQUEST

STRADINS, EMILIJA
ADDRESS AVAILABLE UPON REQUEST

STRADLING, BETH
ADDRESS AVAILABLE UPON REQUEST

STRAESSLE, PENNY
ADDRESS AVAILABLE UPON REQUEST

STRAGA, GREG
ADDRESS AVAILABLE UPON REQUEST

STRAGNELL, GREGORY
ADDRESS AVAILABLE UPON REQUEST

STRAHAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

STRAHAN, DOLLY
ADDRESS AVAILABLE UPON REQUEST

STRAHIJA, ANITA
ADDRESS AVAILABLE UPON REQUEST

STRAHLENDORF, MINDI
ADDRESS AVAILABLE UPON REQUEST

STRAHM, CHLOE
ADDRESS AVAILABLE UPON REQUEST

STRAHM, KAYCE
ADDRESS AVAILABLE UPON REQUEST

STRAHM, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STRAIGHT, DONNA
ADDRESS AVAILABLE UPON REQUEST

STRAIGHT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STRAILEY-TILTON, WINIFRED
ADDRESS AVAILABLE UPON REQUEST

STRAIN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

STRAIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STRAIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STRAIT, BRIDGID
ADDRESS AVAILABLE UPON REQUEST

STRAIT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STRAKA, BARB
ADDRESS AVAILABLE UPON REQUEST

STRAKA, CHARLES
ADDRESS AVAILABLE UPON REQUEST

STRAKA, KELLY
ADDRESS AVAILABLE UPON REQUEST

STRALEY, AILIA
ADDRESS AVAILABLE UPON REQUEST

STRALEY, NICK
ADDRESS AVAILABLE UPON REQUEST

STRAM, DAVE
ADDRESS AVAILABLE UPON REQUEST

STRAMA, KAT
ADDRESS AVAILABLE UPON REQUEST

STRAMANDINOLI, MICHELANGELO
ADDRESS AVAILABLE UPON REQUEST

STRAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

STRAND, AINSLEY
ADDRESS AVAILABLE UPON REQUEST

STRAND, AMY
ADDRESS AVAILABLE UPON REQUEST

STRAND, BARB
ADDRESS AVAILABLE UPON REQUEST

STRAND, DANICA
ADDRESS AVAILABLE UPON REQUEST

STRAND, GARY
ADDRESS AVAILABLE UPON REQUEST

STRAND, KAREN
ADDRESS AVAILABLE UPON REQUEST

STRAND, KARL
ADDRESS AVAILABLE UPON REQUEST

STRAND, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STRAND, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STRAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

STRANDELL, SONI
ADDRESS AVAILABLE UPON REQUEST

STRANDT, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

STRANG, ANNA
ADDRESS AVAILABLE UPON REQUEST

STRANG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STRANGE, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

STRANGE, DAVID
ADDRESS AVAILABLE UPON REQUEST

STRANGE, HANNA
ADDRESS AVAILABLE UPON REQUEST

STRANGE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STRANGE, JACK
ADDRESS AVAILABLE UPON REQUEST

STRANGE, JOHN
ADDRESS AVAILABLE UPON REQUEST

STRANGE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

STRANGE, SARAH
ADDRESS AVAILABLE UPON REQUEST

STRANGE, STACEY
ADDRESS AVAILABLE UPON REQUEST

STRANGE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STRANGE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

STRANGIA, CHARLEE
ADDRESS AVAILABLE UPON REQUEST

STRANGIO, ROCCO
ADDRESS AVAILABLE UPON REQUEST

STRANTZ, HUNTER
ADDRESS AVAILABLE UPON REQUEST

STRASBURG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STRASBURGER, DAVID
ADDRESS AVAILABLE UPON REQUEST

STRASBURGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STRASBURGER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STRASNICK, ALYSON
ADDRESS AVAILABLE UPON REQUEST

STRASSBURG, DELMAR
ADDRESS AVAILABLE UPON REQUEST

STRASSENREITER, KERRY
ADDRESS AVAILABLE UPON REQUEST

STRASSHEIM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STRASSHEIM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STRASSMAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

STRASSNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STRASSNER, SARA
ADDRESS AVAILABLE UPON REQUEST

STRATA TRUST COMPANY CUSTODIAN
ADDRESS AVAILABLE UPON REQUEST

STRATEGIC LAW PARTNERS, LLP
500 SOUTH GRAND AVENUE SUITE 2050
LOS ANGELES, CA  90071

STRATON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

STRATT, MARA
ADDRESS AVAILABLE UPON REQUEST

STRATTON, ADAM
ADDRESS AVAILABLE UPON REQUEST

STRATTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STRATTON, HALEY
ADDRESS AVAILABLE UPON REQUEST

STRATTON, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

STRATTON, JANELL
ADDRESS AVAILABLE UPON REQUEST

STRATTON, JILL
ADDRESS AVAILABLE UPON REQUEST

STRATTON, JODI
ADDRESS AVAILABLE UPON REQUEST

STRATTON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

STRATTON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STRATTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STRATTON, RENEE
ADDRESS AVAILABLE UPON REQUEST

STRATTON, TERRY
ADDRESS AVAILABLE UPON REQUEST

STRATTON-JORDAN, ANGELIQUE
ADDRESS AVAILABLE UPON REQUEST

STRATZ, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

STRAUB, DANELL
ADDRESS AVAILABLE UPON REQUEST

STRAUB, DAVID
ADDRESS AVAILABLE UPON REQUEST

STRAUB, KARLEY
ADDRESS AVAILABLE UPON REQUEST

STRAUB, KYLE
ADDRESS AVAILABLE UPON REQUEST

STRAUB, SHARON
ADDRESS AVAILABLE UPON REQUEST

STRAUB, TR
ADDRESS AVAILABLE UPON REQUEST

STRAUBEL, NICK & MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

STRAUBINGER, KATHI
ADDRESS AVAILABLE UPON REQUEST

STRAUCH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

STRAUCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

STRAUCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STRAUS, AVI
ADDRESS AVAILABLE UPON REQUEST

STRAUS, FRANCES
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, BARRY
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, CRISSA
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, DONALD
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, GIGI
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, SPENCER
ADDRESS AVAILABLE UPON REQUEST

STRAUSS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

STRAUTMAN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

STRAVA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STRAW, HILARY
ADDRESS AVAILABLE UPON REQUEST

STRAW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STRAWN, ALEX
ADDRESS AVAILABLE UPON REQUEST

STRAWN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STRAWSER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STRAWSER, KALA
ADDRESS AVAILABLE UPON REQUEST

STRAWTHER, TERESA
ADDRESS AVAILABLE UPON REQUEST

STRAYHORN, VERNON
ADDRESS AVAILABLE UPON REQUEST

STRAZZERI, MARK
ADDRESS AVAILABLE UPON REQUEST

STRBO, ELLIE
ADDRESS AVAILABLE UPON REQUEST

STREAHLE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

STREAMO, LINDA
ADDRESS AVAILABLE UPON REQUEST

STREAMS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

STREB, MARIA
ADDRESS AVAILABLE UPON REQUEST

STREB, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STREBE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

STREBER, SACHA
ADDRESS AVAILABLE UPON REQUEST

STRECKERT, SHEILA
ADDRESS AVAILABLE UPON REQUEST

STREEPER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

STREEPER, MONICA
ADDRESS AVAILABLE UPON REQUEST

STREET AUTHORITY LLC
4601 SPICEWOOD SPRINGS RD, 3-100
AUSTIN, TX  78759-7844

STREET, APRIL
ADDRESS AVAILABLE UPON REQUEST

STREET, BAILEY
ADDRESS AVAILABLE UPON REQUEST

STREET, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STREET, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STREETER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

STREETER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STREETER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STREETER, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

STREETER, KAILEY
ADDRESS AVAILABLE UPON REQUEST

STREETER, LUKE
ADDRESS AVAILABLE UPON REQUEST

STREETER, MARIA
ADDRESS AVAILABLE UPON REQUEST

STREETER, NANCY
ADDRESS AVAILABLE UPON REQUEST

STREETER, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

STREETER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STREETMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

STREETS, TANNA
ADDRESS AVAILABLE UPON REQUEST

STREFF, CARYL
ADDRESS AVAILABLE UPON REQUEST

STREFF, STEVE
ADDRESS AVAILABLE UPON REQUEST

STREFLING, JASON
ADDRESS AVAILABLE UPON REQUEST

STREHLER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STREHLOW, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

STREICH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STREICH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STREICH, JOHN
ADDRESS AVAILABLE UPON REQUEST

STREICH, JUSTEEN
ADDRESS AVAILABLE UPON REQUEST

STREID, LAURYN
ADDRESS AVAILABLE UPON REQUEST

STREIFERD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

STREILEIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

STREISAND, GORDON
ADDRESS AVAILABLE UPON REQUEST

STREISAND, JILL
ADDRESS AVAILABLE UPON REQUEST

STREIT, RANDY
ADDRESS AVAILABLE UPON REQUEST

STREITFELD, EVAN
ADDRESS AVAILABLE UPON REQUEST

STREJLAU, KERI
ADDRESS AVAILABLE UPON REQUEST

STRELEC, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

STRELINGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

STRELLISH, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STREMLAU, ELISSA
ADDRESS AVAILABLE UPON REQUEST

STREMSTERFER, STEVE
ADDRESS AVAILABLE UPON REQUEST

STRENGARI, LISA
ADDRESS AVAILABLE UPON REQUEST

STRENING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STRESZOFF, RUTH
ADDRESS AVAILABLE UPON REQUEST

STRETCH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

STRETCHER, SANDY
ADDRESS AVAILABLE UPON REQUEST

STRETZ, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

STREVER, GAIL
ADDRESS AVAILABLE UPON REQUEST

STREY, ANN
ADDRESS AVAILABLE UPON REQUEST

STREY, JOSH
ADDRESS AVAILABLE UPON REQUEST

STRIANO, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

STRIANO, MARISA
ADDRESS AVAILABLE UPON REQUEST

STRIBLING, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

STRICHERZ, RAINI
ADDRESS AVAILABLE UPON REQUEST

STRICKBERGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

STRICKER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

STRICKER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

STRICKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

STRICKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, AMBER
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, ANNA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, CECIL
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, DAN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, DAWN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, DEBRA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, EMILY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, JACKIE
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, JAMES
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, KELLY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, LOGAN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MALLORY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MARY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, STACIE
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

STRICKLAND, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

STRICKLER, ALISON
ADDRESS AVAILABLE UPON REQUEST

STRICKLER, KELLY JO
ADDRESS AVAILABLE UPON REQUEST

STRICKLER, MARIE
ADDRESS AVAILABLE UPON REQUEST

STRICKLER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STRICKLIN, KYLE
ADDRESS AVAILABLE UPON REQUEST

STRICKLIN, SONJA
ADDRESS AVAILABLE UPON REQUEST

STRICKLING, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

STRICKULIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

STRID, SHANE
ADDRESS AVAILABLE UPON REQUEST

STRIEGEL, LAINE
ADDRESS AVAILABLE UPON REQUEST

STRIGHT, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

STRIKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STRINER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STRING, SARAH
ADDRESS AVAILABLE UPON REQUEST

STRINGER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STRINGER, DENISA
ADDRESS AVAILABLE UPON REQUEST

STRINGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STRINGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

STRINGER, HANNA
ADDRESS AVAILABLE UPON REQUEST

STRINGER, JILL
ADDRESS AVAILABLE UPON REQUEST

STRINGER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STRINGFIELD, JOHN
ADDRESS AVAILABLE UPON REQUEST

STRINGHAM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

STRINGHAM, JIM
ADDRESS AVAILABLE UPON REQUEST

STRINGINI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

STRIPE
ADDRESS UNAVAILABLE AT TIME OF FILING

STRIPE-A-LOT
1419 KANSAS CIR
CONCORD, CA  94521

STRIPENS, RYAN
ADDRESS AVAILABLE UPON REQUEST

STRIPLING, CASEY
ADDRESS AVAILABLE UPON REQUEST

STRIPLING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

STRISSEL, KELLI
ADDRESS AVAILABLE UPON REQUEST

STRITCH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

STRITTMATTER, JANE
ADDRESS AVAILABLE UPON REQUEST

STRITTMATTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STRMAC, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STRNAD, LISA
ADDRESS AVAILABLE UPON REQUEST

STROBACH, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STROBBE (TITHOF), ANN
ADDRESS AVAILABLE UPON REQUEST

STROBING, ISABEL
ADDRESS AVAILABLE UPON REQUEST

STROBING, JULIE
ADDRESS AVAILABLE UPON REQUEST

STROBING, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

STROBO, JOBY
ADDRESS AVAILABLE UPON REQUEST

STROCK, LEAH
ADDRESS AVAILABLE UPON REQUEST

STROCK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STROCKBINE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

STRODE, CARYN
ADDRESS AVAILABLE UPON REQUEST

STRODE, TIVEY
ADDRESS AVAILABLE UPON REQUEST

STROEBEL, KYLIE
ADDRESS AVAILABLE UPON REQUEST

STROEMER, HANNA
ADDRESS AVAILABLE UPON REQUEST

STROEMPLE, DREW
ADDRESS AVAILABLE UPON REQUEST

STROH, ALECIA
ADDRESS AVAILABLE UPON REQUEST

STROH, ALICE
ADDRESS AVAILABLE UPON REQUEST

STROH, JESICA
ADDRESS AVAILABLE UPON REQUEST

STROHL, TODD
ADDRESS AVAILABLE UPON REQUEST

STROHM, SETH
ADDRESS AVAILABLE UPON REQUEST

STROHMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STROHMAYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STROHMENGER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

STROHMEYER, SHERRY
ADDRESS AVAILABLE UPON REQUEST

STROHSCHEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

STROK, DENILAE
ADDRESS AVAILABLE UPON REQUEST

STROKER, ALANA
ADDRESS AVAILABLE UPON REQUEST

STROM, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

STROM, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

STROM, DONNA
ADDRESS AVAILABLE UPON REQUEST

STROM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STROM, KARIN
ADDRESS AVAILABLE UPON REQUEST

STROM, KELSEY
ADDRESS AVAILABLE UPON REQUEST

STROM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

STROM, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STROM, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STROM, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STROMAN, LEE
ADDRESS AVAILABLE UPON REQUEST

STROMBECK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STROMBERGER, RYAN
ADDRESS AVAILABLE UPON REQUEST

STROME, MANDY
ADDRESS AVAILABLE UPON REQUEST

STROMER, JAIME
ADDRESS AVAILABLE UPON REQUEST

STROMERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

STROMINGER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STROMIRE, TERRY
ADDRESS AVAILABLE UPON REQUEST

STROMME, DALLAS
ADDRESS AVAILABLE UPON REQUEST

STROMME, DARLA
ADDRESS AVAILABLE UPON REQUEST

STROMME, NICHOLAI
ADDRESS AVAILABLE UPON REQUEST

STROMSKI, STEVE
ADDRESS AVAILABLE UPON REQUEST

STRONG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STRONG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

STRONG, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STRONG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STRONG, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

STRONG, DIANE
ADDRESS AVAILABLE UPON REQUEST

STRONG, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

STRONG, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

STRONG, JAMES
ADDRESS AVAILABLE UPON REQUEST

STRONG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STRONG, JO
ADDRESS AVAILABLE UPON REQUEST

STRONG, KATE
ADDRESS AVAILABLE UPON REQUEST

STRONG, KELCEY
ADDRESS AVAILABLE UPON REQUEST

STRONG, KRISTY
ADDRESS AVAILABLE UPON REQUEST

STRONG, LARISSA
ADDRESS AVAILABLE UPON REQUEST

STRONG, LAURA
ADDRESS AVAILABLE UPON REQUEST

STRONG, LINZI
ADDRESS AVAILABLE UPON REQUEST

STRONG, MADELINE
ADDRESS AVAILABLE UPON REQUEST

STRONG, MALLORY
ADDRESS AVAILABLE UPON REQUEST

STRONG, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STRONG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STRONG, PAUL
ADDRESS AVAILABLE UPON REQUEST

STRONG, PAYTON
ADDRESS AVAILABLE UPON REQUEST

STRONG, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

STRONG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STRONG, TERRI
ADDRESS AVAILABLE UPON REQUEST

STRONG, TRICIA
ADDRESS AVAILABLE UPON REQUEST

STRONG, VERONICA
ADDRESS AVAILABLE UPON REQUEST

STRONGPROJECT INC
ADDRESS UNAVAILABLE AT TIME OF FILING

STROPE, DARIN
ADDRESS AVAILABLE UPON REQUEST

STROPE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STROPE, LEVI
ADDRESS AVAILABLE UPON REQUEST

STROSCHEIN, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

STROSTER, LIANNA
ADDRESS AVAILABLE UPON REQUEST

STROTH, JULIA
ADDRESS AVAILABLE UPON REQUEST

STROTHER, AYANA
ADDRESS AVAILABLE UPON REQUEST

STROTHER, KALI
ADDRESS AVAILABLE UPON REQUEST

STROTHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STROTHER, WAQIBA
ADDRESS AVAILABLE UPON REQUEST

STROTHERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

STROTHERS, MARKISHA
ADDRESS AVAILABLE UPON REQUEST

STROTKAMP, TANESSA
ADDRESS AVAILABLE UPON REQUEST

STROUD, DENISE
ADDRESS AVAILABLE UPON REQUEST

STROUD, DONNY & MARDI
ADDRESS AVAILABLE UPON REQUEST

STROUD, KATHY
ADDRESS AVAILABLE UPON REQUEST

STROUD, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

STROUD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

STROUD, MIKE
ADDRESS AVAILABLE UPON REQUEST

STROUD, TETIA
ADDRESS AVAILABLE UPON REQUEST

STROUGH, KRISTY
ADDRESS AVAILABLE UPON REQUEST

STROUMBOS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STROUMBOS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

STROUP, CHERI
ADDRESS AVAILABLE UPON REQUEST

STROUP, EMILIE
ADDRESS AVAILABLE UPON REQUEST

STROUP, JENN
ADDRESS AVAILABLE UPON REQUEST

STROUP, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STROUSE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

STROUSS, MIKE
ADDRESS AVAILABLE UPON REQUEST

STROYNY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

STROZIER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

STROZIER, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

STRROMBERG, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

STRUB, CHRIS
ADDRESS AVAILABLE UPON REQUEST

STRUB, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STRUBE, HALEY
ADDRESS AVAILABLE UPON REQUEST

STRUBE-WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STRUBLE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

STRUCKMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STRUDER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

STRUDWICK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STRUEBING, JEAN
ADDRESS AVAILABLE UPON REQUEST

STRUM MEDIA INC.
200 SUMMIT LAKE DRIVE 4TH FLOOR
VALHALLA, NY 10595

STRUM, MACIE
ADDRESS AVAILABLE UPON REQUEST

STRUM, SCOTT
ADDRESS AVAILABLE UPON REQUEST

STRUMBOS, LUCY
ADDRESS AVAILABLE UPON REQUEST

STRUMINGER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

STRUMOR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

STRUMWASSER, KATHY
ADDRESS AVAILABLE UPON REQUEST

STRUNJAS, SASHA
ADDRESS AVAILABLE UPON REQUEST

STRUNK, BLANCHE
ADDRESS AVAILABLE UPON REQUEST

STRUNK, LYNN
ADDRESS AVAILABLE UPON REQUEST

STRUNK, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

STRUNK, MARISA
ADDRESS AVAILABLE UPON REQUEST

STRUTHER WHITE
ADDRESS AVAILABLE UPON REQUEST

STRUTTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STRUTZ COMPANY LTD
1401 S SANTA FE AVE STE 6
LOS ANGELES, CA 90021

STRUTZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STRUTZEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

STRUXNESS, HALEY
ADDRESS AVAILABLE UPON REQUEST

STRYBOS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

STRYJAK, NIKI
ADDRESS AVAILABLE UPON REQUEST

STRYKER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

STRYKER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STRYKOWSKY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STRYS, PATRICA
ADDRESS AVAILABLE UPON REQUEST

STRYSKO, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

STRZELCZYK, KYRA
ADDRESS AVAILABLE UPON REQUEST

STRZEMPKO, MONICA
ADDRESS AVAILABLE UPON REQUEST

STUART BELL
ADDRESS AVAILABLE UPON REQUEST

STUART BRAZELL
1432 N. VISTA ST.  2
LOS ANGELES, CA  90046

STUART EDGERLY
ADDRESS AVAILABLE UPON REQUEST

STUART I BARNEY
ADDRESS AVAILABLE UPON REQUEST

STUART MCCALLA
ADDRESS AVAILABLE UPON REQUEST

STUART MITCHELL
ADDRESS AVAILABLE UPON REQUEST

STUART R RUSSELL
ADDRESS AVAILABLE UPON REQUEST

STUART THOMPSON
ADDRESS AVAILABLE UPON REQUEST

STUART, BLAINE
ADDRESS AVAILABLE UPON REQUEST

STUART, CORI
ADDRESS AVAILABLE UPON REQUEST

STUART, DAVID
ADDRESS AVAILABLE UPON REQUEST

STUART, DENISE
ADDRESS AVAILABLE UPON REQUEST

STUART, EDEN
ADDRESS AVAILABLE UPON REQUEST

STUART, EMMA
ADDRESS AVAILABLE UPON REQUEST

STUART, JAYDON
ADDRESS AVAILABLE UPON REQUEST

STUART, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STUART, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STUART, JONI
ADDRESS AVAILABLE UPON REQUEST

STUART, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STUART, KIM
ADDRESS AVAILABLE UPON REQUEST

STUART, NICOLA
ADDRESS AVAILABLE UPON REQUEST

STUART, SARAH
ADDRESS AVAILABLE UPON REQUEST

STUART, STACEY
ADDRESS AVAILABLE UPON REQUEST

STUART, TAMI
ADDRESS AVAILABLE UPON REQUEST

STUART, THEOMAR
ADDRESS AVAILABLE UPON REQUEST

STUBBART, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

STUBBE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

STUBBLEFIELD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STUBBLEFIELD, DENISE
ADDRESS AVAILABLE UPON REQUEST

STUBBLEFIELD, MADISON
ADDRESS AVAILABLE UPON REQUEST

STUBBLEFIELD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

STUBBLEFIELD, TODD
ADDRESS AVAILABLE UPON REQUEST

STUBBS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STUBBS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

STUBBS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

STUBBS, SARAH GRACE
ADDRESS AVAILABLE UPON REQUEST

STUBBS, SHAENEN
ADDRESS AVAILABLE UPON REQUEST

STUBBS, SHAENEN
ADDRESS AVAILABLE UPON REQUEST

STUBEN, PHIL
ADDRESS AVAILABLE UPON REQUEST

STUBER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STUBER, VICTOR
ADDRESS AVAILABLE UPON REQUEST

STUBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STUBHUB.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

STUCCHIO, EMELIO
ADDRESS AVAILABLE UPON REQUEST

STUCCHIO, RONALD
ADDRESS AVAILABLE UPON REQUEST

STUCHLIK, DEREK
ADDRESS AVAILABLE UPON REQUEST

STUCKART, ANNA
ADDRESS AVAILABLE UPON REQUEST

STUCKE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

STUCKEL, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

STUCKENBERG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STUCKER, SEANSI
ADDRESS AVAILABLE UPON REQUEST

STUCKEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STUCKEY, CONNIE
ADDRESS AVAILABLE UPON REQUEST

STUCKEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

STUCKEY, MELANIE
ADDRESS AVAILABLE UPON REQUEST

STUCKEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

STUCKO, MARY
ADDRESS AVAILABLE UPON REQUEST

STUDDARD, BYRON
ADDRESS AVAILABLE UPON REQUEST

STUDENT, RYAN
ADDRESS AVAILABLE UPON REQUEST

STUDER, SARAH
ADDRESS AVAILABLE UPON REQUEST

STUDER, TAMIA
ADDRESS AVAILABLE UPON REQUEST

STUDHALTER, AMY
ADDRESS AVAILABLE UPON REQUEST

STUDHOLME, NORA
ADDRESS AVAILABLE UPON REQUEST

STUDIE, DELANNA
ADDRESS AVAILABLE UPON REQUEST

STUDIO CENTER CORPORATION
161 BUSINESS PARK DRIVE
VIRGINIA BEACH, VA  23462

STUDIO MAST LLC
1934 W 33RD AVE.
DENVER, CO  80211

STUDIO PROPER
WINDSOR
AUSTRALIA

STUDIOS, BINYAN
ADDRESS AVAILABLE UPON REQUEST

STUDWELL, IRENE
ADDRESS AVAILABLE UPON REQUEST

STUECKLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

STUEHRK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

STUEMPFIG, ALEXANDER C.
ADDRESS AVAILABLE UPON REQUEST

STUEMPFIG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STUEMPFLE, PAULINE
ADDRESS AVAILABLE UPON REQUEST

STUESSE, CAREY
ADDRESS AVAILABLE UPON REQUEST

STUESSER, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

STUESSI, PEGGY
ADDRESS AVAILABLE UPON REQUEST

STUESSY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

STUEVE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STUEWE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

STUFFLE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

STUFFLEBEAN, JENIFER
ADDRESS AVAILABLE UPON REQUEST

STUFFLEBEAN, MADISYN
ADDRESS AVAILABLE UPON REQUEST

STUFFLEBEAN, WESTIN
ADDRESS AVAILABLE UPON REQUEST

STUFFT, MAKAELA
ADDRESS AVAILABLE UPON REQUEST

STUHLMAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

STUHLTRAGER, JENN
ADDRESS AVAILABLE UPON REQUEST

STUHM, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

STUHR, KELLI
ADDRESS AVAILABLE UPON REQUEST

STULBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

STULC, DORI
ADDRESS AVAILABLE UPON REQUEST

STULGIN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

STULL, ANI
ADDRESS AVAILABLE UPON REQUEST

STULL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STULL, CASEY
ADDRESS AVAILABLE UPON REQUEST

STULL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

STULL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ST-ULME, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

STULTS, JARED
ADDRESS AVAILABLE UPON REQUEST

STULTS, MARY
ADDRESS AVAILABLE UPON REQUEST

STULTZ, STACY
ADDRESS AVAILABLE UPON REQUEST

STUMLER, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

STUMP, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

STUMP, RENEE
ADDRESS AVAILABLE UPON REQUEST

STUMP, RICHARD
ADDRESS AVAILABLE UPON REQUEST

STUMP, SARAH
ADDRESS AVAILABLE UPON REQUEST

STUMPF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

STUMPF, ANNIE
ADDRESS AVAILABLE UPON REQUEST

STUMPF, DIANE
ADDRESS AVAILABLE UPON REQUEST

STUMVOLL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

STUMVOLL, RYAN
ADDRESS AVAILABLE UPON REQUEST

STUPKA, RENEE
ADDRESS AVAILABLE UPON REQUEST

STURDEVAN, HIROKO
ADDRESS AVAILABLE UPON REQUEST

STURDEVANT, GISELLE
ADDRESS AVAILABLE UPON REQUEST

STURDY, LAYNE
ADDRESS AVAILABLE UPON REQUEST

STURGE-ADAMS, JILLMARIE
ADDRESS AVAILABLE UPON REQUEST

STURGELL, KATIE
ADDRESS AVAILABLE UPON REQUEST

STURGEON, ABBY
ADDRESS AVAILABLE UPON REQUEST

STURGEON, AMY
ADDRESS AVAILABLE UPON REQUEST

STURGEON, ANN
ADDRESS AVAILABLE UPON REQUEST

STURGEON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

STURGEON, SARAH
ADDRESS AVAILABLE UPON REQUEST

STURGES, BRYA
ADDRESS AVAILABLE UPON REQUEST

STURGES, THERESE
ADDRESS AVAILABLE UPON REQUEST

STURGES, THOMAS
ADDRESS AVAILABLE UPON REQUEST

STURGES-PERRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

STURGESS, JOHN
ADDRESS AVAILABLE UPON REQUEST

STURGILL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

STURGILL, KYRA
ADDRESS AVAILABLE UPON REQUEST

STURGIS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

STURGIS, SARAH
ADDRESS AVAILABLE UPON REQUEST

STURIALE, MATT
ADDRESS AVAILABLE UPON REQUEST

STURLAUGSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

STURM, MIKE
ADDRESS AVAILABLE UPON REQUEST

STURM, TERESA
ADDRESS AVAILABLE UPON REQUEST

STURMAN, LILY
ADDRESS AVAILABLE UPON REQUEST

STURMER, CHERYL
ADDRESS AVAILABLE UPON REQUEST

STURNIOLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

STURONAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

STURROCK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

STURSA, ROBIN
ADDRESS AVAILABLE UPON REQUEST

STURTECKY, RONALD
ADDRESS AVAILABLE UPON REQUEST

STURTEVANT, DENNIS
ADDRESS AVAILABLE UPON REQUEST

STURTEVANT, MYCA
ADDRESS AVAILABLE UPON REQUEST

STURTZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

STURTZ, LOUANNE
ADDRESS AVAILABLE UPON REQUEST

STURTZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

STURTZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

STURZ, JARED
ADDRESS AVAILABLE UPON REQUEST

STURZL, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

STUSICK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STUTSMAN, ALYSIA
ADDRESS AVAILABLE UPON REQUEST

STUTZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

STUTZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

STUTZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

STUTZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

STUTZMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

STUTZMAN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

STUTZMAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

STUTZMAN, JODY
ADDRESS AVAILABLE UPON REQUEST

STUTZMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

STUVEL, MICHELE
ADDRESS AVAILABLE UPON REQUEST

STUVER, KAROLYN
ADDRESS AVAILABLE UPON REQUEST

STVAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

STVARTAK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

STYBR, EMILY
ADDRESS AVAILABLE UPON REQUEST

STYER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

STYER-CAWTHORNE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

STYGA, TYLERE
ADDRESS AVAILABLE UPON REQUEST

STYLE D., LLC
C/O WEINTRAUB TOBIN
10250 CONSTELLATION BLVD., STE 2900
LOS ANGELES, CA  90067

STYLES, GRACE
ADDRESS AVAILABLE UPON REQUEST

STYLES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

STYMACKS, SEAN
ADDRESS AVAILABLE UPON REQUEST

STYRON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

STYVE, JULIE
ADDRESS AVAILABLE UPON REQUEST

STYX, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SU, BINH
ADDRESS AVAILABLE UPON REQUEST

SU, KAROLYN
ADDRESS AVAILABLE UPON REQUEST

SU, NANCY
ADDRESS AVAILABLE UPON REQUEST

SU, PAIFANG
ADDRESS AVAILABLE UPON REQUEST

SU, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SU, ZUBIN
ADDRESS AVAILABLE UPON REQUEST

SUARDINI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SUARES, JENNY
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, ALINA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, ANA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, BERNARDO
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, CAMILO
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, CAROL AND TED
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, CORINTH
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, FATIMA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, GISSELLE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, ISABEL
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, JODIE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, JULIZZA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, KYLE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LISA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LUZ
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, LYDA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, NATHAN
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, STEPH
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, STEPHANY
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, ZAIMA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ, ZAIRA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ-MARILL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SUAREZ-SARMIENTO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SUASTE, JASSIBI
ADDRESS AVAILABLE UPON REQUEST

SUASTEGUI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SUAYAN, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

SUAZO, BOB
ADDRESS AVAILABLE UPON REQUEST

SUAZO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SUAZO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SUBACH, MARA
ADDRESS AVAILABLE UPON REQUEST

SUBAITIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SUBAK, LAURA
ADDRESS AVAILABLE UPON REQUEST

SUBEDI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SUBHAS K MUKHOPADKYAY
ADDRESS AVAILABLE UPON REQUEST

SUBICH, SHERRISE
ADDRESS AVAILABLE UPON REQUEST

SUBIDO, MARLY
ADDRESS AVAILABLE UPON REQUEST

SUBLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SUBLETTE, CORINNE
ADDRESS AVAILABLE UPON REQUEST

SUBLETTE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

SUBOTNICK, JACOB
ADDRESS AVAILABLE UPON REQUEST

SUBRAHMANYA SAI KIRAN KANTE
ADDRESS AVAILABLE UPON REQUEST

SUBRAMANIAM, TANESHA
ADDRESS AVAILABLE UPON REQUEST

SUBRAMANIAN, ANURADHA
ADDRESS AVAILABLE UPON REQUEST

SUBRAMANYAM, ANUSHA
ADDRESS AVAILABLE UPON REQUEST

SUBRATI, NASEEMA
ADDRESS AVAILABLE UPON REQUEST

SUBRIZI, STEVIE
ADDRESS AVAILABLE UPON REQUEST

SUBWAY
ADDRESS UNAVAILABLE AT TIME OF FILING

SUCAPANI, ERIN
ADDRESS AVAILABLE UPON REQUEST

SUCCURO, JERRY
ADDRESS AVAILABLE UPON REQUEST

SUCGANG, LAURIE
ADDRESS AVAILABLE UPON REQUEST

SUCH, KYLE
ADDRESS AVAILABLE UPON REQUEST

SUCH, MELODY
ADDRESS AVAILABLE UPON REQUEST

SUCHAI GUMTRONTIP
ADDRESS AVAILABLE UPON REQUEST

SUCHAIRE, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

SUCHAN, MARYLYNN
ADDRESS AVAILABLE UPON REQUEST

SUCHER, ALANNA
ADDRESS AVAILABLE UPON REQUEST

SUCHER, BLAIR
ADDRESS AVAILABLE UPON REQUEST

SUCHER, GINA
ADDRESS AVAILABLE UPON REQUEST

SUCHETSKI, MIRELLA
ADDRESS AVAILABLE UPON REQUEST

SUCHLA-DOYLE, COLETTE
ADDRESS AVAILABLE UPON REQUEST

SUCHMA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SUCHOV, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SUCHY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SUCILLA, MAX
ADDRESS AVAILABLE UPON REQUEST

SUCKLING, KATRINA
ADDRESS AVAILABLE UPON REQUEST

SUD, JEAN
ADDRESS AVAILABLE UPON REQUEST

SUD, VIJAY
ADDRESS AVAILABLE UPON REQUEST

SUDA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SUDA, KATARINA
ADDRESS AVAILABLE UPON REQUEST

SUDARSAN, VIVEK
ADDRESS AVAILABLE UPON REQUEST

SUDDARTH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SUDDARTH, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUDDERTH, SHANNA
ADDRESS AVAILABLE UPON REQUEST

SUDDLESON, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

SUDDUTH, JAMES
ADDRESS AVAILABLE UPON REQUEST

SUDELA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SUDERS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SUDHA MICHAELS
ADDRESS AVAILABLE UPON REQUEST

SUDHAKAR LINGINENI
ADDRESS AVAILABLE UPON REQUEST

SUDJIAN, TORI
ADDRESS AVAILABLE UPON REQUEST

SUDLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SUDOL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SUE ANN PHILIPPBAR
ADDRESS AVAILABLE UPON REQUEST

SUE BERGER
ADDRESS AVAILABLE UPON REQUEST

SUE ELLEN PAGE
ADDRESS AVAILABLE UPON REQUEST

SUE MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

SUE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SUE, MOMMA
ADDRESS AVAILABLE UPON REQUEST

SUEHR, SHANE
ADDRESS AVAILABLE UPON REQUEST

SUEL, KATIE
ADDRESS AVAILABLE UPON REQUEST

SUELLENTROP, KALIE
ADDRESS AVAILABLE UPON REQUEST

SUEN, LONNIE
ADDRESS AVAILABLE UPON REQUEST

SUENAGA, LEIGHA
ADDRESS AVAILABLE UPON REQUEST

SUEPKE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SUER, GARY
ADDRESS AVAILABLE UPON REQUEST

SUERMANN, DAWN
ADDRESS AVAILABLE UPON REQUEST

SUERO, JESSE
ADDRESS AVAILABLE UPON REQUEST

SUERO-MELENDEZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SUERTH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUERTH, KELLY
ADDRESS AVAILABLE UPON REQUEST

SUESKIND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SUESS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

SUEYOSHI, LIA
ADDRESS AVAILABLE UPON REQUEST

SUEZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SUFAK, JACQUELIN
ADDRESS AVAILABLE UPON REQUEST

SUFFICOOL, MAKENZY
ADDRESS AVAILABLE UPON REQUEST

SUFFREDINI, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SUFI MEDALLION TAXI
ADDRESS UNAVAILABLE AT TIME OF FILING

SUFLETA, MARIE
ADDRESS AVAILABLE UPON REQUEST

SUGALOU, PDX
ADDRESS AVAILABLE UPON REQUEST

SUGAR PAPER
ADDRESS UNAVAILABLE AT TIME OF FILING

SUGARFINA, LLC.
3915 W. 102ND STREET
INGLEWOOD, CA  90303

SUGARFISH
ADDRESS UNAVAILABLE AT TIME OF FILING

SUGASAWA, TAKAYUKI
ADDRESS AVAILABLE UPON REQUEST

SUGEID RENDON
ADDRESS AVAILABLE UPON REQUEST

SUGERIK, MARLANA
ADDRESS AVAILABLE UPON REQUEST

SUGG, ANNA
ADDRESS AVAILABLE UPON REQUEST

SUGG, KIM
ADDRESS AVAILABLE UPON REQUEST

SUGGETT, ALMA
ADDRESS AVAILABLE UPON REQUEST

SUGGETT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SUGGS, LAUREL
ADDRESS AVAILABLE UPON REQUEST

SUGGS, MAURA
ADDRESS AVAILABLE UPON REQUEST

SUGGS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SUGGS, TANA
ADDRESS AVAILABLE UPON REQUEST

SUGGS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SUGIUCHI, DIANA
ADDRESS AVAILABLE UPON REQUEST

SUGRIM, PEGGY
ADDRESS AVAILABLE UPON REQUEST

SUGRUE, JACK
ADDRESS AVAILABLE UPON REQUEST

SUGRUE, JULIA
ADDRESS AVAILABLE UPON REQUEST

SUGRUE, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

SUGRUE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SUGU, NELLY
ADDRESS AVAILABLE UPON REQUEST

SUH, LAURA
ADDRESS AVAILABLE UPON REQUEST

SUH, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SUH, VANESSA
ADDRESS AVAILABLE UPON REQUEST

SUHADI, KIKI
ADDRESS AVAILABLE UPON REQUEST

SUHAKA, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

SUHEIL KHURI
ADDRESS AVAILABLE UPON REQUEST

SUHER, LORI FORAMY
ADDRESS AVAILABLE UPON REQUEST

SUHEY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SUHITA GOSWAMI
ADDRESS AVAILABLE UPON REQUEST

SUHNASKA, IRYNA
ADDRESS AVAILABLE UPON REQUEST

SUI SHEN
ADDRESS AVAILABLE UPON REQUEST

SUING, KACEY
ADDRESS AVAILABLE UPON REQUEST

SUING, MIKE
ADDRESS AVAILABLE UPON REQUEST

SUISKIND, BEN
ADDRESS AVAILABLE UPON REQUEST

SUISSA, ANDRE
ADDRESS AVAILABLE UPON REQUEST

SUISSA, BELKIS
ADDRESS AVAILABLE UPON REQUEST

SUIT, AMY
ADDRESS AVAILABLE UPON REQUEST

SUITE RENOVATION, INC.
PO BOX 571825
TARZANA, CA  91357

SUITER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SUITERS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUITS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SUITTS, JASON
ADDRESS AVAILABLE UPON REQUEST

SUITY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SUJAL SHAH
ADDRESS AVAILABLE UPON REQUEST

SUK, ANNE
ADDRESS AVAILABLE UPON REQUEST

SUKALAS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

SUKALSKI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SUKENIC, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SUKENICK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SUKHU, JAZMIN
ADDRESS AVAILABLE UPON REQUEST

SUKIMOTO, CAROL
ADDRESS AVAILABLE UPON REQUEST

SUKIS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SUKO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SUKSOMSONG, SHALIGA
ADDRESS AVAILABLE UPON REQUEST

SUKURS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SULAIMANEE, HUSEINA
ADDRESS AVAILABLE UPON REQUEST

SULAK, HEIDI
ADDRESS AVAILABLE UPON REQUEST

SULARZ, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SULAVA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SULC, DEREK
ADDRESS AVAILABLE UPON REQUEST

SULC, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SULCA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

SULECKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SULEIMANYAN, ASTINE
ADDRESS AVAILABLE UPON REQUEST

SULEJEWSKI, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SULIE OBER
ADDRESS AVAILABLE UPON REQUEST

SULIK, JEANNE
ADDRESS AVAILABLE UPON REQUEST

SULIMAN, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

SULISCALLEJA, DONNA
ADDRESS AVAILABLE UPON REQUEST

SULISTIO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SULKES, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

SULKY, KAYTE
ADDRESS AVAILABLE UPON REQUEST

SULLENDER, KATHY
ADDRESS AVAILABLE UPON REQUEST

SULLENGER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SULLENGER, GRACE
ADDRESS AVAILABLE UPON REQUEST

SULLENS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SULLEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SULLINGER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SULLINS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SULLINS, REAGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN BROWN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN ROEMIG, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, AELISH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRADY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CARLENE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CAYLYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CHAUNTEL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, COREY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CURT AND CARRIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DARYL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DAWN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DEE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DEYJA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, DOUG
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, EVELYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, FLORA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, GIULIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JAIRA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JAY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KARLYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KATE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KELLEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KERRIANNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KIM
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, LORI
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAEVE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MARY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MATT
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MAX
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RILEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RILEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SARA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SARA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SARA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SARINA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SEAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SHEVONNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, STACEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SUZANN
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TAEGH
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TARA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TED
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TIM AND JOANNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TINA H
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, VERONICA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, YVONNE
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN, ZOILA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN-BROWN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SULLIVAN-COVERT, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SULLIVANT, TORI
ADDRESS AVAILABLE UPON REQUEST

SULLO, GARY
ADDRESS AVAILABLE UPON REQUEST

SULLOWAY, ELEONORE
ADDRESS AVAILABLE UPON REQUEST

SULLY, NANCY
ADDRESS AVAILABLE UPON REQUEST

SULSER, CAROLE
ADDRESS AVAILABLE UPON REQUEST

SULTAN GARDNER, SHERESE
ADDRESS AVAILABLE UPON REQUEST

SULTANI, NIZAR
ADDRESS AVAILABLE UPON REQUEST

SULZER, ZAYDA
ADDRESS AVAILABLE UPON REQUEST

SUMA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SUMA, SUNDJATA
ADDRESS AVAILABLE UPON REQUEST

SUMANG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SUMAOANG, SHAWNNA
ADDRESS AVAILABLE UPON REQUEST

SUMIDA, BRITNI
ADDRESS AVAILABLE UPON REQUEST

SUMIGRAY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SUMIKO T REIMER
ADDRESS AVAILABLE UPON REQUEST

SUMIT KUMAR
ADDRESS AVAILABLE UPON REQUEST

SUMIT PANJABI
ADDRESS AVAILABLE UPON REQUEST

SUMITA MULLICK
ADDRESS AVAILABLE UPON REQUEST

SUMLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SUMLIN, BREAYANA
ADDRESS AVAILABLE UPON REQUEST

SUMMARS, KATHY
ADDRESS AVAILABLE UPON REQUEST

SUMMAY, STANTON D
ADDRESS AVAILABLE UPON REQUEST

SUMME, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

SUMMER BENFORD
ADDRESS AVAILABLE UPON REQUEST

SUMMER XU
ADDRESS AVAILABLE UPON REQUEST

SUMMER, TARA
ADDRESS AVAILABLE UPON REQUEST

SUMMERFIELD, KRIS
ADDRESS AVAILABLE UPON REQUEST

SUMMERHILL, LAURA
ADDRESS AVAILABLE UPON REQUEST

SUMMERLAND WINE BRANDS
35 INDUSTRIAL WAY
BUELTON, CA 93427

SUMMERLAND WINE BRANDS, LLC
DBA TERRAVANT WINE COMPANY, LLC
ATTN: GENERAL COUNSEL
35 INDUSTRIAL WAY
BUELLTON, CA 93427

SUMMERLIN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

SUMMERLIN, LINDA
ADDRESS AVAILABLE UPON REQUEST

SUMMERLIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUMMERS TROIANELLO, EMMA
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, ADELE
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, ALVETA
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, ANNE
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, BETH
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, BRENT
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, GARY
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, GARY
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, LAWANNA
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, LONNI
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, PETER
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, PHILIP
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, SARKA
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, STACEY
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SUMMERS, TERESA
ADDRESS AVAILABLE UPON REQUEST

SUMMERVILLE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SUMMERVILLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SUMMIT RETAIL SOLUTIONS, INC.
84 GIFFORD ST.
NEW BEDFORD, MA  02744

SUMMIT SECURITY SERVICES INC.
390 RXR PLAZA, WEST TOWER LOBBY LEVEL
UNIONDALE, NY  11556

SUMMIT SERIES
ADDRESS UNAVAILABLE AT TIME OF FILING

SUMNER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

SUMNER, CARA
ADDRESS AVAILABLE UPON REQUEST

SUMNER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SUMNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SUMNER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SUMNER, JON
ADDRESS AVAILABLE UPON REQUEST

SUMNER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

SUMNER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUMNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SUMNER, LORI
ADDRESS AVAILABLE UPON REQUEST

SUMNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SUMNER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SUMNER, RENEE
ADDRESS AVAILABLE UPON REQUEST

SUMNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUMNER, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

SUMNER-PRITCHARD, DANA
ADDRESS AVAILABLE UPON REQUEST

SUMNERS, LINSEY
ADDRESS AVAILABLE UPON REQUEST

SUMP, JACKSON
ADDRESS AVAILABLE UPON REQUEST

SUMPTER, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

SUMRALL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SUMRALL, TARA
ADDRESS AVAILABLE UPON REQUEST

SUMSKY, KEN
ADDRESS AVAILABLE UPON REQUEST

SUMSTAD, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SUMUKH PAIANGLE
ADDRESS AVAILABLE UPON REQUEST

SUN, GUANGYU
ADDRESS AVAILABLE UPON REQUEST

SUN, JERRY
ADDRESS AVAILABLE UPON REQUEST

SUN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUN, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SUN, RYAN
ADDRESS AVAILABLE UPON REQUEST

SUN, SIRUI
ADDRESS AVAILABLE UPON REQUEST

SUN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

SUN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SUN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SUN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SUN, XIAOSEN
ADDRESS AVAILABLE UPON REQUEST

SUN, YUQI
ADDRESS AVAILABLE UPON REQUEST

SUN, YU-TING
ADDRESS AVAILABLE UPON REQUEST

SUNARYO, ALICIA Y.
ADDRESS AVAILABLE UPON REQUEST

SUND, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SUNDARARAJAN, KRIPA
ADDRESS AVAILABLE UPON REQUEST

SUNDARESAN SUBRAMANIAM
ADDRESS AVAILABLE UPON REQUEST

SUNDAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SUNDAY, ILONA
ADDRESS AVAILABLE UPON REQUEST

SUNDAY, LAURA
ADDRESS AVAILABLE UPON REQUEST

SUNDAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUNDBACK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SUNDBERG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SUNDBERG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SUNDBERG, VAL
ADDRESS AVAILABLE UPON REQUEST

SUNDE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SUNDEEP SHAH
ADDRESS AVAILABLE UPON REQUEST

SUNDELL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SUNDERAJAN, TRISHA
ADDRESS AVAILABLE UPON REQUEST

SUNDERLAND, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SUNDERMAN, NOELLE
ADDRESS AVAILABLE UPON REQUEST

SUNDHAR SEKHAR
ADDRESS AVAILABLE UPON REQUEST

SUNDQUIST, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

SUNDQUIST, DEVIN
ADDRESS AVAILABLE UPON REQUEST

SUNDQUIST, LEAH
ADDRESS AVAILABLE UPON REQUEST

SUNDSTEDT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SUNDSTROM, HAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

SUNDSTROM, JON
ADDRESS AVAILABLE UPON REQUEST

SUNDSTROM, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

SUNDSTROM, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SUNDSVOLD, KELLY
ADDRESS AVAILABLE UPON REQUEST

SUNDWALL, BEN
ADDRESS AVAILABLE UPON REQUEST

SUNG YUN LEE
ADDRESS AVAILABLE UPON REQUEST

SUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SUNG, OSCAR
ADDRESS AVAILABLE UPON REQUEST

SUNGHOON KIM
ADDRESS AVAILABLE UPON REQUEST

SUNIER, CONNOR
ADDRESS AVAILABLE UPON REQUEST

SUNIGA, JANNILIZ
ADDRESS AVAILABLE UPON REQUEST

SUNITA VARUGHESE
ADDRESS AVAILABLE UPON REQUEST

SUNITA, TAMMY
ADDRESS AVAILABLE UPON REQUEST

SUNKING MOSS
ADDRESS AVAILABLE UPON REQUEST

SUNNENBERG, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SUNNY SPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

SUNOO, HYE RIM
ADDRESS AVAILABLE UPON REQUEST

SUNSANEEVITHAYAKUL, JATUPHAT
ADDRESS AVAILABLE UPON REQUEST

SUNSERI, ERICA
ADDRESS AVAILABLE UPON REQUEST

SUNSERI, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

SUNSERI, SHANNA
ADDRESS AVAILABLE UPON REQUEST

SUNSERI, STEVE
ADDRESS AVAILABLE UPON REQUEST

SUNSET RIDGE GOLF
ADDRESS UNAVAILABLE AT TIME OF FILING

SUNSET SOCIAL, INC.
1671 ORANGE BLOSSOM WAY
ENCINITAS, CA 92024

SUNSHINE AGRICULTURE
7108 N. FRESNO STREET SUITE 401
FRESNO, CA 93720

SUNSHINE, STEPH
ADDRESS AVAILABLE UPON REQUEST

SUNTHA, SETH
ADDRESS AVAILABLE UPON REQUEST

SUO, TINA
ADDRESS AVAILABLE UPON REQUEST

SUOZZO, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

SUP DOLL LTD
64 NEW CAVENDISH STREET
LONDON W1G8TB
UNITED KINGDOM

SUPAN, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

SUPAN, CARA
ADDRESS AVAILABLE UPON REQUEST

SUPAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

SUPENSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

SUPER G FUNDING, LLC
1655 NORTH FORT MYER DRIVE, SUITE 700
ARLINGTON, VA 22209

SUPER G FUNDING, LLC
23 CORPORATE PLAZA DRIVE, SUITE 101
NEWPORT BEACH, CA 92660

SUPERBA FOOD BREADVENICE
ADDRESS UNAVAILABLE AT TIME OF FILING

SUPERIOR BP
ADDRESS UNAVAILABLE AT TIME OF FILING

SUPINKA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SUPLER, CAROL
ADDRESS AVAILABLE UPON REQUEST

SUPLICY BATISTA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

SUPPA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SUPPA, TANYA
ADDRESS AVAILABLE UPON REQUEST

SUPPE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

SUPPES, DAVID
ADDRESS AVAILABLE UPON REQUEST

SUPPES, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SUPPLE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

SUPPLIESOUTLET.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SUPPLYGEEKS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SUPPORTFOURSQUARE.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SUPRAK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SUPYK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SUQUE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SUR LA TABLE
ADDRESS UNAVAILABLE AT TIME OF FILING

SURACE-AGUIRRE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SURAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SURALEIGH, LEMUEL
ADDRESS AVAILABLE UPON REQUEST

SURAMPUDI, VIJAYA
ADDRESS AVAILABLE UPON REQUEST

SURAPANENI, RUSHIL
ADDRESS AVAILABLE UPON REQUEST

SURAPANENI, SAHITI
ADDRESS AVAILABLE UPON REQUEST

SURATT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SURDOVEL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SUREL, HASIM
ADDRESS AVAILABLE UPON REQUEST

SURESH CHETTY
ADDRESS AVAILABLE UPON REQUEST

SURESH SHARMA
ADDRESS AVAILABLE UPON REQUEST

SURESH, GOPINATH
ADDRESS AVAILABLE UPON REQUEST

SURESH, SHWETHA
ADDRESS AVAILABLE UPON REQUEST

SURESH, SONIA
ADDRESS AVAILABLE UPON REQUEST

SURESHCHANDRA PATEL
ADDRESS AVAILABLE UPON REQUEST

SURETTE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

SURETTE, GREGORY
ADDRESS AVAILABLE UPON REQUEST

SURETTE, JEANNE
ADDRESS AVAILABLE UPON REQUEST

SURETTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SURETY SOLUTIONS INSURANCE SERVICES, INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

SURFACE, COLLIN
ADDRESS AVAILABLE UPON REQUEST

SURFACE, JEREMIAH
ADDRESS AVAILABLE UPON REQUEST

SURFACE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SURFACE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SURFACE, TORI
ADDRESS AVAILABLE UPON REQUEST

SURFAS
ADDRESS UNAVAILABLE AT TIME OF FILING

SURFRIDER FOUNDATION
PO BOX 73550
SAN CLEMENTE, CA 92673

SURFUS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SURGEON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SURI, DIVYA
ADDRESS AVAILABLE UPON REQUEST

SURI, GUNITA
ADDRESS AVAILABLE UPON REQUEST

SURI, PALAK
ADDRESS AVAILABLE UPON REQUEST

SURIEL, GEINIRIS
ADDRESS AVAILABLE UPON REQUEST

SURKUS INC.
3232 NEBRASKA AVE
SANTA MONICA, CA 90404

SURMACZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SURMEIER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SUROM, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SUROVIK, MACIE
ADDRESS AVAILABLE UPON REQUEST

SUROWITZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SURPRISE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SURPRISE, VICTORIA FRANK
ADDRESS AVAILABLE UPON REQUEST

SURRATT, MELODIE
ADDRESS AVAILABLE UPON REQUEST

SURREY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

SURRY, KIRK
ADDRESS AVAILABLE UPON REQUEST

SURUJBHAN, SUNITA
ADDRESS AVAILABLE UPON REQUEST

SURUN, ZARIAH
ADDRESS AVAILABLE UPON REQUEST

SURUN, ZARIAH
ADDRESS AVAILABLE UPON REQUEST

SURVANT, ERIN
ADDRESS AVAILABLE UPON REQUEST

SURVEY MONKEY
ADDRESS UNAVAILABLE AT TIME OF FILING

SORVILLON, JALEESA
ADDRESS AVAILABLE UPON REQUEST

SURYK, RICK
ADDRESS AVAILABLE UPON REQUEST

SURYK, RICK
ADDRESS AVAILABLE UPON REQUEST

SUSALLA C/O MARY TOOMEY, RO
ADDRESS AVAILABLE UPON REQUEST

SUSAN CLAIRE THOMPSON
ADDRESS AVAILABLE UPON REQUEST

SUSAN CONSIDINE
ADDRESS AVAILABLE UPON REQUEST

SUSAN DAWN MERREN
ADDRESS AVAILABLE UPON REQUEST

SUSAN DE JACKMO
ADDRESS AVAILABLE UPON REQUEST

SUSAN DELAO
ADDRESS AVAILABLE UPON REQUEST

SUSAN DEVITO
ADDRESS AVAILABLE UPON REQUEST

SUSAN DONNELL
ADDRESS AVAILABLE UPON REQUEST

SUSAN E STUVER
ADDRESS AVAILABLE UPON REQUEST

SUSAN HYNES
ADDRESS AVAILABLE UPON REQUEST

SUSAN J HYNSON
ADDRESS AVAILABLE UPON REQUEST

SUSAN KAY CHIDDIX
ADDRESS AVAILABLE UPON REQUEST

SUSAN L MEANS
ADDRESS AVAILABLE UPON REQUEST

SUSAN LATHAM
ADDRESS AVAILABLE UPON REQUEST

SUSAN LEE EBNOTHER DICKINSON
ADDRESS AVAILABLE UPON REQUEST

SUSAN MARIE LOOMIS WILSON
ADDRESS AVAILABLE UPON REQUEST

SUSAN MEES
ADDRESS AVAILABLE UPON REQUEST

SUSAN PRATT
ADDRESS AVAILABLE UPON REQUEST

SUSAN SMITH
ADDRESS AVAILABLE UPON REQUEST

SUSAN T ROMITO
ADDRESS AVAILABLE UPON REQUEST

SUSAN TROTTER
ADDRESS AVAILABLE UPON REQUEST

SUSAN WILFORD
ADDRESS AVAILABLE UPON REQUEST

SUSAN, BICKFORD
ADDRESS AVAILABLE UPON REQUEST

SUSAN, MARY
ADDRESS AVAILABLE UPON REQUEST

SUSANNE CLAUDETTE LUNDE
ADDRESS AVAILABLE UPON REQUEST

SUSANNE EHRENSTEIN
ADDRESS AVAILABLE UPON REQUEST

SUSECK, AILEEN
ADDRESS AVAILABLE UPON REQUEST

SUSEE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SUSHI AKATORA
ADDRESS UNAVAILABLE AT TIME OF FILING

SUSICK, THEODORE
ADDRESS AVAILABLE UPON REQUEST

SUSIE BUNTING
ADDRESS AVAILABLE UPON REQUEST

SUSIE Q
ADDRESS UNAVAILABLE AT TIME OF FILING

SUSIECAKES
ADDRESS UNAVAILABLE AT TIME OF FILING

SUSINI, GINNY
ADDRESS AVAILABLE UPON REQUEST

SUSINO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SUSKO, DAWN
ADDRESS AVAILABLE UPON REQUEST

SUSKO, RJ
ADDRESS AVAILABLE UPON REQUEST

SUSLAK, JASON
ADDRESS AVAILABLE UPON REQUEST

SUSMAN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SUSNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SUSPENSKI, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

SUSPENSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SUSS, ERIN
ADDRESS AVAILABLE UPON REQUEST

SUSSKIND, PAIGE
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, CRAIG
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, KINNERET
ADDRESS AVAILABLE UPON REQUEST

SUSSMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SUSSWEIN, ASHER
ADDRESS AVAILABLE UPON REQUEST

SUSTAETA, ANGEL
ADDRESS AVAILABLE UPON REQUEST

SUSTAITA KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SUSTEK, ERIN
ADDRESS AVAILABLE UPON REQUEST

SUTARIA, YASH
ADDRESS AVAILABLE UPON REQUEST

SUTEDJA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SUTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

SUTER, JENNY
ADDRESS AVAILABLE UPON REQUEST

SUTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SUTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

SUTER, TATUM
ADDRESS AVAILABLE UPON REQUEST

SUTERA, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

SUTERA, MARC
ADDRESS AVAILABLE UPON REQUEST

SUTERS, DANA
ADDRESS AVAILABLE UPON REQUEST

SUTHARD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SUTHER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

SUTHERBURG, CIARA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, ALICE
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, BRI
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, CARA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, JALAIS
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, JEN
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, JOHN
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, LARRY
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, LAUREN AND DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, LEAH
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, LYNDA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, MARILYN
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, NICHOL
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, ROSS
ADDRESS AVAILABLE UPON REQUEST

SUTHERLAND, WENDY
ADDRESS AVAILABLE UPON REQUEST

SUTHERLEN, LETITIA
ADDRESS AVAILABLE UPON REQUEST

SUTKUS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SUTLIEF, SARA
ADDRESS AVAILABLE UPON REQUEST

SUTLIFF, GANENE
ADDRESS AVAILABLE UPON REQUEST

SUTLIFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SUTLIFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SUTNER, ADAM
ADDRESS AVAILABLE UPON REQUEST

SUTO, ENA
ADDRESS AVAILABLE UPON REQUEST

SUTPHEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

SUTPHEN, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SUTPHEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

SUTPHIN, KACY
ADDRESS AVAILABLE UPON REQUEST

SUTPHIN, MARK
ADDRESS AVAILABLE UPON REQUEST

SUTRADHAR, INDORICA
ADDRESS AVAILABLE UPON REQUEST

SUTSON, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

SUTTATI, TUSHAR
ADDRESS AVAILABLE UPON REQUEST

SUTTEN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SUTTER HOME WINERY, INC.
(TRINCHERO FAMILY ESTATES)
100 ST. HELENA HWY (HWY 29) SOUTH
ST. HELENA, CA  94574

SUTTER, DANA
ADDRESS AVAILABLE UPON REQUEST

SUTTER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

SUTTER, RON AND JANIE
ADDRESS AVAILABLE UPON REQUEST

SUTTER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SUTTIE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SUTTLE, CICELY
ADDRESS AVAILABLE UPON REQUEST

SUTTLE, GENEVE
ADDRESS AVAILABLE UPON REQUEST

SUTTLES, BRANDI
ADDRESS AVAILABLE UPON REQUEST

SUTTLES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SUTTLES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SUTTNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ALANNA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, AMBER
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ANNE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SUTTON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SUTTON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SUTTON, CASEY
ADDRESS AVAILABLE UPON REQUEST

SUTTON, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, DEISA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, DIONNE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, FAITH
ADDRESS AVAILABLE UPON REQUEST

SUTTON, GINA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, GREG
ADDRESS AVAILABLE UPON REQUEST

SUTTON, GREG
ADDRESS AVAILABLE UPON REQUEST

SUTTON, HILLARY
ADDRESS AVAILABLE UPON REQUEST

SUTTON, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, JENNA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, JULIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, LEE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MAEGAN
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MARIA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MARYNELL
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MARYSA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SUTTON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SUTTON, PATT
ADDRESS AVAILABLE UPON REQUEST

SUTTON, RALIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

SUTTON, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SUTTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SUTTON, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SUTTON, TERRI
ADDRESS AVAILABLE UPON REQUEST

SUTTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

SUTTON, ZANELLE
ADDRESS AVAILABLE UPON REQUEST

SUTYAK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

SUTYAK, KATHY
ADDRESS AVAILABLE UPON REQUEST

SUYDAM, BARRY
ADDRESS AVAILABLE UPON REQUEST

SUYDAM, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SUYKO, AIMEE
ADDRESS AVAILABLE UPON REQUEST

SUZANNE CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

SUZANNE GAINEY
ADDRESS AVAILABLE UPON REQUEST

SUZANNE LATAPIE
ADDRESS AVAILABLE UPON REQUEST

SUZANNE LEE
ADDRESS AVAILABLE UPON REQUEST

SUZETH SOTO
ADDRESS AVAILABLE UPON REQUEST

SUZETTE JAMES
ADDRESS AVAILABLE UPON REQUEST

SUZIE BOLOZKY
ADDRESS AVAILABLE UPON REQUEST

SUZIE, HANDLEY,
ADDRESS AVAILABLE UPON REQUEST

SUZNOVICH, LEIGH
ADDRESS AVAILABLE UPON REQUEST

SUZSP, MATEZ
ADDRESS AVAILABLE UPON REQUEST

SUZUKA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SUZUKI, JUNEVE
ADDRESS AVAILABLE UPON REQUEST

SUZUKI, MOSH
ADDRESS AVAILABLE UPON REQUEST

SUZUKI, SHUNSUKE
ADDRESS AVAILABLE UPON REQUEST

SUZUKI, STACY
ADDRESS AVAILABLE UPON REQUEST

SUZY AND MICHY, DR.
ADDRESS AVAILABLE UPON REQUEST

SVAGERKO, JAMES
ADDRESS AVAILABLE UPON REQUEST

SVARCZKOPF, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SVASTISALEE, DEJA
ADDRESS AVAILABLE UPON REQUEST

SVATEK, MARLOW
ADDRESS AVAILABLE UPON REQUEST

SVATOPOLSKY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SVATOS, JEANNE
ADDRESS AVAILABLE UPON REQUEST

SVB ANALYTICS
MAILSTOP HF 256
3003 TASMAN DRIVE
SANTA CLARA, CA  95054

SVEC, TATIANA
ADDRESS AVAILABLE UPON REQUEST

SVEEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SVENDSEN, JON
ADDRESS AVAILABLE UPON REQUEST

SVERADA, ANN
ADDRESS AVAILABLE UPON REQUEST

SVERDLOVA, RITA
ADDRESS AVAILABLE UPON REQUEST

SVERDRUP, SASHA
ADDRESS AVAILABLE UPON REQUEST

SVETICH, TYLER
ADDRESS AVAILABLE UPON REQUEST

SVETIEV, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

SVIBA, TRACEY
ADDRESS AVAILABLE UPON REQUEST

SVIHEL, DAN
ADDRESS AVAILABLE UPON REQUEST

SVILAR, SAM
ADDRESS AVAILABLE UPON REQUEST

SVITELSKA, OLGA
ADDRESS AVAILABLE UPON REQUEST

SVITITSKAYA, AVELINA
ADDRESS AVAILABLE UPON REQUEST

SVOBODA, JOE
ADDRESS AVAILABLE UPON REQUEST

SVONAVEC, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SVRCEK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWAIR
ADDRESS UNAVAILABLE AT TIME OF FILING

SWABB, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SWADLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SWAFFORD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

SWAFFORD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SWAFFORD, LARRY
ADDRESS AVAILABLE UPON REQUEST

SWAFFORD, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SWAFFORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

SWAGLER, GARY
ADDRESS AVAILABLE UPON REQUEST

SWAGO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SWAHILI
ADDRESS UNAVAILABLE AT TIME OF FILING

SWAHL, JUDY
ADDRESS AVAILABLE UPON REQUEST

SWAILES, EVE
ADDRESS AVAILABLE UPON REQUEST

SWAIM, TRACIE
ADDRESS AVAILABLE UPON REQUEST

SWAIN, BRANDON
ADDRESS AVAILABLE UPON REQUEST

SWAIN, FRANK
ADDRESS AVAILABLE UPON REQUEST

SWAIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWAIN, KEIKO
ADDRESS AVAILABLE UPON REQUEST

SWAIN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SWAIN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SWAIN, MARY
ADDRESS AVAILABLE UPON REQUEST

SWAIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SWAIN-ENG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SWAIT II, QUINCY
ADDRESS AVAILABLE UPON REQUEST

SWAIT, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

SWAKOPF, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SWALE, TOM
ADDRESS AVAILABLE UPON REQUEST

SWALL, MICAELA
ADDRESS AVAILABLE UPON REQUEST

SWALLOW, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

SWALM, KATIE
ADDRESS AVAILABLE UPON REQUEST

SWALWELL, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

SWAN CENDEJAS, NANCY
ADDRESS AVAILABLE UPON REQUEST

SWAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SWAN, BREANNA
ADDRESS AVAILABLE UPON REQUEST

SWAN, CHERIE
ADDRESS AVAILABLE UPON REQUEST

SWAN, DEMMY
ADDRESS AVAILABLE UPON REQUEST

SWAN, DEXTER
ADDRESS AVAILABLE UPON REQUEST

SWAN, JANAE
ADDRESS AVAILABLE UPON REQUEST

SWAN, KIERA
ADDRESS AVAILABLE UPON REQUEST

SWAN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SWAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

SWAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SWAN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

SWAN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SWANBERG, RENEE
ADDRESS AVAILABLE UPON REQUEST

SWANDER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SWANDER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

SWANE, COLBY
ADDRESS AVAILABLE UPON REQUEST

SWANEK, SARAH
ADDRESS AVAILABLE UPON REQUEST

SWANEY, ARLINGTON
ADDRESS AVAILABLE UPON REQUEST

SWANGER, KYMBERLYN
ADDRESS AVAILABLE UPON REQUEST

SWANGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

SWANGER, SHAUN
ADDRESS AVAILABLE UPON REQUEST

SWANGO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SWANHOLM, MARK
ADDRESS AVAILABLE UPON REQUEST

SWANI, JOANNA
ADDRESS AVAILABLE UPON REQUEST

SWANK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SWANK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

SWANK, DESTINEE
ADDRESS AVAILABLE UPON REQUEST

SWANK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SWANK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SWANLUND, CALLIE
ADDRESS AVAILABLE UPON REQUEST

SWANN, BECKY
ADDRESS AVAILABLE UPON REQUEST

SWANN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SWANN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWANNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

SWANNER, JANET
ADDRESS AVAILABLE UPON REQUEST

SWANNIE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SWANSEN, DENISE
ADDRESS AVAILABLE UPON REQUEST

SWANSIGER, KARA
ADDRESS AVAILABLE UPON REQUEST

SWANSON WILLLIAMS, SUNRISE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ALISON
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, CLAY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, DEVON
ADDRESS AVAILABLE UPON REQUEST

SWANSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ERIK
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ERYN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, ESTHER
ADDRESS AVAILABLE UPON REQUEST

SWANSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SWANSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SWANSON, JAN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

SWANSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KELSIE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KENDALL
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, MARISA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, NIKKOLE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, PAM
ADDRESS AVAILABLE UPON REQUEST

SWANSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

SWANSON, RON
ADDRESS AVAILABLE UPON REQUEST

SWANSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, SHAVON
ADDRESS AVAILABLE UPON REQUEST

SWANSON, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SWANSON, TARA
ADDRESS AVAILABLE UPON REQUEST

SWANSON, TRACY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, WESLEY
ADDRESS AVAILABLE UPON REQUEST

SWANSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SWANSON, YOONHAE
ADDRESS AVAILABLE UPON REQUEST

SWANTEK, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

SWANTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SWAPAN KUMAR CHATTOPADHYAY
ADDRESS AVAILABLE UPON REQUEST

SWAPNA GHANTA
ADDRESS AVAILABLE UPON REQUEST

SWARA MEHTA
ADDRESS AVAILABLE UPON REQUEST

SWARNER, KIM
ADDRESS AVAILABLE UPON REQUEST

SWART, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

SWART, ROBYN
ADDRESS AVAILABLE UPON REQUEST

SWARTLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SWARTOUT, KATIE
ADDRESS AVAILABLE UPON REQUEST

SWARTS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SWARTWOOD, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, AUSTYN
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, AVERY
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, DANYELL
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, GEORGEANN
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, JACOB
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, KRISTY
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, LESLEY
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, RENEE
ADDRESS AVAILABLE UPON REQUEST

SWARTZ, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

SWASZEK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SWATEK, SANDRA VENUS
ADDRESS AVAILABLE UPON REQUEST

SWATHI KANUMURU
ADDRESS AVAILABLE UPON REQUEST

SWATKINS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

SWAVELY, LYNN
ADDRESS AVAILABLE UPON REQUEST

SWAYZE, EMMA
ADDRESS AVAILABLE UPON REQUEST

SWEANY, ERICA
ADDRESS AVAILABLE UPON REQUEST

SWEARINGEN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

SWEARINGEN, SIMONE
ADDRESS AVAILABLE UPON REQUEST

SWEASY, DEBRA
ADDRESS AVAILABLE UPON REQUEST

SWEAT, ANGIE
ADDRESS AVAILABLE UPON REQUEST

SWEAT, LEXIE
ADDRESS AVAILABLE UPON REQUEST

SWEATT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SWEAZEA, CALI
ADDRESS AVAILABLE UPON REQUEST

SWEAZEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

SWEDARSKY, DAVID
ADDRESS AVAILABLE UPON REQUEST

SWEDBERG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWEDBERG, KIM
ADDRESS AVAILABLE UPON REQUEST

SWEDBERG07, KAREN
ADDRESS AVAILABLE UPON REQUEST

SWEDICK, JAMI
ADDRESS AVAILABLE UPON REQUEST

SWEDIN, TAD
ADDRESS AVAILABLE UPON REQUEST

SWEDISH, JAN
ADDRESS AVAILABLE UPON REQUEST

SWEDISH, TYNE
ADDRESS AVAILABLE UPON REQUEST

SWEDLER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ABBIE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ALEX
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ANNE-MARIE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ARIANA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, CARLA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, CATHY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, DAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, DARYL
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ED
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ERIN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, FAY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, HADLEY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JASHUA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, KAJI
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, KATE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, LANDRA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, LISA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, LYN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, REGINA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, RYAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, SEAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, SHERMAN
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, VALERIE
ADDRESS AVAILABLE UPON REQUEST

SWEENEY, VERNA
ADDRESS AVAILABLE UPON REQUEST

SWEENEY-MORROW, ERIN
ADDRESS AVAILABLE UPON REQUEST

SWEENY, BETH
ADDRESS AVAILABLE UPON REQUEST

SWEENY, JAMES
ADDRESS AVAILABLE UPON REQUEST

SWEENY, JILL
ADDRESS AVAILABLE UPON REQUEST

SWEEPE, KYLLI
ADDRESS AVAILABLE UPON REQUEST

SWEERS, COREY
ADDRESS AVAILABLE UPON REQUEST

SWEET CHICKS SWEET CHIC
ADDRESS UNAVAILABLE AT TIME OF FILING

SWEET SIMPLE VEGAN LLC
VANCOUVER, WA  98686

SWEET, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SWEET, ASA
ADDRESS AVAILABLE UPON REQUEST

SWEET, CAROL
ADDRESS AVAILABLE UPON REQUEST

SWEET, CECILY
ADDRESS AVAILABLE UPON REQUEST

SWEET, DAVE
ADDRESS AVAILABLE UPON REQUEST

SWEET, HANNA
ADDRESS AVAILABLE UPON REQUEST

SWEET, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SWEET, JEAN
ADDRESS AVAILABLE UPON REQUEST

SWEET, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWEET, KAELIE
ADDRESS AVAILABLE UPON REQUEST

SWEET, KAYLA
ADDRESS AVAILABLE UPON REQUEST

SWEET, KIKI
ADDRESS AVAILABLE UPON REQUEST

SWEET, KYLIE
ADDRESS AVAILABLE UPON REQUEST

SWEET, MADISON
ADDRESS AVAILABLE UPON REQUEST

SWEET, MARY
ADDRESS AVAILABLE UPON REQUEST

SWEET, MARY
ADDRESS AVAILABLE UPON REQUEST

SWEET, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

SWEET, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SWEET, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SWEET, RAE
ADDRESS AVAILABLE UPON REQUEST

SWEET, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

SWEET, TIM
ADDRESS AVAILABLE UPON REQUEST

SWEET, TOM
ADDRESS AVAILABLE UPON REQUEST

SWEET, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

SWEETEN, WAYNE
ADDRESS AVAILABLE UPON REQUEST

SWEETERMAN, MARK
ADDRESS AVAILABLE UPON REQUEST

SWEETFISH SUSHI BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

SWEETIN, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

SWEETING, LISA
ADDRESS AVAILABLE UPON REQUEST

SWEETLAND, ARIEL
ADDRESS AVAILABLE UPON REQUEST

SWEETMAN, ANGELO
ADDRESS AVAILABLE UPON REQUEST

SWEETMAN, EDA
ADDRESS AVAILABLE UPON REQUEST

SWEETNAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

SWEETS, DONNA
ADDRESS AVAILABLE UPON REQUEST

SWEETSER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

SWEEZY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SWEIGARD, YULIYA
ADDRESS AVAILABLE UPON REQUEST

SWEIGART, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SWEIS, RENEE
ADDRESS AVAILABLE UPON REQUEST

SWEISS, JENNY
ADDRESS AVAILABLE UPON REQUEST

SWEITZER, APRIL
ADDRESS AVAILABLE UPON REQUEST

SWEITZER, LAURA
ADDRESS AVAILABLE UPON REQUEST

SWEITZER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SWELLANDER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SWENDEMAM, KELLY
ADDRESS AVAILABLE UPON REQUEST

SWENDRAK, MELINDA
ADDRESS AVAILABLE UPON REQUEST

SWENO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWENOR, CARMELA
ADDRESS AVAILABLE UPON REQUEST

SWENSEN, KATHY
ADDRESS AVAILABLE UPON REQUEST

SWENSEN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SWENSON, AARON
ADDRESS AVAILABLE UPON REQUEST

SWENSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

SWENSON, GREG
ADDRESS AVAILABLE UPON REQUEST

SWENSON, JILL
ADDRESS AVAILABLE UPON REQUEST

SWENSON, JOELY
ADDRESS AVAILABLE UPON REQUEST

SWENSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

SWENSON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SWENSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

SWENSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

SWENSON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SWENSON, MARY LOU
ADDRESS AVAILABLE UPON REQUEST

SWENSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

SWENSON, NILS
ADDRESS AVAILABLE UPON REQUEST

SWENSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SWENSON, TESSA
ADDRESS AVAILABLE UPON REQUEST

SWENSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

SWERTFAGER, SARA
ADDRESS AVAILABLE UPON REQUEST

SWETAVAGE, KYLE
ADDRESS AVAILABLE UPON REQUEST

SWEZEY, JOHN
ADDRESS AVAILABLE UPON REQUEST

SWG PASO VINEYARDS, LLC
ATTN: DOUG WILSON
855 BORDEAUX WAY, SUITE 200
NAPA, CA  94558

SWIADAS, STASIA
ADDRESS AVAILABLE UPON REQUEST

SWIADEK, KIM
ADDRESS AVAILABLE UPON REQUEST

SWIANTEK, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

SWIAT, SARAH
ADDRESS AVAILABLE UPON REQUEST

SWICK, CASEY
ADDRESS AVAILABLE UPON REQUEST

SWICK, CASEY
ADDRESS AVAILABLE UPON REQUEST

SWICK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SWIDE, EMILY
ADDRESS AVAILABLE UPON REQUEST

SWIDER, CINDY
ADDRESS AVAILABLE UPON REQUEST

SWIDER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

SWIDER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWIDRAK, KEN
ADDRESS AVAILABLE UPON REQUEST

SWIERK, JEFF
ADDRESS AVAILABLE UPON REQUEST

SWIERK, SARA
ADDRESS AVAILABLE UPON REQUEST

SWIERSKI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SWIERSTOK, OLIWIA
ADDRESS AVAILABLE UPON REQUEST

SWIFT TODD, EVONNE
ADDRESS AVAILABLE UPON REQUEST

SWIFT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SWIFT, DORIS
ADDRESS AVAILABLE UPON REQUEST

SWIFT, EMILY
ADDRESS AVAILABLE UPON REQUEST

SWIFT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SWIFT, JASON
ADDRESS AVAILABLE UPON REQUEST

SWIFT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SWIFT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SWIFT, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

SWIFT, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

SWIFT, SONJA
ADDRESS AVAILABLE UPON REQUEST

SWIFT, TESS
ADDRESS AVAILABLE UPON REQUEST

SWIFT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SWIGART, KATIE
ADDRESS AVAILABLE UPON REQUEST

SWIGART, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SWIGGUM, LAINA
ADDRESS AVAILABLE UPON REQUEST

SWIGLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

SWIHART, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

SWIHART, TOM
ADDRESS AVAILABLE UPON REQUEST

SWILLEY, MANDY
ADDRESS AVAILABLE UPON REQUEST

SWILLUM, CAILIE
ADDRESS AVAILABLE UPON REQUEST

SWIM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SWIMMER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SWINDELL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SWINDELL, MARISSA
ADDRESS AVAILABLE UPON REQUEST

SWINDLE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

SWINDLE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

SWINDLE, TARYN
ADDRESS AVAILABLE UPON REQUEST

SWINEA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

SWINEFORD, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

SWINEHART, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SWINEY, ALIVIA
ADDRESS AVAILABLE UPON REQUEST

SWINFORD, JONALYN
ADDRESS AVAILABLE UPON REQUEST

SWINFORD, K. SUNSHINE
ADDRESS AVAILABLE UPON REQUEST

SWINFORD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

SWING, SHANNON
ADDRESS AVAILABLE UPON REQUEST

SWINGLE, HAILE
ADDRESS AVAILABLE UPON REQUEST

SWINGLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SWINGLE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

SWINGLE, STACIE
ADDRESS AVAILABLE UPON REQUEST

SWINGLE, TENEE
ADDRESS AVAILABLE UPON REQUEST

SWINIUCH, JULIE
ADDRESS AVAILABLE UPON REQUEST

SWINIUCH, KATIE
ADDRESS AVAILABLE UPON REQUEST

SWINK, LYNNE
ADDRESS AVAILABLE UPON REQUEST

SWINNEY GARRISON, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

SWINNEY, EMMETT
ADDRESS AVAILABLE UPON REQUEST

SWINNEY, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

SWINNEY, MARY
ADDRESS AVAILABLE UPON REQUEST

SWINNEY, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

SWINSON, APRIL
ADDRESS AVAILABLE UPON REQUEST

SWIRES, DONIELLE
ADDRESS AVAILABLE UPON REQUEST

SWIRES, GLORIA
ADDRESS AVAILABLE UPON REQUEST

SWIRLED INC
729 THIMBLE SHOALS BLVD
IB NEWPORT NEWS, VA  23606

SWIRSKY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SWISHER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

SWISHER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SWISHER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

SWISHER, RYAN
ADDRESS AVAILABLE UPON REQUEST

SWISHER, STEPHENIE
ADDRESS AVAILABLE UPON REQUEST

SWISSHELM, ERIN
ADDRESS AVAILABLE UPON REQUEST

SWISSOTEL DUESSELDORNEUSS
ADDRESS UNAVAILABLE AT TIME OF FILING

SWISTAK, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

SWITALSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

SWITALSKI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SWITCH.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

SWITSER, MICHELL
ADDRESS AVAILABLE UPON REQUEST

SWITZER, CHAD
ADDRESS AVAILABLE UPON REQUEST

SWITZER, DALE
ADDRESS AVAILABLE UPON REQUEST

SWITZER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SWITZER, JILL
ADDRESS AVAILABLE UPON REQUEST

SWITZER, LACEY
ADDRESS AVAILABLE UPON REQUEST

SWITZER, LUCY
ADDRESS AVAILABLE UPON REQUEST

SWITZER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

SWOBODA, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

SWOBODA, TIMMEKA
ADDRESS AVAILABLE UPON REQUEST

SWOFFORD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

SWOFFORD, MATHEW
ADDRESS AVAILABLE UPON REQUEST

SWOGGER, CORINNE
ADDRESS AVAILABLE UPON REQUEST

SWOISH, NIKKI
ADDRESS AVAILABLE UPON REQUEST

SWONKE, LARRY
ADDRESS AVAILABLE UPON REQUEST

SWOPE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

SWOPE, ANN
ADDRESS AVAILABLE UPON REQUEST

SWOPE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

SWOPE, DEE
ADDRESS AVAILABLE UPON REQUEST

SWOPE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

SWOPE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SWORDS, KRISTI
ADDRESS AVAILABLE UPON REQUEST

SWOROB, PAUL
ADDRESS AVAILABLE UPON REQUEST

SWYDEN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

SY, JANELLE
ADDRESS AVAILABLE UPON REQUEST

SYAL, RUDRAKSH
ADDRESS AVAILABLE UPON REQUEST

SYAM SUNDAR DEVARASETTY
ADDRESS AVAILABLE UPON REQUEST

SYARBAINI, LUTHFIA
ADDRESS AVAILABLE UPON REQUEST

SYCAMORE
ADDRESS UNAVAILABLE AT TIME OF FILING

SYCHANTHA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

SYCHIQUITA STOKES
ADDRESS AVAILABLE UPON REQUEST

SYDLIK, LUISA
ADDRESS AVAILABLE UPON REQUEST

SYDNEY BALUSEK
ADDRESS AVAILABLE UPON REQUEST

SYDNEY DEHAVEN
ADDRESS AVAILABLE UPON REQUEST

SYDNEY MUCCITELLI
ADDRESS AVAILABLE UPON REQUEST

SYDNEY MUNTEANU
ADDRESS AVAILABLE UPON REQUEST

SYDNEY MUNTEANU
ADDRESS AVAILABLE UPON REQUEST

SYDNEY ROSE MUNTEANU
ADDRESS AVAILABLE UPON REQUEST

SYDNEY BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

SYDNOR, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

SYED, AASIM
ADDRESS AVAILABLE UPON REQUEST

SYED, ANAM
ADDRESS AVAILABLE UPON REQUEST

SYED, AZHA
ADDRESS AVAILABLE UPON REQUEST

SYED, NATASHA
ADDRESS AVAILABLE UPON REQUEST

SYED, RABAHUDDIN
ADDRESS AVAILABLE UPON REQUEST

SYGIDA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

SYKES, BERNARD
ADDRESS AVAILABLE UPON REQUEST

SYKES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

SYKES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SYKES, JAMES
ADDRESS AVAILABLE UPON REQUEST

SYKES, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SYKES, SHANA
ADDRESS AVAILABLE UPON REQUEST

SYKES, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SYKORA, MARY
ADDRESS AVAILABLE UPON REQUEST

SYKORA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

SYLTIE JOHNSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

SYLVERA, LERBY
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, DARNELL
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, JENIFFER
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, ROCKY
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, SHARON
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, TYLER
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

SYLVESTER-COOK, BETH
ADDRESS AVAILABLE UPON REQUEST

SYLVESTRE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

SYLVIA PILAWA
ADDRESS AVAILABLE UPON REQUEST

SYLVIA RHODES
ADDRESS AVAILABLE UPON REQUEST

SYLVIA, BETSY
ADDRESS AVAILABLE UPON REQUEST

SYLVIA, EMMIE JEAN
ADDRESS AVAILABLE UPON REQUEST

SYLVIA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

SYLVIE, GARZA -ORTEGA
ADDRESS AVAILABLE UPON REQUEST

SYLVIS, SARA
ADDRESS AVAILABLE UPON REQUEST

SYMANSKI, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

SYMINGTON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

SYMISTER, KARLA
ADDRESS AVAILABLE UPON REQUEST

SYMMETRY, BLIND
ADDRESS AVAILABLE UPON REQUEST

SYMOLON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SYMOND, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

SYMONDS, COLEEN
ADDRESS AVAILABLE UPON REQUEST

SYMONS, TERRY
ADDRESS AVAILABLE UPON REQUEST

SYMONS, TREVOR
ADDRESS AVAILABLE UPON REQUEST

SYMS, MARK
ADDRESS AVAILABLE UPON REQUEST

SYNDIE GERMAIN
ADDRESS AVAILABLE UPON REQUEST

SYNERGY FLAVORS INNOVA LLC
SYNERGY FLAVORS INNOVA LLC 1500
SYNERGY DRIVE
WAUCONDA, IL  60084

SYNERGY FLAVORS, INC.
1500 SYNERGY DRIVE
WAUCONDA, IL  60084-1073

SYNERGY FLAVORS, INC.
PO BOX 4543
CAROL STREAM, IL  60122-4543

SYNERGY NA
UNIT 10B, SILLS ROAD
WILLOW FARM BUSINESS PARK
CASTLE DONINGTON
DERBYSHIRE  DE74 2US  UNITED KINGDOM

SYNERGY NORTH AMERICA INC.
10901 W. 120TH AVENUE, SUITE 240
BROOMFIELD, CO  80021

SYNERGY NORTH AMERICA INC.
174 E. BAY STREET, SUITE 300 C
CHARLESTON, SC  29401

SYNERGY NORTH AMERICA INC.
ATTN: MANAGER
11001 W 120TH AVE, STE 400
BROOMFIELD, CO  80021

SYNERGY NORTH AMERICA INC.
SYDNEY MUNTEANU
11001 W 120TH AVE, STE 400
BROOMFIELD, CO  80021

SYNNESTVEDT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

SYNNESTVEDT, NINA
ADDRESS AVAILABLE UPON REQUEST

SYNOR, GINA
ADDRESS AVAILABLE UPON REQUEST

SYNSTELIEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

SYNTER RESOURCE GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

SYPHER, SLOAN
ADDRESS AVAILABLE UPON REQUEST

SYPRZAK, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

SYPULA, TRACY
ADDRESS AVAILABLE UPON REQUEST

SYREETA, GORCZANY
ADDRESS AVAILABLE UPON REQUEST

SYREETA, HERBERT,
ADDRESS AVAILABLE UPON REQUEST

SYRON, LINDA
ADDRESS AVAILABLE UPON REQUEST

SYROP, RANDY
ADDRESS AVAILABLE UPON REQUEST

SYRSTAD, MARK
ADDRESS AVAILABLE UPON REQUEST

SYSKA, ANIA
ADDRESS AVAILABLE UPON REQUEST

SYSOL, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

SYSSAU, KIM
ADDRESS AVAILABLE UPON REQUEST

SYSYN, JOHN
ADDRESS AVAILABLE UPON REQUEST

SYTA, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

SYTNIKOVA, YULIYA
ADDRESS AVAILABLE UPON REQUEST

SYTSMA, PRESLEY
ADDRESS AVAILABLE UPON REQUEST

SYTY, OLEG
ADDRESS AVAILABLE UPON REQUEST

SZABO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

SZABO, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SZABO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

SZABO, RYAN
ADDRESS AVAILABLE UPON REQUEST

SZABO, SABRINA
ADDRESS AVAILABLE UPON REQUEST

SZABO, SAM
ADDRESS AVAILABLE UPON REQUEST

SZAFAROWICZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

SZAFRAN, MARY
ADDRESS AVAILABLE UPON REQUEST

SZALA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

SZALKOWSKI, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SZAMATULSKI, JULIE
ADDRESS AVAILABLE UPON REQUEST

SZAMOTA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

SZARNYCH, ERIN
ADDRESS AVAILABLE UPON REQUEST

SZAROLETA, BILL
ADDRESS AVAILABLE UPON REQUEST

SZATKOWSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

SZCZECHOWSKI, TRACI
ADDRESS AVAILABLE UPON REQUEST

SZCZEPANIAK, RAY
ADDRESS AVAILABLE UPON REQUEST

SZCZERBA, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SZCZERBIAK, WENDY
ADDRESS AVAILABLE UPON REQUEST

SZCZUBELEK, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

SZCZUCKI, CHESTER
ADDRESS AVAILABLE UPON REQUEST

SZCZYGIEL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SZCZYGIEL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

SZCZYPKA, JOLANTA
ADDRESS AVAILABLE UPON REQUEST

SZEKELY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

SZEKELY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

SZEKERES, KIRAN
ADDRESS AVAILABLE UPON REQUEST

SZELES, HILARY
ADDRESS AVAILABLE UPON REQUEST

SZELIGOWSKA, EMILIA
ADDRESS AVAILABLE UPON REQUEST

SZELUGA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SZEMETT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SZENDER, EDINA
ADDRESS AVAILABLE UPON REQUEST

SZERBAT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

SZERBIAK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

SZEREMETA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

SZESZOL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

SZEWCOW, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

SZEWCZAK, KAMIL
ADDRESS AVAILABLE UPON REQUEST

SZEWCZYK, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

SZILAGYI, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

SZILAGYI, MELINDA Z.
ADDRESS AVAILABLE UPON REQUEST

SZILAGYI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SZILVA, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

SZIVOS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

SZKLARSKI, PENNY
ADDRESS AVAILABLE UPON REQUEST

SZLACHTA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SZLACHTA, EMILY
ADDRESS AVAILABLE UPON REQUEST

SZLAG, DANIEL
ADDRESS AVAILABLE UPON REQUEST

SZMIGIEL, KLAUDIA
ADDRESS AVAILABLE UPON REQUEST

SZOKE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

SZOKE, JENNA
ADDRESS AVAILABLE UPON REQUEST

SZOKE, KAREN
ADDRESS AVAILABLE UPON REQUEST

SZOPO, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

SZOSTAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

SZPARA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SZUBERT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

SZUBSKI, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

SZUCH, JON
ADDRESS AVAILABLE UPON REQUEST

SZUCH, LORI
ADDRESS AVAILABLE UPON REQUEST

SZUHAY, SARAH
ADDRESS AVAILABLE UPON REQUEST

SZULCZEWSKI, KENNY
ADDRESS AVAILABLE UPON REQUEST

SZUMAN, NIKKIANNE
ADDRESS AVAILABLE UPON REQUEST

SZUMOWSKI, JACK
ADDRESS AVAILABLE UPON REQUEST

SZUTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

SZWAJKOWSKI, CAS
ADDRESS AVAILABLE UPON REQUEST

SZWAJKOWSKI, ELISE
ADDRESS AVAILABLE UPON REQUEST

SZWEADA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

SZWEZ, MARYELLEN
ADDRESS AVAILABLE UPON REQUEST

SZYCHLINSKI, KIM
ADDRESS AVAILABLE UPON REQUEST

SZYMANIK, AGGIE
ADDRESS AVAILABLE UPON REQUEST

SZYMANOWSKI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, CHERYL
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, DAYLE
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, JAKE
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

SZYMANSKI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

SZYMASZEK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

SZYMASZEK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

SZYMCZAK, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

SZYMIALIS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

SZYSZKA, KATE
ADDRESS AVAILABLE UPON REQUEST

T BROWNING, REBECCA
ADDRESS AVAILABLE UPON REQUEST

T DURAN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

T ELENTENY (TRAMONTE & SONS, LLC.)
OHIO
285 WEST BROADWAY  SUITE 500
NEW YORK, NY  10013

T ELENTENY IMPORTS ( ADVINTAGE
DISTRIBUTING) TENNESSEE - VINTAGE
PURSUITS, LLC
305 SEABOARD LANE SUITE 322
FRANKLIN, TN  37067

T ELENTENY IMPORTS (ADVANTAGE
DISTRIBUTING) NORTH CAROLINA
285 WEST BROADWAY  SUITE 500
NEW YORK, NY  10013

T ELENTENY IMPORTS (ADVINTAGE
DISTRIBUTING) SOUTH CAROLINA
285 WEST BROADWAY  SUITE 500
NEW YORK, NY  10013

T ELENTENY IMPORTS (BREAKTHRU
BEVERAGE) MISSOURI
6701 SOUTHWEST AVE
SAINT LOUIS, MO  63143

T ELENTENY IMPORTS (CRUSH DIST.) NEW
HAMPSHIRE
63 MOUNTAIN DRIVE
GILFORD, NH  03249

T ELENTENY IMPORTS (DIONYSOS
IMPORTS, INC) VIRGINIA
7170 W. 43RD STREET, STE 250A
HOUSTON, TX  77092

T ELENTENY IMPORTS (FAVORITE BRANDS)
NEW MEXICO
2500 SOLANO DRIVE NE
ALBUQUERQUE, NM  87110

T ELENTENY IMPORTS (FAVORITE BRANDS)
TEXAS
301 VISTA RIDGE DRIVE SUITE 400
KYLE, TX  78640

T ELENTENY IMPORTS (GEORGES
DISTRIBUTING) MONTANA
2710 BROADWATER AVE
HELENA, MT  59602

T ELENTENY IMPORTS (GREAT LAKES WINE
& SPIRITS LLC) MICHIGAN
MICHIGAN 373 VICTOR AVE
HIGHLAND PARK, MI  48203

T ELENTENY IMPORTS (HAYDEN BEVERAGE
COMPANY) IDAHO
2910 E. AMITY ROAD
BOISE, ID  83716

T ELENTENY IMPORTS (HEIDELBERG
DISTRIBUTING) KENTUCKY
2245 PROGRESS DRIVE
HEBRON, KY  41048

T ELENTENY IMPORTS (HORIZON
BEVERAGE COMPANY) RHODE ISLAND
285 W. BROADWAY  SUITE 500
NEW YORK, NY  10013

T ELENTENY IMPORTS (JOHNSON
BROTHERS) MINNESOTA
1999 SHEPARD ROAD
ST.PAUL, MN  55116

T ELENTENY IMPORTS (JOHNSON
BROTHERS) NORTH CAROLINA
2233 CAPITAL BLVD, SUITE A
RALEIGH, NC  27604

T ELENTENY IMPORTS (LANTERNA
DISTRIBUTORS, INC.) MARYLAND
7223 AMBASSADOR DRIVE
WINDSOR MILL, MD  21244

T ELENTENY IMPORTS (MAJOR BRANDS)
MISSOURI
6701 SOUTHWEST AVE
SAINT LOUIS, MO  63143

T ELENTENY IMPORTS (NEW YORK)
285 WEST BROADWAY SUITE 500
NEW YORK, NY 10013

T ELENTENY IMPORTS (PRIME WINE &
SPIRITS) GEORGIA
285 WEST BROADWAY SUITE 500
NEW YORK, NY 10013

T ELENTENY IMPORTS (RNDC) SOUTH
CAROLINA
285 WEST BROADWAY SUITE 500
NEW YORK, NY 10013

T ELENTENY IMPORTS (RNDC) VIRGINIA
14038 WASHINGTON HIGHWAY
AHSLAND, VA 23005

T ELENTENY IMPORTS (SERENDIPITY) TEXAS
7170 W. 43RD STREET SUITE 250A
HOUSTON, TX 77092

T ELENTENY IMPORTS (SMALL LOT WINE)
MINNESOTA
2110 LYNDALE AVE S SUITE A
MINNEAPOLIS, MN 55405

T ELENTENY IMPORTS (SOUTHERN
GLAZER'S WINE & SPIRITS) SOUTH
CAROLINA
7600 RICHARD ST.
COLUMBIA, SC 29209

T ELENTENY IMPORTS (VERITAS WINE
SELECTIONS) MISSOURI
3150 MERCIER ST. SUITE 270
KANSAS CITY, MO 64111

T ELENTENY IMPORTS (VINTEGRITY LLC)
KANSAS
14314 W 100TH ST
LENEXA, KS 66215

T ELENTENY IMPORTS (VINTEGRITY LLC)
MISSOURI
285 WEST BROADWAY SUITE 500
NEW YORK, NY 10013

T ELENTENY IMPORTS : T ELENTENY (NDC -
ATL)
ONE NATIONAL DR, SW
ATLANTA, GA 30134

T ELENTENY IMPORTS
66 WEST BROADWAY, SUITE 301
NEW YORK, NY 10007

T FORD, NOAH
ADDRESS AVAILABLE UPON REQUEST

T GARCIA, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

T HICKEY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

T LIPP, SARAH
ADDRESS AVAILABLE UPON REQUEST

T LIU, D.
ADDRESS AVAILABLE UPON REQUEST

T MOBILE
ADDRESS UNAVAILABLE AT TIME OF FILING

T, ALMA
ADDRESS AVAILABLE UPON REQUEST

T, ANDREA
ADDRESS AVAILABLE UPON REQUEST

T, KERRY
ADDRESS AVAILABLE UPON REQUEST

T, MAHEW
ADDRESS AVAILABLE UPON REQUEST

T, PAUL
ADDRESS AVAILABLE UPON REQUEST

T. ELENTENY HOLDINGS LLC
D/B/A T ELENTENY IMPORTS
ATTN CHIEF EXECUTIVE OFFICER
66 W BROADWAY, STE 301
NEW YORK, NY 10007

T. ELENTENY HOLDINGS LLC
D/B/A T ELENTENY IMPORTS
ATTN CHIEF EXECUTIVE OFFICER
66 W BROADWAY, STE 301
NEW YORK, NY 10013

T., LAUREN
ADDRESS AVAILABLE UPON REQUEST

T.A.B.C
ADDRESS UNAVAILABLE AT TIME OF FILING

T.V., NATHALIE
ADDRESS AVAILABLE UPON REQUEST

TA, SARAH
ADDRESS AVAILABLE UPON REQUEST

TA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TA, THY
ADDRESS AVAILABLE UPON REQUEST

TA, TRACY
ADDRESS AVAILABLE UPON REQUEST

TAAFFE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAAPOPI, NIINA
ADDRESS AVAILABLE UPON REQUEST

TAATJES, NORMA
ADDRESS AVAILABLE UPON REQUEST

TABACHNICK, LEXIE
ADDRESS AVAILABLE UPON REQUEST

TABACZYNSKI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TABAK, ADAM
ADDRESS AVAILABLE UPON REQUEST

TABAKA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TABAR, CORY
ADDRESS AVAILABLE UPON REQUEST

TABARES, ANA
ADDRESS AVAILABLE UPON REQUEST

TABARES, JOVANI
ADDRESS AVAILABLE UPON REQUEST

TABASCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TABASKO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TABASSO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TABBS, LANA
ADDRESS AVAILABLE UPON REQUEST

TABER, AMBER
ADDRESS AVAILABLE UPON REQUEST

TABER, CELESTE
ADDRESS AVAILABLE UPON REQUEST

TABER, TINA
ADDRESS AVAILABLE UPON REQUEST

TABERNA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

TABIB, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

TABINOWSKI, KATRINA
ADDRESS AVAILABLE UPON REQUEST

TABIT, LUKE
ADDRESS AVAILABLE UPON REQUEST

TABLA, YOEL
ADDRESS AVAILABLE UPON REQUEST

TABLANTE, MARY
ADDRESS AVAILABLE UPON REQUEST

TABLE 6
ADDRESS UNAVAILABLE AT TIME OF FILING

TABLE ROCK MANAGEMENT, LLC
31706 S. COAST HIGHWAY, 4TH FLOOR
LAGUNA BEACH, CA  92651

TABLEAU SOFTWARE, LLC
1621 N 34TH ST
SEATTLE, WA  98103

TABLEAU SOFTWARE, LLC
1621 N 34TH ST.
SEATTLE, WA  98103

TABOOLA, INC
28 WEST 23RD STREET, 5TH FLOOR
NEW YORK, NY  10010

TABOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TABOR, AMY
ADDRESS AVAILABLE UPON REQUEST

TABOR, KATHY
ADDRESS AVAILABLE UPON REQUEST

TABOR, KELLI
ADDRESS AVAILABLE UPON REQUEST

TABOR, KELSAY
ADDRESS AVAILABLE UPON REQUEST

TABOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TABOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TABOR, MATT
ADDRESS AVAILABLE UPON REQUEST

TABOR, SHERI
ADDRESS AVAILABLE UPON REQUEST

TABOR, STACI
ADDRESS AVAILABLE UPON REQUEST

TABORDA, CATY
ADDRESS AVAILABLE UPON REQUEST

TABREEZ ALI
ADDRESS AVAILABLE UPON REQUEST

TABS, NANCY
ADDRESS AVAILABLE UPON REQUEST

TACCONELLI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TACHENY, CARRI-RIN
ADDRESS AVAILABLE UPON REQUEST

TACHIBANA, KENTO
ADDRESS AVAILABLE UPON REQUEST

TACILAUSKAS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TACK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

TACKABURY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TACKBARY, HUNT
ADDRESS AVAILABLE UPON REQUEST

TACKBARY, HUNT
ADDRESS AVAILABLE UPON REQUEST

TACKEFF, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

TACKETT, JEAN
ADDRESS AVAILABLE UPON REQUEST

TACKETT, KENNA
ADDRESS AVAILABLE UPON REQUEST

TACKETT, MARY
ADDRESS AVAILABLE UPON REQUEST

TACKETT, NATALIA
ADDRESS AVAILABLE UPON REQUEST

TACKETT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TACK-HOOPER, RYAN
ADDRESS AVAILABLE UPON REQUEST

TACLIAD, FRANCES
ADDRESS AVAILABLE UPON REQUEST

TACO BELL
ADDRESS UNAVAILABLE AT TIME OF FILING

TACO RANCHERO
ADDRESS UNAVAILABLE AT TIME OF FILING

TACO TECA
ADDRESS UNAVAILABLE AT TIME OF FILING

TACOMIENDO
ADDRESS UNAVAILABLE AT TIME OF FILING

TACONI, ANNA
ADDRESS AVAILABLE UPON REQUEST

TACOPINO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TACURI, NORMA
ADDRESS AVAILABLE UPON REQUEST

TADDEI, EMILY
ADDRESS AVAILABLE UPON REQUEST

TADDER, BOBBI
ADDRESS AVAILABLE UPON REQUEST

TADESSE, YAMROT
ADDRESS AVAILABLE UPON REQUEST

TADINI, LUCAS
ADDRESS AVAILABLE UPON REQUEST

TADIO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

TADLER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TADMOR, ADA
ADDRESS AVAILABLE UPON REQUEST

TADOKORO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TADROS, DAVID
ADDRESS AVAILABLE UPON REQUEST

TADYCH, CYDNEY
ADDRESS AVAILABLE UPON REQUEST

TADYCH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TAEGE, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

TAEKO KIMURA
ADDRESS AVAILABLE UPON REQUEST

TAETZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TAFAZZOLI, FARSHID
ADDRESS AVAILABLE UPON REQUEST

TAFFE, KEYANA
ADDRESS AVAILABLE UPON REQUEST

TAFFEL, JEREMY
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, HECTOR
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TAFOYA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TAFT, CARLY
ADDRESS AVAILABLE UPON REQUEST

TAFT, DAVID
ADDRESS AVAILABLE UPON REQUEST

TAFT, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAG MANAGEMENT INC.
1227 PROSPECT ST. SUITE 200
LA JOLLA, CA  92037

TAGA, KELLY
ADDRESS AVAILABLE UPON REQUEST

TAGADAMEDIA LLC
350 LINCOLN ROAD
MIAMI BEACH, FL  33139

TAGARELLI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

TAGBOARD.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

TAGGART, EMILY
ADDRESS AVAILABLE UPON REQUEST

TAGGART, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TAGGART, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TAGGART, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

TAGGART, ROBYN
ADDRESS AVAILABLE UPON REQUEST

TAGGART, RONALD
ADDRESS AVAILABLE UPON REQUEST

TAGHAVIAN, NAZ
ADDRESS AVAILABLE UPON REQUEST

TAGHI, JOANN
ADDRESS AVAILABLE UPON REQUEST

TAGLIAFERRE, KASEY
ADDRESS AVAILABLE UPON REQUEST

TAGLIAFERRI, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TAGLIAFERRO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TAGLIAFERRO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

TAGLIAFERRO, THERESA
ADDRESS AVAILABLE UPON REQUEST

TAGLIATI, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAGOE, HAILLIE
ADDRESS AVAILABLE UPON REQUEST

TAGPRINTS, LLC
320 W OHIO ST.,  3W
CHICAGO, IL  60654

TAGUCHI, TARA
ADDRESS AVAILABLE UPON REQUEST

TAGUE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TAGUE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TAGUE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TAGUE, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

TAGUIAM, KRISTEL
ADDRESS AVAILABLE UPON REQUEST

TAHAL, MAYON
ADDRESS AVAILABLE UPON REQUEST

TAHERI, CAMERON
ADDRESS AVAILABLE UPON REQUEST

TAHIRI, MEHDI
ADDRESS AVAILABLE UPON REQUEST

TAHY, ABBY
ADDRESS AVAILABLE UPON REQUEST

TAI LIP FATT
ADDRESS AVAILABLE UPON REQUEST

TAIBI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TAICLET, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TAINSH, BRENNA
ADDRESS AVAILABLE UPON REQUEST

TAISONG JING
ADDRESS AVAILABLE UPON REQUEST

TAIT, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TAIT, ANNETTE K
ADDRESS AVAILABLE UPON REQUEST

TAIT, DAVID
ADDRESS AVAILABLE UPON REQUEST

TAIT, LISA
ADDRESS AVAILABLE UPON REQUEST

TAIT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

TAIT-ENRIGY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TAITT, NAJEE
ADDRESS AVAILABLE UPON REQUEST

TAIWO AKINWUNMI
ADDRESS AVAILABLE UPON REQUEST

TAJ, HOPE
ADDRESS AVAILABLE UPON REQUEST

TAJIK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TAJNAI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TAKACS, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

TAKACS, SHELLE
ADDRESS AVAILABLE UPON REQUEST

TAKAHASHI, DANA
ADDRESS AVAILABLE UPON REQUEST

TAKAHASHI, JESSIE
ADDRESS AVAILABLE UPON REQUEST

TAKAHASHI, MIHOKO
ADDRESS AVAILABLE UPON REQUEST

TAKAHASHI, YUNA
ADDRESS AVAILABLE UPON REQUEST

TAKAHASHI-ROSALES, PAOLA
ADDRESS AVAILABLE UPON REQUEST

TAKAKJIAN, KATIE A.
ADDRESS AVAILABLE UPON REQUEST

TAKAKURA, VERA
ADDRESS AVAILABLE UPON REQUEST

TAKASH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAKATORI, COLIN
ADDRESS AVAILABLE UPON REQUEST

TAKAVITZ, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TAKAYAMA, AMY
ADDRESS AVAILABLE UPON REQUEST

TAKAYUKI OTA
ADDRESS AVAILABLE UPON REQUEST

TAKE, FUJIKO
ADDRESS AVAILABLE UPON REQUEST

TAKEDA, MIKAELE
ADDRESS AVAILABLE UPON REQUEST

TAKEMOTO, TAMRA
ADDRESS AVAILABLE UPON REQUEST

TAKERIAN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

TAKEUCHI, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TAKIARA BULLOCK
ADDRESS AVAILABLE UPON REQUEST

TAKISHITA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TAKMAKOV, PAVEL
ADDRESS AVAILABLE UPON REQUEST

TAKSEY, KIM
ADDRESS AVAILABLE UPON REQUEST

TAL, AMY
ADDRESS AVAILABLE UPON REQUEST

TALALAI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TALANIA, MARLYS
ADDRESS AVAILABLE UPON REQUEST

TALARCEK, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

TALARICO, FRANK
ADDRESS AVAILABLE UPON REQUEST

TALARICO-LOSE, ALYSA
ADDRESS AVAILABLE UPON REQUEST

TALBERT, BEN
ADDRESS AVAILABLE UPON REQUEST

TALBERT, CATHY
ADDRESS AVAILABLE UPON REQUEST

TALBERT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TALBOT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TALBOT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TALBOT, MATT
ADDRESS AVAILABLE UPON REQUEST

TALBOT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TALBOT, SHEENA
ADDRESS AVAILABLE UPON REQUEST

TALBOT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TALBOT, TESS
ADDRESS AVAILABLE UPON REQUEST

TALBOT, VICKIE
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, ALINA
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, AMBER
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, CALEB
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, REGINA
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, RENA
ADDRESS AVAILABLE UPON REQUEST

TALBOTT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TALCOTT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

TALCOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TALCOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TALEFF, JANICE
ADDRESS AVAILABLE UPON REQUEST

TALENT DIRECT AGENCY
5301 FEDERAL HWY
BOCA RATON, FL  33487

TALENTI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TALENTO, LINDA
ADDRESS AVAILABLE UPON REQUEST

TALESE, ELENA
ADDRESS AVAILABLE UPON REQUEST

TALESNICK, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

TALHAME, FABIA
ADDRESS AVAILABLE UPON REQUEST

TALHOUK, AKRAM
ADDRESS AVAILABLE UPON REQUEST

TALIA ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

TALIA HAWLEY
ADDRESS AVAILABLE UPON REQUEST

TALIAFERRO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TALIAFERRO, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TALIAFERRO, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TALIMDZIOSKI, BLAGOJA
ADDRESS AVAILABLE UPON REQUEST

TALIPAN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TALIS MADELIN
ADDRESS AVAILABLE UPON REQUEST

TALIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TALKDESK, INC
655 W.EVELYN AVE SUITE 2
MOUNTAIN VIEW, CA  94041

TALKS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TALLANT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TALLANY, STUART
ADDRESS AVAILABLE UPON REQUEST

TALLENT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TALLENT, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TALLENT, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TALLEY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TALLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

TALLEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

TALLEY, DEB
ADDRESS AVAILABLE UPON REQUEST

TALLEY, DESTINY
ADDRESS AVAILABLE UPON REQUEST

TALLEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

TALLEY, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

TALLIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TALLMAN, TODD
ADDRESS AVAILABLE UPON REQUEST

TALLMER, RUTH T
ADDRESS AVAILABLE UPON REQUEST

TALLMER, RUTH
ADDRESS AVAILABLE UPON REQUEST

TALLON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TALLY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TALMAGE, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

TALMO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TALOR, SHERI
ADDRESS AVAILABLE UPON REQUEST

TALSMA, WENDI
ADDRESS AVAILABLE UPON REQUEST

TALSO, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TALT, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TALTON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TALTON, DANA
ADDRESS AVAILABLE UPON REQUEST

TALTON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TALTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

TALTY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TALTY, KIV
ADDRESS AVAILABLE UPON REQUEST

TALUS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TALWAR, KATIE
ADDRESS AVAILABLE UPON REQUEST

TAM OROS
ADDRESS AVAILABLE UPON REQUEST

TAM, ANSON
ADDRESS AVAILABLE UPON REQUEST

TAM, IRENE
ADDRESS AVAILABLE UPON REQUEST

TAM, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TAM, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TAMADDON, INES
ADDRESS AVAILABLE UPON REQUEST

TAMANAHA, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAMAR SEKAYAN
ADDRESS AVAILABLE UPON REQUEST

TAMARA BIGGS
ADDRESS AVAILABLE UPON REQUEST

TAMARA C SCOTT
ADDRESS AVAILABLE UPON REQUEST

TAMARA LE
ADDRESS AVAILABLE UPON REQUEST

TAMARA OLSON
ADDRESS AVAILABLE UPON REQUEST

TAMARA POLLEN
ADDRESS AVAILABLE UPON REQUEST

TAMARA S POST
ADDRESS AVAILABLE UPON REQUEST

TAMAREZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

TAMAROFF, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TAMASITIS, ANNA
ADDRESS AVAILABLE UPON REQUEST

TAMAYNE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, ANA
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, DWIGHT
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, JANET
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, JEN
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TAMAYO, LUIS
ADDRESS AVAILABLE UPON REQUEST

TAMBASCO, FRANK
ADDRESS AVAILABLE UPON REQUEST

TAMBLYN, STACEY
ADDRESS AVAILABLE UPON REQUEST

TAMBOIA, JAYNE
ADDRESS AVAILABLE UPON REQUEST

TAMBOLI, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TAMBONE, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

TAMBURRI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TAMBURRINO, ERIN
ADDRESS AVAILABLE UPON REQUEST

TAMETRIA JONES
ADDRESS AVAILABLE UPON REQUEST

TAMEZ, AZUCENA
ADDRESS AVAILABLE UPON REQUEST

TAMHAINAMCHIN, HAILAMTRUONG
ADDRESS AVAILABLE UPON REQUEST

TAMHANE, JAEE
ADDRESS AVAILABLE UPON REQUEST

TAMHANKAR, PARNAVI
ADDRESS AVAILABLE UPON REQUEST

TAMI REARWIN
ADDRESS AVAILABLE UPON REQUEST

TAMIETTI, STEVE
ADDRESS AVAILABLE UPON REQUEST

TAMIMI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

TAMKIN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAMKIN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

TAMKUS, GRETA
ADDRESS AVAILABLE UPON REQUEST

TAMMANA, NEHA
ADDRESS AVAILABLE UPON REQUEST

TAMMARA SOUZA HENDRICKS
ADDRESS AVAILABLE UPON REQUEST

TAMMARO, MARY
ADDRESS AVAILABLE UPON REQUEST

TAMMI FROST
ADDRESS AVAILABLE UPON REQUEST

TAMMIE MITCHELL-STEPHENS
ADDRESS AVAILABLE UPON REQUEST

TAMMONE, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

TAMMY MIHALCHIK
ADDRESS AVAILABLE UPON REQUEST

TAMMY, WILKINSON
ADDRESS AVAILABLE UPON REQUEST

TAMON
ADDRESS UNAVAILABLE AT TIME OF FILING

TAMONDONG, HENRY
ADDRESS AVAILABLE UPON REQUEST

TAMPAS-WILLIAMS, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

TAMSEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

TAMULA, GISELLE
ADDRESS AVAILABLE UPON REQUEST

TAN, CHOR SING
ADDRESS AVAILABLE UPON REQUEST

TAN, DAISY
ADDRESS AVAILABLE UPON REQUEST

TAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

TAN, HENDRA
ADDRESS AVAILABLE UPON REQUEST

TAN, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

TAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

TAN, LANDON
ADDRESS AVAILABLE UPON REQUEST

TAN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

TAN, MELODY
ADDRESS AVAILABLE UPON REQUEST

TAN, NELLIE
ADDRESS AVAILABLE UPON REQUEST

TAN, NORA
ADDRESS AVAILABLE UPON REQUEST

TAN, PATRICK
ADDRESS AVAILABLE UPON REQUEST

TAN, PEI SHAN
ADDRESS AVAILABLE UPON REQUEST

TAN, SIHAN
ADDRESS AVAILABLE UPON REQUEST

TAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TAN, YUI
ADDRESS AVAILABLE UPON REQUEST

TANABE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TANAKA, KATIE
ADDRESS AVAILABLE UPON REQUEST

TANAKA, MANATSU
ADDRESS AVAILABLE UPON REQUEST

TANAKA, SO
ADDRESS AVAILABLE UPON REQUEST

TANAMACHI, DANA
ADDRESS AVAILABLE UPON REQUEST

TANASSE, GISELE
ADDRESS AVAILABLE UPON REQUEST

TANATRA, SARAH
ADDRESS AVAILABLE UPON REQUEST

TANCREDI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TANDE-WENTZ, LORI
ADDRESS AVAILABLE UPON REQUEST

TANDRUP, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TANEJA, AKSHITA
ADDRESS AVAILABLE UPON REQUEST

TANESHU COLLIER
ADDRESS AVAILABLE UPON REQUEST

TANEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TANG, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TANG, APRICOT
ADDRESS AVAILABLE UPON REQUEST

TANG, CATHY
ADDRESS AVAILABLE UPON REQUEST

TANG, CATHY
ADDRESS AVAILABLE UPON REQUEST

TANG, CINDY
ADDRESS AVAILABLE UPON REQUEST

TANG, DEMY
ADDRESS AVAILABLE UPON REQUEST

TANG, EDY
ADDRESS AVAILABLE UPON REQUEST

TANG, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TANG, JENNY
ADDRESS AVAILABLE UPON REQUEST

TANG, JESSIE
ADDRESS AVAILABLE UPON REQUEST

TANG, KATIE
ADDRESS AVAILABLE UPON REQUEST

TANG, KATIE
ADDRESS AVAILABLE UPON REQUEST

TANG, LEWIS
ADDRESS AVAILABLE UPON REQUEST

TANG, LILAN
ADDRESS AVAILABLE UPON REQUEST

TANG, LYDIA
ADDRESS AVAILABLE UPON REQUEST

TANG, MIN CHIA
ADDRESS AVAILABLE UPON REQUEST

TANG, PEIYAO
ADDRESS AVAILABLE UPON REQUEST

TANG, XIAOYUAN
ADDRESS AVAILABLE UPON REQUEST

TANGARO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TANGELDER, STACY
ADDRESS AVAILABLE UPON REQUEST

TANGEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TANGEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TANGHERLINI, LATISE
ADDRESS AVAILABLE UPON REQUEST

TANGNEY, ALLESANDRA
ADDRESS AVAILABLE UPON REQUEST

TANGNEY, KAMRON
ADDRESS AVAILABLE UPON REQUEST

TANGNEY, KEVIN
ADDRESS AVAILABLE UPON REQUEST

TANGO PUBLISHING CORP
236 W. 27TH STREET FLOOR 8
NEW YORK, NY 10001

TANGO PUBLISHING CORP
TANGO MEDIA
101 W. 79TH STREET SUITE 2A
NEW YORK, NY 10024

TANGO RUMBA RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

TANGUAY, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TANGUAY, RYAN
ADDRESS AVAILABLE UPON REQUEST

TANGUMA, GRANT
ADDRESS AVAILABLE UPON REQUEST

TANGVALD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

TANHOUSER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

TANHOUSER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

TANIK, MUGE
ADDRESS AVAILABLE UPON REQUEST

TANIS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TANISHA PERRY
ADDRESS AVAILABLE UPON REQUEST

TANK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TANKE, BETH
ADDRESS AVAILABLE UPON REQUEST

TANKERSLEY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TANKERSLEY, MELINDA
ADDRESS AVAILABLE UPON REQUEST

TANKERSLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TANKERSLEY, SANTANA
ADDRESS AVAILABLE UPON REQUEST

TANKSLEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TANKSLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TANLEY, JAMES
ADDRESS AVAILABLE UPON REQUEST

TANNACORE, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

TANNEHILL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TANNEN, DONNA
ADDRESS AVAILABLE UPON REQUEST

TANNENBAUM CONSULTING, INC
578 WASHINGTON BLVD.  455
MARINA DEL REY, CA  90292

TANNENBAUM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TANNENBAUM, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TANNENWALD, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

TANNENWALD, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

TANNER C/O WALGREENS FED EX, WENDY
ADDRESS AVAILABLE UPON REQUEST

TANNER, CARA
ADDRESS AVAILABLE UPON REQUEST

TANNER, CARL
ADDRESS AVAILABLE UPON REQUEST

TANNER, CINDY
ADDRESS AVAILABLE UPON REQUEST

TANNER, CINDY
ADDRESS AVAILABLE UPON REQUEST

TANNER, CORI
ADDRESS AVAILABLE UPON REQUEST

TANNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TANNER, DANNY
ADDRESS AVAILABLE UPON REQUEST

TANNER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TANNER, DIANE
ADDRESS AVAILABLE UPON REQUEST

TANNER, DONALD
ADDRESS AVAILABLE UPON REQUEST

TANNER, GAIL
ADDRESS AVAILABLE UPON REQUEST

TANNER, HAILEY
ADDRESS AVAILABLE UPON REQUEST

TANNER, JAMI
ADDRESS AVAILABLE UPON REQUEST

TANNER, JEFF
ADDRESS AVAILABLE UPON REQUEST

TANNER, KACY
ADDRESS AVAILABLE UPON REQUEST

TANNER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

TANNER, MARY KAY
ADDRESS AVAILABLE UPON REQUEST

TANNER, SASHA
ADDRESS AVAILABLE UPON REQUEST

TANNER, TRACEY
ADDRESS AVAILABLE UPON REQUEST

TANNER, TRACY
ADDRESS AVAILABLE UPON REQUEST

TANNER, ULI
ADDRESS AVAILABLE UPON REQUEST

TANNEY, SUE
ADDRESS AVAILABLE UPON REQUEST

TANNOUS, AMY
ADDRESS AVAILABLE UPON REQUEST

TANNOUS, LEAH
ADDRESS AVAILABLE UPON REQUEST

TANOWITZ, ESTHER
ADDRESS AVAILABLE UPON REQUEST

TANSEY, LEIGH
ADDRESS AVAILABLE UPON REQUEST

TANSEY, NINA
ADDRESS AVAILABLE UPON REQUEST

TANSING, HALLE
ADDRESS AVAILABLE UPON REQUEST

TANSKI, JAZMYN
ADDRESS AVAILABLE UPON REQUEST

TANT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TANTALO, JAMES
ADDRESS AVAILABLE UPON REQUEST

TANTAROS, LISA
ADDRESS AVAILABLE UPON REQUEST

TANTARUNA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TANTER, SHAWN
ADDRESS AVAILABLE UPON REQUEST

TANTY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TANTILLO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

TANTY, GERALD
ADDRESS AVAILABLE UPON REQUEST

TANUDIBROTO, RICA
ADDRESS AVAILABLE UPON REQUEST

TANURE VELOSO, PEDRO
ADDRESS AVAILABLE UPON REQUEST

TANUWIDJAJA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TANYA CHRISTIANSEN
ADDRESS AVAILABLE UPON REQUEST

TANYA MILLER
ADDRESS AVAILABLE UPON REQUEST

TANYA, REED
ADDRESS AVAILABLE UPON REQUEST

TANZER, JUDY
ADDRESS AVAILABLE UPON REQUEST

TAO
ADDRESS UNAVAILABLE AT TIME OF FILING

TAO, ADAM
ADDRESS AVAILABLE UPON REQUEST

TAO, CHARLES
ADDRESS AVAILABLE UPON REQUEST

TAO, YE
ADDRESS AVAILABLE UPON REQUEST

TAORMINA, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

TAORMINA, MADISON
ADDRESS AVAILABLE UPON REQUEST

TAOUK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TAP YOUR KEG, LLC.
ADDRESS UNAVAILABLE AT TIME OF FILING

TAPA THE WORLD
ADDRESS UNAVAILABLE AT TIME OF FILING

TAPER, CHEDEE
ADDRESS AVAILABLE UPON REQUEST

TAPFWD
ADDRESS UNAVAILABLE AT TIME OF FILING

TAPHANDLES LLC
1424 4TH AVE. STE 201
SEATTLE, WA  98101

TAPHORN, JENNA
ADDRESS AVAILABLE UPON REQUEST

TAPHOUSE, JENNY
ADDRESS AVAILABLE UPON REQUEST

TAPIA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TAPIA, ANGEL
ADDRESS AVAILABLE UPON REQUEST

TAPIA, ARIEL
ADDRESS AVAILABLE UPON REQUEST

TAPIA, AZUCENA
ADDRESS AVAILABLE UPON REQUEST

TAPIA, ERICKA
ADDRESS AVAILABLE UPON REQUEST

TAPIA, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

TAPIA, IVAN
ADDRESS AVAILABLE UPON REQUEST

TAPIA, IVETTE
ADDRESS AVAILABLE UPON REQUEST

TAPIA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

TAPIA, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

TAPIA, MARCO
ADDRESS AVAILABLE UPON REQUEST

TAPIA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TAPIA, PAOLA
ADDRESS AVAILABLE UPON REQUEST

TAPIA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

TAPJOY, INC.
111 SUTTER STREET, 12TH FLOOR
SAN FRANCISCO, CA  94104

TAPLEY, JIM
ADDRESS AVAILABLE UPON REQUEST

TAPLEY, KIRK
ADDRESS AVAILABLE UPON REQUEST

TAPLIN, KATE
ADDRESS AVAILABLE UPON REQUEST

TAPOE, LORI
ADDRESS AVAILABLE UPON REQUEST

TAPOLCAI, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

TAPP LABEL COMPANY, LLC
(INGENIOUS PACKAGING GROUP)
580 GATEWAY DRIVE
NAPA, CA  94558

TAPP, CAROLE
ADDRESS AVAILABLE UPON REQUEST

TAPPAN COLLECTIVE LLC
1525 S BROADWAY, 4TH FLOOR
LOS ANGELES, CA  90015

TAPPANA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TAPPEN, BETH
ADDRESS AVAILABLE UPON REQUEST

TAPPER, HELEN
ADDRESS AVAILABLE UPON REQUEST

TAPPER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TAPPER, NATEA
ADDRESS AVAILABLE UPON REQUEST

TAPPER, PETER
ADDRESS AVAILABLE UPON REQUEST

TAQUE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TAR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TARA BUTLER
ADDRESS AVAILABLE UPON REQUEST

TARA CARLTON
ADDRESS AVAILABLE UPON REQUEST

TARA CORRIGAN
ADDRESS AVAILABLE UPON REQUEST

TARA KEEGAN
ADDRESS AVAILABLE UPON REQUEST

TARA LAFERRARA
ADDRESS AVAILABLE UPON REQUEST

TARA MCGUIRE
ADDRESS AVAILABLE UPON REQUEST

TARA MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

TARA SCHWETZ
ADDRESS AVAILABLE UPON REQUEST

TARA SPINNANGER
ADDRESS AVAILABLE UPON REQUEST

TARA THOMPSON
ADDRESS AVAILABLE UPON REQUEST

TARA
ADDRESS AVAILABLE UPON REQUEST

TARA, MATHIAS,
ADDRESS AVAILABLE UPON REQUEST

TARAE MAYE
ADDRESS AVAILABLE UPON REQUEST

TARAH PRATER-BURKHART
ADDRESS AVAILABLE UPON REQUEST

TARAJI, SAMIM
ADDRESS AVAILABLE UPON REQUEST

TARALUNGA ANDREEA ELENA PFA
B-DUL ION C. BRU0103TIANU, BLOC
D6 ETAJ PARTER PITEU0219TI ARGEU0219
ROMANIA

TARAMONA, CARLY
ADDRESS AVAILABLE UPON REQUEST

TARANI ARUNACHALAM
ADDRESS AVAILABLE UPON REQUEST

TARANJIT LOTEY
ADDRESS AVAILABLE UPON REQUEST

TARANOUCHTCHENKO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TARANOUCHTCHENKO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TARANTINO, ANNA
ADDRESS AVAILABLE UPON REQUEST

TARANTINO, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TARANTINO, JULIA
ADDRESS AVAILABLE UPON REQUEST

TARANTO, SARAH
ADDRESS AVAILABLE UPON REQUEST

TARANTO, SIMON
ADDRESS AVAILABLE UPON REQUEST

TARANTOLA, ALISSA
ADDRESS AVAILABLE UPON REQUEST

TARANTOLA, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TARAPCHAK, FALLON
ADDRESS AVAILABLE UPON REQUEST

TARASOV, NIKOLAI
ADDRESS AVAILABLE UPON REQUEST

TARATKO, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

TARATUNIO, JILL
ADDRESS AVAILABLE UPON REQUEST

TARATUSKI, ALEX
ADDRESS AVAILABLE UPON REQUEST

TARBELL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TARBY, DOMINICK
ADDRESS AVAILABLE UPON REQUEST

TARCZA, DEREK
ADDRESS AVAILABLE UPON REQUEST

TARDANICO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TARDANICO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TARDIF, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TARDIF, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

TARDIF, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

TARDIF-DOUGLIN, ANINA
ADDRESS AVAILABLE UPON REQUEST

TARDIFF, JENNA
ADDRESS AVAILABLE UPON REQUEST

TARDY, SHELBY
ADDRESS AVAILABLE UPON REQUEST

TAREEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAREEN, TASKINA
ADDRESS AVAILABLE UPON REQUEST

TARGET
ADDRESS UNAVAILABLE AT TIME OF FILING

TARGONI, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TARIK VON TREXLER FOLMER JOHNSON
ADDRESS AVAILABLE UPON REQUEST

TARIN, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

TARITERO, JOE
ADDRESS AVAILABLE UPON REQUEST

TARKENTON, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

TARKENTON, TAVISTY
ADDRESS AVAILABLE UPON REQUEST

TARKER, APRIL
ADDRESS AVAILABLE UPON REQUEST

TARKINGTON, SUZANNAH
ADDRESS AVAILABLE UPON REQUEST

TARLEY, SALLY
ADDRESS AVAILABLE UPON REQUEST

TARLO, ALI
ADDRESS AVAILABLE UPON REQUEST

TARLTON, JAMES
ADDRESS AVAILABLE UPON REQUEST

TARNATE-STRAUSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TARNEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TARNEY, PAUL
ADDRESS AVAILABLE UPON REQUEST

TARNOW, DENNIS
ADDRESS AVAILABLE UPON REQUEST

TAROWSKY, CARLY
ADDRESS AVAILABLE UPON REQUEST

TARPINIAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TARPLEY, TRISTAN
ADDRESS AVAILABLE UPON REQUEST

TARPY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TARPY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

TARR, ADAM
ADDRESS AVAILABLE UPON REQUEST

TARR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TARR, KIM
ADDRESS AVAILABLE UPON REQUEST

TARR, MARJEE
ADDRESS AVAILABLE UPON REQUEST

TARR, WENDY
ADDRESS AVAILABLE UPON REQUEST

TARRANT, AMELIA
ADDRESS AVAILABLE UPON REQUEST

TARRICONE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TARRILLION, ANN
ADDRESS AVAILABLE UPON REQUEST

TARRO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TARROZA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TARRY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TARRY, WILL
ADDRESS AVAILABLE UPON REQUEST

TARSILA MACHADO
ADDRESS AVAILABLE UPON REQUEST

TART, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

TART, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TART, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TARTAGLIA, MIKE
ADDRESS AVAILABLE UPON REQUEST

TARTAK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TARTAR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TARTE, CONRAD
ADDRESS AVAILABLE UPON REQUEST

TARTE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

TARTERA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TARTONI, KEN
ADDRESS AVAILABLE UPON REQUEST

TARUN ELDHO ALIAS
ADDRESS AVAILABLE UPON REQUEST

TARVER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

TARVER, CHAUN
ADDRESS AVAILABLE UPON REQUEST

TARVER, JESSE
ADDRESS AVAILABLE UPON REQUEST

TARVER, LAURA
ADDRESS AVAILABLE UPON REQUEST

TARVES, GRACE
ADDRESS AVAILABLE UPON REQUEST

TARWATER, CASEY
ADDRESS AVAILABLE UPON REQUEST

TARWATER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TARWATER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TARYN BURNS
ADDRESS AVAILABLE UPON REQUEST

TARYN FIELDER
ADDRESS AVAILABLE UPON REQUEST

TARYN FILIPOW
ADDRESS AVAILABLE UPON REQUEST

TARYN HANLEY
ADDRESS AVAILABLE UPON REQUEST

TARYN RUDOLPH
ADDRESS AVAILABLE UPON REQUEST

TASC
(TOTAL ADMINISTRATIVE SERVICES CORP)
PO BOX 88278
MILWAUKEE, WI  53288-001

TASCA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TASCA, MONA
ADDRESS AVAILABLE UPON REQUEST

TASCONE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TASEL, OZLEM
ADDRESS AVAILABLE UPON REQUEST

TASH, CONNIE
ADDRESS AVAILABLE UPON REQUEST

TASH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TASHA WALKER
ADDRESS AVAILABLE UPON REQUEST

TASHA WILSON F/B/O SHARON G ENRIGHT
IRA
ADDRESS AVAILABLE UPON REQUEST

TASHAA HARRIS
ADDRESS AVAILABLE UPON REQUEST

TASHAE STERLING
ADDRESS AVAILABLE UPON REQUEST

TASI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TASICH-KOYANI, MALINDA
ADDRESS AVAILABLE UPON REQUEST

TASKAR, PRANALI
ADDRESS AVAILABLE UPON REQUEST

TASKER, ARJUN
ADDRESS AVAILABLE UPON REQUEST

TASKER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TASKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TASKRABBIT
ADDRESS UNAVAILABLE AT TIME OF FILING

TASLER, EMILI
ADDRESS AVAILABLE UPON REQUEST

TASLITT, DIANE
ADDRESS AVAILABLE UPON REQUEST

TASNEEM ABID DOSSANI
ADDRESS AVAILABLE UPON REQUEST

TASSAKIS, HELEN
ADDRESS AVAILABLE UPON REQUEST

TASSET, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TASSIA, JONO
ADDRESS AVAILABLE UPON REQUEST

TASSINARI, SHERI
ADDRESS AVAILABLE UPON REQUEST

TASSIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TASSIS, ELISABET
ADDRESS AVAILABLE UPON REQUEST

TASSO, SWELLEN
ADDRESS AVAILABLE UPON REQUEST

TASSO, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

TASSONE, CARMELA
ADDRESS AVAILABLE UPON REQUEST

TASSOUL, JOAN
ADDRESS AVAILABLE UPON REQUEST

TASSY, ONEIKA
ADDRESS AVAILABLE UPON REQUEST

TAST, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TASTE MELROSE
ADDRESS UNAVAILABLE AT TIME OF FILING

TASTE OF CAROLINA
ADDRESS UNAVAILABLE AT TIME OF FILING

TASTEMADE
3019 OLYMPIC BLVS.
STAGE C SANTA MONICA, CA  90404

TASTING PANEL MAGAZINE, INC.
6345 BALBOA BLVD. STE 111
ENCINO, CA  91316

TASTO, ERICA
ADDRESS AVAILABLE UPON REQUEST

TASZAREK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TATA, MADHURI
ADDRESS AVAILABLE UPON REQUEST

TATAREK, ELIZABETHANN
ADDRESS AVAILABLE UPON REQUEST

TATAREK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TATARKO, ANDY
ADDRESS AVAILABLE UPON REQUEST

TATE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TATE, BOBBY
ADDRESS AVAILABLE UPON REQUEST

TATE, CALLIE
ADDRESS AVAILABLE UPON REQUEST

TATE, CARLTON
ADDRESS AVAILABLE UPON REQUEST

TATE, CORINNA
ADDRESS AVAILABLE UPON REQUEST

TATE, DAILYNN
ADDRESS AVAILABLE UPON REQUEST

TATE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TATE, GENE
ADDRESS AVAILABLE UPON REQUEST

TATE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TATE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TATE, LORI
ADDRESS AVAILABLE UPON REQUEST

TATE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

TATE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

TATE, RIPLEY
ADDRESS AVAILABLE UPON REQUEST

TATE, SONYA
ADDRESS AVAILABLE UPON REQUEST

TATE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TATE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TATE, VALORIE
ADDRESS AVAILABLE UPON REQUEST

TATE-LESLIE, REGINA
ADDRESS AVAILABLE UPON REQUEST

TATEM, CARYL
ADDRESS AVAILABLE UPON REQUEST

TATEM, CARYL
ADDRESS AVAILABLE UPON REQUEST

TATEM, JOANNE
ADDRESS AVAILABLE UPON REQUEST

TATEM, KEISHA
ADDRESS AVAILABLE UPON REQUEST

TATEM, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TATHWELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

TATIANA MOON
ADDRESS AVAILABLE UPON REQUEST

TATIANA VARGAS
ADDRESS AVAILABLE UPON REQUEST

TATIS, WENDY
ADDRESS AVAILABLE UPON REQUEST

TATLEY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TATMAN, HARDIE
ADDRESS AVAILABLE UPON REQUEST

TATMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TATMAN, LIANNA
ADDRESS AVAILABLE UPON REQUEST

TATNEY, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

TATRAI, NATASHA
ADDRESS AVAILABLE UPON REQUEST

TATRO, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TATSCH, SARA
ADDRESS AVAILABLE UPON REQUEST

TATSIANA NIARONAVA
ADDRESS AVAILABLE UPON REQUEST

TATTERSHALL, KATHY
ADDRESS AVAILABLE UPON REQUEST

TATTERSON, JOSLYNN
ADDRESS AVAILABLE UPON REQUEST

TATTOLI, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

TATTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TATUM BANDY
ADDRESS AVAILABLE UPON REQUEST

TATUM, ALAINA
ADDRESS AVAILABLE UPON REQUEST

TATUM, ALAINA
ADDRESS AVAILABLE UPON REQUEST

TATUM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TATUM, EMILY
ADDRESS AVAILABLE UPON REQUEST

TATUM, JEAN
ADDRESS AVAILABLE UPON REQUEST

TATUM, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TATUM, L
ADDRESS AVAILABLE UPON REQUEST

TATUM, LORI
ADDRESS AVAILABLE UPON REQUEST

TATUM, ROSY
ADDRESS AVAILABLE UPON REQUEST

TATUM, STEVE
ADDRESS AVAILABLE UPON REQUEST

TATUM, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TATUM-CARLSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TAUAEFA, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

TAUB, BECCA
ADDRESS AVAILABLE UPON REQUEST

TAUB, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TAUB, EMILY
ADDRESS AVAILABLE UPON REQUEST

TAUB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAUBER, ALYX
ADDRESS AVAILABLE UPON REQUEST

TAUBER, HAYES
ADDRESS AVAILABLE UPON REQUEST

TAUBERT, ALIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAUBERT, BYRON
ADDRESS AVAILABLE UPON REQUEST

TAUBNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

TAUER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAUGHER, MICHAELLA
ADDRESS AVAILABLE UPON REQUEST

TAUMOEPEAU, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

TAUNI DOMINA
ADDRESS AVAILABLE UPON REQUEST

TAUNTON, NOLA
ADDRESS AVAILABLE UPON REQUEST

TAURENCE, JULIA
ADDRESS AVAILABLE UPON REQUEST

TAURIAINEN, VELMA
ADDRESS AVAILABLE UPON REQUEST

TAUSAN, BRAD
ADDRESS AVAILABLE UPON REQUEST

TAUSANOVITCH, NATALYA
ADDRESS AVAILABLE UPON REQUEST

TAUSS, JOAN
ADDRESS AVAILABLE UPON REQUEST

TAUSTINE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TAUSZKY, KATRINA
ADDRESS AVAILABLE UPON REQUEST

TAUTHONG, TANYA
ADDRESS AVAILABLE UPON REQUEST

TAUZIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

TAVAKOLI, AZADEH
ADDRESS AVAILABLE UPON REQUEST

TAVAKOLI, SHAHDE
ADDRESS AVAILABLE UPON REQUEST

TAVARES, JERICHA
ADDRESS AVAILABLE UPON REQUEST

TAVARES, LARISSA
ADDRESS AVAILABLE UPON REQUEST

TAVARES, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

TAVARES, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAVAREZ, JOSE
ADDRESS AVAILABLE UPON REQUEST

TAVAREZ, MIGDALIA
ADDRESS AVAILABLE UPON REQUEST

TAVAREZ, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TAVAREZ, YAMILEX
ADDRESS AVAILABLE UPON REQUEST

TAVARY, KIRRA
ADDRESS AVAILABLE UPON REQUEST

TAVASLIOGLU, ONUR
ADDRESS AVAILABLE UPON REQUEST

TAVASSOLI, SIMONE
ADDRESS AVAILABLE UPON REQUEST

TAVCAR, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

TAVERAS, HECTOR
ADDRESS AVAILABLE UPON REQUEST

TAVERAS, JEDAYA
ADDRESS AVAILABLE UPON REQUEST

TAVERN BEVERAGE REFRIGERATION
TAVERN SERVICE COMPANY VALLEY
CARBONIC
18203 PARTHENIA ST. UNIT C
NORTHRIDGE, CA  91325-3391

TAVERN CRAFT LLC
1775 DEMING WAY
SPARKS, NV  89431

TAVOULARIS, LORI
ADDRESS AVAILABLE UPON REQUEST

TAVOUR INC.
321 3RD AVE. S SUITE 208
SEATTLE, WA  98104

TAVSS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TAWADROUS, PAUL
ADDRESS AVAILABLE UPON REQUEST

TAWATER, KATIE
ADDRESS AVAILABLE UPON REQUEST

TAWIAH, LARRY
ADDRESS AVAILABLE UPON REQUEST

TAWNI OWENS
ADDRESS AVAILABLE UPON REQUEST

TAWWATER, LARRY
ADDRESS AVAILABLE UPON REQUEST

TAX AGENCY CA
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX AGENCY CO
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX AGENCY IL
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX AGENCY NY
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX AGENCY PA
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX AGENCY TN
ADDRESS UNAVAILABLE AT TIME OF FILING

TAX REV CRS
ADDRESS UNAVAILABLE AT TIME OF FILING

TAXA
ADDRESS UNAVAILABLE AT TIME OF FILING

TAXI 4X27
ADDRESS UNAVAILABLE AT TIME OF FILING

TAXI -AMSTERDAM
ADDRESS UNAVAILABLE AT TIME OF FILING

TAXI CREDIT CARD
ADDRESS UNAVAILABLE AT TIME OF FILING

TAXI DEMIRBAS
ADDRESS UNAVAILABLE AT TIME OF FILING

TAY, TONY
ADDRESS AVAILABLE UPON REQUEST

TAYBORN, NIC
ADDRESS AVAILABLE UPON REQUEST

TAYDUS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TAYEM, LADEES
ADDRESS AVAILABLE UPON REQUEST

TAYERLE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

TAYLLOR, DHYANA
ADDRESS AVAILABLE UPON REQUEST

TAYLOE, KYLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR ATTAH, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR BROWN (DBA THE STYLED PRESS,
LLC)
14937 50TH ST. NE
SAINT MICHAEL, MN  55376

TAYLOR CLARK KESSEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR CLEMENZA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR FRY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR GILL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR GREEN, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR HASELER, FLANKY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR ISRAEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR JACOB HAMON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR LOGAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR MCGINNIS, MAMA BEAR
ADDRESS AVAILABLE UPON REQUEST

TAYLOR MUNDY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR OFFERMAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR ORCI
ADDRESS AVAILABLE UPON REQUEST

TAYLOR PECK
ADDRESS AVAILABLE UPON REQUEST

TAYLOR ROBINSON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR SCHOCK
ADDRESS AVAILABLE UPON REQUEST

TAYLOR SPELMAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR THOMSON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR WOLFE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ADAM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ADELA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALEX
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALISHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALISHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMBER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMELIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMELIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AMY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANDREW
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANGEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ARKEESHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, AUDRA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BECKY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BETHANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRANDON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BREANNE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRITT
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BROOKE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, BROOKE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CAERIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CALLIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CARL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CARL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CARLA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CARLOS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CAROLE ANN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CAROLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CARSANDRA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CASSIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CATE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CATIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CELINA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHAD
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHARLES
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHEYENNE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHLOE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CICELY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CINDEE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CINDY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CINDY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DARCEE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DAVID
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DAWN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEANNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEBRA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEIDRA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DELANE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEMETRIUS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEONNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DESTINY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DEVONET
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DIANE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DIONCE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DONNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DREVONTE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, DREW
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ELISE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ELLEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, EMILY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIC
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIC
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIC
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, FELICIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, FISHER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, FRANCES
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, GEORGE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, GREG
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HARMONY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HARVEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, INGRID
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAIME
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAIMEE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAMAKEA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JANE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JANELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JASMIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JASMINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JASON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JAYE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JENNE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JENNY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JEVON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JIM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOANN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JORDAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JULIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KAILEIGH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KALIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KANEI
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KAREN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KAREN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KARIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KATY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KELLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KELLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KIM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KIM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KIRSTIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KOREY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KRIS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, KYMBER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LATASHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LATORA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LAUNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LAURA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LEAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LIONEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LISA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, LYNZY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MADISON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MALLORY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARIAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARIAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARIANNA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARK
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARLA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARTHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MARY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MEG
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MING-TOY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, MORGAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NATEISHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NICK
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NIKI
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NOELLE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, NORDICA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, PALMER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, PSASHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RACHEL & DAVID
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RALPH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RENATA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ROBERT M
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ROBYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SARAH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SHAE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SHANEL
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SHARI
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STARRICKA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEVE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, STEVE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SUMMER
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TANYA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TARA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TARA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TARYN
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TERESSA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TINA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TOM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TRISH
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, TYREZE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WANDA SHARLENE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WILLIAMS,
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, WILLIE
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR-CLOUD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TAYLOR-GOODE, KIMBREANA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR-JORGENSEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TAYLOR-NEAL, GLORIA
ADDRESS AVAILABLE UPON REQUEST

TAYNTON, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TCHAGALIDZE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TCHAINIKOVA, ELENA
ADDRESS AVAILABLE UPON REQUEST

TCHELEPI, HISHAM
ADDRESS AVAILABLE UPON REQUEST

TCHETCHETKINE, TASHA
ADDRESS AVAILABLE UPON REQUEST

TCHONG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TCHOTCHEV, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TCHOUJAN, CECILE
ADDRESS AVAILABLE UPON REQUEST

TCHUISSE, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

TCSEHEOPE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TCT ANDERSONS
ADDRESS UNAVAILABLE AT TIME OF FILING

TD AMERITRADE CLEARING, INC. (0188)
ATTN MANDI FOSTER OR PROXY MGR
200 S. 108TH AVE
OMAHA, NE 68154

TD AMERITRADE CUST FBO LEO P GARCIA
IRA
200 S 108TH AVENUE
OMAHA, NE 68154

TD WATERHOUSE CANADA INC/CDS (5036)
ATTN YOUSUF AHMED OR PROXY MGR
77 BLOOR ST WEST
3RD FL
TORONTO, ON M4Y 2T1 CANADA

TE STROETE, JESEE
ADDRESS AVAILABLE UPON REQUEST

TEA, THE CORPORATE
ADDRESS AVAILABLE UPON REQUEST

TEABOUT, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TEACHMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

TEACHOUT, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TEAGARDEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

TEAGARDEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, ANN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, COLIN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, DESTINY
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, JENNA
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, KARRAH
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, LISA
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, LORIANNE
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, PAULA
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, RYAN
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, SOMMER
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, TEDDY
ADDRESS AVAILABLE UPON REQUEST

TEAGUE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TEAKWAREHOUSE
2653 MANHATTAN BEACH BLVD.
REDONDO BEACH, CA  90278

TEAL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TEAL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

TEAL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

TEALA
ADDRESS AVAILABLE UPON REQUEST

TEALE, KELLY
ADDRESS AVAILABLE UPON REQUEST

TEALEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

TEAM PLAYER PRODUCTIONS, INC.
3457 RINGSBY COURT, STE 107
DENVER, CO  80216

TEAS, KORI
ADDRESS AVAILABLE UPON REQUEST

TEASDALE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

TEASLEY, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TEASLEY, JODI
ADDRESS AVAILABLE UPON REQUEST

TEASLEY, ZACK
ADDRESS AVAILABLE UPON REQUEST

TEATOM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TEATS, WAYNE
ADDRESS AVAILABLE UPON REQUEST

TEBBE, BRI
ADDRESS AVAILABLE UPON REQUEST

TEBBEN, JENNA
ADDRESS AVAILABLE UPON REQUEST

TEBBEN, JUDY
ADDRESS AVAILABLE UPON REQUEST

TEBEAU, LEANNA
ADDRESS AVAILABLE UPON REQUEST

TEBEDO, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

TEBO, KYLE
ADDRESS AVAILABLE UPON REQUEST

TECH-EVENT
ADDRESS UNAVAILABLE AT TIME OF FILING

TECHNOLOGIES, ODESSA
ADDRESS AVAILABLE UPON REQUEST

TECKST, INC.
25 WEST 39TH STREET
NEW YORK, NY  10018

TECZA, DANA
ADDRESS AVAILABLE UPON REQUEST

TED ALEXAKOS
ADDRESS AVAILABLE UPON REQUEST

TED BLUME
ADDRESS AVAILABLE UPON REQUEST

TED MALLEY
ADDRESS AVAILABLE UPON REQUEST

TEDD LYNLEY MORGAN
ADDRESS AVAILABLE UPON REQUEST

TEDDER, DONNA
ADDRESS AVAILABLE UPON REQUEST

TEDDER, DORIAN
ADDRESS AVAILABLE UPON REQUEST

TEDDER, EMILY
ADDRESS AVAILABLE UPON REQUEST

TEDDER, JOHN
ADDRESS AVAILABLE UPON REQUEST

TEDDY WEBSTER
ADDRESS AVAILABLE UPON REQUEST

TEDDY, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

TEDESCHI, DANA
ADDRESS AVAILABLE UPON REQUEST

TEDESCHI, JESS
ADDRESS AVAILABLE UPON REQUEST

TEDESCHI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, FRANK
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, LEILA
ADDRESS AVAILABLE UPON REQUEST

TEDESCO, LIANA
ADDRESS AVAILABLE UPON REQUEST

TEDESKI, RON
ADDRESS AVAILABLE UPON REQUEST

TEDFORD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

TEDFORD, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TEDRICK, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TEE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

TEE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TEEBAGY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEEGAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TEEGARDEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

TEEGARDEN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TEEHAN, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

TEEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TEEM TECHNOLOGIES
ADDRESS UNAVAILABLE AT TIME OF FILING

TEEN, JAZZY
ADDRESS AVAILABLE UPON REQUEST

TEEN, MARK
ADDRESS AVAILABLE UPON REQUEST

TEEPEN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TEEPLES, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

TEES, PATRICK
ADDRESS AVAILABLE UPON REQUEST

TEES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TEESDALE, TRISHA
ADDRESS AVAILABLE UPON REQUEST

TEETER, ANNA
ADDRESS AVAILABLE UPON REQUEST

TEETER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

TEETERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TEETS, LINDA
ADDRESS AVAILABLE UPON REQUEST

TEFELSKE, CARL
ADDRESS AVAILABLE UPON REQUEST

TEFFT, KEELY
ADDRESS AVAILABLE UPON REQUEST

TEFFT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TEGANO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TEGEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEGLER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TEGTMEYER, JOY
ADDRESS AVAILABLE UPON REQUEST

TEH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TEH, MS. NGUM-AZA
ADDRESS AVAILABLE UPON REQUEST

TEHRANI, EMMA
ADDRESS AVAILABLE UPON REQUEST

TEHRANI, MARJAN
ADDRESS AVAILABLE UPON REQUEST

TEICH, JAMES
ADDRESS AVAILABLE UPON REQUEST

TEICHER, MCCALL
ADDRESS AVAILABLE UPON REQUEST

TEICHHOLZ, MAURICE
ADDRESS AVAILABLE UPON REQUEST

TEICHROEB, BOBBY
ADDRESS AVAILABLE UPON REQUEST

TEICHROEB, DAVID
ADDRESS AVAILABLE UPON REQUEST

TEICHROEB, NANCY
ADDRESS AVAILABLE UPON REQUEST

TEICHROEB, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

TEICKENSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TEIFELD, TAMAR
ADDRESS AVAILABLE UPON REQUEST

TEIGEN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

TEIGEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TEIRLINCK, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

TEITELBAUM, BRUCE
ADDRESS AVAILABLE UPON REQUEST

TEITELBAUM, JORDAN
ADDRESS AVAILABLE UPON REQUEST

TEIXEIRA, BELA
ADDRESS AVAILABLE UPON REQUEST

TEIXEIRA, RICARDO
ADDRESS AVAILABLE UPON REQUEST

TEJA, KRISHNA
ADDRESS AVAILABLE UPON REQUEST

TEJA, RANJIT
ADDRESS AVAILABLE UPON REQUEST

TEJADA VINEYARD COMPANY
1326 DEVONSHIRE DRIVE
EL CERRITO, CA  94530

TEJADA, EMELY
ADDRESS AVAILABLE UPON REQUEST

TEJADA, LUIS
ADDRESS AVAILABLE UPON REQUEST

TEJBLUM, JULIA
ADDRESS AVAILABLE UPON REQUEST

TEJEDA, MONICA
ADDRESS AVAILABLE UPON REQUEST

TEJEDA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TEJKL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TEJUS KULKARNI
ADDRESS AVAILABLE UPON REQUEST

TEJWANI, ANKITA
ADDRESS AVAILABLE UPON REQUEST

TEKA, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

TEKA, MAHDER
ADDRESS AVAILABLE UPON REQUEST

TEKESTE, SIYE
ADDRESS AVAILABLE UPON REQUEST

TEKIEN, DAVID
ADDRESS AVAILABLE UPON REQUEST

TEKTEGRITY INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

TEKWORKS INC.
13000 GREGG ST
POWAY, CA 92064

TELAIREUS HERRIN
ADDRESS AVAILABLE UPON REQUEST

TELECHARGE THEATRE
ADDRESS UNAVAILABLE AT TIME OF FILING

TELEMAQUE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TELEMAQUE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TELFER, ERIN
ADDRESS AVAILABLE UPON REQUEST

TELFORD, BARRETT
ADDRESS AVAILABLE UPON REQUEST

TELFORD, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

TELFORT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TELGARSKY, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

TELGOTE, SAMEER
ADDRESS AVAILABLE UPON REQUEST

TELISHA CLARK
ADDRESS AVAILABLE UPON REQUEST

TELL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TELLAKAT, MURALIDHAR
ADDRESS AVAILABLE UPON REQUEST

TELLE, CARSON
ADDRESS AVAILABLE UPON REQUEST

TELLEFSEN, TRICIA
ADDRESS AVAILABLE UPON REQUEST

TELLEKSON, KARLY
ADDRESS AVAILABLE UPON REQUEST

TELLEKSON-FLASH, WILLA
ADDRESS AVAILABLE UPON REQUEST

TELLES, JULIE
ADDRESS AVAILABLE UPON REQUEST

TELLES, JULIO
ADDRESS AVAILABLE UPON REQUEST

TELLEZ, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

TELLEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TELLEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TELLEZ, INES
ADDRESS AVAILABLE UPON REQUEST

TELLEZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

TELLIER, DAVID
ADDRESS AVAILABLE UPON REQUEST

TELLIER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TELLIER, MARY
ADDRESS AVAILABLE UPON REQUEST

TELLO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TELLO, LAURA
ADDRESS AVAILABLE UPON REQUEST

TELLO, RODNEY
ADDRESS AVAILABLE UPON REQUEST

TELON, DEB
ADDRESS AVAILABLE UPON REQUEST

TELYCZKA, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

TEMAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TEMBI, NATE
ADDRESS AVAILABLE UPON REQUEST

TEMIZER, ROSE
ADDRESS AVAILABLE UPON REQUEST

TEMME, ELISSA
ADDRESS AVAILABLE UPON REQUEST

TEMOL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TEMPERA, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TEMPERLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

TEMPICH, RYAN
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, BONITA
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, EBONI
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, MACY
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEMPLE, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEMPLEMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TEMPLES, JANELLE
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, AMY
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, ANN
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, DALE
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, JENNY
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, JOHN
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, MARY
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, MYRHIAH
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

TEMPLETON, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEMPLE-WOOD, EMILY
ADDRESS AVAILABLE UPON REQUEST

TEMPLIN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TEMPLIN, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

TEMPLIN, KATIE
ADDRESS AVAILABLE UPON REQUEST

TEMPRO, JOEL
ADDRESS AVAILABLE UPON REQUEST

TEMPSON, PAM
ADDRESS AVAILABLE UPON REQUEST

TEMUULEN JARGALSAIKHAN
ADDRESS AVAILABLE UPON REQUEST

TEN ACRE WINERY
9711 WEST DRY CREEK
HEADLSBURG, CA  95448

TEN DOLLAR FONTS
ADDRESS UNAVAILABLE AT TIME OF FILING

TEN EYCK, AIMEE
ADDRESS AVAILABLE UPON REQUEST

TEN EYCK, ANITA
ADDRESS AVAILABLE UPON REQUEST

TEN EYCK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TENA STONE
ADDRESS AVAILABLE UPON REQUEST

TENAGLIA, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TENBRINK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

TENBRINK, CALVIN
ADDRESS AVAILABLE UPON REQUEST

TENBUSCH, DIANE
ADDRESS AVAILABLE UPON REQUEST

TENCATI, CHELLSEY
ADDRESS AVAILABLE UPON REQUEST

TENCH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TENCHO PARICHKOV
ADDRESS AVAILABLE UPON REQUEST

TENDER GREENS
ADDRESS UNAVAILABLE AT TIME OF FILING

TENDERICH, ALINA
ADDRESS AVAILABLE UPON REQUEST

TENDU
PO BOX 11106
OAKLAND, CA  94611

TENENBAUM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TENER, MYRA
ADDRESS AVAILABLE UPON REQUEST

TENEYCK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TENEYCK, MEG
ADDRESS AVAILABLE UPON REQUEST

TENEYCK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TENGAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TENI SARKISIAN
ADDRESS AVAILABLE UPON REQUEST

TENIA, FENTON
ADDRESS AVAILABLE UPON REQUEST

TENNANT, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

TENNANT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TENNANT, EDWARD
ADDRESS AVAILABLE UPON REQUEST

TENNANT, KATIE
ADDRESS AVAILABLE UPON REQUEST

TENNANT, SAWYER
ADDRESS AVAILABLE UPON REQUEST

TENNANT, TERRYLYNN
ADDRESS AVAILABLE UPON REQUEST

TENNEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TENNENT, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TENNERMANN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TENNESSEE ALCOHOLIC BEVERAGE
COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

TENNESSEE ALCOHOLIC BEVERAGE
COMMISSION
TENNESSEE ALCOHOLIC
BEVERAGE COMMISSION
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN  37243

TENNESSEE DEPARTMENT OF COMMERCE
& INSURANCE
TENNESSEE SECURITIES DIVISION
500 JAMES ROBERTSON PARKWAY, 8TH
FLOOR
NASHVILLE, TN  37243

TENNESSEE DEPARTMENT OF COMMERCE
AND INSURANCE
DIVISION OF CONSUMER AFFAIRS
500 JAMES ROBERTSON PKWY 12TH FL
NASHVILLE, TN  37243-0600

TENNESSEE DEPARTMENT OF REVENUE
TAX ENFORCEMENT DIVISION
PO BOX 190665
NASHVILLE, TN  37219-0665

TENNESSEE DEPT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DRIVE
NASHVILLE, TX 37243

TENNESSEE DEPT OF REVENUE
500 DEADERICK ST
ANDREW JACKSON BLDG
NASHVILLE, TN 37242

TENNESSEE SECURITIES DIVISION
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-0575

TENNEY, FAITH
ADDRESS AVAILABLE UPON REQUEST

TENNEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TENNIKAIT, JANET
ADDRESS AVAILABLE UPON REQUEST

TENNILLE LUGINBILL
ADDRESS AVAILABLE UPON REQUEST

TENNILLE SCOTT
ADDRESS AVAILABLE UPON REQUEST

TENNIS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TENNIS, GAROLD
ADDRESS AVAILABLE UPON REQUEST

TENNIS, WM
ADDRESS AVAILABLE UPON REQUEST

TENNISON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TENNY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TENNY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TENNYSON, LISA
ADDRESS AVAILABLE UPON REQUEST

TENORE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TENORIO, ASHLEA
ADDRESS AVAILABLE UPON REQUEST

TENORIO, SHANE
ADDRESS AVAILABLE UPON REQUEST

TENPAS, PEYTON
ADDRESS AVAILABLE UPON REQUEST

TENRY, KEIMY
ADDRESS AVAILABLE UPON REQUEST

TENTCRAFT, INC.
2662 CASS RD.
TRAVERSE CITY, MI 49684

TENTEN WILSHIRE, LLC
370 CONVENTION WAY
REDWOOD CITY, CA 94063

TENTOEA, STACIA
ADDRESS AVAILABLE UPON REQUEST

TENUTA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TENUTE, LINDA
ADDRESS AVAILABLE UPON REQUEST

TENZA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

TENZER, CARAH
ADDRESS AVAILABLE UPON REQUEST

TEODORO, MARVYN
ADDRESS AVAILABLE UPON REQUEST

TEODOROVICH, ELENA
ADDRESS AVAILABLE UPON REQUEST

TEODROS, LOZA
ADDRESS AVAILABLE UPON REQUEST

TEPEYAC, LIZ
ADDRESS AVAILABLE UPON REQUEST

TEPORA, MAREVIE
ADDRESS AVAILABLE UPON REQUEST

TEPPER, JANET
ADDRESS AVAILABLE UPON REQUEST

TEPPER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TEPPER, MARY TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TEPPER, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

TER KUILE-MILLER, MAYA
ADDRESS AVAILABLE UPON REQUEST

TER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TERBERG, ALEC
ADDRESS AVAILABLE UPON REQUEST

TERBORG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TERCEK, MARGO
ADDRESS AVAILABLE UPON REQUEST

TERCEK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TERCERO WINES
ADDRESS UNAVAILABLE AT TIME OF FILING

TEREK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TERENIAK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TERENTEV, MIKHAIL
ADDRESS AVAILABLE UPON REQUEST

TERESA CAIN
ADDRESS AVAILABLE UPON REQUEST

TERESA DAVISON
ADDRESS AVAILABLE UPON REQUEST

TERESA DUNCAN
ADDRESS AVAILABLE UPON REQUEST

TERESA G RIUS
ADDRESS AVAILABLE UPON REQUEST

TERESA HOSTMANN
ADDRESS AVAILABLE UPON REQUEST

TERESA KNAACK
ADDRESS AVAILABLE UPON REQUEST

TERESA MARTIN
ADDRESS AVAILABLE UPON REQUEST

TERESA ROBINSON
ADDRESS AVAILABLE UPON REQUEST

TERESA THORSON
ADDRESS AVAILABLE UPON REQUEST

TERESA VILLEGAS
ADDRESS AVAILABLE UPON REQUEST

TERESA YU
ADDRESS AVAILABLE UPON REQUEST

TERESA, ADKINS
ADDRESS AVAILABLE UPON REQUEST

TERESA, MARIA
ADDRESS AVAILABLE UPON REQUEST

TERESA, TYLER
ADDRESS AVAILABLE UPON REQUEST

TERESE ODETTE
ADDRESS AVAILABLE UPON REQUEST

TERHAR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TERHUNE, DONNA
ADDRESS AVAILABLE UPON REQUEST

TERHUNE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TERHUNE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TERICH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TERINONI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TERISA O'GORMAN
ADDRESS AVAILABLE UPON REQUEST

TERJANIAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TERJESON, CHRISTENA
ADDRESS AVAILABLE UPON REQUEST

TERKELSEN, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TERKOSKI, LIZA
ADDRESS AVAILABLE UPON REQUEST

TERLINDEN, GINA
ADDRESS AVAILABLE UPON REQUEST

TERLIZZI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TERMAAT, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

TERMINE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TERMINEL, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

TERNER, JILL
ADDRESS AVAILABLE UPON REQUEST

TERNES, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TERNES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TERPENING, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

TERPILOWSKI, RONIE
ADDRESS AVAILABLE UPON REQUEST

TERPSTRA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TERPSTRA, MARTEN
ADDRESS AVAILABLE UPON REQUEST

TERRA, RICARDO
ADDRESS AVAILABLE UPON REQUEST

TERRAGENICS, LLC.
599 RIDGECREST CIRCLE
LIVERMORE, CA  94551

TERRANCE EDWARD BROWN
ADDRESS AVAILABLE UPON REQUEST

TERRANCE, BRITAINE
ADDRESS AVAILABLE UPON REQUEST

TERRANCE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TERRANCE, SELISHA
ADDRESS AVAILABLE UPON REQUEST

TERRANO, TAMERA
ADDRESS AVAILABLE UPON REQUEST

TERRANOVA, ANNE
ADDRESS AVAILABLE UPON REQUEST

TERRANOVA, JOELLE
ADDRESS AVAILABLE UPON REQUEST

TERRAVANT WINE CO LLC
ATTN: GENERAL COUNSEL/LEGAL
35 INDUSTRIAL WAY
BUELLTON, CA  93427

TERRAVANT/SUMMERLAND - BWSC
70 INDUSTRIAL WAY
BUELLTON, CA  93427

TERRAVANT/SUMMERLAND - BWSC
ACF FINCO I LP FBO TERRAVANT WINE
COMPANY TERRAVANT WINE COMPANY
BWSC P.O. BOX 845658
LOS ANGELES, CA  90084-5658

TERRAVANT/SUMMERLAND
ACF FINCO I LP FBO TERRAVANT WINE
COMPANY
P.O. BOX 845658
LOS ANGELES, CA  90084-5658

TERRAVANT/SUMMERLAND
TERRAVANT WINE COMPANY
35 INDUSTRIAL WAY
BUELLTON, CA  93427

TERRAVINO, INC.
PO BOX 11462
BEVERLY HILLS, CA  90213

TERRAZAS, BOBBIE
ADDRESS AVAILABLE UPON REQUEST

TERRAZAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TERREAULT-BULPETT, TRISH
ADDRESS AVAILABLE UPON REQUEST

TERRELL, BRANDY
ADDRESS AVAILABLE UPON REQUEST

TERRELL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TERRELL, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TERRELL, EMILY
ADDRESS AVAILABLE UPON REQUEST

TERRELL, HASSAN
ADDRESS AVAILABLE UPON REQUEST

TERRELL, HELEN
ADDRESS AVAILABLE UPON REQUEST

TERRELL, JORDON
ADDRESS AVAILABLE UPON REQUEST

TERRELL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TERRELL, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

TERRELL, LATANYA
ADDRESS AVAILABLE UPON REQUEST

TERRELL, MARCUS
ADDRESS AVAILABLE UPON REQUEST

TERRELL, MCKEY
ADDRESS AVAILABLE UPON REQUEST

TERRELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TERRELL, SONJA
ADDRESS AVAILABLE UPON REQUEST

TERRELL, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TERRELL, TORAZEKE
ADDRESS AVAILABLE UPON REQUEST

TERRENCE, MARGOT
ADDRESS AVAILABLE UPON REQUEST

TERRERO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TERRI A WOLD
ADDRESS AVAILABLE UPON REQUEST

TERRI BOZARTH
ADDRESS AVAILABLE UPON REQUEST

TERRI FREEMAN-KLAJA
ADDRESS AVAILABLE UPON REQUEST

TERRI KIELE
ADDRESS AVAILABLE UPON REQUEST

TERRIBERRY, TRACY
ADDRESS AVAILABLE UPON REQUEST

TERRIE DREWRY
ADDRESS AVAILABLE UPON REQUEST

TERRILL, MARK
ADDRESS AVAILABLE UPON REQUEST

TERRILL, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

TERRILL, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

TERRIT, KJIRSTEN
ADDRESS AVAILABLE UPON REQUEST

TERRITO, KELLY
ADDRESS AVAILABLE UPON REQUEST

TERRITO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TERROIR CSS, LLC
5 FINANCIAL PLAZA SUITE 224
NAPA, CA  94558

TERROIRS DU SUD
501 A CHEMIN DE BOUZIGUES
POUSSAN  34560
FRANCE

TERRONES, KATE
ADDRESS AVAILABLE UPON REQUEST

TERRONI, BETH
ADDRESS AVAILABLE UPON REQUEST

TERRUSA, JOHN
ADDRESS AVAILABLE UPON REQUEST

TERRY BANKS
ADDRESS AVAILABLE UPON REQUEST

TERRY DUNN
ADDRESS AVAILABLE UPON REQUEST

TERRY ELWING
ADDRESS AVAILABLE UPON REQUEST

TERRY HARPER TRUST
ADDRESS AVAILABLE UPON REQUEST

TERRY HARRIS
ADDRESS AVAILABLE UPON REQUEST

TERRY L NEELY
ADDRESS AVAILABLE UPON REQUEST

TERRY LOU TURNER
ADDRESS AVAILABLE UPON REQUEST

TERRY M OGILVIE
ADDRESS AVAILABLE UPON REQUEST

TERRY PARRILL
ADDRESS AVAILABLE UPON REQUEST

TERRY POPE
ADDRESS AVAILABLE UPON REQUEST

TERRY RICE
ADDRESS AVAILABLE UPON REQUEST

TERRY VANDERSCHUUR
ADDRESS AVAILABLE UPON REQUEST

TERRY, AMIE
ADDRESS AVAILABLE UPON REQUEST

TERRY, BOBBI
ADDRESS AVAILABLE UPON REQUEST

TERRY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

TERRY, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

TERRY, DREW
ADDRESS AVAILABLE UPON REQUEST

TERRY, ERIN
ADDRESS AVAILABLE UPON REQUEST

TERRY, FRENCESCA
ADDRESS AVAILABLE UPON REQUEST

TERRY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TERRY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TERRY, JOHN
ADDRESS AVAILABLE UPON REQUEST

TERRY, JUDY
ADDRESS AVAILABLE UPON REQUEST

TERRY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TERRY, KEIRA-AILEEN
ADDRESS AVAILABLE UPON REQUEST

TERRY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TERRY, LAURA
ADDRESS AVAILABLE UPON REQUEST

TERRY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TERRY, MONICA
ADDRESS AVAILABLE UPON REQUEST

TERRY, RICH
ADDRESS AVAILABLE UPON REQUEST

TERRY, RYAN
ADDRESS AVAILABLE UPON REQUEST

TERRY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TERRY, TAMMI
ADDRESS AVAILABLE UPON REQUEST

TERRY, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TERRY, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TERRY, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TERRYL BRONSON
ADDRESS AVAILABLE UPON REQUEST

TERSAK, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

TERSTEGGE, DAMON
ADDRESS AVAILABLE UPON REQUEST

TERSTRIEP, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TERTELING, LAURIE
ADDRESS AVAILABLE UPON REQUEST

TERWELP, EMILY
ADDRESS AVAILABLE UPON REQUEST

TERWILLIGER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TERWILLIGER, ERIN
ADDRESS AVAILABLE UPON REQUEST

TERWILLIGER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TERZA, TANYA
ADDRESS AVAILABLE UPON REQUEST

TERZI, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TESALONA, GLENDA
ADDRESS AVAILABLE UPON REQUEST

TESCH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TESCHER, CADY
ADDRESS AVAILABLE UPON REQUEST

TESCHLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TESCHNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TESFASELASSIE, SEWIT
ADDRESS AVAILABLE UPON REQUEST

TESH, DAINA
ADDRESS AVAILABLE UPON REQUEST

TESH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TESHY INC
ADDRESS AVAILABLE UPON REQUEST

TESIERO, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TESINI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TESKE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

TESNOHLIDEK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TESORIERO, MARK
ADDRESS AVAILABLE UPON REQUEST

TESORO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TESSA MCKILLOP
ADDRESS AVAILABLE UPON REQUEST

TESSA QUITTNER
ADDRESS AVAILABLE UPON REQUEST

TESSAR, KRIS
ADDRESS AVAILABLE UPON REQUEST

TESSER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TESSIER, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TESSIER, MONICA
ADDRESS AVAILABLE UPON REQUEST

TESSIN, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

TESSLER, GREER
ADDRESS AVAILABLE UPON REQUEST

TESTA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TESTA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TESTA, MARIA
ADDRESS AVAILABLE UPON REQUEST

TESTA, PETER
ADDRESS AVAILABLE UPON REQUEST

TESTA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

TESTA, TRACEY
ADDRESS AVAILABLE UPON REQUEST

TESTAGROSSA, DENNIS
ADDRESS AVAILABLE UPON REQUEST

TESTANEY, INC.
1490 DOVE MEADOW RD
SOLVANG, CA  93463

TESTANEY, INC.
5905 ELKHORN LN.
SANTA MARIA, CA  93455

TESTANEY, INC.
ATTN: MIKE TESTA
PO BOX 741
LOS ALAMOS, CA  93440

TESTANI, DIANE
ADDRESS AVAILABLE UPON REQUEST

TESTAROSSA WINERY
P.O. BOX 969
LOS GATOS, CA  95031-0969

TESTERMAN, BRYAN
ADDRESS AVAILABLE UPON REQUEST

TESTO, ELSA
ADDRESS AVAILABLE UPON REQUEST

TESTO, KEVIN
ADDRESS AVAILABLE UPON REQUEST

TESZNER, ANNEMARIE
ADDRESS AVAILABLE UPON REQUEST

TETEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

TETER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TETER, DESIREE
ADDRESS AVAILABLE UPON REQUEST

TETERS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

TETOR, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

TETRAULT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TETRAULT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TETREAULT, ASH
ADDRESS AVAILABLE UPON REQUEST

TETREAULT, CARLY
ADDRESS AVAILABLE UPON REQUEST

TETREAULT, LAURA
ADDRESS AVAILABLE UPON REQUEST

TETRICK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TETTA, JEAN
ADDRESS AVAILABLE UPON REQUEST

TETTEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TETZLAFF, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TETZLAFF, JR
ADDRESS AVAILABLE UPON REQUEST

TETZLAFF, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TEU, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

TEUBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

TEUSCHER, KATHIE
ADDRESS AVAILABLE UPON REQUEST

TEUSCHER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TEUTON, SAM
ADDRESS AVAILABLE UPON REQUEST

TEUTSCHER, DONNA
ADDRESS AVAILABLE UPON REQUEST

TEVEROVSKY, DORAN
ADDRESS AVAILABLE UPON REQUEST

TEVES, SARA
ADDRESS AVAILABLE UPON REQUEST

TEVIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

TEW, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TEW, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TEW, LIZ
ADDRESS AVAILABLE UPON REQUEST

TEW, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TEWANI, RAJ
ADDRESS AVAILABLE UPON REQUEST

TEWELDEMEDHIN, TSEGAZEAB
ADDRESS AVAILABLE UPON REQUEST

TEWES, ANNE
ADDRESS AVAILABLE UPON REQUEST

TEWES, JAMES
ADDRESS AVAILABLE UPON REQUEST

TEWES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TEWEY, BONNY
ADDRESS AVAILABLE UPON REQUEST

TEWKESBURY, ANNE
ADDRESS AVAILABLE UPON REQUEST

TEWKESBURY, ANNE
ADDRESS AVAILABLE UPON REQUEST

TEWODROSE, DOUGMAWI
ADDRESS AVAILABLE UPON REQUEST

TEWOLDE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TEXAS ALCOHOLIC BEVERAGE COMMISSION
ADDRESS UNAVAILABLE AT TIME OF FILING

TEXAS ALCOHOLIC BEVERAGE COMMISSION
PO BOX 13127
AUSTIN, TX  78711

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST
AUSTIN, TX  78774

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
PO BOX 13528
CAPITOL STATION
AUSTIN, TX  78711-3528

TEXAS STATE COMPTROLLER
LOS ANGELES AUDIT OFFICE
17777 CENTER COURT DR. N., STE 700
CERRITOS, CA  90703-9356

TEXAS STATE SECURITIES BOARD
PO BOX 13167
AUSTIN, TX  78711

TEXAS STATE SECURITIES BOARD
THOMAS JEFFERSON RUSK STATE OFFICE
BDLG
208 E 10TH ST
AUSTIN, TX  78701

TEXAS WORKFORCE COMMISSION
101 E 15TH ST
RM 122
AUSTIN, TX  78778-0001

TEXAS, IRYNA KALYTA
ADDRESS AVAILABLE UPON REQUEST

TEXER, APRIL
ADDRESS AVAILABLE UPON REQUEST

TEXTER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

TEYEMA, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

TEYES, MARIA
ADDRESS AVAILABLE UPON REQUEST

TEZA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

THACH, JOHN
ADDRESS AVAILABLE UPON REQUEST

THACH, KHANNA
ADDRESS AVAILABLE UPON REQUEST

THACKER, BRANDY
ADDRESS AVAILABLE UPON REQUEST

THACKER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

THACKER, ESTHER
ADDRESS AVAILABLE UPON REQUEST

THACKER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

THACKER, LAURA MARIE
ADDRESS AVAILABLE UPON REQUEST

THACLER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

THADASINA, MEENAL
ADDRESS AVAILABLE UPON REQUEST

THADDIUS WATSON
ADDRESS AVAILABLE UPON REQUEST

THAGARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THAI TALAY
ADDRESS UNAVAILABLE AT TIME OF FILING

THAI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THAI, ELAINE
ADDRESS AVAILABLE UPON REQUEST

THAI, TRUNG-QUAN
ADDRESS AVAILABLE UPON REQUEST

THAI, YIN
ADDRESS AVAILABLE UPON REQUEST

THAI-JACOMET, AIMY
ADDRESS AVAILABLE UPON REQUEST

THAISS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

THAKAR, SHUBHANKAR
ADDRESS AVAILABLE UPON REQUEST

THAKER, SHAILAJA
ADDRESS AVAILABLE UPON REQUEST

THAKKALAPALLY, PRUTHVISH
ADDRESS AVAILABLE UPON REQUEST

THAKKAR, RAJ
ADDRESS AVAILABLE UPON REQUEST

THAKKAR, REEMA
ADDRESS AVAILABLE UPON REQUEST

THAKKER, MILAN
ADDRESS AVAILABLE UPON REQUEST

THAKORE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

THAKUR, ANGKRITI
ADDRESS AVAILABLE UPON REQUEST

THAKUR, CHAITALI
ADDRESS AVAILABLE UPON REQUEST

THAL, TARA
ADDRESS AVAILABLE UPON REQUEST

THALER, DESTINY
ADDRESS AVAILABLE UPON REQUEST

THALER, JAMES
ADDRESS AVAILABLE UPON REQUEST

THALER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

THALER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

THALHEIMER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

THALHUBER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

THALKEN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

THALLEN JANIECE BRASSEL
ADDRESS AVAILABLE UPON REQUEST

THALLNER, BRYNN
ADDRESS AVAILABLE UPON REQUEST

THALMANN, ANNE
ADDRESS AVAILABLE UPON REQUEST

THAMBI, MATHEW
ADDRESS AVAILABLE UPON REQUEST

THAMES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THAMES, KELLY
ADDRESS AVAILABLE UPON REQUEST

THAMES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

THAMMOVONGSA, ANNA
ADDRESS AVAILABLE UPON REQUEST

THANADPA, KANCHISA
ADDRESS AVAILABLE UPON REQUEST

THANKAPPAN, MANU
ADDRESS AVAILABLE UPON REQUEST

THAO, ADA
ADDRESS AVAILABLE UPON REQUEST

THAO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THAO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

THAO-VANG, AH
ADDRESS AVAILABLE UPON REQUEST

THARP, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

THARP, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

THARP, ERIN
ADDRESS AVAILABLE UPON REQUEST

THARP, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THARP, KALAVATHI
ADDRESS AVAILABLE UPON REQUEST

THARP, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THARP, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

THARP, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THARPE, DON
ADDRESS AVAILABLE UPON REQUEST

THARPE, SHERRIONAE
ADDRESS AVAILABLE UPON REQUEST

THARPE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THARRINGTON, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

THATCHER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THATCHER, ANDY
ADDRESS AVAILABLE UPON REQUEST

THATCHER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THATCHER, KAITLINN
ADDRESS AVAILABLE UPON REQUEST

THATCHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THATCHER, RYAN
ADDRESS AVAILABLE UPON REQUEST

THATE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

THAYER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

THAYER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THAYER, DALLAS
ADDRESS AVAILABLE UPON REQUEST

THAYER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

THAYER, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

THAYER, GAIL
ADDRESS AVAILABLE UPON REQUEST

THAYER, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

THAYER, JAMES
ADDRESS AVAILABLE UPON REQUEST

THAYER, JO
ADDRESS AVAILABLE UPON REQUEST

THAYER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THAYER, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

THAYER, VICKI
ADDRESS AVAILABLE UPON REQUEST

THE ACE HOTEL PALM SPRINGS
701 E PALM CANYON DR.
PALM SPRINGS, CA  92264

THE AGENCY ARIZONA
4626 EAST INDIAN SCHOOL ROAD
PHOENIX, AZ  85018

THE ANZA A CALABASAS HOTEL
23627 CALABASAS RD
CALABASAS, CA  91302-1502

THE BACCHUS GROUP INC.
100-565 GREAT NORTHERN WAY
VANCOUVER, BC  V5T OH8
CANADA

THE BACCHUS GROUP INC.
ATTN: GEN MGR
500-887 GREAT NORTHERN WAY
VANCOUVER, BC  V5T 4T5
CANADA

THE BACK PORCH
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BAGEL FACTORY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BATTLE FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THE BEEKMAN, A THOMPSON HOTEL
123 NASSAU STREET
NEW YORK, NY  10038

THE BELAMAR HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BENCHMARK COMPANY LLC
150 EAST 58TH ST., 17TH FLOOR
NEW YORK, NY  10155

THE BHATHAL FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THE BIMALOGIC GROUP, LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BOMB SOMMELIER, LLC
P.O. BOX 10248
JACKSON, WY  83002

THE BOSCO BOOTH LLC
1182 FLUSHING AVENUE, SUITE 308
BROOKLYN, NY  11237-1747

THE BOTTLE MEISTER INC.
PO BOX 15457
SAN LUIS OBISPO, CA  93406

THE BOUQS.COM
THE BOUQS COMPANY
4766 ADMIRALTY WAY UNIT 12007
MARINA DEL REY, CA  90292

THE BRAULT LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THE BRESLIN BAR & GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BRIG
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BRUCE WILLIAM EDGAR LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THE BUFFALO CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

THE BUTLER DID IT PRODUCTIONS
SUSIE MEISTER
4733 TORRANCE BLVD.  317
TORRANCE, CA  90503

THE CAN VAN LLC
814 STRIKER AVE SUITE A
SACRAMENTO, CA  95834

THE CARBON UNDERGROUND
8800 VENICE BLVD SUITE 322
LOS ANGELES, CA  90034

THE CATERING CARNIVAL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE CATHOLIC CHARITIES OF THE
ARCHDIOCESE
OF CHICAGO
721 N LASALLE ST
CHICAGO, IL  60654

THE CLARK AND KAY NEWBY TRUST
ADDRESS AVAILABLE UPON REQUEST

THE CLEAN EATING COUPLE LLC
474 FAIRWAY ROAD
ORANGE, CT  06477

THE CLEAN TEAM
13101 WASHINGTON BLVD SUITE 235
LOS ANGELES, CA  90066

THE CONNAUGHT HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE CONTAINER STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE CONTINENTAL INSURANCE COMPANY
2 PARK PLAZA, SUITE 400
IRVINE, CA  92614

THE CONTINENTAL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE COUNTER
ADDRESS UNAVAILABLE AT TIME OF FILING

THE DAILY DISTILLER (ROBERT SAMUELS)
2600 MISSION STREET SUITE 201
SAN MARINO, CA 91108

THE DEFINED DISH, LLC
11234 SHELTERWOOD CIRCLE
DALLAS, TX 75229

THE DELECTABLE EGG
ADDRESS UNAVAILABLE AT TIME OF FILING

THE DERYA AND ZEHRA LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THE DIELINE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE DIGMAR TRUST
ADDRESS AVAILABLE UPON REQUEST

THE DILLON SILVER LAKE
617 N. DILLON 101
LOS ANGELES, CA 90026

THE DONUM ESTATE
P.O. BOX 154
SONOMA, CA 95476

THE DORIS T WATT LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THE DUDES BREWING
ADDRESS UNAVAILABLE AT TIME OF FILING

THE DUTCH
ADDRESS UNAVAILABLE AT TIME OF FILING

THE EMPLOYEE NETWORK
136 W. ORION ST. SUITE D-9
TEMPE, AZ 85283

THE ENTRUST GROUP INC FBO PATRICIA
CLARK IRA
555 12 TH STREET SUITE 900
OAKLAND, CA 94607

THE EVERYGIRL MEDIA GROUP LLC
845 W FULTON MARKET 2
CHICAGO, IL 60607

THE FAIRMONT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE FLORENTINE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE FOWLER FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THE FULLEST LLC
2711 E COAST HWY, STE 202
CORONA DEL MAR, CA 92625

THE GEM SHOP
ADDRESS UNAVAILABLE AT TIME OF FILING

THE GENEN GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

THE GIRLS, LLC
104 MALLARD POINTE
LEBANON, TN 37087

THE GOOD VIBE MEDIA, LLC
4602 E THOMAS RD N6
PHOENIX, AZ 85018

THE GREENWICH HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE GREGG AND AMY BOGOST JOINT
ADDRESS AVAILABLE UPON REQUEST

THE GREGG AND AMY BOGOST JOINT
REVOCABLE TRUST
6203 S HIGHLANDS AVE
MADISON, WI 53705

THE GUARDIAN LIFE INSURANCE CO OF
AMERICA
P.O. BOX 826486
PHILADELPHIA, PA 19182-6486

THE HART & THE HUNTER
ADDRESS UNAVAILABLE AT TIME OF FILING

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916

THE HOME DEPOT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE HOTEL JUNE
8639 LINCOLN BLVD
LOS ANGELES, CA 90045

THE HUMAN SOLUTION
ADDRESS UNAVAILABLE AT TIME OF FILING

THE HUMMUS FACTORY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE IDEALISTS, LLC
231 S. CITRUS AVENUE
LOS ANGELES, CA 90036

THE IVY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE IZAKAYA
ADDRESS UNAVAILABLE AT TIME OF FILING

THE JUICY LEAF
ADDRESS UNAVAILABLE AT TIME OF FILING

THE KAO WANG AND YENCHE TIOANDA
ADDRESS AVAILABLE UPON REQUEST

THE KETTLE
1138 HIGHLAND AVE
MANHATTAN BEACH, CA 90266

THE KETTLE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE KINNEY FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THE KINNEY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

THE KITCHEN-CLUB W
ADDRESS UNAVAILABLE AT TIME OF FILING

THE KRAZY COUPON LADY
12426 W. EXPLORER DR. STE 250
BOLSE, ID 83713

THE LACH FAMILY TRUST DTD APRIL 1 1999
ADDRESS AVAILABLE UPON REQUEST

THE LARK
ADDRESS UNAVAILABLE AT TIME OF FILING

THE LAST BOOKSTORE
453 S. SPRING ST.
LOS ANGELES, CA 90013

THE LAW OFFICES OF JOHN P. OCONNELL
43434 BUSINESS PARK DR.
TEMECULA, CA 92590

THE LAW OFFICES OF NANCY SOLOMON
1875 CENTURY PARK EAST STE 700
LOS ANGELES, CA 90025

THE LITTLE GOAT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE LIVING CHRISTMAS COMPANY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE LO AND BEHOLD GROUP PTE LTD
ADDRESS AVAILABLE UPON REQUEST

THE LOCAL MOMS NETWORK
ADDRESS UNAVAILABLE AT TIME OF FILING

THE LOCAL YOLK
ADDRESS UNAVAILABLE AT TIME OF FILING

THE LOUD CLOUD LLC
4143 HOWE ST
OAKLAND, CA 94611

THE MADERA GROUP : TOCAYA (LA JOLLA)
8720 SUNSET BLVD.
WEST HOLLYWOOD, CA 90069

THE MEGHAN JONES
4109 STATE ST. 4109
DALLAS, TX 75204

THE MIDROLL
ANDREW WALKER
5815 WEST SUNSET BLVD SUITE 404
LOS ANGELES, CA 90028

THE MIKE AND JOYCE ASSAR LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THE MISFIT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE MNDFL INC.
8373 ROSEWOOD AVE., 203
WEST HOLLYWOOD, CA 90048

THE MODEL BAKERY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE NASDAQ PRIVATE MARKET LLC
C/O WELLS FARGO BANK LOCKBOX 41700
PO BOX 8500
PHILADELPHIA, PA 19178-0700

THE NASDAQ PRIVATE MARKET LLC
ONE LIBERTY PLAZA 49FL
NEW YORK, NY 10006

THE NEW PAPER LLC
40 REDWOOD DRIVE
OCEAN, NJ 07712

THE NEWSETTE
180 BROOKLINE APT 1401
BOSTON, MA 02215

THE NICE GUY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE NOUN PROJECT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE OAKS GOURMET
ADDRESS UNAVAILABLE AT TIME OF FILING

THE OCEAN CLEANUP PROJECTS BV
BATAVIERENSTRAAT 15, LEVEL 4-7
ROTTERDAM 3014 JH
THE NETHERLANDS

THE OKLAHOMA TAX COMMISSION
OKLAHOMA TAX COMMISSION
OKLAHOMA CITY, OK 73194

THE OLD & RARE WINE COMPANY, LLC.
(JAMES YOBSKI)
1518 HARVARD ST. 6
SANTA MONICA, CA 90404

THE OLIVE GARDEN
ADDRESS UNAVAILABLE AT TIME OF FILING

THE ONLY AGENCY, INC
20 WEST 22ND STREET SUITE 701
NEW YORK, NY 10010

THE ORIGINAL TACO-MAN LLC
PO BOX 1483
TORRANCE, CA 90505

THE PANTRY ON PARK INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

THE PANTRY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE PITNEY BOWES BANK INC
PITNEY BOWES INC
1245 EAST BRICKYARD ROAD, SUITE 250
SALT LAKE CITY, UT 84106-4278

THE PITNEY BOWES BANK INC
PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

THE PLATT TRUST
ADDRESS AVAILABLE UPON REQUEST

THE PLAZA CP, LLC
2041 ROSECRANS AVENUE SUITE 200
EL SEGUNDO, CA 90245

THE PROGRESS
ADDRESS UNAVAILABLE AT TIME OF FILING

THE RANGA MEDIA COMPANY
ANA ORTIZ
5 ISLAND AVE., APT 11H
MIAMI BEACH, FL 33139-1327

THE RAZORSTORE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE RICHMARK COMPANY (RICHMARK
LABEL)
1110 EAST PINE STREET
SEATTLE, WA 98122

THE RICHMARK COMPANY- CLUB W
ADDRESS UNAVAILABLE AT TIME OF FILING

THE RIDGE WALLET, LLC
28632 ROADSIDE DRIVE, STE 265
AGOURA HILLS, CA 91301

THE RITZ CARLTON MARINA DEL REY
ADDRESS UNAVAILABLE AT TIME OF FILING

THE RIVETER
1517 12TH AVE, SUITE 101
SEATTLE, WA 98122

THE ROOM RING, LLC
53 WARREN AVENUE  2
BOSTON, MA  02116

THE SAM & MIKE COMPANY
450 30TH STREET
HERMOSA BEACH, CA  90254

THE SANTA BARBARA INDEPENDENT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE SHALLOW END LLC
1525 GLENCOE AVE
VENICE, CA  90291

THE SHOPPER
ADDRESS UNAVAILABLE AT TIME OF FILING

THE SHORT JOINT REVOCABLE LIVING
TRUST
ADDRESS AVAILABLE UPON REQUEST

THE SILVER DOLLAR
ADDRESS UNAVAILABLE AT TIME OF FILING

THE SISTER STUDIO INC.
415 KINGS LANDING
ROCKWALL, TX  75032

THE SMILE RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE SNOW LEOPARD 2015 CHARITABLE
TRUST
ADDRESS AVAILABLE UPON REQUEST

THE SOURCE
2060-D E. AVENIDA DE LOS ARBOLES  306
THOUSAND OAKS, CA  91362

THE SPECIALIST WORKS EM LLC
2451 CUMBERLAND PKWY STE 3867
ATLANTA, GA  30339

THE STAMPMAKER
ADDRESS UNAVAILABLE AT TIME OF FILING

THE SWISS RESTAURANT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE TASTING KITCHEN
ADDRESS UNAVAILABLE AT TIME OF FILING

THE THADDEUS B ZALESKI AND ELIZABETH
B ZALESKI
ADDRESS AVAILABLE UPON REQUEST

THE TRAVELERS INDEMNITY COMPANY
ATTN SCOTT L GLOWNER
PO BOX 64094
ST PAUL, MN  55102-0094

THE TRAVELERS INDEMNITY COMPANY
ONE TOWER SQUARE 10CGM
HARTFORD, CT  06183

THE TRAVELING BOARD
1010 ELKGROVE AVE., APT 3
VENICE, CA  90291

THE TRIPEL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE TRIPLE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE UNIVERSITY CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

THE UPPER HOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE UPS STORE
4712 ADMIRALTY WAY
MARINA DEL REY, CA  90292

THE VAULT, ELIZABETH A WIDEL
ADDRESS AVAILABLE UPON REQUEST

THE VEGGIE GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

THE VERMONT WINE MERCHANTS COMPANY
255 SO. CHAMPLAIN ST
BURLINGTON, VT  05401

THE VERMONT WINE MERCHANTS
240 BATTERY ST
BURLINGTON, VT  05401

THE VINE COLLECTIVE
330 WEST 38TH ST STE 1600
NEW YORK, NY  10018

THE VINTNER VAULT
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WALLACE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WARWICK
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WATERFRONT
205 OCEAN FRONT WALK
VENICE, CA  90291

THE WEBSTAURANT STORE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WESTIN
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WHITE MANSION
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WINE HOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

THE WOODHOUSE WINE ESTATES
ADDRESS UNAVAILABLE AT TIME OF FILING

THE
ADDRESS UNAVAILABLE AT TIME OF FILING

THEAD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THEADO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THEAMA, ANITA
ADDRESS AVAILABLE UPON REQUEST

THEANCHAI, KRIS
ADDRESS AVAILABLE UPON REQUEST

THEANCHAI, TANALEE
ADDRESS AVAILABLE UPON REQUEST

THEARLE, REGINALD
ADDRESS AVAILABLE UPON REQUEST

THEBAUT, JAY
ADDRESS AVAILABLE UPON REQUEST

THEDE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

THEDER, RICK
ADDRESS AVAILABLE UPON REQUEST

THEE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

THEES, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

THEIBERT, TERRI
ADDRESS AVAILABLE UPON REQUEST

THEIL JR, RICHARD
ADDRESS AVAILABLE UPON REQUEST

THEIL, SARAH
ADDRESS AVAILABLE UPON REQUEST

THEILE REID, SARA
ADDRESS AVAILABLE UPON REQUEST

THEILIG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THEILING, TERESA
ADDRESS AVAILABLE UPON REQUEST

THEIS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

THEIS, EMMA
ADDRESS AVAILABLE UPON REQUEST

THEIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

THEIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

THEIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

THEIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

THEIS, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

THEIS, MACHELLE
ADDRESS AVAILABLE UPON REQUEST

THEIS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

THEIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THEIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THEIS, WENDY
ADDRESS AVAILABLE UPON REQUEST

THEISEN, KERSTIN
ADDRESS AVAILABLE UPON REQUEST

THEISEN, MARIA
ADDRESS AVAILABLE UPON REQUEST

THEISS, ERIN
ADDRESS AVAILABLE UPON REQUEST

THEISS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THEISS, TRICIA
ADDRESS AVAILABLE UPON REQUEST

THELANDER, ANDY
ADDRESS AVAILABLE UPON REQUEST

THELEN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

THELEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

THELEN, GREG
ADDRESS AVAILABLE UPON REQUEST

THELEN, JENNY
ADDRESS AVAILABLE UPON REQUEST

THELEN, KERRY
ADDRESS AVAILABLE UPON REQUEST

THELEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

THELEN, MATTHEW A.
ADDRESS AVAILABLE UPON REQUEST

THELEN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

THELUSCA, PATRICK
ADDRESS AVAILABLE UPON REQUEST

THEN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

THEN, SUNDAY
ADDRESS AVAILABLE UPON REQUEST

THENEXT2SHINE LLC
363 CARLISLE CROSSING
ST LAS VEGAS, NV 89138

THENO, EMILEE
ADDRESS AVAILABLE UPON REQUEST

THEOBALD, DIANA
ADDRESS AVAILABLE UPON REQUEST

THEOBALD, NICHOL
ADDRESS AVAILABLE UPON REQUEST

THEOBALD, SARAH
ADDRESS AVAILABLE UPON REQUEST

THEOBALD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

THEOBOLD, LISA
ADDRESS AVAILABLE UPON REQUEST

THEOCHAROPOULOS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

THEODORE CHARLES BRAY
ADDRESS AVAILABLE UPON REQUEST

THEODORE DEREMER
ADDRESS AVAILABLE UPON REQUEST

THEODORE ORWIG
ADDRESS AVAILABLE UPON REQUEST

THEODORE S NASPINSKI
ADDRESS AVAILABLE UPON REQUEST

THEODORE, ALEX
ADDRESS AVAILABLE UPON REQUEST

THEODORE, BYRON
ADDRESS AVAILABLE UPON REQUEST

THEODORE, MARY
ADDRESS AVAILABLE UPON REQUEST

THEODOROPOULOS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

THEODOROU, HAROULA
ADDRESS AVAILABLE UPON REQUEST

THEOHARIDIS, ALEX
ADDRESS AVAILABLE UPON REQUEST

THEOPHILUS R NIX JR
ADDRESS AVAILABLE UPON REQUEST

THERESA ADAIR
ADDRESS AVAILABLE UPON REQUEST

THERESA COGSWELL
ADDRESS AVAILABLE UPON REQUEST

THERESE J WYMAN
ADDRESS AVAILABLE UPON REQUEST

THERIAC, MELANIE
ADDRESS AVAILABLE UPON REQUEST

THERIAULT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

THERIAULT, ELAN
ADDRESS AVAILABLE UPON REQUEST

THERIAULT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

THERING, KRISTI
ADDRESS AVAILABLE UPON REQUEST

THERING, KRISTI
ADDRESS AVAILABLE UPON REQUEST

THERKELSEN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

THERNES, MATHIAS
ADDRESS AVAILABLE UPON REQUEST

THEROUX, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

THEROUX, SHELLA
ADDRESS AVAILABLE UPON REQUEST

THERRIAULT, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, ALBERT
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, CYNDI
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, RON
ADDRESS AVAILABLE UPON REQUEST

THERRIEN, ROZZLYNN
ADDRESS AVAILABLE UPON REQUEST

THESKIMM, INC.
PO BOX 392607
PITTSBURGH, PA  15251-9607

THEUERKAUF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THEVENET, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

THEWS, PATTY
ADDRESS AVAILABLE UPON REQUEST

THIBAUD, JULIA
ADDRESS AVAILABLE UPON REQUEST

THIBAULT, AMBER
ADDRESS AVAILABLE UPON REQUEST

THIBAULT, KELSIE
ADDRESS AVAILABLE UPON REQUEST

THIBAULT, MARK
ADDRESS AVAILABLE UPON REQUEST

THIBAULT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

THIBEAULT, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

THIBEAULT, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

THIBEAULT, JILL
ADDRESS AVAILABLE UPON REQUEST

THIBEDEAU, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

THIBERT, ANNA
ADDRESS AVAILABLE UPON REQUEST

THIBERT, JILL
ADDRESS AVAILABLE UPON REQUEST

THIBODAUX, ANDY
ADDRESS AVAILABLE UPON REQUEST

THIBODAUX, MARCIE
ADDRESS AVAILABLE UPON REQUEST

THIBODAUX, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, EILEEN
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, ERIN
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, JON-MARC
ADDRESS AVAILABLE UPON REQUEST

THIBODEAU, KRISTY
ADDRESS AVAILABLE UPON REQUEST

THIBODEAUX, ARIEL
ADDRESS AVAILABLE UPON REQUEST

THIBODEAUX, LYNDI
ADDRESS AVAILABLE UPON REQUEST

THICKLIN, TASIA
ADDRESS AVAILABLE UPON REQUEST

THIEDE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

THIEKEN, PAUL
ADDRESS AVAILABLE UPON REQUEST

THIEL, AMY
ADDRESS AVAILABLE UPON REQUEST

THIEL, ANN
ADDRESS AVAILABLE UPON REQUEST

THIEL, CARLEE
ADDRESS AVAILABLE UPON REQUEST

THIEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

THIEL, KATE
ADDRESS AVAILABLE UPON REQUEST

THIEL, KELLI
ADDRESS AVAILABLE UPON REQUEST

THIEL, STEVE
ADDRESS AVAILABLE UPON REQUEST

THIELE, KELLY
ADDRESS AVAILABLE UPON REQUEST

THIELEMAN, CRISTY
ADDRESS AVAILABLE UPON REQUEST

THIELEMAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

THIELEMANN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

THIELEN, BETH
ADDRESS AVAILABLE UPON REQUEST

THIELEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THIELGES PHOENIX, LAURA
ADDRESS AVAILABLE UPON REQUEST

THIELGES, CLARK
ADDRESS AVAILABLE UPON REQUEST

THIELKE, ALYVIA
ADDRESS AVAILABLE UPON REQUEST

THIEMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

THIEMAN, KENT
ADDRESS AVAILABLE UPON REQUEST

THIEMANN, NORA
ADDRESS AVAILABLE UPON REQUEST

THIEME, KATARZYNA
ADDRESS AVAILABLE UPON REQUEST

THIEN HA REVOCABLE LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THIERMANN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

THIERY, JEFF
ADDRESS AVAILABLE UPON REQUEST

THIES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THIES, PAMALA
ADDRESS AVAILABLE UPON REQUEST

THIESEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

THIESFELD, RILEY
ADDRESS AVAILABLE UPON REQUEST

THIESMEYER, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

THIESSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THIGPEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

THIGPEN, CASSIE
ADDRESS AVAILABLE UPON REQUEST

THIGPEN, COTY
ADDRESS AVAILABLE UPON REQUEST

THIGPEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THIGPENN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THILGES, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THILL, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

THILL, KIM
ADDRESS AVAILABLE UPON REQUEST

THILL, MARA
ADDRESS AVAILABLE UPON REQUEST

THILLEN, JIM
ADDRESS AVAILABLE UPON REQUEST

THIMMAYYA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THING, MARY PAT
ADDRESS AVAILABLE UPON REQUEST

THIRAKUL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

THIRDLOVE (MECOMMERCE INC.)
2325 3RD STREET, SUITE 215
SAN FRANCISCO, CA  94107

THIROS, MADISON
ADDRESS AVAILABLE UPON REQUEST

THIRTLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

THIRU R SRINIVASAN
ADDRESS AVAILABLE UPON REQUEST

THIRUMANI, MAHESH
ADDRESS AVAILABLE UPON REQUEST

THIS REPRESENTS LLC
12931 VENICE BLVD
LOS ANGELES, CA  90066

THISTLE, PATTY
ADDRESS AVAILABLE UPON REQUEST

THISTLEWOOD, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

THODE, MANDY
ADDRESS AVAILABLE UPON REQUEST

THODE, MANDY
ADDRESS AVAILABLE UPON REQUEST

THODEY, ADAM
ADDRESS AVAILABLE UPON REQUEST

THOELE, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOELKE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THOEMMES, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

THOEN, ANSEL
ADDRESS AVAILABLE UPON REQUEST

THOEN, KATE
ADDRESS AVAILABLE UPON REQUEST

THOENELT, MARIE
ADDRESS AVAILABLE UPON REQUEST

THOENSEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

THOLE, TOM
ADDRESS AVAILABLE UPON REQUEST

THOLEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THOLMER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

THOM, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THOM, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOM, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMA, HAILEYROSE
ADDRESS AVAILABLE UPON REQUEST

THOMA, JOAN
ADDRESS AVAILABLE UPON REQUEST

THOMA, KELI
ADDRESS AVAILABLE UPON REQUEST

THOMA, SERENA
ADDRESS AVAILABLE UPON REQUEST

THOMAD, TRISHA
ADDRESS AVAILABLE UPON REQUEST

THOMAE, L
ADDRESS AVAILABLE UPON REQUEST

THOMAN, CHARICE
ADDRESS AVAILABLE UPON REQUEST

THOMAS A MILLER
ADDRESS AVAILABLE UPON REQUEST

THOMAS A STEELE
ADDRESS AVAILABLE UPON REQUEST

THOMAS ALLYN GANDEE
ADDRESS AVAILABLE UPON REQUEST

THOMAS BRUSKE
ADDRESS AVAILABLE UPON REQUEST

THOMAS BURNS
ADDRESS AVAILABLE UPON REQUEST

THOMAS CHRISTOFFERSEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS CHRISTOPHER ARMATO STURGES
ADDRESS AVAILABLE UPON REQUEST

THOMAS CUMMINGS COUGHLIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS DELLAMONICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS DYE
ADDRESS AVAILABLE UPON REQUEST

THOMAS E BOCCIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS E WALTER
ADDRESS AVAILABLE UPON REQUEST

THOMAS ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

THOMAS EUGENE ROGERS
ADDRESS AVAILABLE UPON REQUEST

THOMAS FERRIGNO
ADDRESS AVAILABLE UPON REQUEST

THOMAS FISHER
ADDRESS AVAILABLE UPON REQUEST

THOMAS FITZSIMMONS
ADDRESS AVAILABLE UPON REQUEST

THOMAS FRANCO
ADDRESS AVAILABLE UPON REQUEST

THOMAS FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS GREGORY COMPTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS HAMMER
ADDRESS AVAILABLE UPON REQUEST

THOMAS HEINZEROTH
ADDRESS AVAILABLE UPON REQUEST

THOMAS HILSABECK
ADDRESS AVAILABLE UPON REQUEST

THOMAS JACOB
ADDRESS AVAILABLE UPON REQUEST

THOMAS JAMES GILMORE
ADDRESS AVAILABLE UPON REQUEST

THOMAS JOHN PASTORE
ADDRESS AVAILABLE UPON REQUEST

THOMAS JOHN VIOLANTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS JOHN VIOLANTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS JULIAN STRICKLAND
ADDRESS AVAILABLE UPON REQUEST

THOMAS KISH
ADDRESS AVAILABLE UPON REQUEST

THOMAS KNUTSEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS KOZLOWSKI
ADDRESS AVAILABLE UPON REQUEST

THOMAS L KAY JR
ADDRESS AVAILABLE UPON REQUEST

THOMAS M DODDS
ADDRESS AVAILABLE UPON REQUEST

THOMAS M VAN PAASSEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS MARIOT
ADDRESS AVAILABLE UPON REQUEST

THOMAS MARK ROWLAND
ADDRESS AVAILABLE UPON REQUEST

THOMAS MARYNIK
ADDRESS AVAILABLE UPON REQUEST

THOMAS MCGEE
ADDRESS AVAILABLE UPON REQUEST

THOMAS MCGUFFIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS MICHAEL MCMAHON FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS MICHAEL VIOLANTE FAMILY TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS MICHAEL VIOLANTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS MINDY
ADDRESS AVAILABLE UPON REQUEST

THOMAS NANCE
ADDRESS AVAILABLE UPON REQUEST

THOMAS NELSON BASS
ADDRESS AVAILABLE UPON REQUEST

THOMAS NOVAK
ADDRESS AVAILABLE UPON REQUEST

THOMAS OTT
ADDRESS AVAILABLE UPON REQUEST

THOMAS P MCJOYNT-GRIFFITH
ADDRESS AVAILABLE UPON REQUEST

THOMAS P NOVAK
ADDRESS AVAILABLE UPON REQUEST

THOMAS QUICK
ADDRESS AVAILABLE UPON REQUEST

THOMAS R EVANS III LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS R EVANS III REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS R STAUTZ REVOCABLE TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS RELERFORD
ADDRESS AVAILABLE UPON REQUEST

THOMAS ROBERT GRABOWSKI REVOCABLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS RYAN ILEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS SCHWANHAEUSER
ADDRESS AVAILABLE UPON REQUEST

THOMAS STERLING WALKER JR APRIL 1 1999
ADDRESS AVAILABLE UPON REQUEST

THOMAS SWIERSKI
ADDRESS AVAILABLE UPON REQUEST

THOMAS SYMINGTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS T EASTER
ADDRESS AVAILABLE UPON REQUEST

THOMAS TUCKER
ADDRESS AVAILABLE UPON REQUEST

THOMAS WELLS
ADDRESS AVAILABLE UPON REQUEST

THOMAS WETHERALD
ADDRESS AVAILABLE UPON REQUEST

THOMAS WILLIAM ANDREW REVOCABLE
LIVING TRUST
ADDRESS AVAILABLE UPON REQUEST

THOMAS WILLIAM ANDREW
ADDRESS AVAILABLE UPON REQUEST

THOMAS WOLFE
ADDRESS AVAILABLE UPON REQUEST

THOMAS ZAJKOWSKI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ABBIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ABBY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ADAM
ADDRESS AVAILABLE UPON REQUEST

THOMAS, AJADA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALIXANDRIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALLEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, AMY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, AMY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANISSA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANITA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ANTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ARIANE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ARLETTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ARUN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, AVERY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BECKY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BELINDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BLAIR
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BOBETTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRIAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, BYRON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, C
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CALLI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CANDY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAREY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CARLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAROL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAROL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAROL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CARRITA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CARSON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHASE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHIARA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHISHALA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHRISTEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, COREY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CORLI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CRAIG
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, CYRIL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DAKOTA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DALTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DANA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DARYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DENA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DESTINY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DEUCE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DEVON FAY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ELISHA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ELLIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ELOISE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ENNIS
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ERIC
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ERIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EVERETT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, EVETTE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, FONTAI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GAIL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GAIL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GRACE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HALEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HALEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HALEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HARRIS
ADDRESS AVAILABLE UPON REQUEST

THOMAS, HOWARD
ADDRESS AVAILABLE UPON REQUEST

THOMAS, IAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ILIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JACK
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAKE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAKE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAMAAL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAMES
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JANE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JANICE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JEANNA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JEFFERY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JENNA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JENNIFA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSI JUNE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JIM
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JONNA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JONNETTA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JORDIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JULIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KAILE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KAMALI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KAREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KARMELLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KATHY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KATHY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KAY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KERI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KORRINA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, KRYSTINA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAPORSCHE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LARISSA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LEALA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LEIGH ANN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LIVIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LONNIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, LORIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MADISON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MAEI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MALLORY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARK
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MARY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MATT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MAXIMUS SKATES
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MEAGEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MELODY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MIGNON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MIKAELLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MIKE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MONICA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MONTANA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, NICK
ADDRESS AVAILABLE UPON REQUEST

THOMAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, NORADA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ONEIL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PATTI
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PETER
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

THOMAS, PRESTON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RACUMYAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RALPH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

THOMAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, REGGINALD
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RESHEENA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RICH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBIN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROBY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RODNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RONDA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, RYAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, S NOELLE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SAKIRNA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SANDY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SANILA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SARA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SEBASTIAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SEYAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SHARON
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SHAYNA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, STACIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, STAFFORD
ADDRESS AVAILABLE UPON REQUEST

THOMAS, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SUE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SUSIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, SYMONE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TALAYA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TANISHA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TANYA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TERRY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIM
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TIM
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TODD
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TRACY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TRACY
ADDRESS AVAILABLE UPON REQUEST

THOMAS, TYLOR
ADDRESS AVAILABLE UPON REQUEST

THOMAS, VERA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, WILL
ADDRESS AVAILABLE UPON REQUEST

THOMAS, WILLA
ADDRESS AVAILABLE UPON REQUEST

THOMAS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THOMASCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMASON, APRIL
ADDRESS AVAILABLE UPON REQUEST

THOMASON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

THOMASON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMASON, HOLLY
ADDRESS AVAILABLE UPON REQUEST

THOMASON, JENNEVA
ADDRESS AVAILABLE UPON REQUEST

THOMASON, KATIE
ADDRESS AVAILABLE UPON REQUEST

THOMASON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMASON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

THOMASON, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

THOMASON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THOMASSIAN, TALIN
ADDRESS AVAILABLE UPON REQUEST

THOMASSON, ARWIN
ADDRESS AVAILABLE UPON REQUEST

THOMASSON, ETHAN
ADDRESS AVAILABLE UPON REQUEST

THOMAS-WILSON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

THOME, ABBY
ADDRESS AVAILABLE UPON REQUEST

THOME, ELOISE
ADDRESS AVAILABLE UPON REQUEST

THOME, ELOISE
ADDRESS AVAILABLE UPON REQUEST

THOMEIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMEN, MARYCRUZ
ADDRESS AVAILABLE UPON REQUEST

THOMES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMETZ, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

THOMFORDE, JENNA
ADDRESS AVAILABLE UPON REQUEST

THOMKA, CANDACE
ADDRESS AVAILABLE UPON REQUEST

THOMKE, ERICA
ADDRESS AVAILABLE UPON REQUEST

THOMMEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMMES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THOMPKINS, RAMONA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON PINNACLE HOLDINGS INC
(PINNACLE IMPORTS)
3075 MORGAN ROAD
BESSEMER, AL  35022

THOMPSON PINNACLE HOLDINGS INC.
(PINNACLE IMPORTS)
3075 MORGAN ROAD
BESSEMER, AL  35022

THOMPSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ADAM
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALAYSIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALBERT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALONIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AMELIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AMELIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AMY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ANNE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ARIENNE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, AVONNE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRANDI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRENDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, BROOKE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAMARRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAROLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CASSIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHAQUETTA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHASE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CLAUDE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, COLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, CURTIS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DANN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DAWN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DESTINY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DEWEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DONALD
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, DUANE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ED
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELISHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMELIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, FANCHETTE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, FELEECIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, FELICIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, GREGG
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, GUINEVERE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HAILEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HALEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HAYLI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, HUNTER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JACLYN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JANEANE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JANELL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JANIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JARED
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JAS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JASON
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JASON
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JIMMY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JORDAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KAREN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KATRINA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KELLI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KENNETH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KENZIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KIARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KIRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KORDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LARRY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LATASHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LEA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LEANDRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LEE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LEONARD
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LEONARD
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LISA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LORI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LORI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, LOUISE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MAISHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARANDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARCIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARCIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARIAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARILYN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARISA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARK 120774
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MARQUITTA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MATT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MATT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MAX
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MELINDA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MOIRA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MONICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, NOELLE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, OMNIKA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RANDI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RAVEN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RENEA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RHEABECKAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RONALD
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ROSALIND
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ROSE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, RUTH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SAKIYNA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SAMONE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHAINE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHERYL
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHEYANNA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SHOLA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SKYE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SONIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, STEFAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, STEFFI
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, STUART
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SUSETTE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SUZANNA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, SYMONE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TAMMY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TARA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TIFFANIE: JEREMY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, TSNYA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, VERONICA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, WENDY
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, WILLA
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THOMPSON, ZACH
ADDRESS AVAILABLE UPON REQUEST

THOMPSON-BADU, NECO
ADDRESS AVAILABLE UPON REQUEST

THOMPSON-DREW, CORLISS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON-SEVCIK, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

THOMPSON-WEBSTER, TERESA
ADDRESS AVAILABLE UPON REQUEST

THOMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

THOMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

THOMSD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMSEN, EMMA
ADDRESS AVAILABLE UPON REQUEST

THOMSEN, HELGA
ADDRESS AVAILABLE UPON REQUEST

THOMSEN, JORDON
ADDRESS AVAILABLE UPON REQUEST

THOMSEN, LYNN & AMY
ADDRESS AVAILABLE UPON REQUEST

THOMSEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

THOMSON REUTERS (TAX & ACCOUNTING)
INC.
2395 MIDWAY ROAD
CARROLLTON, TX  75006-2521

THOMSON REUTERS
P.O. BOX 71687
CHICAGO, IL  60694-1687

THOMSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

THOMSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

THOMSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

THOMSON, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

THOMSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THOMSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

THOMSON, MARC
ADDRESS AVAILABLE UPON REQUEST

THOMSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THOMSON, PAUL
ADDRESS AVAILABLE UPON REQUEST

THOMSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THOMSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THOMSON, TERRI
ADDRESS AVAILABLE UPON REQUEST

THOMTON, AMY
ADDRESS AVAILABLE UPON REQUEST

THON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

THON, HALEY
ADDRESS AVAILABLE UPON REQUEST

THONI, ANNA
ADDRESS AVAILABLE UPON REQUEST

THORELL, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

THOREN, LINDA
ADDRESS AVAILABLE UPON REQUEST

THORESON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THORGERSEN, TORI
ADDRESS AVAILABLE UPON REQUEST

THORLA, KAREN
ADDRESS AVAILABLE UPON REQUEST

THORLAKSON, AUBREY
ADDRESS AVAILABLE UPON REQUEST

THORLAKSSON, NIELS
ADDRESS AVAILABLE UPON REQUEST

THORMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

THORMAN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

THORMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THORMAN, SADIE
ADDRESS AVAILABLE UPON REQUEST

THORN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

THORN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

THORN, LORI
ADDRESS AVAILABLE UPON REQUEST

THORN, SARAH
ADDRESS AVAILABLE UPON REQUEST

THORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THORNAL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

THORNBERRY, TARA
ADDRESS AVAILABLE UPON REQUEST

THORNBERRY, TAYLER
ADDRESS AVAILABLE UPON REQUEST

THORNBURG, AUDRA
ADDRESS AVAILABLE UPON REQUEST

THORNBURG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

THORNBURG, LANA
ADDRESS AVAILABLE UPON REQUEST

THORNBURG, RJ
ADDRESS AVAILABLE UPON REQUEST

THORNBURG, SARAH
ADDRESS AVAILABLE UPON REQUEST

THORNDIKE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

THORNE, ANNA
ADDRESS AVAILABLE UPON REQUEST

THORNE, LOREEN
ADDRESS AVAILABLE UPON REQUEST

THORNE, LORI
ADDRESS AVAILABLE UPON REQUEST

THORNE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

THORNE, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

THORNE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

THORNE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THORNE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

THORNHILL, JOYCE
ADDRESS AVAILABLE UPON REQUEST

THORNHILL, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

THORNHILL, LASHAWNDA
ADDRESS AVAILABLE UPON REQUEST

THORNHILL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

THORNSBERRY, HOWARD
ADDRESS AVAILABLE UPON REQUEST

THORNTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, BETSY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

THORNTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THORNTON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

THORNTON, EMILY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, EMMA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

THORNTON, GINNY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, HOLLEY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, ISLA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THORNTON, JERRY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

THORNTON, JOANNE
ADDRESS AVAILABLE UPON REQUEST

THORNTON, LUCY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, MARY KATHRYN
ADDRESS AVAILABLE UPON REQUEST

THORNTON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THORNTON, PATRICE
ADDRESS AVAILABLE UPON REQUEST

THORNTON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

THORNTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THORNTON, RENAY
ADDRESS AVAILABLE UPON REQUEST

THORNTON, RITA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

THORNTON, THARON
ADDRESS AVAILABLE UPON REQUEST

THORNTON-HODGES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

THORNTON-KENNEDY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

THORNTON-SAUNDERS, ISIS
ADDRESS AVAILABLE UPON REQUEST

THORP, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

THORPE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THORPE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

THORPE, ELLA
ADDRESS AVAILABLE UPON REQUEST

THORPE, EMORY
ADDRESS AVAILABLE UPON REQUEST

THORPE, FIONA
ADDRESS AVAILABLE UPON REQUEST

THORPE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

THORPE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

THORPE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

THORPE, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

THORPE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

THORPE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

THORPE, SHERIKA
ADDRESS AVAILABLE UPON REQUEST

THORPE, TYE
ADDRESS AVAILABLE UPON REQUEST

THORPE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

THORPE-KLINSKY, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

THORSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

THORSNES, ANDREA
ADDRESS AVAILABLE UPON REQUEST

THORSON, AUDREY
ADDRESS AVAILABLE UPON REQUEST

THORSON, JANET
ADDRESS AVAILABLE UPON REQUEST

THORSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

THORSTEN PFEFFER
ADDRESS AVAILABLE UPON REQUEST

THORSTENSEN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

THOTA, AKHILA
ADDRESS AVAILABLE UPON REQUEST

THOUIN, AMY
ADDRESS AVAILABLE UPON REQUEST

THRALL, BECKY
ADDRESS AVAILABLE UPON REQUEST

THRALL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

THRANE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THRASH, BRANDY
ADDRESS AVAILABLE UPON REQUEST

THRASHER, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

THRASHER, JULIA
ADDRESS AVAILABLE UPON REQUEST

THRASHER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

THRASHER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THREAD, TRACY
ADDRESS AVAILABLE UPON REQUEST

THREADGILL, ASHONTE
ADDRESS AVAILABLE UPON REQUEST

THREADGILL, DAVID
ADDRESS AVAILABLE UPON REQUEST

THREET, GAIL
ADDRESS AVAILABLE UPON REQUEST

THRELKELD, HALEY
ADDRESS AVAILABLE UPON REQUEST

THRELKELD, KERRYE
ADDRESS AVAILABLE UPON REQUEST

THRIVE MARKET
ADDRESS UNAVAILABLE AT TIME OF FILING

THRIVE MARKET, INC.
ATTN: LEGAL DEPARTMENT
4509 GLENCOE AVE.
MARINA DEL REY, CA  90293

THRIVE MARKET, INC.
C/O RUTAN & TUCKER LLP
ATTN: TONI AGAJANIAN
18575 JAMBOREE RD., SUITE 900
IRVINE, CA  92612

THRIVE MEDIA, INC.
31 RUEDES PEUPLIERS
SEPTEUIL  78790
FRANCE

THROCKMORTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

THROCKMORTON, HILLARY
ADDRESS AVAILABLE UPON REQUEST

THROGMORTON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

THROM, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

THRONDSEN, JOY
ADDRESS AVAILABLE UPON REQUEST

THRONEBERRY, AMBER
ADDRESS AVAILABLE UPON REQUEST

THRONEBERRY, MARIBETH
ADDRESS AVAILABLE UPON REQUEST

THRONER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

THROWER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THROWER, TERRI
ADDRESS AVAILABLE UPON REQUEST

THROW-SWANK, JENNA
ADDRESS AVAILABLE UPON REQUEST

THRUSH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

THRUSHR, RACHEL
ADDRESS AVAILABLE UPON REQUEST

THUECKS, RYAN
ADDRESS AVAILABLE UPON REQUEST

THUMLERT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

THUMM, CORINNE
ADDRESS AVAILABLE UPON REQUEST

THUNSTROM, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

THUO, WANGECHI
ADDRESS AVAILABLE UPON REQUEST

THURBER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

THURER, SELINA
ADDRESS AVAILABLE UPON REQUEST

THURINGER, AARON
ADDRESS AVAILABLE UPON REQUEST

THURMAN, ALI
ADDRESS AVAILABLE UPON REQUEST

THURMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THURMAN, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

THURMAN, GREG
ADDRESS AVAILABLE UPON REQUEST

THURMAN, ISABEL
ADDRESS AVAILABLE UPON REQUEST

THURMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THURMAN, REANNA
ADDRESS AVAILABLE UPON REQUEST

THURMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

THURMAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

THURMON, WADE
ADDRESS AVAILABLE UPON REQUEST

THURMOND, BRITTANIE
ADDRESS AVAILABLE UPON REQUEST

THURMOND, DEANNA
ADDRESS AVAILABLE UPON REQUEST

THURNBECK, LEVI
ADDRESS AVAILABLE UPON REQUEST

THURNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

THURNHERR, SHANNON
ADDRESS AVAILABLE UPON REQUEST

THURO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

THURSAM, EMILY
ADDRESS AVAILABLE UPON REQUEST

THURSBY, GEOFF
ADDRESS AVAILABLE UPON REQUEST

THURSTON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

THURSTON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

THURSTON, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

THURSTON, DAVID
ADDRESS AVAILABLE UPON REQUEST

THURSTON, IRENE
ADDRESS AVAILABLE UPON REQUEST

THURSTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

THURSTON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

THURTLE, KAMLA
ADDRESS AVAILABLE UPON REQUEST

THUT, KATHY
ADDRESS AVAILABLE UPON REQUEST

THWAITES, MICHELE
ADDRESS AVAILABLE UPON REQUEST

THWIN, AYE AYE
ADDRESS AVAILABLE UPON REQUEST

THYSENS, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

TIA STEWART
ADDRESS AVAILABLE UPON REQUEST

TIAMPO, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TIAMSIC, STACEY
ADDRESS AVAILABLE UPON REQUEST

TIAN, VICKY
ADDRESS AVAILABLE UPON REQUEST

TIANTIAN, TARA
ADDRESS AVAILABLE UPON REQUEST

TIARA AUSTIN
ADDRESS AVAILABLE UPON REQUEST

TIAUNA M SAUNDERS
ADDRESS AVAILABLE UPON REQUEST

TIBALDI, BRYAN
ADDRESS AVAILABLE UPON REQUEST

TIBBETS, DON
ADDRESS AVAILABLE UPON REQUEST

TIBBETTS, ERICA
ADDRESS AVAILABLE UPON REQUEST

TIBBETTS, EVAN
ADDRESS AVAILABLE UPON REQUEST

TIBBETTS, ISABEL
ADDRESS AVAILABLE UPON REQUEST

TIBBETTS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TIBBETTS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TIBBITS, CHERYL
ADDRESS AVAILABLE UPON REQUEST

TIBBITS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TIBBITS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

TIBBS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

TIBERI, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TIBERIO, DOMINIC
ADDRESS AVAILABLE UPON REQUEST

TIBERIO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TIBERT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TIBI, THONYROSE
ADDRESS AVAILABLE UPON REQUEST

TIBREWALA, SHASHANK
ADDRESS AVAILABLE UPON REQUEST

TICAR, MARTIN
ADDRESS AVAILABLE UPON REQUEST

TICE, AURORA
ADDRESS AVAILABLE UPON REQUEST

TICE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

TICE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TICE, ERIN
ADDRESS AVAILABLE UPON REQUEST

TICE, JOJO
ADDRESS AVAILABLE UPON REQUEST

TICE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TICE, SALLY
ADDRESS AVAILABLE UPON REQUEST

TICE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TICHANSKY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TICHAUN WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

TICHENOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TICHENOR, AMY
ADDRESS AVAILABLE UPON REQUEST

TICHININ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TICHNER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

TICKETMASTER
ADDRESS UNAVAILABLE AT TIME OF FILING

TICKNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TICKNOR, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

TIDD, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TIDD, SARA
ADDRESS AVAILABLE UPON REQUEST

TIDEN LEE
ADDRESS AVAILABLE UPON REQUEST

TIDRICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, AUDRA
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, JANELLE
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, KERI
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, MARK
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

TIDWELL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TIECHE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TIEDE, CRAIG
ADDRESS AVAILABLE UPON REQUEST

TIEDE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TIEDEMANN, KAREN
ADDRESS AVAILABLE UPON REQUEST

TIEDEMANN, TIM
ADDRESS AVAILABLE UPON REQUEST

TIEDT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

TIEDT, TRICIA
ADDRESS AVAILABLE UPON REQUEST

TIEKEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TIEMAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

TIEMANN, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

TIENG, KELLY
ADDRESS AVAILABLE UPON REQUEST

TIEPELMAN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TIERA KARNES
ADDRESS AVAILABLE UPON REQUEST

TIERK, GRACE
ADDRESS AVAILABLE UPON REQUEST

TIERNAN GOUGH
ADDRESS AVAILABLE UPON REQUEST

TIERNAN, AMY
ADDRESS AVAILABLE UPON REQUEST

TIERNAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TIERNAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, FR. JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, JOANNA
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, KATHY
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, MARK
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, MARY
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, SUE
ADDRESS AVAILABLE UPON REQUEST

TIERNEY, TREVOR
ADDRESS AVAILABLE UPON REQUEST

TIERRA NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

TIERRA, JULIA
ADDRESS AVAILABLE UPON REQUEST

TIERS, PAUL
ADDRESS AVAILABLE UPON REQUEST

TIESO, MADISON
ADDRESS AVAILABLE UPON REQUEST

TIETJEN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TIETJEN, BRETT
ADDRESS AVAILABLE UPON REQUEST

TIETJEN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TIETJEN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

TIEU, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TIEUVAN PHAN
ADDRESS AVAILABLE UPON REQUEST

TIFFANY BOUN
ADDRESS AVAILABLE UPON REQUEST

TIFFANY CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

TIFFANY GEBEL
ADDRESS AVAILABLE UPON REQUEST

TIFFANY HEVNER
ADDRESS AVAILABLE UPON REQUEST

TIFFANY MONIQUE YIZAR
ADDRESS AVAILABLE UPON REQUEST

TIFFANY SHEMANSKI
ADDRESS AVAILABLE UPON REQUEST

TIFFANY TASSET
ADDRESS AVAILABLE UPON REQUEST

TIFFANY, CHAR
ADDRESS AVAILABLE UPON REQUEST

TIFFANY, MARY CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TIFFANY, RYAN
ADDRESS AVAILABLE UPON REQUEST

TIFFANY, TERRI
ADDRESS AVAILABLE UPON REQUEST

TIFFIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TIFFORD, GAIL
ADDRESS AVAILABLE UPON REQUEST

TIFT, DENISE
ADDRESS AVAILABLE UPON REQUEST

TIFT, NESRIN
ADDRESS AVAILABLE UPON REQUEST

TIGBAO, KENDY
ADDRESS AVAILABLE UPON REQUEST

TIGELAAR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TIGER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

TIGER, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

TIGHE, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

TIGHE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TIGHE, MARY
ADDRESS AVAILABLE UPON REQUEST

TIGHE, MATT
ADDRESS AVAILABLE UPON REQUEST

TIGHE, ROSIE
ADDRESS AVAILABLE UPON REQUEST

TIGHT, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TIGNANELLI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TIGNER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TIGNER, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

TIGNOR, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TIGUE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TIKELLIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TIKI MERMAID
ADDRESS UNAVAILABLE AT TIME OF FILING

TIKKA, RAVEN
ADDRESS AVAILABLE UPON REQUEST

TILDEN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

TILGHMAN, TANYA
ADDRESS AVAILABLE UPON REQUEST

TILKER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

TILKIN, ABBY
ADDRESS AVAILABLE UPON REQUEST

TILL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TILLAPAUGH, KELLEY
ADDRESS AVAILABLE UPON REQUEST

TILLEMA, DAWN
ADDRESS AVAILABLE UPON REQUEST

TILLER, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

TILLER, KORAH
ADDRESS AVAILABLE UPON REQUEST

TILLER, RUANN
ADDRESS AVAILABLE UPON REQUEST

TILLERSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TILLERY, ADAM
ADDRESS AVAILABLE UPON REQUEST

TILLERY, KATIE
ADDRESS AVAILABLE UPON REQUEST

TILLERY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TILLETT, BOBBY
ADDRESS AVAILABLE UPON REQUEST

TILLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TILLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TILLEY, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

TILLEY, KENDIDA
ADDRESS AVAILABLE UPON REQUEST

TILLEY, TARA
ADDRESS AVAILABLE UPON REQUEST

TILLEY, TERESA
ADDRESS AVAILABLE UPON REQUEST

TILLIES CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

TILLISON, AMY
ADDRESS AVAILABLE UPON REQUEST

TILLISTRAND, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, CHEYANNE
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, FREDERIC
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, HALEY
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, INDIA
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, SANDRA
ADDRESS AVAILABLE UPON REQUEST

TILLMAN, TONI
ADDRESS AVAILABLE UPON REQUEST

TILLOTSON, CLAIR
ADDRESS AVAILABLE UPON REQUEST

TILLOTSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

TILLOTSON, REES
ADDRESS AVAILABLE UPON REQUEST

TILLSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TILLSON, TOM
ADDRESS AVAILABLE UPON REQUEST

TILMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TILMAN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

TILSON, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

TILSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

TILTON, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

TILY, PETER
ADDRESS AVAILABLE UPON REQUEST

TILY, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

TILYOU, MOLLY
ADDRESS AVAILABLE UPON REQUEST

TILZER, ANN
ADDRESS AVAILABLE UPON REQUEST

TILZER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TIM ANH LE
ADDRESS AVAILABLE UPON REQUEST

TIM GLOYD
ADDRESS AVAILABLE UPON REQUEST

TIM RHOENISCH
ADDRESS AVAILABLE UPON REQUEST

TIM RHOENISCH
ADDRESS AVAILABLE UPON REQUEST

TIM ROGERS, TIM
ADDRESS AVAILABLE UPON REQUEST

TIM SIMON
ADDRESS AVAILABLE UPON REQUEST

TIM STEMA
ADDRESS AVAILABLE UPON REQUEST

TIM WILBURN
ADDRESS AVAILABLE UPON REQUEST

TIMAEUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

TIMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TIMBANG, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

TIMBERLAKE, KHALIF
ADDRESS AVAILABLE UPON REQUEST

TIMBERLAKE, LUCAS
ADDRESS AVAILABLE UPON REQUEST

TIMBERMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

TIMBLO, PRIYANKA
ADDRESS AVAILABLE UPON REQUEST

TIMBROOK-WEART, KELLY
ADDRESS AVAILABLE UPON REQUEST

TIMBS, LEIGHANN
ADDRESS AVAILABLE UPON REQUEST

TIMBUK2
ADDRESS UNAVAILABLE AT TIME OF FILING

TIME WARNER CABLE (SPECTRUM
BUSINESS)
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074

TIMEKA BEARD, TIMEKA
ADDRESS AVAILABLE UPON REQUEST

TIMIRGALIEVA, OLGA
ADDRESS AVAILABLE UPON REQUEST

TIMKO, JOSH
ADDRESS AVAILABLE UPON REQUEST

TIMKO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TIMM, CARI
ADDRESS AVAILABLE UPON REQUEST

TIMM, COLTON
ADDRESS AVAILABLE UPON REQUEST

TIMM, KERRY
ADDRESS AVAILABLE UPON REQUEST

TIMM, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TIMM, SHANE
ADDRESS AVAILABLE UPON REQUEST

TIMM, TRISTINA
ADDRESS AVAILABLE UPON REQUEST

TIMME, LINDA
ADDRESS AVAILABLE UPON REQUEST

TIMMENEY, PAYTON
ADDRESS AVAILABLE UPON REQUEST

TIMMER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TIMMERMAN, BAILEY
ADDRESS AVAILABLE UPON REQUEST

TIMMERMAN, BRENNOR
ADDRESS AVAILABLE UPON REQUEST

TIMMERMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TIMMERMANN, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

TIMMINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TIMMINS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TIMMONS, AMBER
ADDRESS AVAILABLE UPON REQUEST

TIMMONS, CORRIE
ADDRESS AVAILABLE UPON REQUEST

TIMMONS, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

TIMMONS, ZEB
ADDRESS AVAILABLE UPON REQUEST

TIMNEY, KERIANN
ADDRESS AVAILABLE UPON REQUEST

TIMOCHENKO, LOUANN
ADDRESS AVAILABLE UPON REQUEST

TIMON, JILL
ADDRESS AVAILABLE UPON REQUEST

TIMONERE, LORALEI
ADDRESS AVAILABLE UPON REQUEST

TIMORIE WILKE
ADDRESS AVAILABLE UPON REQUEST

TIMOSHENKO, MARY
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY & TAMARA JOHNSON LIVING
TRUST
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY ABBOTT
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY ANSBERRY
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY CHARLES DICKENS
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY DAVID FEENEY
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY EYRING
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY GARVEY GANCER
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY H DAVIES
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY HALLIGAN
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY HUSTED
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY J SHELTON
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY JAMES MORGAN
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY JOHNSON LIVING TRUST
2620 PACIFIC AVE  B
VENICE, CA  90291

TIMOTHY K JOHNSON
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY KUO
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY LO
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY M PARIS
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY MANLEY
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY MORSA
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY ONEILL
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY PARK
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY REITERMAN
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY ROBINSON
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY THOMSON-HOHL
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY VICTOR ALLAN JONES
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY WAYNE BROWN
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY WILLIAM WARD
ADDRESS AVAILABLE UPON REQUEST

TIMOTHY, MARISSA
ADDRESS AVAILABLE UPON REQUEST

TIMPANI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TIMPE, ZACH
ADDRESS AVAILABLE UPON REQUEST

TIMPKO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TIMPSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TIMS, BETHANY-JO
ADDRESS AVAILABLE UPON REQUEST

TIMS, ERICA
ADDRESS AVAILABLE UPON REQUEST

TIMS, I DAWNIECE
ADDRESS AVAILABLE UPON REQUEST

TIMS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TIMS, TONY
ADDRESS AVAILABLE UPON REQUEST

TIMUR DIKEC
ADDRESS AVAILABLE UPON REQUEST

TIMUR SHAKIROV
ADDRESS AVAILABLE UPON REQUEST

TIMUR SHAKIROV
ADDRESS AVAILABLE UPON REQUEST

TIN ROOF BISTRO
ADDRESS UNAVAILABLE AT TIME OF FILING

TIN ROOF
ADDRESS UNAVAILABLE AT TIME OF FILING

TIN VAN NGUYEN
ADDRESS AVAILABLE UPON REQUEST

TIN, WAI
ADDRESS AVAILABLE UPON REQUEST

TINA COLLEEN MCQUISTON
ADDRESS AVAILABLE UPON REQUEST

TINA COLLETTA
ADDRESS AVAILABLE UPON REQUEST

TINA CONNAN
ADDRESS AVAILABLE UPON REQUEST

TINA DEMARIANO
ADDRESS AVAILABLE UPON REQUEST

TINA FEHIL
ADDRESS AVAILABLE UPON REQUEST

TINA HAUCK
ADDRESS AVAILABLE UPON REQUEST

TINA ICE
ADDRESS AVAILABLE UPON REQUEST

TINA JOHNSON
ADDRESS AVAILABLE UPON REQUEST

TINA MEDINA
2707 CAMULOS ST  9
SAN DIEGO, CA  92107

TINA ROWELL
ADDRESS AVAILABLE UPON REQUEST

TINA SIBLEY VANDERWARF
ADDRESS AVAILABLE UPON REQUEST

TINA TRAN
ADDRESS AVAILABLE UPON REQUEST

TINA VERDUN-ANTHONY
ADDRESS AVAILABLE UPON REQUEST

TINA WADE-HAIRSTON-HAIRSTON
ADDRESS AVAILABLE UPON REQUEST

TINA Y CHOI
ADDRESS AVAILABLE UPON REQUEST

TINA, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

TINAJERO, RAFAEL
ADDRESS AVAILABLE UPON REQUEST

TINARI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TINAY, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TINCH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TINCH, JOANNA
ADDRESS AVAILABLE UPON REQUEST

TINCHER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

TINCOO, TANNER
ADDRESS AVAILABLE UPON REQUEST

TINDALL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

TINDALL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TINDLE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TINELLI, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

TING, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TINGLE, DONNA
ADDRESS AVAILABLE UPON REQUEST

TINGSTAD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

TINITIGAN, TRISH
ADDRESS AVAILABLE UPON REQUEST

TINJACA, CHLOE
ADDRESS AVAILABLE UPON REQUEST

TINJUM, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

TINJUM, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TINKER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TINKHAM, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TINN, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

TINNEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TINNELLY, JOANN
ADDRESS AVAILABLE UPON REQUEST

TINNENY, DAN
ADDRESS AVAILABLE UPON REQUEST

TINNENY, JOELENE
ADDRESS AVAILABLE UPON REQUEST

TINNEY, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

TINNEY, TOM
ADDRESS AVAILABLE UPON REQUEST

TINNIN, APRIL
ADDRESS AVAILABLE UPON REQUEST

TINNISWOOD, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TINO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TINO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TINOCO VALENCIA, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

TINOVA, MARINA
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, BRUCE
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, KARIN
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, SASHA
ADDRESS AVAILABLE UPON REQUEST

TINSLEY, TERRY
ADDRESS AVAILABLE UPON REQUEST

TINSMAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

TINTES SCHIWAL, EMILY
ADDRESS AVAILABLE UPON REQUEST

TINTJER, MICAELA
ADDRESS AVAILABLE UPON REQUEST

TINTOCALIS, STACY
ADDRESS AVAILABLE UPON REQUEST

TINUS, AMALIE
ADDRESS AVAILABLE UPON REQUEST

TINY IMAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

TINYS AND THE BAR
ADDRESS UNAVAILABLE AT TIME OF FILING

TIP TOP PARTY RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

TIPICH, MATALIN
ADDRESS AVAILABLE UPON REQUEST

TIPPEE, DEB
ADDRESS AVAILABLE UPON REQUEST

TIPPER, BRAD
ADDRESS AVAILABLE UPON REQUEST

TIPPET, GINA
ADDRESS AVAILABLE UPON REQUEST

TIPPETT, CANDICE
ADDRESS AVAILABLE UPON REQUEST

TIPPETT, CANDICE
ADDRESS AVAILABLE UPON REQUEST

TIPPETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TIPPETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TIPPETT, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TIPPIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TIPPIN, JOANNE
ADDRESS AVAILABLE UPON REQUEST

TIPPIT, TONYA
ADDRESS AVAILABLE UPON REQUEST

TIPPS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TIPPS, JESS
ADDRESS AVAILABLE UPON REQUEST

TIPPS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TIPPY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TIPS, MARY
ADDRESS AVAILABLE UPON REQUEST

TIPSY SCOOP
ADDRESS UNAVAILABLE AT TIME OF FILING

TIPTON, AMY
ADDRESS AVAILABLE UPON REQUEST

TIPTON, BRANDY
ADDRESS AVAILABLE UPON REQUEST

TIPTON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TIPTON, DENA
ADDRESS AVAILABLE UPON REQUEST

TIPTON, EMIL
ADDRESS AVAILABLE UPON REQUEST

TIPTON, GRACE
ADDRESS AVAILABLE UPON REQUEST

TIPTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TIPTON, LESLI
ADDRESS AVAILABLE UPON REQUEST

TIPTON, MARY
ADDRESS AVAILABLE UPON REQUEST

TIPTON, TAKEISHA
ADDRESS AVAILABLE UPON REQUEST

TIPTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

TIRADO JR, JACK A.
ADDRESS AVAILABLE UPON REQUEST

TIRADO PAZOS, JORGE
ADDRESS AVAILABLE UPON REQUEST

TIRADO, YASMIN
ADDRESS AVAILABLE UPON REQUEST

TIRADOEGAS, MACY
ADDRESS AVAILABLE UPON REQUEST

TIRALOSI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TIRALOSI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TIREN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TIRLONI, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

TIRO, DAVID
ADDRESS AVAILABLE UPON REQUEST

TIRONE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TIRONE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TIROSH ESTATE LTD.
BRUCE FORLONG 3579 STATE HWY 63
BLENHEIM 7271
NEW ZEALAND

TISA, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

TISCARENO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TISCH, JAMES
ADDRESS AVAILABLE UPON REQUEST

TISCHAUSER, LANCE
ADDRESS AVAILABLE UPON REQUEST

TISCHER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TISCHLER, DAN
ADDRESS AVAILABLE UPON REQUEST

TISCHLER, NANCY
ADDRESS AVAILABLE UPON REQUEST

TISCHLER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TISDALE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TISDALE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TISDALE, BRETT
ADDRESS AVAILABLE UPON REQUEST

TISDALE, LISA
ADDRESS AVAILABLE UPON REQUEST

TISDALE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TISDEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

TISDEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TISHEY, TEGAN
ADDRESS AVAILABLE UPON REQUEST

TISHMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

TISHMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

TISINGER, JANET
ADDRESS AVAILABLE UPON REQUEST

TISINGER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TISLJAR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TISON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TISONE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TISOT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TISSANDIER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TISSER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TISSEVERASINGHE, ARJUN
ADDRESS AVAILABLE UPON REQUEST

TISSOT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TISZAI, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TITH, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

TITINGER, GABBY
ADDRESS AVAILABLE UPON REQUEST

TITLER, RENEE
ADDRESS AVAILABLE UPON REQUEST

TITMAN, BETHANY
ADDRESS AVAILABLE UPON REQUEST

TITOR, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

TITTLE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TITTLE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TITUS RODRIGUEZ
ADDRESS AVAILABLE UPON REQUEST

TITUS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TITUS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TITUS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

TITUS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TITUS, CALVIN
ADDRESS AVAILABLE UPON REQUEST

TITUS, DARA
ADDRESS AVAILABLE UPON REQUEST

TITUS, DARA
ADDRESS AVAILABLE UPON REQUEST

TITUS, HALEY
ADDRESS AVAILABLE UPON REQUEST

TITUS, JULIE
ADDRESS AVAILABLE UPON REQUEST

TITUS, KATE
ADDRESS AVAILABLE UPON REQUEST

TITUS, KATHY
ADDRESS AVAILABLE UPON REQUEST

TITUS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

TIU, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TIURNIKOVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

TIVENAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TIVOLI, MARIEL
ADDRESS AVAILABLE UPON REQUEST

TIWARI, BHAWESH
ADDRESS AVAILABLE UPON REQUEST

TIWARI, SAMEER
ADDRESS AVAILABLE UPON REQUEST

TIWARI, TANYA
ADDRESS AVAILABLE UPON REQUEST

TIZEDES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TJ MAX
ADDRESS UNAVAILABLE AT TIME OF FILING

TJADEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TJARDS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TJEPKES, INESE
ADDRESS AVAILABLE UPON REQUEST

TJOE, GLORIA
ADDRESS AVAILABLE UPON REQUEST

TJUGUM, AARIKA
ADDRESS AVAILABLE UPON REQUEST

TKACH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TKACHEV, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

TKACHYK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TKATCH, SHANNEN
ADDRESS AVAILABLE UPON REQUEST

TLATELPA, DIANA
ADDRESS AVAILABLE UPON REQUEST

TMG MULTIPLEX
ADDRESS UNAVAILABLE AT TIME OF FILING

TMMER, JENN
ADDRESS AVAILABLE UPON REQUEST

T-MOBILE
ADDRESS UNAVAILABLE AT TIME OF FILING

TN DEPT OF REVENUE
500 DEADERICK ST
NASHVILLE, TN  37242

TNT USA INC
68 SOUTH SERVICE ROAD, SUITE 340
MELVILLE, NY  11747

TO, EVAN
ADDRESS AVAILABLE UPON REQUEST

TO, KENNETH
ADDRESS AVAILABLE UPON REQUEST

TOADER, LIVIU
ADDRESS AVAILABLE UPON REQUEST

TOALE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TOAN KIM HOANG
ADDRESS AVAILABLE UPON REQUEST

TOBACCOWALA, ROHINI
ADDRESS AVAILABLE UPON REQUEST

TOBAR, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TOBE, DEBRA
ADDRESS AVAILABLE UPON REQUEST

TOBER, LACEY
ADDRESS AVAILABLE UPON REQUEST

TOBEY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TOBEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TOBEY, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

TOBEY, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

TOBIA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TOBIAS BERENS
ADDRESS AVAILABLE UPON REQUEST

TOBIAS WELO
ADDRESS AVAILABLE UPON REQUEST

TOBIAS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TOBIAS, JANELLE
ADDRESS AVAILABLE UPON REQUEST

TOBIAS, KIRSTYN
ADDRESS AVAILABLE UPON REQUEST

TOBIAS, NINA
ADDRESS AVAILABLE UPON REQUEST

TOBIASON, CALLIE
ADDRESS AVAILABLE UPON REQUEST

TOBIE, ANNA MARIE
ADDRESS AVAILABLE UPON REQUEST

TOBIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TOBIN, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

TOBIN, CAITRIONA
ADDRESS AVAILABLE UPON REQUEST

TOBIN, CULLIN
ADDRESS AVAILABLE UPON REQUEST

TOBIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TOBIN, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TOBIN, JASON
ADDRESS AVAILABLE UPON REQUEST

TOBIN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

TOBIN, KIM
ADDRESS AVAILABLE UPON REQUEST

TOBIN, RORIC
ADDRESS AVAILABLE UPON REQUEST

TOBIN, ROYA
ADDRESS AVAILABLE UPON REQUEST

TOBIN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TOBISKA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOBITT, ALLYSSA
ADDRESS AVAILABLE UPON REQUEST

TOBLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOBON, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TOBON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TOBON, LUZ
ADDRESS AVAILABLE UPON REQUEST

TOBY MEUSBURGER
ADDRESS AVAILABLE UPON REQUEST

TOBY WREN
ADDRESS AVAILABLE UPON REQUEST

TOBY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOCATLIAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

TOCAYA ORGANICA, LLC
1201 W 5TH STREET SUITE T-400
LOS ANGELES, CA  90017

TOCCHIO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TOCCI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TOCCI, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOCH, LEO
ADDRESS AVAILABLE UPON REQUEST

TOCHELLI, MAURA
ADDRESS AVAILABLE UPON REQUEST

TOCXO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

TOCZYLOWSKI, HANK
ADDRESS AVAILABLE UPON REQUEST

TOD, SUSIE
ADDRESS AVAILABLE UPON REQUEST

TODD ALAN SCHIRMER
ADDRESS AVAILABLE UPON REQUEST

TODD EDWARD STUBBLEFIELD
ADDRESS AVAILABLE UPON REQUEST

TODD EMERSON
ADDRESS AVAILABLE UPON REQUEST

TODD FERNANDEZ & ASSOCIATES
(REBARREL)
900 ACACIA LANE
SANTA ROSA, CA  95409

TODD FOLKMAN
ADDRESS AVAILABLE UPON REQUEST

TODD GILLIS
ADDRESS AVAILABLE UPON REQUEST

TODD HIGGINS
ADDRESS AVAILABLE UPON REQUEST

TODD HRICKO
ADDRESS AVAILABLE UPON REQUEST

TODD JOLLY
ADDRESS AVAILABLE UPON REQUEST

TODD KENT AINSWORTH
ADDRESS AVAILABLE UPON REQUEST

TODD LARUE FULCHER
ADDRESS AVAILABLE UPON REQUEST

TODD OMOHUNDRO
ADDRESS AVAILABLE UPON REQUEST

TODD S GREENBERG
ADDRESS AVAILABLE UPON REQUEST

TODD S SMITH
ADDRESS AVAILABLE UPON REQUEST

TODD SKETCHLEY
ADDRESS AVAILABLE UPON REQUEST

TODD, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TODD, ALISON
ADDRESS AVAILABLE UPON REQUEST

TODD, ALISON
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| TODD, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST | TODD, ANN<br>ADDRESS AVAILABLE UPON REQUEST | TODD, ANTHONY<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | TODD, BETH<br>ADDRESS AVAILABLE UPON REQUEST | TODD, CHERYL<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, DAVID<br>ADDRESS AVAILABLE UPON REQUEST | TODD, DIANE<br>ADDRESS AVAILABLE UPON REQUEST | TODD, ELISA<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | TODD, HAYLEY<br>ADDRESS AVAILABLE UPON REQUEST | TODD, HOLLY<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, JANE<br>ADDRESS AVAILABLE UPON REQUEST | TODD, JARED<br>ADDRESS AVAILABLE UPON REQUEST | TODD, JEFF<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST | TODD, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | TODD, JULIA<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, JULIAN<br>ADDRESS AVAILABLE UPON REQUEST | TODD, KAREN<br>ADDRESS AVAILABLE UPON REQUEST | TODD, KATHERINE<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, LAUREN<br>ADDRESS AVAILABLE UPON REQUEST | TODD, MICHAELA<br>ADDRESS AVAILABLE UPON REQUEST | TODD, NATASHA<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST | TODD, RACHEL<br>ADDRESS AVAILABLE UPON REQUEST | TODD, RACHEL<br>ADDRESS AVAILABLE UPON REQUEST |
| TODD, ROBIN<br>ADDRESS AVAILABLE UPON REQUEST | TODD, SAMUEL<br>ADDRESS AVAILABLE UPON REQUEST | TODD, SHELLY<br>ADDRESS AVAILABLE UPON REQUEST |

TODD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TODELA, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

TODERIC, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TODISCO, LISA
ADDRESS AVAILABLE UPON REQUEST

TODOROVIC, ANDRIANA
ADDRESS AVAILABLE UPON REQUEST

TODRYK, KATHY
ADDRESS AVAILABLE UPON REQUEST

TODRYK, MIKE
ADDRESS AVAILABLE UPON REQUEST

TODT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TODTMAN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TOEBES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TOELLNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TOENNIES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TOENNIS, FALON
ADDRESS AVAILABLE UPON REQUEST

TOEVS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TOEWS, EMILY
ADDRESS AVAILABLE UPON REQUEST

TOEWS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TOEWS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TOEWS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TOFANELLI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TOFANI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TOFANI, EMILY
ADDRESS AVAILABLE UPON REQUEST

TOFANI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

TOFT, KATHERIN
ADDRESS AVAILABLE UPON REQUEST

TOFT, KATI
ADDRESS AVAILABLE UPON REQUEST

TOFTE, KAREN LOVELACE JAMES
ADDRESS AVAILABLE UPON REQUEST

TOGASHI, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

TOGBA-DOYA, CALANDRA
ADDRESS AVAILABLE UPON REQUEST

TOGNETTI, JENNY
ADDRESS AVAILABLE UPON REQUEST

TOGNOLI, FREDERICK
ADDRESS AVAILABLE UPON REQUEST

TOGOS
ADDRESS UNAVAILABLE AT TIME OF FILING

TOHAR, LYNDA
ADDRESS AVAILABLE UPON REQUEST

TOHIR, EMILY
ADDRESS AVAILABLE UPON REQUEST

TOHO, NARUMI
ADDRESS AVAILABLE UPON REQUEST

TOICH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TOILLION, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TOIMIL, RYAN
ADDRESS AVAILABLE UPON REQUEST

TOJO, JENNA
ADDRESS AVAILABLE UPON REQUEST

TOKARCZYK, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TOKAREVA, SVETLANA
ADDRESS AVAILABLE UPON REQUEST

TOKARSKI, ALI
ADDRESS AVAILABLE UPON REQUEST

TOKARSKI, ALLAN
ADDRESS AVAILABLE UPON REQUEST

TOKARSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOKARSKI, FRANK
ADDRESS AVAILABLE UPON REQUEST

TOKARSKI, MINDY
ADDRESS AVAILABLE UPON REQUEST

TOKARSKY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TOKARZ, JOAN
ADDRESS AVAILABLE UPON REQUEST

TOKARZ, TONI
ADDRESS AVAILABLE UPON REQUEST

TOKE, LEENA
ADDRESS AVAILABLE UPON REQUEST

TOKHI- FLICKINGER, SHAHEEN
ADDRESS AVAILABLE UPON REQUEST

TOKHI, MARVA
ADDRESS AVAILABLE UPON REQUEST

TOKIC, MELISSE
ADDRESS AVAILABLE UPON REQUEST

TOKISHI, TARRAH
ADDRESS AVAILABLE UPON REQUEST

TOLAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TOLAND, RYANNE
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, CARLY
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, JR
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, LINNEA
ADDRESS AVAILABLE UPON REQUEST

TOLBERT, NADIA
ADDRESS AVAILABLE UPON REQUEST

TOLCHIN, JULIA
ADDRESS AVAILABLE UPON REQUEST

TOLDT, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, DEBRAJO
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, MAGDY
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TOLEDO, SILVIA
ADDRESS AVAILABLE UPON REQUEST

TOLEDO-TOVAR, ABRAHAM
ADDRESS AVAILABLE UPON REQUEST

TOLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOLER, KYLE
ADDRESS AVAILABLE UPON REQUEST

TOLER, MARCI
ADDRESS AVAILABLE UPON REQUEST

TOLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TOLES JR, JESSIE
ADDRESS AVAILABLE UPON REQUEST

TOLES, VINCENT
ADDRESS AVAILABLE UPON REQUEST

TOLIAS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TOLIN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

TOLIOS, VALEREE
ADDRESS AVAILABLE UPON REQUEST

TOLIUSZIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TOLIVER, SHARON
ADDRESS AVAILABLE UPON REQUEST

TOLKACH, RUSLANA
ADDRESS AVAILABLE UPON REQUEST

TOLKSDORF, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

TOLL, MAL
ADDRESS AVAILABLE UPON REQUEST

TOLLE, SHERON
ADDRESS AVAILABLE UPON REQUEST

TOLLEFSON, GREG
ADDRESS AVAILABLE UPON REQUEST

TOLLEFSON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

TOLLERSON, IRINA
ADDRESS AVAILABLE UPON REQUEST

TOLLES, AMBER
ADDRESS AVAILABLE UPON REQUEST

TOLLESON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TOLLETT, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TOLLEY, GARRETT
ADDRESS AVAILABLE UPON REQUEST

TOLLIFSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, KIAH
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, MORIAH
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, PEARL
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, SHARON
ADDRESS AVAILABLE UPON REQUEST

TOLLIVER, TAISHA
ADDRESS AVAILABLE UPON REQUEST

TOLLS, JENNA
ADDRESS AVAILABLE UPON REQUEST

TOLLY, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

TOLLY, TRISHA
ADDRESS AVAILABLE UPON REQUEST

TOLMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TOLMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOLMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOLMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOLOKONSKY, LINDA
ADDRESS AVAILABLE UPON REQUEST

TOLOMEO, TILIA
ADDRESS AVAILABLE UPON REQUEST

TOLSDORF, WESLEY
ADDRESS AVAILABLE UPON REQUEST

TOLSMA, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TOLSMA, SUE
ADDRESS AVAILABLE UPON REQUEST

TOLSTOY, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

TOLSTUNOV, STANISLAV
ADDRESS AVAILABLE UPON REQUEST

TOLVSTAD, LYNNE
ADDRESS AVAILABLE UPON REQUEST

TOM KOEHLER
ADDRESS AVAILABLE UPON REQUEST

TOM, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOM, CALEB
ADDRESS AVAILABLE UPON REQUEST

TOM, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TOM, ELENA
ADDRESS AVAILABLE UPON REQUEST

TOM, HAILEY
ADDRESS AVAILABLE UPON REQUEST

TOM, LENA
ADDRESS AVAILABLE UPON REQUEST

TOM, LISA
ADDRESS AVAILABLE UPON REQUEST

TOM, WHITTNEY
ADDRESS AVAILABLE UPON REQUEST

TOMA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TOMAINO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TOMAINO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TOMAK, MARY
ADDRESS AVAILABLE UPON REQUEST

TOMALONIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

TOMALONIS, GINNA
ADDRESS AVAILABLE UPON REQUEST

TOMAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TOMANOVICH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

TOMANOVICH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TOMAR, PRADEEP
ADDRESS AVAILABLE UPON REQUEST

TOMAR, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

TOMAR, SHILPI
ADDRESS AVAILABLE UPON REQUEST

TOMASCH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TOMASCHESKI, DAN
ADDRESS AVAILABLE UPON REQUEST

TOMASCHKO, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOMASDOTTIR, TINNA
ADDRESS AVAILABLE UPON REQUEST

TOMASEK, EDWARD
ADDRESS AVAILABLE UPON REQUEST

TOMASEK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TOMASELLO, JIM AND MARILYN
ADDRESS AVAILABLE UPON REQUEST

TOMASELLO, JULIA
ADDRESS AVAILABLE UPON REQUEST

TOMASHCHUK, VIKTORIIA
ADDRESS AVAILABLE UPON REQUEST

TOMASIC, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TOMASINI, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

TOMASINI, ELSA
ADDRESS AVAILABLE UPON REQUEST

TOMASINO, SANDY
ADDRESS AVAILABLE UPON REQUEST

TOMASKO, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TOMASSI, NANCY
ADDRESS AVAILABLE UPON REQUEST

TOMASSINI, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

TOMASSINI, JASON
ADDRESS AVAILABLE UPON REQUEST

TOMASULO, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

TOMASZEK, JIM
ADDRESS AVAILABLE UPON REQUEST

TOMASZEK, JIM
ADDRESS AVAILABLE UPON REQUEST

TOMASZEWSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOMASZEWSKI, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TOMASZEWSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TOMASZEWSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TOMB, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TOMBERG, RYAN
ADDRESS AVAILABLE UPON REQUEST

TOMBLEY, DAWN
ADDRESS AVAILABLE UPON REQUEST

TOMBLIN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

TOMBS, JULIE
ADDRESS AVAILABLE UPON REQUEST

TOMCZAK, KELLY
ADDRESS AVAILABLE UPON REQUEST

TOMCZAK, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOMEO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TOMEO, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

TOMER, HAGAR
ADDRESS AVAILABLE UPON REQUEST

TOMER, SYDNEY N.
ADDRESS AVAILABLE UPON REQUEST

TOMES, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TOMESKI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

TOMIC, ANDREW
ADDRESS AVAILABLE UPON REQUEST

TOMICH-DUFRENE, NICOLEDAVE
ADDRESS AVAILABLE UPON REQUEST

TOMINAGA, THERESA
ADDRESS AVAILABLE UPON REQUEST

TOMISLAV BAKSA
ADDRESS AVAILABLE UPON REQUEST

TOMITSA, ALIONA
ADDRESS AVAILABLE UPON REQUEST

TOMIZAWA, KINUKO
ADDRESS AVAILABLE UPON REQUEST

TOMJACK, MARY
ADDRESS AVAILABLE UPON REQUEST

TOMKINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOMKINS, TRISHA
ADDRESS AVAILABLE UPON REQUEST

TOMKO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TOMKOVICZ, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TOMLIN, CAYCE
ADDRESS AVAILABLE UPON REQUEST

TOMLIN, SUE
ADDRESS AVAILABLE UPON REQUEST

TOMLIN, TRACY
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, DEVI
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TOMLINSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TOMMASINI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TOMMASINI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TOMMASINO, LISA
ADDRESS AVAILABLE UPON REQUEST

TOMMELL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

TOMMEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

TOMMY VIOLANTE
ADDRESS AVAILABLE UPON REQUEST

TOMOKO SCHMIDT
ADDRESS AVAILABLE UPON REQUEST

TOMOSOVICH, CHAD
ADDRESS AVAILABLE UPON REQUEST

TOMP, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, BRUCE
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, DAN
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, DESTIN
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, JODI
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, MATT
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, RENEE
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, STEVE
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS, TASHA
ADDRESS AVAILABLE UPON REQUEST

TOMPKINS-SOLAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TOMS MORGAN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TOMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOMSETH, CASSIE
ADDRESS AVAILABLE UPON REQUEST

TOMSHA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

TOMSHECK, SATYN
ADDRESS AVAILABLE UPON REQUEST

TOMSICK, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOMSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TOMTEN, KATIE
ADDRESS AVAILABLE UPON REQUEST

TON, COLBY
ADDRESS AVAILABLE UPON REQUEST

TON, JENNY
ADDRESS AVAILABLE UPON REQUEST

TONDA, FARIDA
ADDRESS AVAILABLE UPON REQUEST

TONDI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

TONDI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

TONDREAU C/O SWEENY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TONDREAU, MARY
ADDRESS AVAILABLE UPON REQUEST

TONE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TONE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TONE-BIENER, TONYA
ADDRESS AVAILABLE UPON REQUEST

TONER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

TONER, JULIE
ADDRESS AVAILABLE UPON REQUEST

TONER, MAURA
ADDRESS AVAILABLE UPON REQUEST

TONEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TONEY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TONEY, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

TONEY, DAVID
ADDRESS AVAILABLE UPON REQUEST

TONEY, JOYLETTE
ADDRESS AVAILABLE UPON REQUEST

TONEY, JULIA
ADDRESS AVAILABLE UPON REQUEST

TONEY, LAUREL
ADDRESS AVAILABLE UPON REQUEST

TONEY, LOLITA
ADDRESS AVAILABLE UPON REQUEST

TONEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TONG LI
ADDRESS AVAILABLE UPON REQUEST

TONG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TONG, NAROU
ADDRESS AVAILABLE UPON REQUEST

TONG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TONG, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TONG, WAIKEI
ADDRESS AVAILABLE UPON REQUEST

TONG, YI
ADDRESS AVAILABLE UPON REQUEST

TONGCO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TONGE, NORA
ADDRESS AVAILABLE UPON REQUEST

TONGE, TAMI
ADDRESS AVAILABLE UPON REQUEST

TONI NUNEZ
ADDRESS AVAILABLE UPON REQUEST

TONIE SECOR
ADDRESS AVAILABLE UPON REQUEST

TONINI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TONINI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TONKIN, MARLA
ADDRESS AVAILABLE UPON REQUEST

TONNE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

TONNELLERIE BEL AIR
42 ROUTE DE CREON
CENAC  33360
FRANCE

TONNELLERIE RADOUX USA, INC.
(TONNELLERIE RADOUX USA)
480 AVIATION BLVD
SANTA ROSA, CA  95403

TONNELLERIE REMOND
ADDRESS AVAILABLE UPON REQUEST

TONNELLERIE ROUSSEAU
ADDRESS AVAILABLE UPON REQUEST

TONNELLERIES BOURGOGNE
ADDRESS AVAILABLE UPON REQUEST

TONNESON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

TONORE, BAILEY
ADDRESS AVAILABLE UPON REQUEST

TON-THAT, BAO
ADDRESS AVAILABLE UPON REQUEST

TONX COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

TONY COTTEN
ADDRESS AVAILABLE UPON REQUEST

TONY DEBLAUWE
ADDRESS AVAILABLE UPON REQUEST

TONY J CASTELLUCCI
ADDRESS AVAILABLE UPON REQUEST

TONY NAVAS
BEACH CITIES MOVING & DELIVERY
409 N PACIFIC COAST HWY 168
REDONDO BEACH, CA 90277

TONY PHILIP
ADDRESS AVAILABLE UPON REQUEST

TONY THANH NGUYEN
ADDRESS AVAILABLE UPON REQUEST

TONY TUR, LAURA TUR
ADDRESS AVAILABLE UPON REQUEST

TONY, ANJU
ADDRESS AVAILABLE UPON REQUEST

TONY, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TONYA RAINS-LOVE
ADDRESS AVAILABLE UPON REQUEST

TONYS VALLEY EXPRESS, LLC
PO BOX 10133
AMERICAN CANYON, CA 94503

TOOHEY, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

TOOHEY, MIMI
ADDRESS AVAILABLE UPON REQUEST

TOOHIG, LISA
ADDRESS AVAILABLE UPON REQUEST

TOOHILL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TOOKER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

TOOKER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

TOOKEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TOOKMANIAN, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TOOLAN, KIRBY
ADDRESS AVAILABLE UPON REQUEST

TOOLBOX WINE COMPANY
ADDRESS UNAVAILABLE AT TIME OF FILING

TOOLE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

TOOLE, JIM
ADDRESS AVAILABLE UPON REQUEST

TOOLE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TOOLE, PAM
ADDRESS AVAILABLE UPON REQUEST

TOOLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TOOLEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TOOLIN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOOMAJIAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TOOMAN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

TOOMANEECHINDA, SMILE
ADDRESS AVAILABLE UPON REQUEST

TOOMBS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

TOOMBS, AYNSLEY
ADDRESS AVAILABLE UPON REQUEST

TOOMBS, LAMBERT
ADDRESS AVAILABLE UPON REQUEST

TOOMBS, W
ADDRESS AVAILABLE UPON REQUEST

TOOMER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOOMER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TOOMER, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

TOOMEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOOMEY, LINDA
ADDRESS AVAILABLE UPON REQUEST

TOOMEY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TOON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TOP HAT VENTURES
18 SOUTH VENICE BLVD, SUITE C
VENICE, CA  90291

TOP IT OFF BOTTLING, LLC
2747 NAPA VALLEY CORPORATE DR
NAPA, CA  94558

TOP NOTCH CORPORATE EVENT
MANAGEMENT
3010 AVENIDA
IMPERIAL SAN CLEMENTE, CA  92673

TOPACIO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TOPAL, JESSE
ADDRESS AVAILABLE UPON REQUEST

TOPAL, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOPALIAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TOPCZEWSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TOPJIAN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

TOPKA, JULIE
ADDRESS AVAILABLE UPON REQUEST

TOPKINS, KERI
ADDRESS AVAILABLE UPON REQUEST

TOPOLSKI, JOSH
ADDRESS AVAILABLE UPON REQUEST

TOPOLSKI, SOFIA
ADDRESS AVAILABLE UPON REQUEST

TOPOR, DREW
ADDRESS AVAILABLE UPON REQUEST

TOPOREK, STACI
ADDRESS AVAILABLE UPON REQUEST

TOPP, LINDA
ADDRESS AVAILABLE UPON REQUEST

TOPPAN MERRILL USA INC.
747 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017

TOPPER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TOPPIN, STEVE
ADDRESS AVAILABLE UPON REQUEST

TOPPING, LYNTOYA
ADDRESS AVAILABLE UPON REQUEST

TOPPING, MERRIJEAN
ADDRESS AVAILABLE UPON REQUEST

TOPPING, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TOPPINO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TOPPS, DIONNA
ADDRESS AVAILABLE UPON REQUEST

TOPPS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TOPPS, MELVIN
ADDRESS AVAILABLE UPON REQUEST

TOPSCHER, BRYAN
ADDRESS AVAILABLE UPON REQUEST

TOPTAL, LLC
2810 N. CHURCH ST. 36879
WILMINGTON, DE 19802-4447

TOQUINTO, CANDICE
ADDRESS AVAILABLE UPON REQUEST

TOR, NEKABARI
ADDRESS AVAILABLE UPON REQUEST

TORABPOUR, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

TORAIN, KARLA
ADDRESS AVAILABLE UPON REQUEST

TORAIN-VENEY, RJ
ADDRESS AVAILABLE UPON REQUEST

TORALBA, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

TORAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TORBAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TORBECK, BECKY
ADDRESS AVAILABLE UPON REQUEST

TORBICA, JANA
ADDRESS AVAILABLE UPON REQUEST

TORCELLINI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TORCHE, HELEN
ADDRESS AVAILABLE UPON REQUEST

TORCHE, JEN
ADDRESS AVAILABLE UPON REQUEST

TORCHIANA, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

TORCINO, JOY
ADDRESS AVAILABLE UPON REQUEST

TORCIVIA, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

TOREN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

TORENLI, UNAL
ADDRESS AVAILABLE UPON REQUEST

TORETTIS FAMILY VINEYARD
ADDRESS UNAVAILABLE AT TIME OF FILING

TOREY HERBERT CO
5217 N MAYHEW RD
SPOKANE VALLEY, WA 99216

TORGAL, CAGIE
ADDRESS AVAILABLE UPON REQUEST

TORGERSON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TORGERSON, LORI
ADDRESS AVAILABLE UPON REQUEST

TORGERSON, RENAY
ADDRESS AVAILABLE UPON REQUEST

TORGERSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

TORGESEN, ANN
ADDRESS AVAILABLE UPON REQUEST

TORGRIMSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

TORI NEAL
ADDRESS AVAILABLE UPON REQUEST

TORILLI, SARAH
ADDRESS AVAILABLE UPON REQUEST

TORINO LTD
ADDRESS AVAILABLE UPON REQUEST

TORINO, MARIA
ADDRESS AVAILABLE UPON REQUEST

TORKELSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

TORLUCCI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TORMES, DEREK
ADDRESS AVAILABLE UPON REQUEST

TORMEY, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TORMOHLEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

TORNESE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TORNEY, PAGE
ADDRESS AVAILABLE UPON REQUEST

TORNINCASA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TORNQUIST, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TORNTORE, MATT
ADDRESS AVAILABLE UPON REQUEST

TORO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TORO, NACHO
ADDRESS AVAILABLE UPON REQUEST

TORO, NICKI
ADDRESS AVAILABLE UPON REQUEST

TORO, SARA
ADDRESS AVAILABLE UPON REQUEST

TOROITICH, JACKSON
ADDRESS AVAILABLE UPON REQUEST

TOROK, KATE
ADDRESS AVAILABLE UPON REQUEST

TOROLA, JANICE TOROLA
ADDRESS AVAILABLE UPON REQUEST

TORO-ROSA, GABBY
ADDRESS AVAILABLE UPON REQUEST

TOROSSIAN, ARSHAK
ADDRESS AVAILABLE UPON REQUEST

TORP, TYRIQUE
ADDRESS AVAILABLE UPON REQUEST

TORPIN, GINA
ADDRESS AVAILABLE UPON REQUEST

TORR, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TORRABA, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

TORRACO, NIC
ADDRESS AVAILABLE UPON REQUEST

TORRADO, RENATA
ADDRESS AVAILABLE UPON REQUEST

TORRALES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TORRALVA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TORRANCE PAIGE
ADDRESS AVAILABLE UPON REQUEST

TORRANCE, TRENEA
ADDRESS AVAILABLE UPON REQUEST

TORRE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TORREANCE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TORRECILLA, TAMALYN
ADDRESS AVAILABLE UPON REQUEST

TORREGROSSA, LISA
ADDRESS AVAILABLE UPON REQUEST

TORREJON, MONICA
ADDRESS AVAILABLE UPON REQUEST

TORRELLI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TORRENCE, COSHANDA
ADDRESS AVAILABLE UPON REQUEST

TORRENCE, LEE
ADDRESS AVAILABLE UPON REQUEST

TORRENCE, LEE
ADDRESS AVAILABLE UPON REQUEST

TORRENCE, TARIN
ADDRESS AVAILABLE UPON REQUEST

TORRENCE, TIM
ADDRESS AVAILABLE UPON REQUEST

TORRENTO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TORRES BAATZ, YVONNE
ADDRESS AVAILABLE UPON REQUEST

TORRES CORDERO, GISELLE MARIE
ADDRESS AVAILABLE UPON REQUEST

TORRES CORRALES, ALMA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ALBERTA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ALLANNISSE
ADDRESS AVAILABLE UPON REQUEST

TORRES, ALMA
ADDRESS AVAILABLE UPON REQUEST

TORRES, AMBER
ADDRESS AVAILABLE UPON REQUEST

TORRES, ANA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ARIEL
ADDRESS AVAILABLE UPON REQUEST

TORRES, BETSY
ADDRESS AVAILABLE UPON REQUEST

TORRES, BLAS
ADDRESS AVAILABLE UPON REQUEST

TORRES, CAROL
ADDRESS AVAILABLE UPON REQUEST

TORRES, CESAR
ADDRESS AVAILABLE UPON REQUEST

TORRES, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TORRES, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

TORRES, CLINT
ADDRESS AVAILABLE UPON REQUEST

TORRES, CODY
ADDRESS AVAILABLE UPON REQUEST

TORRES, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TORRES, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TORRES, DAVID
ADDRESS AVAILABLE UPON REQUEST

TORRES, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TORRES, DEBRA
ADDRESS AVAILABLE UPON REQUEST

TORRES, DERIC
ADDRESS AVAILABLE UPON REQUEST

TORRES, DOLORES
ADDRESS AVAILABLE UPON REQUEST

TORRES, EDMUNDO
ADDRESS AVAILABLE UPON REQUEST

TORRES, ELVIRA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

TORRES, FE
ADDRESS AVAILABLE UPON REQUEST

TORRES, FLAVIA
ADDRESS AVAILABLE UPON REQUEST

TORRES, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

TORRES, GLORYLEE
ADDRESS AVAILABLE UPON REQUEST

TORRES, HAYDEE
ADDRESS AVAILABLE UPON REQUEST

TORRES, HECTOR
ADDRESS AVAILABLE UPON REQUEST

TORRES, HORTENCIA
ADDRESS AVAILABLE UPON REQUEST

TORRES, HUGO
ADDRESS AVAILABLE UPON REQUEST

TORRES, JAHIRA
ADDRESS AVAILABLE UPON REQUEST

TORRES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TORRES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TORRES, JESUS
ADDRESS AVAILABLE UPON REQUEST

TORRES, JUAN
ADDRESS AVAILABLE UPON REQUEST

TORRES, JULIO
ADDRESS AVAILABLE UPON REQUEST

TORRES, KARLA
ADDRESS AVAILABLE UPON REQUEST

TORRES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TORRES, KEYKO
ADDRESS AVAILABLE UPON REQUEST

TORRES, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TORRES, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TORRES, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TORRES, LAURA
ADDRESS AVAILABLE UPON REQUEST

TORRES, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TORRES, LIZ
ADDRESS AVAILABLE UPON REQUEST

TORRES, LORENA
ADDRESS AVAILABLE UPON REQUEST

TORRES, LUCIANA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARIA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARILYN
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARIO
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARITZA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARITZA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MARY
ADDRESS AVAILABLE UPON REQUEST

TORRES, MAYRA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MEDAYA
ADDRESS AVAILABLE UPON REQUEST

TORRES, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TORRES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TORRES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TORRES, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

TORRES, NAIBELYS
ADDRESS AVAILABLE UPON REQUEST

TORRES, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TORRES, NORA
ADDRESS AVAILABLE UPON REQUEST

TORRES, OCTAVIO
ADDRESS AVAILABLE UPON REQUEST

TORRES, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TORRES, PATRICIA L.
ADDRESS AVAILABLE UPON REQUEST

TORRES, REBECA
ADDRESS AVAILABLE UPON REQUEST

TORRES, REGINA
ADDRESS AVAILABLE UPON REQUEST

TORRES, ROSANNA
ADDRESS AVAILABLE UPON REQUEST

TORRES, RUBEN
ADDRESS AVAILABLE UPON REQUEST

TORRES, SANDY
ADDRESS AVAILABLE UPON REQUEST

TORRES, SARA
ADDRESS AVAILABLE UPON REQUEST

TORRES, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TORRES, SUMMER
ADDRESS AVAILABLE UPON REQUEST

TORRES, TAMARA
ADDRESS AVAILABLE UPON REQUEST

TORRES, TANYA
ADDRESS AVAILABLE UPON REQUEST

TORRES, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TORRES, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TORRES, VICENTE
ADDRESS AVAILABLE UPON REQUEST

TORRES, VICTOR
ADDRESS AVAILABLE UPON REQUEST

TORRES, VIVIANNA
ADDRESS AVAILABLE UPON REQUEST

TORRES, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TORRES, YESENIA
ADDRESS AVAILABLE UPON REQUEST

TORRES, YVETTE
ADDRESS AVAILABLE UPON REQUEST

TORRES-CASTRO, CECIL
ADDRESS AVAILABLE UPON REQUEST

TORRES-DARLINGTON, RITA
ADDRESS AVAILABLE UPON REQUEST

TORRETTA, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TORRETTA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TORRETTA, RUTH
ADDRESS AVAILABLE UPON REQUEST

TORREY, MICHELE
ADDRESS AVAILABLE UPON REQUEST

TORREZ, CHANCE
ADDRESS AVAILABLE UPON REQUEST

TORREZ, LYDIA
ADDRESS AVAILABLE UPON REQUEST

TORRICE, NOELLE
ADDRESS AVAILABLE UPON REQUEST

TORRIE, MARK
ADDRESS AVAILABLE UPON REQUEST

TORRIERO, MALP
ADDRESS AVAILABLE UPON REQUEST

TORRIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

TORRISI, MAYLON
ADDRESS AVAILABLE UPON REQUEST

TORSTENSON, KAREN AND ROGER
ADDRESS AVAILABLE UPON REQUEST

TORTIS, DIANE
ADDRESS AVAILABLE UPON REQUEST

TORTO, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

TORTORA, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

TORTORA, PAUL
ADDRESS AVAILABLE UPON REQUEST

TORTORELLA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TORTORETI, SARAH
ADDRESS AVAILABLE UPON REQUEST

TORTORICE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TORUNO, JORGE
ADDRESS AVAILABLE UPON REQUEST

TORY, SUVI
ADDRESS AVAILABLE UPON REQUEST

TOSADO, JOSE
ADDRESS AVAILABLE UPON REQUEST

TOSCA, LINDSIE
ADDRESS AVAILABLE UPON REQUEST

TOSCANO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TOSCANO, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

TOSCANO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TOSCANO, TERRA
ADDRESS AVAILABLE UPON REQUEST

TOSCH, KAYSIE
ADDRESS AVAILABLE UPON REQUEST

TOSCHI, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

TOSCHIK, DONNA
ADDRESS AVAILABLE UPON REQUEST

TOSI, LIZA
ADDRESS AVAILABLE UPON REQUEST

TOSIC, MIHAJLO
ADDRESS AVAILABLE UPON REQUEST

TOSKA, RUDINA
ADDRESS AVAILABLE UPON REQUEST

TOSKY-RICHEY, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TOSO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TOSO, SOFIA
ADDRESS AVAILABLE UPON REQUEST

TOSSELL, SANDI
ADDRESS AVAILABLE UPON REQUEST

TOSSI, TRACY
ADDRESS AVAILABLE UPON REQUEST

TOSSMAN, CAROLE
ADDRESS AVAILABLE UPON REQUEST

TOSSWARE
12925 B MARLAY AVE
FONTANA, CA 92337

TOSTADO, ARACELI
ADDRESS AVAILABLE UPON REQUEST

TOSTE, CARLOS
ADDRESS AVAILABLE UPON REQUEST

TOSTE, ERICA
ADDRESS AVAILABLE UPON REQUEST

TOSTE, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

TOSTEVIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOSTI, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TOSTO, ANA
ADDRESS AVAILABLE UPON REQUEST

TOSTON, DAVID M.
ADDRESS AVAILABLE UPON REQUEST

TOTAL QUALITY LOGISTICS, LLC
4289 IVY POINTE BLVD
CINCINNATI, OH 45245

TOTAL QUALITY LOGISTICS, LLC
PO BOX 799
KERRY BYRNE, PRESIDENT
MILFORD, OH 45150

TOTAL QUALITY LOGISTICS, LLC
PO BOX 799
MILFORD, OH 45150

TOTALLY PROMOTIONAL
ADDRESS UNAVAILABLE AT TIME OF FILING

TOTARO, KAREN
ADDRESS AVAILABLE UPON REQUEST

TOTARO, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TOTH, APRIL
ADDRESS AVAILABLE UPON REQUEST

TOTH, CAROL
ADDRESS AVAILABLE UPON REQUEST

TOTH, DEREK
ADDRESS AVAILABLE UPON REQUEST

TOTH, FRANCES CARR
ADDRESS AVAILABLE UPON REQUEST

TOTH, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TOTH, MARY
ADDRESS AVAILABLE UPON REQUEST

TOTH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TOTH, MERCY
ADDRESS AVAILABLE UPON REQUEST

TOTI, APRIL
ADDRESS AVAILABLE UPON REQUEST

TOTIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TOTKA, ELYSE
ADDRESS AVAILABLE UPON REQUEST

TOTO ENTERTAINMENT
23901 CALASBASSAS RD., SUITE 2018
CALABASAS, CA 91302

TOTO, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TOTOKI, HAZUMI
ADDRESS AVAILABLE UPON REQUEST

TOTTE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TOTTEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TOTTEN, JANET
ADDRESS AVAILABLE UPON REQUEST

TOTTEN, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

TOTTEN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TOUCHARD, KARINA
ADDRESS AVAILABLE UPON REQUEST

TOUCHE, DELIA
ADDRESS AVAILABLE UPON REQUEST

TOUCHET, ERIC
ADDRESS AVAILABLE UPON REQUEST

TOUCHET, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TOUCHSTONE, MJ
ADDRESS AVAILABLE UPON REQUEST

TOUFALI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TOUFAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TOUHEY, MARTIN
ADDRESS AVAILABLE UPON REQUEST

TOUHEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TOUHY, KELLEY
ADDRESS AVAILABLE UPON REQUEST

TOUMA, LISA
ADDRESS AVAILABLE UPON REQUEST

TOUPIN, LISA
ADDRESS AVAILABLE UPON REQUEST

TOUPIN, ROSALIE
ADDRESS AVAILABLE UPON REQUEST

TOUPS, BILLY
ADDRESS AVAILABLE UPON REQUEST

TOUPS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TOUPS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TOURE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

TOURIGNY, DENISE
ADDRESS AVAILABLE UPON REQUEST

TOURNEY, BOBBY
ADDRESS AVAILABLE UPON REQUEST

TOURVILLE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

TOUSSAINT, MAYRA
ADDRESS AVAILABLE UPON REQUEST

TOUSSAINT, SAMARA
ADDRESS AVAILABLE UPON REQUEST

TOUSSAINT-GUNN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TOUSSANT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

TOUT, AARON
ADDRESS AVAILABLE UPON REQUEST

TOUZEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

TOUZIEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TOVA BOPP
ADDRESS AVAILABLE UPON REQUEST

TOVA HERMAN
ADDRESS AVAILABLE UPON REQUEST

TOVAR, ANITA
ADDRESS AVAILABLE UPON REQUEST

TOVAR, DILLON
ADDRESS AVAILABLE UPON REQUEST

TOVAR, FELIPE
ADDRESS AVAILABLE UPON REQUEST

TOVAR, ROCIO
ADDRESS AVAILABLE UPON REQUEST

TOVAR, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TOVAR, XIOMARA
ADDRESS AVAILABLE UPON REQUEST

TOVE-WHITE, AARON
ADDRESS AVAILABLE UPON REQUEST

TOVEY, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TOW, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TOW, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TOWE, DENIELLE
ADDRESS AVAILABLE UPON REQUEST

TOWER VALET PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

TOWER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TOWERS, LEAH
ADDRESS AVAILABLE UPON REQUEST

TOWERY, ALISON
ADDRESS AVAILABLE UPON REQUEST

TOWEY, MAURA
ADDRESS AVAILABLE UPON REQUEST

TOWEY, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

TOWK, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TOWLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TOWLE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

TOWLER, HAROLD
ADDRESS AVAILABLE UPON REQUEST

TOWLER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

TOWN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TOWNE & COUNTRY CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

TOWNE, IAN
ADDRESS AVAILABLE UPON REQUEST

TOWNE, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOWNE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TOWNER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TOWNLEY, BRENNA
ADDRESS AVAILABLE UPON REQUEST

TOWNLEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

TOWNLEY, MADISON
ADDRESS AVAILABLE UPON REQUEST

TOWNS, LORI
ADDRESS AVAILABLE UPON REQUEST

TOWNSEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND DOHNER, CARA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND JULIE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, ALBA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, AMY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, ANNA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, CAROL
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, CORY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, EMILY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, FRANCES
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, GARY
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, JEFF
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, JOYCE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, JULIE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, JULIE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, KARHA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, KARMEN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, LYNN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, MARTIN
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, MAURICE
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, NOVELLA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, RHONDA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, ROSS
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, SANDRA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, SHEILA
ADDRESS AVAILABLE UPON REQUEST

TOWNSEND, TAREK
ADDRESS AVAILABLE UPON REQUEST

TOWNSHEND-ALSTON, LAURA
ADDRESS AVAILABLE UPON REQUEST

TOWNSLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TOWNSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TOWNSON, ERICA
ADDRESS AVAILABLE UPON REQUEST

TOWSON, CARLA
ADDRESS AVAILABLE UPON REQUEST

TOY, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

TOY, KYLE
ADDRESS AVAILABLE UPON REQUEST

TOYE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

TOYE, PATRICIA M.
ADDRESS AVAILABLE UPON REQUEST

TOYE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TOYER-THOMPSON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

TOYMIL, MIKE
ADDRESS AVAILABLE UPON REQUEST

TOYNE, LISA
ADDRESS AVAILABLE UPON REQUEST

TOYOS, ALEX
ADDRESS AVAILABLE UPON REQUEST

TOYOTA LIFT NORTHEAST LLC
200 SCHELL LANE
PHOENIXVILLE, PA  19460

TOZER, EMILY
ADDRESS AVAILABLE UPON REQUEST

TOZER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TOZIER, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

TOZZI, KAREN
ADDRESS AVAILABLE UPON REQUEST

TOZZI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TOZZI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TRAASETH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TRABAND, LESTER
ADDRESS AVAILABLE UPON REQUEST

TRABILCY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

TRABKE, DAN & PEG
ADDRESS AVAILABLE UPON REQUEST

TRABOLD, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRABUCCO, DIANA
ADDRESS AVAILABLE UPON REQUEST

TRACEY  BAKUN
ADDRESS AVAILABLE UPON REQUEST

TRACEY ANNE CONNOLLY
ADDRESS AVAILABLE UPON REQUEST

TRACEY BAKUN
ADDRESS AVAILABLE UPON REQUEST

TRACEY LOOS
ADDRESS AVAILABLE UPON REQUEST

TRACEY MATTOCH
ADDRESS AVAILABLE UPON REQUEST

TRACEY MCCREATH
ADDRESS AVAILABLE UPON REQUEST

TRACEY PARTIN
ADDRESS AVAILABLE UPON REQUEST

TRACEY PORTER
ADDRESS AVAILABLE UPON REQUEST

TRACEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

TRACEY, FLORINDA
ADDRESS AVAILABLE UPON REQUEST

TRACEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRACEY, KERRY
ADDRESS AVAILABLE UPON REQUEST

TRACHSEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TRACHSEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TRACHT, JOEIE
ADDRESS AVAILABLE UPON REQUEST

TRACHTMAN, LUAN
ADDRESS AVAILABLE UPON REQUEST

TRACHUK, POLINA
ADDRESS AVAILABLE UPON REQUEST

TRACI LYNN THOMAS CLAUGHTON
ADDRESS AVAILABLE UPON REQUEST

TRACI MARIE KREUN
ADDRESS AVAILABLE UPON REQUEST

TRACIE DEMAINE PARRY
ADDRESS AVAILABLE UPON REQUEST

TRACIE PAIGE
ADDRESS AVAILABLE UPON REQUEST

TRACIE YONAN MILLER
ADDRESS AVAILABLE UPON REQUEST

TRACK 1099
ADDRESS UNAVAILABLE AT TIME OF FILING

TRACSION, INC.
8391 BEVERLY BLVD. SUITE 586
LOS ANGELES, CA  90048

TRACY DUNN, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

TRACY GENESEN
ADDRESS AVAILABLE UPON REQUEST

TRACY JUECHTER
ADDRESS AVAILABLE UPON REQUEST

TRACY LARIVEE
ADDRESS AVAILABLE UPON REQUEST

TRACY LYNN HAMILTON
ADDRESS AVAILABLE UPON REQUEST

TRACY NOUR
ADDRESS AVAILABLE UPON REQUEST

TRACY THOLE
ADDRESS AVAILABLE UPON REQUEST

TRACY TUONG
ADDRESS AVAILABLE UPON REQUEST

TRACY, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

TRACY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TRACY, ALISON
ADDRESS AVAILABLE UPON REQUEST

TRACY, AMY
ADDRESS AVAILABLE UPON REQUEST

TRACY, EILEEN
ADDRESS AVAILABLE UPON REQUEST

TRACY, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

TRACY, EMMALEE
ADDRESS AVAILABLE UPON REQUEST

TRACY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRACY, KAREN
ADDRESS AVAILABLE UPON REQUEST

TRACY, KATRINA
ADDRESS AVAILABLE UPON REQUEST

TRACY, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TRACY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRACY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TRACY, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

TRACY, PAM
ADDRESS AVAILABLE UPON REQUEST

TRACY, RAY
ADDRESS AVAILABLE UPON REQUEST

TRACY, RENEE
ADDRESS AVAILABLE UPON REQUEST

TRACY, SARA AND JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TRACY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TRACY, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

TRACY, TASHA
ADDRESS AVAILABLE UPON REQUEST

TRAD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TRADER JOES
ADDRESS UNAVAILABLE AT TIME OF FILING

TRADER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRADESTATION SECS (0271)
ATTN CORPORATE ACTIONS
8050 SW 10TH ST, STE 2000
PLANTATION, FL  33324

TRADEWELL, AMY
ADDRESS AVAILABLE UPON REQUEST

TRADO, BRANDON
ADDRESS AVAILABLE UPON REQUEST

TRAEGER, LIBBY
ADDRESS AVAILABLE UPON REQUEST

TRAENKLE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TRAETOW, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TRAFAS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TRAFECANTE, EMILY
ADDRESS AVAILABLE UPON REQUEST

TRAFFAS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TRAFFIC JAM MEDIA
100 N. BRAND BI  405
GLENDALE, CA  91203

TRAFFORD, CANDACE
ADDRESS AVAILABLE UPON REQUEST

TRAFICANTE, ANIURKA
ADDRESS AVAILABLE UPON REQUEST

TRAFT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TRAFTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

TRAGESSER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, DARLYN
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, LISA
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, LIV
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TRAHAN, SHARON
ADDRESS AVAILABLE UPON REQUEST

TRAHANT, BRITNY
ADDRESS AVAILABLE UPON REQUEST

TRAHANT, JENNIE
ADDRESS AVAILABLE UPON REQUEST

TRAIL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

TRAIL, CATHY
ADDRESS AVAILABLE UPON REQUEST

TRAIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRAINA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

TRAINA, LADONNA
ADDRESS AVAILABLE UPON REQUEST

TRAINER, KITTY
ADDRESS AVAILABLE UPON REQUEST

TRAINER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TRAINES, KATIE
ADDRESS AVAILABLE UPON REQUEST

TRAINI, ANNA
ADDRESS AVAILABLE UPON REQUEST

TRAINING CONNECTION
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAINO, NIKKI
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, ALICE
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, CINDY
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, MADDIE
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, MARY
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, MIKE
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, SEAN
ADDRESS AVAILABLE UPON REQUEST

TRAINOR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TRAISMAN, MAYA
ADDRESS AVAILABLE UPON REQUEST

TRAJKOVIC, GEORGE
ADDRESS AVAILABLE UPON REQUEST

TRAKOSHIS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TRAKTOVENKO, GREG
ADDRESS AVAILABLE UPON REQUEST

TRALE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TRAM, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TRAMA, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

TRAMBLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRAME, KELLY
ADDRESS AVAILABLE UPON REQUEST

TRAMEL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

TRAMELL, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

TRAMMELL EQUIPMENT CO.
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAMMELL, AUDRIS
ADDRESS AVAILABLE UPON REQUEST

TRAMMELL, CARLEY
ADDRESS AVAILABLE UPON REQUEST

TRAMMELL, KAREN
ADDRESS AVAILABLE UPON REQUEST

TRAMMELL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TRAMONTE & SONS, LLC.
3850 WELDEN DR
LEBANON, OH  45036

TRAMONTE & SONS, LLC.
3850 WELDEN DRIVE
LEBANON, OH  45036

TRAMUTOLA, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TRAN, AMY
ADDRESS AVAILABLE UPON REQUEST

TRAN, AMY
ADDRESS AVAILABLE UPON REQUEST

TRAN, ANDISON
ADDRESS AVAILABLE UPON REQUEST

TRAN, ANDY
ADDRESS AVAILABLE UPON REQUEST

TRAN, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

TRAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TRAN, HAN
ADDRESS AVAILABLE UPON REQUEST

TRAN, HONGXUAN
ADDRESS AVAILABLE UPON REQUEST

TRAN, JACOB
ADDRESS AVAILABLE UPON REQUEST

TRAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRAN, JILL
ADDRESS AVAILABLE UPON REQUEST

TRAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

TRAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

TRAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRAN, KIMMY
ADDRESS AVAILABLE UPON REQUEST

TRAN, KRISTEN AND EMILE
ADDRESS AVAILABLE UPON REQUEST

TRAN, LAUREY
ADDRESS AVAILABLE UPON REQUEST

TRAN, LIEM
ADDRESS AVAILABLE UPON REQUEST

TRAN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

TRAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

TRAN, MEI
ADDRESS AVAILABLE UPON REQUEST

TRAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TRAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

TRAN, PHI
ADDRESS AVAILABLE UPON REQUEST

TRAN, RANDY
ADDRESS AVAILABLE UPON REQUEST

TRAN, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

TRAN, TAM
ADDRESS AVAILABLE UPON REQUEST

TRAN, THANH
ADDRESS AVAILABLE UPON REQUEST

TRAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

TRAN, THI MY KIEU
ADDRESS AVAILABLE UPON REQUEST

TRAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TRAN, TOMMY
ADDRESS AVAILABLE UPON REQUEST

TRAN, VIET
ADDRESS AVAILABLE UPON REQUEST

TRAN, VIET
ADDRESS AVAILABLE UPON REQUEST

TRAN, VINH
ADDRESS AVAILABLE UPON REQUEST

TRAN, VINH
ADDRESS AVAILABLE UPON REQUEST

TRAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

TRAN, YVONNE
ADDRESS AVAILABLE UPON REQUEST

TRANCE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TRANCHINA, SHANON
ADDRESS AVAILABLE UPON REQUEST

TRANEL, TESS
ADDRESS AVAILABLE UPON REQUEST

TRANER, ASHLEEANN
ADDRESS AVAILABLE UPON REQUEST

TRANG ENDEAVOR LLC
3022 ROSECREEK DR
SAN JOSE, CA  95148

TRANI, ARIANE
ADDRESS AVAILABLE UPON REQUEST

TRANI, LORI
ADDRESS AVAILABLE UPON REQUEST

TRANI, LUIGI
ADDRESS AVAILABLE UPON REQUEST

TRANKINA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TRAN-LAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

TRANQUELLINO, LYNN
ADDRESS AVAILABLE UPON REQUEST

TRANS OCEAN BULK LOGISTICS
(DBA HILLEBRAND BULK LIQUIDS, INC)
14950 HEATHROW FOREST PARKWAY SUITE
500
HOUSTON, TX  77032

TRANS OCEAN BULK LOGISTICS
(DBA HILLEBRAND BULK LIQUIDS, INC)
3027 MARINA BAY DRIVE SUITE 301
LEAGUE CITY, TX  77573

TRANS OCEAN BULK LOGISTICS
(DBA HILLEBRAND BULK LIQUIDS, INC)
P.O. BOX 654062
DALLAS, TX  75265-4062

TRANS OCEAN BULK LOGISTICS
(DBA HILLEBRAND BULK LIQUIDS, INC)
PO BOX 536411
PITTSBURGH, PA 15253-5906

TRANS OCEAN BULK LOGISTICS
3027 MARINA BAY DRIVE, SUITE 301
LEAGUE CITY, TX 77573

TRANSAMERICA
P.O. BOX 742504
CINCINNATI, OH 45274-2504

TRANSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRANSPORTATION INSURANCE COMPANY
333 SOUTH WABASH
CHICAGO, IL 60606

TRANSUE, TODD
ADDRESS AVAILABLE UPON REQUEST

TRANTHAM, JAN
ADDRESS AVAILABLE UPON REQUEST

TRANTHAM, MIKE
ADDRESS AVAILABLE UPON REQUEST

TRAPANI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

TRAPANI, KAILA
ADDRESS AVAILABLE UPON REQUEST

TRAPP, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TRAPP, JALEESA
ADDRESS AVAILABLE UPON REQUEST

TRAPP, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TRAPP, KATY
ADDRESS AVAILABLE UPON REQUEST

TRAPP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TRAPP, RYAN
ADDRESS AVAILABLE UPON REQUEST

TRAPUZZANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TRASACCO, GINA
ADDRESS AVAILABLE UPON REQUEST

TRASADA, PHUMELELE
ADDRESS AVAILABLE UPON REQUEST

TRASATTI, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

TRASK, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TRASK, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

TRATOS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TRAUFFER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TRAUGOTT, ALICE
ADDRESS AVAILABLE UPON REQUEST

TRAUN, JASMINE
ADDRESS AVAILABLE UPON REQUEST

TRAUNER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TRAUSCH, ANGIE
ADDRESS AVAILABLE UPON REQUEST

TRAUSCHWEIZER, INGO
ADDRESS AVAILABLE UPON REQUEST

TRAUT, DARCY
ADDRESS AVAILABLE UPON REQUEST

TRAUT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

TRAUTMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TRAUTMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TRAUTSCH, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TRAUTWEIN, JANET
ADDRESS AVAILABLE UPON REQUEST

TRAVAGLINI, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRAVASOS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

TRAVEL INSURANCE
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAVEL ZOO
800 WEST EL CAMINO REAL SUITE 275
MOUNTAIN VIEW, CA  94040

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
ATTN SCOTT L GLOWNER
PO BOX 64094
ST PAUL, MN  55102-0094

TRAVELERS
CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX  75266-0317

TRAVELINE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TRAVELING PHOTO BOOTH
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAVELOCITY
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAVELODGE
ADDRESS UNAVAILABLE AT TIME OF FILING

TRAVERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, ALLY
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TRAVERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRAVERSE, NYSHAUNA
ADDRESS AVAILABLE UPON REQUEST

TRAVIS ARDELL
ADDRESS AVAILABLE UPON REQUEST

TRAVIS GEPPERT
ADDRESS AVAILABLE UPON REQUEST

TRAVIS MOSLEY
3148 N. SPRINGDALE DR  291
LONG BEACH, CA  90810

TRAVIS ONOFRIO
ADDRESS AVAILABLE UPON REQUEST

TRAVIS SMITH
ADDRESS AVAILABLE UPON REQUEST

TRAVIS TASTROM
ADDRESS AVAILABLE UPON REQUEST

TRAVIS WAYNE BEARD
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, AMY
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, JANET
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, SANDY
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, TRISTA
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

TRAVIS, VERONE
ADDRESS AVAILABLE UPON REQUEST

TRAWICK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TRAWICK, RASHIDA
ADDRESS AVAILABLE UPON REQUEST

TRAYLOR, ALLISON
ADDRESS AVAILABLE UPON REQUEST

TRAYLOR, CHERYL
ADDRESS AVAILABLE UPON REQUEST

TRAYLOR, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TRAYNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TRAYNOR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRAYNOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

TRAYNOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

TRAYNOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRAYNOR-GRIMES, TARA
ADDRESS AVAILABLE UPON REQUEST

TRAZZI, LESLIE
ADDRESS AVAILABLE UPON REQUEST

TRBOVICH, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TRBOVICH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TREACE, GINNY
ADDRESS AVAILABLE UPON REQUEST

TREADAWAY, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

TREADWAY, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

TREADWAY, LISA
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, JADE
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, KEN
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, MONICA
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

TREADWELL, TREY
ADDRESS AVAILABLE UPON REQUEST

TREAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TREASE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TREASTER, JENNY
ADDRESS AVAILABLE UPON REQUEST

TREASURER OF VIRGINIA
DIVISION OF SECURITIES AND RETAIL
FRANCHISING
PO BOX 1197
RICHMOND, VA 23218

TREASURER STATE OF CT
ADDRESS UNAVAILABLE AT TIME OF FILING

TREASURER, CO UNEMPLOYMENT
INSURANCE
TAX ADMINISTRATION

TREASURER, STATE OF MAINE
DEPT OF PROFESSIONAL & FINANCIAL
REGULATION
OFFICE OF SECURITIES
121 STATE HOUSE STATION
AUGUSTA, ME 04333

TREAT, APRIL
ADDRESS AVAILABLE UPON REQUEST

TREAT, CARRY
ADDRESS AVAILABLE UPON REQUEST

TREAT, HAILEY
ADDRESS AVAILABLE UPON REQUEST

TREAT, JAMES
ADDRESS AVAILABLE UPON REQUEST

TREAT, JASON
ADDRESS AVAILABLE UPON REQUEST

TREBAOL, ALIX
ADDRESS AVAILABLE UPON REQUEST

TREBINO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TREBITZ, DONNA
ADDRESS AVAILABLE UPON REQUEST

TREBLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TREBLE, WURAOLA
ADDRESS AVAILABLE UPON REQUEST

TRECEK VOLKENS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

TREDENNICK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TREDO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TREDWAY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TREDWAY, SHARIDON
ADDRESS AVAILABLE UPON REQUEST

TREDWAY, TOM
ADDRESS AVAILABLE UPON REQUEST

TREEHOUSE MEDIA SERVICES
75 SECOND AVE, SUITE 720
NEEDHAM, MA  02494

TREEHOUSE MEDIA SERVICES
EXTREME REACH DIRECT RESPONSE
P.O. BOX 951276
DALLAS, TX  75395-1276

TREES, JODI
ADDRESS AVAILABLE UPON REQUEST

TREESON, ZOE
ADDRESS AVAILABLE UPON REQUEST

TREFETHEN, JACOB
ADDRESS AVAILABLE UPON REQUEST

TREFFILETTI, AIMEE
ADDRESS AVAILABLE UPON REQUEST

TREFFILETTI, CORY
ADDRESS AVAILABLE UPON REQUEST

TREFFRY, RYAN
ADDRESS AVAILABLE UPON REQUEST

TREFLER, SARAH
ADDRESS AVAILABLE UPON REQUEST

TREFZ, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

TREFZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

TREGAY, BOBBIE JO
ADDRESS AVAILABLE UPON REQUEST

TREGERMAN, GWEN
ADDRESS AVAILABLE UPON REQUEST

TREGILLUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

TREGRE, AMY
ADDRESS AVAILABLE UPON REQUEST

TREHAN, GINA
ADDRESS AVAILABLE UPON REQUEST

TREHY, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TREIBER, JOAN
ADDRESS AVAILABLE UPON REQUEST

TREIBER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

TREIBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TREINEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

TREINEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TREINISH, LIBBY
ADDRESS AVAILABLE UPON REQUEST

TREJO, ARANTZA
ADDRESS AVAILABLE UPON REQUEST

TREJO, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

TREJO, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

TREJO, EVELYN
ADDRESS AVAILABLE UPON REQUEST

TREJO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TREJO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TREJO, MAURO
ADDRESS AVAILABLE UPON REQUEST

TREJO-FLORES, OCTAVIO
ADDRESS AVAILABLE UPON REQUEST

TRELA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRELA, KENNETH
ADDRESS AVAILABLE UPON REQUEST

TRELAUN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRELEAVEN, DARRAH
ADDRESS AVAILABLE UPON REQUEST

TRELIA HEISE
ADDRESS AVAILABLE UPON REQUEST

TRELL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

TRELLES, OSCAR
ADDRESS AVAILABLE UPON REQUEST

TRELLIS WINE GROUP, INC. DBA TRELLIS
WINE & SPIRITS
19201 SONOMA HWY  255
SONOMA, CA  95476

TREM, ROBYN
ADDRESS AVAILABLE UPON REQUEST

TREMAIN, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

TREMAINE, MATT
ADDRESS AVAILABLE UPON REQUEST

TREMATORE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, GARY
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, LINDA
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, P.
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, PHIL
ADDRESS AVAILABLE UPON REQUEST

TREMBLAY, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

TREMBLY, BETTY
ADDRESS AVAILABLE UPON REQUEST

TREMBLY, LYNN
ADDRESS AVAILABLE UPON REQUEST

TREMEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TREMELLING, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TREMMEL, KELLY
ADDRESS AVAILABLE UPON REQUEST

TREMONTE, ALICE
ADDRESS AVAILABLE UPON REQUEST

TREMPE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TREMPER, AARON
ADDRESS AVAILABLE UPON REQUEST

TREMPY, DAYNA
ADDRESS AVAILABLE UPON REQUEST

TRENAMAN, ALY
ADDRESS AVAILABLE UPON REQUEST

TRENARY, PEARCE
ADDRESS AVAILABLE UPON REQUEST

TRENCHARD, ALISHA
ADDRESS AVAILABLE UPON REQUEST

TREND MANAGEMENT LLC
16107 KENSINGTON DR NUM 198
SUGAR LAND, TX  77479

TREND MANAGEMENT LLC
3040 POST OAK BLVD STE 1800-117
HOUSTON, TX  77056

TREND MANAGEMENT LLC
INFLUENCER NARRATIVE, LLC
2700 POST OAK BLVD., FL 21
HOUSTON, TX  77056

TRENDING EQUITIES
32615 SOUTH FRASER WAY, STE 304
ABBOTSFORD, BC  V2T 1X8
CANADA

TRENGA, VONDA
ADDRESS AVAILABLE UPON REQUEST

TRENK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TRENKLER, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

TRENT LANZ PHOTOGRAPHY
1016 N AVON ST
BURBANK, CA  91505

TRENT RICHARD SMOCK
ADDRESS AVAILABLE UPON REQUEST

TRENT, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

TRENT, MELANIE
ADDRESS AVAILABLE UPON REQUEST

TRENT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRENT, VICKY
ADDRESS AVAILABLE UPON REQUEST

TRENTACOSTE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRENTADUE, LOU
ADDRESS AVAILABLE UPON REQUEST

TRENTHEM, JANIE
ADDRESS AVAILABLE UPON REQUEST

TRENTMAN, DIANNE
ADDRESS AVAILABLE UPON REQUEST

TRENTO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TREPAGNIER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TREPEL, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TREPICCIONE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

TREPPER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TREPPNER, KARINA
ADDRESS AVAILABLE UPON REQUEST

TRERICE, HOWARD
ADDRESS AVAILABLE UPON REQUEST

TRESGALLOS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

TRESSLER CORINNA
ADDRESS AVAILABLE UPON REQUEST

TRESSLER, CARLA
ADDRESS AVAILABLE UPON REQUEST

TRESSLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRESTYN, ALEX
ADDRESS AVAILABLE UPON REQUEST

TRETHEWEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TREVA JOY RUMBECK
ADDRESS AVAILABLE UPON REQUEST

TREVINO, ANA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, BRANDIE
ADDRESS AVAILABLE UPON REQUEST

TREVINO, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TREVINO, DEANNA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, DIANA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, EVONNE
ADDRESS AVAILABLE UPON REQUEST

TREVINO, GENESIS
ADDRESS AVAILABLE UPON REQUEST

TREVINO, JOEY
ADDRESS AVAILABLE UPON REQUEST

TREVINO, JUAN
ADDRESS AVAILABLE UPON REQUEST

TREVINO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TREVINO, TAYLAR
ADDRESS AVAILABLE UPON REQUEST

TREVINO, XELHA
ADDRESS AVAILABLE UPON REQUEST

TREVIZAN, HIGOR
ADDRESS AVAILABLE UPON REQUEST

TREVIZAN, MADISON
ADDRESS AVAILABLE UPON REQUEST

TREVOR BEGG
ADDRESS AVAILABLE UPON REQUEST

TREVOR BROWNE
ADDRESS AVAILABLE UPON REQUEST

TREVOR FRAUHIGER
ADDRESS AVAILABLE UPON REQUEST

TREVOR FRITH
ADDRESS AVAILABLE UPON REQUEST

TREVOR LESTER
ADDRESS AVAILABLE UPON REQUEST

TREVOR PETTENNUDE
ADDRESS AVAILABLE UPON REQUEST

TREVOR PETTENNUDE
ADDRESS AVAILABLE UPON REQUEST

TREVOR TODD
ADDRESS AVAILABLE UPON REQUEST

TREVOR WAYNE GHYLIN
ADDRESS AVAILABLE UPON REQUEST

TREVOR WELLS
ADDRESS AVAILABLE UPON REQUEST

TREVOR, BARBARA
ADDRESS AVAILABLE UPON REQUEST

TREVOR, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TREW, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TREW, DIANE
ADDRESS AVAILABLE UPON REQUEST

TREWICK, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TREY SCHMECKPEPER
ADDRESS AVAILABLE UPON REQUEST

TREYBIG, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TREZZI, PAOLA
ADDRESS AVAILABLE UPON REQUEST

TRIADEX SERVICES
5334 PRIMROSE LAKE CIRCLE, SUITE B
TAMPA, FL  33647

TRIANA, JULIANA
ADDRESS AVAILABLE UPON REQUEST

TRIANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRIANTAFILLIDIS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

TRIASSI, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

TRIBBEY, KELLIE
ADDRESS AVAILABLE UPON REQUEST

TRIBBITT, EVELYN
ADDRESS AVAILABLE UPON REQUEST

TRIBBLE, ASPEN
ADDRESS AVAILABLE UPON REQUEST

TRIBBLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRIBIANO, BRENNA
ADDRESS AVAILABLE UPON REQUEST

TRICARICO, DONNA
ADDRESS AVAILABLE UPON REQUEST

TRICARICO, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

TRICASO, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

TRICE, TONI
ADDRESS AVAILABLE UPON REQUEST

TRICIA, RISSMANN
ADDRESS AVAILABLE UPON REQUEST

TRICK DOG
ADDRESS UNAVAILABLE AT TIME OF FILING

TRICORBRAUN INC
6 CITYPLACE DRIVE, 1000
SAINT LOUIS, MO 63141

TRIEB, DORTHEA
ADDRESS AVAILABLE UPON REQUEST

TRIEBEL, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

TRIEBWASSER, KELLY
ADDRESS AVAILABLE UPON REQUEST

TRIECE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRIER, KENDRA
ADDRESS AVAILABLE UPON REQUEST

TRIET NGUYEN
ADDRESS AVAILABLE UPON REQUEST

TRIEU, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRIEZENBERG, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TRIF, ROMEO
ADDRESS AVAILABLE UPON REQUEST

TRIFARI, LINDA
ADDRESS AVAILABLE UPON REQUEST

TRIFFO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TRIFOGLIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TRIFONE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

TRIFONE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TRIFONE, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRIFONOV, ALEXANDR
ADDRESS AVAILABLE UPON REQUEST

TRIFUNOVIC, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TRIGG, ABBY
ADDRESS AVAILABLE UPON REQUEST

TRIGG, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

TRIGG, EBONI
ADDRESS AVAILABLE UPON REQUEST

TRIGG, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

TRIGG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TRIGGS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

TRIGGS, JOHN
ADDRESS AVAILABLE UPON REQUEST

TRIGIANO, BEN
ADDRESS AVAILABLE UPON REQUEST

TRIIN HAWKINS
ADDRESS AVAILABLE UPON REQUEST

TRIKI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TRILLA, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRILLHAASE, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

TRILLING, ERIN
ADDRESS AVAILABLE UPON REQUEST

TRILLO, SAMI
ADDRESS AVAILABLE UPON REQUEST

TRIMANA
ADDRESS UNAVAILABLE AT TIME OF FILING

TRIMARCHI, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TRIMARCHI, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TRIMARCHI, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TRIMBACH, MARTHA
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, CHALEE
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE, WESLEY W.
ADDRESS AVAILABLE UPON REQUEST

TRIMBLE-ROBOTIS, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

TRIMBORN, JASON
ADDRESS AVAILABLE UPON REQUEST

TRIMM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TRIMM, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

TRIMMER, STACEY
ADDRESS AVAILABLE UPON REQUEST

TRINA PULLIAM
ADDRESS AVAILABLE UPON REQUEST

TRINDADE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

TRINDL, IRENE
ADDRESS AVAILABLE UPON REQUEST

TRINGALI, AL
ADDRESS AVAILABLE UPON REQUEST

TRINH, ABBEY
ADDRESS AVAILABLE UPON REQUEST

TRINH, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TRINH, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

TRINH, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TRINH, PHUNG
ADDRESS AVAILABLE UPON REQUEST

TRINIDAD, AIMEE
ADDRESS AVAILABLE UPON REQUEST

TRINIDAD, KAREN
ADDRESS AVAILABLE UPON REQUEST

TRININ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

TRINITATIS INVESTMENTS LLC
83 LINCOLN AVE
QUINCY, MA  02170

TRINITY LOGISTICS INC
50 FALLON AVE
SEAFORD, DE  19973

TRINITY ROAD INC (US WINE TRANSPORT)
5905 GOLDEN VALLEY ROAD, STE 218
GOLDEN VALLEY, MN  55422

TRINKA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TRINKAUS, CASEY
ADDRESS AVAILABLE UPON REQUEST

TRINKAUS-RANDALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRINKER, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

TRINKLE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

TRIOLA, LAURA
ADDRESS AVAILABLE UPON REQUEST

TRIPATHI, AJAY
ADDRESS AVAILABLE UPON REQUEST

TRIPATHI, ESHA
ADDRESS AVAILABLE UPON REQUEST

TRIPATHI, SANSRITI
ADDRESS AVAILABLE UPON REQUEST

TRIPEPI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TRIPI, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TRIPICCHIO, CARA
ADDRESS AVAILABLE UPON REQUEST

TRIPLET, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

TRIPLETT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TRIPLETT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRIPLETT, KIM
ADDRESS AVAILABLE UPON REQUEST

TRIPLETT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TRIPLETT, MATT
ADDRESS AVAILABLE UPON REQUEST

TRIPLETTE, EVERETT
ADDRESS AVAILABLE UPON REQUEST

TRIPLEWHALE
ADDRESS UNAVAILABLE AT TIME OF FILING

TRIPLI-KIT
ADDRESS UNAVAILABLE AT TIME OF FILING

TRIPLITT, HEATH
ADDRESS AVAILABLE UPON REQUEST

TRIPODI, ERIC
ADDRESS AVAILABLE UPON REQUEST

TRIPODI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TRIPOLI, MADISON
ADDRESS AVAILABLE UPON REQUEST

TRIPOLI, VALEEN
ADDRESS AVAILABLE UPON REQUEST

TRIPOLSKY, SHARON
ADDRESS AVAILABLE UPON REQUEST

TRIPP, ALICIA
ADDRESS AVAILABLE UPON REQUEST

TRIPP, ALISON
ADDRESS AVAILABLE UPON REQUEST

TRIPP, KILA
ADDRESS AVAILABLE UPON REQUEST

TRIPP, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TRIPP, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TRIPP, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TRIPP, O
ADDRESS AVAILABLE UPON REQUEST

TRIPP, SHANE
ADDRESS AVAILABLE UPON REQUEST

TRIPP, YASMEEN
ADDRESS AVAILABLE UPON REQUEST

TRIPPE, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRIPPIEDI, CECILIA
ADDRESS AVAILABLE UPON REQUEST

TRIPPIER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TRIPSAS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TRISH DILDY
ADDRESS AVAILABLE UPON REQUEST

TRISKAR TRUST FBO LYNDSAY JONES
ADDRESS AVAILABLE UPON REQUEST

TRISTA ENGLE
ADDRESS AVAILABLE UPON REQUEST

TRISTAN ALLEYNE
ADDRESS AVAILABLE UPON REQUEST

TRISTAN PETRIE
ADDRESS AVAILABLE UPON REQUEST

TRISTAN PETRIE
ADDRESS AVAILABLE UPON REQUEST

TRISTAN, COLBY
ADDRESS AVAILABLE UPON REQUEST

TRISTAN, ERIKA
ADDRESS AVAILABLE UPON REQUEST

TRISTANI, TINA
ADDRESS AVAILABLE UPON REQUEST

TRITES ROLLE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRITON, PHAEDRA
ADDRESS AVAILABLE UPON REQUEST

TRITT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

TRITTEN, RANDY
ADDRESS AVAILABLE UPON REQUEST

TRITTO, DANNY
ADDRESS AVAILABLE UPON REQUEST

TRITZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRIVANDRUM RAJAM, MURALI
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI MEENA
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, HARNISH
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, KALKAL
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, KASHVI
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, KRUPA
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, KRUTI
ADDRESS AVAILABLE UPON REQUEST

TRIVEDI, NOEL
ADDRESS AVAILABLE UPON REQUEST

TRIVELLI, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

TRIVELLI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TRIVENETA CERTIFICAZIONI S.R.L.
PIAZZA LIBERAZIONE 325 35030 VO (PD)

TRIVETT, BRYAN
ADDRESS AVAILABLE UPON REQUEST

TRIVETT, KAREN
ADDRESS AVAILABLE UPON REQUEST

TRIVETTE, LEIGH
ADDRESS AVAILABLE UPON REQUEST

TRIVINO, GISELLE
ADDRESS AVAILABLE UPON REQUEST

TRN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TRNAVSKY, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

TRNKA, JORDAN
ADDRESS AVAILABLE UPON REQUEST

TROBY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

TROCCHIO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TROCCOLO, CARLY
ADDRESS AVAILABLE UPON REQUEST

TROCHE, LOUIS
ADDRESS AVAILABLE UPON REQUEST

TROCHER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TROCHESSET, ANDIE
ADDRESS AVAILABLE UPON REQUEST

TROCHINSKI, AMBRY
ADDRESS AVAILABLE UPON REQUEST

TROCHU, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TROEGER, RITA
ADDRESS AVAILABLE UPON REQUEST

TROELLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TROENDLE, LISA
ADDRESS AVAILABLE UPON REQUEST

TROESCHER, TYLER
ADDRESS AVAILABLE UPON REQUEST

TROESTER, JAMES
ADDRESS AVAILABLE UPON REQUEST

TROGE, KAI
ADDRESS AVAILABLE UPON REQUEST

TROGUS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TROIA, LILIANA
ADDRESS AVAILABLE UPON REQUEST

TROIANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TROIANO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TROIANO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TROILO, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

TROJANO, TARA
ADDRESS AVAILABLE UPON REQUEST

TROJANO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TROJANOV, CAROL
ADDRESS AVAILABLE UPON REQUEST

TROJANOWSKI, ERIN
ADDRESS AVAILABLE UPON REQUEST

TROJANOWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

TROJIAN, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

TROLINGER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TROLL, JAMIE
ADDRESS AVAILABLE UPON REQUEST

TROLLINGER, EMMA GRACE
ADDRESS AVAILABLE UPON REQUEST

TROLLINGER, SARAH
ADDRESS AVAILABLE UPON REQUEST

TROMBINO, GARY
ADDRESS AVAILABLE UPON REQUEST

TROMBINO, JOHN
ADDRESS AVAILABLE UPON REQUEST

TROMBITAS, EVAN
ADDRESS AVAILABLE UPON REQUEST

TROMBLEY, EVE ELLEN
ADDRESS AVAILABLE UPON REQUEST

TROMBLEY, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TROMBLEY, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

TROMBLEY, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TROMBLEY, SHERRI
ADDRESS AVAILABLE UPON REQUEST

TROMBLY, BRIANA
ADDRESS AVAILABLE UPON REQUEST

TROMELLO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TROMMATER, EMILY
ADDRESS AVAILABLE UPON REQUEST

TRONCONE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TRONDSON, TROY
ADDRESS AVAILABLE UPON REQUEST

TRONICK, NADIA
ADDRESS AVAILABLE UPON REQUEST

TRONNES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRONOLONE, CADY
ADDRESS AVAILABLE UPON REQUEST

TRONOLONE, ERIC
ADDRESS AVAILABLE UPON REQUEST

TRONSEN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TRONSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRONTVET, TOBY
ADDRESS AVAILABLE UPON REQUEST

TROON, CELESTE
ADDRESS AVAILABLE UPON REQUEST

TROOP, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

TROPEANO, KERRY
ADDRESS AVAILABLE UPON REQUEST

TROPER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TROPHYMASTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

TROPP, KAREN
ADDRESS AVAILABLE UPON REQUEST

TROPP, LAURA
ADDRESS AVAILABLE UPON REQUEST

TROPP, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TROPPMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

TROSCLAIR, ALICE
ADDRESS AVAILABLE UPON REQUEST

TROSCLAIR, EMILY
ADDRESS AVAILABLE UPON REQUEST

TROST, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TROST, ELIZABETH L
ADDRESS AVAILABLE UPON REQUEST

TROST, KARINA
ADDRESS AVAILABLE UPON REQUEST

TROST, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

TROSTERUD, GENE
ADDRESS AVAILABLE UPON REQUEST

TROTMAN, KARA
ADDRESS AVAILABLE UPON REQUEST

TROTMAN, KIM
ADDRESS AVAILABLE UPON REQUEST

TROTS, DEE
ADDRESS AVAILABLE UPON REQUEST

TROTSENKO, MARINA
ADDRESS AVAILABLE UPON REQUEST

TROTT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TROTTA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TROTTA, FRANK
ADDRESS AVAILABLE UPON REQUEST

TROTTA, FRANK
ADDRESS AVAILABLE UPON REQUEST

TROTTA, LILY
ADDRESS AVAILABLE UPON REQUEST

TROTTA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TROTTA, PAUL
ADDRESS AVAILABLE UPON REQUEST

TROTTA, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TROTTER, AMELIA
ADDRESS AVAILABLE UPON REQUEST

TROTTER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

TROTTER, BREANN
ADDRESS AVAILABLE UPON REQUEST

TROTTER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TROTTER, JILL
ADDRESS AVAILABLE UPON REQUEST

TROTTER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

TROTTER, KIM
ADDRESS AVAILABLE UPON REQUEST

TROTTER, RON
ADDRESS AVAILABLE UPON REQUEST

TROTTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TROTTER, TANASIA
ADDRESS AVAILABLE UPON REQUEST

TROTTER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TROTTER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TROTTIER, AIMEE
ADDRESS AVAILABLE UPON REQUEST

TROUB, MADI
ADDRESS AVAILABLE UPON REQUEST

TROUBA, ALEX
ADDRESS AVAILABLE UPON REQUEST

TROUBLEFIELD, PAIGE
ADDRESS AVAILABLE UPON REQUEST

TROUCHEN, JOY
ADDRESS AVAILABLE UPON REQUEST

TROUDT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TROUILLARD, PAULINE
ADDRESS AVAILABLE UPON REQUEST

TROUNCE-MERCER, URIAH
ADDRESS AVAILABLE UPON REQUEST

TROUP, CARA
ADDRESS AVAILABLE UPON REQUEST

TROUPE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TROUT, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TROUT, CORTNE
ADDRESS AVAILABLE UPON REQUEST

TROUT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TROUT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, JODI
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, KALE
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, KEN
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

TROUTMAN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TROUTWINE, NATHANIEL
ADDRESS AVAILABLE UPON REQUEST

TROUY, MARY
ADDRESS AVAILABLE UPON REQUEST

TROVATO, ANNAMARIE
ADDRESS AVAILABLE UPON REQUEST

TROVATO, JASON
ADDRESS AVAILABLE UPON REQUEST

TROVATO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TROVATTEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TROWELL, ANDRE
ADDRESS AVAILABLE UPON REQUEST

TROXEL, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TROXELL, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TROXELL, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

TROY HARRIS
ADDRESS AVAILABLE UPON REQUEST

TROY RIEMER
ADDRESS AVAILABLE UPON REQUEST

TROY SOLOMON
ADDRESS AVAILABLE UPON REQUEST

TROY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

TROY, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

TROY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TROY, KIM
ADDRESS AVAILABLE UPON REQUEST

TROY, KYLIE
ADDRESS AVAILABLE UPON REQUEST

TROY, MARK
ADDRESS AVAILABLE UPON REQUEST

TROY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

TROYAN, KERRI
ADDRESS AVAILABLE UPON REQUEST

TROYE, AMBER
ADDRESS AVAILABLE UPON REQUEST

TROYER, ALISSA
ADDRESS AVAILABLE UPON REQUEST

TROYER, CLARA
ADDRESS AVAILABLE UPON REQUEST

TROYER, JOSEPHINE
ADDRESS AVAILABLE UPON REQUEST

TROYER, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

TROYER, VERNON
ADDRESS AVAILABLE UPON REQUEST

TRS FOCUSED LLC
8004 WEST POINT DR
SPRINGFIELD, VA  22153

TRU HR SOLUTIONS
2913 EL CAMINO REAL  141
TUSTIN, CA  92782

TRUBEE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TRUBIANO, MARTIN
ADDRESS AVAILABLE UPON REQUEST

TRUBILOVA, KATYA
ADDRESS AVAILABLE UPON REQUEST

TRUBISKY, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TRUC, FRANCOIS-MARC
ADDRESS AVAILABLE UPON REQUEST

TRUCANO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TRUCCO, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

TRUCK INS XCH
ADDRESS UNAVAILABLE AT TIME OF FILING

TRUCKENBROD, CHELSI
ADDRESS AVAILABLE UPON REQUEST

TRUCKENBROD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TRUDE, EMMA
ADDRESS AVAILABLE UPON REQUEST

TRUDEAU, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TRUDEAU, ELLIE
ADDRESS AVAILABLE UPON REQUEST

TRUDEAU, EMILY
ADDRESS AVAILABLE UPON REQUEST

TRUDEAU, KEDINE
ADDRESS AVAILABLE UPON REQUEST

TRUDEAU, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TRUDEL, PAM
ADDRESS AVAILABLE UPON REQUEST

TRUDELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

TRUDGEON, MARA
ADDRESS AVAILABLE UPON REQUEST

TRUDO, HAILEY
ADDRESS AVAILABLE UPON REQUEST

TRUDO, MINERVA
ADDRESS AVAILABLE UPON REQUEST

TRUDRUNG ARNOLD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TRUE NATIVE MEDIA
2250 HEMLOCK AVE.
MORRO BAY, CA  93442

TRUE, ERIC
ADDRESS AVAILABLE UPON REQUEST

TRUE, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

TRUE, NICKOLAS
ADDRESS AVAILABLE UPON REQUEST

TRUEBLOOD, BECKY
ADDRESS AVAILABLE UPON REQUEST

TRUEBREW OUTFITTERS (TRADECRAFT)
2155 S. CARPENTER
CHICAGO, IL 60608

TRUED, ASTRID
ADDRESS AVAILABLE UPON REQUEST

TRUEFLUENCE, INC.
650 DELANCEY STREET, UNIT 424
SAN FRANCISCO, CA 94107

TRUEHARDT, BRITTIS
ADDRESS AVAILABLE UPON REQUEST

TRUELOVE, KELLI
ADDRESS AVAILABLE UPON REQUEST

TRUEMPER, SARAH
ADDRESS AVAILABLE UPON REQUEST

TRUESDALE, CHALISSA
ADDRESS AVAILABLE UPON REQUEST

TRUESDALE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TRUESDELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TRUESDELL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TRUETT, JULIE
ADDRESS AVAILABLE UPON REQUEST

TRUETT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TRUETT, WAYLON
ADDRESS AVAILABLE UPON REQUEST

TRUEX, ALLIE
ADDRESS AVAILABLE UPON REQUEST

TRUFFER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TRUFFL VENTURES LLC
8421 CLINTON AVE, SUITE 205
WEST HOLLYWOOD, CA 90069

TRUGLIO, JENNA
ADDRESS AVAILABLE UPON REQUEST

TRUHAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

TRUHART, DANAE
ADDRESS AVAILABLE UPON REQUEST

TRUHLAR, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

TRUITT, BLAKE
ADDRESS AVAILABLE UPON REQUEST

TRUITT, BOB
ADDRESS AVAILABLE UPON REQUEST

TRUITT, BOBBY
ADDRESS AVAILABLE UPON REQUEST

TRUITT, EMILY
ADDRESS AVAILABLE UPON REQUEST

TRUITT, KATE
ADDRESS AVAILABLE UPON REQUEST

TRUITT, KRISTI
ADDRESS AVAILABLE UPON REQUEST

TRUITT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

TRUITT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TRUITT, MIKE
ADDRESS AVAILABLE UPON REQUEST

TRUITT, REILLY
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, ALISHA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, ANA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, BARBARA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, CHELZIE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, DACIA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, DAVID
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, DIANA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, HILARY
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, JULIE
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, LORETTA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, NATASHA
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, NICK
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TRUJILLO-ORTEGA, ARIANA
ADDRESS AVAILABLE UPON REQUEST

TRULEAR, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TRULL, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

TRULSON, TED
ADDRESS AVAILABLE UPON REQUEST

TRULUCK, SARA
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, CHERI
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, KALEY
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

TRUMAN, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TRUMBLE, KRISITN
ADDRESS AVAILABLE UPON REQUEST

TRUMBLE, LISA
ADDRESS AVAILABLE UPON REQUEST

TRUMBOWER, CATHY
ADDRESS AVAILABLE UPON REQUEST

TRUMP, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TRUMP, DANA
ADDRESS AVAILABLE UPON REQUEST

TRUMP, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TRUMP, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TRUNFIO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TRUNK CLUB
ADDRESS UNAVAILABLE AT TIME OF FILING

TRUNNELL, ANNA
ADDRESS AVAILABLE UPON REQUEST

TRUNNELL, MARCIA
ADDRESS AVAILABLE UPON REQUEST

TRUONG, ALBERT
ADDRESS AVAILABLE UPON REQUEST

TRUONG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TRUONG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TRUONG, HILARY
ADDRESS AVAILABLE UPON REQUEST

TRUONG, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

TRUONG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TRUONG, KIMMIE
ADDRESS AVAILABLE UPON REQUEST

TRUONG, SANG
ADDRESS AVAILABLE UPON REQUEST

TRUONG, THAO
ADDRESS AVAILABLE UPON REQUEST

TRUONG, TU
ADDRESS AVAILABLE UPON REQUEST

TRUSCHEL, LOREN
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| TRUSHENSKI, SARAH<br>ADDRESS AVAILABLE UPON REQUEST | TRUSIS, RICHARD<br>ADDRESS AVAILABLE UPON REQUEST | TRUSK, ALEX<br>ADDRESS AVAILABLE UPON REQUEST |
| TRUSKOLASKI, M<br>ADDRESS AVAILABLE UPON REQUEST | TRUSLOW, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST | TRUSSELL, HILLARY<br>ADDRESS AVAILABLE UPON REQUEST |
| TRUSSELL, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | TRUST FBO CLUB W INC<br>ADDRESS UNAVAILABLE AT TIME OF FILING | TRUSTEY, KIMBERLY<br>ADDRESS AVAILABLE UPON REQUEST |
| TRUSTY, MADISON<br>ADDRESS AVAILABLE UPON REQUEST | TRUTER, AMY<br>ADDRESS AVAILABLE UPON REQUEST | TRUTT, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST |
| TRUTTMAN, PENNY<br>ADDRESS AVAILABLE UPON REQUEST | TRUTTSCHEL, PAYTON<br>ADDRESS AVAILABLE UPON REQUEST | TRUXON, ALYSSA<br>ADDRESS AVAILABLE UPON REQUEST |
| TRYBA, CAROLINE<br>ADDRESS AVAILABLE UPON REQUEST | TRYBUS, ALYSSA<br>ADDRESS AVAILABLE UPON REQUEST | TRYDER, CHELSEA<br>ADDRESS AVAILABLE UPON REQUEST |
| TRYNISKI, KENDRA<br>ADDRESS AVAILABLE UPON REQUEST | TRYSAVATH, AVELINE<br>ADDRESS AVAILABLE UPON REQUEST | TRZASKA, ALLIE<br>ADDRESS AVAILABLE UPON REQUEST |
| TRZASKA, KIM<br>ADDRESS AVAILABLE UPON REQUEST | TRZASKA, SUZIE<br>ADDRESS AVAILABLE UPON REQUEST | TRZESZKOWSKI, HENRY<br>ADDRESS AVAILABLE UPON REQUEST |
| TSAI, FRANK<br>ADDRESS AVAILABLE UPON REQUEST | TSAI, JEHAN<br>ADDRESS AVAILABLE UPON REQUEST | TSAI, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST |
| TSAI, SU<br>ADDRESS AVAILABLE UPON REQUEST | TSAI, YUEH CHUN<br>ADDRESS AVAILABLE UPON REQUEST | TSALICKIS, MACKENZIE<br>ADDRESS AVAILABLE UPON REQUEST |

TSALICKIS, POPI
ADDRESS AVAILABLE UPON REQUEST

TSAMASIROS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TSANG, BYRON
ADDRESS AVAILABLE UPON REQUEST

TSANG, DARREN
ADDRESS AVAILABLE UPON REQUEST

TSANG, DIANE
ADDRESS AVAILABLE UPON REQUEST

TSANG, KELLY
ADDRESS AVAILABLE UPON REQUEST

TSANGARIS, ML
ADDRESS AVAILABLE UPON REQUEST

TSANTES, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TSAPENKO, EVELINA
ADDRESS AVAILABLE UPON REQUEST

TSARDOUNIS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

TSAREVA, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

TSATOURIAN, KARINA
ADDRESS AVAILABLE UPON REQUEST

TSAY, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

TSAY, DAVID
ADDRESS AVAILABLE UPON REQUEST

TSCHATSCHULA, TINA
ADDRESS AVAILABLE UPON REQUEST

TSCHETTER, LINSEY
ADDRESS AVAILABLE UPON REQUEST

TSCHETTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TSCHIDA, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TSCHINKEL, BETH
ADDRESS AVAILABLE UPON REQUEST

TSCHIRGI, ROGER
ADDRESS AVAILABLE UPON REQUEST

TSCHUDI, ALEAH
ADDRESS AVAILABLE UPON REQUEST

TSCHUDY, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TSCHUDY, MERELENE
ADDRESS AVAILABLE UPON REQUEST

TSCHUMPER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

TSE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

TSE, JAMES
ADDRESS AVAILABLE UPON REQUEST

TSE, SERENA
ADDRESS AVAILABLE UPON REQUEST

TSE, TERRY
ADDRESS AVAILABLE UPON REQUEST

TSEGAYE, BETENAS
ADDRESS AVAILABLE UPON REQUEST

TSEGELETOS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

TSELEVICH, ANNA
ADDRESS AVAILABLE UPON REQUEST

TSELLAS, EVAN
ADDRESS AVAILABLE UPON REQUEST

TSICOURIS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

TSIKATA, ELIKEM
ADDRESS AVAILABLE UPON REQUEST

TSIKERDANOS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TSILFIDES, ELENI
ADDRESS AVAILABLE UPON REQUEST

TSIM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TSINTZAS, MADELYN
ADDRESS AVAILABLE UPON REQUEST

TSIPENYUK, FAINA
ADDRESS AVAILABLE UPON REQUEST

TSITOS, DIANE
ADDRESS AVAILABLE UPON REQUEST

TSITOS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

TSIVKA, MARYANA
ADDRESS AVAILABLE UPON REQUEST

TSOGBE, KODJO
ADDRESS AVAILABLE UPON REQUEST

TSOI, OLGA
ADDRESS AVAILABLE UPON REQUEST

TSOKA, RASHIDA
ADDRESS AVAILABLE UPON REQUEST

TSOLINAS, ANNE
ADDRESS AVAILABLE UPON REQUEST

TSONETOKOY, LISA
ADDRESS AVAILABLE UPON REQUEST

TSONGRANIS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

TSONTAKIS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

TSOODLE, SARA
ADDRESS AVAILABLE UPON REQUEST

TSOTSIS, ALEXIA
ADDRESS AVAILABLE UPON REQUEST

TSOUKALAS, GAIL
ADDRESS AVAILABLE UPON REQUEST

TSOW, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

TSUCHIYA, GORDON
ADDRESS AVAILABLE UPON REQUEST

TSUI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TSUI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

TSUJII, TARYN
ADDRESS AVAILABLE UPON REQUEST

TSUKADA, WENDI
ADDRESS AVAILABLE UPON REQUEST

TSUKAMOTO, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TSUR, ASAF
ADDRESS AVAILABLE UPON REQUEST

TSUTSUMI, MASAO
ADDRESS AVAILABLE UPON REQUEST

TSUYEMURA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TSYMBALIST, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TU PAPA OITE, JOMAR
ADDRESS AVAILABLE UPON REQUEST

TUAN, PO-JU LULU
ADDRESS AVAILABLE UPON REQUEST

TUATY, MARLO
ADDRESS AVAILABLE UPON REQUEST

TUAZON, DENEY
ADDRESS AVAILABLE UPON REQUEST

TUAZON, REYNALDO
ADDRESS AVAILABLE UPON REQUEST

TUBB, ANGELA
ADDRESS AVAILABLE UPON REQUEST

TUBBS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

TUBBS, JOSH
ADDRESS AVAILABLE UPON REQUEST

TUBBS, KATRINA
ADDRESS AVAILABLE UPON REQUEST

TUBBS, SARA
ADDRESS AVAILABLE UPON REQUEST

TUBESING, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TUBRE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TUC, ERIM E.
ADDRESS AVAILABLE UPON REQUEST

TUCCI, JOHN
ADDRESS AVAILABLE UPON REQUEST

TUCCIARONE, DORIS
ADDRESS AVAILABLE UPON REQUEST

TUCCIARONE, VALERIE
ADDRESS AVAILABLE UPON REQUEST

TUCCILLO, DAISY
ADDRESS AVAILABLE UPON REQUEST

TUCEK, SKY
ADDRESS AVAILABLE UPON REQUEST

TUCH, DAVID
ADDRESS AVAILABLE UPON REQUEST

TUCHMAN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

TUCHMAN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

TUCHTENHAGEN, JOHN
ADDRESS AVAILABLE UPON REQUEST

TUCK, DENICE
ADDRESS AVAILABLE UPON REQUEST

TUCK, JANE
ADDRESS AVAILABLE UPON REQUEST

TUCK, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TUCKER BUDZYN LLC
71823 SARAH DRIVE
BRUCE TOWNSHIP, MI 48065

TUCKER WITTE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ALAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ALIYA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ANJA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ANNEKE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, BETH
ADDRESS AVAILABLE UPON REQUEST

TUCKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CANDICE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, CINTHIA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, DENISE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, DEVON
ADDRESS AVAILABLE UPON REQUEST

TUCKER, DONNA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, GENA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TUCKER, IRIS
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JANICE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JANNA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, JULI
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KARA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATIE AND JEREMY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KATLIN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KELBIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

TUCKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, LEOTA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MARIA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MARIA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MARY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MARY
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MARYANN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, NATE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ORIN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ROBYN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, SANDI
ADDRESS AVAILABLE UPON REQUEST

TUCKER, SEAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

TUCKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TUCKER, SUSIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TUCKER, TEELA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, TERESA
ADDRESS AVAILABLE UPON REQUEST

TUCKER, TRACI
ADDRESS AVAILABLE UPON REQUEST

TUCKER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

TUCKER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TUCKER-BARISANO, KAREN
ADDRESS AVAILABLE UPON REQUEST

TUCKETT, ANGIE
ADDRESS AVAILABLE UPON REQUEST

TUCKFIELD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TUCKMAN, TANYA
ADDRESS AVAILABLE UPON REQUEST

TUCZAI, EVA
ADDRESS AVAILABLE UPON REQUEST

TUDDENHAM, STACEY
ADDRESS AVAILABLE UPON REQUEST

TUDELA, MARIA JOSE
ADDRESS AVAILABLE UPON REQUEST

TUDELA, RIVANITA
ADDRESS AVAILABLE UPON REQUEST

TUDHOPE, CAMERON
ADDRESS AVAILABLE UPON REQUEST

TUDISCO, EMILY
ADDRESS AVAILABLE UPON REQUEST

TUDOR, DONNA
ADDRESS AVAILABLE UPON REQUEST

TUDOR, EMILIA
ADDRESS AVAILABLE UPON REQUEST

TUEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TUELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

TUELL, LORETTA
ADDRESS AVAILABLE UPON REQUEST

TUELL, TIANA
ADDRESS AVAILABLE UPON REQUEST

TUERACK, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

TUERK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TUERPE, JOSH
ADDRESS AVAILABLE UPON REQUEST

TUERS, KARY
ADDRESS AVAILABLE UPON REQUEST

TUESCHER, HALEY
ADDRESS AVAILABLE UPON REQUEST

TUETKEN, TERESA
ADDRESS AVAILABLE UPON REQUEST

TUFFS, CHIMDI
ADDRESS AVAILABLE UPON REQUEST

TUFFY, AUDREY B.
ADDRESS AVAILABLE UPON REQUEST

TUFFY, TARA
ADDRESS AVAILABLE UPON REQUEST

TUFTS VALDEZ, MARI
ADDRESS AVAILABLE UPON REQUEST

TUFTS, BREA
ADDRESS AVAILABLE UPON REQUEST

TUGAI, EVGENII
ADDRESS AVAILABLE UPON REQUEST

TUGGLE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

TUGGLE, KATY
ADDRESS AVAILABLE UPON REQUEST

TUGGLE, TAYA
ADDRESS AVAILABLE UPON REQUEST

TUGGLE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

TUGMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TUHAKE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TUHAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

TUIASOSOPO, JAYNA
ADDRESS AVAILABLE UPON REQUEST

TUINSTRA, JULIE
ADDRESS AVAILABLE UPON REQUEST

TUIONE, EMMA
ADDRESS AVAILABLE UPON REQUEST

TUITT, JASMINE
ADDRESS AVAILABLE UPON REQUEST

TULAUSKAS, DAVID
ADDRESS AVAILABLE UPON REQUEST

TULIEBITZ, ERIN
ADDRESS AVAILABLE UPON REQUEST

TULIN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

TULIN, NADIA
ADDRESS AVAILABLE UPON REQUEST

TULION, KYLEEN
ADDRESS AVAILABLE UPON REQUEST

TULIP, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

TULISZEWSKI, KYLEE
ADDRESS AVAILABLE UPON REQUEST

TULL, JOY
ADDRESS AVAILABLE UPON REQUEST

TULLEMANS, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

TULLER, MIKE/LORI
ADDRESS AVAILABLE UPON REQUEST

TULLER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TULLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TULLEY, TELISA
ADDRESS AVAILABLE UPON REQUEST

TULLIS, MADISON
ADDRESS AVAILABLE UPON REQUEST

TULLIS, NANCY
ADDRESS AVAILABLE UPON REQUEST

TULLIS, SARI
ADDRESS AVAILABLE UPON REQUEST

TULLIS, SHANAN
ADDRESS AVAILABLE UPON REQUEST

TULLOS, FRED
ADDRESS AVAILABLE UPON REQUEST

TULLOS, MEG
ADDRESS AVAILABLE UPON REQUEST

TULLOS, TARA
ADDRESS AVAILABLE UPON REQUEST

TULLY, AMY
ADDRESS AVAILABLE UPON REQUEST

TULLY, CORNELIA
ADDRESS AVAILABLE UPON REQUEST

TULLY, DIRK
ADDRESS AVAILABLE UPON REQUEST

TULLY, DONALD
ADDRESS AVAILABLE UPON REQUEST

TULLY, ERIN
ADDRESS AVAILABLE UPON REQUEST

TULLY, KIM
ADDRESS AVAILABLE UPON REQUEST

TULLY, LISA
ADDRESS AVAILABLE UPON REQUEST

TULLY, MICHAEL & KIM
ADDRESS AVAILABLE UPON REQUEST

TULLY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

TULLY, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TULLY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

TULLY, WAYNE, LINDA
ADDRESS AVAILABLE UPON REQUEST

TULSI RAMANUJAM
ADDRESS AVAILABLE UPON REQUEST

TUMAMBING, CLIFFORD
ADDRESS AVAILABLE UPON REQUEST

TUMANENG, AUDREY
ADDRESS AVAILABLE UPON REQUEST

TUMBAGA, DANA
ADDRESS AVAILABLE UPON REQUEST

TUMBAS, JULIANNA
ADDRESS AVAILABLE UPON REQUEST

TUMEN, DOUG
ADDRESS AVAILABLE UPON REQUEST

TUMENIUK, TATIANA
ADDRESS AVAILABLE UPON REQUEST

TUMILTY, CINDY
ADDRESS AVAILABLE UPON REQUEST

TUMMINELLO, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

TUNA, AVO
ADDRESS AVAILABLE UPON REQUEST

TUNE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TUNELL, JOHN
ADDRESS AVAILABLE UPON REQUEST

TUNG, LIA
ADDRESS AVAILABLE UPON REQUEST

TUNGATURTHI, SASHANK
ADDRESS AVAILABLE UPON REQUEST

TUNGGAL, HERA
ADDRESS AVAILABLE UPON REQUEST

TUNGSETH, SHARON
ADDRESS AVAILABLE UPON REQUEST

TUNIS, JULIA
ADDRESS AVAILABLE UPON REQUEST

TUNKEL, LAURIE
ADDRESS AVAILABLE UPON REQUEST

TUNNELL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TUNNEY, COLEEN
ADDRESS AVAILABLE UPON REQUEST

TUNOA, SARAH
ADDRESS AVAILABLE UPON REQUEST

TUNSTALL, INDIA
ADDRESS AVAILABLE UPON REQUEST

TUNSTALL, PAM
ADDRESS AVAILABLE UPON REQUEST

TUNSTALL, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

TUOHEY, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TUOHEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

TUOHY, KATIE
ADDRESS AVAILABLE UPON REQUEST

TUOHY, SARAH
ADDRESS AVAILABLE UPON REQUEST

TUOR, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

TUOSTO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TUOZZO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TUOZZOLO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TUPLE, HANNA
ADDRESS AVAILABLE UPON REQUEST

TUPLING-ZWEIGLE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TUPLING-ZWEIGLE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

TUPPER, WADE
ADDRESS AVAILABLE UPON REQUEST

TUPYCHAK, KASIA
ADDRESS AVAILABLE UPON REQUEST

TURANO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

TURANO, DAWN
ADDRESS AVAILABLE UPON REQUEST

TURANSKY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

TURAS, CINDY
ADDRESS AVAILABLE UPON REQUEST

TURAY, DEVON
ADDRESS AVAILABLE UPON REQUEST

TURAY, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TURAY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

TURBAK, RITA
ADDRESS AVAILABLE UPON REQUEST

TURBENSON, JOHN
ADDRESS AVAILABLE UPON REQUEST

TURBES, CORINNA
ADDRESS AVAILABLE UPON REQUEST

TURBEVILLE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

TURBO CHILLED AIR CONDITIONING INC.
7231 ATOLL AVENUE
NORTH HOLLYWOOD, CA  91605

TURCENO, IRENE
ADDRESS AVAILABLE UPON REQUEST

TURCHAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

TURCIOS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

TURCIOS, KRISSIA
ADDRESS AVAILABLE UPON REQUEST

TURCIOS, LEONEL
ADDRESS AVAILABLE UPON REQUEST

TURCO, GLENN
ADDRESS AVAILABLE UPON REQUEST

TURCO, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

TURCO, LISA
ADDRESS AVAILABLE UPON REQUEST

TURCONI, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

TURCOOS, GILMA
ADDRESS AVAILABLE UPON REQUEST

TURCOTTE, ANNALYSA
ADDRESS AVAILABLE UPON REQUEST

TURCOTTE, JOSIANNE
ADDRESS AVAILABLE UPON REQUEST

TURCOTTE, LUCIE
ADDRESS AVAILABLE UPON REQUEST

TURCOTTE, PAT
ADDRESS AVAILABLE UPON REQUEST

TURCOTTE-BIXBY, ALLIE
ADDRESS AVAILABLE UPON REQUEST

TURDEV, ALISHER
ADDRESS AVAILABLE UPON REQUEST

TURER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TUREK, MORIAH
ADDRESS AVAILABLE UPON REQUEST

TURENNE, ITHAMAR
ADDRESS AVAILABLE UPON REQUEST

TURGEON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TURI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TURI, STEVEN
ADDRESS AVAILABLE UPON REQUEST

TURIANO, JAMES
ADDRESS AVAILABLE UPON REQUEST

TURIN, ELISE
ADDRESS AVAILABLE UPON REQUEST

TURINAS, ADAM
ADDRESS AVAILABLE UPON REQUEST

TURINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TURIS, CHANAH
ADDRESS AVAILABLE UPON REQUEST

TURJMAN, BIANCA
ADDRESS AVAILABLE UPON REQUEST

TURK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

TURK, ERIN
ADDRESS AVAILABLE UPON REQUEST

TURK, GEORGINE
ADDRESS AVAILABLE UPON REQUEST

TURK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

TURKE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

TURKHIA, RIA
ADDRESS AVAILABLE UPON REQUEST

TURKIYA, YEKATERINA
ADDRESS AVAILABLE UPON REQUEST

TURLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

TURLEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

TURLEY, ISABEL
ADDRESS AVAILABLE UPON REQUEST

TURLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TURLEY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TURLEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TURLINGTON, MARY
ADDRESS AVAILABLE UPON REQUEST

TURMAN, ANN
ADDRESS AVAILABLE UPON REQUEST

TURN KEY WINE BRANDS LLC
132 EAST CARRILLO STREET
SANTA BARBARA, CA  93101

TURN KEY WINE BRANDS LLC
PO BOX 1181
SANTA BARBARA, CA  93102

TURNAGE, JOHN
ADDRESS AVAILABLE UPON REQUEST

TURNAGE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TURNBAUGH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

TURNBOUGH, A
ADDRESS AVAILABLE UPON REQUEST

TURNBOUGH, DENNIS
ADDRESS AVAILABLE UPON REQUEST

TURNBOUGH, JEFF
ADDRESS AVAILABLE UPON REQUEST

TURNBOUGH, ZEDRICK
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, CHAD
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, MATT
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, PAULA
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, STACEY
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, TABITHA
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, TRUDI
ADDRESS AVAILABLE UPON REQUEST

TURNBULL, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TURNER PR
44 COOK ST. SUITE 650
DENVER, CO  80206

TURNER SR, ANDREE
ADDRESS AVAILABLE UPON REQUEST

TURNER WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

TURNER, AISHA
ADDRESS AVAILABLE UPON REQUEST

TURNER, ALFRED
ADDRESS AVAILABLE UPON REQUEST

TURNER, ALICE
ADDRESS AVAILABLE UPON REQUEST

TURNER, AMY
ADDRESS AVAILABLE UPON REQUEST

TURNER, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

TURNER, ANNA-MARIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, APRIL
ADDRESS AVAILABLE UPON REQUEST

TURNER, ARWEN
ADDRESS AVAILABLE UPON REQUEST

TURNER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

TURNER, BETH
ADDRESS AVAILABLE UPON REQUEST

TURNER, BETHANY
ADDRESS AVAILABLE UPON REQUEST

TURNER, BREE
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRENT
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRENT
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRENT
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRIONNA
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TURNER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

TURNER, BROOKS
ADDRESS AVAILABLE UPON REQUEST

TURNER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TURNER, CAROL
ADDRESS AVAILABLE UPON REQUEST

TURNER, CASIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

TURNER, CERI
ADDRESS AVAILABLE UPON REQUEST

TURNER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TURNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TURNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TURNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

TURNER, CINDY
ADDRESS AVAILABLE UPON REQUEST

TURNER, COLETTE
ADDRESS AVAILABLE UPON REQUEST

TURNER, CYNDI
ADDRESS AVAILABLE UPON REQUEST

TURNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, DARIEN
ADDRESS AVAILABLE UPON REQUEST

TURNER, DAVID
ADDRESS AVAILABLE UPON REQUEST

TURNER, DEEPIKA
ADDRESS AVAILABLE UPON REQUEST

TURNER, DELIGHT
ADDRESS AVAILABLE UPON REQUEST

TURNER, DILLON
ADDRESS AVAILABLE UPON REQUEST

TURNER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

TURNER, EARL
ADDRESS AVAILABLE UPON REQUEST

TURNER, ELAINE
ADDRESS AVAILABLE UPON REQUEST

TURNER, ELISHA
ADDRESS AVAILABLE UPON REQUEST

TURNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TURNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TURNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TURNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

TURNER, ERICA
ADDRESS AVAILABLE UPON REQUEST

TURNER, ERICAH
ADDRESS AVAILABLE UPON REQUEST

TURNER, EVAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, FLOYD
ADDRESS AVAILABLE UPON REQUEST

TURNER, GRACE
ADDRESS AVAILABLE UPON REQUEST

TURNER, GWENNAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, HALLIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TURNER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TURNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TURNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TURNER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

TURNER, ISABEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TURNER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

TURNER, JACQUANA
ADDRESS AVAILABLE UPON REQUEST

TURNER, JAMIEKA
ADDRESS AVAILABLE UPON REQUEST

TURNER, JANET
ADDRESS AVAILABLE UPON REQUEST

TURNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TURNER, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

TURNER, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

TURNER, KAI
ADDRESS AVAILABLE UPON REQUEST

TURNER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

TURNER, KAREN
ADDRESS AVAILABLE UPON REQUEST

TURNER, KASEY
ADDRESS AVAILABLE UPON REQUEST

TURNER, KATE
ADDRESS AVAILABLE UPON REQUEST

TURNER, KATI
ADDRESS AVAILABLE UPON REQUEST

TURNER, KAYTLIN
ADDRESS AVAILABLE UPON REQUEST

TURNER, KERRY
ADDRESS AVAILABLE UPON REQUEST

TURNER, KYLE
ADDRESS AVAILABLE UPON REQUEST

TURNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

TURNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

TURNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TURNER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, LEDEIDRE
ADDRESS AVAILABLE UPON REQUEST

TURNER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, LINDA
ADDRESS AVAILABLE UPON REQUEST

TURNER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

TURNER, LISA
ADDRESS AVAILABLE UPON REQUEST

TURNER, LOUISE
ADDRESS AVAILABLE UPON REQUEST

TURNER, MADELINE
ADDRESS AVAILABLE UPON REQUEST

TURNER, MALLORY
ADDRESS AVAILABLE UPON REQUEST

TURNER, MARIEKA
ADDRESS AVAILABLE UPON REQUEST

TURNER, MARIEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, MARK
ADDRESS AVAILABLE UPON REQUEST

TURNER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

TURNER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TURNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TURNER, MERLE
ADDRESS AVAILABLE UPON REQUEST

TURNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TURNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TURNER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, NICK
ADDRESS AVAILABLE UPON REQUEST

TURNER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

TURNER, PAULA
ADDRESS AVAILABLE UPON REQUEST

TURNER, PENETHIA R
ADDRESS AVAILABLE UPON REQUEST

TURNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, REAGAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

TURNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TURNER, ROMAYNE
ADDRESS AVAILABLE UPON REQUEST

TURNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TURNER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

TURNER, SARA
ADDRESS AVAILABLE UPON REQUEST

TURNER, SARA
ADDRESS AVAILABLE UPON REQUEST

TURNER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TURNER, SHANE
ADDRESS AVAILABLE UPON REQUEST

TURNER, SHAWNDA
ADDRESS AVAILABLE UPON REQUEST

TURNER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

TURNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

TURNER, SYLVIE
ADDRESS AVAILABLE UPON REQUEST

TURNER, TASMIN
ADDRESS AVAILABLE UPON REQUEST

TURNER, TATUN
ADDRESS AVAILABLE UPON REQUEST

TURNER, TAVARI
ADDRESS AVAILABLE UPON REQUEST

TURNER, TERRELL
ADDRESS AVAILABLE UPON REQUEST

TURNER, TERRI
ADDRESS AVAILABLE UPON REQUEST

TURNER, THOMAS JONATHAN
ADDRESS AVAILABLE UPON REQUEST

TURNER, TRACI
ADDRESS AVAILABLE UPON REQUEST

TURNER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

TURNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

TURNER, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

TURNEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TURNIER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

TURNS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TURNURE, JOAN
ADDRESS AVAILABLE UPON REQUEST

TUROCY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TURON-DIAZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TUROWSKI, LANNON
ADDRESS AVAILABLE UPON REQUEST

TURP, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TURPEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

TURPIN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TURPIN, JASON
ADDRESS AVAILABLE UPON REQUEST

TURRELL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

TURRENTINE, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

TURRENTINE, TRENTON
ADDRESS AVAILABLE UPON REQUEST

TURRILL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

TURTON, JANE
ADDRESS AVAILABLE UPON REQUEST

TURTON, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TURTZ, AMY
ADDRESS AVAILABLE UPON REQUEST

TURVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TURVIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

TUSA, EVA
ADDRESS AVAILABLE UPON REQUEST

TUSAVITZ, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

TUSCHEN, WINIFRED
ADDRESS AVAILABLE UPON REQUEST

TUSCIUK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

TUSHAR SUBHASH SUTTATI
ADDRESS AVAILABLE UPON REQUEST

TUSHAR VIG
ADDRESS AVAILABLE UPON REQUEST

TUSHUP, LYNN
ADDRESS AVAILABLE UPON REQUEST

TUSSEY, BRANDEN
ADDRESS AVAILABLE UPON REQUEST

TUSSY, SHELA
ADDRESS AVAILABLE UPON REQUEST

TUTELA, DANA
ADDRESS AVAILABLE UPON REQUEST

TUTELA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

TUTER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

TUTEWILER, JULIE
ADDRESS AVAILABLE UPON REQUEST

TUTIVEN, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TUTIVEN, LORENA
ADDRESS AVAILABLE UPON REQUEST

TUTKO, MARIE
ADDRESS AVAILABLE UPON REQUEST

TUTOR, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

TUTT, BETH
ADDRESS AVAILABLE UPON REQUEST

TUTT, PAIGE
ADDRESS AVAILABLE UPON REQUEST

TUTT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

TUTTELMAN, ILYSSA
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, BETHANY
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, BILL
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, DEK
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, RICKEY ANNE
ADDRESS AVAILABLE UPON REQUEST

TUTTLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

TUTTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TUTUNJIAN, LIZA
ADDRESS AVAILABLE UPON REQUEST

TUUK, EMILY
ADDRESS AVAILABLE UPON REQUEST

TUWANDA SPINKS
ADDRESS AVAILABLE UPON REQUEST

TUYA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

TUZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

TUZHILIN, ALIYA
ADDRESS AVAILABLE UPON REQUEST

TVEIDT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TVETEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TVGLA
5340 ALLA ROAD STE 100
LOS ANGELES, CA  90066

TVRDIK, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

TW TELECOM
1025 ELDORADO BLVD
BROOMFIELD, CO  80021

TW TELECOM
PO BOX 172567
DENVER, CO  80217-2567

TWADDELL, KENZIE
ADDRESS AVAILABLE UPON REQUEST

TWADDLE, JOSH
ADDRESS AVAILABLE UPON REQUEST

TWAIT, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

TWAITES, ROBIN
ADDRESS AVAILABLE UPON REQUEST

TWEDT, ADAM
ADDRESS AVAILABLE UPON REQUEST

TWEED, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

TWEEDIE, JUDY
ADDRESS AVAILABLE UPON REQUEST

TWEEDT, ALI
ADDRESS AVAILABLE UPON REQUEST

TWEEDY, JAMES
ADDRESS AVAILABLE UPON REQUEST

TWEEDY, MARSHA
ADDRESS AVAILABLE UPON REQUEST

TWEET, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TWEHOUS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

TWEHOUS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TWEHUS, SARAH
ADDRESS AVAILABLE UPON REQUEST

TWELLMAN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TWENTY-ONE WINE & SPIRITS
6916 NE 4TH AVE
MIAMI, FL  33138

TWERBERG, GORDON
ADDRESS AVAILABLE UPON REQUEST

TWIBELL, MARCI
ADDRESS AVAILABLE UPON REQUEST

TWIGG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

TWILIO
ADDRESS UNAVAILABLE AT TIME OF FILING

TWILLEY, HELEN
ADDRESS AVAILABLE UPON REQUEST

TWILLEY, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

TWILLMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TWINING, JAMES
ADDRESS AVAILABLE UPON REQUEST

TWINNING, EILEEN
ADDRESS AVAILABLE UPON REQUEST

TWINSPIRATIONAL
225 5TH AVENUE APT 5H
NEW YORK, NY  10010

TWISS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

TWIST, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

TWITTER, INC
1355 MARKET ST STE 900
SAN FRANCISCO, CA  94103

TWO MANAGEMENT
8438 MELROSE PL. 2ND FLOOR
LOS ANGELES, CA  90069

TWO NIL, LLC
5510 LINCOLN BLVD, SUITE 410
LOS ANGELES, CA  90094

TWO PARTS
2400 CURTIS ST. STUDIO 6
DENVER, CO  80205-2630

TWOMBLY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TWOMBLY, COREY
ADDRESS AVAILABLE UPON REQUEST

TWOMBLY, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

TWOMEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

TWOREK, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

TWORKOWSKI, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TX ALCOHOLIC BEVERAGE COMMISSION
427 W 20TH ST 600
HOUSTON, TX  77008

TX COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX  78714-9348

TY, ROSE
ADDRESS AVAILABLE UPON REQUEST

TYAGI, AARTI
ADDRESS AVAILABLE UPON REQUEST

TYAGI, ARTI
ADDRESS AVAILABLE UPON REQUEST

TYAGI, CHIRANSHI
ADDRESS AVAILABLE UPON REQUEST

TYAGUR, TARAS
ADDRESS AVAILABLE UPON REQUEST

TYBURSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

TYBURSKI, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

TYCHOLIZ, SCOTT
ADDRESS AVAILABLE UPON REQUEST

TYE, EMMA
ADDRESS AVAILABLE UPON REQUEST

TYE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

TYE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

TYER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

TYESSEN SMITH
ADDRESS AVAILABLE UPON REQUEST

TYHANIC, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

TYHOSKY, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

TYKOL, GEORGE
ADDRESS AVAILABLE UPON REQUEST

TYLER BARNETT
ADDRESS AVAILABLE UPON REQUEST

TYLER BRUCE MCKIBBEN
ADDRESS AVAILABLE UPON REQUEST

TYLER COX
ADDRESS AVAILABLE UPON REQUEST

TYLER EVERT
ADDRESS AVAILABLE UPON REQUEST

TYLER GALLAUDET
ADDRESS AVAILABLE UPON REQUEST

TYLER GREENFIELD
ADDRESS AVAILABLE UPON REQUEST

TYLER JOHN WILFLEY
ADDRESS AVAILABLE UPON REQUEST

TYLER JOHNSON
ADDRESS AVAILABLE UPON REQUEST

TYLER LEVEY
ADDRESS AVAILABLE UPON REQUEST

TYLER MARVIN
ADDRESS AVAILABLE UPON REQUEST

TYLER MAYO
ADDRESS AVAILABLE UPON REQUEST

TYLER MCGREEVEY
ADDRESS AVAILABLE UPON REQUEST

TYLER SPANGLER
ADDRESS AVAILABLE UPON REQUEST

TYLER STANLEY KIMBALL
ADDRESS AVAILABLE UPON REQUEST

TYLER WASMAN
ADDRESS AVAILABLE UPON REQUEST

TYLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

TYLER, ARIANA
ADDRESS AVAILABLE UPON REQUEST

TYLER, BAILEE
ADDRESS AVAILABLE UPON REQUEST

TYLER, BRYTTANY
ADDRESS AVAILABLE UPON REQUEST

TYLER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

TYLER, CHARITY
ADDRESS AVAILABLE UPON REQUEST

TYLER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

TYLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TYLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

TYLER, CJ
ADDRESS AVAILABLE UPON REQUEST

TYLER, DENISE
ADDRESS AVAILABLE UPON REQUEST

TYLER, DIANE
ADDRESS AVAILABLE UPON REQUEST

TYLER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

TYLER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

TYLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

TYLER, MAC
ADDRESS AVAILABLE UPON REQUEST

TYLER, MARY
ADDRESS AVAILABLE UPON REQUEST

TYLER, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

TYLER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

TYLER, NICOL
ADDRESS AVAILABLE UPON REQUEST

TYLER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

TYLER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

TYLICKI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

TYLINSKI, ALEYA
ADDRESS AVAILABLE UPON REQUEST

TYLIPAKIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

TYLKI, DANIELE
ADDRESS AVAILABLE UPON REQUEST

TYLLER KERRIGAN-NICHOLS
ADDRESS AVAILABLE UPON REQUEST

TYMA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

TYMAN, TANIA
ADDRESS AVAILABLE UPON REQUEST

TYNAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

TYNAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

TYNAN, PAUL
ADDRESS AVAILABLE UPON REQUEST

TYNDALL, PRINCE LLC. KINGSLEY
ADDRESS AVAILABLE UPON REQUEST

TYNE, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

TYNER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

TYNER, SARA
ADDRESS AVAILABLE UPON REQUEST

TYO, ABBY
ADDRESS AVAILABLE UPON REQUEST

TYRAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

TYREE PETTY-WILLIAMS
ADDRESS AVAILABLE UPON REQUEST

TYREE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

TYREE, ELAINA
ADDRESS AVAILABLE UPON REQUEST

TYREE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

TYREE, KRISTI
ADDRESS AVAILABLE UPON REQUEST

TYREE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

TYRELL, CHERYL
ADDRESS AVAILABLE UPON REQUEST

TYROLER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

TYROWN WAIGANA
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, BRENDA
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, CONNOR
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, CRAIG
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, LIZ
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

TYRRELL, TRISTEN
ADDRESS AVAILABLE UPON REQUEST

TYSER, BECKY
ADDRESS AVAILABLE UPON REQUEST

TYSKA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

TYSON FRENCH
ADDRESS AVAILABLE UPON REQUEST

TYSON, BARBARA
ADDRESS AVAILABLE UPON REQUEST

TYSON, DIALLO
ADDRESS AVAILABLE UPON REQUEST

TYSON, JANET
ADDRESS AVAILABLE UPON REQUEST

TYSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

TYSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

TYSON, NYROBI
ADDRESS AVAILABLE UPON REQUEST

TYSON, PILAR
ADDRESS AVAILABLE UPON REQUEST

TYSON, SHALYCE
ADDRESS AVAILABLE UPON REQUEST

TYTARENKO, ALEX
ADDRESS AVAILABLE UPON REQUEST

TYUS, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

TZAIG, GUY
ADDRESS AVAILABLE UPON REQUEST

TZENKOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

TZINARES, THEODORA
ADDRESS AVAILABLE UPON REQUEST

TZOTZOLAS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

TZOURIS, TALIA
ADDRESS AVAILABLE UPON REQUEST

U.P.S
ADDRESS UNAVAILABLE AT TIME OF FILING

U.S. DEPT HEALTH & HUMAN SERVICES
200 INDEPENDENCE AVE, SW
WASHINGTON, DC 20201

U.S. DEPT OF STATE
DIRECTORATE OF DEFENCE TRADE
CONTROLS
COMPLIANCE & REGISTRATION DIV
WASHINGTON, DC 20522-0112

U.S. CONSUMER PRODUCT SAFETY
COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814

U.S. CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20229

U.S. DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVENUE, S.W.
WASHINGTON, DC 20250

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF TREASURY
ALCOHOL AND TOBACCO TAX AND TRADE
BUREAU
1310 G STREET NW, BOX 12
WASHINGTON, DC 20005

U.S. ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20460

U.S. FOOD AND DRUG ADMINISTRATION
10903 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20993

U25 VENTURES GMBH
ADDRESS AVAILABLE UPON REQUEST

UANINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

UBALDO, CASSIE
ADDRESS AVAILABLE UPON REQUEST

UBER FREIGHT LLC
555 MARKET STREET
SAN FRANCISCO, CA 94105

UBER TECHNOLOGIES, INC.
1455 MARKET ST. 4TH FLOOR
SAN FRANCISCO, CA 94103

UBER
1455 MARKET ST. 4TH FLOOR
SAN FRANCISCO, CA 94103

UBERCONFERENCE
ADDRESS UNAVAILABLE AT TIME OF FILING

UBHAYAKER, RIDHI
ADDRESS AVAILABLE UPON REQUEST

UBIDE, ANGEL
ADDRESS AVAILABLE UPON REQUEST

UBILLA, REBECA
ADDRESS AVAILABLE UPON REQUEST

UBINA, MARIA ELENA
ADDRESS AVAILABLE UPON REQUEST

UBS FIN SVCS LLC (0221)
ATTN PROXY DEPT - JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN, NJ 07086

UBS SECS LLC (0642)
ATTN MICHAEL HALLET OR PROXY MGR
PROXY DEPT
315 DEADRICK ST
NASHVILLE, TN 37238

UCCELLO, PAULINE
ADDRESS AVAILABLE UPON REQUEST

UCCIFERRI, JACK
ADDRESS AVAILABLE UPON REQUEST

UCDAVIS
ADDRESS UNAVAILABLE AT TIME OF FILING

UCEDA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

UCHE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

UCHECHUKWU CHINEDU NNAMDI
ADDRESS AVAILABLE UPON REQUEST

UCHI, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

UDANI, JAISON
ADDRESS AVAILABLE UPON REQUEST

UDAWATTA, RISUN
ADDRESS AVAILABLE UPON REQUEST

UDDEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

UDDIN, SHAKIL
ADDRESS AVAILABLE UPON REQUEST

UDE, DIANE
ADDRESS AVAILABLE UPON REQUEST

UDEH, JAMIE
ADDRESS AVAILABLE UPON REQUEST

UDELHOVEN, VENESSA
ADDRESS AVAILABLE UPON REQUEST

UDELL, BRUCE
ADDRESS AVAILABLE UPON REQUEST

UDELL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

UDELL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

UDEMY.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

UDEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

UDESH, RESHMI
ADDRESS AVAILABLE UPON REQUEST

UDIJOHN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

UDIS
ADDRESS UNAVAILABLE AT TIME OF FILING

UDLER, LEA
ADDRESS AVAILABLE UPON REQUEST

UDOH, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

UDONI, KARISSA
ADDRESS AVAILABLE UPON REQUEST

UDOYE, FERDINAND
ADDRESS AVAILABLE UPON REQUEST

UDRIJA, EMINA
ADDRESS AVAILABLE UPON REQUEST

UDSTRAND, GRANT
ADDRESS AVAILABLE UPON REQUEST

UDVARI, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

UEBBING, EMILY
ADDRESS AVAILABLE UPON REQUEST

UECKE, TATUM
ADDRESS AVAILABLE UPON REQUEST

UECKER-FLINK, DIANE
ADDRESS AVAILABLE UPON REQUEST

UEHARA, KAHEALANI
ADDRESS AVAILABLE UPON REQUEST

UEHLING, JOHN
ADDRESS AVAILABLE UPON REQUEST

UEKI, TAKAKO
ADDRESS AVAILABLE UPON REQUEST

UELAND, MADELYN
ADDRESS AVAILABLE UPON REQUEST

UEMURA, YURI
ADDRESS AVAILABLE UPON REQUEST

UENO, SHIMA
ADDRESS AVAILABLE UPON REQUEST

UERLINGS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

UEYAMA, MIEKO
ADDRESS AVAILABLE UPON REQUEST

UFER, BEV
ADDRESS AVAILABLE UPON REQUEST

UFER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

UFERT, BAILEE
ADDRESS AVAILABLE UPON REQUEST

UFFELMAN, MOLLY
ADDRESS AVAILABLE UPON REQUEST

UFFMAN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

UFFORD, JENNY
ADDRESS AVAILABLE UPON REQUEST

UGARPH, CINDY
ADDRESS AVAILABLE UPON REQUEST

UGARTE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

UGARTE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

UGEL, BOB
ADDRESS AVAILABLE UPON REQUEST

UGGOWITZER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

UGIS STRAUSS
ADDRESS AVAILABLE UPON REQUEST

UGLAND, ANDREA
ADDRESS AVAILABLE UPON REQUEST

UGONABO, NKEMJIKA
ADDRESS AVAILABLE UPON REQUEST

UGORETZ, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

UHAS, BETHANY
ADDRESS AVAILABLE UPON REQUEST

U-HAUL OF WILMINGTON
ADDRESS UNAVAILABLE AT TIME OF FILING

UHAUL
ADDRESS UNAVAILABLE AT TIME OF FILING

UHER, JARED
ADDRESS AVAILABLE UPON REQUEST

UHER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

UHL, ASTRID
ADDRESS AVAILABLE UPON REQUEST

UHL, IAN
ADDRESS AVAILABLE UPON REQUEST

UHL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

UHLAND, JACOB
ADDRESS AVAILABLE UPON REQUEST

UHLENHAKE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

UHLENKOTT, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

UHLER, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

UHLICH, JULIENNE
ADDRESS AVAILABLE UPON REQUEST

UHLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

UHLMEYER, CAYLA
ADDRESS AVAILABLE UPON REQUEST

UHLS, ANN BEHREND-
ADDRESS AVAILABLE UPON REQUEST

UHM, ANDREW
ADDRESS AVAILABLE UPON REQUEST

UHR, ALEX
ADDRESS AVAILABLE UPON REQUEST

UHRICH, GINA
ADDRESS AVAILABLE UPON REQUEST

UHRICH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

UHRMACHER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

UJCICH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

UKEILEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

UKI, HISAE
ADDRESS AVAILABLE UPON REQUEST

UKIAH WINE CACHE LLC
160 PARDUCCI ROAD
UKIAH, CA  95482

UKO, EMEM
ADDRESS AVAILABLE UPON REQUEST

ULAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ULATE, DAVID
ADDRESS AVAILABLE UPON REQUEST

ULBRICH, ABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ULBRICH, SARA
ADDRESS AVAILABLE UPON REQUEST

ULDRICH, CINDY
ADDRESS AVAILABLE UPON REQUEST

ULDRICH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ULEN, GREGA
ADDRESS AVAILABLE UPON REQUEST

ULF, ABBY
ADDRESS AVAILABLE UPON REQUEST

ULFIG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ULFSRUD, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ULICSNI, EMILIE
ADDRESS AVAILABLE UPON REQUEST

ULIN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

ULINE, INC.
12575 ULIINE DRIVE
PLEASANT PRAIRIE, WI  53158

ULINE, INC.
ULINE SHIPPING SUPPLIES
PO BOX 88741
CHICAGO, IL  60680-1741

ULIVI, MARIA
ADDRESS AVAILABLE UPON REQUEST

ULKINS, DOUG
ADDRESS AVAILABLE UPON REQUEST

ULLAH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ULLAH, NEIKI
ADDRESS AVAILABLE UPON REQUEST

ULLAL, SEEMA
ADDRESS AVAILABLE UPON REQUEST

ULLER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ULLMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ULLMAN, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

ULLOA, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

ULLOA, LARISSA
ADDRESS AVAILABLE UPON REQUEST

ULLOA, PETERJOHN
ADDRESS AVAILABLE UPON REQUEST

ULLOA, ROSA
ADDRESS AVAILABLE UPON REQUEST

ULLOA, YADIRA
ADDRESS AVAILABLE UPON REQUEST

ULLOM, CAMBRIA
ADDRESS AVAILABLE UPON REQUEST

ULLRICH, LINDA
ADDRESS AVAILABLE UPON REQUEST

ULLRICH, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ULLUM, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

ULMER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ULMER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ULMER, ROB
ADDRESS AVAILABLE UPON REQUEST

ULRICH ANGELL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ULRICH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

ULRICH, ALI
ADDRESS AVAILABLE UPON REQUEST

ULRICH, CASEY
ADDRESS AVAILABLE UPON REQUEST

ULRICH, DENISE
ADDRESS AVAILABLE UPON REQUEST

ULRICH, JAMES
ADDRESS AVAILABLE UPON REQUEST

ULRICH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ULRICH, KATHY
ADDRESS AVAILABLE UPON REQUEST

ULRICH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

ULRICH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ULRICH, PAM
ADDRESS AVAILABLE UPON REQUEST

ULSH, JUDITH
ADDRESS AVAILABLE UPON REQUEST

ULSH, MARY
ADDRESS AVAILABLE UPON REQUEST

ULSTAD, DANA
ADDRESS AVAILABLE UPON REQUEST

ULSTAD, DANI
ADDRESS AVAILABLE UPON REQUEST

ULTIMATE STAFFING SERVICES
333 CITY BLVD SUITE 100
ORANGE, CA 92868

ULTIMATE STAFFING SERVICES
P.O BOX 848761
LOS ANGELES, CA 90084-8761

ULTIMATE STAFFING SERVICES
P.O. BOX 60003
ANAHEIM, CA 92812

ULTRAFINA, INC.
340 S. LEMON AVE. 1735
WALNUT, CA 91789

ULTRESS INC
ADDRESS AVAILABLE UPON REQUEST

ULUDAG, ARDA
ADDRESS AVAILABLE UPON REQUEST

ULUSOY, EMRE
ADDRESS AVAILABLE UPON REQUEST

ULVI, DARCIE
ADDRESS AVAILABLE UPON REQUEST

ULVILA, MATT
ADDRESS AVAILABLE UPON REQUEST

ULYICSNI, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

ULZII, LILLY
ADDRESS AVAILABLE UPON REQUEST

UM, TINA
ADDRESS AVAILABLE UPON REQUEST

UMALI, MARI-JO
ADDRESS AVAILABLE UPON REQUEST

UMALI, PJ
ADDRESS AVAILABLE UPON REQUEST

UMAN, DEAN
ADDRESS AVAILABLE UPON REQUEST

UMANA, EDGAR
ADDRESS AVAILABLE UPON REQUEST

UMANA, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

UMANOFF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

UMANSKY, EMILY
ADDRESS AVAILABLE UPON REQUEST

UMAR, ZAFAR
ADDRESS AVAILABLE UPON REQUEST

UMBEL, CHESSY
ADDRESS AVAILABLE UPON REQUEST

UMBERGER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

UMBLE, MAURA
ADDRESS AVAILABLE UPON REQUEST

UMEH, GAVIN-KEITH
ADDRESS AVAILABLE UPON REQUEST

UMEH, JOSIE
ADDRESS AVAILABLE UPON REQUEST

UMEMOTO, JANELL
ADDRESS AVAILABLE UPON REQUEST

UMHOLTZ, JAKE
ADDRESS AVAILABLE UPON REQUEST

UMHOLTZ, NGAIRE
ADDRESS AVAILABLE UPON REQUEST

UMLAUF, JON
ADDRESS AVAILABLE UPON REQUEST

UMOREN, INYENE
ADDRESS AVAILABLE UPON REQUEST

UMSCHWEIF, GALI
ADDRESS AVAILABLE UPON REQUEST

UMSTATTD COPE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

UMSTEAD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

UMSTEAD, SARAH
ADDRESS AVAILABLE UPON REQUEST

UN, KIT
ADDRESS AVAILABLE UPON REQUEST

UN, RAPHAEL
ADDRESS AVAILABLE UPON REQUEST

UNANGST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

UNBOUNCE
ADDRESS UNAVAILABLE AT TIME OF FILING

UNCAPHER, MELINA
ADDRESS AVAILABLE UPON REQUEST

UNCLE BILLS PANCAKE HOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

UNCRATE LLC
448 W NATIONWIDE BLVD SUITE 301
COLUMBUS, OH  43215

UNCRATE LLC
577 CEDAR ALLEY
COLUMBUS, OH  43206

UNDER ARMOUR CONNECTED FITNESS, INC.
1020 HULL STREET
BALTIMORE, MD  21230

UNDER ARMOUR CONNECTED FITNESS, INC.
211 WALTER SEAHOLM DR. STE 200
AUSTIN, TX  78701

UNDERBERG, R
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, JAYNETTE
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, KENDYL
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

UNDERHILL, SARA
ADDRESS AVAILABLE UPON REQUEST

UNDERKOFFLER, GUY
ADDRESS AVAILABLE UPON REQUEST

UNDERRINER, KATY
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, AMY
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, BILLY
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, CHARLES
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, DURINDA
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, ERIN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, ESTHER
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, LORI
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, PAUL
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, RYAN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, RYAN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, RYAN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, SARA
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, SHAWN
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, SOFEE
ADDRESS AVAILABLE UPON REQUEST

UNDERWOOD, WYATT
ADDRESS AVAILABLE UPON REQUEST

UNG, TEUNG
ADDRESS AVAILABLE UPON REQUEST

UNGAR, STACY
ADDRESS AVAILABLE UPON REQUEST

UNGARO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

UNGARO, NATALINA
ADDRESS AVAILABLE UPON REQUEST

UNGER, ALLYSE
ADDRESS AVAILABLE UPON REQUEST

UNGER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

UNGER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

UNGER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

UNGER, JESI
ADDRESS AVAILABLE UPON REQUEST

UNGER, JULIE
ADDRESS AVAILABLE UPON REQUEST

UNGER, LACEY
ADDRESS AVAILABLE UPON REQUEST

UNGER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

UNGER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

UNGER, PAULA
ADDRESS AVAILABLE UPON REQUEST

UNGER, SHARON
ADDRESS AVAILABLE UPON REQUEST

UNGRU, LEAH
ADDRESS AVAILABLE UPON REQUEST

UNICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

UNIGLICHT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

UNIKEWICZ, ELIZABETH B
ADDRESS AVAILABLE UPON REQUEST

UNIKEWICZ, W & J.
ADDRESS AVAILABLE UPON REQUEST

UNIQUES, DES
ADDRESS AVAILABLE UPON REQUEST

UNITED AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

UNITED EXPRESS MESSENGERS, INC.
2029 CENTURY PARK EAST SUITE 1150
LOS ANGELES, CA  90067

UNITED HEALTHCARE INSURANCE COMPANY
CORPORATE TAX MN008-T390
9900 BREN RD. E
MINNETONKA, MN  55343

UNITED HEALTHCARE INSURANCE COMPANY
KAY JACOBSON UNITED HEALTH CARE LISI
2677 N. MAIN STREET, SUITE 350
SANTA ANA, CA  92705

UNITED HEALTHCARE INSURANCE COMPANY
UHIC UNITEDHEALTHCARE OF CA
P.O. BOX 843118
LOS ANGELES, CA  90084-3118

UNITED HEALTHCARE INSURANCE COMPANY
UHS PREMIUM BILLING
PO BOX 94017
PALATINE, IL  60094-4017

UNITED HEALTHCARE INSURANCE COMPANY
UNITED HEALTH CARE DEPT. 846940
LOS ANGELES, CA  90084-6940

UNITED RENTALS NORTHWEST, INC
FILE 51122
LOS ANGELES, CA  90074-1122

UNITED RENTALS NORTHWEST, INC
FIVE GREENWICH OFFICE PARK
GREENWICH, CT  06831-5180

UNITED STATES DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON, DC  20210

UNITED STATES PLASTIC CORPORATION
1390 NEUBRECHT ROAD
LIMA, OH  45801-3120907

UNITED STATES PLASTIC CORPORATION
1390 NEUBRECHT ROAD
LIMA, OH  45801-3196

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

UNITED STATES TREASURY
TREASURY P.O. BOX 932700
LOUISVILLE, KY  40293-2700

UNITED TALENT AGENCY, LLC
9336 CIVIC CENTER DRIVE
BEVERLY HILLS, CA  90210

UNITED WITH LOVE BLOG, LLC.
13144 SCOTTISH HUNT LANE
BRISTOW, VA  20136

UNITED
ADDRESS UNAVAILABLE AT TIME OF FILING

UNITRANS INTERNATIONAL CORPORATIONS
709 SOUTH HINDRY AVE.
INGLEWOOD, CA  90301

UNIVERSAL STUDIOS
ADDRESS UNAVAILABLE AT TIME OF FILING

UNIVERSITY OF BEER
ADDRESS UNAVAILABLE AT TIME OF FILING

UNNATI DASS
ADDRESS AVAILABLE UPON REQUEST

UNNIKRISHNAN, VIDYA
ADDRESS AVAILABLE UPON REQUEST

UNRUH, AMY
ADDRESS AVAILABLE UPON REQUEST

UNRUH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

UNRUH, JOHN
ADDRESS AVAILABLE UPON REQUEST

UNRUH, KATIE
ADDRESS AVAILABLE UPON REQUEST

UNRUH, LEAH
ADDRESS AVAILABLE UPON REQUEST

UNSWORTH, NATASHA
ADDRESS AVAILABLE UPON REQUEST

UNTERBRINK, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

UNTHANK, MATT
ADDRESS AVAILABLE UPON REQUEST

UNTITLED ERA LLC
1 PIER 76, 408 12TH AVE
NEW YORK CITY, NY  10018

UNVERDRUSS, TJ
ADDRESS AVAILABLE UPON REQUEST

UNVERFERTH, KENNETH
ADDRESS AVAILABLE UPON REQUEST

UNVERRICH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

UNVERZAGT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

UONG, AUDREY
ADDRESS AVAILABLE UPON REQUEST

UP TO STATEMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

UP, GREEN
ADDRESS AVAILABLE UPON REQUEST

UPADHYA, VIMAL
ADDRESS AVAILABLE UPON REQUEST

UPADHYAY, KIRAN
ADDRESS AVAILABLE UPON REQUEST

UPADHYAYA, RADHIKA
ADDRESS AVAILABLE UPON REQUEST

UPCHURCH, BETH
ADDRESS AVAILABLE UPON REQUEST

UPCHURCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

UPCHURCH, LEEA
ADDRESS AVAILABLE UPON REQUEST

UPCURVE CLOUD
ADDRESS UNAVAILABLE AT TIME OF FILING

UPDIKE, JERRY
ADDRESS AVAILABLE UPON REQUEST

UPDIKE, SAM
ADDRESS AVAILABLE UPON REQUEST

UPHAUS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

UPHOFF, SARA
ADDRESS AVAILABLE UPON REQUEST

UPHOLD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

UPMANN, HALLE
ADDRESS AVAILABLE UPON REQUEST

UPPAL, PUSH
ADDRESS AVAILABLE UPON REQUEST

UPPALAPATI, AKHIL
ADDRESS AVAILABLE UPON REQUEST

UPPALLURI, MURALI
ADDRESS AVAILABLE UPON REQUEST

UPPERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

UPPSTROM, TYLER
ADDRESS AVAILABLE UPON REQUEST

UPPULURI, NISHA
ADDRESS AVAILABLE UPON REQUEST

UPRINTING.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

UPS
PO BOX 894820
LOS ANGELES, CA  90189-4820

UPSHAW, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

UPSHAW, VERANICKY
ADDRESS AVAILABLE UPON REQUEST

UPSHUR, DEANGLEO
ADDRESS AVAILABLE UPON REQUEST

UPSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

UPSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

UPSPUN, LLC (BOTTLESPARK)
2533 MT ROYAL DR
CASTLE ROCK, CO  80104

UPSTACK TECHNOLOGIES, INC.
26 BROADWAY, 8TH FLOOR
NEW YORK, NY  11225

UPSTAIRS MARKETING
675 LINCOLN AVE.
TEMPLETON, CA  93465

UPTON, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

UPTON, CARL
ADDRESS AVAILABLE UPON REQUEST

UPTON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

UPTON, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

UPTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

UPTON, KELLY
ADDRESS AVAILABLE UPON REQUEST

UPTON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

UPTON, SKYLA
ADDRESS AVAILABLE UPON REQUEST

UPWORK
ADDRESS UNAVAILABLE AT TIME OF FILING

URALSKY, LILIA
ADDRESS AVAILABLE UPON REQUEST

URANGA, LEIGH
ADDRESS AVAILABLE UPON REQUEST

URANICH, DAVID
ADDRESS AVAILABLE UPON REQUEST

URANKAR, SAM
ADDRESS AVAILABLE UPON REQUEST

URBACH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

URBAEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

URBAITES, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

URBAN DADDY
900 BROADWAY SUITE 900
NEW YORK, NY  10003

URBAN PLATES RUNWAY
ADDRESS UNAVAILABLE AT TIME OF FILING

URBAN UNITY LLC
5550 HOLLYWOOD BLVD,  642
LOS ANGELES, CA  90028

URBAN, BILLY
ADDRESS AVAILABLE UPON REQUEST

URBAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

URBAN, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

URBAN, DIANE
ADDRESS AVAILABLE UPON REQUEST

URBAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

URBAN, KIKI
ADDRESS AVAILABLE UPON REQUEST

URBAN, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

URBAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

URBAN, LORI
ADDRESS AVAILABLE UPON REQUEST

URBAN, MANUEL
ADDRESS AVAILABLE UPON REQUEST

URBAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

URBAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

URBANCIC, HILLARY
ADDRESS AVAILABLE UPON REQUEST

URBANEK, JENNA
ADDRESS AVAILABLE UPON REQUEST

URBANEK, MICAH
ADDRESS AVAILABLE UPON REQUEST

URBANELLI, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

URBANIAK, ALLISON
ADDRESS AVAILABLE UPON REQUEST

URBANIAK, DAVID
ADDRESS AVAILABLE UPON REQUEST

URBANIC, CARRIE
ADDRESS AVAILABLE UPON REQUEST

URBANO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

URBANO, KRISTY
ADDRESS AVAILABLE UPON REQUEST

URBAN-OUTFITTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

URBANOWSKI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

URBANSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

URBANSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

URBANSKI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

URBANSKI, EMA
ADDRESS AVAILABLE UPON REQUEST

URBANSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

URBANSKY, DAVID
ADDRESS AVAILABLE UPON REQUEST

URBANY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

URBAY, JOE
ADDRESS AVAILABLE UPON REQUEST

URBIETIS, SIMON
ADDRESS AVAILABLE UPON REQUEST

URBINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

URBINA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

URBINA, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

URBINA, VALERIA
ADDRESS AVAILABLE UPON REQUEST

URBONIENE, ELENA
ADDRESS AVAILABLE UPON REQUEST

URCIULLO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

URCIUOLI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

UREKE, ELINA
ADDRESS AVAILABLE UPON REQUEST

URENA, JOSE
ADDRESS AVAILABLE UPON REQUEST

URENA, SHAYLA
ADDRESS AVAILABLE UPON REQUEST

URENA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

URENA, VIRNALISA
ADDRESS AVAILABLE UPON REQUEST

URENECK, LIANNE
ADDRESS AVAILABLE UPON REQUEST

URESTE, HADLY
ADDRESS AVAILABLE UPON REQUEST

URESTI, CANDACE
ADDRESS AVAILABLE UPON REQUEST

URETA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

URFER, KELLY
ADDRESS AVAILABLE UPON REQUEST

URH, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

URI WASSERTZUG
ADDRESS AVAILABLE UPON REQUEST

URIA, ALKAPTON
ADDRESS AVAILABLE UPON REQUEST

URIAN, JOY
ADDRESS AVAILABLE UPON REQUEST

URIAN, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

URIARTE, MARCELA
ADDRESS AVAILABLE UPON REQUEST

URIARTE, SULVANA
ADDRESS AVAILABLE UPON REQUEST

URIAS, CINDY
ADDRESS AVAILABLE UPON REQUEST

URIAS, JANET
ADDRESS AVAILABLE UPON REQUEST

URIAS, KATY
ADDRESS AVAILABLE UPON REQUEST

URIBE SILVESTRE, JUAN
ADDRESS AVAILABLE UPON REQUEST

URIBE, ERIKA
ADDRESS AVAILABLE UPON REQUEST

URIBE, GRISEL
ADDRESS AVAILABLE UPON REQUEST

URIBE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

URIBE, VICTOR
ADDRESS AVAILABLE UPON REQUEST

URICH, JAMES
ADDRESS AVAILABLE UPON REQUEST

URIEGAS, PABLO
ADDRESS AVAILABLE UPON REQUEST

URIETA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

URITUS, ERIN
ADDRESS AVAILABLE UPON REQUEST

URKOSKI, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

URNESS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

URNESS, NIKKI
ADDRESS AVAILABLE UPON REQUEST

URO, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

UROSEVICH, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

URQUHART, DANIEL
ADDRESS AVAILABLE UPON REQUEST

URQUHART, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

URQUHART, JENISE
ADDRESS AVAILABLE UPON REQUEST

URQUHART, NATALIE
ADDRESS AVAILABLE UPON REQUEST

URQUIDEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

URQUIZA, KARLA
ADDRESS AVAILABLE UPON REQUEST

URQUIZO FLORES, JOHN
ADDRESS AVAILABLE UPON REQUEST

URQUIZU, CASEY
ADDRESS AVAILABLE UPON REQUEST

URREA, ANGELA
ADDRESS AVAILABLE UPON REQUEST

URRUTIA, HENRY
ADDRESS AVAILABLE UPON REQUEST

URSEM, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

URSEM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

URSERY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

URSINI, JAMES
ADDRESS AVAILABLE UPON REQUEST

URSINY, MONIKA
ADDRESS AVAILABLE UPON REQUEST

URSO, HEATHER
ADDRESS AVAILABLE UPON REQUEST

URSULA BERTRAND HINZ
ADDRESS AVAILABLE UPON REQUEST

URTEAGA, AJ
ADDRESS AVAILABLE UPON REQUEST

URTH CAFE
ADDRESS UNAVAILABLE AT TIME OF FILING

URUENA, MARIA
ADDRESS AVAILABLE UPON REQUEST

URVASHI JONEJA
ADDRESS AVAILABLE UPON REQUEST

URZUA, VICTOR
ADDRESS AVAILABLE UPON REQUEST

US AIRWAYS
ADDRESS UNAVAILABLE AT TIME OF FILING

US CUSTOMS & BORDER PATROL
ADDRESS UNAVAILABLE AT TIME OF FILING

US DEPARTMENT OF LABOR
S-2521
200 CONSITUTION AVE, NW
WASHINGTON, DC  20210

US STOP SHOP MOBILE
ADDRESS UNAVAILABLE AT TIME OF FILING

US TRUSTEE
ATTN: JANE LEAMY
844 KING STREET, SUITE 2207
WILMINGTON, DE  19801

USA REPAIRS
ADDRESS UNAVAILABLE AT TIME OF FILING

USA WINE WEST, LLC
3030 BRIDGEWAY, SUITE 127
SAUSALITO, CA  94965

USCHOLD, ERIKA
ADDRESS AVAILABLE UPON REQUEST

USDAN, AMY
ADDRESS AVAILABLE UPON REQUEST

USEFOF, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

USELMAN, AMI
ADDRESS AVAILABLE UPON REQUEST

USEN, DASSI
ADDRESS AVAILABLE UPON REQUEST

USER TESTING, INC.
2672 BAYSHORE PARKWAY  703
MOUNTAIN VIEW, CA  94043-1023

USHAKOV, ERIN
ADDRESS AVAILABLE UPON REQUEST

USHAKOVA, EKATERINA
ADDRESS AVAILABLE UPON REQUEST

USHARANI GADEY
ADDRESS AVAILABLE UPON REQUEST

USHER, CHARISSA
ADDRESS AVAILABLE UPON REQUEST

USHER, KATHY
ADDRESS AVAILABLE UPON REQUEST

USMA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

USMANOVA, FARZONA
ADDRESS AVAILABLE UPON REQUEST

USNER, JANAE
ADDRESS AVAILABLE UPON REQUEST

USORO, ANDREW
ADDRESS AVAILABLE UPON REQUEST

USORO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

USPS
ADDRESS UNAVAILABLE AT TIME OF FILING

USTJANAUSKAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

UTAH DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL
P.O. BOX 30408
SALT LAKE CITY, UT  84130-0408

UTAH DEPARTMENT OF COMMERCE
DIVISION OF CONSUMER PROTECTION
160 E 300 S 2ND FL
PO BOX 146704
SALT LAKE CITY, UT  84114-6704

UTAH DIVISION OF SECURITIES
160 EAST 300 SOUTH
2ND FLOOR
SALT LAKE CITY, UT  84111

UTAH DIVISION OF SECURITIES
PO BOX 146760
SALT LAKE CITY, UT  84114-6760

UTAH LABOR COMMISSION
160 EAST 300 SOUTH
3RD FLOOR
SALT LAKE CITY, UT  84114-6600

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT  84134

UTC VENTURE GROUP LLC
ADDRESS AVAILABLE UPON REQUEST

UTECHT, BRANDI
ADDRESS AVAILABLE UPON REQUEST

UTENDAHL, MALIK
ADDRESS AVAILABLE UPON REQUEST

UTENDAHL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

UTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

UTGAARD, CLARICE
ADDRESS AVAILABLE UPON REQUEST

UTHMAN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

UTLEY, ABBY
ADDRESS AVAILABLE UPON REQUEST

UTLEY, DANELLE
ADDRESS AVAILABLE UPON REQUEST

UTLEY, ELAYNA
ADDRESS AVAILABLE UPON REQUEST

UTLEY, ILLYSSA
ADDRESS AVAILABLE UPON REQUEST

UTLEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

UTLEY, TRACY
ADDRESS AVAILABLE UPON REQUEST

UTOMO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

UTRECHT, ADAM
ADDRESS AVAILABLE UPON REQUEST

UTSCH, RACHEL
ADDRESS AVAILABLE UPON REQUEST

UTSLER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

UTSUGI, AJA
ADDRESS AVAILABLE UPON REQUEST

UTTECH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

UTTER, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

UTTER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

UTTER, WARD
ADDRESS AVAILABLE UPON REQUEST

UTTERBERG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

UTTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

UTUPO, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

UTVICH, JORDAN
ADDRESS AVAILABLE UPON REQUEST

UTZ, ANDREW
ADDRESS AVAILABLE UPON REQUEST

UTZ, JAMIE
ADDRESS AVAILABLE UPON REQUEST

UTZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

UTZIG, CHRIS
ADDRESS AVAILABLE UPON REQUEST

UVA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

UWE PASCHKE
ADDRESS AVAILABLE UPON REQUEST

UY, KATRINA
ADDRESS AVAILABLE UPON REQUEST

UY, KYLA
ADDRESS AVAILABLE UPON REQUEST

UY, MARIA
ADDRESS AVAILABLE UPON REQUEST

UYEDA, JAMES
ADDRESS AVAILABLE UPON REQUEST

UYEDA, TAKU
ADDRESS AVAILABLE UPON REQUEST

UYENO, NATALIE
ADDRESS AVAILABLE UPON REQUEST

UZAR, EMILY
ADDRESS AVAILABLE UPON REQUEST

UZAR, PATTY
ADDRESS AVAILABLE UPON REQUEST

UZCATEGUI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

UZDEJCZYK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

UZELAC, KERSTIN
ADDRESS AVAILABLE UPON REQUEST

UZER, ABDULLAH OZGUN
ADDRESS AVAILABLE UPON REQUEST

UZER, ABDULLAH
ADDRESS AVAILABLE UPON REQUEST

UZETA, ERIC
ADDRESS AVAILABLE UPON REQUEST

UZLIK, SARAH
ADDRESS AVAILABLE UPON REQUEST

UZOR, NDIDI
ADDRESS AVAILABLE UPON REQUEST

UZUNOGLU, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

V CANNISTRARO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

V STAR BUFFET
1451 S BWY
SANTA MARIA, CA  93454

V SUAREZ & CO INC.
INDUSTRIAL LUCHETTI 300 CARRETERA 5
BAYAMON, PR  00961

V WILLS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

V, ANNE
ADDRESS AVAILABLE UPON REQUEST

V, REGINA
ADDRESS AVAILABLE UPON REQUEST

VA ALCOHOLIC BEVERAGE CONTROL
AUTHORITY
7450 FREIGHT WAY
MECHANICSVILLE, VA  23116

VA DEPT OF TAXATION
1957 WESTMORELAND ST
RICHMOND, VA  23230

VACA, SKARLETT
ADDRESS AVAILABLE UPON REQUEST

VACANTI, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VACCA, HILLARY
ADDRESS AVAILABLE UPON REQUEST

VACCA, KARA
ADDRESS AVAILABLE UPON REQUEST

VACCA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VACCARELLA, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

VACCARELLI, KATIE ANN
ADDRESS AVAILABLE UPON REQUEST

VACCARO, BRENDA
ADDRESS AVAILABLE UPON REQUEST

VACCARO, JENNA
ADDRESS AVAILABLE UPON REQUEST

VACCARO, KATIE
ADDRESS AVAILABLE UPON REQUEST

VACCARO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VACCARO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VACEK, KARI
ADDRESS AVAILABLE UPON REQUEST

VACEK, KASEY
ADDRESS AVAILABLE UPON REQUEST

VACHE, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

VACHRIS, ALISON
ADDRESS AVAILABLE UPON REQUEST

VADAKAN, PAMELA
ADDRESS AVAILABLE UPON REQUEST

VADALA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VADASSERRIL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VADEBONCOEUR, JEAN-PAUL
ADDRESS AVAILABLE UPON REQUEST

VADELLA, ENJOLIE
ADDRESS AVAILABLE UPON REQUEST

VADEN, BRENDA
ADDRESS AVAILABLE UPON REQUEST

VADEN, JORDON
ADDRESS AVAILABLE UPON REQUEST

VADER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VADILLO, LAURA
ADDRESS AVAILABLE UPON REQUEST

VADNAIS, STEVE
ADDRESS AVAILABLE UPON REQUEST

VADNEY, MARY
ADDRESS AVAILABLE UPON REQUEST

VAERNES, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

VAETH, JIMMY
ADDRESS AVAILABLE UPON REQUEST

VAETH, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAFIADIS, ALISSA
ADDRESS AVAILABLE UPON REQUEST

VAFIADIS, NOEL
ADDRESS AVAILABLE UPON REQUEST

VAGEN, GWEN
ADDRESS AVAILABLE UPON REQUEST

VAGNER, ANNA
ADDRESS AVAILABLE UPON REQUEST

VAHEY, PATRICK
ADDRESS AVAILABLE UPON REQUEST

VAHIDI, SAEID
ADDRESS AVAILABLE UPON REQUEST

VAIBHAV JAIN
ADDRESS AVAILABLE UPON REQUEST

VAIDYA, MEERA
ADDRESS AVAILABLE UPON REQUEST

VAIDYA, PARTH
ADDRESS AVAILABLE UPON REQUEST

VAIDYA, ROHAN
ADDRESS AVAILABLE UPON REQUEST

VAIL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

VAIL, ALLIE
ADDRESS AVAILABLE UPON REQUEST

VAIL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

VAIL, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

VAIL, JAIME
ADDRESS AVAILABLE UPON REQUEST

VAIL, JAN
ADDRESS AVAILABLE UPON REQUEST

VAIL, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAIL, STEVE
ADDRESS AVAILABLE UPON REQUEST

VAILLANCOURT, KASEY
ADDRESS AVAILABLE UPON REQUEST

VAILLANCOURT, RYAN
ADDRESS AVAILABLE UPON REQUEST

VAILLANT, CELESTA
ADDRESS AVAILABLE UPON REQUEST

VAILS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

VAILS, KELLY
ADDRESS AVAILABLE UPON REQUEST

VAIL-STENCEL, JENNY
ADDRESS AVAILABLE UPON REQUEST

VAINBLAT, ERIN
ADDRESS AVAILABLE UPON REQUEST

VAIO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

VAISH, ESHA
ADDRESS AVAILABLE UPON REQUEST

VAISHAMPAYAN, ADITYA
ADDRESS AVAILABLE UPON REQUEST

VAITKUS, NEDAS
ADDRESS AVAILABLE UPON REQUEST

VAITSI, MELPOMENI
ADDRESS AVAILABLE UPON REQUEST

VAITUKAITIS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VAJDA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VAKARELSKA, DIANA
ADDRESS AVAILABLE UPON REQUEST

VAKILZADEH, JADE
ADDRESS AVAILABLE UPON REQUEST

VAKSER, VLAD
ADDRESS AVAILABLE UPON REQUEST

VALACE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

VALACHOVIC, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, JESLYN
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, JULIA
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, LINDA
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, MIGUEL
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, RAY
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VALADEZ, YADIRA
ADDRESS AVAILABLE UPON REQUEST

VALADO, ED
ADDRESS AVAILABLE UPON REQUEST

VALANCE, KELSEA
ADDRESS AVAILABLE UPON REQUEST

VALANE, JEFF
ADDRESS AVAILABLE UPON REQUEST

VALANJU, ABHISHEK
ADDRESS AVAILABLE UPON REQUEST

VALARO, MARISA
ADDRESS AVAILABLE UPON REQUEST

VALASEK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VALASSIDIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

VALAVANIS, GEORGE
ADDRESS AVAILABLE UPON REQUEST

VALBUENA, GREENY
ADDRESS AVAILABLE UPON REQUEST

VALCARCEL, TONY
ADDRESS AVAILABLE UPON REQUEST

VALCHAR, NATE
ADDRESS AVAILABLE UPON REQUEST

VALCIN, GERALDA
ADDRESS AVAILABLE UPON REQUEST

VALCOURT, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALDERRAMA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VALDERRAMA, MARXIS
ADDRESS AVAILABLE UPON REQUEST

VALDES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VALDES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VALDES, BETH
ADDRESS AVAILABLE UPON REQUEST

VALDES, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

VALDES, CARMEN
ADDRESS AVAILABLE UPON REQUEST

VALDES, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VALDES, EDUARDO
ADDRESS AVAILABLE UPON REQUEST

VALDES, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALDES, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

VALDES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VALDES, JULIA
ADDRESS AVAILABLE UPON REQUEST

VALDES, LEON
ADDRESS AVAILABLE UPON REQUEST

VALDES, LUIS
ADDRESS AVAILABLE UPON REQUEST

VALDES, MARISOL
ADDRESS AVAILABLE UPON REQUEST

VALDES, ORLANDO
ADDRESS AVAILABLE UPON REQUEST

VALDES, RICARDO
ADDRESS AVAILABLE UPON REQUEST

VALDES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VALDES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VALDES, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, ALEXA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, ELAINE
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, FRANCELA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, GINA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, JENNY
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, LUCIEN
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, LYNDSIE
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, MELECIA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, MONICA
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, NANCY
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, PABLO
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, PATRICK
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, RONNEE
ADDRESS AVAILABLE UPON REQUEST

VALDEZ, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

VALDEZZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

VALDILLEZ, KALVIN
ADDRESS AVAILABLE UPON REQUEST

VALDINA, ALAINA
ADDRESS AVAILABLE UPON REQUEST

VALDINI-HERMAN, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VALDISERA, JANICE
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, A
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, JACQUI
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, JOANN
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, REMI
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, RUBY
ADDRESS AVAILABLE UPON REQUEST

VALDIVIA, TERESA
ADDRESS AVAILABLE UPON REQUEST

VALDIVIESO, WENDY
ADDRESS AVAILABLE UPON REQUEST

VALDOVINOS, KAREN
ADDRESS AVAILABLE UPON REQUEST

VALDOVINOS, KAREN
ADDRESS AVAILABLE UPON REQUEST

VALDRIGHI, CHARLES
ADDRESS AVAILABLE UPON REQUEST

VALE, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

VALECHA, LEENA
ADDRESS AVAILABLE UPON REQUEST

VALEHHZU, BENYAH
ADDRESS AVAILABLE UPON REQUEST

VALEK, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

VALENCI, JESUS
ADDRESS AVAILABLE UPON REQUEST

VALENCIA TIBBITTS, CORINA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, ANDREW
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, ANTHONELLA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, ARLENE
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, BRYN
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, CONNIE
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, KARLA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, NICO
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, ROCIO
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, SERGIO
ADDRESS AVAILABLE UPON REQUEST

VALENCIA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VALENCIANO, HEAVEN
ADDRESS AVAILABLE UPON REQUEST

VALENCIC, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VALENS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VALENTA, AILEEN
ADDRESS AVAILABLE UPON REQUEST

VALENTA, ROSE
ADDRESS AVAILABLE UPON REQUEST

VALENTE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VALENTE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

VALENTE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VALENTE, ERIN
ADDRESS AVAILABLE UPON REQUEST

VALENTE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VALENTE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VALENTE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VALENTI HUFF, DARBIE
ADDRESS AVAILABLE UPON REQUEST

VALENTI, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VALENTI, JANET
ADDRESS AVAILABLE UPON REQUEST

VALENTI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

VALENTI, NEISSA
ADDRESS AVAILABLE UPON REQUEST

VALENTI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VALENTIM, MARIE
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, DESIRAE
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, LETIZIA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, LOUE
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, MARCELLIS
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, MIKE
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, REBEKKA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, SHANICA
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

VALENTIN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

VALENTINA HARPER
1020 BATTLEFIELD DR
NASHVILLE, TN  37204

VALENTINA SHERSHNEVSKY
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, AMY
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, CAROL
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, ELLA
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, ERICA
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, JEN
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, JIM
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, KALEN
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VALENTINE, NICK
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VALENTINO, SARA
ADDRESS AVAILABLE UPON REQUEST

VALENTOUR, LEONA
ADDRESS AVAILABLE UPON REQUEST

VALENTY, CASEY
ADDRESS AVAILABLE UPON REQUEST

VALENZANO, GISELLE
ADDRESS AVAILABLE UPON REQUEST

VALENZIANO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, AMBER
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, BRADLY
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, JULIA
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, LA VIDA
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, LINDA
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, LORENA
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, MARIA
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, NIKOLAS
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, PATTY
ADDRESS AVAILABLE UPON REQUEST

VALENZUELA, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

VALERI, JACINTA
ADDRESS AVAILABLE UPON REQUEST

VALERI, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

VALERIA GAIL COLLIER-VICK
ADDRESS AVAILABLE UPON REQUEST

VALERIAN, MAGDA
ADDRESS AVAILABLE UPON REQUEST

VALERIE ANN RITACCO
ADDRESS AVAILABLE UPON REQUEST

VALERIE BORDELON
ADDRESS AVAILABLE UPON REQUEST

VALERIE COLQUITT
ADDRESS AVAILABLE UPON REQUEST

VALERIE DANA TARANGELO
ADDRESS AVAILABLE UPON REQUEST

VALERIE DUVAL
ADDRESS AVAILABLE UPON REQUEST

VALERIE ELLS
ADDRESS AVAILABLE UPON REQUEST

VALERIE MELENDEZ
ADDRESS AVAILABLE UPON REQUEST

VALERIE NAZIMEK
ADDRESS AVAILABLE UPON REQUEST

VALERIE QUERNS
ADDRESS AVAILABLE UPON REQUEST

VALERIE RENEE CLOUD
ADDRESS AVAILABLE UPON REQUEST

VALERIE SAENZ
ADDRESS AVAILABLE UPON REQUEST

VALERIE SEMERAN
ADDRESS AVAILABLE UPON REQUEST

VALERIE WARD
ADDRESS AVAILABLE UPON REQUEST

VALERIE, EMMA
ADDRESS AVAILABLE UPON REQUEST

VALERIO SPINACI
ADDRESS AVAILABLE UPON REQUEST

VALERIO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VALERIO, BEN
ADDRESS AVAILABLE UPON REQUEST

VALERIO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VALERIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VALERIO, EMIL
ADDRESS AVAILABLE UPON REQUEST

VALERIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VALERIUS, ADELE
ADDRESS AVAILABLE UPON REQUEST

VALERO DE NAVARRO, LILIANA
ADDRESS AVAILABLE UPON REQUEST

VALERO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VALEROS, RUDEMIL
ADDRESS AVAILABLE UPON REQUEST

VALERY PARHAM
ADDRESS AVAILABLE UPON REQUEST

VALERY SEPULVEDA WELCKER
ADDRESS AVAILABLE UPON REQUEST

VALERY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

VALET
ADDRESS UNAVAILABLE AT TIME OF FILING

VALEZ JR, PEDRO
ADDRESS AVAILABLE UPON REQUEST

VALHUERDI, CAMELIA
ADDRESS AVAILABLE UPON REQUEST

VALIENTE, CELESTINA
ADDRESS AVAILABLE UPON REQUEST

VALIENTE, DALIA
ADDRESS AVAILABLE UPON REQUEST

VALIENTE, ERICA
ADDRESS AVAILABLE UPON REQUEST

VALIM, JAIME
ADDRESS AVAILABLE UPON REQUEST

VALIM, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

VALIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VALINO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VALINSKY, NATALIA
ADDRESS AVAILABLE UPON REQUEST

VALIOTIS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VALIPLACKAL, DREXELL
ADDRESS AVAILABLE UPON REQUEST

VALJEE, SHRUTI
ADDRESS AVAILABLE UPON REQUEST

VALKENBURG, SUE
ADDRESS AVAILABLE UPON REQUEST

VALLADARES, ENA
ADDRESS AVAILABLE UPON REQUEST

VALLADARES, MARIA DE
ADDRESS AVAILABLE UPON REQUEST

VALLADARES, ROLANDO
ADDRESS AVAILABLE UPON REQUEST

VALLAIRE, KIM
ADDRESS AVAILABLE UPON REQUEST

VALLALA, VEDO
ADDRESS AVAILABLE UPON REQUEST

VALLARTA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VALLASTER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

VALLAT, BRYANT
ADDRESS AVAILABLE UPON REQUEST

VALLDEJULI, GIOVANNI
ADDRESS AVAILABLE UPON REQUEST

VALLE, ANA
ADDRESS AVAILABLE UPON REQUEST

VALLE, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

VALLE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VALLE, MAYRA
ADDRESS AVAILABLE UPON REQUEST

VALLE, ROXY
ADDRESS AVAILABLE UPON REQUEST

VALLE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

VALLE, TANIA
ADDRESS AVAILABLE UPON REQUEST

VALLE, VIVIEN
ADDRESS AVAILABLE UPON REQUEST

VALLEAU, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VALLEAU, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VALLEAU, PETER
ADDRESS AVAILABLE UPON REQUEST

VALLEE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

VALLEE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VALLEE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

VALLEE, PASCALE
ADDRESS AVAILABLE UPON REQUEST

VALLEJO, ANNA
ADDRESS AVAILABLE UPON REQUEST

VALLEJO, CHANEL
ADDRESS AVAILABLE UPON REQUEST

VALLEJO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

VALLEJO-RODRIGUEZ, DENISE
ADDRESS AVAILABLE UPON REQUEST

VALLEJOS, JOEL
ADDRESS AVAILABLE UPON REQUEST

VALLELONG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VALLELY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VALLENARI, KARA
ADDRESS AVAILABLE UPON REQUEST

VALLER, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

VALLEROY, MELODY
ADDRESS AVAILABLE UPON REQUEST

VALLES, BETSY
ADDRESS AVAILABLE UPON REQUEST

VALLES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VALLES, VIANEY
ADDRESS AVAILABLE UPON REQUEST

VALLESE, MARIA
ADDRESS AVAILABLE UPON REQUEST

VALLESE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VALLEY BREWERS
ADDRESS UNAVAILABLE AT TIME OF FILING

VALLEY FORGE INSURANCE COMPANY
ONE BALA PLAZA, SUITE 100
BALA CYNWYD, PA 19004

VALLEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VALLEY, JANE
ADDRESS AVAILABLE UPON REQUEST

VALLEY, JORDAN
ADDRESS AVAILABLE UPON REQUEST

VALLEY, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

VALLEY, SHARI
ADDRESS AVAILABLE UPON REQUEST

VALLICROSA, HELENA
ADDRESS AVAILABLE UPON REQUEST

VALLIE GERL
ADDRESS AVAILABLE UPON REQUEST

VALLINA, JORGE E
ADDRESS AVAILABLE UPON REQUEST

VALLO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VALLONE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VALLONE, LENNY
ADDRESS AVAILABLE UPON REQUEST

VALLOPPILLIL, SINDHYA
ADDRESS AVAILABLE UPON REQUEST

VALLOSIO, ERICA
ADDRESS AVAILABLE UPON REQUEST

VALLS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VALLUZZO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VALME, MARGOT
ADDRESS AVAILABLE UPON REQUEST

VALOIS, DIANE
ADDRESS AVAILABLE UPON REQUEST

VALONE JR, KENNY
ADDRESS AVAILABLE UPON REQUEST

VALOR INTL
ADDRESS UNAVAILABLE AT TIME OF FILING

VALORITALIA
VIA PIAVE 24 00187
ROMA RM
ITALY

VALOV, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VALPAK DIRECT MARKETING SYSTEMS
805 EXECUTIVE CENTER DR W, STE 100
ST. PETERSBURG, FL  33702

VALREE, LENI
ADDRESS AVAILABLE UPON REQUEST

VALTIERRA, ABBY
ADDRESS AVAILABLE UPON REQUEST

VALTIERRA, AVIANA
ADDRESS AVAILABLE UPON REQUEST

VALUSDIRECT, LLC
855 VILLAGE CENTER DRIVE NORTH
OAKS, MN  55127

VALVANO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VALVERDE, ROBINSON
ADDRESS AVAILABLE UPON REQUEST

VALVERDE, YESENIA
ADDRESS AVAILABLE UPON REQUEST

VALVERI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VALVO, EMILY
ADDRESS AVAILABLE UPON REQUEST

VALZANIA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VAMBURKAR, MEENAL
ADDRESS AVAILABLE UPON REQUEST

VAMSI KRISHNA GADDIPATI
ADDRESS AVAILABLE UPON REQUEST

VAN ACKER, WIM
ADDRESS AVAILABLE UPON REQUEST

VAN ALLEN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

VAN ALSTEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAN AMAN, MIKE
ADDRESS AVAILABLE UPON REQUEST

VAN ANDEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VAN ANTWERP, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VAN AUKEN, KIAH
ADDRESS AVAILABLE UPON REQUEST

VAN BATAVIA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VAN BEEK, DEVON
ADDRESS AVAILABLE UPON REQUEST

VAN BERGH, CARLI
ADDRESS AVAILABLE UPON REQUEST

VAN BERGH, VERA
ADDRESS AVAILABLE UPON REQUEST

VAN BERKEL (OSULLIVAN), TAMERA
ADDRESS AVAILABLE UPON REQUEST

VAN BEUSICHEM, BILL
ADDRESS AVAILABLE UPON REQUEST

VAN BEVEREN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VAN BRACKEL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VAN BROCKLIN, MARK
ADDRESS AVAILABLE UPON REQUEST

VAN BRONKHORST, RENE
ADDRESS AVAILABLE UPON REQUEST

VAN BRUNT, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

VAN BRUNT, ROB
ADDRESS AVAILABLE UPON REQUEST

VAN BUREN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VAN BUREN, KATIE
ADDRESS AVAILABLE UPON REQUEST

VAN BUREN, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

VAN BUSKIRK, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

VAN CAMP, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VAN CAMP, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAN CISE, LARA
ADDRESS AVAILABLE UPON REQUEST

VAN CLEAVE, MARK
ADDRESS AVAILABLE UPON REQUEST

VAN CLEVE, MARGARET
ADDRESS AVAILABLE UPON REQUEST

VAN DAALEN WETTERS, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAN DAM, KATIE
ADDRESS AVAILABLE UPON REQUEST

VAN DAMME, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VAN DECKER, KYLE
ADDRESS AVAILABLE UPON REQUEST

VAN DEE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

VAN DEN AARSSEN, AMY
ADDRESS AVAILABLE UPON REQUEST

VAN DEN AVOND, MARY
ADDRESS AVAILABLE UPON REQUEST

VAN DEN BOSCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VAN DEN BOSCH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VAN DEN BROEKE, ANNIE
ADDRESS AVAILABLE UPON REQUEST

VAN DEN HENDE, JULIA
ADDRESS AVAILABLE UPON REQUEST

VAN DEN HOUT, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAN DER HILST, EMILE
ADDRESS AVAILABLE UPON REQUEST

VAN DER HORST, MORGAN
ADDRESS AVAILABLE UPON REQUEST

VAN DER KLOOT, NIELS
ADDRESS AVAILABLE UPON REQUEST

VAN DER LAAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

VAN DER MERWE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VAN DER SNICK, EMMETT
ADDRESS AVAILABLE UPON REQUEST

VAN DER VORD, NIKKI & ANDREW
ADDRESS AVAILABLE UPON REQUEST

VAN DER WALT, SELENE
ADDRESS AVAILABLE UPON REQUEST

VAN DER WESTHUIZEN, GERT
ADDRESS AVAILABLE UPON REQUEST

VAN DER WURFF, MARCEL
ADDRESS AVAILABLE UPON REQUEST

VAN DEURSEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

VAN DEURSEN, TARAH
ADDRESS AVAILABLE UPON REQUEST

VAN DEVENDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

VAN DIJK, ESTHER
ADDRESS AVAILABLE UPON REQUEST

VAN DINE, AMI
ADDRESS AVAILABLE UPON REQUEST

VAN DOMELEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VAN DONGEN, MALLORY
ADDRESS AVAILABLE UPON REQUEST

VAN DOREN, LEDA & VINCENT
ADDRESS AVAILABLE UPON REQUEST

VAN DRIEL, JAY
ADDRESS AVAILABLE UPON REQUEST

VAN DUYNE, ARTHINE
ADDRESS AVAILABLE UPON REQUEST

VAN DUYNE, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

VAN DYKE, KAYTLEN
ADDRESS AVAILABLE UPON REQUEST

VAN EDEMA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VAN EPPS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VAN ESS, CORNELIUS
ADDRESS AVAILABLE UPON REQUEST

VAN ESS, DAYLE
ADDRESS AVAILABLE UPON REQUEST

VAN ESS, EDEN
ADDRESS AVAILABLE UPON REQUEST

VAN ETTEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VAN EVIN POWELL
ADDRESS AVAILABLE UPON REQUEST

VAN EYCK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

VAN FLEET, LORI
ADDRESS AVAILABLE UPON REQUEST

VAN FOSSEN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

VAN GAASBECK, RICHARD
ADDRESS AVAILABLE UPON REQUEST

VAN GELDER, MARCUS
ADDRESS AVAILABLE UPON REQUEST

VAN GORDER, TRESA
ADDRESS AVAILABLE UPON REQUEST

VAN GRUNSVEN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

VAN HALL, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAN HALSEMA, EMMA
ADDRESS AVAILABLE UPON REQUEST

VAN HANDEL, ABBEY
ADDRESS AVAILABLE UPON REQUEST

VAN HART, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VAN HEE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

VAN HEEL, KASI
ADDRESS AVAILABLE UPON REQUEST

VAN HERSETT, DAVID
ADDRESS AVAILABLE UPON REQUEST

VAN HOEK, LIZ
ADDRESS AVAILABLE UPON REQUEST

VAN HOFF, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

VAN HOLST PELLEKAAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

VAN HOOK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

VAN HOOSER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, AVA
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, DUANE
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, KAYDEN
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, MONICA
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, SETH
ADDRESS AVAILABLE UPON REQUEST

VAN HORN, VINCENT
ADDRESS AVAILABLE UPON REQUEST

VAN HOUSEN, KELLI
ADDRESS AVAILABLE UPON REQUEST

VAN HOUT, LAMBERT
ADDRESS AVAILABLE UPON REQUEST

VAN HOUTEN, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

VAN HOUTEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAN HUBEN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VAN K THARP
ADDRESS AVAILABLE UPON REQUEST

VAN KAMPEN, DERREEN
ADDRESS AVAILABLE UPON REQUEST

VAN KAMPEN, TANYA
ADDRESS AVAILABLE UPON REQUEST

VAN KIRK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VAN KLOMPENBERG, JEFF
ADDRESS AVAILABLE UPON REQUEST

VAN LAAR, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VAN LEEMPUT, DENISE
ADDRESS AVAILABLE UPON REQUEST

VAN LENTEN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

VAN LONE, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAN LOON, TERRI
ADDRESS AVAILABLE UPON REQUEST

VAN LOOZEN, CORY
ADDRESS AVAILABLE UPON REQUEST

VAN LOVEREN VINEYARDS PTY LTD
P.O. BOX 19
R317 BETWEEN ROBERTSON AND
BONNIEVALE KLAASVOOGDS
WESTERN CAPE  6706
SOUTH AFRICA

VAN LUE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VAN LUYK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

VAN MALE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VAN METER, DARCI
ADDRESS AVAILABLE UPON REQUEST

VAN METER, EMILY
ADDRESS AVAILABLE UPON REQUEST

VAN METER, EMILY
ADDRESS AVAILABLE UPON REQUEST

VAN METER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VAN METER, LINSEY
ADDRESS AVAILABLE UPON REQUEST

VAN METER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

VAN MIEGHEM, JOHN
ADDRESS AVAILABLE UPON REQUEST

VAN NESS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

VAN NESTE, GARRETT
ADDRESS AVAILABLE UPON REQUEST

VAN NIEULANDE, ERIN
ADDRESS AVAILABLE UPON REQUEST

VAN NIEUWENHUIZE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VAN NOORT, HILARY
ADDRESS AVAILABLE UPON REQUEST

VAN NORTWICK, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

VAN NOSTRAN, ABBY
ADDRESS AVAILABLE UPON REQUEST

VAN NOSTRAND, DONALD
ADDRESS AVAILABLE UPON REQUEST

VAN NOSTRAND, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAN NOTE, LORI
ADDRESS AVAILABLE UPON REQUEST

VAN NULAND, JESS
ADDRESS AVAILABLE UPON REQUEST

VAN NUTT, DIANA
ADDRESS AVAILABLE UPON REQUEST

VAN OLLEFEN, DALE
ADDRESS AVAILABLE UPON REQUEST

VAN OOYEN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

VAN ORNE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

VAN PATTEN, LATRICIA
ADDRESS AVAILABLE UPON REQUEST

VAN PELT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VAN PELT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

VAN PELT, MARGARET
ADDRESS AVAILABLE UPON REQUEST

VAN PELT, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

VAN POLEN, JEFF
ADDRESS AVAILABLE UPON REQUEST

VAN RENSBURG, ELISHA
ADDRESS AVAILABLE UPON REQUEST

VAN RENSBURG, SHAUN
ADDRESS AVAILABLE UPON REQUEST

VAN ROEKEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VAN ROOYEN, ALONYA
ADDRESS AVAILABLE UPON REQUEST

VAN SANDT, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

VAN SANT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VAN SAUN, ATLEE
ADDRESS AVAILABLE UPON REQUEST

VAN SCHAACK, ALLI
ADDRESS AVAILABLE UPON REQUEST

VAN SCOTT, JULIE
ADDRESS AVAILABLE UPON REQUEST

VAN SCYOC, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VAN SEVENTER, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

VAN SICKEL, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VAN SICKLE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VAN SKYHAWK, WENDY
ADDRESS AVAILABLE UPON REQUEST

VAN SLYKE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VAN SLYKE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VAN SPANKEREN, GRAICE
ADDRESS AVAILABLE UPON REQUEST

VAN SPRANG, DIANE
ADDRESS AVAILABLE UPON REQUEST

VAN STEEN, FRANS
ADDRESS AVAILABLE UPON REQUEST

VAN STEENBERG, MONICA
ADDRESS AVAILABLE UPON REQUEST

VAN STEENWYK, HALEY
ADDRESS AVAILABLE UPON REQUEST

VAN STIPHOUT, YVONNE
ADDRESS AVAILABLE UPON REQUEST

VAN STOCKUM, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

VAN STRATTON, KATE
ADDRESS AVAILABLE UPON REQUEST

VAN TASSEL, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

VAN THOURNOUT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

VAN TILBURG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VAN TOL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VAN TONDER, JACQUES
ADDRESS AVAILABLE UPON REQUEST

VAN VACTOR, ERIN
ADDRESS AVAILABLE UPON REQUEST

VAN VLIET, CAROL
ADDRESS AVAILABLE UPON REQUEST

VAN VLIET, JOHN
ADDRESS AVAILABLE UPON REQUEST

VAN VONDEREN, LORI
ADDRESS AVAILABLE UPON REQUEST

VAN VOORHIS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

VAN WAGNER, REID
ADDRESS AVAILABLE UPON REQUEST

VAN WAIJENBURG, MARLOUS
ADDRESS AVAILABLE UPON REQUEST

VAN WECHEL, LYNNDEL
ADDRESS AVAILABLE UPON REQUEST

VAN WEST, KATELYN
ADDRESS AVAILABLE UPON REQUEST

VAN WIE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VAN WINKLE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

VAN WINKLE, PETER OR EMMA
ADDRESS AVAILABLE UPON REQUEST

VAN WINKLE, TRISHA
ADDRESS AVAILABLE UPON REQUEST

VAN WINKLE, TSCHARNA
ADDRESS AVAILABLE UPON REQUEST

VAN WOERKOM, MINDY
ADDRESS AVAILABLE UPON REQUEST

VAN WORMER, ALIX
ADDRESS AVAILABLE UPON REQUEST

VAN WORMER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

VAN WORMER, GREG
ADDRESS AVAILABLE UPON REQUEST

VAN ZANT, KATRINA
ADDRESS AVAILABLE UPON REQUEST

VAN ZANT, STACY
ADDRESS AVAILABLE UPON REQUEST

VAN ZEELAND, STEVEN
ADDRESS AVAILABLE UPON REQUEST

VAN ZEYL, BIANCA
ADDRESS AVAILABLE UPON REQUEST

VAN ZYL, ALICIA
ADDRESS AVAILABLE UPON REQUEST

VAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

VAN, BETH
ADDRESS AVAILABLE UPON REQUEST

VAN, BRANDI
ADDRESS AVAILABLE UPON REQUEST

VAN, BRENT
ADDRESS AVAILABLE UPON REQUEST

VAN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

VAN, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

VAN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

VAN, DEDEANNA
ADDRESS AVAILABLE UPON REQUEST

VAN, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

VAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VAN, GAIL
ADDRESS AVAILABLE UPON REQUEST

VAN, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

VAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VAN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

VAN, JORDANNE
ADDRESS AVAILABLE UPON REQUEST

VAN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VAN, LALIQUE
ADDRESS AVAILABLE UPON REQUEST

VAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

VAN, LISA
ADDRESS AVAILABLE UPON REQUEST

VAN, LORI
ADDRESS AVAILABLE UPON REQUEST

VAN, MICOLE
ADDRESS AVAILABLE UPON REQUEST

VAN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

VAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VAN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VAN, RON
ADDRESS AVAILABLE UPON REQUEST

VAN, RUTGER
ADDRESS AVAILABLE UPON REQUEST

VAN, TAYLER
ADDRESS AVAILABLE UPON REQUEST

VAN, TINA
ADDRESS AVAILABLE UPON REQUEST

VAN, TONYA
ADDRESS AVAILABLE UPON REQUEST

VAN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VANA, KARA
ADDRESS AVAILABLE UPON REQUEST

VANADORE, JASMINE
ADDRESS AVAILABLE UPON REQUEST

VANAGS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

VANALLEN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

VANAMCO.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

VANARSDALE, JAMMIE
ADDRESS AVAILABLE UPON REQUEST

VANARSDALE, SHERYL
ADDRESS AVAILABLE UPON REQUEST

VANAUSDAL, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VANBEMDEN, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

VANBIBBER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VANBLARICON, TARA
ADDRESS AVAILABLE UPON REQUEST

VANBUSKIRK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

VANBUSKIRK, ALISHA
ADDRESS AVAILABLE UPON REQUEST

VANBUSKIRK, BONNIE
ADDRESS AVAILABLE UPON REQUEST

VANBUSKIRK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VANCE JR, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VANCE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

VANCE, ARIANNE
ADDRESS AVAILABLE UPON REQUEST

VANCE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VANCE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

VANCE, DIANA
ADDRESS AVAILABLE UPON REQUEST

VANCE, EMILY
ADDRESS AVAILABLE UPON REQUEST

VANCE, EMILY
ADDRESS AVAILABLE UPON REQUEST

VANCE, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

VANCE, KATIE
ADDRESS AVAILABLE UPON REQUEST

VANCE, KRIZIA
ADDRESS AVAILABLE UPON REQUEST

VANCE, LARRY
ADDRESS AVAILABLE UPON REQUEST

VANCE, LEAH
ADDRESS AVAILABLE UPON REQUEST

VANCE, MELISE
ADDRESS AVAILABLE UPON REQUEST

VANCE, PENNY
ADDRESS AVAILABLE UPON REQUEST

VANCE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VANCE, RENEE
ADDRESS AVAILABLE UPON REQUEST

VANCIEL, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VANCLEAVE, JOLIE
ADDRESS AVAILABLE UPON REQUEST

VANCLEVE, ARLEEN
ADDRESS AVAILABLE UPON REQUEST

VANCLEVE, PAUL
ADDRESS AVAILABLE UPON REQUEST

VANCURA, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

VANDAHLEN, GRACIE
ADDRESS AVAILABLE UPON REQUEST

VANDAL, GLADYS
ADDRESS AVAILABLE UPON REQUEST

VANDAM, THERESE
ADDRESS AVAILABLE UPON REQUEST

VANDANA KULKARNI
ADDRESS AVAILABLE UPON REQUEST

VANDE HEI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

VANDE VREDE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VANDE, KYLEE
ADDRESS AVAILABLE UPON REQUEST

VANDEBURG, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

VANDEGRIFT, JOHN
ADDRESS AVAILABLE UPON REQUEST

VANDEHOEF, CYNDI
ADDRESS AVAILABLE UPON REQUEST

VANDELINDER, TERESA
ADDRESS AVAILABLE UPON REQUEST

VANDEN BERG, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

VANDEN BOSCH, MINDI
ADDRESS AVAILABLE UPON REQUEST

VANDEN HEUVEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VANDENBERG, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

VANDENBERG, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VANDENBERG, KELLY
ADDRESS AVAILABLE UPON REQUEST

VANDENBERG, RHEA
ADDRESS AVAILABLE UPON REQUEST

VANDENBERGHE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VANDENBOSCH, JAMES
ADDRESS AVAILABLE UPON REQUEST

VANDENDRIESSCHE, CARLIN
ADDRESS AVAILABLE UPON REQUEST

VANDENDYSSEL, KAMI
ADDRESS AVAILABLE UPON REQUEST

VANDER BROOK, JANE
ADDRESS AVAILABLE UPON REQUEST

VANDER LAAN, BOBINA
ADDRESS AVAILABLE UPON REQUEST

VANDER MEULEN, ERIN
ADDRESS AVAILABLE UPON REQUEST

VANDER PLAATS, JEN
ADDRESS AVAILABLE UPON REQUEST

VANDER STELT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VANDER VLIET, TAMERA
ADDRESS AVAILABLE UPON REQUEST

VANDER VORST, MYR
ADDRESS AVAILABLE UPON REQUEST

VANDER WIELE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

VANDER, JENNA
ADDRESS AVAILABLE UPON REQUEST

VANDER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VANDERBERRY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VANDERBILT MATHEWS, MARIE
ADDRESS AVAILABLE UPON REQUEST

VANDERBILT, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

VANDERBLOOMEN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

VANDERBOEGH, LORI
ADDRESS AVAILABLE UPON REQUEST

VANDERBOOM, KALEA
ADDRESS AVAILABLE UPON REQUEST

VANDERBURG, KIJANNA
ADDRESS AVAILABLE UPON REQUEST

VANDERBURG, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VANDERBUSH, KYLE
ADDRESS AVAILABLE UPON REQUEST

VANDERGRIFT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VANDERHAGEN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VANDER-HEYDEN, SABIA
ADDRESS AVAILABLE UPON REQUEST

VANDERHOEF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VANDERHOEF, LILY
ADDRESS AVAILABLE UPON REQUEST

VANDERHOFF, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VANDERHOFF, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

VANDERHOOF, EMILY
ADDRESS AVAILABLE UPON REQUEST

VANDERHOUWEN, KANDACE
ADDRESS AVAILABLE UPON REQUEST

VANDERLAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

VANDERLIP, TARA
ADDRESS AVAILABLE UPON REQUEST

VANDERMAAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VANDERMOLEN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

VANDERPLOEG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VANDERPLUIJM, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VANDERPOOL, ARTIE
ADDRESS AVAILABLE UPON REQUEST

VANDERPOOL, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

VANDERPOOL, TERESA
ADDRESS AVAILABLE UPON REQUEST

VANDERSLICE, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

VANDERSNICK, CINDY
ADDRESS AVAILABLE UPON REQUEST

VANDERSNICK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VANDERSTAY, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

VANDERVEEN, ANNELIES
ADDRESS AVAILABLE UPON REQUEST

VANDERVEEN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VANDERVEEN, KASEY
ADDRESS AVAILABLE UPON REQUEST

VANDERVEEN, LIESEL
ADDRESS AVAILABLE UPON REQUEST

VANDERVEEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

VANDERVEER, CASEY
ADDRESS AVAILABLE UPON REQUEST

VANDERVORT, DOTT
ADDRESS AVAILABLE UPON REQUEST

VANDERVORT, KONNER
ADDRESS AVAILABLE UPON REQUEST

VANDERVORT, WILLA
ADDRESS AVAILABLE UPON REQUEST

VANDERWALKER, KIM
ADDRESS AVAILABLE UPON REQUEST

VANDERWALL, KYLE
ADDRESS AVAILABLE UPON REQUEST

VANDERWALL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VANDERWALL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VANDERWARF, SCOTT
ADDRESS AVAILABLE UPON REQUEST

VANDERWERKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VANDERWIERE, CONNIE
ADDRESS AVAILABLE UPON REQUEST

VANDERWOUDE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

VANDERWOUDE, JANNA
ADDRESS AVAILABLE UPON REQUEST

VANDERWOUDE, MONICA
ADDRESS AVAILABLE UPON REQUEST

VANDERZEE, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

VANDERZYDEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VANDETTA, AJ
ADDRESS AVAILABLE UPON REQUEST

VANDEVELDE, KAILIN
ADDRESS AVAILABLE UPON REQUEST

VANDEVEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VANDEVENTER, JAMESD
ADDRESS AVAILABLE UPON REQUEST

VANDEVENTER, ROBERTA
ADDRESS AVAILABLE UPON REQUEST

VANDEVENTER, TAMI
ADDRESS AVAILABLE UPON REQUEST

VANDEVENTER, WENDY
ADDRESS AVAILABLE UPON REQUEST

VANDEWARK, AURORA
ADDRESS AVAILABLE UPON REQUEST

VANDEWATER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VANDIVER, KAREN
ADDRESS AVAILABLE UPON REQUEST

VANDIVER, MERRILY
ADDRESS AVAILABLE UPON REQUEST

VANDIVER, ROSE
ADDRESS AVAILABLE UPON REQUEST

VANDIVERE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VANDIVERT, EMILY
ADDRESS AVAILABLE UPON REQUEST

VANDRILLA, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VANDUYN, AMY
ADDRESS AVAILABLE UPON REQUEST

VANDYGRIFF, VICKY
ADDRESS AVAILABLE UPON REQUEST

VANECEK, TERENCE
ADDRESS AVAILABLE UPON REQUEST

VANEGAS, CRISTIAN
ADDRESS AVAILABLE UPON REQUEST

VANEGMOND, JILL
ADDRESS AVAILABLE UPON REQUEST

VANEPPS, JANET
ADDRESS AVAILABLE UPON REQUEST

VANEPS, MIKKI
ADDRESS AVAILABLE UPON REQUEST

VANESSA BENNETT
ADDRESS AVAILABLE UPON REQUEST

VANESSA C GRUBER
ADDRESS AVAILABLE UPON REQUEST

VANESSA HELENE KRYSTEK
ADDRESS AVAILABLE UPON REQUEST

VANESSA KROMBEEN (DBA THE CHEEKY
BEEN, LLC)
3218 MAYMONT PLACE
CHARLOTTE, NC  28205

VANESSA PRICE
ADDRESS AVAILABLE UPON REQUEST

VANESSA RAMOS
ADDRESS AVAILABLE UPON REQUEST

VANESSA SAVAGE
ADDRESS AVAILABLE UPON REQUEST

VANESSA STRAWN
ADDRESS AVAILABLE UPON REQUEST

VANESSA, PACHECO,
ADDRESS AVAILABLE UPON REQUEST

VANETTI, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

VANFOSSEN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

VANFOSSEN, KENNETH
ADDRESS AVAILABLE UPON REQUEST

VANG, GAODOV
ADDRESS AVAILABLE UPON REQUEST

VANG, HUSHI
ADDRESS AVAILABLE UPON REQUEST

VANG, JULIE
ADDRESS AVAILABLE UPON REQUEST

VANG, NOUCHEE
ADDRESS AVAILABLE UPON REQUEST

VANG, TERESA
ADDRESS AVAILABLE UPON REQUEST

VANG, TONY
ADDRESS AVAILABLE UPON REQUEST

VANGAASBEEK, JON
ADDRESS AVAILABLE UPON REQUEST

VANGALA, MADHURI
ADDRESS AVAILABLE UPON REQUEST

VANGE, CASEY
ADDRESS AVAILABLE UPON REQUEST

VANGEL, AMY
ADDRESS AVAILABLE UPON REQUEST

VANGEL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VANGELS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VANGEN, AMBER
ADDRESS AVAILABLE UPON REQUEST

VANGIERI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

VANGIESEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VANGILDER, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

VANGO GRAPHICS, INC.
1371 S. INCA. ST.
DENVER, CO  80223

VANGOETHEM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

VANGORDER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

VANGRINSVEN, JANET
ADDRESS AVAILABLE UPON REQUEST

VANGUARD MARKETING CORP (0062)
ATTN BEN BEGUIN OR PROXY MGR
14321 N. NORTHSIGHT BLVD
SCOTTSDALE, AZ  85260

VANHAERENTS, ERICA
ADDRESS AVAILABLE UPON REQUEST

VANHEEST, CAROL
ADDRESS AVAILABLE UPON REQUEST

VANHOECKE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

VANHOESEN, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VANHOEVE, LEAH
ADDRESS AVAILABLE UPON REQUEST

VANHOOSER, TARA
ADDRESS AVAILABLE UPON REQUEST

VANHORN, DAVID AND VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VANHORN, GERRY
ADDRESS AVAILABLE UPON REQUEST

VANHORN, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

VANHORNE, CLEIDE
ADDRESS AVAILABLE UPON REQUEST

VANHUIS, BALEIGH
ADDRESS AVAILABLE UPON REQUEST

VANISCHAK, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VANKAT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VANKIRK, HEATH
ADDRESS AVAILABLE UPON REQUEST

VANKIRK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

VANKLEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

VANLANDINGHAM, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

VANLANDINGHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

VANLANDINGHAM, SARAH
ADDRESS AVAILABLE UPON REQUEST

VANLEER, JODI
ADDRESS AVAILABLE UPON REQUEST

VANLIGTEN, DENA
ADDRESS AVAILABLE UPON REQUEST

VAN-LOW, RYAN
ADDRESS AVAILABLE UPON REQUEST

VANLUVEN, KIM
ADDRESS AVAILABLE UPON REQUEST

VANMOORLEGHEM, KARIN
ADDRESS AVAILABLE UPON REQUEST

VANN BEAN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

VANN, EDDIE
ADDRESS AVAILABLE UPON REQUEST

VANN, KARRIE
ADDRESS AVAILABLE UPON REQUEST

VANN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VANN, NICK
ADDRESS AVAILABLE UPON REQUEST

VANN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VANNATTA, SEAN
ADDRESS AVAILABLE UPON REQUEST

VANNATTA, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

VANNESS, MARISA
ADDRESS AVAILABLE UPON REQUEST

VANNETTA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VANNI, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VANNONI, GREG
ADDRESS AVAILABLE UPON REQUEST

VANNORMAN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

VANNOSTRAND, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

VANNUCK, KATIE
ADDRESS AVAILABLE UPON REQUEST

VANOHLEN, ALEXIE
ADDRESS AVAILABLE UPON REQUEST

VANOPDORP, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VANORE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VANORMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

VANORTWICK, SHANNON
ADDRESS AVAILABLE UPON REQUEST

VANOUDENHAEGEN, AMY
ADDRESS AVAILABLE UPON REQUEST

VANOURNEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VANPARREREN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

VANPELT, DENI
ADDRESS AVAILABLE UPON REQUEST

VANPELT, JULIE
ADDRESS AVAILABLE UPON REQUEST

VANPELT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VANRIEL, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

VANRIPER, TREVOR
ADDRESS AVAILABLE UPON REQUEST

VANROO, SHELBY
ADDRESS AVAILABLE UPON REQUEST

VANROYCE, SARAH
ADDRESS AVAILABLE UPON REQUEST

VANSANDT, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VANSANT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VANSANT, JULIE
ADDRESS AVAILABLE UPON REQUEST

VANSCHELVEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VANSCHOIACK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

VANSCHOICK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VANSICKEL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

VANSICKLE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VANSICKLE, SAM
ADDRESS AVAILABLE UPON REQUEST

VANSLEET, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VANSNICK, ADALIA
ADDRESS AVAILABLE UPON REQUEST

VANSTEENKISTE, DANIELLA
ADDRESS AVAILABLE UPON REQUEST

VANSTORY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VANSUCH, JULIE
ADDRESS AVAILABLE UPON REQUEST

VANTAGE FBO EDWARD C FRIEBERG
ADDRESS AVAILABLE UPON REQUEST

VANTAGE POINT ADVISORS, INC.
11455 EL CAMINO REAL, STE 450
SAN DIEGO, CA  92130

VANTINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VANVALKENBURG, KALEY
ADDRESS AVAILABLE UPON REQUEST

VANVALKENBURGH, LAURA
ADDRESS AVAILABLE UPON REQUEST

VANVLEET, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VANVOORHEES, CAILEIGH
ADDRESS AVAILABLE UPON REQUEST

VANWAGONER, EMILY
ADDRESS AVAILABLE UPON REQUEST

VANWART, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VANWIE, TALITHA
ADDRESS AVAILABLE UPON REQUEST

VANWIJK, DAN
ADDRESS AVAILABLE UPON REQUEST

VANWINGERDEN, AMY
ADDRESS AVAILABLE UPON REQUEST

VANWINGERDEN, KAYLIE
ADDRESS AVAILABLE UPON REQUEST

VANWINGERDEN, NORA
ADDRESS AVAILABLE UPON REQUEST

VANWORMER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

VANZANDT, KYLE
ADDRESS AVAILABLE UPON REQUEST

VANZUYLEN, RYAN
ADDRESS AVAILABLE UPON REQUEST

VANZYL, ADRIAAN
ADDRESS AVAILABLE UPON REQUEST

VAQUERANO, DIANE
ADDRESS AVAILABLE UPON REQUEST

VARA, JEREMY
ADDRESS AVAILABLE UPON REQUEST

VARA, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VARA, ROSY
ADDRESS AVAILABLE UPON REQUEST

VARABKANICH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VARANO, AMY
ADDRESS AVAILABLE UPON REQUEST

VARANO, SARA
ADDRESS AVAILABLE UPON REQUEST

VARAO, CASANDRA
ADDRESS AVAILABLE UPON REQUEST

VARBEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

VARBERG, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VARCE, AMY
ADDRESS AVAILABLE UPON REQUEST

VARCOE, JEFF
ADDRESS AVAILABLE UPON REQUEST

VARDA, TYLER
ADDRESS AVAILABLE UPON REQUEST

VARDAMAN, BECKY
ADDRESS AVAILABLE UPON REQUEST

VARDARO, JULIE
ADDRESS AVAILABLE UPON REQUEST

VARDHE, DIPEN
ADDRESS AVAILABLE UPON REQUEST

VARDI, ORI
ADDRESS AVAILABLE UPON REQUEST

VARELA, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

VARELA, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

VARELA, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

VARELA, LAURA
ADDRESS AVAILABLE UPON REQUEST

VARELA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

VARELA, MARY
ADDRESS AVAILABLE UPON REQUEST

VARELA, PAMELA
ADDRESS AVAILABLE UPON REQUEST

VARELA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

VARELLA, ROXANA
ADDRESS AVAILABLE UPON REQUEST

VARGA, CHELSIE
ADDRESS AVAILABLE UPON REQUEST

VARGA, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VARGA, TERRI
ADDRESS AVAILABLE UPON REQUEST

VARGAS CAMPUZANO, NATALIA
ADDRESS AVAILABLE UPON REQUEST

VARGAS MARTORELLET, ALVARO LUIS
ADDRESS AVAILABLE UPON REQUEST

VARGAS, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, ALAINA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, AMRAH
ADDRESS AVAILABLE UPON REQUEST

VARGAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, AUDREY
ADDRESS AVAILABLE UPON REQUEST

VARGAS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, DAIROVIS
ADDRESS AVAILABLE UPON REQUEST

VARGAS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, DENISE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

VARGAS, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

VARGAS, GLENN
ADDRESS AVAILABLE UPON REQUEST

VARGAS, GLORIA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, HERSON
ADDRESS AVAILABLE UPON REQUEST

VARGAS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, JOELYN
ADDRESS AVAILABLE UPON REQUEST

VARGAS, JUAN
ADDRESS AVAILABLE UPON REQUEST

VARGAS, KAMILLE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, LISBETH
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MANDY
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MELINA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MONICA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, MORGANA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, OLGA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, RENEE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, RENEE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, RICARDO
ADDRESS AVAILABLE UPON REQUEST

VARGAS, ROSSY
ADDRESS AVAILABLE UPON REQUEST

VARGAS, ROYLENE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, SERGIO
ADDRESS AVAILABLE UPON REQUEST

VARGAS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, TAMARA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, TATIANA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VARGAS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VARGAS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VARGO, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

VARHEGYI, NIKOLE
ADDRESS AVAILABLE UPON REQUEST

VARIALI, MARLENE
ADDRESS AVAILABLE UPON REQUEST

VARIDESK
ADDRESS UNAVAILABLE AT TIME OF FILING

VARIE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VARING, TYLER
ADDRESS AVAILABLE UPON REQUEST

VARIPATIS, LIZ
ADDRESS AVAILABLE UPON REQUEST

VARJABEDIAN, LIANA
ADDRESS AVAILABLE UPON REQUEST

VARJAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

VARKER, SHARISSA
ADDRESS AVAILABLE UPON REQUEST

VARKEY, CHUTEI
ADDRESS AVAILABLE UPON REQUEST

VARLEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

VARMA, RATHI
ADDRESS AVAILABLE UPON REQUEST

VARMA, SWAPNA
ADDRESS AVAILABLE UPON REQUEST

VARMA, TANVI
ADDRESS AVAILABLE UPON REQUEST

VARNAY, ANNA
ADDRESS AVAILABLE UPON REQUEST

VARNEDOE, DANIELLE AND STEVE
ADDRESS AVAILABLE UPON REQUEST

VARNEDOE, SARAH
ADDRESS AVAILABLE UPON REQUEST

VARNEDOE, ZACK
ADDRESS AVAILABLE UPON REQUEST

VARNER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

VARNER, EMMY
ADDRESS AVAILABLE UPON REQUEST

VARNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

VARNER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VARNER, KELSEA
ADDRESS AVAILABLE UPON REQUEST

VARNER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VARNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VARNER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

VARNER, TRACY
ADDRESS AVAILABLE UPON REQUEST

VARNER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VARNER-SMITH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VARNEY, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

VARNEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VARNEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

VARNEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VARNEY, KATI
ADDRESS AVAILABLE UPON REQUEST

VARNSON, EILEEN
ADDRESS AVAILABLE UPON REQUEST

VARON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

VARON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

VARRIANO, JORDAN
ADDRESS AVAILABLE UPON REQUEST

VARRIELLO, JOHN
ADDRESS AVAILABLE UPON REQUEST

VARSHAVSKY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VARSHENY, ANKUR
ADDRESS AVAILABLE UPON REQUEST

VARSHNEY, ANEETA
ADDRESS AVAILABLE UPON REQUEST

VARSHNEY, NEHA
ADDRESS AVAILABLE UPON REQUEST

VARTAN, GREG
ADDRESS AVAILABLE UPON REQUEST

VARTANIAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VARTANIAN, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

VARUDHINI, DIVYA
ADDRESS AVAILABLE UPON REQUEST

VARUN VINODKUMAR GUPTA
ADDRESS AVAILABLE UPON REQUEST

VARVAK, YURI
ADDRESS AVAILABLE UPON REQUEST

VARVARA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VARVEL, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

VARVOGLIS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VARYU, TERRY
ADDRESS AVAILABLE UPON REQUEST

VASANTH NALAM
ADDRESS AVAILABLE UPON REQUEST

VASBINDER, KARI
ADDRESS AVAILABLE UPON REQUEST

VASCO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VASCONCELLOS, JAIME
ADDRESS AVAILABLE UPON REQUEST

VASEK, PAULA
ADDRESS AVAILABLE UPON REQUEST

VASHER, TIM
ADDRESS AVAILABLE UPON REQUEST

VASHI, NIKUNJ
ADDRESS AVAILABLE UPON REQUEST

VASICHEK, AMIE
ADDRESS AVAILABLE UPON REQUEST

VASICHKO, PAULA
ADDRESS AVAILABLE UPON REQUEST

VASILCA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VASILCA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VASILEVA, VERA
ADDRESS AVAILABLE UPON REQUEST

VASILIADIS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VASILIAUSKAS, EVELINA
ADDRESS AVAILABLE UPON REQUEST

VASILIC, DANIEL
ADDRESS AVAILABLE UPON REQUEST

VASILIOU, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VASILOPOULOS, ILIA
ADDRESS AVAILABLE UPON REQUEST

VASIREDDY, LEELA PRATYUSH
ADDRESS AVAILABLE UPON REQUEST

VASKO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VASKO, JOHN
ADDRESS AVAILABLE UPON REQUEST

VASKOVIC, RAYCHEL
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ANA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ANGEL
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, BARBARA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, DANIEL
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, DARLENE
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ERICA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ERIKA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, JAMES
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, JOHN
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, JOY
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, MARIA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, MELANY
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, MIDY
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, PA-C, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, PHILIP
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, SERAYA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, SHILOH
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, TERRY
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ, THOMAS
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ-OLVERA, KARINA
ADDRESS AVAILABLE UPON REQUEST

VASQUEZ-TRIMPE, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

VASSALLO, CASSIE
ADDRESS AVAILABLE UPON REQUEST

VASSALLO, JASON
ADDRESS AVAILABLE UPON REQUEST

VASSAR, MATT
ADDRESS AVAILABLE UPON REQUEST

VASSAUR, KIM
ADDRESS AVAILABLE UPON REQUEST

VASSER, BRIANA
ADDRESS AVAILABLE UPON REQUEST

VASSER, JEFF
ADDRESS AVAILABLE UPON REQUEST

VASSILAS, BRENNA
ADDRESS AVAILABLE UPON REQUEST

VASSILEV, LISA
ADDRESS AVAILABLE UPON REQUEST

VASSILIO, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VASTA, ENRICA
ADDRESS AVAILABLE UPON REQUEST

VASTANO, JOE
ADDRESS AVAILABLE UPON REQUEST

VASTCAST MEDIA, INC.
8820 W. RUSSELL RD.,  110
LAS VEGAS, NV  89148

VASU, JOSH
ADDRESS AVAILABLE UPON REQUEST

VASUDEVA, NEIL
ADDRESS AVAILABLE UPON REQUEST

VATANKHAH, TARA
ADDRESS AVAILABLE UPON REQUEST

VATER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

VATH, MARNI
ADDRESS AVAILABLE UPON REQUEST

VATIER, SARAH
ADDRESS AVAILABLE UPON REQUEST

VATTELANA, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VATTEROTT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, AMY
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, ANNA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, BILL
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, BRADY
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, DENISE
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, FREDA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, LINDA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, MALINDA OR JIM
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, MARNIE
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, ROGER
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, SARA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, THERESA
ADDRESS AVAILABLE UPON REQUEST

VAUGHAN, YVONNE
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, AMIE
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, BRYCE
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, CAIT
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, CODY
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, DENZIL
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, ELLEN
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, IAN
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, JAHNA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, JUANELLA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, KATELIN
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, KRISTY
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, LUCAS
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, MARY
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, MICHAL
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, RENEE
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, VAL
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

VAUGHN, ZACK
ADDRESS AVAILABLE UPON REQUEST

VAUGHNS, LAURA
ADDRESS AVAILABLE UPON REQUEST

VAUGHT, ALYSON
ADDRESS AVAILABLE UPON REQUEST

VAUGHT, CALLIE
ADDRESS AVAILABLE UPON REQUEST

VAUGIER, AMBER
ADDRESS AVAILABLE UPON REQUEST

VAUSE, ERIC
ADDRESS AVAILABLE UPON REQUEST

VAVALA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VAVASIS, CINDY
ADDRESS AVAILABLE UPON REQUEST

VAVERE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

VAVILAVA, DARYA
ADDRESS AVAILABLE UPON REQUEST

VAVRA, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

VAVRA, TOM
ADDRESS AVAILABLE UPON REQUEST

VAVRINAK, DAVID
ADDRESS AVAILABLE UPON REQUEST

VAWTER, LISA
ADDRESS AVAILABLE UPON REQUEST

VAWTER, NANCY
ADDRESS AVAILABLE UPON REQUEST

VAYAS, TAL
ADDRESS AVAILABLE UPON REQUEST

VAYDIK, BRYN
ADDRESS AVAILABLE UPON REQUEST

VAYE, SASKIA
ADDRESS AVAILABLE UPON REQUEST

VAYN, LEONID
ADDRESS AVAILABLE UPON REQUEST

VAYSBEYN, ELINA
ADDRESS AVAILABLE UPON REQUEST

VAZ, MARY
ADDRESS AVAILABLE UPON REQUEST

VAZ, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

VAZIR, MOHIT
ADDRESS AVAILABLE UPON REQUEST

VAZIRI, MASSOUD
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ CANAS, INGRID
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ALICIA
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, AMY
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ARNULFO
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, BETHANY
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, DAN
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ENRIQUE
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, FARRAH
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, ILIANA
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, KATIE
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, MARILYN
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, RAMON
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, RICARDO
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ, SALOME
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ-MILAN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

VAZQUEZ-TREJO, VALERIA
ADDRESS AVAILABLE UPON REQUEST

VB, TITA
ADDRESS AVAILABLE UPON REQUEST

VEACH, JUDITH
ADDRESS AVAILABLE UPON REQUEST

VEACH, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

VEAL, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VEAL, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

VEAL, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

VEALE, SHANEKA
ADDRESS AVAILABLE UPON REQUEST

VEALS, JOHNICE
ADDRESS AVAILABLE UPON REQUEST

VEASEY, EVELYN
ADDRESS AVAILABLE UPON REQUEST

VEASEY, LEE
ADDRESS AVAILABLE UPON REQUEST

VEASLEY, HENRY
ADDRESS AVAILABLE UPON REQUEST

VEASY, ERIN
ADDRESS AVAILABLE UPON REQUEST

VEATCH, CHARLES
ADDRESS AVAILABLE UPON REQUEST

VEAZEY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VEAZEY, SERENA
ADDRESS AVAILABLE UPON REQUEST

VEAZIE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

VEBBER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

VECCHIO, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VECCHIO, DANETTE
ADDRESS AVAILABLE UPON REQUEST

VECCHIO, GAYLE
ADDRESS AVAILABLE UPON REQUEST

VECCHIONE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

VECCHIONE, LEAH
ADDRESS AVAILABLE UPON REQUEST

VECCIA, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

VECERA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VECERE, GINA
ADDRESS AVAILABLE UPON REQUEST

VECKMAN, LANIE
ADDRESS AVAILABLE UPON REQUEST

VEDDER, LORI
ADDRESS AVAILABLE UPON REQUEST

VEDDER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VEDDER, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

VEDHEREY, NIHARIKA
ADDRESS AVAILABLE UPON REQUEST

VEDIS, CAMARIE
ADDRESS AVAILABLE UPON REQUEST

VEDRENNE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VEDUCCIO, ERIKA
ADDRESS AVAILABLE UPON REQUEST

VEEAN, SOHINI
ADDRESS AVAILABLE UPON REQUEST

VEENENDAAL, JACLYN
ADDRESS AVAILABLE UPON REQUEST

VEENINGEN, DAAN
ADDRESS AVAILABLE UPON REQUEST

VEER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

VEERARAGHAVAN VENKATACHALAM
ADDRESS AVAILABLE UPON REQUEST

VEEVERS, PAUL
ADDRESS AVAILABLE UPON REQUEST

VEG OUT MEDIA LLC
90 VANTIS DR  4033
ALISO VIEJO, CA  92656

VEGA, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

VEGA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VEGA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VEGA, BETTY
ADDRESS AVAILABLE UPON REQUEST

VEGA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

VEGA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

VEGA, EVA
ADDRESS AVAILABLE UPON REQUEST

VEGA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

VEGA, JOHNSON
ADDRESS AVAILABLE UPON REQUEST

VEGA, JOSE MANUEL
ADDRESS AVAILABLE UPON REQUEST

VEGA, JUAN
ADDRESS AVAILABLE UPON REQUEST

VEGA, JUANITA
ADDRESS AVAILABLE UPON REQUEST

VEGA, KATHIA
ADDRESS AVAILABLE UPON REQUEST

VEGA, KRISTY
ADDRESS AVAILABLE UPON REQUEST

VEGA, LUIS
ADDRESS AVAILABLE UPON REQUEST

VEGA, MARIANA
ADDRESS AVAILABLE UPON REQUEST

VEGA, MARTHA
ADDRESS AVAILABLE UPON REQUEST

VEGA, MAYRA
ADDRESS AVAILABLE UPON REQUEST

VEGA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VEGA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VEGA, PABLO
ADDRESS AVAILABLE UPON REQUEST

VEGA, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

VEGA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VEGA, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

VEGA, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

VEGA-ROSAS, ALEJANDRA
ADDRESS AVAILABLE UPON REQUEST

VEGAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

VEGA-VIDALES, MARIA
ADDRESS AVAILABLE UPON REQUEST

VEHSLAGE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

VEID, AMY
ADDRESS AVAILABLE UPON REQUEST

VEIGA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

VEIGELT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VEILLION, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

VEIRAM, VINCE
ADDRESS AVAILABLE UPON REQUEST

VEIRS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VEIT, KATIE
ADDRESS AVAILABLE UPON REQUEST

VEIT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

VEITH, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

VEITIA, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

VEJAR, NIKKI
ADDRESS AVAILABLE UPON REQUEST

VEJARANO, DAVID
ADDRESS AVAILABLE UPON REQUEST

VELA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VELA, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

VELA, CATHY
ADDRESS AVAILABLE UPON REQUEST

VELA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VELA, ROMEO
ADDRESS AVAILABLE UPON REQUEST

VELA, SHELBY
ADDRESS AVAILABLE UPON REQUEST

VELAGAPUDI, SANDHYA
ADDRESS AVAILABLE UPON REQUEST

VELARDE, ANNA
ADDRESS AVAILABLE UPON REQUEST

VELARDE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VELARDE, SARA
ADDRESS AVAILABLE UPON REQUEST

VELARDO, CARI
ADDRESS AVAILABLE UPON REQUEST

VELASCO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VELASCO, APRIL
ADDRESS AVAILABLE UPON REQUEST

VELASCO, BETHANY
ADDRESS AVAILABLE UPON REQUEST

VELASCO, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VELASCO, DAVID
ADDRESS AVAILABLE UPON REQUEST

VELASCO, EDMUND
ADDRESS AVAILABLE UPON REQUEST

VELASCO, KRYSTYNA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ BANEGAS, NADIA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, ALVARO
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, DAVID
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, EVA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, FATIMA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, IRIS
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, LEXY
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, LUCAS
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, LUIS
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, MARISA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, NATHALIA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, RITA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, RODRIGO
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, ROZANA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, RYAN
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, SARA
ADDRESS AVAILABLE UPON REQUEST

VELASQUEZ, XAVIER
ADDRESS AVAILABLE UPON REQUEST

VELATI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VELAYO, CARLO
ADDRESS AVAILABLE UPON REQUEST

VELAZCO, ADNER
ADDRESS AVAILABLE UPON REQUEST

VELAZCO, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, ALFREDO
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, ALI
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, FRANCISCO
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, KIRA
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, LEIDA
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, SAMLA
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, TANIA
ADDRESS AVAILABLE UPON REQUEST

VELAZQUEZ, VENTURA
ADDRESS AVAILABLE UPON REQUEST

VELBOVETS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VELCHURU, MAHENDRA
ADDRESS AVAILABLE UPON REQUEST

VELDERMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

VELDHUIZEN, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

VELDT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

VELEHOSKI, KAREN
ADDRESS AVAILABLE UPON REQUEST

VELEZ LLORENS, MARIANA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, ASHLIE
ADDRESS AVAILABLE UPON REQUEST

VELEZ, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

VELEZ, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

VELEZ, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, HENRY
ADDRESS AVAILABLE UPON REQUEST

VELEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VELEZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VELEZ, KELSEY
ADDRESS AVAILABLE UPON REQUEST

VELEZ, MARITZA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, NARITHA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, NONITA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, OSCAR
ADDRESS AVAILABLE UPON REQUEST

VELEZ, VANELIE
ADDRESS AVAILABLE UPON REQUEST

VELEZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VELEZ, VIMARIE
ADDRESS AVAILABLE UPON REQUEST

VELEZ, YVETTE
ADDRESS AVAILABLE UPON REQUEST

VELI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VELICHETI, TATIANA
ADDRESS AVAILABLE UPON REQUEST

VELICKOVICH, ALEXA
ADDRESS AVAILABLE UPON REQUEST

VELIE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VELIE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VELIZ, BETTY
ADDRESS AVAILABLE UPON REQUEST

VELKER, TRISHA
ADDRESS AVAILABLE UPON REQUEST

VELLA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VELLA, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VELLA-BURTON, JENELLE
ADDRESS AVAILABLE UPON REQUEST

VELLANTE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

VELLANTE, KENDRA
ADDRESS AVAILABLE UPON REQUEST

VELLECA, AUBRIE
ADDRESS AVAILABLE UPON REQUEST

VELLIQUETTE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VELLTURO, MADELINE
ADDRESS AVAILABLE UPON REQUEST

VELLUZZI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VELO CORPORATION OF AMERICA
267 W 17TH ST, 3RD FLOOR
NEW YORK, NY  10011-5300

VELOIRA, JOE
ADDRESS AVAILABLE UPON REQUEST

VELOTTA, JILL
ADDRESS AVAILABLE UPON REQUEST

VELOX CLEARING LLC (3856)
ATTN PROXY MGR
2400 E. KATELLA AVE
STE 725
ANAHEIM, CA 92806

VELQSCO, MAYRA
ADDRESS AVAILABLE UPON REQUEST

VELTHOVEN, AMY
ADDRESS AVAILABLE UPON REQUEST

VELTIDI, SALLY
ADDRESS AVAILABLE UPON REQUEST

VELTMAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

VELTMAN, GRANT
ADDRESS AVAILABLE UPON REQUEST

VELTRE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

VELTRE, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

VELTRI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VELYKIS, THERESA
ADDRESS AVAILABLE UPON REQUEST

VEMAN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

VEMLIN, VESA
ADDRESS AVAILABLE UPON REQUEST

VEMURI, NAVINA
ADDRESS AVAILABLE UPON REQUEST

VENABLE, AMY
ADDRESS AVAILABLE UPON REQUEST

VENABLE, ANNA
ADDRESS AVAILABLE UPON REQUEST

VENABLE, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

VENABLE, YVONNE
ADDRESS AVAILABLE UPON REQUEST

VENABLES, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

VENABLES, LAURA
ADDRESS AVAILABLE UPON REQUEST

VENAGLIA, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VENARD, GERALD
ADDRESS AVAILABLE UPON REQUEST

VENBERG, JOHN
ADDRESS AVAILABLE UPON REQUEST

VENCZEL, LINDA
ADDRESS AVAILABLE UPON REQUEST

VENDEMIA, CARLY
ADDRESS AVAILABLE UPON REQUEST

VENDETTI, DON
ADDRESS AVAILABLE UPON REQUEST

VENDETTI, RANDALL
ADDRESS AVAILABLE UPON REQUEST

VENDETTI, RUAN
ADDRESS AVAILABLE UPON REQUEST

VENDOLA, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

VENDOLA, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

VENDOLA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

VENDOLA, STEVEN
ADDRESS AVAILABLE UPON REQUEST

VENDURO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VENECIA, MHARLO
ADDRESS AVAILABLE UPON REQUEST

VENEDAM, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VENEDIKTOV, ANTON
ADDRESS AVAILABLE UPON REQUEST

VENEGAS, GONZALO
ADDRESS AVAILABLE UPON REQUEST

VENEGAS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VENEGAS, LAURA
ADDRESS AVAILABLE UPON REQUEST

VENEGAS, MARIBEL
ADDRESS AVAILABLE UPON REQUEST

VENEGONI, MARY
ADDRESS AVAILABLE UPON REQUEST

VENELL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

VENEMA, JENIFER
ADDRESS AVAILABLE UPON REQUEST

VENERE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VENESKEY, GWEN
ADDRESS AVAILABLE UPON REQUEST

VENESSA STRONG
ADDRESS AVAILABLE UPON REQUEST

VENEZIA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VENEZIA, BROOKE
ADDRESS AVAILABLE UPON REQUEST

VENEZIANO, MARY
ADDRESS AVAILABLE UPON REQUEST

VENEZIANO, SARAH
ADDRESS AVAILABLE UPON REQUEST

VENGEL, FRANCESCA
ADDRESS AVAILABLE UPON REQUEST

VENGHAUS, MANDY
ADDRESS AVAILABLE UPON REQUEST

VENICE ARTS
1702 LINCOLN BLVD.
VENICE, CA 90291

VENICE WHALER
ADDRESS UNAVAILABLE AT TIME OF FILING

VENIER, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

VENKATA ALLADI
ADDRESS AVAILABLE UPON REQUEST

VENKATA CHEKURI
ADDRESS AVAILABLE UPON REQUEST

VENKATA DIDUGU
ADDRESS AVAILABLE UPON REQUEST

VENKATACHALAM, MANIKANDAN
ADDRESS AVAILABLE UPON REQUEST

VENKATACHALAM, SNEHA
ADDRESS AVAILABLE UPON REQUEST

VENKATARAMANI, HARISH
ADDRESS AVAILABLE UPON REQUEST

VENKATESHWAR BUDUMA
ADDRESS AVAILABLE UPON REQUEST

VENN, RICHARD
ADDRESS AVAILABLE UPON REQUEST

VENNARE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VENNERI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

VENOSA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VENOSH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

VENTEICHER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

VENTIGAN, LORELEI
ADDRESS AVAILABLE UPON REQUEST

VENTIMIGLIA, AMY
ADDRESS AVAILABLE UPON REQUEST

VENTIMIGLIA, LORI
ADDRESS AVAILABLE UPON REQUEST

VENTO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VENTO, PETER
ADDRESS AVAILABLE UPON REQUEST

VENTOLA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VENTRESS, KEENAN
ADDRESS AVAILABLE UPON REQUEST

VENTRIS, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

VENTURA COASTAL LLC
2325 VISTA DEL MAR DRIVE
VENTURA, CA  93002

VENTURA, AMELIA
ADDRESS AVAILABLE UPON REQUEST

VENTURA, BECCA
ADDRESS AVAILABLE UPON REQUEST

VENTURA, DARVINA
ADDRESS AVAILABLE UPON REQUEST

VENTURA, ERIC
ADDRESS AVAILABLE UPON REQUEST

VENTURA, GENESIS
ADDRESS AVAILABLE UPON REQUEST

VENTURA, JEROME
ADDRESS AVAILABLE UPON REQUEST

VENTURA, KATELYN
ADDRESS AVAILABLE UPON REQUEST

VENTURA, MATILDE
ADDRESS AVAILABLE UPON REQUEST

VENTURA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VENTURA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VENTURA, TONY
ADDRESS AVAILABLE UPON REQUEST

VENTURA, WENDOLY
ADDRESS AVAILABLE UPON REQUEST

VENTUREHACK
ADDRESS UNAVAILABLE AT TIME OF FILING

VENTURELLA, KIMBERLEY
ADDRESS AVAILABLE UPON REQUEST

VENTURELLI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VENTURINI, JOE
ADDRESS AVAILABLE UPON REQUEST

VENTURINO, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

VENUS ALVAREZ
ADDRESS AVAILABLE UPON REQUEST

VENUTI, MARY
ADDRESS AVAILABLE UPON REQUEST

VEPURI, DIVYA
ADDRESS AVAILABLE UPON REQUEST

VER HALEN, JON
ADDRESS AVAILABLE UPON REQUEST

VER HELST, JANAE
ADDRESS AVAILABLE UPON REQUEST

VER, KURT
ADDRESS AVAILABLE UPON REQUEST

VERA  TIJERINA, BERTHA
ADDRESS AVAILABLE UPON REQUEST

VERA GAER
ADDRESS AVAILABLE UPON REQUEST

VERA IWAOFF
ADDRESS AVAILABLE UPON REQUEST

VERA NOWAK
ADDRESS AVAILABLE UPON REQUEST

VERA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VERA, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

VERA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

VERA, JEFF
ADDRESS AVAILABLE UPON REQUEST

VERA, JORGE
ADDRESS AVAILABLE UPON REQUEST

VERA, KARLY
ADDRESS AVAILABLE UPON REQUEST

VERA, MARIA FERNANDA
ADDRESS AVAILABLE UPON REQUEST

VERA, MARTIN
ADDRESS AVAILABLE UPON REQUEST

VERA, RITA
ADDRESS AVAILABLE UPON REQUEST

VERA-COLLINS, CYNDI
ADDRESS AVAILABLE UPON REQUEST

VERAISON BEVERAGE DISTRIBUTORS
(COLORADO)
410 RED FOX  PO BOX 239
GYPSUM, CO  81637

VERAISON BEVERAGE DISTRIBUTORS
P.O. BOX 9872
DENVER, CO  80209

VERAISON BEVERAGE DISTRIBUTORS
PO BOX 239
GYPSUM, CO  81637

VERAS, DARLENE
ADDRESS AVAILABLE UPON REQUEST

VERAS, JODDY
ADDRESS AVAILABLE UPON REQUEST

VERBA, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

VERBA, ALLY
ADDRESS AVAILABLE UPON REQUEST

VERBANAC, RILEY
ADDRESS AVAILABLE UPON REQUEST

VERBANO, KATIE
ADDRESS AVAILABLE UPON REQUEST

VERBECK, ANNIE
ADDRESS AVAILABLE UPON REQUEST

VERBEL, BRYAN
ADDRESS AVAILABLE UPON REQUEST

VERBI, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VERBIER SP PARTNERSHIP L P
PO BOX 931
RENO, NV 89504

VERBOFSKY, BRYAN
ADDRESS AVAILABLE UPON REQUEST

VERBOSH, DANA
ADDRESS AVAILABLE UPON REQUEST

VERBOUT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VERBRACKEN, CATHY
ADDRESS AVAILABLE UPON REQUEST

VERBUG, WAYNE
ADDRESS AVAILABLE UPON REQUEST

VERBURGT, KELLY
ADDRESS AVAILABLE UPON REQUEST

VERCELLINO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VERCH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

VERCILLO, HELENA
ADDRESS AVAILABLE UPON REQUEST

VERCLER, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

VERCRUYSSE-JONES, AMY
ADDRESS AVAILABLE UPON REQUEST

VERDECCHIO, DARIA
ADDRESS AVAILABLE UPON REQUEST

VERDEJA, ESABELLE
ADDRESS AVAILABLE UPON REQUEST

VERDELL ANN SCHAEFER
ADDRESS AVAILABLE UPON REQUEST

VERDERESE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VERDI, DONNA
ADDRESS AVAILABLE UPON REQUEST

VERDICCHIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VERDICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VERDIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

VERDINE, DAVID
ADDRESS AVAILABLE UPON REQUEST

VERDIS, NICK
ADDRESS AVAILABLE UPON REQUEST

VERDONE, CATHY
ADDRESS AVAILABLE UPON REQUEST

VERDONI, JON
ADDRESS AVAILABLE UPON REQUEST

VERDOW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VERDU, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

VERDUCCI, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

VERDUN-ANTHONY, TINA
ADDRESS AVAILABLE UPON REQUEST

VEREA, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VEREB, CHRIS
ADDRESS AVAILABLE UPON REQUEST

VEREGIN, MARIA
ADDRESS AVAILABLE UPON REQUEST

VERELINE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VERGA, CLAY
ADDRESS AVAILABLE UPON REQUEST

VERGA, EMILY
ADDRESS AVAILABLE UPON REQUEST

VERGANTINO, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VERGARA, MARLLEL
ADDRESS AVAILABLE UPON REQUEST

VERGARA, VINCENT
ADDRESS AVAILABLE UPON REQUEST

VERGES, AMELIA
ADDRESS AVAILABLE UPON REQUEST

VERGIS, NIKO
ADDRESS AVAILABLE UPON REQUEST

VERGONA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VERGOS, YORGO
ADDRESS AVAILABLE UPON REQUEST

VERHAGE, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

VERHASSELT, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

VERHOEFF, BETSY
ADDRESS AVAILABLE UPON REQUEST

VERHOFF, BRIGID
ADDRESS AVAILABLE UPON REQUEST

VERHOFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VERHULST, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

VERINI, NOREEN
ADDRESS AVAILABLE UPON REQUEST

VERINO-DIAZ, IRMA
ADDRESS AVAILABLE UPON REQUEST

VERITAS WINE SELECTIONS (KANSAS)
1035 E 23RD ST STE 1
LAWRENCE, KS 66046

VERITAS WINE SELECTIONS
2426 LAZY BROOK LN
LAWRENCE, KS 66047

VERITIV OPERATING COMPANY
(ALL AMERICAN CONTAINER)
3300 N. LAUGHLIN
SANTA ROSA, CA 95403

VERITIV OPERATING COMPANY
(ALL AMERICAN CONTAINER)
9330 NW 110TH AVENUE
MIAMI, FL 33178

VERITY WINE, LLC.
P.O. BOX 1826
NEW YORK, NY 10156

VERITY WINES LLC
148 MADISON AVE, 12TH FLOOR
NEW YORK, NY 10016

VERITY WINES LLC
148 MADISON AVE. 12TH FLOOR
NEW YORK, NY 10016

VERITY, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VERITY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VERITY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VERITY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VERIZON
P.O. BOX 15043
ALBANY, NY 12212-5043

VERIZON
P.O. BOX 660794
DALLAS, TX 75266-0794

VERKAMP, KIP
ADDRESS AVAILABLE UPON REQUEST

VERKE, ANNE
ADDRESS AVAILABLE UPON REQUEST

VERKUILEN, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

VERLANIC, CHRIS
ADDRESS AVAILABLE UPON REQUEST

VERMA, AMY
ADDRESS AVAILABLE UPON REQUEST

VERMA, ANKUSH
ADDRESS AVAILABLE UPON REQUEST

VERMA, ARCHNA
ADDRESS AVAILABLE UPON REQUEST

VERMA, ASHA
ADDRESS AVAILABLE UPON REQUEST

VERMA, CHAD
ADDRESS AVAILABLE UPON REQUEST

VERMA, MANISH
ADDRESS AVAILABLE UPON REQUEST

VERMA, NAMITA
ADDRESS AVAILABLE UPON REQUEST

VERMA, PUPUL
ADDRESS AVAILABLE UPON REQUEST

VERMA, RAJ
ADDRESS AVAILABLE UPON REQUEST

VERMA, RAJEEV
ADDRESS AVAILABLE UPON REQUEST

VERMA, REEMA
ADDRESS AVAILABLE UPON REQUEST

VERMA, SHWETA
ADDRESS AVAILABLE UPON REQUEST

VERMAAK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VERMAIRE, MIKELLA
ADDRESS AVAILABLE UPON REQUEST

VERMEER, AMY
ADDRESS AVAILABLE UPON REQUEST

VERMEERSCH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

VERMEJAN, AL OR ELLEN
ADDRESS AVAILABLE UPON REQUEST

VERMEULEN, JACOB
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, DERRICK
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, KAILEIGH
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VERMILLION, PAYSON
ADDRESS AVAILABLE UPON REQUEST

VERMONT AGENCY OF AGRICULTURE, FOOD
AND MARKETS
FOOD SAFETY AND CONSUMER
PROTECTION
116 STATE ST
MONTPELIER, VT  05620

VERMONT DEPARTMENT OF FINANCIAL
REGULATION
SECURITIES DIVISION
89 MAIN STREET
MONTPELIER, VT  05602

VERMONT DEPARTMENT OF LIQUOR AND
LOTTERY
WENDY KNIGHT, COMMISSIONER 1311 US
ROUTE 302, SUITE 100
BARRE, VT  05641

VERMONT DEPT OF LABOR AND INDUSTRY
5 GREEN MOUNTAIN DRIVE
PO BOX 488
MONTPELIER, VT  05601-0488

VERMONT DEPT OF LIQUOR CONTROL
ADDRESS UNAVAILABLE AT TIME OF FILING

VERMONT DEPT OF TAXES
133 STATE ST
MONTPELIER, VT  05633-1401

VERMONT DEPT. OF TAXES
ADDRESS UNAVAILABLE AT TIME OF FILING

VERMONT INFORMATION PROCESSING, INC.
402 WATERTOWER CIRCLE
COLCHESTER, VT  05446

VERMONT SECURITIES DIVISION
89 MAIN STREET
MONTPELIER, VT  05620-3101

VERMONT, MARIA
ADDRESS AVAILABLE UPON REQUEST

VERN J WEGLEITNER
ADDRESS AVAILABLE UPON REQUEST

VERNA MARIE VINES
ADDRESS AVAILABLE UPON REQUEST

VERNAGALLO, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

VERNENGO, JUAN
ADDRESS AVAILABLE UPON REQUEST

VERNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VERNER, KAREN
ADDRESS AVAILABLE UPON REQUEST

VERNER, LEVI
ADDRESS AVAILABLE UPON REQUEST

VERNICK, PAMELA
ADDRESS AVAILABLE UPON REQUEST

VERNIER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VERNON MOWBRAY
3206 WEST 2ND ST. APT J8
WILMINGTON, DE  19805

VERNON P MONTOYA
ADDRESS AVAILABLE UPON REQUEST

VERNON TROY ROSS
ADDRESS AVAILABLE UPON REQUEST

VERNON, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

VERNON, HOPE
ADDRESS AVAILABLE UPON REQUEST

VERNON, JEWELLE
ADDRESS AVAILABLE UPON REQUEST

VERNON, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

VERNON, MARIL
ADDRESS AVAILABLE UPON REQUEST

VERNON, MARLO
ADDRESS AVAILABLE UPON REQUEST

VERNON, RENEE
ADDRESS AVAILABLE UPON REQUEST

VERNON, TAWNYA
ADDRESS AVAILABLE UPON REQUEST

VERON CRUZ, MONELISSA
ADDRESS AVAILABLE UPON REQUEST

VERONA, BRAD
ADDRESS AVAILABLE UPON REQUEST

VERONA, COOPER
ADDRESS AVAILABLE UPON REQUEST

VERONA, LEAHY,
ADDRESS AVAILABLE UPON REQUEST

VERONICA BALLARD
ADDRESS AVAILABLE UPON REQUEST

VERONICA COSBY
ADDRESS AVAILABLE UPON REQUEST

VERONICA DEVALL
ADDRESS AVAILABLE UPON REQUEST

VERONICA MODINI
ADDRESS AVAILABLE UPON REQUEST

VERONICA VILLANUEVA
ADDRESS AVAILABLE UPON REQUEST

VERONICA, MARIA
ADDRESS AVAILABLE UPON REQUEST

VERONICO, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

VERONIE, FELINDA
ADDRESS AVAILABLE UPON REQUEST

VERONIKA JONES
ADDRESS AVAILABLE UPON REQUEST

VERONIQUE LOZA, VERONIQUE
ADDRESS AVAILABLE UPON REQUEST

VERONNEAU, KYLE
ADDRESS AVAILABLE UPON REQUEST

VEROSKO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VEROST, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VEROSTEK, CHERYL
ADDRESS AVAILABLE UPON REQUEST

VERPLAETSE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VERRAN, ALISON
ADDRESS AVAILABLE UPON REQUEST

VERRECCHIA, LISA
ADDRESS AVAILABLE UPON REQUEST

VERRECCHIA, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

VERRENGIA, CRISTEN
ADDRESS AVAILABLE UPON REQUEST

VERRET, DANIEL
ADDRESS AVAILABLE UPON REQUEST

VERRETTE, KELIN
ADDRESS AVAILABLE UPON REQUEST

VERRICHIA, NANCY
ADDRESS AVAILABLE UPON REQUEST

VERRICO, BRAD
ADDRESS AVAILABLE UPON REQUEST

VERRICO, MORGAN
ADDRESS AVAILABLE UPON REQUEST

VERRILL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VERRILLI, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

VERROS, DEANA
ADDRESS AVAILABLE UPON REQUEST

VERRYDEN, ERIK
ADDRESS AVAILABLE UPON REQUEST

VERSACE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

VERSAILLES, STACY
ADDRESS AVAILABLE UPON REQUEST

VERSAN BORA HAMAMCIOGLU
ADDRESS AVAILABLE UPON REQUEST

VERSFELT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VERSICAL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

VERSPOOR, ROY
ADDRESS AVAILABLE UPON REQUEST

VERSSEN, KIRA
ADDRESS AVAILABLE UPON REQUEST

VERSTEEG, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VERTEFEUILLE, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

VERTES, RYLEIGH
ADDRESS AVAILABLE UPON REQUEST

VERTICAL SEARCH WORKS
ADDRESS UNAVAILABLE AT TIME OF FILING

VERTICAL WINE BISTRO
ADDRESS UNAVAILABLE AT TIME OF FILING

VERTICAL, CLIFF
ADDRESS AVAILABLE UPON REQUEST

VERTICCHIO, TOM
ADDRESS AVAILABLE UPON REQUEST

VERTIN, CALLAHAN
ADDRESS AVAILABLE UPON REQUEST

VERTIZ, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VERTUDEZ, LESTER
ADDRESS AVAILABLE UPON REQUEST

VERUCHI, VINCENT
ADDRESS AVAILABLE UPON REQUEST

VERVE COFFEE ROASTER
ADDRESS UNAVAILABLE AT TIME OF FILING

VERVE DIRECT LIMITED
SUITE 2305 23/F OFFICE TOWER
CONVENTION PLAZA,
1 HABOR RD
WANCHAI

VERVELDE, KATE
ADDRESS AVAILABLE UPON REQUEST

VERVERIS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VERWIJST, ANTON
ADDRESS AVAILABLE UPON REQUEST

VERYPINK KNITS (VERYPINK)
VERY PINK KNITS PO BOX 152442
AUSTIN, TX  78715-2442

VERZELLA, DIANE
ADDRESS AVAILABLE UPON REQUEST

VERZOSA, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VESCERA, LIZZETTE
ADDRESS AVAILABLE UPON REQUEST

VESCIO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VESCOVI, ALMA
ADDRESS AVAILABLE UPON REQUEST

VESCOVI, LUCA & NICOLE
ADDRESS AVAILABLE UPON REQUEST

VESCOVI, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VESELY, BEAU
ADDRESS AVAILABLE UPON REQUEST

VESELY, MARIE
ADDRESS AVAILABLE UPON REQUEST

VESELY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VESEY, JEN
ADDRESS AVAILABLE UPON REQUEST

VESLING, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VESPER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

VESPER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

VESPIA, MAREN
ADDRESS AVAILABLE UPON REQUEST

VESSELS, CALLAN
ADDRESS AVAILABLE UPON REQUEST

VESSEY, DEVON
ADDRESS AVAILABLE UPON REQUEST

VESSEY, JUDITH
ADDRESS AVAILABLE UPON REQUEST

VESSILLO, EVAN
ADDRESS AVAILABLE UPON REQUEST

VEST, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VEST, LAURIE
ADDRESS AVAILABLE UPON REQUEST

VEST, TINA
ADDRESS AVAILABLE UPON REQUEST

VEST, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VESTAL, TABITHA
ADDRESS AVAILABLE UPON REQUEST

VESTLE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VESTMAN, KAMI
ADDRESS AVAILABLE UPON REQUEST

VESTRI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VET, RYAN
ADDRESS AVAILABLE UPON REQUEST

VETEK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VETOR, EVAN
ADDRESS AVAILABLE UPON REQUEST

VETRANO, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

VETRANO, MARISSA
ADDRESS AVAILABLE UPON REQUEST

VETRANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VETRO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VETRO, KATHY
ADDRESS AVAILABLE UPON REQUEST

VETROVEC, ALYSON
ADDRESS AVAILABLE UPON REQUEST

VETTEL, TODD
ADDRESS AVAILABLE UPON REQUEST

VETTER, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

VETTER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VETTER, ANN
ADDRESS AVAILABLE UPON REQUEST

VETTER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VETTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VETTER, JOE
ADDRESS AVAILABLE UPON REQUEST

VETTER, MADDIE
ADDRESS AVAILABLE UPON REQUEST

VETTER, TARYN
ADDRESS AVAILABLE UPON REQUEST

VETTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VETTESE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VETTRAINO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VEUM, D
ADDRESS AVAILABLE UPON REQUEST

VEUM, DAVID
ADDRESS AVAILABLE UPON REQUEST

VEUM, DESSICA
ADDRESS AVAILABLE UPON REQUEST

VEUM, WARREN
ADDRESS AVAILABLE UPON REQUEST

VEURINK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

VEYAN, SHELENE
ADDRESS AVAILABLE UPON REQUEST

VEYSEY, LIAT
ADDRESS AVAILABLE UPON REQUEST

VEYTS, ILYA
ADDRESS AVAILABLE UPON REQUEST

VEZINA, JENNA
ADDRESS AVAILABLE UPON REQUEST

VEZZA, CECELIA
ADDRESS AVAILABLE UPON REQUEST

VEZZA, JOSH
ADDRESS AVAILABLE UPON REQUEST

VEZZOTO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VIA, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

VIA, NICK
ADDRESS AVAILABLE UPON REQUEST

VIAFORE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VIAFORE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VIALPANDO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VIALVA, ROSLYN
ADDRESS AVAILABLE UPON REQUEST

VIANA IRISARRI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VIANA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIANA, DAWN
ADDRESS AVAILABLE UPON REQUEST

VIANCOURT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

VIANE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VIANI, MARLA
ADDRESS AVAILABLE UPON REQUEST

VIANNA LOPEZ
ADDRESS AVAILABLE UPON REQUEST

VIANO, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VIATOR, CRAIG
ADDRESS AVAILABLE UPON REQUEST

VIAU, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VIAVID BROADCASTING CORP.
PO BOX 93074
CAULFEILD VILLAGE WEST
VANCOUVER, BC  V7W 3G4
CANADA

VIC GERDES
ADDRESS AVAILABLE UPON REQUEST

VICARIO, ERICA
ADDRESS AVAILABLE UPON REQUEST

VICE, ALISON
ADDRESS AVAILABLE UPON REQUEST

VICE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VICE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VICENCIO, LEAH
ADDRESS AVAILABLE UPON REQUEST

VICENTE APARICIO JR
ADDRESS AVAILABLE UPON REQUEST

VICENTE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VICENTE, CHELLA
ADDRESS AVAILABLE UPON REQUEST

VICENTE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

VICEROY HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

VICE-VAN HEYDE, ANNABELLA
ADDRESS AVAILABLE UPON REQUEST

VICHE, JEANIE
ADDRESS AVAILABLE UPON REQUEST

VICHITCHOLCHAI, ANNA
ADDRESS AVAILABLE UPON REQUEST

VICINI, KANDY
ADDRESS AVAILABLE UPON REQUEST

VICINIE, JENNIE
ADDRESS AVAILABLE UPON REQUEST

VICINO, JENNY
ADDRESS AVAILABLE UPON REQUEST

VICINO, KATLYN
ADDRESS AVAILABLE UPON REQUEST

VICK LEROY NEWSOM
ADDRESS AVAILABLE UPON REQUEST

VICK, BLAIR
ADDRESS AVAILABLE UPON REQUEST

VICK, JESS
ADDRESS AVAILABLE UPON REQUEST

VICK, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

VICKERS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

VICKERS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

VICKERS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

VICKERS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

VICKERS, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

VICKERS, JAMES
ADDRESS AVAILABLE UPON REQUEST

VICKERS, JODY
ADDRESS AVAILABLE UPON REQUEST

VICKERS, POTSO
ADDRESS AVAILABLE UPON REQUEST

VICKERSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

VICKERY, BETTY
ADDRESS AVAILABLE UPON REQUEST

VICKERY, HARPER
ADDRESS AVAILABLE UPON REQUEST

VICKERY, TARI
ADDRESS AVAILABLE UPON REQUEST

VICKERY, ZACH
ADDRESS AVAILABLE UPON REQUEST

VICKI YORK
ADDRESS AVAILABLE UPON REQUEST

VICK-MCGILL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VICKREY, BECKY
ADDRESS AVAILABLE UPON REQUEST

VICKREY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

VICKY LEUNG
ADDRESS AVAILABLE UPON REQUEST

VICKY R SAGEHORN
ADDRESS AVAILABLE UPON REQUEST

VICKY WANG
ADDRESS AVAILABLE UPON REQUEST

VICORIA LINDSEY
ADDRESS AVAILABLE UPON REQUEST

VICTOR BARRERA
ADDRESS AVAILABLE UPON REQUEST

VICTOR FAM KUO
ADDRESS AVAILABLE UPON REQUEST

VICTOR HAM
ADDRESS AVAILABLE UPON REQUEST

VICTOR LUM
ADDRESS AVAILABLE UPON REQUEST

VICTOR MANDARICH
ADDRESS AVAILABLE UPON REQUEST

VICTOR MAXIMUS ROSE
ADDRESS AVAILABLE UPON REQUEST

VICTOR NGUYEN
ADDRESS AVAILABLE UPON REQUEST

VICTOR PANNU
ADDRESS AVAILABLE UPON REQUEST

VICTOR PUCHI
ADDRESS AVAILABLE UPON REQUEST

VICTOR RACETTE
ADDRESS AVAILABLE UPON REQUEST

VICTOR RENDON
ADDRESS AVAILABLE UPON REQUEST

VICTOR RICHARDSON
ADDRESS AVAILABLE UPON REQUEST

VICTOR W MCLAUGHLIN
ADDRESS AVAILABLE UPON REQUEST

VICTOR, ALENA
ADDRESS AVAILABLE UPON REQUEST

VICTOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VICTOR, JOHN
ADDRESS AVAILABLE UPON REQUEST

VICTOR, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

VICTOR, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

VICTOR, MADISON
ADDRESS AVAILABLE UPON REQUEST

VICTORIA A HORAN
ADDRESS AVAILABLE UPON REQUEST

VICTORIA BUI
ADDRESS AVAILABLE UPON REQUEST

VICTORIA DEL CAMPO
ADDRESS AVAILABLE UPON REQUEST

VICTORIA FIELDING
ADDRESS AVAILABLE UPON REQUEST

VICTORIA HOLMES SEE
ADDRESS AVAILABLE UPON REQUEST

VICTORIA LARSON
ADDRESS AVAILABLE UPON REQUEST

VICTORIA MACEY INC.
246 N. BEACHWOOD DRIVE
LOS ANGELES, CA  90004

VICTORIA MORALES
ADDRESS AVAILABLE UPON REQUEST

VICTORIA PARTENOPE
ADDRESS AVAILABLE UPON REQUEST

VICTORIA REESE (VICTOR GROUP LA)
19351 MAGNOTIA PKWY
SARTHFIELD, MI  48075

VICTORIA SHULBERG
ADDRESS AVAILABLE UPON REQUEST

VICTORIA VANEYCK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VICTORIA YEAGER
ADDRESS AVAILABLE UPON REQUEST

VICTORIA YUAN
ADDRESS AVAILABLE UPON REQUEST

VICTORIA, BRIDGETT
ADDRESS AVAILABLE UPON REQUEST

VICTORIA, KARI
ADDRESS AVAILABLE UPON REQUEST

VICTORIA, TODD
ADDRESS AVAILABLE UPON REQUEST

VICTORIA, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VICTORIA-DELGADO, ANYA MONICA
ADDRESS AVAILABLE UPON REQUEST

VICTORY TAILGATE
ADDRESS UNAVAILABLE AT TIME OF FILING

VIDA, KEVIN
ADDRESS AVAILABLE UPON REQUEST

VIDA, ROB
ADDRESS AVAILABLE UPON REQUEST

VIDAEFF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

VIDAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VIDAL, BROGAN
ADDRESS AVAILABLE UPON REQUEST

VIDAL, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIDAL, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

VIDAL, LILIANA
ADDRESS AVAILABLE UPON REQUEST

VIDAL, LORENNA
ADDRESS AVAILABLE UPON REQUEST

VIDAL, MALEAH
ADDRESS AVAILABLE UPON REQUEST

VIDAL, PERLA
ADDRESS AVAILABLE UPON REQUEST

VIDAL, REBEKKAH
ADDRESS AVAILABLE UPON REQUEST

VIDAL, SHELISA LEAH
ADDRESS AVAILABLE UPON REQUEST

VIDAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VIDAL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VIDAL, YVONNE
ADDRESS AVAILABLE UPON REQUEST

VIDALES, BAILEY
ADDRESS AVAILABLE UPON REQUEST

VIDALINA PUBILL
ADDRESS AVAILABLE UPON REQUEST

VIDAMO, AJ
ADDRESS AVAILABLE UPON REQUEST

VIDAURRE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIDAURRI, SARAH
ADDRESS AVAILABLE UPON REQUEST

VIDEEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VIDEKA, MICHAELLA
ADDRESS AVAILABLE UPON REQUEST

VIDETTO, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VIDHEECHAROEN, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

VIDINICH, CODY
ADDRESS AVAILABLE UPON REQUEST

VIDMAR, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

VIDMAR, STAN
ADDRESS AVAILABLE UPON REQUEST

VIDOVIC, TYLER
ADDRESS AVAILABLE UPON REQUEST

VIDRINE, CARIE
ADDRESS AVAILABLE UPON REQUEST

VIDRINE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

VIDRINE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VIDRO, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

VIDUGIRYTE, AUSTEJA
ADDRESS AVAILABLE UPON REQUEST

VIEGELAHN, MARY
ADDRESS AVAILABLE UPON REQUEST

VIEHMAN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

VIEHWEGER, ASHTON
ADDRESS AVAILABLE UPON REQUEST

VIEIRA VERCOSA, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

VIEIRA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

VIEIRA, ERIN
ADDRESS AVAILABLE UPON REQUEST

VIEIRA, JOANNIE
ADDRESS AVAILABLE UPON REQUEST

VIEIRA, JOHN
ADDRESS AVAILABLE UPON REQUEST

VIEIRA, MONICA
ADDRESS AVAILABLE UPON REQUEST

VIEL, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

VIENUP, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VIERCK, PAUL
ADDRESS AVAILABLE UPON REQUEST

VIERLING, CHUCK
ADDRESS AVAILABLE UPON REQUEST

VIERRA, AMBER
ADDRESS AVAILABLE UPON REQUEST

VIERRA, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

VIERRA, SARA
ADDRESS AVAILABLE UPON REQUEST

VIERS, META
ADDRESS AVAILABLE UPON REQUEST

VIERSE, DAVID
ADDRESS AVAILABLE UPON REQUEST

VIET HAI HOANG
ADDRESS AVAILABLE UPON REQUEST

VIETHS, MARIT
ADDRESS AVAILABLE UPON REQUEST

VIETOR, NICK
ADDRESS AVAILABLE UPON REQUEST

VIETS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

VIETS, RHONDA
ADDRESS AVAILABLE UPON REQUEST

VIETZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VIEW, THE
ADDRESS AVAILABLE UPON REQUEST

VIG, ANNA
ADDRESS AVAILABLE UPON REQUEST

VIGEANT, NIKI
ADDRESS AVAILABLE UPON REQUEST

VIGEANT, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

VIGEN, CATIE
ADDRESS AVAILABLE UPON REQUEST

VIGEN, DANE
ADDRESS AVAILABLE UPON REQUEST

VIGGIANO, COLETTE
ADDRESS AVAILABLE UPON REQUEST

VIGGIANO, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VIGGIANO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VIGGIANO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

VIGH, MIKE
ADDRESS AVAILABLE UPON REQUEST

VIGIL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

VIGIL, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VIGIL, CHANTAL
ADDRESS AVAILABLE UPON REQUEST

VIGIL, ELISEO
ADDRESS AVAILABLE UPON REQUEST

VIGIL, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

VIGIL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VIGIL, JUANITA
ADDRESS AVAILABLE UPON REQUEST

VIGIL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

VIGIL, KATHY
ADDRESS AVAILABLE UPON REQUEST

VIGIL, LILLI
ADDRESS AVAILABLE UPON REQUEST

VIGIL, MARIA
ADDRESS AVAILABLE UPON REQUEST

VIGIL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

VIGIL, ROSE
ADDRESS AVAILABLE UPON REQUEST

VIGIL, ZARAH
ADDRESS AVAILABLE UPON REQUEST

VIGILANTE-SOTO, GINA
ADDRESS AVAILABLE UPON REQUEST

VIGILETTI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VIGILIA, LORENZO
ADDRESS AVAILABLE UPON REQUEST

VIGLIANTE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VIGLIOTTA MONT, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

VIGLIOTTI, AARON
ADDRESS AVAILABLE UPON REQUEST

VIGLIOTTI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VIGLIOTTI, MARK
ADDRESS AVAILABLE UPON REQUEST

VIGLIOTTI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VIGNA, DEBRA
ADDRESS AVAILABLE UPON REQUEST

VIGNA, KATIE
ADDRESS AVAILABLE UPON REQUEST

VIGNEAULT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIGNEAULT, WENDY
ADDRESS AVAILABLE UPON REQUEST

VIGNERON, JODI
ADDRESS AVAILABLE UPON REQUEST

VIGNESWARAN, JEN
ADDRESS AVAILABLE UPON REQUEST

VIGNETTE LOUNGE
ADDRESS UNAVAILABLE AT TIME OF FILING

VIGNOLA, MATT
ADDRESS AVAILABLE UPON REQUEST

VIGNONE, DOMENICK
ADDRESS AVAILABLE UPON REQUEST

VIGNONE, DOMENICK
ADDRESS AVAILABLE UPON REQUEST

VIGNONE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VIGNOS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VIGNOVICH, KYLEA
ADDRESS AVAILABLE UPON REQUEST

VIGOA, MAYLEEN
ADDRESS AVAILABLE UPON REQUEST

VIGOUROUX, JULIAN
ADDRESS AVAILABLE UPON REQUEST

VIGREN, MARK
ADDRESS AVAILABLE UPON REQUEST

VIHINEN, CINDY
ADDRESS AVAILABLE UPON REQUEST

VIJAY BASIREDDY
ADDRESS AVAILABLE UPON REQUEST

VIJAY BHASKAR REDDY GADDAM
ADDRESS AVAILABLE UPON REQUEST

VIJAY DESIRAJU
ADDRESS AVAILABLE UPON REQUEST

VIJAY, DESI
ADDRESS AVAILABLE UPON REQUEST

VIJAYA KUPPA
ADDRESS AVAILABLE UPON REQUEST

VIJAYAKUMAR, KEERTHI
ADDRESS AVAILABLE UPON REQUEST

VIJAYKUMAR, ANKITA
ADDRESS AVAILABLE UPON REQUEST

VIJJESWARAPU, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VIK JAIN
ADDRESS AVAILABLE UPON REQUEST

VIK, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

VIKAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VIKAS UNNAVA
ADDRESS AVAILABLE UPON REQUEST

VIKASH PATEL
ADDRESS AVAILABLE UPON REQUEST

VIKOR, ERIKA
ADDRESS AVAILABLE UPON REQUEST

VIKRAM DAYAL
ADDRESS AVAILABLE UPON REQUEST

VIKRAM GOLLAKOTA
ADDRESS AVAILABLE UPON REQUEST

VIKRAM MUTHYALA
ADDRESS AVAILABLE UPON REQUEST

VIKRAM RAGHAVAN
ADDRESS AVAILABLE UPON REQUEST

VIKRAM SINGH
ADDRESS AVAILABLE UPON REQUEST

VIKRAM, AHALYA
ADDRESS AVAILABLE UPON REQUEST

VIKRAM, GITA
ADDRESS AVAILABLE UPON REQUEST

VIKTOR BENES MARINA
ADDRESS UNAVAILABLE AT TIME OF FILING

VIKTORIN, TARA
ADDRESS AVAILABLE UPON REQUEST

VILAIROJ, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

VILANDRE, TONI
ADDRESS AVAILABLE UPON REQUEST

VILAPLANA, TALIA
ADDRESS AVAILABLE UPON REQUEST

VILAR, SOFIA
ADDRESS AVAILABLE UPON REQUEST

VILAYVANH, SOU
ADDRESS AVAILABLE UPON REQUEST

VILCEK, KELSEY
ADDRESS AVAILABLE UPON REQUEST

VILCHERREZ, LAURA
ADDRESS AVAILABLE UPON REQUEST

VILCHIS, KELLI
ADDRESS AVAILABLE UPON REQUEST

VILD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VILD, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

VILELA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

VILES, LUAN
ADDRESS AVAILABLE UPON REQUEST

VILETA, BRANDON
ADDRESS AVAILABLE UPON REQUEST

VILK, IGOR
ADDRESS AVAILABLE UPON REQUEST

VILKAITIS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

VILLA CREEK, INC. (VILLA CREEK CELLARS)
5995 PEACHY CYN. RD
PASO ROBLES, CA  93446

VILLA FIK
ADDRESS UNAVAILABLE AT TIME OF FILING

VILLA PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

VILLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VILLA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VILLA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VILLA, GERARDO
ADDRESS AVAILABLE UPON REQUEST

VILLA, JULIEANN
ADDRESS AVAILABLE UPON REQUEST

VILLA, LOURDES
ADDRESS AVAILABLE UPON REQUEST

VILLA, SAVANAH
ADDRESS AVAILABLE UPON REQUEST

VILLA, VALIN
ADDRESS AVAILABLE UPON REQUEST

VILLA, XAVIER
ADDRESS AVAILABLE UPON REQUEST

VILLACIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

VILLACORTA, SANDRA
ADDRESS AVAILABLE UPON REQUEST

VILLADA, SHERLYS
ADDRESS AVAILABLE UPON REQUEST

VILLADEMOROS, DAVID
ADDRESS AVAILABLE UPON REQUEST

VILLADIEGO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VILLADOLID, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VILLAFAN, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

VILLAFANA, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

VILLAFANE, MIGDALIA
ADDRESS AVAILABLE UPON REQUEST

VILLAFLOR, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VILLAGIO, SARA
ADDRESS AVAILABLE UPON REQUEST

VILLAGOMEZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

VILLAGOMEZ, MAYRA
ADDRESS AVAILABLE UPON REQUEST

VILLAGOMEZ, NIKKI
ADDRESS AVAILABLE UPON REQUEST

VILLAGONZALO, CARLI
ADDRESS AVAILABLE UPON REQUEST

VILLAGRAN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

VILLAGRAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VILLALBA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VILLALBA, MARISA
ADDRESS AVAILABLE UPON REQUEST

VILLALBA, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

VILLALOBO, MARIA
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, BEATRIZ
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, IVAN M
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, KATIE
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, KIARA
ADDRESS AVAILABLE UPON REQUEST

VILLA-LOBOS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, LUCIA
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, LUZ
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VILLALOBOS-GRIGGS, VIRNA
ADDRESS AVAILABLE UPON REQUEST

VILLALON, TERRY
ADDRESS AVAILABLE UPON REQUEST

VILLALONA, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

VILLALONA, FRANKLIN
ADDRESS AVAILABLE UPON REQUEST

VILLALONA, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

VILLALOVOS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

VILLALOVOZ, ADAIR
ADDRESS AVAILABLE UPON REQUEST

VILLALPANDO, FERMIN
ADDRESS AVAILABLE UPON REQUEST

VILLAMIL, FABIOLA
ADDRESS AVAILABLE UPON REQUEST

VILLAMOR, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

VILLAMOR, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

VILLANDRY, STARR
ADDRESS AVAILABLE UPON REQUEST

VILLANI, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

VILLANI, ANNA
ADDRESS AVAILABLE UPON REQUEST

VILLANI, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

VILLANI, LAURA
ADDRESS AVAILABLE UPON REQUEST

VILLANO, JADE
ADDRESS AVAILABLE UPON REQUEST

VILLANOVA DAILEY, CAROL
ADDRESS AVAILABLE UPON REQUEST

VILLANOVA, KYLE
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, ABNER
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, ANJELICA
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, ANNIE
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, DIONNE
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, ERIN
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, HOLLY D
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, ISABEL
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, KARA MIA
ADDRESS AVAILABLE UPON REQUEST

VILLANUEVA, KATY
ADDRESS AVAILABLE UPON REQUEST

VILLANY, KATIE
ADDRESS AVAILABLE UPON REQUEST

VILLANYI, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

VILLAOBOS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

VILLAPIANO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VILLAR, MAYA
ADDRESS AVAILABLE UPON REQUEST

VILLARAN, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

VILLARAN, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

VILLARANTE, ADELINA
ADDRESS AVAILABLE UPON REQUEST

VILLARASA, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

VILLARET, ELISE
ADDRESS AVAILABLE UPON REQUEST

VILLARI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VILLAROS, JOAN
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL POWELL, LYNNE
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, ALY
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, ANDREA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, DAWN
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, DIANA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, DIANNE
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, IMARA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, LAURA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, SOFIA
ADDRESS AVAILABLE UPON REQUEST

VILLARREAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VILLARRIAL, SPRING
ADDRESS AVAILABLE UPON REQUEST

VILLARRUEL, AMALIA
ADDRESS AVAILABLE UPON REQUEST

VILLASANA, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VILLASANTE, ROBERTO
ADDRESS AVAILABLE UPON REQUEST

VILLASENOR, LETICIA
ADDRESS AVAILABLE UPON REQUEST

VILLASENOR, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

VILLATORO, ANGEL
ADDRESS AVAILABLE UPON REQUEST

VILLATORO, OLVIN
ADDRESS AVAILABLE UPON REQUEST

VILLAVICENCIO, KAMERON
ADDRESS AVAILABLE UPON REQUEST

VILLAVICENCIO, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

VILLAVICENCIO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VILLAVICENCIO, RENZO
ADDRESS AVAILABLE UPON REQUEST

VILLE, ANNETTE
ADDRESS AVAILABLE UPON REQUEST

VILLEDA, IAN
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, DAMARIS
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, DULCE
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, JANETTE
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, NINA
ADDRESS AVAILABLE UPON REQUEST

VILLEGAS, ROSEANN
ADDRESS AVAILABLE UPON REQUEST

VILLELA, MARISSA
ADDRESS AVAILABLE UPON REQUEST

VILLELLAS, VIOLET
ADDRESS AVAILABLE UPON REQUEST

VILLEMAIRE, JANETTE
ADDRESS AVAILABLE UPON REQUEST

VILLENEUVE, PAUL
ADDRESS AVAILABLE UPON REQUEST

VILLETA, DIOSMERY
ADDRESS AVAILABLE UPON REQUEST

VILLEZCAS, CARLOS
ADDRESS AVAILABLE UPON REQUEST

VILLIERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

VILLIERS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

VILLIG, KYLIE
ADDRESS AVAILABLE UPON REQUEST

VILLNAVE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

VILLWOCK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VILLYARD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VILMA MEDINA
ADDRESS AVAILABLE UPON REQUEST

VILORIA, JASMIN
ADDRESS AVAILABLE UPON REQUEST

VILSMEYER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VILSOET, RICHARD
ADDRESS AVAILABLE UPON REQUEST

VILVEN, BLAKE
ADDRESS AVAILABLE UPON REQUEST

VIMALANANDA, SAMSON
ADDRESS AVAILABLE UPON REQUEST

VIMEO PRO
ADDRESS UNAVAILABLE AT TIME OF FILING

VIMEO
ADDRESS UNAVAILABLE AT TIME OF FILING

VIMINI, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VIMMERSTEDT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VINA KOYLE S.A.
ISIDORA GOYENECHEA 3600, OFFICE 1101
LAS CONDES
CHILE

VINA PUNTI FERRER LIMITADA
LOTE 28B, PC CHOAPINOS,
ROSARIO RENGO
CHILE

VINAS, JULIO
ADDRESS AVAILABLE UPON REQUEST

VINAY SINGH
ADDRESS AVAILABLE UPON REQUEST

VINAY TIRUPATI
ADDRESS AVAILABLE UPON REQUEST

VINCE, DONNA
ADDRESS AVAILABLE UPON REQUEST

VINCE, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

VINCE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VINCE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

VINCEK, STEVEN
ADDRESS AVAILABLE UPON REQUEST

VINCELET, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VINCELLI, KARA
ADDRESS AVAILABLE UPON REQUEST

VINCENT BICKHART
ADDRESS AVAILABLE UPON REQUEST

VINCENT CHRISTOPHER MACE
ADDRESS AVAILABLE UPON REQUEST

VINCENT LEE LUCERO-BENDAWALD
ADDRESS AVAILABLE UPON REQUEST

VINCENT LEE LUCERO-BENDAWALD
ADDRESS AVAILABLE UPON REQUEST

VINCENT LI
ADDRESS AVAILABLE UPON REQUEST

VINCENT MACH
ADDRESS AVAILABLE UPON REQUEST

VINCENT ORTOLANI
ADDRESS AVAILABLE UPON REQUEST

VINCENT TAN
ADDRESS AVAILABLE UPON REQUEST

VINCENT
ADDRESS AVAILABLE UPON REQUEST

VINCENT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

VINCENT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VINCENT, CAMILA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VINCENT, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

VINCENT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

VINCENT, GENE
ADDRESS AVAILABLE UPON REQUEST

VINCENT, GREGORIO
ADDRESS AVAILABLE UPON REQUEST

VINCENT, HUNTER
ADDRESS AVAILABLE UPON REQUEST

VINCENT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, JOEL
ADDRESS AVAILABLE UPON REQUEST

VINCENT, JULIA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LARA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LAURA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LEAH
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LISA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, LOGAN
ADDRESS AVAILABLE UPON REQUEST

VINCENT, MADDIE
ADDRESS AVAILABLE UPON REQUEST

VINCENT, MADISON
ADDRESS AVAILABLE UPON REQUEST

VINCENT, MARION
ADDRESS AVAILABLE UPON REQUEST

VINCENT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VINCENT, MONICA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, SHEA
ADDRESS AVAILABLE UPON REQUEST

VINCENT, WAGNY
ADDRESS AVAILABLE UPON REQUEST

VINCENTY, ANDRE
ADDRESS AVAILABLE UPON REQUEST

VINCENZO LARICH
ADDRESS AVAILABLE UPON REQUEST

VINCI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VINCI, CAMERON
ADDRESS AVAILABLE UPON REQUEST

VINCI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VINCI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VINCI, KATHY
ADDRESS AVAILABLE UPON REQUEST

VINCK, KRIZIA
ADDRESS AVAILABLE UPON REQUEST

VINE STREET IMPORTS
ADDRESS UNAVAILABLE AT TIME OF FILING

VINE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VINE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VINE, LUZDIVINA
ADDRESS AVAILABLE UPON REQUEST

VINEBURG, LLC
GUNDLACH BUNDSCHU WINERY
PO BOX 1
VINEBURG, CA  95487

VINEOAKS, LLC (ROBLAR WINERY)
3010 ROBLAR AVENUE
SANTA YNEZ, CA  93460

VINEOAKS, LLC (ROBLAR WINERY)
4155 WINE CREEK RD
HEALDSBURG, CA  95448

VINES, MARIE
ADDRESS AVAILABLE UPON REQUEST

VINES, WILIAM
ADDRESS AVAILABLE UPON REQUEST

VINES, ZINA
ADDRESS AVAILABLE UPON REQUEST

VINETT, CASEY
ADDRESS AVAILABLE UPON REQUEST

VINEYARD TEAM
5915 EL CAMINO REAL
ATASCADERO, CA  93422

VINEYARD, JOHN
ADDRESS AVAILABLE UPON REQUEST

VINEYARD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VINGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

VIN-GLOBAL LLP
4501 MANATEE AVE W SUITE 314
BRADENTON, FL  34209

VIN-GO, LLC
119 ROCKLAND CENTER SUITE 392
NANUET, NY  10954

VINGOE, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

VINIFERA IMPORTS, CALIFORNIA
13273 BARTON CIRCLE
WHITTIER, CA  90605

VINING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VINING, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VINING, JANET
ADDRESS AVAILABLE UPON REQUEST

VINING, JOHN
ADDRESS AVAILABLE UPON REQUEST

VINISH MANCHANDA
ADDRESS AVAILABLE UPON REQUEST

VINK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VINK, PAULINA
ADDRESS AVAILABLE UPON REQUEST

VINNECE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

VINOD KUMAR
ADDRESS AVAILABLE UPON REQUEST

VINOD MOHAN
ADDRESS AVAILABLE UPON REQUEST

VINOGRADOV, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

VINOKUR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

VINOKUR, VADIM
ADDRESS AVAILABLE UPON REQUEST

VINOS CON SENTIDOS SAC
AV. MANUEL DE MENDIBURU 1028, PISO 2,
INT B
MIRAFLORES
PERU

VINOS UNICO INC.
16 TOP OF THE RIDGE
MAMARONECK, NY  10543

VINOUS SINS
120 BELLE COURT
MADISON, MS  39110

VINPERFECT, INC
831 LATOUR COURT, SUITE B1
NAPA, CA  94558

VINQUIRY, INC.
7795 BELL ROAD
WINDSOR, CA  95492

VINSON, BEN
ADDRESS AVAILABLE UPON REQUEST

VINSON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

VINSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VINSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VINSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VINSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VINSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

VINSON, LISA
ADDRESS AVAILABLE UPON REQUEST

VINSON, MARIA
ADDRESS AVAILABLE UPON REQUEST

VINSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

VINSON, NEVELLE
ADDRESS AVAILABLE UPON REQUEST

VINSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

VINSON, TAMI
ADDRESS AVAILABLE UPON REQUEST

VINSON, TARA
ADDRESS AVAILABLE UPON REQUEST

VINT BLACKBURN
ADDRESS AVAILABLE UPON REQUEST

VINTAGE WINE ESTATES, INC.
205 CONCOURSE BOULEVARD
SANTA ROSA, CA  95403

VINTEGRITY KANSAS, LLC
14314 W 100TH ST
LENEXA, KS  66215

VINTEGRITY KANSAS, LLC
8059 FLINT ST.
LENEXA, KS  66214

VINTEGRITY LLC KANSAS
8059 FLINT ST BUILDING  19
LENEXA, KS  66214

VINTEGRITY, LLC.
1689 N. TOPPING AVE.
KANSAS CITY, MO  64120

VINTON, CARLIE
ADDRESS AVAILABLE UPON REQUEST

VINTON, TORI
ADDRESS AVAILABLE UPON REQUEST

VINUM CELLARS
CHRIS CONDOS
135 CAMINO DORADO SUITE 6
NAPA, CA  94558

VINX2 WINERY SOFTWARE, INC
548 MARKET ST  62071
SAN FRANCISCO, CA  94104

VINYL MOON
3105 ARVIA ST
LOS ANGELES, CA  90065

VIOLA, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VIOLA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VIOLA, ELIJAH
ADDRESS AVAILABLE UPON REQUEST

VIOLA, SKYE
ADDRESS AVAILABLE UPON REQUEST

VIOLANTE, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

VIOLANTE, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

VIOLANTE, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

VIOLET, DR.
ADDRESS AVAILABLE UPON REQUEST

VIOLETA MORAN
ADDRESS AVAILABLE UPON REQUEST

VIOLETA SANDOVAL
ADDRESS AVAILABLE UPON REQUEST

VIOLETT, DAN
ADDRESS AVAILABLE UPON REQUEST

VIOLETTE, AMY
ADDRESS AVAILABLE UPON REQUEST

VIOLETTE, ANNE
ADDRESS AVAILABLE UPON REQUEST

VIOLETTE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VIORST, MARLA
ADDRESS AVAILABLE UPON REQUEST

VIOS, AILEEN
ADDRESS AVAILABLE UPON REQUEST

VIOS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIOTTI, HENRIQUE
ADDRESS AVAILABLE UPON REQUEST

VIPIN CHANDEKAR
ADDRESS AVAILABLE UPON REQUEST

VIPOND, AMBER
ADDRESS AVAILABLE UPON REQUEST

VIPPERMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VIRA, LIAN
ADDRESS AVAILABLE UPON REQUEST

VIRAJ PATEL
ADDRESS AVAILABLE UPON REQUEST

VIRAK, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

VIRAL SWEEP
ADDRESS UNAVAILABLE AT TIME OF FILING

VIRAMONTES, MARISABEL
ADDRESS AVAILABLE UPON REQUEST

VIRAMONTES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VIRAMONTEZ, SARAH
ADDRESS AVAILABLE UPON REQUEST

VIRAPHONG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VIRAPONGSE, ANUNTA
ADDRESS AVAILABLE UPON REQUEST

VIRDEN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

VIRDI, PAVAN
ADDRESS AVAILABLE UPON REQUEST

VIRDONE, MARIA
ADDRESS AVAILABLE UPON REQUEST

VIRE, SERENA
ADDRESS AVAILABLE UPON REQUEST

VIRENE, NANCY
ADDRESS AVAILABLE UPON REQUEST

VIRGA, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VIRGEN-SILVA, PERLA
ADDRESS AVAILABLE UPON REQUEST

VIRGIL STEWART
ADDRESS AVAILABLE UPON REQUEST

VIRGIL, BRIA
ADDRESS AVAILABLE UPON REQUEST

VIRGIL, SHAQUAN
ADDRESS AVAILABLE UPON REQUEST

VIRGILIO AVANZADO
ADDRESS AVAILABLE UPON REQUEST

VIRGIN AMERICA
ADDRESS UNAVAILABLE AT TIME OF FILING

VIRGIN ISLANDS DEPARTMENT OF
LICENSING
AND CONSUMER AFFAIRS
3000 GOLDEN ROCK SHOPPING CTR STE 9
ST CROIX, VI  00820

VIRGIN ISLANDS DEPT OF LABOR
2353 KRONPRINDSENS GADE
STE 1
ST THOMAS, VI  00802

VIRGIN ISLANDS DEPT OF LABOR
4401 SION FARM
STE 1
CHRISTIANSTED, VI  00820-4245

VIRGIN, JJ
ADDRESS AVAILABLE UPON REQUEST

VIRGIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VIRGINIA ALCOHOLIC BEVERAGE CONTROL
AUTHORITY
P.O. BOX 3250
MECHANICSVILLE, VA  23116-9998

VIRGINIA DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL
ADDRESS UNAVAILABLE AT TIME OF FILING

VIRGINIA DEPARTMENT OF TAXATION
ADDRESS UNAVAILABLE AT TIME OF FILING

VIRGINIA DEPT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND, VA  23230

VIRGINIA DEPT OF TAXATION
PO BOX 1115
RICHMOND, VA  23218-1115

VIRGINIA DIVISION OF LABOR AND INDUSTRY
13 SOUTH THIRTEENTH STREET
RICHMOND, VA  23219-4101

VIRGINIA DIVISION OF LABOR AND INDUSTRY
600 EAST MAIN STREET
SUITE 207
RICHMOND, VA  23219

VIRGINIA DIVISION OF SECURITIES & RETAIL
FRANCHISING
TYLER BUILDING
1300 E. MAIN ST.
9TH FLOOR
RICHMOND, VA  23219

VIRGINIA ENGLERT
ADDRESS AVAILABLE UPON REQUEST

VIRGINIA MAE HUNTER
ADDRESS AVAILABLE UPON REQUEST

VIRGINIE BAYOMI
ADDRESS AVAILABLE UPON REQUEST

VIRGIL, RENAE
ADDRESS AVAILABLE UPON REQUEST

VIRGONA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VIRK, HARJOT
ADDRESS AVAILABLE UPON REQUEST

VIRKELYST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VIRKKULA, PETRI
ADDRESS AVAILABLE UPON REQUEST

VIRNIG, PAMELA
ADDRESS AVAILABLE UPON REQUEST

VIROK, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VIRREIRA, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VIRTER M MARCELO
ADDRESS AVAILABLE UPON REQUEST

VIRTUOSO SELECTIONS, LLC.
2101 E. ST. ELMORD STE 340
AUSTIN, TX  78744

VIRTUOSO, KAROL
ADDRESS AVAILABLE UPON REQUEST

VIRUEGAS, MARY
ADDRESS AVAILABLE UPON REQUEST

VIRUET, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VIRUET, GRACIE
ADDRESS AVAILABLE UPON REQUEST

VISCARDI, MARC
ADDRESS AVAILABLE UPON REQUEST

VISCARELLO, LAURA
ADDRESS AVAILABLE UPON REQUEST

VISCIO, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

VISCO, MARY
ADDRESS AVAILABLE UPON REQUEST

VISCO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VISCO, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VISCONTI, JENNA
ADDRESS AVAILABLE UPON REQUEST

VISCOSI, PAULINE
ADDRESS AVAILABLE UPON REQUEST

VISCOUNTY, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

VISCUSI, DANA
ADDRESS AVAILABLE UPON REQUEST

VISCUSO, LAURA
ADDRESS AVAILABLE UPON REQUEST

VISE, LAURI
ADDRESS AVAILABLE UPON REQUEST

VISEUR, KELLY
ADDRESS AVAILABLE UPON REQUEST

VISHAL GUJRAL
ADDRESS AVAILABLE UPON REQUEST

VISHAL WADHVANI
ADDRESS AVAILABLE UPON REQUEST

VISHESH SINGH
ADDRESS AVAILABLE UPON REQUEST

VISHNANI, RASHANA
ADDRESS AVAILABLE UPON REQUEST

VISHNIAC, JORDAN
ADDRESS AVAILABLE UPON REQUEST

VISHVESH VIJAY MULAY
ADDRESS AVAILABLE UPON REQUEST

VISHWANAT, BALAJI
ADDRESS AVAILABLE UPON REQUEST

VISHWESH SANKHOLKAR
ADDRESS AVAILABLE UPON REQUEST

VISICHIO, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

VISION FIN MKTS LLC (0595)
ATTN OPS DEPT
120 LONG RIDGE RD, 3 NORTH
STAMFORD, CT 06902

VISKOCHIL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

VISKOVIC, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VISLOSKY, MARK
ADDRESS AVAILABLE UPON REQUEST

VISNIESKI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

VISORIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VISPERAS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VISSER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

VISSER, ERICA
ADDRESS AVAILABLE UPON REQUEST

VISSER, JEFF
ADDRESS AVAILABLE UPON REQUEST

VISSER, JUAN
ADDRESS AVAILABLE UPON REQUEST

VISSER, MALIE
ADDRESS AVAILABLE UPON REQUEST

VISSERING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

VISTA GRANDE VINEYARDS HOLDING LP
160 FEDERAL STREET
BOSTON, MA 02110

VISTA GRANDE VINEYARDS HOLDING LP
P.O. BOX 789
TEMPLETON, CA 93465

VISTA PRINT
ADDRESS UNAVAILABLE AT TIME OF FILING

VISTA PRINT
FILE 53102
LOS ANGELES, CA 90074-3102

VISTA PRINT
PO BOX 679307
DALLAS, TX 75267-9307

VISUAL PAK LOGISTICS LLC
1909 S. WAUKEGAN ROAD
WAUKEGAN, IL 60085

VISWANADHAM MANCHU
ADDRESS AVAILABLE UPON REQUEST

VISWANATH, SHIVALI
ADDRESS AVAILABLE UPON REQUEST

VISWANATHAN, KAVITHA
ADDRESS AVAILABLE UPON REQUEST

VISWANATHAN, MALVIKA
ADDRESS AVAILABLE UPON REQUEST

VISWANATHAN, VINDHYA
ADDRESS AVAILABLE UPON REQUEST

VISWESWARA, ARUNA
ADDRESS AVAILABLE UPON REQUEST

VITA, GIANFRANCO
ADDRESS AVAILABLE UPON REQUEST

VITALE PRODUCTIONS LLC
C/O WME ENTERTAINMENT
9601 WILSHIRE BLVD. 3RD FLOOR
BEVERLY HILLS, CA  90210

VITALE, ALEX
ADDRESS AVAILABLE UPON REQUEST

VITALE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

VITALE, ANGELICA
ADDRESS AVAILABLE UPON REQUEST

VITALE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VITALE, DANA
ADDRESS AVAILABLE UPON REQUEST

VITALE, JOHN
ADDRESS AVAILABLE UPON REQUEST

VITALE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VITALE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VITALE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

VITALE, TARA
ADDRESS AVAILABLE UPON REQUEST

VITALE, TESSA
ADDRESS AVAILABLE UPON REQUEST

VITALI, GIORGIA
ADDRESS AVAILABLE UPON REQUEST

VITANZA PEITZ, LISA
ADDRESS AVAILABLE UPON REQUEST

VITELA, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

VITELLI, KARLY
ADDRESS AVAILABLE UPON REQUEST

VITELLI, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

VITELLO, BREANNA
ADDRESS AVAILABLE UPON REQUEST

VITELLO, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

VITELLO, RONDA
ADDRESS AVAILABLE UPON REQUEST

VITERETTO, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

VITIELLO, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VITIELLO, SUE
ADDRESS AVAILABLE UPON REQUEST

VITIER, JESSYE
ADDRESS AVAILABLE UPON REQUEST

VITOLA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VITOLO, CARA
ADDRESS AVAILABLE UPON REQUEST

VITOR, SVJETLANA
ADDRESS AVAILABLE UPON REQUEST

VITORINO, JUDY
ADDRESS AVAILABLE UPON REQUEST

VITOVA, KATERINA
ADDRESS AVAILABLE UPON REQUEST

VITOVSKY, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VITRANO, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VITRANO, DEREK
ADDRESS AVAILABLE UPON REQUEST

VITRINEL, BURCU
ADDRESS AVAILABLE UPON REQUEST

VITS, LEONIE
ADDRESS AVAILABLE UPON REQUEST

VITTEK, JULIA
ADDRESS AVAILABLE UPON REQUEST

VITTENGL, JULIE
ADDRESS AVAILABLE UPON REQUEST

VITTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

VITTI, CHRIS
ADDRESS AVAILABLE UPON REQUEST

VITTI-LYONS, REGINA
ADDRESS AVAILABLE UPON REQUEST

VITTO, JOLENE
ADDRESS AVAILABLE UPON REQUEST

VITTORIO TEDESCO ZAMMARANO
ADDRESS AVAILABLE UPON REQUEST

VITTORIO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VITTU, JULIEN
ADDRESS AVAILABLE UPON REQUEST

VITULLO, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

VITUS, RICK
ADDRESS AVAILABLE UPON REQUEST

VIVEK BHATNAGAR
ADDRESS AVAILABLE UPON REQUEST

VIVEK DIXIT
ADDRESS AVAILABLE UPON REQUEST

VIVEK KUMAR AGARWAL
ADDRESS AVAILABLE UPON REQUEST

VIVENZIO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VIVERETTE, CURTIS
ADDRESS AVAILABLE UPON REQUEST

VIVERETTE, DEVONTAE
ADDRESS AVAILABLE UPON REQUEST

VIVERITO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VIVERO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VIVEROS, ANTIOCO
ADDRESS AVAILABLE UPON REQUEST

VIVIAN, ANNE
ADDRESS AVAILABLE UPON REQUEST

VIVIAN, MARGARET
ADDRESS AVAILABLE UPON REQUEST

VIVIANA CAMPUZANO
ADDRESS AVAILABLE UPON REQUEST

VIVIANNE WINTERS ISRAEL
ADDRESS AVAILABLE UPON REQUEST

VIVIANO CONSTRUCTION
470 DEERHURTS, AVE
CAMARILLO, CA  93012

VIVIANO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VIVID EDGE MEDIA GROUP, INC.
67 KEMBLE ST. SUITE 3.5
BOSTON, MA  02119

VIVID SEATS
ADDRESS UNAVAILABLE AT TIME OF FILING

VIVLAMORE, BILL
ADDRESS AVAILABLE UPON REQUEST

VIXAISACK, MARIE
ADDRESS AVAILABLE UPON REQUEST

VIXAMAR, JOAN
ADDRESS AVAILABLE UPON REQUEST

VIZCARRA, KRISTA
ADDRESS AVAILABLE UPON REQUEST

VIZCONDE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VIZENOR, KATIE
ADDRESS AVAILABLE UPON REQUEST

VIZENTS, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

VIZZA, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VIZZONE, SANDY
ADDRESS AVAILABLE UPON REQUEST

VIZZONI, LISA
ADDRESS AVAILABLE UPON REQUEST

VIZZUSI, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

VK, MARGARET
ADDRESS AVAILABLE UPON REQUEST

VLACIC, NICK
ADDRESS AVAILABLE UPON REQUEST

VLADIMIR KUSHNIR
ADDRESS AVAILABLE UPON REQUEST

VLADIMIR, JULIA
ADDRESS AVAILABLE UPON REQUEST

VLADYSLAV PODOLIAKO
ADDRESS AVAILABLE UPON REQUEST

VLAHAKIS, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

VLASTARAKIS, GEORGIOS
ADDRESS AVAILABLE UPON REQUEST

VLCHEK, KATE
ADDRESS AVAILABLE UPON REQUEST

VLIEK, RYAN
ADDRESS AVAILABLE UPON REQUEST

VLIEM, JESSE
ADDRESS AVAILABLE UPON REQUEST

VMWARE
ADDRESS UNAVAILABLE AT TIME OF FILING

VO, CHRIS
ADDRESS AVAILABLE UPON REQUEST

VO, GINA
ADDRESS AVAILABLE UPON REQUEST

VO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VO, NANCY
ADDRESS AVAILABLE UPON REQUEST

VO, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

VO, THANG
ADDRESS AVAILABLE UPON REQUEST

VO, THUY
ADDRESS AVAILABLE UPON REQUEST

VO, TRACY
ADDRESS AVAILABLE UPON REQUEST

VO, TRANG
ADDRESS AVAILABLE UPON REQUEST

VO, TRI
ADDRESS AVAILABLE UPON REQUEST

VOCA, IOAN
ADDRESS AVAILABLE UPON REQUEST

VOCATURO, KAREN
ADDRESS AVAILABLE UPON REQUEST

VOCHATZER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VODA, SHANE
ADDRESS AVAILABLE UPON REQUEST

VODAR, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VODOPIJA, SHELLY
ADDRESS AVAILABLE UPON REQUEST

VOECKS, JUDI
ADDRESS AVAILABLE UPON REQUEST

VOEGELE, JENNA
ADDRESS AVAILABLE UPON REQUEST

VOEKS, JAIME
ADDRESS AVAILABLE UPON REQUEST

VOELK, BRIGITTE
ADDRESS AVAILABLE UPON REQUEST

VOELKEL, EMILY
ADDRESS AVAILABLE UPON REQUEST

VOELKEL, JOANNE
ADDRESS AVAILABLE UPON REQUEST

VOELKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

VOELKER, RYAN
ADDRESS AVAILABLE UPON REQUEST

VOELTZ, BREANNE
ADDRESS AVAILABLE UPON REQUEST

VOELZ, JOULE
ADDRESS AVAILABLE UPON REQUEST

VOERSTER, MARLANA
ADDRESS AVAILABLE UPON REQUEST

VOET, EMILEE
ADDRESS AVAILABLE UPON REQUEST

VOETSCH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

VOGDS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, AMY
ADDRESS AVAILABLE UPON REQUEST

VOGEL, ARIEL
ADDRESS AVAILABLE UPON REQUEST

VOGEL, BRIANA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, DENISE
ADDRESS AVAILABLE UPON REQUEST

VOGEL, DYLAN
ADDRESS AVAILABLE UPON REQUEST

VOGEL, HOLLY
ADDRESS AVAILABLE UPON REQUEST

VOGEL, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

VOGEL, JEN
ADDRESS AVAILABLE UPON REQUEST

VOGEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

VOGEL, JOSH
ADDRESS AVAILABLE UPON REQUEST

VOGEL, KAYLA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, KRIS
ADDRESS AVAILABLE UPON REQUEST

VOGEL, LIZ
ADDRESS AVAILABLE UPON REQUEST

VOGEL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VOGEL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VOGEL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

VOGEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, SARA
ADDRESS AVAILABLE UPON REQUEST

VOGEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VOGEL, STEVEN
ADDRESS AVAILABLE UPON REQUEST

VOGEL, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VOGEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

VOGEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

VOGELSANG, KATE
ADDRESS AVAILABLE UPON REQUEST

VOGELTANZ, TARA
ADDRESS AVAILABLE UPON REQUEST

VOGG, MADELINE
ADDRESS AVAILABLE UPON REQUEST

VOGL, KELLY
ADDRESS AVAILABLE UPON REQUEST

VOGL, MONIKA
ADDRESS AVAILABLE UPON REQUEST

VOGLER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

VOGRICH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

VOGT, AIMEE
ADDRESS AVAILABLE UPON REQUEST

VOGT, CHAD
ADDRESS AVAILABLE UPON REQUEST

VOGT, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

VOGT, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

VOGT, DORIS
ADDRESS AVAILABLE UPON REQUEST

VOGT, ERIN
ADDRESS AVAILABLE UPON REQUEST

VOGT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VOGT, SARA
ADDRESS AVAILABLE UPON REQUEST

VOGT, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

VOGTMAN, HOLLY
ADDRESS AVAILABLE UPON REQUEST

VOGTMAN, JULIE
ADDRESS AVAILABLE UPON REQUEST

VOGTNER, LISA
ADDRESS AVAILABLE UPON REQUEST

VOGUS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VOHIES, LUKE
ADDRESS AVAILABLE UPON REQUEST

VOICU, ANDREI
ADDRESS AVAILABLE UPON REQUEST

VOIGHT, ADAM
ADDRESS AVAILABLE UPON REQUEST

VOIGT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VOIGT, NANCY
ADDRESS AVAILABLE UPON REQUEST

VOIGTLANDER, JOSH
ADDRESS AVAILABLE UPON REQUEST

VOIGTMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

VOIN, AMBER
ADDRESS AVAILABLE UPON REQUEST

VOINOVA, KATERYNA
ADDRESS AVAILABLE UPON REQUEST

VOIRIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VOISINE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VOISINE, KERRI
ADDRESS AVAILABLE UPON REQUEST

VOJKOVSKA, MARIE
ADDRESS AVAILABLE UPON REQUEST

VOJVODIC, ALEKSANDRA
ADDRESS AVAILABLE UPON REQUEST

VOJVODIC, IVAN
ADDRESS AVAILABLE UPON REQUEST

VOLANSKY, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

VOLBEDA, ERIN
ADDRESS AVAILABLE UPON REQUEST

VOLBERDING, DONNA
ADDRESS AVAILABLE UPON REQUEST

VOLBERT, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

VOLCHYOK, LEON
ADDRESS AVAILABLE UPON REQUEST

VOLD, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

VOLDNESS, DONNA
ADDRESS AVAILABLE UPON REQUEST

VOLESKY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VOLF, NELLIE
ADDRESS AVAILABLE UPON REQUEST

VOLIK, VLADISLAV
ADDRESS AVAILABLE UPON REQUEST

VOLIVA, SALLY
ADDRESS AVAILABLE UPON REQUEST

VOLK, ANNA
ADDRESS AVAILABLE UPON REQUEST

VOLK, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VOLK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

VOLK, KAILEY
ADDRESS AVAILABLE UPON REQUEST

VOLK, KAYLEEN
ADDRESS AVAILABLE UPON REQUEST

VOLKER LUTZ
ADDRESS AVAILABLE UPON REQUEST

VOLKERT, JUDY
ADDRESS AVAILABLE UPON REQUEST

VOLKHEIMER, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

VOLKLE, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

VOLKMANN, JACKIE
ADDRESS AVAILABLE UPON REQUEST

VOLKMANN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VOLKMOR, JULIE
ADDRESS AVAILABLE UPON REQUEST

VOLKOV, ALEX
ADDRESS AVAILABLE UPON REQUEST

VOLKOVA, NATALIA
ADDRESS AVAILABLE UPON REQUEST

VOLL, SARAH
ADDRESS AVAILABLE UPON REQUEST

VOLLARO, MARY
ADDRESS AVAILABLE UPON REQUEST

VOLLARO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

VOLLBRECHT, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VOLLMAR, JUDITH
ADDRESS AVAILABLE UPON REQUEST

VOLLMER, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

VOLLMER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

VOLLMER, JOYCE
ADDRESS AVAILABLE UPON REQUEST

VOLLMER, KELLY
ADDRESS AVAILABLE UPON REQUEST

VOLLONO, MARINA
ADDRESS AVAILABLE UPON REQUEST

VOLMAR, ALICIA
ADDRESS AVAILABLE UPON REQUEST

VOLNEY GUZMAN
ADDRESS AVAILABLE UPON REQUEST

VOLOKONSKYI, PAVLO
ADDRESS AVAILABLE UPON REQUEST

VOLONTE, LARISSA
ADDRESS AVAILABLE UPON REQUEST

VOLOSO, GERALD
ADDRESS AVAILABLE UPON REQUEST

VOLPE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

VOLPE, AVA
ADDRESS AVAILABLE UPON REQUEST

VOLPE, CELIA
ADDRESS AVAILABLE UPON REQUEST

VOLPE, DEEVY
ADDRESS AVAILABLE UPON REQUEST

VOLPE, DENNIS
ADDRESS AVAILABLE UPON REQUEST

VOLPE, DORIAN
ADDRESS AVAILABLE UPON REQUEST

VOLPE, EMMA
ADDRESS AVAILABLE UPON REQUEST

VOLPE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

VOLPE, KELLI
ADDRESS AVAILABLE UPON REQUEST

VOLPE, MARILYN
ADDRESS AVAILABLE UPON REQUEST

VOLPE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VOLPE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

VOLPE, ROCCO
ADDRESS AVAILABLE UPON REQUEST

VOLPE, SAIDA
ADDRESS AVAILABLE UPON REQUEST

VOLPENHEIN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VOLPENHEIN, KATY
ADDRESS AVAILABLE UPON REQUEST

VOLPERT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

VOLPICELLI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

VOLQUARTSEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

VOLT MANAGEMENT CORP.
FILE  53102
LOS ANGELES, CA  90074-3102

VOLTAGGIO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VOLTAIRE, GETO
ADDRESS AVAILABLE UPON REQUEST

VOLTIN, JAMISON
ADDRESS AVAILABLE UPON REQUEST

VOLTOLINE, JAMES
ADDRESS AVAILABLE UPON REQUEST

VOLTURO, JOHN
ADDRESS AVAILABLE UPON REQUEST

VOLUCK, JOSH
ADDRESS AVAILABLE UPON REQUEST

VOLZ, DIANA
ADDRESS AVAILABLE UPON REQUEST

VOLZ, JOANNE
ADDRESS AVAILABLE UPON REQUEST

VOLZ, MALORI
ADDRESS AVAILABLE UPON REQUEST

VOMVAS, EMILY
ADDRESS AVAILABLE UPON REQUEST

VON BEHREN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VON BRANDENBURG, KRICKET
ADDRESS AVAILABLE UPON REQUEST

VON DER LINDEN, KYLE
ADDRESS AVAILABLE UPON REQUEST

VON DER MEHDEN, ELISE
ADDRESS AVAILABLE UPON REQUEST

VON EUW, EM
ADDRESS AVAILABLE UPON REQUEST

VON FAHNESTOCK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

VON HERBULIS, CAROL
ADDRESS AVAILABLE UPON REQUEST

VON LINSOWE, TINA
ADDRESS AVAILABLE UPON REQUEST

VON MOLTKE, LISA
ADDRESS AVAILABLE UPON REQUEST

VON PELET, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

VON RAESFELD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VON ROTHSTEIN / CARE OF MAC
PROPERTIES, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

VON SCHACK, MIMI
ADDRESS AVAILABLE UPON REQUEST

VON SCHRADER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

VON STAA TOLEDO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VON STEIN, GAYLE
ADDRESS AVAILABLE UPON REQUEST

VON STRIVER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

VON STROLLEY, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

VON SUMMER, SAMANTHA LOU
ADDRESS AVAILABLE UPON REQUEST

VON ZUP, MELISSA
ADDRESS AVAILABLE UPON REQUEST

VON, KLARA
ADDRESS AVAILABLE UPON REQUEST

VON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VONA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

VONA, TARA
ADDRESS AVAILABLE UPON REQUEST

VONALLMEN, V RAE
ADDRESS AVAILABLE UPON REQUEST

VONBENKEN, MARY
ADDRESS AVAILABLE UPON REQUEST

VONBERGE, JODI
ADDRESS AVAILABLE UPON REQUEST

VONDAL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

VONDER HAAR, NATHAN
ADDRESS AVAILABLE UPON REQUEST

VONDERHAAR, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VONDERHOYA, KAREN
ADDRESS AVAILABLE UPON REQUEST

VONDRAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VONDRAK, RYAN
ADDRESS AVAILABLE UPON REQUEST

VONDRAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VONDRAS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

VONESCH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VONETTA JONES
ADDRESS AVAILABLE UPON REQUEST

VONG BOUSSA
ADDRESS AVAILABLE UPON REQUEST

VONGKESONE, MARY
ADDRESS AVAILABLE UPON REQUEST

VONHOF, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VONK, DAVISS
ADDRESS AVAILABLE UPON REQUEST

VONK, LOTTE
ADDRESS AVAILABLE UPON REQUEST

VONLEHMDEN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

VONRUDEN, ADAM
ADDRESS AVAILABLE UPON REQUEST

VONS
ADDRESS UNAVAILABLE AT TIME OF FILING

VONSEGGERN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

VONSTEIN, GLORIA
ADDRESS AVAILABLE UPON REQUEST

VONTERSCH, BRYCE
ADDRESS AVAILABLE UPON REQUEST

VOOGD, AMY
ADDRESS AVAILABLE UPON REQUEST

VOON PANG GOH
ADDRESS AVAILABLE UPON REQUEST

VOORDE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

VOORHEES, BRANDI
ADDRESS AVAILABLE UPON REQUEST

VOORHEES, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

VOORHEES, COLE
ADDRESS AVAILABLE UPON REQUEST

VOORHEES, SHAWN
ADDRESS AVAILABLE UPON REQUEST

VOORHEES, STEFANI
ADDRESS AVAILABLE UPON REQUEST

VOORHES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

VOOTKUR, SHILPA
ADDRESS AVAILABLE UPON REQUEST

VORA, KAJAL
ADDRESS AVAILABLE UPON REQUEST

VORELL, LISA
ADDRESS AVAILABLE UPON REQUEST

VOREYER, RYAN
ADDRESS AVAILABLE UPON REQUEST

VORHEES, ROBERT
ADDRESS AVAILABLE UPON REQUEST

VORHIES, KAREN
ADDRESS AVAILABLE UPON REQUEST

VORIS, MONICA
ADDRESS AVAILABLE UPON REQUEST

VORIS, MONICA
ADDRESS AVAILABLE UPON REQUEST

VORNDAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VORNDRAN, ERICA
ADDRESS AVAILABLE UPON REQUEST

VORNDRAN, HEIDI
ADDRESS AVAILABLE UPON REQUEST

VORNHOLT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

VOROBEK, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

VORONEC, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

VOROUS, EMILY
ADDRESS AVAILABLE UPON REQUEST

VORPAHL, AMELIA
ADDRESS AVAILABLE UPON REQUEST

VORRASI, JANIE
ADDRESS AVAILABLE UPON REQUEST

VORSE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

VORTOLOMEI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VORVIS, ELENI
ADDRESS AVAILABLE UPON REQUEST

VORWERCK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VORWERK, ANDERSON
ADDRESS AVAILABLE UPON REQUEST

VORWERK, AVERY
ADDRESS AVAILABLE UPON REQUEST

VOS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

VOS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

VOS, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

VOS, STACIE
ADDRESS AVAILABLE UPON REQUEST

VOSBURG, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

VOSBURG, TAMMIE
ADDRESS AVAILABLE UPON REQUEST

VOSHAGE, BRIT
ADDRESS AVAILABLE UPON REQUEST

VOSHELL, KATHY
ADDRESS AVAILABLE UPON REQUEST

VOSMERA-MITCHELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VOSS, ABIGALE
ADDRESS AVAILABLE UPON REQUEST

VOSS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VOSS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VOSS, BRENDON
ADDRESS AVAILABLE UPON REQUEST

VOSS, ERIN
ADDRESS AVAILABLE UPON REQUEST

VOSS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

VOSS, IRMGARD
ADDRESS AVAILABLE UPON REQUEST

VOSS, JARAD
ADDRESS AVAILABLE UPON REQUEST

VOSS, MAYA
ADDRESS AVAILABLE UPON REQUEST

VOSS, MINDY
ADDRESS AVAILABLE UPON REQUEST

VOSS, PHAELON
ADDRESS AVAILABLE UPON REQUEST

VOSS, RYAN
ADDRESS AVAILABLE UPON REQUEST

VOSS, SHAUNAMANANA
ADDRESS AVAILABLE UPON REQUEST

VOSS, VINITA
ADDRESS AVAILABLE UPON REQUEST

VOSSLER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VOSU-CRAMER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VOSWINKEL, VALERIE
ADDRESS AVAILABLE UPON REQUEST

VOTAW, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

VOTH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VOTH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

VOTH, TAYLER
ADDRESS AVAILABLE UPON REQUEST

VOTTA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VOTTA, KIM
ADDRESS AVAILABLE UPON REQUEST

VOTTO, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

VOU, THOMPSON
ADDRESS AVAILABLE UPON REQUEST

VOUGA, ALEX
ADDRESS AVAILABLE UPON REQUEST

VOUGHT, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

VOULGARIS, HALLIE
ADDRESS AVAILABLE UPON REQUEST

VOUTSAS, MARY
ADDRESS AVAILABLE UPON REQUEST

VOVCHOK, NATALYA
ADDRESS AVAILABLE UPON REQUEST

VOWELL, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

VOWELS, SHANE
ADDRESS AVAILABLE UPON REQUEST

VOXPOP COMMUNITIES, INC. (INFLUENCE)
435 HUDSON STREET, SUITE 400
NEW YORK, NY 10014

VOYAGE MOBILE, INC.
3962 MCLAUGHLIN AVE
LOS ANGELES, CA 90066

VOYLES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

VOYTEK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

VOZAR, ANNIE
ADDRESS AVAILABLE UPON REQUEST

VOZZELLA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

VOZZOLO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

VOZZY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VRABEL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

VRABEL, MARK
ADDRESS AVAILABLE UPON REQUEST

VRABEL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

VRABEL, VANESSA
ADDRESS AVAILABLE UPON REQUEST

VRABEL, ZOE
ADDRESS AVAILABLE UPON REQUEST

VRABELY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VRAGOVICH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VRAI DIGITAL LLC
MOLLY TRACY
706 WEST BARRY AVENUE 2B
CHICAGO, IL 60657

VRAI MEDIA LLC (THE GOOD TRADE)
THE GOOD TRADE (AMY ANN CADWELL)
1519 ECHO PARK AVE
LOS ANGELES, CA 90026

VRANAS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VRANCKEN, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

VRANICH, KELLY
ADDRESS AVAILABLE UPON REQUEST

VRANKEN, BRUCE
ADDRESS AVAILABLE UPON REQUEST

VRATIL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

VRBKA, AMY
ADDRESS AVAILABLE UPON REQUEST

VRCEK, IVAN
ADDRESS AVAILABLE UPON REQUEST

VREDENBURGH, AZUREA
ADDRESS AVAILABLE UPON REQUEST

VREELAND, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

VREEMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

VRINTEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

VROMAN, ALISA
ADDRESS AVAILABLE UPON REQUEST

VROOM, ERIN
ADDRESS AVAILABLE UPON REQUEST

VROTNY, SARAH
ADDRESS AVAILABLE UPON REQUEST

VRTACHNIK, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

VRTCAL MARKETS, INC.
10 E YANONALI STREET
SANTA BARBARA, CA  93101

VRUWINK, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

VRYHOF, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

VS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

VU, AMY
ADDRESS AVAILABLE UPON REQUEST

VU, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VU, DUC
ADDRESS AVAILABLE UPON REQUEST

VU, DUYAN
ADDRESS AVAILABLE UPON REQUEST

VU, KAT
ADDRESS AVAILABLE UPON REQUEST

VU, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

VU, SEINPHY
ADDRESS AVAILABLE UPON REQUEST

VU, TRAM
ADDRESS AVAILABLE UPON REQUEST

VUCCI, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

VUCHETICH, RYAN
ADDRESS AVAILABLE UPON REQUEST

VUCOVICH, EMILY
ADDRESS AVAILABLE UPON REQUEST

VUE, NUJSAUBNUSI
ADDRESS AVAILABLE UPON REQUEST

VUELING AIRLINES
ADDRESS UNAVAILABLE AT TIME OF FILING

VUJOVICH, PETE
ADDRESS AVAILABLE UPON REQUEST

VUK, ZAURE
ADDRESS AVAILABLE UPON REQUEST

VUKOTA, DRAGO
ADDRESS AVAILABLE UPON REQUEST

VULGAMORE, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

VULGANIC, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

VULLO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

VULPO, MIKE
ADDRESS AVAILABLE UPON REQUEST

VULTAGGIO, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

VULTAGGIO, V. WILLIAM
ADDRESS AVAILABLE UPON REQUEST

VUNGLE, INC.
185 CLARA ST. SUITE 100
SAN FRANCISCO, CA  94107

VUONA, LISA
ADDRESS AVAILABLE UPON REQUEST

VUONG, ANGELINE
ADDRESS AVAILABLE UPON REQUEST

VUONG, DIANA
ADDRESS AVAILABLE UPON REQUEST

VUONG, SARAH
ADDRESS AVAILABLE UPON REQUEST

VUONG, SUZIE
ADDRESS AVAILABLE UPON REQUEST

VUORI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

VUOTTO, GINA
ADDRESS AVAILABLE UPON REQUEST

VUPER, AILIE
ADDRESS AVAILABLE UPON REQUEST

VURRO, MELANIE
ADDRESS AVAILABLE UPON REQUEST

VUYLSTEKE, JOANNE
ADDRESS AVAILABLE UPON REQUEST

VV1515 LLC
1 BELMONT AVENUE, SUITE 520
BALA CYNWYD, PA  19004

VWS MO LLC
1501 W. 31ST ST., STE 270
KANSAS CITY, MO  64111

VY CUNNINGHAM
ADDRESS AVAILABLE UPON REQUEST

VYAS, ARUNDHATI
ADDRESS AVAILABLE UPON REQUEST

VYAS, GOVINDA
ADDRESS AVAILABLE UPON REQUEST

VYAS, KAAJAL
ADDRESS AVAILABLE UPON REQUEST

VYAS, NITI
ADDRESS AVAILABLE UPON REQUEST

VYAS, SHIVAM
ADDRESS AVAILABLE UPON REQUEST

VYMYSLICKY, ERIC
ADDRESS AVAILABLE UPON REQUEST

VYSMA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

VYSOTSKAYA, HANNA
ADDRESS AVAILABLE UPON REQUEST

VYVERBERG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

VYVERBERG, RYLEY
ADDRESS AVAILABLE UPON REQUEST

W ALLEN, CHAD
ADDRESS AVAILABLE UPON REQUEST

W KIM COLICH
ADDRESS AVAILABLE UPON REQUEST

W LARKIN, RYAN
ADDRESS AVAILABLE UPON REQUEST

W, BRITTA
ADDRESS AVAILABLE UPON REQUEST

W, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

W, CHRIS
ADDRESS AVAILABLE UPON REQUEST

W, J
ADDRESS AVAILABLE UPON REQUEST

W, JAMES
ADDRESS AVAILABLE UPON REQUEST

W, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

W, JOSH
ADDRESS AVAILABLE UPON REQUEST

W, KARA
ADDRESS AVAILABLE UPON REQUEST

W, KAY
ADDRESS AVAILABLE UPON REQUEST

W, M
ADDRESS AVAILABLE UPON REQUEST

W, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

W, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

W, MIKE
ADDRESS AVAILABLE UPON REQUEST

W, NICK
ADDRESS AVAILABLE UPON REQUEST

W, PARIS
ADDRESS AVAILABLE UPON REQUEST

W, SHANNON
ADDRESS AVAILABLE UPON REQUEST

W, THOMAS
ADDRESS AVAILABLE UPON REQUEST

W. REMBERT, FRANCES
ADDRESS AVAILABLE UPON REQUEST

W., NEWTON
ADDRESS AVAILABLE UPON REQUEST

WA STATE DEPT OF REVENUE
P.O. BOX 47478
OLYMPIA, WA 98504-7478

WA STATE LIQUOR CONTROL BOARD
1025 UNION AVE SE
OLYMPIA, WA 98501

WAAGE, KRISMAR
ADDRESS AVAILABLE UPON REQUEST

WAANABA, AMANDA AND BARRY
ADDRESS AVAILABLE UPON REQUEST

WAATAJA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WABAUNSEE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WABISZEWSKI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WABUGE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WACH, EMILIE
ADDRESS AVAILABLE UPON REQUEST

WACHA, ERIN
ADDRESS AVAILABLE UPON REQUEST

WACHHOLTZ, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WACHIRA, NAOMI
ADDRESS AVAILABLE UPON REQUEST

WACHSMUTH, ALINE
ADDRESS AVAILABLE UPON REQUEST

WACHSPRESS, HOWARD
ADDRESS AVAILABLE UPON REQUEST

WACHTEL, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WACHTEL, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WACHTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WACHTER, ERYN
ADDRESS AVAILABLE UPON REQUEST

WACIK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WACKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WACKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WACKER, KASEY
ADDRESS AVAILABLE UPON REQUEST

WACKER, TATIANA
ADDRESS AVAILABLE UPON REQUEST

WACKERMAN, REGINA
ADDRESS AVAILABLE UPON REQUEST

WACKLER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WACKNOV, STACEY
ADDRESS AVAILABLE UPON REQUEST

WACKYBUTTONS
ADDRESS UNAVAILABLE AT TIME OF FILING

WACLAWSKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WACOM TECHNOLOGY CORP
ADDRESS UNAVAILABLE AT TIME OF FILING

WADDELL, ALLAN
ADDRESS AVAILABLE UPON REQUEST

WADDELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WADDELL, CHASSITY
ADDRESS AVAILABLE UPON REQUEST

WADDELL, EUGENE
ADDRESS AVAILABLE UPON REQUEST

WADDELL, JULIE
ADDRESS AVAILABLE UPON REQUEST

WADDELL, LISA
ADDRESS AVAILABLE UPON REQUEST

WADDELL, REID
ADDRESS AVAILABLE UPON REQUEST

WADDELL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WADDILL, LAURI
ADDRESS AVAILABLE UPON REQUEST

WADDLER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WADE BREITZKE
ADDRESS AVAILABLE UPON REQUEST

WADE BURRELL
ADDRESS AVAILABLE UPON REQUEST

WADE M BOSWELL LLC
109 N ESSEX AVENUE
BALTIMORE, MD 21221

WADE, ABBIE
ADDRESS AVAILABLE UPON REQUEST

WADE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

WADE, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

WADE, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

WADE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WADE, BRET
ADDRESS AVAILABLE UPON REQUEST

WADE, BRET
ADDRESS AVAILABLE UPON REQUEST

WADE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WADE, BROOKS
ADDRESS AVAILABLE UPON REQUEST

WADE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WADE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WADE, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WADE, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

WADE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WADE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WADE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WADE, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WADE, DARWIN
ADDRESS AVAILABLE UPON REQUEST

WADE, ELLI
ADDRESS AVAILABLE UPON REQUEST

WADE, ERIC
ADDRESS AVAILABLE UPON REQUEST

WADE, GEORGEANNA
ADDRESS AVAILABLE UPON REQUEST

WADE, JALENCIA
ADDRESS AVAILABLE UPON REQUEST

WADE, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WADE, KENYATTA
ADDRESS AVAILABLE UPON REQUEST

WADE, LAURA
ADDRESS AVAILABLE UPON REQUEST

WADE, LORI
ADDRESS AVAILABLE UPON REQUEST

WADE, LOVELL
ADDRESS AVAILABLE UPON REQUEST

WADE, MADDIE
ADDRESS AVAILABLE UPON REQUEST

WADE, MARIA
ADDRESS AVAILABLE UPON REQUEST

WADE, MARSHA
ADDRESS AVAILABLE UPON REQUEST

WADE, MARY
ADDRESS AVAILABLE UPON REQUEST

WADE, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

WADE, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WADE, NAJERAH
ADDRESS AVAILABLE UPON REQUEST

WADE, NINA
ADDRESS AVAILABLE UPON REQUEST

WADE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WADE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WADE, SANKOFA
ADDRESS AVAILABLE UPON REQUEST

WADE, SAVANNA
ADDRESS AVAILABLE UPON REQUEST

WADE, SHANAY
ADDRESS AVAILABLE UPON REQUEST

WADE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WADE, STELLA
ADDRESS AVAILABLE UPON REQUEST

WADE, SUSANAH
ADDRESS AVAILABLE UPON REQUEST

WADE, TENITA
ADDRESS AVAILABLE UPON REQUEST

WADE, TERRI
ADDRESS AVAILABLE UPON REQUEST

WADE, TONI
ADDRESS AVAILABLE UPON REQUEST

WADE, TROYAS
ADDRESS AVAILABLE UPON REQUEST

WADE-BROADHEAD, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

WADE-HAIRSTON, TINA
ADDRESS AVAILABLE UPON REQUEST

WADEMAN, AIMEE
ADDRESS AVAILABLE UPON REQUEST

WADHVANI, VISHAL
ADDRESS AVAILABLE UPON REQUEST

WADLEIGH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WADLEIGH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WADLEY, DEVIN
ADDRESS AVAILABLE UPON REQUEST

WADLOW, JONNEE
ADDRESS AVAILABLE UPON REQUEST

WADMAN, KAREN
ADDRESS AVAILABLE UPON REQUEST

WADOOD, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WADSWORTH, AMBER
ADDRESS AVAILABLE UPON REQUEST

WADSWORTH, DAESHAUNDRA
ADDRESS AVAILABLE UPON REQUEST

WAESCHE, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WAFELBAKKER, TESS
ADDRESS AVAILABLE UPON REQUEST

WAFFORD, DARYL
ADDRESS AVAILABLE UPON REQUEST

WAFIQ MUSALLAM
ADDRESS AVAILABLE UPON REQUEST

WAGAMAN, ANITA
ADDRESS AVAILABLE UPON REQUEST

WAGASKY, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAGENAAR, TINA
ADDRESS AVAILABLE UPON REQUEST

WAGENBACH, BECKY
ADDRESS AVAILABLE UPON REQUEST

WAGENBACH, JILL
ADDRESS AVAILABLE UPON REQUEST

WAGENSCHUTZ, CYSTINE
ADDRESS AVAILABLE UPON REQUEST

WAGER, ALISA
ADDRESS AVAILABLE UPON REQUEST

WAGER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

WAGER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WAGER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WAGER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WAGER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAGERS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WAGERS, KAMRON
ADDRESS AVAILABLE UPON REQUEST

WAGES, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WAGES, LYNELLE
ADDRESS AVAILABLE UPON REQUEST

WAGES, MIKE
ADDRESS AVAILABLE UPON REQUEST

WAGEWORKS, INC
1100 PARK PLACE 4TH FLOOR
SAN MATEO, CA  94403

WAGEWORKS, INC
PO BOX 870725
KANSAS CITY, MO  64187-0725

WAGGENSPACK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, GRANT
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, JENNY
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, JOSEY
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, STAN
ADDRESS AVAILABLE UPON REQUEST

WAGGONER, WENDEY
ADDRESS AVAILABLE UPON REQUEST

WAGGY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WAGHER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WAGLE, SABIN
ADDRESS AVAILABLE UPON REQUEST

WAGLIARDO, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WAGMAN, ALLAN
ADDRESS AVAILABLE UPON REQUEST

WAGMAN, JULIA
ADDRESS AVAILABLE UPON REQUEST

WAGNER VON HOFF, CHRISTOPH
ADDRESS AVAILABLE UPON REQUEST

WAGNER, AARON
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ARYANNA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, BECKY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, BEN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, BLAIR
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CHIMEORA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CLAUDETTE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, CLINT
ADDRESS AVAILABLE UPON REQUEST

WAGNER, DARCY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, DEAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, EILEEN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ELYSSE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, GERIT
ADDRESS AVAILABLE UPON REQUEST

WAGNER, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, GRACE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JANICE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JASON
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JEAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JILL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JILL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JILL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KATE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KAY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, KYNDAL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LINDA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, LUKE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, MONICA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, NANCY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, PAM
ADDRESS AVAILABLE UPON REQUEST

WAGNER, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WAGNER, PATTY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, PAUL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WAGNER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SANDY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SARA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WAGNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAGNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WAGNER, TAMIKO
ADDRESS AVAILABLE UPON REQUEST

WAGNER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WAGNER, TINA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, TYLER
ADDRESS AVAILABLE UPON REQUEST

WAGNER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WAGNER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WAGNER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WAGNON, EMMA
ADDRESS AVAILABLE UPON REQUEST

WAGONER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WAGONER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WAGONER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

WAGONER, JEANNA
ADDRESS AVAILABLE UPON REQUEST

WAGONER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WAGONER, LORI
ADDRESS AVAILABLE UPON REQUEST

WAGONER, NELLIE
ADDRESS AVAILABLE UPON REQUEST

WAGONER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WAGONER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WAGSTAFF, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WAH, ALBERT
ADDRESS AVAILABLE UPON REQUEST

WAHAB, YASMINE
ADDRESS AVAILABLE UPON REQUEST

WAHED, ANNAFI
ADDRESS AVAILABLE UPON REQUEST

WAHID, KHIZAR
ADDRESS AVAILABLE UPON REQUEST

WAHO, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WAHL, DARCY
ADDRESS AVAILABLE UPON REQUEST

WAHL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WAHL, KYNDRA
ADDRESS AVAILABLE UPON REQUEST

WAHL, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WAHL, STACIE
ADDRESS AVAILABLE UPON REQUEST

WAHLBERG, ADAM
ADDRESS AVAILABLE UPON REQUEST

WAHLERT, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WAHLKE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WAHLSTROM, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WAHNER, JACLYN
ADDRESS AVAILABLE UPON REQUEST

WAHOOS FISH
ADDRESS UNAVAILABLE AT TIME OF FILING

WAHOOWA VENTURES LLC
535 MIDDLEFIELD ROAD SUITE 245
MENLO PARK, CA 94025

WAI SHENG TAN
ADDRESS AVAILABLE UPON REQUEST

WAI, DENNIS
ADDRESS AVAILABLE UPON REQUEST

WAI, HNIN
ADDRESS AVAILABLE UPON REQUEST

WAIBEL, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WAIBEL, CARLIE
ADDRESS AVAILABLE UPON REQUEST

WAIBEL, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WAID, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WAID, EMMA
ADDRESS AVAILABLE UPON REQUEST

WAIDELL, CARL
ADDRESS AVAILABLE UPON REQUEST

WAIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WAIER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WAILUS, RHEGAN
ADDRESS AVAILABLE UPON REQUEST

WAINE, BETSY
ADDRESS AVAILABLE UPON REQUEST

WAINER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WAINER, SARA
ADDRESS AVAILABLE UPON REQUEST

WAINFORD, BRYANNE
ADDRESS AVAILABLE UPON REQUEST

WAINRIGHT, CARLA
ADDRESS AVAILABLE UPON REQUEST

WAINRIGHT, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

WAINSCOTT6, SANDRAW
ADDRESS AVAILABLE UPON REQUEST

WAINWRIGHT, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAINWRIGHT, JULIE
ADDRESS AVAILABLE UPON REQUEST

WAINWRIGHT, LAUREL
ADDRESS AVAILABLE UPON REQUEST

WAINWRIGHT, SEAN
ADDRESS AVAILABLE UPON REQUEST

WAINWRIGHT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WAISANEN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WAIT, HALEY
ADDRESS AVAILABLE UPON REQUEST

WAIT, SARAH
ADDRESS AVAILABLE UPON REQUEST

WAIT, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WAITE, ANNMARIE
ADDRESS AVAILABLE UPON REQUEST

WAITE, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WAITE, CORINNE
ADDRESS AVAILABLE UPON REQUEST

WAITE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WAITE, KARA
ADDRESS AVAILABLE UPON REQUEST

WAITE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAITE, MARGO
ADDRESS AVAILABLE UPON REQUEST

WAITE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WAITE, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WAITE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WAITE, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

WAITE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAITES, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

WAITES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WAITHE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WAITZ, AVIVA
ADDRESS AVAILABLE UPON REQUEST

WAJER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WAJERT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WAJNBERG, EWA
ADDRESS AVAILABLE UPON REQUEST

WAKE, AMBER
ADDRESS AVAILABLE UPON REQUEST

WAKE, CARLA
ADDRESS AVAILABLE UPON REQUEST

WAKE, NICOLA
ADDRESS AVAILABLE UPON REQUEST

WAKEFIELD NEGVESKY, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WAKEFIELD, BEN
ADDRESS AVAILABLE UPON REQUEST

WAKEFIELD, JOSH
ADDRESS AVAILABLE UPON REQUEST

WAKEFIELD, SAMARA
ADDRESS AVAILABLE UPON REQUEST

WAKELAND, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WAKELEE, DREW
ADDRESS AVAILABLE UPON REQUEST

WAKELING, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WAKELING, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WAKELY, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

WAKELY, LINDA
ADDRESS AVAILABLE UPON REQUEST

WAKI, JANA
ADDRESS AVAILABLE UPON REQUEST

WAKILPOOR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WAKNITZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WAKUT, LYLA
ADDRESS AVAILABLE UPON REQUEST

WALABAI, GLORIA
ADDRESS AVAILABLE UPON REQUEST

WALAG, KAREN
ADDRESS AVAILABLE UPON REQUEST

WALAINIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALAS, KATHY
ADDRESS AVAILABLE UPON REQUEST

WALAS, KATHY
ADDRESS AVAILABLE UPON REQUEST

WALAVALKAR, ADITYA
ADDRESS AVAILABLE UPON REQUEST

WALBERG, DEBBI
ADDRESS AVAILABLE UPON REQUEST

WALBERG, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WALBERRY, MADISON
ADDRESS AVAILABLE UPON REQUEST

WALBERT, KAREN
ADDRESS AVAILABLE UPON REQUEST

WALBERT, PAUL
ADDRESS AVAILABLE UPON REQUEST

WALBERT, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

WALBON, CALEB
ADDRESS AVAILABLE UPON REQUEST

WALBORNN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WALBRIDGE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALBRIDGE, GARY
ADDRESS AVAILABLE UPON REQUEST

WALBRIDGE, LISA
ADDRESS AVAILABLE UPON REQUEST

WALBURN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WALBURN, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WALCH, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WALCH, LAURA
ADDRESS AVAILABLE UPON REQUEST

WALCH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WALCHER, DAWN
ADDRESS AVAILABLE UPON REQUEST

WALCHER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALCK, JANE
ADDRESS AVAILABLE UPON REQUEST

WALCO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WALCOFF, CAROL
ADDRESS AVAILABLE UPON REQUEST

WALCOME, ALECTRA
ADDRESS AVAILABLE UPON REQUEST

WALCZAK, TIM
ADDRESS AVAILABLE UPON REQUEST

WALD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WALD, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

WALD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALDBY, KEN
ADDRESS AVAILABLE UPON REQUEST

WALDEN, BRAD
ADDRESS AVAILABLE UPON REQUEST

WALDEN, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

WALDEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

WALDEN, KATHY
ADDRESS AVAILABLE UPON REQUEST

WALDEN, MARTHALEE
ADDRESS AVAILABLE UPON REQUEST

WALDEN, MARTY
ADDRESS AVAILABLE UPON REQUEST

WALDEN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WALDEN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALDEN, REBA
ADDRESS AVAILABLE UPON REQUEST

WALDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALDEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WALDEN, SITI
ADDRESS AVAILABLE UPON REQUEST

WALDEN, TERRI
ADDRESS AVAILABLE UPON REQUEST

WALDEN, THERESA
ADDRESS AVAILABLE UPON REQUEST

WALDEN, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WALDIN, MARK
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, LAURA
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, RYANN
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, WENDY
ADDRESS AVAILABLE UPON REQUEST

WALDMAN, ZOE
ADDRESS AVAILABLE UPON REQUEST

WALDNER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WALDO, EMMA
ADDRESS AVAILABLE UPON REQUEST

WALDO, JULIAN
ADDRESS AVAILABLE UPON REQUEST

WALDO, TENAYE
ADDRESS AVAILABLE UPON REQUEST

WALDOCH, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WALDOCH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALDON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WALDON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

WALDREF, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WALDREN, JULIE
ADDRESS AVAILABLE UPON REQUEST

WALDRON, ADAM
ADDRESS AVAILABLE UPON REQUEST

WALDRON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WALDRON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WALDRON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WALDRON, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WALDRON, KRIS
ADDRESS AVAILABLE UPON REQUEST

WALDRON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALDRON, SHAWN
ADDRESS AVAILABLE UPON REQUEST

WALDRON, STEVE
ADDRESS AVAILABLE UPON REQUEST

WALDRON, TONI
ADDRESS AVAILABLE UPON REQUEST

WALDROP, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

WALDROP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WALDRUP, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALDSCHMIDT, MARIMACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WALDSMAYATE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALDSTEIN, HILLARY
ADDRESS AVAILABLE UPON REQUEST

WALEGA, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WALEN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WALENTIK, ANJA
ADDRESS AVAILABLE UPON REQUEST

WALENTYNOWICZ, KACPER
ADDRESS AVAILABLE UPON REQUEST

WALES, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WALES, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALES, JEFF
ADDRESS AVAILABLE UPON REQUEST

WALESIEWICZ, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

WALFIELD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WALFORD, ARLANA
ADDRESS AVAILABLE UPON REQUEST

WALGREEN, CHARIS
ADDRESS AVAILABLE UPON REQUEST

WALGREENS
ADDRESS AVAILABLE UPON REQUEST

WALGREN, APRIL
ADDRESS AVAILABLE UPON REQUEST

WALHEIM, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WALHEIM, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALICZEK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALIGROSKI, GARRETT
ADDRESS AVAILABLE UPON REQUEST

WALIGUR, APRIL
ADDRESS AVAILABLE UPON REQUEST

WALISCH, WYATT
ADDRESS AVAILABLE UPON REQUEST

WALJE, BRIGID
ADDRESS AVAILABLE UPON REQUEST

WALK, HUNTER
ADDRESS AVAILABLE UPON REQUEST

WALK, MADISON
ADDRESS AVAILABLE UPON REQUEST

WALKA, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WALKE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALKER PARKS SAVIDGE
ADDRESS AVAILABLE UPON REQUEST

WALKER REPLOGLE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WALKER
ADDRESS AVAILABLE UPON REQUEST

WALKER, 1
ADDRESS AVAILABLE UPON REQUEST

WALKER, AARON
ADDRESS AVAILABLE UPON REQUEST

WALKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ALINA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ALISHA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMBER
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMEENA
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMORIS
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMY
ADDRESS AVAILABLE UPON REQUEST

WALKER, AMY
ADDRESS AVAILABLE UPON REQUEST

WALKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

WALKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRAD
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WALKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WALKER, BROCK
ADDRESS AVAILABLE UPON REQUEST

WALKER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, CALEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CALLIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CARISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, CARLEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WALKER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CARRIEANNE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CASEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WALKER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WALKER, CIERA
ADDRESS AVAILABLE UPON REQUEST

WALKER, CINDI
ADDRESS AVAILABLE UPON REQUEST

WALKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CINDY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALKER, CODY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CODY
ADDRESS AVAILABLE UPON REQUEST

WALKER, COLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CURRY
ADDRESS AVAILABLE UPON REQUEST

WALKER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WALKER, DANA
ADDRESS AVAILABLE UPON REQUEST

WALKER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WALKER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WALKER, DAVIS
ADDRESS AVAILABLE UPON REQUEST

WALKER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WALKER, DERREK
ADDRESS AVAILABLE UPON REQUEST

WALKER, DEVIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

WALKER, DOUG
ADDRESS AVAILABLE UPON REQUEST

WALKER, DRAGON
ADDRESS AVAILABLE UPON REQUEST

WALKER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WALKER, ELMA
ADDRESS AVAILABLE UPON REQUEST

WALKER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WALKER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ERIC
ADDRESS AVAILABLE UPON REQUEST

WALKER, ERIC
ADDRESS AVAILABLE UPON REQUEST

WALKER, ERICA
ADDRESS AVAILABLE UPON REQUEST

WALKER, FAITH
ADDRESS AVAILABLE UPON REQUEST

WALKER, FALLEN
ADDRESS AVAILABLE UPON REQUEST

WALKER, FRANCENE
ADDRESS AVAILABLE UPON REQUEST

WALKER, FRANCES
ADDRESS AVAILABLE UPON REQUEST

WALKER, GARRETT
ADDRESS AVAILABLE UPON REQUEST

WALKER, GENESIS
ADDRESS AVAILABLE UPON REQUEST

WALKER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

WALKER, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

WALKER, GINGER
ADDRESS AVAILABLE UPON REQUEST

WALKER, GITANYA
ADDRESS AVAILABLE UPON REQUEST

WALKER, GREG
ADDRESS AVAILABLE UPON REQUEST

WALKER, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WALKER, HAILY
ADDRESS AVAILABLE UPON REQUEST

WALKER, HANLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WALKER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WALKER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, JACI
ADDRESS AVAILABLE UPON REQUEST

WALKER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

WALKER, JACOB
ADDRESS AVAILABLE UPON REQUEST

WALKER, JASMINE SKY
ADDRESS AVAILABLE UPON REQUEST

WALKER, JASON
ADDRESS AVAILABLE UPON REQUEST

WALKER, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WALKER, JERRY
ADDRESS AVAILABLE UPON REQUEST

WALKER, JESSE
ADDRESS AVAILABLE UPON REQUEST

WALKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALKER, JIM
ADDRESS AVAILABLE UPON REQUEST

WALKER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WALKER, JOHANNAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WALKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, JORDYN
ADDRESS AVAILABLE UPON REQUEST

WALKER, JULISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, KARA
ADDRESS AVAILABLE UPON REQUEST

WALKER, KATELYNN
ADDRESS AVAILABLE UPON REQUEST

WALKER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALKER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALKER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, KIMBERLEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALKER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LAYLA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LEIGHANNE
ADDRESS AVAILABLE UPON REQUEST

WALKER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, LILY
ADDRESS AVAILABLE UPON REQUEST

WALKER, LINDA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALKER, LISA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LISA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LISA
ADDRESS AVAILABLE UPON REQUEST

WALKER, LONNIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, LORI
ADDRESS AVAILABLE UPON REQUEST

WALKER, MADISON
ADDRESS AVAILABLE UPON REQUEST

WALKER, MANDI
ADDRESS AVAILABLE UPON REQUEST

WALKER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WALKER, MARK
ADDRESS AVAILABLE UPON REQUEST

WALKER, MARY
ADDRESS AVAILABLE UPON REQUEST

WALKER, MARY
ADDRESS AVAILABLE UPON REQUEST

WALKER, MASON
ADDRESS AVAILABLE UPON REQUEST

WALKER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WALKER, MAURA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WALKER, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

WALKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, MINDY
ADDRESS AVAILABLE UPON REQUEST

WALKER, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, MORIAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WALKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALKER, NIESHA
ADDRESS AVAILABLE UPON REQUEST

WALKER, NOLAN
ADDRESS AVAILABLE UPON REQUEST

WALKER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WALKER, PAM
ADDRESS AVAILABLE UPON REQUEST

WALKER, PATRICE
ADDRESS AVAILABLE UPON REQUEST

WALKER, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WALKER, PAUL
ADDRESS AVAILABLE UPON REQUEST

WALKER, PAUL
ADDRESS AVAILABLE UPON REQUEST

WALKER, PAULANNE
ADDRESS AVAILABLE UPON REQUEST

WALKER, PEGGY
ADDRESS AVAILABLE UPON REQUEST

WALKER, PIERRE
ADDRESS AVAILABLE UPON REQUEST

WALKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALKER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALKER, RALPH
ADDRESS AVAILABLE UPON REQUEST

WALKER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALKER, REGGIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, RENEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, RENEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, RENEE
ADDRESS AVAILABLE UPON REQUEST

WALKER, RITA
ADDRESS AVAILABLE UPON REQUEST

WALKER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WALKER, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WALKER, ROSE
ADDRESS AVAILABLE UPON REQUEST

WALKER, SAM
ADDRESS AVAILABLE UPON REQUEST

WALKER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WALKER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WALKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, SERITA
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHAI
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHALONDA
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHANAH
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHANNA
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WALKER, SHARON
ADDRESS AVAILABLE UPON REQUEST

WALKER, SLOANE
ADDRESS AVAILABLE UPON REQUEST

WALKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WALKER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WALKER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, TAMMI
ADDRESS AVAILABLE UPON REQUEST

WALKER, TANIA
ADDRESS AVAILABLE UPON REQUEST

WALKER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WALKER, TIAMARA
ADDRESS AVAILABLE UPON REQUEST

WALKER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WALKER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WALKER, TOM
ADDRESS AVAILABLE UPON REQUEST

WALKER, TONYA
ADDRESS AVAILABLE UPON REQUEST

WALKER, TRACY
ADDRESS AVAILABLE UPON REQUEST

WALKER, TRENTON
ADDRESS AVAILABLE UPON REQUEST

WALKER, TROY
ADDRESS AVAILABLE UPON REQUEST

WALKER, TYLER
ADDRESS AVAILABLE UPON REQUEST

WALKER, TYSHEME
ADDRESS AVAILABLE UPON REQUEST

WALKER, UNDRAE
ADDRESS AVAILABLE UPON REQUEST

WALKER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WALKER, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WALKER, VERONICA
ADDRESS AVAILABLE UPON REQUEST

WALKER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WALKER, WENDELL
ADDRESS AVAILABLE UPON REQUEST

WALKER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WALKER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WALKER, XYLINA
ADDRESS AVAILABLE UPON REQUEST

WALKLING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WALKOVICH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALKUP, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WALKUP, JOY
ADDRESS AVAILABLE UPON REQUEST

WALKUP, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALL, ALEX
ADDRESS AVAILABLE UPON REQUEST

WALL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALL, ANA
ADDRESS AVAILABLE UPON REQUEST

WALL, ANGIE
ADDRESS AVAILABLE UPON REQUEST

WALL, BLAKELY
ADDRESS AVAILABLE UPON REQUEST

WALL, CALEN
ADDRESS AVAILABLE UPON REQUEST

WALL, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WALL, DAVID
ADDRESS AVAILABLE UPON REQUEST

WALL, DIANNA
ADDRESS AVAILABLE UPON REQUEST

WALL, FURMAN
ADDRESS AVAILABLE UPON REQUEST

WALL, GRACE
ADDRESS AVAILABLE UPON REQUEST

WALL, JANE
ADDRESS AVAILABLE UPON REQUEST

WALL, JANELLE
ADDRESS AVAILABLE UPON REQUEST

WALL, JUDI
ADDRESS AVAILABLE UPON REQUEST

WALL, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WALL, KARA
ADDRESS AVAILABLE UPON REQUEST

WALL, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALL, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALL, LANGLEY
ADDRESS AVAILABLE UPON REQUEST

WALL, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WALL, LORI
ADDRESS AVAILABLE UPON REQUEST

WALL, LOUISE
ADDRESS AVAILABLE UPON REQUEST

WALL, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WALL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALL, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WALL, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALL, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WALL, PEYTON
ADDRESS AVAILABLE UPON REQUEST

WALL, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

WALL, RODGER
ADDRESS AVAILABLE UPON REQUEST

WALL, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WALLACE LLL, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, AJA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ALEXI
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ANAYA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ANDI
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WALLACE, AUBREY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, BECKY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WALLACE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WALLACE, C
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CARLITA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CARMEN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CAROL
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CAYLA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WALLACE, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, COLIN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, DAN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, DIANE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, DONNA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ED
ADDRESS AVAILABLE UPON REQUEST

WALLACE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALLACE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ESMA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, EVERETT
ADDRESS AVAILABLE UPON REQUEST

WALLACE, IRMA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JAN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JENNY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JERRY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JOHN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KAREN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KEN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KIM
ADDRESS AVAILABLE UPON REQUEST

WALLACE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LAPORTSIA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LARK
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LISA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LORRIE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, LOUISE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MARIE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MARLEY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, NADINE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, NANCY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, NATALIA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALLACE, PAUL
ADDRESS AVAILABLE UPON REQUEST

WALLACE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

WALLACE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WALLACE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALLACE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ROBERT G
ADDRESS AVAILABLE UPON REQUEST

WALLACE, RODRIANNA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, SALLY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALLACE, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WALLACE, STEFANI
ADDRESS AVAILABLE UPON REQUEST

WALLACE, SUEMOY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WALLACE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WALLACE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

WALLACE-AGBENYEGAH, TIWANNA
ADDRESS AVAILABLE UPON REQUEST

WALLACH, DORYN
ADDRESS AVAILABLE UPON REQUEST

WALLACHY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WALLACK, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALLAND, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALLBRETT, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WALLEN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WALLEN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WALLEN, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WALLENBERG, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WALLENHORST, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALLER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WALLER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WALLER, ANTAEUS
ADDRESS AVAILABLE UPON REQUEST

WALLER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WALLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WALLER, DAVE
ADDRESS AVAILABLE UPON REQUEST

WALLER, DEKOTA
ADDRESS AVAILABLE UPON REQUEST

WALLER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALLER, FRANK
ADDRESS AVAILABLE UPON REQUEST

WALLER, GERALD
ADDRESS AVAILABLE UPON REQUEST

WALLER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WALLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALLER, MARCIA
ADDRESS AVAILABLE UPON REQUEST

WALLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALLER, VINCENT
ADDRESS AVAILABLE UPON REQUEST

WALLERICH, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WALLERSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WALLEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WALLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

WALLEY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WALLEY, KELLYANN
ADDRESS AVAILABLE UPON REQUEST

WALLEY, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALLICK, BECKY
ADDRESS AVAILABLE UPON REQUEST

WALLICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALLIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WALLING, ELEANOR
ADDRESS AVAILABLE UPON REQUEST

WALLIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALLIS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WALLIS, CHE
ADDRESS AVAILABLE UPON REQUEST

WALLIS, JANET
ADDRESS AVAILABLE UPON REQUEST

WALLIS, JEFF
ADDRESS AVAILABLE UPON REQUEST

WALLIS, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WALLIS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WALLIS, NEIL
ADDRESS AVAILABLE UPON REQUEST

WALLIS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALLIS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

WALLISCH, ANNA
ADDRESS AVAILABLE UPON REQUEST

WALL-LOUCK, CHRISTI & ALEX
ADDRESS AVAILABLE UPON REQUEST

WALLNER, NANCY
ADDRESS AVAILABLE UPON REQUEST

WALLOCH, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WALLOP, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

WALLRICH-NUNNS, CAMBRIA
ADDRESS AVAILABLE UPON REQUEST

WALLS, AIRABELLA
ADDRESS AVAILABLE UPON REQUEST

WALLS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WALLS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WALLS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WALLS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WALLS, AUDRA
ADDRESS AVAILABLE UPON REQUEST

WALLS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WALLS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALLS, CINDY
ADDRESS AVAILABLE UPON REQUEST

WALLS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WALLS, DELLA
ADDRESS AVAILABLE UPON REQUEST

WALLS, EVANGELINE
ADDRESS AVAILABLE UPON REQUEST

WALLS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WALLS, JARED
ADDRESS AVAILABLE UPON REQUEST

WALLS, KARLYE
ADDRESS AVAILABLE UPON REQUEST

WALLS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALLS, SHAWN
ADDRESS AVAILABLE UPON REQUEST

WALLS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WALLS, TRACEE
ADDRESS AVAILABLE UPON REQUEST

WALLS, TRACY
ADDRESS AVAILABLE UPON REQUEST

WALLS, TRYSHA
ADDRESS AVAILABLE UPON REQUEST

WALLS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WALLSCHLAEGER, MARENA
ADDRESS AVAILABLE UPON REQUEST

WALLSTEIN, GARRET
ADDRESS AVAILABLE UPON REQUEST

WALLY FAYE WELLS
ADDRESS AVAILABLE UPON REQUEST

WALLY, NERMINE
ADDRESS AVAILABLE UPON REQUEST

WALMAN, CATHARINE
ADDRESS AVAILABLE UPON REQUEST

WALMART
ADDRESS UNAVAILABLE AT TIME OF FILING

WALMSLEY, ELISE
ADDRESS AVAILABLE UPON REQUEST

WALMSLEY, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WALN, KATE
ADDRESS AVAILABLE UPON REQUEST

WALP, JENNA
ADDRESS AVAILABLE UPON REQUEST

WALP, NANCY
ADDRESS AVAILABLE UPON REQUEST

WALPOLE, LEAH
ADDRESS AVAILABLE UPON REQUEST

WALPOOL, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WALRATH, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

WALRATH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WALRATH, RENEE
ADDRESS AVAILABLE UPON REQUEST

WALRAVEN, CALLIE
ADDRESS AVAILABLE UPON REQUEST

WALRAVEN, HALEY
ADDRESS AVAILABLE UPON REQUEST

WALROD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALROD, DIANE
ADDRESS AVAILABLE UPON REQUEST

WALSER, DIANE
ADDRESS AVAILABLE UPON REQUEST

WALSER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALSER, TATUM
ADDRESS AVAILABLE UPON REQUEST

WALSH PIO, KAREN
ADDRESS AVAILABLE UPON REQUEST

WALSH, ABBY
ADDRESS AVAILABLE UPON REQUEST

WALSH, ABBY
ADDRESS AVAILABLE UPON REQUEST

WALSH, ALLEN
ADDRESS AVAILABLE UPON REQUEST

WALSH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WALSH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALSH, AMBER
ADDRESS AVAILABLE UPON REQUEST

WALSH, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WALSH, ANN
ADDRESS AVAILABLE UPON REQUEST

WALSH, ANN
ADDRESS AVAILABLE UPON REQUEST

WALSH, ANNA
ADDRESS AVAILABLE UPON REQUEST

WALSH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, BILL
ADDRESS AVAILABLE UPON REQUEST

WALSH, BILL
ADDRESS AVAILABLE UPON REQUEST

WALSH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WALSH, BRI
ADDRESS AVAILABLE UPON REQUEST

WALSH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WALSH, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WALSH, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WALSH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WALSH, CALLAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WALSH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALSH, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALSH, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WALSH, DAVID
ADDRESS AVAILABLE UPON REQUEST

WALSH, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WALSH, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

WALSH, DIANE
ADDRESS AVAILABLE UPON REQUEST

WALSH, DILLON
ADDRESS AVAILABLE UPON REQUEST

WALSH, ED
ADDRESS AVAILABLE UPON REQUEST

WALSH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALSH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALSH, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WALSH, EMILEE
ADDRESS AVAILABLE UPON REQUEST

WALSH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WALSH, ERIN
ADDRESS AVAILABLE UPON REQUEST

WALSH, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

WALSH, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

WALSH, GRACIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, JACK
ADDRESS AVAILABLE UPON REQUEST

WALSH, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WALSH, JAIN
ADDRESS AVAILABLE UPON REQUEST

WALSH, JENIS
ADDRESS AVAILABLE UPON REQUEST

WALSH, JENNI
ADDRESS AVAILABLE UPON REQUEST

WALSH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WALSH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WALSH, JILL
ADDRESS AVAILABLE UPON REQUEST

WALSH, JOHN OR LAURA
ADDRESS AVAILABLE UPON REQUEST

WALSH, JOHN
ADDRESS AVAILABLE UPON REQUEST

WALSH, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

WALSH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WALSH, JULIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, JULIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, KAILEY
ADDRESS AVAILABLE UPON REQUEST

WALSH, KARA
ADDRESS AVAILABLE UPON REQUEST

WALSH, KARA
ADDRESS AVAILABLE UPON REQUEST

WALSH, KATE
ADDRESS AVAILABLE UPON REQUEST

WALSH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALSH, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALSH, KATHRIN
ADDRESS AVAILABLE UPON REQUEST

WALSH, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALSH, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALSH, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALSH, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WALSH, KERRY
ADDRESS AVAILABLE UPON REQUEST

WALSH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WALSH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALSH, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALSH, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WALSH, LILY
ADDRESS AVAILABLE UPON REQUEST

WALSH, LILY
ADDRESS AVAILABLE UPON REQUEST

WALSH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALSH, MACAYLA
ADDRESS AVAILABLE UPON REQUEST

WALSH, MARY
ADDRESS AVAILABLE UPON REQUEST

WALSH, MARY
ADDRESS AVAILABLE UPON REQUEST

WALSH, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

WALSH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WALSH, MAURA
ADDRESS AVAILABLE UPON REQUEST

WALSH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WALSH, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

WALSH, NANCY
ADDRESS AVAILABLE UPON REQUEST

WALSH, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WALSH, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WALSH, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WALSH, RENEE
ADDRESS AVAILABLE UPON REQUEST

WALSH, ROSE
ADDRESS AVAILABLE UPON REQUEST

WALSH, RUTH
ADDRESS AVAILABLE UPON REQUEST

WALSH, SARA
ADDRESS AVAILABLE UPON REQUEST

WALSH, SARA
ADDRESS AVAILABLE UPON REQUEST

WALSH, SARAH
ADDRESS AVAILABLE UPON REQUEST

WALSH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WALSH, STACIA
ADDRESS AVAILABLE UPON REQUEST

WALSH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WALSH, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

WALSH, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

WALSH, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WALSH, TANISHA
ADDRESS AVAILABLE UPON REQUEST

WALSH, TERESA
ADDRESS AVAILABLE UPON REQUEST

WALSH, TOM
ADDRESS AVAILABLE UPON REQUEST

WALSH, TRACY
ADDRESS AVAILABLE UPON REQUEST

WALSH, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WALSH, WENDY
ADDRESS AVAILABLE UPON REQUEST

WALSH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WALSH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WALSKA, PAULINA
ADDRESS AVAILABLE UPON REQUEST

WALSKI, BRAD
ADDRESS AVAILABLE UPON REQUEST

WALSTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WALSTON, DEEANN
ADDRESS AVAILABLE UPON REQUEST

WALSTON, WENDY
ADDRESS AVAILABLE UPON REQUEST

WALSTROM, LAURA
ADDRESS AVAILABLE UPON REQUEST

WALSTRUM, JOY
ADDRESS AVAILABLE UPON REQUEST

WALSWORTH, MARIELLA
ADDRESS AVAILABLE UPON REQUEST

WALT DISNEY WORLD
ADDRESS UNAVAILABLE AT TIME OF FILING

WALT L COSBY
ADDRESS AVAILABLE UPON REQUEST

WALTER BROWNING
ADDRESS AVAILABLE UPON REQUEST

WALTER CHANDLER MARTIN JR
ADDRESS AVAILABLE UPON REQUEST

WALTER KIERNAN
ADDRESS AVAILABLE UPON REQUEST

WALTER MOORA
ADDRESS AVAILABLE UPON REQUEST

WALTER MOORE
ADDRESS AVAILABLE UPON REQUEST

WALTER PISARY
ADDRESS AVAILABLE UPON REQUEST

WALTER POWELL
ADDRESS AVAILABLE UPON REQUEST

WALTER ROLLO SMITH
ADDRESS AVAILABLE UPON REQUEST

WALTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WALTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WALTER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WALTER, ANNE
ADDRESS AVAILABLE UPON REQUEST

WALTER, ARIA
ADDRESS AVAILABLE UPON REQUEST

WALTER, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WALTER, BRAD
ADDRESS AVAILABLE UPON REQUEST

WALTER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WALTER, DEARDRE
ADDRESS AVAILABLE UPON REQUEST

WALTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WALTER, ESTHER
ADDRESS AVAILABLE UPON REQUEST

WALTER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALTER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WALTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WALTER, KENDALL
ADDRESS AVAILABLE UPON REQUEST

WALTER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALTER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WALTER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALTER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALTER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WALTER, SCHUYLER
ADDRESS AVAILABLE UPON REQUEST

WALTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WALTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ANGEL
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ANN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, BARRIE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, BEVERLEY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, CASY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, CATHY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WALTERS, DAISY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, EDWARD
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ERICA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, HELEN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JACK
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JACQUE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JASON
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, JODI
ADDRESS AVAILABLE UPON REQUEST

WALTERS, KALEY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, KERRI
ADDRESS AVAILABLE UPON REQUEST

WALTERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, LISA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, LYNIQUE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, MARIANA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

WALTERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, OCTAVIA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, PENNY
ADDRESS AVAILABLE UPON REQUEST

WALTERS, QUINN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WALTERS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, RISSA
ADDRESS AVAILABLE UPON REQUEST

WALTERS, SHAUN
ADDRESS AVAILABLE UPON REQUEST

WALTERS, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

WALTERS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WALTERS, VERNITTA
ADDRESS AVAILABLE UPON REQUEST

WALTERSCHEID, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WALTERSCHEID, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WALTERSDORFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALTERS-KARASIEWICZ, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WALTHALL, MARY CAIT
ADDRESS AVAILABLE UPON REQUEST

WALTHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WALTHER, R
ADDRESS AVAILABLE UPON REQUEST

WALTMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WALTMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WALTON, ALASHIA
ADDRESS AVAILABLE UPON REQUEST

WALTON, ALYSA
ADDRESS AVAILABLE UPON REQUEST

WALTON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WALTON, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WALTON, COLBY
ADDRESS AVAILABLE UPON REQUEST

WALTON, DAWN
ADDRESS AVAILABLE UPON REQUEST

WALTON, GEORGE
ADDRESS AVAILABLE UPON REQUEST

WALTON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WALTON, IMANI
ADDRESS AVAILABLE UPON REQUEST

WALTON, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WALTON, JOE
ADDRESS AVAILABLE UPON REQUEST

WALTON, KAREN
ADDRESS AVAILABLE UPON REQUEST

WALTON, KATE
ADDRESS AVAILABLE UPON REQUEST

WALTON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WALTON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WALTON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WALTON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WALTON, NIKKI
ADDRESS AVAILABLE UPON REQUEST

WALTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WALTON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

WALTON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WALTON, RONA
ADDRESS AVAILABLE UPON REQUEST

WALTON, SADIE
ADDRESS AVAILABLE UPON REQUEST

WALTON, TANYA
ADDRESS AVAILABLE UPON REQUEST

WALTON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WALTON, TJ
ADDRESS AVAILABLE UPON REQUEST

WALTON, TRICIA
ADDRESS AVAILABLE UPON REQUEST

WALTON, TYLER
ADDRESS AVAILABLE UPON REQUEST

WALTS, GAY
ADDRESS AVAILABLE UPON REQUEST

WALTZ, ANAKATRINA
ADDRESS AVAILABLE UPON REQUEST

WALTZ, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WALTZMAN, DANA
ADDRESS AVAILABLE UPON REQUEST

WALUKAS, JULIE
ADDRESS AVAILABLE UPON REQUEST

WALVOORD, JAX
ADDRESS AVAILABLE UPON REQUEST

WALWYN, JULI
ADDRESS AVAILABLE UPON REQUEST

WALYUN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WALZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALZ, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WALZ, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WALZER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WALZER, TANIA
ADDRESS AVAILABLE UPON REQUEST

WALZTONI, TERRY
ADDRESS AVAILABLE UPON REQUEST

WAMACK, CASEY
ADDRESS AVAILABLE UPON REQUEST

WAMBACH, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WAMBACH, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WAMBACK, ANNA
ADDRESS AVAILABLE UPON REQUEST

WAMBEKE, CORINNE
ADDRESS AVAILABLE UPON REQUEST

WAMBLE, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WAMBOLD, KELLIE
ADDRESS AVAILABLE UPON REQUEST

WAMELINK, JOHN
ADDRESS AVAILABLE UPON REQUEST

WAMPLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WAMPLER, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WAMSLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WAN, BONNIE
ADDRESS AVAILABLE UPON REQUEST

WAN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

WAN, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WAN, TONY
ADDRESS AVAILABLE UPON REQUEST

WAN, YAO
ADDRESS AVAILABLE UPON REQUEST

WANAGILL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WANAMAKER, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

WANAT, TRAVIS AND CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WANBERG, TOM
ADDRESS AVAILABLE UPON REQUEST

WANDA INGLESE
ADDRESS AVAILABLE UPON REQUEST

WANDA SWAIN
ADDRESS AVAILABLE UPON REQUEST

WANDA TORRENCE
ADDRESS AVAILABLE UPON REQUEST

WANDERLUST MARRIAGE TRAVEL
ADDRESS UNAVAILABLE AT TIME OF FILING

WANEK, JULIE
ADDRESS AVAILABLE UPON REQUEST

WANG, AMY
ADDRESS AVAILABLE UPON REQUEST

WANG, BEN
ADDRESS AVAILABLE UPON REQUEST

WANG, BETTY
ADDRESS AVAILABLE UPON REQUEST

WANG, CAI LING
ADDRESS AVAILABLE UPON REQUEST

WANG, CHENYU
ADDRESS AVAILABLE UPON REQUEST

WANG, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WANG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WANG, CINDY
ADDRESS AVAILABLE UPON REQUEST

WANG, CJ
ADDRESS AVAILABLE UPON REQUEST

WANG, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WANG, DAVID
ADDRESS AVAILABLE UPON REQUEST

WANG, DENNIS
ADDRESS AVAILABLE UPON REQUEST

WANG, DERUI
ADDRESS AVAILABLE UPON REQUEST

WANG, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WANG, FELICIA
ADDRESS AVAILABLE UPON REQUEST

WANG, GEORGINA
ADDRESS AVAILABLE UPON REQUEST

WANG, GRACE
ADDRESS AVAILABLE UPON REQUEST

WANG, IRIS
ADDRESS AVAILABLE UPON REQUEST

WANG, JASMINE
ADDRESS AVAILABLE UPON REQUEST

WANG, JAY
ADDRESS AVAILABLE UPON REQUEST

WANG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WANG, JHOANNA
ADDRESS AVAILABLE UPON REQUEST

WANG, JIAN
ADDRESS AVAILABLE UPON REQUEST

WANG, JILL
ADDRESS AVAILABLE UPON REQUEST

WANG, JING
ADDRESS AVAILABLE UPON REQUEST

WANG, JING
ADDRESS AVAILABLE UPON REQUEST

WANG, KAO
ADDRESS AVAILABLE UPON REQUEST

WANG, KAREN
ADDRESS AVAILABLE UPON REQUEST

WANG, KAREN
ADDRESS AVAILABLE UPON REQUEST

WANG, KEN
ADDRESS AVAILABLE UPON REQUEST

WANG, LEXI
ADDRESS AVAILABLE UPON REQUEST

WANG, LI
ADDRESS AVAILABLE UPON REQUEST

WANG, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

WANG, LITING
ADDRESS AVAILABLE UPON REQUEST

WANG, LIYAN
ADDRESS AVAILABLE UPON REQUEST

WANG, MENGQI
ADDRESS AVAILABLE UPON REQUEST

WANG, MIAOXI
ADDRESS AVAILABLE UPON REQUEST

WANG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WANG, MO
ADDRESS AVAILABLE UPON REQUEST

WANG, MONAH
ADDRESS AVAILABLE UPON REQUEST

WANG, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WANG, PEARL
ADDRESS AVAILABLE UPON REQUEST

WANG, PHILIP
ADDRESS AVAILABLE UPON REQUEST

WANG, QIANYUAN
ADDRESS AVAILABLE UPON REQUEST

WANG, RAN
ADDRESS AVAILABLE UPON REQUEST

WANG, REBECCA AND JESSE
ADDRESS AVAILABLE UPON REQUEST

WANG, RUI
ADDRESS AVAILABLE UPON REQUEST

WANG, SAM
ADDRESS AVAILABLE UPON REQUEST

WANG, SELINA
ADDRESS AVAILABLE UPON REQUEST

WANG, SHIYA
ADDRESS AVAILABLE UPON REQUEST

WANG, STANLEY
ADDRESS AVAILABLE UPON REQUEST

WANG, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WANG, WEIEN
ADDRESS AVAILABLE UPON REQUEST

WANG, XIN
ADDRESS AVAILABLE UPON REQUEST

WANG, XUEQING
ADDRESS AVAILABLE UPON REQUEST

WANG, YIMAN
ADDRESS AVAILABLE UPON REQUEST

WANG, YIMENG
ADDRESS AVAILABLE UPON REQUEST

WANG, YING
ADDRESS AVAILABLE UPON REQUEST

WANG, YINGXUE
ADDRESS AVAILABLE UPON REQUEST

WANG, YUCHEN
ADDRESS AVAILABLE UPON REQUEST

WANG, YUEZHEN
ADDRESS AVAILABLE UPON REQUEST

WANG, YUJIA
ADDRESS AVAILABLE UPON REQUEST

WANG, YUN ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WANG, ZHE
ADDRESS AVAILABLE UPON REQUEST

WANG, ZIJING
ADDRESS AVAILABLE UPON REQUEST

WANG, ZIWEI
ADDRESS AVAILABLE UPON REQUEST

WANGER, ALYSA
ADDRESS AVAILABLE UPON REQUEST

WANGER, DAISY
ADDRESS AVAILABLE UPON REQUEST

WANGER, WALTER
ADDRESS AVAILABLE UPON REQUEST

WANGERIN, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WANICHKO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WANKA, EVELYN
ADDRESS AVAILABLE UPON REQUEST

WANKE, AMY
ADDRESS AVAILABLE UPON REQUEST

WANLESS, GINA
ADDRESS AVAILABLE UPON REQUEST

WANN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WANN, TRENT
ADDRESS AVAILABLE UPON REQUEST

WANNER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WANOUS, SHAILA
ADDRESS AVAILABLE UPON REQUEST

WANSER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WANT, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

WANTA, KODIAK
ADDRESS AVAILABLE UPON REQUEST

WANTA, SANDI
ADDRESS AVAILABLE UPON REQUEST

WANTZ, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WANZEK, JULIE
ADDRESS AVAILABLE UPON REQUEST

WARA, MINDY
ADDRESS AVAILABLE UPON REQUEST

WARBURTON, GRACEANNE
ADDRESS AVAILABLE UPON REQUEST

WARBURTON, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WARBURTON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WARBY PARKER
ADDRESS AVAILABLE UPON REQUEST

WARCHOL, MONIKA
ADDRESS AVAILABLE UPON REQUEST

WARD AGUILAR, KEYTHE
ADDRESS AVAILABLE UPON REQUEST

WARD, ADAM
ADDRESS AVAILABLE UPON REQUEST

WARD, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

WARD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WARD, ANNE MARIE
ADDRESS AVAILABLE UPON REQUEST

WARD, APRIL
ADDRESS AVAILABLE UPON REQUEST

WARD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WARD, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WARD, BARAK
ADDRESS AVAILABLE UPON REQUEST

WARD, BETH
ADDRESS AVAILABLE UPON REQUEST

WARD, BETHANY
ADDRESS AVAILABLE UPON REQUEST

WARD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WARD, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARD, CALEB
ADDRESS AVAILABLE UPON REQUEST

WARD, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WARD, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WARD, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WARD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARD, CECILIA
ADDRESS AVAILABLE UPON REQUEST

WARD, CHASITY
ADDRESS AVAILABLE UPON REQUEST

WARD, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WARD, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WARD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WARD, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WARD, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WARD, DARCY
ADDRESS AVAILABLE UPON REQUEST

WARD, DARCY
ADDRESS AVAILABLE UPON REQUEST

WARD, DARIAN
ADDRESS AVAILABLE UPON REQUEST

WARD, DARREN
ADDRESS AVAILABLE UPON REQUEST

WARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

WARD, DAVID
ADDRESS AVAILABLE UPON REQUEST

WARD, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WARD, DEBBY
ADDRESS AVAILABLE UPON REQUEST

WARD, DEIRDRE
ADDRESS AVAILABLE UPON REQUEST

WARD, DILLON
ADDRESS AVAILABLE UPON REQUEST

WARD, DONNA
ADDRESS AVAILABLE UPON REQUEST

WARD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WARD, EMILY
ADDRESS AVAILABLE UPON REQUEST

WARD, ERIC & NNEKA
ADDRESS AVAILABLE UPON REQUEST

WARD, ERIC
ADDRESS AVAILABLE UPON REQUEST

WARD, ERICA
ADDRESS AVAILABLE UPON REQUEST

WARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

WARD, FIONA
ADDRESS AVAILABLE UPON REQUEST

WARD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

WARD, GARY AND BETSY
ADDRESS AVAILABLE UPON REQUEST

WARD, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

WARD, GWYNN
ADDRESS AVAILABLE UPON REQUEST

WARD, HANNA
ADDRESS AVAILABLE UPON REQUEST

WARD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WARD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WARD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WARD, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

WARD, JAMES
ADDRESS AVAILABLE UPON REQUEST

WARD, JASON
ADDRESS AVAILABLE UPON REQUEST

WARD, JAZMINE
ADDRESS AVAILABLE UPON REQUEST

WARD, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WARD, JOEY
ADDRESS AVAILABLE UPON REQUEST

WARD, JOHN
ADDRESS AVAILABLE UPON REQUEST

WARD, JR., STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WARD, JUANITA
ADDRESS AVAILABLE UPON REQUEST

WARD, JULIE
ADDRESS AVAILABLE UPON REQUEST

WARD, KAELA
ADDRESS AVAILABLE UPON REQUEST

WARD, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WARD, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

WARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WARD, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WARD, KATIE LYNN
ADDRESS AVAILABLE UPON REQUEST

WARD, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WARD, KELLI
ADDRESS AVAILABLE UPON REQUEST

WARD, KELLY
ADDRESS AVAILABLE UPON REQUEST

WARD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WARD, KIMBELY
ADDRESS AVAILABLE UPON REQUEST

WARD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WARD, KIREN
ADDRESS AVAILABLE UPON REQUEST

WARD, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WARD, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WARD, LARA
ADDRESS AVAILABLE UPON REQUEST

WARD, LATRICIA
ADDRESS AVAILABLE UPON REQUEST

WARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

WARD, LAURA
ADDRESS AVAILABLE UPON REQUEST

WARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WARD, LEIGHANNA
ADDRESS AVAILABLE UPON REQUEST

WARD, LEILA
ADDRESS AVAILABLE UPON REQUEST

WARD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WARD, LISA
ADDRESS AVAILABLE UPON REQUEST

WARD, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WARD, MAIRE
ADDRESS AVAILABLE UPON REQUEST

WARD, MARGE
ADDRESS AVAILABLE UPON REQUEST

WARD, MARISA
ADDRESS AVAILABLE UPON REQUEST

WARD, MARY
ADDRESS AVAILABLE UPON REQUEST

WARD, MASON
ADDRESS AVAILABLE UPON REQUEST

WARD, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WARD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WARD, MICHELANGELO
ADDRESS AVAILABLE UPON REQUEST

WARD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WARD, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

WARD, MOLLEIGH
ADDRESS AVAILABLE UPON REQUEST

WARD, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WARD, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WARD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WARD, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WARD, PATTI
ADDRESS AVAILABLE UPON REQUEST

WARD, PAULA
ADDRESS AVAILABLE UPON REQUEST

WARD, PAULA
ADDRESS AVAILABLE UPON REQUEST

WARD, RAJANI
ADDRESS AVAILABLE UPON REQUEST

WARD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WARD, RHONDA
ADDRESS AVAILABLE UPON REQUEST

WARD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WARD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WARD, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WARD, ROSEMARIE
ADDRESS AVAILABLE UPON REQUEST

WARD, RUTH E.
ADDRESS AVAILABLE UPON REQUEST

WARD, RYAN
ADDRESS AVAILABLE UPON REQUEST

WARD, RYAN
ADDRESS AVAILABLE UPON REQUEST

WARD, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WARD, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WARD, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WARD, SHERIDEN
ADDRESS AVAILABLE UPON REQUEST

WARD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WARD, TERENCE
ADDRESS AVAILABLE UPON REQUEST

WARD, TERESA
ADDRESS AVAILABLE UPON REQUEST

WARD, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WARD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WARD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WARD, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WARD, TYLER
ADDRESS AVAILABLE UPON REQUEST

WARD, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WARD, VICKIE
ADDRESS AVAILABLE UPON REQUEST

WARD, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WARD, WANDA
ADDRESS AVAILABLE UPON REQUEST

WARD, WENDY
ADDRESS AVAILABLE UPON REQUEST

WARD, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WARD, WILL
ADDRESS AVAILABLE UPON REQUEST

WARD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WARD, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WARDELL, TANYA
ADDRESS AVAILABLE UPON REQUEST

WARDEN, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WARDEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WARDEN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WARDEN, KAREN
ADDRESS AVAILABLE UPON REQUEST

WARDEN, KARY
ADDRESS AVAILABLE UPON REQUEST

WARDEN, MARIEL
ADDRESS AVAILABLE UPON REQUEST

WARDEN, TEDD
ADDRESS AVAILABLE UPON REQUEST

WARDER, DYLAN
ADDRESS AVAILABLE UPON REQUEST

WARDIAN, JANA
ADDRESS AVAILABLE UPON REQUEST

WARDLAW, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

WARDREP, BILL
ADDRESS AVAILABLE UPON REQUEST

WARDWELL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WARDWELL, LAURA
ADDRESS AVAILABLE UPON REQUEST

WARDWELL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WARDY, PATTY
ADDRESS AVAILABLE UPON REQUEST

WARE, ANASTASIA
ADDRESS AVAILABLE UPON REQUEST

WARE, ANIKA
ADDRESS AVAILABLE UPON REQUEST

WARE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WARE, HAILEY
ADDRESS AVAILABLE UPON REQUEST

WARE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARE, LINDA
ADDRESS AVAILABLE UPON REQUEST

WARE, LISA
ADDRESS AVAILABLE UPON REQUEST

WARE, MARIE
ADDRESS AVAILABLE UPON REQUEST

WARE, MORIAH
ADDRESS AVAILABLE UPON REQUEST

WARE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WARE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WARE, RONALD
ADDRESS AVAILABLE UPON REQUEST

WARE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WARE, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

WARE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAREHAM, BLAIR
ADDRESS AVAILABLE UPON REQUEST

WAREHAM, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WAREHOUSE SYSTEMS
4646 EAST JENSEN AVENUE
FRESNO, CA  93725

WAREHOUSE SYSTEMS
P.O. BOX 2808
FRESNO, CA  93745

WARENDH, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WARF, DREW
ADDRESS AVAILABLE UPON REQUEST

WARFEL, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WARFIELD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WARFORD, ALISON
ADDRESS AVAILABLE UPON REQUEST

WARFORD, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WARFORD, MARCELLA
ADDRESS AVAILABLE UPON REQUEST

WARGA, ELLIE
ADDRESS AVAILABLE UPON REQUEST

WARGO, MARY
ADDRESS AVAILABLE UPON REQUEST

WARGO, MATT
ADDRESS AVAILABLE UPON REQUEST

WARGO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WARGO, RYLIE
ADDRESS AVAILABLE UPON REQUEST

WARHEIT, PETER
ADDRESS AVAILABLE UPON REQUEST

WARHOL, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WARHOLIC, MADELINE
ADDRESS AVAILABLE UPON REQUEST

WARING, LAURA
ADDRESS AVAILABLE UPON REQUEST

WARING, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WARING, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WARINGA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WARISCHALK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WARK, ANN
ADDRESS AVAILABLE UPON REQUEST

WARK, LINDA
ADDRESS AVAILABLE UPON REQUEST

WARKENTIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WARLICK, JAMES
ADDRESS AVAILABLE UPON REQUEST

WARLICK, JASON
ADDRESS AVAILABLE UPON REQUEST

WARLICK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WARM'S, KERRI
ADDRESS AVAILABLE UPON REQUEST

WARMACK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WARMAN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WARMAN, KAIT
ADDRESS AVAILABLE UPON REQUEST

WARMBROD, LANE
ADDRESS AVAILABLE UPON REQUEST

WARME, KARA
ADDRESS AVAILABLE UPON REQUEST

WARMOLTS, PEGGY
ADDRESS AVAILABLE UPON REQUEST

WARMOTH, CLINTON
ADDRESS AVAILABLE UPON REQUEST

WARMOUTH, CORY
ADDRESS AVAILABLE UPON REQUEST

WARNE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WARNE, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WARNECKE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WARNECKI, CINDY & MARK
ADDRESS AVAILABLE UPON REQUEST

WARNER, ADAM
ADDRESS AVAILABLE UPON REQUEST

WARNER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WARNER, ANGEL
ADDRESS AVAILABLE UPON REQUEST

WARNER, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WARNER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WARNER, AVERY
ADDRESS AVAILABLE UPON REQUEST

WARNER, BETH
ADDRESS AVAILABLE UPON REQUEST

WARNER, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WARNER, CALLISTO
ADDRESS AVAILABLE UPON REQUEST

WARNER, CARLY
ADDRESS AVAILABLE UPON REQUEST

WARNER, CISSY
ADDRESS AVAILABLE UPON REQUEST

WARNER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WARNER, DANA
ADDRESS AVAILABLE UPON REQUEST

WARNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WARNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WARNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WARNER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WARNER, DONNA
ADDRESS AVAILABLE UPON REQUEST

WARNER, DONNA
ADDRESS AVAILABLE UPON REQUEST

WARNER, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WARNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WARNER, ESTELLA
ADDRESS AVAILABLE UPON REQUEST

WARNER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WARNER, JARED
ADDRESS AVAILABLE UPON REQUEST

WARNER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARNER, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WARNER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WARNER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WARNER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WARNER, KATRINA
ADDRESS AVAILABLE UPON REQUEST

WARNER, KIM
ADDRESS AVAILABLE UPON REQUEST

WARNER, KIRBY
ADDRESS AVAILABLE UPON REQUEST

WARNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WARNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WARNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WARNER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WARNER, RYAN
ADDRESS AVAILABLE UPON REQUEST

WARNER, SARA
ADDRESS AVAILABLE UPON REQUEST

WARNER, TAWNIA
ADDRESS AVAILABLE UPON REQUEST

WARNER, TYLER
ADDRESS AVAILABLE UPON REQUEST

WARNER, WENDY
ADDRESS AVAILABLE UPON REQUEST

WARNICK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WARNICK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WARNICK, KIM
ADDRESS AVAILABLE UPON REQUEST

WARNICK, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

WARNING, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WARNKE, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

WARNKE, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WARNKE, MARCIE
ADDRESS AVAILABLE UPON REQUEST

WARNKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WARNKE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WARNKEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, ALI
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, LISA
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, PAUL
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WARNOCK, TARA
ADDRESS AVAILABLE UPON REQUEST

WARPOOL, JASON
ADDRESS AVAILABLE UPON REQUEST

WARR, DEE DEE
ADDRESS AVAILABLE UPON REQUEST

WARRAYAT, LISA
ADDRESS AVAILABLE UPON REQUEST

WARREN DASH
ADDRESS AVAILABLE UPON REQUEST

WARREN LOUI
ADDRESS AVAILABLE UPON REQUEST

WARREN, ALICE
ADDRESS AVAILABLE UPON REQUEST

WARREN, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WARREN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WARREN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WARREN, ANNE
ADDRESS AVAILABLE UPON REQUEST

WARREN, ANNE
ADDRESS AVAILABLE UPON REQUEST

WARREN, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

WARREN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WARREN, AVERY
ADDRESS AVAILABLE UPON REQUEST

WARREN, BRAD
ADDRESS AVAILABLE UPON REQUEST

WARREN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WARREN, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

WARREN, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WARREN, CALEB
ADDRESS AVAILABLE UPON REQUEST

WARREN, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

WARREN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WARREN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WARREN, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WARREN, DAVIDA
ADDRESS AVAILABLE UPON REQUEST

WARREN, DEXTER
ADDRESS AVAILABLE UPON REQUEST

WARREN, ELINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, HILARY
ADDRESS AVAILABLE UPON REQUEST

WARREN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, JAMES
ADDRESS AVAILABLE UPON REQUEST

WARREN, JAN
ADDRESS AVAILABLE UPON REQUEST

WARREN, JELANI
ADDRESS AVAILABLE UPON REQUEST

WARREN, JEN
ADDRESS AVAILABLE UPON REQUEST

WARREN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARREN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WARREN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WARREN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WARREN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WARREN, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WARREN, KAREN
ADDRESS AVAILABLE UPON REQUEST

WARREN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARREN, KAVON
ADDRESS AVAILABLE UPON REQUEST

WARREN, KAYE
ADDRESS AVAILABLE UPON REQUEST

WARREN, KC
ADDRESS AVAILABLE UPON REQUEST

WARREN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WARREN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WARREN, LIANNA
ADDRESS AVAILABLE UPON REQUEST

WARREN, MADDIE
ADDRESS AVAILABLE UPON REQUEST

WARREN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WARREN, MYLORANNE
ADDRESS AVAILABLE UPON REQUEST

WARREN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WARREN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WARREN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WARREN, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

WARREN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WARREN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WARREN, SETH
ADDRESS AVAILABLE UPON REQUEST

WARREN, SHARDE
ADDRESS AVAILABLE UPON REQUEST

WARREN, SHERAE
ADDRESS AVAILABLE UPON REQUEST

WARREN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WARREN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WARREN, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

WARREN, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WARREN, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WARREN, TRISH
ADDRESS AVAILABLE UPON REQUEST

WARREN, VERA
ADDRESS AVAILABLE UPON REQUEST

WARREN, VICKI
ADDRESS AVAILABLE UPON REQUEST

WARREN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WARREN, WILL
ADDRESS AVAILABLE UPON REQUEST

WARREN, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

WARREN, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

WARRENFELTZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

WARREN-HERNANDEZ, MAREA
ADDRESS AVAILABLE UPON REQUEST

WARRICK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WARRICK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WARRICK, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WARRINER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WARRINER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WARRIOR, TOBY
ADDRESS AVAILABLE UPON REQUEST

WARRIOR, TOBY
ADDRESS AVAILABLE UPON REQUEST

WARRWN, MARISA
ADDRESS AVAILABLE UPON REQUEST

WARSHANY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WARSHAVSKY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WARSHAW, SARAH
ADDRESS AVAILABLE UPON REQUEST

WARSHAWSKY, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

WARSHAWSKY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WARSOP, DONALD
ADDRESS AVAILABLE UPON REQUEST

WARTAK, JOSIAH
ADDRESS AVAILABLE UPON REQUEST

WARTEN, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WARTENBERG, SARAH
ADDRESS AVAILABLE UPON REQUEST

WARTH, DREW
ADDRESS AVAILABLE UPON REQUEST

WARTH, TINA
ADDRESS AVAILABLE UPON REQUEST

WARTMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WARWICK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WARWICK, FELIZ
ADDRESS AVAILABLE UPON REQUEST

WARWICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WARYASZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WARYCHA, DAVID
ADDRESS AVAILABLE UPON REQUEST

WARZECHA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WARZECHA, KATIE
ADDRESS AVAILABLE UPON REQUEST

WARZECHA, KATY
ADDRESS AVAILABLE UPON REQUEST

WARZEWSKA, KATERINA
ADDRESS AVAILABLE UPON REQUEST

WARZYNSKI, CLINT
ADDRESS AVAILABLE UPON REQUEST

WASAN, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

WASCISIN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WASDICK, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WASEEM LODIN, ADEEBA
ADDRESS AVAILABLE UPON REQUEST

WASEEM WALLY MATHEWS
ADDRESS AVAILABLE UPON REQUEST

WASHAM, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WASHAM, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WASHBOURNE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, ARA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, BRYSON
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, JESSAMY
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, JULIA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, KARLA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, LISA
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, PAM
ADDRESS AVAILABLE UPON REQUEST

WASHBURN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WASHCOVICK, EMILY
ADDRESS AVAILABLE UPON REQUEST

WASHER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WASHICK, SALLY
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

WASHINGTON DEPARTMENT OF REVENUE
WASHINGTON STATE DEPARTMENT OF
REVENUE
ATTN: BANKRUPTCY UNIT 2101 4TH AVE,
SUITE 1400
SEATTLE, WA 98121

WASHINGTON DEPT OF LABOR AND
INDUSTRIES
7273 LINDERSON WAY SW
TUMWATER, WA 98501-5414

WASHINGTON DEPT OF LABOR AND
INDUSTRIES
PO BOX 44000
TUMWATER, WA 98501-5414

WASHINGTON SECURITIES DIVISION
PO BOX 9033
OLYMPIA, WA 98507-9033

WASHINGTON STATE DEPT OF REVENUE
PO BOX 47476
OLYMPIA, WA 98504-7476

WASHINGTON STATE DEPT OF REVENUE
PO BOX 47478
OLYMPIA, WA 98504-7478

WASHINGTON STATE LIQUOR AND
CANNABIS BOARD
PO BOX 43080
OLYMPIA, WA 98504

WASHINGTON STATE TREASURER
STATE OF WASHINGTON DEPT OF
FINANCIAL
INSTITUTIONS SECURITIES DIVISION
PO BOX 9033
OLYMPIA, WA  98507-9033

WASHINGTON, ANGELIE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, ANITRA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CECELIA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CELESTE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CHELLY
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CHERLOTTE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, CHRISTAL
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, DANILLE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, DOMINICK
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, ELLA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, EUNIQUA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JAMILLAH
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JARAEL
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JEWELZ
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JON-MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, JORLENNY
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, KALEIL
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, MICHELLE LYNN
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, REGGIE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, RYAN
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, SARAH
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, SHERIA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, TINA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, TISHAIRRA
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, TYRONE
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WASHINGTON-THOMAS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WASHOK, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WASHUTA, HARRISON
ADDRESS AVAILABLE UPON REQUEST

WASIK, SHAUNDA
ADDRESS AVAILABLE UPON REQUEST

WASILENKO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WASILESKI, REAGAN
ADDRESS AVAILABLE UPON REQUEST

WASILEWSKI, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WASILEWSKI, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WASILKOFF, PETRA
ADDRESS AVAILABLE UPON REQUEST

WASIM, ANNA
ADDRESS AVAILABLE UPON REQUEST

WASINGER, LEXIE
ADDRESS AVAILABLE UPON REQUEST

WASITOWSKI, MARIAN
ADDRESS AVAILABLE UPON REQUEST

WASIUK, SUZI
ADDRESS AVAILABLE UPON REQUEST

WASKAS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WASKIEWICZ, ANA
ADDRESS AVAILABLE UPON REQUEST

WASKIEWICZ, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WASKIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

WASKOWITZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WASMAN, TYLER
ADDRESS AVAILABLE UPON REQUEST

WASMUND, DINA
ADDRESS AVAILABLE UPON REQUEST

WASMUND, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WASMUND, PAUL G
ADDRESS AVAILABLE UPON REQUEST

WASOWICZ, TESS
ADDRESS AVAILABLE UPON REQUEST

WASS, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

WASS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WASSEL, CATIE
ADDRESS AVAILABLE UPON REQUEST

WASSEL, MARLENA
ADDRESS AVAILABLE UPON REQUEST

WASSEL, MONICA
ADDRESS AVAILABLE UPON REQUEST

WASSEL, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

WASSELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WASSENAAR, DAVID
ADDRESS AVAILABLE UPON REQUEST

WASSER, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

WASSER, TERRY
ADDRESS AVAILABLE UPON REQUEST

WASSERMAN, ALEX
ADDRESS AVAILABLE UPON REQUEST

WASSERMAN, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

WASSERMAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

WASSILY, ABRAM
ADDRESS AVAILABLE UPON REQUEST

WASSILY, BARI
ADDRESS AVAILABLE UPON REQUEST

WASSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

WASSON, JILL
ADDRESS AVAILABLE UPON REQUEST

WASSON, KATE
ADDRESS AVAILABLE UPON REQUEST

WASSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

WASSON, MEG
ADDRESS AVAILABLE UPON REQUEST

WASSON, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

WASSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

WASSUNG, LORI
ADDRESS AVAILABLE UPON REQUEST

WASSUTA, KARYN
ADDRESS AVAILABLE UPON REQUEST

WASTE MANAGEMENT OF PENNSYLVANIA,
INC.
1001 FANNIN SUITE 4000
HOUSTON, TX  77002

WASTE MANAGEMENT OF PENNSYLVANIA,
INC.
PO BOX 13648
PHILADELPHIA, PA  19101-3648

WASUNA, EMILY
ADDRESS AVAILABLE UPON REQUEST

WASYLK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WASYLYSZYN, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WASZAK, DOUG
ADDRESS AVAILABLE UPON REQUEST

WATANABE-GASTEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

WATANASIRI, CHIUKWAN
ADDRESS AVAILABLE UPON REQUEST

WATARU TAMURA
ADDRESS AVAILABLE UPON REQUEST

WATER FOR PEOPLE
ADDRESS UNAVAILABLE AT TIME OF FILING

WATER GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

WATERBURY, EMILY
ADDRESS AVAILABLE UPON REQUEST

WATERBURY, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

WATERHOUSE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WATERHOUSE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WATERHOUSE, LEWELLYN
ADDRESS AVAILABLE UPON REQUEST

WATERHOUSE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WATERKOTTE, TINA
ADDRESS AVAILABLE UPON REQUEST

WATERLAND, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WATERLOO CONTAINER COMPANY
2311 STATE ROUTE 414
WATERLOO, NY  13165

WATERMAN, ASHLYNN
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, KENDALL
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WATERMAN, NOAH
ADDRESS AVAILABLE UPON REQUEST

WATERMEIER, PENNY
ADDRESS AVAILABLE UPON REQUEST

WATERS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WATERS, ADDISON
ADDRESS AVAILABLE UPON REQUEST

WATERS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WATERS, AMY
ADDRESS AVAILABLE UPON REQUEST

WATERS, AMY
ADDRESS AVAILABLE UPON REQUEST

WATERS, CODY
ADDRESS AVAILABLE UPON REQUEST

WATERS, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WATERS, DENNETTE
ADDRESS AVAILABLE UPON REQUEST

WATERS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WATERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WATERS, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

WATERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WATERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WATERS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WATERS, JANN
ADDRESS AVAILABLE UPON REQUEST

WATERS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WATERS, JODY
ADDRESS AVAILABLE UPON REQUEST

WATERS, JOSIE
ADDRESS AVAILABLE UPON REQUEST

WATERS, JUDY
ADDRESS AVAILABLE UPON REQUEST

WATERS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WATERS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WATERS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WATERS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WATERS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WATERS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WATERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WATERS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WATERS, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WATERS, MALINDA
ADDRESS AVAILABLE UPON REQUEST

WATERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WATERS, MOISES
ADDRESS AVAILABLE UPON REQUEST

WATERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WATERS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WATERS, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, ADRIENNE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WATKINS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WATKINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, AMERE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, CHAM
ADDRESS AVAILABLE UPON REQUEST

WATKINS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, DARBY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, DIXIE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, DONNA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, DUSTY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, ELLAINE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, GERRAKA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WATKINS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WATKINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, KYLER
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LAURYN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LIBBY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LORETTA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MARY
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MESCHELLE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, MIKE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, RHYDDID
ADDRESS AVAILABLE UPON REQUEST

WATKINS, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

WATKINS, RYAN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, RYAN
ADDRESS AVAILABLE UPON REQUEST

WATKINS, TARA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WATKINS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WATKINSON, ELISHA
ADDRESS AVAILABLE UPON REQUEST

WATKO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATLER, BLAIR
ADDRESS AVAILABLE UPON REQUEST

WATLINGTON, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

WATLINGTON, LEIKO
ADDRESS AVAILABLE UPON REQUEST

WATOR, JAMES
ADDRESS AVAILABLE UPON REQUEST

WATRAS, MATT
ADDRESS AVAILABLE UPON REQUEST

WATROUS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WATSKY, MARCY
ADDRESS AVAILABLE UPON REQUEST

WATSON JR, HENRY
ADDRESS AVAILABLE UPON REQUEST

WATSON, AARON
ADDRESS AVAILABLE UPON REQUEST

WATSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WATSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WATSON, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

WATSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

WATSON, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WATSON, ARNITA
ADDRESS AVAILABLE UPON REQUEST

WATSON, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

WATSON, BILLY
ADDRESS AVAILABLE UPON REQUEST

WATSON, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WATSON, BRENYCE
ADDRESS AVAILABLE UPON REQUEST

WATSON, BRIA
ADDRESS AVAILABLE UPON REQUEST

WATSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

WATSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WATSON, COLE
ADDRESS AVAILABLE UPON REQUEST

WATSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WATSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WATSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

WATSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WATSON, DEE
ADDRESS AVAILABLE UPON REQUEST

WATSON, DIANA
ADDRESS AVAILABLE UPON REQUEST

WATSON, DON
ADDRESS AVAILABLE UPON REQUEST

WATSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

WATSON, DWIGHT
ADDRESS AVAILABLE UPON REQUEST

WATSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

WATSON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WATSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WATSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WATSON, ERWIN
ADDRESS AVAILABLE UPON REQUEST

WATSON, EUNA
ADDRESS AVAILABLE UPON REQUEST

WATSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, GARTH
ADDRESS AVAILABLE UPON REQUEST

WATSON, GRACE
ADDRESS AVAILABLE UPON REQUEST

WATSON, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

WATSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WATSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WATSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WATSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WATSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WATSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WATSON, IAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

WATSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

WATSON, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

WATSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

WATSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

WATSON, JASON
ADDRESS AVAILABLE UPON REQUEST

WATSON, JENI
ADDRESS AVAILABLE UPON REQUEST

WATSON, JERONICA
ADDRESS AVAILABLE UPON REQUEST

WATSON, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, JOE
ADDRESS AVAILABLE UPON REQUEST

WATSON, JOYCE
ADDRESS AVAILABLE UPON REQUEST

WATSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, KASSIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, KATE
ADDRESS AVAILABLE UPON REQUEST

WATSON, KATHARINE
ADDRESS AVAILABLE UPON REQUEST

WATSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

WATSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

WATSON, KIT
ADDRESS AVAILABLE UPON REQUEST

WATSON, KYANI
ADDRESS AVAILABLE UPON REQUEST

WATSON, LEONARD
ADDRESS AVAILABLE UPON REQUEST

WATSON, LORRAYNE
ADDRESS AVAILABLE UPON REQUEST

WATSON, LUCY
ADDRESS AVAILABLE UPON REQUEST

WATSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

WATSON, MADELINE
ADDRESS AVAILABLE UPON REQUEST

WATSON, MARIAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, MARIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, MARK
ADDRESS AVAILABLE UPON REQUEST

WATSON, MARK
ADDRESS AVAILABLE UPON REQUEST

WATSON, MARYANN
ADDRESS AVAILABLE UPON REQUEST

WATSON, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

WATSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WATSON, MIA
ADDRESS AVAILABLE UPON REQUEST

WATSON, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

WATSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WATSON, MINDY
ADDRESS AVAILABLE UPON REQUEST

WATSON, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

WATSON, MOM AND DAD
ADDRESS AVAILABLE UPON REQUEST

WATSON, NOAH
ADDRESS AVAILABLE UPON REQUEST

WATSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WATSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WATSON, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WATSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

WATSON, RAY
ADDRESS AVAILABLE UPON REQUEST

WATSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WATSON, REGINALD
ADDRESS AVAILABLE UPON REQUEST

WATSON, RENE
ADDRESS AVAILABLE UPON REQUEST

WATSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WATSON, ROCK
ADDRESS AVAILABLE UPON REQUEST

WATSON, ROSE
ADDRESS AVAILABLE UPON REQUEST

WATSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, SAGE
ADDRESS AVAILABLE UPON REQUEST

WATSON, SALEM
ADDRESS AVAILABLE UPON REQUEST

WATSON, SARA
ADDRESS AVAILABLE UPON REQUEST

WATSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

WATSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WATSON, SHANTAI
ADDRESS AVAILABLE UPON REQUEST

WATSON, SHERYL
ADDRESS AVAILABLE UPON REQUEST

WATSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WATSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WATSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

WATSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WATSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WATSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WATSON, TED
ADDRESS AVAILABLE UPON REQUEST

WATSON, TODD
ADDRESS AVAILABLE UPON REQUEST

WATSON, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WATSON, YANIQUE
ADDRESS AVAILABLE UPON REQUEST

WATSON-JONES, JOAN
ADDRESS AVAILABLE UPON REQUEST

WATT, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WATT, CARLY
ADDRESS AVAILABLE UPON REQUEST

WATT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WATT, ELLIE
ADDRESS AVAILABLE UPON REQUEST

WATT, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WATT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WATT, LAURYN
ADDRESS AVAILABLE UPON REQUEST

WATT, MAURICA
ADDRESS AVAILABLE UPON REQUEST

WATT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WATT, RONALD
ADDRESS AVAILABLE UPON REQUEST

WATT, TIM
ADDRESS AVAILABLE UPON REQUEST

WATTAMWAR, SHILA
ADDRESS AVAILABLE UPON REQUEST

WATTANASAK, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WATTERS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WATTERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WATTERS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WATTERS, CAROL
ADDRESS AVAILABLE UPON REQUEST

WATTERS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WATTERS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WATTERS, GARY
ADDRESS AVAILABLE UPON REQUEST

WATTERS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WATTERS, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WATTERS, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WATTERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WATTERS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WATTERSON, GLORIA
ADDRESS AVAILABLE UPON REQUEST

WATTLEWORTH, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

WATTO, EMILY
ADDRESS AVAILABLE UPON REQUEST

WATTON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WATTS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

WATTS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WATTS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

WATTS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WATTS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WATTS, BETH
ADDRESS AVAILABLE UPON REQUEST

WATTS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

–WATTS, BUFFY
ADDRESS AVAILABLE UPON REQUEST

WATTS, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WATTS, CHARDAE
ADDRESS AVAILABLE UPON REQUEST

WATTS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WATTS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WATTS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WATTS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WATTS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WATTS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WATTS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WATTS, JODI
ADDRESS AVAILABLE UPON REQUEST

WATTS, JUDITH
ADDRESS AVAILABLE UPON REQUEST

WATTS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WATTS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WATTS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WATTS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WATTS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WATTS, PAUL
ADDRESS AVAILABLE UPON REQUEST

WATTS, POLLY
ADDRESS AVAILABLE UPON REQUEST

WATTS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WATTS, STACEY
ADDRESS AVAILABLE UPON REQUEST

WATTS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WATTS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WATTS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WATTS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WATTS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WATTS-COX, JACY
ADDRESS AVAILABLE UPON REQUEST

WAUGH CELLARS DISTRIBUTION
ADDRESS UNAVAILABLE AT TIME OF FILING

WAUGH, ALEX
ADDRESS AVAILABLE UPON REQUEST

WAUGH, ALIDA
ADDRESS AVAILABLE UPON REQUEST

WAUGH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WAUGH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WAUGH, EMMA
ADDRESS AVAILABLE UPON REQUEST

WAUGH, FAITH
ADDRESS AVAILABLE UPON REQUEST

WAUGH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WAUGH, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WAUGH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WAUGH, MADELEINE
ADDRESS AVAILABLE UPON REQUEST

WAUGH, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WAUHOB, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WAUSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WAUSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WAVEMAKER GLOBAL SELECT LLC
175 GREENWICH ST
NEW YORK, NY 10007

WAVEMAKER PARTNERS V LP
175 GREENWICH ST
NEW YORK, NY 10007

WAVEMAKER
ADDRESS UNAVAILABLE AT TIME OF FILING

WAVERS, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

WAWA
ADDRESS UNAVAILABLE AT TIME OF FILING

WAWRONOWICZ, MARGE
ADDRESS AVAILABLE UPON REQUEST

WAWRZYNEK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WAWRZYNIAK, FRANCIS
ADDRESS AVAILABLE UPON REQUEST

WAWRZYNIAK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WAWRZYNIAKOWSKI, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

WAX, AMBER
ADDRESS AVAILABLE UPON REQUEST

WAX, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAX, TERESA
ADDRESS AVAILABLE UPON REQUEST

WAXMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WAY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WAY, EDEN
ADDRESS AVAILABLE UPON REQUEST

WAY, JULIA
ADDRESS AVAILABLE UPON REQUEST

WAY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WAY, ZJAUN
ADDRESS AVAILABLE UPON REQUEST

WAYASHE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WAYBRIGHT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WAYCHOFF, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WAYNE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WAYER, JESSE
ADDRESS AVAILABLE UPON REQUEST

WAYFAIR
ADDRESS UNAVAILABLE AT TIME OF FILING

WAYLAND, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAYLETT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WAYMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WAYMAN, BONNY
ADDRESS AVAILABLE UPON REQUEST

WAYMAN, SPENCER
ADDRESS AVAILABLE UPON REQUEST

WAYMAN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WAYMIRE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WAYNE A SIMPSON
ADDRESS AVAILABLE UPON REQUEST

WAYNE AKEY
ADDRESS AVAILABLE UPON REQUEST

WAYNE CHAPMAN
ADDRESS AVAILABLE UPON REQUEST

WAYNE DION STARKS
ADDRESS AVAILABLE UPON REQUEST

WAYNE KUHN BUSINESS VENTURES
DBA WINETASTERS CHOICE
118 BELMONT RD.
BOERNE, TX  78006

WAYNE KUHN BUSINESS VENTURES
DBA WINETASTERS CHOICE
3400 COIT RD  261241
PLANO, TX  75075

WAYNE LAZARUS
ADDRESS AVAILABLE UPON REQUEST

WAYNE M SCHULTZ
ADDRESS AVAILABLE UPON REQUEST

WAYNE W SIEMENS
ADDRESS AVAILABLE UPON REQUEST

WAYNE WALKER
ADDRESS AVAILABLE UPON REQUEST

WAYNE WHETMAN
ADDRESS AVAILABLE UPON REQUEST

WAYNE, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WAYNE, AMBRA
ADDRESS AVAILABLE UPON REQUEST

WAYNE, ANNA
ADDRESS AVAILABLE UPON REQUEST

WAYNE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WAYNE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WAYNE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WAYSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

WAYTON, MINDY
ADDRESS AVAILABLE UPON REQUEST

WAZMAKY ELIZABETH CHARLWOOD
ADDRESS AVAILABLE UPON REQUEST

WAZNY, PANE
ADDRESS AVAILABLE UPON REQUEST

WB PROMOTION
ADDRESS UNAVAILABLE AT TIME OF FILING

WCTV NETWORK LLC
2033 NORTH MILWAUKEE AVENUE SUITE 300
RIVERWOODS, IL 60015

WDGECOMB, GAIL
ADDRESS AVAILABLE UPON REQUEST

WE CUPCAKE
ADDRESS UNAVAILABLE AT TIME OF FILING

WE WORE WHAT, LLC
209 E 31ST STREET
NEW YORK, NY 10016

WEA, DANNIE
ADDRESS AVAILABLE UPON REQUEST

WEACER, TRACY
ADDRESS AVAILABLE UPON REQUEST

WEADOCK, CORINNE
ADDRESS AVAILABLE UPON REQUEST

WEAGEL, MONICA
ADDRESS AVAILABLE UPON REQUEST

WEAGRAFF, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WEAH, ROSE
ADDRESS AVAILABLE UPON REQUEST

WEAKLAND, SARA
ADDRESS AVAILABLE UPON REQUEST

WEAKLEY, STEFANIE
ADDRESS AVAILABLE UPON REQUEST

WEALE, MIKE
ADDRESS AVAILABLE UPON REQUEST

WEAR, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WEAR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WEAR, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WEATHERALL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEATHERBEE, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

WEATHERBEE, LISA
ADDRESS AVAILABLE UPON REQUEST

WEATHERBY-WEBB, JERR
ADDRESS AVAILABLE UPON REQUEST

WEATHERFORD, AMELIA
ADDRESS AVAILABLE UPON REQUEST

WEATHERFORD, DEVAN
ADDRESS AVAILABLE UPON REQUEST

WEATHERFORD, KEITH
ADDRESS AVAILABLE UPON REQUEST

WEATHERFORD, KIM
ADDRESS AVAILABLE UPON REQUEST

WEATHERHOLT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEATHERINGTON, BEKAH
ADDRESS AVAILABLE UPON REQUEST

WEATHERLY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEATHERLY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WEATHERLY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, CORNELIA
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, SAMMIE
ADDRESS AVAILABLE UPON REQUEST

WEATHERS, SHAREE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ABRA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ALYX
ADDRESS AVAILABLE UPON REQUEST

WEAVER, AMY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, AMY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, BETH
ADDRESS AVAILABLE UPON REQUEST

WEAVER, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, BRITTANY & TIM
ADDRESS AVAILABLE UPON REQUEST

WEAVER, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, CELIA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, CHARLYNN
ADDRESS AVAILABLE UPON REQUEST

WEAVER, CHASE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, COLIN
ADDRESS AVAILABLE UPON REQUEST

WEAVER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

WEAVER, DONALD
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ERIC
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEAVER, GARRISON
ADDRESS AVAILABLE UPON REQUEST

WEAVER, GRANT
ADDRESS AVAILABLE UPON REQUEST

WEAVER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEAVER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JAYNE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JEFF
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JENELL
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WEAVER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, KINI
ADDRESS AVAILABLE UPON REQUEST

WEAVER, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LEIGHTON
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEAVER, NANCY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WEAVER, PAUL
ADDRESS AVAILABLE UPON REQUEST

WEAVER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEAVER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, SARA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WEAVER, SHON
ADDRESS AVAILABLE UPON REQUEST

WEAVER, TARA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, TARA
ADDRESS AVAILABLE UPON REQUEST

WEAVER, TASHI
ADDRESS AVAILABLE UPON REQUEST

WEAVER, ZOE
ADDRESS AVAILABLE UPON REQUEST

WEB COMMERCE LLC
177 WEBSTER ST 380
MONTEREY, CA 93940

WEBB, AARON
ADDRESS AVAILABLE UPON REQUEST

WEBB, ADELINE
ADDRESS AVAILABLE UPON REQUEST

WEBB, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WEBB, ANNE
ADDRESS AVAILABLE UPON REQUEST

WEBB, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WEBB, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WEBB, BEN
ADDRESS AVAILABLE UPON REQUEST

WEBB, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WEBB, CASEY
ADDRESS AVAILABLE UPON REQUEST

WEBB, CORINNE
ADDRESS AVAILABLE UPON REQUEST

WEBB, DANI
ADDRESS AVAILABLE UPON REQUEST

WEBB, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WEBB, DAVID
ADDRESS AVAILABLE UPON REQUEST

WEBB, DELYSE
ADDRESS AVAILABLE UPON REQUEST

WEBB, DIANE AND JOHN
ADDRESS AVAILABLE UPON REQUEST

WEBB, EARL
ADDRESS AVAILABLE UPON REQUEST

WEBB, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEBB, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEBB, ERICA
ADDRESS AVAILABLE UPON REQUEST

WEBB, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEBB, GENEVIEVE
ADDRESS AVAILABLE UPON REQUEST

WEBB, HOOMAN
ADDRESS AVAILABLE UPON REQUEST

WEBB, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEBB, JERE
ADDRESS AVAILABLE UPON REQUEST

WEBB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEBB, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEBB, JOHN
ADDRESS AVAILABLE UPON REQUEST

WEBB, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WEBB, JUDY
ADDRESS AVAILABLE UPON REQUEST

WEBB, KARLEE
ADDRESS AVAILABLE UPON REQUEST

WEBB, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WEBB, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WEBB, KATIE
ADDRESS AVAILABLE UPON REQUEST

WEBB, KRIS
ADDRESS AVAILABLE UPON REQUEST

WEBB, KYLE
ADDRESS AVAILABLE UPON REQUEST

WEBB, LUCIA
ADDRESS AVAILABLE UPON REQUEST

WEBB, MADISON
ADDRESS AVAILABLE UPON REQUEST

WEBB, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WEBB, MARK
ADDRESS AVAILABLE UPON REQUEST

WEBB, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

WEBB, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

WEBB, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WEBB, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEBB, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEBB, NADEJDA
ADDRESS AVAILABLE UPON REQUEST

WEBB, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WEBB, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WEBB, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WEBB, PENNY
ADDRESS AVAILABLE UPON REQUEST

WEBB, PENNY
ADDRESS AVAILABLE UPON REQUEST

WEBB, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEBB, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WEBB, SAM
ADDRESS AVAILABLE UPON REQUEST

WEBB, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEBB, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEBB, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WEBB, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WEBB, SHELIA
ADDRESS AVAILABLE UPON REQUEST

WEBB, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WEBB, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WEBB, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WEBB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WEBB, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WEBB, VICKI
ADDRESS AVAILABLE UPON REQUEST

WEBB, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WEBB, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WEBBER MEEKS, CINDY
ADDRESS AVAILABLE UPON REQUEST

WEBBER, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

WEBBER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEBBER, AUDRA
ADDRESS AVAILABLE UPON REQUEST

WEBBER, CARLI
ADDRESS AVAILABLE UPON REQUEST

WEBBER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WEBBER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEBBER, KANDACE
ADDRESS AVAILABLE UPON REQUEST

WEBBER, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WEBBER, LIZ
ADDRESS AVAILABLE UPON REQUEST

WEBBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WEBBER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEBBER, RENEE
ADDRESS AVAILABLE UPON REQUEST

WEBBER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WEBBERSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEBBY AWARDS
ATTN: BONNI POTTER
2000 ASHLAND DR, STE 100
ASHLAND, KY  41101

WEBEL, JULIE
ADDRESS AVAILABLE UPON REQUEST

WEBER (WHITE), REBECCA
ADDRESS AVAILABLE UPON REQUEST

WEBER, ADAM
ADDRESS AVAILABLE UPON REQUEST

WEBER, ALANA
ADDRESS AVAILABLE UPON REQUEST

WEBER, ALEX
ADDRESS AVAILABLE UPON REQUEST

WEBER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEBER, AMY
ADDRESS AVAILABLE UPON REQUEST

WEBER, ANGEL-ROSE
ADDRESS AVAILABLE UPON REQUEST

WEBER, ANN
ADDRESS AVAILABLE UPON REQUEST

WEBER, ANNA
ADDRESS AVAILABLE UPON REQUEST

WEBER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEBER, AUBREY
ADDRESS AVAILABLE UPON REQUEST

WEBER, AUDRA
ADDRESS AVAILABLE UPON REQUEST

WEBER, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WEBER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WEBER, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

WEBER, BRANDEN
ADDRESS AVAILABLE UPON REQUEST

WEBER, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

WEBER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WEBER, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

WEBER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WEBER, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

WEBER, CHRISTOL
ADDRESS AVAILABLE UPON REQUEST

WEBER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WEBER, CLAUDIE
ADDRESS AVAILABLE UPON REQUEST

WEBER, COREY
ADDRESS AVAILABLE UPON REQUEST

WEBER, DARCY
ADDRESS AVAILABLE UPON REQUEST

WEBER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WEBER, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

WEBER, ELIE
ADDRESS AVAILABLE UPON REQUEST

WEBER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEBER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEBER, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

WEBER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEBER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEBER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEBER, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WEBER, JEN
ADDRESS AVAILABLE UPON REQUEST

WEBER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEBER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

WEBER, KATE
ADDRESS AVAILABLE UPON REQUEST

WEBER, KATHY AND PHIL
ADDRESS AVAILABLE UPON REQUEST

WEBER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WEBER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WEBER, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

WEBER, KRYSLINN
ADDRESS AVAILABLE UPON REQUEST

WEBER, KURT
ADDRESS AVAILABLE UPON REQUEST

WEBER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WEBER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEBER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEBER, LEEANNA
ADDRESS AVAILABLE UPON REQUEST

WEBER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEBER, MARIA
ADDRESS AVAILABLE UPON REQUEST

WEBER, MARIL
ADDRESS AVAILABLE UPON REQUEST

WEBER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WEBER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WEBER, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WEBER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEBER, PAUL
ADDRESS AVAILABLE UPON REQUEST

WEBER, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

WEBER, PETER
ADDRESS AVAILABLE UPON REQUEST

WEBER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEBER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEBER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEBER, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WEBER, SIMONE
ADDRESS AVAILABLE UPON REQUEST

WEBER, STACEY
ADDRESS AVAILABLE UPON REQUEST

WEBER, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WEBER, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WEBER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WEBERDING, MARK
ADDRESS AVAILABLE UPON REQUEST

WEBERG, LACY
ADDRESS AVAILABLE UPON REQUEST

WEBER-KNIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEBLEY, KIRK
ADDRESS AVAILABLE UPON REQUEST

WEBNER, ARAE
ADDRESS AVAILABLE UPON REQUEST

WEBORG, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WEBORG, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WEBQUEST, ERIC
ADDRESS AVAILABLE UPON REQUEST

WEBSTAURANTSTORE
ADDRESS UNAVAILABLE AT TIME OF FILING

WEBSTER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ALTHEA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, BILER
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, BRUCE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, CARLY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, DARYL
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, DENNISE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, EARL
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, ETHAN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, EVAN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, GINA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, HANNA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, JANICE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, JESSE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, KAREN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, KATE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, KELLY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, LEAH
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, LELAND
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, MERIT
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, RALPH
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, RYANNA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, SARA
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, STACEY
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, TED
ADDRESS AVAILABLE UPON REQUEST

WEBSTER, WARREN
ADDRESS AVAILABLE UPON REQUEST

WEBSTER-GRAVES, IAN
ADDRESS AVAILABLE UPON REQUEST

WECH, BILLIE
ADDRESS AVAILABLE UPON REQUEST

WECHSLER, KATI
ADDRESS AVAILABLE UPON REQUEST

WECHSLER, MONICA
ADDRESS AVAILABLE UPON REQUEST

WECHSLER, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WECHSLER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WECHTER, CASEY
ADDRESS AVAILABLE UPON REQUEST

WECKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WECKER, KELLY
ADDRESS AVAILABLE UPON REQUEST

WECKMAN, ANGIE
ADDRESS AVAILABLE UPON REQUEST

WECKMAN, MARLA
ADDRESS AVAILABLE UPON REQUEST

WEDAM, SHARON
ADDRESS AVAILABLE UPON REQUEST

WEDBUSH MORGAN SECS, INC. (0103, 8199)
ATTN ALAN FERREIRA OR PROXY MGR
1000 WILSHIRE BLVD., STE 850
LOS ANGELES, CA  90030

WEDDE, EVELYN
ADDRESS AVAILABLE UPON REQUEST

WEDDING PAGES
ADDRESS UNAVAILABLE AT TIME OF FILING

WEDDING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEDDING, LORI
ADDRESS AVAILABLE UPON REQUEST

WEDDING, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WEDDINGFAWG
ADDRESS UNAVAILABLE AT TIME OF FILING

WEDDLE, CALLY
ADDRESS AVAILABLE UPON REQUEST

WEDDLE, CONDA
ADDRESS AVAILABLE UPON REQUEST

WEDDLE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEDEEN, TERESA
ADDRESS AVAILABLE UPON REQUEST

WEDEKEMPER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WEDEKIN, ANNA
ADDRESS AVAILABLE UPON REQUEST

WEDEL, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WEDEMEYER, BETSY
ADDRESS AVAILABLE UPON REQUEST

WEDEMEYER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WEDEMEYER, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WEDER, ANNIKA
ADDRESS AVAILABLE UPON REQUEST

WEDEWER, ABIGAEL
ADDRESS AVAILABLE UPON REQUEST

WEDGE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEDGEWOOD, ED
ADDRESS AVAILABLE UPON REQUEST

WEDGEWORTH, KRISTI
ADDRESS AVAILABLE UPON REQUEST

WEDIG, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WEDIG, GARY
ADDRESS AVAILABLE UPON REQUEST

WEDVICK, KATIE
ADDRESS AVAILABLE UPON REQUEST

WEE, LILIAN
ADDRESS AVAILABLE UPON REQUEST

WEECH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEED, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WEED, CARAH
ADDRESS AVAILABLE UPON REQUEST

WEED, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WEED, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEED, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WEED, TERRA
ADDRESS AVAILABLE UPON REQUEST

WEEDE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WEEDEN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEEDEN, BREE
ADDRESS AVAILABLE UPON REQUEST

WEEDEN, RILEY
ADDRESS AVAILABLE UPON REQUEST

WEEDEN, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WEEDON, MATT
ADDRESS AVAILABLE UPON REQUEST

WEEKENDALMANAC.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

WEEKENDS, LLC
3014 CASTLE ST
LOS ANGELES, CA  90039

WEEKES, BRIAN & PAMELA
ADDRESS AVAILABLE UPON REQUEST

WEEKES, JEFF
ADDRESS AVAILABLE UPON REQUEST

WEEKES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEEKLEY, KIM
ADDRESS AVAILABLE UPON REQUEST

WEEKLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WEEKS MURPHY, LILY
ADDRESS AVAILABLE UPON REQUEST

WEEKS, ALEC & ALLIE
ADDRESS AVAILABLE UPON REQUEST

WEEKS, BETH
ADDRESS AVAILABLE UPON REQUEST

WEEKS, CAROLINA & HOWARD
ADDRESS AVAILABLE UPON REQUEST

WEEKS, CATE
ADDRESS AVAILABLE UPON REQUEST

WEEKS, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WEEKS, DEE
ADDRESS AVAILABLE UPON REQUEST

WEEKS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEEKS, IZA
ADDRESS AVAILABLE UPON REQUEST

WEEKS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEEKS, KYIA
ADDRESS AVAILABLE UPON REQUEST

WEEKS, MATILDA
ADDRESS AVAILABLE UPON REQUEST

WEEKS, MATT
ADDRESS AVAILABLE UPON REQUEST

WEEKS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEEKS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WEEKS-GLODDY, SARA
ADDRESS AVAILABLE UPON REQUEST

WEEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEEMS, CRISTY
ADDRESS AVAILABLE UPON REQUEST

WEEMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEEMS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WEERASOORIYA, SATHYA
ADDRESS AVAILABLE UPON REQUEST

WEERES, ABBY
ADDRESS AVAILABLE UPON REQUEST

WEESE, EMMA
ADDRESS AVAILABLE UPON REQUEST

WEESE, KIRBY
ADDRESS AVAILABLE UPON REQUEST

WEETIEABLE
ADDRESS AVAILABLE UPON REQUEST

WEFEL, FLORENCE
ADDRESS AVAILABLE UPON REQUEST

WEGEMER, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WEGENAST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEGENDT, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WEGENER, HAGY
ADDRESS AVAILABLE UPON REQUEST

WEGENER, RENA
ADDRESS AVAILABLE UPON REQUEST

WEGER, ALEX
ADDRESS AVAILABLE UPON REQUEST

WEGERER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WEGFAHRT, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WEGHORST, TINA
ADDRESS AVAILABLE UPON REQUEST

WEGHORST, TINA
ADDRESS AVAILABLE UPON REQUEST

WEGLARZ, LIBBY
ADDRESS AVAILABLE UPON REQUEST

WEGLEITNER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WEGMAN, WEDGE
ADDRESS AVAILABLE UPON REQUEST

WEGMILLER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WEGNER, BARB
ADDRESS AVAILABLE UPON REQUEST

WEGNER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WEGNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEGRZYN, ERICA
ADDRESS AVAILABLE UPON REQUEST

WEHAGE, JOHN
ADDRESS AVAILABLE UPON REQUEST

WEHBA, CASSADY
ADDRESS AVAILABLE UPON REQUEST

WEHINGER, SHARON
ADDRESS AVAILABLE UPON REQUEST

WEHLAGE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WEHLING, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEHLING, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WEHMILLER, ABRAM
ADDRESS AVAILABLE UPON REQUEST

WEHNER, DENA
ADDRESS AVAILABLE UPON REQUEST

WEHNER, SHYLOH
ADDRESS AVAILABLE UPON REQUEST

WEHNES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WEHO BISTRO
1040 N LA CIENEGA BLVD,
WEST HOLLYWOOD, CA  90069

WEHO PARKING
ADDRESS UNAVAILABLE AT TIME OF FILING

WEHREN, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEHRHEIM, WILLIAM J
ADDRESS AVAILABLE UPON REQUEST

WEHRI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEHRLY, SPENCER
ADDRESS AVAILABLE UPON REQUEST

WEHRY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WEH-THULIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WEHUNT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEI, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WEI, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

WEI, XIAO
ADDRESS AVAILABLE UPON REQUEST

WEI, YUHAO
ADDRESS AVAILABLE UPON REQUEST

WEIAND, KATJA
ADDRESS AVAILABLE UPON REQUEST

WEIBEL FAMILY VINEYARD AND WINERY
1 WINEMASTER WAY
LODI, CA  95240

WEIBEL INC
1 WINEMASTER WAY, SUITE D
LODI, CA  95240

WEIBEL, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WEIBEL, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WEIBEL, BONNIE
ADDRESS AVAILABLE UPON REQUEST

WEIBEL, BRIENNA
ADDRESS AVAILABLE UPON REQUEST

WEIBEL, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WEIBLE, ANNA
ADDRESS AVAILABLE UPON REQUEST

WEIBLE, RYAN
ADDRESS AVAILABLE UPON REQUEST

WEIBRING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WEIBULL, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEICH, LYDIA
ADDRESS AVAILABLE UPON REQUEST

WEICHEL, DEVON
ADDRESS AVAILABLE UPON REQUEST

WEICHER, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WEICHHAND, STEVE
ADDRESS AVAILABLE UPON REQUEST

WEICHLER, KARA
ADDRESS AVAILABLE UPON REQUEST

WEICHMAN, JANELLE
ADDRESS AVAILABLE UPON REQUEST

WEICHSEL, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WEICKER, NOELLE
ADDRESS AVAILABLE UPON REQUEST

WEICKERT, AMY
ADDRESS AVAILABLE UPON REQUEST

WEICKGENANT, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

WEICKMANN, LINDEE
ADDRESS AVAILABLE UPON REQUEST

WEIDA, STACY
ADDRESS AVAILABLE UPON REQUEST

WEIDAW, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

WEIDEMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEIDEMANN, JESSE
ADDRESS AVAILABLE UPON REQUEST

WEIDEN, MAEVE
ADDRESS AVAILABLE UPON REQUEST

WEIDENDORF, KELLY
ADDRESS AVAILABLE UPON REQUEST

WEIDER/GAENZLER, MARYANN
ADDRESS AVAILABLE UPON REQUEST

WEIDLING, CARA
ADDRESS AVAILABLE UPON REQUEST

WEIDNER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WEIDNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEIDNER, JOEL
ADDRESS AVAILABLE UPON REQUEST

WEIDNER, KYLE
ADDRESS AVAILABLE UPON REQUEST

WEIDNER, LORING
ADDRESS AVAILABLE UPON REQUEST

WEIERS, GRACE
ADDRESS AVAILABLE UPON REQUEST

WEIGAND, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEIGAND, KATIE
ADDRESS AVAILABLE UPON REQUEST

WEIGAND, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEIGAND, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WEIGAND, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WEIGEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WEIGEL, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WEIGELT-MACFARLANE, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WEIGHT, HAIDYN
ADDRESS AVAILABLE UPON REQUEST

WEIGHT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WEIGHTMAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

WEIGLEIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEIGLEIN, JENNY
ADDRESS AVAILABLE UPON REQUEST

WEIGLEY, ARLIE
ADDRESS AVAILABLE UPON REQUEST

WEIGOLD, AMY
ADDRESS AVAILABLE UPON REQUEST

WEIGOLD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEIGOLD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WEIGOLD, NORA
ADDRESS AVAILABLE UPON REQUEST

WEIGT, TIFFANIE
ADDRESS AVAILABLE UPON REQUEST

WEIHN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEIHRICH, CHERYL
ADDRESS AVAILABLE UPON REQUEST

WEIHRICH, JASON
ADDRESS AVAILABLE UPON REQUEST

WEIKEL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WEIKEL, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WEIKERT, MADISON
ADDRESS AVAILABLE UPON REQUEST

WEIKS, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

WEIL, KEDDIE
ADDRESS AVAILABLE UPON REQUEST

WEIL, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEIL, SUSANNA
ADDRESS AVAILABLE UPON REQUEST

WEILACHER, JEROD
ADDRESS AVAILABLE UPON REQUEST

WEILAND, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WEILAND, LAURA
ADDRESS AVAILABLE UPON REQUEST

WEILER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEILER, EMILIE
ADDRESS AVAILABLE UPON REQUEST

WEILER, KAREN
ADDRESS AVAILABLE UPON REQUEST

WEILER, KATE
ADDRESS AVAILABLE UPON REQUEST

WEILER, MARIANA
ADDRESS AVAILABLE UPON REQUEST

WEILER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WEILER, SASHA
ADDRESS AVAILABLE UPON REQUEST

WEILER, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

WEILER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WEIMER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEIMER, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WEIMER, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WEIMER, STORM
ADDRESS AVAILABLE UPON REQUEST

WEIMER-LANG, LINSEY
ADDRESS AVAILABLE UPON REQUEST

WEIMERS, CLAYTON
ADDRESS AVAILABLE UPON REQUEST

WEIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEINBAUM, PAUL
ADDRESS AVAILABLE UPON REQUEST

WEINBAUM, STACEY
ADDRESS AVAILABLE UPON REQUEST

WEINBERG, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WEINBERG, ARI
ADDRESS AVAILABLE UPON REQUEST

WEINBERG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WEINBERG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEINBERG, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WEINBERGER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WEINBRECHT, BELINDA
ADDRESS AVAILABLE UPON REQUEST

WEINE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEINER, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WEINER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WEINER, GARY
ADDRESS AVAILABLE UPON REQUEST

WEINER, JEFF
ADDRESS AVAILABLE UPON REQUEST

WEINER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WEINER, MARK
ADDRESS AVAILABLE UPON REQUEST

WEINER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

WEINER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WEINER, MINDY
ADDRESS AVAILABLE UPON REQUEST

WEINER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WEINER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEINER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEINER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WEINER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WEINER, TOBIE
ADDRESS AVAILABLE UPON REQUEST

WEINER, WENDY
ADDRESS AVAILABLE UPON REQUEST

WEINERT, MYCHAL
ADDRESS AVAILABLE UPON REQUEST

WEINFELD, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WEINFELD, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WEINGART, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WEINGART, DALE
ADDRESS AVAILABLE UPON REQUEST

WEINGARTEN, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

WEINGARTEN, DANA
ADDRESS AVAILABLE UPON REQUEST

WEINGARTNER, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WEINGUT GEORG WEINWURM
HAUPTSTRASSE 65
DOBERMANNSDORF  2181
AUSTRIA

WEINHOFER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEINHOLD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WEINING, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WEINMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

WEINMAN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WEINMANN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WEINPEL, JARETT
ADDRESS AVAILABLE UPON REQUEST

WEINRAUB, BERNARD
ADDRESS AVAILABLE UPON REQUEST

WEINREB, ADDISON
ADDRESS AVAILABLE UPON REQUEST

WEINREB, CARLY
ADDRESS AVAILABLE UPON REQUEST

WEINREB, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WEINREBER, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

WEINREICH, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WEINREICH, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEINRICH, MARY
ADDRESS AVAILABLE UPON REQUEST

WEINSCHENK, AARON
ADDRESS AVAILABLE UPON REQUEST

WEINSIEDER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, ARIEL
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, BRITANIA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, CALEY
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, DAVID
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, EMMA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, JENNA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, JESSE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, KIM
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, NAOMI
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, RENEE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, RYLEE
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, SARA
ADDRESS AVAILABLE UPON REQUEST

WEINSTEIN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WEINSTOCK, IRWIN
ADDRESS AVAILABLE UPON REQUEST

WEINSTOCK-GALLAGHER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEINSTOCK-GALLAGHER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEINTRAUB SKLAR, ABBEY
ADDRESS AVAILABLE UPON REQUEST

WEINTRAUB, JULIE
ADDRESS AVAILABLE UPON REQUEST

WEINTRAUB, KAREN
ADDRESS AVAILABLE UPON REQUEST

WEINTRAUB, SCOTTI
ADDRESS AVAILABLE UPON REQUEST

WEINTRUAB, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEINTZ, AMY
ADDRESS AVAILABLE UPON REQUEST

WEINZIERL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEIR, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WEIR, BILL
ADDRESS AVAILABLE UPON REQUEST

WEIR, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEIR, KATE
ADDRESS AVAILABLE UPON REQUEST

WEIR, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WEIR, LINDA
ADDRESS AVAILABLE UPON REQUEST

WEIR, MARNIE
ADDRESS AVAILABLE UPON REQUEST

WEIR, MARY
ADDRESS AVAILABLE UPON REQUEST

WEIR, MAXINE
ADDRESS AVAILABLE UPON REQUEST

WEIR, MICKEY
ADDRESS AVAILABLE UPON REQUEST

WEIR, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WEIR, WANDA
ADDRESS AVAILABLE UPON REQUEST

WEIR, WENDY
ADDRESS AVAILABLE UPON REQUEST

WEIRAN DENG
ADDRESS AVAILABLE UPON REQUEST

WEIRATH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WEIRATHER, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WEIRBACH, JULIA
ADDRESS AVAILABLE UPON REQUEST

WEIRICH, ADAM
ADDRESS AVAILABLE UPON REQUEST

WEIRICH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEIRICK, ANNA
ADDRESS AVAILABLE UPON REQUEST

WEIS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WEIS, DUANE
ADDRESS AVAILABLE UPON REQUEST

WEIS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WEISBAND, RYAN
ADDRESS AVAILABLE UPON REQUEST

WEISBERG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WEISBERG, DORENE
ADDRESS AVAILABLE UPON REQUEST

WEISBERG, JACOB
ADDRESS AVAILABLE UPON REQUEST

WEISBERG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WEISBERG, NEIL
ADDRESS AVAILABLE UPON REQUEST

WEISBRUCH, TED AND MARY
ADDRESS AVAILABLE UPON REQUEST

WEISE, BILLIE
ADDRESS AVAILABLE UPON REQUEST

WEISE, BONNIE
ADDRESS AVAILABLE UPON REQUEST

WEISE, DOOTHY
ADDRESS AVAILABLE UPON REQUEST

WEISE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEISE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEISEL, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WEISEL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WEISENBACH, CARLY
ADDRESS AVAILABLE UPON REQUEST

WEISENBERGER, AL
ADDRESS AVAILABLE UPON REQUEST

WEISENBORN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEISENFELD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WEISENSEL, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

WEISER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEISER, MARK
ADDRESS AVAILABLE UPON REQUEST

WEISHAUPT, GINA
ADDRESS AVAILABLE UPON REQUEST

WEISHEIT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEISHEIT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WEISIGER, MARSHALL
ADDRESS AVAILABLE UPON REQUEST

WEISING, JUDY
ADDRESS AVAILABLE UPON REQUEST

WEISKOPF, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WEISKOTTEN, KERRI
ADDRESS AVAILABLE UPON REQUEST

WEISLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEISMAN, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WEISMAN, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WEISMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEISMANTEL, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WEISMANTLE, ENE
ADDRESS AVAILABLE UPON REQUEST

WEISNER, SERENA
ADDRESS AVAILABLE UPON REQUEST

WEISS ADLER, NOREEN
ADDRESS AVAILABLE UPON REQUEST

WEISS, ALLY
ADDRESS AVAILABLE UPON REQUEST

WEISS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WEISS, AMY
ADDRESS AVAILABLE UPON REQUEST

WEISS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WEISS, ANGIE
ADDRESS AVAILABLE UPON REQUEST

WEISS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WEISS, BARRY
ADDRESS AVAILABLE UPON REQUEST

WEISS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WEISS, COREY
ADDRESS AVAILABLE UPON REQUEST

WEISS, DONNA
ADDRESS AVAILABLE UPON REQUEST

WEISS, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

WEISS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEISS, EMMA
ADDRESS AVAILABLE UPON REQUEST

WEISS, GAIL
ADDRESS AVAILABLE UPON REQUEST

WEISS, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

WEISS, GWEN
ADDRESS AVAILABLE UPON REQUEST

WEISS, HIEN
ADDRESS AVAILABLE UPON REQUEST

WEISS, JAMI
ADDRESS AVAILABLE UPON REQUEST

WEISS, JARED
ADDRESS AVAILABLE UPON REQUEST

WEISS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEISS, JESSE
ADDRESS AVAILABLE UPON REQUEST

WEISS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEISS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WEISS, KATE
ADDRESS AVAILABLE UPON REQUEST

WEISS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WEISS, KIM
ADDRESS AVAILABLE UPON REQUEST

WEISS, KYLA
ADDRESS AVAILABLE UPON REQUEST

WEISS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WEISS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WEISS, LYN
ADDRESS AVAILABLE UPON REQUEST

WEISS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WEISS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WEISS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WEISS, NAOMI
ADDRESS AVAILABLE UPON REQUEST

WEISS, PHIL
ADDRESS AVAILABLE UPON REQUEST

WEISS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEISS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WEISS, ROSE
ADDRESS AVAILABLE UPON REQUEST

WEISS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WEISS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEISS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WEISS, SHERI
ADDRESS AVAILABLE UPON REQUEST

WEISS, STACY
ADDRESS AVAILABLE UPON REQUEST

WEISS, STUART
ADDRESS AVAILABLE UPON REQUEST

WEISSER, DAMON
ADDRESS AVAILABLE UPON REQUEST

WEISSERT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WEISSHAAR, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WEISSLER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WEISSMAN III, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WEISSMAN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WEISSMUELLER, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

WEIST, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WEIST, CINDY
ADDRESS AVAILABLE UPON REQUEST

WEISZ, KELLY
ADDRESS AVAILABLE UPON REQUEST

WEITZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WEITZ, DAELYN
ADDRESS AVAILABLE UPON REQUEST

WEITZEL, BAILIE
ADDRESS AVAILABLE UPON REQUEST

WEITZEL, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEITZEL, JAMESON
ADDRESS AVAILABLE UPON REQUEST

WEITZEL, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WEITZMAN, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WEITZMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEIZER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WELBES, KORI
ADDRESS AVAILABLE UPON REQUEST

WELBORN, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WELBORN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WELBORN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WELBY, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WELCH LUTTRELL, BETHANY
ADDRESS AVAILABLE UPON REQUEST

WELCH LUTTRELL, RYAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WELCH, ALISSA
ADDRESS AVAILABLE UPON REQUEST

WELCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WELCH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WELCH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WELCH, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WELCH, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, CARLY
ADDRESS AVAILABLE UPON REQUEST

WELCH, CASEY
ADDRESS AVAILABLE UPON REQUEST

WELCH, CHRISTI
ADDRESS AVAILABLE UPON REQUEST

WELCH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WELCH, DAWN
ADDRESS AVAILABLE UPON REQUEST

WELCH, DELPFINE
ADDRESS AVAILABLE UPON REQUEST

WELCH, DIANA
ADDRESS AVAILABLE UPON REQUEST

WELCH, DIANA
ADDRESS AVAILABLE UPON REQUEST

WELCH, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WELCH, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WELCH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WELCH, EMMA
ADDRESS AVAILABLE UPON REQUEST

WELCH, FRANCECA
ADDRESS AVAILABLE UPON REQUEST

WELCH, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

WELCH, GENA
ADDRESS AVAILABLE UPON REQUEST

WELCH, HALEY
ADDRESS AVAILABLE UPON REQUEST

WELCH, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WELCH, JAIME
ADDRESS AVAILABLE UPON REQUEST

WELCH, JAIMEE
ADDRESS AVAILABLE UPON REQUEST

WELCH, JAMES
ADDRESS AVAILABLE UPON REQUEST

WELCH, JEN
ADDRESS AVAILABLE UPON REQUEST

WELCH, JILL
ADDRESS AVAILABLE UPON REQUEST

WELCH, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WELCH, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WELCH, KELLEY
ADDRESS AVAILABLE UPON REQUEST

WELCH, KELLY
ADDRESS AVAILABLE UPON REQUEST

WELCH, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WELCH, KRISTIE
ADDRESS AVAILABLE UPON REQUEST

WELCH, LEIF
ADDRESS AVAILABLE UPON REQUEST

WELCH, LENA
ADDRESS AVAILABLE UPON REQUEST

WELCH, LISA
ADDRESS AVAILABLE UPON REQUEST

WELCH, LORENZO
ADDRESS AVAILABLE UPON REQUEST

WELCH, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

WELCH, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WELCH, MARY BETH
ADDRESS AVAILABLE UPON REQUEST

WELCH, MARY
ADDRESS AVAILABLE UPON REQUEST

WELCH, MARY
ADDRESS AVAILABLE UPON REQUEST

WELCH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WELCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WELCH, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

WELCH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WELCH, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

WELCH, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WELCH, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WELCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WELCH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WELCH, SARA
ADDRESS AVAILABLE UPON REQUEST

WELCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

WELCH, SARAH
ADDRESS AVAILABLE UPON REQUEST

WELCH, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WELCH, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WELCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WELCH, TRUDY
ADDRESS AVAILABLE UPON REQUEST

WELCH, TYRESE
ADDRESS AVAILABLE UPON REQUEST

WELCH, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WELCHER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WELCHER, DEAHNA
ADDRESS AVAILABLE UPON REQUEST

WELCOME HOME GREENBERGS, BRETT &
KOREY
ADDRESS AVAILABLE UPON REQUEST

WELCOME, KELLY
ADDRESS AVAILABLE UPON REQUEST

WELDE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WELDIN, JODI
ADDRESS AVAILABLE UPON REQUEST

WELDING, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WELDON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WELDON, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WELDON, CATHRYN
ADDRESS AVAILABLE UPON REQUEST

WELDON, EMMY
ADDRESS AVAILABLE UPON REQUEST

WELDON, KERRY
ADDRESS AVAILABLE UPON REQUEST

WELDON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WELDON, LISSA
ADDRESS AVAILABLE UPON REQUEST

WELDON, MARVIN
ADDRESS AVAILABLE UPON REQUEST

WELDON, SISSY
ADDRESS AVAILABLE UPON REQUEST

WELDY, ERICA
ADDRESS AVAILABLE UPON REQUEST

WELFORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WELHOUSE, KATHY
ADDRESS AVAILABLE UPON REQUEST

WELIEVER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WELIN, JOSEFINA
ADDRESS AVAILABLE UPON REQUEST

WELK, MARK
ADDRESS AVAILABLE UPON REQUEST

WELKER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

WELKER, EMMA
ADDRESS AVAILABLE UPON REQUEST

WELKER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WELKER, MATT
ADDRESS AVAILABLE UPON REQUEST

WELKER, REBECCA ROSE
ADDRESS AVAILABLE UPON REQUEST

WELKER, VI
ADDRESS AVAILABLE UPON REQUEST

WELKNER, WAYNE
ADDRESS AVAILABLE UPON REQUEST

WELLAGE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WELLBORN, KIM
ADDRESS AVAILABLE UPON REQUEST

WELLE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WELLENDORF, ERIN
ADDRESS AVAILABLE UPON REQUEST

WELLENER, CARLY
ADDRESS AVAILABLE UPON REQUEST

WELLER, ALLY
ADDRESS AVAILABLE UPON REQUEST

WELLER, CARLY
ADDRESS AVAILABLE UPON REQUEST

WELLER, JAIME
ADDRESS AVAILABLE UPON REQUEST

WELLER, JERRY
ADDRESS AVAILABLE UPON REQUEST

WELLER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WELLER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WELLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WELLER, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WELLES, KORIE
ADDRESS AVAILABLE UPON REQUEST

WELLES, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WELLFED
ADDRESS UNAVAILABLE AT TIME OF FILING

WELLFORD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WELLING, ADAM
ADDRESS AVAILABLE UPON REQUEST

WELLING, EMILY
ADDRESS AVAILABLE UPON REQUEST

WELLING, JOSH
ADDRESS AVAILABLE UPON REQUEST

WELLING, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WELLING, ROB
ADDRESS AVAILABLE UPON REQUEST

WELLINGTON BIESCHKE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WELLINGTON, AISHA
ADDRESS AVAILABLE UPON REQUEST

WELLINGTON, JUD
ADDRESS AVAILABLE UPON REQUEST

WELLINGTON, MARITZA
ADDRESS AVAILABLE UPON REQUEST

WELLMAN, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WELLMAN, MARCIE
ADDRESS AVAILABLE UPON REQUEST

WELLMAN, TAMI
ADDRESS AVAILABLE UPON REQUEST

WELLMANN, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WELLNER, MARLO
ADDRESS AVAILABLE UPON REQUEST

WELLNER, MARY K
ADDRESS AVAILABLE UPON REQUEST

WELLNITZ, SKYLER
ADDRESS AVAILABLE UPON REQUEST

WELLONS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WELLS FARGO BANK, N.A./SIG (2072)
ATTN SCOTT NELLIS OR PROXY MGR
1525 W T HARRIS BLVD
1ST FL
CHARLOTTE, NC  28262-8522

WELLS FARGO CLEARING SVCS (0141)
ATTN PROXY DEPT
H0006-08N
2801 MARKET ST
ST. LOUIS, MO  63103

WELLS FARGO
BANKS ACCOUNT ANALYSIS
NW 7091 PO BOX 1450
MINNEAPOLIS, MN  55485

WELLS, AARON
ADDRESS AVAILABLE UPON REQUEST

WELLS, ADAM
ADDRESS AVAILABLE UPON REQUEST

WELLS, AIMEE
ADDRESS AVAILABLE UPON REQUEST

WELLS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WELLS, AMY
ADDRESS AVAILABLE UPON REQUEST

WELLS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WELLS, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WELLS, ANN
ADDRESS AVAILABLE UPON REQUEST

WELLS, ANNE
ADDRESS AVAILABLE UPON REQUEST

WELLS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, BEN
ADDRESS AVAILABLE UPON REQUEST

WELLS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WELLS, BRIONNA
ADDRESS AVAILABLE UPON REQUEST

WELLS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WELLS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WELLS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CATHY
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHEREE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHERISSE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WELLS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WELLS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WELLS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WELLS, DENNIS
ADDRESS AVAILABLE UPON REQUEST

WELLS, ELISSA
ADDRESS AVAILABLE UPON REQUEST

WELLS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WELLS, ERIC
ADDRESS AVAILABLE UPON REQUEST

WELLS, GAIL
ADDRESS AVAILABLE UPON REQUEST

WELLS, GAIL
ADDRESS AVAILABLE UPON REQUEST

WELLS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WELLS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WELLS, HILARY
ADDRESS AVAILABLE UPON REQUEST

WELLS, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WELLS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WELLS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WELLS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WELLS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WELLS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WELLS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WELLS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WELLS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WELLS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WELLS, LANAE
ADDRESS AVAILABLE UPON REQUEST

WELLS, LASHAWN
ADDRESS AVAILABLE UPON REQUEST

WELLS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WELLS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WELLS, LINDA
ADDRESS AVAILABLE UPON REQUEST

WELLS, LIZZIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, MARIKA
ADDRESS AVAILABLE UPON REQUEST

WELLS, MARINA
ADDRESS AVAILABLE UPON REQUEST

WELLS, MARY
ADDRESS AVAILABLE UPON REQUEST

WELLS, MARY
ADDRESS AVAILABLE UPON REQUEST

WELLS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WELLS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WELLS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WELLS, MIKE
ADDRESS AVAILABLE UPON REQUEST

WELLS, MISHAEL
ADDRESS AVAILABLE UPON REQUEST

WELLS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WELLS, NOREEN
ADDRESS AVAILABLE UPON REQUEST

WELLS, PAT
ADDRESS AVAILABLE UPON REQUEST

WELLS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WELLS, PETER
ADDRESS AVAILABLE UPON REQUEST

WELLS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WELLS, ROY
ADDRESS AVAILABLE UPON REQUEST

WELLS, SARA
ADDRESS AVAILABLE UPON REQUEST

WELLS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WELLS, SHARRIA
ADDRESS AVAILABLE UPON REQUEST

WELLS, STACY
ADDRESS AVAILABLE UPON REQUEST

WELLS, TAYA
ADDRESS AVAILABLE UPON REQUEST

WELLS, TERRI
ADDRESS AVAILABLE UPON REQUEST

WELLS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WELLS, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WELLS, TOM
ADDRESS AVAILABLE UPON REQUEST

WELLS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WELLS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WELLS, WALLY
ADDRESS AVAILABLE UPON REQUEST

WELLS-BLOCKER, DIMITRI
ADDRESS AVAILABLE UPON REQUEST

WELLY, BRETT
ADDRESS AVAILABLE UPON REQUEST

WELNIAK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WELNICKI, MARYSIA
ADDRESS AVAILABLE UPON REQUEST

WELO, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WELP, BETHANY
ADDRESS AVAILABLE UPON REQUEST

WELSBACHER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WELSCH, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WELSCH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WELSEY, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WELSH, APRIL
ADDRESS AVAILABLE UPON REQUEST

WELSH, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WELSH, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WELSH, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WELSH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WELSH, ERIN
ADDRESS AVAILABLE UPON REQUEST

WELSH, HALEY
ADDRESS AVAILABLE UPON REQUEST

WELSH, JAMI
ADDRESS AVAILABLE UPON REQUEST

WELSH, KATIE
ADDRESS AVAILABLE UPON REQUEST

WELSH, KAYLEEN
ADDRESS AVAILABLE UPON REQUEST

WELSH, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WELSH, LISA
ADDRESS AVAILABLE UPON REQUEST

WELSH, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WELSH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WELSH, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WELSH, ROSETTA
ADDRESS AVAILABLE UPON REQUEST

WELSH, ROSIE
ADDRESS AVAILABLE UPON REQUEST

WELSH, SARA
ADDRESS AVAILABLE UPON REQUEST

WELSH, TANNER
ADDRESS AVAILABLE UPON REQUEST

WELSH, TERESA
ADDRESS AVAILABLE UPON REQUEST

WELSH, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WELSHOFF, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WELSTED, REGINA
ADDRESS AVAILABLE UPON REQUEST

WELT, ALAN
ADDRESS AVAILABLE UPON REQUEST

WELT, DEREK
ADDRESS AVAILABLE UPON REQUEST

WELT, THERESA
ADDRESS AVAILABLE UPON REQUEST

WELT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WELTE, LYNDA
ADDRESS AVAILABLE UPON REQUEST

WELTER, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WELTER, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WELTHA, ALEAH
ADDRESS AVAILABLE UPON REQUEST

WELTON, ANJALE
ADDRESS AVAILABLE UPON REQUEST

WELTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WELTON, KAREN
ADDRESS AVAILABLE UPON REQUEST

WELTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WELTY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WELTY, KATY
ADDRESS AVAILABLE UPON REQUEST

WELTY, KATY
ADDRESS AVAILABLE UPON REQUEST

WELTY, SUSANNAH
ADDRESS AVAILABLE UPON REQUEST

WELTY, THERESA
ADDRESS AVAILABLE UPON REQUEST

WELTZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WELTZER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WEMHOENER, AMBER
ADDRESS AVAILABLE UPON REQUEST

WEMHOENER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEMPE, ERIN
ADDRESS AVAILABLE UPON REQUEST

WEMPLE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WEN LIEW
ADDRESS AVAILABLE UPON REQUEST

WEN, ERIC
ADDRESS AVAILABLE UPON REQUEST

WEN, IRIS
ADDRESS AVAILABLE UPON REQUEST

WEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WEN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WEND, DARCI
ADDRESS AVAILABLE UPON REQUEST

WENDEBORN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WENDEL, ADRIANNA
ADDRESS AVAILABLE UPON REQUEST

WENDEL, SARA
ADDRESS AVAILABLE UPON REQUEST

WENDELKEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

WENDELL, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WENDELL, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

WENDELL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WENDELL, JACOB
ADDRESS AVAILABLE UPON REQUEST

WENDELL, JACOB
ADDRESS AVAILABLE UPON REQUEST

WENDELL, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WENDI VANN, WENDI
ADDRESS AVAILABLE UPON REQUEST

WENDL, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WENDLAND, AMBER
ADDRESS AVAILABLE UPON REQUEST

WENDLAND, STACI
ADDRESS AVAILABLE UPON REQUEST

WENDLER, SHARON
ADDRESS AVAILABLE UPON REQUEST

WENDLICK, JILL
ADDRESS AVAILABLE UPON REQUEST

WENDLING, KEELY
ADDRESS AVAILABLE UPON REQUEST

WENDLING, RYAN
ADDRESS AVAILABLE UPON REQUEST

WENDORF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WENDORF, KALEY
ADDRESS AVAILABLE UPON REQUEST

WENDT, ARIANNA
ADDRESS AVAILABLE UPON REQUEST

WENDT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WENDT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WENDT, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WENDT, DANA
ADDRESS AVAILABLE UPON REQUEST

WENDT, KATIE
ADDRESS AVAILABLE UPON REQUEST

WENDT, KILEY
ADDRESS AVAILABLE UPON REQUEST

WENDT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WENDT, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WENDT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WENDTE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WENDTH, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WENDY BENTLEY
24517 BROAD CREEK DR.
HOLLYWOOD, MD  20636

WENDY COLLINS
ADDRESS AVAILABLE UPON REQUEST

WENDY DEMICHELE
ADDRESS AVAILABLE UPON REQUEST

WENDY FARR
ADDRESS AVAILABLE UPON REQUEST

WENDY J STACE
ADDRESS AVAILABLE UPON REQUEST

WENDY KELLY
ADDRESS AVAILABLE UPON REQUEST

WENDY LYNN TIGHE
ADDRESS AVAILABLE UPON REQUEST

WENDY NESS
ADDRESS AVAILABLE UPON REQUEST

WENDY NIELSEN
ADDRESS AVAILABLE UPON REQUEST

WENDY PENELOPE OWNES
ADDRESS AVAILABLE UPON REQUEST

WENDY PREVOST
ADDRESS AVAILABLE UPON REQUEST

WENG, DIANA
ADDRESS AVAILABLE UPON REQUEST

WENGER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WENGER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WENGER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WENGER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WENGER, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WENGRZYNEK, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WENIG, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

WENINGER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WENK, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WENKER, THERESA
ADDRESS AVAILABLE UPON REQUEST

WENNER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WENNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WENNERSTRUM, JAIMESON
ADDRESS AVAILABLE UPON REQUEST

WENNIGER, MARY DEE
ADDRESS AVAILABLE UPON REQUEST

WENOS, HALEY
ADDRESS AVAILABLE UPON REQUEST

WENSING, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WENSLAU, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WENSLEY, JOEL
ADDRESS AVAILABLE UPON REQUEST

WENTE FAMILY VINEYARDS
5050 ARROYO ROAD
LIVERMORE, CA  94550

WENTE FAMILY VINEYARDS
5656 TESLA ROAD
LIVERMORE, CA  94550

WENTE VINEYARD
5656 TESLA ROAD
LIVERMORE, CA  94550

WENTINK, CRAWFORD
ADDRESS AVAILABLE UPON REQUEST

WENTRCEK, MARCUS
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, ANDI
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, HEIDE
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, HEIDE
ADDRESS AVAILABLE UPON REQUEST

WENTWORTH, JOHN
ADDRESS AVAILABLE UPON REQUEST

WENTZ, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

WENTZ, BRITANY
ADDRESS AVAILABLE UPON REQUEST

WENTZ, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

WENTZ, HELEN
ADDRESS AVAILABLE UPON REQUEST

WENTZ, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WENTZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WENTZ, SHANNA
ADDRESS AVAILABLE UPON REQUEST

WENTZEL, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WENTZEL, JOSH
ADDRESS AVAILABLE UPON REQUEST

WENTZEL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WENTZKY, TORI
ADDRESS AVAILABLE UPON REQUEST

WENUM, ANGIE
ADDRESS AVAILABLE UPON REQUEST

WENYE XIAO
ADDRESS AVAILABLE UPON REQUEST

WENZ, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WENZ, CRISTA
ADDRESS AVAILABLE UPON REQUEST

WENZEL, ABBY
ADDRESS AVAILABLE UPON REQUEST

WENZEL, ANNA
ADDRESS AVAILABLE UPON REQUEST

WENZEL, BRENNA
ADDRESS AVAILABLE UPON REQUEST

WENZEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WENZEL, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WENZEL, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WENZEL, JONATHON
ADDRESS AVAILABLE UPON REQUEST

WENZEL, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WENZELL, ALISHIA
ADDRESS AVAILABLE UPON REQUEST

WENZLER, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WENZLICK, JACQULINN
ADDRESS AVAILABLE UPON REQUEST

WEOSSNER, QUINN
ADDRESS AVAILABLE UPON REQUEST

WEPRINSKY, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WERBOWSKY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WERCHOLUK, MARY
ADDRESS AVAILABLE UPON REQUEST

WERCHOWSKI, ODESSA
ADDRESS AVAILABLE UPON REQUEST

WERCKMAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

WERFELMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WERHANE, JOELLYN
ADDRESS AVAILABLE UPON REQUEST

WERHNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WERKLEY, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WERKSMAN, ELYSE
ADDRESS AVAILABLE UPON REQUEST

WERLE, ANNA
ADDRESS AVAILABLE UPON REQUEST

WERLE, PETER
ADDRESS AVAILABLE UPON REQUEST

WERLEIN, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WERLING, NIKITA
ADDRESS AVAILABLE UPON REQUEST

WERLING, PAULA
ADDRESS AVAILABLE UPON REQUEST

WERLINGER, LELLAH
ADDRESS AVAILABLE UPON REQUEST

WERMUTH, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

WERNECKE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

WERNER HOFFMANN
ADDRESS AVAILABLE UPON REQUEST

WERNER, AARON
ADDRESS AVAILABLE UPON REQUEST

WERNER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WERNER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WERNER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WERNER, EMORY
ADDRESS AVAILABLE UPON REQUEST

WERNER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WERNER, JANET
ADDRESS AVAILABLE UPON REQUEST

WERNER, JODY
ADDRESS AVAILABLE UPON REQUEST

WERNER, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WERNER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WERNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

WERNER, KERRY
ADDRESS AVAILABLE UPON REQUEST

WERNER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WERNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WERNER, KYLE
ADDRESS AVAILABLE UPON REQUEST

WERNER, LAYNE
ADDRESS AVAILABLE UPON REQUEST

WERNER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WERNER, LISA
ADDRESS AVAILABLE UPON REQUEST

WERNER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WERNER, NANCY
ADDRESS AVAILABLE UPON REQUEST

WERNER, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WERNER, PAM
ADDRESS AVAILABLE UPON REQUEST

WERNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WERNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WERNER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WERNER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WERNER, TARA
ADDRESS AVAILABLE UPON REQUEST

WERNER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WERNET, HELEN
ADDRESS AVAILABLE UPON REQUEST

WERNETTE, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WERNICK, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WERNICK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WERNIG, ANNE
ADDRESS AVAILABLE UPON REQUEST

WERNIMONT, KAMI
ADDRESS AVAILABLE UPON REQUEST

WERNOVSKY, JENNA
ADDRESS AVAILABLE UPON REQUEST

WERON, IVY
ADDRESS AVAILABLE UPON REQUEST

WERR, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WERRE, JOY
ADDRESS AVAILABLE UPON REQUEST

WERSEN, ALEX
ADDRESS AVAILABLE UPON REQUEST

WERSHBALE, HALEY
ADDRESS AVAILABLE UPON REQUEST

WERST, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WERT, JOLENE
ADDRESS AVAILABLE UPON REQUEST

WERT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WERT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WERT, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

WERTAN, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WERTH, ARMAN
ADDRESS AVAILABLE UPON REQUEST

WERTH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WERTH, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WERTHAISER, NOAH
ADDRESS AVAILABLE UPON REQUEST

WERTHEIM, JILL
ADDRESS AVAILABLE UPON REQUEST

WERTHEIMER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WERTHER, CAROL
ADDRESS AVAILABLE UPON REQUEST

WERTHMANN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WERTLIEB, EMILY
ADDRESS AVAILABLE UPON REQUEST

WERTMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WERTMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WERTZ, BRUCE
ADDRESS AVAILABLE UPON REQUEST

WERTZ, CASEY
ADDRESS AVAILABLE UPON REQUEST

WERTZ, ERINN
ADDRESS AVAILABLE UPON REQUEST

WERTZ, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WERTZ, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WERTZ, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WERTZ, STEVE
ADDRESS AVAILABLE UPON REQUEST

WERZEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WESAMBA, ELLE
ADDRESS AVAILABLE UPON REQUEST

WESCOTT, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

WESCOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WESCOTT, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

WESELOH, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WESELOH, MARY
ADDRESS AVAILABLE UPON REQUEST

WESENBERG, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WESHNAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WESIERSKI, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WESIG, LISA
ADDRESS AVAILABLE UPON REQUEST

WESLANDER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WESLEY CONNOR LINDENMUTH
ADDRESS AVAILABLE UPON REQUEST

WESLEY KIMBLE
ADDRESS AVAILABLE UPON REQUEST

WESLEY, BOBBY
ADDRESS AVAILABLE UPON REQUEST

WESLEY, MARY
ADDRESS AVAILABLE UPON REQUEST

WESLEY, ROY
ADDRESS AVAILABLE UPON REQUEST

WESLEY, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WESLEY, TREVEN
ADDRESS AVAILABLE UPON REQUEST

WESLEY, ZOE
ADDRESS AVAILABLE UPON REQUEST

WESLTY
ADDRESS AVAILABLE UPON REQUEST

WESNER, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

WESNER, HADLEY
ADDRESS AVAILABLE UPON REQUEST

WESOLKO, JIM
ADDRESS AVAILABLE UPON REQUEST

WESSEL, ERICA
ADDRESS AVAILABLE UPON REQUEST

WESSEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WESSEL, SARAH
ADDRESS AVAILABLE UPON REQUEST

WESSELER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WESSELHOFF, LEXI
ADDRESS AVAILABLE UPON REQUEST

WESSELINK, KYLE
ADDRESS AVAILABLE UPON REQUEST

WESSELL, JAY
ADDRESS AVAILABLE UPON REQUEST

WESSELMANN, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WESSELS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WESSELS, KELSIE
ADDRESS AVAILABLE UPON REQUEST

WESSELS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WESSELS, TRUDY
ADDRESS AVAILABLE UPON REQUEST

WESSELSCHMIDT, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

WESSING, LAURA
ADDRESS AVAILABLE UPON REQUEST

WESSLING, PAUL
ADDRESS AVAILABLE UPON REQUEST

WESSNER, ABBY
ADDRESS AVAILABLE UPON REQUEST

WESSON, BARRY
ADDRESS AVAILABLE UPON REQUEST

WESSON, JADY
ADDRESS AVAILABLE UPON REQUEST

WEST COAST NOTARY SCHOOL
ADDRESS UNAVAILABLE AT TIME OF FILING

WEST COAST WINE MERCHANTS
2 COMMERCE DRIVE SUITE 3
MOORESTOWN, NJ  08057

WEST ELM
ADDRESS UNAVAILABLE AT TIME OF FILING

WEST GEARY, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEST LA ALLA COMMONWEALTH LLC
(WEST LA ALLA COMMONWEALTH LLC)
PO BOX 741167
LOS ANGELES, CA  90074-1167

WEST LA ELECTRICAL, INC.
3211 S. BARRINGTON AVE.  H
LOS ANGELES, CA  90066

WEST LA VENTURE COMMONWEALTH LLC
(WEST LA ALLA COMMONWEALTH LLC)
11777 SAN VICENTE BLVD.,  650
LOS ANGELES, CA  90049

WEST LA VENTURE COMMONWEALTH LLC
(WEST LA ALLA COMMONWEALTH LLC)
333 WEST WACKER DRIVE, STE 2300
CHICAGO, IL  60606

WEST LA VENTURE COMMONWEALTH LLC
C/O LASALLE INVESTMENT MANAGEMENT,
LLC
PO BOX 741167
LOS ANGELES, CA  90074-1167

WEST NET CABLE SERVICE
PO BOX 2601
REDONDO BEACH, CA  90278

WEST TENNESSEE CROWN DISTRIBUTING
CO
3485 TCHULATECH DRIVE
MEMPHIS, TN  38118

WEST VIRGINIA ALCOHOL BEVERAGE
CONTROL COMMISSION ENFORCEMENT &
LICENSING DIVISION
WV ALCOHOL BEVERAGE CONTROL
ADMINISTRATION
900 PENNSYLVANIA AVE., 4TH FLOOR
CHARLESTON, WV  25302

WEST VIRGINIA DIVISION OF LABOR
1900 KANAWHA EAST
749 B BULDING 6
CHARLESTON, WV  25305

WEST VIRGINIA DIVISION OF LABOR
STATE CAPITOL COMPLEX
BLD 3, ROOM 200
CHARLESTON, WV  25305

WEST VIRGINIA SECURITIES COMMISSION
1900 KANAWHA BLVD EAST
STATE CAPITOL COMPLEX
BUILDING 1 ROOM W-100
CHARLESTON, WV  25305

WEST VIRGINIA STATE TAX DEPARTMENT
ADDRESS UNAVAILABLE AT TIME OF FILING

WEST VIRGINIA STATE TAX DEPT
1001 LEE ST
CHARLESTON, WV  25301

WEST, ABBY
ADDRESS AVAILABLE UPON REQUEST

WEST, AKINO
ADDRESS AVAILABLE UPON REQUEST

WEST, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WEST, ALMA
ADDRESS AVAILABLE UPON REQUEST

WEST, ANNE
ADDRESS AVAILABLE UPON REQUEST

WEST, ASPEN
ADDRESS AVAILABLE UPON REQUEST

WEST, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

WEST, BRIANA
ADDRESS AVAILABLE UPON REQUEST

WEST, BRIDGETTE
ADDRESS AVAILABLE UPON REQUEST

WEST, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WEST, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WEST, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WEST, CARY
ADDRESS AVAILABLE UPON REQUEST

WEST, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WEST, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

WEST, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WEST, CINDY
ADDRESS AVAILABLE UPON REQUEST

WEST, CYBILL
ADDRESS AVAILABLE UPON REQUEST

WEST, DANA
ADDRESS AVAILABLE UPON REQUEST

WEST, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WEST, DONALD
ADDRESS AVAILABLE UPON REQUEST

WEST, DONNA
ADDRESS AVAILABLE UPON REQUEST

WEST, DONNA
ADDRESS AVAILABLE UPON REQUEST

WEST, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

WEST, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEST, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEST, EMILY
ADDRESS AVAILABLE UPON REQUEST

WEST, ERICA
ADDRESS AVAILABLE UPON REQUEST

WEST, ERYKA
ADDRESS AVAILABLE UPON REQUEST

WEST, GARY
ADDRESS AVAILABLE UPON REQUEST

WEST, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WEST, HARRISON
ADDRESS AVAILABLE UPON REQUEST

WEST, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WEST, JAMES
ADDRESS AVAILABLE UPON REQUEST

WEST, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WEST, JANET
ADDRESS AVAILABLE UPON REQUEST

WEST, JENNA
ADDRESS AVAILABLE UPON REQUEST

WEST, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WEST, JODIE
ADDRESS AVAILABLE UPON REQUEST

WEST, JOHN
ADDRESS AVAILABLE UPON REQUEST

WEST, JOHN
ADDRESS AVAILABLE UPON REQUEST

WEST, JOLIE
ADDRESS AVAILABLE UPON REQUEST

WEST, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WEST, KASEY
ADDRESS AVAILABLE UPON REQUEST

WEST, KATE
ADDRESS AVAILABLE UPON REQUEST

WEST, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WEST, KELLY
ADDRESS AVAILABLE UPON REQUEST

WEST, KIM
ADDRESS AVAILABLE UPON REQUEST

WEST, KORI
ADDRESS AVAILABLE UPON REQUEST

WEST, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WEST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEST, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WEST, MARK
ADDRESS AVAILABLE UPON REQUEST

WEST, MARY
ADDRESS AVAILABLE UPON REQUEST

WEST, MAYA
ADDRESS AVAILABLE UPON REQUEST

WEST, MEG
ADDRESS AVAILABLE UPON REQUEST

WEST, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WEST, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WEST, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WEST, NANCY KAY
ADDRESS AVAILABLE UPON REQUEST

WEST, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WEST, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WEST, PAUL
ADDRESS AVAILABLE UPON REQUEST

WEST, PENELOPE
ADDRESS AVAILABLE UPON REQUEST

WEST, PHEANNAH
ADDRESS AVAILABLE UPON REQUEST

WEST, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WEST, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

WEST, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEST, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WEST, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WEST, STACY
ADDRESS AVAILABLE UPON REQUEST

WEST, TANNER
ADDRESS AVAILABLE UPON REQUEST

WEST, TANNER
ADDRESS AVAILABLE UPON REQUEST

WEST, TARA
ADDRESS AVAILABLE UPON REQUEST

WEST, TONI
ADDRESS AVAILABLE UPON REQUEST

WEST, TYLER
ADDRESS AVAILABLE UPON REQUEST

WEST, VIKKI
ADDRESS AVAILABLE UPON REQUEST

WEST, WALKER
ADDRESS AVAILABLE UPON REQUEST

WEST, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WESTAR COMPLIANCE - BWSC
10130 COMMERCIAL AVE
PENN VALLEY, CA  95946

WESTAR COMPLIANCE
10130 COMMERCIAL AVE
PENN VALLEY, CA  95946

WESTBROCK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, ENID
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, LAUREL
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, NAKEISHA
ADDRESS AVAILABLE UPON REQUEST

WESTBROOK, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WESTBY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WESTBY, LEANNE
ADDRESS AVAILABLE UPON REQUEST

WESTBY, MARC
ADDRESS AVAILABLE UPON REQUEST

WESTCOM, ALAYNA
ADDRESS AVAILABLE UPON REQUEST

WESTCOTT, ALISON
ADDRESS AVAILABLE UPON REQUEST

WESTCOTT, GINGER
ADDRESS AVAILABLE UPON REQUEST

WESTCOTT, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WESTDYKE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WESTENDORF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WESTENDORF, AMY
ADDRESS AVAILABLE UPON REQUEST

WESTENDORF, DIANA
ADDRESS AVAILABLE UPON REQUEST

WESTENDORF, SHEILA
ADDRESS AVAILABLE UPON REQUEST

WESTENHAVER, DON
ADDRESS AVAILABLE UPON REQUEST

WESTENKIRCHNER, CINDY
ADDRESS AVAILABLE UPON REQUEST

WESTENSKOW, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WESTER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WESTER, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WESTER, THURE
ADDRESS AVAILABLE UPON REQUEST

WESTERBERG, COLEY
ADDRESS AVAILABLE UPON REQUEST

WESTERCAMP, TWILLA
ADDRESS AVAILABLE UPON REQUEST

WESTERFIELD, DEREK
ADDRESS AVAILABLE UPON REQUEST

WESTERGAARD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WESTERHOF, KRIS
ADDRESS AVAILABLE UPON REQUEST

WESTERLING, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WESTERLUND, ERICA
ADDRESS AVAILABLE UPON REQUEST

WESTERLY ESTATE, LLC
C/O C & D LLP
690 ALAMO PINTADO ROAD
SOLVANG, CA  93463

WESTERMAN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WESTERMAN, SHAWN
ADDRESS AVAILABLE UPON REQUEST

WESTERMANN, ADAM
ADDRESS AVAILABLE UPON REQUEST

WESTERN ALLIANCE BANK
1 EAST WASHINGTON ST
PHOENIX, AZ  85004

WESTERN ALLIANCE BANK
55 ALMADEN BLVD, STE 100
SAN JOSE, CA  95113

WESTERN ALLIANCE BANK
AN ARIZONA CORPORATION
55 ALMADEN BLVD
SAN JOSE, CA  95113

WESTERN DISTRICT OF PENNSYLVANIA
FEDERAL COURTHOUS, ROOM A330
17 S PARK ROW
ERIE, PA  16501-1158

WESTERN DISTRICT OF PENNSYLVANIA
PENN TRAFFIC BLDG, STE 200
319 WASHINGTON ST
JOHNSTOWN, PA  15901

WESTERN DISTRICT OF PENNSYLVANIA
US POST OFFICE & COURTHOUSE
700 GRANT ST, STE 4000
PITTSBURGH, PA  15219

WESTERN SQUARE INDUSTRIES
ADDRESS UNAVAILABLE AT TIME OF FILING

WESTERN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WESTERVELT, MARLA
ADDRESS AVAILABLE UPON REQUEST

WESTERVELT, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

WESTFALL, ELLIE
ADDRESS AVAILABLE UPON REQUEST

WESTFALL, JILL
ADDRESS AVAILABLE UPON REQUEST

WESTFALL, KAY
ADDRESS AVAILABLE UPON REQUEST

WESTFIELD, JULIAN
ADDRESS AVAILABLE UPON REQUEST

WESTFIELD, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WESTFIELD, RYAN
ADDRESS AVAILABLE UPON REQUEST

WESTFIELD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WEST-GARLINGTON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WESTGATE, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WESTHOFF, STEVE
ADDRESS AVAILABLE UPON REQUEST

WESTIN
ADDRESS UNAVAILABLE AT TIME OF FILING

WESTINGHOUSE, JEAN
ADDRESS AVAILABLE UPON REQUEST

WESTLEY, ATRICE
ADDRESS AVAILABLE UPON REQUEST

WESTLEY, GLENN
ADDRESS AVAILABLE UPON REQUEST

WESTLEY, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

WESTLING, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WESTLUND, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WESTLUND, RON
ADDRESS AVAILABLE UPON REQUEST

WESTLUND, RYAN
ADDRESS AVAILABLE UPON REQUEST

WESTMAAS, ELISA
ADDRESS AVAILABLE UPON REQUEST

WESTMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WEST-MOORE, HARRIET
ADDRESS AVAILABLE UPON REQUEST

WESTMORELAND, CASEY
ADDRESS AVAILABLE UPON REQUEST

WESTMORELAND, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WESTMORELAND, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WESTMORELAND, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WESTOG, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WESTON HEADLEY
ADDRESS AVAILABLE UPON REQUEST

WESTON WILLEKES
ADDRESS AVAILABLE UPON REQUEST

WESTON, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WESTON, CARI
ADDRESS AVAILABLE UPON REQUEST

WESTON, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WESTON, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WESTON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WESTON, DIANE
ADDRESS AVAILABLE UPON REQUEST

WESTON, EDELIA
ADDRESS AVAILABLE UPON REQUEST

WESTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WESTON, HOPE
ADDRESS AVAILABLE UPON REQUEST

WESTON, JAY
ADDRESS AVAILABLE UPON REQUEST

WESTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WESTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WESTON, PEYTON
ADDRESS AVAILABLE UPON REQUEST

WESTON, ROB
ADDRESS AVAILABLE UPON REQUEST

WESTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WESTON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WESTON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WESTOVER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WESTOVER, CALENE
ADDRESS AVAILABLE UPON REQUEST

WESTOVER, JANICE
ADDRESS AVAILABLE UPON REQUEST

WESTPHAL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WESTPHAL, LAURA
ADDRESS AVAILABLE UPON REQUEST

WESTPHAL, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WESTPORT, 76 FRISBIE WAY
ADDRESS AVAILABLE UPON REQUEST

WESTRATE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WESTSIDE RENTALS
ADDRESS UNAVAILABLE AT TIME OF FILING

WESTWOOD, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WESTWORD
ADDRESS UNAVAILABLE AT TIME OF FILING

WESTWRIGHT, JESICA
ADDRESS AVAILABLE UPON REQUEST

WETHERALD, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WETHERELL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WETHERILL, KELLY
ADDRESS AVAILABLE UPON REQUEST

WETHERINGTON, CHERYL
ADDRESS AVAILABLE UPON REQUEST

WETHERINGTON, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

WETMORE, JASON
ADDRESS AVAILABLE UPON REQUEST

WETSCHKA, MARK
ADDRESS AVAILABLE UPON REQUEST

WETSCHKA, MARY
ADDRESS AVAILABLE UPON REQUEST

WETSELL, MARIA
ADDRESS AVAILABLE UPON REQUEST

WETTER, ALAN
ADDRESS AVAILABLE UPON REQUEST

WETTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WETTERICH, MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

WETTJE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WETTSTEIN, AMY
ADDRESS AVAILABLE UPON REQUEST

WETTSTEIN, DAWN
ADDRESS AVAILABLE UPON REQUEST

WETZEL, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WETZEL, BRAD
ADDRESS AVAILABLE UPON REQUEST

WETZEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WETZEL, GRETA
ADDRESS AVAILABLE UPON REQUEST

WETZEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WETZEL, RICK
ADDRESS AVAILABLE UPON REQUEST

WETZEL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WETZIG, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WEULE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WEWE, SHASTA
ADDRESS AVAILABLE UPON REQUEST

WEX BANK
ADDRESS UNAVAILABLE AT TIME OF FILING

WEX HEALTH, INC
4321 20TH AVE S
FARGO, ND  58103

WEXELL, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WEXLER, TED
ADDRESS AVAILABLE UPON REQUEST

WEY, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WEY, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEYANDT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WEYBRET, JULIET
ADDRESS AVAILABLE UPON REQUEST

WEYER, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

WEYERS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

WEYERS, KIA
ADDRESS AVAILABLE UPON REQUEST

WEYERS-ZUBOR, JANELLE
ADDRESS AVAILABLE UPON REQUEST

WEYFORTH, KATY
ADDRESS AVAILABLE UPON REQUEST

WEYLAND, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WEYMANN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WEYMOUTH, LINDA
ADDRESS AVAILABLE UPON REQUEST

WEYRAUCH, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WEYRICH, STEVE
ADDRESS AVAILABLE UPON REQUEST

WEYRICK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WH ONSTREET PBCELL
ADDRESS UNAVAILABLE AT TIME OF FILING

WHALE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, APRIL
ADDRESS AVAILABLE UPON REQUEST

WHALEN, AUDA
ADDRESS AVAILABLE UPON REQUEST

WHALEN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WHALEN, CATIE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHALEN, DIANE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHALEN, GARRED
ADDRESS AVAILABLE UPON REQUEST

WHALEN, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, KAILEE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, KATE
ADDRESS AVAILABLE UPON REQUEST

WHALEN, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WHALEN, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHALEN, LAURA
ADDRESS AVAILABLE UPON REQUEST

WHALEN, LEXI
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| WHALEN, LINDSEY<br>ADDRESS AVAILABLE UPON REQUEST | WHALEN, MARIELLE<br>ADDRESS AVAILABLE UPON REQUEST | WHALEN, SAMANTHA<br>ADDRESS AVAILABLE UPON REQUEST |
| WHALEN, SHAINA<br>ADDRESS AVAILABLE UPON REQUEST | WHALEN, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST | WHALEN-KIELBACK, MEAGHAN<br>ADDRESS AVAILABLE UPON REQUEST |
| WHALEY, DAVID<br>ADDRESS AVAILABLE UPON REQUEST | WHALEY, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST | WHALEY, JOHN<br>ADDRESS AVAILABLE UPON REQUEST |
| WHALEY, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST | WHALEY, SCOTT<br>ADDRESS AVAILABLE UPON REQUEST | WHALEY, TONI<br>ADDRESS AVAILABLE UPON REQUEST |
| WHALING, MELISSA<br>ADDRESS AVAILABLE UPON REQUEST | WHALL, ALLISON<br>ADDRESS AVAILABLE UPON REQUEST | WHAM, KASSIE<br>ADDRESS AVAILABLE UPON REQUEST |
| WHAN, PAUL<br>ADDRESS AVAILABLE UPON REQUEST | WHANG, SHINWHA<br>ADDRESS AVAILABLE UPON REQUEST | WHANN, BRENDA<br>ADDRESS AVAILABLE UPON REQUEST |
| WHARRIE, PAT<br>ADDRESS AVAILABLE UPON REQUEST | WHARRY, ARIEL<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, ANTOINETTE<br>ADDRESS AVAILABLE UPON REQUEST |
| WHARTON, GWYNNE<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, KATHLEEN<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, MARIA<br>ADDRESS AVAILABLE UPON REQUEST |
| WHARTON, MARY<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, MEREDITH<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, MIA<br>ADDRESS AVAILABLE UPON REQUEST |
| WHARTON, WHITNEY<br>ADDRESS AVAILABLE UPON REQUEST | WHARTON, WILL<br>ADDRESS AVAILABLE UPON REQUEST | WHATLEY, ABIGAIL<br>ADDRESS AVAILABLE UPON REQUEST |

WHATLEY, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WHATLEY, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WHATLEY, TYE
ADDRESS AVAILABLE UPON REQUEST

WHEADON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WHEALE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WHEALE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHEARTY, KARY
ADDRESS AVAILABLE UPON REQUEST

WHEARTY, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WHEAT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHEAT, CODY
ADDRESS AVAILABLE UPON REQUEST

WHEAT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WHEAT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHEAT, MARY
ADDRESS AVAILABLE UPON REQUEST

WHEAT, MICAH
ADDRESS AVAILABLE UPON REQUEST

WHEATCROFT, ALEX
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, DENISE
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, JANA
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, KELLY
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHEATLEY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WHEATLY, TIRSHA
ADDRESS AVAILABLE UPON REQUEST

WHEATON, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WHEATON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WHEATON, LEW
ADDRESS AVAILABLE UPON REQUEST

WHEATON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WHEATON, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WHEBY, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

WHEEL HOUSE CHEESE
ADDRESS UNAVAILABLE AT TIME OF FILING

WHEEL, EIGHTEEN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ALTHERIA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, AMBER
ADDRESS AVAILABLE UPON REQUEST

WHEELER, AMY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ANAIS
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ANNALIV
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ANNE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, ASHLYN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, BECCA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, BILLIE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, CHRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, DIANNE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, FELICIA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JACKSON
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JANET
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JENALITY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KELLI
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KOBY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KRIS
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHEELER, KYLIE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, LEIGH
ADDRESS AVAILABLE UPON REQUEST

WHEELER, LISA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, MCKENSEY
ADDRESS AVAILABLE UPON REQUEST

WHEELER, MICAH
ADDRESS AVAILABLE UPON REQUEST

WHEELER, MICHAE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, RACHELL
ADDRESS AVAILABLE UPON REQUEST

WHEELER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, RITA
ADDRESS AVAILABLE UPON REQUEST

WHEELER, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WHEELER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WHEELER, TAMI
ADDRESS AVAILABLE UPON REQUEST

WHEELER, TOM
ADDRESS AVAILABLE UPON REQUEST

WHEELER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WHEELESS, TANYA
ADDRESS AVAILABLE UPON REQUEST

WHEELIN, KARIN
ADDRESS AVAILABLE UPON REQUEST

WHEELING SR, ED
ADDRESS AVAILABLE UPON REQUEST

WHEELIS, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WHEELOCK, KANE
ADDRESS AVAILABLE UPON REQUEST

WHEELUS, AMELIA
ADDRESS AVAILABLE UPON REQUEST

WHEETLEY, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

WHELAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WHELAN, EVA
ADDRESS AVAILABLE UPON REQUEST

WHELAN, HILARY
ADDRESS AVAILABLE UPON REQUEST

WHELAN, IAN
ADDRESS AVAILABLE UPON REQUEST

WHELAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WHELAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

WHELAN, KERRY
ADDRESS AVAILABLE UPON REQUEST

WHELAN, LISA
ADDRESS AVAILABLE UPON REQUEST

WHELAN, SC
ADDRESS AVAILABLE UPON REQUEST

WHELAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WHELCHEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHELEHAN, JOHN
ADDRESS AVAILABLE UPON REQUEST

WHELTON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WHETSELL, LYNDSAY
ADDRESS AVAILABLE UPON REQUEST

WHETSTINE, JULIE
ADDRESS AVAILABLE UPON REQUEST

WHETSTONE WINES, LLC
1075 ATLAS PEAK RD.
NAPA, CA 94558

WHETSTONE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHETSTONE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHETSTONE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WHICH WHICH
ADDRESS UNAVAILABLE AT TIME OF FILING

WHICHER, TAMI
ADDRESS AVAILABLE UPON REQUEST

WHICHER, TIFFANI
ADDRESS AVAILABLE UPON REQUEST

WHIDDEN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WHIDDEN, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WHIGHAM-BARR, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHINERY, AMY
ADDRESS AVAILABLE UPON REQUEST

WHINFREY, KARMEN
ADDRESS AVAILABLE UPON REQUEST

WHIPKEY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

WHIPP, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHIPPLE, ALESSANDRA
ADDRESS AVAILABLE UPON REQUEST

WHIPPLE, CARA
ADDRESS AVAILABLE UPON REQUEST

WHIPPLE, ELEESA
ADDRESS AVAILABLE UPON REQUEST

WHIPPLE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WHIPPLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHIRE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WHISENTON LUMOR, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHISLER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WHISLER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WHISLER, MADISON
ADDRESS AVAILABLE UPON REQUEST

WHISMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHISMAN, CAROL
ADDRESS AVAILABLE UPON REQUEST

WHISMAN, KYLIE
ADDRESS AVAILABLE UPON REQUEST

WHISNANT, AMBER
ADDRESS AVAILABLE UPON REQUEST

WHISNANT, MARY
ADDRESS AVAILABLE UPON REQUEST

WHISNANT, NATHALIE
ADDRESS AVAILABLE UPON REQUEST

WHISNANT, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

WHISNANT, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WHISTED, JAIME
ADDRESS AVAILABLE UPON REQUEST

WHISTIN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHISTLER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WHITACRE, DAVID
ADDRESS AVAILABLE UPON REQUEST

WHITACRE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WHITACRE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITACRE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, ABBIE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, ANNA
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, CASEY
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, DARIUS
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, JANE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, JON
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, KAIT
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, MIKALA
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, NANCY
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, TERRYE
ADDRESS AVAILABLE UPON REQUEST

WHITAKER, TY
ADDRESS AVAILABLE UPON REQUEST

WHITBY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WHITBY, MALISSA
ADDRESS AVAILABLE UPON REQUEST

WHITCHER, SHERRI
ADDRESS AVAILABLE UPON REQUEST

WHITCOMB, APRIL
ADDRESS AVAILABLE UPON REQUEST

WHITCOMB, CASEY
ADDRESS AVAILABLE UPON REQUEST

WHITCOMB, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WHITCOMB, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WHITCOMB, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WHITCOMBE, SOFIA
ADDRESS AVAILABLE UPON REQUEST

WHITCRAFT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WHITE AND BLUE GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

WHITE BISHOP, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITE BUFFALO LLC
2186 BUFFALO DRIVE
GRAND JUNCTION, CO  81507

WHITE DITTMAR, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WHITE FIN MANAGEMENT LLC
2207 HAMLET CIRCLE
ROUND ROCK, TX  78664

WHITE, AARON
ADDRESS AVAILABLE UPON REQUEST

WHITE, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WHITE, ADAM
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALEXANDREA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALFRED
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALICE
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALISON
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WHITE, ALTRINA
ADDRESS AVAILABLE UPON REQUEST

WHITE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, AMBER
ADDRESS AVAILABLE UPON REQUEST

WHITE, AMBER
ADDRESS AVAILABLE UPON REQUEST

WHITE, AMY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WHITE, ANDRITA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ARLENE
ADDRESS AVAILABLE UPON REQUEST

WHITE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

WHITE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, BERNADETTE
ADDRESS AVAILABLE UPON REQUEST

WHITE, BLAIRE
ADDRESS AVAILABLE UPON REQUEST

WHITE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WHITE, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRETT
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHITE, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CAROLANN
ADDRESS AVAILABLE UPON REQUEST

WHITE, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WHITE, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CECILIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHERE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHRISTOFER
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WHITE, CLARKE
ADDRESS AVAILABLE UPON REQUEST

WHITE, COLETTE
ADDRESS AVAILABLE UPON REQUEST

WHITE, COREY
ADDRESS AVAILABLE UPON REQUEST

WHITE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, CRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, CYNDI
ADDRESS AVAILABLE UPON REQUEST

WHITE, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, DAMIAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, DANA
ADDRESS AVAILABLE UPON REQUEST

WHITE, DANELLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, DANIELE
ADDRESS AVAILABLE UPON REQUEST

WHITE, DARCY
ADDRESS AVAILABLE UPON REQUEST

WHITE, DARREN
ADDRESS AVAILABLE UPON REQUEST

WHITE, DAVE
ADDRESS AVAILABLE UPON REQUEST

WHITE, DAVID
ADDRESS AVAILABLE UPON REQUEST

WHITE, DAVID
ADDRESS AVAILABLE UPON REQUEST

WHITE, DEANNE
ADDRESS AVAILABLE UPON REQUEST

WHITE, DENISHA
ADDRESS AVAILABLE UPON REQUEST

WHITE, DONNA
ADDRESS AVAILABLE UPON REQUEST

WHITE, DYLAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, EBONEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELISA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELISE
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, ELLIOTT
ADDRESS AVAILABLE UPON REQUEST

WHITE, EMILIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WHITE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WHITE, EMMA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERIC
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, ERIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, ETHEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, EVERETT
ADDRESS AVAILABLE UPON REQUEST

WHITE, FAYE
ADDRESS AVAILABLE UPON REQUEST

WHITE, GARY
ADDRESS AVAILABLE UPON REQUEST

WHITE, GERARD
ADDRESS AVAILABLE UPON REQUEST

WHITE, HALEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, HALEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WHITE, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WHITE, JACLYN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JACOB
ADDRESS AVAILABLE UPON REQUEST

WHITE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JARAD
ADDRESS AVAILABLE UPON REQUEST

WHITE, JEFF
ADDRESS AVAILABLE UPON REQUEST

WHITE, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WHITE, JENNETTE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITE, JENNY
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JILL
ADDRESS AVAILABLE UPON REQUEST

WHITE, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JIM
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOE & LINDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOHN G.
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOHN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOSH
ADDRESS AVAILABLE UPON REQUEST

WHITE, JOYCE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JUDITH
ADDRESS AVAILABLE UPON REQUEST

WHITE, JULIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JULIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KANDACE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KANDIS
ADDRESS AVAILABLE UPON REQUEST

WHITE, KARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KAREN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KARLA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATHY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEELEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEELY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEENA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELLI
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELLIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KELSI
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEN AND TRACEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KENDAL
ADDRESS AVAILABLE UPON REQUEST

WHITE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WHITE, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WHITE, KERKIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIANA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIM
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIM
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIP
ADDRESS AVAILABLE UPON REQUEST

WHITE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, KOLBY
ADDRESS AVAILABLE UPON REQUEST

WHITE, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

WHITE, KYLIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, LADONNA
ADDRESS AVAILABLE UPON REQUEST

WHITE, LARUSHELL
ADDRESS AVAILABLE UPON REQUEST

WHITE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHITE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHITE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHITE, LAURIE-LEIGH
ADDRESS AVAILABLE UPON REQUEST

WHITE, LEAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, LISA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, MALLORY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARC
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARCI
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARK C.
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MARY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MASHAY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WHITE, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WHITE, MAURA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WHITE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, MINDY
ADDRESS AVAILABLE UPON REQUEST

WHITE, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MISHA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MONICA
ADDRESS AVAILABLE UPON REQUEST

WHITE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, NANCY
ADDRESS AVAILABLE UPON REQUEST

WHITE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WHITE, NIKKI
ADDRESS AVAILABLE UPON REQUEST

WHITE, NOREEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WHITE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WHITE, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WHITE, PAULA
ADDRESS AVAILABLE UPON REQUEST

WHITE, PAYDEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, PENNY
ADDRESS AVAILABLE UPON REQUEST

WHITE, PETER
ADDRESS AVAILABLE UPON REQUEST

WHITE, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

WHITE, PHYLLIS
ADDRESS AVAILABLE UPON REQUEST

WHITE, PIPER
ADDRESS AVAILABLE UPON REQUEST

WHITE, PRECIOUS
ADDRESS AVAILABLE UPON REQUEST

WHITE, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, RALPH
ADDRESS AVAILABLE UPON REQUEST

WHITE, RANDY
ADDRESS AVAILABLE UPON REQUEST

WHITE, RASHEED
ADDRESS AVAILABLE UPON REQUEST

WHITE, RAY AND ADRIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WHITE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WHITE, REINA
ADDRESS AVAILABLE UPON REQUEST

WHITE, RIANNA
ADDRESS AVAILABLE UPON REQUEST

WHITE, RICK
ADDRESS AVAILABLE UPON REQUEST

WHITE, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WHITE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WHITE, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WHITE, ROLAND
ADDRESS AVAILABLE UPON REQUEST

WHITE, RUTH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SAM
ADDRESS AVAILABLE UPON REQUEST

WHITE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SELIHAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, SERA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SHAMEIKA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WHITE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WHITE, SIOBHAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, STACEY
ADDRESS AVAILABLE UPON REQUEST

WHITE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WHITE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WHITE, TABETHA
ADDRESS AVAILABLE UPON REQUEST

WHITE, TENISHA
ADDRESS AVAILABLE UPON REQUEST

WHITE, TERRI
ADDRESS AVAILABLE UPON REQUEST

WHITE, THERESE
ADDRESS AVAILABLE UPON REQUEST

WHITE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WHITE, TIM
ADDRESS AVAILABLE UPON REQUEST

WHITE, TIM
ADDRESS AVAILABLE UPON REQUEST

WHITE, TONIKA
ADDRESS AVAILABLE UPON REQUEST

WHITE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, TSHECA
ADDRESS AVAILABLE UPON REQUEST

WHITE, TYHEERAH
ADDRESS AVAILABLE UPON REQUEST

WHITE, VALLERIE
ADDRESS AVAILABLE UPON REQUEST

WHITE, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

WHITE, WALTER
ADDRESS AVAILABLE UPON REQUEST

WHITE, WANDA
ADDRESS AVAILABLE UPON REQUEST

WHITE, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

WHITE, ZENOBIA
ADDRESS AVAILABLE UPON REQUEST

WHITEBREAD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHITECAVAGE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITECOTTON, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITED, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WHITED, STEVE
ADDRESS AVAILABLE UPON REQUEST

WHITEFIELD, ALYSON
ADDRESS AVAILABLE UPON REQUEST

WHITEFORD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WHITEFORD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITEHAIR, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WHITEHALL, KYMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, ANNE
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, BRUCE
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, JACOB
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, KIM
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, KRYSTA
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, PAULA
ADDRESS AVAILABLE UPON REQUEST

WHITEHEAD, QUINN
ADDRESS AVAILABLE UPON REQUEST

WHITEHILL, MARISSA ALICE
ADDRESS AVAILABLE UPON REQUEST

WHITEHILL, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITEHOUSE, ANNAKA
ADDRESS AVAILABLE UPON REQUEST

WHITEHOUSE, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WHITEHURST, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITELAVICH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WHITELAW, BREANN
ADDRESS AVAILABLE UPON REQUEST

WHITELAW, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

WHITELEATHER, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WHITELEY, BRITTANI
ADDRESS AVAILABLE UPON REQUEST

WHITELEY, LAJON
ADDRESS AVAILABLE UPON REQUEST

WHITELEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WHITELOCK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WHITELOCK, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITELOCK, SHANA
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, JILL
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, KURT
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WHITEMAN, STACY
ADDRESS AVAILABLE UPON REQUEST

WHITENER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WHITENER, WADE
ADDRESS AVAILABLE UPON REQUEST

WHITE-ROACH, LOUISE
ADDRESS AVAILABLE UPON REQUEST

WHITESELL, LISA
ADDRESS AVAILABLE UPON REQUEST

WHITESELL, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, DAMON
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, DENNIE
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, JEFF
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, KATHY
ADDRESS AVAILABLE UPON REQUEST

WHITESIDE, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WHITESIDES, TARA
ADDRESS AVAILABLE UPON REQUEST

WHITE-THOMPSO, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, BRETT
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, COLLINS
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, DENISE
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, DIANA
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, JILL
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, KELLI
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, LORI
ADDRESS AVAILABLE UPON REQUEST

WHITFIELD, TIERNEY
ADDRESS AVAILABLE UPON REQUEST

WHITFORD, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WHITHAM, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WHITHAM, KELLEY
ADDRESS AVAILABLE UPON REQUEST

WHITING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITING, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WHITING, CARA
ADDRESS AVAILABLE UPON REQUEST

WHITING, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WHITING, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

WHITING, MCKENNA
ADDRESS AVAILABLE UPON REQUEST

WHITING, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WHITING, SANESTRA
ADDRESS AVAILABLE UPON REQUEST

WHITING, VALARIE
ADDRESS AVAILABLE UPON REQUEST

WHITISH, JACOB
ADDRESS AVAILABLE UPON REQUEST

WHITLEDGE, LISBETH
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, LAURA
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WHITLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITLING, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, DONNA
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, EVELYN
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, HILLARY
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHITLOCK, LEA
ADDRESS AVAILABLE UPON REQUEST

WHITLOW, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WHITLOW, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WHITLOW, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WHITLOW, SAUNDRA
ADDRESS AVAILABLE UPON REQUEST

WHITLOW, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WHITMAN LAM
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, BYRON
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, BYRON
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WHITMAN, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WHITMAN-BARR, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

WHITMER, ANNEJULIE
ADDRESS AVAILABLE UPON REQUEST

WHITMILL, ERICAH
ADDRESS AVAILABLE UPON REQUEST

WHITMIRE, JENNY
ADDRESS AVAILABLE UPON REQUEST

WHITMIRE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITMIRE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WHITMIRE, SHAR
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, ABBY
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, ALEIGHA
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, HARRIET L.
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, LAYNA
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITMORE, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

WHITMOYER, ASHTON
ADDRESS AVAILABLE UPON REQUEST

WHITMYRE, BRUCE
ADDRESS AVAILABLE UPON REQUEST

WHITNEE HAWTHORNE
ADDRESS AVAILABLE UPON REQUEST

WHITNER, PATTI
ADDRESS AVAILABLE UPON REQUEST

WHITNEY BRUNER
ADDRESS AVAILABLE UPON REQUEST

WHITNEY FOSTER
ADDRESS AVAILABLE UPON REQUEST

WHITNEY JOHNSEN
ADDRESS AVAILABLE UPON REQUEST

WHITNEY L ADAMS
ADDRESS AVAILABLE UPON REQUEST

WHITNEY M FOSTER
ADDRESS AVAILABLE UPON REQUEST

WHITNEY WALDEN
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, GREG
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, GRETCHEN AND DAVE
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, JENNA
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, KRYSTLE
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, LEILANI
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WHITNEY, NEVILLE,
ADDRESS AVAILABLE UPON REQUEST

WHITSEL, BRAD
ADDRESS AVAILABLE UPON REQUEST

WHITSETT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WHITSETT, JANIS
ADDRESS AVAILABLE UPON REQUEST

WHITSITT, TERESSA
ADDRESS AVAILABLE UPON REQUEST

WHITSON, AUDRIANNA
ADDRESS AVAILABLE UPON REQUEST

WHITSON, AURORA
ADDRESS AVAILABLE UPON REQUEST

WHITSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITSON, JIOVONE
ADDRESS AVAILABLE UPON REQUEST

WHITSON, JO
ADDRESS AVAILABLE UPON REQUEST

WHITSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

WHITSON, NORAH
ADDRESS AVAILABLE UPON REQUEST

WHITSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WHITSON, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

WHITT, GLEN
ADDRESS AVAILABLE UPON REQUEST

WHITT, JACOB
ADDRESS AVAILABLE UPON REQUEST

WHITT, LANITA
ADDRESS AVAILABLE UPON REQUEST

WHITT, MADELYN
ADDRESS AVAILABLE UPON REQUEST

WHITT, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITT, STEVE
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, CARSON
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, COLLIN
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, KARLA
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, MARVY
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, MARY
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, MELANGLL
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, SARA
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, TRACY
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, WESLEYNE
ADDRESS AVAILABLE UPON REQUEST

WHITTAKER, ZOE
ADDRESS AVAILABLE UPON REQUEST

WHITTED, KRYSTALYNN
ADDRESS AVAILABLE UPON REQUEST

WHITTED, PATTY
ADDRESS AVAILABLE UPON REQUEST

WHITTEKIND, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WHITTELSEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

WHITTEMORE, KAILEN
ADDRESS AVAILABLE UPON REQUEST

WHITTEMORE, KELSEA
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, DAWN
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, DEB
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, MECHELLEN
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WHITTEN, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WHITTENBERG, KYLA
ADDRESS AVAILABLE UPON REQUEST

WHITTIER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WHITTIER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WHITTIER, KENNETH
ADDRESS AVAILABLE UPON REQUEST

WHITTIER, SEVERINE
ADDRESS AVAILABLE UPON REQUEST

WHITTINGTON, APRIL
ADDRESS AVAILABLE UPON REQUEST

WHITTINGTON, BRANDICE
ADDRESS AVAILABLE UPON REQUEST

WHITTINGTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WHITTINGTON, LISA
ADDRESS AVAILABLE UPON REQUEST

WHITTINGTON, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

WHITTLE JR, GEORGE
ADDRESS AVAILABLE UPON REQUEST

WHITTLE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WHITTLE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WHITTNEY DAVIS
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, ALIX
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, EMILY
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, KALEY
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, SAM
ADDRESS AVAILABLE UPON REQUEST

WHITWORTH, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WHOBREY, EUGENE
ADDRESS AVAILABLE UPON REQUEST

WHOLE FOODS  (MALIBU)
23401 CIVIC CENTER WAY
MALIBU, CA  90265

WHOLE FOODS MARKET   (IRVINE)
8525 IRVINE CENTER DRIVE
IRVINE, CA  92620

WHOLE FOODS MARKET   43 (VENICE)
225 LINCOLN BLVD
VENICE, CA  90291

WHOLE FOODS MARKET  (BREA)
3301 E. IMPERIAL HIGHWAY
BREA, CA  92823

WHOLE FOODS MARKET  64 (LAGUNA
NIGUEL)
23932 ALISO CREEK ROAD
LAGUNA NIGUEL, CA  92677

WHOLE FOODS MARKET  69 (PLAYA VISTA)
12746 JEFFERSON BLVD.
PLAYA VISTA, CA  90094

WHOLE FOODS MARKET  LBR 10701 (LONG
BEACH)
6400 E. PACIFIC COAST HWY
LONG BEACH, CA  90803

WHOLE FOODS MARKET  NEWPORT 65
415 NEWPORT CENTER DR.
NEWPORT BEACH, CA  92660

WHOLE FOODS MARKET  PASADENA 17
3751 E- FOOTHILL BLVD
PASADENA, CA  91107

WHOLE FOODS MARKET (BURBANK)
3401 WEST OLIVE
BURBANK, CA  91505

WHOLE FOODS MARKET (DOWNTOWN LA)
6350 W. 3RD ST.
LOS ANGELES, CA  90036

WHOLE FOODS MARKET (PORTER RANCH)
20209 W. RINALDI STREET
PORTER RANCH, CA  91326

WHOLE FOODS MARKET 11 (WEST LA)
11666 NATIONAL BLVD
LOS ANGELES, CA  90064

WHOLE FOODS MARKET 13 (HILLCREST)
711 UNIVERSITY AVE
SAN DIEGO, CA  92103

WHOLE FOODS MARKET 14 (BRENTWOOD)
11737 SAN VICENTE BLVD
LOS ANGELES, CA  90049

WHOLE FOODS MARKET 16 ( WOODLAND
HILLS)
21347 VENTURA BLVD
WOODLAND HILLS, CA  91364

WHOLE FOODS MARKET 20 (WEST
HOLLYWOOD)
7871 SANTA MONICA BLVD
LOS ANGELES, CA  90046

WHOLE FOODS MARKET 23  (SANTA MONICA)
2201 WILSHIRE BLVD
SANTA MONICA, CA  90403

WHOLE FOODS MARKET 26 (FAIRFAX)
6350 W. 3RD ST.
LOS ANGELES, CA  90036

WHOLE FOODS MARKET 27 ( WESTWOOD)
1050 S- GAYLEY
LOS ANGELES, CA  90024

WHOLE FOODS MARKET 34 (PCH)
760 SOUTH SEPULVEDA BLVD
EL SEGUNDO, CA  90245

WHOLE FOODS MARKET 36 (SANTA
BARBARA)
3761 STATE STREET
SANTA BARBARA, CA  93105

WHOLE FOODS MARKET 365 (SILVER LAKE)
2520 GLENDALE BLVD
LOS ANGELES, CA  90039

WHOLE FOODS MARKET 37 (ARROYO)
465 S- ARROYO PARKWAY
PASADENA, CA  91105-2529

WHOLE FOODS MARKET 42 (OXNARD)
650 TOWN CENTER DR.
OXNARD, CA  93036

WHOLE FOODS MARKET 45 (PALM DESERT)
44-459 TOWN CENTER WAY
PALM DESERT, CA  92260

WHOLE FOODS MARKET 60(HUNTINGTON BEACH)
7881 ERDINGER AVE
HUNTINGTON BEACH, CA  92647

WHOLE FOODS MARKET GLENDALE 29
331 N GLENDALE AVE
GLENDALE, CA  91206

WHOLE FOODS MARKET SAN LUIS OBISPO 76
1531 FROOM RANCH WAY
SAN LUIS OBISPO, CA  93405

WHOLE FOODS
ADDRESS UNAVAILABLE AT TIME OF FILING

WHOLEY, DIANE
ADDRESS AVAILABLE UPON REQUEST

WHOOLEY, TYLER
ADDRESS AVAILABLE UPON REQUEST

WHORTON, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WHOSELEY, DANIEL
ADDRESS AVAILABLE UPON REQUEST

W-HOTEL
ADDRESS UNAVAILABLE AT TIME OF FILING

WHYMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WHYNOT COFFEE
ADDRESS UNAVAILABLE AT TIME OF FILING

WHYTE, AMY
ADDRESS AVAILABLE UPON REQUEST

WHYTE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WHYTE, ERIC
ADDRESS AVAILABLE UPON REQUEST

WHYTE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WI DEPT OF REVENUE
2135 RIMROCK RD
MADISON, WI  53708

WIAND, MALLORY
ADDRESS AVAILABLE UPON REQUEST

WIARD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WIAZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

WIAZ, HALEY
ADDRESS AVAILABLE UPON REQUEST

WIBBEN, NANCY
ADDRESS AVAILABLE UPON REQUEST

WIBBEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WIBBENMEYER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WIBRACHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WICHERS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WICHERT, JASON
ADDRESS AVAILABLE UPON REQUEST

WICHLEI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WICHTOWSKI, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WICK, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WICK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WICK, SARA
ADDRESS AVAILABLE UPON REQUEST

WICKAM, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WICKE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WICKENHEISER, MARILYN
ADDRESS AVAILABLE UPON REQUEST

WICKENHEISSER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

WICKENS, CARLIE
ADDRESS AVAILABLE UPON REQUEST

WICKENS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WICKENS, PAGE
ADDRESS AVAILABLE UPON REQUEST

WICKER, JANET
ADDRESS AVAILABLE UPON REQUEST

WICKER, MADELYN
ADDRESS AVAILABLE UPON REQUEST

WICKER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WICKERSHAM, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WICKERSHAM, SARA
ADDRESS AVAILABLE UPON REQUEST

WICKERT, ANGELINA
ADDRESS AVAILABLE UPON REQUEST

WICKERT, JONATHON
ADDRESS AVAILABLE UPON REQUEST

WICKES, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WICKHAM, NATALY
ADDRESS AVAILABLE UPON REQUEST

WICKLAND, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WICKLAS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WICKLINE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WICKLUND, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WICKMAN, CARINNE
ADDRESS AVAILABLE UPON REQUEST

WICKMAN, LEAH
ADDRESS AVAILABLE UPON REQUEST

WICKS, INTISAR
ADDRESS AVAILABLE UPON REQUEST

WICKSTROM, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WICKWIRE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WIDDIFIELD, KELLI
ADDRESS AVAILABLE UPON REQUEST

WIDDIS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WIDDOWSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WIDECRANTZ, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WIDENER, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WIDENER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WIDENER, SARA
ADDRESS AVAILABLE UPON REQUEST

WIDENER, SHURANDA
ADDRESS AVAILABLE UPON REQUEST

WIDERGREN, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

WIDGER, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

WIDIGER, DEENA
ADDRESS AVAILABLE UPON REQUEST

WIDIKER, KIM
ADDRESS AVAILABLE UPON REQUEST

WIDJAJA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WIDLANSKY, JANET
ADDRESS AVAILABLE UPON REQUEST

WIDMAR, JAIME
ADDRESS AVAILABLE UPON REQUEST

WIDMER, CHAD
ADDRESS AVAILABLE UPON REQUEST

WIDMER, JANELL
ADDRESS AVAILABLE UPON REQUEST

WIDMIER, AMBER
ADDRESS AVAILABLE UPON REQUEST

WIDNER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WIDNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WIDNER, STEVE
ADDRESS AVAILABLE UPON REQUEST

WIDSETH, MARK
ADDRESS AVAILABLE UPON REQUEST

WIEBE, DERRICK
ADDRESS AVAILABLE UPON REQUEST

WIEBE, ERICA
ADDRESS AVAILABLE UPON REQUEST

WIEBE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WIEBER, AMELIA
ADDRESS AVAILABLE UPON REQUEST

WIECK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WIECZOREK, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WIECZOREK, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WIED, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

WIEDEMANN, HARDEN
ADDRESS AVAILABLE UPON REQUEST

WIEDEMANN, JAMES
ADDRESS AVAILABLE UPON REQUEST

| | | |
|---|---|---|
| WIEDEMEIER, LAURA<br>ADDRESS AVAILABLE UPON REQUEST | WIEDENHOEFER, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST | WIEDENMAYER, ALYSSA<br>ADDRESS AVAILABLE UPON REQUEST |
| WIEDMEIER, LAURA<br>ADDRESS AVAILABLE UPON REQUEST | WIEGAND, AMBER<br>ADDRESS AVAILABLE UPON REQUEST | WIEGAND, JAMI<br>ADDRESS AVAILABLE UPON REQUEST |
| WIEGAND, KATHLEEN<br>ADDRESS AVAILABLE UPON REQUEST | WIEGER, AMBER<br>ADDRESS AVAILABLE UPON REQUEST | WIEGERT, JENNIFER<br>ADDRESS AVAILABLE UPON REQUEST |
| WIEGMAN, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST | WIELENGA, CHRISTIE<br>ADDRESS AVAILABLE UPON REQUEST | WIELER, MICHELLE<br>ADDRESS AVAILABLE UPON REQUEST |
| WIELK, AMANDA<br>ADDRESS AVAILABLE UPON REQUEST | WIELKOSZEWSKI, HOLLY<br>ADDRESS AVAILABLE UPON REQUEST | WIEMAN, ESTHER<br>ADDRESS AVAILABLE UPON REQUEST |
| WIEMERS, AUBREY<br>ADDRESS AVAILABLE UPON REQUEST | WIEMILLER, MEGAN<br>ADDRESS AVAILABLE UPON REQUEST | WIENCEK, IRMA<br>ADDRESS AVAILABLE UPON REQUEST |
| WIENCKEN, SARA<br>ADDRESS AVAILABLE UPON REQUEST | WIENER, VIVIAN<br>ADDRESS AVAILABLE UPON REQUEST | WIENKE, NALISSA<br>ADDRESS AVAILABLE UPON REQUEST |
| WIENS, STEPHANIE<br>ADDRESS AVAILABLE UPON REQUEST | WIERCINSKI, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | WIERLEMANN, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| WIERMAN, EMILY<br>ADDRESS AVAILABLE UPON REQUEST | WIERNASZ, PETER<br>ADDRESS AVAILABLE UPON REQUEST | WIERNIK, AARON<br>ADDRESS AVAILABLE UPON REQUEST |
| WIERSEMA, CINDA<br>ADDRESS AVAILABLE UPON REQUEST | WIERSMA, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST | WIERSMA, JESSICA<br>ADDRESS AVAILABLE UPON REQUEST |

WIERSMA, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WIERSMA, LARRY
ADDRESS AVAILABLE UPON REQUEST

WIERZBA, KYLE
ADDRESS AVAILABLE UPON REQUEST

WIERZBICKI, ALEXANDREA
ADDRESS AVAILABLE UPON REQUEST

WIERZBICKI, MALLORY
ADDRESS AVAILABLE UPON REQUEST

WIERZBIENIEC, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WIES, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

WIESBROCK, AMY
ADDRESS AVAILABLE UPON REQUEST

WIESBROCK, KATIE
ADDRESS AVAILABLE UPON REQUEST

WIESBROCK, MICHAL
ADDRESS AVAILABLE UPON REQUEST

WIESE, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WIESE, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WIESE, DONNA
ADDRESS AVAILABLE UPON REQUEST

WIESE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WIESE, JEAN
ADDRESS AVAILABLE UPON REQUEST

WIESE, LAURA
ADDRESS AVAILABLE UPON REQUEST

WIESE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WIESE, MIKAYLA
ADDRESS AVAILABLE UPON REQUEST

WIESELER, ANN
ADDRESS AVAILABLE UPON REQUEST

WIESELER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WIESENTHAL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WIESER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WIESER, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WIESNER, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WIESSNER, GRETA
ADDRESS AVAILABLE UPON REQUEST

WIEST, SARAH
ADDRESS AVAILABLE UPON REQUEST

WIESZCHOLEK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WIETA, KELLY
ADDRESS AVAILABLE UPON REQUEST

WIETECHA, AMY
ADDRESS AVAILABLE UPON REQUEST

WIETFELD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WIETZEL, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WIFE, VICKY
ADDRESS AVAILABLE UPON REQUEST

WIGET, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

WIGG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WIGGANS, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WIGGIN, BIZZ
ADDRESS AVAILABLE UPON REQUEST

WIGGIN, CASEY
ADDRESS AVAILABLE UPON REQUEST

WIGGIN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, AARON
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, C MICHEL
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, CARMELA B
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, COLIN
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, LOUISE
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, MALGORZATA
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, RHEE
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, SARAN
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WIGGINS, TITIANNA
ADDRESS AVAILABLE UPON REQUEST

WIGGINTON, CONOR
ADDRESS AVAILABLE UPON REQUEST

WIGGINTON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WIGGLE LTD
ADDRESS UNAVAILABLE AT TIME OF FILING

WIGGS, CHARLEE
ADDRESS AVAILABLE UPON REQUEST

WIGHT, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

WIGHT, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WIGHTMAN, MASON
ADDRESS AVAILABLE UPON REQUEST

WIGHTMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WIGINTON, BILLY
ADDRESS AVAILABLE UPON REQUEST

WIGLER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WIGLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

WIGNALL, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

WIGNALL, KATE
ADDRESS AVAILABLE UPON REQUEST

WIGNES, MARY
ADDRESS AVAILABLE UPON REQUEST

WIHREN, MARIA
ADDRESS AVAILABLE UPON REQUEST

WIK, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WIKANDER, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WIKE, BETH
ADDRESS AVAILABLE UPON REQUEST

WIKE, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WIKE, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WIKOFF, TARA
ADDRESS AVAILABLE UPON REQUEST

WIKTORCHIK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WILAND, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILBANKS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WILBANKS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILBANKS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILBER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WILBER, SHENNA
ADDRESS AVAILABLE UPON REQUEST

WILBERDING, MADELINE
ADDRESS AVAILABLE UPON REQUEST

WILBERT, JUNITHA
ADDRESS AVAILABLE UPON REQUEST

WILBERT, MANDY
ADDRESS AVAILABLE UPON REQUEST

WILBON, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WILBON, KYMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILBORN, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILBOURN, ABBY
ADDRESS AVAILABLE UPON REQUEST

WILBOURN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

WILBUR, GARRETT
ADDRESS AVAILABLE UPON REQUEST

WILBURN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WILCHECK, CATIE
ADDRESS AVAILABLE UPON REQUEST

WILCHEK, ASHLEE
ADDRESS AVAILABLE UPON REQUEST

WILCHER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILCHER, NIKOL
ADDRESS AVAILABLE UPON REQUEST

WILCHER, ZACH
ADDRESS AVAILABLE UPON REQUEST

WILCINSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILCOCK, LILY
ADDRESS AVAILABLE UPON REQUEST

WILCOCK, LOUANN
ADDRESS AVAILABLE UPON REQUEST

WILCOTS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILCOX, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILCOX, CARLEY
ADDRESS AVAILABLE UPON REQUEST

WILCOX, CASEY
ADDRESS AVAILABLE UPON REQUEST

WILCOX, CYNTHIA M
ADDRESS AVAILABLE UPON REQUEST

WILCOX, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WILCOX, DYLAN
ADDRESS AVAILABLE UPON REQUEST

WILCOX, ELAINE
ADDRESS AVAILABLE UPON REQUEST

WILCOX, GINA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, HALEY
ADDRESS AVAILABLE UPON REQUEST

WILCOX, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WILCOX, JANE
ADDRESS AVAILABLE UPON REQUEST

WILCOX, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILCOX, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, LISA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WILCOX, QUINN
ADDRESS AVAILABLE UPON REQUEST

WILCOX, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILCOX, REGINA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILCOX, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WILCOX, SHERYL
ADDRESS AVAILABLE UPON REQUEST

WILCOXEN, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

WILCOXON, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WILCOXSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WILCUTT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILCZEK, HILARY
ADDRESS AVAILABLE UPON REQUEST

WILCZEWSKI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILCZEWSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILCZYK, KIM
ADDRESS AVAILABLE UPON REQUEST

WILCZYNSKA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WILCZYNSKI, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILCZYNSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILD JOY STUDIO
350 MANHATTAN AVE  304
BROOKLYN, NY  11211

WILD, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WILD, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

WILD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILD, PATTI
ADDRESS AVAILABLE UPON REQUEST

WILDASIN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILDASON, MARGIE
ADDRESS AVAILABLE UPON REQUEST

WILDE, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WILDE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILDE, DAYNA
ADDRESS AVAILABLE UPON REQUEST

WILDE, GARY
ADDRESS AVAILABLE UPON REQUEST

WILDE, GREG
ADDRESS AVAILABLE UPON REQUEST

WILDE, KIM
ADDRESS AVAILABLE UPON REQUEST

WILDE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILDE, TONIA
ADDRESS AVAILABLE UPON REQUEST

WILDEMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILDEMANN, FRANK
ADDRESS AVAILABLE UPON REQUEST

WILDER, ALLISN
ADDRESS AVAILABLE UPON REQUEST

WILDER, ANNE
ADDRESS AVAILABLE UPON REQUEST

WILDER, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WILDER, BILL
ADDRESS AVAILABLE UPON REQUEST

WILDER, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WILDER, CATHY
ADDRESS AVAILABLE UPON REQUEST

WILDER, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WILDER, DIANE
ADDRESS AVAILABLE UPON REQUEST

WILDER, LEANA
ADDRESS AVAILABLE UPON REQUEST

WILDER, MARTHA
ADDRESS AVAILABLE UPON REQUEST

WILDER, NICK
ADDRESS AVAILABLE UPON REQUEST

WILDER, PELHAM
ADDRESS AVAILABLE UPON REQUEST

WILDER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WILDERMAN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WILDERMUTH, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WILDES, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WILDFEUER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILDFLOWER BREAD
ADDRESS UNAVAILABLE AT TIME OF FILING

WILDING, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

WILDMAN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WILDMAN, BEN
ADDRESS AVAILABLE UPON REQUEST

WILDMAN, KAYDION
ADDRESS AVAILABLE UPON REQUEST

WILDMAN, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILDS, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WILE, TIM
ADDRESS AVAILABLE UPON REQUEST

WILEMAN, SAM
ADDRESS AVAILABLE UPON REQUEST

WILEN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WILENSKY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILES, AMY
ADDRESS AVAILABLE UPON REQUEST

WILES, CORINA
ADDRESS AVAILABLE UPON REQUEST

WILES, ELANA
ADDRESS AVAILABLE UPON REQUEST

WILES, IRENE
ADDRESS AVAILABLE UPON REQUEST

WILES, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILES, STEVE
ADDRESS AVAILABLE UPON REQUEST

WILES, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILEY, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILEY, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

WILEY, ERIC
ADDRESS AVAILABLE UPON REQUEST

WILEY, GRACE
ADDRESS AVAILABLE UPON REQUEST

WILEY, GRAYSON
ADDRESS AVAILABLE UPON REQUEST

WILEY, JAY
ADDRESS AVAILABLE UPON REQUEST

WILEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILEY, JORDAN A.
ADDRESS AVAILABLE UPON REQUEST

WILEY, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILEY, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WILEY, KERRY
ADDRESS AVAILABLE UPON REQUEST

WILEY, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILEY, MANDI
ADDRESS AVAILABLE UPON REQUEST

WILEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILEY, RHIANNON
ADDRESS AVAILABLE UPON REQUEST

WILEY, SETH
ADDRESS AVAILABLE UPON REQUEST

WILEY, SHEY
ADDRESS AVAILABLE UPON REQUEST

WILEY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILEY, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILFONG, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WILFONG, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

WILFREDO A MELENDEZ
ADDRESS AVAILABLE UPON REQUEST

WILFRID JEAN-FRANCOIS
ADDRESS AVAILABLE UPON REQUEST

WILGA, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILGES, BLAINE
ADDRESS AVAILABLE UPON REQUEST

WILHELM, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WILHELM, AMY
ADDRESS AVAILABLE UPON REQUEST

WILHELM, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILHELM, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WILHELM, ELISA
ADDRESS AVAILABLE UPON REQUEST

WILHELM, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WILHELM, ERICH
ADDRESS AVAILABLE UPON REQUEST

WILHELM, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILHELM, JOHN
ADDRESS AVAILABLE UPON REQUEST

WILHELM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WILHELM, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WILHELM, KERI
ADDRESS AVAILABLE UPON REQUEST

WILHELM, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WILHELMI, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILHELMSEN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILHIDE, MIKE
ADDRESS AVAILABLE UPON REQUEST

WILHITE, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

WILHOIT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILIAMS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WILINSKI, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

WILK, JILL
ADDRESS AVAILABLE UPON REQUEST

WILK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WILK, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILKE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WILKE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WILKEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILKEN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WILKEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILKEN, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WILKENING, DAVIE
ADDRESS AVAILABLE UPON REQUEST

WILKENS, BECKA
ADDRESS AVAILABLE UPON REQUEST

WILKENS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WILKER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, BECKY
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, CARISSA
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, DOMINIQUE
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, ISIAH
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, MALLORY
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, MARK
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILKERSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILKES, AMY
ADDRESS AVAILABLE UPON REQUEST

WILKES, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILKES, DARIA
ADDRESS AVAILABLE UPON REQUEST

WILKES, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILKES, LAKYNDRA
ADDRESS AVAILABLE UPON REQUEST

WILKES, LISA
ADDRESS AVAILABLE UPON REQUEST

WILKES, SHAMEKA
ADDRESS AVAILABLE UPON REQUEST

WILKES, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WILKESON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILKEY, MARY JANE
ADDRESS AVAILABLE UPON REQUEST

WILKIE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WILKIE, BETH
ADDRESS AVAILABLE UPON REQUEST

WILKIE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILKIE, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILKIE, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

WILKIE, MARK
ADDRESS AVAILABLE UPON REQUEST

WILKIE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WILKINS HICKMAN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILKINS, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

WILKINS, ANNE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, BEN
ADDRESS AVAILABLE UPON REQUEST

WILKINS, COLBY
ADDRESS AVAILABLE UPON REQUEST

WILKINS, DEANNE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, GAYLE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, HILLARY
ADDRESS AVAILABLE UPON REQUEST

WILKINS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILKINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILKINS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILKINS, MARLICIA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

WILKINS, NANETTE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, PORSCHE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILKINS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILKINS, SHEENA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WILKINS, STUART
ADDRESS AVAILABLE UPON REQUEST

WILKINS, TRACY
ADDRESS AVAILABLE UPON REQUEST

WILKINS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, YOLANDA
ADDRESS AVAILABLE UPON REQUEST

WILKINS, ZAIRE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, COLIN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, CORY
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, EMILIE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, HAGAR
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, JEANNETTE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, JOSH
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, MANDY
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, RICK
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, TESSA
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, WILLAIM
ADDRESS AVAILABLE UPON REQUEST

WILKINSON, WYATT
ADDRESS AVAILABLE UPON REQUEST

WILKMAN, KAMERON
ADDRESS AVAILABLE UPON REQUEST

WILKOS, JOYCE
ADDRESS AVAILABLE UPON REQUEST

WILKOWITZ, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WILKOWSKI, NANCY
ADDRESS AVAILABLE UPON REQUEST

WILKOWSKI, SHEILA
ADDRESS AVAILABLE UPON REQUEST

WILKS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILKS, DIANA
ADDRESS AVAILABLE UPON REQUEST

WILKS, SAPHIRA
ADDRESS AVAILABLE UPON REQUEST

WILL ESSEN
ADDRESS AVAILABLE UPON REQUEST

WILL JOHNSON
ADDRESS AVAILABLE UPON REQUEST

WILL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILL, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILL, HELEN
ADDRESS AVAILABLE UPON REQUEST

WILL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILL, JILLYAN
ADDRESS AVAILABLE UPON REQUEST

WILL, LARA
ADDRESS AVAILABLE UPON REQUEST

WILL, LUTHER
ADDRESS AVAILABLE UPON REQUEST

WILL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILL, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WILLA TELLEKSON-FLASH
ADDRESS AVAILABLE UPON REQUEST

WILLACKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILLAIMS, STACY
ADDRESS AVAILABLE UPON REQUEST

WILLARD, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WILLARD, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WILLARD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLARD, BETH
ADDRESS AVAILABLE UPON REQUEST

WILLARD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILLARD, GAIL
ADDRESS AVAILABLE UPON REQUEST

WILLAREDT, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

WILLAT, WENDELL
ADDRESS AVAILABLE UPON REQUEST

WILLBANKS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILLBORN, LISA
ADDRESS AVAILABLE UPON REQUEST

WILLCOT, MALIK
ADDRESS AVAILABLE UPON REQUEST

WILLCUTS, RENEE
ADDRESS AVAILABLE UPON REQUEST

WILLCUTTS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILLDEN, SETH
ADDRESS AVAILABLE UPON REQUEST

WILLE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WILLE, KATRINA
ADDRESS AVAILABLE UPON REQUEST

WILLE, KIMLA
ADDRESS AVAILABLE UPON REQUEST

WILLEFORD, CARLIE
ADDRESS AVAILABLE UPON REQUEST

WILLEFORD, TRISTA
ADDRESS AVAILABLE UPON REQUEST

WILLEMIN, LISA
ADDRESS AVAILABLE UPON REQUEST

WILLEMINE MARIE YVES BLAISE SULLY
ADDRESS AVAILABLE UPON REQUEST

WILLEN, PHILIP
ADDRESS AVAILABLE UPON REQUEST

WILLENBRING, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLENS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WILLER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILLERT, BRIA
ADDRESS AVAILABLE UPON REQUEST

WILLERT, CORT
ADDRESS AVAILABLE UPON REQUEST

WILLERT, LIZBETH
ADDRESS AVAILABLE UPON REQUEST

WILLERT, PETER
ADDRESS AVAILABLE UPON REQUEST

WILLERTZ, JAKE
ADDRESS AVAILABLE UPON REQUEST

WILLET, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILLETT, ANDEE
ADDRESS AVAILABLE UPON REQUEST

WILLETT, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WILLETT, HELLEN
ADDRESS AVAILABLE UPON REQUEST

WILLETT, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WILLETTE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILLETTS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WILLEY PRINTING CO., INC.
1405 10TH STREET
MODESTO, CA  95354

WILLEY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLEY, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILLEY, DESIREE
ADDRESS AVAILABLE UPON REQUEST

WILLEY, ERICA
ADDRESS AVAILABLE UPON REQUEST

WILLEY, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WILLEY, MARTHA
ADDRESS AVAILABLE UPON REQUEST

WILLHOFT, ROD
ADDRESS AVAILABLE UPON REQUEST

WILLHOIT, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WILLHOIT, JANINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM A KINNER JR
ADDRESS AVAILABLE UPON REQUEST

WILLIAM A LACHANCE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ALEXANDER LUNN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ANDREW BENNETT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ARNOLD COMBS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BARBATO
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BATES BEINBRINK
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BATYSKE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BOYNES JR
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BRADLEY TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BRANNON
ADDRESS AVAILABLE UPON REQUEST

WILLIAM BRYANT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM C ADES
ADDRESS AVAILABLE UPON REQUEST

WILLIAM CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

WILLIAM CHUPEK
ADDRESS AVAILABLE UPON REQUEST

WILLIAM COPPEDGE EPSP 401K (ROTH)
ADDRESS AVAILABLE UPON REQUEST

WILLIAM COVERT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM D WOODS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM DALE PENMAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM DONALD JEPSON III
ADDRESS AVAILABLE UPON REQUEST

WILLIAM E MITCHELL
ADDRESS AVAILABLE UPON REQUEST

WILLIAM EARL ROSEVEARE II
ADDRESS AVAILABLE UPON REQUEST

WILLIAM EDWARD WOMAC
ADDRESS AVAILABLE UPON REQUEST

WILLIAM F ZIMMERER
ADDRESS AVAILABLE UPON REQUEST

WILLIAM FRANCIS BROCHARD
ADDRESS AVAILABLE UPON REQUEST

WILLIAM GRASWICH
ADDRESS AVAILABLE UPON REQUEST

WILLIAM GUSTIN JR
ADDRESS AVAILABLE UPON REQUEST

WILLIAM H CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

WILLIAM H MACINNIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM HALL
ADDRESS AVAILABLE UPON REQUEST

WILLIAM HANCOCK
ADDRESS AVAILABLE UPON REQUEST

WILLIAM HERTZ
ADDRESS AVAILABLE UPON REQUEST

WILLIAM HORN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM J ADAMS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM J BARNES III
ADDRESS AVAILABLE UPON REQUEST

WILLIAM J TOMAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM JACOBSON
ADDRESS AVAILABLE UPON REQUEST

WILLIAM JOSEPH MARION
ADDRESS AVAILABLE UPON REQUEST

WILLIAM KNOX
ADDRESS AVAILABLE UPON REQUEST

WILLIAM L BRANT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM L HEATH
ADDRESS AVAILABLE UPON REQUEST

WILLIAM L HINES
ADDRESS AVAILABLE UPON REQUEST

WILLIAM LAROE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM LOGAN THORE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM LUSE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM M QUANE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MAHER
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MICHAEL STEVENS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MITCHELL
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MORRIS ENDEAVOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MORRIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM MUNRO
ADDRESS AVAILABLE UPON REQUEST

WILLIAM NICKISON
ADDRESS AVAILABLE UPON REQUEST

WILLIAM NIRO
ADDRESS AVAILABLE UPON REQUEST

WILLIAM NOAH TRIPLETT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM OATES
ADDRESS AVAILABLE UPON REQUEST

WILLIAM PERRY MCKENZIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAM PIERCE REIDWAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAM POOT
ADDRESS AVAILABLE UPON REQUEST

WILLIAM R / LINDA V OTIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM R HUGHES
ADDRESS AVAILABLE UPON REQUEST

WILLIAM RANKIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM RAYMOND MARTHENS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ROBERT HUGHES
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ROBERT ROSENBERG
ADDRESS AVAILABLE UPON REQUEST

WILLIAM S FINK
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SAUNDERS
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SCOTT IRWIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SEELIG
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SHERWOOD
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SMITH
ADDRESS AVAILABLE UPON REQUEST

WILLIAM SU
ADDRESS AVAILABLE UPON REQUEST

WILLIAM T DIETRICH
ADDRESS AVAILABLE UPON REQUEST

WILLIAM T WINTER
ADDRESS AVAILABLE UPON REQUEST

WILLIAM TYLER
ADDRESS AVAILABLE UPON REQUEST

WILLIAM UNDERWOOD III
ADDRESS AVAILABLE UPON REQUEST

WILLIAM VALE HOSPITALITY
ADDRESS UNAVAILABLE AT TIME OF FILING

WILLIAM VREELAND
ADDRESS AVAILABLE UPON REQUEST

WILLIAM WARREN H RUDD
ADDRESS AVAILABLE UPON REQUEST

WILLIAM ZEMBRICKI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS & SELYEM LLC
7227 WESTSIDE ROAD
HEALDSBURG, CA  95448

WILLIAMS III, FRANK E.
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS JR, LASHON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS JR, VICTOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS PHYNES, DIANE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS TRIPP, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AARYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ADELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AKETHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALAIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEC
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ALPHONSE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMEERAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AMY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANALEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANDRE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANDRENA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANNIKAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, APRIL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ASTASIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BART
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BEATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BELINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BESSIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BESSIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BETTY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BIANCA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BILL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BLAIR
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANDI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRANNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BREAUNAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRENNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRIAN AND COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITNEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CARLEIGH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CARLTON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAROL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CARZELLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CASEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CATHY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CATRICE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CECILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHAD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHARITIANNE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHARLIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHASE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHESTER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHIANTE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHLOE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CJ
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CONCHITA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CONSTANCE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COREY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CORRINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COURTENAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CUNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, CYRIL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DANNY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAPHYNE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAWN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DAWN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DEKESHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DENISE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DENISE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DESIREE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DIAMOND
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DIAMONIQUE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DIANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DIANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DIANE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DJ
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DONALD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DONNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DORNELL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DOROTHY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, DWIGHT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EDRIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EMMA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERIC V
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERIKA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ERMALEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, EVAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, FAITH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, FAITH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, FANAHI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, FELISHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GARLAND
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GLEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GLENN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GRACE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GRACE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, GYUZAL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HAILEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HALEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HAROLD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HEIDI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, HOPE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, IAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, IESHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ISAIAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ISRAEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JACLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JACOB
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JADE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAIME
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JALAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAMILA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JANE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JANENE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JANET
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JANICE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JARED
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JASON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JASON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAYLEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JAYVIOUS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JEAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENIFER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENIFFER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENNI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JERROD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA RAE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOANN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOSELYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JOVON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JUDY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JULIETTE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAILYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KALI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAMEI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KANDIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KANIAUA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KARI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KARLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KASSANDRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATHY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KELSI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KENDALL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KEONNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KERENSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIERSTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIMMON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KORI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, KYLIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LACEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LATOYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAVENA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAVOLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LEWIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LEXI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LILLIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LISA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LISA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LIZZI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LOIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LOISANNE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LORI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LOTTIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, LYNNE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MACY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAJA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAKAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAKENZIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAKILIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARK
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARLENE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MARY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MASON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MATT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MEG
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MELODY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MERCEDEZES
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MIESHIEA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MIKHAIL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MIKI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MILDRED
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MIYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MONICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MONICA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MONIK
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, MYSTI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NANCY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NANCY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NANCY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NANETTE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NATALIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NEAL & SARAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICKY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, NOELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PAISLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PATTI & MARK
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PAYTAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PEDDYLEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PETER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PORSHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, QINGYING
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, QUENISHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RALPH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RAQUELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RAYNESHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, REECE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, REMI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RHYS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RILEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ROCHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ROD
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ROLLSHEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ROSENA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RYAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, RYAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SADREIKA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SALLY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SARA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHANICE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHANTEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHARON
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHAUNA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHERDINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SHONTA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SKYLER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, STACIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, STORMEE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SUSIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, SYREETA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAMI
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TANAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TANISHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TANISHIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TANYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAQUANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TARA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TASHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TASHAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TENELLIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERESA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERESA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERESA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERESA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERRENCE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TERRY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TESS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TIARA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TOMECKIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TRACY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TRINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TROY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TYLER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, TYLER
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS, ZACH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS/ROBERTSON, ANTHONY/ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS-BROWN, D'SEAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSBURG PIZZA
ADDRESS UNAVAILABLE AT TIME OF FILING

WILLIAMSBURKE, DIANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSCOATS, YULANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS-GAY, LAURIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS-JONES, SHAKIMA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, AGNES
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, AJ
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ALICE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, BECS
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, BEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, BETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, COLLIN P.
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, COLLIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, GREG
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, JEFF
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, JESSE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, LEE ANN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, LISA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, MR MICHAEL D.
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, SABRINA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, SONYA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, TAMESHA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMSON, TIANA
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS-RIVERA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WILLIAMS-SONOMA
ADDRESS UNAVAILABLE AT TIME OF FILING

WILLIAMS-WATSON, EDEN
ADDRESS AVAILABLE UPON REQUEST

WILLIARD, ANGIE
ADDRESS AVAILABLE UPON REQUEST

WILLIARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

WILLIE JANE
ADDRESS AVAILABLE UPON REQUEST

WILLIE JULIO PIMENTEL
ADDRESS AVAILABLE UPON REQUEST

WILLIE, MICHELAN
ADDRESS AVAILABLE UPON REQUEST

WILLIE, SHERLANDA
ADDRESS AVAILABLE UPON REQUEST

WILLIFORD, EDELLA
ADDRESS AVAILABLE UPON REQUEST

WILLIFORD, FERMAN
ADDRESS AVAILABLE UPON REQUEST

WILLIFORD, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLIG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLIGEROTH, SOREN
ADDRESS AVAILABLE UPON REQUEST

WILLIN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILLING, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WILLING, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILLING, KALA
ADDRESS AVAILABLE UPON REQUEST

WILLINGER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WILLINGER, TESS
ADDRESS AVAILABLE UPON REQUEST

WILLINGHAM, CATRINA
ADDRESS AVAILABLE UPON REQUEST

WILLINGHAM, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WILLINGHAM, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILLINGHAM, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WILLIS OF COLORADO INC.
62877 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0828

WILLIS, AIDEN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, ALAINE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, AMRIS
ADDRESS AVAILABLE UPON REQUEST

WILLIS, BEATRISS
ADDRESS AVAILABLE UPON REQUEST

WILLIS, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, BROOKLYN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, CAMRYN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, CARMEN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, CATHY
ADDRESS AVAILABLE UPON REQUEST

WILLIS, CONIKKA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WILLIS, EMMA IS
ADDRESS AVAILABLE UPON REQUEST

WILLIS, GINA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, HALLEE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, HALLIE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILLIS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILLIS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, JOSH
ADDRESS AVAILABLE UPON REQUEST

WILLIS, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, KATE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILLIS, KYLE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, LINDA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILLIS, MALIA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, MARISA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, NIA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILLIS, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, RAVANA
ADDRESS AVAILABLE UPON REQUEST

WILLIS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILLIS, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WILLIS, SHANYN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, STACI
ADDRESS AVAILABLE UPON REQUEST

WILLIS, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WILLIS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WILLIS, TYLER
ADDRESS AVAILABLE UPON REQUEST

WILLKENS, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WILLKOMM, ANJA
ADDRESS AVAILABLE UPON REQUEST

WILLMAN, ADAM
ADDRESS AVAILABLE UPON REQUEST

WILLMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WILLMOTT, RUTHIE
ADDRESS AVAILABLE UPON REQUEST

WILLMS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WILLNER, ISABEL
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY CAHALAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY DESIGN, LLC
602 WESTPORT ROAD
KANSAS CITY, MO 64111

WILLOUGHBY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, PAUL
ADDRESS AVAILABLE UPON REQUEST

WILLOUGHBY, TANYA
ADDRESS AVAILABLE UPON REQUEST

WILLOW CREEK RANCH
1687 ALAMO PINTADO ROAD
SOLVANG, CA 93463

WILLPRINT
ADDRESS UNAVAILABLE AT TIME OF FILING

WILLS, ADAM
ADDRESS AVAILABLE UPON REQUEST

WILLS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILLS, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILLS, BRITTANEY
ADDRESS AVAILABLE UPON REQUEST

WILLS, CANDICE
ADDRESS AVAILABLE UPON REQUEST

WILLS, CARLA
ADDRESS AVAILABLE UPON REQUEST

WILLS, CHARAUN
ADDRESS AVAILABLE UPON REQUEST

WILLS, DAWN
ADDRESS AVAILABLE UPON REQUEST

WILLS, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WILLS, ERIC
ADDRESS AVAILABLE UPON REQUEST

WILLS, JULIAN
ADDRESS AVAILABLE UPON REQUEST

WILLS, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILLS, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILLS, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WILLS, PATTIE
ADDRESS AVAILABLE UPON REQUEST

WILLS, SEAN
ADDRESS AVAILABLE UPON REQUEST

WILLS, TARA
ADDRESS AVAILABLE UPON REQUEST

WILLSEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WILLSHIRE, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WILLSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILLSON, CASEY
ADDRESS AVAILABLE UPON REQUEST

WILLSON, CIRA
ADDRESS AVAILABLE UPON REQUEST

WILLUMSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILLY, DAUREEN
ADDRESS AVAILABLE UPON REQUEST

WILMER TORO
ADDRESS AVAILABLE UPON REQUEST

WILMES, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WILMES, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILMES, KRISTI
ADDRESS AVAILABLE UPON REQUEST

WILMORE, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WILMOT, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILMOT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILMOT, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILMOTH, MARY
ADDRESS AVAILABLE UPON REQUEST

WILMOTH, WAYNE
ADDRESS AVAILABLE UPON REQUEST

WILMOTT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSHIRE REFRIGERATION
ADDRESS UNAVAILABLE AT TIME OF FILING

WILSMANN, MADISON
ADDRESS AVAILABLE UPON REQUEST

WILSON HERSEY, JERRA
ADDRESS AVAILABLE UPON REQUEST

WILSON PAUL SMITH
ADDRESS AVAILABLE UPON REQUEST

WILSON QIN
ADDRESS AVAILABLE UPON REQUEST

WILSON WEI QIN
ADDRESS AVAILABLE UPON REQUEST

WILSON YU
ADDRESS AVAILABLE UPON REQUEST

WILSON, ABBEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, ALEX
ADDRESS AVAILABLE UPON REQUEST

WILSON, ALEXINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WILSON, ALI
ADDRESS AVAILABLE UPON REQUEST

WILSON, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMBER
ADDRESS AVAILABLE UPON REQUEST

WILSON, AMELIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANARA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANDRE
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANN MARIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANN
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANN
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ANNA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ARNIM
ADDRESS AVAILABLE UPON REQUEST

WILSON, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, AUNDREA
ADDRESS AVAILABLE UPON REQUEST

WILSON, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, AVG
ADDRESS AVAILABLE UPON REQUEST

WILSON, BAILEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, BETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, BETSY
ADDRESS AVAILABLE UPON REQUEST

WILSON, BOBBY
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRADY
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WILSON, BREE
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, BRYCE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, CALEIGH
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CARL
ADDRESS AVAILABLE UPON REQUEST

WILSON, CARLOS
ADDRESS AVAILABLE UPON REQUEST

WILSON, CARMEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAROL
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

WILSON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHARMARIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHELSY
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHIQUITA
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WILSON, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WILSON, CLARENCE
ADDRESS AVAILABLE UPON REQUEST

WILSON, COLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, COLIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

WILSON, DAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILSON, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILSON, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WILSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, DENELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, DENELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, DEREK
ADDRESS AVAILABLE UPON REQUEST

WILSON, DEVIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, DIANE
ADDRESS AVAILABLE UPON REQUEST

WILSON, DIANN
ADDRESS AVAILABLE UPON REQUEST

WILSON, DONALD
ADDRESS AVAILABLE UPON REQUEST

WILSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ELICIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, EMILY ZANE
ADDRESS AVAILABLE UPON REQUEST

WILSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILSON, EMILY
ADDRESS AVAILABLE UPON REQUEST

WILSON, EMMA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ERIC
ADDRESS AVAILABLE UPON REQUEST

WILSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, ERLA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ETHAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, EVAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, FARA
ADDRESS AVAILABLE UPON REQUEST

WILSON, FRAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, GANTRY
ADDRESS AVAILABLE UPON REQUEST

WILSON, GARY
ADDRESS AVAILABLE UPON REQUEST

WILSON, GENNIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WILSON, GUY AND DOTTIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, HAROLD
ADDRESS AVAILABLE UPON REQUEST

WILSON, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILSON, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WILSON, HELEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, HOLLIS
ADDRESS AVAILABLE UPON REQUEST

WILSON, HOPE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JACK
ADDRESS AVAILABLE UPON REQUEST

WILSON, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JACKLYN
ADDRESS AVAILABLE UPON REQUEST

WILSON, JACOB
ADDRESS AVAILABLE UPON REQUEST

WILSON, JADE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAECIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAKKI
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAMES
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JAMIKA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JANET
ADDRESS AVAILABLE UPON REQUEST

WILSON, JANNAE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JASMINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENN
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNIFER-KYLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JENNY
ADDRESS AVAILABLE UPON REQUEST

WILSON, JERELYN
ADDRESS AVAILABLE UPON REQUEST

WILSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JILL
ADDRESS AVAILABLE UPON REQUEST

WILSON, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WILSON, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JOSIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JUDY
ADDRESS AVAILABLE UPON REQUEST

WILSON, JULIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, JULIETA
ADDRESS AVAILABLE UPON REQUEST

WILSON, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATHY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

WILSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KELLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KELSI
ADDRESS AVAILABLE UPON REQUEST

WILSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KENDRA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KENYA
ADDRESS AVAILABLE UPON REQUEST

WILSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIM
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KORI
ADDRESS AVAILABLE UPON REQUEST

WILSON, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, KRISTY
ADDRESS AVAILABLE UPON REQUEST

WILSON, KYLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, LACEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, LANA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LASHONDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WILSON, LEAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, LENA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, LETHA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LIAM
ADDRESS AVAILABLE UPON REQUEST

WILSON, LIBBY
ADDRESS AVAILABLE UPON REQUEST

WILSON, LINDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WILSON, LISA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LISA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LORNA
ADDRESS AVAILABLE UPON REQUEST

WILSON, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

WILSON, LYNETTE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MADISON
ADDRESS AVAILABLE UPON REQUEST

WILSON, MADISON
ADDRESS AVAILABLE UPON REQUEST

WILSON, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARCIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARK
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARLA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARY
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARY
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARY
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARYBETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, MARY-GRACE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WILSON, MD, DWAYNE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WILSON, MEREDITH
ADDRESS AVAILABLE UPON REQUEST

WILSON, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MIKE
ADDRESS AVAILABLE UPON REQUEST

WILSON, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, MORGEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, NAYA
ADDRESS AVAILABLE UPON REQUEST

WILSON, NICHOLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WILSON, NYLA
ADDRESS AVAILABLE UPON REQUEST

WILSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, PAMALA
ADDRESS AVAILABLE UPON REQUEST

WILSON, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

WILSON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, PHILIP
ADDRESS AVAILABLE UPON REQUEST

WILSON, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

WILSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, RANDY
ADDRESS AVAILABLE UPON REQUEST

WILSON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WILSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

WILSON, REGINA
ADDRESS AVAILABLE UPON REQUEST

WILSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

WILSON, RENEE
ADDRESS AVAILABLE UPON REQUEST

WILSON, REUBEN
ADDRESS AVAILABLE UPON REQUEST

WILSON, RHONDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WILSON, RILEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, RILEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WILSON, RONALD
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROSALITA
ADDRESS AVAILABLE UPON REQUEST

WILSON, ROY
ADDRESS AVAILABLE UPON REQUEST

WILSON, RUBILLY
ADDRESS AVAILABLE UPON REQUEST

WILSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, RYAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WILSON, SARA
ADDRESS AVAILABLE UPON REQUEST

WILSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, SARAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, SAVANNAH
ADDRESS AVAILABLE UPON REQUEST

WILSON, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WILSON, SETH
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHAKERA
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHAKEYA
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHANEL
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHARON
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHAY
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHEILA
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHELBEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHERIEE
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHERRI
ADDRESS AVAILABLE UPON REQUEST

WILSON, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, STACEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, STACY
ADDRESS AVAILABLE UPON REQUEST

WILSON, STACY
ADDRESS AVAILABLE UPON REQUEST

WILSON, STEPAHANIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, STORM
ADDRESS AVAILABLE UPON REQUEST

WILSON, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

WILSON, TANNER
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WILSON, TEIRA
ADDRESS AVAILABLE UPON REQUEST

WILSON, TERESA
ADDRESS AVAILABLE UPON REQUEST

WILSON, TERICA
ADDRESS AVAILABLE UPON REQUEST

WILSON, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WILSON, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WILSON, TIJUAN
ADDRESS AVAILABLE UPON REQUEST

WILSON, TILER
ADDRESS AVAILABLE UPON REQUEST

WILSON, TIM
ADDRESS AVAILABLE UPON REQUEST

WILSON, TOM
ADDRESS AVAILABLE UPON REQUEST

WILSON, TOM
ADDRESS AVAILABLE UPON REQUEST

WILSON, TRACY
ADDRESS AVAILABLE UPON REQUEST

WILSON, TRACY
ADDRESS AVAILABLE UPON REQUEST

WILSON, TRUDY
ADDRESS AVAILABLE UPON REQUEST

WILSON, TYLER
ADDRESS AVAILABLE UPON REQUEST

WILSON, V.
ADDRESS AVAILABLE UPON REQUEST

WILSON, VALENCIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WILSON, VICKI
ADDRESS AVAILABLE UPON REQUEST

WILSON, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WILSON, WANDA
ADDRESS AVAILABLE UPON REQUEST

WILSON, WANETTA
ADDRESS AVAILABLE UPON REQUEST

WILSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WILSON, WILL
ADDRESS AVAILABLE UPON REQUEST

WILSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILSON, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILSON, WYLENE
ADDRESS AVAILABLE UPON REQUEST

WILSON-MIYOSHI, MIKAILA
ADDRESS AVAILABLE UPON REQUEST

WILSON-RAINE, ERIQ
ADDRESS AVAILABLE UPON REQUEST

WILSON-SHROYER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WILSON-WEBB, CARLIN
ADDRESS AVAILABLE UPON REQUEST

WILSON-WOLFE, ROBYN
ADDRESS AVAILABLE UPON REQUEST

WILSTED, RILEY
ADDRESS AVAILABLE UPON REQUEST

WILT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WILT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WILT, DAVID
ADDRESS AVAILABLE UPON REQUEST

WILT, HAYDEN
ADDRESS AVAILABLE UPON REQUEST

WILT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WILT, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WILTBERGER-BURTON, JULIE
ADDRESS AVAILABLE UPON REQUEST

WILTFONG, LAURA
ADDRESS AVAILABLE UPON REQUEST

WILTON, BRIANA
ADDRESS AVAILABLE UPON REQUEST

WILTON, DARREN
ADDRESS AVAILABLE UPON REQUEST

WILTON, ERIN
ADDRESS AVAILABLE UPON REQUEST

WILTROUT, JILL
ADDRESS AVAILABLE UPON REQUEST

WILTS, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WILTSHIRE, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WILTSHIRE, TIANA
ADDRESS AVAILABLE UPON REQUEST

WILTSIE, JIM
ADDRESS AVAILABLE UPON REQUEST

WILTZ, FELICIA
ADDRESS AVAILABLE UPON REQUEST

WILWERDING, FAITH
ADDRESS AVAILABLE UPON REQUEST

WILWERT, ANNE
ADDRESS AVAILABLE UPON REQUEST

WIM DE CRAECKER
ADDRESS AVAILABLE UPON REQUEST

WIM VAN ESPEN
ADDRESS AVAILABLE UPON REQUEST

WIMBERLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WIMBERLY, DAVE
ADDRESS AVAILABLE UPON REQUEST

WIMBERLY, LILLY
ADDRESS AVAILABLE UPON REQUEST

WIMBERLY, MIKALA
ADDRESS AVAILABLE UPON REQUEST

WIMBERLY, TABITHA
ADDRESS AVAILABLE UPON REQUEST

WIMBISH, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WIMMER, KIA
ADDRESS AVAILABLE UPON REQUEST

WIMMER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WIMMER, MADISON
ADDRESS AVAILABLE UPON REQUEST

WIMMER, MICALAH
ADDRESS AVAILABLE UPON REQUEST

WIMMER, WESTON
ADDRESS AVAILABLE UPON REQUEST

WIMMER-HAMAN, ZACKARY
ADDRESS AVAILABLE UPON REQUEST

WIMS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WIN, JAMES
ADDRESS AVAILABLE UPON REQUEST

WIN, KHAING
ADDRESS AVAILABLE UPON REQUEST

WIN, OANH
ADDRESS AVAILABLE UPON REQUEST

WINANS, CHASE
ADDRESS AVAILABLE UPON REQUEST

WINANS, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WINANS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WINANT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WINANT, MARYALYCE
ADDRESS AVAILABLE UPON REQUEST

WINBERG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WINBORNE, NAN
ADDRESS AVAILABLE UPON REQUEST

WINBORNE, PAT
ADDRESS AVAILABLE UPON REQUEST

WINBORNE, TASHAY
ADDRESS AVAILABLE UPON REQUEST

WINBURN, EMMALI
ADDRESS AVAILABLE UPON REQUEST

WINBURN, SARA
ADDRESS AVAILABLE UPON REQUEST

WINC PRODUCT SAMPLES
10202 W. WASHINGTON BLVD.
POITIER BUILDING, SUITE 3111
CULVER CITY, CA 90232

WINC, BETH
ADDRESS AVAILABLE UPON REQUEST

WINCHELL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, ALETHEA
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, BRANDI
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, TAMMY
ADDRESS AVAILABLE UPON REQUEST

WINCHESTER, ZACH
ADDRESS AVAILABLE UPON REQUEST

WINCHURCH, NORA
ADDRESS AVAILABLE UPON REQUEST

WINCKLHOFER, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WINCZE, ALISA
ADDRESS AVAILABLE UPON REQUEST

WINCZEWSKI, KELLY
ADDRESS AVAILABLE UPON REQUEST

WIND, ALEX
ADDRESS AVAILABLE UPON REQUEST

WIND, JANE
ADDRESS AVAILABLE UPON REQUEST

WIND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WIND, TODD
ADDRESS AVAILABLE UPON REQUEST

WIND, TYLER
ADDRESS AVAILABLE UPON REQUEST

WINDELER, SUSANNE
ADDRESS AVAILABLE UPON REQUEST

WINDELL, ALEA
ADDRESS AVAILABLE UPON REQUEST

WINDELL, PAYTON
ADDRESS AVAILABLE UPON REQUEST

WINDER, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WINDER, ROSE
ADDRESS AVAILABLE UPON REQUEST

WINDERLICH, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WINDERMAN, KERRI
ADDRESS AVAILABLE UPON REQUEST

WINDERS, CAMERON
ADDRESS AVAILABLE UPON REQUEST

WINDFELDER, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WINDHAM, DEANNA
ADDRESS AVAILABLE UPON REQUEST

WINDHAM, VINCENT
ADDRESS AVAILABLE UPON REQUEST

WINDHORST, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINDHORST, AMY
ADDRESS AVAILABLE UPON REQUEST

WINDISCHMAN, KAI
ADDRESS AVAILABLE UPON REQUEST

WINDLE, BRAD
ADDRESS AVAILABLE UPON REQUEST

WINDLE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WINDLE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WINDLEY, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WINDON, KATIE
ADDRESS AVAILABLE UPON REQUEST

WINDREM, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WINDSCHITL, CHAD
ADDRESS AVAILABLE UPON REQUEST

WINDSOR AT THE GANSE NEW YORK
ADDRESS UNAVAILABLE AT TIME OF FILING

WINDSOR, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WINDSOR, LIZ
ADDRESS AVAILABLE UPON REQUEST

WINDSOR, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WINDSPERGER, AFTON
ADDRESS AVAILABLE UPON REQUEST

WINDY BALLOON COMPANY
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE & SPIRITS MAGAZINE
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE AND CRIME PODCAST, LLC
1421 JEFFERSON AVE.  1
MINNEAPOLIS, MN  55413

WINE AND CRIME PODCAST, LLC
2400 W 102ND STREET  227
BLOOMINGTON, MN  55431

WINE AUSTRALIA
PO BOX 2733
KENT TOWN  SA 5071
AUSTRALIA

WINE CLUB GUIDE
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE COUNTY TRANSIT
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE DIRECT
1190 AIRPORT BLVD
NAPA, CA  94558

WINE DIRECT
PO BOX 49190
SAN JOSE, CA  95161

WINE DUCK CO., LTD
102 1F, 62, OLYMPIC-RO77GIL,GANGDONG-
GU
SEOUL  05245
KOREA, REPUBLIC OF

WINE ENTHUSIAST
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE GUY LLC (DBA LA LUMIERE
SELECTIONS)
213 HUNTING HILL LANE WEST
CHESTER, PA  19832

WINE INSTITUTE
425 MARKET STREET, STE. 1000
SAN FRANCISCO, CA  94105

WINE MASTER CELLAR
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE RACK LONDON
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE SALES
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE SHIPPING
21481 8TH ST EAST 15C
SONOMA, CA 95476

WINE SPECTATOR
ADDRESS UNAVAILABLE AT TIME OF FILING

WINE WAREHOUSE
PO BOX 910900
LOS ANGELES, CA 90091-0900

WINE WISE LLC
5655 COLLEGE AVE
OAKLAND, CA 94618

WINE, DONNA
ADDRESS AVAILABLE UPON REQUEST

WINE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WINE, WOMEN, AND WORDS PODCAST
13615 ANKERTON ST
WHITTIER, CA 90601

WINEBRENNER, BRYCE
ADDRESS AVAILABLE UPON REQUEST

WINEBRINNER, BOBBY
ADDRESS AVAILABLE UPON REQUEST

WINEBURG, JANALEE
ADDRESS AVAILABLE UPON REQUEST

WINEBUSINESS.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

WINEDERLUSTING LLC
235 SW 7TH ST
POMPANO BEACH, FL 33060

WINEGAR, DOORLY
ADDRESS AVAILABLE UPON REQUEST

WINEGARDNER, MASON
ADDRESS AVAILABLE UPON REQUEST

WINEINGER, MARY
ADDRESS AVAILABLE UPON REQUEST

WINEJUDGING.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

WINELAB LTD
CLANE IND. EST. UNIT 5, THOMPSON ENT.
CTR CLANE, CO.
KILDARE W91XYC8
IRELAND

WINEMBERG, ALYSON
ADDRESS AVAILABLE UPON REQUEST

WINEOPENERS.COM
2370 MARKET STREET 400
SAN FRANCISCO, CA 94114

WINERY EXCHANGE INC. DBA WX BRANDS
500 REDWOOD BLVD. SUITE 200
NOVATO, CA 94947

WINERY
ADDRESS UNAVAILABLE AT TIME OF FILING

WINES UNLIMITED - LOUISIANA
4221 BIENVILLE STREET
NEW ORLEANS, LA 70119

WINES UNLIMITED
4221 BIENVILLE STREET
NEW ORLEANS, LA 70119

WINES VINES
ADDRESS UNAVAILABLE AT TIME OF FILING

WINES, ALISON
ADDRESS AVAILABLE UPON REQUEST

WINES, BILL
ADDRESS AVAILABLE UPON REQUEST

WINES, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WINES, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WINES, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WINES, SARAH
ADDRESS AVAILABLE UPON REQUEST

WINEY, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WINFIELD, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WINFREY, CHRISTIANA
ADDRESS AVAILABLE UPON REQUEST

WINFREY, RICK
ADDRESS AVAILABLE UPON REQUEST

WING, HALEY
ADDRESS AVAILABLE UPON REQUEST

WING, SHALOMIE
ADDRESS AVAILABLE UPON REQUEST

WING, ZAIKWAN
ADDRESS AVAILABLE UPON REQUEST

WINGARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WINGATE, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WINGATE, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WINGATE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WINGEART, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WINGENROTH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WINGER, DAN
ADDRESS AVAILABLE UPON REQUEST

WINGER, JYLLIAN
ADDRESS AVAILABLE UPON REQUEST

WINGER, MARY
ADDRESS AVAILABLE UPON REQUEST

WINGERATH-SCHLANGER, SARA
ADDRESS AVAILABLE UPON REQUEST

WINGERT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WINGERTER, CORY
ADDRESS AVAILABLE UPON REQUEST

WINGERTER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WINGFIELD, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WINGFIELD, MARY
ADDRESS AVAILABLE UPON REQUEST

WINGFIELD, PAUL
ADDRESS AVAILABLE UPON REQUEST

WINGFIELD, TORLAND
ADDRESS AVAILABLE UPON REQUEST

WINGIFY SOFTWARE PRIVATE LIMITED
1104, 11TH FLOOR KLJ TOWER NORTH B-5
NETAJI SHUBHASH PLACE PITAMPURA
DELHI  10034
INDIA

WINGLER, CINDY
ADDRESS AVAILABLE UPON REQUEST

WINGLER, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WINGLER, TRACY
ADDRESS AVAILABLE UPON REQUEST

WINGO, JESS
ADDRESS AVAILABLE UPON REQUEST

WINGO, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WINGSTOP
ADDRESS UNAVAILABLE AT TIME OF FILING

WINGY, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WINICK, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WINIGER, HALEY
ADDRESS AVAILABLE UPON REQUEST

WINIGRAD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WININGHAM, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WINJE, DERRICK
ADDRESS AVAILABLE UPON REQUEST

WINK, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

WINK, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WINKEL, DANA
ADDRESS AVAILABLE UPON REQUEST

WINKEL, GAVIN
ADDRESS AVAILABLE UPON REQUEST

WINKEL, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WINKELMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WINKELMAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WINKELMAN, SEJAL
ADDRESS AVAILABLE UPON REQUEST

WINKELMANN, AARON
ADDRESS AVAILABLE UPON REQUEST

WINKELMANN, ABBIE
ADDRESS AVAILABLE UPON REQUEST

WINKELSAS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINKELSTEIN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WINKFIELD, JOSLYN
ADDRESS AVAILABLE UPON REQUEST

WINKLEMAN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINKLER, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WINKLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WINKLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WINKLER, DARCIE
ADDRESS AVAILABLE UPON REQUEST

WINKLER, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WINKLER, GABE
ADDRESS AVAILABLE UPON REQUEST

WINKLER, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

WINKLER, HAYLIE
ADDRESS AVAILABLE UPON REQUEST

WINKLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

WINKLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

WINKLER, MARY & DALE
ADDRESS AVAILABLE UPON REQUEST

WINKLER, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WINKLER, ROMAN
ADDRESS AVAILABLE UPON REQUEST

WINKLER, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WINKLER-WATTS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WINKLES, KASEY BROOKE
ADDRESS AVAILABLE UPON REQUEST

WINLAND, DANA
ADDRESS AVAILABLE UPON REQUEST

WINN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WINN, CASIE
ADDRESS AVAILABLE UPON REQUEST

WINN, KALON
ADDRESS AVAILABLE UPON REQUEST

WINN, KYMBERLY
ADDRESS AVAILABLE UPON REQUEST

WINN, MARLA
ADDRESS AVAILABLE UPON REQUEST

WINN, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WINN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

WINNE, JESS
ADDRESS AVAILABLE UPON REQUEST

WINNEN, AMY
ADDRESS AVAILABLE UPON REQUEST

WINNER, CHRISTAN
ADDRESS AVAILABLE UPON REQUEST

WINNER, JAMES
ADDRESS AVAILABLE UPON REQUEST

WINNERS GARAGE
ADDRESS UNAVAILABLE AT TIME OF FILING

WINNESHIEK, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WINNEY, MIKE
ADDRESS AVAILABLE UPON REQUEST

WINNICKI, KARI
ADDRESS AVAILABLE UPON REQUEST

WINNIE YUEN FUNG HIGGS
ADDRESS AVAILABLE UPON REQUEST

WINNIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WINNIFRED HEBERT
ADDRESS AVAILABLE UPON REQUEST

WINNING, JAMES
ADDRESS AVAILABLE UPON REQUEST

WINRICH, NACELLE R
ADDRESS AVAILABLE UPON REQUEST

WINSBY, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

WINSCHEL, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WINSCHUH, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WINSECK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WINSETT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WINSEY, JEMILA
ADDRESS AVAILABLE UPON REQUEST

WINSHIP, JOAN & JAMES
ADDRESS AVAILABLE UPON REQUEST

WINSKI, BETH
ADDRESS AVAILABLE UPON REQUEST

WINSKIE, STACEY
ADDRESS AVAILABLE UPON REQUEST

WINSLEY, LAKRYSHA
ADDRESS AVAILABLE UPON REQUEST

WINSLOW, DELANEY
ADDRESS AVAILABLE UPON REQUEST

WINSLOW, DENISE
ADDRESS AVAILABLE UPON REQUEST

WINSLOW, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WINSLOW, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WINSMAN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WINSON, TULIE
ADDRESS AVAILABLE UPON REQUEST

WINSOR, BRYCE
ADDRESS AVAILABLE UPON REQUEST

WINSPER, JENNIE
ADDRESS AVAILABLE UPON REQUEST

WINSTEAD, ALAN
ADDRESS AVAILABLE UPON REQUEST

WINSTEAD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINSTEAD, ANNA
ADDRESS AVAILABLE UPON REQUEST

WINSTEAD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WINSTEAD, SHELBI
ADDRESS AVAILABLE UPON REQUEST

WINSTON, GINA
ADDRESS AVAILABLE UPON REQUEST

WINSTON, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WINSTON, MARK
ADDRESS AVAILABLE UPON REQUEST

WINSTON, PAM
ADDRESS AVAILABLE UPON REQUEST

WINSTON, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WINT, HTET A.
ADDRESS AVAILABLE UPON REQUEST

WINT, JACOB
ADDRESS AVAILABLE UPON REQUEST

WINT, MR. PETER A
ADDRESS AVAILABLE UPON REQUEST

WINTCH, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WINTER MARKETING, INC.
3618 154TH STREET
SURREY, BC  V3Z 0H3
CANADA

WINTER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINTER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WINTER, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WINTER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WINTER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WINTER, GINNA
ADDRESS AVAILABLE UPON REQUEST

WINTER, GREG
ADDRESS AVAILABLE UPON REQUEST

WINTER, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WINTER, JANA
ADDRESS AVAILABLE UPON REQUEST

WINTER, JOHN
ADDRESS AVAILABLE UPON REQUEST

WINTER, JONATHON
ADDRESS AVAILABLE UPON REQUEST

WINTER, JUDY
ADDRESS AVAILABLE UPON REQUEST

WINTER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WINTER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WINTER, MIKE
ADDRESS AVAILABLE UPON REQUEST

WINTER, MONICA
ADDRESS AVAILABLE UPON REQUEST

WINTER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WINTER, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WINTER, STACEY
ADDRESS AVAILABLE UPON REQUEST

WINTER, TAMEEKA
ADDRESS AVAILABLE UPON REQUEST

WINTER, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WINTERBOTTOM, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WINTERBOTTOM, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WINTERBOTTOM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WINTERKORN, LARA
ADDRESS AVAILABLE UPON REQUEST

WINTERLAND, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WINTERMYER, DAVID
ADDRESS AVAILABLE UPON REQUEST

WINTERNITZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

WINTERRROWD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WINTERS, AIDAN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, AMY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ANNA
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, CASEY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WINTERS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ED
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, HATTIE
ADDRESS AVAILABLE UPON REQUEST

WINTERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WINTERS, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, JOHN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, KAREN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, KASEY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, LISA
ADDRESS AVAILABLE UPON REQUEST

WINTERS, LYNNETTE
ADDRESS AVAILABLE UPON REQUEST

WINTERS, MANALI
ADDRESS AVAILABLE UPON REQUEST

WINTERS, MARILYN
ADDRESS AVAILABLE UPON REQUEST

WINTERS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WINTERS, NANCY
ADDRESS AVAILABLE UPON REQUEST

WINTERS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WINTERS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WINTERS, SHAVENOR
ADDRESS AVAILABLE UPON REQUEST

WINTERS, SHEILA
ADDRESS AVAILABLE UPON REQUEST

WINTERS, TYLER
ADDRESS AVAILABLE UPON REQUEST

WINTERS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WINTHER, CANDACE
ADDRESS AVAILABLE UPON REQUEST

WINTHER, TY
ADDRESS AVAILABLE UPON REQUEST

WINTHROP, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WINTI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WINTJEN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WINTLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WINTNER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WINTON, AJYA
ADDRESS AVAILABLE UPON REQUEST

WINTON, KYLE
ADDRESS AVAILABLE UPON REQUEST

WINTON, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WINTRINGER, LINDA
ADDRESS AVAILABLE UPON REQUEST

WINTRODE, CARLA
ADDRESS AVAILABLE UPON REQUEST

WINTZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WINTZ, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WINWARD, ELLIE
ADDRESS AVAILABLE UPON REQUEST

WINZELER, SIDNEY
ADDRESS AVAILABLE UPON REQUEST

WINZEN, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WINZER, KATIE
ADDRESS AVAILABLE UPON REQUEST

WIOREK, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WIPF, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

WIPPEL, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WIPPLINGER, KYLEIGH
ADDRESS AVAILABLE UPON REQUEST

WIRBICK, TIM
ADDRESS AVAILABLE UPON REQUEST

WIRE OUT ALEXANDER
ADDRESS UNAVAILABLE AT TIME OF FILING

WIRE OUT DBC
ADDRESS UNAVAILABLE AT TIME OF FILING

WIRELESS XCESSORIES GROUP
ADDRESS UNAVAILABLE AT TIME OF FILING

WIRICK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WIRTA, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WIRTANEN, GRAY
ADDRESS AVAILABLE UPON REQUEST

WIRTANEN, JILL
ADDRESS AVAILABLE UPON REQUEST

WIRTH, CAROLE
ADDRESS AVAILABLE UPON REQUEST

WIRTH, LINDA
ADDRESS AVAILABLE UPON REQUEST

WIRTH, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WIRTH, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WIRTH, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

WIRTH, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WIRTHEIM, EMILIE
ADDRESS AVAILABLE UPON REQUEST

WIRTHLIN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WIRTZ, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WIRTZFELD, JASON
ADDRESS AVAILABLE UPON REQUEST

WISCONSIN ALCOHOL & TOBACCO
ENFORCEMENT
2135 RIMROCK RD
MADISON, WI  53708

WISCONSIN ALCOHOL & TOBACCO
ENFORCEMENT
MAIL STOP 6-107 P.O. BOX 8900
MADISON, WI  53708-8900

WISCONSIN DEPARTMENT OF AGRICULTURE
BUREAU OF CONSUMER PROTECTION
2811 AGRICULTURE DR
PO BOX 8911
MADISON, WI  53708-8911

WISCONSIN DEPARTMENT OF REVENUE
ADDRESS UNAVAILABLE AT TIME OF FILING

WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON, WI  53713

WISCONSIN DEPT OF WORKFORCE
DEVELOPMENT
201 E WASHINGTON AVENUE
MASION, WI  53703

WISCONSIN DEPT OF WORKFORCE
DEVELOPMENT
PO BOX 7946
MASION, WI  53707-7946

WISCONSIN DFI- DIVISION OF SECURITIES
201 W WASHINGTON AVE
MADISON, WI  53703

WISCONSIN DIVISION OF SECURITIES
PO BOX 1768
MADISON, WI  53701-1768

WISDOM, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WISDOM, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WISDOM, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WISE, AMY
ADDRESS AVAILABLE UPON REQUEST

WISE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WISE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WISE, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WISE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WISE, DEB
ADDRESS AVAILABLE UPON REQUEST

WISE, HOPE
ADDRESS AVAILABLE UPON REQUEST

WISE, JANET
ADDRESS AVAILABLE UPON REQUEST

WISE, JANICE
ADDRESS AVAILABLE UPON REQUEST

WISE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WISE, JOSH
ADDRESS AVAILABLE UPON REQUEST

WISE, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WISE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WISE, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WISE, MELODY
ADDRESS AVAILABLE UPON REQUEST

WISE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WISE, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WISE, PATSY
ADDRESS AVAILABLE UPON REQUEST

WISE, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WISE, RAVEN
ADDRESS AVAILABLE UPON REQUEST

WISE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

WISE, SEAN
ADDRESS AVAILABLE UPON REQUEST

WISE, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WISE, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WISE, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WISE, SUMMER
ADDRESS AVAILABLE UPON REQUEST

WISE, TERRY
ADDRESS AVAILABLE UPON REQUEST

WISE, TYLER-MARIE
ADDRESS AVAILABLE UPON REQUEST

WISECARVER, SARAH
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, DAMIEN
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, JANE
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, RYANN
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WISEMAN, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

WISER, COLE
ADDRESS AVAILABLE UPON REQUEST

WISH, BOB
ADDRESS AVAILABLE UPON REQUEST

WISH, MARY
ADDRESS AVAILABLE UPON REQUEST

WISHARD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WISHBOW, WAYNE
ADDRESS AVAILABLE UPON REQUEST

WISHIHADTHA
ADDRESS UNAVAILABLE AT TIME OF FILING

WISHING, ZELINE
ADDRESS AVAILABLE UPON REQUEST

WISHNER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WISHNER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WISHNESKI, CECILIA
ADDRESS AVAILABLE UPON REQUEST

WISHNEW, DAVID
ADDRESS AVAILABLE UPON REQUEST

WISHNICK, AARON
ADDRESS AVAILABLE UPON REQUEST

WISHNICK, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WISLER, NICO
ADDRESS AVAILABLE UPON REQUEST

WISMAR, AUDREY
ADDRESS AVAILABLE UPON REQUEST

WISMER, PETER
ADDRESS AVAILABLE UPON REQUEST

WISNER, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WISNIA, AVI
ADDRESS AVAILABLE UPON REQUEST

WISNIEVITZ, MAYA
ADDRESS AVAILABLE UPON REQUEST

WISNIEWSKI, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

WISNIEWSKI, JAIME
ADDRESS AVAILABLE UPON REQUEST

WISNIEWSKI, MITCH
ADDRESS AVAILABLE UPON REQUEST

WISNIEWSKI, ZACH
ADDRESS AVAILABLE UPON REQUEST

WISNISKI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WISNOSKI, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WISOR, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WISOTZKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WISOWATY, KATIE
ADDRESS AVAILABLE UPON REQUEST

WISSEMANN, RICHIE
ADDRESS AVAILABLE UPON REQUEST

WISSENBACK, RODNEY
ADDRESS AVAILABLE UPON REQUEST

WISSER, EVA
ADDRESS AVAILABLE UPON REQUEST

WISSER, JAMES
ADDRESS AVAILABLE UPON REQUEST

WISSING, AMBER
ADDRESS AVAILABLE UPON REQUEST

WISSINK, ALI
ADDRESS AVAILABLE UPON REQUEST

WISSINK, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WISSLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WISSMAN, JAN
ADDRESS AVAILABLE UPON REQUEST

WISTED, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WISTRAND, LAURA
ADDRESS AVAILABLE UPON REQUEST

WISTRICH, MEGHANN
ADDRESS AVAILABLE UPON REQUEST

WISTUBA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WISWALL, KATIE
ADDRESS AVAILABLE UPON REQUEST

WISWALL, LISA
ADDRESS AVAILABLE UPON REQUEST

WISZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WISZ, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WIT & DELIGHT LLC
80 MISSISSIPPI RIVER BLVD NORTH
SAINT PAUL, MN  55104

WITBECK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WITCHER, KANISHA
ADDRESS AVAILABLE UPON REQUEST

WITCHER, NAEISHA
ADDRESS AVAILABLE UPON REQUEST

WITCZAK, JAIME
ADDRESS AVAILABLE UPON REQUEST

WITH SKYLER MEDIA, INC.
C/O A3 ARTISTS AGENCY
350 FIFTH AVENUE 38TH FLOOR
NEW YORK, NY  10118

WITHAM, BILL
ADDRESS AVAILABLE UPON REQUEST

WITHEE, ALANNA
ADDRESS AVAILABLE UPON REQUEST

WITHEE, THERESA
ADDRESS AVAILABLE UPON REQUEST

WITHERELL, TAMI
ADDRESS AVAILABLE UPON REQUEST

WITHERS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WITHERS, JEAN
ADDRESS AVAILABLE UPON REQUEST

WITHERS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WITHERS, LESLEY
ADDRESS AVAILABLE UPON REQUEST

WITHERS, WARREN
ADDRESS AVAILABLE UPON REQUEST

WITHERSPOON, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WITHERSPOON, OMAR
ADDRESS AVAILABLE UPON REQUEST

WITHERSPOON, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WITHERSPOON, TERRI
ADDRESS AVAILABLE UPON REQUEST

WITHEY, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

WITHEY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WITHKOWSKI, CIERRA
ADDRESS AVAILABLE UPON REQUEST

WITHROW, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WITHROW, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WITHROW, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WITHROW, MISTY
ADDRESS AVAILABLE UPON REQUEST

WITHUSKI, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WITIKKO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

WITKOWSKI, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WITKOWSKI, LISA
ADDRESS AVAILABLE UPON REQUEST

WITMER, JADE
ADDRESS AVAILABLE UPON REQUEST

WITMER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WITMOND, TOM
ADDRESS AVAILABLE UPON REQUEST

WITT WELLFORD, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WITT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WITT, ANNA
ADDRESS AVAILABLE UPON REQUEST

WITT, ANTOINETTE
ADDRESS AVAILABLE UPON REQUEST

WITT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WITT, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WITT, DONNA
ADDRESS AVAILABLE UPON REQUEST

WITT, JACKIE
ADDRESS AVAILABLE UPON REQUEST

WITT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WITT, JOHN
ADDRESS AVAILABLE UPON REQUEST

WITT, LAURA
ADDRESS AVAILABLE UPON REQUEST

WITT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WITT, PAUL
ADDRESS AVAILABLE UPON REQUEST

WITT, SHARON
ADDRESS AVAILABLE UPON REQUEST

WITTE, ABBY
ADDRESS AVAILABLE UPON REQUEST

WITTE, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WITTE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WITTE, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WITTE, LISA
ADDRESS AVAILABLE UPON REQUEST

WITTEK, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WITTEK, DAVID
ADDRESS AVAILABLE UPON REQUEST

WITTEKIND, KATIE
ADDRESS AVAILABLE UPON REQUEST

WITTEN, LIBBY
ADDRESS AVAILABLE UPON REQUEST

WITTENBERG, JOHN
ADDRESS AVAILABLE UPON REQUEST

WITTENBERG, PETER
ADDRESS AVAILABLE UPON REQUEST

WITTENBROOK, CHERISH
ADDRESS AVAILABLE UPON REQUEST

WITTENHAGEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WITTER, ARIELLE
ADDRESS AVAILABLE UPON REQUEST

WITTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WITTER, JOEL
ADDRESS AVAILABLE UPON REQUEST

WITTER, KHORI
ADDRESS AVAILABLE UPON REQUEST

WITTER, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WITTEVEEN, JAKE
ADDRESS AVAILABLE UPON REQUEST

WITTHAUT, MARKUS
ADDRESS AVAILABLE UPON REQUEST

WITTHUHN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WITTIG, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WITTIG, MARTHA
ADDRESS AVAILABLE UPON REQUEST

WITTIG, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WITTMAN, CAROLE KILDRON
ADDRESS AVAILABLE UPON REQUEST

WITTMER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WITTMER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WITTMER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WITTREN, ALAN
ADDRESS AVAILABLE UPON REQUEST

WITTROCK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WITTRY, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

WITTWER, ERIN
ADDRESS AVAILABLE UPON REQUEST

WITZIG, TYLER
ADDRESS AVAILABLE UPON REQUEST

WITZKE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WIXOM, RAE
ADDRESS AVAILABLE UPON REQUEST

WIXON, CHRISTA
ADDRESS AVAILABLE UPON REQUEST

WIX-SCHILLACE, JULIA
ADDRESS AVAILABLE UPON REQUEST

WIXSON, JOEL
ADDRESS AVAILABLE UPON REQUEST

WIXTED, ERIN
ADDRESS AVAILABLE UPON REQUEST

WIZA, CALEB
ADDRESS AVAILABLE UPON REQUEST

WIZA, GEORGIANA
ADDRESS AVAILABLE UPON REQUEST

WIZIKOWSKI, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WLADIS, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WLAZELEK, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WLSON, LAURA
ADDRESS AVAILABLE UPON REQUEST

WM SUPERCENTER
ADDRESS UNAVAILABLE AT TIME OF FILING

WME ENTERTAINMENT
9601 WILSHIRE BOULEVARD 3D FLOOR
BEVERLY HILLS, CA  90210

WNEK, JOSIE
ADDRESS AVAILABLE UPON REQUEST

WNETRZAK, SHARON
ADDRESS AVAILABLE UPON REQUEST

WNOROWSKI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

WNUK, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WNYC RADIO (THE GOTHAMIST)
GOTHAMIST 160 VARICK STREET
NEW YORK, NY  10013

WOBBEMA, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WOC, CARLOS
ADDRESS AVAILABLE UPON REQUEST

WOCHASKI, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WOCHINSKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WODARCZYK, KATIE
ADDRESS AVAILABLE UPON REQUEST

WODASH, LOU
ADDRESS AVAILABLE UPON REQUEST

WODDAIL, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WODKA, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WODKOWSKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WODOME, BLADA
ADDRESS AVAILABLE UPON REQUEST

WODRASKA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WODRASKA, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WODZYNSKI, JOANNA
ADDRESS AVAILABLE UPON REQUEST

WOEBSE, ERICA
ADDRESS AVAILABLE UPON REQUEST

WOECKNER, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WOEHLECKE, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

WOEHRLE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOELFEL, VICKI
ADDRESS AVAILABLE UPON REQUEST

WOERTH, AMY
ADDRESS AVAILABLE UPON REQUEST

WOERTHER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WOERTHER, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WOESSNER, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOFFICE LLC
ADDRESS AVAILABLE UPON REQUEST

WOFFORD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WOFFORD, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

WOFFORD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOHLEB, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOHLFEIL, PATTI
ADDRESS AVAILABLE UPON REQUEST

WOHLFELD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOHLFORD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WOHLGEMUTH, MARYANN
ADDRESS AVAILABLE UPON REQUEST

WOHLGEMUTH, TOM
ADDRESS AVAILABLE UPON REQUEST

WOHLNER, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WOHLSTATTAR, KATRIEN
ADDRESS AVAILABLE UPON REQUEST

WOIDAT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WOIK, HANAH
ADDRESS AVAILABLE UPON REQUEST

WOISLAW, JARED
ADDRESS AVAILABLE UPON REQUEST

WOISNET, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WOITYNEK, JOLENE
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWICZ, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, ALFRED
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, BETSY
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, JACKSON
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, KYLE
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, MARK
ADDRESS AVAILABLE UPON REQUEST

WOJCIECHOWSKI, SARA
ADDRESS AVAILABLE UPON REQUEST

WOJCIESZAK, ZUZANNA
ADDRESS AVAILABLE UPON REQUEST

WOJCIK, BRENNA
ADDRESS AVAILABLE UPON REQUEST

WOJCIK, CURTIS
ADDRESS AVAILABLE UPON REQUEST

WOJCIK, MATTIE
ADDRESS AVAILABLE UPON REQUEST

WOJCIK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WOJCIK, TRACI
ADDRESS AVAILABLE UPON REQUEST

WOJDA, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOJDACZ, JENNA
ADDRESS AVAILABLE UPON REQUEST

WOJEWODA, KIM
ADDRESS AVAILABLE UPON REQUEST

WOJNAR, JULIE
ADDRESS AVAILABLE UPON REQUEST

WOJNAR, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WOJNICZ, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WOJNO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WOJOSKI, DAN
ADDRESS AVAILABLE UPON REQUEST

WOJTKIEWICZ, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WOJTKO, DONNAMARIE
ADDRESS AVAILABLE UPON REQUEST

WOJTKOWSKI, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WOJTKOWSKI, CZESLAWA
ADDRESS AVAILABLE UPON REQUEST

WOJTKUN, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WOJTOWICZ, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WOJTOWICZ, EVE
ADDRESS AVAILABLE UPON REQUEST

WOLAK, AJ
ADDRESS AVAILABLE UPON REQUEST

WOLAK, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WOLANSKY, ALISON
ADDRESS AVAILABLE UPON REQUEST

WOLANZYK, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WOLCOTT, COLLIER
ADDRESS AVAILABLE UPON REQUEST

WOLCOTT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WOLCOTT, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WOLCZYNSKI, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WOLD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WOLD, CHERYL
ADDRESS AVAILABLE UPON REQUEST

WOLD, DIANE
ADDRESS AVAILABLE UPON REQUEST

WOLD, JAMES
ADDRESS AVAILABLE UPON REQUEST

WOLD, MARIE
ADDRESS AVAILABLE UPON REQUEST

WOLD, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WOLDEN, KELLYN
ADDRESS AVAILABLE UPON REQUEST

WOLDT, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOLENS, ARIELLA
ADDRESS AVAILABLE UPON REQUEST

WOLENSKY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOLETZ, ESTHER
ADDRESS AVAILABLE UPON REQUEST

WOLF RIFKIN SHAPIRO SCHULMAN &
RABKIN LLP
11400 W OLYMPIC, BLVD 9TH FLOOR
LOS ANGELES, CA  90064

WOLF, A.J.
ADDRESS AVAILABLE UPON REQUEST

WOLF, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WOLF, ALICIA
ADDRESS AVAILABLE UPON REQUEST

WOLF, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WOLF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WOLF, AMY
ADDRESS AVAILABLE UPON REQUEST

WOLF, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WOLF, CAITLILN
ADDRESS AVAILABLE UPON REQUEST

WOLF, CAMILLA
ADDRESS AVAILABLE UPON REQUEST

WOLF, CANDICE
ADDRESS AVAILABLE UPON REQUEST

WOLF, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

WOLF, CAROLINEGUERRA
ADDRESS AVAILABLE UPON REQUEST

WOLF, CAYLEE
ADDRESS AVAILABLE UPON REQUEST

WOLF, CYNDI
ADDRESS AVAILABLE UPON REQUEST

WOLF, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WOLF, DONNA
ADDRESS AVAILABLE UPON REQUEST

WOLF, ELIOT
ADDRESS AVAILABLE UPON REQUEST

WOLF, GAIL
ADDRESS AVAILABLE UPON REQUEST

WOLF, HELEN
ADDRESS AVAILABLE UPON REQUEST

WOLF, HOPE
ADDRESS AVAILABLE UPON REQUEST

WOLF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOLF, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WOLF, JON
ADDRESS AVAILABLE UPON REQUEST

WOLF, JOOYOUNG
ADDRESS AVAILABLE UPON REQUEST

WOLF, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WOLF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WOLF, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WOLF, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WOLF, KRISTYN
ADDRESS AVAILABLE UPON REQUEST

WOLF, LEAH
ADDRESS AVAILABLE UPON REQUEST

WOLF, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WOLF, LETICIA
ADDRESS AVAILABLE UPON REQUEST

WOLF, LORRAINE
ADDRESS AVAILABLE UPON REQUEST

WOLF, MARISSA
ADDRESS AVAILABLE UPON REQUEST

WOLF, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOLF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLF, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLF, MIKAELA
ADDRESS AVAILABLE UPON REQUEST

WOLF, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WOLF, NANCY
ADDRESS AVAILABLE UPON REQUEST

WOLF, NANCY
ADDRESS AVAILABLE UPON REQUEST

WOLF, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WOLF, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WOLF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WOLF, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WOLF, PATRICK
ADDRESS AVAILABLE UPON REQUEST

WOLF, PAULA
ADDRESS AVAILABLE UPON REQUEST

WOLF, RENEE
ADDRESS AVAILABLE UPON REQUEST

WOLF, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WOLF, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOLF, TERESA
ADDRESS AVAILABLE UPON REQUEST

WOLF, TRISTRAM
ADDRESS AVAILABLE UPON REQUEST

WOLFANGER, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WOLF-BOCHUD, NICHOLAS
ADDRESS AVAILABLE UPON REQUEST

WOLFE, ADAM
ADDRESS AVAILABLE UPON REQUEST

WOLFE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, AMBER
ADDRESS AVAILABLE UPON REQUEST

WOLFE, AMY
ADDRESS AVAILABLE UPON REQUEST

WOLFE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, CAROL
ADDRESS AVAILABLE UPON REQUEST

WOLFE, CASEY
ADDRESS AVAILABLE UPON REQUEST

WOLFE, CATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WOLFE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, DREW
ADDRESS AVAILABLE UPON REQUEST

WOLFE, EDWARD
ADDRESS AVAILABLE UPON REQUEST

WOLFE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WOLFE, ERIN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WOLFE, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JILL
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JOHN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JOSSELYN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, JULIA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LEAH
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LOIS
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LUKE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, LYNNE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, MADISON
ADDRESS AVAILABLE UPON REQUEST

WOLFE, MARIE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLFE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, NIKOLA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, PAIGE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, RHODA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

WOLFE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WOLFE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOLFE, SCHAROME
ADDRESS AVAILABLE UPON REQUEST

WOLFE, SHELDON
ADDRESS AVAILABLE UPON REQUEST

WOLFE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WOLFE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WOLFE, TAYLAR
ADDRESS AVAILABLE UPON REQUEST

WOLFE, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WOLFEIL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WOLFENBARGER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

WOLFENSBERGER, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WOLFERT, JAIMIE
ADDRESS AVAILABLE UPON REQUEST

WOLFF, ADAM
ADDRESS AVAILABLE UPON REQUEST

WOLFF, ALLY
ADDRESS AVAILABLE UPON REQUEST

WOLFF, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WOLFF, DIANA
ADDRESS AVAILABLE UPON REQUEST

WOLFF, DYLAN AND ALEX
ADDRESS AVAILABLE UPON REQUEST

WOLFF, ERIC
ADDRESS AVAILABLE UPON REQUEST

WOLFF, EVE
ADDRESS AVAILABLE UPON REQUEST

WOLFF, HANA
ADDRESS AVAILABLE UPON REQUEST

WOLFF, HANNAH AND JESSE
ADDRESS AVAILABLE UPON REQUEST

WOLFF, JEFF
ADDRESS AVAILABLE UPON REQUEST

WOLFF, MARSHA
ADDRESS AVAILABLE UPON REQUEST

WOLFF, MARYANNE
ADDRESS AVAILABLE UPON REQUEST

WOLFF, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WOLFF, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOLFFBRANDT, ADAM
ADDRESS AVAILABLE UPON REQUEST

WOLFFORD, TYLER
ADDRESS AVAILABLE UPON REQUEST

WOLFGANG, REX
ADDRESS AVAILABLE UPON REQUEST

WOLFGANG, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WOLFGRAM, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WOLFGRAM, VICKIE
ADDRESS AVAILABLE UPON REQUEST

WOLFGRUBER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WOLFHEIMER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WOLFINGER, CYDNI
ADDRESS AVAILABLE UPON REQUEST

WOLFINGTON, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WOLFKILL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WOLFORD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOLFORD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOLFORD, THERESE
ADDRESS AVAILABLE UPON REQUEST

WOLFRADT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WOLFRAM, RODGER
ADDRESS AVAILABLE UPON REQUEST

WOLFRED, MARGARET
ADDRESS AVAILABLE UPON REQUEST

WOLFS, ELLY
ADDRESS AVAILABLE UPON REQUEST

WOLFSHEIMER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOLFSHOHL, JENN
ADDRESS AVAILABLE UPON REQUEST

WOLFSON, DONALD
ADDRESS AVAILABLE UPON REQUEST

WOLFSON, DONNA
ADDRESS AVAILABLE UPON REQUEST

WOLFSON, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WOLGEL, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WOLINSKI, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WOLINSKY, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WOLITZER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLK, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WOLK, GRACE
ADDRESS AVAILABLE UPON REQUEST

WOLKEN, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WOLKOFF, DANELLE
ADDRESS AVAILABLE UPON REQUEST

WOLKOWITZ, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLL, HALIE
ADDRESS AVAILABLE UPON REQUEST

WOLLACK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WOLLAM, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOLLAM, SUE
ADDRESS AVAILABLE UPON REQUEST

WOLLENBERG, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WOLLENMAN, CASEY
ADDRESS AVAILABLE UPON REQUEST

WOLLENMANN, COLLIN
ADDRESS AVAILABLE UPON REQUEST

WOLLENZIN, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOLLERMAN, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

WOLLERMAN, SUMER
ADDRESS AVAILABLE UPON REQUEST

WOLLIN, CHERYL
ADDRESS AVAILABLE UPON REQUEST

WOLLIN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLLITZ, HAYLIE
ADDRESS AVAILABLE UPON REQUEST

WOLLMERINGER, BRITNEY
ADDRESS AVAILABLE UPON REQUEST

WOLLNEY, EASTON
ADDRESS AVAILABLE UPON REQUEST

WOLLWERTH, AMY
ADDRESS AVAILABLE UPON REQUEST

WOLMETZ, LILLIAN
ADDRESS AVAILABLE UPON REQUEST

WOLNAK, JULIANA
ADDRESS AVAILABLE UPON REQUEST

WOLNICKI, DIANA
ADDRESS AVAILABLE UPON REQUEST

WOLO, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOLOCH, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WOLODKIEWICZ, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WOLODKIEWICZ, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WOLONS, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

WOLOSIEWICZ, AMY
ADDRESS AVAILABLE UPON REQUEST

WOLOSIN, CORRIE
ADDRESS AVAILABLE UPON REQUEST

WOLOSKY, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WOLOSZ, VANESSA
ADDRESS AVAILABLE UPON REQUEST

WOLOWIC, CAROL
ADDRESS AVAILABLE UPON REQUEST

WOLPERT, RYAN
ADDRESS AVAILABLE UPON REQUEST

WOLPIN, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WOLSKE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOLSKI, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOLSKY, MEREDYTH
ADDRESS AVAILABLE UPON REQUEST

WOLSLEGEL, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WOLSTENCROFT, ERIN
ADDRESS AVAILABLE UPON REQUEST

WOLSTENHOLM, JACK
ADDRESS AVAILABLE UPON REQUEST

WOLTER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WOLTER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WOLTER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

WOLTER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOLTER, TONYA
ADDRESS AVAILABLE UPON REQUEST

WOLTER, TYLER
ADDRESS AVAILABLE UPON REQUEST

WOLTERING6, ASTRID
ADDRESS AVAILABLE UPON REQUEST

WOLTERMAN, ERIC
ADDRESS AVAILABLE UPON REQUEST

WOLTERS, CHANTEL
ADDRESS AVAILABLE UPON REQUEST

WOLTERS, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WOLTERS, HALEY
ADDRESS AVAILABLE UPON REQUEST

WOLTERS, KARA
ADDRESS AVAILABLE UPON REQUEST

WOLTHUSEN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WOLTJER, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WOLTMAN, JENNA
ADDRESS AVAILABLE UPON REQUEST

WOLTZ, GABBY
ADDRESS AVAILABLE UPON REQUEST

WOLUCHEM, MALAIKA
ADDRESS AVAILABLE UPON REQUEST

WOLUJEWICZ, KARLY
ADDRESS AVAILABLE UPON REQUEST

WOLVERTON, THERESA
ADDRESS AVAILABLE UPON REQUEST

WOLYNIEC, PAULA
ADDRESS AVAILABLE UPON REQUEST

WOLZ, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOLZ, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WOMACK, CARLIS
ADDRESS AVAILABLE UPON REQUEST

WOMACK, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WOMACK, DARCI
ADDRESS AVAILABLE UPON REQUEST

WOMACK, DARRIN
ADDRESS AVAILABLE UPON REQUEST

WOMACK, JANET
ADDRESS AVAILABLE UPON REQUEST

WOMAS, KOKOU
ADDRESS AVAILABLE UPON REQUEST

WOMBLE, BLAIR
ADDRESS AVAILABLE UPON REQUEST

WOMBLE, SKYLER
ADDRESS AVAILABLE UPON REQUEST

WOMBOLDT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WOMELDORPH, CARISSA
ADDRESS AVAILABLE UPON REQUEST

WOMEN WHO LOVE WINE
4435 SUNSET DRIVE
CHARLOTTESVILLE, VA  22911

WOMEN WHO LOVE WINE
ASHLEY V HULL
2176 SILK WOOD CT
CHARLOTTESVILLE, VA  22911

WOMER, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WON, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WON, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

WONDERWILD
13400 SUNSHINE CIR.
BENNET, NE  68317

WONDRA, JOANNE
ADDRESS AVAILABLE UPON REQUEST

WONDRELY, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WONG SOLARES, SHANA
ADDRESS AVAILABLE UPON REQUEST

WONG, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WONG, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

WONG, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WONG, AMY
ADDRESS AVAILABLE UPON REQUEST

WONG, ANTONIA
ADDRESS AVAILABLE UPON REQUEST

WONG, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

WONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WONG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WONG, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WONG, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

WONG, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

WONG, DAVID
ADDRESS AVAILABLE UPON REQUEST

WONG, EDWINA
ADDRESS AVAILABLE UPON REQUEST

WONG, ERIC
ADDRESS AVAILABLE UPON REQUEST

WONG, GABRIEL
ADDRESS AVAILABLE UPON REQUEST

WONG, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WONG, HENRY
ADDRESS AVAILABLE UPON REQUEST

WONG, JASMINE
ADDRESS AVAILABLE UPON REQUEST

WONG, JEAN
ADDRESS AVAILABLE UPON REQUEST

WONG, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WONG, JOANNE
ADDRESS AVAILABLE UPON REQUEST

WONG, JOE
ADDRESS AVAILABLE UPON REQUEST

WONG, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WONG, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WONG, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WONG, JULIA
ADDRESS AVAILABLE UPON REQUEST

WONG, KARENA
ADDRESS AVAILABLE UPON REQUEST

WONG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WONG, KELLIE
ADDRESS AVAILABLE UPON REQUEST

WONG, KIM
ADDRESS AVAILABLE UPON REQUEST

WONG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WONG, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WONG, LYNDA
ADDRESS AVAILABLE UPON REQUEST

WONG, MANDY
ADDRESS AVAILABLE UPON REQUEST

WONG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WONG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WONG, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WONG, PRISCILLA
ADDRESS AVAILABLE UPON REQUEST

WONG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WONG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WONG, RENEE
ADDRESS AVAILABLE UPON REQUEST

WONG, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WONG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WONG, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WONG, THITIPHORN
ADDRESS AVAILABLE UPON REQUEST

WONG, TING TING
ADDRESS AVAILABLE UPON REQUEST

WONG, VAN
ADDRESS AVAILABLE UPON REQUEST

WONG, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

WONG, YU SAN
ADDRESS AVAILABLE UPON REQUEST

WONG-LAWSON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WONN, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

WONOLO INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

WONS, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WONSOCK, DESIREE
ADDRESS AVAILABLE UPON REQUEST

WONTROP, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WONYU, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WOO COLLINS, ANNY
ADDRESS AVAILABLE UPON REQUEST

WOO, CELINE
ADDRESS AVAILABLE UPON REQUEST

WOO, CHER
ADDRESS AVAILABLE UPON REQUEST

WOO, CHRISTIAN
ADDRESS AVAILABLE UPON REQUEST

WOO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOO, NELSON
ADDRESS AVAILABLE UPON REQUEST

WOO, SUNG
ADDRESS AVAILABLE UPON REQUEST

WOOD WEBSTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WOOD, ALANIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, ALLAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WOOD, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WOOD, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WOOD, AMBER
ADDRESS AVAILABLE UPON REQUEST

WOOD, AMBER
ADDRESS AVAILABLE UPON REQUEST

WOOD, ANA
ADDRESS AVAILABLE UPON REQUEST

WOOD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WOOD, ANDY
ADDRESS AVAILABLE UPON REQUEST

WOOD, ANN
ADDRESS AVAILABLE UPON REQUEST

WOOD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

WOOD, BLAKE
ADDRESS AVAILABLE UPON REQUEST

WOOD, BONNIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, BRENDAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WOOD, BROOK
ADDRESS AVAILABLE UPON REQUEST

WOOD, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WOOD, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WOOD, CAROL
ADDRESS AVAILABLE UPON REQUEST

WOOD, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WOOD, CHANDLER
ADDRESS AVAILABLE UPON REQUEST

WOOD, CHRISTIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WOOD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WOOD, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WOOD, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WOOD, COLTON
ADDRESS AVAILABLE UPON REQUEST

WOOD, CORAL
ADDRESS AVAILABLE UPON REQUEST

WOOD, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WOOD, DANA
ADDRESS AVAILABLE UPON REQUEST

WOOD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

WOOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

WOOD, DAVID
ADDRESS AVAILABLE UPON REQUEST

WOOD, DEANA
ADDRESS AVAILABLE UPON REQUEST

WOOD, DENNY
ADDRESS AVAILABLE UPON REQUEST

WOOD, ELAINE
ADDRESS AVAILABLE UPON REQUEST

WOOD, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WOOD, ELLA
ADDRESS AVAILABLE UPON REQUEST

WOOD, ELLEN
ADDRESS AVAILABLE UPON REQUEST

WOOD, EVE
ADDRESS AVAILABLE UPON REQUEST

WOOD, GLENDA
ADDRESS AVAILABLE UPON REQUEST

WOOD, GLORIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WOOD, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WOOD, HAVALAH
ADDRESS AVAILABLE UPON REQUEST

WOOD, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WOOD, HOLLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, JACK
ADDRESS AVAILABLE UPON REQUEST

WOOD, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WOOD, JAMES
ADDRESS AVAILABLE UPON REQUEST

WOOD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOOD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOOD, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOOD, JEREMY
ADDRESS AVAILABLE UPON REQUEST

WOOD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOOD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOOD, JOANNE
ADDRESS AVAILABLE UPON REQUEST

WOOD, JOY
ADDRESS AVAILABLE UPON REQUEST

WOOD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

WOOD, JUDITH
ADDRESS AVAILABLE UPON REQUEST

WOOD, JULIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KARINA
ADDRESS AVAILABLE UPON REQUEST

WOOD, KATE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KATIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KAYLEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOOD, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, KINSEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, KYLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KYLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KYLIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, KYRA
ADDRESS AVAILABLE UPON REQUEST

WOOD, LAURA
ADDRESS AVAILABLE UPON REQUEST

WOOD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WOOD, LEIGHTON
ADDRESS AVAILABLE UPON REQUEST

WOOD, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WOOD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, LORELEI
ADDRESS AVAILABLE UPON REQUEST

WOOD, LYNN
ADDRESS AVAILABLE UPON REQUEST

WOOD, MADISON
ADDRESS AVAILABLE UPON REQUEST

WOOD, MARILYN
ADDRESS AVAILABLE UPON REQUEST

WOOD, MARK
ADDRESS AVAILABLE UPON REQUEST

WOOD, MARLO
ADDRESS AVAILABLE UPON REQUEST

WOOD, MARY
ADDRESS AVAILABLE UPON REQUEST

WOOD, MAX
ADDRESS AVAILABLE UPON REQUEST

WOOD, MEAGHAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOOD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOOD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOOD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WOOD, MIKE
ADDRESS AVAILABLE UPON REQUEST

WOOD, MONICA
ADDRESS AVAILABLE UPON REQUEST

WOOD, NANCY
ADDRESS AVAILABLE UPON REQUEST

WOOD, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, NOELLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, PAM
ADDRESS AVAILABLE UPON REQUEST

WOOD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, PAUL
ADDRESS AVAILABLE UPON REQUEST

WOOD, PHILIPPA
ADDRESS AVAILABLE UPON REQUEST

WOOD, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

WOOD, RACHELLE
ADDRESS AVAILABLE UPON REQUEST

WOOD, RAEANN
ADDRESS AVAILABLE UPON REQUEST

WOOD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOOD, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOOD, RONALD
ADDRESS AVAILABLE UPON REQUEST

WOOD, RONNIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, SAMMI
ADDRESS AVAILABLE UPON REQUEST

WOOD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOOD, SEAN
ADDRESS AVAILABLE UPON REQUEST

WOOD, SHARILYN
ADDRESS AVAILABLE UPON REQUEST

WOOD, SHELLEY
ADDRESS AVAILABLE UPON REQUEST

WOOD, SHELLY
ADDRESS AVAILABLE UPON REQUEST

WOOD, SUE
ADDRESS AVAILABLE UPON REQUEST

WOOD, TALIA
ADDRESS AVAILABLE UPON REQUEST

WOOD, TARYN
ADDRESS AVAILABLE UPON REQUEST

WOOD, TARYN
ADDRESS AVAILABLE UPON REQUEST

WOOD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WOOD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WOOD, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WOOD, TINA
ADDRESS AVAILABLE UPON REQUEST

WOOD, TRINI
ADDRESS AVAILABLE UPON REQUEST

WOOD, TRISH & Y
ADDRESS AVAILABLE UPON REQUEST

WOOD, TYE
ADDRESS AVAILABLE UPON REQUEST

WOOD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WOOD, VICTOR
ADDRESS AVAILABLE UPON REQUEST

WOOD, WILBUR
ADDRESS AVAILABLE UPON REQUEST

WOOD, ZOE
ADDRESS AVAILABLE UPON REQUEST

WOODALL, ALISA
ADDRESS AVAILABLE UPON REQUEST

WOODALL, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOODALL, DORINDA
ADDRESS AVAILABLE UPON REQUEST

WOODALL, EDYTHE
ADDRESS AVAILABLE UPON REQUEST

WOODALL, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WOODALL, MEAGAN
ADDRESS AVAILABLE UPON REQUEST

WOODARD, CALLIE
ADDRESS AVAILABLE UPON REQUEST

WOODARD, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WOODARD, D J
ADDRESS AVAILABLE UPON REQUEST

WOODARD, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WOODARD, KATHY
ADDRESS AVAILABLE UPON REQUEST

WOODARD, KELSY
ADDRESS AVAILABLE UPON REQUEST

WOODARD, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WOODARD, MAKAILA
ADDRESS AVAILABLE UPON REQUEST

WOODARD, MEKA
ADDRESS AVAILABLE UPON REQUEST

WOODARD, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WOODARD, PAMELA
ADDRESS AVAILABLE UPON REQUEST

WOODARD, PETER
ADDRESS AVAILABLE UPON REQUEST

WOODARD, TIM
ADDRESS AVAILABLE UPON REQUEST

WOODBERRY, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WOODBERRY, RUDYEA
ADDRESS AVAILABLE UPON REQUEST

WOODBRIDGE, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WOODBRIDGE, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

WOODBURY, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WOODBURY, BETH
ADDRESS AVAILABLE UPON REQUEST

WOODBURY, LORI
ADDRESS AVAILABLE UPON REQUEST

WOODBURY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOODBY, LEIA
ADDRESS AVAILABLE UPON REQUEST

WOODCOCK, CATHY
ADDRESS AVAILABLE UPON REQUEST

WOODCOCK, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

WOODCOCK, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WOODCOCK, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

WOODDELL, JAMES
ADDRESS AVAILABLE UPON REQUEST

WOODEN, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOODEN, KELSEY
ADDRESS AVAILABLE UPON REQUEST

WOODFIELD, JULIE
ADDRESS AVAILABLE UPON REQUEST

WOODFIELD, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WOODFIN, HALLE
ADDRESS AVAILABLE UPON REQUEST

WOODFIN, KAREN
ADDRESS AVAILABLE UPON REQUEST

WOODFORD, MARLA
ADDRESS AVAILABLE UPON REQUEST

WOODHALL, DIANE
ADDRESS AVAILABLE UPON REQUEST

WOODHAM, EMMA
ADDRESS AVAILABLE UPON REQUEST

WOODHAM, JAMES
ADDRESS AVAILABLE UPON REQUEST

WOODHOUSE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WOODHOUSE, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WOODHOUSE, EMILY
ADDRESS AVAILABLE UPON REQUEST

WOODHOUSE, EVAN
ADDRESS AVAILABLE UPON REQUEST

WOODHOUSE, GINA
ADDRESS AVAILABLE UPON REQUEST

WOODHULL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WOODIE, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

WOODIWISS, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOODLAND DIRECT
ADDRESS UNAVAILABLE AT TIME OF FILING

WOODLEE, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WOODMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOODMAN, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

WOODMAN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOODMAN, ROBIN
ADDRESS AVAILABLE UPON REQUEST

WOODMAN, WESLEY
ADDRESS AVAILABLE UPON REQUEST

WOODRICK, ABBY
ADDRESS AVAILABLE UPON REQUEST

WOODRICK, TONI
ADDRESS AVAILABLE UPON REQUEST

WOODRING, RENEE
ADDRESS AVAILABLE UPON REQUEST

WOODRING, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WOODROOF, AUBREY
ADDRESS AVAILABLE UPON REQUEST

WOODROOF, WILL
ADDRESS AVAILABLE UPON REQUEST

WOODROW, BERRY
ADDRESS AVAILABLE UPON REQUEST

WOODROW, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, ADAM
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, AMY
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, CALVIN
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, DESIRAE
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, HOLLIE
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, JAIME
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, JANEL
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, JULIAN
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, LAURA
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, LAURA
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, MELINDA
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, MORGANN
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF, ROSE
ADDRESS AVAILABLE UPON REQUEST

WOODRUFF-SAWYER & CO.
50 CALIFORNIA STREET, 12TH FLOOR
SAN FRANCISCO, CA  94111

WOODRUM, DAWN
ADDRESS AVAILABLE UPON REQUEST

WOODRUM, MARISA
ADDRESS AVAILABLE UPON REQUEST

WOODS, ADONIS
ADDRESS AVAILABLE UPON REQUEST

WOODS, ALEX
ADDRESS AVAILABLE UPON REQUEST

WOODS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

WOODS, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WOODS, AMY
ADDRESS AVAILABLE UPON REQUEST

WOODS, ANITRA
ADDRESS AVAILABLE UPON REQUEST

WOODS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOODS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOODS, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WOODS, BREYONA
ADDRESS AVAILABLE UPON REQUEST

WOODS, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

WOODS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

WOODS, BURGUNDY
ADDRESS AVAILABLE UPON REQUEST

WOODS, CAROL
ADDRESS AVAILABLE UPON REQUEST

WOODS, CATHY
ADDRESS AVAILABLE UPON REQUEST

WOODS, CHARLINE
ADDRESS AVAILABLE UPON REQUEST

WOODS, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

WOODS, CELISTA
ADDRESS AVAILABLE UPON REQUEST

WOODS, CORRIN
ADDRESS AVAILABLE UPON REQUEST

WOODS, DAVID
ADDRESS AVAILABLE UPON REQUEST

WOODS, DECHANE
ADDRESS AVAILABLE UPON REQUEST

WOODS, EMREE
ADDRESS AVAILABLE UPON REQUEST

WOODS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WOODS, ERIN
ADDRESS AVAILABLE UPON REQUEST

WOODS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WOODS, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WOODS, JASON
ADDRESS AVAILABLE UPON REQUEST

WOODS, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

WOODS, JENN
ADDRESS AVAILABLE UPON REQUEST

WOODS, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOODS, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WOODS, JOANNE 1
ADDRESS AVAILABLE UPON REQUEST

WOODS, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WOODS, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WOODS, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WOODS, KARLA
ADDRESS AVAILABLE UPON REQUEST

WOODS, KATIE
ADDRESS AVAILABLE UPON REQUEST

WOODS, KELLI
ADDRESS AVAILABLE UPON REQUEST

WOODS, KELLY
ADDRESS AVAILABLE UPON REQUEST

WOODS, KENYA
ADDRESS AVAILABLE UPON REQUEST

WOODS, KIM
ADDRESS AVAILABLE UPON REQUEST

WOODS, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WOODS, LESLI
ADDRESS AVAILABLE UPON REQUEST

WOODS, LISA
ADDRESS AVAILABLE UPON REQUEST

WOODS, LORELEI
ADDRESS AVAILABLE UPON REQUEST

WOODS, MADDIE
ADDRESS AVAILABLE UPON REQUEST

WOODS, MARIA
ADDRESS AVAILABLE UPON REQUEST

WOODS, MARY
ADDRESS AVAILABLE UPON REQUEST

WOODS, MECCA
ADDRESS AVAILABLE UPON REQUEST

WOODS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WOODS, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WOODS, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOODS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOODS, NEKIA
ADDRESS AVAILABLE UPON REQUEST

WOODS, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WOODS, QUINCI
ADDRESS AVAILABLE UPON REQUEST

WOODS, RIVER
ADDRESS AVAILABLE UPON REQUEST

WOODS, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WOODS, SARA
ADDRESS AVAILABLE UPON REQUEST

WOODS, SARA
ADDRESS AVAILABLE UPON REQUEST

WOODS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOODS, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOODS, SHATIRA
ADDRESS AVAILABLE UPON REQUEST

WOODS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WOODS, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WOODS, TAMRA
ADDRESS AVAILABLE UPON REQUEST

WOODS, TASHA
ADDRESS AVAILABLE UPON REQUEST

WOODS, THOMI
ADDRESS AVAILABLE UPON REQUEST

WOODS, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WOODS, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

WOODS, TYRANNY
ADDRESS AVAILABLE UPON REQUEST

WOODS, VERONICA
ADDRESS AVAILABLE UPON REQUEST

WOODS, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

WOODS, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

WOODSIDE, ZACK
ADDRESS AVAILABLE UPON REQUEST

WOODSON, CARNIECE
ADDRESS AVAILABLE UPON REQUEST

WOODSON, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WOODSON, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WOODSON, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

WOODSON, HOPE
ADDRESS AVAILABLE UPON REQUEST

WOODSON, KELSY
ADDRESS AVAILABLE UPON REQUEST

WOODSON, KELSY
ADDRESS AVAILABLE UPON REQUEST

WOODSON, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, ALEXA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, ALISSA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, ANDREA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, BETSY
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, CHASE
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, DAWN
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, DENISE
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, ERIN
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, JERRY
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, LANCE
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, LINDA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, SARA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, SARAH
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, SHIRLEY JEAN
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, SYRENA
ADDRESS AVAILABLE UPON REQUEST

WOODWARD, VALERIE
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, AMY
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, MARK
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, SARA
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WOODWORTH, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WOODY, DENISE
ADDRESS AVAILABLE UPON REQUEST

WOODY, KEELIE
ADDRESS AVAILABLE UPON REQUEST

WOODY, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WOODY, TAMARA
ADDRESS AVAILABLE UPON REQUEST

WOODYARD, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

WOODYARD, TARA
ADDRESS AVAILABLE UPON REQUEST

WOODYARD, VERONICA
ADDRESS AVAILABLE UPON REQUEST

WOOG, STROTHER
ADDRESS AVAILABLE UPON REQUEST

WOOKEY, EMMA
ADDRESS AVAILABLE UPON REQUEST

WOOLARD, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WOOLARD, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WOOLARD, MISTY
ADDRESS AVAILABLE UPON REQUEST

WOOLARD, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WOOLARD, TERI
ADDRESS AVAILABLE UPON REQUEST

WOOLBERT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

WOOLBRIGHT, CHARISMA
ADDRESS AVAILABLE UPON REQUEST

WOOLCOTT, BRAM
ADDRESS AVAILABLE UPON REQUEST

WOOLDRIDGE, BRITTNEE
ADDRESS AVAILABLE UPON REQUEST

WOOLDRIDGE, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WOOLDRIDGE, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

WOOLDRIDGE, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

WOOLES, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WOOLET, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

WOOLEY, KATHY
ADDRESS AVAILABLE UPON REQUEST

WOOLEY, LESLI
ADDRESS AVAILABLE UPON REQUEST

WOOLEY, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WOOLF, MARIA
ADDRESS AVAILABLE UPON REQUEST

WOOLFOLK, ALIYAH
ADDRESS AVAILABLE UPON REQUEST

WOOLFOLK, ERIKKA
ADDRESS AVAILABLE UPON REQUEST

WOOLFOLK, JASON
ADDRESS AVAILABLE UPON REQUEST

WOOLFOLK, SHAVON
ADDRESS AVAILABLE UPON REQUEST

WOOLFORD, KIMM
ADDRESS AVAILABLE UPON REQUEST

WOOLIVER, RICK
ADDRESS AVAILABLE UPON REQUEST

WOOLLEY, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WOOLMAN, CARMEN
ADDRESS AVAILABLE UPON REQUEST

WOOLMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WOOLRIDGE, ZACH
ADDRESS AVAILABLE UPON REQUEST

WOOLSEY, SALLY
ADDRESS AVAILABLE UPON REQUEST

WOOLSTENCROFT, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WOOLVERTON, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

WOOLWINE, GWYNETH
ADDRESS AVAILABLE UPON REQUEST

WOOSTER, TARA
ADDRESS AVAILABLE UPON REQUEST

WOOTAN, CARMELA
ADDRESS AVAILABLE UPON REQUEST

WOOTAN, LEANNA
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, CALYN
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, DEREK
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, EMILY
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, GRAHAM
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, JOURDAN
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, KEN
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, LACY
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, LUKE
ADDRESS AVAILABLE UPON REQUEST

WOOTEN, MARTHA
ADDRESS AVAILABLE UPON REQUEST

WOOTTEN, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

WOOTTON, CAROL
ADDRESS AVAILABLE UPON REQUEST

WOOTTON, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WOPAT, MARIA
ADDRESS AVAILABLE UPON REQUEST

WOPINSKY, BILL
ADDRESS AVAILABLE UPON REQUEST

WORBINGTON, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WORBY, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WORBY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WORCESTER, KENNA
ADDRESS AVAILABLE UPON REQUEST

WORCZAK, STACY
ADDRESS AVAILABLE UPON REQUEST

WORCZAK, STACY
ADDRESS AVAILABLE UPON REQUEST

WORD OF MOUTH PARTNERS, LLC.
98 15TH STREET APT 3
BROOKLYN, NY 11215

WORD, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WORD, JUDAH
ADDRESS AVAILABLE UPON REQUEST

WORD, LEAH
ADDRESS AVAILABLE UPON REQUEST

WORDEN, MATT
ADDRESS AVAILABLE UPON REQUEST

WORDEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WORDEN, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WORDES, LANIE
ADDRESS AVAILABLE UPON REQUEST

WORDHAM, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WORDHAM, GARY
ADDRESS AVAILABLE UPON REQUEST

WORDLAW, ALETHIA
ADDRESS AVAILABLE UPON REQUEST

WOREK, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WOREL, LACEY
ADDRESS AVAILABLE UPON REQUEST

WORJOLOH-CLEMENS, AYABA
ADDRESS AVAILABLE UPON REQUEST

WORK, HANNAH
ADDRESS AVAILABLE UPON REQUEST

WORK, MARGEATE
ADDRESS AVAILABLE UPON REQUEST

WORK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WORKERS COMPENSATION BOARD OF
NEW YORK STATE
FINANCE UNIT 328 STATE STREET
SCHENECTADY, NY 12305

WORKIE, DAWIT
ADDRESS AVAILABLE UPON REQUEST

WORKINGNOTWORKING.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

WORKMAN, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, FRED
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, HUNTER
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, JENN
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, KATIMARI
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, KELLY
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, MARLENE
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WORKMAN, TED
ADDRESS AVAILABLE UPON REQUEST

WORKS, ELAN
ADDRESS AVAILABLE UPON REQUEST

WORKS, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WORKS, MICHAELA
ADDRESS AVAILABLE UPON REQUEST

WORKU, SELAM
ADDRESS AVAILABLE UPON REQUEST

WORLDWIDE BUSINESS RESEARCH
ADDRESS UNAVAILABLE AT TIME OF FILING

WORLEY, AMY
ADDRESS AVAILABLE UPON REQUEST

WORLEY, ANNALISE
ADDRESS AVAILABLE UPON REQUEST

WORLEY, BRADI
ADDRESS AVAILABLE UPON REQUEST

WORLEY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

WORLEY, EMILY
ADDRESS AVAILABLE UPON REQUEST

WORLEY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WORLEY, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

WORLEY, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WORLEY, KYLE
ADDRESS AVAILABLE UPON REQUEST

WORLEY, SARAH
ADDRESS AVAILABLE UPON REQUEST

WORLEY, SHAWN
ADDRESS AVAILABLE UPON REQUEST

WORM, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WORMACK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WORMSER, TOM
ADDRESS AVAILABLE UPON REQUEST

WORNER, APRIL
ADDRESS AVAILABLE UPON REQUEST

WOROBEY, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WORONIAK, THOMAS
ADDRESS AVAILABLE UPON REQUEST

WOROSHER, LAURA
ADDRESS AVAILABLE UPON REQUEST

WOROSZ, PAUL
ADDRESS AVAILABLE UPON REQUEST

WORRELL, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WORRILL, BROOKE
ADDRESS AVAILABLE UPON REQUEST

WORSEK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WORSHAM, JEANNE
ADDRESS AVAILABLE UPON REQUEST

WORSHAM, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WORSLEY, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WORSNIP, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WORSTER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WORST-MCGREGOR, ROILYN
ADDRESS AVAILABLE UPON REQUEST

WORTH, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

WORTH, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WORTH, HOLLY
ADDRESS AVAILABLE UPON REQUEST

WORTH, JANICE
ADDRESS AVAILABLE UPON REQUEST

WORTH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

WORTH, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WORTHAM, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WORTHAM, DONALD
ADDRESS AVAILABLE UPON REQUEST

WORTHAM, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WORTHAM, SANDRA
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, AMY
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, HOPE
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, JEANETTE
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, NOAH
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, SIMONE
ADDRESS AVAILABLE UPON REQUEST

WORTHINGTON, SIMONE
ADDRESS AVAILABLE UPON REQUEST

WORTHLEY WRIGHT, DAWN
ADDRESS AVAILABLE UPON REQUEST

WORTHMAN, GAIL
ADDRESS AVAILABLE UPON REQUEST

WORTHMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

WORTHMAN, TINA
ADDRESS AVAILABLE UPON REQUEST

WORTHY, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WORTHY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WORTHY, VIRGINIA
ADDRESS AVAILABLE UPON REQUEST

WORTMAN, DOUGLAS
ADDRESS AVAILABLE UPON REQUEST

WORTMAN, GARY
ADDRESS AVAILABLE UPON REQUEST

WORTON, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WORTSMAN, JENIFER
ADDRESS AVAILABLE UPON REQUEST

WORYK, LARISSA
ADDRESS AVAILABLE UPON REQUEST

WORZELLA, ADAM
ADDRESS AVAILABLE UPON REQUEST

WOS, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

WOSKOB, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

WOSSUM, EMILY
ADDRESS AVAILABLE UPON REQUEST

WOULFE, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WOULFE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WOUTERS, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WOVE TECHNOLOGIES, INC.
47 MAIDEN LANE, 2ND FLOOR
SAN FRANCISCO, CA  94108

WOWS J CORPORATION
ADDRESS UNAVAILABLE AT TIME OF FILING

WOXLAND, ROXANNE
ADDRESS AVAILABLE UPON REQUEST

WOYACH, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

WOYTOVICH, KELSI
ADDRESS AVAILABLE UPON REQUEST

WOYTOWICH, DENNIS
ADDRESS AVAILABLE UPON REQUEST

WOYWOD, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, AMIE
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, DEBRA
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, DOROTEYA
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WOZNIAK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WOZNICKI, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WP ELECTRIC & COMMUNICATIONS INC.
14198 ALBERS WAY
CHINO, CA  91710

WRAGGE
ADDRESS AVAILABLE UPON REQUEST

WRATH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WRAY, BETH
ADDRESS AVAILABLE UPON REQUEST

WRAY, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WRAY, CONNOR
ADDRESS AVAILABLE UPON REQUEST

WRAY, JESSIE
ADDRESS AVAILABLE UPON REQUEST

WRAY, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

WRAY, STEVEN
ADDRESS AVAILABLE UPON REQUEST

WRAY, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

WRAY, WILLY ANN
ADDRESS AVAILABLE UPON REQUEST

WREATH, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WREDE, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

WREN, AMELIA
ADDRESS AVAILABLE UPON REQUEST

WREN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WREN, ERIN
ADDRESS AVAILABLE UPON REQUEST

WREN, HELEN
ADDRESS AVAILABLE UPON REQUEST

WREN, JACOB
ADDRESS AVAILABLE UPON REQUEST

WREN, REAGAN
ADDRESS AVAILABLE UPON REQUEST

WREN, RIPLEY
ADDRESS AVAILABLE UPON REQUEST

WRENN, JOE
ADDRESS AVAILABLE UPON REQUEST

WRENN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WRENN, SHANI
ADDRESS AVAILABLE UPON REQUEST

WRENSHALL, SARAH
ADDRESS AVAILABLE UPON REQUEST

WRESTLING, ISLIP
ADDRESS AVAILABLE UPON REQUEST

WREYFORD, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

WRIGGELSWORTH, CHAD
ADDRESS AVAILABLE UPON REQUEST

WRIGGLESWORTH, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WRIGGLESWORTH, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WRIGHT FREED, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ADDISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ADELE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ADRIANE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALLISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALYSHA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ALYSSIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AMY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ANESIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ANGELA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ANNA GRACE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ARIEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, AUGUSTUS
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BARBARA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BERKLEIGH
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BETH
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRANDON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRANDY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BREANNA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRETT
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRI
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRIAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CAMBRIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CAROL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CASSIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CHELSEY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CHRIS
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CONNER
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CORETTA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, COREY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CORRIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CORY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DAMONIQUE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DANA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DANIEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DAREN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DELIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DEMETRIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DESTINEE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DEVAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DOUGLASS
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, DYLAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, EDWARD
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ELISABETH
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ELLAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ERICA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ERIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, FIONNUALA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, GLORIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, GRACE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, GREGORY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, GRIFFIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, GWENDOLYN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, HALEY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, HENRY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JAMESON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JAMILLA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JASMIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JAY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JEANNINE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOHN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JORDAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, JOY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KATHY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KATY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KAYLA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KELLIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KENZIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KIRSTEN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KRISTI
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KYLA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, KYLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LAURA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LEA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LEE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LEEANN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LEILA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LESLIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LISA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LISA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LOREEN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LORI
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, LUCY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MADI
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MADISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MADISON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MAISHA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MARLA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MOLLY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MORGAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, MORRIS
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, NADIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, NATALIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, NATASHA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, NATHAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ORVIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, PAT
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, PENNY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, RANDALL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ROBBIE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ROBBIN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, ROLAND & JUDY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SARA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SAUL
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SEAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHAMMARA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHARONNE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHAWNA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHELBY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SHERINE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, STACIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, STORMY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SUE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, TAMIKA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, THERESA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, TINA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, TINA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, TREVOR
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, VONTISHA
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, WAYNE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT, YVONNE
ADDRESS AVAILABLE UPON REQUEST

WRIGHT-LEGG, RAINY
ADDRESS AVAILABLE UPON REQUEST

WRIGLEY ENTERPRISES
ADDRESS UNAVAILABLE AT TIME OF FILING

WRIGLEY, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WRIGLEY, QUINN
ADDRESS AVAILABLE UPON REQUEST

WRIGLEY, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WROBEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WROBEL, MITCHEL
ADDRESS AVAILABLE UPON REQUEST

WROBEL, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WROBEL, TERRI
ADDRESS AVAILABLE UPON REQUEST

WROBLESKI, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WROBLESKI, KYLE
ADDRESS AVAILABLE UPON REQUEST

WROBLEWSKI, JIM
ADDRESS AVAILABLE UPON REQUEST

WROBLEWSKI, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WRONA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

WRONIAK, NINA
ADDRESS AVAILABLE UPON REQUEST

WROTH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

WRUBLE, ZOE
ADDRESS AVAILABLE UPON REQUEST

WRUCK, CRAIG
ADDRESS AVAILABLE UPON REQUEST

WSLCB
ADDRESS UNAVAILABLE AT TIME OF FILING

WU, ALLIE
ADDRESS AVAILABLE UPON REQUEST

WU, ALLY
ADDRESS AVAILABLE UPON REQUEST

WU, ANNIE
ADDRESS AVAILABLE UPON REQUEST

WU, BOHAN
ADDRESS AVAILABLE UPON REQUEST

WU, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WU, DI
ADDRESS AVAILABLE UPON REQUEST

WU, DILLON
ADDRESS AVAILABLE UPON REQUEST

WU, DONGZHEN
ADDRESS AVAILABLE UPON REQUEST

WU, DUNGHUAN
ADDRESS AVAILABLE UPON REQUEST

WU, FANNY
ADDRESS AVAILABLE UPON REQUEST

WU, FELIX
ADDRESS AVAILABLE UPON REQUEST

WU, GENGJIN
ADDRESS AVAILABLE UPON REQUEST

WU, GINA
ADDRESS AVAILABLE UPON REQUEST

WU, HAOSHENG
ADDRESS AVAILABLE UPON REQUEST

WU, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

WU, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WU, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

WU, JENNY
ADDRESS AVAILABLE UPON REQUEST

WU, JENNY
ADDRESS AVAILABLE UPON REQUEST

WU, JUNCHI
ADDRESS AVAILABLE UPON REQUEST

WU, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

WU, LIANG
ADDRESS AVAILABLE UPON REQUEST

WU, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WU, NANCY
ADDRESS AVAILABLE UPON REQUEST

WU, PAUL
ADDRESS AVAILABLE UPON REQUEST

WU, RENEE
ADDRESS AVAILABLE UPON REQUEST

WU, REX YOU
ADDRESS AVAILABLE UPON REQUEST

WU, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WU, TONGTONG
ADDRESS AVAILABLE UPON REQUEST

WU, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

WU, VIVIAN
ADDRESS AVAILABLE UPON REQUEST

WU, YIQUN
ADDRESS AVAILABLE UPON REQUEST

WU, ZHUOYANG
ADDRESS AVAILABLE UPON REQUEST

WUAN, BILY
ADDRESS AVAILABLE UPON REQUEST

WUBBENHORST, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

WUCHER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WUCKOWITSCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WUELFING, JANIS
ADDRESS AVAILABLE UPON REQUEST

WUENNE, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

WUENSCHE, KINSEY
ADDRESS AVAILABLE UPON REQUEST

WUEPPER, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WUERFFEL, KELLI
ADDRESS AVAILABLE UPON REQUEST

WUEST, GREG
ADDRESS AVAILABLE UPON REQUEST

WUESTE, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WUESTHOFF, STEPHANIA
ADDRESS AVAILABLE UPON REQUEST

WUESTMAN, RYAN
ADDRESS AVAILABLE UPON REQUEST

WUHRER, DONNA
ADDRESS AVAILABLE UPON REQUEST

WUITE, SKYLAR
ADDRESS AVAILABLE UPON REQUEST

WUJCIK, TRUDY
ADDRESS AVAILABLE UPON REQUEST

WUKAWITZ, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WULF, LOGAN
ADDRESS AVAILABLE UPON REQUEST

WULF, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

WULFF, JOHN
ADDRESS AVAILABLE UPON REQUEST

WULFF, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WULFMAN, CARRIE
ADDRESS AVAILABLE UPON REQUEST

WULFSON, SIERRA
ADDRESS AVAILABLE UPON REQUEST

WULSTEIN, KATARINA
ADDRESS AVAILABLE UPON REQUEST

WULW, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

WUMMER, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

WUNDERKIND CORPORATION
ONE WORLD TRADE CENTER, FLOOR 74
NEW YORK, NY  10007

WUNDERLICH LLC
333 HUDSON ST STE 907
NEW YORK, NY  10013

WUNDERLICH, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WUNDERLICH, KARLIE
ADDRESS AVAILABLE UPON REQUEST

WUNDERLICH, KRISTA
ADDRESS AVAILABLE UPON REQUEST

WUNDERLICH, MARIANNE
ADDRESS AVAILABLE UPON REQUEST

WUNSCH, BONNIE
ADDRESS AVAILABLE UPON REQUEST

WUNSCH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WURM, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

WURMAN, CHAYA
ADDRESS AVAILABLE UPON REQUEST

WURMBRAND, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WURMS, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WURSTER, BRAD
ADDRESS AVAILABLE UPON REQUEST

WURSTER, JULIE
ADDRESS AVAILABLE UPON REQUEST

WURSTKUCHE
ADDRESS UNAVAILABLE AT TIME OF FILING

WURTH, SAM
ADDRESS AVAILABLE UPON REQUEST

WURTS MONIQUE
ADDRESS AVAILABLE UPON REQUEST

WURZEL, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WUSSOW, MARIAH
ADDRESS AVAILABLE UPON REQUEST

WUTKOWSKI, JERRY
ADDRESS AVAILABLE UPON REQUEST

WUTTIG, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

WUYCHECK, TORY
ADDRESS AVAILABLE UPON REQUEST

WV ABC
ATTN WINE LIC.
900 PENNSYLVANIA AVE
CHARLESTON, WV  25302

WV ALCOHOL BEVERAGE CONTROL ADM
ADDRESS UNAVAILABLE AT TIME OF FILING

WV SECRETARY OF STATE
ADDRESS UNAVAILABLE AT TIME OF FILING

WV STATE TAX DEPT
1124 SMITH ST
CHARLESTON, WV  25301

WW, ROBERT
ADDRESS AVAILABLE UPON REQUEST

WWW.COCKTAILCOURIER.COM
ADDRESS UNAVAILABLE AT TIME OF FILING

WWW.VPNSECURE.ME
ADDRESS UNAVAILABLE AT TIME OF FILING

WY DEPT OF REVENUE
122 WEST 25TH STREET, SUITE E301
HERSCHLER BUILDING EAST
CHEYENNE, WY  82002

WY LIQUOR DIVISION
6601 CAMPSTOOL RD
CHEYENNE, WY  82001

WYAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

WYANT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

WYANT, MARY
ADDRESS AVAILABLE UPON REQUEST

WYANT, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WYATT, ANGEL
ADDRESS AVAILABLE UPON REQUEST

WYATT, ATOSHA
ADDRESS AVAILABLE UPON REQUEST

WYATT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

WYATT, ELYSE
ADDRESS AVAILABLE UPON REQUEST

WYATT, EMILY
ADDRESS AVAILABLE UPON REQUEST

WYATT, JAMIE
ADDRESS AVAILABLE UPON REQUEST

WYATT, JOAN
ADDRESS AVAILABLE UPON REQUEST

WYATT, JULIA
ADDRESS AVAILABLE UPON REQUEST

WYATT, KELLEY
ADDRESS AVAILABLE UPON REQUEST

WYATT, KEVIN
ADDRESS AVAILABLE UPON REQUEST

WYATT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WYATT, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

WYATT, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WYATT, NANCY
ADDRESS AVAILABLE UPON REQUEST

WYATT, NOEL
ADDRESS AVAILABLE UPON REQUEST

WYATT, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

WYATT, SARAH
ADDRESS AVAILABLE UPON REQUEST

WYATT, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WYATT, TERI
ADDRESS AVAILABLE UPON REQUEST

WYBENGA, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

WYBLE, BROOKE AND AMY
ADDRESS AVAILABLE UPON REQUEST

WYBLE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WYCALL, LIZ
ADDRESS AVAILABLE UPON REQUEST

WYCHE, STORM
ADDRESS AVAILABLE UPON REQUEST

WYCHOR, MINDY
ADDRESS AVAILABLE UPON REQUEST

WYCHULIS, CARLIE
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, ADRIANNE
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, HALLIE
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, MELANIE
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, PAUL
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, RACHEL
ADDRESS AVAILABLE UPON REQUEST

WYCKOFF, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

WYCOFF, AMANDA
ADDRESS AVAILABLE UPON REQUEST

WYDERKO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WYDMAN, EMMY
ADDRESS AVAILABLE UPON REQUEST

WYDNER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

WYDRA, MINDI
ADDRESS AVAILABLE UPON REQUEST

WYE, MELISSA
ADDRESS AVAILABLE UPON REQUEST

WYGONIK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WYHS, SUZETTE
ADDRESS AVAILABLE UPON REQUEST

WYKES, RYAN
ADDRESS AVAILABLE UPON REQUEST

WYKOWSKI, JOE
ADDRESS AVAILABLE UPON REQUEST

WYLDER, RENEE
ADDRESS AVAILABLE UPON REQUEST

WYLIE LUO
ADDRESS AVAILABLE UPON REQUEST

WYLIE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WYLIE, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

WYLIE, DEREK
ADDRESS AVAILABLE UPON REQUEST

WYLIE, HEATHER
ADDRESS AVAILABLE UPON REQUEST

WYLIE, MARCY
ADDRESS AVAILABLE UPON REQUEST

WYLIE, SARAH
ADDRESS AVAILABLE UPON REQUEST

WYLIE, SCOTT
ADDRESS AVAILABLE UPON REQUEST

WYLIE, THERESA
ADDRESS AVAILABLE UPON REQUEST

WYLLIE, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

WYLLIE, BETTY
ADDRESS AVAILABLE UPON REQUEST

WYMAN, DEREK
ADDRESS AVAILABLE UPON REQUEST

WYMAN, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

WYMAN, SHANNON
ADDRESS AVAILABLE UPON REQUEST

WYMER, ABBEY
ADDRESS AVAILABLE UPON REQUEST

WYMER, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

WYMER, JO
ADDRESS AVAILABLE UPON REQUEST

WYMER, RAY
ADDRESS AVAILABLE UPON REQUEST

WYMORE, KAMI
ADDRESS AVAILABLE UPON REQUEST

WYNANDS, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

WYNAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WYNDHAM
ADDRESS UNAVAILABLE AT TIME OF FILING

WYNDHAM, ALAYA
ADDRESS AVAILABLE UPON REQUEST

WYNE, MEGAN
ADDRESS AVAILABLE UPON REQUEST

WYNKOOP, KELLY
ADDRESS AVAILABLE UPON REQUEST

WYNKOOP, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WYNN, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WYNN, DEANGELO
ADDRESS AVAILABLE UPON REQUEST

WYNN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

WYNN, KERRY
ADDRESS AVAILABLE UPON REQUEST

WYNN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

WYNN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WYNN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

WYNN, SHARON
ADDRESS AVAILABLE UPON REQUEST

WYNN, TRACI
ADDRESS AVAILABLE UPON REQUEST

WYNNE, ANDREW
ADDRESS AVAILABLE UPON REQUEST

WYNNE, KELLY
ADDRESS AVAILABLE UPON REQUEST

WYNNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WYNNE, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

WYNNE, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

WYNNS, MAGDALENA
ADDRESS AVAILABLE UPON REQUEST

WYNNYCKYJ, KIM
ADDRESS AVAILABLE UPON REQUEST

WYOMING COMPLIANCE DIVISION
2020 CAREY AVE
SUITE 700
CHEYENNE, WY  82002-0020

WYOMING DEPARTMENT OF REVENUE
122 W 25TH ST
CHEYENNE, WY  82001

WYOMING DEPT OF REVENUE
122 WEST 25TH STREET, 2ND FLOOR WEST
CHEYENNE, WY  82002-0110

WYOMING DEPT OF WORKFORCE SERVICES
1510 EAST PERSHING BLVD
WEST WING
CHEYENNE, WY  82002

WYOMING LIQUOR COMMISSION
6601 CAMPSTOOL RD
CHEYENNE, WY  82001

WYOMING LIQUOR DIVISION
1520 E 5TH ST
CHEYENNE, WY  82007

WYOMING LIQUOR DIVISION
6601 CAMPSTOOL ROAD
CHEYENNE, WY  82002-0110

WYOMING SECRETARY OF STATE
COMPLIANCE DIVISION
ATTN: PRINCIPAL COMPLIANCE AUDITOR
2020 CAREY AVENUE, STE 700
CHEYENNE, WY  82009

WYREBEK, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

WYRICK, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

WYRICK, DANE
ADDRESS AVAILABLE UPON REQUEST

WYROBEK, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

WYRRICK, SHARON
ADDRESS AVAILABLE UPON REQUEST

WYSE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

WYSOCKI, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

WYSOCKI, BRYAN
ADDRESS AVAILABLE UPON REQUEST

WYSOCKI, CARMEN
ADDRESS AVAILABLE UPON REQUEST

WYSOGLAD, LYNN
ADDRESS AVAILABLE UPON REQUEST

WYSONG, TONI
ADDRESS AVAILABLE UPON REQUEST

WYSS, JESSE
ADDRESS AVAILABLE UPON REQUEST

WYSS, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

WYSS, REBECCA
ADDRESS AVAILABLE UPON REQUEST

WYTIU, AMETHYST
ADDRESS AVAILABLE UPON REQUEST

X
ADDRESS AVAILABLE UPON REQUEST

X, NKOSI
ADDRESS AVAILABLE UPON REQUEST

X, R
ADDRESS AVAILABLE UPON REQUEST

XANDER OXMAN
ADDRESS AVAILABLE UPON REQUEST

XANTUS, BIBORKA
ADDRESS AVAILABLE UPON REQUEST

XAVIER A GONZALEZ
ADDRESS AVAILABLE UPON REQUEST

XAVIER MORSE
ADDRESS AVAILABLE UPON REQUEST

XAYAVONG, ATLANTA
ADDRESS AVAILABLE UPON REQUEST

XAYKOSY, VIENGMANIVONE
ADDRESS AVAILABLE UPON REQUEST

XAYKOSY-BOULANY, DEE
ADDRESS AVAILABLE UPON REQUEST

XEROX CORPORATION
P.O. BOX 202882
DALLAS, TX  75320-2882

XHILONE, KYLE
ADDRESS AVAILABLE UPON REQUEST

XI, MING
ADDRESS AVAILABLE UPON REQUEST

XI, ZOE
ADDRESS AVAILABLE UPON REQUEST

XIA, JIAMING
ADDRESS AVAILABLE UPON REQUEST

XIA, KELLY
ADDRESS AVAILABLE UPON REQUEST

XIAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

XIAO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

XIAO, WEI
ADDRESS AVAILABLE UPON REQUEST

XIAO, WENYE
ADDRESS AVAILABLE UPON REQUEST

XIAO, XUE
ADDRESS AVAILABLE UPON REQUEST

XIAO, YAO
ADDRESS AVAILABLE UPON REQUEST

XIE, HUIHUA
ADDRESS AVAILABLE UPON REQUEST

XIE, HUXIAO
ADDRESS AVAILABLE UPON REQUEST

XIE, JIACHI
ADDRESS AVAILABLE UPON REQUEST

XIE, ZHENCHANG
ADDRESS AVAILABLE UPON REQUEST

XING, MONICA
ADDRESS AVAILABLE UPON REQUEST

XINTONG YUAN
ADDRESS AVAILABLE UPON REQUEST

XIOMARA ALCALDE
ADDRESS AVAILABLE UPON REQUEST

XIONG, FRANCINE
ADDRESS AVAILABLE UPON REQUEST

XIONG, JIAZHENG
ADDRESS AVAILABLE UPON REQUEST

XIONG, JUY
ADDRESS AVAILABLE UPON REQUEST

XIONG, LAO
ADDRESS AVAILABLE UPON REQUEST

XIONG, PANYIA
ADDRESS AVAILABLE UPON REQUEST

XLMEDIA FINANCE LTD. (MONEYBLOGS, LLC.)
10 FOREST FALLS DR. STE. 9B
YARMOUTH, ME  04096

XLMEDIA FINANCE LTD. (MONEYBLOGS, LLC.)
WIRE 6 AGIAS MARINAS STREET
4044 YERMASOGIA
LIMASSOL
CYPRUS

XO GROUP INC.
11106 MOCKINGBIRD DR
OMAHA, NE  68137

XPO LOGISTICS
ADDRESS UNAVAILABLE AT TIME OF FILING

XU, ALYVIA
ADDRESS AVAILABLE UPON REQUEST

XU, EVEREST
ADDRESS AVAILABLE UPON REQUEST

XU, HANDAN
ADDRESS AVAILABLE UPON REQUEST

XU, JESSIE
ADDRESS AVAILABLE UPON REQUEST

XU, JING
ADDRESS AVAILABLE UPON REQUEST

XU, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

XU, KAILAI
ADDRESS AVAILABLE UPON REQUEST

XU, PANG PANG
ADDRESS AVAILABLE UPON REQUEST

XU, RAN
ADDRESS AVAILABLE UPON REQUEST

XU, SHERRY
ADDRESS AVAILABLE UPON REQUEST

XU, STAR
ADDRESS AVAILABLE UPON REQUEST

XU, SUMMER
ADDRESS AVAILABLE UPON REQUEST

XU, SUMMER
ADDRESS AVAILABLE UPON REQUEST

XU, TIANRUI
ADDRESS AVAILABLE UPON REQUEST

XU, XIAOPEI
ADDRESS AVAILABLE UPON REQUEST

XU, XIN
ADDRESS AVAILABLE UPON REQUEST

XU, XINDI
ADDRESS AVAILABLE UPON REQUEST

XU, XINLING
ADDRESS AVAILABLE UPON REQUEST

XU, YIJIE JOANNA
ADDRESS AVAILABLE UPON REQUEST

XU, YING
ADDRESS AVAILABLE UPON REQUEST

XU, YONG
ADDRESS AVAILABLE UPON REQUEST

XU, ZHIYU
ADDRESS AVAILABLE UPON REQUEST

XUAN, LUCIUS
ADDRESS AVAILABLE UPON REQUEST

XUE, ERICA
ADDRESS AVAILABLE UPON REQUEST

XUE, LEWIN
ADDRESS AVAILABLE UPON REQUEST

XUYING ZHAO
ADDRESS AVAILABLE UPON REQUEST

XYTHALIS, RAINA
ADDRESS AVAILABLE UPON REQUEST

Y KIM
ADDRESS AVAILABLE UPON REQUEST

Y, FRISHHHHHHHHHHH
ADDRESS AVAILABLE UPON REQUEST

Y, KIM
ADDRESS AVAILABLE UPON REQUEST

Y, SHARON
ADDRESS AVAILABLE UPON REQUEST

YAARY, SHARON
ADDRESS AVAILABLE UPON REQUEST

YABLOCHNIKOV, ILYA
ADDRESS AVAILABLE UPON REQUEST

YABLONSKY, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

YABLONSKY, FRANCENE
ADDRESS AVAILABLE UPON REQUEST

YABOR, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

YABOR, MARY
ADDRESS AVAILABLE UPON REQUEST

YABROW, SAM
ADDRESS AVAILABLE UPON REQUEST

YABS, MARGO
ADDRESS AVAILABLE UPON REQUEST

YABS, MELANIE
ADDRESS AVAILABLE UPON REQUEST

YACAMAN, MARIAM
ADDRESS AVAILABLE UPON REQUEST

YACAPIN, JEN AND EMMY
ADDRESS AVAILABLE UPON REQUEST

YACCARINO, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

YACHES, BARRY
ADDRESS AVAILABLE UPON REQUEST

YACKLE, BILL
ADDRESS AVAILABLE UPON REQUEST

YACKOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YACOVACCI, JULIANNE
ADDRESS AVAILABLE UPON REQUEST

YACOVELLI, ANTONIO
ADDRESS AVAILABLE UPON REQUEST

YACOVINO, SCOTT
ADDRESS AVAILABLE UPON REQUEST

YACUA, GENESYS
ADDRESS AVAILABLE UPON REQUEST

YACUZZO, LISA
ADDRESS AVAILABLE UPON REQUEST

YADAIE, ARIEL
ADDRESS AVAILABLE UPON REQUEST

YADAO, RUBEN
ADDRESS AVAILABLE UPON REQUEST

YADAV, MUKUL
ADDRESS AVAILABLE UPON REQUEST

YADAV, REKHA
ADDRESS AVAILABLE UPON REQUEST

YADIRA, YESSICA
ADDRESS AVAILABLE UPON REQUEST

YADLOSKY, BEVERLY
ADDRESS AVAILABLE UPON REQUEST

YADON, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

YADUSH, JOHN
ADDRESS AVAILABLE UPON REQUEST

YAEGER, BAILEE
ADDRESS AVAILABLE UPON REQUEST

YAEGER, ELISA
ADDRESS AVAILABLE UPON REQUEST

YAFFE, PAUL
ADDRESS AVAILABLE UPON REQUEST

YAGER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

YAGER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

YAGER, PEYTON
ADDRESS AVAILABLE UPON REQUEST

YAGGIE, JANET
ADDRESS AVAILABLE UPON REQUEST

YAGGY, GARY
ADDRESS AVAILABLE UPON REQUEST

YAGHMAIE, AVA
ADDRESS AVAILABLE UPON REQUEST

YAGHOUBI, MOHAMMAD
ADDRESS AVAILABLE UPON REQUEST

YAGHOUBI, NAZELI
ADDRESS AVAILABLE UPON REQUEST

YAGHOUBIAN, SARA
ADDRESS AVAILABLE UPON REQUEST

YAGOOBIAN, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

YAGOUB, AMEL
ADDRESS AVAILABLE UPON REQUEST

YAHN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YAHN, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YAHNE, AMANDA
ADDRESS AVAILABLE UPON REQUEST

YAHOO AD TECH LLC
VERIZON MEDIA INC.
770 BROADWAY
NEW YORK, NY  10003

YAHOO INC.
PO BOX 89-4147
LOS ANGELES, CA  90189-4147

YAJAIRA RUIZ
ADDRESS AVAILABLE UPON REQUEST

YAJJIMA, SEIKO
ADDRESS AVAILABLE UPON REQUEST

YAKABOSKI, BRENDA
ADDRESS AVAILABLE UPON REQUEST

YAKALIS, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

YAKE, BARBARA
ADDRESS AVAILABLE UPON REQUEST

YAKE, KELLY
ADDRESS AVAILABLE UPON REQUEST

YAKES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YAKICH, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

YAKIN, TUNC
ADDRESS AVAILABLE UPON REQUEST

YAKLIN, JUELS
ADDRESS AVAILABLE UPON REQUEST

YAKOUBEK, MARK
ADDRESS AVAILABLE UPON REQUEST

YAKOVLEV, VICTOR
ADDRESS AVAILABLE UPON REQUEST

YAKOWICZ, EVAN
ADDRESS AVAILABLE UPON REQUEST

YAKSCOE, CYNDI
ADDRESS AVAILABLE UPON REQUEST

YAKSCOE, KELLY & STEVE
ADDRESS AVAILABLE UPON REQUEST

YAKSICH, MIKE
ADDRESS AVAILABLE UPON REQUEST

YAKUPZACK, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

YALACKI, KAYLA
ADDRESS AVAILABLE UPON REQUEST

YALE, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

YALEY, NACHOLE
ADDRESS AVAILABLE UPON REQUEST

YALLUP, MARK
ADDRESS AVAILABLE UPON REQUEST

YALTA, KAROL
ADDRESS AVAILABLE UPON REQUEST

YAM, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

YAM, VERONICA
ADDRESS AVAILABLE UPON REQUEST

YAMABE, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

YAMADA, CHIYO
ADDRESS AVAILABLE UPON REQUEST

YAMAGUCHI, MANA
ADDRESS AVAILABLE UPON REQUEST

YAMAGUCHI, RIA
ADDRESS AVAILABLE UPON REQUEST

YAMAGUCHI, USA
ADDRESS AVAILABLE UPON REQUEST

YAMAK, KASSEM
ADDRESS AVAILABLE UPON REQUEST

YAMAKAWA, LISA
ADDRESS AVAILABLE UPON REQUEST

YAMAKAWA, RIE
ADDRESS AVAILABLE UPON REQUEST

YAMAMOTO, DOUG
ADDRESS AVAILABLE UPON REQUEST

YAMAMOTO, KEIKO
ADDRESS AVAILABLE UPON REQUEST

YAMAMOTO, KERRI
ADDRESS AVAILABLE UPON REQUEST

YAMAMOTO, RAYNA
ADDRESS AVAILABLE UPON REQUEST

YAMANAKA, ALAN
ADDRESS AVAILABLE UPON REQUEST

YAMANAKA, JASON
ADDRESS AVAILABLE UPON REQUEST

YAMANE, EMILY Y.
ADDRESS AVAILABLE UPON REQUEST

YAMANE, GRACE
ADDRESS AVAILABLE UPON REQUEST

YAMASHITA, BRADLEY
ADDRESS AVAILABLE UPON REQUEST

YAMATO-COLVILL, HAPI
ADDRESS AVAILABLE UPON REQUEST

YAMBEM, GAYATRI
ADDRESS AVAILABLE UPON REQUEST

YAMRON, EMILY
ADDRESS AVAILABLE UPON REQUEST

YAN
ADDRESS AVAILABLE UPON REQUEST

YAN, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

YAN, JOANNA
ADDRESS AVAILABLE UPON REQUEST

YAN, MINGYUE
ADDRESS AVAILABLE UPON REQUEST

YAN, ROSE
ADDRESS AVAILABLE UPON REQUEST

YAN, YIXIN
ADDRESS AVAILABLE UPON REQUEST

YAN, ZHIMIN
ADDRESS AVAILABLE UPON REQUEST

YANA GLEMAUD
ADDRESS AVAILABLE UPON REQUEST

YANA IMBERG
ADDRESS AVAILABLE UPON REQUEST

YANAGI SUSHI AND GRILL
ADDRESS UNAVAILABLE AT TIME OF FILING

YANAK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YANAN, MARYANN
ADDRESS AVAILABLE UPON REQUEST

YANARO, JEANNE
ADDRESS AVAILABLE UPON REQUEST

YANCEY, CHARLES
ADDRESS AVAILABLE UPON REQUEST

YANCEY, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

YANCEY, HUNTER
ADDRESS AVAILABLE UPON REQUEST

YANCEY, KATIE
ADDRESS AVAILABLE UPON REQUEST

YANCHAK, DENNIS
ADDRESS AVAILABLE UPON REQUEST

YANCY, BRENDA
ADDRESS AVAILABLE UPON REQUEST

YANCY, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

YANCY, TIM
ADDRESS AVAILABLE UPON REQUEST

YANCY-TAYLOR, PAMELA
ADDRESS AVAILABLE UPON REQUEST

YANDALL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YANES, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YANEY, LEXIANA
ADDRESS AVAILABLE UPON REQUEST

YANEZ, ANNE
ADDRESS AVAILABLE UPON REQUEST

YANEZ, CAROLINA
ADDRESS AVAILABLE UPON REQUEST

YANEZ, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

YANEZ, EMILY
ADDRESS AVAILABLE UPON REQUEST

YANEZ, GIZZEL
ADDRESS AVAILABLE UPON REQUEST

YANEZ, MARTHA
ADDRESS AVAILABLE UPON REQUEST

YANEZ, MITCHELL
ADDRESS AVAILABLE UPON REQUEST

YANEZ, PABLO
ADDRESS AVAILABLE UPON REQUEST

YANEZ, VALENCIA
ADDRESS AVAILABLE UPON REQUEST

YANG (AIRBNB), ELAINE
ADDRESS AVAILABLE UPON REQUEST

YANG CHOW
ADDRESS AVAILABLE UPON REQUEST

YANG
ADDRESS AVAILABLE UPON REQUEST

YANG, ANDREW
ADDRESS AVAILABLE UPON REQUEST

YANG, BECKY
ADDRESS AVAILABLE UPON REQUEST

YANG, CHIEN
ADDRESS AVAILABLE UPON REQUEST

YANG, ELISE
ADDRESS AVAILABLE UPON REQUEST

YANG, EMMA
ADDRESS AVAILABLE UPON REQUEST

YANG, EUGENE
ADDRESS AVAILABLE UPON REQUEST

YANG, EVE
ADDRESS AVAILABLE UPON REQUEST

YANG, GAO IA
ADDRESS AVAILABLE UPON REQUEST

YANG, HAE
ADDRESS AVAILABLE UPON REQUEST

YANG, HAO
ADDRESS AVAILABLE UPON REQUEST

YANG, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

YANG, JAEYOUNG
ADDRESS AVAILABLE UPON REQUEST

YANG, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

YANG, JINGXUAN
ADDRESS AVAILABLE UPON REQUEST

YANG, JOCELYN
ADDRESS AVAILABLE UPON REQUEST

YANG, JOHNNY
ADDRESS AVAILABLE UPON REQUEST

YANG, JUN
ADDRESS AVAILABLE UPON REQUEST

YANG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

YANG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

YANG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

YANG, KEXIN
ADDRESS AVAILABLE UPON REQUEST

YANG, LIHSIN
ADDRESS AVAILABLE UPON REQUEST

YANG, MENGNA
ADDRESS AVAILABLE UPON REQUEST

YANG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YANG, MINJEONG
ADDRESS AVAILABLE UPON REQUEST

YANG, REBECCA
ADDRESS AVAILABLE UPON REQUEST

YANG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

YANG, SALLY
ADDRESS AVAILABLE UPON REQUEST

YANG, SHAO-WEN
ADDRESS AVAILABLE UPON REQUEST

YANG, SHUJUN
ADDRESS AVAILABLE UPON REQUEST

YANG, SONG
ADDRESS AVAILABLE UPON REQUEST

YANG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

YANG, WEILIN
ADDRESS AVAILABLE UPON REQUEST

YANG, XIANGYI
ADDRESS AVAILABLE UPON REQUEST

YANG, XUEYING
ADDRESS AVAILABLE UPON REQUEST

YANGZHOU SHANJING
ADDRESS UNAVAILABLE AT TIME OF FILING

YANICH, ASHER
ADDRESS AVAILABLE UPON REQUEST

YANK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

YANK, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

YANKEE PIER
ADDRESS UNAVAILABLE AT TIME OF FILING

YANKEE, APRIL
ADDRESS AVAILABLE UPON REQUEST

YANKELEVICH, ALEX
ADDRESS AVAILABLE UPON REQUEST

YANKELEVICH, BECCA
ADDRESS AVAILABLE UPON REQUEST

YANKEY, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

YANKOSKI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

YANKOVA, GERGANA
ADDRESS AVAILABLE UPON REQUEST

YANKOVA, MILA
ADDRESS AVAILABLE UPON REQUEST

YANKOVEC, KATIE
ADDRESS AVAILABLE UPON REQUEST

YANKOWSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

YANKOWSKY, STACI
ADDRESS AVAILABLE UPON REQUEST

YANKULOV, MARIAN
ADDRESS AVAILABLE UPON REQUEST

YANN ZELLER
ADDRESS AVAILABLE UPON REQUEST

YANNACCONE, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

YANNARELLA, KARI
ADDRESS AVAILABLE UPON REQUEST

YANNELLO, JO-ANN
ADDRESS AVAILABLE UPON REQUEST

YANNI, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YANNICK FORBES
ADDRESS AVAILABLE UPON REQUEST

YANNIELLO, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YANNITELLO, PAMELA
ADDRESS AVAILABLE UPON REQUEST

YANNUZZI, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YANOK, JULIANA
ADDRESS AVAILABLE UPON REQUEST

YANOSKI, JANINE
ADDRESS AVAILABLE UPON REQUEST

YANOVSKI, JOHANNA
ADDRESS AVAILABLE UPON REQUEST

YANOVYCH, MELISSA
ADDRESS AVAILABLE UPON REQUEST

YANOW, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

YANSHINA, ANYA
ADDRESS AVAILABLE UPON REQUEST

YANSKA, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YANSKI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YANTZI, PAULA
ADDRESS AVAILABLE UPON REQUEST

YANUK, KEVIN
ADDRESS AVAILABLE UPON REQUEST

YAO FAMILY WINES
824A HEALDSBURG AVENUE
HEALDSBURG, CA  95448

YAO, DAPHNE
ADDRESS AVAILABLE UPON REQUEST

YAO, HELEN
ADDRESS AVAILABLE UPON REQUEST

YAO, MARI
ADDRESS AVAILABLE UPON REQUEST

YAO, MENGDI
ADDRESS AVAILABLE UPON REQUEST

YAP, ANNE
ADDRESS AVAILABLE UPON REQUEST

YAP, AUBREY
ADDRESS AVAILABLE UPON REQUEST

YAP, SHIELLA
ADDRESS AVAILABLE UPON REQUEST

YAPALATER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YAPALATER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YAPANA, LENELLE
ADDRESS AVAILABLE UPON REQUEST

YAPUR, ANA
ADDRESS AVAILABLE UPON REQUEST

YAQUBIE, FRISH
ADDRESS AVAILABLE UPON REQUEST

YARBOROUGH, ALEXANDRIA
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, AMELIA
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, DANETTE
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, HELENA
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, JEWEL
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, LATORIA
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, LESLEY
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, LORI
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, LOWELL
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, MASON
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, STACIE
ADDRESS AVAILABLE UPON REQUEST

YARBROUGH, SUSIE
ADDRESS AVAILABLE UPON REQUEST

YARD, JACOB
ADDRESS AVAILABLE UPON REQUEST

YARDAN, SHANNA
ADDRESS AVAILABLE UPON REQUEST

YARDHOUSE
ADDRESS UNAVAILABLE AT TIME OF FILING

YARDLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

YARDLEY, ROSEMARY
ADDRESS AVAILABLE UPON REQUEST

YAREL, OHAD
ADDRESS AVAILABLE UPON REQUEST

YARGAWON, WANDA
ADDRESS AVAILABLE UPON REQUEST

YARGER, DAN
ADDRESS AVAILABLE UPON REQUEST

YARIA, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

YARLEQUE, ADRIANA
ADDRESS AVAILABLE UPON REQUEST

YARLOTT, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

YARNES, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YARNO, KRISTOFER
ADDRESS AVAILABLE UPON REQUEST

YARNO, LILLY
ADDRESS AVAILABLE UPON REQUEST

YARNOT, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YARRINGTON, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

YARROWS, CASSIDY
ADDRESS AVAILABLE UPON REQUEST

YARSIN, REBECCA
ADDRESS AVAILABLE UPON REQUEST

YARST, NIKOLAY
ADDRESS AVAILABLE UPON REQUEST

YARTSEVA, VIKTORIYA
ADDRESS AVAILABLE UPON REQUEST

YARUSSO, TRACEY
ADDRESS AVAILABLE UPON REQUEST

YAS FITNESS CENTERS
ADDRESS UNAVAILABLE AT TIME OF FILING

YASGUR, JENNA
ADDRESS AVAILABLE UPON REQUEST

YASH, GEORGE
ADDRESS AVAILABLE UPON REQUEST

YASHEKA POWELL
ADDRESS AVAILABLE UPON REQUEST

YASHESH MAZUMDAR
ADDRESS AVAILABLE UPON REQUEST

YASIN, BEATRICE
ADDRESS AVAILABLE UPON REQUEST

YASIN, KATRINA
ADDRESS AVAILABLE UPON REQUEST

YASMINE ABDALLAH
ADDRESS AVAILABLE UPON REQUEST

YASMINE CADET
ADDRESS AVAILABLE UPON REQUEST

YASMINE ESTRADA, YASMINE
ADDRESS AVAILABLE UPON REQUEST

YASSERI, YASSI
ADDRESS AVAILABLE UPON REQUEST

YASTER, SUZY
ADDRESS AVAILABLE UPON REQUEST

YATASSAYE, FATOU
ADDRESS AVAILABLE UPON REQUEST

YATCO, SARAH
ADDRESS AVAILABLE UPON REQUEST

YATER, SARA
ADDRESS AVAILABLE UPON REQUEST

YATES, ALLISON
ADDRESS AVAILABLE UPON REQUEST

YATES, ANNABEL
ADDRESS AVAILABLE UPON REQUEST

YATES, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

YATES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YATES, ERICA
ADDRESS AVAILABLE UPON REQUEST

YATES, ERIN
ADDRESS AVAILABLE UPON REQUEST

YATES, ERIN
ADDRESS AVAILABLE UPON REQUEST

YATES, GINA
ADDRESS AVAILABLE UPON REQUEST

YATES, JAMES
ADDRESS AVAILABLE UPON REQUEST

YATES, JAN
ADDRESS AVAILABLE UPON REQUEST

YATES, JEREL
ADDRESS AVAILABLE UPON REQUEST

YATES, JOE AND CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

YATES, KEVIN
ADDRESS AVAILABLE UPON REQUEST

YATES, LINDA
ADDRESS AVAILABLE UPON REQUEST

YATES, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

YATES, MARGARET
ADDRESS AVAILABLE UPON REQUEST

YATES, MEL
ADDRESS AVAILABLE UPON REQUEST

YATES, NASHYRA
ADDRESS AVAILABLE UPON REQUEST

YATES, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

YATES, PETE
ADDRESS AVAILABLE UPON REQUEST

YATES, SCOTT
ADDRESS AVAILABLE UPON REQUEST

YATES, SHMEEA
ADDRESS AVAILABLE UPON REQUEST

YATES, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

YATES, TESS
ADDRESS AVAILABLE UPON REQUEST

YATINKUMAR SHIYANI
ADDRESS AVAILABLE UPON REQUEST

YATSKO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YAU, DAVID
ADDRESS AVAILABLE UPON REQUEST

YAU, RITA
ADDRESS AVAILABLE UPON REQUEST

YAUSSI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

YAVAGAL, DEEPAK
ADDRESS AVAILABLE UPON REQUEST

YAVIL, ANDREW
ADDRESS AVAILABLE UPON REQUEST

YAVORSKI, HALEY
ADDRESS AVAILABLE UPON REQUEST

YAWAND-WOSSEN, MELISA
ADDRESS AVAILABLE UPON REQUEST

YAWN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

YAWN, JAMES
ADDRESS AVAILABLE UPON REQUEST

YAWN, STEVEN
ADDRESS AVAILABLE UPON REQUEST

YAYING PU
ADDRESS AVAILABLE UPON REQUEST

YAZDGERDI, SASHA
ADDRESS AVAILABLE UPON REQUEST

YAZGI, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

YAZZIE, KYLE
ADDRESS AVAILABLE UPON REQUEST

YBARRA, ERIK
ADDRESS AVAILABLE UPON REQUEST

YBARRA, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

YBARRA, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

YBURAN, AEILLYNE
ADDRESS AVAILABLE UPON REQUEST

YCS YCS
ADDRESS UNAVAILABLE AT TIME OF FILING

YDER, JAY
ADDRESS AVAILABLE UPON REQUEST

YE TAO
ADDRESS AVAILABLE UPON REQUEST

YE, DONNA S.
ADDRESS AVAILABLE UPON REQUEST

YEADON, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

YEAFOLI, EMILY
ADDRESS AVAILABLE UPON REQUEST

YEAGER, ALLIE
ADDRESS AVAILABLE UPON REQUEST

YEAGER, DEREK
ADDRESS AVAILABLE UPON REQUEST

YEAGER, DEWEY
ADDRESS AVAILABLE UPON REQUEST

YEAGER, DREW
ADDRESS AVAILABLE UPON REQUEST

YEAGER, EMMA
ADDRESS AVAILABLE UPON REQUEST

YEAGER, EVELYNN
ADDRESS AVAILABLE UPON REQUEST

YEAGER, GILLIAN
ADDRESS AVAILABLE UPON REQUEST

YEAGER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YEAGER, JOSH
ADDRESS AVAILABLE UPON REQUEST

YEAGER, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

YEAGER, LAURA
ADDRESS AVAILABLE UPON REQUEST

YEAGER, MARIA
ADDRESS AVAILABLE UPON REQUEST

YEAGER-LITTLE, KIM
ADDRESS AVAILABLE UPON REQUEST

YEAGLEY, CJ
ADDRESS AVAILABLE UPON REQUEST

YEAGLEY, SARA
ADDRESS AVAILABLE UPON REQUEST

YEALY, CARLYLE
ADDRESS AVAILABLE UPON REQUEST

YEALY, D
ADDRESS AVAILABLE UPON REQUEST

YEARBY, ARNIE
ADDRESS AVAILABLE UPON REQUEST

YEARGIN, NINA
ADDRESS AVAILABLE UPON REQUEST

YEARIAN, CONNER
ADDRESS AVAILABLE UPON REQUEST

YEARICK, BRANDON
ADDRESS AVAILABLE UPON REQUEST

YEARLEY, ALISON
ADDRESS AVAILABLE UPON REQUEST

YEARWOOD, CHANTELLE
ADDRESS AVAILABLE UPON REQUEST

YEARWOOD, THOMASINA
ADDRESS AVAILABLE UPON REQUEST

YEATES, CARA
ADDRESS AVAILABLE UPON REQUEST

YEATON, LUCINDA
ADDRESS AVAILABLE UPON REQUEST

YEATTS, SETH
ADDRESS AVAILABLE UPON REQUEST

YEAZELL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

YEAZELL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

YEAZELL, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

YEBBA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YEBOAH, NORTEY
ADDRESS AVAILABLE UPON REQUEST

YECHOOR, SIVA
ADDRESS AVAILABLE UPON REQUEST

YEDIGAROV, ELENA
ADDRESS AVAILABLE UPON REQUEST

YEDLAPATI, MADHURI
ADDRESS AVAILABLE UPON REQUEST

YEDLOWSKI JR, JOHN
ADDRESS AVAILABLE UPON REQUEST

YEDNOCK, KEELY
ADDRESS AVAILABLE UPON REQUEST

YEDNOCK, LILY
ADDRESS AVAILABLE UPON REQUEST

YEE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

YEE, CINDY
ADDRESS AVAILABLE UPON REQUEST

YEE, EDMIND
ADDRESS AVAILABLE UPON REQUEST

YEE, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YEE, KEVIN
ADDRESS AVAILABLE UPON REQUEST

YEE, LAURA
ADDRESS AVAILABLE UPON REQUEST

YEE, LISA
ADDRESS AVAILABLE UPON REQUEST

YEE, RICHARD
ADDRESS AVAILABLE UPON REQUEST

YEE, TRICIA
ADDRESS AVAILABLE UPON REQUEST

YEGANEH, JOHN
ADDRESS AVAILABLE UPON REQUEST

YEGIDIS, DAVID
ADDRESS AVAILABLE UPON REQUEST

YEGIKYAN, NAIRA
ADDRESS AVAILABLE UPON REQUEST

YEGOROV, IRINA
ADDRESS AVAILABLE UPON REQUEST

YEH, BRENDA
ADDRESS AVAILABLE UPON REQUEST

YEH, JOHNSON CHIA MING
ADDRESS AVAILABLE UPON REQUEST

YEH, KENG-LUN
ADDRESS AVAILABLE UPON REQUEST

YEH, SOPHIA
ADDRESS AVAILABLE UPON REQUEST

YEISER-GARCIA, EVA
ADDRESS AVAILABLE UPON REQUEST

YEKESHA FREDERICK
ADDRESS AVAILABLE UPON REQUEST

YELDANDI, SARITA
ADDRESS AVAILABLE UPON REQUEST

YELDELL, ANNE
ADDRESS AVAILABLE UPON REQUEST

YELDELL, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YELDELL, STACIE
ADDRESS AVAILABLE UPON REQUEST

YELENE CHRYCY
ADDRESS AVAILABLE UPON REQUEST

YELESWARAPU, LAVANYA
ADDRESS AVAILABLE UPON REQUEST

YELIN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

YELINEK, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

YELISEYEV, POLINA
ADDRESS AVAILABLE UPON REQUEST

YELLE, RAYMOND
ADDRESS AVAILABLE UPON REQUEST

YELLEN, SARAH
ADDRESS AVAILABLE UPON REQUEST

YELLIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

YELLOW CARD SERVICES
ADDRESS UNAVAILABLE AT TIME OF FILING

YELLOW UMBRELLA VENTURES II LLC
2520 BLUEBONNET LANE UNIT 52 52
AUSTIN, TX  78704

YELLOWHAMMER MEDIA GROUP INC.
44 WEST 28TH STREET FLOOR 4
NEW YORK, NY  10001

YELLOWHORSE, NESBAH
ADDRESS AVAILABLE UPON REQUEST

YELMENE, MICHELE
ADDRESS AVAILABLE UPON REQUEST

YELNICK, JULI
ADDRESS AVAILABLE UPON REQUEST

YELTON, CLINTON
ADDRESS AVAILABLE UPON REQUEST

YELTON, LORI
ADDRESS AVAILABLE UPON REQUEST

YELVERTON, CHARLES
ADDRESS AVAILABLE UPON REQUEST

YELVINGTON, TRAVIS BECKY
ADDRESS AVAILABLE UPON REQUEST

YEN, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

YEN, SIMONE
ADDRESS AVAILABLE UPON REQUEST

YEN, TIA
ADDRESS AVAILABLE UPON REQUEST

YENAL, KRYSTELE
ADDRESS AVAILABLE UPON REQUEST

YENDES, ANNA
ADDRESS AVAILABLE UPON REQUEST

YENEABAT, RAEY
ADDRESS AVAILABLE UPON REQUEST

YENIS, BETH
ADDRESS AVAILABLE UPON REQUEST

YENOVKIAN, VSEM
ADDRESS AVAILABLE UPON REQUEST

YENTER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YENTZ, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

YEO, ALICIA
ADDRESS AVAILABLE UPON REQUEST

YEOSOCK, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

YEP, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

YEPES, JODIE
ADDRESS AVAILABLE UPON REQUEST

YEPEZ, AMANDA
ADDRESS AVAILABLE UPON REQUEST

YEPEZ, DULCE
ADDRESS AVAILABLE UPON REQUEST

YEPEZ, HECTOR
ADDRESS AVAILABLE UPON REQUEST

YERGEY, NANCY
ADDRESS AVAILABLE UPON REQUEST

YERK, MARA
ADDRESS AVAILABLE UPON REQUEST

YERKES, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

YERKES, NEAL
ADDRESS AVAILABLE UPON REQUEST

YERKEY, CASEY
ADDRESS AVAILABLE UPON REQUEST

YERMOLENKO, NATALIYA
ADDRESS AVAILABLE UPON REQUEST

YERNYE, MADELYN
ADDRESS AVAILABLE UPON REQUEST

YERRAM, NIKITHA
ADDRESS AVAILABLE UPON REQUEST

YERRAPOTU, VENKATESH
ADDRESS AVAILABLE UPON REQUEST

YES WAY ROSE
112 SUFFOLK ST.  4B
NEW YORK, NY  10002

YESALAVICH, LYNN
ADDRESS AVAILABLE UPON REQUEST

YESENCHAK, RYAN
ADDRESS AVAILABLE UPON REQUEST

YESENIA BOSQUEZ, YESENIA
ADDRESS AVAILABLE UPON REQUEST

YESENIA PERDUE
ADDRESS AVAILABLE UPON REQUEST

YESENKO, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

YESHIDAGNE, EMERALD
ADDRESS AVAILABLE UPON REQUEST

YESKE, EMILY
ADDRESS AVAILABLE UPON REQUEST

YESNER, NATALIE
ADDRESS AVAILABLE UPON REQUEST

YESSENIA VIDA SALGADO
ADDRESS AVAILABLE UPON REQUEST

YESWARE SERVICE
ADDRESS UNAVAILABLE AT TIME OF FILING

YETTER, RILEY
ADDRESS AVAILABLE UPON REQUEST

YETURU, SRUTHI
ADDRESS AVAILABLE UPON REQUEST

YEUNG, AMY
ADDRESS AVAILABLE UPON REQUEST

YEUNG, AMY
ADDRESS AVAILABLE UPON REQUEST

YEUNG, CHI HO
ADDRESS AVAILABLE UPON REQUEST

YEUNG, KIARA
ADDRESS AVAILABLE UPON REQUEST

YEUNG, MANDY
ADDRESS AVAILABLE UPON REQUEST

YEWELL, MAZIE
ADDRESS AVAILABLE UPON REQUEST

YEZER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

YEZZI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

YEZZO, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YI WEI DARREN QUEK
ADDRESS AVAILABLE UPON REQUEST

YI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

YI, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YI, DR. MIN
ADDRESS AVAILABLE UPON REQUEST

YI, HONGTAO
ADDRESS AVAILABLE UPON REQUEST

YI, PETER
ADDRESS AVAILABLE UPON REQUEST

YIALLOURIDES, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YIDI, MARIA
ADDRESS AVAILABLE UPON REQUEST

YIELDMO, INC
218 WEST 18TH STREET, 2ND FLOOR
NEW YORK, NY 10011

YIELDMO, INC
33 WEST 17TH ST., SUITE 201
NEW YORK, NY 10011

YILMA, MEDAN
ADDRESS AVAILABLE UPON REQUEST

YILMAZ, BESTE
ADDRESS AVAILABLE UPON REQUEST

YIM, ALI
ADDRESS AVAILABLE UPON REQUEST

YIM, CHI HIU
ADDRESS AVAILABLE UPON REQUEST

YIM, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YIN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

YIN, BEN
ADDRESS AVAILABLE UPON REQUEST

YIN, HANG
ADDRESS AVAILABLE UPON REQUEST

YING LIU 401K (ROTH)
ADDRESS AVAILABLE UPON REQUEST

YINGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

YINGER, SANDY
ADDRESS AVAILABLE UPON REQUEST

YINGLING, AMANDA
ADDRESS AVAILABLE UPON REQUEST

YINGLING, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

YINGXIANG CHENG
ADDRESS AVAILABLE UPON REQUEST

YIP PUI KEI
ADDRESS AVAILABLE UPON REQUEST

YIP, ERICA
ADDRESS AVAILABLE UPON REQUEST

YIP, IRENE
ADDRESS AVAILABLE UPON REQUEST

YIP, KELLY
ADDRESS AVAILABLE UPON REQUEST

YIP, TAMMY
ADDRESS AVAILABLE UPON REQUEST

YIPIT, INC
22 WEST 19TH ST. 7TH FLOOR
NEW YORK, NY 10011

YIWEN HE
ADDRESS AVAILABLE UPON REQUEST

YIWU YADAN STATIONARY COMMODITY CO
LTD
NO 12 CHAOYANG ROAD
SHANXI TOWN TOY BASE 322000

YIZAR, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

YLIGHTING
ADDRESS UNAVAILABLE AT TIME OF FILING

YLINIEMI, ABBY
ADDRESS AVAILABLE UPON REQUEST

YLISMAA, MELINDA
ADDRESS AVAILABLE UPON REQUEST

YM&U ENTERTAINMENT INC
9100 WILSHIRE BLVD SUITE 100W
BEVERLY HILLS, CA 90212

YNAYA, JO
ADDRESS AVAILABLE UPON REQUEST

YNOA, MAYLEN
ADDRESS AVAILABLE UPON REQUEST

YNTEMA, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOAV SION
ADDRESS AVAILABLE UPON REQUEST

YOB, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

YOCHEM-PIKE, CRAIG-CARL
ADDRESS AVAILABLE UPON REQUEST

YOCHIM, NENA
ADDRESS AVAILABLE UPON REQUEST

YOCHUM, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

YOCKEY, JASON
ADDRESS AVAILABLE UPON REQUEST

YOCKUS, CONNOR
ADDRESS AVAILABLE UPON REQUEST

YOCUM, DAVID
ADDRESS AVAILABLE UPON REQUEST

YOCUM, JULLI
ADDRESS AVAILABLE UPON REQUEST

YOCUPICIO, GUADALUPE
ADDRESS AVAILABLE UPON REQUEST

YODELFRI RUIZ
ADDRESS AVAILABLE UPON REQUEST

YODER, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

YODER, AMY
ADDRESS AVAILABLE UPON REQUEST

YODER, BETH
ADDRESS AVAILABLE UPON REQUEST

YODER, BETTY
ADDRESS AVAILABLE UPON REQUEST

YODER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

YODER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YODER, DEVON
ADDRESS AVAILABLE UPON REQUEST

YODER, GERALD
ADDRESS AVAILABLE UPON REQUEST

YODER, JEREMY
ADDRESS AVAILABLE UPON REQUEST

YODER, JONATHON
ADDRESS AVAILABLE UPON REQUEST

YODER, LISA
ADDRESS AVAILABLE UPON REQUEST

YODER, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

YODER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YODER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

YODER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

YODER, VELMA
ADDRESS AVAILABLE UPON REQUEST

YODER, WAYNE
ADDRESS AVAILABLE UPON REQUEST

YODIS, ERIN
ADDRESS AVAILABLE UPON REQUEST

YOE, MELINDA
ADDRESS AVAILABLE UPON REQUEST

YOE, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

YOEST, ALLISON
ADDRESS AVAILABLE UPON REQUEST

YOGA LIFESTYLES, LLC
2910 MAGUIRE ROAD, SUITE 2010
OCOEE, FL  34761

YOGEN FRUZ
ADDRESS AVAILABLE UPON REQUEST

YOGENDRA GOYAL
ADDRESS AVAILABLE UPON REQUEST

YOGENDRA PRADEEP BUDDHARAJU
ADDRESS AVAILABLE UPON REQUEST

YOGENDRA SHUKLA
ADDRESS AVAILABLE UPON REQUEST

YOGESH MAURYA
ADDRESS AVAILABLE UPON REQUEST

YOGESH SHETTY
ADDRESS AVAILABLE UPON REQUEST

YOGESH VIROJA
ADDRESS AVAILABLE UPON REQUEST

YOGIS ANONYMOUS
ADDRESS UNAVAILABLE AT TIME OF FILING

YOHANNES, SHEWEET
ADDRESS AVAILABLE UPON REQUEST

YOHE, REBEKAH
ADDRESS AVAILABLE UPON REQUEST

YOHMAN, KAI
ADDRESS AVAILABLE UPON REQUEST

YOHMAN, KAI
ADDRESS AVAILABLE UPON REQUEST

YOKAS, TRACEY
ADDRESS AVAILABLE UPON REQUEST

YOKLEY, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

YOKO GIBO
ADDRESS AVAILABLE UPON REQUEST

YOKOYAMA, AKIKO
ADDRESS AVAILABLE UPON REQUEST

YOKOYAMA, NARUMI
ADDRESS AVAILABLE UPON REQUEST

YOKUM, KADY
ADDRESS AVAILABLE UPON REQUEST

YOLANDA AYALA
ADDRESS AVAILABLE UPON REQUEST

YOLANDA BASS
ADDRESS AVAILABLE UPON REQUEST

YOLANDA HOSKIE
ADDRESS AVAILABLE UPON REQUEST

YOLANDA MERCADO
ADDRESS AVAILABLE UPON REQUEST

YON, LYDIA
ADDRESS AVAILABLE UPON REQUEST

YONAN, CHARLES
ADDRESS AVAILABLE UPON REQUEST

YONCE, KARLA
ADDRESS AVAILABLE UPON REQUEST

YONEDA, NANCY
ADDRESS AVAILABLE UPON REQUEST

YONES, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YONG, LAM
ADDRESS AVAILABLE UPON REQUEST

YONGUE, ELLA
ADDRESS AVAILABLE UPON REQUEST

YONISKI, KAIT
ADDRESS AVAILABLE UPON REQUEST

YONKE, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

YONKER, ANDY
ADDRESS AVAILABLE UPON REQUEST

YONKER, GARY
ADDRESS AVAILABLE UPON REQUEST

YONKIN, PAM
ADDRESS AVAILABLE UPON REQUEST

YONO, ROBIN
ADDRESS AVAILABLE UPON REQUEST

YONVIKAI, TANACHOTE
ADDRESS AVAILABLE UPON REQUEST

YOO, ANNA
ADDRESS AVAILABLE UPON REQUEST

YOO, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

YOO, DON
ADDRESS AVAILABLE UPON REQUEST

YOO, GRACE
ADDRESS AVAILABLE UPON REQUEST

YOO, KYUNGJIN
ADDRESS AVAILABLE UPON REQUEST

YOO, LAURA
ADDRESS AVAILABLE UPON REQUEST

YOO, STACY
ADDRESS AVAILABLE UPON REQUEST

YOO, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

YOON KWAK
ADDRESS AVAILABLE UPON REQUEST

YOON, ALEX
ADDRESS AVAILABLE UPON REQUEST

YOON, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

YOON, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

YOON, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YOON, CONNIE
ADDRESS AVAILABLE UPON REQUEST

YOON, DAVE
ADDRESS AVAILABLE UPON REQUEST

YOON, HYEONG JAE
ADDRESS AVAILABLE UPON REQUEST

YOON, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

YOON, JI HEE
ADDRESS AVAILABLE UPON REQUEST

YOON, KIMOON
ADDRESS AVAILABLE UPON REQUEST

YOON, MIKE
ADDRESS AVAILABLE UPON REQUEST

YOON, SE-YOUNG
ADDRESS AVAILABLE UPON REQUEST

YOON, SOOJIN
ADDRESS AVAILABLE UPON REQUEST

YOON, YOUNGJUNG
ADDRESS AVAILABLE UPON REQUEST

YOORI  SHIN
ADDRESS AVAILABLE UPON REQUEST

YOORI SHIN
ADDRESS AVAILABLE UPON REQUEST

YOPCHICK, ALICIA
ADDRESS AVAILABLE UPON REQUEST

YOPP, ANNALISE
ADDRESS AVAILABLE UPON REQUEST

YOPP, BABS
ADDRESS AVAILABLE UPON REQUEST

YOPP, HEATHER
ADDRESS AVAILABLE UPON REQUEST

YOQUINTO, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

YORGER, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

YORK HOLMES CONSULTING
P.O. BOX 1278
HERMOSA BEACH, CA  90254

YORK, AMBER
ADDRESS AVAILABLE UPON REQUEST

YORK, AMELIA
ADDRESS AVAILABLE UPON REQUEST

YORK, AMIE
ADDRESS AVAILABLE UPON REQUEST

YORK, BROOKE
ADDRESS AVAILABLE UPON REQUEST

YORK, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YORK, CRISTABEL
ADDRESS AVAILABLE UPON REQUEST

YORK, DAN
ADDRESS AVAILABLE UPON REQUEST

YORK, DANIEL
ADDRESS AVAILABLE UPON REQUEST

YORK, EMILY
ADDRESS AVAILABLE UPON REQUEST

YORK, HALEY
ADDRESS AVAILABLE UPON REQUEST

YORK, HILARY
ADDRESS AVAILABLE UPON REQUEST

YORK, KIM
ADDRESS AVAILABLE UPON REQUEST

YORK, LAURA
ADDRESS AVAILABLE UPON REQUEST

YORK, LOUIS
ADDRESS AVAILABLE UPON REQUEST

YORK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

YORK, NATALIE
ADDRESS AVAILABLE UPON REQUEST

YORK, PATRICK
ADDRESS AVAILABLE UPON REQUEST

YORK, ROSE
ADDRESS AVAILABLE UPON REQUEST

YORK, RYAN
ADDRESS AVAILABLE UPON REQUEST

YORKE, CAROLE
ADDRESS AVAILABLE UPON REQUEST

YORKE, JOHN
ADDRESS AVAILABLE UPON REQUEST

YORTON, TROY
ADDRESS AVAILABLE UPON REQUEST

YOSEPH, KRYSTAL
ADDRESS AVAILABLE UPON REQUEST

YOSHA, ALLON
ADDRESS AVAILABLE UPON REQUEST

YOSHIDA, NINA
ADDRESS AVAILABLE UPON REQUEST

YOSHIE HOZUMI
ADDRESS AVAILABLE UPON REQUEST

YOSHIKAWA, JESSIKA
ADDRESS AVAILABLE UPON REQUEST

YOSHINAGA, AMY
ADDRESS AVAILABLE UPON REQUEST

YOSHINARI, MARY ANN
ADDRESS AVAILABLE UPON REQUEST

YOSHIO ISMAEL BLANCO
ADDRESS AVAILABLE UPON REQUEST

YOST, ANDY
ADDRESS AVAILABLE UPON REQUEST

YOST, BRIAN
ADDRESS AVAILABLE UPON REQUEST

YOST, CAROLYN
ADDRESS AVAILABLE UPON REQUEST

YOST, KAREN
ADDRESS AVAILABLE UPON REQUEST

YOST, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YOST, PHILIP
ADDRESS AVAILABLE UPON REQUEST

YOST, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

YOSUICO, EMILY
ADDRESS AVAILABLE UPON REQUEST

YOTTER, HOLLY
ADDRESS AVAILABLE UPON REQUEST

YOU GOV PROFILES
ADDRESS UNAVAILABLE AT TIME OF FILING

YOU SHOULD WEAR THAT LTD
1847 HEDGE ROSE DRIVE NORTHEAST
ATLANTA, GA  30324

YOU, FUCK
ADDRESS AVAILABLE UPON REQUEST

YOU, KEYA
ADDRESS AVAILABLE UPON REQUEST

YOUGOV AMERICA INC.
999 MAIN STREET STE 101
REDWOOD CITY, CA  94063

YOUHANA, ESTHER
ADDRESS AVAILABLE UPON REQUEST

YOULAND, DAVE
ADDRESS AVAILABLE UPON REQUEST

YOULE, ALICE
ADDRESS AVAILABLE UPON REQUEST

YOUMAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

YOUMANS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YOUN, LISA
ADDRESS AVAILABLE UPON REQUEST

YOUN, SAMUEL
ADDRESS AVAILABLE UPON REQUEST

YOUNAI, ARIANA
ADDRESS AVAILABLE UPON REQUEST

YOUNCE, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YOUNES, DANNY
ADDRESS AVAILABLE UPON REQUEST

YOUNES, LINCOLN
ADDRESS AVAILABLE UPON REQUEST

YOUNG JOON CHO
ADDRESS AVAILABLE UPON REQUEST

YOUNG RICHARDSON, PAMELA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AARON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ABBY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ADRIAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ALI
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ALISON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ALISSA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ALLISON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AMANDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AMBER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AMY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANGEL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANGELA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANGELIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANNA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANNIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ARENDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ARISTINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ASHLEA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AUTUMN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, AVERY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BETSY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRENDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRENDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRENNAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRIANA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRIEANNE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, BRIGETTE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CALLAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CANDACE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CARLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CARLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CARMEN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CAROL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CARRICK
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CASEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CASEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHANDRA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHARLENE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHARLOTTE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHINA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISANNE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISSY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CHRISTY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CINDY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CJ
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, COLE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, COURTLAND
ADDRESS AVAILABLE UPON REQUEST

YOUNG, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DAVID
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DAVID
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DAVID
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DAWN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DAWN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DENISE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DJUANA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, DONDRE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, EMILY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, EMILY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, EMMA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ERIC
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ERICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ERICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, FAITH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, FERGUSON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, GARY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, GEORGIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, GRACE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, GRACIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, HOLLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, IAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, INDYA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JACEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JADE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JAIME
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JAKE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JAMIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JANINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JEFF
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JEFFREY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JELANI
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JESSI
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JILL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JILL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JOAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JOSHUA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JUANINA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JULIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JULIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JULIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JULIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KARYN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATELYN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KATINA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KAY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KAYLA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KELLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KELLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KELSEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KENDRA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KENDRA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KENDRICK
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KILEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KIM
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KRISSY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, KYLIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LACEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LATOYA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LEAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LEEANN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LEIGHANNE (COLLIN SAPP)
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LINAVE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LISA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LITO AND LITA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LIZ
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LYDIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LYDIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, LYNDSEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MADELINE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MALLORY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARGARET
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARGOT
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARIAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARIAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARIS
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARTHA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MARY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MATTY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MAX
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MEGAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MELANNIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MERRY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MOLLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MONICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MONICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MORGAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, MORISSA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, NATALIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, NICOLE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PALMER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PAMELA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PEGGY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PHILIP
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PHILIPPA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PIERCE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, PRESLEY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, RACHEL
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ROB
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

YOUNG, ROBERT
ADDRESS AVAILABLE UPON REQUEST

YOUNG, RONALD
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SARAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SARAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SASHA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SETH
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHANNAN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHARON
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHAWN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHEILA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHELBY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHELLY
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SHERLYN
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SR
ADDRESS AVAILABLE UPON REQUEST

YOUNG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, STEVE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, STEVE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, SUZANNE
ADDRESS AVAILABLE UPON REQUEST

YOUNG, TAYLOR
ADDRESS AVAILABLE UPON REQUEST

YOUNG, TIMEJA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, TOM
ADDRESS AVAILABLE UPON REQUEST

YOUNG, TOMANECA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, TYLER
ADDRESS AVAILABLE UPON REQUEST

YOUNG, VERONICA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

YOUNG, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

YOUNGBAUER, STEVE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBERG, CASSIE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBERG, SHAWN
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, AMIE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, CAMILLE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, CARL
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, HELOISE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, JESSIE
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, RO
ADDRESS AVAILABLE UPON REQUEST

YOUNGBLOOD, SARAH
ADDRESS AVAILABLE UPON REQUEST

YOUNG-ELEAZAR, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUNGER, DIANE
ADDRESS AVAILABLE UPON REQUEST

YOUNGER, EMILY
ADDRESS AVAILABLE UPON REQUEST

YOUNGER, STACEY
ADDRESS AVAILABLE UPON REQUEST

YOUNGER, WEAVER
ADDRESS AVAILABLE UPON REQUEST

YOUNGHANS, ERIC
ADDRESS AVAILABLE UPON REQUEST

YOUNG-HYMAN, TREVOR
ADDRESS AVAILABLE UPON REQUEST

YOUNGMAN, ARIANA
ADDRESS AVAILABLE UPON REQUEST

YOUNGMAN, ERIN
ADDRESS AVAILABLE UPON REQUEST

YOUNGQUIST, ADAM
ADDRESS AVAILABLE UPON REQUEST

YOUNGQUIST, STEFANI
ADDRESS AVAILABLE UPON REQUEST

YOUNGREN, LATHA
ADDRESS AVAILABLE UPON REQUEST

YOUNGS MARKET COMPANY LLC
94-501 KAU ST
WAIPAHU, HI  96797

YOUNGS MARKET COMPANY LLC
C/O REPUBLIC NATL DISTRIBUTING CO LLC
ATTN H ALAN ROSENBERG, GEN COUNSEL
1 NATIONAL DR
ATLANTA, GA  30336

YOUNGS MARKET COMPANY LLC
C/O REPUBLIC NATL DISTRIBUTING CO LLC
ATTN PRESIDENT
809 JEFFERSON HWY
NEW ORLEANS, LA  70121

YOUNGS MARKET HAWAII
94-501 KAU ST.
WAIPIO, HI  96797

YOUNGS, DUSTIN
ADDRESS AVAILABLE UPON REQUEST

YOUNGS, ERIN
ADDRESS AVAILABLE UPON REQUEST

YOUNGSON, PAT
ADDRESS AVAILABLE UPON REQUEST

YOUNGWIRTH, NICOLE
ADDRESS AVAILABLE UPON REQUEST

YOUNIS, BASIM
ADDRESS AVAILABLE UPON REQUEST

YOUNIS, JULIE
ADDRESS AVAILABLE UPON REQUEST

YOUNIS, MARWA
ADDRESS AVAILABLE UPON REQUEST

YOUNKEN, DENY
ADDRESS AVAILABLE UPON REQUEST

YOUNKER, DIANE
ADDRESS AVAILABLE UPON REQUEST

YOUNKER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

YOUNKER, SARAH
ADDRESS AVAILABLE UPON REQUEST

YOUNKINS, ROB
ADDRESS AVAILABLE UPON REQUEST

YOUNT MILL VINEYARDS, INC
P.O. BOX 434
OAKVILLE, CA  94562

YOUNT, ALISON
ADDRESS AVAILABLE UPON REQUEST

YOUNT, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

YOUNT, CINDY
ADDRESS AVAILABLE UPON REQUEST

YOUNT, RAVEN
ADDRESS AVAILABLE UPON REQUEST

YOUNT, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

YOUNTS, DANA
ADDRESS AVAILABLE UPON REQUEST

YOURBOXSOLUTION
ADDRESS UNAVAILABLE AT TIME OF FILING

YOURISH, JENNA
ADDRESS AVAILABLE UPON REQUEST

YOURKOWSKI, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YOUSEF, FARZIN
ADDRESS AVAILABLE UPON REQUEST

YOUSSEF, YOUSTINA
ADDRESS AVAILABLE UPON REQUEST

YOUSSEFIA, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YOUST, JEREMY
ADDRESS AVAILABLE UPON REQUEST

YOUTH, MARIA
ADDRESS AVAILABLE UPON REQUEST

YOUTSOS, ALEXIS
ADDRESS AVAILABLE UPON REQUEST

YOUWORKFORTHEM, INC
ADDRESS UNAVAILABLE AT TIME OF FILING

YOVCHEVA, MAYA
ADDRESS AVAILABLE UPON REQUEST

YOVINO, KELLY
ADDRESS AVAILABLE UPON REQUEST

YOWEK, RAQUEL
ADDRESS AVAILABLE UPON REQUEST

YPMA, JOE
ADDRESS AVAILABLE UPON REQUEST

YRUETA, LESLIE
ADDRESS AVAILABLE UPON REQUEST

YSABEL LLC
ADDRESS UNAVAILABLE AT TIME OF FILING

YSLAS, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

YTKIN, MARJORIE
ADDRESS AVAILABLE UPON REQUEST

YTTRI, MIMI
ADDRESS AVAILABLE UPON REQUEST

YU BHIN CHANG
ADDRESS AVAILABLE UPON REQUEST

YU BING YI
ADDRESS AVAILABLE UPON REQUEST

YU, ALAN
ADDRESS AVAILABLE UPON REQUEST

YU, ALFRED
ADDRESS AVAILABLE UPON REQUEST

YU, ALICE
ADDRESS AVAILABLE UPON REQUEST

YU, ANNIE
ADDRESS AVAILABLE UPON REQUEST

YU, CHIEN
ADDRESS AVAILABLE UPON REQUEST

YU, CHRIS
ADDRESS AVAILABLE UPON REQUEST

YU, DAN
ADDRESS AVAILABLE UPON REQUEST

YU, ESTELLA
ADDRESS AVAILABLE UPON REQUEST

YU, JANE
ADDRESS AVAILABLE UPON REQUEST

YU, JENNIE
ADDRESS AVAILABLE UPON REQUEST

YU, MAY
ADDRESS AVAILABLE UPON REQUEST

YU, QIAN
ADDRESS AVAILABLE UPON REQUEST

YU, TENGYUAN
ADDRESS AVAILABLE UPON REQUEST

YU, THUONG
ADDRESS AVAILABLE UPON REQUEST

YU, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

YU, WAN-LING
ADDRESS AVAILABLE UPON REQUEST

YU, WENFEI
ADDRESS AVAILABLE UPON REQUEST

YU, YANCHEN
ADDRESS AVAILABLE UPON REQUEST

YU, YANG
ADDRESS AVAILABLE UPON REQUEST

YU, ZIYANG
ADDRESS AVAILABLE UPON REQUEST

YUAN YUAN
ADDRESS AVAILABLE UPON REQUEST

YUAN, AMBER
ADDRESS AVAILABLE UPON REQUEST

YUAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

YUAN, GAOXIANG
ADDRESS AVAILABLE UPON REQUEST

YUAN, HAN
ADDRESS AVAILABLE UPON REQUEST

YUAN, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

YUAN, MONET
ADDRESS AVAILABLE UPON REQUEST

YUAN, SANDY
ADDRESS AVAILABLE UPON REQUEST

YUAN, VICTOR
ADDRESS AVAILABLE UPON REQUEST

YUAN, XINTONG
ADDRESS AVAILABLE UPON REQUEST

YUCCAS, JOHN
ADDRESS AVAILABLE UPON REQUEST

YU-CROWLEY, ANGELITA
ADDRESS AVAILABLE UPON REQUEST

YUCUS, EMMA
ADDRESS AVAILABLE UPON REQUEST

YUDIN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YUE, ARIEL
ADDRESS AVAILABLE UPON REQUEST

YUE, GANG
ADDRESS AVAILABLE UPON REQUEST

YUE, OCEANE
ADDRESS AVAILABLE UPON REQUEST

YUE, STANLEY
ADDRESS AVAILABLE UPON REQUEST

YUE, TANG
ADDRESS AVAILABLE UPON REQUEST

YUELYS, JOANNA
ADDRESS AVAILABLE UPON REQUEST

YUELYS, MARGARITE
ADDRESS AVAILABLE UPON REQUEST

YUEN, JENNIE
ADDRESS AVAILABLE UPON REQUEST

YUEN, JULIA
ADDRESS AVAILABLE UPON REQUEST

YUEN, KENN
ADDRESS AVAILABLE UPON REQUEST

YUEN, MELISSA-ANN
ADDRESS AVAILABLE UPON REQUEST

YUFTCZAK, TARA
ADDRESS AVAILABLE UPON REQUEST

YUHAS, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

YUIN-PRICKETT, AISLINN
ADDRESS AVAILABLE UPON REQUEST

YUKIYAMA, HIROSHI
ADDRESS AVAILABLE UPON REQUEST

YULE, AMY
ADDRESS AVAILABLE UPON REQUEST

YULE, CAITLYN
ADDRESS AVAILABLE UPON REQUEST

YULE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

YULIANTO, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

YULIYA GALUSHKA
ADDRESS AVAILABLE UPON REQUEST

YUMET, ANA
ADDRESS AVAILABLE UPON REQUEST

YUMMY FOOD
ADDRESS UNAVAILABLE AT TIME OF FILING

YUN MIN KANG
ADDRESS AVAILABLE UPON REQUEST

YUND, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

YUNECKO, GEORGE
ADDRESS AVAILABLE UPON REQUEST

YUNG, SHELLY
ADDRESS AVAILABLE UPON REQUEST

YONK, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

YONKER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YUNO, CARLTON
ADDRESS AVAILABLE UPON REQUEST

YUPANGCO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YUQI WANG
ADDRESS AVAILABLE UPON REQUEST

YURAN, LIZZY
ADDRESS AVAILABLE UPON REQUEST

YURASITS, LAUREN
ADDRESS AVAILABLE UPON REQUEST

YURCHAK, AMY
ADDRESS AVAILABLE UPON REQUEST

YURCHAK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

YURCHAK, JACLYN
ADDRESS AVAILABLE UPON REQUEST

YURCIK, ROBERT
ADDRESS AVAILABLE UPON REQUEST

YURESKO, ALAINA
ADDRESS AVAILABLE UPON REQUEST

YURGEVICH, RENATA
ADDRESS AVAILABLE UPON REQUEST

YURI CATALDO
ADDRESS AVAILABLE UPON REQUEST

YURIANA, BELMONT,
ADDRESS AVAILABLE UPON REQUEST

YURIK, MONICA
ADDRESS AVAILABLE UPON REQUEST

YURIY MATVIYENKA
ADDRESS AVAILABLE UPON REQUEST

YURKA, MIKE
ADDRESS AVAILABLE UPON REQUEST

YURKSCHATT, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

YURMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

YUSEN LOGISTICS (AMERICAS) INC
1900 CHARLES BRYAN RD 2ND FLOOR
CORDOVA, TN 38016

YUSEN LOGISTICS (AMERICAS) INC
300 LIGHTING WAY 6TH FLOOR
SECAUCUS, NJ 07094

YUSEN LOGISTICS (AMERICAS) INC
DEPT AT 952154
ATLANTA, GA 31192-2154

YUSKO, GINA
ADDRESS AVAILABLE UPON REQUEST

YUST, MARIE
ADDRESS AVAILABLE UPON REQUEST

YU-TING CHIEN
ADDRESS AVAILABLE UPON REQUEST

YUTZY, JESSICA
ADDRESS AVAILABLE UPON REQUEST

YUVARAJ, MONISHA
ADDRESS AVAILABLE UPON REQUEST

YUVRAJSINH VAGHELA
ADDRESS AVAILABLE UPON REQUEST

YVES HENRI SINNER
ADDRESS AVAILABLE UPON REQUEST

YVONNE ANDREWS
ADDRESS AVAILABLE UPON REQUEST

YVONNE LOYA
ADDRESS AVAILABLE UPON REQUEST

YVONNE PURPORA
ADDRESS AVAILABLE UPON REQUEST

YVONNE TNT PHOTOGRAPHY
ADDRESS UNAVAILABLE AT TIME OF FILING

YVONNE, MISS
ADDRESS AVAILABLE UPON REQUEST

Z LIFESTYLE LLC
250 S. AUSTRALIAN AVENUE SUITE 1600
WEST PALM BEACH, FL  33401

Z, DIANA
ADDRESS AVAILABLE UPON REQUEST

Z, DR ARTHURINE
ADDRESS AVAILABLE UPON REQUEST

Z, TRACY
ADDRESS AVAILABLE UPON REQUEST

Z1967 LIMITED
ADDRESS AVAILABLE UPON REQUEST

ZABALA VINEYARDS
39745 LOS COCHES RD
SOLEDAD, CA  93960

ZABAR, ANN
ADDRESS AVAILABLE UPON REQUEST

ZABAWA, STEVI
ADDRESS AVAILABLE UPON REQUEST

ZABEL, C. MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZABEL, DAVID
ADDRESS AVAILABLE UPON REQUEST

ZABEL, KIM AND MATT
ADDRESS AVAILABLE UPON REQUEST

ZABEL, MATT
ADDRESS AVAILABLE UPON REQUEST

ZABEL, NYSSA
ADDRESS AVAILABLE UPON REQUEST

ZABLACKAS, BILL
ADDRESS AVAILABLE UPON REQUEST

ZABLOCKI, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZABON, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZABOW, BECCA
ADDRESS AVAILABLE UPON REQUEST

ZABOWSKI, LAFE
ADDRESS AVAILABLE UPON REQUEST

ZABRESKY, KARINA
ADDRESS AVAILABLE UPON REQUEST

ZABROCKA, BETTY
ADDRESS AVAILABLE UPON REQUEST

ZABRODSKY, KRISTY
ADDRESS AVAILABLE UPON REQUEST

ZABROWSKI, KATE
ADDRESS AVAILABLE UPON REQUEST

ZAC MUNCY
ADDRESS AVAILABLE UPON REQUEST

ZACARIAS, MOISES
ADDRESS AVAILABLE UPON REQUEST

ZACCAGNINI, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZACCARDI, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZACCARDI, KELLE
ADDRESS AVAILABLE UPON REQUEST

ZACCARIA, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ZACEK, SHANA
ADDRESS AVAILABLE UPON REQUEST

ZACH VITALE
ADDRESS AVAILABLE UPON REQUEST

ZACH WILSON
ADDRESS AVAILABLE UPON REQUEST

ZACH, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZACHAR, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZACHARA, JOHN
ADDRESS AVAILABLE UPON REQUEST

ZACHARCZYK, ANNNMARIE
ADDRESS AVAILABLE UPON REQUEST

ZACHARIA-ALI JAMAL TURMININI
ADDRESS AVAILABLE UPON REQUEST

ZACHARIAH, LEAH
ADDRESS AVAILABLE UPON REQUEST

ZACHARIAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ZACHARY ADAMS
ADDRESS AVAILABLE UPON REQUEST

ZACHARY AKER
ADDRESS AVAILABLE UPON REQUEST

ZACHARY BARKER
ADDRESS AVAILABLE UPON REQUEST

ZACHARY BREHM
ADDRESS AVAILABLE UPON REQUEST

ZACHARY C THOMPSON
ADDRESS AVAILABLE UPON REQUEST

ZACHARY DE RAAD
ADDRESS AVAILABLE UPON REQUEST

ZACHARY DEN ADEL
ADDRESS AVAILABLE UPON REQUEST

ZACHARY HORNE
ADDRESS AVAILABLE UPON REQUEST

ZACHARY JOHNS
ADDRESS AVAILABLE UPON REQUEST

ZACHARY KUTA
ADDRESS AVAILABLE UPON REQUEST

ZACHARY LEE BREHM
ADDRESS AVAILABLE UPON REQUEST

ZACHARY MORITZ
ADDRESS AVAILABLE UPON REQUEST

ZACHARY RYAN LOVATO
ADDRESS AVAILABLE UPON REQUEST

ZACHARY UMETANI
ADDRESS AVAILABLE UPON REQUEST

ZACHARY WEISS EISENBERG
ADDRESS AVAILABLE UPON REQUEST

ZACHARY WILSON
ADDRESS AVAILABLE UPON REQUEST

ZACHARY WILSON
ADDRESS AVAILABLE UPON REQUEST

ZACHARY ZWEIG
ADDRESS AVAILABLE UPON REQUEST

ZACHARY, ANITA
ADDRESS AVAILABLE UPON REQUEST

ZACHARY, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ZACHARY, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ZACHARY, S
ADDRESS AVAILABLE UPON REQUEST

ZACHARY, SHELLE
ADDRESS AVAILABLE UPON REQUEST

ZACHENSKY, KATIE
ADDRESS AVAILABLE UPON REQUEST

ZACHER, HEIDI
ADDRESS AVAILABLE UPON REQUEST

ZACHER, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZACK, BRITTNEY
ADDRESS AVAILABLE UPON REQUEST

ZACK, TIM
ADDRESS AVAILABLE UPON REQUEST

ZACKOWSKI, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ZACKOWSKI, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ZACUTO
ADDRESS UNAVAILABLE AT TIME OF FILING

ZACZEK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZACZYK, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZADE, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ZADEL, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZADIE, MOOJ
ADDRESS AVAILABLE UPON REQUEST

ZADRAN, ZULAIKHA
ADDRESS AVAILABLE UPON REQUEST

ZADRIMA, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZADROZNY, APRIL
ADDRESS AVAILABLE UPON REQUEST

ZADROZNY, GINA
ADDRESS AVAILABLE UPON REQUEST

ZAFFERANI, MICHELA
ADDRESS AVAILABLE UPON REQUEST

ZAFFORONI, GRETA
ADDRESS AVAILABLE UPON REQUEST

ZAFFUTO, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ZAFIR, LINDSA
ADDRESS AVAILABLE UPON REQUEST

ZAGAJA, GRACE
ADDRESS AVAILABLE UPON REQUEST

ZAGALIS, NICK
ADDRESS AVAILABLE UPON REQUEST

ZAGARI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ZAGEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZAGER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZAGER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZAGORAC, GRADY
ADDRESS AVAILABLE UPON REQUEST

ZAGYI, KRISZTINA
ADDRESS AVAILABLE UPON REQUEST

ZAHARIS, LIZ
ADDRESS AVAILABLE UPON REQUEST

ZAHARKO, MANYA
ADDRESS AVAILABLE UPON REQUEST

ZAHID, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZAHKA, FRANCES
ADDRESS AVAILABLE UPON REQUEST

ZAHN FINANCIAL LLC
1310 BROADRIDGE DR
EAGLE MOUNTAIN, UT 63755

ZAHN, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ZAHN, BRIDGET
ADDRESS AVAILABLE UPON REQUEST

ZAHN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZAHN, KIMBERLY
ADDRESS AVAILABLE UPON REQUEST

ZAHN, LEIGH
ADDRESS AVAILABLE UPON REQUEST

ZAHN, LORI
ADDRESS AVAILABLE UPON REQUEST

ZAHN, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZAHNER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZAHNER, RICARA
ADDRESS AVAILABLE UPON REQUEST

ZAHORBENSKI, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZAHORSKY, MEEGHAN
ADDRESS AVAILABLE UPON REQUEST

ZAHTILA, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZAIFF, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ZAIMAN, GRACE
ADDRESS AVAILABLE UPON REQUEST

ZAINAB ALI
ADDRESS AVAILABLE UPON REQUEST

ZAINAB B ADIO-SAKA
ADDRESS AVAILABLE UPON REQUEST

ZAINAH, HANADY
ADDRESS AVAILABLE UPON REQUEST

ZAINAL, IDHAM
ADDRESS AVAILABLE UPON REQUEST

ZAINO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZAINO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ZAISS, TYLER
ADDRESS AVAILABLE UPON REQUEST

ZAJAC, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZAJAC, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZAJAC, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZAJAC, JASON
ADDRESS AVAILABLE UPON REQUEST

ZAJAC, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZAJACZKOWSKI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZAJKOWSKI, GLORIA
ADDRESS AVAILABLE UPON REQUEST

ZAK, ANGIE
ADDRESS AVAILABLE UPON REQUEST

ZAK, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZAKARIAN, ARA
ADDRESS AVAILABLE UPON REQUEST

ZAKARIN, RUTH
ADDRESS AVAILABLE UPON REQUEST

ZAKERY, GEORGENE
ADDRESS AVAILABLE UPON REQUEST

ZAKHARCHUCK, YEVGENIYA
ADDRESS AVAILABLE UPON REQUEST

ZAKHARENKO, OLGA
ADDRESS AVAILABLE UPON REQUEST

ZAKHARY, SUZAN
ADDRESS AVAILABLE UPON REQUEST

ZAKIYA DIXON
ADDRESS AVAILABLE UPON REQUEST

ZAKOSCIELNA, KAROLINA
ADDRESS AVAILABLE UPON REQUEST

ZAKOVERYA, YULIA
ADDRESS AVAILABLE UPON REQUEST

ZAKRAJSEK, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZAKRISON, TANYA
ADDRESS AVAILABLE UPON REQUEST

ZAKRZEWSKI, JACOB
ADDRESS AVAILABLE UPON REQUEST

ZAKS, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZALABAK, ASHLEIGH
ADDRESS AVAILABLE UPON REQUEST

ZALABOWSKI, RAY
ADDRESS AVAILABLE UPON REQUEST

ZALANGA, PATIENCE
ADDRESS AVAILABLE UPON REQUEST

ZALANTS, VALEN
ADDRESS AVAILABLE UPON REQUEST

ZALAR, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZALASKI, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZALDIVAR, SYLVIA
ADDRESS AVAILABLE UPON REQUEST

ZALE, CORY
ADDRESS AVAILABLE UPON REQUEST

ZALE, CORY
ADDRESS AVAILABLE UPON REQUEST

ZALENKO, LISA
ADDRESS AVAILABLE UPON REQUEST

ZALENSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZALENSKI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ZALESKI, KERRY
ADDRESS AVAILABLE UPON REQUEST

ZALESKI, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ZALESKI, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZALEWA, WANDA
ADDRESS AVAILABLE UPON REQUEST

ZALEWSKI, CHRISTOPHER
ADDRESS AVAILABLE UPON REQUEST

ZALEY, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ZALIHA, DANIELLE & DANI
ADDRESS AVAILABLE UPON REQUEST

ZALISK, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZALLA, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ZALLES, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZALMAI, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ZALUD, LAWRENCE
ADDRESS AVAILABLE UPON REQUEST

ZALUDEK, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZAMA, ELENA
ADDRESS AVAILABLE UPON REQUEST

ZAMANI, MAXX
ADDRESS AVAILABLE UPON REQUEST

ZAMANIAN, CAMERON
ADDRESS AVAILABLE UPON REQUEST

ZAMARELLI, JOY P
ADDRESS AVAILABLE UPON REQUEST

ZAMARRON, MARELY
ADDRESS AVAILABLE UPON REQUEST

ZAMARRON, VALERIA
ADDRESS AVAILABLE UPON REQUEST

ZAMBO, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ZAMBONE, ALANA
ADDRESS AVAILABLE UPON REQUEST

ZAMBONE, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZAMBRANA, DARWIN
ADDRESS AVAILABLE UPON REQUEST

ZAMBRANA, DIANA
ADDRESS AVAILABLE UPON REQUEST

ZAMBRANO, DIKRA
ADDRESS AVAILABLE UPON REQUEST

ZAMBRANO, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZAMBROTTA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ZAMEK, ERIKA
ADDRESS AVAILABLE UPON REQUEST

ZAMILPA, SASHA
ADDRESS AVAILABLE UPON REQUEST

ZAMIRA, ALIDA
ADDRESS AVAILABLE UPON REQUEST

ZAMIROUSKAYA, TATSIANA
ADDRESS AVAILABLE UPON REQUEST

ZAMIS, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZAMLICH, AMBER
ADDRESS AVAILABLE UPON REQUEST

ZAMMIT, CHARLES
ADDRESS AVAILABLE UPON REQUEST

ZAMMITTI, KELLY
ADDRESS AVAILABLE UPON REQUEST

ZAMOLODCHIKOV, BORIS
ADDRESS AVAILABLE UPON REQUEST

ZAMOR, MARIE
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, ADELINE
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, ALONDRA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, BLADIR
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, CHELSEA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, CRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, DEANNA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, DEVON
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, EMMANUEL
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, GABRIELA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, JASMIN
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, JAVIER
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, LISA
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, MADELIN
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, NANCY
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, NOEL
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, OMARIS
ADDRESS AVAILABLE UPON REQUEST

ZAMORA, SONIA
ADDRESS AVAILABLE UPON REQUEST

ZAMORANO, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZAMORANO, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZAMORA-WILLIAMS, MIRANDA
ADDRESS AVAILABLE UPON REQUEST

ZAMPI, ALESSANDRO
ADDRESS AVAILABLE UPON REQUEST

ZAMPI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZAMPINO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZAMUDIO, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ZANCHUK, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ZANDER, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZANDER, MARIANA
ADDRESS AVAILABLE UPON REQUEST

ZANDERS, EMILIE
ADDRESS AVAILABLE UPON REQUEST

ZANDVLIET, ROSANNE
ADDRESS AVAILABLE UPON REQUEST

ZANEDIS, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ZANELLA-LITKE, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZANELLI, EMILIA
ADDRESS AVAILABLE UPON REQUEST

ZANETICH, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ZANETTI, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ZANEY, JACK
ADDRESS AVAILABLE UPON REQUEST

ZANG, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ZANGER, NINA
ADDRESS AVAILABLE UPON REQUEST

ZANGUI, MAHTAB
ADDRESS AVAILABLE UPON REQUEST

ZANIC-ALCALDE, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

ZANIDES, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ZANINOVICH, KIM
ADDRESS AVAILABLE UPON REQUEST

ZANJANI, JANICE
ADDRESS AVAILABLE UPON REQUEST

ZANJANIAN, SHERWIN
ADDRESS AVAILABLE UPON REQUEST

ZANK, CHRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ZANK, JANE
ADDRESS AVAILABLE UPON REQUEST

ZANKO, MARCIA
ADDRESS AVAILABLE UPON REQUEST

ZANN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ZANNETTI, MARY
ADDRESS AVAILABLE UPON REQUEST

ZANOFF, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZANON, VICKY
ADDRESS AVAILABLE UPON REQUEST

ZANONI, MARK
ADDRESS AVAILABLE UPON REQUEST

ZANOTELLI, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZANOTTI, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ZANT, KATE
ADDRESS AVAILABLE UPON REQUEST

ZANTO, MANDI
ADDRESS AVAILABLE UPON REQUEST

ZAPAKIN, ALLIE
ADDRESS AVAILABLE UPON REQUEST

ZAPALAC, KIM
ADDRESS AVAILABLE UPON REQUEST

ZAPATA RAMIREZ, MARIANA
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, ALFONSO
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, CORAL
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, ESTEBAN
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, HAILEE
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, OLGA
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

ZAPATA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ZAPF, KAYLEIGH
ADDRESS AVAILABLE UPON REQUEST

ZAPIECKI, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZAPIER
ADDRESS UNAVAILABLE AT TIME OF FILING

ZAPPA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZAPPIA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZAPPOS INSIGHT
ADDRESS UNAVAILABLE AT TIME OF FILING

ZAPRZALKA, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ZARA CHAMPS ELYSEES
ADDRESS UNAVAILABLE AT TIME OF FILING

ZARAGOZA, JAIME
ADDRESS AVAILABLE UPON REQUEST

ZARATE, CHERYL
ADDRESS AVAILABLE UPON REQUEST

ZARAZUA, LEONEL
ADDRESS AVAILABLE UPON REQUEST

ZARBAF, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ZARCARO, NATHAN
ADDRESS AVAILABLE UPON REQUEST

ZARCHAN, EVAN
ADDRESS AVAILABLE UPON REQUEST

ZARCONE, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ZAREEFA FLENER
ADDRESS AVAILABLE UPON REQUEST

ZAREMBA, LORI
ADDRESS AVAILABLE UPON REQUEST

ZAREMBA, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ZAREMBA, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZARGHAM, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

ZARGO, MAURA
ADDRESS AVAILABLE UPON REQUEST

ZARIANOVA, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZARICK, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ZARIN, MATT
ADDRESS AVAILABLE UPON REQUEST

ZARIN, MILEEN
ADDRESS AVAILABLE UPON REQUEST

ZARKIN, DOUG
ADDRESS AVAILABLE UPON REQUEST

ZARLE, KARA
ADDRESS AVAILABLE UPON REQUEST

ZARLENGO, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZARLINSKI, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ZARN, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZARNFALLER, STEVEN
ADDRESS AVAILABLE UPON REQUEST

ZAROUK, BENJAMIN
ADDRESS AVAILABLE UPON REQUEST

ZARRABAL, MAYRA
ADDRESS AVAILABLE UPON REQUEST

ZARRILLI, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ZARRINKHAT, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ZARROW, AMY
ADDRESS AVAILABLE UPON REQUEST

ZARTA, LOUIE
ADDRESS AVAILABLE UPON REQUEST

ZARTMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZARUTSKIE, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ZARZECKI, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ZARZYCKA, KATIE
ADDRESS AVAILABLE UPON REQUEST

ZASADA, MEGHAN
ADDRESS AVAILABLE UPON REQUEST

ZASADNY, JILL
ADDRESS AVAILABLE UPON REQUEST

ZASIL ZEPEDA
ADDRESS AVAILABLE UPON REQUEST

ZASLAV, PHOEBE
ADDRESS AVAILABLE UPON REQUEST

ZASLOFSKY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ZASTROW, CLETE
ADDRESS AVAILABLE UPON REQUEST

ZASTROW, MARK
ADDRESS AVAILABLE UPON REQUEST

ZASTUDIL, CYNTHIA
ADDRESS AVAILABLE UPON REQUEST

ZATKOVICH, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZATTERSTROM, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZATUCHNI, ROBIN
ADDRESS AVAILABLE UPON REQUEST

ZATZ, GLEN
ADDRESS AVAILABLE UPON REQUEST

ZAUBER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ZAUCHA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ZAUCHE, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZAUGG, TARA
ADDRESS AVAILABLE UPON REQUEST

ZAUNBRECHER, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZAUNER, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZAVADA, MIKE
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, BIANCA
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, EDITH
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, FRANK
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, GEORGE
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ZAVALA, VALENTINA
ADDRESS AVAILABLE UPON REQUEST

ZAVALA-GARCIA, LOURDES
ADDRESS AVAILABLE UPON REQUEST

ZAVALETA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZAVATSKY, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ZAVATTERO, HOLLY
ADDRESS AVAILABLE UPON REQUEST

ZAVERI, ADITI
ADDRESS AVAILABLE UPON REQUEST

ZAVODNYIK, MARK
ADDRESS AVAILABLE UPON REQUEST

ZAVORAL, JIM
ADDRESS AVAILABLE UPON REQUEST

ZAVORKA, TESSA
ADDRESS AVAILABLE UPON REQUEST

ZAVORSKAS, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ZAVORSKI, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZAW MIN OO
ADDRESS AVAILABLE UPON REQUEST

ZAW, FRED
ADDRESS AVAILABLE UPON REQUEST

ZAWACKI, ZOE
ADDRESS AVAILABLE UPON REQUEST

ZAWADA, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZAWADSKI, MARY LEE
ADDRESS AVAILABLE UPON REQUEST

ZAWORSKI, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZAYAS, CARY
ADDRESS AVAILABLE UPON REQUEST

ZAYAS, JESSENIA
ADDRESS AVAILABLE UPON REQUEST

ZAYAS, KARA
ADDRESS AVAILABLE UPON REQUEST

ZAYAS, LISSETTE
ADDRESS AVAILABLE UPON REQUEST

ZAYAS, ROSA
ADDRESS AVAILABLE UPON REQUEST

ZAYAS-BAZAN, DELAINE
ADDRESS AVAILABLE UPON REQUEST

ZAYCHENKO, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZAYTOUN, MARY MARTHA
ADDRESS AVAILABLE UPON REQUEST

ZAZA, DEVON
ADDRESS AVAILABLE UPON REQUEST

ZAZZARO, VERONICA
ADDRESS AVAILABLE UPON REQUEST

ZAZZLE
ADDRESS UNAVAILABLE AT TIME OF FILING

ZBINDEN, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZBORALSKE, AMY
ADDRESS AVAILABLE UPON REQUEST

ZBORIL, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZBRANEK, LYNA
ADDRESS AVAILABLE UPON REQUEST

ZBRZESKI, MALGORZATA
ADDRESS AVAILABLE UPON REQUEST

ZBYTNIEWSKI, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ZDATNY, ISABELLE
ADDRESS AVAILABLE UPON REQUEST

ZDINAK, PAUL
ADDRESS AVAILABLE UPON REQUEST

ZDROYKOWSKI, BETSY
ADDRESS AVAILABLE UPON REQUEST

ZDUN, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ZDUNCZYK, GALE
ADDRESS AVAILABLE UPON REQUEST

ZDUNIAK, MARIUSZ
ADDRESS AVAILABLE UPON REQUEST

ZEA, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZEAGLER, JEFF
ADDRESS AVAILABLE UPON REQUEST

ZEARFOSS, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ZEBULSKE, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZECCHINI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ZECH WARD
ADDRESS UNAVAILABLE AT TIME OF FILING

ZECH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ZECH, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ZECHELLO, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ZECHES, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZECK, PAIGE
ADDRESS AVAILABLE UPON REQUEST

ZEDAR, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZEDICK, MARK
ADDRESS AVAILABLE UPON REQUEST

ZEDOSKY, JAMES
ADDRESS AVAILABLE UPON REQUEST

ZEE, JADE
ADDRESS AVAILABLE UPON REQUEST

ZEE, KATIE
ADDRESS AVAILABLE UPON REQUEST

ZEFFIRO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZEGA, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ZEGARRA, ROXY
ADDRESS AVAILABLE UPON REQUEST

ZEIT COLLINS, SUSAN M
ADDRESS AVAILABLE UPON REQUEST

ZEH, LYDIA
ADDRESS AVAILABLE UPON REQUEST

ZEHENTBAUER, ELAINA
ADDRESS AVAILABLE UPON REQUEST

ZEHENTBAUER, VINCENT
ADDRESS AVAILABLE UPON REQUEST

ZEHER, REBECCA
ADDRESS AVAILABLE UPON REQUEST

ZEHNBAUER, DONNA
ADDRESS AVAILABLE UPON REQUEST

ZEHNDER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZEHNDER, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZEHR, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ZEHR, SAMARA
ADDRESS AVAILABLE UPON REQUEST

ZEHREN, CORTNEY
ADDRESS AVAILABLE UPON REQUEST

ZEHTABAN, AMIN
ADDRESS AVAILABLE UPON REQUEST

ZEID, KATHERYN
ADDRESS AVAILABLE UPON REQUEST

ZEIDERS, JODI
ADDRESS AVAILABLE UPON REQUEST

ZEIDLER, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ZEIDLER, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZEIDLER, LYNNE
ADDRESS AVAILABLE UPON REQUEST

ZEIDLER, SARI
ADDRESS AVAILABLE UPON REQUEST

ZEIER, JULIE
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, KELLY
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, MACHAEL
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, TERESA
ADDRESS AVAILABLE UPON REQUEST

ZEIGLER, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ZEIMET, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ZEINSTRA, MARY
ADDRESS AVAILABLE UPON REQUEST

ZEISER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ZEISES, RICH
ADDRESS AVAILABLE UPON REQUEST

ZEITEL, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZEITZ, JULIE
ADDRESS AVAILABLE UPON REQUEST

ZEKO, LUNGOWE
ADDRESS AVAILABLE UPON REQUEST

ZEKOFF, JEFF
ADDRESS AVAILABLE UPON REQUEST

ZEKONIS, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZELASKO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ZELAYA, ELISEO
ADDRESS AVAILABLE UPON REQUEST

ZELAZNY, ELISE
ADDRESS AVAILABLE UPON REQUEST

ZELCER, ALEXANDRA
ADDRESS AVAILABLE UPON REQUEST

ZELCER, JULIE
ADDRESS AVAILABLE UPON REQUEST

ZELCH, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZELEEN ROBINSON
ADDRESS AVAILABLE UPON REQUEST

ZELENKA, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZELENKA, ERIC
ADDRESS AVAILABLE UPON REQUEST

ZELENSKIY, VITALIY
ADDRESS AVAILABLE UPON REQUEST

ZELENYK, EUGENE
ADDRESS AVAILABLE UPON REQUEST

ZELEZNAK, JOHN
ADDRESS AVAILABLE UPON REQUEST

ZELFEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZELHART, KOURTNEY
ADDRESS AVAILABLE UPON REQUEST

ZELIGZON, BRIELLE
ADDRESS AVAILABLE UPON REQUEST

ZELINSKI, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ZELINSKY, MARY
ADDRESS AVAILABLE UPON REQUEST

ZELKIND, ZOYA
ADDRESS AVAILABLE UPON REQUEST

ZELKO, RANDALL
ADDRESS AVAILABLE UPON REQUEST

ZELL, BRIANNA
ADDRESS AVAILABLE UPON REQUEST

ZELL, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZELL, KIRSTIN
ADDRESS AVAILABLE UPON REQUEST

ZELL, MARIE
ADDRESS AVAILABLE UPON REQUEST

ZELLE, DJ
ADDRESS AVAILABLE UPON REQUEST

ZELLER, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ZELLER, ED
ADDRESS AVAILABLE UPON REQUEST

ZELLER, JUDITH
ADDRESS AVAILABLE UPON REQUEST

ZELLER, KRISTIN
ADDRESS AVAILABLE UPON REQUEST

ZELLER, NATOSHIA
ADDRESS AVAILABLE UPON REQUEST

ZELLER, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ZELLEY, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ZELLMAN, EUGENE
ADDRESS AVAILABLE UPON REQUEST

ZELLMAN, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ZELLMAN, JUNE
ADDRESS AVAILABLE UPON REQUEST

ZELLMER, CATIE
ADDRESS AVAILABLE UPON REQUEST

ZELLMER, LACEY
ADDRESS AVAILABLE UPON REQUEST

ZELLNER, ANN
ADDRESS AVAILABLE UPON REQUEST

ZELM, ROB
ADDRESS AVAILABLE UPON REQUEST

ZELNAR, ROYCE
ADDRESS AVAILABLE UPON REQUEST

ZELNOSKY, KRISTEN
ADDRESS AVAILABLE UPON REQUEST

ZELT, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZEMAITAITIS, ZIVILE
ADDRESS AVAILABLE UPON REQUEST

ZEMAITIS, SANDRA
ADDRESS AVAILABLE UPON REQUEST

ZEMBOWER, DENNIS
ADDRESS AVAILABLE UPON REQUEST

ZEMEN, CAROL
ADDRESS AVAILABLE UPON REQUEST

ZEMLACHENKO, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZENDA-JOHNSON, KATARINA
ADDRESS AVAILABLE UPON REQUEST

ZENDEJAS, VALERIE
ADDRESS AVAILABLE UPON REQUEST

ZENDESK TALK
ADDRESS UNAVAILABLE AT TIME OF FILING

ZENDESK, INC
1019 MARKET STREET
SAN FRANCISCO, CA  94103

ZENERT, MAGGIE
ADDRESS AVAILABLE UPON REQUEST

ZENES, KERRY
ADDRESS AVAILABLE UPON REQUEST

ZENG, KAREN
ADDRESS AVAILABLE UPON REQUEST

ZENG, LUCHUNLIN
ADDRESS AVAILABLE UPON REQUEST

ZENG, LUSHI
ADDRESS AVAILABLE UPON REQUEST

ZENG, YUZHANG
ADDRESS AVAILABLE UPON REQUEST

ZENG, ZOE
ADDRESS AVAILABLE UPON REQUEST

ZENHUB
ADDRESS UNAVAILABLE AT TIME OF FILING

ZENITH INSURANCE COMPANY
21255 CALIFA STREET
WOODLAND HILLS, CA  91367

ZENK, DEREK
ADDRESS AVAILABLE UPON REQUEST

ZENK, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZENKER, GLENN
ADDRESS AVAILABLE UPON REQUEST

ZENNA, WANG,
ADDRESS AVAILABLE UPON REQUEST

ZENNAMO, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZENO, EBONYE
ADDRESS AVAILABLE UPON REQUEST

ZENO, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ZENOBI, SHELBY
ADDRESS AVAILABLE UPON REQUEST

ZENOBIA WALJI
ADDRESS AVAILABLE UPON REQUEST

ZENOBIA, ELLEN
ADDRESS AVAILABLE UPON REQUEST

ZENOR, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZENSEN, CARLA
ADDRESS AVAILABLE UPON REQUEST

ZENTELIS, ENID
ADDRESS AVAILABLE UPON REQUEST

ZENTENO, ISABELLA
ADDRESS AVAILABLE UPON REQUEST

ZENTGRAF, JANAY
ADDRESS AVAILABLE UPON REQUEST

ZENTGRAF, KATRINA
ADDRESS AVAILABLE UPON REQUEST

ZENTKO, KERI
ADDRESS AVAILABLE UPON REQUEST

ZENTNER, LEONA
ADDRESS AVAILABLE UPON REQUEST

ZEOLI, DONNA
ADDRESS AVAILABLE UPON REQUEST

ZEOLLA, ERIC
ADDRESS AVAILABLE UPON REQUEST

ZEPEDA, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ZEPEDA, FERNANDO
ADDRESS AVAILABLE UPON REQUEST

ZEPEDA, MILY
ADDRESS AVAILABLE UPON REQUEST

ZEPHIER, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZEPHIR, ANTHONY
ADDRESS AVAILABLE UPON REQUEST

ZEPHIRIN, ASA-MARI
ADDRESS AVAILABLE UPON REQUEST

ZEPHYR EXPRESS
4325 INDUSTRIAL WAY
BENICIA, CA  94510

ZEPHYR EXPRESS
PO BOX 844251
LOS ANGELES, CA  90084-4251

ZEPHYR, TRICIA
ADDRESS AVAILABLE UPON REQUEST

ZEPP, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZEPP, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ZEPPENFELD, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ZEPPENFELD, NATALIE
ADDRESS AVAILABLE UPON REQUEST

ZEPPIERI, CARMINE
ADDRESS AVAILABLE UPON REQUEST

ZEPSA, PETER
ADDRESS AVAILABLE UPON REQUEST

ZERAFA, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ZERANTE, NORA
ADDRESS AVAILABLE UPON REQUEST

ZERANTE, SYDNEY
ADDRESS AVAILABLE UPON REQUEST

ZERBABIEL, SESINOS
ADDRESS AVAILABLE UPON REQUEST

ZERBINI, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZERBY, JACOB
ADDRESS AVAILABLE UPON REQUEST

ZERCK, KAYLA
ADDRESS AVAILABLE UPON REQUEST

ZERCOE, MARCIA
ADDRESS AVAILABLE UPON REQUEST

ZEREN, SHARON
ADDRESS AVAILABLE UPON REQUEST

ZERILLA, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZERILLE, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZERINGER, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZERINGUE, BAYLEE
ADDRESS AVAILABLE UPON REQUEST

ZERINGUE, RHONDA
ADDRESS AVAILABLE UPON REQUEST

ZERMENO, AITANA
ADDRESS AVAILABLE UPON REQUEST

ZERNO, JANET
ADDRESS AVAILABLE UPON REQUEST

ZERO ZERO
ADDRESS UNAVAILABLE AT TIME OF FILING

ZERO, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZEROCATER, INC
115 STILLMAN ST.
SAN FRANCISCO, CA  94107

ZERR, GERALD
ADDRESS AVAILABLE UPON REQUEST

ZERTUCHE, MARINA
ADDRESS AVAILABLE UPON REQUEST

ZERVOS, BRITTANY
ADDRESS AVAILABLE UPON REQUEST

ZERZAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ZESKIND, MIRIAM
ADDRESS AVAILABLE UPON REQUEST

ZEST CATERING, SHAWN CAMPBELL
ADDRESS AVAILABLE UPON REQUEST

ZETINA, FABIAN
ADDRESS AVAILABLE UPON REQUEST

ZETINA, WHITLEY
ADDRESS AVAILABLE UPON REQUEST

ZETLIN, JULIE
ADDRESS AVAILABLE UPON REQUEST

ZETTERBAUM, MARK
ADDRESS AVAILABLE UPON REQUEST

ZETTERLIND, VIRGIL
ADDRESS AVAILABLE UPON REQUEST

ZETTLE, AMY
ADDRESS AVAILABLE UPON REQUEST

ZETTLE, CHUCK
ADDRESS AVAILABLE UPON REQUEST

ZETTLER, JOAN
ADDRESS AVAILABLE UPON REQUEST

ZETTLER, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZETTWOCH, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ZEUNER, LINDSI
ADDRESS AVAILABLE UPON REQUEST

ZEVALLOS, LYDIA
ADDRESS AVAILABLE UPON REQUEST

ZEVENBERGEN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ZEWE, COLLEEN
ADDRESS AVAILABLE UPON REQUEST

ZEWE, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZEZZA, SARA
ADDRESS AVAILABLE UPON REQUEST

ZHAI, JUANNA
ADDRESS AVAILABLE UPON REQUEST

ZHAN, FANGJING
ADDRESS AVAILABLE UPON REQUEST

ZHANEL, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ZHANG / GD, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, AIYING
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ALEX ZHIWEI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ALI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, AMBER
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ANDI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ANQI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, BILLY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, CHI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, DAVID
ADDRESS AVAILABLE UPON REQUEST

ZHANG, DORIS
ADDRESS AVAILABLE UPON REQUEST

ZHANG, DORIS
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ED
ADDRESS AVAILABLE UPON REQUEST

ZHANG, EILEEN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, FENG
ADDRESS AVAILABLE UPON REQUEST

ZHANG, GLORIA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, HAONAN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ZHANG, HELANA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, HELENA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, HUIZI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JERRY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JIE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JING
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JUDY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, KAO
ADDRESS AVAILABLE UPON REQUEST

ZHANG, KARY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, LIMEI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, LISA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, LUCY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, MEI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, MELISSA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, MINGZE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, NEIL
ADDRESS AVAILABLE UPON REQUEST

ZHANG, PATRICK
ADDRESS AVAILABLE UPON REQUEST

ZHANG, QIN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, QINGYUE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ZHANG, RUIWEI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, RUIWEN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, RUIXUE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, SHISHUANG
ADDRESS AVAILABLE UPON REQUEST

ZHANG, SHIWEI
ADDRESS AVAILABLE UPON REQUEST

ZHANG, SINA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, SIYU
ADDRESS AVAILABLE UPON REQUEST

ZHANG, TENNY
ADDRESS AVAILABLE UPON REQUEST

ZHANG, WANCHEN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, WENJIN
ADDRESS AVAILABLE UPON REQUEST

ZHANG, XINGYUE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, YAOHUA
ADDRESS AVAILABLE UPON REQUEST

ZHANG, YIYUE
ADDRESS AVAILABLE UPON REQUEST

ZHANG, YOU
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ZHENNING
ADDRESS AVAILABLE UPON REQUEST

ZHANG, ZIYI
ADDRESS AVAILABLE UPON REQUEST

ZHAO, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZHAO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZHAO, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZHAO, LINXIAO
ADDRESS AVAILABLE UPON REQUEST

ZHAO, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZHAO, SHANNON
ADDRESS AVAILABLE UPON REQUEST

ZHAO, TONGJIE
ADDRESS AVAILABLE UPON REQUEST

ZHAO, WENLONG
ADDRESS AVAILABLE UPON REQUEST

ZHAO, WILSON
ADDRESS AVAILABLE UPON REQUEST

ZHAO, XIANGZHEN
ADDRESS AVAILABLE UPON REQUEST

ZHAO, YUECHEN
ADDRESS AVAILABLE UPON REQUEST

ZHAO, YUFEN
ADDRESS AVAILABLE UPON REQUEST

ZHAO, ZIDONG
ADDRESS AVAILABLE UPON REQUEST

ZHE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZHEN YANG
ADDRESS AVAILABLE UPON REQUEST

ZHEN, ZIXUAN
ADDRESS AVAILABLE UPON REQUEST

ZHENG, AMY
ADDRESS AVAILABLE UPON REQUEST

ZHENG, BRANDON
ADDRESS AVAILABLE UPON REQUEST

ZHENG, JIN
ADDRESS AVAILABLE UPON REQUEST

ZHENG, KAREN
ADDRESS AVAILABLE UPON REQUEST

ZHENG, LIHUA
ADDRESS AVAILABLE UPON REQUEST

ZHENG, MEIXIAN
ADDRESS AVAILABLE UPON REQUEST

ZHENG, MIN
ADDRESS AVAILABLE UPON REQUEST

ZHENG, VINKY
ADDRESS AVAILABLE UPON REQUEST

ZHENNING ZHANG
ADDRESS AVAILABLE UPON REQUEST

ZHENYU TENG
ADDRESS AVAILABLE UPON REQUEST

ZHOU, GRACE
ADDRESS AVAILABLE UPON REQUEST

ZHOU, HARLEY
ADDRESS AVAILABLE UPON REQUEST

ZHOU, HENGYI
ADDRESS AVAILABLE UPON REQUEST

ZHOU, JIE
ADDRESS AVAILABLE UPON REQUEST

ZHOU, JUNPEI
ADDRESS AVAILABLE UPON REQUEST

ZHOU, KENNY
ADDRESS AVAILABLE UPON REQUEST

ZHOU, MAY
ADDRESS AVAILABLE UPON REQUEST

ZHOU, MENGHE
ADDRESS AVAILABLE UPON REQUEST

ZHOU, MONI
ADDRESS AVAILABLE UPON REQUEST

ZHOU, QIN
ADDRESS AVAILABLE UPON REQUEST

ZHOU, RUI
ADDRESS AVAILABLE UPON REQUEST

ZHOU, STACEY
ADDRESS AVAILABLE UPON REQUEST

ZHOU, TAO
ADDRESS AVAILABLE UPON REQUEST

ZHOU, XIAORONG
ADDRESS AVAILABLE UPON REQUEST

ZHOU, YAN
ADDRESS AVAILABLE UPON REQUEST

ZHOU, YINGXUE
ADDRESS AVAILABLE UPON REQUEST

ZHU, ALEXANDER
ADDRESS AVAILABLE UPON REQUEST

ZHU, ISABEL
ADDRESS AVAILABLE UPON REQUEST

ZHU, JANE
ADDRESS AVAILABLE UPON REQUEST

ZHU, JIE
ADDRESS AVAILABLE UPON REQUEST

ZHU, JINGLY
ADDRESS AVAILABLE UPON REQUEST

ZHU, LI
ADDRESS AVAILABLE UPON REQUEST

ZHU, SIQI
ADDRESS AVAILABLE UPON REQUEST

ZHU, STEPHEN
ADDRESS AVAILABLE UPON REQUEST

ZHU, YILE
ADDRESS AVAILABLE UPON REQUEST

ZHU, ZIYE
ADDRESS AVAILABLE UPON REQUEST

ZHUBI, ERANDA
ADDRESS AVAILABLE UPON REQUEST

ZHUO, XUEQIN
ADDRESS AVAILABLE UPON REQUEST

ZHURAVLEV, PAVEL
ADDRESS AVAILABLE UPON REQUEST

ZHURDA, EDLIRA
ADDRESS AVAILABLE UPON REQUEST

ZI JUN DOMINIC FEI
ADDRESS AVAILABLE UPON REQUEST

ZIA, SEAN
ADDRESS AVAILABLE UPON REQUEST

ZIATS, MARK
ADDRESS AVAILABLE UPON REQUEST

ZIC, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ZICCARELLI, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZICK-CASTRO, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZICKEFOOSE, NANCY
ADDRESS AVAILABLE UPON REQUEST

ZICKER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ZICKER, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ZICKER, PENNY
ADDRESS AVAILABLE UPON REQUEST

ZICKERT, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZICKLER, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZICKWOLF, KAYLEE
ADDRESS AVAILABLE UPON REQUEST

ZIDAR, CATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZIDAR, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ZIDE, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ZIDE, MERIDETH
ADDRESS AVAILABLE UPON REQUEST

ZIDZIK, COLLETTE
ADDRESS AVAILABLE UPON REQUEST

ZIE OUATTARA
ADDRESS AVAILABLE UPON REQUEST

ZIEBART, JUDI
ADDRESS AVAILABLE UPON REQUEST

ZIEBEL, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIEBEL, ZACHARY
ADDRESS AVAILABLE UPON REQUEST

ZIECIK, COOPER
ADDRESS AVAILABLE UPON REQUEST

ZIEGELMAN, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ZIEGENBEIN, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZIEGENBEIN, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZIEGENFUS, BETH
ADDRESS AVAILABLE UPON REQUEST

ZIEGENFUSS, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ZIEGERT, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, CELIA
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, CORONDA
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, HAYLEY
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, KATHY
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, MACKENZIE
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, MICHELE
ADDRESS AVAILABLE UPON REQUEST

ZIEGLER, SHERRY
ADDRESS AVAILABLE UPON REQUEST

ZIEHNERT, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZIELAZNICKI, KAITLIN
ADDRESS AVAILABLE UPON REQUEST

ZIELEWICZ, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIELINSKI, KAITLYN
ADDRESS AVAILABLE UPON REQUEST

ZIELINSKI, KATHLEEN
ADDRESS AVAILABLE UPON REQUEST

ZIELINSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZIELINSKI, THOMAS
ADDRESS AVAILABLE UPON REQUEST

ZIELINSKI, TIMOTHY
ADDRESS AVAILABLE UPON REQUEST

ZIELKE, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZIELONKA, WENDY
ADDRESS AVAILABLE UPON REQUEST

ZIELS, SOPHIE
ADDRESS AVAILABLE UPON REQUEST

ZIELSKE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIEMAK, MERRI
ADDRESS AVAILABLE UPON REQUEST

ZIEMANN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIEMBA, DONNA
ADDRESS AVAILABLE UPON REQUEST

ZIEMBA, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZIEMER, CLINT
ADDRESS AVAILABLE UPON REQUEST

ZIEMER, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ZIEMINICK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZIEMLAK, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZIER, WESTON
ADDRESS AVAILABLE UPON REQUEST

ZIERDEN, MATTHEW
ADDRESS AVAILABLE UPON REQUEST

ZIERER, MATT
ADDRESS AVAILABLE UPON REQUEST

ZIERING, JAKE
ADDRESS AVAILABLE UPON REQUEST

ZIERMANN, BRENNA
ADDRESS AVAILABLE UPON REQUEST

ZIESING, WHITNEY
ADDRESS AVAILABLE UPON REQUEST

ZIESKA, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ZIESMER, ALLYSON
ADDRESS AVAILABLE UPON REQUEST

ZIETARA, JOANNA
ADDRESS AVAILABLE UPON REQUEST

ZIETSMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZIEVE, HILLARY
ADDRESS AVAILABLE UPON REQUEST

ZIFCAK, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZIFF DAVIS, LLC
28 EAST 28TH STREET 11TH FLOOR
NEW YORK, NY 10016

ZIFF DAVIS, LLC
P.O. BOX 415433
BOSTON, MA 02241-5433

ZIFF, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ZIFKIN-SWETT, GABRIELLE
ADDRESS AVAILABLE UPON REQUEST

ZIGLER, DEBORAH
ADDRESS AVAILABLE UPON REQUEST

ZIHLMAN, LACY
ADDRESS AVAILABLE UPON REQUEST

ZILA, JEN
ADDRESS AVAILABLE UPON REQUEST

ZILBERBERG, MORIA
ADDRESS AVAILABLE UPON REQUEST

ZILBERMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZILIC, MARETTA
ADDRESS AVAILABLE UPON REQUEST

ZILINSKI, NATALYA
ADDRESS AVAILABLE UPON REQUEST

ZILINSKI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZILIOX, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZILKA, DAVID
ADDRESS AVAILABLE UPON REQUEST

ZILKA, NINA
ADDRESS AVAILABLE UPON REQUEST

ZILLA-BA, ROSE
ADDRESS AVAILABLE UPON REQUEST

ZILLI, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZILLIONAIRE INVESTMENT CLUB LLC
2707 E SHAW BUTTE DRIVE
WHITEFISH, MT 85028

ZILLIOUX, CHAD
ADDRESS AVAILABLE UPON REQUEST

ZILLIOX, KIM
ADDRESS AVAILABLE UPON REQUEST

ZILLMER, SHERI
ADDRESS AVAILABLE UPON REQUEST

ZIMAN, CECELIA
ADDRESS AVAILABLE UPON REQUEST

ZIMAROWSKI, CLAUDIA
ADDRESS AVAILABLE UPON REQUEST

ZIMBELMAN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ZIMBERG, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZIMBLE, LESLIE
ADDRESS AVAILABLE UPON REQUEST

ZIMDARS, NICHOLL
ADDRESS AVAILABLE UPON REQUEST

ZIMERMAN, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ZIMLICH, JESS
ADDRESS AVAILABLE UPON REQUEST

ZIMMEL, KATHERINE
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, AUSTIN
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, ERIC
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, ERIC
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, JEFF
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, KATELYN
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, LORA
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, MARK
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, PAUL
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, RYAN
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, RYAN
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, SAMI
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, SEAN
ADDRESS AVAILABLE UPON REQUEST

ZIMMER, TERRY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERER, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERLY, GEOFFREY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERLY, JOSH
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ABIGAIL
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ANNIE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, APRIL
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ARRON
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, AUDREY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, AVA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, BARBARA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, BRIANNE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, C/O JULIE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, CINDY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, CORRIN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, DARNELLE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, DENNIS
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, GREGORY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, GRETA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, HERB
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, JASON
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, JEFF
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, JEREMY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, JONI
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, KATHRYN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, KATIE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, KIRA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, KYLE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, LAURIE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, NICOLETTE
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, RILEY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, SABRINA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, STEFANIA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, TARA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, VERA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, VICKTERY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, VICTORIA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN, ZACH
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMAN-DUNNETT, GRETCHEN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, ALEXA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, HIEDI
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, KARA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, LILY
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, LYNN
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, ROBERT
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, SULINA
ADDRESS AVAILABLE UPON REQUEST

ZIMMERMANN, TRACY
ADDRESS AVAILABLE UPON REQUEST

ZIMMET, CAROLINE
ADDRESS AVAILABLE UPON REQUEST

ZIMMET, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ZIMNOCH, POLLEY
ADDRESS AVAILABLE UPON REQUEST

ZIMO, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZIMPRICH, KIM
ADDRESS AVAILABLE UPON REQUEST

ZIMPRICH, ROB
ADDRESS AVAILABLE UPON REQUEST

ZINCHUK, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZINDEL, ALEX
ADDRESS AVAILABLE UPON REQUEST

ZINES, DELANEY
ADDRESS AVAILABLE UPON REQUEST

ZINGARELLI, MARIAH
ADDRESS AVAILABLE UPON REQUEST

ZINGRAF, LYNN
ADDRESS AVAILABLE UPON REQUEST

ZINICOLA, SILVIO
ADDRESS AVAILABLE UPON REQUEST

ZINK, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ZINK, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZINK, KENTON
ADDRESS AVAILABLE UPON REQUEST

ZINK, STEPHANIE L
ADDRESS AVAILABLE UPON REQUEST

ZINK, TAMMY
ADDRESS AVAILABLE UPON REQUEST

ZINKE, LAURYN
ADDRESS AVAILABLE UPON REQUEST

ZINKE, SIERRA
ADDRESS AVAILABLE UPON REQUEST

ZINKOW, MAYA
ADDRESS AVAILABLE UPON REQUEST

ZINKOW, YAEL
ADDRESS AVAILABLE UPON REQUEST

ZINN, ANDREW
ADDRESS AVAILABLE UPON REQUEST

ZINNA, KRISTINE
ADDRESS AVAILABLE UPON REQUEST

ZINN-DISAVINO, NANCY
ADDRESS AVAILABLE UPON REQUEST

ZINNEL, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZINNEL, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ZINNER, KIM
ADDRESS AVAILABLE UPON REQUEST

ZINNGRABE, MADELINE
ADDRESS AVAILABLE UPON REQUEST

ZINNI, EMALIE
ADDRESS AVAILABLE UPON REQUEST

ZINNO, LISA
ADDRESS AVAILABLE UPON REQUEST

ZINQUE
ADDRESS UNAVAILABLE AT TIME OF FILING

ZINTSMASTER, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ZINTZ, SCOTT
ADDRESS AVAILABLE UPON REQUEST

ZIOBRO, RICHARD
ADDRESS AVAILABLE UPON REQUEST

ZIOGAS, ANGELA
ADDRESS AVAILABLE UPON REQUEST

ZIOLKO, JACLYN
ADDRESS AVAILABLE UPON REQUEST

ZIOLKOWSKI, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZIOLKOWSKI, SHARON
ADDRESS AVAILABLE UPON REQUEST

ZIOMKOWSKI, MALLORY
ADDRESS AVAILABLE UPON REQUEST

ZION, BERNARD
ADDRESS AVAILABLE UPON REQUEST

ZIONS C/O FURTSCH, BERNARD
ADDRESS AVAILABLE UPON REQUEST

ZIOUANI, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZIPFWORKS INC
1601 CLOVERFIELD BLVD STE 1050N
SANTA MONICA, CA  90404

ZIPPERER, WILL
ADDRESS AVAILABLE UPON REQUEST

ZIPPORAH BURMAN
ADDRESS AVAILABLE UPON REQUEST

ZIRBES, CLAIRE
ADDRESS AVAILABLE UPON REQUEST

ZIRKELBACH, LIZ
ADDRESS AVAILABLE UPON REQUEST

ZIRKLE, BRIAN
ADDRESS AVAILABLE UPON REQUEST

ZIRKLE, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZIRKLE, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZIRKLE, WALTER
ADDRESS AVAILABLE UPON REQUEST

ZIRKO, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ZIRPOLO, MATT
ADDRESS AVAILABLE UPON REQUEST

ZISKA, CASSAUNDRA
ADDRESS AVAILABLE UPON REQUEST

ZISLER, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZISSIS, KATIE
ADDRESS AVAILABLE UPON REQUEST

ZITELLI, CAMILA
ADDRESS AVAILABLE UPON REQUEST

ZITER, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZITKO, PEG
ADDRESS AVAILABLE UPON REQUEST

ZITNER, MARCI
ADDRESS AVAILABLE UPON REQUEST

ZITO, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZITO, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ZITO, DEREK
ADDRESS AVAILABLE UPON REQUEST

ZITO, DIANA
ADDRESS AVAILABLE UPON REQUEST

ZITO, ENI
ADDRESS AVAILABLE UPON REQUEST

ZITO, ERIK
ADDRESS AVAILABLE UPON REQUEST

ZITO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZITOMER, MICHAEL
ADDRESS AVAILABLE UPON REQUEST

ZITRON, ERICA
ADDRESS AVAILABLE UPON REQUEST

ZITTER, LENNA
ADDRESS AVAILABLE UPON REQUEST

ZITZ, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZITZKE, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ZIVIELLO, JUDY
ADDRESS AVAILABLE UPON REQUEST

ZIVNEY, MCKENNLEY
ADDRESS AVAILABLE UPON REQUEST

ZIZELMANN, JON
ADDRESS AVAILABLE UPON REQUEST

ZIZUMBO, KARINA
ADDRESS AVAILABLE UPON REQUEST

ZIZZA, AMANDA
ADDRESS AVAILABLE UPON REQUEST

ZIZZO, MIKE
ADDRESS AVAILABLE UPON REQUEST

ZIZZO, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZLATANOFF, GABRIELLA
ADDRESS AVAILABLE UPON REQUEST

ZLATOS, JACKIE
ADDRESS AVAILABLE UPON REQUEST

ZMIGRODSKI, AUDRA
ADDRESS AVAILABLE UPON REQUEST

ZMIJEWSKI, MARY
ADDRESS AVAILABLE UPON REQUEST

ZMIKLY, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZMODDYNAMICS LLC
28210 EMERALD CREEK LN
FULSHEAR, TX 77441

ZMOLEK, LINCOLN
ADDRESS AVAILABLE UPON REQUEST

ZMOLIK, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ZNACHKO, SEAN
ADDRESS AVAILABLE UPON REQUEST

ZOA, CHRISTELLE
ADDRESS AVAILABLE UPON REQUEST

ZOAS, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZOBACK, MARK
ADDRESS AVAILABLE UPON REQUEST

ZOBEL, BLAIR
ADDRESS AVAILABLE UPON REQUEST

ZOBIAN, SHIRLEYANN M.
ADDRESS AVAILABLE UPON REQUEST

ZOCCHI, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZOCCHIA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ZOCH, KAREN
ADDRESS AVAILABLE UPON REQUEST

ZOCH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ZOCH, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ZODA, JULIA
ADDRESS AVAILABLE UPON REQUEST

ZOELLER, AMY
ADDRESS AVAILABLE UPON REQUEST

ZOELLNER, ALYSSA
ADDRESS AVAILABLE UPON REQUEST

ZOELLNER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZOELLNER, CASSIE
ADDRESS AVAILABLE UPON REQUEST

ZOEPHEL, MELINDA
ADDRESS AVAILABLE UPON REQUEST

ZOFCIN, DEBBIE
ADDRESS AVAILABLE UPON REQUEST

ZOGAL, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZOGAS, JASMINE
ADDRESS AVAILABLE UPON REQUEST

ZOGHBY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ZOHA, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ZOIA, ABBY
ADDRESS AVAILABLE UPON REQUEST

ZOIS, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZOKY, RACHEL
ADDRESS AVAILABLE UPON REQUEST

ZOLA, INC.
150 BROADWAY FLOOR 19
NEW YORK, NY  10038

ZOLA, JANET
ADDRESS AVAILABLE UPON REQUEST

ZOLA, SAMMI
ADDRESS AVAILABLE UPON REQUEST

ZOLET, MORRIS
ADDRESS AVAILABLE UPON REQUEST

ZOLLARS, KRISTY
ADDRESS AVAILABLE UPON REQUEST

ZOLLER, KAITLYNN
ADDRESS AVAILABLE UPON REQUEST

ZOLLINGER, BROOKE
ADDRESS AVAILABLE UPON REQUEST

ZOLLINGER, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ZOLLO, MOLLY
ADDRESS AVAILABLE UPON REQUEST

ZOLMAN, DR. JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZOLNA, JUSTINE
ADDRESS AVAILABLE UPON REQUEST

ZOLNER, SHIRLEY
ADDRESS AVAILABLE UPON REQUEST

ZOLNO, ALLISON
ADDRESS AVAILABLE UPON REQUEST

ZOLNOWSKI, IAN
ADDRESS AVAILABLE UPON REQUEST

ZOLOTNITSKY, DANIELLE
ADDRESS AVAILABLE UPON REQUEST

ZOLTAK, HEATHER
ADDRESS AVAILABLE UPON REQUEST

ZOMBEK, TOM
ADDRESS AVAILABLE UPON REQUEST

ZOMOK, ZACH
ADDRESS AVAILABLE UPON REQUEST

ZOMPERO ARAUJO, MARIANA
ADDRESS AVAILABLE UPON REQUEST

ZONA, ANA
ADDRESS AVAILABLE UPON REQUEST

ZONA, DEREK
ADDRESS AVAILABLE UPON REQUEST

ZONA, KATE
ADDRESS AVAILABLE UPON REQUEST

ZONA, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZONDAG, MARISSA
ADDRESS AVAILABLE UPON REQUEST

ZONDER, STU
ADDRESS AVAILABLE UPON REQUEST

ZONIN, ARTHUR
ADDRESS AVAILABLE UPON REQUEST

ZOOK-HOWELL, DENA
ADDRESS AVAILABLE UPON REQUEST

ZOOM INFORMATION INC.
307 WAVERLY OAKS ROAD, SUITE 405
WALTHAM, MA  02452

ZOOM
55 ALMADEN BLVD., 6TH FLOOR
SAN JOSE, CA  95113

ZORI BISTRO
ADDRESS UNAVAILABLE AT TIME OF FILING

ZORKO, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZORMAN, CHRIS
ADDRESS AVAILABLE UPON REQUEST

ZORN, DAVID
ADDRESS AVAILABLE UPON REQUEST

ZORN, HALEIGH
ADDRESS AVAILABLE UPON REQUEST

ZORNES, JEANNIE
ADDRESS AVAILABLE UPON REQUEST

ZOROMSKI, MCKAYLA
ADDRESS AVAILABLE UPON REQUEST

ZORRILLA, JUAN
ADDRESS AVAILABLE UPON REQUEST

ZORRILLA, YEXENIA
ADDRESS AVAILABLE UPON REQUEST

ZOTOVICH WINE ENTERPRISES
1201 DOVE STREET  650
NEWPORT BEACH, CA  92660

ZOTOVICH, RYAN D.
ADDRESS AVAILABLE UPON REQUEST

ZOTT, AUBREY
ADDRESS AVAILABLE UPON REQUEST

ZOTTS, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZOU, EVAN
ADDRESS AVAILABLE UPON REQUEST

ZOU, IRENE
ADDRESS AVAILABLE UPON REQUEST

ZOU, XIAOGUANG
ADDRESS AVAILABLE UPON REQUEST

ZOZAYA, KALLEEN
ADDRESS AVAILABLE UPON REQUEST

ZREIN, ALISSA
ADDRESS AVAILABLE UPON REQUEST

ZRODLOWSKI, TOM
ADDRESS AVAILABLE UPON REQUEST

ZSCHIESCHE, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZSCHOCHED, DRAKEH
ADDRESS AVAILABLE UPON REQUEST

ZSOLT SZALKAI
ADDRESS AVAILABLE UPON REQUEST

ZSULA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZSUPPON, JACOB
ADDRESS AVAILABLE UPON REQUEST

ZUA, MENE
ADDRESS AVAILABLE UPON REQUEST

ZUANICH, KALIE
ADDRESS AVAILABLE UPON REQUEST

ZUARO, LISA
ADDRESS AVAILABLE UPON REQUEST

ZUBA, SAMANTHA
ADDRESS AVAILABLE UPON REQUEST

ZUBAER MALIK
ADDRESS AVAILABLE UPON REQUEST

ZUBAH, RAM
ADDRESS AVAILABLE UPON REQUEST

ZUBAK, MARILYN
ADDRESS AVAILABLE UPON REQUEST

ZUBAUGH, ALYCIA
ADDRESS AVAILABLE UPON REQUEST

ZUBCHEVICH, MARY
ADDRESS AVAILABLE UPON REQUEST

ZUBEL, BAILY
ADDRESS AVAILABLE UPON REQUEST

ZUBER, ADAM
ADDRESS AVAILABLE UPON REQUEST

ZUBER, AMBER
ADDRESS AVAILABLE UPON REQUEST

ZUBER, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZUBER, PAM
ADDRESS AVAILABLE UPON REQUEST

ZUBER, SAMIA
ADDRESS AVAILABLE UPON REQUEST

ZUBIATE, PHILLIP
ADDRESS AVAILABLE UPON REQUEST

ZUBKOW, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZUBLICK, JUSTIN
ADDRESS AVAILABLE UPON REQUEST

ZUCAL, LINDA
ADDRESS AVAILABLE UPON REQUEST

ZUCATTI, MARGARET
ADDRESS AVAILABLE UPON REQUEST

ZUCCARELLO, CALLAWAY
ADDRESS AVAILABLE UPON REQUEST

ZUCCARO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZUCCARO, MARY
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, ANNE
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, ARLENE
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, DANIEL
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, JONATHAN
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, LAURA
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, LEWIS
ADDRESS AVAILABLE UPON REQUEST

ZUCKER, SHIRA
ADDRESS AVAILABLE UPON REQUEST

ZUCKERMAN, ABE
ADDRESS AVAILABLE UPON REQUEST

ZUCKERMAN, COREY
ADDRESS AVAILABLE UPON REQUEST

ZUCKERMAN, DONNA
ADDRESS AVAILABLE UPON REQUEST

ZUCKERMAN, ESTHER
ADDRESS AVAILABLE UPON REQUEST

ZUER, JULIE
ADDRESS AVAILABLE UPON REQUEST

ZUERCHER, GREG
ADDRESS AVAILABLE UPON REQUEST

ZUFALL, ALISA
ADDRESS AVAILABLE UPON REQUEST

ZUFELT, KAT
ADDRESS AVAILABLE UPON REQUEST

ZUG, CLAY
ADDRESS AVAILABLE UPON REQUEST

ZUGAI, OLIVIA
ADDRESS AVAILABLE UPON REQUEST

ZUGEL, EDEN
ADDRESS AVAILABLE UPON REQUEST

ZUGGER, KELLIE
ADDRESS AVAILABLE UPON REQUEST

ZUHN, LISA
ADDRESS AVAILABLE UPON REQUEST

ZUIDEMA, LINDSAY
ADDRESS AVAILABLE UPON REQUEST

ZUK, ANNE
ADDRESS AVAILABLE UPON REQUEST

ZUKAUF, ELIZABETH
ADDRESS AVAILABLE UPON REQUEST

ZUKER, JANA
ADDRESS AVAILABLE UPON REQUEST

ZUKOWSKI, CARISSA
ADDRESS AVAILABLE UPON REQUEST

ZUKOWSKI, TORI
ADDRESS AVAILABLE UPON REQUEST

ZUKOWSKI, TRAVIS
ADDRESS AVAILABLE UPON REQUEST

ZUKOWSKY, WILLIAM
ADDRESS AVAILABLE UPON REQUEST

ZULCH, DONNA
ADDRESS AVAILABLE UPON REQUEST

ZULETA, DELMY
ADDRESS AVAILABLE UPON REQUEST

ZULETA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZULETA, TITO
ADDRESS AVAILABLE UPON REQUEST

ZULETA-ACOSTA, SARA
ADDRESS AVAILABLE UPON REQUEST

ZULICK, CLARISSA
ADDRESS AVAILABLE UPON REQUEST

ZULKOSKI, PAUL
ADDRESS AVAILABLE UPON REQUEST

ZULKOSKY, CHRISTINE
ADDRESS AVAILABLE UPON REQUEST

ZULLO, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZULLO, JENNA
ADDRESS AVAILABLE UPON REQUEST

ZULLO, LEIGH BLICKLEY
ADDRESS AVAILABLE UPON REQUEST

ZULLO, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ZULLO, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ZULU, GERTRUDE
ADDRESS AVAILABLE UPON REQUEST

ZUMBAHLEN, ANNA
ADDRESS AVAILABLE UPON REQUEST

ZUMBRUNNEN, MIKE
ADDRESS AVAILABLE UPON REQUEST

ZUMPANO, LAUREN
ADDRESS AVAILABLE UPON REQUEST

ZUMSEE LIMITED
ADDRESS UNAVAILABLE AT TIME OF FILING

ZUNA, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZUNIC, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZUNIGA, CHRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZUNIGA, CRYSTAL
ADDRESS AVAILABLE UPON REQUEST

ZUNIGA, DIANA
ADDRESS AVAILABLE UPON REQUEST

ZUNIGA, DYLAN
ADDRESS AVAILABLE UPON REQUEST

ZUNIGA, EMMA
ADDRESS AVAILABLE UPON REQUEST

ZUNINO, GINO
ADDRESS AVAILABLE UPON REQUEST

ZUNIS, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ZUNNER, STEPHANIE
ADDRESS AVAILABLE UPON REQUEST

ZUPA, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ZUPAN, PATRICIA
ADDRESS AVAILABLE UPON REQUEST

ZUPANC, MARY
ADDRESS AVAILABLE UPON REQUEST

ZUPKO, DANA
ADDRESS AVAILABLE UPON REQUEST

ZUPKO, TENEISHA
ADDRESS AVAILABLE UPON REQUEST

ZUPNIK, KAREN
ADDRESS AVAILABLE UPON REQUEST

ZUPO, MARIE
ADDRESS AVAILABLE UPON REQUEST

ZURASHVILI, ZURAB
ADDRESS AVAILABLE UPON REQUEST

ZURAT, TERRI
ADDRESS AVAILABLE UPON REQUEST

ZURAW, PAUL
ADDRESS AVAILABLE UPON REQUEST

ZURAWSKI, SHERRI
ADDRESS AVAILABLE UPON REQUEST

ZURCHER, JESSICA
ADDRESS AVAILABLE UPON REQUEST

ZUREICH, JACQUELYN
ADDRESS AVAILABLE UPON REQUEST

ZUREK, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

ZURELL, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZURHELLEN, HANNAH
ADDRESS AVAILABLE UPON REQUEST

ZURICH NORTH AMERICA
PO BOX 4666
CAROL STREAM, IL  60197-4666

ZURIEL TEQUIANES ARMIJO
ADDRESS AVAILABLE UPON REQUEST

ZURMUEHLEN, JILLIAN
ADDRESS AVAILABLE UPON REQUEST

ZURMUHLEN, MELANIE
ADDRESS AVAILABLE UPON REQUEST

ZURN, ERIN
ADDRESS AVAILABLE UPON REQUEST

ZURN, JORDAN
ADDRESS AVAILABLE UPON REQUEST

ZURN, SKYLER
ADDRESS AVAILABLE UPON REQUEST

ZUROVCHAK, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ZUSMAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ZUSTOVICH, ASHLEY
ADDRESS AVAILABLE UPON REQUEST

ZUSY, CAITLIN
ADDRESS AVAILABLE UPON REQUEST

ZUTAVERN, RORY
ADDRESS AVAILABLE UPON REQUEST

ZUTLER, ANDREA
ADDRESS AVAILABLE UPON REQUEST

ZUVICH, CARLEEN
ADDRESS AVAILABLE UPON REQUEST

ZUWIALA, MARIA
ADDRESS AVAILABLE UPON REQUEST

ZUZA ALVARADO
ADDRESS AVAILABLE UPON REQUEST

ZVACEK, KYLE
ADDRESS AVAILABLE UPON REQUEST

ZVOSECZ, NICOLE
ADDRESS AVAILABLE UPON REQUEST

ZWAAGSTRA, KASSIDY
ADDRESS AVAILABLE UPON REQUEST

ZWAAN, AMY
ADDRESS AVAILABLE UPON REQUEST

ZWACH, MAXWELL
ADDRESS AVAILABLE UPON REQUEST

ZWAGERMAN, LISA
ADDRESS AVAILABLE UPON REQUEST

ZWAHL, ALEX
ADDRESS AVAILABLE UPON REQUEST

ZWAHR, JULIA L
ADDRESS AVAILABLE UPON REQUEST

ZWECKER, LINDSEY
ADDRESS AVAILABLE UPON REQUEST

ZWEIBACK, MEGAN
ADDRESS AVAILABLE UPON REQUEST

ZWEIBON, MICHELLE
ADDRESS AVAILABLE UPON REQUEST

ZWEIG, KATY
ADDRESS AVAILABLE UPON REQUEST

ZWEMKE, INGRID
ADDRESS AVAILABLE UPON REQUEST

ZWETTLER, KRISTINA
ADDRESS AVAILABLE UPON REQUEST

ZWICK, JOSEPH
ADDRESS AVAILABLE UPON REQUEST

ZWICK, LINDY
ADDRESS AVAILABLE UPON REQUEST

ZWICKLER, CINDEE
ADDRESS AVAILABLE UPON REQUEST

ZWIEG, GABI
ADDRESS AVAILABLE UPON REQUEST

ZWIER, DARCY
ADDRESS AVAILABLE UPON REQUEST

ZWIER, DEAN
ADDRESS AVAILABLE UPON REQUEST

ZWIERZCHOWSKI, EMILY
ADDRESS AVAILABLE UPON REQUEST

ZWILLIM, JACQUELINE
ADDRESS AVAILABLE UPON REQUEST

ZWIRN, COURTNEY
ADDRESS AVAILABLE UPON REQUEST

ZWOLINSKI, SARAH
ADDRESS AVAILABLE UPON REQUEST

ZYBOWSKI, DAVID
ADDRESS AVAILABLE UPON REQUEST

ZYCH, CASSANDRA
ADDRESS AVAILABLE UPON REQUEST

ZYCH, SUSAN
ADDRESS AVAILABLE UPON REQUEST

ZYDOWICZ, LIANNE
ADDRESS AVAILABLE UPON REQUEST

ZYDYK, MARGOT
ADDRESS AVAILABLE UPON REQUEST

ZYGLIS, MAUREEN
ADDRESS AVAILABLE UPON REQUEST

ZYGMUNT, PAMELA
ADDRESS AVAILABLE UPON REQUEST

ZYGMUNT, RUSSELL
ADDRESS AVAILABLE UPON REQUEST

ZYKAN, MONIQUE
ADDRESS AVAILABLE UPON REQUEST

ZYLBERMAN, RACHAEL
ADDRESS AVAILABLE UPON REQUEST

ZYRA, TIFFANY
ADDRESS AVAILABLE UPON REQUEST

ZYSERMANN, NOEMIE
ADDRESS AVAILABLE UPON REQUEST

ZYSKOWSKI, TINA
ADDRESS AVAILABLE UPON REQUEST

ZYTKO, JENNIFER
ADDRESS AVAILABLE UPON REQUEST

Total: 164768