IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR DECEMBER 6, 2022 AT 3:00 P.M. (ET), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

**THE HEARING WILL BE CONDUCTED IN-PERSON. PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN DECEMBER 6, 2022 AT 12:00 P.M. (ET).**

https://debuscourts.zoomgov.com/meeting/register/vJItcuyrrTsuH3Z08AODodcagZtc0WGGLMQ

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

      **PLEASE TAKE NOTICE** that, on November 30, 2022, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and on December 2, 2022 filed related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] All motions and other pleadings referenced herein are available free of charge by visiting the Debtors' case website at http://dm.epiq11.com/Winc or by request to Debtors' proposed counsel (Troy Bollman, paralegal, at tbollman@ycst.com).

29890275.1

**PETITIONS AND RELATED PLEADINGS**

1. **Voluntary Petitions**
   A. Winc, Inc. [Case No. 22-11238]
   B. BWSC, LLC [Case No. 22-11239]
   C. Winc Lost Poet, LLC [Case No. 22-11240]

2. Declaration of Carol Brault in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 15; 12/2/22]

   **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **December 6, 2022 at 3:00 p.m. (ET)** (the "First Day Hearing") before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD**

3. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 5; 12/2/22]

   Status: This matter will be going forward.

4. Debtors' Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 6; 12/2/22]

   Status: This matter will be going forward.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [Docket No. 7; 12/2/22]

   Status: This matter will be going forward on an interim basis.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 8; 12/2/22]

   Status: This matter will be going forward on an interim basis.

29890275.1

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations, (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief [Docket No. 9; 12/2/22]

   Status: This matter will be going forward on an interim basis.

8. Debtors' Motion for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Certain Vendors with Claims Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors; and (D) Shippers, Warehouseman, and Other Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief [Docket No. 10; 12/2/22]

   Status: This matter will be going forward on an interim basis.

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof, and (C) Continue Their Insurance Premium Financing Program; and (II) Banks to Honor and Process Related Checks and Transfers [Docket No. 11; 12/2/22]

   Status: This matter will be going forward on an interim basis.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Customer Obligations and Continue Customer Programs in the Ordinary Course of Business; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 12; 12/2/22]

    Status: This matter will be going forward on an interim basis.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing Debtors to Honor Any Workers' Compensation Obligations; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [Docket No. 13; 12/2/22]

    Status: This matter will be going forward on an interim basis.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Determining that the Prepetition Secured Lender is Adequately Protected; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 14; 12/2/22]

   Status:   This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to observe the First Day Hearing remotely may do so by registering their Zoom appearance through the following link: https://debuscourts.zoomgov.com/meeting/register/vJItcuyrrTsuH3Z08AODodcagZtc0WGGLMQ. After registering your appearance by Zoom, you will receive an email confirmation containing information about joining the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: December 2, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joshua B. Brooks*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
         mlunn@ycst.com
         amielke@ycst.com
         jbrooks@ycst.com
         sborovinskaya@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*