IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WINC, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11238 (LSS) <br><br> (Joint Administration Requested) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that secured creditor, Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank ("Banc of California") hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Banc of California through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Maxim B. Litvak
James E. O'Neill
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
mlitvak@pszjlaw.com
joneill@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Banc of California, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Banc of California may

be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: December 5, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*<br>Richard M. Pachulski (CA Bar No. 90073) *pro hac vice pending*<br>Maxim B. Litvak (CA Bar No. 215852) *pro hac vice pending*<br>James E. O'Neill (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>         mlitvak@pszjlaw.com<br>         joneill@pszjlaw.com<br><br>*Counsel to Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank* |