**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>                Debtors. | ) <br> )    Chapter 11 <br> ) <br> )    Case No. 22-11238 (LSS) <br> ) <br> )    (Joint Administration Requested) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of Richard M. Pachulski of Pachulski Stang Ziehl & Jones LLP to represent secured creditor, Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank, in the above-captioned chapter 11 cases and any related adversary proceedings.

Dated: December 5, 2022

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
E-mail: joneill@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 5, 2022

*/s/ Richard M. Pachulski*
Richard M. Pachulski (CA Bar No. 90073)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4003
Telephone: (610) 277-6910
Email: rpachulski@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.