IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Cooley LLP and Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Project Crush Acquisition Corp. LLC, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

| | |
|---|---|
| **COOLEY LLP**<br>Eric E. Walker<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 881-6375<br>Facsimile: (312) 881-6598<br>Email: ewalker@cooley.com<br><br>Joseph W. Brown<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6144<br>Facsimile: (212) 479-6275<br>Email: jbrown@cooley.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>cmiller@morrisnichols.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court; (ii) any right to trial by jury

in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any debtor or any other entity either in these cases or in any other actions are expressly reserved.

Dated: December 6, 2022
Wilmington, Delaware     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Curtis S. Miller*
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
          cmiller@morrisnichols.com

-and-

**COOLEY LLP**
Eric E. Walker (*admission pro hac vice pending*)
110 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-6375
Facsimile: (312) 881-6598
Email: ewalker@cooley.com

Joseph W. Brown (*admission pro hac vice pending*)
55 Hudson Yards
New York, NY 10001

Telephone: (212) 479-6144
Facsimile: (212) 479-6275
Email: jbrown@cooley.com

*Counsel to Project Crush Acquisition Corp. LLC*