# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Eric E. Walker of Cooley LLP, to represent Project Crush Acquisition Corp. LLC in the above-captioned cases and any related proceedings.

Dated: December 6, 2022
       Wilmington, Delaware       **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                                */s/ Taylor M. Haga*
                                                Taylor M. Haga (No. 6549)
                                                1201 North Market Street, Floor 16
                                                Wilmington, DE 19801
                                                Telephone: (302) 658-9200
                                                Facsimile: (302) 658-3989
                                                Email: thaga@morrisnichols.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 6, 2022

/s/ Eric E. Walker
Eric E. Walker
COOLEY LLP
110 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-6375
Facsimile: (312) 881-6598
Email: ewalker@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: December 6th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE