IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*, [1] | Case No. 22-11238 (LSS) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Joseph W. Brown of Cooley LLP, to represent Project Crush Acquisition Corp. LLC in the above-captioned case and any related proceedings.

Dated: December 6, 2022
       Wilmington, Delaware      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                             */s/ Taylor M. Haga*
                                             Taylor M. Haga (No. 6549)
                                             1201 North Market Street, Floor 16
                                             Wilmington, DE 19801
                                             Telephone: (302) 658-9200
                                             Facsimile: (302) 658-3989
                                             Email: thaga@morrisnichols.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the District of Columbia. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 6, 2022

*/s/ Joseph W. Brown*
Joseph W. Brown
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6144
Facsimile: (212) 479-6275
Email: jbrown@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: December 6th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE