# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Young Conaway Stargatt & Taylor, LLP*
*Rodney Square*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Winc, Inc.*
22−11238

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **1/9/2023** at **1:30pm** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 12/15/2022 and file the Notice and Certificate of Service with the Court no later than 12/22/2022

| | |
|---|---|
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281−1022 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101−7346 | |

Date: 12/6/22

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)