# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/6/2022 |
| Case: 22−11238−LSS | Form ID: van472 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Allison S Mielke | bankfilings@ycst.com |
| aty | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| aty | Joshua Brooks | jbrooks@ycst.com |
| aty | Matthew Barry Lunn | bankfilings@ycst.com |
| aty | Shella Borovinskaya | sborovinskaya@ycst.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Winc, Inc. | 1751 Berkeley Street | Studio 3 | Santa Monica, CA 90404 |

TOTAL: 1