# EXHIBIT A

**Budget**

29939786.1

**Winc, Inc.**
***DIP Budget***
*as of 12/2/22*

|  | Week-Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *($, 000s)* | 12/9 | 12/16 | 12/23 | 12/30 | 1/6 | 1/13 | 1/20 | Total |
| DTC Receipts | $540 | $620 | $520 | $560 | $560 | $480 | $500 | $3,780 |
| Wholesale Receipts | 320 | 320 | 200 | 320 | 320 | 320 | 320 | 2,120 |
| Bulk Sales & Other | - | 343 | - | 298 | 110 | - | - | 751 |
| Total Receipts | $860 | $1,283 | $720 | $1,178 | $990 | $800 | $820 | $6,651 |
| Inventory Expenses | ($1,359) | ($483) | ($450) | ($182) | ($632) | ($632) | ($632) | ($4,371) |
| Selling Costs | (630) | (150) | (150) | (150) | (530) | (125) | (275) | (2,010) |
| Payroll (incl Temp) | (40) | (303) | (205) | (310) | (45) | (310) | (45) | (1,258) |
| Rent | (235) | - | - | - | (235) | - | - | (470) |
| Insurance | (50) | - | - | (35) | (35) | - | - | (119) |
| G&A & Other | (249) | (478) | (102) | (279) | (208) | (131) | (49) | (1,497) |
| Total Disbursements | ($2,562) | ($1,414) | ($907) | ($956) | ($1,685) | ($1,199) | ($1,001) | ($9,725) |
| **Operating Cash Flow** | **($1,702)** | **($131)** | **($187)** | **$221** | **($695)** | **($399)** | **($181)** | **($3,074)** |
| Debtor Professionals | - | - | - | - | - | - | - | - |
| UCC & US Trustee | - | - | - | - | - | - | - | - |
| 503(b)(9) & Other Misc | (50) | (50) | (50) | (50) | (50) | - | - | (250) |
| Other Restructuring Related | (5) | - | - | - | - | - | - | (5) |
| Total Restructuring Costs | ($55) | ($50) | ($50) | ($50) | ($50) | - | - | ($255) |
| **Net Cash Flow** | **($1,757)** | **($181)** | **($237)** | **$171** | **($745)** | **($399)** | **($181)** | **($3,329)** |
| **Beginning Cash Balance** | **$892** | **$789** | **$271** | **$701** | **$540** | **$856** | **$122** | **$892** |
| Net Cash Flow | (1,757) | (181) | (237) | 171 | (745) | (399) | (181) | (3,329) |
| Professional Fee Escrow | (346) | (337) | (333) | (333) | (439) | (335) | (333) | (2,455) |
| DIP Draws/Repayments | 2,000 | - | 1,000 | - | 1,500 | - | 500 | 5,000 |
| **Ending Cash Balance** | **$789** | **$271** | **$701** | **$540** | **$856** | **$122** | **$108** | **$108** |

**Professional Fee Accruals & US Trustee Fees**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Debtor Professionals Fees* | *($300)* | *($300)* | *($300)* | *($300)* | *($400)* | *($300)* | *($300)* | *($2,200)* |
| *UCC Fees* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* | *(175)* |
| *US Trustee Fees* | *(21)* | *(12)* | *(8)* | *(8)* | *(14)* | *(10)* | *(8)* | *(80)* |
| *Total* | *($346)* | *($337)* | *($333)* | *($333)* | *($439)* | *($335)* | *($333)* | *($2,455)* |