# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WINC, INC., *et al.*,[1] <br><br>                Debtors. | Chapter 11 <br><br> Case No. 22-11238 (LSS) <br><br> (Jointly Administered) <br><br> **Hearing Date**: <br> **December 22, 2022 at 10:00 a.m. (ET)** <br><br> **Objection Deadline**: <br> **December 15, 2022 at 4:00 p.m. (ET)** <br><br> **Ref. Docket Nos. 14 & 44** |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

      **PLEASE TAKE NOTICE** that, on December 2, 2022, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Determining that the Prepetition Secured Lender is Adequately Protected; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 14] (the "DIP Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On December 7, 2022, the Court entered an interim order [Docket No. 44] (the "Interim Order") approving the Motion on an interim basis.

      **PLEASE TAKE FURTHER NOTICE** that copies of the DIP Motion and Interim Order are available, free of charge, from the website of the Court appointed claims agent, Epiq Corporate Restructuring, LLC online at http://dm.epiq11.com/Winc.

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of an order approving the interim relief set forth in the Interim Order on a final basis must be filed on or before **December 15, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (a) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington DE 19801, Attn: Michael R. Nestor (mnestor@ycst.com), Matthew B. Lunn (mlunn@ycst.com), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

29939276.1

Allison S. Mielke (amielke@ycst.com); (b) counsel to the DIP Lender, (i) Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, IL 60606, Attn: Eric Walker (ewalker@cooley.com); and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347, Attn: Curtis S. Miller (cmiller@mnat.com) and Derek C. Abbott (dabbott@mnat.com); (c) counsel to the Prepetition Secured Party, (i) Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., Suite 1700, Wilmington, DE 19801, Attn: James E. O'Neill (joneill@pszjlaw.com) and (ii) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003, Attn: Richard M. Pachulski (rpachulski@pszjlaw.com), Maxim B. Litvak (mlitvak@pszjlaw.com); and (d) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy (Jane.M.Leamy@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE DIP MOTION ON A FINAL BASIS IS SCHEDULED FOR **DECEMBER 22, 2022 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** IF NO OBJECTIONS OR RESPONSES TO THE DIP MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 7, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>          mlunn@ycst.com<br>          amielke@ycst.com<br>          jbrooks@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |