**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | <u>Hearing Date</u>: January 6, 2023 at 2:00 p.m. (ET)<br><u>Objection Deadline</u>: December 30, 2022 at 4:00 p.m. (ET) |
| | **Ref. Docket Nos. 7, 8, 9, 10, 11, 12, 13, 35, 36, 37, 38, 39, 40, & 41** |

**<u>OMNIBUS NOTICE OF FIRST DAY PLEADINGS AND FINAL HEARING THEREON</u>**

**PLEASE TAKE NOTICE** that, on December 2, 2022, the above-captioned affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed, among others, the following first day pleadings (collectively, the "<u>First Day Pleadings</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"):

1. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [Docket No. 7; 12/2/22]

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 8; 12/2/22]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations, (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief [Docket No. 9; 12/2/22]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

29919440.1

4. Debtors' Motion for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Certain Vendors with Claims Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors; and (D) Shippers, Warehouseman, and Other Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief [Docket No. 10; 12/2/22]

5. Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof, and (C) Continue Their Insurance Premium Financing Program; and (II) Banks to Honor and Process Related Checks and Transfers [Docket No. 11; 12/2/22]

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Customer Obligations and Continue Customer Programs in the Ordinary Course of Business; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 12; 12/2/22]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing Debtors to Honor Any Workers' Compensation Obligations; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [Docket No. 13; 12/2/22]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on December 6, 2022 (the "First Day Hearing"), after which the Court entered certain orders granting the relief requested in the First Day Pleadings on an interim basis [Docket Nos. 35, 36, 37, 38, 39, 40, & 41] (collectively, the "Interim Orders"). Concurrently herewith, you are being served with the Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and any of the related Interim Orders are available, free of charge, from the website of the Court appointed claims agent, Epiq Corporate Restructuring, LLC online at http://dm.epiq11.com/Winc.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of orders approving the interim relief set forth in the Interim Orders on a final basis must be filed on or before **December 30, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (i) proposed counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Allison S. Mielke (amielke@ycst.com); (ii) the Office of the United States Trustee, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov); (iii) counsel to the DIP Lender, Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, IL 60606 Attn: Eric E. Walker (ewalker@cooley.com) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor,

29919440.1

P.O. Box 1347, Wilmington, DE 19899-1347, Attn: Derek Abbott (dabbott@morrisnichols.com) and Curtis Miller (cmiller@morrisnichols.com); and (iv) counsel to any statutory committee appointed in the chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE FIRST DAY PLEADINGS ON A FINAL BASIS IS SCHEDULED FOR **JANUARY 6, 2023 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 7, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>　　　mlunn@ycst.com<br>　　　amielke@ycst.com<br>　　　jbrooks@ycst.com<br>　　　sborovinskaya@ycst.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |

29919440.1