IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>***Proposed*** **Bidding Procedures Objection Deadline:**<br>**December 15, 2022 at 4:00 p.m. (ET)**<br><br>***Proposed*** **Bidding Procedures Hearing Date:**<br>**December 22, 2022 at 10:00 a.m. (ET)**<br><br>***Proposed*** **Sale Objection Deadline:**<br>**December 30, 2022 at 4:00 p.m. (ET)**<br><br>***Proposed*** **Sale Hearing Date:**<br>**January 16, 2022 at a time TBD** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the Debtors have also filed a motion (the "Motion to Shorten") requesting that any objections to the Motion as it pertains to the Debtors' request for the entry of the Bidding Procedures Order (as defined in the Motion) must be filed on or before **December 15, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE MOTION TO SHORTEN, THE DEBTORS HAVE REQUESTED THAT A HEARING TO CONSIDER THE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

29942805.1

MOTION AS IT PERTAINS TO THE DEBTORS' REQUEST FOR THE ENTRY OF THE BIDDING PROCEDURES ORDER WILL BE HELD ON **DECEMBER 22, 2022 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Please take further notice that if no objections or responses to the motion are timely filed, served, and received in accordance with this notice, the court may grant the relief requested therein without further notice or hearing.

Dated: December 7, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
 mlunn@ycst.com
 amielke@ycst.com
 jbrooks@ycst.com
 sborovinskaya@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*

29942805.1