# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To:** *Young Conaway Stargatt & Taylor, LLP*
*Rodney Square*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Winc, Inc.*
*22-11238*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above-mentioned case is to be scheduled on **1/9/2023** at **1:30pm**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 12/15/2022 and file the Notice and Certificate of Service with the Court no later than 12/22/2022

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 12/6/22

Una O'Boyle, *Clerk of Court*

(VAN-472)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 22-11238-LSS |
| Winc, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: van472 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Winc, Inc., 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404-4104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison S Mielke | on behalf of Debtor Winc Inc. bankfilings@ycst.com |
| Curtis S. Miller | on behalf of Interested Party Project Crush Acquisition Corp. LLC csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Derek C. Abbott | on behalf of Interested Party Project Crush Acquisition Corp. LLC dabbott@morrisnichols.com derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Epiq Corporate Restructuring, LLC | danette.gerth@epiqglobal.com |
| Eric E. Walker | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: van472 | Total Noticed: 1 |

          on behalf of Interested Party Project Crush Acquisition Corp. LLC ewalker@cooley.com efilingnotice@cooley.com;efiling-notice@ecf.pacerpro.com

James E O'Neill
          on behalf of Creditor Secured Creditor Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank joneill@pszjlaw.com, efile1@pszjlaw.com

Jane M. Leamy
          on behalf of U.S. Trustee U.S. Trustee jane.m.leamy@usdoj.gov

Joseph W. Brown
          on behalf of Interested Party Project Crush Acquisition Corp. LLC jbrown@cooley.com efiling-notice@ecf.pacerpro.com

Joshua Brooks
          on behalf of Debtor Winc Inc. jbrooks@ycst.com

Matthew Barry Lunn
          on behalf of Debtor Winc Inc. bankfilings@ycst.com

Maxim B. Litvak
          on behalf of Creditor Secured Creditor Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank mlitvak@pszjlaw.com

Maxim B. Litvak
          on behalf of Attorney Pachulski Stang Ziehl & Jones LLP mlitvak@pszjlaw.com

Reliable Companies
          gmatthews@reliable-co.com

Shella Borovinskaya
          on behalf of Debtor Winc Inc. sborovinskaya@ycst.com

Taylor Haga
          on behalf of Interested Party Project Crush Acquisition Corp. LLC thaga@mnat.com taylor-haga-5433@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

U.S. Trustee
          USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 16