**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Winc Inc., *et al.* | : | Case No. 22-11238 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **FedEx Corporate Services, Inc.**, Attn: John Pittman, 3620 Hacks Cross Rd, Bldg B, Memphis, TN  38125, Phone: 901-291-3402, Email: john.pittman@fedex.com

2. **Frederic Chaudiere Famille Chaudiere (SARL)**, Attn: Frederic Chaudiere, A3G5, Route de Flassan 84570 (France) Mormoiron, Phone: +33(0)68153136, Email: frederic@chateaupesquie.com

3. **Ranch Canada de los Pinos,** Attn: Douglas Circle, 17772 E. 17th St., Suite 107, Tustin, CA 92780, Phone: 714-630-0299, Fax: 714-630-2399, Email: doug@circlevision.com

ANDREW R. VARA
United States Trustee, Region 3


 /s/ *Jane Leamy* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: December 12, 2022