# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Ref. Docket Nos. 47-48**

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                               ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2022, I caused to be served the:

   a. "Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests," dated December 7, 2022 [Docket No. 47], and

   b. "Debtor's Motion for Entry of an Order Shortening the Notice Period for the Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection With Sale of Assets of the Debtors and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) Order (I) Approving Purchase Agreement, and (II) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests," dated December 7, 2022 [Docket No. 48],

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    delivered via electronic mail to 63 Interested Parties whose names and e-mail addresses are confidential and therefore not included.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Angharad Bowdler</i><br>
Angharad Bowdler

Sworn to before me this
9th day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 8020 CONSULTING LLC | 6303 OWENS MOUTH AVE., 6TH FLOOR DAVID LEWIS, CHIEF EXECUTIVE OFFICER WOODLAND HILLS CA 91367 |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | 7301 PARKWAY DRIVE THOMAS KELLY, PRESIDENT HANOVER MD 21076 |
| ATTICUS PUBLISHING, LLC | 2004 FORD ST DUNCAN PENN, OWNER AUSTIN TX 78704 |
| AWESOME OS, INC. (OFFSOURCING, INC) | AWESOME OS, INC. 8605 SANTA MONICA BLVD 30540 HELEN LEE LOS ANGELES CA 90069 |
| BANC OF CALIFORNIA, N.A. | ATTN: MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BREX INC. | 12832 S FRONTRUNNER BLVD STE 500 DRAPER UT 84020-5757 |
| BREX INC. | 153 TOWNSEND STREET, 6TH FLOOR GAVIN CLEAVELAND, PRESIDENT SAN FRANCISCO CA 94107 |
| BUCHALTER | ATTN: WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BOULEVARD SUITE 1500 (COUNSEL TO PREPETITION LENDERS) LOS ANGELES CA 90017-1730 |
| CONEXUS SEARCH LLC | 5151 CALIFORNIA AVE, SUITE 100 STEPHEN FINGAL, OWNER IRVINE CA 92617 |
| COOLEY LLP | (COUNSEL TO PROJECT CRUSH ACQUISITION CORP. LLC) ATTN: JOSEPH W. BROWN 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP | ATTN: ERIC E. WALKER 110 N. WACKER DRIVE, SUITE 4200 (COUNSEL TO DIP LENDERS) CHICAGO IL 60606 |
| COOLEY LLP | (COUNSEL TO CRUSH ACQUISITION CORP. LLC) ATTN: ERIC E. WALKER DRIVE 110 N. WACKER DRIVE CHICAGO IL 60606 |
| DATASITE LLC | 733 S. MARQUETTE AVE, SUITE 600 RICK ATTERBUNY, PRESIDENT & COO MINNEAPOLIS MN 55402 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DOMO, INC | 772 EAST UTAH VALLEY DRIVE JOHN F. MELLOR, CHIEF EXECUTIVE OFFICER, DIRECTOR AMERICAN FORK UT 84003 |
| DOUGLAS R. CIRCLE (DBA RANCHO CANADA DE LOS PINOS) | 1006 SEGOVIA CIRCLE PLACENTIA CA 92870 |
| FAMILLE CHAUDIERE | 1365 B ROUTE DE FLASSAN 84570 MORMOIRON 1001 FRANCE |
| FED-EX | FED-EX ERS PO BOX 371741 RAJESH SUBRAMANIAM, PRESIDENT CHIEF EXECUTIVE OFFICER AND DIRECTOR PITTSBURGH PA 15250-7741 |
| FED-EX | FEDEX CORPORATION 942 SHADY GROVE RD S MEMPHIS TN 38120-4117 |
| GOOGLE, INC | GOOGLE HQ 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW CA 94043 |
| GOOGLE, INC | DEPT. 33654 P.O. BOX 39000 SAN FRANCISCO CA 94139 |
| IMPACT TECH, INC. | 223 EAST DE LA GUERRA ALYSSA HROMADADAY, PRESIDENT SANTA BARBARA CA 93101 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | JF HILLEBRAND 1600 ST GEORGES AVENUE SUITE 301 ALLISON GREINER, VICE PRESIDENT RAHWAY NJ 07065 |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | 2147 STATE ROUTE 27 STE 401 EDISON NJ 08817-3395 |
| KAISER CONSULTING, LLC | 34 GRACE DRIVE SARAH KAISER, OWNER POWELL OH 43065 |
| KAISER CONSULTING, LLC | 818 RIVERBEND AVE POWELL OH 43065-7067 |
| LA CANTINA PIZZOLATO S.R.L. | VIA IV NOVEMBRE 12 – 31020 VILLORBA (TV) 1001 ITALY |
| LAFFORT USA , INC | 1460 CADER LN STE C SHAUN RICHARDSON PETALUMA CA 94954 |
| LANDSBERG – BWSC | LANDSBERG P.O. BOX 101144 PASADENA CA 91189-1144 |
| LANGETWINS FAMILY WINERY & VINEYARDS | 1525 E JAHANT ROAD ATTN: MARISSA LANGE, PRESIDENT ACAMPO CA 95220 |
| LOS ANGELES PHILHARMONIC ASSOC | ATTN: STEFANIE SPRESTER 151 S GRAND AVE STEFANIE SPRESTER LOS ANGELES CA 90012-3034 |
| MENDOCINO WINE CO | 501 PARDUCCI RD JEFF MASON, PRESIDENT UKIAH CA 95482 |
| META PLATFORMS, INC | FACEBOOK, INC ATTN: ACCOUNTS RECEIVABLE 15161 COLLECTIONS CENTER DRIVE MARK ZUCKERBERG, CHAIRMAN AND CHIEF EXECUTIVE OFFICER CHICAGO IL 60693 |
| META PLATFORMS, INC | 1601 WILLOW RD MENLO PARK CA 94025-1452 |
| MICHLITS WERNER GMBH | HAUPTSTRASSE 86, A-7152 PAMHAGEN WERNER MICHLITS, MANAGING DIRECTOR 1001 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| MORRIS NICOLS ARSHT & TUNNELL LLP | ATTN: CURTIS MILLER & DEREK ABBOTT 1201 N. MARKET ST. 16TH FLOOR PO BOX 1347 (COUNSEL TO DIP LENDERS) WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO PROJECT CRUSH ACQUISITION CORP. LLC) ATTN: DEREK C. ABOTT; CURTIS S. MILLER 1201 N. MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINTON DE 19899-1347 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST., STE. 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO BANC OF CALIFORNIA) ATTN: RICHARD M. PACHULSKI, MAXIM B. LITVAK, & JAMES E. O'NEILL; 919N. MARKET ST., 17TH FLR P.O BOX 8705 WILMINGTON DE 19899-8705 |
| POWER DIGITAL MARKETING, INC. | 2251 SAN DIEGO AVENUE SUITE A250 SAN DIEGO CA 92110 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF | CA (RNDC CA), REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CALIFORNIA (RNDC CA), 14402 FRANKLIN AVE, DONNIE MILLER, DIRECTOR TUSTIN CA 92780 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| SP COMINO, LLC | 855 BORDEAUX WAY STE 210 NAPA CA 94558-7568 |
| SP COMINO, LLC | 635 BROADWAY 2ND FLOOR SONOMA CA 95476 |
| TERRAVANT/SUMMERLAND - BWSC | ACF FINCO I LP FBO TERRAVANT WINE COMPANY TERRAVANT WINE COMPANY BWSC, P.O. BOX 845658 LOS ANGELES CA 90084-5658 |
| TERRAVANT/SUMMERLAND - BWSC | 70 INDUSTRIAL WAY BUELLTON CA 93427 |
| TOPPAN MERRILL USA INC. | 747 THIRD AVENUE, 7TH FLOOR NEW YORK NY 10017 |
| TOTAL QUALITY LOGISTICS, LLC | PO BOX 799 KERRY BYRNE, PRESIDENT MILFORD OH 45150 |
| TOTAL QUALITY LOGISTICS, LLC | 4289 IVY POINTE BLVD CINCINNATI OH 45245 |
| US TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| VIN-GLOBAL LLP | 4501 MANATEE AVE W SUITE 314 BRADENTON FL 34209 |

**Total Creditor count  56**

# Winc, Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| BANC OF CALIFORNIA | 3 MACARTHUR PL SANTA ANA CA 92707 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| E&J GALLO WINERY | 600 YOSEMITE BLVD MODESTO CA 95354 |
| GALLO VINEYARDS INC | 600 YOSEMITE BLVD MODESTO CA 95354 |
| MULTIPLIER CAPITAL II, LP | 2 WISCONSIN CIR, STE 700 CHEVY CHASE MD 20815 |
| PACIFIC MERCANTILE BANK | 949 S COAST DR, 1ST FL COSTA MESA CA 92626 |
| WESTERN ALLIANCE BANK | 1 EAST WASHINGTON ST PHOENIX AZ 85004 |
| WESTERN ALLIANCE BANK | AN ARIZONA CORPORATION 55 ALMADEN BLVD SAN JOSE CA 95113 |

**Total Creditor count  9**

**EXHIBIT B**

WINC, INC., et al. Case No. 22-11238 (LSS)
Electronic Mail Service - Top 30 & Core

| Creditor Name | Email |
|---|---|
| 8020 CONSULTING LLC | accounting@8020consulting.com |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | aerotek_regional_efts@aerotek.com |
| ATTICUS PUBLISHING, LLC | duncanpenn@gmail.com |
| AWESOME OS, INC. (OFFSOURCING, INC) | billing@awesomeos.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BREX INC. | support@brex.com |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| CONEXUS SEARCH LLC | accounting@conexusrecruiting.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DATASITE LLC | arremitbackup@datasite.com |
| DOMO, INC | pr@domo.com; info@domo.com |
| DOUGLAS R. CIRCLE (DBA RANCHO CANADA DE LOS PINOS) | accounting@circlevision.com |
| FAMILLE CHAUDIERE | laurence@chateaupesquie.com |
| IMPACT TECH, INC. | breena.beckett@impact.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | d.surujnauth@hillebrand.com |
| KAISER CONSULTING, LLC | billing@kaiserconsulting.com |
| LA CANTINA PIZZOLATO S.R.L. | logistica@lacantinapizzolato.com |
| LAFFORT USA , INC | laffortusa@laffort.com |
| LANDSBERG - BWSC | bankdeposits@ororagroup.com |
| LANGETWINS FAMILY WINERY & VINEYARDS | kschopp@langetwins.com |
| LOS ANGELES PHILHARMONIC ASSOC | ichan@laphil.org |
| MENDOCINO WINE CO | janf@mendocinowineco.com |
| META PLATFORMS, INC | payment@fb.com |
| MICHLITS WERNER GMBH | office@meinklang.at |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| POWER DIGITAL MARKETING, INC. | ar@powerdigital.com |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CA (RNDC CA) | brian.roberts@rndc-usa.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| SP COMINO, LLC | kelly@swgnapa.com |

WINC, INC., et al. Case No. 22-11238 (LSS)
Electronic Mail Service - Top 30 & Core

| Creditor Name | Email |
|---|---|
| SP COMINO, LLC | kelly@swgnapa.com |
| TERRAVANT/SUMMERLAND - BWSC | ap@summerlandwb.com |
| TOPPAN MERRILL USA INC. | usarremittance@toppanmerrillllc.com |
| TOTAL QUALITY LOGISTICS, LLC | apayments@tql.com |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| VIN-GLOBAL LLP | accounting@weshipexpress.com |