## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Ref. Docket Nos. 5-15, 21, 27, 33-41, & 44-46**

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 7, 2022, I caused to be served the:

    a.  "Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases," dated December 2, 2022 [Docket No. 5], (the "Joint Admin Motion"),

    b.  "Debtors' Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date," dated December 2, 2022 [Docket No. 6], (the "Epiq Application"),

    c.  "Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto," dated December 2, 2022 [Docket No. 7], (the "Utility Motion"),

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

d.  "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated December 2, 2022 [Docket No. 8], (the "Tax Motion"),

e.  "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations, (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief," dated December 2, 2022 [Docket No. 9], (the "Cash Management Motion"),

f.  "Debtors' Motion for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Certain Vendors with Claims Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors; and (D) Shippers, Warehouseman, and Other Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief," dated December 2, 2022 [Docket No. 10], (the "Vendor Motion"),

g.  "Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof; and (C) Continue their Insurance Premium Financing Program; and (II) Banks to Honor and Process Related Checks and Transfers," dated December 2, 2022 [Docket No. 11], (the "Insurance Motion"),

h.  "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Customer Obligations and Continue Customer Programs in the Ordinary Course of Business; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated December 2, 2022 [Docket No. 12], (the "Customer Motion"),

i.  "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing Debtors to Honor Any Workers' Compensation Obligations; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief," dated December 2, 2022 [Docket No. 13], (the "Wages Motion"),

j.  "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Determining That the Prepetition Secured Lender is Adequately Protected; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief," dated December 2, 2022 [Docket No. 14], (the "DIP Motion"),

k.  "Declaration of Carol Brault in Support of Chapter 11 Petitions and First Day Pleadings," dated December 2, 2022 [Docket No. 15], (the "Brault Declaration"),

l.  "Notice of Filing of Revised Proposed Debtor in Possession Financing Documents," dated December 6, 2022 [Docket No. 21], (the "Revised DIP Notice"),

m.  "Notice of Filing of Revised DIP Term Sheet," dated December 6, 2022 [Docket No. 27], (the "Revised Term Sheet Notice"),

n.  "Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases," dated December 6, 2022 [Docket No. 33], (the "Joint Admin Order"),

o.  "Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date," dated December 6, 2022 [Docket No. 34], (the "Epiq Order"),

p.  "Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto," dated December 6, 2022 [Docket No. 35], (the "Interim Utility Order"),

q.  "Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated December 6, 2022 [Docket No. 36], (the "Interim Tax Order"),

r.  "Interim Order (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations, (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief," dated December 6, 2022 [Docket No. 37], (the "Interim Cash Management Order"),

s. "Interim Order Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, and (B) Pay All Prepetition Obligations in Respect Thereof; (II) Authorizing the Debtors to Continue Their Insurance Premium Financing Program; and (III) Authorizing Banks to Honor and Process Related Checks and Transfers," dated December 6, 2022 [Docket No. 38], (the "Interim Insurance Order"),

t. "Interim Order (I) Authorizing the Debtors to Honor Customer Obligations and Continue Customer Programs in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated December 6, 2022 [Docket No. 39], (the "Interim Customer Order"),

u. "Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing Debtors to Honor any Workers' Compensation Obligations; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief," dated December 6, 2022 [Docket No. 40], (the "Interim Wages Order"),

v. "Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Certain Vendors With Claims Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors; and (D) Shippers, Warehouseman, and Other Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief," dated December 6, 2022 [Docket No. 41], (the "Interim Vendor Order"),

w. "Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)," dated December 7, 2022 [Docket No. 44], (the "Interim DIP Order"),

x. "Notice of Entry of Interim Order and Final Hearing," dated December 7, 2022 [Docket No. 45], (the "Final DIP Hearing Notice"), and

y. "Omnibus Notice of First Day Pleadings and Final Hearing Thereon," dated December 7, 2022 [Docket No. 46], (the "Omni Notice"),

by causing true and correct copies of the:

i.    Joint Admin Motion, Epiq Application, Utility Motion, Tax Motion, Cash
      Management Motion, Vendor Motion, Insurance Motion, Customer Motion, Wages
      Motion, DIP Motion, Brault Declaration, Revised DIP Notice, Revised Term Sheet
      Notice, Joint Admin Order, Epiq Order, Interim Utility Order, Interim Tax Order,
      Interim Cash Management Order, Interim Insurance Order, Interim Customer Order,
      Interim Wages Order, Interim Vendor Order, Interim DIP Order, Final DIP Hearing
      Notice, and Omni Notice to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit A</u>,

ii.   Epiq Application, Utility Motion, Tax Motion, Cash Management Motion, Vendor
      Motion, Insurance Motion, Customer Motion, Wages Motion, DIP Motion, Revised
      DIP Notice, Revised Term Sheet Notice, Epiq Order, Interim Utility Order, Interim
      Tax Order, Interim Cash Management Order, Interim Insurance Order, Interim
      Customer Order, Interim Wages Order, Interim Vendor Order, Interim DIP Order,
      Final DIP Hearing Notice, and Omni Notice to be enclosed securely in separate
      postage pre-paid envelopes and delivered via first class mail to those parties listed on
      the annexed <u>Exhibit B</u>,

iii.  Vendor Motion, DIP Motion, Revised DIP Notice, Revised Term Sheet Notice,
      Interim Vendor Order, Interim DIP Order, Final DIP Hearing Notice, and Omni
      Notice to be enclosed securely in separate postage pre-paid envelopes and delivered
      via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   Insurance Motion, Interim Insurance Order, and Omni Notice to be enclosed securely
      in separate postage pre-paid envelopes and delivered via first class mail to those
      parties listed on the annexed <u>Exhibit D</u>,

v.    Utility Motion, Interim Utility Order, and Omni Notice to be enclosed securely in
      separate postage pre-paid envelopes and delivered via first class mail to those parties
      listed on the annexed <u>Exhibit E</u>,

vi.   DIP Motion, Revised DIP Notice, Revised Term Sheet Notice, Interim DIP Order,
      and Final DIP Hearing Notice to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit F</u>,

vii.    Joint Admin Motion, Epiq Application, Utility Motion, Tax Motion, Cash Management Motion, Vendor Motion, Insurance Motion, Customer Motion, Wages Motion, DIP Motion, Brault Declaration, Revised DIP Notice, Revised Term Sheet Notice, Joint Admin Order, Epiq Order, Interim Utility Order, Interim Tax Order, Interim Cash Management Order, Interim Insurance Order, Interim Customer Order, Interim Wages Order, Interim Vendor Order, Interim DIP Order, Final DIP Hearing Notice, and Omni Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.    Epiq Application, Utility Motion, Tax Motion, Cash Management Motion, Vendor Motion, Insurance Motion, Customer Motion, Wages Motion, DIP Motion, Revised DIP Notice, Revised Term Sheet Notice, Epiq Order, Interim Utility Order, Interim Tax Order, Interim Cash Management Order, Interim Insurance Order, Interim Customer Order, Interim Wages Order, Interim Vendor Order, Interim DIP Order, Final DIP Hearing Notice, and Omni Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.    Vendor Motion, DIP Motion, Revised DIP Notice, Revised Term Sheet Notice, Interim Vendor Order, Interim DIP Order, Final DIP Hearing Notice, and Omni Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    Insurance Motion, Interim Insurance Order, and Omni Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>, and

xi.    Utility Motion, Interim Utility Order, and Omni Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
8th day of December, 2022
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 8020 CONSULTING LLC | 6303 OWENS MOUTH AVE., 6TH FLOOR DAVID LEWIS, CHIEF EXECUTIVE OFFICER WOODLAND HILLS CA 91367 |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | 7301 PARKWAY DRIVE THOMAS KELLY, PRESIDENT HANOVER MD 21076 |
| ATTICUS PUBLISHING, LLC | 2004 FORD ST DUNCAN PENN, OWNER AUSTIN TX 78704 |
| AWESOME OS, INC. (OFFSOURCING, INC) | AWESOME OS, INC. 8605 SANTA MONICA BLVD 30540 HELEN LEE LOS ANGELES CA 90069 |
| BANC OF CALIFORNIA, N.A. | ATTN: MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BREX INC. | 12832 S FRONTRUNNER BLVD STE 500 DRAPER UT 84020-5757 |
| BREX INC. | 153 TOWNSEND STREET, 6TH FLOOR GAVIN CLEAVELAND, PRESIDENT SAN FRANCISCO CA 94107 |
| BUCHALTER | ATTN: WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BOULEVARD SUITE 1500 (COUNSEL TO PREPETITION LENDERS) LOS ANGELES CA 90017-1730 |
| CONEXUS SEARCH LLC | 5151 CALIFORNIA AVE, SUITE 100 STEPHEN FINGAL, OWNER IRVINE CA 92617 |
| COOLEY LLP | ATTN: ERIC E. WALKER 110 N. WACKER DRIVE, SUITE 4200 (COUNSEL TO DIP LENDERS) CHICAGO IL 60606 |
| DATASITE LLC | 733 S. MARQUETTE AVE, SUITE 600 RICK ATTERBUNY, PRESIDENT & COO MINNEAPOLIS MN 55402 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DOMO, INC | 772 EAST UTAH VALLEY DRIVE JOHN F. MELLOR, CHIEF EXECUTIVE OFFICER, DIRECTOR AMERICAN FORK UT 84003 |
| DOUGLAS R. CIRCLE (DBA RANCHO CANADA DE LOS PINOS) | 1006 SEGOVIA CIRCLE PLACENTIA CA 92870 |
| FAMILLE CHAUDIERE | 1365 B ROUTE DE FLASSAN 84570 MORMOIRON FRANCE |
| FED-EX | FED-EX ERS PO BOX 371741 RAJESH SUBRAMANIAM, PRESIDENT CHIEF EXECUTIVE OFFICER AND DIRECTOR PITTSBURGH PA 15250-7741 |
| FED-EX | FEDEX CORPORATION 942 SHADY GROVE RD S MEMPHIS TN 38120-4117 |
| GOOGLE, INC | GOOGLE HQ 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW CA 94043 |
| GOOGLE, INC | DEPT. 33654 P.O. BOX 39000 SAN FRANCISCO CA 94139 |
| IMPACT TECH, INC. | 223 EAST DE LA GUERRA ALYSSA HROMADADAY, PRESIDENT SANTA BARBARA CA 93101 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | JF HILLEBRAND 1600 ST GEORGES AVENUE SUITE 301 ALLISON GREINER, VICE PRESIDENT RAHWAY NJ 07065 |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | 2147 STATE ROUTE 27 STE 401 EDISON NJ 08817-3395 |
| KAISER CONSULTING, LLC | 34 GRACE DRIVE SARAH KAISER, OWNER POWELL OH 43065 |
| KAISER CONSULTING, LLC | 818 RIVERBEND AVE POWELL OH 43065-7067 |
| LA CANTINA PIZZOLATO S.R.L. | VIA IV NOVEMBRE 12 – 31020 VILLORBA (TV) ITALY |
| LAFFORT USA , INC | 1460 CADER LN STE C SHAUN RICHARDSON PETALUMA CA 94954 |
| LANDSBERG - BWSC | LANDSBERG P.O. BOX 101144 PASADENA CA 91189-1144 |
| LANGETWINS FAMILY WINERY & VINEYARDS | 1525 E JAHANT ROAD ATTN: MARISSA LANGE, PRESIDENT ACAMPO CA 95220 |
| LOS ANGELES PHILHARMONIC ASSOC | ATTN: STEFANIE SPRESTER 151 S GRAND AVE STEFANIE SPRESTER LOS ANGELES CA 90012-3034 |
| MENDOCINO WINE CO | 501 PARDUCCI RD JEFF MASON, PRESIDENT UKIAH CA 95482 |
| META PLATFORMS, INC | FACEBOOK, INC ATTN: ACCOUNTS RECEIVABLE 15161 COLLECTIONS CENTER DRIVE MARK ZUCKERBERG, CHAIRMAN AND CHIEF EXECUTIVE OFFICER CHICAGO IL 60693 |
| META PLATFORMS, INC | 1601 WILLOW RD MENLO PARK CA 94025-1452 |
| MICHLITS WERNER GMBH | HAUPTSTRASSE 86, A-7152 PAMHAGEN WERNER MICHLITS, MANAGING DIRECTOR AUSTRIA |
| MORRIS NICOLS ARSHT & TUNNELL LLP | ATTN: CURTIS MILLER & DEREK ABBOTT 1201 N. MARKET ST. 16TH FLOOR PO BOX 1347 (COUNSEL TO DIP LENDERS) WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST., STE. 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO BANC OF CALIFORNIA) ATTN: RICHARD M. PACHULSKI, MAXIM B. LITVAK, & |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | JAMES E. O'NEILL; 919N. MARKET ST., 17TH FLR P.O BOX 8705 WILMINGTON DE 19899-8705 |
| POWER DIGITAL MARKETING, INC. | 2251 SAN DIEGO AVENUE SUITE A250 SAN DIEGO CA 92110 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF | CA (RNDC CA), REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CALIFORNIA (RNDC CA), 14402 FRANKLIN AVE, DONNIE MILLER, DIRECTOR TUSTIN CA 92780 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| SP COMINO, LLC | 855 BORDEAUX WAY STE 210 NAPA CA 94558-7568 |
| SP COMINO, LLC | 635 BROADWAY 2ND FLOOR SONOMA CA 95476 |
| TERRAVANT/SUMMERLAND - BWSC | ACF FINCO I LP FBO TERRAVANT WINE COMPANY TERRAVANT WINE COMPANY BWSC, P.O. BOX 845658 LOS ANGELES CA 90084-5658 |
| TERRAVANT/SUMMERLAND - BWSC | 70 INDUSTRIAL WAY BUELLTON CA 93427 |
| TOPPAN MERRILL USA INC. | 747 THIRD AVENUE, 7TH FLOOR NEW YORK NY 10017 |
| TOTAL QUALITY LOGISTICS, LLC | PO BOX 799 KERRY BYRNE, PRESIDENT MILFORD OH 45150 |
| TOTAL QUALITY LOGISTICS, LLC | 4289 IVY POINTE BLVD CINCINNATI OH 45245 |
| US TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| VIN-GLOBAL LLP | 4501 MANATEE AVE W SUITE 314 BRADENTON FL 34209 |

| Total Creditor count  53 |
|---|

**EXHIBIT B**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANK OF CALIFORNIA | ATTN MIKE BARANOWSKI, VP SPECIAL SITUATIONS 3 MACARTHUR PL SANTA ANA CA 92707 |
| BANK OF CALIFORNIA | ATTN ROBERT SELWAY 3 MACARTHUR PL SANTA ANA CA 92707 |

**Total Creditor count  2**

**EXHIBIT C**

Winc, Inc.
Service List

| Claim Name | Address Information |
|---|---|
| BANC OF CALIFORNIA | 3 MACARTHUR PL SANTA ANA CA 92707 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| E&J GALLO WINERY | 600 YOSEMITE BLVD MODESTO CA 95354 |
| GALLO VINEYARDS INC | 600 YOSEMITE BLVD MODESTO CA 95354 |
| MULTIPLIER CAPITAL II, LP | 2 WISCONSIN CIR, STE 700 CHEVY CHASE MD 20815 |
| PACIFIC MERCANTILE BANK | 949 S COAST DR, 1ST FL COSTA MESA CA 92626 |
| WESTERN ALLIANCE BANK | 1 EAST WASHINGTON ST PHOENIX AZ 85004 |
| WESTERN ALLIANCE BANK | AN ARIZONA CORPORATION 55 ALMADEN BLVD SAN JOSE CA 95113 |

**Total Creditor count  9**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK 30 S 17TH ST PHILADELPHIA PA 19103 |
| ACE AMERICAN INSURANCE COMPANY | 436 WALNUT ST PHILADELPHIA PA 19106 |
| ACE AMERICAN INSURANCE COMPANY | C/O CHUBB ATTN ADRIENNE LOGAN, LEAD ANALYST 436 WALNUT ST, WA04K PHILADELPHIA PA 19106 |
| ALLIED WORLD INSURANCE COMPANY | 550 S HOPE ST, STE 1825 LOS ANGELES CA 90071 |
| AXIS INSURANCE COMPANY | 10000 AVALON BLVD, STE 200 ALPHARETTA GA 30009 |
| AXIS INSURANCE COMPANY | ATTN JILL FARNHAM, VP 111 S WACKER DR, STE 3500 CHICAGO IL 60606 |
| AXIS INSURANCE COMPANY | ATTN RAYMOND WALSH, VP 450 SANSOME ST, STE 1600 SAN FRANCISCO CA 94111 |
| ENDURANCE AMERICAN INSURANCE COMPANY | 4 MANHATTANVILLE RD, FL 3 PURCHASE NY 10577-2139 |
| ENDURANCE RISK SOLUTIONS ASSURANCE CO | 3780 MANSELL ROAD SUITE 400 ALPHARETTA GA 30022 |
| FIRST INSURANCE FUNDING CORPORATION | 450 SKOKIE BLVD., STE. 1000 NORTHBROOK IL 60062-7917 |
| IMA OF COLORADO, INC. | 1550 17TH ST 600 DENVER CO 80202 |
| LLOYDS OF LONDON | ONE LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| NATIONAL UNION FIRE INSURANCE CO. | 1271 AVE OF THE AMERICAS, 35TH FL NEW YORK NY 10020-1304 |
| NATIONAL UNION FIRE INSURANCE CO. | OF PITTSBURGH, PA NEW YORK NY 10020-1304 |
| THE CONTINENTAL INSURANCE COMPANY | 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| THE TRAVELERS INDEMNITY COMPANY | ONE TOWER SQUARE 10CGM HARTFORD CT 06183 |
| THE TRAVELERS INDEMNITY COMPANY | ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL MN 55102-0094 |
| TRANSPORTATION INSURANCE COMPANY | 333 SOUTH WABASH CHICAGO IL 60606 |
| TRAVELERS CASUALTY AND SURETY | COMPANY OF AMERICA ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL MN 55102-0094 |
| VALLEY FORGE INSURANCE COMPANY | ONE BALA PLAZA, SUITE 100 BALA CYNWYD PA 19004 |
| WOODRUFF-SAWYER & CO. | 50 CALIFORNIA STREET, 12TH FLOOR SAN FRANCISCO CA 94111 |

| Total Creditor count  21 |
|---|

**EXHIBIT E**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| AT&T | C/O AT&T SERVICES INC ATTN KAREN A CAVAGNARO, PARALEGAL ONE AT&T WAY, RM 3A104 BEDMINISTER NJ 07921 |
| AT&T | 208 S AKARD ST DALLAS TX 75202 |
| AT&T MOBILITY | P.O. BOX 6463 CAROL STREAM IL 60197-6463 |
| CHARTER COMMUNICATIONS | (D/B/A SPECTRUM) P.O. BOX 60074 CITY OF INDUSTRY CA 91716-0074 |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | 400 WASHINGTON BLVD STAMFORD CT 06902 |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | ATTN BANKRUPTCY 1600 DUBLIN RD COLUMBUS OH 43215 |
| COMCAST CORP. | COMCAST CENTER 1701 JFK BLVD PHILADELPHIA PA 19103 |
| COMCAST CORP. | P.O. BOX 70219 PHILADELPHIA PA 19176-0219 |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. | 1001 FANNIN SUITE 4000 HOUSTON TX 77002 |

**Total Creditor count  9**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O ONYX EQUITIES LLC ATTN MICHAEL NEVINS 900 RT 9N, STE 400 WOODBRIDGE NJ 07095 |
| 1515 GARNET MINE ROAD HOLDINGS LP | ATTN: MARK WHITE 1515 GARNET MINE RD, STE A BETHEL TOWNSHIP PA 19060 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC ATTN ALEX KILLICK 7501 WISCONSIN AVE, STE 500 W BETHESDA MD 20814 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC 7501 WISCONSIN AVE, STE 500 W BETHESDA MD 20814 |
| 1745 BERKELEY LLC | 11601 WILSHIRE BLVD., 2180 LOS ANGELES CA 90025 |
| ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD | 2715 GUNTER PARK DR W MONTGOMERY AL 36109 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 550 W 7TH AVE, STE 1600 ANCHORAGE AK 99501 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 675 7TH AVENUE, SUITE D FAIRBANKS AK 99701 |
| ALCOHOL AND TOBACCO COMMISSION | INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON STREET, ROOM E-114 INDIANAPOLIS IN 46204 |
| ALCOHOL BEVERAGE CONTROL BUREAU | IDAHO STATE POLICE 700 SOUTH STRATFORD DRIVE STE 115 MERIDIAN ID 83642 |
| ALCOHOLIC BEVERAGE CONTROL | ADMINISTRATION MAIN STREET MALL 101 EAST CAPITOL SUITE 401 LITTLE ROCK AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL ENFORCEMENT | 101 EAST CAPITOL AVENUE, SUITE 401 LITTLE ROCK AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL OFFICE | P.O. BOX 540 MADISON MS 39110-0540 |
| ALCOHOLIC BEVERAGE LAW ENFORCEMENT | COMMISSION (ABLE) ALCOHOLIC BEVERAGE LAWS ENFORCEMENT COM. 50 NE 23RD STREET OKLAHOMA CITY OK 73105 |
| ALCOHOLIC BEVERAGE REGULATION | ADMINISTRATION 2000 14TH STREET, NW, SUITE 400 S WASHINGTON DC 20009 |
| ALCOHOLIC BEVERAGES CONTROL COMMISSION | 95 FOURTH STREET, SUITE 3 CHELSEA MA 02150-2358 |
| ARIZONA DEPARTMENT OF LIQUOR LICENSES | AND CONTROL 800 W. WASHINGTON, 5TH FLOOR PHOENIX AZ 85007 |
| BUREAU OF ALCOHOLIC BEVERAGES AND | LOTTERY OPERATIONS BUREAU OF ALCOHOLIC BEVERAGES & LOTTERY OPERATIONS, 8 STATE HOUSE STATION AUGUSTA ME 04333-0008 |
| CALIFORNIA BOARD OF EQUALIZATION | EXECUTIVE OFFICE, MIC: 73, LISA RENATI CHIEF DEPUTY DIRECTOR PO BOX 942879 SACRAMENTO CA 94279-0073 |
| CALIFORNIA DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL ALCOHOLIC BEVERAGE CONTROL 3927 LENNANE DRIVE, SUITE 100 SACRAMENTO CA 95834 |
| CBC JOINT VENTURES PARTNERS | ADDRESS UNAVAILABLE AT TIME OF FILING |
| CCF PS ALLA OWNER LLC | C/O PACSHORE PROPERTIES LLC ATTN BRIAN ABBOTT 11999 SAN VINCENTE BLVD, STE 220 LOS ANGELES CA 90049 |
| CCF PS ALLA OWNER LLC | C/O CANYON CAPITAL REALTY ADVISORS ATTN MARIA STAMOLIS 2000 AVE OF THE STARS, 11TH FL LOS ANGELES CA 90067 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 1707 COLE BLVD, SUITE 300 LAKEWOOD CO 80401 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 2447 NORTH UNION BOULEVARD COLORADO SPRINGS CO 80909 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 632 MARKET STREET SUITE G GRAND JUNCTION CO 81506 |
| COLUMBIA BUSINESS CENTER PARTNERS, L.P. | 750 PISMO STREET SAN LUIS OBISPO CA 93401 |
| CONNECTICUT DEPARTMENT OF CONSUMER | PROTECTION DEPARTMENT OF CONSUMER PROTECTION 450 COLUMBUS BOULEVARD, SUITE 901 HARTFORD CT 06103-1840 |
| DEPARTMENT OF LIQUOR CONTROL | 110 ALA'IHI STREET ROOM 212 KAHULUI HI 96732 |
| DEPARTMENT OF LIQUOR CONTROL | WEST HAWAII, DIRECTOR: GERALD TAKASE 75-5706 KUAKINI HIGHWAY, SUITE 103 & 107 (CONF ROOM) 101 AUPUNI STREET, SUITE 230 KAILUA-KONA HI 96740 |
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF HAWAII EAST HAWAII, DIRECTOR: GERALD TAKASE HILO LAGOON CENTER HILO HI 96720 |
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF KAUAI LEO SANDOVAL DIR DEPT, LIQUOR CTRL LIHUE CIVIC CTR, MOIKEHA BLD, 4444 RICE STREET, SUITE 120 LIHUE, KAUAI HI 96766 |
| DIVISION OF ALCOHOL AND TOBACCO CONTROL | 1738 E. ELM LOWER LEVEL JEFFERSON CITY MO 65101 |
| DIVISION OF ALCOHOLIC BEVERAGES | & TOBACCO 2601 BLAIR STONE ROAD TALLAHASSEE FL 32399 |
| DIVISION OF COMMERCIAL LICENSING AND | REGULATION LIQUOR ENFORCEMENT AND COMPLIANCE BUILDING 68, 1511 PONTIAC AVE CRANSTON RI 02920 |

| Claim Name | Address Information |
|---|---|
| DIVISION OF LIQUOR CONTROL | DIVISION OF LIQUOR CONTROL 6606 TUSSING ROAD REYNOLDSBURG OH 43068 |
| DIVISION OF SPECIAL TAXES | 445 E CAPITOL AVENUE PIERRE SD 57501 |
| GEORGIA DEPARTMENT OF REVENUE | ALCOHOL & TOBACCO TAX DIVISION 1800 CENTURY BOULEVARD, NE ATLANTA GA 30345 |
| HOMERUN RECORDS BVBA | C/O PARDEE PROPERTIES 1524 ABBOT KINNEY BLVD VENICE CA 90291 |
| IDAHO STATE LIQUOR DISPENSARY | IDAHO STATE LIQUOR DIVISION ADMIN OFFICE 1349 E. BEECHCRAFT CT. BOISE ID 83716 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 50 W. WASHINGTON ST, SUITE 209 CHICAGO IL 60602 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 300 W. JEFFERSON ST, SUITE 300 SPRINGFIELD IL 62702 |
| IOWA ALCOHOLIC BEVERAGES DIVISION | IOWA ALCOHOLIC BEVERAGES DIVISION 1918 SE HULSIZER ROAD ANKENY IA 50021 |
| KANSAS DEPARTMENT OF REVENUE ALCOHOL | BEVERAGE CONTROL KDOR ALCOHOLIC BEVERAGE CTRL MILLS BLD 109 SW 9TH STREET, 5TH FLOOR PO BOX 3506 TOPEKA KS 66601-3506 |
| KENTUCKY ALCOHOLIC BEVERAGE CONTROL | DEPARTMENT 500 MERO STREET FRANKFORT KY 40601 |
| LIQUOR COMMISSION CITY AND COUNTY OF | HONOLULU HONOLULU LIQUOR COMM. PACIFIC PARK PL 711 KAPIOLANI BLVD, SUITE 600 HONOLULU HI 96813 |
| LOUISIANA DEPARTMENT OF REVENUE ALCOHOL | AND TOBACCO CONTROL OFFICE 7979 INDEPENDENCE BLVD. BATON ROUGE LA 70806 |
| MARYLAND FIELD ENFORCEMENT DIVISION | STATE OFFICE BLDG. 301 W PRESTON STREET BALTIMORE MD 21201-2384 |
| MD -WORCESTER COUNTY LIQUOR | CONTROL BOARD WORCESTER COUNTY GOVERNMENT 1 WEST MARKET STREET SNOW HILL MD 21863 |
| MICHIGAN LIQUOR CONTROL COMMISSION | MICHIGAN LIQUOR CONTROL COMMISSION P.O. BOX 30005 LANSING MI 48909 |
| MINNESOTA DEPARTMENT OF PUBLIC SAFETY | ALCOHOL & GAMBLING ENFORCEMENT DIVISION 445 MINNESOTA STREET SAINT PAUL MN 55101 |
| MONTANA LIQUOR LICENSE BUREAU | MONTANA DEPARTMENT OF REVENUE PO BOX 1712 HELENA MT 59624-1712 |
| MONTGOMERY COUNTY ALCOHOL BEVERAGE | SERVICES 201 EDISON PARK DRIVE GAITHERSBURG MD 20878 |
| NEBRASKA LIQUOR CONTROL COMMISSION | NEBRASKA LIQUOR CONTROL COMMISSION 301 CENTENNIAL MALL SOUTH 1ST FLOOR PO BOX 95046 LINCOLN NE 68509-5046 |
| NEGOCIADO DE IMPUESTO AL CONSUMO | OFICINA CENTRAL, DEPARTAMENTO DE HACIENDA, EDIFICIO INTENDENTE RAMIREZ PASEO COVADONGA, PISO 3 VIEJO SAN JUAN PR 00901 |
| NEVADA DEPARTMENT OF TAXATION | 700 E. WARM SPRINGS RD. 2ND FLOOR LAS VEGAS, NV 89119 |
| NEVADA DEPARTMENT OF TAXATION | 4600 KIETZKE LANE, BUILDING L, SUITE 235 RENO NV 89502 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY NV 89706 |
| NEW HAMPSHIRE STATE LIQUOR COMMISSION | HEADQUARTERS, WAREHOUSING, STORE OPS OF ENFORCEMENT, LICENSING & EDUCATION, 50 STORRS STREET CONCORD NH 03301 |
| NEW JERSEY DEPARTMENT OF LAW AND PUBLIC | SAFETY DIV OF ALCOHOLIC BEVERAGE CTRL DIVISION OF ALCOHOLIC BEVERAGE CONTROL P.O. BOX 087 TRENTON NJ 08625-0087 |
| NEW MEXICO REGULATION & LICENSING | DEPARTMENT 5500 SAN ANTONIO DR NE ALBUQUERQUE NM 87109 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 163 W 125TH STREET NEW YORK NY 10027 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 80 SOUTH SWAN STREET, SUITE 900 ALBANY NY 12210 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 535 WASHINGTON STREET, SUITE 303 BUFFALO NY 14203 |
| NORTH CAROLINA ALCOHOLIC | BEVERAGE CONTROL COMMISSION 400 EAST TRYON ROAD RALEIGH NC 27610 |
| NORTH DAKOTA OFFICE OF STATE TAX | COMMISSIONER 600 E. BOULEVARD AVE., DEPT. 127 BISMARCK ND 58505 |
| OFFICE OF THE ALCOHOLIC BEVERAGE | CONTROL COMM, OFFICE ALCOHOLIC BEVERAGE CTRL COMM, CARVEL STATE BLD 820 N FRENCH ST, 3RD FL WILMINGTON DE 19801 |
| OHIO DEPARTMENT OF COMMERCE | DEPARTMENT OF COMMERCE 77 SOUTH HIGH STREET, 23RD FLOOR COLUMBUS OH 43215-6123 |
| OREGON LIQUOR CONTROL COMMISSION | 9079 SE MCLOUGHLIN BLVD. PORTLAND OR 97222 |
| PENNSYLVANIA LIQUOR CONTROL BOARD | OFFICE OF CHIEF COUNSEL PENNSYLVANIA LIQUOR CONTROL BOARD 401 NORTHWEST OFFICE BUILDING HARRISBURG PA 17124-0001 |
| ROSENSTEIN HENRY, LLC | ATTN: HEATHER MOCH 371 SPRING PARK ROAD CAMARILLO CA 93012 |
| SOUTH CAROLINA DEPARTMENT OF | REVENUE & TAXATION SOUTH CAROLINA DEPARTMENT OF REVENUE ATTN: DIRECTOR, PO BOX 125 COLUMBIA SC 29214-0505 |

| Claim Name | Address Information |
|---|---|
| SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVENUE PIERRE SD 57501 |
| SQUARESPACE, INC. | 8 CLARKSON ST NEW YORK NY 10014 |
| TENNESSEE ALCOHOLIC BEVERAGE COMMISSION | TENNESSEE ALCOHOLIC BEVERAGE COMMISSION 500 JAMES ROBERTSON PARKWAY NASHVILLE TN 37243 |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION | PO BOX 13127 AUSTIN TX 78711 |
| THE OKLAHOMA TAX COMMISSION | OKLAHOMA TAX COMMISSION OKLAHOMA CITY OK 73194 |
| UTAH DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL P.O. BOX 30408 SALT LAKE CITY UT 84130-0408 |
| VERMONT DEPARTMENT OF LIQUOR | AND LOTTERY WENDY KNIGHT, COMMISSIONER 1311 US ROUTE 302, SUITE 100 BARRE VT 05641 |
| VIRGINIA ALCOHOLIC BEVERAGE CONTROL | AUTHORITY P.O. BOX 3250 MECHANICSVILLE VA 23116-9998 |
| WASHINGTON DEPARTMENT OF REVENUE | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN: BANKRUPTCY UNIT 2101 4TH AVE, SUITE 1400 SEATTLE WA 98121 |
| WASHINGTON STATE LIQUOR AND | CANNABIS BOARD PO BOX 43080 OLYMPIA WA 98504 |
| WEST LA ALLA COMMONWEALTH LLC | (WEST LA ALLA COMMONWEALTH LLC) PO BOX 741167 LOS ANGELES CA 90074-1167 |
| WEST VIRGINIA ALCOHOL BEVERAGE | CONTROL COMM ENFORCEMENT & LIC DIV WV ALCOHOL BEVERAGE CONTROL ADMIN 900 PENNSYLVANIA AVE., 4TH FLOOR CHARLESTON WV 25302 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | 2135 RIMROCK RD MADISON WI 53708 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | MAIL STOP 6-107 P.O. BOX 8900 MADISON WI 53708-8900 |
| WYOMING LIQUOR COMMISSION | 6601 CAMPSTOOL RD CHEYENNE WY 82001 |

**Total Creditor count  87**

**EXHIBIT G**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Core/Top 30

| Creditor Name | Email |
|---|---|
| 8020 CONSULTING LLC | accounting@8020consulting.com |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | aerotek_regional_efts@aerotek.com |
| ATTICUS PUBLISHING, LLC | duncanpenn@gmail.com |
| AWESOME OS, INC. (OFFSOURCING, INC) | billing@awesomeos.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BREX INC. | support@brex.com |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| CONEXUS SEARCH LLC | accounting@conexusrecruiting.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DATASITE LLC | arremitbackup@datasite.com |
| DOMO, INC | pr@domo.com; info@domo.com |
| DOUGLAS R. CIRCLE (DBA RANCHO CANADA DE LOS PINOS) | accounting@circlevision.com |
| FAMILLE CHAUDIERE | laurence@chateaupesquie.com |
| IMPACT TECH, INC. | breena.beckett@impact.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | d.surujnauth@hillebrand.com |
| KAISER CONSULTING, LLC | billing@kaiserconsulting.com |
| LA CANTINA PIZZOLATO S.R.L. | logistica@lacantinapizzolato.com |
| LAFFORT USA , INC | laffortusa@laffort.com |
| LANDSBERG - BWSC | bankdeposits@ororagroup.com |
| LANGETWINS FAMILY WINERY & VINEYARDS | kschopp@langetwins.com |
| LOS ANGELES PHILHARMONIC ASSOC | ichan@laphil.org |
| MENDOCINO WINE CO | janf@mendocinowineco.com |
| META PLATFORMS, INC | payment@fb.com |
| MICHLITS WERNER GMBH | office@meinklang.at |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| POWER DIGITAL MARKETING, INC. | ar@powerdigital.com |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CA (RNDC CA) | brian.roberts@rndc-usa.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| SP COMINO, LLC | kelly@swgnapa.com |

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Core/Top 30

| Creditor Name | Email |
|---|---|
| SP COMINO, LLC | kelly@swgnapa.com |
| TERRAVANT/SUMMERLAND - BWSC | ap@summerlandwb.com |
| TOPPAN MERRILL USA INC. | usarremittance@toppanmerrillllc.com |
| TOTAL QUALITY LOGISTICS, LLC | apayments@tql.com |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| VIN-GLOBAL LLP | accounting@weshipexpress.com |

**EXHIBIT H**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Banks

| Name | Email Address |
|---|---|
| BANK OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANK OF CALIFORNIA | robert.selway@bancofcal.com |

**EXHIBIT I**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - UCC Lienholders

| Name | Email Address |
|------|---------------|
| CORPORATION SERVICE COMPANY | joanne.smith@cscglobal.com |
| MULTIPLIER CAPITAL II, LP | sheehan@multipliercapital.com |
| WESTERN ALLIANCE BANK | susan.wadi@bridebank.com |
| BANC OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANC OF CALIFORNIA | robert.selway@bancofcal.com |

# EXHIBIT J

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Insurance Providers

| Name | Email Address |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | adrienne.logan@chubb.com |
| ACE AMERICAN INSURANCE COMPANY | wmsimkulak@duanemorris.com |
| ALLIED WORLD INSURANCE COMPANY | bill.ortgiesen@awac.com |
| AXIS INSURANCE COMPANY | notices@axiscapital.com |
| AXIS INSURANCE COMPANY | jill.farnham@axiscapital.com |
| AXIS INSURANCE COMPANY | ray.walsh@axiscapital.com |
| FIRST INSURANCE FUNDING CORPORATION | firstresponse@firstinsurancefunding.com |
| NATIONAL UNION FIRE INSURANCE CO. | kevin.larner@aig.com |
| THE TRAVELERS INDEMNITY COMPANY | sglowner@travelers.com; jmjones5@travelers.com |
| TRAVELERS CASUALTY AND SURETY | sglowner@travelers.com |
| VALLEY FORGE INSURANCE COMPANY | william.peel@vfib.com |

**EXHIBIT K**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Utility Providers

| Name | Email Address |
|---|---|
| AT&T | km1426@att.com |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | debra.shanklin@charter.com |
| CITY OF SANTA MONICA | business.license@santamonica.gov |
| COMCAST CORP. | eric_kassab@comcast.com; shonterra_jordan@comcast.com |