**<u>EXHIBIT B</u>**

**Policano Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN POLICANO IN SUPPORT OF DEBTORS'**
**APPLICATION FOR AN AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**RPA ASSET MANAGEMENT SERVICES, LLC AS FINANCIAL ADVISOR TO**
**THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, John Policano, being duly sworn, deposes and says:

1.      I am an Executive Director at RPA Asset Management Services, LLC ("RPA"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services, which is located at 45 Eisenhower Drive, Paramus, New Jersey 07652.

2.      I am duly authorized to submit this Declaration on behalf of RPA in support of the application (the "Application")[2] of the Debtors for entry of an order authorizing the retention and employment of RPA as financial advisor to the Debtors, effective as of the Petition Date.  I have personal knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings set forth in the Application.

## RPA'S QUALIFICATIONS

3.　　RPA is a full-service financial advisory and restructuring firm providing services to debtors, equity owners, secured creditors, and other parties in interests.　RPA has lead turnaround management teams for hundreds of clients, from small businesses to Fortune 500 companies.　The Debtors seek to retain RPA because of RPA's extensive experience and knowledge in the field of financial advisory services.　RPA has been actively involved in various chapter 11 cases and has represented debtors-in-possession and official committees of unsecured creditors in many cases, including among others: *In re Pyxus Int'l, Inc.*, Case No. 20-11570 (LSS) (Bankr. D. Del. 2020); *In re Rentech WP U.S. Inc.*, Case No. 17-12958 (Bankr. D. Del. Jan. 29, 2018); *In re Lightning Dock Geothermal HI-01, LLC*, Case No. 17-10567 (Bankr. D.N.M. July 18, 2017); *In re Texas Pellets, Inc.*, Case No. 16-90126 (Bankr. E.D. Tex. May 23, 2017); *In re Solar Trust of Am., LLC*, Case No. 12-11136 (Bankr. D. Del. April 20, 2012); *In re New Energy Corp.*, Case No. 12-33866 (Bankr. N.D. Ind. Nov. 9, 2012).

4.　　RPA's professionals have significant restructuring experience across many industries and have provided advisory services to lenders, companies and investors.　RPA's senior professionals average over fifteen (15) years of experience working with lenders, companies, and investors.　Their wide scope of services include financial restructuring, transaction advisory, turnaround management, asset wind down/liquidation, litigation support, and forensic accounting services.　RPA and the professionals it employs are well qualified to represent the Debtors in the matters for which RPA is proposed to be employed and has the necessary background and relevant experience required to represent the Debtors in the Chapter 11 Cases.

## SERVICES TO BE PROVIDED

5.　　RPA anticipates that it will render the following financial advisory services, among others and as needed, throughout the course of the Chapter 11 Cases:

29914336.3

a)      assisting the Debtors and their legal counsel in preparing any pleadings, motions or other document(s) to be filed in the Chapter 11 Cases;

b)      reviewing and revising, as necessary, financial related disclosures prepared by the Debtors and required by the Court, including but not limited to Schedules of Assets and Liabilities, Statement of Financial Affairs, and Monthly Operating Reports;

c)      analyzing creditor claims by type, entity, and individual claims;

d)      assisting in evaluating avoidance actions;

e)      assisting with asset sales through a 363 sale or through a chapter 11 plan, if appropriate;

f)      assisting with any other filings as required by the Court and/or U.S. Trustee; and

g)      other services requested by the Debtors from time to time.

6.      Subject to the Court's approval of the Application, RPA is willing to serve as the Debtors' financial advisor and to perform the services described above.

## **PROFESSIONAL COMPENSATION**

7.      RPA's decision to accept this engagement to provide financial advisory services is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment and compensated for its services and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices.

8.      In consideration of the services to be provided by RPA, as more fully described in the Engagement Letter, subject to the Court's approval, RPA intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases, pursuant to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court and consistent with the proposed terms of compensation set forth in the Engagement Letter.

29914336.3

3

9.       RPA bills its clients hourly for its fees and for out-of-pocket expenses.  RPA's hourly fees will be based on the actual hours charged at its standard hourly rates, which are in effect when the services are rendered.  RPA's current hourly rates, which are subject to periodic adjustment, are as follows:

(a)       Executive Directors: $985–$1,145

(b)       Consulting Staff: $405–$875

(c)       Support Staff: $205

10.       In addition to compensation for professional services rendered by RPA personnel, RPA will seek reimbursement for reasonable and necessary expenses incurred in connection with the Chapter 11 Cases, including, but not limited to, costs of travel, reproduction, research, communications, outside legal counsel, and other direct expenses.

11.       On November 7, 2022, RPA received a retainer in the amount of $250,000 (the "Retainer").  On November 30, 2022, RPA applied the Retainer to its invoice for the period from November 23, 2022 through and including November 30, 2022, in the amount of $73,479.16. After doing so, RPA continues to hold a Retainer in the amount of $176,520.84, which will constitute a general security retainer for postpetition services and expenses.

12.       The fee structure described above (the "Fee Structure") is consistent with RPA's normal and customary billing practices for comparably-sized and complex cases, both in and out of court.  RPA's compensation was negotiated at arm's-length and is competitive within the industry.  Further, the Fee Structure gives consideration to the difficulty of the assignments RPA expects to undertake.  Accordingly, RPA believes that the foregoing compensation arrangements are both reasonable and market based.

## DISINTERESTEDNESS

13.     The Debtors have unsecured and secured creditors and, from time to time, RPA may have transacted with or represented certain of those creditors in completely unrelated matters. RPA has obtained from the Debtors a list of the names of entities who may be parties in interest in the Chapter 11 Cases (the "Potential Parties in Interest"), a copy of which is attached hereto as **Schedule 1**.  RPA maintains records of all of its clients.  I have caused an examination of these records to be made to identify any connection or relation with the Potential Parties in Interest for the past 2 years.

14.     Based upon the database search described above, RPA does not represent any other entity having an adverse interest in connection with the Chapter 11 Cases, and does not hold or represent an interest adverse to the interests of the estates, in accordance with sections 328 and 1103 of the Bankruptcy Code.  To the extent that RPA discovers any connection with any interested party or enters into a new relationship with any interested party, RPA will promptly supplement its disclosure to the Court.

15.     RPA is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, given that, to the best of my information and belief and with the disclosure of information provided herein, RPA:

    (a)     is not a creditor, an equity security holder or an insider of the Debtors;

    (b)     is not and was not, within two (2) years before the commencement of the Chapter 11 Cases, a director, officer or employee of the Debtors; and

    (c)     does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

16.     To the best of my knowledge, RPA professionals working on this matter are not relatives of the U.S. Trustee or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

17.     RPA has in the past been retained by, and presently and likely in the future will transact with, and provide services for, certain creditors of the Debtors, other Potential Parties in Interest, and their respective attorneys and accountants in matters unrelated to such parties' claims against the Debtors or interests in the Chapter 11 Cases.

18.     RPA is involved in a broad array of financing and restructuring activities.  RPA regularly transacts with institutional investors and is involved in many situations, proceedings, and transactions involving many different institutional investors, law firms, financial consultants, and investment bankers in matters unrelated to the Debtors.  RPA has not identified any material relationships or connections with any institutional investors, law firm, financial consultant or investment banker involved in the Chapter 11 Cases that would cause it to be adverse to the Debtors, the Debtors' estates, any creditor or any other party-in-interest, or that would otherwise affect RPA's judgment or ability to perform services for the Debtors.

**INDEMNIFICATION PROVISIONS**

19.     As more fully described in **Schedule 1** to the Engagement Letter (the "Indemnification Provisions"), the Debtors have agreed to indemnify RPA against any action, claim, proceeding or investigation related to, arising out of or in connection with RPA's engagement.

20.     Notwithstanding the Indemnification Provisions set forth in the Engagement Letter, the Debtors' indemnification of the Indemnified Persons shall be subject to the provisions of the subparagraphs below:

(a)     The Indemnified Persons shall not be entitled to indemnification, contribution, or reimbursement pursuant to the Engagement Letter for services other than the services provided under the Engagement Letter, unless such services and the indemnification, contribution or reimbursement therefor are approved by the Court;

(b)     Notwithstanding anything to the contrary in the Engagement Letter, the Debtors shall have no obligation to indemnify any Indemnified Person, or provide contribution or reimbursement to any Indemnified Person, for any claim or expense to the extent it is either: (i) judicially determined (that determination having become final) to have arisen from an Indemnified Person's gross negligence, willful misconduct, fraud or bad faith; (ii) for a contractual dispute in which the Debtors allege the breach of an Indemnified Person's contractual obligations unless the Court determines that indemnification, contribution, or reimbursement would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination under (i) or (ii) above, but determined by the Court, after notice and a hearing, to be a claim or expense for which an Indemnified Person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Letter as modified by the Order;

(c)     If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in the Chapter 11 Cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing the Chapter 11 Cases, any Indemnified Person believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution, and/or reimbursement obligations under the Engagement Letter (as modified by the Order), including the advancement of defense costs, the Indemnified Person must file an application therefor in the Court, and the Debtors may not pay any such amounts to any Indemnified Person before the entry of an order by the Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by the Indemnified Persons for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify the Indemnified Persons.  All parties in interest shall retain the right to object to any demand by any Indemnified Person for indemnification, contribution or reimbursement; and

(d)     Any limitation on liability pursuant to the terms of the Engagement Letter shall be eliminated.

21.     I believe that the Indemnification Provisions are comparable to those generally obtained by financial advisory firms of similar stature to RPA and for comparable engagements,

both in and out of court, and, as modified by the Order, reflect the qualifications and limits on the indemnification provisions that are customary in this district and others.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  December 16, 2022

RPA ASSET MANAGEMENT SERVICES, LLC

By: */s/ John Policano*
      Name: John Policano
      Title:  Executive Director

## **SCHEDULE 1**

**Potential Parties in Interest**

## WINC, INC.

### *List of Potential Parties in Interest*

### Debtors

Winc, Inc. (d/b/a Club W, Inc.)
BWSC, LLC
Winc Lost Poet, LLC

### Directors and Officers

Brault, Carol
Delong, Patrick
Green, Erin
Joukovski, Laura
McFarlane, Geoffrey
Pinney, Alesia
Smith, Brian
Thompson, Mary Pat
Weng, Xiangwei

### Significant Equity Holders

15 Angels II LLC
Bessemer Venture Partners VIII Institutional
    L.P.
Bessemer Venture Partners VIII L.P.
CFJ Palate Holdings LLC
Cool Japan Fund Inc.
Deer VIII & Co. L.P.
Deer VIII & Co. Ltd.
Dream Catcher Investments
Dreamer Pathway Limited (BVI)
GoBlue Ventures LLC
McFarlane, Geoffrey
Rice Wine Ventures LLC
Sake Ventures LLC
Shining Capital Holdings II L.P.
Shining Capital Management III Limited
Shiningwine Limited (BVI)
Smith, Brian
Wahoowa Ventures LLC
Weng, Xiangwei

### Debtors' Professionals

Canaccord Genuity Group, Inc.
Epiq Corporate Restructuring, LLC
RPA Asset Management Services, LLC
Young Conaway Stargatt & Taylor, LLP

### Ordinary Course Professionals

Latham & Watkins LLP
Holland & Hart LLP

### Banks/Lenders/UCC Lien
### Parties/Administrative Agents

Banc of California, N.A.

### Material Vendors and Contract
### Counterparties

American Stock Transfer & Trust Company,
    LLC
Artisan Brands, LLLP
Ascentis Corporation
Atelier Copain LLC (d/b/a Punchdown Cellars)
Avalara, Inc.
CompIntelligence, Inc.
CTF Clear Finance Technology Corp. (d/b/a
Clearco)
Eagles Stadium Operator, LLC
Field, Edward
Imperial Parking Industries Inc.
International Wines, Inc.
Konica Minolta Business Solutions U.S.A., Inc.
LangeTwins Wine Company, Inc.
Marketplace Selections, Incorporated
Miller Family Wine Company, LLC
National Merchants, Inc.
Oracle America, Inc.
Paypal, Inc. (d/b/a Braintree)
Philadelphia Eagles, LLC
Republic National Distributing Company, LLC
Synergy North America Inc.
T. Elenteny Holdings, LLC (d/b/a T. Elenteny
    Imports)
Terravant Wine Company, LLC
Testany, Inc.
The Bacchus Group Inc.
Weibel Incorporated
Young's Market Company, LLC
Zendesk, Inc.

**Landlords/Sublessees**

1515 Garnet Mine Road Holdings Limited
    Partnership
CCF PS Alla Owner, LLC
Columbia Business Center Partners L.P.
Last Mile Management
Rosenstein Henry, LLC
Squarespace, Inc.
Thrive Market, Inc.
West LA Alla Commonwealth, LLC
West LA Venture Commonwealth LLC

**Insurers/Brokers**

ACE American Insurance Company
Allied World Insurance Company
Axis Insurance Company
Endurance American Insurance Company
FIRST Insurance Funding
Guardian Life Insurance Company of America
IMA of Colorado, Inc.
Kaiser Permanente
Lloyds of London
National Union Fire Insurance Company of
    Pittsburgh, PA
The Continental Insurance Company
Transportation Insurance Company
Travelers Casualty and Surety Company of
    America
United Healthcare
Valley Forge Insurance Company
Woodruff-Sawyer & Co.

**Utilities**

AT&T, Inc.
Charter Communications (Spectrum)
Comcast Corp.
Waste Management of Pennsylvania, Inc.

**Top 30 Unsecured Creditors**

Meta Platforms, Inc
JF Hillebrand USA Inc. (dba Hillebrand)
FedEx Corporation
La Cantina Pizzolato S.R.L.
Landsberg
LangeTwins Family Winery & Vineyards
Famille Chaudière
Impact Tech, Inc.

SP Comino, LLC
Michlits Werner GmbH
Total Quality Logistics, LLC
Allegis Group Holdings, Inc. (Aerotek, Inc.)
Brex Inc.
Douglas R. Circle (dba Rancho Cañada de los
    Pinos)
Terravant/Summerland
Domo, Inc
8020 Consulting LLC
Conexus Search LLC
Google, Inc.
Power Digital Marketing, Inc.
Awesome OS, Inc. (Offsourcing, Inc.)
Atticus Publishing, LLC
Laffort USA, Inc.
Republic National Distributing Company of CA
    (RNDC CA)
Mendocino Wine Co.
Kaiser Consulting, LLC
Los Angeles Philharmonic Association
Datasite LLC
Vin-Global LLP
Toppan Merrill USA Inc.

**Governmental and Taxing Authorities**

Alabama Alcoholic Beverage Control Board
Alabama Department of Labor
Alabama Department of Revenue
Alabama Securities Commission
Alaska Department of Labor
Alaska Department of Revenue
Alaska Division of Banking & Securities
Alcohol & Marijuana Control Office
Alcohol and Tobacco Commission
Alcohol Beverage Control Bureau
Alcoholic Beverage Control Administration
Alcoholic Beverage Control Enforcement
Alcoholic Beverage Control Office
Alcoholic Beverage Law Enforcement
    Commission (ABLE)
Alcoholic Beverage Regulation Administration
Alcoholic Beverages Control Commission
Arizona Department of Finance and
    Administration
Arizona Department of Liquor Licenses and
    Control
Arizona Department of Revenue
Arkansas Department of Labor
Arkansas Securities Department

2

Bureau of Alcoholic Beverages and Lottery
   Operations
California Department of Toxic Substances
   Control
California Air Resources Board
California Board of Equalization
California Department Consumer Affairs
California Department of Alcoholic Beverage
   Control
California Department of Business Oversight
California Department of Conservation
California Department of Healthcare
California Department of Tax and Fee
   Administration
California Department of Water Resources
California Environmental Protection
California Franchise Tax Board
California Integrated Waste Management Board
California State Controller Office
California Unemployment Insurance
Centers for Disease Control & Prevention
Central District of California
City of Santa Monica, CA
Colorado Department of Labor and
   Employment
Colorado Department of Revenue
Colorado Department of Revenue-Liquor
   Enforcement Division
Colorado Division of Securities
Commonwealth of Massachusetts
Commonwealth of Puerto Rico Attorney
   General
Comptroller of Maryland
Connecticut Department of Consumer
   Protection
Connecticut Department of Labor
Connecticut Department of Revenue Services
Connecticut Securities and Business
Connecticut Commissioner of Revenue Services
Connecticut State Treasurer
Delaware Department of Justice
Delaware Department of Labor
Delaware Division of Revenue
Delaware Investor Protection Unit
Department of Liquor Control County of
   Hawaii
Department of Liquor Control County of Kauai
District of Columbia
District of Columbia Attorney General
District of Columbia Department of
   Employment Services

District of Columbia Treasurer
Division of Alcohol and Tobacco Control
Division of Alcoholic Beverages & Tobacco
Division of Commercial Licensing and
   Regulation Liquor Enforcement and
   Compliance
Division of Liquor Control
Division of Special Taxes
Eastern District of California
Eastern District of Pennsylvania
Environmental Protection Agency - Region 3
Environmental Protection Agency - Region 9
Federal Trade Commission
Florida Department of Labor
Florida Department of Revenue
Florida Division of Alcoholic Beverages and
   Tobacco
Florida Office of Financial Regulation
Georgia Department of Labor
Georgia Department of Revenue Alcohol &
   Tobacco Tax Division
Georgia Governor's Office
Guam Attorney General
Guam Department of Labor
Hawaii Department of Commerce
Hawaii Department of Labor and Industrial
   Relations
Hawaii Department of Taxation
Hawaii Securities Branch
Hawaii City & County of Honolulu
Hawaii County of Kauai
Hawaii County of Maui
Idaho Department of Labor
Idaho State Liquor Dispensary
Idaho State Tax Commission
Illinois Alcohol, Tobacco and Fuel Division
Illinois Chicago Department of Finance
Illinois Department of Labor
Illinois Department of Revenue
Illinois Liquor Control Commission
Illinois Securities Department
Indiana Department of Labor
Indiana Department of Revenue
Indiana Securities Division
Industrial Commission of Arizona
Iowa Alcoholic Beverages Division
Iowa Department of Revenue
Iowa Insurance Division
Iowa Workforce Development
Kansas Department of Labor

3

Kansas Department of Revenue Alcohol
  Beverage Control
Kansas Liquor Enforcement Tax
Kansas Miscellaneous Tax
Kansas Securities Commissioner
Kentucky Alcoholic Beverage Control
  Department
Kentucky Department of Revenue
Kentucky Labor Cabinet
Kentucky Securities Division
Louisiana Department of Revenue
Liquor Commission City and County of
  Honolulu
Louisiana Department of Revenue Alcohol and
  Tobacco Control Office
Louisiana Securities Division
Louisiana Workforce Commission
Maine Bureau of Alcoholic Beverages and
  Lottery Op
Maine Bureau Consumer Credit Protection
Maine Department of Labor
Maine Division of Liquor Licensing
Maine Liquor Licensing & Inspection Unit
Maine Office of Securities
Maine Revenue Services
Maryland Department of Labor
Maryland Field Enforcement Division
Maryland Office of the Comptroller
Maryland – Worcester County Liquor Control
  Board
Massachusetts Alcohol & Bev. Control
Massachusetts Department of Labor
Massachusetts Department of Revenue
Massachusetts Office of Consumer Affairs
Massachusetts Securities Division
Michigan Department of Licensing &
  Regulatory Affairs
Michigan Corporations, Securities
Michigan Department of Treasury
Michigan Liquor Control Commission
Michigan Workforce Development Agency
Middle District of Pennsylvania
Minnesota Department of Labor and Industry
Minnesota Department of Public Safety Alcohol
  and Gambling Enforcement Division
Minnesota Department of Revenue
Mississippi Department of Agriculture
Mississippi Department of Employment
  Security
Mississippi Securities Division
Mississippi State Tax Commission

Missouri Department of Labor
Missouri Department of Revenue
Montana Commissioner of Securities
Montana Department of Labor and Industry
Montana Department of Revenue
Montana Liquor License Bureau
Montana Office of Consumer Protection
Montgomery County Alcohol Beverage
  Services
Nebraska Department of Revenue
Nebraska Bureau of Securities
Nebraska Department of Labor
Nebraska Department of Revenue
Nebraska Liquor Control Commission
Negociado de Impuesto al Consumo
Nevada Consumer Affairs
Nevada Department of Taxation
Nevada Department of Taxation -Sales/Use
Nevada Office of the Labor Commissioner
New Hampshire Bureau of Securities
  Regulations
New Hampshire Department of Labor
New Hampshire Department of Revenue Admin
New Hampshire State Liquor Commission
New Jersey Bureau of Securities
New Jersey Department of Labor
New Jersey Department of Law and Public
  Safety Division of Alcoholic Beverage
  Control
New Jersey Department of the Treasury
New Mexico Department of Labor
New Mexico Regulation & Licensing
  Department
New Mexico Securities Division
New Mexico Taxation and Revenue
New York Department of Finance
New York Investor Protection Bureau
New York State Department of Labor
New York State Department of State
New York State Liquor Authority Division of
  Alcoholic Beverage Control
New York State Sales Tax Processing
North Carolina Alcoholic Beverage Control
  Commission
North Carolina Department of Labor
North Carolina Department of Revenue
North Carolina Department of Agriculture
North Carolina Department of Revenue
North Carolina Securities Division
North Dakota Department of Labor
North Dakota Office of State Tax

4

Commissioner

North Dakota Securities Department

North Dakota Tax Commissioner

Northern District of California

Northern Mariana Islands Attorney Gen

Occupational Safety & Health Admin.

Office of Secretary of State of California

Office of Secretary of State of Pennsylvania

Office of Secretary of State of Alabama

Office of Secretary of State of Alaska

Office of Secretary of State of American Samoa

Office of Secretary of State of Arizona

Office of Secretary of State of Arkansas

Office of Secretary of State of California

Office of Secretary of State of Colorado

Office of Secretary of State of Connecticut

Office of Secretary of State of Delaware

Office of Secretary of State of District of
Columbia

Office of Secretary of State of Florida

Office of Secretary of State of Georgia

Office of Secretary of State of Guam

Office of Secretary of State of Hawaii

Office of Secretary of State of Idaho

Office of Secretary of State of Illinois

Office of Secretary of State of Indiana

Office of Secretary of State of Iowa

Office of Secretary of State of Kansas

Office of Secretary of State of Kentucky

Office of Secretary of State of Louisiana

Office of Secretary of State of Maine

Office of Secretary of State of Maryland

Office of Secretary of State of Massachusetts

Office of Secretary of State of Michigan

Office of Secretary of State of Minnesota

Office of Secretary of State of Mississippi

Office of Secretary of State of Missouri

Office of Secretary of State of Montana

Office of Secretary of State of Nebraska

Office of Secretary of State of Nevada

Office of Secretary of State of New Hampshire

Office of Secretary of State of New Jersey

Office of Secretary of State of New Mexico

Office of Secretary of State of New York

Office of Secretary of State of North Carolina

Office of Secretary of State of North Dakota

Office of Secretary of State of Ohio

Office of Secretary of State of Oklahoma

Office of Secretary of State of Oregon

Office of Secretary of State of Pennsylvania

Office of Secretary of State of Puerto Rico

(PDP)

Office of Secretary of State of Rhode Island

Office of Secretary of State of South Carolina

Office of Secretary of State of South Dakota

Office of Secretary of State of Tennessee

Office of Secretary of State of Texas

Office of Secretary of State of U.S. Virgin
Islands

Office of Secretary of State of Utah

Office of Secretary of State of Vermont

Office of Secretary of State of Virginia

Office of Secretary of State of Washington

Office of Secretary of State of West Virginia

Office of Secretary of State of Wisconsin

Office of Secretary of State of Wyoming

Office of Tax and Revenue

Office of the Alcoholic Beverage Control
Commissioner

Ohio Bureau of Employment Services

Ohio Department of Commerce

Ohio Department of Liquor Control

Ohio Department of Taxation

Ohio Division of Securities

Oklahoma Department of Consumer Credit

Oklahoma Department of Labor

Oklahoma Securities Commission

Oklahoma Tax Commission

Oregon Bureau of Labor and Industries

Oregon Department of Justice

Oregon Department of Revenue

Oregon Division of Financial Regulation

Oregon Liquor Control Commission

Pennsylvania Department of Banking

Pennsylvania Department of Revenue

Pennsylvania Department of Human

Pennsylvania Department of Labor and Industry

Pennsylvania Department of State

Pennsylvania Liquor Control Board

Pennsylvania Office of Attorney General

Pennsylvania State Treasury

Pension Benefit Guaranty Corp

Puerto Rico Department De Asuntos

Puerto Rico Department of Labor

Rhode Island Department of Business

Rhode Island Department of Labor and Training

Rhode Island Division of Taxation

Securities and Exchange Commission

Society for Corporate Governance

South Carolina Department of Labor

South Carolina Department of Revenue &
Taxation

5

South Carolina Securities
South Dakota Department of Labor
South Dakota Department of Revenue
South Dakota Division of Insurance
Southern District of California
State of Alabama Attorney General
State of Alaska Attorney General
State of American Samoa Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California
State of California Attorney General
State of California Labor
State of Colorado Attorney General
State of Connecticut
State of Connecticut Attorney General
State of Delaware
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General

State of South Carolina Attorney General
State of South Dakota
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virgin Islands Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Liquor Control Board
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
Tennessee Alcoholic Beverage Commission
Tennessee Department of Commerce
Tennessee Department of Labor
Tennessee Department of Revenue
Tennessee Securities Division
Texas Alcoholic Beverage Commission
Texas Comptroller of Public Accounts
Texas State Comptroller
Texas State Securities Board
Texas Workforce Commission
U.S. Department of State
U.S. Dept Health & Human Services
U.S. Consumer Product Safety Commission
U.S. Customs and Border Protection
U.S. Department of Agriculture
U.S. Department of Justice
U.S. Department of the Treasury Alcohol and
    Tobacco Tax and Trade Bureau
U.S. Department of Treasury
U.S. Environmental Protection Agency
U.S. Food and Drug Administration
United States Department of Labor
United States Internal Revenue Service
United States Treasury
Utah Department of Alcoholic Beverage
    Control
Utah Department of Commerce
Utah Division of Securities
Utah Labor Commission
Utah State Tax Commission
Vermont Agency of Agriculture, Food
Vermont Department of Labor and Industry
Vermont Department of Taxes
Vermont Securities Division
Virgin Islands Department of Labor
Virgin Islands Department of Licensing
Virginia Alcoholic Beverage Control Authority

6

29868066.6

Virginia Department of Alcoholic Beverage
    Control
Virginia Department of Taxation
Virginia Division of Labor and Industry
Virginia Division of Securities & Retail
    Franchising
Washington Department of Labor and Industries
Washington Department of Revenue
Washington Securities Division
Washington State Department of Revenue
Washington State Liquor Control Board
Washington State Liquor and Cannabis Board
West Virginia Alcohol Beverage Control
    Commission Enforcement & Licensing
    Division
West Virginia Division of Labor
West Virginia Securities Commission
West Virginia State Tax Department
Western District of Pennsylvania
Wisconsin Alcohol & Tobacco Enforcement
Wisconsin Department of Agriculture
Wisconsin Department of Revenue
Wisconsin Department of Workforce
    Development
Wisconsin Division of Securities
Wyoming Department of Revenue
Wyoming Liquor Commission
Wyoming Liquor Division

Schepacarter, Richard
Vara, Andrew
Villagrana, David

**Bankruptcy Judges**

Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**

Buchbinder, David
Casey, Linda
Fox, Timothy J., Jr.
Hackman, Benjamin
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Richenderfer, Linda
Sarkessian, Juliet