## EXHIBIT B

**Hunt Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRIAN HUNT IN SUPPORT OF DEBTOR'S**
**APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY EPIQ**
**CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE**
**ADVISOR EFFECTIVE AS OF THE PETITION DATE**

I, Brian Hunt, under penalty of perjury, declare as follows:

1.      I am a Consulting Director of Epiq Corporate Restructuring, LLC ("Epiq").  The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.[2]

2.      This Declaration is made in support of the Debtors' application (the "Application")[3] for an order appointing Epiq Corporate Restructuring, LLC ("Epiq") as administrative advisor ("Administrative Advisor") in the Chapter 11 Cases, effective as of the date of commencement of the Debtors' chapter 11 cases, in accordance with the terms and conditions set forth in that certain *Standard Services Agreement* dated as of November 14, 2022, (the "Engagement Agreement"), attached to the Application as **Exhibit A**.

3.      Epiq is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2]  Certain of the disclosures herein related to matters within the knowledge of other professionals at Epiq and are based on information provided by them.

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

of chapter 11 cases. Epiq has substantial experience in matters of this size and complexity, and has acted as the official administrative advisor in many large bankruptcy cases pending in this District and other districts nationwide. *See, e.g.*, *In re RTI Holding Co., LLC*, Case No. 20-12456 (JTD) (Bankr. D. Del. December 11, 2020) [Docket No. 700]; *In re Town Sports Int'l LLC*, Case No. 20-12168, (CSS) (Bankr. D. Del. September 16, 2020) [Docket No. 57]; *In re RGN-Group Holdings, LLC*, Case No. 20-11961 (BLS) (Bankr. D. Del. September 29, 2020) [Docket No. 376]; *In re Tonopah Solar Energy, LLC*, Case No. 20-11884 (KBO) (Bankr. D. Del. August 20, 2020) [Docket No. 114]; *In re Lucky Brand Dungarees, LLC*, Case No. 20-11768 (CSS) (Bankr. D. Del. July 28, 2020) [Docket No. 112]; *In re Advantage Holdco, Inc.*, Case No. 20-11259 (JTD) (Bankr. D. Del. June 29, 2020) [Docket No. 303]; *In re BroadVision, Inc.*, Case No. 20-10701 (CSS) (Bankr. D. Del. April 29, 2020) [Docket No. 108]; *In re Earth Fare, Inc.*, Case No. 20-10256 (KBO) (Bankr. D. Del. February 26, 2020) [Docket No. 217]; and *In re Southland Royalty Company LLC*, Case No. 20-10158 (KBO) (Bankr. D. Del. February 25, 2020) [Docket No. 171].

4.      As Administrative Advisor, Epiq will perform the bankruptcy administration services specified in the Application and the Engagement Agreement. In performing such services, Epiq will charge the Debtors the rates set forth in the Engagement Agreement.

5.      Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Epiq and its professional personnel:

(a)      are not creditors, equity security holders, or insiders of the Debtors;

(b)      are not and were not, within two (2) years before the date of the filing of this case, directors, officers, or employees of the Debtors; and

(c)      do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

6.     If Epiq's proposed retention is approved by the Court, Epiq will not accept any engagement or perform any service for any entity or person related to this case, other than the Debtors, without the prior approval of the Court.  Epiq may, however, provide professional services to entities or persons that may be creditors or parties in interest in this case, which services do not relate to, or have any direct connection with, this case or the Debtor.

7.     Epiq represents that:

(a)     it will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Administrative Advisor;

(b)     by accepting employment in the Chapter 11 Cases, Epiq waives any right to receive compensation from the United States government in its capacity as the Administrative Advisor;

(c)     in its capacity as the Administrative Advisor, Epiq will not be an agent of the United States and will not act on behalf of the United States; and

(d)     Epiq will not employ any past or present employees of the Debtors in connection with its work as the Administrative Advisor in the Chapter 11 Cases.

8.     In connection with the preparation of this Declaration, I caused to be submitted for review by Epiq's conflicts system the names of all known potential parties in interest (the "Potential Parties in Interest") in the Chapter 11 Cases.  The list of Potential Parties in Interest is attached hereto as **Schedule I**, and was provided by the Debtors and included, among other parties, the Debtors, the Debtors' non-Debtor affiliates, current and former directors and officers of the Debtors, the Debtors' secured creditors and other lenders, the Debtors' 30 largest unsecured creditors, on a consolidated basis, and other parties in interest in the Chapter 11 Cases.  The results of the conflict check were compiled and reviewed by Epiq professionals under my supervision. To the extent that Epiq's conflicts check has revealed that certain Potential Parties in Interest were current or former clients of Epiq, these parties have been identified on a list annexed hereto as

**Schedule II** (the "Client Match List").  At this time, and as set forth in further detail herein, Epiq is not aware of any connection that would present a disqualifying conflict of interest.  Epiq currently serves, or in the past may have served, in a neutral capacity as claims, noticing, balloting and/or solicitation agent for these parties or related parties.  However, given Epiq's neutral position as claims and noticing agent or administrative advisor in its cases, the Debtors' Chapter 11 Cases, or any other cases, Epiq does not view such relationship as a real or potential conflict.  Accordingly, to the best of my knowledge, Epiq and each of its employees are "disinterested persons," as that term is defined in Bankruptcy Code section 101(14), and neither Epiq nor any of its employees hold or represent an interest adverse to the Debtors' estates related to any matter for which Epiq will be employed.

9.      To the best of my knowledge, neither Epiq nor any of its personnel have any relationship with the Debtors that would impair Epiq's ability to serve as Administrative Advisor. I am not related or connected to, and, to the best of my knowledge, no other employees of Epiq are related or connected to any United States Bankruptcy Judge of the District of Delaware or the United States Trustee for the District of Delaware or to any employee in the offices thereof.  Epiq may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Epiq serves or has served in a neutral capacity as claims and noticing agent for another chapter 11 debtor.  To the best of my knowledge, such relationships are completely unrelated to the Chapter 11 Cases.  Epiq's personnel may have relationships with some of the Debtors' creditors or other parties-in-interest.  To the best of my knowledge, however, such relationships, to the extent they exist, are of a personal financial nature and completely unrelated to the Chapter 11 Cases.  Epiq has, and will continue to represent clients in matters unrelated to the Chapter 11 Cases.  In addition, Epiq has had, and will continue to have, relationships in the

ordinary course of its business with certain vendors, professionals, and other parties-in-interest that may be involved in the Debtors' Chapter 11 Cases in matters unrelated to the Chapter 11 Cases.

10.     Epiq is a wholly owned subsidiary of Epiq Systems, Inc., which is corporate parent to certain companies that provide integrated technology products and services to the legal profession for electronic discovery, class action settlements, financial transactions, chapter 7 and 13 bankruptcy, litigation, and regulatory compliance.  Given the legal and operational separateness of Epiq from its affiliates and the administrative nature of the services performed by such companies, Epiq does not believe that a conflict would arise solely from any relationship or claim of an Epiq affiliate or its corporate parent.

11.     Epiq Systems, Inc. is a wholly owned subsidiary of Document Technologies, LLC ("DTI"), a global legal process outsourcing company, which is an ultimate wholly owned subsidiary of DTI Topco, Inc. ("DTI Topco").  DTI Topco is a privately-held entity with majority ownership held by OMERS Administration Corporation ("OAC"), the administrator of the OMERS pension funds, and managed by OMERS Private Equity Inc. ("OPE", which together with OAC are referred to as "OMERS"), and funds managed by Harvest Partners, LP, ("Harvest") a leading private equity investment firm.

12.     None of Epiq's affiliates, including but not limited to OMERS and Harvest, are currently identified on the Potential Parties in Interest list.  However, the following disclosure is made out of an abundance of caution and in an effort to comply with the Bankruptcy Code and Bankruptcy Rules.

13.     Designees of OMERS and Harvest are members of the Board of Directors of DTI Topco ("Parent Board Designees").  No designees of OMERS or Harvest are members of the Board

of Directors of DTI or Epiq, or any other subsidiaries of DTI.  Further, Epiq has the following restrictions in place (collectively, the "Barrier"):  (i) prior to the Debtors commencing these Chapter 11 Cases, Epiq did not share the names or any other information identifying the Debtors with DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (ii) Epiq has not and will not furnish any material nonpublic information about the Debtors to DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (iii) no DTI, DTI Topco, OMERS or Harvest personnel, including the Parent Board Designees, work on Epiq client matters or have access to Epiq client information, client files, or client personnel; (iv) no DTI, DTI Topco, OMERS or Harvest personnel, including the Parent Board Designees, work in Epiq's offices; (v) other than the Parent Board Designees, Epiq operates independently from DTI, DTI Topco, OMERS and Harvest, including that it does not share any employees, officers or other management with OMERS or Harvest, has separate offices in separate buildings, and has separate IT systems; and (vi) no Epiq executive or employee is a director, officer or employee of OMERS or Harvest (or vice versa other than the Parent Board Designees).

14.    Epiq has searched the names of DTI, DTI Topco, OMERS and Harvest against the Debtors and the Potential Parties in Interest list provided by the Debtor.  Based solely on the foregoing search, Epiq has determined, to the best of its knowledge, that there are no connections. Because of any applicable securities laws and the fact that Epiq operates independently from DTI, DTI Topco, OMERS and Harvest, prior to the Petition Date, Epiq was unable to further investigate with either DTI, DTI Topco, OMERS or Harvest, to the extent necessary, any potential or actual connection between either OMERS or Harvest and the Debtors and the Potential Parties In Interest.

15.    In addition, after the Petition Date, Epiq requested that both OMERS and Harvest search the names of the Debtors against OMERS' and Harvest's respective private equity

investments. Based solely on the foregoing searches, Epiq has determined, to the best of its knowledge, that there are no connections. To the extent Epiq learns of any connections involving such entities and/or such investments with the Debtors, Epiq will promptly file a supplemental disclosure.

16.     Based on, among other things, the business separation between Epiq, OMERS and Harvest, and in light of the administrative nature of the services proposed to be performed by Epiq for the Debtors, Epiq believes that it does not hold or represent an interest adverse to the Debtor.

17.     To the extent that Epiq discovers any connection with any interested party or enters into any new relationship with any interested party, Epiq will promptly supplement its disclosure to the Court.

18.     Subject to the Court's approval, the Debtors have agreed to compensate Epiq for professional services rendered pursuant to section 327(a) of the Bankruptcy Code in connection with the Chapter 11 Cases according to the terms and conditions of the Engagement Agreement. As referenced in the Application and the Engagement Agreement, the Debtors and Epiq have agreed to a pricing schedule, which is attached to the Engagement Agreement. Payments are to be based upon the submission of Epiq's relevant applications in accordance with the U.S. Trustee Guidelines. Epiq may provide such services at the same rates to any other party in interest upon request.

19.     Before the Petition Date, the Debtors provided Epiq a retainer in the amount of $10,000.00, Epiq seeks to hold the retainer as security of payment of Epiq's final invoice for services rendered and expenses incurred pursuant to the Engagement Agreement.

20.     The services provided by Epiq will be administrative in nature, and Epiq will not provide services in the nature of legal representation and/or advice to the Debtor.

21.     Epiq was party to an agreement with XClaim Inc. ("Xclaim").  As of September 9, 2022, Epiq has terminated its agreement with Xclaim.  I also incorporate by reference the contents of the Epiq Response, relating to Epiq's relationship with Xclaim, *See* (Docket Number 12, Misc. Pro. No. 22-00401(MG) (Bankr. S.D.N.Y. August 25, 2022).  Neither Epiq nor its affiliates are party to any agreements where it/they receive(s) consideration in exchange for transferring information derived from its role as a claims agent under 28 U.S.C. § 156(c) to non-client third parties beyond the disclosed prior agreement with Xclaim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: December 16, 2022
       New York, New York

*/s/ Brian Hunt*
Brian Hunt
Consulting Director
Epiq Corporate Restructuring, LLC

## **SCHEDULE I**

### **Potential Parties in Interest**

**WINC, INC.**

*List of Potential Parties in Interest*

**Debtors**

Winc, Inc. (d/b/a Club W, Inc.)
BWSC, LLC
Winc Lost Poet, LLC

**Directors and Officers**

Brault, Carol
Delong, Patrick
Green, Erin
Joukovski, Laura
McFarlane, Geoffrey
Pinney, Alesia
Smith, Brian
Thompson, Mary Pat
Weng, Xiangwei

**Significant Equity Holders**

15 Angels II LLC
Bessemer Venture Partners VIII Institutional
   L.P.
Bessemer Venture Partners VIII L.P.
CFJ Palate Holdings LLC
Cool Japan Fund Inc.
Deer VIII & Co. L.P.
Deer VIII & Co. Ltd.
Dream Catcher Investments
Dreamer Pathway Limited (BVI)
GoBlue Ventures LLC
McFarlane, Geoffrey
Rice Wine Ventures LLC
Sake Ventures LLC
Shining Capital Holdings II L.P.
Shining Capital Management III Limited
Shiningwine Limited (BVI)
Smith, Brian
Wahoowa Ventures LLC
Weng, Xiangwei

**Debtors' Professionals**

Canaccord Genuity Group, Inc.
Epiq Corporate Restructuring, LLC
RPA Asset Management Services, LLC
Young Conaway Stargatt & Taylor, LLP

**Ordinary Course Professionals**

Latham & Watkins LLP
Holland & Hart LLP

**Banks/Lenders/UCC Lien
Parties/Administrative Agents**

Banc of California, N.A.

**Material Vendors and Contract
Counterparties**

American Stock Transfer & Trust Company,
   LLC
Artisan Brands, LLLP
Ascentis Corporation
Atelier Copain LLC (d/b/a Punchdown Cellars)
Avalara, Inc.
CompIntelligence, Inc.
CTF Clear Finance Technology Corp. (d/b/a
Clearco)
Eagles Stadium Operator, LLC
Field, Edward
Imperial Parking Industries Inc.
International Wines, Inc.
Konica Minolta Business Solutions U.S.A., Inc.
LangeTwins Wine Company, Inc.
Marketplace Selections, Incorporated
Miller Family Wine Company, LLC
National Merchants, Inc.
Oracle America, Inc.
Paypal, Inc. (d/b/a Braintree)
Philadelphia Eagles, LLC
Republic National Distributing Company, LLC
Synergy North America Inc.
T. Elenteny Holdings, LLC (d/b/a T. Elenteny
   Imports)
Terravant Wine Company, LLC
Testany, Inc.
The Bacchus Group Inc.
Weibel Incorporated
Young's Market Company, LLC
Zendesk, Inc.

**Landlords/Sublessees**

1515 Garnet Mine Road Holdings Limited
    Partnership
CCF PS Alla Owner, LLC
Columbia Business Center Partners L.P.
Last Mile Management
Rosenstein Henry, LLC
Squarespace, Inc.
Thrive Market, Inc.
West LA Alla Commonwealth, LLC
West LA Venture Commonwealth LLC

**Insurers/Brokers**

ACE American Insurance Company
Allied World Insurance Company
Axis Insurance Company
Endurance American Insurance Company
FIRST Insurance Funding
Guardian Life Insurance Company of America
IMA of Colorado, Inc.
Kaiser Permanente
Lloyds of London
National Union Fire Insurance Company of
    Pittsburgh, PA
The Continental Insurance Company
Transportation Insurance Company
Travelers Casualty and Surety Company of
    America
United Healthcare
Valley Forge Insurance Company
Woodruff-Sawyer & Co.

**Utilities**

AT&T, Inc.
Charter Communications (Spectrum)
Comcast Corp.
Waste Management of Pennsylvania, Inc.

**Top 30 Unsecured Creditors**

Meta Platforms, Inc
JF Hillebrand USA Inc. (dba Hillebrand)
FedEx Corporation
La Cantina Pizzolato S.R.L.
Landsberg
LangeTwins Family Winery & Vineyards
Famille Chaudière
Impact Tech, Inc.

SP Comino, LLC
Michlits Werner GmbH
Total Quality Logistics, LLC
Allegis Group Holdings, Inc. (Aerotek, Inc.)
Brex Inc.
Douglas R. Circle (dba Rancho Cañada de los
    Pinos)
Terravant/Summerland
Domo, Inc
8020 Consulting LLC
Conexus Search LLC
Google, Inc.
Power Digital Marketing, Inc.
Awesome OS, Inc. (Offsourcing, Inc.)
Atticus Publishing, LLC
Laffort USA, Inc.
Republic National Distributing Company of CA
    (RNDC CA)
Mendocino Wine Co.
Kaiser Consulting, LLC
Los Angeles Philharmonic Association
Datasite LLC
Vin-Global LLP
Toppan Merrill USA Inc.

**Governmental and Taxing Authorities**

Alabama Alcoholic Beverage Control Board
Alabama Department of Labor
Alabama Department of Revenue
Alabama Securities Commission
Alaska Department of Labor
Alaska Department of Revenue
Alaska Division of Banking & Securities
Alcohol & Marijuana Control Office
Alcohol and Tobacco Commission
Alcohol Beverage Control Bureau
Alcoholic Beverage Control Administration
Alcoholic Beverage Control Enforcement
Alcoholic Beverage Control Office
Alcoholic Beverage Law Enforcement
    Commission (ABLE)
Alcoholic Beverage Regulation Administration
Alcoholic Beverages Control Commission
Arizona Department of Finance and
    Administration
Arizona Department of Liquor Licenses and
    Control
Arizona Department of Revenue
Arkansas Department of Labor
Arkansas Securities Department

2

Bureau of Alcoholic Beverages and Lottery
   Operations
California Department of Toxic Substances
   Control
California Air Resources Board
California Board of Equalization
California Department Consumer Affairs
California Department of Alcoholic Beverage
   Control
California Department of Business Oversight
California Department of Conservation
California Department of Healthcare
California Department of Tax and Fee
   Administration
California Department of Water Resources
California Environmental Protection
California Franchise Tax Board
California Integrated Waste Management Board
California State Controller Office
California Unemployment Insurance
Centers for Disease Control & Prevention
Central District of California
City of Santa Monica, CA
Colorado Department of Labor and
   Employment
Colorado Department of Revenue
Colorado Department of Revenue-Liquor
   Enforcement Division
Colorado Division of Securities
Commonwealth of Massachusetts
Commonwealth of Puerto Rico Attorney
   General
Comptroller of Maryland
Connecticut Department of Consumer
   Protection
Connecticut Department of Labor
Connecticut Department of Revenue Services
Connecticut Securities and Business
Connecticut Commissioner of Revenue Services
Connecticut State Treasurer
Delaware Department of Justice
Delaware Department of Labor
Delaware Division of Revenue
Delaware Investor Protection Unit
Department of Liquor Control County of
   Hawaii
Department of Liquor Control County of Kauai
District of Columbia
District of Columbia Attorney General
District of Columbia Department of
   Employment Services

District of Columbia Treasurer
Division of Alcohol and Tobacco Control
Division of Alcoholic Beverages & Tobacco
Division of Commercial Licensing and
   Regulation Liquor Enforcement and
   Compliance
Division of Liquor Control
Division of Special Taxes
Eastern District of California
Eastern District of Pennsylvania
Environmental Protection Agency - Region 3
Environmental Protection Agency - Region 9
Federal Trade Commission
Florida Department of Labor
Florida Department of Revenue
Florida Division of Alcoholic Beverages and
   Tobacco
Florida Office of Financial Regulation
Georgia Department of Labor
Georgia Department of Revenue Alcohol &
   Tobacco Tax Division
Georgia Governor's Office
Guam Attorney General
Guam Department of Labor
Hawaii Department of Commerce
Hawaii Department of Labor and Industrial
   Relations
Hawaii Department of Taxation
Hawaii Securities Branch
Hawaii City & County of Honolulu
Hawaii County of Kauai
Hawaii County of Maui
Idaho Department of Labor
Idaho State Liquor Dispensary
Idaho State Tax Commission
Illinois Alcohol, Tobacco and Fuel Division
Illinois Chicago Department of Finance
Illinois Department of Labor
Illinois Department of Revenue
Illinois Liquor Control Commission
Illinois Securities Department
Indiana Department of Labor
Indiana Department of Revenue
Indiana Securities Division
Industrial Commission of Arizona
Iowa Alcoholic Beverages Division
Iowa Department of Revenue
Iowa Insurance Division
Iowa Workforce Development
Kansas Department of Labor

3

Kansas Department of Revenue Alcohol
    Beverage Control
Kansas Liquor Enforcement Tax
Kansas Miscellaneous Tax
Kansas Securities Commissioner
Kentucky Alcoholic Beverage Control
    Department
Kentucky Department of Revenue
Kentucky Labor Cabinet
Kentucky Securities Division
Louisiana Department of Revenue
Liquor Commission City and County of
    Honolulu
Louisiana Department of Revenue Alcohol and
    Tobacco Control Office
Louisiana Securities Division
Louisiana Workforce Commission
Maine Bureau of Alcoholic Beverages and
    Lottery Op
Maine Bureau Consumer Credit Protection
Maine Department of Labor
Maine Division of Liquor Licensing
Maine Liquor Licensing & Inspection Unit
Maine Office of Securities
Maine Revenue Services
Maryland Department of Labor
Maryland Field Enforcement Division
Maryland Office of the Comptroller
Maryland – Worcester County Liquor Control
    Board
Massachusetts Alcohol & Bev. Control
Massachusetts Department of Labor
Massachusetts Department of Revenue
Massachusetts Office of Consumer Affairs
Massachusetts Securities Division
Michigan Department of Licensing &
    Regulatory Affairs
Michigan Corporations, Securities
Michigan Department of Treasury
Michigan Liquor Control Commission
Michigan Workforce Development Agency
Middle District of Pennsylvania
Minnesota Department of Labor and Industry
Minnesota Department of Public Safety Alcohol
    and Gambling Enforcement Division
Minnesota Department of Revenue
Mississippi Department of Agriculture
Mississippi Department of Employment
    Security
Mississippi Securities Division
Mississippi State Tax Commission

Missouri Department of Labor
Missouri Department of Revenue
Montana Commissioner of Securities
Montana Department of Labor and Industry
Montana Department of Revenue
Montana Liquor License Bureau
Montana Office of Consumer Protection
Montgomery County Alcohol Beverage
    Services
Nebraska Department of Revenue
Nebraska Bureau of Securities
Nebraska Department of Labor
Nebraska Department of Revenue
Nebraska Liquor Control Commission
Negociado de Impuesto al Consumo
Nevada Consumer Affairs
Nevada Department of Taxation
Nevada Department of Taxation -Sales/Use
Nevada Office of the Labor Commissioner
New Hampshire Bureau of Securities
    Regulations
New Hampshire Department of Labor
New Hampshire Department of Revenue Admin
New Hampshire State Liquor Commission
New Jersey Bureau of Securities
New Jersey Department of Labor
New Jersey Department of Law and Public
    Safety Division of Alcoholic Beverage
    Control
New Jersey Department of the Treasury
New Mexico Department of Labor
New Mexico Regulation & Licensing
    Department
New Mexico Securities Division
New Mexico Taxation and Revenue
New York Department of Finance
New York Investor Protection Bureau
New York State Department of Labor
New York State Department of State
New York State Liquor Authority Division of
    Alcoholic Beverage Control
New York State Sales Tax Processing
North Carolina Alcoholic Beverage Control
    Commission
North Carolina Department of Labor
North Carolina Department of Revenue
North Carolina Department of Agriculture
North Carolina Department of Revenue
North Carolina Securities Division
North Dakota Department of Labor
North Dakota Office of State Tax

4

Commissioner
North Dakota Securities Department
North Dakota Tax Commissioner
Northern District of California
Northern Mariana Islands Attorney Gen
Occupational Safety & Health Admin.
Office of Secretary of State of California
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Alabama
Office of Secretary of State of Alaska
Office of Secretary of State of American Samoa
Office of Secretary of State of Arizona
Office of Secretary of State of Arkansas
Office of Secretary of State of California
Office of Secretary of State of Colorado
Office of Secretary of State of Connecticut
Office of Secretary of State of Delaware
Office of Secretary of State of District of
    Columbia
Office of Secretary of State of Florida
Office of Secretary of State of Georgia
Office of Secretary of State of Guam
Office of Secretary of State of Hawaii
Office of Secretary of State of Idaho
Office of Secretary of State of Illinois
Office of Secretary of State of Indiana
Office of Secretary of State of Iowa
Office of Secretary of State of Kansas
Office of Secretary of State of Kentucky
Office of Secretary of State of Louisiana
Office of Secretary of State of Maine
Office of Secretary of State of Maryland
Office of Secretary of State of Massachusetts
Office of Secretary of State of Michigan
Office of Secretary of State of Minnesota
Office of Secretary of State of Mississippi
Office of Secretary of State of Missouri
Office of Secretary of State of Montana
Office of Secretary of State of Nebraska
Office of Secretary of State of Nevada
Office of Secretary of State of New Hampshire
Office of Secretary of State of New Jersey
Office of Secretary of State of New Mexico
Office of Secretary of State of New York
Office of Secretary of State of North Carolina
Office of Secretary of State of North Dakota
Office of Secretary of State of Ohio
Office of Secretary of State of Oklahoma
Office of Secretary of State of Oregon
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Puerto Rico

(PDP)
Office of Secretary of State of Rhode Island
Office of Secretary of State of South Carolina
Office of Secretary of State of South Dakota
Office of Secretary of State of Tennessee
Office of Secretary of State of Texas
Office of Secretary of State of U.S. Virgin
    Islands
Office of Secretary of State of Utah
Office of Secretary of State of Vermont
Office of Secretary of State of Virginia
Office of Secretary of State of Washington
Office of Secretary of State of West Virginia
Office of Secretary of State of Wisconsin
Office of Secretary of State of Wyoming
Office of Tax and Revenue
Office of the Alcoholic Beverage Control
    Commissioner
Ohio Bureau of Employment Services
Ohio Department of Commerce
Ohio Department of Liquor Control
Ohio Department of Taxation
Ohio Division of Securities
Oklahoma Department of Consumer Credit
Oklahoma Department of Labor
Oklahoma Securities Commission
Oklahoma Tax Commission
Oregon Bureau of Labor and Industries
Oregon Department of Justice
Oregon Department of Revenue
Oregon Division of Financial Regulation
Oregon Liquor Control Commission
Pennsylvania Department of Banking
Pennsylvania Department of Revenue
Pennsylvania Department of Human
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pennsylvania Liquor Control Board
Pennsylvania Office of Attorney General
Pennsylvania State Treasury
Pension Benefit Guaranty Corp
Puerto Rico Department De Asuntos
Puerto Rico Department of Labor
Rhode Island Department of Business
Rhode Island Department of Labor and Training
Rhode Island Division of Taxation
Securities and Exchange Commission
Society for Corporate Governance
South Carolina Department of Labor
South Carolina Department of Revenue &
    Taxation

5

South Carolina Securities
South Dakota Department of Labor
South Dakota Department of Revenue
South Dakota Division of Insurance
Southern District of California
State of Alabama Attorney General
State of Alaska Attorney General
State of American Samoa Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California
State of California Attorney General
State of California Labor
State of Colorado Attorney General
State of Connecticut
State of Connecticut Attorney General
State of Delaware
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General

State of South Carolina Attorney General
State of South Dakota
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virgin Islands Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Liquor Control Board
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
Tennessee Alcoholic Beverage Commission
Tennessee Department of Commerce
Tennessee Department of Labor
Tennessee Department of Revenue
Tennessee Securities Division
Texas Alcoholic Beverage Commission
Texas Comptroller of Public Accounts
Texas State Comptroller
Texas State Securities Board
Texas Workforce Commission
U.S. Department of State
U.S. Dept Health & Human Services
U.S. Consumer Product Safety Commission
U.S. Customs and Border Protection
U.S. Department of Agriculture
U.S. Department of Justice
U.S. Department of the Treasury Alcohol and
    Tobacco Tax and Trade Bureau
U.S. Department of Treasury
U.S. Environmental Protection Agency
U.S. Food and Drug Administration
United States Department of Labor
United States Internal Revenue Service
United States Treasury
Utah Department of Alcoholic Beverage
    Control
Utah Department of Commerce
Utah Division of Securities
Utah Labor Commission
Utah State Tax Commission
Vermont Agency of Agriculture, Food
Vermont Department of Labor and Industry
Vermont Department of Taxes
Vermont Securities Division
Virgin Islands Department of Labor
Virgin Islands Department of Licensing
Virginia Alcoholic Beverage Control Authority

6

Virginia Department of Alcoholic Beverage
   Control
Virginia Department of Taxation
Virginia Division of Labor and Industry
Virginia Division of Securities & Retail
   Franchising
Washington Department of Labor and Industries
Washington Department of Revenue
Washington Securities Division
Washington State Department of Revenue
Washington State Liquor Control Board
Washington State Liquor and Cannabis Board
West Virginia Alcohol Beverage Control
   Commission Enforcement & Licensing
   Division
West Virginia Division of Labor
West Virginia Securities Commission
West Virginia State Tax Department
Western District of Pennsylvania
Wisconsin Alcohol & Tobacco Enforcement
Wisconsin Department of Agriculture
Wisconsin Department of Revenue
Wisconsin Department of Workforce
   Development
Wisconsin Division of Securities
Wyoming Department of Revenue
Wyoming Liquor Commission
Wyoming Liquor Division

Schepacarter, Richard
Vara, Andrew
Villagrana, David

**Bankruptcy Judges**

Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**

Buchbinder, David
Casey, Linda
Fox, Timothy J., Jr.
Hackman, Benjamin
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Richenderfer, Linda
Sarkessian, Juliet

29868066.6

**SCHEDULE II**

**Client Match List**

| Name | Relationship to Debtors |
|---|---|
| ACE American Insurance Company | Insurers/Brokers |
| Alabama Securities Commission | Governmental and Taxing Authorities |
| Allied World Insurance Company | Insurers/Brokers |
| AT&T, Inc. | Utilities |
| Avalara, Inc. | Material Vendors and Contract Counterparties |
| California Air Resources Board | Governmental and Taxing Authorities |
| California Board of Equalization | Governmental and Taxing Authorities |
| California Department of Toxic Substances Control | Governmental and Taxing Authorities |
| Charter Communications (Spectrum) | Utilities |
| Comcast Corp. | Utilities |
| Commonwealth of Massachusetts | Governmental and Taxing Authorities |
| Connecticut Department of Consumer Protection | Governmental and Taxing Authorities |
| District of Columbia | Governmental and Taxing Authorities |
| Endurance American Insurance Company | Insurers/Brokers |
| Environmental Protection Agency – Region 3 | Governmental and Taxing Authorities |
| Federal Trade Commission | Governmental and Taxing Authorities |
| FedEx | Top 30 Unsecured Creditors |
| Florida Office of Financial Regulation | Governmental and Taxing Authorities |
| Google, Inc. | Top 30 Unsecured Creditors |
| Illinois Liquor Control Commission | Governmental and Taxing Authorities |
| Indiana Department of Revenue | Governmental and Taxing Authorities |
| Indiana Securities Division | Governmental and Taxing Authorities |
| Kaiser Permanente | Insurers/Brokers |
| Konica Minolta Business Solutions U.S.A., Inc. | Material Vendors and Contract Counterparties |
| Lloyds of London | Insurers/Brokers |
| Maine Office of Securities | Governmental and Taxing Authorities |
| Montana Department of Revenue | Governmental and Taxing Authorities |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurers/Brokers |
| New Jersey Department of Labor | Governmental and Taxing Authorities |
| North Carolina Securities Division | Governmental and Taxing Authorities |
| Oracle America, Inc. | Material Vendors and Contract Counterparties |
| Oregon Department of Justice | Governmental and Taxing Authorities |
| Paypal, Inc. (d/b/a Braintree) | Material Vendors and Contract Counterparties |
| Pennsylvania Department of Labor and Industry | Governmental and Taxing Authorities |

| Pension Benefit Guaranty Corp. | Governmental and Taxing Authorities |
|---|---|
| Republic National Distributing Company of CA | Material Vendors and Contract Counterparties |
| Securities and Exchange Commission | Governmental and Taxing Authorities |
| State of California | Governmental and Taxing Authorities |
| State of Connecticut | Governmental and Taxing Authorities |
| State of Colorado Attorney General | Governmental and Taxing Authorities |
| State of Delaware | Governmental and Taxing Authorities |
| State of Delaware Attorney General | Governmental and Taxing Authorities |
| State of Florida Attorney General | Governmental and Taxing Authorities |
| State of Georgia Attorney General | Governmental and Taxing Authorities |
| State of Hawaii Attorney General | Governmental and Taxing Authorities |
| State of Illinois Attorney General | Governmental and Taxing Authorities |
| State of Maine Attorney General | Governmental and Taxing Authorities |
| State of Michigan | Governmental and Taxing Authorities |
| State of Mississippi Attorney General | Governmental and Taxing Authorities |
| State of New Jersey Attorney General | Governmental and Taxing Authorities |
| State of New Mexico Attorney General | Governmental and Taxing Authorities |
| State of New York Attorney General | Governmental and Taxing Authorities |
| State of Ohio Attorney General | Governmental and Taxing Authorities |
| State of Oregon Attorney General | Governmental and Taxing Authorities |
| State of South Carolina Attorney General | Governmental and Taxing Authorities |
| State of South Dakota | Governmental and Taxing Authorities |
| State of Tennessee Attorney General | Governmental and Taxing Authorities |
| State of Texas Attorney General | Governmental and Taxing Authorities |
| State of Washington Attorney General | Governmental and Taxing Authorities |
| Texas Alcoholic Beverage Commission | Governmental and Taxing Authorities |
| Texas Comptroller of Public Accounts | Governmental and Taxing Authorities |
| Texas State Securities Board | Governmental and Taxing Authorities |
| Texas Workforce Commission | Governmental and Taxing Authorities |
| The Continental Insurance Company | Insurers/Brokers |
| Travelers Casualty and Surety Company of America | Insurers/Brokers |
| U.S. Dept Health & Human Services | Governmental and Taxing Authorities |
| U.S. Department of Justice | Governmental and Taxing Authorities |
| U.S. Department of Treasury | Governmental and Taxing Authorities |
| U.S. Environmental Protection Agency | Governmental and Taxing Authorities |
| United Healthcare | Insurers/Brokers |
| United States Department of Labor | Governmental and Taxing Authorities |
| United States Internal Revenue Service | Governmental and Taxing Authorities |
| United States Treasury | Governmental and Taxing Authorities |
| Valley Forge Insurance Company | Insurers/Brokers |
| Washington Securities Division | Governmental and Taxing Authorities |
| Wisconsin Department of Agriculture | Governmental and Taxing Authorities |

29914928.3

| Young's Market Company, LLC | Material Vendors and Contract Counterparties |

29914928.3