**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals listed below via email only:

Young Conaway Stargatt & Taylor
Attn:   Michael R. Nestor, Matthew B. Lunn
        Allison S. Mielke
Email: mnestor@ycst.com
        mlunn@ycst.com
        amielke@ycst.com

Morris, Nichols, Arsht & Tunnell LLP
Attn:   Curtis S. Miller, Derek C. Abbott
Email: cmiller@mnat.com
        dabbott@mnat.com

Office of the United States Trustee
Attn:   Jane Leamy
Email: Jane.M.Leamy@usdoj.gov

Cooley LLP
Attn: Eric Walker
Email: ewalker@cooley.com

Pachulski Stang Ziehl & Jones LLP
Attn:   James E. O'Neill; Richard M. Pachulski
        Maxim B. Litvak
Email: joneill@pszjlaw.com
        rpachulski@pszjlaw.com
        mlitvak@pszjlaw.com

Dated: December 16, 2022

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)