# EXHIBIT D

**Parties in Interest**

**Debtors**

Winc, Inc. (d/b/a Club W, Inc.)
BWSC, LLC
Winc Lost Poet, LLC

**Directors and Officers**

Brault, Carol
Delong, Patrick
Green, Erin
Joukovski, Laura
McFarlane, Geoffrey
Pinney, Alesia
Smith, Brian
Thompson, Mary Pat
Weng, Xiangwei

**Significant Equity Holders**

15 Angels II LLC
Bessemer Venture Partners VIII Institutional L.P.
Bessemer Venture Partners VIII L.P.
CFJ Palate Holdings LLC
Cool Japan Fund Inc.
Deer VIII & Co. L.P.
Deer VIII & Co. Ltd.
Dream Catcher Investments
Dreamer Pathway Limited (BVI)
GoBlue Ventures LLC
McFarlane, Geoffrey
Rice Wine Ventures LLC
Sake Ventures LLC
Shining Capital Holdings II L.P.
Shining Capital Management III Limited
Shiningwine Limited (BVI)
Smith, Brian
Wahoowa Ventures LLC
Weng, Xiangwei

**Debtors' Professionals**

Canaccord Genuity Group, Inc.
Epiq Corporate Restructuring, LLC
RPA Asset Management Services, LLC
Young Conaway Stargatt & Taylor, LLP

**Banks/Lenders/UCC Lien Parties/Administrative Agents**

Banc of California, N.A.

**Material Vendors and Contract Counterparties**

American Stock Transfer & Trust Company, LLC
Artisan Brands, LLLP
Ascentis Corporation
Atelier Copain LLC (d/b/a Punchdown Cellars)
Avalara, Inc.
CompIntelligence, Inc.
CTF Clear Finance Technology Corp. (d/b/a Clearco)
Eagles Stadium Operator, LLC
Field, Edward
Imperial Parking Industries Inc.
International Wines, Inc.
Konica Minolta Business Solutions U.S.A., Inc.
LangeTwins Wine Company, Inc.
Marketplace Selections, Incorporated
Miller Family Wine Company, LLC
National Merchants, Inc.
Oracle America, Inc.
Paypal, Inc. (d/b/a Braintree)
Philadelphia Eagles, LLC
Republic National Distributing Company, LLC
Synergy North America Inc.
T. Elenteny Holdings, LLC (d/b/a T. Elenteny Imports)
Terravant Wine Company, LLC
Testany, Inc.
The Bacchus Group Inc.
Weibel Incorporated
Young's Market Company, LLC
Zendesk, Inc.

**Landlords/Sublessees**

1515 Garnet Mine Road Holdings Limited Partnership
CCF PS Alla Owner, LLC

Columbia Business Center Partners L.P.
Last Mile Management
Rosenstein Henry, LLC
Squarespace, Inc.
Thrive Market, Inc.
West LA Alla Commonwealth, LLC
West LA Venture Commonwealth LLC

**Insurers/Brokers**

ACE American Insurance Company
Allied World Insurance Company
Axis Insurance Company
Endurance American Insurance Company
FIRST Insurance Funding
Guardian Life Insurance Company of America
IMA of Colorado, Inc.
Kaiser Permanente
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, PA
The Continental Insurance Company
Transportation Insurance Company
Travelers Casualty and Surety Company of America
United Healthcare
Valley Forge Insurance Company
Woodruff-Sawyer & Co.

**Utilities**

AT&T, Inc.
Charter Communications (Spectrum)
Comcast Corp.
Waste Management of Pennsylvania, Inc.

**Top 30 Unsecured Creditors**

Meta Platforms, Inc
JF Hillebrand USA Inc. (dba Hillebrand)
FedEx Corporation
La Cantina Pizzolato S.R.L.
Landsberg
LangeTwins Family Winery & Vineyards
Famille Chaudière
Impact Tech, Inc.
SP Comino, LLC
Michlits Werner GmbH

29935340.5

Total Quality Logistics, LLC
Allegis Group Holdings, Inc. (Aerotek, Inc.)
Brex Inc.
Douglas R. Circle (dba Rancho Cañada de los Pinos)
Terravant/Summerland
Domo, Inc
8020 Consulting LLC
Conexus Search LLC
Google, Inc.
Power Digital Marketing, Inc.
Awesome OS, Inc. (Offsourcing, Inc.)
Atticus Publishing, LLC
Laffort USA, Inc.
Republic National Distributing Company of CA (RNDC CA)
Mendocino Wine Co.
Kaiser Consulting, LLC
Los Angeles Philharmonic Association
Datasite LLC
Vin-Global LLP
Toppan Merrill USA Inc.

**Governmental and Taxing Authorities**

Alabama Alcoholic Beverage Control Board
Alabama Department of Labor
Alabama Department of Revenue
Alabama Securities Commission
Alaska Department of Labor
Alaska Department of Revenue
Alaska Division of Banking & Securities
Alcohol & Marijuana Control Office
Alcohol and Tobacco Commission
Alcohol Beverage Control Bureau
Alcoholic Beverage Control Administration
Alcoholic Beverage Control Enforcement
Alcoholic Beverage Control Office
Alcoholic Beverage Law Enforcement Commission (ABLE)
Alcoholic Beverage Regulation Administration
Alcoholic Beverages Control Commission
Arizona Department of Finance and Administration
Arizona Department of Liquor Licenses and Control
Arizona Department of Revenue
Arkansas Department of Labor
Arkansas Securities Department
Bureau of Alcoholic Beverages and Lottery Operations
California Department of Toxic Substances   Control

California Air Resources Board
California Board of Equalization
California Department Consumer Affairs
California Department of Alcoholic Beverage Control
California Department of Business Oversight
California Department of Conservation
California Department of Healthcare
California Department of Tax and Fee Administration
California Department of Water Resources
California Environmental Protection
California Franchise Tax Board
California Integrated Waste Management Board
California State Controller Office
California Unemployment Insurance
Centers for Disease Control & Prevention
Central District of California
City of Santa Monica, CA
Colorado Department of Labor and Employment
Colorado Department of Revenue
Colorado Department of Revenue-Liquor Enforcement Division
Colorado Division of Securities
Commonwealth of Massachusetts
Commonwealth of Puerto Rico Attorney General
Comptroller of Maryland
Connecticut Department of Consumer Protection
Connecticut Department of Labor
Connecticut Department of Revenue Services
Connecticut Securities and Business
Connecticut Commissioner of Revenue Services
Connecticut State Treasurer
Delaware Department of Justice
Delaware Department of Labor
Delaware Division of Revenue
Delaware Investor Protection Unit
Department of Liquor Control County of Hawaii
Department of Liquor Control County of Kauai
District of Columbia
District of Columbia Attorney General
District of Columbia Department of Employment Services
District of Columbia Treasurer
Division of Alcohol and Tobacco Control
Division of Alcoholic Beverages & Tobacco
Division of Commercial Licensing and Regulation Liquor Enforcement and Compliance
Division of Liquor Control
Division of Special Taxes
Eastern District of California

Eastern District of Pennsylvania
Environmental Protection Agency - Region 3
Environmental Protection Agency - Region 9
Federal Trade Commission
Florida Department of Labor
Florida Department of Revenue
Florida Division of Alcoholic Beverages and Tobacco
Florida Office of Financial Regulation
Georgia Department of Labor
Georgia Department of Revenue Alcohol & Tobacco Tax Division
Georgia Governor's Office
Guam Attorney General
Guam Department of Labor
Hawaii Department of Commerce
Hawaii Department of Labor and Industrial Relations
Hawaii Department of Taxation
Hawaii Securities Branch
Hawaii City & County of Honolulu
Hawaii County of Kauai
Hawaii County of Maui
Idaho Department of Labor
Idaho State Liquor Dispensary
Idaho State Tax Commission
Illinois Alcohol, Tobacco and Fuel Division
Illinois Chicago Department of Finance
Illinois Department of Labor
Illinois Department of Revenue
Illinois Liquor Control Commission
Illinois Securities Department
Indiana Department of Labor
Indiana Department of Revenue
Indiana Securities Division
Industrial Commission of Arizona
Iowa Alcoholic Beverages Division
Iowa Department of Revenue
Iowa Insurance Division
Iowa Workforce Development
Kansas Department of Labor
Kansas Department of Revenue Alcohol Beverage Control
Kansas Liquor Enforcement Tax
Kansas Miscellaneous Tax
Kansas Securities Commissioner
Kentucky Alcoholic Beverage Control Department
Kentucky Department of Revenue
Kentucky Labor Cabinet
Kentucky Securities Division

Louisiana Department of Revenue
Liquor Commission City and County of Honolulu
Louisiana Department of Revenue Alcohol and Tobacco Control Office
Louisiana Securities Division
Louisiana Workforce Commission
Maine Bureau of Alcoholic Beverages and Lottery Op
Maine Bureau Consumer Credit Protection
Maine Department of Labor
Maine Division of Liquor Licensing
Maine Liquor Licensing & Inspection Unit
Maine Office of Securities
Maine Revenue Services
Maryland Department of Labor
Maryland Field Enforcement Division
Maryland Office of the Comptroller
Maryland – Worcester County Liquor Control Board
Massachusetts Alcohol & Bev. Control
Massachusetts Department of Labor
Massachusetts Department of Revenue
Massachusetts Office of Consumer Affairs
Massachusetts Securities Division
Michigan Department of Licensing & Regulatory Affairs
Michigan Corporations, Securities
Michigan Department of Treasury
Michigan Liquor Control Commission
Michigan Workforce Development Agency
Middle District of Pennsylvania
Minnesota Department of Labor and Industry
Minnesota Department of Public Safety Alcohol and Gambling Enforcement Division
Minnesota Department of Revenue
Mississippi Department of Agriculture
Mississippi Department of Employment Security
Mississippi Securities Division
Mississippi State Tax Commission
Missouri Department of Labor
Missouri Department of Revenue
Montana Commissioner of Securities
Montana Department of Labor and Industry
Montana Department of Revenue
Montana Liquor License Bureau
Montana Office of Consumer Protection
Montgomery County Alcohol Beverage Services
Nebraska Department of Revenue
Nebraska Bureau of Securities
Nebraska Department of Labor
Nebraska Department of Revenue

Nebraska Liquor Control Commission
Negociado de Impuesto al Consumo
Nevada Consumer Affairs
Nevada Department of Taxation
Nevada Department of Taxation -Sales/Use
Nevada Office of the Labor Commissioner
New Hampshire Bureau of Securities Regulations
New Hampshire Department of Labor
New Hampshire Department of Revenue Admin
New Hampshire State Liquor Commission
New Jersey Bureau of Securities
New Jersey Department of Labor
New Jersey Department of Law and Public Safety Division of Alcoholic Beverage Control
New Jersey Department of the Treasury
New Mexico Department of Labor
New Mexico Regulation & Licensing Department
New Mexico Securities Division
New Mexico Taxation and Revenue
New York Department of Finance
New York Investor Protection Bureau
New York State Department of Labor
New York State Department of State
New York State Liquor Authority Division of Alcoholic Beverage Control
New York State Sales Tax Processing
North Carolina Alcoholic Beverage Control Commission
North Carolina Department of Labor
North Carolina Department of Revenue
North Carolina Department of Agriculture
North Carolina Department of Revenue
North Carolina Securities Division
North Dakota Department of Labor
North Dakota Office of State Tax Commissioner
North Dakota Securities Department
North Dakota Tax Commissioner
Northern District of California
Northern Mariana Islands Attorney Gen
Occupational Safety & Health Admin.
Office of Secretary of State of California
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Alabama
Office of Secretary of State of Alaska
Office of Secretary of State of American Samoa
Office of Secretary of State of Arizona
Office of Secretary of State of Arkansas
Office of Secretary of State of California
Office of Secretary of State of Colorado

Office of Secretary of State of Connecticut
Office of Secretary of State of Delaware
Office of Secretary of State of District of Columbia
Office of Secretary of State of Florida
Office of Secretary of State of Georgia
Office of Secretary of State of Guam
Office of Secretary of State of Hawaii
Office of Secretary of State of Idaho
Office of Secretary of State of Illinois
Office of Secretary of State of Indiana
Office of Secretary of State of Iowa
Office of Secretary of State of Kansas
Office of Secretary of State of Kentucky
Office of Secretary of State of Louisiana
Office of Secretary of State of Maine
Office of Secretary of State of Maryland
Office of Secretary of State of Massachusetts
Office of Secretary of State of Michigan
Office of Secretary of State of Minnesota
Office of Secretary of State of Mississippi
Office of Secretary of State of Missouri
Office of Secretary of State of Montana
Office of Secretary of State of Nebraska
Office of Secretary of State of Nevada
Office of Secretary of State of New Hampshire
Office of Secretary of State of New Jersey
Office of Secretary of State of New Mexico
Office of Secretary of State of New York
Office of Secretary of State of North Carolina
Office of Secretary of State of North Dakota
Office of Secretary of State of Ohio
Office of Secretary of State of Oklahoma
Office of Secretary of State of Oregon
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Puerto Rico (PDP)
Office of Secretary of State of Rhode Island
Office of Secretary of State of South Carolina
Office of Secretary of State of South Dakota
Office of Secretary of State of Tennessee
Office of Secretary of State of Texas
Office of Secretary of State of U.S. Virgin Islands
Office of Secretary of State of Utah
Office of Secretary of State of Vermont
Office of Secretary of State of Virginia
Office of Secretary of State of Washington
Office of Secretary of State of West Virginia

Office of Secretary of State of Wisconsin
Office of Secretary of State of Wyoming
Office of Tax and Revenue
Office of the Alcoholic Beverage Control Commissioner
Ohio Bureau of Employment Services
Ohio Department of Commerce
Ohio Department of Liquor Control
Ohio Department of Taxation
Ohio Division of Securities
Oklahoma Department of Consumer Credit
Oklahoma Department of Labor
Oklahoma Securities Commission
Oklahoma Tax Commission
Oregon Bureau of Labor and Industries
Oregon Department of Justice
Oregon Department of Revenue
Oregon Division of Financial Regulation
Oregon Liquor Control Commission
Pennsylvania Department of Banking
Pennsylvania Department of Revenue
Pennsylvania Department of Human
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pennsylvania Liquor Control Board
Pennsylvania Office of Attorney General
Pennsylvania State Treasury
Pension Benefit Guaranty Corp
Puerto Rico Department De Asuntos
Puerto Rico Department of Labor
Rhode Island Department of Business
Rhode Island Department of Labor and Training
Rhode Island Division of Taxation
Securities and Exchange Commission
Society for Corporate Governance
South Carolina Department of Labor
South Carolina Department of Revenue & Taxation
South Carolina Securities
South Dakota Department of Labor
South Dakota Department of Revenue
South Dakota Division of Insurance
Southern District of California
State of Alabama Attorney General
State of Alaska Attorney General
State of American Samoa Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General

State of California
State of California Attorney General
State of California Labor
State of Colorado Attorney General
State of Connecticut
State of Connecticut Attorney General
State of Delaware
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General
State of South Carolina Attorney General
State of South Dakota
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General

State of Utah Attorney General
State of Vermont Attorney General
State of Virgin Islands Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Liquor Control Board
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
Tennessee Alcoholic Beverage Commission
Tennessee Department of Commerce
Tennessee Department of Labor
Tennessee Department of Revenue
Tennessee Securities Division
Texas Alcoholic Beverage Commission
Texas Comptroller of Public Accounts
Texas State Comptroller
Texas State Securities Board
Texas Workforce Commission
U.S. Department of State
U.S. Dept Health & Human Services
U.S. Consumer Product Safety Commission
U.S. Customs and Border Protection
U.S. Department of Agriculture
U.S. Department of Justice
U.S. Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau
U.S. Department of Treasury
U.S. Environmental Protection Agency
U.S. Food and Drug Administration
United States Department of Labor
United States Internal Revenue Service
United States Treasury
Utah Department of Alcoholic Beverage Control
Utah Department of Commerce
Utah Division of Securities
Utah Labor Commission
Utah State Tax Commission
Vermont Agency of Agriculture, Food
Vermont Department of Labor and Industry
Vermont Department of Taxes
Vermont Securities Division
Virgin Islands Department of Labor
Virgin Islands Department of Licensing
Virginia Alcoholic Beverage Control Authority
Virginia Department of Alcoholic Beverage Control
Virginia Department of Taxation

Virginia Division of Labor and Industry
Virginia Division of Securities & Retail Franchising
Washington Department of Labor and Industries
Washington Department of Revenue
Washington Securities Division
Washington State Department of Revenue
Washington State Liquor Control Board
Washington State Liquor and Cannabis Board
West Virginia Alcohol Beverage Control Commission Enforcement & Licensing Division
West Virginia Division of Labor
West Virginia Securities Commission
West Virginia State Tax Department
Western District of Pennsylvania
Wisconsin Alcohol & Tobacco Enforcement
Wisconsin Department of Agriculture
Wisconsin Department of Revenue
Wisconsin Department of Workforce Development
Wisconsin Division of Securities
Wyoming Department of Revenue
Wyoming Liquor Commission
Wyoming Liquor Division


**Ordinary Course Professionals**

Latham & Watkins LLP
Holland & Hart LLP

**Bankruptcy Judges**

Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**

Buchbinder, David
Casey, Linda
Fox, Timothy J., Jr.
Hackman, Benjamin

29935340.5

Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Vara, Andrew
Villagrana, David

29935340.5