IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.* | Case No. 22-11238 (LSS)<br>(Jointly Administered) |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Justin A. Kesselman, of ArentFox Schiff LLP, 800 Boylston Street, 32nd Floor, Boston, MA 02199 to represent the Official Committee of Unsecured Creditors in this action.

*/s/ Mary Augustine*
Mary Augustine (DE No. 4477)
**A.M. SACCULLO LEGAL, LLC**
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Meg@saccullolegal.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.
Dated: December 16, 2022

*/s/ Justin A. Kesselman*
Justin A. Kesselman, Esq.
**ARENTFOX SCHIFF LLP**
Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6100
Facsimile: (617) 367-2315
Email: justin.kesselman@afslaw.com

### ORDER GRANTING MOTION
IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.