**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 22, 2022 AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON.** ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS. PARTIES MAY **OBSERVE** THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN DECEMBER 22, 2022 AT 8:00 A.M. (ET).
>
> https://debuscourts.zoomgov.com/meeting/register/vJItfuytpjgpE6ojZH6LfiOC7ulCI0KUkrg
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Determining that the Prepetition Secured Lender is Adequately Protected; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 14; 12/2/22]

    Related Pleadings:

    a) Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [D.I. 44; 12/7/22]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

    b)    Notice of Entry of Interim Order and Final Hearing [D.I. 45; 12/7/22]

Objection Deadline: December 15, 2022 at 4:00 p.m. (ET) *[Extended to 12:00 p.m. (ET) on December 21, 2022 solely for the Official Committee of Unsecured Creditors (the "Committee")]*

Objections/Informal Responses: None.

Status: This matter will go forward on a further interim basis, and the Debtors will file a further interim order in advance of the hearing. The Debtors, their lenders, and the Committee have agreed to adjourn this matter to the hearing scheduled for January 6, 2022 at 2:00 p.m. (ET) for consideration on a final basis.

2. Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [D.I. 47; 12/7/22]

Related Pleadings:

    a)    Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period for the Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreement, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [D.I. 50; 12/8/22]

Objection Deadline: December 16, 2022 at 4:00 p.m. (ET) *[Extended to 12:00 p.m. (ET) on December 21, 2022 solely for the Committee]*

Objections/Informal Responses: None.

Status: This matter is going forward. The Debtors will file a declaration in support of the motion in advance of the hearing.

| | | |
|---|---|---|
| Dated: | December 20, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       mlunn@ycst.com<br>       amielke@ycst.com<br>       jbrooks@ycst.com<br>       sborovinskaya@ycst.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |