**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## SKYBOX PERFORMANCE MARKETING LLC'S
## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (as amended, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") hereby appears as counsel to Skybox Performance Marketing LLC d/b/a Leads-IQ ("Skybox") in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

Kevin M. Capuzzi
Juan E. Martinez
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
jmartinez@beneschlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899), and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkley Street, Studio 3, Santa Monica, CA 90404.

PLEASE TAKE FURTHER NOTICE that, pursuant to sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance or any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Skybox's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Skybox is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved

Dated: December 21, 2022
     Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

_____ */s/ Kevin M. Capuzzi* _____
Kevin M. Capuzzi (DE No. 5462)
Juan E. Martinez (DE No. 6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:  kcapuzzi@beneschlaw.com
     jmartinez@beneschlaw.com

*Counsel to Skybox Performance Marketing LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. Capuzzi, hereby certify that on December 21, 2022, a true and correct copy of the *Skybox Performance Marketing LLC's Notice of Appearance and Request for Service of Papers* was served to all parties of record via CM/ECF.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
