# **EXHIBIT 1**

**Revised Approved Budget**

**Winc, Inc.**
**Proposed DIP Budget**
*as of 12/21/22*

*CONFIDENTIAL DRAFT*
*SUBJECT TO MATERIAL REVISION*

|  | Week-Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *($, 000s)* | *Actual 12/9* | *Actual 12/16* | 12/23 | 12/30 | 1/6 | 1/13 | 1/20 | Total |
| DTC Receipts | *$739* | *$718* | $520 | $560 | $560 | $480 | $500 | $4,077 |
| Wholesale Receipts | *188* | *406* | 200 | 320 | 320 | 320 | 320 | 2,074 |
| Bulk Sales & Other | *204* | *4* | - | 298 | - | - | - | 506 |
| Total Receipts | *$1,131* | *$1,128* | $720 | $1,178 | $880 | $800 | $820 | $6,657 |
| Inventory Expenses | - | *($453)* | ($950) | ($404) | ($855) | ($855) | ($855) | ($4,371) |
| Selling Costs | *(305)* | *(426)* | (175) | (150) | (530) | (125) | (275) | (1,986) |
| Payroll (incl Temp) | *(45)* | *(297)* | (205) | (310) | (45) | (310) | (45) | (1,257) |
| Rent | - | - | (131) | - | (100) | - | - | (231) |
| Insurance | *(13)* | *(15)* | (22) | (35) | (35) | - | - | (119) |
| G&A & Other | *(66)* | *(326)* | (126) | (279) | (208) | (287) | (205) | (1,497) |
| Total Disbursements | *($429)* | *($1,517)* | ($1,609) | ($1,178) | ($1,772) | ($1,577) | ($1,379) | ($9,461) |
| **Operating Cash Flow** | ***$702*** | ***($388)*** | **($889)** | **($1)** | **($892)** | **($777)** | **($559)** | **($2,803)** |
| Debtor Professionals | *(10)* | - | - | - | - | - | - | (10) |
| UCC, 1L Prof. & US Trustee | - | - | - | - | - | - | - | - |
| 503(b)(9) & Other Misc | - | - | (50) | (50) | (50) | (50) | - | (200) |
| Other Restructuring Related | - | - | - | - | - | - | - | - |
| Total Restructuring Costs | *($10)* | - | ($50) | ($50) | ($50) | ($50) | - | ($210) |
| **Net Cash Flow** | ***$692*** | ***($388)*** | **($939)** | **($51)** | **($942)** | **($827)** | **($559)** | **($3,013)** |
| **Beginning Cash Balance** | ***$960*** | ***$3,317*** | **$2,592** | **$1,239** | **$778** | **$822** | **$1,082** | **$960** |
| Net Cash Flow | *692* | *(388)* | (939) | (51) | (942) | (827) | (559) | (3,013) |
| Professional Fee Escrow | *(336)* | *(337)* | (413) | (410) | (515) | (413) | (411) | (2,835) |
| DIP Draws/Repayments | *2,000* | - | - | - | 1,500 | 1,500 | - | 5,000 |
| **Ending Cash Balance** | ***$3,317*** | ***$2,592*** | **$1,239** | **$778** | **$822** | **$1,082** | **$112** | **$112** |

**Professional Fee Accruals & US Trustee Fees**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| *Debtor Professionals Fees* | *($290)* | *($300)* | *($300)* | *($300)* | *($400)* | *($300)* | *($300)* | *($2,190)* |
| *UCC Fees* | *(25)* | *(25)* | *(80)* | *(80)* | *(80)* | *(80)* | *(80)* | *(450)* |
| *1L Professionals* | *-* | *-* | *(20)* | *(20)* | *(20)* | *(20)* | *(20)* | *(100)* |
| *US Trustee Fees* | *(21)* | *(12)* | *(13)* | *(10)* | *(15)* | *(13)* | *(11)* | *(94)* |
| *Total* | *($336)* | *($337)* | *($413)* | *($410)* | *($515)* | *($413)* | *($411)* | *($2,834)* |

*\*Fees and expenses for the DIP Lender associated with the DIP shall accrue and be paid in accordance with the terms of the DIP Order.*