# SCHEDULE A

| Event | Date |
|---|---|
| Service of Sale Notice (as defined below) | **Two (2) business days after the entry of the Bidding Procedures Order** |
| Bid Deadline | **January 9, 2023 at 12:00 p.m. (ET)** |
| Sale Objection Deadline (as defined below) | **January 9, 2023 at 4:00 p.m. (ET)** |
| Auction (if applicable) | **January 11, 2023 at 10:00 a.m. (ET)** |
| Sale Hearing | **January 17, 2023 at 2:00 p.m. (ET) (or such later time as the Debtors may be heard)** |
| Sale Closing | **No later than January 20, 2023** |

29956068.5