# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | |
|  | **Ref. Docket No. 74** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 22, 2022 at 10:00 a.m. (ET)," dated December 20, 2022 [Docket No. 74], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Angharad Bowdler</i><br>
Angharad Bowdler

Sworn to before me this
21st day of December, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

WINC, INC., et al. Case No. 22-11238 (LSS)
Electronic Mail Service - Top 30

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | Ams@Saccullolegal.com<br>Mark@Saccullolegal.com<br>Meg@Saccullolegal.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com;<br>Justin.kesselman@afslaw.com;<br>James.britton@afslaw.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com;<br>legal@bancofcal.com |
| BUCHALTER | wschoenholz@buchalter.com;<br>crowe@buchalter.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com;<br>dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com;<br>mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov;<br>bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov;<br>jane.m.leamy@usdoj.com |