# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) ) ) | Case No. 22-11238 (LSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 60-65 & 67** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2022, I caused to be served the

   a. "Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals," dated December 16, 2022 [Docket No. 60], (the "Interim Comp Motion"),

   b. "Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2," dated December 16, 2022 [Docket No. 61], (the "OCP Motion"),

   c. "Debtors' First Omnibus Motion for Entry of an Order Authorizing (I) Rejection of (A) Certain Unexpired Leases of Nonresidential Real Property and (B) Certain Executory Contracts Effective as of the Rejection Dates and (II) Abandonment of Any Remaining Property Located at the Premises," dated December 16, 2022 [Docket No. 62], (the "Rejection Motion"),

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

    d. "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date," dated December 16, 2022 [Docket No. 63], (the "YCST Retention App"),

    e. "Debtors' Application for Entry of an Order Authorizing the Employment and Retention of RPA Asset Management Services, LLC as Financial Advisor to the Debtors, Effective as of the Petition Date," dated December 16, 2022 [Docket No. 64], (the "RPA Retention App"),

    f. "Debtors' Application for Authorization to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date," dated December 16, 2022 [Docket No. 65], (the "Epiq Retention App"), and

    g. "Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Canaccord Genuity LLC as Investment Banker for the Debtors, Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-2(d)," dated December 16, 2022 [Docket No. 67], (the "Canaccord Retention App"),

by causing true and correct copies of the:

    i. Rejection Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. Interim Comp Motion, OCP Motion, Rejection Motion, YCST Retention App, RPA Retention App, Epiq Retention App & Canaccord Retention App to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. OCP Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv. Interim Comp Motion, OCP Motion, Rejection Motion, YCST Retention App, RPA Retention App, Epiq Retention App & Canaccord Retention App to be delivered via electronic mail to those parties listed on the annexed Exhibit D, and

    v. Rejection Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
20th day of December, 2022
/s/ *Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 1745 BERKELEY, LLC | C/O LEE & ASSOCIATES LOS ANGLES WEST INC., ATTN: DAVID WILSON, 1508 17TH ST. SANTA MONICA CA 90404 |
| BERO, STEVEN | ADDRESS AVAILABLE UPON REQUEST |
| BROADRIDGE INVESTOR COMMUNICATION | SOLUTIONS INC. 51 MERCEDES WAY EDGEWOOD NY 11717 |
| CUBE PLANNING, INC. | 12405 VENICE BLVD., #1 LOS ANGELES CA 90066 |
| ICR, LLC | ATTN: JOHN SORENSEN 761 MAIN AVENUE NORWALK CT 06851 |
| JLT CONSULTING SERVICES LLC | 39516 GLENN GLADE CHAPEL HILL NC 27517 |
| KONICA MINOLTA BUSINESS SOLUTIONS | U.S.A., INC.; D/B/A KONICA MINOLTA PREMIER FINANCE; 100 WILLIAMS DRIVE RAMSEY NJ 07446 |
| OLIVIA BACON | ADDRESS AVAILABLE UPON REQUEST |
| POWER DIGITAL MARKETING, INC. | 2251 SAN DIEGO AVENUE SUITE A250 SAN DIEGO CA 92110 |
| ROSENSTEIN HENRY, LLC | C/O LEE & ASSOCIATES LOS ANGELES WEST, INC., 1508 17TH ST. SANTA MONICA CA 90404 |
| SQUARESPACE, INC. | 225 VARICK ST., 12TH FLOOR NEW YORK NY 10014 |
| THRIVE MARKET INC. | LEGAL DEPARTMENT 5340 ALLA RD., STE. 108 LOS ANGELES CA 90066 |
| THRIVE MARKET, INC. | C/O RUTAN & TUCKER LLP ATTN: TONI AGAJANIAN 18575 JAMBOREE RD., SUITE 900 IRVINE CA 92612 |
| WEST LA ALLA COMMONWEALTH, LLC | C/O UNITED AGENT GROUP INC. 3411 SILVERSIDE RD; TATNALL BLDG #104 WILMINGTON DE 19810 |

**Total Creditor count  14**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 8020 CONSULTING LLC | ATTN DAVID LEWIS, CEO 6303 OWENSMOUTH AVE, 10TH FL WOODLAND HILLS CA 91367 |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | ATTN THOMAS KELLY, PRESIDENT 7301 PARKWAY DR HANOVER MD 21076 |
| ATTICUS PUBLISHING, LLC | ATTN DUNCAN PENN, OWNER 2004 FORD ST AUSTIN TX 78704 |
| AWESOME OS, INC (OFFSOURCING, INC) | ATTN HELEN LEE 8605 SANTA MONICA BLVD, 30540 LOS ANGELES CA 90069 |
| BANC OF CALIFORNIA, NA | ATTN MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BREX INC | 12832 S FRONTRUNNER BLVD, STE 500 DRAPER UT 84020-5757 |
| BREX INC | ATTN GAVIN CLEAVELAND, PRESIDENT 153 TOWNSEND ST SAN FRANCISCO CA 94107 |
| BUCHALTER | (COUNSEL TO PREPETITION LENDERS) ATTN WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BLVD, STE 1500 LOS ANGELES CA 90017-1730 |
| CONEXUS SEARCH LLC | ATTN STEPHEN FINGAL, OWNER 5151 CALIFORNIA AVE, STE 100 IRVINE CA 92617 |
| COOLEY LLP | (COUNSEL TO DIP LENDERS) ATTN ERIC E WALKER 110 N WACKER DR, STE 4200 CHICAGO IL 60606 |
| DATASITE LLC | ATTN RICK ATTERBUNY, PRESIDENT & CEO 733 S MARQUETTE AVE, STE 600 MINNEAPOLIS MN 55402 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| DOMO, INC | ATTN JOHN F MELLO, CEO, DIRECTOR 772 E UTAH VALLEY DR AMERICAN FORK UT 84003 |
| DOUGLAS R CIRCLE | (DBA RANCHO CANADA DE LOS PINOS) 1006 SEGOVIA CIRCLE PLACENTIA CA 92870 |
| FAMILLE CHAUDIERE | 1365 B ROUTE DE FLASSAN 84570 MORMOIRON FRANCE |
| FED-EX | FED-EX ERS ATTN RAJESH SUBRAMANIAM, PRESIDENT CHIEF EXECUTIVE OFFICER AND DIRECTOR PO BOX 371741 PITTSBURGH PA 15250-7741 |
| FED-EX | FEDEX CORPORATION 942 SHADY GROVE RD S MEMPHIS TN 38120-4117 |
| GOOGLE, INC | GOOGLE HQ 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW CA 94043 |
| GOOGLE, INC | DEPT 33654 PO BOX 39000 SAN FRANCISCO CA 94139 |
| IMPACT TECH, INC | ATTN ALYSSA HROMADADAY, PRESIDENT 223 E DE LA GUERRA SANTA BARBARA CA 93101 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| JF HILLEBRAND USA INC | (DBA HILLEBRAND) 2147 STATE ROUTE 27, STE 401 EDISON NJ 08817-3395 |
| JF HILLEBRAND USA INC (DBA HILLEBRAND) | ATTN ALLISON GREINER, VP 1600 ST GEORGES AVE, STE 301 RAHWAY NJ 07065 |
| KAISER CONSULTING, LLC | ATTN SARAH KAISER, OWNER 34 GRACE DR POWELL OH 43065 |
| KAISER CONSULTING, LLC | 818 RIVERBEND AVE POWELL OH 43065-7067 |
| LA CANTINA PIZZOLATO S.R.L. | VIA IV NOVEMBRE 12 - 31020 VILLORBA (TV) ITALY |
| LAFFORT USA , INC | ATTN SHAUN RICHARDSON 1460 CADER LN, STE C PETALUMA CA 94954 |
| LANDSBERG - BWSC | PO BOX 101144 PASADENA CA 91189-1144 |
| LANGETWINS FAMILY WINERY & VINEYARDS | ATTN MARISSA LANGE, PRESIDENT 1525 E JAHANT RD ACAMPO CA 95220 |
| LOS ANGELES PHILHARMONIC ASSOC | ATTN STEFANIE SPRESTER 151 S GRAND AVE LOS ANGELES CA 90012-3034 |
| MENDOCINO WINE CO | ATTN JEFF MASON, PRESIDENT 501 PARDUCCI RD UKIAH CA 95482 |
| META PLATFORMS, INC | FACEBOOK, INC ATTN ACCOUNTS RECEIVABLE MARK ZUCKERBERG, CHAIRMAN & CEO 15161 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| META PLATFORMS, INC | 1601 WILLOW RD MENLO PARK CA 94025-1452 |
| MICHLITS WERNER GMBH | ATTN WERNER MICHLITS, MANAGING DIRECTOR HAUPTSTRASSE 86 A-715 PAMHAGEN AUSTRIA |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| POWER DIGITAL MARKETING, INC | 2251 SAN DIEGO AVE, STE A250 SAN DIEGO CA 92110 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF | CA (RNDC CA), REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CALIFORNIA (RNDC CA) ATTN DONNIE MILLER, DIRECTOR 14402 FRANKLIN AVE TUSTIN CA 92780 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |

| Claim Name | Address Information |
|---|---|
| SP COMINO, LLC | 855 BORDEAUX WAY, STE 210 NAPA CA 94558-7568 |
| SP COMINO, LLC | 635 BROADWAY, 2ND FL SONOMA CA 95476 |
| TERRAVANT/SUMMERLAND - BWSC | ACF FINCO I LP FBO TERRAVANT WINE COMPANY TERRAVANT WINE COMPANY BWSC PO BOX 845658 LOS ANGELES CA 90084-5658 |
| TERRAVANT/SUMMERLAND - BWSC | 70 INDUSTRIAL WAY BUELLTON CA 93427 |
| TOPPAN MERRILL USA INC | 747 THIRD AVE, 7TH FL NEW YORK NY 10017 |
| TOTAL QUALITY LOGISTICS, LLC | ATTN KERRY BYRNE, PRESIDENT PO BOX 799 MILFORD OH 45150 |
| TOTAL QUALITY LOGISTICS, LLC | 4289 IVY POINTE BLVD CINCINNATI OH 45245 |
| US TRUSTEE | ATTN JANE LEAMY 844 KING STREET, STE 2207 WILMINGTON DE 19801 |
| VIN-GLOBAL LLP | 4501 MANATEE AVE W, STE 314 BRADENTON FL 34209 |

**Total Creditor count  51**

**EXHIBIT C**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOLLAND & HART, LLP | 555 17TH ST., STE. 3200 DENVER CO 80202 |
| LATHAM & WATKINS LLP | 650 TOWN CENTER DRIVE, 20TH FLR ORANGE COUNTY CA 92626 |

**Total Creditor count  2**

# EXHIBIT D

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail Service - Core/Top 30

| Creditor Name | Email |
|---|---|
| 8020 CONSULTING LLC | accounting@8020consulting.com |
| ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) | aerotek_regional_efts@aerotek.com |
| A.M. SACCULLO LEGAL LLC | mark@saccullolegal.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com; Justin.kesselman@afslaw.com; James.britton@afslaw.com |
| ATTICUS PUBLISHING, LLC | duncanpenn@gmail.com |
| AWESOME OS, INC. (OFFSOURCING, INC) | billing@awesomeos.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BREX INC. | support@brex.com |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| CONEXUS SEARCH LLC | accounting@conexusrecruiting.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DATASITE LLC | arremitbackup@datasite.com |
| DOMO, INC | pr@domo.com; info@domo.com |
| DOUGLAS R. CIRCLE (DBA RANCHO CANADA DE LOS PINOS) | accounting@circlevision.com |
| FAMILLE CHAUDIERE | laurence@chateaupesquie.com |
| IMPACT TECH, INC. | breena.beckett@impact.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JF HILLEBRAND USA INC. (DBA HILLEBRAND) | d.surujnauth@hillebrand.com |
| KAISER CONSULTING, LLC | billing@kaiserconsulting.com |
| LA CANTINA PIZZOLATO S.R.L. | logistica@lacantinapizzolato.com |
| LAFFORT USA , INC | laffortusa@laffort.com |
| LANDSBERG - BWSC | bankdeposits@ororagroup.com |
| LANGETWINS FAMILY WINERY & VINEYARDS | kschopp@langetwins.com |
| LOS ANGELES PHILHARMONIC ASSOC | ichan@laphil.org |
| MENDOCINO WINE CO | janf@mendocinowineco.com |
| META PLATFORMS, INC | payment@fb.com |
| MICHLITS WERNER GMBH | office@meinklang.at |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| POWER DIGITAL MARKETING, INC. | ar@powerdigital.com |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CA (RNDC CA) | brian.roberts@rndc-usa.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |

| Creditor Name | Email |
|---|---|
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| SP COMINO, LLC | kelly@swgnapa.com |
| SP COMINO, LLC | kelly@swgnapa.com |
| TERRAVANT/SUMMERLAND - BWSC | ap@summerlandwb.com |
| TOPPAN MERRILL USA INC. | usarremittance@toppanmerrillllc.com |
| TOTAL QUALITY LOGISTICS, LLC | apayments@tql.com |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| VIN-GLOBAL LLP | accounting@weshipexpress.com |

# EXHIBIT E

WINC, INC., *et al* . - Case No. 22-11238 (LSS)
Electronic Service - Contract Parties

| Contract Party | Email Address |
|---|---|
| BROADRIDGE INVESTOR COMMUNICATION | fred.wenze@broadridge.com |
| ICR, LLC | legal@icrinc.com |
| JLT CONSULTING SERVICES LLC | joelthomas@me.com |
| KONICA MINOLTA BUSINESS SOLUTIONS | financear@allcovered.com |
| POWER DIGITAL MARKETING | connor@powerdigital.com |
| POWER DIGITAL MARKETING | kira@powerdigital.com |
| POWER DIGITAL MARKETING, INC. | ar@powerdigital.com |
| ROSENSTEIN HENRY LLC | heathermoch@outlook.com |
| Rutan & Tucker LLP | tagajanian@rutan.com |
| SQUARESPACE INC | coconnor@squarespace.com |
| THRIVE MARKET, INC. | legal@thrivemarket.com |