**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**<u>WINC, INC. (CASE NO. 22-11238)</u>**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (the "Global Notes") pertain to the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtors' Chief Financial Officer and professional advisors, and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2]  These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements.  The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On November 30, 2022 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief with the Court under chapter 11 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close to the Petition Date as reasonably practicable under the circumstances.

As of the Petition Date, the Debtors' headquarters was located at 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.  However, effective as of December 31, 2022, the Debtors will have rejected the lease associated with their headquarters.  The Debtors' go-forward mailing address is 12405 Venice Blvd., Box #1, Los Angeles, CA 90066.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course of business.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations; (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief* [Docket No. 9] filed on December 2, 2022.

**Insiders**.  Payments to insiders are listed in part 2, question 4 of the Statements.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not

take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

a. **Current Market Value – Net Book Value**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value.

b. **Interim Orders**. Pursuant to the interim employee wage and tax orders and any supplements or amendments to such orders entered by the Court on December 6, 2022 (the "Interim Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits as well as taxes and fees. The Debtors have not included claims of this nature in the Schedules to the extent that such claims were paid under the Interim Orders.

c. **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, claims of creditors listed may not reflect all such setoffs. The Debtors and their estates reserve all rights with respect to any such setoffs.

d. **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

e. **Leases**. In the ordinary course of business, the Debtors may lease certain equipment or non-residential real property from certain third-party lessors for use in the ordinary course of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

f. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection

of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

g.      **Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

h.      **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

i.      **Estimates**. The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

j.      **Classifications**. Listing a claim (a) on Schedule D as "secured;" (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority;" or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

k.      **Claims Description**. The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

l.      **Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## **NOTES FOR SCHEDULES**

**Schedule A/B – Assets – Real and Personal Property**.

**Part 2, Item 8**.  In Part 2, Item 8, the Debtors have listed certain amounts in the aggregate for Prepaid Merchant Fees and Prepaid Freight.  The Debtors pay merchant fees based on subscription credit transactions, which are expensed in the Debtors' books and records at the time that the Debtors' customers apply their credits towards the purchase of merchandise.  In addition, the Debtors incur various freight costs to move inventory between warehouses and such costs are expensed in the Debtors' books and records as the inventory is shipped to customers.  In each case, such amounts are listed in the aggregate because such costs are recorded in the Debtors' books and records in the aggregate and it would be costly, burdensome, and impractical to itemize such amounts.

Payments made to the estates' retained professionals are listed on Part 6, Item 11 of the Statements rather than Part 2, Item 8 of the Schedules.

**Part 5**.  As set forth above, all inventory values identified in Schedule A/B, Part 5 are listed as net book value unless otherwise stated.

**Part 7**.  The Debtors' books and records do not differentiate between office furniture and office fixtures.  Accordingly, the Debtors have listed all office furniture and fixtures in the aggregate in their response to question 39.

**Part 11, Item 72**.  Debtor Winc, Inc. is the parent of a consolidated tax group that comprises all of the Debtors.  Accordingly, the Debtors file Federal and state tax returns on a consolidated or combined basis.  The Debtors maintain net operating losses from consolidated or combined tax filings, which are listed under Schedule A/B, Part 11, Item 72 for Winc, Inc.  The Debtors reserve all rights to assert that the net operating losses are property of a different Debtor.

**Part 11, Item 73**.  In response to Part 11, Item 73, the Debtors have not listed the insurance policies comprising their insurance program, as disclosed in the Debtors' *Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof, and (C) Continue Their Insurance Premium Financing Program; and (II) Banks to Honor and Process Related Checks and Transfers* [Docket No. 11], filed on December 2, 2022.

**Part 11, Item 74**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed certain causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Part 11, Item 77.1**.  Debtors BWSC, LLC and Winc, Inc. engage in ordinary course intercompany transactions that result in credit and debit book entries for accounting purposes.  Such intercompany transactions result in a net zero balance and have not been listed in Part 11, Item 77.1.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  The Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

Certain of the Debtors' liabilities do not lend themselves to identification of individual claims and/or claimants.  Specifically, Part 2 of Schedule E/F for BWSC, LLC does not include estimated liabilities for outstanding gift cards on an individual basis because BWSC, LLC does not track individual gift card holders.  The total amount outstanding on account of gift cards issued by BWSC, LLC is $4,050,315.59 as of the Petition Date.

The Debtors have approximately 160,000 customers (the "DTC Customers") associated with their direct to consumer business.  In the ordinary course of business, the DTC Customers purchase subscription credits (collectively, the "Subscription Credits") for merchandise on the Debtors' e-commerce platform.  The Debtors believe that the Subscription Credits will either be honored on a go-forward basis or have been forfeited pursuant to existing policies and applicable laws governing such Subscription Credits and have not listed amounts corresponding to such Subscription Credits on an individual basis in their Schedules.  Instead, the Debtors have listed the maximum liability associated with such potential claims on an aggregate basis in Schedule E/F, as it would be impractical, cost prohibitive, and unduly burdensome to list such claims on an individual basis as of the Petition Date, and would cause the Schedules to become unwieldy and voluminous.

All amounts payable under that certain Collaboration Agreement dated February 1, 2019, between Atticus Publishing, LLC and Winc Lost Poet, LLC are paid by BWSC, LLC and are listed on Schedule F, Part 2 for BWSC, LLC.

**Schedule G – Executory Contracts and Unexpired Leases**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

*[Remainder of page intentionally left blank]*

## NOTES FOR STATEMENTS

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively.

**Statement 4**.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**.  BWSC, LLC is not currently involved in any pending formal legal action or administrative proceedings.  However, BWSC, LLC is periodically involved in audits and informal administrative inquiries with certain state agencies to ensure regulatory and licensure compliance, and it engages in interviews with state agencies in the ordinary course of business.  Such informal proceedings have not been listed in Statement 7.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).

**Statement 26**.  Debtor Winc, Inc.'s financial statements include information for Debtors BWSC, LLC and Winc Lost Poet, LLC.  Accordingly, the information included in the Statement of Financial Affairs for Winc, Inc. is applicable to each of the other Debtors.

**Statement 26(d)**.  Additionally, from time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  In addition, in connection with the Debtors' IPO and sale processes, the Debtors have provided financial statements to various parties.  Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, all of the recipients of such information may not be listed in response to this question.  Moreover, as a public company, the Debtors' financial statements are publicly available.

**Statement 28.**  As disclosed in the Schedule 14A Proxy Statement filed on April 14, 2022, Dreamer Pathway Limited (BVI) ("Dreamer Pathway"), Shiningwine Limited (BVI) ("Shiningwine"), and Dream Catcher Investments ("Dreamcatcher" and collectively with Dreamer Pathway and Shiningwine, the "Shining Capital Affiliates") each directly own shares of Winc, Inc. Shining Capital Holdings II L.P. and Shining Capital Management III Limited (together, "Shining Capital"), act as the investment managers for Shining Capital Affiliates.  Xiangwei Weng is a director of Winc, Inc. and founder and Chief Executive Officer of Shining Capital.  Mr. Weng may be deemed to have voting and investment control over the shares held by Shining Capital Affiliates.  The business address of Shining Capital and Shining Capital Affiliates is Suite 8101, Level 81, International Commerce Centre, 1 Austin Road West Kowloon, Hong Kong, Hong Kong.

29975035.3

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | UNDETERMINED |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $103,051,191.48 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $103,051,191.48 |

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | |
   |---|
   | $3,635,745.83 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $415,036.61 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

   | | |
   |---|---|
   | **+** | $5,275,284.78 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | |
   |---|
   | $9,326,067.22 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.      BANC OF CALIFORNIA, N.A. | OPERATING | 0698 | $775,324.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5** **Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$775,324.00

---

### Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1.      REPUBLIC BUSINESS CREDIT - AR LINE OF CREDIT DEPOSIT | $5,000.01 |
|---|---|

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.2. | ROSENSTEIN HENRY - SECURITY DEPOSIT | $20,071.06 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | ARCH SPECIALITY INSURANCE COMPANY - PREPAID CYBER LIABILITY  INSURANCE | $29,861.28 |
| 8.2. | ASCENTIS CORPORATION - PREPAID GENERAL | $1,680.50 |
| 8.3. | AXIS INSURANCE - PREPAID EMPLOYMENT PRACTICES LIABILITY INSURANCE | $43,339.17 |
| 8.4. | BANC OF CALIFORNIA, N.A. - PREPAID GENERAL | $1,458.33 |
| 8.5. | CBRE, INC. - PREPAID RENT | $6,529.58 |
| 8.6. | CHUBB/LLOYDS - PREPAID EPL, FID, CARGO INSURANCE | $14,784.25 |
| 8.7. | CLEDARA LIMITED - PREPAID GENERAL | $1,666.67 |
| 8.8. | CNA INSURANCE - PREPAID LIQUOR, UMB.EXCESS, WC, AR AUTO INSURANCE | $11,834.45 |
| 8.9. | CNA INSURANCE - PREPAID WC INSURANCE | $31,325.51 |
| 8.10. | DONNELLEY FINANCIAL SOLUTIONS - PREPAID GENERAL | $39,000.00 |
| 8.11. | ETRADE FINANCIAL CORPORATE SERVICES, INC. - PREPAID GENERAL | $1,666.66 |
| 8.12. | EVEREST NATIONAL INSURANCE - PREPAID CYBER LIABILITY - EXCESS INSURANCE | $28,921.33 |
| 8.13. | FIVETRAN, INC. - PREPAID GENERAL | $6,640.84 |
| 8.14. | GRIN TECHNOLOGIES, INC. - PREPAID MARKETING | $13,174.18 |
| 8.15. | IMA, INC. - PREPAID D&O INSURANCE | $2,347,154.17 |
| 8.16. | LATHAM & WATKINS LLP - PREPAID GENERAL | $10,000.00 |
| 8.17. | LEXISNEXIS - PREPAID GENERAL | $2,625.00 |
| 8.18. | LOWITZ & SONS - GENERAL PREPAID | $12,146.00 |
| 8.19. | NYSE GROUP, INC. - PREPAID GENERAL | $575.50 |
| 8.20. | ORACLE AMERICA, INC. (NETSUITE) - PREPAID GENERAL | $31,651.51 |
| 8.21. | RAND WORLDWIDE - PREPAID GENERAL | $27,147.90 |
| 8.22. | SALESFORCE.COM DBA TABLEAU SOFTWARE, LLC - PREPAID GENERAL | $444.96 |
| 8.23. | SHELTER POINT LIFE - PREPAID DISABILITY AND PAID FAMILY LEAVE INSURANCE | $251.02 |
| 8.24. | SHOWFIELDS FL 1 LLC - PREPAID GENERAL | $4,875.00 |
| 8.25. | SLACK TECHNOLOGIES - PREPAID GENERAL | $3,020.94 |
| 8.26. | SOFTWAREONE, INC. - PREPAID GENERAL | $1,222.61 |
| 8.27. | STELLA CONNECT - PREPAID GENERAL | $350.00 |
| 8.28. | STELLA CONNECT - PREPAID GENERAL | $90.00 |
| 8.29. | TRAVELERS - PREPAID FIDUCIARY LIABILITY INSURANCE | $3,275.00 |
| 8.30. | UNITED HEALTHCARE INSURANCE COMPANY - PREPAID EMPLOYEE HEALTH INSURANCE | $58,227.00 |
| 8.31. | YOUGOV AMERICA INC. - PREPAID GENERAL | $3,033.33 |
| 8.32. | ZENDESK, INC - PREPAID GENERAL | $28,746.00 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $2,791,789.75 |

| Debtor | Winc, Inc. | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

## Part 3:    ACCOUNTS RECEIVABLE

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11.    ACCOUNTS RECEIVABLE**

| 90 DAYS OR LESS | $21,161.51 | - | $0.00 | = → | $21,161.51 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12    Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$21,161.51

## Part 4:    INVESTMENTS

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.    MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.    NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | BWSC, LLC | 100% | N/A | UNDETERMINED |
| 15.2. | WINC LOST POET, LLC | 90% | N/A | UNDETERMINED |

**16.    GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17    Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNDETERMINED

## Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.    DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    RAW MATERIALS**

**20.    WORK IN PROGRESS**

**21.    FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22.    OTHER INVENTORY OR SUPPLIES**

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | NOT APPLICABLE |

**24.**   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____   Valuation method _____       Current value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.**   **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| **30.** | **FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| **31.** | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | | |
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | | |
| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | | NOT APPLICABLE |

**34.**   **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.   Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35.**   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.**   **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.**   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.**   **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **OFFICE FURNITURE** | | | |
| 39.1.   OFFICE FURNITURE AND FIXTURES | $96,977.10 | NET BOOK VALUE | $96,977.10 |
| **40.**   **OFFICE FIXTURES** | | | |
| 40.1.   LEASEHOLD IMPROVEMENTS | $55,834.79 | NET BOOK VALUE | $55,834.79 |
| 40.2.   SEE QUESTION 39 FOR OFFICE FURNITURE AND FIXTURES | | | |
| **41.**   **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.   COMPUTER EQUIPMENT | $94,664.48 | NET BOOK VALUE | $94,664.48 |
| 41.2.   WEBSITE DEVELOPMENT | $100,544.37 | NET BOOK VALUE | $100,544.37 |
| **42.**   **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
|    NONE | | | |

| | |
|---|---|
| **43**   Total of Part 7. <br> ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $348,020.74 |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.**   **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
|    NONE | | | |
| **48.**   **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**   EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
|    NONE | | | |
| **49.**   **AIRCRAFT AND ACCESSORIES** | | | |
|    NONE | | | |
| **50.**   **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   MACHINERY AND EQUIPMENT | $27,775.48 | NET BOOK VALUE | $27,775.48 |

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | | $27,775.48 |
|----|----|----|----|----|----|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☒ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 9:    REAL PROPERTY

**54.** DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|----|
| 55.1. | 1515 GARNET MINE RD, BETHEL TOWNSHIP, PA | PA WAREHOUSE LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.2. | 1745 BERKELEY ST., SANTA MONICA, CA | OFFICE LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.3. | 1751 BERKELEY ST., STUDIO 3, SANTA MONICA, CA | OFFICE LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.4. | 5340 ALLA ROAD, LOS ANGELES, CA | OFFICE LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.5. | 860 E STOWELL RD, SANTA MARIA, CA | CA WAREHOUSE LEASE | UNDETERMINED | N/A | UNDETERMINED |

| 56 | **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | | UNDETERMINED |
|----|----|----|----|----|----|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY

**59.** DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|----|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | #TBT - APPLICATION NUMBER - 4785880 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2. | ACE IN THE HOLE - APPLICATION NUMBER - 5051216 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3. | AKOYA - APPLICATION NUMBER - 4684823 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4. | ALMA LIBRE - APPLICATION NUMBER - 4828877 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5. | ATAVIST - APPLICATION NUMBER - 4828858 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6. | AU-DELÀ - APPLICATION NUMBER - 4985275 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.7. BASELINE - APPLICATION NUMBER - 5678251 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8. BIG BEAT - APPLICATION NUMBER - 4796870 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9. BIOKULT - APPLICATION NUMBER - 3656567 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10. BOKETTO - APPLICATION NUMBER - 88722219 | UNDETERMINED | N/A | UNDETERMINED |
| 60.11. BRETHREN OF THE ROAD - APPLICATION NUMBER - 4689816 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12. BROAD & PATTISON - APPLICATION NUMBER - 6186662 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13. CASA DE LILA - APPLICATION NUMBER - 90897917 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14. CHANCHITO - APPLICATION NUMBER - 4988822 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15. CHERRIES & RAINBOWS - APPLICATION NUMBER - 6074034 | UNDETERMINED | N/A | UNDETERMINED |
| 60.16. CHOMMIE - APPLICATION NUMBER - 4988821 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17. CHOP SHOP - APPLICATION NUMBER - 4814766 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18. CLUB W - APPLICATION NUMBER - 4176945 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19. COCOMERO - APPLICATION NUMBER - 5083969 | UNDETERMINED | N/A | UNDETERMINED |
| 60.20. COPYCAT - APPLICATION NUMBER - 4868482 | UNDETERMINED | N/A | UNDETERMINED |
| 60.21. COWTOWN - APPLICATION NUMBER - 4762006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.22. DEBTS AND LESSONS - APPLICATION NUMBER - 5591931 | UNDETERMINED | N/A | UNDETERMINED |
| 60.23. DÉCLASSÉ - APPLICATION NUMBER - 5073314 | UNDETERMINED | N/A | UNDETERMINED |
| 60.24. DIME - APPLICATION NUMBER - 4914912 | UNDETERMINED | N/A | UNDETERMINED |
| 60.25. DIVINER - APPLICATION NUMBER - 5347935 | UNDETERMINED | N/A | UNDETERMINED |
| 60.26. ENDGAME - APPLICATION NUMBER - 4864507 | UNDETERMINED | N/A | UNDETERMINED |
| 60.27. FIELD THEORY - APPLICATION NUMBER - 5196989 | UNDETERMINED | N/A | UNDETERMINED |
| 60.28. FINKE'S WIDOW - APPLICATION NUMBER - 5197280 | UNDETERMINED | N/A | UNDETERMINED |
| 60.29. FOG LAND - APPLICATION NUMBER - 4814764 | UNDETERMINED | N/A | UNDETERMINED |
| 60.30. FOLLY OF THE BEAST - APPLICATION NUMBER - 5053327 | UNDETERMINED | N/A | UNDETERMINED |
| 60.31. FORMA DE VIDA - APPLICATION NUMBER - 97461706 | UNDETERMINED | N/A | UNDETERMINED |
| 60.32. FORMA DE VIDA - APPLICATION NUMBER - 4994540 | UNDETERMINED | N/A | UNDETERMINED |
| 60.33. FULL BODY BEAUTY - APPLICATION NUMBER - 88427399 | UNDETERMINED | N/A | UNDETERMINED |
| 60.34. FUNK ZONE - APPLICATION NUMBER - 4733318 | UNDETERMINED | N/A | UNDETERMINED |
| 60.35. GOLDEN CHILD - APPLICATION NUMBER - 6640189 | UNDETERMINED | N/A | UNDETERMINED |
| 60.36. GOOD TWIN - APPLICATION NUMBER - 97196644 | UNDETERMINED | N/A | UNDETERMINED |
| 60.37. HONEY BEAST - APPLICATION NUMBER - 5142393 | UNDETERMINED | N/A | UNDETERMINED |
| 60.38. HOUSE OF LUCK - APPLICATION NUMBER - 6599173 | UNDETERMINED | N/A | UNDETERMINED |
| 60.39. IDEE FIXE - APPLICATION NUMBER - 4842289 | UNDETERMINED | N/A | UNDETERMINED |
| 60.40. IF A TREE FALLS - APPLICATION NUMBER - 5004566 | UNDETERMINED | N/A | UNDETERMINED |
| 60.41. INKARRI - APPLICATION NUMBER - 5486319 | UNDETERMINED | N/A | UNDETERMINED |
| 60.42. KEEP IT CHILL - APPLICATION NUMBER - 5928276 | UNDETERMINED | N/A | UNDETERMINED |
| 60.43. KEEP IT CHILL - APPLICATION NUMBER - 88306843 | UNDETERMINED | N/A | UNDETERMINED |
| 60.44. KIN + COUNTRY - APPLICATION NUMBER - 4765964 | UNDETERMINED | N/A | UNDETERMINED |
| 60.45. LA MULETA - APPLICATION NUMBER - 4864499 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | | | |
|---|---|---|---|
| 60.46.   L'ATELIER DU SUD - APPLICATION NUMBER - 4753309 | UNDETERMINED | N/A | UNDETERMINED |
| 60.47.   LAUGHING OWL - APPLICATION NUMBER - 4864511 | UNDETERMINED | N/A | UNDETERMINED |
| 60.48.   LE FERMIER - APPLICATION NUMBER - 97329797 | UNDETERMINED | N/A | UNDETERMINED |
| 60.49.   LIGHT & SPACE - APPLICATION NUMBER - 6009175 | UNDETERMINED | N/A | UNDETERMINED |
| 60.50.   LIKELIHOOD OF CONFUSION - APPLICATION NUMBER - 4988823 | UNDETERMINED | N/A | UNDETERMINED |
| 60.51.   LITTLE SUR - APPLICATION NUMBER - 90897920 | UNDETERMINED | N/A | UNDETERMINED |
| 60.52.   LIVE EVERY DAY LIKE IT'S THE WKND. - APPLICATION NUMBER - 4988829 | UNDETERMINED | N/A | UNDETERMINED |
| 60.53.   LOVES ME NOT - APPLICATION NUMBER - 5293657 | UNDETERMINED | N/A | UNDETERMINED |
| 60.54.   LUCKY LOOK - APPLICATION NUMBER - 6695464 | UNDETERMINED | N/A | UNDETERMINED |
| 60.55.   MAISON MATRONA - APPLICATION NUMBER - 97118808 | UNDETERMINED | N/A | UNDETERMINED |
| 60.56.   MATCHLOCK - APPLICATION NUMBER - 5417171 | UNDETERMINED | N/A | UNDETERMINED |
| 60.57.   METAL MADE - APPLICATION NUMBER - 97461726 | UNDETERMINED | N/A | UNDETERMINED |
| 60.58.   METAL MADE - APPLICATION NUMBER - 4994538 | UNDETERMINED | N/A | UNDETERMINED |
| 60.59.   MÉTHODE EXPÉRIMENTALE - APPLICATION NUMBER - 5147707 | UNDETERMINED | N/A | UNDETERMINED |
| 60.60.   NEW NATIVE - APPLICATION NUMBER - 4814765 | UNDETERMINED | N/A | UNDETERMINED |
| 60.61.   OBJET D'ART - APPLICATION NUMBER - 5166174 | UNDETERMINED | N/A | UNDETERMINED |
| 60.62.   ONE FROM THE QUIVER - APPLICATION NUMBER - 90870209 | UNDETERMINED | N/A | UNDETERMINED |
| 60.63.   OUTER SOUNDS - APPLICATION NUMBER - 5229671 | UNDETERMINED | N/A | UNDETERMINED |
| 60.64.   PACIFICANA - APPLICATION NUMBER - 4762001 | UNDETERMINED | N/A | UNDETERMINED |
| 60.65.   PIZZOLATO FIELDS - APPLICATION NUMBER - 5170778 | UNDETERMINED | N/A | UNDETERMINED |
| 60.66.   PORTER AND PLOT - APPLICATION NUMBER - 4615152 | UNDETERMINED | N/A | UNDETERMINED |
| 60.67.   PREGAME - APPLICATION NUMBER - 4934846 | UNDETERMINED | N/A | UNDETERMINED |
| 60.68.   PRETTY YOUNG THING - APPLICATION NUMBER - 4762003 | UNDETERMINED | N/A | UNDETERMINED |
| 60.69.   PRISMUS - APPLICATION NUMBER - 4761999 | UNDETERMINED | N/A | UNDETERMINED |
| 60.70.   QTY - APPLICATION NUMBER - 5197235 | UNDETERMINED | N/A | UNDETERMINED |
| 60.71.   QUESTO QUELLO - APPLICATION NUMBER - 4878573 | UNDETERMINED | N/A | UNDETERMINED |
| 60.72.   RAP - APPLICATION NUMBER - 5064894 | UNDETERMINED | N/A | UNDETERMINED |
| 60.73.   REFRACTORY RHYME - APPLICATION NUMBER - 97240606 | UNDETERMINED | N/A | UNDETERMINED |
| 60.74.   RESTLESS EARTH - APPLICATION NUMBER - 5197040 | UNDETERMINED | N/A | UNDETERMINED |
| 60.75.   ROME OF THE NORTH - APPLICATION NUMBER - 6840849 | UNDETERMINED | N/A | UNDETERMINED |
| 60.76.   RUZA - APPLICATION NUMBER - 4814797 | UNDETERMINED | N/A | UNDETERMINED |
| 60.77.   SALIENT - APPLICATION NUMBER - 4746631 | UNDETERMINED | N/A | UNDETERMINED |
| 60.78.   SCHEDULE-A-SOMM - APPLICATION NUMBER - 5082288 | UNDETERMINED | N/A | UNDETERMINED |
| 60.79.   SIN FREE - APPLICATION NUMBER - 90838642 | UNDETERMINED | N/A | UNDETERMINED |
| 60.80.   SO THIS HAPPENED... - APPLICATION NUMBER - 4733319 | UNDETERMINED | N/A | UNDETERMINED |
| 60.81.   SPARTICO - APPLICATION NUMBER - 4850062 | UNDETERMINED | N/A | UNDETERMINED |
| 60.82.   SUMMER WATER - APPLICATION NUMBER - 1114397 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.83.    SUMMER WATER - APPLICATION NUMBER - 1201265 | UNDETERMINED | N/A | UNDETERMINED |
| 60.84.    SUMMER WATER - APPLICATION NUMBER - 1451739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.85.    SUMMER WATER - APPLICATION NUMBER - 1451739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.86.    SUMMER WATER - APPLICATION NUMBER - 1451739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.87.    SUMMER WATER - APPLICATION NUMBER - 1451739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.88.    SUMMER WATER - APPLICATION NUMBER - 1640992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.89.    SUMMER WATER - APPLICATION NUMBER - 1640992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.90.    SUMMER WATER - APPLICATION NUMBER - 1640992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.91.    SUMMER WATER - APPLICATION NUMBER - 1640992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.92.    SUMMER WATER - APPLICATION NUMBER - 1640992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.93.    SUMMER WATER - APPLICATION NUMBER - 1941925 | UNDETERMINED | N/A | UNDETERMINED |
| 60.94.    SUMMER WATER - APPLICATION NUMBER - 1990869 | UNDETERMINED | N/A | UNDETERMINED |
| 60.95.    SUMMER WATER - APPLICATION NUMBER - 2026891 | UNDETERMINED | N/A | UNDETERMINED |
| 60.96.    SUMMER WATER - APPLICATION NUMBER - 2244702 | UNDETERMINED | N/A | UNDETERMINED |
| 60.97.    SUMMER WATER - APPLICATION NUMBER - 2691589 | UNDETERMINED | N/A | UNDETERMINED |
| 60.98.    SUMMER WATER - APPLICATION NUMBER - 2691590 | UNDETERMINED | N/A | UNDETERMINED |
| 60.99.    SUMMER WATER - APPLICATION NUMBER - 4924228 | UNDETERMINED | N/A | UNDETERMINED |
| 60.100.    SUMMER WATER - APPLICATION NUMBER - 86567030 | UNDETERMINED | N/A | UNDETERMINED |
| 60.101.    SUMMER WATER - APPLICATION NUMBER - 90777874 | UNDETERMINED | N/A | UNDETERMINED |
| 60.102.    SUMMER WATER - APPLICATION NUMBER - 90978106 | UNDETERMINED | N/A | UNDETERMINED |
| 60.103.    SUMMER WATER - APPLICATION NUMBER - A0082608 | UNDETERMINED | N/A | UNDETERMINED |
| 60.104.    SUMMER WATER - APPLICATION NUMBER - A0082608 | UNDETERMINED | N/A | UNDETERMINED |
| 60.105.    SUMMER WATER - APPLICATION NUMBER - A0082608 | UNDETERMINED | N/A | UNDETERMINED |
| 60.106.    SUMMER WATER - APPLICATION NUMBER - A0082608 | UNDETERMINED | N/A | UNDETERMINED |
| 60.107.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.108.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.109.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.110.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.111.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.112.    SUMMER WATER - APPLICATION NUMBER - A0116267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.113.    SUMMER WATER - APPLICATION NUMBER - UK00801451739 | UNDETERMINED | N/A | UNDETERMINED |
| 60.114.    SUMMER WATER - APPLICATION NUMBER - TMA1128051 | UNDETERMINED | N/A | UNDETERMINED |
| 60.115.    SUMMER WATER SOCIÉTÉ - APPLICATION NUMBER - 5574421 | UNDETERMINED | N/A | UNDETERMINED |
| 60.116.    SUPERCLUSTER - APPLICATION NUMBER - 4762004 | UNDETERMINED | N/A | UNDETERMINED |
| 60.117.    THE BLUFFER - APPLICATION NUMBER - 4924159 | UNDETERMINED | N/A | UNDETERMINED |
| 60.118.    THE BONDSMAN - APPLICATION NUMBER - 4860821 | UNDETERMINED | N/A | UNDETERMINED |
| 60.119.    THE INDEPENDENT - APPLICATION NUMBER - 4825091 | UNDETERMINED | N/A | UNDETERMINED |
| 60.120.    TRADEMARK - APPLICATION NUMBER - 3989104 | UNDETERMINED | N/A | UNDETERMINED |
| 60.121.    TRADEMARK - APPLICATION NUMBER - 4793611 | UNDETERMINED | N/A | UNDETERMINED |
| 60.122.    TRADEMARK - APPLICATION NUMBER - 5373148 | UNDETERMINED | N/A | UNDETERMINED |
| 60.123.    TRADEMARK - APPLICATION NUMBER - 5563469 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.124. | TRADEMARK - APPLICATION NUMBER - 6754306 | UNDETERMINED | N/A | UNDETERMINED |
| 60.125. | TRADEMARK - APPLICATION NUMBER - 97029528 | UNDETERMINED | N/A | UNDETERMINED |
| 60.126. | UN PASO MÁS - APPLICATION NUMBER - 4814763 | UNDETERMINED | N/A | UNDETERMINED |
| 60.127. | UNDERCARD - APPLICATION NUMBER - 4878588 | UNDETERMINED | N/A | UNDETERMINED |
| 60.128. | UPSWELL - APPLICATION NUMBER - 4842377 | UNDETERMINED | N/A | UNDETERMINED |
| 60.129. | VIARAE - APPLICATION NUMBER - 97231326 | UNDETERMINED | N/A | UNDETERMINED |
| 60.130. | VILLE BASSE - APPLICATION NUMBER - 4711882 | UNDETERMINED | N/A | UNDETERMINED |
| 60.131. | WILHELMINA - APPLICATION NUMBER - 4878587 | UNDETERMINED | N/A | UNDETERMINED |
| 60.132. | WINC - APPLICATION NUMBER - 5086799 | UNDETERMINED | N/A | UNDETERMINED |
| 60.133. | WINC - APPLICATION NUMBER - 5143508 | UNDETERMINED | N/A | UNDETERMINED |
| 60.134. | WKND - APPLICATION NUMBER - 4957480 | UNDETERMINED | N/A | UNDETERMINED |
| 60.135. | WONDERFUL WINE CO - APPLICATION NUMBER - 4737928 | UNDETERMINED | N/A | UNDETERMINED |
| 60.136. | WONDERS - APPLICATION NUMBER - 88722156 | UNDETERMINED | N/A | UNDETERMINED |
| 60.137. | ZWICKER - APPLICATION NUMBER - 4878574 | UNDETERMINED | N/A | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | BASELINEWINES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2. | CAPUCHONWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.3. | CHERRIESANDRAINBOWS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.4. | CHOPSHOPWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.5. | CLUBW.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.6. | CUSTOMHOUSEWINES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7. | DIMEWINES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8. | DIVINERWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9. | DRINKDIME.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.10. | DRINKVIARAE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.11. | DRINKWINC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.12. | FIELDTHEORYWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.13. | FINKESWINDOW.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.14. | FOLLYOFTHEBEAST.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15. | FUNKZONEWINES.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.16. | GIVEWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.17. | KEEPITCHILL.WINE | UNDETERMINED | N/A | UNDETERMINED |
| 61.18. | LEAPYEARWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.19. | LOSTPOET.WINE | UNDETERMINED | N/A | UNDETERMINED |
| 61.20. | LOSTPOETWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.21. | MATCHLOCKWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.22. | POETWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.23. | PORTERANDPLOT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.24. | PREGAMEWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.25. | RESTLESSEARTHWINES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.26. | RUZACANS.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.27. | RUZARIGHTNOW.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.28. | RUZAWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.29. | SUMMERWATER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30. | TRYSUMMERWATER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.31. | TRYWINC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.32. | TRYWINK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.33. | WINC.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.34. | WINC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.35. | WINCGIFT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.36. | WINCGIFTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.37. | WINCLABS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.38. | WINCSHARES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.39. | WINKSHARES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.40. | WKND.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.41. | WONDERFULWINE.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.42. | WONDERFULWINE.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | |
| 62.1. | ACTIVE DISCLOSURE - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.2. | AMAZON WEB SERVICES - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.3. | ASCENTIS - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.4. | BILL.COM - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.5. | CLOUDFLARE - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.6. | CONCUR - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.7. | DOMO - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.8. | FIVETRAN - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.9. | IDOLOGY - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.10. | IMAGINIT - LICENSE (FUSION360 / RAND WORLDWIDE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.11. | LINKEDIN - LICENSE (RECRUITING) | UNDETERMINED | N/A | UNDETERMINED |
| 62.12. | NETSUITE - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.13. | RESPONSYS - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.14. | SHOPIFY - LICENSE (WEBSITE FOR WINC GIFT SHOP) | UNDETERMINED | N/A | UNDETERMINED |
| 62.15. | SHOPIFY PLUS - LICENSE (ECOMM PLATFORM) | UNDETERMINED | N/A | UNDETERMINED |
| 62.16. | SOFTWAREONE (AZURE) - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.17. | UPCURVE CLOUD - LICENSE (WINC GSUITE ACCOUNT) | UNDETERMINED | N/A | UNDETERMINED |
| 62.18. | ZENDESK - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | |
| **65.** | **GOODWILL** | | |

| 66 | Total of Part 10.<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNDETERMINED |
|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☒ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** NOTES RECEIVABLE

DESCRIPTION (INCLUDE NAME OF OBLIGOR)
**NONE**

**72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| 72.1. | CALIFORNIA STATE NOL | Tax year | 2012-2021 | $35,916,142.00 |
|---|---|---|---|---|
| 72.2. | FEDERAL NOL | Tax year | 2012-2021 | $63,170,978.00 |

**73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**NONE**

**74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

| 74.1. | PAUL HOBBS IMPORTS INC. AND WINC, INC. V. VERITY WINES LLC, ROSENTHAL & ROSENTHAL, INC., TRINITY BEVERAGE GROUP, LLC, HILL FLYNN AND MIKE BELL | UNDETERMINED |
|---|---|---|

**Nature of claim**    BREACH OF CONTRACT/FAILURE TO PAY

**Amount requested**    UNDETERMINED

**75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

**NONE**

**76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY

**NONE**

**77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**NONE**

| 78 | Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $99,087,120.00 |
|---|---|---|

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|--------|-----------|------------------------|----------|
|        | (Name)    |                        |          |

| **Part 12:** | **Summary** |
|--------------|-------------|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $775,324.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,791,789.75 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $21,161.51 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $348,020.74 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $27,775.48 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $99,087,120.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $103,051,191.48 | + 91b.    UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $103,051,191.48 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.  1. **Do any creditors have claims secured by debtor's property?**
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
    - ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Creditor's name**<br>BANC OF CALIFORNIA, N.A.<br><br>**Creditor's mailing address**<br>ATTN: MICHAEL BARANOWSKI<br>3 MACARTHUR PLACE<br>SANTA ANA, CA  92707<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/15/2020<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS<br><br>**Describe the lien**<br>FIRST LIEN REVOLVING CREDIT FACILITY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,635,745.83 | UNDETERMINED |

| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,635,745.83 |
|---|---|

Debtor    Winc, Inc.

(Name)

Case number (if known) 22-11238

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| BANC OF CALIFORNIA, N.A.<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JAMES E. O'NEILL<br>919 N MARKET ST, 17TH FL<br>PO BOX 8705<br>WILMINGTON, DE  19899-8705 | Line 2.1 | |
| BANC OF CALIFORNIA, N.A.<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: RICHARD M. PACHULSKI; MAXIM B. LITVAK<br>10100 SANTA MONICA BOULEVARD, 13TH FLOOR<br>LOS ANGELES, CA  90067 | Line 2.1 | |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>AL ALCOHOLIC BEVERAGE CONTROL BOARD<br>2715 GUNTER PARK DR W<br>MONTGOMERY, AL  36109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>AUDREY TUFFY<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED BONUS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $30,000.00 | $15,150.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>AZ DEPT OF LIQUOR LICENSES AND CONTROL<br>800 W. WASHINGTON, 5TH FLOOR<br>PHOENIX, AZ  85007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** Priority creditor's name and mailing address

AZ DEPT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.5** Priority creditor's name and mailing address

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
RETURN PROCESSING RANCH
P.O. BOX 942879
SACRAMENTO, CA 94279-6001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.6** Priority creditor's name and mailing address

CO DEPARTMENT OF REVENUE
PO BOX 17087
DENVER, CO 80217-0087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.7** Priority creditor's name and mailing address

CT COMMISSIONER OF REVENUE SERVICES
450 COLUMBUS BLVD
HARTFORD, CT 06103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.8** Priority creditor's name and mailing address

CT SECRETARY OF STATE
165 CAPITOL AVE
HARTFORD, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** Priority creditor's name and mailing address

CT STATE TREASURER
165 CAPITOL AVE
HARTFORD, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.10** Priority creditor's name and mailing address

DC TREASURER
1275 K ST NW # 600
WASHINGTON, DC 20005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.11** Priority creditor's name and mailing address

DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO
1940 NORTH MONROE STREET
TALLAHASSEE, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.12** Priority creditor's name and mailing address

FAITH FLORES
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15,000.00   Priority amount: $15,000.00

---

**2.13** Priority creditor's name and mailing address

FL DEPT. OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.14** Priority creditor's name and mailing address

GA DEPT. OF REVENUE
1800 CENTURY BOULEVARD, NE
ATLANTA, GA 30345

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.15** Priority creditor's name and mailing address

GEOFFREY MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $166,497.63 — Priority amount: $15,150.00

---

**2.16** Priority creditor's name and mailing address

HAWAII DEPARTMENT OF TAXATION
830 PUNCHBOWL ST
HONOLULU, HI 96813

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.17** Priority creditor's name and mailing address

HI CITY & CO OF HONOLULU
530 S KING ST # 100
HONOLULU, HI 96813

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.18** Priority creditor's name and mailing address

HI CO OF KAUAI DEPT
4444 RICE ST STE 463
LIHUE, HI 96766

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.19 | **Priority creditor's name and mailing address**<br><br>HI CO OF MAUI DEPT (2145)<br>200 S. HIGH ST.<br>KALANA O MAUI BLDG<br>WAILUKU, HI  96793<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.20 | **Priority creditor's name and mailing address**<br><br>IA DEPARTMENT OF REVENUE<br>1305 E WALNUT ST FOURTH FLOOR, 0107<br>DES MOINES, IA  50319<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.21 | **Priority creditor's name and mailing address**<br><br>IDAHO STATE TAX COMMISSION<br>PO BOX 76<br>BOISE, ID  83707-0076<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.22 | **Priority creditor's name and mailing address**<br><br>IL ALCOHOL,TOBACCO AND FUEL DIVISION<br>101 W JEFFERSON ST<br>SPRINGFIELD, IL  62702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.23 | **Priority creditor's name and mailing address**<br><br>IL CHICAGO DEPT OF FINANCE<br>33 N. LASALLE, SUITE 700<br>CHICAGO, IL  60602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.24 | **Priority creditor's name and mailing address**<br>IL DEPT OF REVENUE<br>PO BOX 19041<br>SPRINGFIELD, IL  62794-9041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>ILLINOIS LIQUOR CONTROL COMMISSION<br>555 W MONROE ST., SUITE 1100<br>CHICAGO, IL  60661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>IN DEPT OF REVENUE<br>P.O. BOX 7224<br>INDIANAPOLIS, IN  46207-7224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.27 | **Priority creditor's name and mailing address**<br>IOWA ALCOHOLIC BEVERAGES DIVISION<br>1918 SE HULSIZER DR<br>ANKENY, IA  50021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.28 | **Priority creditor's name and mailing address**<br>KAITLIN HUTCHINSON<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br>11/30/2022<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,692.31 | $7,692.31 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.29** | **Priority creditor's name and mailing address**<br><br>KANSAS DEPT OF REVENUE<br>120 SE 10TH AVE<br>TOPEKA, KS  66612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.30** | **Priority creditor's name and mailing address**<br><br>KANSAS LIQUOR ENFORCEMENT TAX<br>915 SW HARRISON ST.<br>TOPEKA, KS  66612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.31** | **Priority creditor's name and mailing address**<br><br>KDOR - ALCOHOLIC BEVERAGE CONTROL<br>PO BOX 3506<br>TOPEKA, KS  66601-3506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.32** | **Priority creditor's name and mailing address**<br><br>LA DEPT OF REVENUE<br>617 N 3RD ST<br>BATON ROUGE, LA  70802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.33** | **Priority creditor's name and mailing address**<br><br>MA ABCC<br>95 FOURTH STREET, SUITE 3<br>CHELSEA, MA  02150-2358<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.34**  **Priority creditor's name and mailing address**

MA DEPT OF REVENUE
1 FEDERAL ST BUILDING 103-2
SPRINGFIELD, MA  01105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.35**  **Priority creditor's name and mailing address**

MAINE LIQUOR LICENSING & INSPECTION UNIT
8 STATE HOUSE STATION
AUGUSTA, ME  04333

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.36**  **Priority creditor's name and mailing address**

MATTHEW THELEN
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $141,135.13    Priority amount: $15,150.00

---

**2.37**  **Priority creditor's name and mailing address**

MD COMPTROLLER
60 WEST STREET SUITE 102
ANNAPOLIS, VA  21401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.38**  **Priority creditor's name and mailing address**

ME BUREAU OF ALC BEVERAGES AND LOTTERY OP
8 STATE HOUSE STATION
AUGUSTA, ME  04333

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.39 | **Priority creditor's name and mailing address**<br><br>ME REVENUE SERVICES<br>51 COMMERCE DR<br>AUGUSTA, ME  04330<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br><br>MI DEPT OF LICENSING & REGULATORY AFFAIRS<br>611 W. OTTAWA<br>P.O. BOX 30004<br>LANSING, MI  48909<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br><br>MI STATE OF MICHIGAN<br>124 W MICHIGAN AVENUE<br>LANSING, MI  48933<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br><br>MISSOURI DIVISION OF ALCOHOL AND TOBACCO CONTROL<br>7545 S LINDBERGH BLVD SUITE 150<br>ST. LOUIS, MO  63125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.43 | **Priority creditor's name and mailing address**<br><br>MN DEPT OF REVENUE<br>600 ROBERT ST N<br>ST PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>MT DEPT OF REVENUE<br>125 N ROBERTS ST<br>HELENA, MT  59601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br><br>NC DEPT OF REVENUE<br>ASHEVILLE BUILDING<br>1500 PINECROFT RD #300<br>GREENSBORO, NC  27407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.46 | **Priority creditor's name and mailing address**<br><br>ND OFC OF STATE TAX COMM<br>600 E BOULEVARD AVE DEPT. 127<br>BISMARCK, ND  58505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.47 | **Priority creditor's name and mailing address**<br><br>NE DEPT OF REVENUE<br>1313 FARNAM ST #10TH<br>OMAHA, NE  68102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.48 | **Priority creditor's name and mailing address**<br><br>NEBRASKA LIQUOR CONTROL COMMISSION<br>301 CENTENNIAL MALL S<br>LINCOLN, NE  68508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49**

**Priority creditor's name and mailing address**

NEVADA DEPT OF TAXATION -SALES/USE
700 E. WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS, NV  89119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50**

**Priority creditor's name and mailing address**

NEW JERSEY DIVISION OF ALCOHOLIC
BEVERAGE CONTROL
140 E FRONT ST
TRENTON, NJ  08608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.51**

**Priority creditor's name and mailing address**

NEW JERSEY DIVISION OF TAXATION
3 JOHN FITCH WAY
TRENTON, NJ  08611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.52**

**Priority creditor's name and mailing address**

NEW YORK MTA TAX
NYS CORPORATION TAX
PO BOX 1909
ALBANY, NY  12201-1909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.53**

**Priority creditor's name and mailing address**

NEW YORK STATE SALES TAX
PO BOX 4127
BINGHAMTON, NY  13802-4127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.54 | **Priority creditor's name and mailing address**<br><br>NH LIQUOR COMMISSION<br>50 STORRS ST<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>NICOLE DATZ<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED BONUS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,000.00 | $15,000.00 |
| 2.56 | **Priority creditor's name and mailing address**<br><br>NM TAXATION AND REVENUE DEPT<br>1200 SOUTH ST. FRANCIS DRIVE<br>SANTA FE, NM  87505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>NV DEPT OF TAXATION<br>700 E WARM SPRINGS RD. 2ND FLOOR<br>LAS VEGAS, NV  89119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br><br>NYC DEPARTMENT OF FINANCE<br>CORRESPONDENCE UNIT<br>ONE CENTRE STREET, 22ND FLOOR<br>NEW YORK, NY  10007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.59**

**Priority creditor's name and mailing address**

OFFICE OF TAX AND REVENUE
PO BOX 96166
WASHINGTON, DC 20090-6166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.60**

**Priority creditor's name and mailing address**

OH DEPT OF LIQUOR CONTROL
6606 TUSSING RD
REYNOLDSBURG, OH 43068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.61**

**Priority creditor's name and mailing address**

OH DEPT OF TAXATION
30 E BROAD ST #22
COLUMBUS, OH 43215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.62**

**Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
300 N BROADWAY AVE
OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.63**

**Priority creditor's name and mailing address**

OREGON LIQUOR CONTROL COMMISSION
9079 SE MCLOUGHLIN BLVD
PORTLAND, OR 97222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.64 | **Priority creditor's name and mailing address**<br>PA DEPT OF REVENUE<br>1846 BROOKWOOD ST<br>HARRISBURG, PA  17104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.65 | **Priority creditor's name and mailing address**<br>PETER LAWTON<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br>11/30/2022<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,250.00 | $6,250.00 |
| 2.66 | **Priority creditor's name and mailing address**<br>SD DEPT OF REVENUE<br>1520 HAINES AVE #3<br>RAPID CITY, SD  57701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.67 | **Priority creditor's name and mailing address**<br>STATE OF SOUTH DAKOTA<br>3800. E. HWY 34 - HILLSVIEW PLAZA<br>C/O 500 EAST CAPITOL AVENUE<br>PIERRE, SD  57501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.68 | **Priority creditor's name and mailing address**<br>TARA CLARK<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED BONUS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30,000.00 | $15,150.00 |

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.69 | **Priority creditor's name and mailing address**<br>TN DEPT OF REVENUE<br>500 DEADERICK ST<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br>TOMMY JOHNSTON<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br>11/30/2022<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,461.54 | $3,461.54 |
| 2.71 | **Priority creditor's name and mailing address**<br>TX ALCOHOLIC BEVERAGE COMMISSION<br>427 W 20TH ST #600<br>HOUSTON, TX  77008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br>TX COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 149348<br>AUSTIN, TX  78714-9348<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.73 | **Priority creditor's name and mailing address**<br>VA ALCOHOLIC BEVERAGE CONTROL AUTHORITY<br>7450 FREIGHT WAY<br>MECHANICSVILLE, VA  23116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.74 | **Priority creditor's name and mailing address**<br><br>VA DEPT OF TAXATION<br>1957 WESTMORELAND ST<br>RICHMOND, VA  23230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.75 | **Priority creditor's name and mailing address**<br><br>VERMONT DEPT. OF TAXES<br>133 STATE ST<br>MONTPELIER, VT  05602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.76 | **Priority creditor's name and mailing address**<br><br>WA STATE DEPT OF REVENUE<br>P.O. BOX 47478<br>OLYMPIA, WA  98504-7478<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.77 | **Priority creditor's name and mailing address**<br><br>WA STATE LIQUOR CONTROL BOARD<br>1025 UNION AVE SE<br>OLYMPIA, WA  98501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.78 | **Priority creditor's name and mailing address**<br><br>WI DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI  53708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79** 

**Priority creditor's name and mailing address**

WV ABC ATTN WINE LIC. (900)
900 PENNSYLVANIA AVE
CHARLESTON, WV  25302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.80**

**Priority creditor's name and mailing address**

WV STATE TAX DEPT
1124 SMITH ST
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.81**

**Priority creditor's name and mailing address**

WY DEPT OF REVENUE
122 WEST 25TH STREET, SUITE E301
HERSCHLER BUILDING EAST
CHEYENNE, WY  82002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.82**

**Priority creditor's name and mailing address**

WY LIQUOR DIVISION
6601 CAMPSTOOL RD
CHEYENNE, WY  82002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>12 INTERACTIVE LLC (PERKSPOT)<br>216 W. OHIO ST. FLOOR 4<br>CHICAGO, IL  60614<br><br>**Date or dates debt was incurred**<br><br>10/12/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>8020 CONSULTING LLC<br>6303 OWENS MOUTH AVE., 6TH FLOOR<br>WOODLAND HILLS, CA  91367<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $87,480.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>8020 CONSULTING LLC<br>6303 OWENS MOUTH AVE., 6TH FLOOR<br>WOODLAND HILLS, CA  91367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,480.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>ACORNS GROW INCORPORATED<br>5300 CALIFORNIA AVE<br>IRVINE, CA  92617<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $870.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>ACORNS GROW INCORPORATED<br>5300 CALIFORNIA AVE<br>IRVINE, CA  92617<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $480.00 |

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.6**

**Nonpriority creditor's name and mailing address**

ADVANTAGE BEVERAGE SOLUTIONS LLC
PO BOX 744224
ATLANTA, GA  30374-4224

**Date or dates debt was incurred**

10/12/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,722.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

AEG PRESENTS LLC (GOLDENVOICE)
425 W 11TH STREET SUITE 300
LOS ANGELES, CA  90015

**Date or dates debt was incurred**

9/28/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$917.20

---

**3.8**

**Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY  10285

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,245.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY  10285

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,817.62

---

**3.10**

**Nonpriority creditor's name and mailing address**

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
6201 15TH AVENUE
BROOKLYN, NY  11219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,286.75

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

### 3.11

**Nonpriority creditor's name and mailing address**

APARTMENT 3B PRODUCTIONS
10202 W. WASHINGTON BOULEVARD
POITIER BUILDING, SUITE 3111
CULVER CITY, CA  90232

**Date or dates debt was incurred**

10/24/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

### 3.12

**Nonpriority creditor's name and mailing address**

ATTENTIVE MOBILE, INC.
221 RIVER STREET 9TH FLOOR
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,478.57

---

### 3.13

**Nonpriority creditor's name and mailing address**

ATTENTIVE MOBILE, INC.
221 RIVER STREET 9TH FLOOR
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

10/24/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,509.88

---

### 3.14

**Nonpriority creditor's name and mailing address**

ATTICUS PUBLISHING, LLC
4141 GLENCOE AVE UNIT 409
MARINA DEL REY, CA  90292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,498.97

---

### 3.15

**Nonpriority creditor's name and mailing address**

ATTICUS PUBLISHING, LLC
4141 GLENCOE AVE UNIT 409
MARINA DEL REY, CA  90292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,700.00

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>AWESOME OS, INC. (OFFSOURCING, INC)<br>8605 SANTA MONICA BLVD  30540<br>LOS ANGELES, CA  90069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,998.55 |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>AWESOME OS, INC. (OFFSOURCING, INC)<br>8605 SANTA MONICA BLVD  30540<br>LOS ANGELES, CA  90069<br><br>**Date or dates debt was incurred**<br><br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,698.83 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>BAKER TILLY US, LLP<br>PO BOX 7398<br>MADISON, WI  53707-7398<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,500.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>BLACKHAWK NETWORK, INC.<br>6220 STONERIDGE MALL RD<br>PLEASANTON, CA  94588<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED MARKETING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,759.50 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>BRIAN SMITH<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EQUITY LIABILITY/RSU CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>CARDLYTICS, INC.<br>675 PONCE DE LEON AVE NE STE 6000<br>ATLANTA, GA  30308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,545.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>CARDLYTICS, INC.<br>675 PONCE DE LEON AVE NE STE 6000<br>ATLANTA, GA  30308<br><br>**Date or dates debt was incurred**<br><br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,160.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>CAROL BRAULT<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EQUITY LIABILITY/RSU CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>CAROLINE LANCASTER<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>11/11/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,500.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>CLEARCO - CFT CLEAR FINANCE TECHNOLOGY CORP.<br>ATTN MITCH DANIEL, INVESTOR DIRECTOR<br>2810 N CHURCH ST 68100<br>WILMINGTON, DE  19802-4447<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>REVENUE SHARING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,188,771.14 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.26** **Nonpriority creditor's name and mailing address**

CLEARVIEW STRATEGIC PARTNERS INC.
372 BAY STREET, SUITE 1902
TORONTO, ON  M5H 2W9
CANADA

**Date or dates debt was incurred**

8/24/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

---

**3.27** **Nonpriority creditor's name and mailing address**

CLOUDFLARE, INC.
101 TOWNSEND STREET
SAN FRANCISCO, CA  94107

**Date or dates debt was incurred**

11/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.28** **Nonpriority creditor's name and mailing address**

CNA INSURANCE
151 N. FRANKLIN ST. 12TH FL
CHICAGO, IL  60606

**Date or dates debt was incurred**

11/8/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,117.38

---

**3.29** **Nonpriority creditor's name and mailing address**

COLLINSON CLO, INC.
5217 TENNYSON PARKWAY SUITE 100
PLANO, TX  75024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.30** **Nonpriority creditor's name and mailing address**

COLLINSON CLO, INC.
5217 TENNYSON PARKWAY SUITE 100
PLANO, TX  75024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | $50.00 |

**Nonpriority creditor's name and mailing address**

COLLINSON CLO, INC.
5217 TENNYSON PARKWAY SUITE 100
PLANO, TX 75024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.32 **Nonpriority creditor's name and mailing address**

COMEX CONSULTING, SL
PLAZA CASTELLINI NO 9, 10 IZQ.
CARTAGENA, MURCIA 30201
SPAIN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,471.99

---

3.33 **Nonpriority creditor's name and mailing address**

COMPINTELLIGENCE, INC.
56 DRIFTWAY LANE
NEW CANAAN, CT 06840

**Date or dates debt was incurred**
11/30/2022

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$880.00

---

3.34 **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC.
601 108TH AVENUE NE SUITE 1000
BELLEVUE, WA 98004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,932.55

---

3.35 **Nonpriority creditor's name and mailing address**

CONEXUS SEARCH LLC
5151 CALIFORNIA AVE, SUITE 100
IRVINE, CA 92617

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,224.38

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|--------|-----------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,868.75 |

**Nonpriority creditor's name and mailing address**
CONEXUS SEARCH LLC
5151 CALIFORNIA AVE, SUITE 100
IRVINE, CA  92617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,868.75

---

**Nonpriority creditor's name and mailing address**
3.37
CONNOR GROUP
3700 BARRON WAY, SUITE 2
RENO, NV  89511

**Date or dates debt was incurred**
10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,635.00

---

**Nonpriority creditor's name and mailing address**
3.38
CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

**Date or dates debt was incurred**
10/31/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**Nonpriority creditor's name and mailing address**
3.39
DATASITE LLC
733 S. MARQUETTE AVE, SUITE 600
MINNEAPOLIS, MN  55402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,613.44

---

**Nonpriority creditor's name and mailing address**
3.40
DIVINE ON THE ROAD
C/O NEON ROSE, INC.
5158 BRISTOL RD
SAN DIEGO, CA  92116

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.41** **Nonpriority creditor's name and mailing address**

DOMO, INC.
DEPT CH 10704
PALATINE, IL  60055-0704

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,000.00

---

**3.42** **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL SOLUTIONS
35 WEST WACKER DRIVE
CHICAGO, IL  60601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.43** **Nonpriority creditor's name and mailing address**

DOUBLE GREEN LANDSCAPE INC.
315 W WASHINGTON BLVD, STE. 4
MARINA DEL REY, CA  90292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,019.00

---

**3.44** **Nonpriority creditor's name and mailing address**

ERIN K. GREEN
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EQUITY LIABILITY/RSU CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.45** **Nonpriority creditor's name and mailing address**

FEEDONOMICS HOLDINGS, LLC
11305 FOUR POINTS DR
AUSTIN, TX  78726

**Date or dates debt was incurred**

11/30/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$845.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

### 3.46
**Nonpriority creditor's name and mailing address**

FOODWIT
7411 SW CAPITOL HWY
PORTLAND, OR 97219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

---

### 3.47
**Nonpriority creditor's name and mailing address**

GEOFFREY MCFARLANE
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EQUITY LIABILITY/RSU CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

### 3.48
**Nonpriority creditor's name and mailing address**

GOLDEN STATE MAINTENANCE, INC.
11600 WASHINGTON PLACE, SUITE 116E
LOS ANGELES, CA 90066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,790.20

---

### 3.49
**Nonpriority creditor's name and mailing address**

GOOGLE, INC.
DEPT. 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$167,242.63

---

### 3.50
**Nonpriority creditor's name and mailing address**

GOOGLE, INC.
DEPT. 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$136,010.32

| Part 2: | Additional Page |
| --- | --- |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

**3.51** | **Nonpriority creditor's name and mailing address**

HAYDEN COHEN
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.52** | **Nonpriority creditor's name and mailing address**

HAYDEN COHEN
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.53** | **Nonpriority creditor's name and mailing address**

HOLLAND & HART LLP
PO BOX 8749
DENVER, CO  80201-8749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,233.10

---

**3.54** | **Nonpriority creditor's name and mailing address**

HOLLAND & HART LLP
PO BOX 8749
DENVER, CO  80201-8749

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,925.00

---

**3.55** | **Nonpriority creditor's name and mailing address**

HOLLAND & HART LLP
PO BOX 8749
DENVER, CO  80201-8749

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>HONESTLY MEDIA<br>5685 OAK GROVE AVENUE<br>OAKLAND, CA 94618<br><br>**Date or dates debt was incurred**<br><br>10/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>IBOTTA, INC.<br>1800 CALIFORNIA ST SUITE 400<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,287.50 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>IBOTTA, INC.<br>1800 CALIFORNIA ST SUITE 400<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $972.50 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>ICR OPCO, LLC<br>761 MAIN AVE<br>NORWALK, CT 06851<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,600.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>IMPACT TECH, INC.<br>223 EAST DE LA GUERRA<br>SANTA BARBARA, CA 93101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $334,879.98 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.61** | **Nonpriority creditor's name and mailing address**

IMPACT TECH, INC.
223 EAST DE LA GUERRA
SANTA BARBARA, CA  93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,335.95

---

**3.62** | **Nonpriority creditor's name and mailing address**

INFLUENCER RESPONSE
701 WEST BEECH STREET  2106
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,065.00

---

**3.63** | **Nonpriority creditor's name and mailing address**

INMARKET MEDIA, LLC
11111 JEFFERSON BLVD
CULVER CITY, CA  90231

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,000.00

---

**3.64** | **Nonpriority creditor's name and mailing address**

INSIGHT RESOURCE GROUP
3468 MT. DIABLO BLVD B120 SUITE B120
LAFAYETTE, CA  94549

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$806.79

---

**3.65** | **Nonpriority creditor's name and mailing address**

INSIGHT RESOURCE GROUP
3468 MT. DIABLO BLVD B120 SUITE B120
LAFAYETTE, CA  94549

**Date or dates debt was incurred**

10/28/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$171.86

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.66**

**Nonpriority creditor's name and mailing address**

INSTACART ADS
50 BEALE STREET SUITE 600
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,363.78

---

**3.67**

**Nonpriority creditor's name and mailing address**

IR VOLT, LLC
333 LAS OLAS WAY CU 1
FORT LAUDERDALE, FL  33301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,235.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

IRON IN THE FIRE, INC.
SARA JENKINS
4260 TROOST AVE.  5
STUDIO CITY, CA  91604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,020.00

---

**3.69**

**Nonpriority creditor's name and mailing address**

JACI DAILY, LLC
3952 E PARKSIDE LN
PHOENIX, AZ  85050

**Date or dates debt was incurred**

10/4/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.70**

**Nonpriority creditor's name and mailing address**

K&L BEVERAGE COMPANY, LLC
(DBA YOUNG'S MARKET COMPANY)
PO BOX 9300
RENTON, WA  98057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>KAISER CONSULTING, LLC<br>34 GRACE DRIVE<br>POWELL, OH  43065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $46,616.25

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>KAISER CONSULTING, LLC<br>34 GRACE DRIVE<br>POWELL, OH  43065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $12,633.75

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>KAISER FOUNDATION HEALTH PLAN<br>FILE 5915<br>LOS ANGELES, CA  90074-5915<br><br>**Date or dates debt was incurred**<br><br>10/18/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $2,249.01

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>KARD FINANCIAL, INC.<br>PO BOX 1427<br>NEW YORK, NY  10159<br><br>**Date or dates debt was incurred**<br><br>10/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $25.00

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>KBF CPAS LLP<br>111 SW FIFTH AVE STE 1850<br>PORTLAND, OR  97204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $5,000.00

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.76** | **Nonpriority creditor's name and mailing address** | | $792.06

KONICA MINOLTA
PO BOX 51043
LOS ANGELES, CA  90051-5343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | | $5,104.00

KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.
100 WILLIAMS DRIVE
RAMSEY, NJ  07446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | | $29,474.50

LATHAM & WATKINS LLP
555 WEST FIFTH STREET, STE 300
LOS ANGELES, CA  90013-1010

**Date or dates debt was incurred**

11/8/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | | $122.00

LAW OFFICE OF BRIAN F SIMAS
PO BOX 11
LOS OLIVOS, CA  93441

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | | $9,412.50

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0622

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,175.00 |
| --- | --- | --- | --- |

MAJOR ROCKET LLC
19495 BISCAYNE BLVD STE 300
MIAMI, FL  33180

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $675.00 |
| --- | --- | --- | --- |

MAJOR ROCKET LLC
19495 BISCAYNE BLVD STE 300
MIAMI, FL  33180

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ACCRUED MARKETING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00 |
| --- | --- | --- | --- |

MAKER COLLABORATIVE LLC
1341 SOUTH BURNSIDE AVENUE APT 2
LOS ANGELES, CA  90019

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

9/29/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,640.46 |
| --- | --- | --- | --- |

MARGEAUX WALTER STUDIO LLC
197 MONITOR ST  2
BROOKLYN, NY  11222

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $752,215.26 |
| --- | --- | --- | --- |

MASTERCARD
2000 PURCHASE STREET
PURCHASE, NY  10577

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CORPORATE CREDIT CARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.86 | **Nonpriority creditor's name and mailing address**<br>MASTERCARD INTERNATIONAL<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577<br><br>**Date or dates debt was incurred**<br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,764.00 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>MASTERCARD INTERNATIONAL<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,125.00 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>MATTHEW THELEN<br>ADDRESS AVAILABLE UPON REQUEST<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EQUITY LIABILITY/RSU CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>MERCER<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>**Date or dates debt was incurred**<br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,500.00 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>META PLATFORMS, INC.<br>FACEBOOK, INC<br>ATTN: ACCOUNTS RECEIVABLE<br>15161 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $724,162.32 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

### 3.91

**Nonpriority creditor's name and mailing address**

META PLATFORMS, INC.
FACEBOOK, INC
ATTN: ACCOUNTS RECEIVABLE
15161 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$276,929.55

---

### 3.92

**Nonpriority creditor's name and mailing address**

NEON ROSE, INC.
5158 BRISTOL ROAD
SAN DIEGO, CA  92116

**Date or dates debt was incurred**

11/21/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

### 3.93

**Nonpriority creditor's name and mailing address**

OLIVIA BACON
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,450.00

---

### 3.94

**Nonpriority creditor's name and mailing address**

OPTIMOVE INC.
217 WEST 21 ST., 2ND FLOOR
NEW YORK, NY  10011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,330.00

---

### 3.95

**Nonpriority creditor's name and mailing address**

ORACLE AMERICA, INC.
PO BOX 44471
SAN FRANCISCO, CA  94144

**Date or dates debt was incurred**

11/10/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,605.25

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.96**   **Nonpriority creditor's name and mailing address**

PEBLO LLC
169 MADISON AVENUE 2131
NEW YORK, NY 10016

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.97**   **Nonpriority creditor's name and mailing address**

POWER DIGITAL MARKETING, INC.
2251 SAN DIEGO AVENUE SUITE A250
SAN DIEGO, CA 92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,250.00

---

**3.98**   **Nonpriority creditor's name and mailing address**

PROFESSIONAL SEARCH GROUP OC, LLC
8500 SUNSET BLVD, E406
WEST HOLLYWOOD, CA 90069

**Date or dates debt was incurred**

11/21/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,000.00

---

**3.99**   **Nonpriority creditor's name and mailing address**

REGHIE D OGAHAYON
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

11/28/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$285.00

---

**3.100**   **Nonpriority creditor's name and mailing address**

ROKT CORP
33 IRVING PLACE 3RD FLOOR
NEW YORK, NY 10003

**Date or dates debt was incurred**

11/30/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,425.43

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**

ROSENSTEIN HENRY, LLC
371 SPRING PARK ROAD
CAMARILLO, CA  93012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,187.29

---

**3.102** | **Nonpriority creditor's name and mailing address**

ROTH STAFFING COMPANIES, L.P.
450 NORTH STATE COLLEGE BOULEVARD
ORANGE, CA  92868

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,177.13

---

**3.103** | **Nonpriority creditor's name and mailing address**

ROTH STAFFING COMPANIES, L.P.
450 NORTH STATE COLLEGE BOULEVARD
ORANGE, CA  92868

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,621.80

---

**3.104** | **Nonpriority creditor's name and mailing address**

SHAYLA KING
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
DEMAND/THREATENED LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.105** | **Nonpriority creditor's name and mailing address**

SHRED-IT USA INC.
SHRED-IT USA, LLC
P.O BOX 101007
PASADENA, CA  91189-1007

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103.66

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.106** | **Nonpriority creditor's name and mailing address**

SKLAR KIRSH, LLP
1880 CENTURY PARK EAST, SUITE 300
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,925.00

---

**3.107** | **Nonpriority creditor's name and mailing address**

SNOWFLAKE, INC.
450 CONCAR DRIVE
SAN MATEO, CA  94402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,039.18

---

**3.108** | **Nonpriority creditor's name and mailing address**

SOFTWAREONE, INC.
20875 CROSSROADS CIRCLE, SUITE 1
WAUKESHA, WI  53186

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,706.89

---

**3.109** | **Nonpriority creditor's name and mailing address**

SQUARESPACE
8 CLARKSON ST.
NEW YORK, NY  10014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CLAIMS UNDER REAL PROPERTY LEASE

**Is the claim subject to offset?**
☐ No
☒ Yes

$115,000.00

---

**3.110** | **Nonpriority creditor's name and mailing address**

STEVEN BERO
ADDRESS AVAILABLE UPON REQUEST

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,015.00

| Debtor | Winc, Inc. | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address** | | **$1,750.00**

TAYLOR BROWN (DBA THE STYLED PRESS, LLC)
14937 50TH ST. NE
SAINT MICHAEL, MN  55376

**Date or dates debt was incurred**

11/29/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | | **$7,492.74**

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
P.O. BOX 826486
PHILADELPHIA, PA  19182-6486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | | **$1,750.00**

THE KIR GROUP

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | | **$718.00**

THOMSON REUTERS (TAX & ACCOUNTING) INC.
2395 MIDWAY ROAD
CARROLLTON, TX  75006-2521

**Date or dates debt was incurred**

10/14/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | | **$48,735.00**

THRIVE MARKET
4509 GLENCOE AVENUE
MARINA DEL REY, CA  90292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CLAIMS UNDER REAL PROPERTY LEASE

**Is the claim subject to offset?**
☐ No
☒ Yes

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,026.00

TOPPAN MERRILL USA, INC.
747 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57,565.85

UNITED HEALTHCARE INSURANCE COMPANY
UHIC UNITEDHEALTHCARE OF CA
P.O. BOX 843118
LOS ANGELES, CA 90084-3118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/15/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,712.00

UNITED TALENT AGENCY, LLC
9336 CIVIC CENTER DRIVE
BEVERLY HILLS, CA 90210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,999.93

VIN-GLOBAL LLP
4501 MANATEE AVE W SUITE 314
BRADENTON, FL 34209

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/23/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00

VRAI DIGITAL LLC
706 WEST BARRY AVENUE 2B
CHICAGO, IL 60657

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ACCRUED MARKETING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>WEST LA VENTURE COMMONWEALTH LLC<br>(WEST LA ALLA COMMONWEALTH LLC)<br>11777 SAN VICENTE BLVD., 650<br>LOS ANGELES, CA 90049<br><br>**Date or dates debt was incurred**<br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,464.11 |

| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>WINE AND CRIME PODCAST, LLC<br>1421 JEFFERSON AVE. 1<br>MINNEAPOLIS, MN 55413<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED MARKETING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $720.00 |

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>ZENDESK, INC.<br>1019 MARKET STREET<br>SAN FRANCISCO, CA 94103<br><br>**Date or dates debt was incurred**<br>11/9/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>ZOLA, INC.<br>150 BROADWAY FLOOR 19<br>NEW YORK, NY 10038<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED MARKETING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,372.75 |

Debtor    Winc, Inc.
          (Name)                                    Case number (if known)    22-11238

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $415,036.61 |
| 5b. | Total claims from Part 2 | 5b. + | $5,275,284.78 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,690,321.39 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | 15 ANGLES II LLC <br> 1865 PALMER AVE, STE 104 <br> LARCHMONT, NY  10538 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | 15 ANGLES II LLC <br> 1865 PALMER AVE, STE 104 <br> LARCHMONT, NY  10538 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | 500 STARTUPS IP <br> 4163 HUBBARTT DRIVE <br> PALO ALTO, CA  94306 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FOREIGN LIABILITY - POLICY NUMBER PFFFD38423757 006 <br><br><br> 9/30/2023 | ACE AMERICAN INSURANCE <br> 436 WALNUT ST <br> PHILADELPHIA, PA  19106 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT A -RATES RE: SERVICE AGREEMENT DTD 10/25/2021 | AEROTEK, INC.<br>ATTN CONTRACTS DEPT<br>7301 PKWY DR<br>HANOVER, MD  21076 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 10/25/2021<br><br>10/28/2022 | AEROTEK, INC.<br>ATTN CONTRACTS DEPT<br>7301 PKWY DR<br>HANOVER, MD  21076 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS DIRECTORS' AND OFFICERS' INSURANCE - POLICY NUMBER 0313-6125 | ALLIED WORLD INSURANCE COMPANY<br>550 S HOPE ST, STE 1825<br>LOS ANGELES, CA  90071 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | AMBROSI, LOLA L.<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIGNATURE PAGE & EXHIBITS TO AGREEMENT DTD 9/28/2016 | AMBROSI, LOLA L.<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSFER AGENCY & REGISTRAR SERVICES AGREEMENT DTD 7/21/2021<br><br>7/21/2024 | AMERICAN STOCK TRANSFER & TRUST CO. LLC<br>ATTN LEGAL DEPT<br>48 WALL ST, 22ND FL<br>NEW YORK, NY  10005 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGENCY & REGISTRAR SERVICES AGREEMENT DTD 7/21/2021 | AMERICAN STOCK TRANSFER & TRUST CO. LLC ATTN RELATIONSHIP MGR 6201 15TH AVE BROOKLYN, NY  11219 |
| | **State the term remaining** | 7/21/2024 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | WARRANT AGENT AGREEMENT DTD 2/15/2022 | AMERICAN STOCK TRANSFER & TRUST CO. LLC ATTN REORG DEPT 6201 15TH AVE BROOKLYN, NY  11219 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | AMPLIFY LA CAPITAL II LLC 1600 MAIN ST VENICE, CA  90401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | AMPLIFY LA CAPITAL LLC 1600 MAIN ST VENICE, CA  90401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | AMPLIFY LA OPPORTUNITY FUND LP 1600 MAIN ST VENICE, CA  90401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 9/24/2019 | ASCENTIS CORPORATION 11995 SINGLETREE LANE, SUITE 400 EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.17 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 6/12/2020 RE: MSA<br><br><br>10/1/2023 | ASCENTIS CORPORATION<br>11995 SINGLETREE LANE, SUITE 400<br>EDEN PRAIRIE, MN  55344 |
| 2.18 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WIRELESS PHONE INVOICE #287267902693X11102022 DTD 11/02/2022 | AT&T<br>PO BOX 6463<br>CAROL STREAM, IL  60197-6463 |
| 2.19 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | ATKINS, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.20 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 12/17/2018 | ATKINS, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.21 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATTENTIVE ORDER FORM DTD 10/21/2021 | ATTENTIVE MOBILE, INC.<br>221 RIVER ST, STE 9047<br>HOBOKEN, NJ  07030 |
| 2.22 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATTENTIVE ORDER FORM DTD 6/1/2021<br><br><br>8/1/2023 | ATTENTIVE MOBILE, INC.<br>221 RIVER ST, STE 9047<br>HOBOKEN, NJ  07030 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 10/1/2021 | ATTENTIVE MOBILE, INC.<br>221 RIVER ST, STE 9047<br>HOBOKEN, NJ  07030 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 7TH AMENDMENT TO SERVICE AGREEMENT DTD 10/1/2021 AMENDS AGREEMENT DTD 1/1/2018 | AWESOME OS, INC.<br>8605 SANTA MONICA BLVD, #30540<br>LOS ANGELES, CA  90069 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 8TH AMENDMENT TO SERVICE AGREEMENT DTD 12/20/2021 AMENDS AGREEMENT DTD 1/1/2018 | AWESOME OS, INC.<br>8605 SANTA MONICA BLVD, #30540<br>LOS ANGELES, CA  90069 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**      9/30/2023<br><br>**List the contract number of any government contract** | EMPLOYMENT PRACTICES LIABILITY - POLICY NUMBER P00100069106402 | AXIS INSURANCE COMPANY<br>10000 AVALON BLVD, STE 200<br>ALPHARETTA, GA  30009 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS DIRECTORS' AND OFFICERS' INSURANCE - POLICY NUMBER P-001-001045876-01 | AXIS INSURANCE COMPANY<br>10000 AVALON BLVD, STE 200<br>ALPHARETTA, GA  30009 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | AZUR GROUP, INC.<br>D/B/A AZUR ASSOCIATES<br>ATTN PATRICK DELONG, FOUNDER/PRINCIPAL<br>2151 MAIN ST, STE C<br>NAPA, CA  94559 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | BAHRI, LINA <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT | BAHRI, LINA <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/31/2016 | BECK, LAUREN <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/31/2016 | BECK, LAUREN <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/20/21 | BEDNARZ, SYLVIA <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/10/2021 | BELL, LISA <br> ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 6/10/2021 | BELL, LISA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | BEN VAN DE BUNT & LAURA FOX LIV TRUST<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/28/2021 | BENCEL, AUDREY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT 12/28/2021 | BENCEL, AUDREY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | BERESFORD, HEATHER<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 12/1/2013 | BERESFORD, HEATHER<br>ADDRESS AVAILABLE UPON REQUEST |

(Name)     Case number (if known)   22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 2/20/2017 | BERNARDINOS & CARVALHO SA<br>QUINTA DO GRADIL<br>2550-073 VILAR<br>CADAVAL<br>PORTUGAL |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 7/19/2017 | BERNARDINOS & CARVALHO SA<br>QUINTA DO GRADIL<br>2550-073 VILAR<br>CADAVAL<br>PORTUGAL |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | BESSEMER VENTURE PARTNERS VIII INSTITUTIONAL, L.P.<br>C/O BESSEMER VENTURE PARTNERS<br>ATTN GENERAL COUNSEL<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | BESSEMER VENTURE PARTNERS VIII INSTITUTIONAL, L.P.<br>C/O BESSEMER VENTURES<br>535 MIDDLEFIELD RD, STE 245<br>MENLO PARK, CA 94025 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2021 | BISETTI, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/18/2021 | BISETTI, VANESSA<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | BOSHART, HARVEY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/7/2018 | BRAULT, CAROL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 2/7/2018 | BRAULT, CAROL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | BRENER INTERNATIONAL GROUP LLC<br>421 N BEVERLY DR<br>BEVERLY HILLS, CA  90210 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/2/2022 | BURNS, BRANDON<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 2/7/2022 | BURNS, BRANDON<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | C2 CLUB W HOLDINGS LLC <br> C/O CROSSCUT VENTURES <br> ATTN RICK L SMITH <br> 373 ROSE AVE <br> VENICE, CA 90291 |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | C2 CLUB W HOLDINGS LLC <br> C/O CROSSCUT VENTURES <br> ATTN RICK L SMITH <br> 373 ROSE AVE <br> VENICE, CA 90291 |
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | C2 CLUB W SPV LLC <br> C/O CROSSCUT VENTURES <br> ATTN RICK L SMITH <br> 373 ROSE AVE <br> VENICE, CA 90291 |
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | C2 CLUB W SPV LLC <br> C/O CROSSCUT VENTURES <br> ATTN RICK L SMITH <br> 373 ROSE AVE <br> VENICE, CA 90291 |
| 2.57 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ONLINE WINESALE INVOICE | CACTUS MEDIA-MAIN <br> 176 N. OLD WOODWARD <br> BIRMINGHAM, MI 48009 |
| 2.58 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/31/2015 | CAMBERG, JULIE TERRIANN <br> ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/2/2015 | CAMBERG, JULIE TERRIANN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF ENGAGEMENT DTD 3/16/2022<br><br>3/16/2023 | CANACCORD GENUITY LLC<br>99 HIGH ST, STE 1200<br>BOSTON, MA 02110 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OF CANACCORD GENUITY LLC ENGAGEMENT LETTER DTD 11/25/2022<br>RE: AGREEMENT DTD MARCH 16, 2022 | CANACCORD GENUITY LLC<br>99 HIGH STREET<br>SUITE 1200<br>BOSTON, MA 02110 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/30/2016 | CANTINA DEI COLLI DI CREA<br>VIA ALCIDE DE GASPERI N. 6<br>FRAZIONE MADONNINA<br>SERRALUNGA DI CREA 15020<br>ITALY |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 1/26/2017 | CELLER DE CAPCANES, SCCL<br>C/LLABERIA 4<br>CAPCANES 43776<br>SPAIN |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | CENTRAL VALLEY ADMINISTRATORS, INC.<br>3115 OCEAN FRONT WALK SUITE 301<br>MARINA DEL REY, CA 90292 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | CESTONE, VINCENT, II<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVENUE SHARE AGREEMENT ADVANCE# 21538 | CFT CLEAR FINANCE TECHNOLOGY CORP.<br>2810 N CHURCH ST #68100<br>WILMINGTON, DE  19802-4447 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 8/11/2020 | CHATEAU PESQUIE<br>1365 RTE DE FLASSAN<br>MORMOIRON  84570<br>FRANCE |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/15/2021 | CLARK, TARA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/14/2021 | CLARK, TARA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DTD 9/12/2022 | CLARK, TARA<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE SERVICE ORDER FORM DTD 4/13/2022 | CLOUDFLARE INC<br>101 TOWNSEND ST<br>SAN FRANCISCO, CA 94107 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/8/2021 | COLIO, LAURA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/27/2019 | COLON, JEANKARLO<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/27/2019 | COLON, JEANKARLO<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | COMEX CONSULTING SL<br>ATTN EDWARD FIELD<br>PLAZA CASTELLINI, 9-1 IZQ<br>CARTAGENA 30201<br>SPAIN |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT DTD 5/12/2021 ASSIGNS ASSET PURCHASE AGREEMENT | COMEX CONSULTING SL<br>ATTN: EDWARD FIELD<br>PLAZA CASTELLINI, 9-1 IZQ<br>CARTAGENA 30201<br>SPAIN |

Debtor    Winc, Inc.

(Name)

Case number (if known)    22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 1/10/2017 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 10/11/2017 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 12/15/2016 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 4/5/2017 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 4/5/2017 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 5/12/2021 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 7/30/2020 | COMPAGNIE INTERNATIONALE DE VINS & SPIRITUEUX S.A.S.<br>66 BOULEVARD NOTRE DAME<br>MARSEILLE  13006<br>FRANCE |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DTD 12/1/2022 RE: MASTER CONSULTING AGMT | COMPINTELLIGENCE, INC.<br>56 DRIFTWAY LANE<br>NEW CANAAN, CT  06840 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 7/16/2021 | COMPINTELLIGENCE, INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT  06840 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DTD 7/16/2021 RE: MSA DTD 7/16/2021 | COMPINTELLIGENCE, INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT  06840 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DTD  12/18/2021<br><br>6/8/2023 | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE SUITE 1000<br>BELLEVUE, WA  98004 |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 5/17/2021 | CORDIER<br>1, RUE DE LA SEIGLIERE<br>BORDEAUX  33088<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 5/4/2020 | CORDIER<br>1, RUE DE LA SEIGLIERE<br>BORDEAUX  33088<br>FRANCE |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 5/5/2019 | CORDIER<br>1, RUE DE LA SEIGLIERE<br>BORDEAUX  33088<br>FRANCE |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA  90291 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA  90291 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | CSABA & JUDY KONKOLY FAMILY TRUST, THE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DANIEL GALBREATH NICHOLS REV TR DTD 5/24/2012 DATED 5/24/2012<br>4500 CHERRY CREEK DRIVE SOUTH SUITE 625<br>DENVER, CO  80246 |

Debtor   Winc, Inc.
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 4/21/2021 | DATASITE LLC<br>733 S. MARQUETTE AVE, SUITE 600<br>RICK ATTERBURNY, PRESIDENT & COO<br>MINNEAPOLIS, MN  55402 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/19/2022 | DATZ, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 1/19/2022 | DATZ, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DTD 9/12/2022 | DATZ, NICOLE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/13/2017 | DAUGHERTY, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 2/13/2017 | DAUGHERTY, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 6/14/2019 | DEEHAN, MICHAEL <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/6/2017 | DEMING, TORI <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 6/24/2020 | DEMING, TORI <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2016 | DIVIRGILIO, PAUL JOSEPH <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DOLLARHYDE, GRED <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | DOLWANI, JAI <br> ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD  6/24/2020 | DOLWANI, JAI<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 1/16/2017 | DOMAINE DES COMTES MEDITERRANEENS<br>CHATEAU MARIS<br>LA LIVINIERE  34210<br>FRANCE |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 1/16/2017 | DOMAINE DES COMTES MEDITERRANEENS<br>CHATEAU MARIS<br>LA LIVINIERE  34210<br>FRANCE |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/18/2017 | DOMAINE DES COMTES MEDITERRANEENS<br>CHATEAU MARIS<br>LA LIVINIERE  34210<br>FRANCE |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER RENEWAL AMENDMENT DTD 11/1/2020 AMENDS ORDER DTD 7/31/2015<br><br>10/31/2023 | DOMO, INC.<br>ATTN FINANCE DEPT<br>772 E UTAH VALLEY DR<br>AMERICAN FORK, UT  84003 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION ORDER FORM DTD 8/1/2022<br><br>7/31/2023 | DONNELLEY FINANCIAL LLC<br>ATTN LEGAL DEPT<br>35 W WACKER DR<br>CHICAGO, IL  60601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DOROTHY A NICHOLS TRUST DTD 6/29/2012 ADDRESS AVAILABLE UPON REQUEST |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DREAM CATCHER INVESTMENTS LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | DREAM CATCHER INVESTMENTS SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | DRESSELHAUS VENTURES 2 GMBH NOVALISSTR. 12<br><br>BERLIN,   10115 GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | DUKES, DANTENEA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/26/2019 | DUKES, DANTENEA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 8/19/2021 | E*TRADE FINANCIAL CORP SERVICES, INC.<br>ATTN EXECUTIVE DIR<br>3 EDISON DR<br>ALPHARETTA, GA  30005 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 5/17/2021 | E*TRADE FINANCIAL CORP SERVICES, INC.<br>ATTN MANAGING ATTORNEY<br>3 EDISON DR<br>ALPHARETTA, GA  30005 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 5/17/2021 | E*TRADE FINANCIAL CORP SERVICES, INC.<br>ATTN PRESIDENT<br>3 EDISON DR<br>ALPHARETTA, GA  30005 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/23/2021 | EDDY, JONATHAN<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/23/2021 | EDDY, JONATHAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/19/2021 | ELIAS, DERON, JR<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/26/2021 | ELIAS, DERON, JR<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | ELLS, VALERIE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS DIRECTORS' AND OFFICERS' INSURANCE - POLICY NUMBER DOX330027679200 DTD 11/11/2022 | ENDURANCE AMERICAN INSURANCE COMPANY<br>4 MANHATTANVILLE RD<br>PURCHASE, NY  10577 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | ERIC & LAURA LAMISON FAMILY TRUST<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/18/2016 | ESPARZA, IRMA
ADDRESS AVAILABLE UPON REQUEST |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/18/2016 | ESPARZA, IRMA
ADDRESS AVAILABLE UPON REQUEST |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | ESSIN, WILL
ADDRESS AVAILABLE UPON REQUEST |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | TRANSPORTATION SERVICES AGREEMENT #591985659-106 DTD 1/8/2020 | FEDERAL EXPRESS CORP.
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | TRANSPORTATION SERVICES AGREEMENT #591985659-109 DTD 10/15/2020 | FEDERAL EXPRESS CORP.
ATTN: VP, BRAND EXP MARKETING
3640 HACKS CROSS RD
BLDG D, 2ND FL
MEMPHIS, TN  38125 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract | FEDEX TRANSPORTATION SERVICES AGREEMENT AMENDMENT  DTD 10/5/2021
AMENDS AGREEMENT# 591985659-110-02 | FEDEX CORPORATE SERVICES, INC.
3640 HACKS CROSS RD, BLDG D, 2ND FL
MEMPHIS, TN  38125 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT DTD 4/4/2019 | FEDEX CORPORATE SERVICES, INC. 3640 HACKS CROSS RD, BLDG D, 2ND FL MEMPHIS, TN 38125 |
| | **State the term remaining** | 4/4/2024 | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMENT #59185659-100 DTD 4/20/2017 | FEDEX CORPORATE SERVICES, INC. 3640 HACKS CROSS RD, BLDG D, 2ND FL MEMPHIS, TN 38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AMENDMENT DTD 10/21/2022 AMENDS AGREEMENT #591985659-109-03 | FEDEX CORPORATE SERVICES, INC. 3640 HACKS CROSS RD, BLDG D, 2ND FL MEMPHIS, TN 38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AMENDMENT DTD 10/5/2021 AMENDS AGREEMENT #591985659-110-01 | FEDEX CORPORATE SERVICES, INC. 3640 HACKS CROSS RD, BLDG D, 2ND FL MEMPHIS, TN 38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | GRANT & PERMISSION AGREEMENT | FEDEX CORPORATE SERVICES, INC. 3650 HACKS CROSS RD BLDG E, 1ST FL MEMPHIS, TN 38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | GRANT & PERMISSION AGREEMENT DTD 4/4/2019 | FEDEX CORPORATE SERVICES, INC. ATTN: VP, BRAND EXP MARKETING 3640 HACKS CROSS RD BLDG D, 2ND FL MEMPHIS, TN 38125 |
| | **State the term remaining** | 4/4/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT #591985659-106 DTD 1/8/2020 | FEDEX FREIGHT, INC.<br>ATTN: VP, BRAND EXP MARKETING<br>3640 HACKS CROSS RD<br>BLDG D, 2ND FL<br>MEMPHIS, TN 38125 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT #591985659-109 DTD 10/15/2020 | FEDEX FREIGHT, INC.<br>ATTN: VP, BRAND EXP MARKETING<br>3640 HACKS CROSS RD<br>BLDG D, 2ND FL<br>MEMPHIS, TN 38125 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT #591985659-106 DTD 1/8/2020 | FEDEX GROUND PACKAGE SYSTEM, INC.<br>ATTN: VP, BRAND EXP MARKETING<br>3640 HACKS CROSS RD<br>BLDG D, 2ND FL<br>MEMPHIS, TN 38125 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION SERVICES AGREEMENT #591985659-109 DTD 10/15/2020 | FEDEX GROUND PACKAGE SYSTEM, INC.<br>ATTN: VP, BRAND EXP MARKETING<br>3640 HACKS CROSS RD<br>BLDG D, 2ND FL<br>MEMPHIS, TN 38125 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION & GENERAL RELEASE AGREEMENT DTD 11/13/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | FELDMAN, JOSH<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/30/2020 | FIELDS-JACKSON, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |

Debtor    Winc, Inc.

(Name)

Case number (if known)    22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | FIORINO, ALLIE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 6/14/2021 | FIORINO, ALLIE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER FORM<br><br>2/17/2023 | FIVETRAN, INC.<br>405 14TH ST, STE 1100<br>OAKLAND, CA  94612 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | FLOOD, JOHN L<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 9/22/2021 | FLORES, FAITH<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS AGREEMENT DTD 9/12/2022 | FLORES, FAITH<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/12/2019 | FREY, LEONA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/12/2019 | FREY, LEONA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GENESEN, TRACY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | GOBLUE VENTURES LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY  10538 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GOBLUE VENTURES LLC<br>525 BRANNAN ST, STE 100<br>SAN FRANCISCO, CA  94107 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 4/28/2022 | GOLD, CAITLIN<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GOLDENBERG, ADAM<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/20/2020 | GRACE, MADISON<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 2/24/2020 | GRACE, MADISON<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 4/29/2019 | GRANDS VIGNOBLES EN MEDITERRANEE<br>CHATEAU MARIS<br>LA LIVINIERE  34210<br>FRANCE |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GRAVES, GREGORY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/5/2015 | GREEN, ERIN K<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GREGG & AMY BOGOST JOINT REV TR ADDRESS AVAILABLE UPON REQUEST |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/15/2021 | GRIMES, DENNIS C ADDRESS AVAILABLE UPON REQUEST |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 8/2/2001 | GRIMES, DENNIS C ADDRESS AVAILABLE UPON REQUEST |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER RE: GROUP PLAN #G-00574464 DTD 5/21/2020 | GUARDIAN LIFE INSURANCE CO OF AMERICA 10 HUDSON YARDS NEW YORK, NY  10001 |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | GUILD CAPITAL – CLUB W LLC 444 N MICHIGAN AVE, STE 650 CHICAGO, IL  60611-3933 |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | H. BARTON CO-INVEST FUND LLC C/O INCORPORATING SERVICES LTD 3500 S DUPONT HWY DOVER, DE  19901 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 4/9/2020 | HERNANDEZ, XOCHITL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 4/9/2021 | HERNANDEZ, XOCHITL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | HODGE, PAUL W<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | HOFFMAN, SHEP<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | HOLLERBACH, MARCEL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DTD 1/10/2018 | HORIZON BEVERAGE COMPANY OF RHODE ISLAND, INC.<br>121 HOPKINS HILL ROAD<br>WEST GREENWICH, RI  02817 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 1/13/2022 | HUTCHINSON, KAITLIN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION & GENERAL RELEASE AGREEMENT DTD 11/10/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | HUTCHINSON, KAITLIN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE APPLICATION & MASTER SERVICE AGREEMENT DTD 6/2/2020 | IDOLOGY, INC.<br>ATTN LEGAL DEPT<br>2018 POWERS FERRY RD SE, STE 720<br>ATLANTA, GA  30339 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPOSAL #P-1113483 DTD 6/6/2022 | IMAGINIT TECHNOLOGIES<br>304 INVERNESS WAY S, STE 240<br>ENGLEWOOD, CO  80112 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | INCHAUSTE, ANGELLI<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 6/14/2021 | INCHAUSTE, ANGELLI<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROCUREMENT AGREEMENT FOR PRODUCT SERVICES DTD 1/4/2022 | INSIGHT RESOURCE GROUP 3468 MT DIABLE BLVD, STE B120 LAFAYETTE, CA  94549 |
| | **State the term remaining** | 1/9/2024 | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLIGIZE ORDER FORM DTD 2/15/2022 | INTELLIGIZE 230 PARK AVE, 7TH FLOOR NEW YORK, NY  10169 |
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLE SOURCE LETTER DTD 2/17/2022 | J. & H. SELBACH WEINKELLEREI GEWERBEGEBEIT GANSFELDER STR. 20 ZELTINGEN-RACHTIG  D-54492 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/24/2020 | JACKSON, ELIZABETH ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | JAMES J & ERICA S FRANK (JTWROS) ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | JAMES J TIAMPO MONEY PURCHASE PLAN & TR (KEOGH) ATTN JAMES J TIAMPO, TTEE PO BOX 2430 BLAINE, WA  98231-2430 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | JAN VENTURES LLC<br>ATTN ANDREW NIGRELLI<br>262 WINTER ST<br>WESTON, MA  02493 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/29/2016 | JENSON, PAUL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 7/13/2015 | JENSON, PAUL<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/11/2021 | JOHNSTON, THOMAS M<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEPARATION & GENERAL RELEASE AGREEMENT DTD 11/17/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | JOHNSTON, THOMAS M<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/10/2016 | JONES, VONETTA<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/14/2016 | JONES, VONETTA ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | JORDAN, JAMES BUCKLEY ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | JOSH SPEAR LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP AGREEMENT RENEWAL - ID 232465 DTD 6/16/2022 | KAISER PERMANENTE HEALTH PLAN INC CUSTOMER SERVICE CENTER PO BOX 23448 SAN DIEGO, CA  92193-3448 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/8/2021 | KEATING, KATHERINE ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/8/2021 | KEATING, KATHERINE ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2022 | KENNEDY, SCOTT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/11/2022 | KENNEDY, SCOTT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | KESTREL FLIGHT FUND LLC<br>ATTN ALBERT HANSER, MANAGING PARTNER<br>149 MEADOWBROOK RD<br>WESTON, MA  02493 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 2/3/2022 | KING, SHAYLA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/22/2017 | KNUTSEN, TOM<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 2/22/2017 | KNUTSEN, TOM<br>ADDRESS AVAILABLE UPON REQUEST |

Debtor    Winc, Inc.                                                Case number (if known)    22-11238
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/25/2021 | KRAM, NATALIE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 2/25/2021 | KRAM, NATALIE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | KUKAC LIMITED |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/31/2019 | LAPORTE, JACQUELINE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 7/31/2019 | LAPORTE, JACQUELINE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 9/9/2016 | LAWTON, PETER<br>ADDRESS AVAILABLE UPON REQUEST |

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION & GENERAL RELEASE AGREEMENT DTD 11/18/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | LAWTON, PETER<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE-GROSS DTD 6/9/2021 | LEE & ASSOCIATES LOS ANGELES WEST, INC.<br>1508 17TH ST<br>SANTA MONICA, CA  90404 |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/10/2021 | LEE, JAE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 5/10/2021 | LEE, JAE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/23/2022 | LIBRIZZI, JUDE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 6/23/2022 | LIBRIZZI, JUDE<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | LIEBERMAN, LEONARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 11/17/2021 | LIMESTONE COAST WINES PTY LTD<br>15025 RIDDOCH HWY<br>COONAWARRA  5263<br>AUSTRALIA |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 3/3/2021 | LIMESTONE COAST WINES PTY LTD<br>15025 RIDDOCH HWY<br>COONAWARRA  5263<br>AUSTRALIA |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 1/12/2017 | LIMESTONE COAST WINES PTY LTD<br>7089 RIDDOCH HIGHWAY<br>PADTHAWAY  5263<br>AUSTRALIA |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/10/2021 | LIMESTONE COAST WINES PTY LTD<br>P.O. BOX 315<br>COONAWARRA  5263<br>AUSTRALIA |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | LIN, PATRICK<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM RE: #FLD7502607293 | LINKEDIN<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA  94085 |
| | **State the term remaining** | 4/7/2023 | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | CARGO (WAR & MARINE) - POLICY NUMBER<br>WC-FAL-90000045/MC-FAL-90000045 | LLOYDS OF LONDON<br>1 LIME ST<br>LONDON<br>UNITED KINGDOM |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DTD 12/13/2019 | LOS ANGELES PHILHARMONIC ASSOC.<br>ATTN GENERAL COUNSEL<br>151 S GRAND AVE<br>LOS ANGELES, CA  90012 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | LOTUS CAPITAL LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/7/2022 | MACLEOD, SOPHIA<br>ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MADISON TRUST CO, CUSTODIAN<br>F/B/O MICHAEL MALOUF M21026625<br>401 E 8TH ST, STE 200<br>SIOUX FALLS, SD  57103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 2/15/2022 | MAITRE, ARTHUR<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 3/14/2022 | MARICONI, MATTHEW<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 3/18/2022 | MARTINEZ, FREDDY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPENDIX A INITIAL INSERTION ORDER DTD 11/17/2021 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020<br><br>12/31/2022 | MASTERCARD INTERNATIONAL, INC.<br>2000 PURCHASE STREET<br>PURCHASE, NY  10577 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPENDIX A INITIAL INSERTION ORDER DTD 3/21/2022 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020<br><br>3/15/2023 | MASTERCARD INTERNATIONAL, INC.<br>2000 PURCHASE STREET<br>PURCHASE, NY  10577 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/17/2021 | MATTSON, CHRIS<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/17/2021 | MATTSON, CHRIS<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MATYKA, DOMINIK<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MCCORMICK, ANDREW<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/26/2018 | MCCREARY, DEX<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 11/26/2018 | MCCREARY, DEX<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MCCUE, JACK<br>ADDRESS AVAILABLE UPON REQUEST |

Debtor   Winc, Inc.

(Name)

Case number (if known)   22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MCFARLANE FAMILY TRUST<br>1853 LIONS RIDGE LOOP EAST<br>VAIL, CO 81657 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL RELEASE DTD 9/23/2022 | MCFARLANE, GEOFFREY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MCFARLANE, GEOFFREY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/16/2020 | MCGREGOR, ANASTASIA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 12/16/2020 | MCGREGOR, ANASTASIA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MCGUIRE, JAMES SOCTT<br>ADDRESS AVAILABLE UPON REQUEST |

| Debtor | Winc, Inc. | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/5/2021 | MELVIN, VERAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/5/2021 | MELVIN, VERAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/6/2022 | MERICKA, LINDSEY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD5/6/2022 | MERICKA, LINDSEY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | MESSINA, RICHARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/22/2016 | MICHEL GASSIER<br>CHEMIN DES CANAUX<br>CAISSARGUES  30132<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM A TO PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT DTD 10/18/2022 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, STE 101<br>SANTA MARIA, CA  93455 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL REGARDING SPI FOR V22 WINES DTD 7/20/2022 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, STE 101<br>SANTA MARIA, CA  93455 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT# 21WINCCSPNVL3YR DTD 8/5/2021<br><br>6/1/2024 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, STE 101<br>SANTA MARIA, CA  93455 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/5/2021 | MORRIS, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 8/1/2017 | MORRIS, ASHLEY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/15/2016 | MOUNT RILEY WINES LIMITED<br>P.O. BOX 102061<br>NORTH SHORE MAIL CENTRE<br>AUCKLAND<br>NEW ZEALAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 1/9/2017 | NATANNA PTY LTD<br>VALLEY ROAD R44<br>KLAPMUTS<br>SOUTH AFRICA |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS DIRECTORS' AND OFFICERS' INSURANCE - POLICY NUMBER 01-811-11-47 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.<br>1271 AVE OF AMERICAS, 37TH FL<br>NEW YORK, NY |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIMARY DIRECTORS' AND OFFICERS' INSURANCE - POLICY NUMBER 01-811-11-45 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.<br>1271 AVE OF AMERICAS, 37TH FL<br>NEW YORK, NY |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | NEW DIRECTION IRA |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | NICHOLS, RANDY<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | NORTH RIM INVESTMENTS LLC<br>105 FIELDSON DR<br>MILLEDGEVILLE, GA  31061 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/14/2016 | NUSSEN, ERICA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/14/2016 | NUSSEN, ERICA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | NUVIEW IRA FBO JOHN SEABERN<br>14 WALNUT AVE<br>MILL VALLEY, CA 94941 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NYSE AMERICAN LISTING AGREEMENT DTD 11/4/2021 | NYSE AMERICAN LLC<br>74 TRINITY PLACE<br>NEW YORK, NY 10006 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/11/2020 | OAKTREE IMPORTS, INC.<br>711 MORENO ROAD<br>SANTA BARBARA, CA 93103 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/19/2016 | OAKTREE IMPORTS, INC.<br>711 MORENO ROAD<br>SANTA BARBARA, CA 93103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 3/3/2021 | OAKTREE IMPORTS, INC.<br>711 MORENO ROAD<br>SANTA BARBARA, CA 93103 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO SERVICE AGREEMENT DTD 2/8/2016 AMENDS AGREEMENT DTD 9/14/2015 | OFFSOURCING, INC.<br>8605 SANTA MONICA BLVD, #30540<br>LOS ANGELES, CA 90069 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 9/21/2015 | OFFSOURCING, INC.<br>8605 SANTA MONICA BLVD, #30540<br>LOS ANGELES, CA 90069 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 5/2/2022 | OGAHAYON, REGHIE<br>215A WINCHESTER RD<br>SOUTHHAMPTON<br>HAMPSHIRE<br>UNITED KINGDOM |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL ORDER - ESTIMATE #972473 DTD 2/7/2022<br><br>3/7/2024 | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX 78741 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT DTD 8/19/2022 ESTIMATE #1062310 DTD 8/9/2022 | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX 78741 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE NETSUITE ESTIMATE #1062310 DTD 8/9/2022 | ORACLE AMERICA, INC. 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE ORDERING DOCUMENT | ORACLE AMERICA, INC. 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | 2/9/2024 | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | ORACLE CLOUD SERVICES AGREEMENT | ORACLE AMERICA, INC. ATTN GEN COUNSEL, LEGAL DEPT 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | PACIFIC CONTINENTAL INSURANCE CO. 3115 OCEAN FRONT WALK SUITE 301 MARINA DEL REY, CA 90292 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY SUBORDINATION AGREEMENT DTD 12/15/2020 | PACIFIC MERCANTILE BANK ATTN GEORGE BURNETT 949 S COAST DR, 1ST FL COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | PATRICK M FALLE LIVING TRUST ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Winc, Inc.
_____
(Name)

Case number (if known) 22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEMPORARY STAFFING SERVICES AGREEMENT | PEOPLESHARE LLC<br>100 SPRINGHOUSE DR, STE 200<br>COLLEGEVILLE, PA  19426 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | PHELPS, DENNIS<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 7/26/2021 | PIERCE, JELISA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | PIGGOTT, BENJAMIN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | PREDAINA, MATT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/16/2015 | PREDAINA, MATT<br>ADDRESS AVAILABLE UPON REQUEST |

| Debtor | Winc, Inc. | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/16/2016 | PROBULK S.P.A.<br>AV APOQUINDO 5583 OLAS CONDES<br>SANTIAGO<br>CHILE |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/7/2017 | PROBULK S.P.A.<br>AV APOQUINDO 5583 OLAS CONDES<br>SANTIAGO<br>CHILE |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 12/7/2017 | PROBULK S.P.A.<br>AV APOQUINDO 5583 OLAS CONDES<br>SANTIAGO<br>CHILE |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 4/23/2020 | PROBULK S.P.A.<br>AV APOQUINDO 5583 OLAS CONDES<br>SANTIAGO<br>CHILE |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/4/2021 | PROCK, BROOKE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION & GENERAL RELEASE AGREEMENT 11/7/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | PROCK, BROOKE<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/15/2021 | RAMSEUR, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/5/2021 | RAMSEUR, ELIZABETH<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RANDSTAD SERVICE TERMS DTD 1/05/2017 | RANDSTAD<br>PO BOX 894217<br>LOS ANGELES, CA 90189-4217 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/11/2021 | RATLIFF, KEN E<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/11/2021 | RATLIFF, KEN E<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE LETTER- SCOPE OF WORK SERVICES DTD 4/5/2021<br><br><br>4/1/2023 | REAL TIME STAFFING SERVICES D/B/A SELECT STAFFING |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/18/2021 | REASONOVER, RICHARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 10/18/2021 | REASONOVER, RICHARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 9/10/2021 | REED, JEFFREY J<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 8/1/2022 | REED, KAITLYN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION & GENERAL RELEASE AGREEMENT DTD 11/10/2022 EMPLOYMENT TERMINATED EFF 11/4/2022 | REED, KAITLYN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RESSLER, DON<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RESTA, LEE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2022 | REYES, OTILIA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 3/18/2022 | REYES, OTILIA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | RICE WINE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO  106-6117<br>JAPAN |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RICE WINE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO  106-6117<br>JAPAN |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RINCON LLC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | ROBERT TALLMAN NICHOLS REV TR DTD 9/28/2012<br>1751 BERKELEY ST STUDIO 3<br>SANTA MONICA, CA 90404 |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RUBIN, HOWARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | RUNCKEL, ALISHA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | SAKE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SAKE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 10/15/2019 | SAN ISIDRO, SCCCLM<br>CAMINO DE LA ESPERILLA 0<br>VVA. DE ALCARDETE<br>TOLEDO 45810<br>SPAIN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 4/5/2017 | SAN ISIDRO, SCCCLM<br>VVA. DE ALCARDETE<br>TOLEDO  45810<br>SPAIN |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 9/8/2020 | SAN ISIDRO, SCCCLM<br>VVA. DE ALCARDETE<br>TOLEDO  45810<br>SPAIN |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SARAIYA, NAISHADH<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 1/14/2017 | SARL FAMILLE CHAUDIERE<br>1365B ROUTE DE FLASSAN<br>MORMOIRON  84570<br>FRANCE |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 1/17/2022 | SARL FAMILLE CHAUDIERE<br>1365B ROUTE DE FLASSAN<br>MORMOIRON  84570<br>FRANCE |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOLE SOURCE LETTER DTD 12/14/2020 | SARL FAMILLE CHAUDIERE<br>1365B ROUTE DE FLASSAN<br>MORMOIRON  84570<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 2/1/2021 | SARL FAMILLE CHAUDIERE<br>1365B ROUTE DE FLASSAN<br>MORMOIRON  84570<br>FRANCE |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/10/2021 | SCHOTT, MADISON<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 5/10/2021 | SCHOTT, MADISON<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SCHWANHAEUSER, THOMAS<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SCHWARTZ FAMILY TRUST<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SCOTT M HEMMING & LIESL A MAGGIORE REV LIV TR<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/16/2020 | SEELYE, STEVE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/16/2020 | SEELYE, STEVE<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/14/2018 | SERI-LEVI, EITAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 9/17/2018 | SERI-LEVI, EITAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #15713 DTD 3/22/2019 | SHARK PIG<br>4514 N FIGUEROA ST<br>LOS ANGELES, CA 90065 |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA |
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SHUCHAM, ROBERT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SHULEVA, BEN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | SIEMER VENTURES II LP<br>D/B/A WAVEMAKER PARTNERS II<br>1438 9TH ST<br>SANTA MONICA, CA 90404 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SIEMER VENTURES II LP<br>D/B/A WAVEMAKER PARTNERS II<br>1438 9TH ST<br>SANTA MONICA, CA 90404 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/15/2021 | SINGLA, PUNIT<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.347 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/15/2021 | SINGLA, PUNIT<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.348 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SLP VENTURES II LLC<br>500 S GRAND AVE, STE 1310<br><br>LOS ANGELES, CA  90071 |
| 2.349 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SMASH MEDIA LLC |
| 2.350 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/1/2013 | SMITH, BRIAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.351 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | SMITH, BRIAN<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.352 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 4/28/2015 | SOFTWAREONE, INC.<br>20875 CROSSROADS CIR, STE 1<br>WAUKEHSA, WI  53186 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER INFORMATION DTD 4/28/2015 | SOFTWAREONE, INC.<br>20875 CROSSROADS CIR, STE 1<br>WAUKESHA, WI  53186 |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2021 | SOLANO, KARINA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 3/18/2021 | SOLANO, KARINA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/17/2017 | SOUARE, MAMADOU<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 8/16/2017 | SOUARE, MAMADOU<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMON STOCK PURCHASE WARRANT DTD 11/10/2021<br><br>11/10/2026 | SPARTAN CAPITAL SECURITIES LLC<br>45 BROADWAY, 19TH FL<br>NEW YORK, NY  10006 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMON STOCK PURCHASE WARRANT DTD 11/10/2021 | SPARTAN CAPITAL SECURITIES LLC C/O MANATT PHELPS & PHILLIPS LLP ATTN THOMAS J POLETTI 695 TOWN CENTER DR, 14TH FL COSTA MESA, CA  92626 |
| | **State the term remaining** | 11/10/2026 | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | WIFI SERVICES INVOICE# 2142325112422 DTD 11/24/2022 | SPECTRUM BUSINESS 4145 S FALKENBURG RD RIVERVIEW, FL  33578-8652 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/30/2021 | STAHL, TYLER ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 12/30/2021 | STAHL, TYLER ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS AGREEMENT DTD 9/14/2022 | STAHL, TYLER ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | STEIGERWALD, SCOTT ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | STUEMPFIG, ALEXANDER<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 7/6/2015 | STUEMPFIG, ALEXANDER<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AUTHORIZATION FORM DTD 1/27/2022 | TABLEAU SOFTWARE LLC<br>1621 N 34TH ST<br>SEATTLE, WA 98103 |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | TEAGUE, ROBERT TOWNSEND<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AUTOMOBILE - POLICY NUMBER 6080961108<br><br>9/30/2023 | THE CONTINENTAL INSURANCE COMPANY<br>333 S WABASH AVE<br>CHICAGO, IL 60604 |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIQUOR LIABILITY - POLICY NUMBER 6080961089<br><br>9/30/2023 | THE CONTINENTAL INSURANCE COMPANY<br>333 S WABASH AVE<br>CHICAGO, IL 60604 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | UMBRELLA - POLICY NUMBER 6080961092 | THE CONTINENTAL INSURANCE COMPANY 333 S WABASH AVE CHICAGO, IL  60604 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 9/21/2014 | THELEN, MATTHEW ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL RELEASE  DTD 11/24/2022 | THELEN, MATTHEW ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSOLIDATED INVOICE #17863001 DTD 4/25/2022 | THOMSON REUTERS TAX & ACCOUNTING-CHECKPOINT CUSTOMER SERVICE DEPT PO BOX 115008 CARROLLTON, TX  75011-5008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | TIAMPO, JAMES J ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | TIAMPO, MATTHEW ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | TIMOTHY & TAMARA JOHNSON LIV TRUST 2620 PACIFIC AVE  B VENICE, CA  90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLE SOURCE LETTER DTD 1/3/2017 | TIROSH ESTATE LIMITED 3579 STATE HIGHWAY 63 BLENHEIM NEW ZEALAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | TODRYK, MICHAEL ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMPENSATION - POLCY NUMBER 6081401958 AND 6081401961 | TRANSPORTATION INSURANCE COMPANY 333 S WABASH AVE CHICAGO, IL  60604 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | FIDUCIARY LIABILITY INSURANCE - POLICY NUMBER 107546131 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL, MN  55102-0094 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS AGREEMENT DTD 9/12/2022 | TUFFY, AUDREY ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT RE: MEDICAL AND HOSPITAL GROUP SUBSCRIBER AGREEMENT DTD 6/1/2022 | UNITED HEALTHCARE OF CALIFORNIA<br>P.O. BOX 843118<br>LOS ANGELES, CA  90084-3118 |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA CERTIFICATE OF COVERAGE FOR PLAN CI75 DTD 6/1/2022 | UNITED HEALTHCARE<br>5701 KATELLA AVENUE<br>CYPRESS, CA  90630 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA CERTIFICATE OF COVERAGE FOR PLAN CI8D DTD 6/1/2022 | UNITED HEALTHCARE<br>5701 KATELLA AVENUE<br>CYPRESS, CA  90630 |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE# PRP-194477 DTD 12/02/2021 | UPCURVE CLOUD<br>10801 NATIONAL BLVD, STE 410<br>LOS ANGELES, CA  90064 |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    9/30/2023<br><br>**List the contract number of any government contract** | PROPERTY/GENERAL LIABILITY - POLICY NUMBER 6080961111 | VALLEY FORGE INSURANCE COMPANY<br>1 BALA PLAZA, SUITE 100<br>BALA CYNWYD, PA  19004 |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | VAUGHN, ISAAC<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | VERBIER SP PARTNERSHIP L.P. ATTN JAMES J TIAMPO, PRESIDENT PO BOX 2430 BLAINE, WA 98231-2430 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLE SOURCE LETTER DTD 3/2/2018 | VIN NOE CHATEAU MARIS 265 RUE MURANO BEZIERS 34500 FRANCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | SURCHARGE ALLOCATION AGREEMENT DTD 10/10/2022 | VINTAGE WINES ESTATES, INC. 205 CONCOURSE BOULEVARD SANTA ROSA, CA 95403 |
| | **State the term remaining** | 1/16/2023 | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | VIOLANTE, THOMAS JOHN ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | VIOLANTE, THOMAS MICHAEL ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 5/25/2016 | VIRGILIO, PAUL JOSEPH ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Winc, Inc. | Case number (if known) 22-11238 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/29/2021 | VO, GINA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 6/28/2001 | VO, GINA<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO INDUSTRIAL LEASE AGREEMENT AMENDS INDUSTRIAL LEASE AGREEMENT DTD 12/8/2015 | VV1515 LLC<br>C/O VELOCITY VENTURE PARTNERS LLC<br>ATTN MICHAEL J HAVILAND, ESQ<br>ONE BELMONT AVE, STE 520<br>BALA CYNWYD, PA  19004 |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO INDUSTRIAL LEASE AGREEMENT AMENDS INDUSTRIAL LEASE AGREEMENT DTD 12/8/2015 | VV1515 LLC<br>C/O VELOCITY VENTURE PARTNERS LLC<br>ATTN ZACHARY MOORE, MEMBER<br>ONE BELMONT AVE, STE 520<br>BALA CYNWYD, PA  19004 |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDUSTRIAL LEASE AGREEMENT DTD 12/8/2015 | VV1515 LLC<br>C/O VELOCITY VENTURE PARTNERS LLC<br>ATTN ZACHARY MOORE, MEMBER<br>ONE BELMONT AVE, STE 520<br>BALA CYNWYD, PA  19004 |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LESSOR ACKNOWLEDGMENT AND SUBORDINATION | VV1515 LLC<br>C/O VELOCITY VENTURE PARTNERS LLC<br>ATTN ZACHARY MOORE, MEMBER<br>ONE BELMONT AVE, STE 520<br>BALA CYNWYD, PA  19004 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | WAHOOWA VENTURES 1865 PALMER AVE, STE 104 LARCHMONT, NY  10538 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | WAHOOWA VENTURES 196 BROADWAY, 2ND FL CAMBRIDGE, MA  02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | WASH, DARRYL ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT #S0015892849 DTD 6/28/2022 | WASTE MANAGEMENT OF PENNSYLVANIA, INC. 107 SILVIA STREET EWING, NJ  08628 |
| | **State the term remaining** | 6/28/2025 | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | WAVEMAKER GLOBAL SELECT LLC 175 GREENWICH ST NEW YORK, NY  10007 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 AMENDS AGREEMENT DTD 4/6/2021 | WAVEMAKER PARTNERS V LP 175 GREENWICH ST NEW YORK, NY  10007 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | WAVEMAKER WINC INVESTORS L.P. |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOLE SOURCE LETTER DTD 10/7/2018 | WEINGUT GEORG WEINWURM <br> HAUPSTRASSE 85 <br> DOBERMANNSDORF <br> AUSTRIA |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | WELO, TOBIAS W <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | WETHERALD, THOMAS <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/17/2019 | WILEY, JORDAN <br> ADDRESS AVAILABLE UPON REQUEST |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 1/17/2019 | WILEY, JORDAN <br> ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/11/2021 | YANG, XUEYING ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE #INV03113654 DTD 2/28/2018 | ZENDESK, INC. 1019 MARKET ST SAN FRANCISCO, CA  94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/25/2020 | ZOTOVICH, RYAN ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL INFORMATION & INVENTION ASSIGNMENT AGREEMENT DTD 6/25/2020 | ZOTOVICH, RYAN ADDRESS AVAILABLE UPON REQUEST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | ZUMSEE LIMITED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  BWSC, LLC | 1751 BERKELEY STREET, STUDIO 3 SANTA MONICA, CA  90404 | BANC OF CALIFORNIA, N.A. AS SUCCESSOR-BY-MERGER | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Winc, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11238 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/2022
            MM / DD / YYYY

✘ /s/ Carol Brault
Signature of individual signing on behalf of debtor

Carol Brault
Printed name

Chief Financial Officer
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors