# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## BWSC, LLC (CASE NO. 22-11239)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (the "Global Notes") pertain to the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtors' Chief Financial Officer and professional advisors, and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements.  The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On November 30, 2022 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief with the Court under chapter 11 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close to the Petition Date as reasonably practicable under the circumstances.

As of the Petition Date, the Debtors' headquarters was located at 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.  However, effective as of December 31, 2022, the Debtors will have rejected the lease associated with their headquarters.  The Debtors' go-forward mailing address is 12405 Venice Blvd., Box #1, Los Angeles, CA 90066.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course of business.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations; (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief* [Docket No. 9] filed on December 2, 2022.

**Insiders**.  Payments to insiders are listed in part 2, question 4 of the Statements.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not

take any position with respect to:  (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

> a.    **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value.

> b.    **Interim Orders**.  Pursuant to the interim employee wage and tax orders and any supplements or amendments to such orders entered by the Court on December 6, 2022 (the "Interim Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits as well as taxes and fees.  The Debtors have not included claims of this nature in the Schedules to the extent that such claims were paid under the Interim Orders.

> c.    **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, claims of creditors listed may not reflect all such setoffs.  The Debtors and their estates reserve all rights with respect to any such setoffs.

> d.    **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

> e.    **Leases**.  In the ordinary course of business, the Debtors may lease certain equipment or non-residential real property from certain third-party lessors for use in the ordinary course of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

> f.    **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection

3

of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

g. **Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

h. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

i. **Estimates**. The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

j. **Classifications**. Listing a claim (a) on Schedule D as "secured;" (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority;" or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

k. **Claims Description**. The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

l. **Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

29975035.3

## **NOTES FOR SCHEDULES**

**Schedule A/B – Assets – Real and Personal Property**.

**Part 2, Item 8**.  In Part 2, Item 8, the Debtors have listed certain amounts in the aggregate for Prepaid Merchant Fees and Prepaid Freight.  The Debtors pay merchant fees based on subscription credit transactions, which are expensed in the Debtors' books and records at the time that the Debtors' customers apply their credits towards the purchase of merchandise.  In addition, the Debtors incur various freight costs to move inventory between warehouses and such costs are expensed in the Debtors' books and records as the inventory is shipped to customers.  In each case, such amounts are listed in the aggregate because such costs are recorded in the Debtors' books and records in the aggregate and it would be costly, burdensome, and impractical to itemize such amounts.

Payments made to the estates' retained professionals are listed on Part 6, Item 11 of the Statements rather than Part 2, Item 8 of the Schedules.

**Part 5**.  As set forth above, all inventory values identified in Schedule A/B, Part 5 are listed as net book value unless otherwise stated.

**Part 7**.  The Debtors' books and records do not differentiate between office furniture and office fixtures.  Accordingly, the Debtors have listed all office furniture and fixtures in the aggregate in their response to question 39.

**Part 11, Item 72**.  Debtor Winc, Inc. is the parent of a consolidated tax group that comprises all of the Debtors.  Accordingly, the Debtors file Federal and state tax returns on a consolidated or combined basis.  The Debtors maintain net operating losses from consolidated or combined tax filings, which are listed under Schedule A/B, Part 11, Item 72 for Winc, Inc.  The Debtors reserve all rights to assert that the net operating losses are property of a different Debtor.

**Part 11, Item 73**.  In response to Part 11, Item 73, the Debtors have not listed the insurance policies comprising their insurance program, as disclosed in the Debtors' *Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof, and (C) Continue Their Insurance Premium Financing Program; and (II) Banks to Honor and Process Related Checks and Transfers* [Docket No. 11], filed on December 2, 2022.

**Part 11, Item 74**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed certain causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Part 11, Item 77.1**.  Debtors BWSC, LLC and Winc, Inc. engage in ordinary course intercompany transactions that result in credit and debit book entries for accounting purposes.  Such intercompany transactions result in a net zero balance and have not been listed in Part 11, Item 77.1.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  The Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

Certain of the Debtors' liabilities do not lend themselves to identification of individual claims and/or claimants. Specifically, Part 2 of Schedule E/F for BWSC, LLC does not include estimated liabilities for outstanding gift cards on an individual basis because BWSC, LLC does not track individual gift card holders. The total amount outstanding on account of gift cards issued by BWSC, LLC is $4,050,315.59 as of the Petition Date.

The Debtors have approximately 160,000 customers (the "DTC Customers") associated with their direct to consumer business. In the ordinary course of business, the DTC Customers purchase subscription credits (collectively, the "Subscription Credits") for merchandise on the Debtors' e-commerce platform. The Debtors believe that the Subscription Credits will either be honored on a go-forward basis or have been forfeited pursuant to existing policies and applicable laws governing such Subscription Credits and have not listed amounts corresponding to such Subscription Credits on an individual basis in their Schedules. Instead, the Debtors have listed the maximum liability associated with such potential claims on an aggregate basis in Schedule E/F, as it would be impractical, cost prohibitive, and unduly burdensome to list such claims on an individual basis as of the Petition Date, and would cause the Schedules to become unwieldy and voluminous.

All amounts payable under that certain Collaboration Agreement dated February 1, 2019, between Atticus Publishing, LLC and Winc Lost Poet, LLC are paid by BWSC, LLC and are listed on Schedule F, Part 2 for BWSC, LLC.

**Schedule G – Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

*[Remainder of page intentionally left blank]*

29975035.3

## NOTES FOR STATEMENTS

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively.

**Statement 4**.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**.  BWSC, LLC is not currently involved in any pending formal legal action or administrative proceedings.  However, BWSC, LLC is periodically involved in audits and informal administrative inquiries with certain state agencies to ensure regulatory and licensure compliance, and it engages in interviews with state agencies in the ordinary course of business.  Such informal proceedings have not been listed in Statement 7.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).

**Statement 26**.  Debtor Winc, Inc.'s financial statements include information for Debtors BWSC, LLC and Winc Lost Poet, LLC.  Accordingly, the information included in the Statement of Financial Affairs for Winc, Inc. is applicable to each of the other Debtors.

**Statement 26(d)**.  Additionally, from time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  In addition, in connection with the Debtors' IPO and sale processes, the Debtors have provided financial statements to various parties.  Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, all of the recipients of such information may not be listed in response to this question.  Moreover, as a public company, the Debtors' financial statements are publicly available.

**Statement 28.**  As disclosed in the Schedule 14A Proxy Statement filed on April 14, 2022, Dreamer Pathway Limited (BVI) ("Dreamer Pathway"), Shiningwine Limited (BVI) ("Shiningwine"), and Dream Catcher Investments ("Dreamcatcher" and collectively with Dreamer Pathway and Shiningwine, the "Shining Capital Affiliates") each directly own shares of Winc, Inc. Shining Capital Holdings II L.P. and Shining Capital Management III Limited (together, "Shining Capital"), act as the investment managers for Shining Capital Affiliates.  Xiangwei Weng is a director of Winc, Inc. and founder and Chief Executive Officer of Shining Capital.  Mr. Weng may be deemed to have voting and investment control over the shares held by Shining Capital Affiliates. The business address of Shining Capital and Shining Capital Affiliates is Suite 8101, Level 81, International Commerce Centre, 1 Austin Road West Kowloon, Hong Kong, Hong Kong.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | BWSC, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11239 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

NOT APPLICABLE

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$30,329,974.32

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$30,329,974.32

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$3,635,745.83

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

UNKNOWN

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

**+**         $33,778,805.18

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

$37,414,551.01

**Fill in this information to identify the case:**

Debtor        BWSC, LLC

United States Bankruptcy Court for the:        Delaware

Case number        22-11239
(if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

   NONE

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.        BANC OF CALIFORNIA, N.A. | OPERATING | 7708 | $336,675.45 |

**4.   OTHER CASH EQUIVALENTS**

   NONE

**5   Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

   | $336,675.45 |
   |---|

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

   DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1.        COLUMBIA BUSINESS CENTER PARTNERS - SECURITY DEPOSIT | $13,640.00 |
|---|---|

| | Current value of debtor's interest |
|---|---|
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.    AVALARA, INC.  - GENERAL PREPAID | $24,128.35 |
| 8.2.    HAWK APPLICATIONS CORP (DBA SHIPHAWK) - GENERAL PREPAID | $8,854.00 |
| 8.3.    INFORMATION AND COMPUTING SERVICES, INC (RF-SMART) - GENERAL PREPAID | $24,264.19 |
| 8.4.    LAYLINE INSURANCE BROKERS  - GENERAL PREPAID | $75.81 |
| 8.5.    MOTIVE MARKETING GROUP, INC.  - GENERAL PREPAID | $17,400.00 |
| 8.6.    PREPAID FREIGHT | $725,156.66 |
| 8.7.    PREPAID MERCHANT FEES DEFERRAL | $495,089.60 |

| **9** **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,308,608.61 |
|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.** **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** **ACCOUNTS RECEIVABLE** | | | |
| 90 DAYS OR LESS | $3,232,653.95 <br> face amount | $0.00 <br> doubtful or uncollectable accounts   = → | $3,232,653.95 |
| OVER 90 DAYS | $73,016.08 <br> face amount | $15,018.80 <br> doubtful or uncollectable accounts   = → | $57,997.28 |

| **12** **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $3,290,651.23 |
|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.** **DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |

| **17** **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|

| Part 5: | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18.    DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    RAW MATERIALS** | | | | |
| 19.1.    RAW MATERIALS | | $8,598,653.84 | COST | $8,598,653.84 |
| **20.    WORK IN PROGRESS** | | | | |
| NONE | | | | |
| **21.    FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    INVENTORY | | $16,013,754.02 | COST | $16,013,754.02 |
| **22.    OTHER INVENTORY OR SUPPLIES** | | | | |
| NONE | | | | |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $24,612,407.86 |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value    $315,785.57    Valuation method    COST    Current value    $315,785.57

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.    DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.    FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.    FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.    FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.    OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE AND FIXTURES | $7,889.01 | NET BOOK VALUE | $7,889.01 |
| **40.  OFFICE FIXTURES** | | | |
| 40.1.    LEASEHOLD IMPROVEMENTS | $57,150.87 | NET BOOK VALUE | $57,150.87 |
| 40.2.    SEE QUESTION 39 FOR OFFICE FURNITURE AND FIXTURES | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTERS AND SOFTWARE | $609,448.09 | NET BOOK VALUE | $609,448.09 |
| **42.  COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| **NONE** | | | |

| 43  Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $674,487.97 |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **NONE** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **NONE** | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **NONE** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    MACHINERY AND EQUIPMENT | $107,143.20 | NET BOOK VALUE | $107,143.20 |

| | |
|---|---|
| **51 Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $107,143.20 |

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☒ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | |
|---|---|
| **56 Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | NOT APPLICABLE |

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| | 62.1.    BILL.COM - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| | 63.1.    CUSTOMER LISTS | UNDETERMINED | N/A | UNDETERMINED |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | 64.1.    SUPPLIER RELATIONSHIPS | UNDETERMINED | N/A | UNDETERMINED |
| **65.** | **GOODWILL** | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☑ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |

| | | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | NOT APPLICABLE |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year? ☒ No  ☐ Yes | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $336,675.45 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,308,608.61 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $3,290,651.23 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $24,612,407.86 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $674,487.97 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $107,143.20 | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | N/A |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $30,329,974.32  + 91b. | N/A |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $30,329,974.32 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BWSC, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11239 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **1.  Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** **Amount of claim** *Do not deduct the value of collateral.* | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name** BANC OF CALIFORNIA, N.A. <br><br> **Creditor's mailing address** ATTN: MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA, CA  92707 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** 12/15/2020 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS <br><br> **Describe the lien** FIRST LIEN REVOLVING CREDIT FACILITY <br><br> **Is the creditor an insider or related party?** ☒ No ☐ Yes <br><br> **Is anyone else liable on this claim?** ☐ No ☒ Yes <br><br> **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,635,745.83 | UNDETERMINED |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $3,635,745.83

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|------------------|-------------------------------------------------------------|------------------------------------------------|
| BANC OF CALIFORNIA, N.A.<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JAMES E. O'NEILL<br>919 N MARKET ST, 17TH FL<br>PO BOX 8705<br>WILMINGTON, DE  19899-8705 | Line 2.1 | |
| BANC OF CALIFORNIA, N.A.<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: RICHARD M. PACHULSKI; MAXIM B. LITVAK<br>10100 SANTA MONICA BOULEVARD, 13TH FLOOR<br>LOS ANGELES, CA  90067 | Line 2.1 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BWSC, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11239 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>AL ALCOHOLIC BEVERAGE CONTROL BOARD<br>2715 GUNTER PARK DR W<br>MONTGOMERY, AL  36109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>AZ DEPT OF LIQUOR LICENSES AND CONTROL<br>800 W. WASHINGTON, 5TH FLOOR<br>PHOENIX, AZ  85007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>AZ DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ  85007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>RETURN PROCESSING RANCH<br>P.O. BOX 942879<br>SACRAMENTO, CA  94279-6001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.5** | **Priority creditor's name and mailing address**<br>CO DEPARTMENT OF REVENUE<br>PO BOX 17087<br>DENVER, CO  80217-0087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.6** | **Priority creditor's name and mailing address**<br>CT COMMISSIONER OF REVENUE SERVICES<br>450 COLUMBUS BLVD<br>HARTFORD, CT  06103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.7** | **Priority creditor's name and mailing address**<br>CT SECRETARY OF STATE<br>165 CAPITOL AVE<br>HARTFORD, CT  06106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.8** | **Priority creditor's name and mailing address**<br>CT STATE TREASURER<br>165 CAPITOL AVE<br>HARTFORD, CT  06106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | BWSC, LLC | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| 2.9 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | DC TREASURER<br>1275 K ST NW # 600<br>WASHINGTON, DC 20005 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.10 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO<br>1940 NORTH MONROE STREET<br>TALLAHASSEE, FL 32399 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.11 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | FL DEPT. OF REVENUE<br>5050 WEST TENNESSEE STREET<br>TALLAHASSEE, FL 32399 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.12 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GA DEPT. OF REVENUE<br>1800 CENTURY BOULEVARD, NE<br>ATLANTA, GA 30345 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.13 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | HAWAII DEPARTMENT OF TAXATION<br>830 PUNCHBOWL ST<br>HONOLULU, HI 96813 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    BWSC, LLC
_____
(Name)

Case number (if known) 22-11238
_____

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|--|--|
| **2.14** | **Priority creditor's name and mailing address**<br><br>HI CITY & CO OF HONOLULU<br>530 S KING ST # 100<br>HONOLULU, HI  96813<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.15** | **Priority creditor's name and mailing address**<br><br>HI CO OF KAUAI DEPT<br>4444 RICE ST STE 463<br>LIHUE, HI  96766<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.16** | **Priority creditor's name and mailing address**<br><br>HI CO OF MAUI DEPT (2145)<br>200 S. HIGH ST.<br>KALANA O MAUI BLDG<br>WAILUKU, HI  96793<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.17** | **Priority creditor's name and mailing address**<br><br>IA DEPARTMENT OF REVENUE<br>1305 E WALNUT ST FOURTH FLOOR, 0107<br>DES MOINES, IA  50319<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.18** | **Priority creditor's name and mailing address**<br><br>IDAHO STATE TAX COMMISSION<br>PO BOX 76<br>BOISE, ID  83707-0076<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

**Part 1:**  **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19**  **Priority creditor's name and mailing address**

IL ALCOHOL,TOBACCO AND FUEL DIVISION
101 W JEFFERSON ST
SPRINGFIELD, IL  62702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.20**  **Priority creditor's name and mailing address**

IL CHICAGO DEPT OF FINANCE
33 N. LASALLE, SUITE 700
CHICAGO, IL  60602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.21**  **Priority creditor's name and mailing address**

IL DEPT OF REVENUE
PO BOX 19041
SPRINGFIELD, IL  62794-9041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.22**  **Priority creditor's name and mailing address**

ILLINOIS LIQUOR CONTROL COMMISSION
555 W MONROE ST., SUITE 1100
CHICAGO, IL  60661

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.23**  **Priority creditor's name and mailing address**

IN DEPT OF REVENUE
P.O. BOX 7224
INDIANAPOLIS, IN  46207-7224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.24** | **Priority creditor's name and mailing address**<br>IOWA ALCOHOLIC BEVERAGES DIVISION<br>1918 SE HULSIZER DR<br>ANKENY, IA  50021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.25** | **Priority creditor's name and mailing address**<br>KANSAS DEPT OF REVENUE<br>120 SE 10TH AVE<br>TOPEKA, KS  66612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.26** | **Priority creditor's name and mailing address**<br>KANSAS LIQUOR ENFORCEMENT TAX<br>915 SW HARRISON ST.<br>TOPEKA, KS  66612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.27** | **Priority creditor's name and mailing address**<br>KDOR - ALCOHOLIC BEVERAGE CONTROL<br>PO BOX 3506<br>TOPEKA, KS  66601-3506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.28** | **Priority creditor's name and mailing address**<br>LA DEPT OF REVENUE<br>617 N 3RD ST<br>BATON ROUGE, LA  70802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.29 | **Priority creditor's name and mailing address**<br><br>MA ABCC<br>95 FOURTH STREET, SUITE 3<br>CHELSEA, MA 02150-2358<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>MA DEPT OF REVENUE<br>1 FEDERAL ST BUILDING 103-2<br>SPRINGFIELD, MA 01105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>MAINE LIQUOR LICENSING & INSPECTION UNIT<br>8 STATE HOUSE STATION<br>AUGUSTA, ME 04333<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>MD COMPTROLLER<br>60 WEST STREET SUITE 102<br>ANNAPOLIS, VA 21401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br><br>ME BUREAU OF ALC BEVERAGES AND LOTTERY OP<br>8 STATE HOUSE STATION<br>AUGUSTA, ME 04333<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34** **Priority creditor's name and mailing address**
ME REVENUE SERVICES
51 COMMERCE DR
AUGUSTA, ME  04330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.35** **Priority creditor's name and mailing address**
MI DEPT OF LICENSING & REGULATORY AFFAIRS
611 W. OTTAWA
P.O. BOX 30004
LANSING, MI  48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.36** **Priority creditor's name and mailing address**
MI STATE OF MICHIGAN
124 W MICHIGAN AVENUE
LANSING, MI  48933

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.37** **Priority creditor's name and mailing address**
MISSOURI DIVISION OF ALCOHOL AND TOBACCO CONTROL
7545 S LINDBERGH BLVD SUITE 150
ST. LOUIS, MO  63125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.38** **Priority creditor's name and mailing address**
MN DEPT OF REVENUE
600 ROBERT ST N
ST PAUL, MN  55101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.39 | **Priority creditor's name and mailing address**<br><br>MT DEPT OF REVENUE<br>125 N ROBERTS ST<br>HELENA, MT 59601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br><br>NC DEPT OF REVENUE<br>ASHEVILLE BUILDING<br>1500 PINECROFT RD #300<br>GREENSBORO, NC 27407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br><br>ND OFC OF STATE TAX COMM<br>600 E BOULEVARD AVE DEPT. 127<br>BISMARCK, ND 58505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br><br>NE DEPT OF REVENUE<br>1313 FARNAM ST #10TH<br>OMAHA, NE 68102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.43 | **Priority creditor's name and mailing address**<br><br>NEBRASKA LIQUOR CONTROL COMMISSION<br>301 CENTENNIAL MALL S<br>LINCOLN, NE 68508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.44** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

NEVADA DEPT OF TAXATION -SALES/USE
700 E. WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS, NV  89119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

NEW JERSEY DIVISION OF ALCOHOLIC
BEVERAGE CONTROL
140 E FRONT ST
TRENTON, NJ  08608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

NEW JERSEY DIVISION OF TAXATION
3 JOHN FITCH WAY
TRENTON, NJ  08611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

NEW YORK MTA TAX
NYS CORPORATION TAX
PO BOX 1909
ALBANY, NY  12201-1909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.48** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

NEW YORK STATE SALES TAX
PO BOX 4127
BINGHAMTON, NY  13802-4127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.49**  **Priority creditor's name and mailing address**

NH LIQUOR COMMISSION
50 STORRS ST
CONCORD, NH 03301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.50**  **Priority creditor's name and mailing address**

NM TAXATION AND REVENUE DEPT
1200 SOUTH ST. FRANCIS DRIVE
SANTA FE, NM 87505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.51**  **Priority creditor's name and mailing address**

NV DEPT OF TAXATION
700 E WARM SPRINGS RD. 2ND FLOOR
LAS VEGAS, NV 89119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.52**  **Priority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.53**  **Priority creditor's name and mailing address**

OFFICE OF TAX AND REVENUE
PO BOX 96166
WASHINGTON, DC 20090-6166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br><br>OH DEPT OF LIQUOR CONTROL<br>6606 TUSSING RD<br>REYNOLDSBURG, OH 43068<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>OH DEPT OF TAXATION<br>30 E BROAD ST #22<br>COLUMBUS, OH 43215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA TAX COMMISSION<br>300 N BROADWAY AVE<br>OKLAHOMA CITY, OK 73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>OREGON LIQUOR CONTROL COMMISSION<br>9079 SE MCLOUGHLIN BLVD<br>PORTLAND, OR 97222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br><br>PA DEPT OF REVENUE<br>1846 BROOKWOOD ST<br>HARRISBURG, PA 17104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.59** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

SD DEPT OF REVENUE
1520 HAINES AVE #3
RAPID CITY, SD  57701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.60** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

STATE OF SOUTH DAKOTA
3800. E. HWY 34 - HILLSVIEW PLAZA
C/O 500 EAST CAPITOL AVENUE
PIERRE, SD  57501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

TN DEPT OF REVENUE
500 DEADERICK ST
NASHVILLE, TN  37242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.62** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

TX ALCOHOLIC BEVERAGE COMMISSION
427 W 20TH ST #600
HOUSTON, TX  77008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.63** | **Priority creditor's name and mailing address** | | UNKNOWN | UNKNOWN

TX COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX  78714-9348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.64 | **Priority creditor's name and mailing address**<br><br>VA ALCOHOLIC BEVERAGE CONTROL AUTHORITY<br>7450 FREIGHT WAY<br>MECHANICSVILLE, VA 23116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.65 | **Priority creditor's name and mailing address**<br><br>VA DEPT OF TAXATION<br>1957 WESTMORELAND ST<br>RICHMOND, VA 23230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.66 | **Priority creditor's name and mailing address**<br><br>VERMONT DEPT. OF TAXES<br>133 STATE ST<br>MONTPELIER, VT 05602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.67 | **Priority creditor's name and mailing address**<br><br>WA STATE DEPT OF REVENUE<br>P.O. BOX 47478<br>OLYMPIA, WA 98504-7478<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.68 | **Priority creditor's name and mailing address**<br><br>WA STATE LIQUOR CONTROL BOARD<br>1025 UNION AVE SE<br>OLYMPIA, WA 98501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.69 | **Priority creditor's name and mailing address**<br><br>WI DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI  53708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br><br>WV ABC ATTN WINE LIC. (900)<br>900 PENNSYLVANIA AVE<br>CHARLESTON, WV  25302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br><br>WV STATE TAX DEPT<br>1124 SMITH ST<br>CHARLESTON, WV  25301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br><br>WY DEPT OF REVENUE<br>122 WEST 25TH STREET, SUITE E301<br>HERSCHLER BUILDING EAST<br>CHEYENNE, WY  82002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.73 | **Priority creditor's name and mailing address**<br><br>WY LIQUOR DIVISION<br>6601 CAMPSTOOL RD<br>CHEYENNE, WY  82001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.

☑ Yes.

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,753.13
*Check all that apply.*

3 TIER BEVERAGES
3501 N SOUTHPORT AVE  153
CHICAGO, IL  60657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,568.20
*Check all that apply.*

ACORN WEST PAPER PRODUCTS CO.
3686 E. OLYMPIC BLVD
LOS ANGELES, CA  90023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/7/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,733,315.98
*Check all that apply.*

CUSTOMER CREDIT BALANCE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
AGGREGATE CUSTOMER CREDIT BALANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,050,315.59
*Check all that apply.*

GIFT CARD BALANCE

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
AGGREGATE GIFT CARD BALANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,934.78
*Check all that apply.*

AJAX TURNER CO., INC.
4010 CENTREPOINTE DRIVE
LA VERGNE, TN  37086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113,913.53 |
| | ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) 7301 PARKWAY DRIVE HANOVER, MD  21076 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,640.96 |
| | ALLEGIS GROUP HOLDINGS, INC. (AEROTEK, INC.) 7301 PARKWAY DRIVE HANOVER, MD  21076 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 11/30/22 | **Basis for the claim:** ACCRUED EXPENSES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,650.00 |
| | ALTA LOMA VINEYARD LLC 885 BORDEAUX WAY STE. 100 NAPA, CA  94558 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 11/1/2022 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,975.93 |
| | AMC USA, INC. 142 W 57TH STREET NEW YORK, NY  10019 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,980.00 |
| | AMC USA, INC. 142 W 57TH STREET NEW YORK, NY  10019 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** ACCRUED AP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY  10285

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MERCHANT FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,769.72

---

**3.12** | **Nonpriority creditor's name and mailing address**

AMERICAN NORTHWEST DISTRIBUTORS, INC.
6733 E. MARGINAL WAY S
SEATTLE, WA  98108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,735.76

---

**3.13** | **Nonpriority creditor's name and mailing address**

AMERICAN TARTARIC PRODUCTS INC. (ATP GROUP)
1230 SHILOH ROAD
WINDSOR, CA  95492

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,534.25

---

**3.14** | **Nonpriority creditor's name and mailing address**

AMINIAN BUSINESS SERVICES, INC.
200 SPECTRUM CENTER DRIVE SUITE 300
IRVINE, CA  92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,620.00

---

**3.15** | **Nonpriority creditor's name and mailing address**

ANDERSON BROTHERS DESIGN & SUPPLY
212 MAIN STREET
SEAL BEACH, CA  90740

**Date or dates debt was incurred**

11/17/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,279.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.16** **Nonpriority creditor's name and mailing address**

ARARAT IMPORT EXPORT CO. LLC
1505 CAPITAL BLVD. SUITE 21
RALEIGH, NC 27603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,741.59

---

**3.17** **Nonpriority creditor's name and mailing address**

ARARAT IMPORT EXPORT CO. LLC
1505 CAPITAL BLVD. SUITE 21
RALEIGH, NC 27603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,746.73

---

**3.18** **Nonpriority creditor's name and mailing address**

ARTISAN FINE WINE AND SPIRITS
6516 E. 12TH STREET
TULSA, OK 74112

**Date or dates debt was incurred**

10/28/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$938.05

---

**3.19** **Nonpriority creditor's name and mailing address**

ATTICUS PUBLISHING, LLC
4141 GLENCOE AVE UNIT 409
MARINA DEL REY, CA 90292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED ROYALTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,751.21

---

**3.20** **Nonpriority creditor's name and mailing address**

AVALARA, INC.
255 S. KING ST., SUITE 1800
SEATTLE, WA 98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,339.50

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

AVALARA, INC.
255 S. KING ST., SUITE 1800
SEATTLE, WA 98104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$732.00

---

**3.22** **Nonpriority creditor's name and mailing address**

BAESMAN GROUP, INC.
4477 REYNOLDS DRIVE
HILLIARD, OH 43026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$490.00

---

**3.23** **Nonpriority creditor's name and mailing address**

BAYSTATE WINE & SPIRITS
321 MANLEY STREET
WEST BRIDGEWATER, MA 02379

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,318.51

---

**3.24** **Nonpriority creditor's name and mailing address**

BAYSTATE WINE & SPIRITS
321 MANLEY STREET
WEST BRIDGEWATER, MA 02379

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.75

---

**3.25** **Nonpriority creditor's name and mailing address**

BEDFORD ENTERPRISES, INC.
PO BOX 5875
SANTA MARIA, CA 93458

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$848.57

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.26**

**Nonpriority creditor's name and mailing address**

BEDFORD ENTERPRISES, INC.
PO BOX 5875
SANTA MARIA, CA  93458

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$258.29

---

**3.27**

**Nonpriority creditor's name and mailing address**

BERLIN PACKAGING LLC
525 W. MONROE STREET, 14TH FLOOR
CHICAGO, IL  60661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,541.77

---

**3.28**

**Nonpriority creditor's name and mailing address**

BETHEL CLEANING SERVICES, LLC
3038 FOULK RD.
GARNET VALLEY, PA  19060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,825.00

---

**3.29**

**Nonpriority creditor's name and mailing address**

BEVERAGE MARKETING & MORE, INC.
92-1086 OLANI STREET APT 3
KAPOLEI, HI  96707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.30**

**Nonpriority creditor's name and mailing address**

BLUE-GRACE LOGISTICS LLC
2846 S. FALKENBURG RD
RIVERVIEW, FL  33578

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,150.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.31** 

**Nonpriority creditor's name and mailing address**

BODEGAS IRANZO S.L.
CRITA, MADRID, 60 CAUDETE DE LA FUENTES, ES -
VALENCIA  46315
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,553.85

---

**3.32**

**Nonpriority creditor's name and mailing address**

BODEGAS IRANZO S.L.
CRITA, MADRID, 60 CAUDETE DE LA FUENTES, ES -
VALENCIA  46315
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,367.53

---

**3.33**

**Nonpriority creditor's name and mailing address**

BOISSET EFFERVESCENCE
2 PASSAGE MONTGOLFIER
NUITS-SAINT-GEORGES  21700
FRANCE

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,955.05

---

**3.34**

**Nonpriority creditor's name and mailing address**

BOISSET EFFERVESCENCE
2 PASSAGE MONTGOLFIER
NUITS-SAINT-GEORGES  21700
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,171.55

---

**3.35**

**Nonpriority creditor's name and mailing address**

BOTTER CASA VINICOLA
VIA CADORNA 17
30020 FOSSALTA DI PIAVE
VENEZIA
ITALY

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,831.21

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.36** | **Nonpriority creditor's name and mailing address**

BOZZANO AND COMPANY
PO BOX 14105
SAN LUIS OBISPO, CA  93406

**Date or dates debt was incurred**

11/18/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,535.00

---

**3.37** | **Nonpriority creditor's name and mailing address**

BRAINTREE
111 N. CANAL STREET SUITE 455
CHICAGO, IL  60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED MERCHANT FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,496.40

---

**3.38** | **Nonpriority creditor's name and mailing address**

BRAVE SPACE ALLIANCE
1515 E. 52ND PLACE, 3RD FLOOR
CHICAGO, IL  60615

**Date or dates debt was incurred**

10/6/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,840.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

CALIFORNIA CONCENTRATE CO.
18678 N HIGHWAY 99
ACAMPO, CA  95220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,469.20

---

**3.40** | **Nonpriority creditor's name and mailing address**

CANTINA SOCIALE DI PUIANELLO E COVIOLO S.C.A.
VIA C. MARX 19/A LOC.
 QUATTRO CASTELLA (RE)
PUIANELLO  42020
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$223.63

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,356.79

CANTINA SOCIALE DI PUIANELLO E COVIOLO S.C.A.
VIA C. MARX 19/A LOC. PUIANELLO
QUATTRO CASTELLA (RE)  42020
ITALY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,136.56

CHURCH-KEY, INC.
5201 S. TORREY PINES DRIVE
LAS VEGAS, NV  89118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,507.27

CLASSIC BEVERAGE COMPANY LLC
6498 E. 39TH AVENUE
DENVER, CO  80207

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $297,220.00

COASTAL VINEYARD CARE ASSOCIATES
224 EAST HIGHWAY 246, STE A
BUELLTON, CA  93427

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $369.00

CORK SUPPLY USA, INC.
531 STONE ROAD
BENICIA, CA  94510

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/4/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | BWSC, LLC | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,414.97

CREAM WINE COMPANY, LLC
2455 S. DAMEN AVE. SUITE 900
CHICAGO, IL  60608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,948.29

CREAM WINE COMPANY, LLC
2455 S. DAMEN AVE. SUITE 900
CHICAGO, IL  60608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CREAM WINE COMPANY, LLC
2455 S. DAMEN AVE. SUITE 900
CHICAGO, IL  60608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $149.85

CROWNALYTICS, LLC
PO BOX 1635
LONGMONT, CO  80502

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,250.00

CRUSH DISTRIBUTORS
151 WALTON STREET
PORTLAND, ME  04103

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,185.00 |
|---|---|---|---|

CRUSH DISTRIBUTORS NH
CRUSH WINES
63 MOUNTAIN DRIVE
GILFORD, NH  03249

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

9/9/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,267.04 |
|---|---|---|---|

DIGITAL DOGMA CORP.
13003 LOS NIETOS RD
SANTA FE SPRINGS, CA  90670

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

5/24/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,350.00 |
|---|---|---|---|

DIONYSOS IMPORTS
11581 ROBERTSON DRIVE
MANASSAS, VA  20109

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/7/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,494.27 |
|---|---|---|---|

DO VALLE, LLC (DBA MURPHY DISTRIBUTORS)
P.O. BOX 623
BRANFORD, CT  06405

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100,702.00 |
|---|---|---|---|

DOUGLAS R. CIRCLE
ADDRESS AVAILABLE UPON REQUEST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.76 |
| | EAGLE ROCK DISTRIBUTING COMPANY<br>6205 BEST FRIEND RD STE A<br>NORCROSS, GA  30071 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $839.82 |
| | EMPIRE DISTRIBUTORS OF NORTH CAROLINA, INC.<br>12115 DOWNS ROAD<br>PINEVILLE, NC  28134 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,682.50 |
| | EMPIRE MARKETING STRATEGIES, INC.<br>11243 CORNELL PARK DR<br>CINCINNATI, OH  45242 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $122.12 |
| | ENCORE GLASS, INC.<br>PO BOX 49243<br>SAN JOSE, CA  95161-9243 | *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,583.92 |
| | ENOPLASTIC USA<br>2487 COURAGE DRIVE, SUITE  5<br>FAIRFIELD, CA  94533 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>10/1/2022 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.61** **Nonpriority creditor's name and mailing address**

ETS LABORATORIES
899 ADAMS STREET SUITE A
SAINT HELENA, CA  94574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,478.00

---

**3.62** **Nonpriority creditor's name and mailing address**

FAMILLE CHAUDIERE
1365 B ROUTE DE FLASSAN
MORMOIRON  84570
FRANCE

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$306,940.82

---

**3.63** **Nonpriority creditor's name and mailing address**

FAMILLE CHAUDIÈRE
1365 B ROUTE DE FLASSAN
MORMOIRON  84570
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.31

---

**3.64** **Nonpriority creditor's name and mailing address**

FARRELL DISTRIBUTING CORPORATION
5 HOLMES ROAD SOUTH
BURLINGTON, VT  05403

**Date or dates debt was incurred**

11/9/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.00

---

**3.65** **Nonpriority creditor's name and mailing address**

FARRELL DISTRIBUTING CORPORATION
5 HOLMES ROAD SOUTH
BURLINGTON, VT  05403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

| Debtor | BWSC, LLC | | |
|---|---|---|---|
| | (Name) | Case number (if known) | 22-11238 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.66**

**Nonpriority creditor's name and mailing address**

FAVORITE BRANDS LLC
3900 NORTH MCCOLL ROAD
MCALLEN, TX 78501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,966.00

---

**3.67**

**Nonpriority creditor's name and mailing address**

FED-EX
PO BOX 371741
PITTSBURGH, PA 15250-7741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$556,866.16

---

**3.68**

**Nonpriority creditor's name and mailing address**

FED-EX
PO BOX 371741
PITTSBURGH, PA 15250-7741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$142,842.31

---

**3.69**

**Nonpriority creditor's name and mailing address**

FED-EX
PO BOX 371741
PITTSBURGH, PA 15250-7741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED SHIPPING

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,249.12

---

**3.70**

**Nonpriority creditor's name and mailing address**

FINTECH
3109 W DR MARTIN LUTHER KING JR BLVD SUITE 200
TAMPA, FL 33607

**Date or dates debt was incurred**

6/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,500.00

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

**3.71**

**Nonpriority creditor's name and mailing address**

FIRST IN PRINT
8515 BAYMEADOWS WAY, STE 102
JACKSONBILLE, FL  32256

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.72**

**Nonpriority creditor's name and mailing address**

FRANCO WINE
3935 W. RENO AVE SUITE F
LAS VEGAS, NV  89118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,330.67

---

**3.73**

**Nonpriority creditor's name and mailing address**

GEORGE'S DISTRIBUTING, INC.
2782 BROADWATER AVE
HELENA, MT  59602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,425.80

---

**3.74**

**Nonpriority creditor's name and mailing address**

GEORGIA CROWN DISTRIBUTING CO.
(DBA TENNEESSEE CROWN DISTRIBUTING CO.)
3485 TCHULATECH DRIVE
MEMPHIS, TN  38118

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,659.29

---

**3.75**

**Nonpriority creditor's name and mailing address**

GLS US
GOLDEN STATE OVERNIGHT
4000 EXECUTIVE PARKWAY,  295
SAN RAMON, CA  94583

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$949.47

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.76** | **Nonpriority creditor's name and mailing address**

GREAT LAKES WINE & SPIRITS LLC
373 VICTOR AVENUE
HIGHLAND PARK, MI 48203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,778.19

---

**3.77** | **Nonpriority creditor's name and mailing address**

GREEN BAY PACKERS
1265 LOMBARDI AVENUE
GREEN BAY, WI 54304

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,349.59

---

**3.78** | **Nonpriority creditor's name and mailing address**

GREEN BAY PACKERS - LEAP YEAR
1265 LOMBARDI AVENUE
GREEN BAY, WI 54304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED ROYALTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,733.46

---

**3.79** | **Nonpriority creditor's name and mailing address**

HAYDEN BEVERAGE COMPANY
2910 E. AMITY RD
BOISE, ID 83716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.00

---

**3.80** | **Nonpriority creditor's name and mailing address**

HAYDEN BEVERAGE COMPANY
2910 E. AMITY RD
BOISE, ID 83716

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.71

| Debtor | BWSC, LLC | Case number (if known) | 22-11238 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.81** **Nonpriority creditor's name and mailing address**

HEIDELBERG DISTRIBUTING CO.
3601 DRYDEN RD
MORAINE, OH  45439

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,117.63

---

**3.82** **Nonpriority creditor's name and mailing address**

HEIDELBERG DISTRIBUTING KENTUCKY
2245 PROGRESS DRIVE
HEBRON, KY  41048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,963.36

---

**3.83** **Nonpriority creditor's name and mailing address**

HEIDELBERG DISTRIBUTING KENTUCKY
2245 PROGRESS DRIVE
HEBRON, KY  41048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.83

---

**3.84** **Nonpriority creditor's name and mailing address**

HIGHLAND VINEYARD SB, LLC
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$185,160.00

---

**3.85** **Nonpriority creditor's name and mailing address**

HOGSHEAD WINE CO.
106 FINNELI DRIVE. UNIT 20-21
WEYMOUTH, MA  02188

**Date or dates debt was incurred**

10/11/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,760.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.86 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON BEVERAGE COMPANY OF RI<br>P.O. BOX 1427<br>COVENTRY, RI  02816<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,407.32 |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON BEVERAGE COMPANY OF RI<br>P.O. BOX 1427<br>COVENTRY, RI  02816<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON BEVERAGE COMPANY, INC. (MA)<br>45 COMMERCE WAY<br>NORTON, MA  02766<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $259.26 |
| 3.89 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON BEVERAGE COMPANY, INC. (MA)<br>45 COMMERCE WAY<br>NORTON, MA  02766<br><br>**Date or dates debt was incurred**<br><br>11/30/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.51 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>IDAHO WINE MERCHANT<br>5311 N GLENWOOD ST<br>GARDEN CITY, ID  83714<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $289.45 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.91** **Nonpriority creditor's name and mailing address**
IDOLOGY, INC.
2018 POWERS FERRY RD SE STE 720
ATLANTA, GA  30339

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,485.88

---

**3.92** **Nonpriority creditor's name and mailing address**
INFORMATION AND COMPUTING SERVICES, INC.
(RF-SMART)
3563 PHILIPS HIGHWAY SUITE F-601
JACKSONVILLE, FL  32207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,228.78

---

**3.93** **Nonpriority creditor's name and mailing address**
INFORMATION AND COMPUTING SERVICES, INC.
(RF-SMART)
3563 PHILIPS HIGHWAY SUITE F-601
JACKSONVILLE, FL  32207

**Date or dates debt was incurred**
6/30/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,356.25

---

**3.94** **Nonpriority creditor's name and mailing address**
INFORMATION AND COMPUTING SERVICES, INC.
(RF-SMART)
3563 PHILIPS HIGHWAY SUITE F-601
JACKSONVILLE, FL  32207

**Date or dates debt was incurred**
11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,462.50

---

**3.95** **Nonpriority creditor's name and mailing address**
INNOVATIVE BEVERAGES INC.
2830 AGRICOLA STREET, UNIT 1
HALIFAX, NS  B3K 4E4
CANADA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$303.75

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>INTERNATIONAL WINE & SPIRITS, INC.<br>4927 BLOOMFIELD STREET<br>JEFFERSON, LA  70121<br><br>**Date or dates debt was incurred**<br><br>11/28/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $198.91 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>INTERNATIONAL WINES, INC.<br>100 GILBERT DRIVE<br>ALABASTER, AL  35007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $409.24 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>J&E CLEANING SERVICES, INC.<br>3130 SKYWAY DR. SUITE 302<br>SANTA MARIA, CA  93455<br><br>**Date or dates debt was incurred**<br><br>7/20/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,671.66 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>JF HILLEBRAND USA INC. (DBA HILLEBRAND)<br>1600 ST GEORGES AVENUE SUITE 301<br>RAHWAY, NJ  07065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $738,606.08 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>JF HILLEBRAND USA INC. (DBA HILLEBRAND)<br>1600 ST GEORGES AVENUE SUITE 301<br>RAHWAY, NJ  07065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $675.00 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A)<br>601 CONGRESS STREET<br>BOSTON, MA 02210-2805<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190,535.00 |

| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A)<br>601 CONGRESS STREET<br>BOSTON, MA 02210-2805<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,462.00 |

| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON BROTHERS LIQUOR COMPANY<br>(JBLC DBA WINE MERCHANTS)<br>1999 SHEPARD ROAD<br>SAINT PAUL, MN 55116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,235.46 |

| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON BROTHERS LIQUOR COMPANY<br>(JBLC DBA WINE MERCHANTS)<br>1999 SHEPARD ROAD<br>SAINT PAUL, MN 55116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED EXPENSES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $915.61 |

| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON BROTHERS LIQUOR COMPANY<br>(JBLC DBA WINE MERCHANTS)<br>1999 SHEPARD ROAD<br>SAINT PAUL, MN 55116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.46 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF HAWAII
1011 MUNU STREET
KAPOLEI, HI  96707

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,070.84

---

**3.107** | **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF INDIANA
5337 WEST 78TH STREET, BUILDING 70
INDIANAPOLIS, IN  46268

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.20

---

**3.108** | **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF IOWA, INC
6600 MERLE HAY ROAD
JOHNSTON, IA  50131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,584.04

---

**3.109** | **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF IOWA, INC
6600 MERLE HAY ROAD
JOHNSTON, IA  50131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$143.49

---

**3.110** | **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF NEBRASKA
9320 J STREET
OMAHA, NE  68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.00

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.111** **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF NEVADA
4701 MITCHELL ST. N
LAS VEGAS, NV 89081

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.38

---

**3.112** **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF NEVADA
4701 MITCHELL ST. N
LAS VEGAS, NV 89081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.39

---

**3.113** **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF SOUTH DAKOTA
300 EAST 50TH STREET N
SIOUX FALLS, SD 57104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.46

---

**3.114** **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF SOUTH DAKOTA
300 EAST 50TH STREET N
SIOUX FALLS, SD 57104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.30

---

**3.115** **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF WISCONSIN
301 E VIENNA AVENUE
MILWAUKEE, WI 53212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,346.81

---

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.116**  **Nonpriority creditor's name and mailing address**

JOHNSON BROTHERS OF WISCONSIN
301 E VIENNA AVENUE
MILWAUKEE, WI  53212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.90

---

**3.117**  **Nonpriority creditor's name and mailing address**

K&L BEVERAGE COMPANY, LLC
(DBA YOUNG'S MARKET COMPANY)
PO BOX 9300
RENTON, WA  98057

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,251.80

---

**3.118**  **Nonpriority creditor's name and mailing address**

KYLIX VINEYARD CALIFORNIA, LP
P.O. BOX 12958
SAN LUIS OBISPO, CA  93406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,848.00

---

**3.119**  **Nonpriority creditor's name and mailing address**

LA CANTINA PIZZOLATO S.R.L.
VIA IV NOVEMBRE 12 -
VILLORBA (TV)  31020
ITALY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$662,760.45

---

**3.120**  **Nonpriority creditor's name and mailing address**

LABEL TRONIX, INC.
2419 E WINSTON RD
ANAHEIM, CA  92806

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,350.70

---

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>LAFFORT USA, INC.<br>1460 CADER LN STE C<br>PETALUMA, CA  94954<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,488.86 |
|---|---|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>LANDSBERG<br>P.O. BOX 101144<br>PASADENA, CA  91189-1144<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $497,457.07 |
|---|---|---|---|

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>LANDSBERG<br>P.O. BOX 101144<br>PASADENA, CA  91189-1144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,795.84 |
|---|---|---|---|

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>LANGETWINS FAMILY WINERY & VINEYARDS<br>1525 E JAHANT ROAD<br>ACAMPO, CA  95220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $430,168.37 |
|---|---|---|---|

| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>LANTERNA DISTRIBUTORS, INC.<br>PO BOX 47250<br>WINDSOR MILL, MD  21244<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,589.43 |
|---|---|---|---|

**Part 2:**     Additional Page

| | | Amount of claim |
|---|---|---|

**3.126**    **Nonpriority creditor's name and mailing address**

LEFT BANK WINE COMPANY
4910 TRIANGLE STREET
MCFARLAND, WI  53558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$598.64

---

**3.127**    **Nonpriority creditor's name and mailing address**

LIPMAN BROTHERS, LLC
2815 BRICK CHURCH PIKE
NASHVILLE, TN  37207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.10

---

**3.128**    **Nonpriority creditor's name and mailing address**

LIPMAN BROTHERS, LLC
2815 BRICK CHURCH PIKE
NASHVILLE, TN  37207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.72

---

**3.129**    **Nonpriority creditor's name and mailing address**

LOMA DEL RIO VINEYARDS, LLC
2004 FOX DRIVE SUITE L
CHAMPAIGN, IL  61820

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$172,564.00

---

**3.130**    **Nonpriority creditor's name and mailing address**

LOS ANGELES PHILHARMONIC ASSOCIATION
STEFANIE SPRESTER, DIR OF CORP SPONSORSHIP
151 SOUTH GRAND AVE.
LOS ANGELES, CA  90012-3034

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,300.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.131** | **Nonpriority creditor's name and mailing address**

LOS FIELDS, INC (F.K.A NATURAL MERCHANTS, INC.)
560-A NE F ST #330
GRANTS PASS, OR  97526

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EARN OUT LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,810,022.04

---

**3.132** | **Nonpriority creditor's name and mailing address**

LOWITZ AND SONS, INC.
811 WEST EVERGREEN SUITE 402
CHICAGO, IL  60622

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,265.08

---

**3.133** | **Nonpriority creditor's name and mailing address**

MAJOR BRANDS, INC.
(BREAKTHRU BEVERAGE MISSOURI)
PO BOX 952601
ST. LOUIS, MO  63195

**Date or dates debt was incurred**
10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.134** | **Nonpriority creditor's name and mailing address**

MARKETPLACE SELECTIONS, INC.
1723 W ALTORFER DRIVE
PEORIA, IL  61615

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$502.26

---

**3.135** | **Nonpriority creditor's name and mailing address**

MATERIAL HANDLING SUPPLY, INC. (MHS LIFT INC.)
6965 AIRPORT HIGHWAY LANE
PENNSAUKEN TOWNSHIP, NJ  08109

**Date or dates debt was incurred**
11/3/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.37

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.136** | **Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS, INC.
909 LAKE CAROLYN PARKWAY, SUITE 1300
IRVING, TX  75039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,515.82

---

**3.137** | **Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS, INC.
909 LAKE CAROLYN PARKWAY, SUITE 1300
IRVING, TX  75039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$330.96

---

**3.138** | **Nonpriority creditor's name and mailing address**

MENDOCINO WINE CO
501 PARDUCCI RD
UKIAH, CA  95482

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,684.25

---

**3.139** | **Nonpriority creditor's name and mailing address**

MICHLITS WERNER GMBH
HAUPTSTRASSE 86
PAMHAGEN  A-7152
AUSTRIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,781.60

---

**3.140** | **Nonpriority creditor's name and mailing address**

MICHLITS WERNER GMBH
HAUPTSTRASSE 86
PAMHAGEN  A-7152
AUSTRIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,966.14

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $184.95

MILLER FAMILY WINE COMPANY
132 E. CARRILLO ST
SANTA BARBARA, CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $349.98

MITCHELL WINE GROUP LLC
211 SE MAIN
PORTLAND, OR 97214

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCRUED AP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $309.60

MITCHELL WINE GROUP LLC
211 SE MAIN
PORTLAND, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.66

NAPPI DISTRIBUTORS
615 MAIN STREET
GORHAM, ME 04038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85.44

NATIONAL DISTRIBUTING COMPANY, INC.
(DBA RNDC OF GEORGIA)
ONE NATIONAL DRIVE
ATLANTA, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.146**   **Nonpriority creditor's name and mailing address**

NATIONAL DISTRIBUTING COMPANY, INC.
(DBA RNDC OF GEORGIA)
ONE NATIONAL DRIVE
ATLANTA, GA 30336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.45

---

**3.147**   **Nonpriority creditor's name and mailing address**

NORTH COAST LOGISTICS
256 SUTTON PLACE 102
SANTA ROSA, CA 95407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$402.56

---

**3.148**   **Nonpriority creditor's name and mailing address**

OCEAN STATE WINE & SPIRITS
101 HIGGINSON AVE
LINCOLN, RI 02865

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$210.97

---

**3.149**   **Nonpriority creditor's name and mailing address**

OPICI FAMILY DISTRIBUTING
25 DE BOER DRIVE
GLEN ROCK, NJ 07452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,095.81

---

**3.150**   **Nonpriority creditor's name and mailing address**

OPICI FAMILY DISTRIBUTING
25 DE BOER DRIVE
GLEN ROCK, NJ 07452

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,335.34

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,430.15 |

OPICI FAMILY DISTRIBUTING
25 DE BOER DRIVE
GLEN ROCK, NJ  07452

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $660.79 |

PACIFIC COAST TRANSPORTATION, INC.
P.O. BOX 4322
SAN LUIS OBISPO, CA  93403

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $501.36 |

PARAMOUNT PROMOTIONS LLC
307 QUINN ST
NAUGATUCK, CT  06770

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,862.01 |

PEOPLESHARE, LLC
100 SPRINGHOUSE DRIVE, STE 200
COLLEGEVILLE, PA  19426

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,841.46 |

PEOPLESHARE, LLC
100 SPRINGHOUSE DRIVE, STE 200
COLLEGEVILLE, PA  19426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.156** **Nonpriority creditor's name and mailing address**

PHASE 2 CELLARS LLC (TOLOSA WINERY)
4910 EDNA RD
SAN LUIS OBISPO, CA 93401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $11,401.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**

PHILADELPHIA EAGLES - BROAD & PATTISON
NOVACARE COMPLEX
ONE NOVACARE WAY
PHILADELPHIA, PA 19145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,696.71
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED ROYALTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

PRIME WINE & SPIRITS GA
3137 CHESTNUT DRIVE
DORAVILLE, GA 30340-3205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $4,166.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

RANDSTAD NORTH AMERICA, INC.
(RANDSTAD US LP)
PO BOX 894217
LOS ANGELES, CA 90189-4217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $19,822.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

RANDSTAD NORTH AMERICA, INC.
(RANDSTAD US LP)
PO BOX 894217
LOS ANGELES, CA 90189-4217

**Date or dates debt was incurred**

11/30/22

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $4,029.33
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.161**

RAPID SECURITY PLUS LLC
113 WEST PARK DRIVE
MOUNT LAUREL, NJ  08054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $129.96

---

**3.162**

**Nonpriority creditor's name and mailing address**

REDWOOD VALLEY CELLARS, LP
7051 N. STATE STREET PO BOX 805
(MAILING) REDWOOD VALLEY, CA  95470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,026.19

---

**3.163**

**Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING COMPANY
(RNDC OF NM)
5920 OFFICE BLVD NE
ALBUQUERQUE, NM  87109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $26.16

---

**3.164**

**Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING COMPANY
OF ARIZONA
402 S. 54TH PLACE
PHOENIX, AZ  85034

**Date or dates debt was incurred**

10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $508.09

---

**3.165**

**Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING COMPANY
OF CA
14402 FRANKLIN AVE
TUSTIN, CA  92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $59,371.56

Debtor    BWSC, LLC

(Name)

Case number (if known) 22-11238

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $216.09 |
| | RMR CORP DBA OKOJOBI WINES | Check all that apply. | |
| | 2302 165TH STREET | ☐ Contingent | |
| | SPIRIT LAKE, IA 51360 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,224.26 |
| | RNDC - DC | Check all that apply. | |
| | 1 NATIONAL DRIVE SW | ☐ Contingent | |
| | ATLANTA, GA 30336 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71.73 |
| | RNDC - DC | Check all that apply. | |
| | 4235 SHERIFF RD NE | ☒ Contingent | |
| | WASHINGTON, DC 20019 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ACCRUED EXPENSES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,381.85 |
| | RNDC FL - REPUBLIC NATIONAL DISTRIBUTING LLC | Check all that apply. | |
| | 1 NATIONAL DRIVE SW | ☐ Contingent | |
| | ATLANTA, GA 30336 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,562.98 |
| | RNDC FL - REPUBLIC NATIONAL DISTRIBUTING LLC | Check all that apply. | |
| | 441 SW 12TH AVENUE | ☒ Contingent | |
| | DEERFIELD BEACH, FL 33442 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ACCRUED EXPENSES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    BWSC, LLC
          (Name)                                    Case number (if known)    22-11238

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.171** | **Nonpriority creditor's name and mailing address** | | UNKNOWN

RNDC MICHIGAN
17550 ALLEN RD
BROWNSTOWN CHARTER TWP, MI 48193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | | $223.77

RNDC MICHIGAN
17550 ALLEN ROAD
RIVERVIEW, MI 48193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | | $1,451.90

RNDC OF HI
YOUNGS MARKET COMPANY LLC
94-501 KAU STREET
WAIPAHU, HI 96797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | | $312.05

RNDC OKLAHOMA
605 N. TULSA, BUILDING 5
OKLAHOMA CITY, OK 73107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | | $3,800.00

RNDC SOUTH CAROLINA, LLC
410 FOSTER BROTHERS DRIVE WEST
COLUMBIA, SC 29172-2763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCRUED AP

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.176** | **Nonpriority creditor's name and mailing address**

RNDC SOUTH CAROLINA, LLC
410 FOSTER BROTHERS DRIVE WEST
COLUMBIA, SC  29172-2763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$938.04

---

**3.177** | **Nonpriority creditor's name and mailing address**

RNDC SOUTH CAROLINA, LLC
410 FOSTER BROTHERS DRIVE WEST
COLUMBIA, SC  29172-2763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.80

---

**3.178** | **Nonpriority creditor's name and mailing address**

RNDC VIRGINIA
14038 WASHINGTON HWY
ASHLAND, VA  23005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,625.60

---

**3.179** | **Nonpriority creditor's name and mailing address**

RNDC VIRGINIA
14038 WASHINGTON HWY
ASHLAND, VA  23005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$247.36

---

**3.180** | **Nonpriority creditor's name and mailing address**

ROGERS & COMPANY
315 AVENUE ROAD, STE 4
ON M4V
TORONTO, ON  M4V 2H2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,291.85

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>ROMANO BEVERAGE<br>185 W. INDUSTRIAL DRIVE<br>ELMHURST, IL  60126<br><br>**Date or dates debt was incurred**<br><br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,927.93 |
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>S.A. OF WINES & BOUTIQUE INC.<br>SUNNY ACRES, CASTRIES<br>P.O. BOX CP5430<br>CASTRIES<br>ST. LUCIA<br><br>**Date or dates debt was incurred**<br><br>10/18/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $481.40 |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>S.S. SKIKOS, INC.<br>1289 SEBASTOPOL RD.<br>SANTA ROSA, CA  95407<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,171.70 |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>S.S. SKIKOS, INC.<br>1289 SEBASTOPOL RD.<br>SANTA ROSA, CA  95407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,800.00 |
| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>SAS ALB WINE INTERNATIONAL<br>LAGAROLE<br>SAINT-LAURENT-DU-BOIS  33540<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,052.30 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.186 | **Nonpriority creditor's name and mailing address**<br>SAS ALB WINE INTERNATIONAL<br>LAGAROLE<br>SAINT-LAURENT-DU-BOIS  33540<br>FRANCE<br><br>**Date or dates debt was incurred**<br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,903.13 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>SAXCO INTERNATIONAL, LLC<br>1855 GATEWAY BLVD., STE 400<br>CONCORD, CA  94520<br><br>**Date or dates debt was incurred**<br>11/1/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,225.00 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>SAXCO INTERNATIONAL, LLC<br>1855 GATEWAY BLVD., STE 400<br>CONCORD, CA  94520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.59 |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>SCOTT LABORATORIES, INC.<br>PO BOX 398198<br>SAN FRANCISCO, CA  94139-8198<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $586.84 |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>SELECT STAFFING<br>3820 STATE STREET<br>SANTA BARBARA, CA  93105<br><br>**Date or dates debt was incurred**<br>11/30/22<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED EXPENSES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,456.65 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.191** Nonpriority creditor's name and mailing address

SELECT STAFFING
SELECT TEMPORARY SERVICES
PO BOX 512007
LOS ANGELES, CA  90051-0007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,402.92

---

**3.192** Nonpriority creditor's name and mailing address

SENGEN LLC
1130 CREEKSIDE PKWY  #110381
NAPLES, FL  34108

**Date or dates debt was incurred**

10/19/2022

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.193** Nonpriority creditor's name and mailing address

SERENDIPITY WINES WC, LLC
114 NEW MOHAWK,  D
NEVADA CITY, CA  95959

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,101.82

---

**3.194** Nonpriority creditor's name and mailing address

SERENDIPITY WINES WC, LLC
114 NEW MOHAWK,  D
NEVADA CITY, CA  95959

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,804.04

---

**3.195** Nonpriority creditor's name and mailing address

SERENDIPITY WINES, LLC
2314 RUTLAND DRIVE SUITE 120
AUSTIN, TX  78758

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,788.38

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address**<br>SERENDIPITY WINES, LLC<br>2314 RUTLAND DRIVE SUITE 120<br>AUSTIN, TX 78758<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED EXPENSES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,740.53 |
| 3.197 | **Nonpriority creditor's name and mailing address**<br>SILVERADO WINEGROWERS, LLC<br>(SWG PASO VINEYARD, LLC)<br>855 BORDEAUX WAY, STE 100<br>NAPA, CA 94558<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INVENTORY RECEIVED - NOT BILLED<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119,568.00 |
| 3.198 | **Nonpriority creditor's name and mailing address**<br>SIN ALCOHOL S.L.<br>CTRA. SAN BERNARDO S/N<br>47359 VALBUENA DE DUERO<br>VALLADOLID<br>SPAIN<br><br>**Date or dates debt was incurred**<br>10/31/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $654.39 |
| 3.199 | **Nonpriority creditor's name and mailing address**<br>SLOCUM & SONS<br>EBER-CONNECTICUT, LLC<br>30 CORPORATE DRIVE<br>NORTH HAVEN, CT 06473<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,719.64 |
| 3.200 | **Nonpriority creditor's name and mailing address**<br>SLOCUM & SONS<br>EBER-CONNECTICUT, LLC<br>30 CORPORATE DRIVE<br>NORTH HAVEN, CT 06473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED AP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $644.50 |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | SLOCUM & SONS | Check all that apply. | |
| | EBER-CONNECTICUT, LLC | ☒ Contingent | |
| | 30 CORPORATE DRIVE | ☒ Unliquidated | |
| | NORTH HAVEN, CT  06473 | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCRUED EXPENSES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,255.18 |
| | SMALL LOT MN, LLC | Check all that apply. | |
| | LOCK BOX 7625 | ☐ Contingent | |
| | PO BOX 9438 | ☐ Unliquidated | |
| | MINNEAPOLIS, MN  55440-9438 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/1/2022 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,125.00 |
| | SMITH MECHANICAL-ELECTRICAL-PLUMBING | Check all that apply. | |
| | 1340 W. BETTERAVIA ROAD | ☐ Contingent | |
| | SANTA MARIA, CA  93455 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 9/19/2022 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,189.57 |
| | SOUTHERN GLAZER'S WINE AND SPIRITS, LLC | Check all that apply. | |
| | 1600 NW 163RD STREET | ☐ Contingent | |
| | MIAMI, FL  33169 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180,075.00 |
| | SP COMINO, LLC | Check all that apply. | |
| | 635 BROADWAY 2ND FLOOR | ☐ Contingent | |
| | SONOMA, CA  95476 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 9/1/2022 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    BWSC, LLC
(Name)

Case number (if known) 22-11238

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.206** | **Nonpriority creditor's name and mailing address**
SP COMINO, LLC
635 BROADWAY 2ND FLOOR
SONOMA, CA 95476

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,730.00

---

**3.207** | **Nonpriority creditor's name and mailing address**
STAR LANE AND DIERBERG VINEYARDS, LLC
2121 ALISOS RD
SANTA YNEZ, CA 93460

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,220.00

---

**3.208** | **Nonpriority creditor's name and mailing address**
STICKER MULE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.28

---

**3.209** | **Nonpriority creditor's name and mailing address**
SYNERGY NORTH AMERICA INC.
10901 W. 120TH AVENUE, SUITE 240
BROOMFIELD, CO 80021

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,254.64

---

**3.210** | **Nonpriority creditor's name and mailing address**
T ELENTENY HOLDINGS, LLC
285 W. BROADWAY, SUITE 500
NEW YORK, NY 10013

**Date or dates debt was incurred**
10/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,682.54

---

| Debtor | BWSC, LLC | | Case number (if known) | 22-11238 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.211** Nonpriority creditor's name and mailing address

T ELENTENY HOLDINGS, LLC
285 W. BROADWAY, SUITE 500
NEW YORK, NY  10013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,864.30

---

**3.212** Nonpriority creditor's name and mailing address

TERRAVANT/SUMMERLAND
ACF FINCO I LP FBO TERRAVANT WINE COMPANY
P.O. BOX 845658
LOS ANGELES, CA  90084-5658

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$102,898.26

---

**3.213** Nonpriority creditor's name and mailing address

THE BACCHUS GROUP, INC.
100-565 GREAT NORTHERN WAY
VANCOUVER, BC  V5T OH8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,065.16

---

**3.214** Nonpriority creditor's name and mailing address

THE BACCHUS GROUP, INC.
100-565 GREAT NORTHERN WAY
VANCOUVER, BC  V5T OH8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,063.15

---

**3.215** Nonpriority creditor's name and mailing address

THE VERMONT WINE MERCHANTS COMPANY
255 SO. CHAMPLAIN ST
BURLINGTON, VT  05401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$723.16

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.216**

**Nonpriority creditor's name and mailing address**

THOMPSON PINNACLE HOLDINGS, INC.
(PINNACLE IMPORTS)
3075 MORGAN ROAD
BESSEMER, AL  35022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.22

---

**3.217**

**Nonpriority creditor's name and mailing address**

THOMPSON PINNACLE HOLDINGS, INC.
(PINNACLE IMPORTS)
3075 MORGAN ROAD
BESSEMER, AL  35022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCRUED EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.218**

**Nonpriority creditor's name and mailing address**

TOP IT OFF BOTTLING, LLC
2747 NAPA VALLEY CORPORATE DRIVE
NAPA, CA  94558

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,478.00

---

**3.219**

**Nonpriority creditor's name and mailing address**

TOP NOTCH CORPORATE EVENT MANAGEMENT
3010 AVENIDA
IMPERIAL SAN CLEMENTE, CA  92673

**Date or dates debt was incurred**

10/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,055.02

---

**3.220**

**Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS, LLC
PO BOX 799
MILFORD, OH  45150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,000.00

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.221** | **Nonpriority creditor's name and mailing address** | $3,005.00

TRANS OCEAN BULK LOGISTICS
(DBA HILLEBRAND BULK LIQUIDS, INC)
14950 HEATHROW FOREST PARKWAY SUITE 500
HOUSTON, TX 77032

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | $3,000.00

TRELLIS WINE GROUP, INC.
DBA TRELLIS WINE & SPIRITS
19201 SONOMA HWY 255
SONOMA, CA 95476

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $25,590.40

TRICORBRAUN INC.
6 CITYPLACE DRIVE, 1000
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/1/2022

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $7,525.22

ULINE, INC.
ULINE SHIPPING SUPPLIES
PO BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $197.75

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.226** | **Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY
(ALL AMERICAN CONTAINER)
3300 N. LAUGHLIN
SANTA ROSA, CA  95403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,330.76

---

**3.227** | **Nonpriority creditor's name and mailing address**

VERMONT INFORMATION PROCESSING, INC.
402 WATERTOWER CIRCLE
COLCHESTER, VT  05446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,438.92

---

**3.228** | **Nonpriority creditor's name and mailing address**

VIN-GLOBAL LLP
4501 MANATEE AVE W SUITE 314
BRADENTON, FL  34209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,739.94

---

**3.229** | **Nonpriority creditor's name and mailing address**

VIN-GLOBAL LLP
4501 MANATEE AVE W SUITE 314
BRADENTON, FL  34209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED AP

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,305.60

---

**3.230** | **Nonpriority creditor's name and mailing address**

VINTEGRITY KANSAS, LLC
14314 W 100TH ST
LENEXA, KS  66215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,123.00

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,682.00

VINTEGRITY, LLC.
1689 N. TOPPING AVE.
KANSAS CITY, MO  64120

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,360.00

VINX2 WINERY SOFTWARE, INC.
548 MARKET ST  62071
SAN FRANCISCO, CA  94104

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,865.25

WASTE MANAGEMENT OF PENNSYLVANIA, INC.
1001 FANNIN SUITE 4000
HOUSTON, TX  77002

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00

WEIBEL FAMILY VINEYARD AND WINERY
1 WINEMASTER WAY
LODI, CA  95240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.12

WINES UNLIMITED
4221 BIENVILLE STREET
NEW ORLEANS, LA  70119

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |
| 3.236 | **Nonpriority creditor's name and mailing address** | $64,848.00 |
|  | ZABALA VINEYARDS | |
|  | 39745 LOS COCHES RD | |
|  | SOLEDAD, CA 93960 | |
|  | **Date or dates debt was incurred** | |
|  | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVENTORY RECEIVED - NOT BILLED

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. **+** | **$33,778,805.18** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$33,778,805.18** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BWSC, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11239 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK AGREEMENT - GRANZA DTD 12/8/2015 | AGRICULTURA Y BODEGA RENACIMIENTO DE OLIVARES S.L. CALLE SANTA MARIA 36 VALLADOLID  47359 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | GRAPE PURCHASE AGREEMENT DTD 4/10/2022 | ALTA LOMA WINEYARD LLC 855 SUITE BORDEAUX WAY, STE 100 NAPA, CA  94558 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DTD 4/5/2022 | ARTISAN BRANDS LLLP 7011 E 46TH ST TULSA, OK  74145 |
| | State the term remaining | 4/5/2025 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DTD 3/31/2020 | AVALARA, INC. ATTN GENERAL MGR 1650 RAMADA DR, STE 180 PASO ROBLES, CA  93447 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DTD 4/28/2020 | AVALARA, INC.<br>ATTN GENERAL MGR<br>1650 RAMADA DR, STE 180<br>PASO ROBLES, CA 93447 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DTD 3/4/2021 | AVALARA, INC.<br>ATTN GENERAL MGR<br>1650 RAMADA DR, STE 180<br>PASO ROBLES, CA 93447 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DTD 4/19/2021 | AVALARA, INC.<br>ATTN GENERAL MGR<br>1650 RAMADA DR, STE 180<br>PASO ROBLES, CA 93447 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | BROKER AGREEMENT DTD 10/1/2021 | BEVERAGE MARKETING & MORE, INC.<br>92-1086 OLANI STREET APT 3<br>KAPOLEI, HI 96707 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF APPOINTMENT DTD 4/27/2021 | BIOWEINGUT LORENZGBR<br>GAUSTRASSE 28<br>FRIESENHEIM 55278<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF APPOINTMENT DTD 4/27/2021 | BODEGA MATARROMERA S.L.<br>CARRETERA SAN BERNARDO<br>VALBUENA DE DUERO<br>VALLADOLID 47359<br>SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLE SOURCE LETTER DTD 4/26/2021 | BODEGAS IRANZO, S.L.<br>CTRA MADRID, 60<br>46315 CAUDETE DE LAS FUENTES<br>VALENCIA<br>SPAIN |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/30/2021 | CANTINA SOCIALE DI PUIANELLO E COVIOLO S.C.A.<br>VIA C. MARX, 19/A - LOC. PUIANELLO<br>QUATTRO CASTELLA  42020<br>ITALY |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI TENANT LEASE-GROSS DTD 5/15/2019 | CBC JOINT VENTURES PARTNERS<br>COLUMBIA BUSINESS CENTER PARTNERS L.P.<br>750 PISMO STREET<br>SAN LUIS OBISPO, CA  93401 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKER AGREEMENT DTD 2/18/2022<br><br>2/18/2024 | CHURCHKEY, INC.<br>5201 S. TORREY PINES DRIVE<br>LAS VEGAS, NV  89118 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESCROW AGREEMENT DTD 5/12/2021 | CITY NATIONAL BANK<br>ATTN GLORIA A GUITERREZ<br>555 S FLOWER, 12TH FL<br>LOS ANGELES, CA  90071 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO STANDARD INDUSTRIAL/COMERCIAL MULTI-TENANT LEASE-GROSS DTD 9/10/2020<br>AMENDS LEASE DTD 5/15/2019 | COLUMBIA BUSINESS CENTER PARTNERS L.P.<br>750 PISMO STREET<br>SAN LUIS OBISPO, CA  93401 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO STANDARD INDUSTRIAL/COMERCIAL MULTI-TENANT LEASE-GROSS DTD 3/20/2021 AMENDS LEASE DTD 5/15/2019 | COLUMBIA BUSINESS CENTER PARTNERS L.P. 750 PISMO STREET SAN LUIS OBISPO, CA  93401 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 9/30/2020 | COLUMBIA BUSINESS CENTER PARTNERS L.P. 750 PISMO STREET SAN LUIS OBISPO, CA  93401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-MANUFACTURING AND SUPPLY AGREEMENT DTD 11/1/2022 | COMMONS COLLABS LLC ATTN RICHARD KIM 1820 E WALNUT AVE FULLERTON, CA  92831 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF APPOINTMENT DTD 4/27/2021 | DOMAINE GIOULIS SA KLIMENTI 20017 KORINTHOS  20017 GREECE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DTD 12/30/2019 | EAGLES STADIUM OPERATOR LLC ATTN GENERAL COUNSEL NOVACARE COMPLEX ONE NOVACARE WAY PHILADELPHIA, PA  19145 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTENT ORDER ACKNOWLEDGEMENT DTD 5/10/22 | ENCORE GLASS, INC. 2925 CORDELLA RD. FAIRFIELD, CA  94534 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER NO. SO37854 | ENOPLASTIC USA<br>2601 MAXWELL WAY<br>FAIRFIELD, CA 94534 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DTD 9/30/2020 | FARM CREDIT WEST, FLCA<br>1446 SPRING STREET, SUITE 201<br>PASO ROBLES, CA 93446 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT | FAVORITE BRANDS LLC<br>ATTN GENERAL MANAGER<br>3900 N MCCOLL RD<br>MCALLEN, TX 78501 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT | FAVORITE BRANDS LLC<br>ATTN GREGORY LAMANTIA JR<br>13755 DIPLOMA DR<br>FARMER BRANCH, TX 75234 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALCOHOL SHIPPING AGREEMENT DTD 10/24/2019 | FEDEX CORPORATE SERVICES, INC.<br>3640 HACKS CROSS RD, BLDG D, 2ND FL<br>MEMPHIS, TN 38125 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT DTD 5/12/2021<br>ASSIGNS ASSET PURCHASE AGREEMENT | FIELD, EDWARD<br>ADDRESS AVAILABLE UPON REQUEST |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERSONAL GOODWILL PURCHASE AGREEMENT DTD 5/12/2021 | FIELD, EDWARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERSONAL GOODWILL PURCHASE AGREEMENT DTD 5/12/2021 | FIELD, EDWARD<br>ADDRESS AVAILABLE UPON REQUEST |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT OF DISTRIBUTORSHIP WINE DTD 5/9/2019 | GEORGE'S DISTRIBUTING, INC.<br>ATTN CHELSEY FRANK<br>2710 BROADWATER AVE<br>PO BOX 1126<br>HELENA, MT  59624 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WAREHOUSING AGREEMENT DTD 1/1/2017 | GORDON LOGISTICS<br>305 FORBES BLVD.<br>MANSFIELD, MA  02048 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 7/23/2021<br><br><br>7/23/2023 | HARV 81 USA, INC.<br>D/B/A CORK SUPPLY USA |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT (ALABAMA) | INTERNATIONAL WINES, INC.<br>ATTN BRIAN HERR<br>100 GILBERT DR<br>ALABASTER, AL  35007 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT (MISSISSIPPI) | INTERNATIONAL WINES, INC.<br>ATTN BRIAN HERR<br>100 GILBERT DR<br>ALABASTER, AL 35007 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | IRANZO FIELDS, S.L.<br>C/CARMEN 10, 1 IQ<br>CARTAGENA 30201<br>SPAIN |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GRAPE PURCHASE AGREEMENT DTD 7/25/2022 | KYLIX VINEYARDS CALIFORNIA L.P.<br>ATTN MATT TURRENTINE<br>PO BOX 12958<br>SAN LUIS OBISPO, CA 93406 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER CONFIRMING THE RIGHTS TO DISTRIBUTE WINE DTD 4/27/2021 | LA CANTINA PIZZOLATO SRL<br>ATTN EXPORT DIR<br>VIA IV NOVEMBRE 12<br>VILLORBA (TV) 31020<br>ITALY |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 10/4/2019 | LA CANTINA PIZZOLATO SRL<br>ATTN EXPORT DIR<br>VIA IV NOVEMBRE 12<br>VILLORBA (TV) 31020<br>ITALY |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 9/19/2007 | LA CANTINA PIZZOLATO SRL<br>IV NOVEMBRE, 12<br>VILLORBA 31050<br>ITALY |

Debtor    BWSC, LLC

(Name)                                      Case number (if known) 22-11238

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | LA CANTINA PIZZOLATO SRL<br>VIA IV NOVEMBRE, 12<br>VILLORBA 31020<br>ITALY |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALTERNATING PROPRIETOR & BOTTLING SERVICES AGREEMENT DTD 6/20/2016 | LANGETWINS WINE COMPANY, INC.<br>ATTN MARISSA LANGE, PRESIDENT<br>1525 E JAHANT RD<br>ACAMPO, CA  95220 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  3/31/2023<br><br>**List the contract number of any government contract** | BULK WINE STORAGE AGREEMENT DTD 4/10/2022 | LANGETWINS WINE COMPANY, INC.<br>ATTN MARISSA LANGE, PRESIDENT<br>1525 E JAHANT RD<br>ACAMPO, CA  95220 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO ALTERNATING PROPRIETOR AND BOTTLING SERVICES AGREEMENT DTD 5/1/2020 RE: AGREEMENT DTD JUINE 20, 2016 | LANGETWINS WINE COMPANY, INC.<br>ATTN MARISSA LANGE, PRESIDENT<br>1525 E JAHANT RD<br>ACAMPO, CA  95220 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WINE PURCHASE AGREEMENT DTD 2/3/2022 | LANGETWINS WINERY & VINEYARDS<br>1525 E JAHANT RD<br>ACAMPO, CA  95220 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WINE PURCHASE AGREEMENT DTD 3/12/2022 | LANGETWINS WINERY & VINEYARDS<br>1525 E JAHANT RD<br>ACAMPO, CA  95220 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | WINE PURCHASE AGREEMENT DTD 3/12/2022 | LANGETWINS WINERY & VINEYARDS 1525 E JAHANT RD ACAMPO, CA 95220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 1/24/2020 | LANTERNA DISTRIBUTORS, INC. ATTN VICE PRESIDENT 1125 DESOTO RD, STE C BALTIMORE, MD 21223 |
| | **State the term remaining** | 1/24/2023 | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATION MARK LICENSE AGREEMENT DTD 11/9/2022 | LODI WINEGRAPE COMMISSION ATTN EXEC DIRECTOR 2545 W TURNER RD LODI, CA 95242 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | GRAPE PURCHASE AGREEMENT DTD 4/10/2022 | LOMA DEL RIO VINEYARDS LLC 855 SUITE BORDEAUX WAY, STE 100 NAPA, CA 94558 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF APPOINTMENT DTD 4/27/2021 | MAISON RAYMOND 43 AVENUE DE SAINT MANDE PARIS 75012 FRANCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE DISTRIBUTION AGREEMENT DTD 4/11/2022 | MARKETPLACE SELECTIONS, INC. ATTN JACK JOCKISCH 1723 W ALTORFER DR PEORIA, IL 61615 |
| | **State the term remaining** | 4/11/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE DISTRIBUTION AGREEMENT DTD 4/11/2022 | MARKETPLACE SELECTIONS, INC. C/O GOZDECKI DEL GIUDICE AMERICUS ET AL ATTN EARL E FARKAS ONE E WACKER DR, STE 1700 CHICAGO, IL 60601 |
| | State the term remaining | 4/11/2025 | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF APPOINTMENT DTD 4/26/2021 | MED WINES C/CARMEN 10, 1 IQ CARTAGENA 30201 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | WINERY FACILITIES ALTERNATE PROPRIETOR AGREEMENT DTD 1/27/2021 | MENDOCINO WINE GROUP LLC 501 PARDUCCI RD UKIAH, CA 95482 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF APPOINTMENT DTD 5/5/2021 | MICHLITS WERNER GMBH HAUPSTRASSE 86 PAMHAGEN A-7152 AUSTRIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | SOLE SOURCE LETTER DTD 3/31/2022 | MICHLITS WERNER GMBH HAUPSTRASSE 86 PAMHAGEN A-7152 AUSTRIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 3/4/2008 | MICHLITS WERNER GMBH HAUPTSTRASSE 86 PAMHAGEN AUSTRIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | ALTERNATING PROPRIETOR AGREEMENT DTD 7/1/2021 | MILLER FAMILY WINE COMPANY, LLC 2717 AVIATION WAY, SUITE 101 SANTA MARIA, CA 93455 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | AP PROCESSING AGREEMENT (BULK WINE OR JUICE) DTD 7/1/2021 | MILLER FAMILY WINE COMPANY, LLC 2717 AVIATION WAY, SUITE 101 SANTA MARIA, CA 93455 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | BOTTLING AGREEMENT DTD 7/1/2021 | MILLER FAMILY WINE COMPANY, LLC 2717 AVIATION WAY, SUITE 101 SANTA MARIA, CA 93455 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | APPOINTMENT LETTER | MY WINES & SPIRITS PRIVATE LTD. GROUND FL, KH.NO.20/2/21/2, RZ-93J TELEPHONE EXCHANGE RD SAMALKHA, SOUTHWEST DELHI NEW DELHI, DELHI 110037 INDIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 10/9/2020 | NAPPI DISTRIBUTORS ATTN SALES DIRECTOR 615 MAIN ST GORHAM, ME 04038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 4/1/2020 | NATIONAL DISTRIBUTING COMPANY, INC. ATTN CHIEF EXECUTIVE OFFICER 1 NATIONAL DR SW ATLANTA, GA 30336 |
| | **State the term remaining** | 4/1/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 4/1/2020 | NATIONAL DISTRIBUTING COMPANY, INC. ATTN H ALAN ROSENBERG ESQ, GEN COUNSEL 1 NATIONAL DR ATLANTA, GA 30336 |
| | **State the term remaining** | 4/1/2025 | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DTD 5/12/2021 | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | ESCROW AGREEMENT DTD 5/12/2021 | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT DTD 5/12/2021 ASSIGNS ASSET PURCHASE AGREEMENT | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT DTD 5/12/2021 ASSIGNS AGREEMENT DTD 5/12/2021 | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.71 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SELLER DISCLOSURE SCHEDULE TO ASSET PURCHASE AGREEMENT | NATURAL MERCHANTS, INC. C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES, CA 90021 |
| 2.72 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CUSTOM CRUSH AGREEMENT DTD 4/19/2022 | PHASE 2 CELLARS LLC 4910 EDNA RD SAN LUIS OBISPO, CA 93401 |
| 2.73 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPONSORSHIP AGREEMENT DTD 12/30/2019 <br><br> 2/28/2023 | PHILADELPHIA EAGLES LLC ATTN SR VP BUSINESS NOVACARE COMPLEX ONE NOVACARE WAY PHILADELPHIA, PA 19145 |
| 2.74 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DTD 8/11/2021 | PILOT RESEARCH AND DEVELOPMENT, INC. ATTN CO-FOUNDER & CEO 816 BANCROFT WAY BERKELEY, CA 94710 |
| 2.75 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TRADEMARK AGREEMENT - INKARRI DTD 4/27/2017 | PROVIVA S.R.L. CALLE BALDINI 16.197 AGRELO MENDOZA ARGENTINA |
| 2.76 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | PROVIVA S.R.L. CALLE BALDINI 16197 AGRELO, LUJAN DE CUYO MENDOZA 5509 ARGENTINA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF APPOINTMENT DTD 4/27/2021 | QUINTA DA PLANSEL<br>QUINTA DE S. JORGE, APARTADO 2<br>MONTEMOR-O-NOVO  7051-909<br>PORTUGAL |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALTERNATING PREMISIS AGREEMENT DTD 8/31/2021 | RB WINE ASSOCIATES LLC<br>D/B/A RACK & RIDDLE CUSTOM WINE SERVICES<br>499 MOORE LANE<br>HEALDSBURG, CA  95448 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DTD 3/16/2020<br><br>3/16/2025 | REPUBLIC NATIONAL DISTRIBUTING CO. LLC<br>ATTN H ALAN ROSENBERG ESQ, GEN COUNSEL<br>1 NATIONAL DR<br>ATLANTA, GA  30336 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DTD 3/16/2020<br><br>3/16/2025 | REPUBLIC NATIONAL DISTRIBUTING CO. LLC<br>ATTN PRESIDENT & CEO<br>809 JEFFERSON HWY<br>NEW ORLEANS, LA  70121 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DTD 1/28/2020<br><br>1/28/2025 | REPUBLIC NAT'L DISTRIBUTING CO. LLC<br>ATTN H ALAN ROSENBERG, GEN COUNSEL<br>1 NATIONAL DR<br>ATLANTA, GA  30336 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DTD 1/28/2020<br><br>1/28/2025 | REPUBLIC NAT'L DISTRIBUTING CO. LLC<br>ATTN PRESIDENT<br>809 JEFFERSON HWY<br>NEW ORLEANS, LA  70121 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 11/22/2020 | SARL CHATEAU BEAUBOIS<br>BOYER - VIGNERONS<br>FRANQUEVAUX 30640<br>FRANCE |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | SARL CHATEAU BEAUBOIS<br>FRANQUEVAUX<br>BEAUVOISIN 30640<br>FRANCE |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 9/18/2008 | SARL RAYMOND VFI<br>LE BOURG<br>SAINT LAURENT DU BOIS 33540<br>FRANCE |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRADEMARK AGREEMENT - LES HAUTS DE LAGARDE DTD 4/30/2012 | SARL RAYMOND VFI<br>LE BOURG<br>SAINT LAURENT DU BOIS 33540<br>FRANCE |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER CONFIRMATION NO. 102217057-2 DTD 11/23/22 | SAXCO INTERNATIONAL<br>15849 N LOMBARD ST.<br>BLDG. 4, UNIT 200<br>PORTLAND, OR 97203 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WINE DISTRIBUTION AGREEMENT DTD 5/20/2021 | SHELBY DISTRIBUTORS LLC<br>D/B/A EAGLE BEVERAGE<br>ATTN CATHIW WILLIAMSON<br>1011 BROADWATER DR<br>GREAT FALLS, MT 59405 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | SIN ALCOHOL S.L.<br>CARRETERA SAN BERNARDO<br>VALBUENA DE DUERO<br>VALLADOLID 47359<br>SPAIN |
| 2.90 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DTD 2/28/2021<br><br>2/28/2023 | SOUTHERN GLAZER'S WINE AND SPIRITS OF TN<br>ATTN CHIEF OPERATING OFFICER<br>6290 SHELBY VIEW<br>MEMPHIS, TN 38134 |
| 2.91 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRADEMARK AGREEMENT - WIN DTD 10/29/2020 | SP BODEGAS MATARRAOMERA<br>CTRA. RENEDO-PESQUERA<br>KM 30, VALBUENA DE DUERO<br>VALLADOLID 47359<br>SPAIN |
| 2.92 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GRAPE PURCHASE AGREEMENT DTD 7/25/2022 | SP COMINO LLC<br>ATTN MATT TURRENTINE<br>PO BOX 12958<br>SAN LUIS OBISPO, CA 93406 |
| 2.93 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 5/16/2022 | SUMMERLAND WINE BRANDS<br>TERRAVANT WINE COMPANY<br>35 INDUSTRIAL WAY<br>BUELLTON, CA 93427 |
| 2.94 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GRAPE PURCHASE AGREEMENT DTD 4/5/2018 | SWG PASO VINEYARDS LLC<br>ATTN EVP<br>855 SUITE BORDEAUX WAY, STE 100<br>NAPA, CA 94558 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | IMPORTING & DISTRIBUTION LOGISTICS SUPPORT AGREEMENT DTD 2/1/2016 | T ELENTENY HOLDINGS LLC D/B/A T ELENTENY IMPORTS ATTN CHIEF EXECUTIVE OFFICER 66 W BROADWAY, STE 301 NEW YORK, NY  10007 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE FRANCHISE DISTRIBUTION AGREEMENT DTD 3/10/2020 | TAVERN CRAFT LLC 1775 DEMING WAY SPARKS, NV  89431 |
| | **State the term remaining** | 3/10/2023 | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #PO10888 DTD 11/9/2022 | TESTANEY, INC. 1490 DOVE MEADOW RD SOLVANG, CA  93463 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | BULK WINE AGREEMENT #101 DTD 4/19/2022 AMENDS AGREEMENT DTD 9/9/2021 | TESTANEY, INC. ATTN MIKE TESTA PO BOX 741 LOS ALAMOS, CA  93440 |
| | **State the term remaining** | 4/19/2025 | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | BULK WINE AGREEMENT DTD 8/29/2022 | TESTANEY, INC. ATTN MIKE TESTA PO BOX 741 LOS ALAMOS, CA  93440 |
| | **State the term remaining** | 8/29/2025 | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT DTD 3/16/2020 | THE BACCHUS GROUP, INC. ATTN GEN MGR 500-887 GREAT NORTHERN WAY VANCOUVER, BC  V5T 4T5 CANADA |
| | **State the term remaining** | 3/16/2023 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AND CONDITIONS DTD 10/18/2022 | TOP IT OFF BOTTLING LLC<br>ATTN GENERAL MANAGER<br>2747 NAPA VALLEY CORPORATE DR<br>NAPA, CA  94558 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT INFORMATION DTD 10/18/2022 | TOP IT OFF BOTTLING LLC<br>ATTN GENERAL MANAGER<br>2747 NAPA VALLEY CORPORATE DR<br>NAPA, CA  94558 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF APPOINTMENT DTD 4/27/2021 | VINA KOYLE S.A.<br>1101 LAS CONDES RM<br>ISIDORA GOYENECHEA  3600OF<br>CHILE |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRADEMARK AGREEMENT - KOYLE GRAN RESERVA DTD 4/16/2018 | VINA KOYLE S.A.<br>ISIDORA GOYENECHEA 3600, OFFICE 1101<br>LAS CONDES<br>CHILE |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DTD 8/17/2021 | VINTEGRITY LLC<br>1689 N TOPPING AVE<br>KANSAS CITY, MO  64120 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOM SPARKLING WINE PRODUCTION AND BOTTLING AGREEMENT DTD 3/1/2018 | WEIBEL VINEYARDS AND WINERY<br>1 WINEMASTER WAY<br>LODI, CA  95240 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WINERY FACILITIES AGREEMENT DTD 3/16/2021 | WEIBEL VINEYARDS AND WINERY<br>1 WINEMASTER WAY<br>LODI, CA 95240 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DTD 2/8/2021<br><br><br>2/8/2026 | YOUNG'S MARKET COMPANY LLC<br>C/O REPUBLIC NAT'L DISTRIBUTING CO LLC<br>ATTN H ALAN ROSENBERG, GEN COUNSEL<br>1 NATIONAL DR<br>ATLANTA, GA 30336 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DTD 2/8/2021<br><br><br>2/8/2026 | YOUNG'S MARKET COMPANY LLC<br>C/O REPUBLIC NAT'L DISTRIBUTING CO LLC<br>ATTN PRESIDENT<br>809 JEFFERSON HWY<br>NEW ORLEANS, LA 70121 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR THE PURCHASE & SALE OF GRAPES DTD 4/26/2022 | ZABALA VINEYARDS<br>39745 LOS COCHES RD<br>SOLEDAD, CA 93960 |

**Fill in this information to identify the case:**

Debtor    BWSC, LLC

United States Bankruptcy Court for the:    Delaware

Case number    22-11239
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1    WINC, INC. | 1751 BERKELEY STREET, STUDIO 3 SANTA MONICA, CA  90404 | BANC OF CALIFORNIA, N.A. AS SUCCESSOR-BY-MERGER | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BWSC, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-11239 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/2022           ✖ /s/ Carol Brault
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    Carol Brault
                                    Printed name

                                    Chief Financial Officer
                                    Position or relationship to debtor