**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 89-91** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 28, 2022, I caused to be served the:

    a.  "Notice of Change of Address," dated December 28, 2022 [Docket No. 89], (the "Change of Address"),

    b.  "Notice of Filing of Exhibit," dated December 28, 2022 [Docket No. 90], (the "Exhibit Notice"), and

    c.  "Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale," dated December 28, 2022 [Docket No. 91], (the "Cure Notice"),

by causing true and correct copies of the:

    i.  Change of Address, Exhibit Notice, and Cure Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

    ii.   Cure Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.   Change of Address, Exhibit Notice, and Cure Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
29th day of December, 2022
*/s/ Rosalyn DeMattia*

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| A.M. SACCULLO LEGAL, LCC | (COUNSEL TO COMMITTE OF UNSECURED CREDITORS) ATTN A. SACCULLO; M. HURFORD; M. AUGUSTINE ESQ. 27 CRIMSON KING DRIVE BEAR DE 19701 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN GEORGE P. ANGELICH, ESQ 1301 AVENUE OF THE AMERICAS, 42ND FL NEW YORK NY 10019 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN J. KESSELMAN; J. BRITTON ESQ. BOYLSTON STREET, 32ND FL BOSTON MA 02199 |
| BANC OF CALIFORNIA, NA | ATTN MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BUCHALTER | (COUNSEL TO PREPETITION LENDERS) ATTN WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BLVD, STE 1500 LOS ANGELES CA 90017-1730 |
| COOLEY LLP | (COUNSEL TO DIP LENDERS) ATTN ERIC E WALKER 110 N WACKER DR, STE 4200 CHICAGO IL 60606 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| US TRUSTEE | ATTN JANE LEAMY 844 KING STREET, STE 2207 WILMINGTON DE 19801 |

**Total Creditor count  15**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 15 ANGLES II LLC | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| 500 STARTUPS IP | 4163 HUBBARTT DRIVE PALO ALTO CA 94306 |
| ACE AMERICAN INSURANCE | 436 WALNUT ST PHILADELPHIA PA 19106 |
| AEROTEK INC | ATTN CONTRACTS DEPT 7301 PKWY DR HANOVER MD 21076 |
| AGRICULTURA Y BODEGA RENACIMIENTO | DE OLIVARES S.L. CALLE SANTA MARIA 36 VALLADOLID 47359 SPAIN |
| ALLIED WORLD INSURANCE COMPANY | 550 S HOPE ST, STE 1825 LOS ANGELES CA 90071 |
| ALTA LOMA VINEYARD, LLC | ATTN: MATT PARKER, EVP 855 BORDEAUX WAY, SUITE 100 NAPA CA 94558 |
| ALTA LOMA WINEYARD LLC | 855 SUITE BORDEAUX WAY, STE 100 NAPA CA 94558 |
| AMBROSI, LOLA L. | ADDRESS AVAILABLE UPON REQUEST |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN REORG DEPT 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN RELATIONSHIP MGR 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | ADDRESS AVAILABLE UPON REQUEST |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | ADDRESS AVAILABLE UPON REQUEST |
| AMPLIFY LA CAPITAL II LLC | 1600 MAIN ST VENICE CA 90401 |
| AMPLIFY LA CAPITAL LLC | 1600 MAIN ST VENICE CA 90401 |
| AMPLIFY LA OPPORTUNITY FUND LP | 1600 MAIN ST VENICE CA 90401 |
| ARTISAN BRANDS LLLP | ADDRESS AVAILABLE UPON REQUEST |
| ASCENTIS CORPORATION | 11995 SINGLETREE LANE, SUITE 400 EDEN PRAIRIE MN 55344 |
| AT&T | PO BOX 6463 CAROL STREAM IL 60197-6463 |
| ATELIER COPAIN LLC | ADDRESS AVAILABLE UPON REQUEST |
| ATKINS, ROBERT | ADDRESS AVAILABLE UPON REQUEST |
| ATTENTIVE MOBILE INC. | 221 RIVER STREET, SUITE 9047 HOBOKEN NJ 07030 |
| ATTICUS PUBLISHING, LLC | ADDRESS AVAILABLE UPON REQUEST |
| ATTICUS PUBLISHING, LLC | ADDRESS AVAILABLE UPON REQUEST |
| AVALARA INC | ATTN GENERAL MGR 1650 RAMADA DR, STE 180 PASO ROBLES CA 93447 |
| AVALARA INC. | ADDRESS AVAILABLE UPON REQUEST |
| AVALARA INC. | ADDRESS AVAILABLE UPON REQUEST |
| AWESOME OS INC | 8605 SANTA MONICA BLVD, #30540 LOS ANGELES CA 90069 |
| AXIS INSURANCE COMPANY | 10000 AVALON BLVD, STE 200 ALPHARETTA GA 30009 |
| AZUR GROUP INC | D/B/A AZUR ASSOCIATES ATTN PATRICK DELONG, FOUNDER/PRINCIPAL 2151 MAIN ST, STE C NAPA CA 94559 |
| BACCHUS GROUP INC, THE | ATTN GEN MGR 500-887 GREAT NORTHERN WAY VANCOUVER BC V5T 4T5 CANADA |
| BAHRI, LINA | ADDRESS AVAILABLE UPON REQUEST |
| BANC OF CALIFORNIA NA | ATTN MICHAEL BARANOWSKI, VP 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BECK, LAUREN | ADDRESS AVAILABLE UPON REQUEST |
| BEDNARZ, SYLVIA | ADDRESS AVAILABLE UPON REQUEST |
| BELL, LISA | ADDRESS AVAILABLE UPON REQUEST |
| BEN VAN DE BUNT & LAURA FOX LIV TRUST | ADDRESS AVAILABLE UPON REQUEST |
| BENCEL, AUDREY | ADDRESS AVAILABLE UPON REQUEST |
| BERESFORD, HEATHER | ADDRESS AVAILABLE UPON REQUEST |
| BERNARDINOS & CARVALHO SA | QUINTA DO GRADIL 2550-073 VILAR CADAVAL PORTUGAL |
| BESSEMER VENTURE PARTNERS VIII | INSTITUTIONAL LP, C/O BESSEMER VENTURE PARTNERS, ATTN GENERAL COUNSEL 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| BESSEMER VENTURE PARTNERS VIII | INSTITUTIONAL LP C/O BESSEMER VENTURES 535 MIDDLEFIELD RD, STE 245 MENLO PARK CA 94025 |
| BEVERAGE MARKETING & MORE INC | 92-1086 OLANI STREET APT 3 KAPOLEI HI 96707 |
| BIOWEINGUT LORENZGBR | GAUSTRASSE 28 FRIESENHEIM 55278 GERMANY |
| BISETTI, VANESSA | ADDRESS AVAILABLE UPON REQUEST |
| BODEGA MATARROMERA S.L. | CARRETERA SAN BERNARDO VALBUENA DE DUERO VALLADOLID 47359 SPAIN |
| BODEGAS IRANZO, S.L. | CTRA MADRID, 60 46315 CAUDETE DE LAS FUENTES VALENCIA SPAIN |

| Claim Name | Address Information |
|---|---|
| BOSHART, HARVEY | ADDRESS AVAILABLE UPON REQUEST |
| BRAULT, CAROL | ADDRESS AVAILABLE UPON REQUEST |
| BRENER INTERNATIONAL GROUP LLC | 421 N BEVERLY DR BEVERLY HILLS CA 90210 |
| BROADRIDGE INVESTOR COMMUNICATION | SOLUTIONS INC. 51 MERCEDES WAY EDGEWOOD NY 11717 |
| BURNS, BRANDON | ADDRESS AVAILABLE UPON REQUEST |
| C2 CLUB W HOLDINGS LLC | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| C2 CLUB W SPV LLC | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| CACTUS MEDIA-MAIN | 176 N. OLD WOODWARD BIRMINGHAM MI 48009 |
| CAMBERG, JULIE TERRIANN | ADDRESS AVAILABLE UPON REQUEST |
| CANACCORD GENUITY LLC | 99 HIGH ST, STE 1200 BOSTON MA 02110 |
| CANTINA DEI COLLI DI CREA | VIA ALCIDE DE GASPERI N. 6 FRAZIONE MADONNINA SERRALUNGA DI CREA 15020 ITALY |
| CANTINA SOCIALE DI PUIANELLO E | COVIOLO S.C.A. VIA C. MARX, 19/A – LOC. PUIANELLO QUATTRO CASTELLA 42020 ITALY |
| CAROLINE LANCASTER | ADDRESS AVAILABLE UPON REQUEST |
| CBC JOINT VENTURES PARTNERS | COLUMBIA BUSINESS CENTER PARTNERS L.P. 750 PISMO STREET SAN LUIS OBISPO CA 93401 |
| CELLER DE CAPCANES, SCCL | C/LLABERIA 4 CAPCANES 43776 SPAIN |
| CENTRAL VALLEY ADMINISTRATORS INC | 3115 OCEAN FRONT WALK SUITE 301 MARINA DEL REY CA 90292 |
| CFT CLEAR FINANCE TECHNOLOGY CORP | 2810 N CHURCH ST #68100 WILMINGTON DE 19802-4447 |
| CFT CLEAR FINANCE TECHNOLOGY CORP. | ADDRESS AVAILABLE UPON REQUEST |
| CHATEAU PESQUIE | 1365 RTE DE FLASSAN MORMOIRON 84570 FRANCE |
| CHURCHKEY INC | 5201 S. TORREY PINES DRIVE LAS VEGAS NV 89118 |
| CITY NATIONAL BANK | ATTN GLORIA A GUITERREZ 555 S FLOWER, 12TH FL LOS ANGELES CA 90071 |
| CLARK, TARA | ADDRESS AVAILABLE UPON REQUEST |
| CLOUDFLARE, INC. | 101 TOWNSEND ST SAN FRANCISCO CA 94107 |
| COLIO, LAURA | ADDRESS AVAILABLE UPON REQUEST |
| COLON, JEANKARLO | ADDRESS AVAILABLE UPON REQUEST |
| COLUMBIA BUSINESS CENTER PARTNERS LP | 750 PISMO STREET SAN LUIS OBISPO CA 93401 |
| COMEX CONSULTING SL | ADDRESS AVAILABLE UPON REQUEST |
| COMMON COLLABS, LLC | ATTN: RICHARD KIM 1820 E. WALNUT AVE FULLERTON CA 92831 |
| COMMONS COLLABS LLC | ATTN RICHARD KIM 1820 E WALNUT AVE FULLERTON CA 92831 |
| COMPAGNIE INTERNATIONALE DE VINS | & SPIRITUEUX S.A.S. 66 BOULEVARD NOTRE DAME MARSEILLE 13006 FRANCE |
| COMPINTELLIGENCE INC | ATTN PRESIDENT 56 DRIFTWAY LN NEW CANAAN CT 06840 |
| COMPINTELLIGENCE, INC. | ADDRESS AVAILABLE UPON REQUEST |
| CONCUR TECHNOLOGIES INC | 601 108TH AVENUE NE SUITE 1000 BELLEVUE WA 98004 |
| CORDIER | 1, RUE DE LA SEIGLIERE BORDEAUX 33088 FRANCE |
| CROSSCUT VENTURES 2 LP | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| DANIEL GALBREATH NICHOLS REV TR | ADDRESS AVAILABLE UPON REQUEST |
| DATASITE LLC | 733 S. MARQUETTE AVE MINNEAPOLIS MN 55402 |
| DATASITE LLC | 733 S. MARQUETTE AVE, SUITE 600 RICK ATTERBUNY, PRESIDENT & COO MINNEAPOLIS MN 55402 |
| DATZ, NICOLE | ADDRESS AVAILABLE UPON REQUEST |
| DAUGHERTY, ROBERT | ADDRESS AVAILABLE UPON REQUEST |
| DEEHAN, MICHAEL | ADDRESS AVAILABLE UPON REQUEST |
| DEMING, TORI | ADDRESS AVAILABLE UPON REQUEST |
| DIVIRGILIO, PAUL JOSEPH | ADDRESS AVAILABLE UPON REQUEST |
| DOCUSIGN | 221 MAIN ST., SUITE 1550 SAN FRANCISCO CA 94105 |
| DOLWANI, JAI | ADDRESS AVAILABLE UPON REQUEST |
| DOMAINE DES COMTES MEDITERRANEENS | CHATEAU MARIS LA LIVINIERE 34210 FRANCE |
| DOMAINE GIOULIS SA | KLIMENTI 20017 KORINTHOS 20017 GREECE |

| Claim Name | Address Information |
|---|---|
| DOMO INC | ATTN FINANCE DEPT 772 E UTAH VALLEY DR AMERICAN FORK UT 84003 |
| DOMO, INC. | ADDRESS AVAILABLE UPON REQUEST |
| DONNELLEY FINANCIAL LLC | ATTN LEGAL DEPT 35 W WACKER DR CHICAGO IL 60601 |
| DONNELLY FINANCIAL SOLUTIONS | ATTN: DFIN LEGAL DEPARTMENT 35 WEST WACKER DR. CHICAGO IL 60601 |
| DUKES, DANTENEA | ADDRESS AVAILABLE UPON REQUEST |
| E*TRADE FINANCIAL CORP SERVICES INC | ATTN EXECUTIVE DIR 3 EDISON DR ALPHARETTA GA 30005 |
| E*TRADE FINANCIAL CORP SERVICES INC | ATTN PRESIDENT 3 EDISON DR ALPHARETTA GA 30005 |
| E*TRADE FINANCIAL CORP SERVICES INC | ATTN MANAGING ATTORNEY 3 EDISON DR ALPHARETTA GA 30005 |
| E-TRADE FINANCIAL CORPORATE | SERVICES, INC. ATTN: PRESIDENT 3 EDISON DR ALPHARETTA GA 30005 |
| E-TRADE FINANCIAL CORPORATE | SERVICES, INC. ATTN: MANAGING ATTORNEY 3 EDISON DR ALPHARETTA GA 30005 |
| EAGLES STADIUM OPERATOR LLC | ADDRESS AVAILABLE UPON REQUEST |
| EDDY, JONATHAN | ADDRESS AVAILABLE UPON REQUEST |
| ELIAS, DERON, JR | ADDRESS AVAILABLE UPON REQUEST |
| ELLS, VALERIE | ADDRESS AVAILABLE UPON REQUEST |
| ENDURANCE AMERICAN INSURANCE COMPANY | 4 MANHATTANVILLE RD PURCHASE NY 10577 |
| ERIC & LAURA LAMISON FAMILY TRUST | ADDRESS AVAILABLE UPON REQUEST |
| ESPARZA, IRMA | ADDRESS AVAILABLE UPON REQUEST |
| FARM CREDIT WEST, FLCA | 1446 SPRING STREET, SUITE 201 PASO ROBLES CA 93446 |
| FAVORITE BRANDS LLC | ATTN GREGORY LAMANTIA JR 13755 DIPLOMA DR FARMER BRANCH TX 75234 |
| FAVORITE BRANDS LLC | ATTN GENERAL MANAGER 3900 N MCCOLL RD MCALLEN TX 78501 |
| FEDERAL EXPRESS CORP | ADDRESS AVAILABLE UPON REQUEST |
| FEDERAL EXPRESS CORP | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX CORPORATE SERVICES INC | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX CORPORATE SERVICES INC | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX CORPORATE SERVICES INC | 3640 HACKS CROSS RD, BLDG D, 2ND FL MEMPHIS TN 38125 |
| FEDEX FREIGHT INC | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX FREIGHT INC | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX GROUND PACKAGE SYSTEM INC | ADDRESS AVAILABLE UPON REQUEST |
| FEDEX GROUND PACKAGE SYSTEM INC | ADDRESS AVAILABLE UPON REQUEST |
| FELDMAN, JOSH | ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | ADDRESS AVAILABLE UPON REQUEST |
| FIELDS-JACKSON, ELIZABETH | ADDRESS AVAILABLE UPON REQUEST |
| FIORINO, ALLIE | ADDRESS AVAILABLE UPON REQUEST |
| FIVETRAN, INC. | 405 14TH STREET, SUITE 1100 OAKLAND CA 94612 |
| FLOOD, JOHN L | ADDRESS AVAILABLE UPON REQUEST |
| FLORES, FAITH | ADDRESS AVAILABLE UPON REQUEST |
| FREY, LEONA | ADDRESS AVAILABLE UPON REQUEST |
| GENESEN, TRACY | ADDRESS AVAILABLE UPON REQUEST |
| GEORGE'S DISTRIBUTING INC | ATTN CHELSEY FRANK 2710 BROADWATER AVE PO BOX 1126 HELENA MT 59624 |
| GOBLUE VENTURES LLC | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| GOBLUE VENTURES LLC | 525 BRANNAN ST, STE 100 SAN FRANCISCO CA 94107 |
| GOLD, CAITLIN | ADDRESS AVAILABLE UPON REQUEST |
| GOLDENBERG, ADAM | ADDRESS AVAILABLE UPON REQUEST |
| GORDON LOGISTICS | 305 FORBES BLVD. MANSFIELD MA 02048 |
| GRACE, MADISON | ADDRESS AVAILABLE UPON REQUEST |
| GRANDS VIGNOBLES EN MEDITERRANEE | CHATEAU MARIS LA LIVINIERE 34210 FRANCE |
| GRAVES, GREGORY | ADDRESS AVAILABLE UPON REQUEST |
| GREEN BAY PACKERS INC | ADDRESS AVAILABLE UPON REQUEST |

| Claim Name | Address Information |
|---|---|
| GREEN BAY PACKERS INC | ADDRESS AVAILABLE UPON REQUEST |
| GREEN BAY PACKERS INC | ATTN: COO/GENERAL COUNSEL P.O. BOX 10628 GREEN BAY WI 54307-0628 |
| GREEN, ERIN K | ADDRESS AVAILABLE UPON REQUEST |
| GREGG & AMY BOGOST JOINT REV TR | ADDRESS AVAILABLE UPON REQUEST |
| GRIMES, DENNIS C | ADDRESS AVAILABLE UPON REQUEST |
| GUARDIAN LIFE INSURANCE CO OF AMERICA | 10 HUDSON YARDS NEW YORK NY 10001 |
| HARV 81 USA INC | D/B/A CORK SUPPLY USA |
| HERNANDEZ, XOCHITL | ADDRESS AVAILABLE UPON REQUEST |
| HODGE, PAUL W | ADDRESS AVAILABLE UPON REQUEST |
| HOFFMAN, SHEP | ADDRESS AVAILABLE UPON REQUEST |
| HORIZON BEVERAGE COMPANY OF | RHODE ISLAND, INC. 121 HOPKINS HILL ROAD WEST GREENWICH RI 02817 |
| HUTCHINSON, KAITLIN | ADDRESS AVAILABLE UPON REQUEST |
| ICR, LLC | ATTN: JOHN SORENSEN 761 MAIN AVENUE NORWALK CT 06851 |
| IDOLOGY INC | ATTN LEGAL DEPT 2018 POWERS FERRY RD SE, STE 720 ATLANTA GA 30339 |
| IMAGINIT TECHNOLOGIES | 304 INVERNESS WAY S, STE 240 ENGLEWOOD CO 80112 |
| INCHAUSTE, ANGELLI | ADDRESS AVAILABLE UPON REQUEST |
| INSIGHT RESOURCE GROUP | 3468 MT DIABLE BLVD, STE B120 LAFAYETTE CA 94549 |
| INTELLIGIZE | 230 PARK AVE, 7TH FLOOR NEW YORK NY 10169 |
| INTELLIGIZE, INC. | 230 PARK AVE, 7TH FLOOR NEW YORK NY 10169 |
| INTERNATIONAL WINES, INC. | ADDRESS AVAILABLE UPON REQUEST |
| IRANZO FIELDS, S.L. | C/CARMEN 10, 1 IQ CARTAGENA 30201 SPAIN |
| J. & H. SELBACH WEINKELLEREI | GEWERBEGEBEIET GANSFELDER STR. 20 ZELTINGEN-RACHTIG D-54492 GERMANY |
| JACKSON, ELIZABETH | ADDRESS AVAILABLE UPON REQUEST |
| JAMES J & ERICA S FRANK (JTWROS) | 448 EUCLID STREET SANTA MONICA CA 90404 |
| JAMES J TIAMPO MONEY PURCHASE PLAN | ADDRESS AVAILABLE UPON REQUEST |
| JAN VENTURES LLC | ATTN ANDREW NIGRELLI 262 WINTER ST WESTON MA 02493 |
| JENSON, PAUL | ADDRESS AVAILABLE UPON REQUEST |
| JOHNSTON, THOMAS | ADDRESS AVAILABLE UPON REQUEST |
| JOHNSTON, THOMAS M | ADDRESS AVAILABLE UPON REQUEST |
| JONES, VONETTA | ADDRESS AVAILABLE UPON REQUEST |
| KAISER PERMANENTE HEALTH PLAN INC | CUSTOMER SERVICE CENTER PO BOX 23448 SAN DIEGO CA 92193-3448 |
| KEATING, KATHERINE | ADDRESS AVAILABLE UPON REQUEST |
| KENNEDY, SCOTT | ADDRESS AVAILABLE UPON REQUEST |
| KESTREL FLIGHT FUND LLC | ATTN ALBERT HANSER, MANAGING PARTNER 149 MEADOWBROOK RD WESTON MA 02493 |
| KING, SHAYLA | ADDRESS AVAILABLE UPON REQUEST |
| KNUTSEN, TOM | ADDRESS AVAILABLE UPON REQUEST |
| KRAM, NATALIE | ADDRESS AVAILABLE UPON REQUEST |
| KYLIX VINEYARDS CALIFORNIA LP | ATTN: MATT TURRENTINE P.O. BOX 12958 SAN LUIS OBISPO CA 93406 |
| LA CANTINA PIZZOLATO | IV NOVEMBRE, 12 VILLORBA 31050 ITALY |
| LA CANTINA PIZZOLATO S.R.L. | VIA IV NOVEMBRE VIA CAL DI TREVISO, 12 VILLORBA TV 31020 ITALY |
| LA CANTINA PIZZOLATO SRL | ATTN EXPORT DIR VIA IV NOVEMBRE 12 VILLORBA (TV) 31020 ITALY |
| LA CANTINA PIZZOLATO SRL | VIA IV NOVEMBRE, 12 VILLORBA 31020 ITALY |
| LANGETWINS WINE CO INC | ADDRESS AVAILABLE UPON REQUEST |
| LANGETWINS WINERY & VINEYARDS | 1525 E JAHANT RD ACAMPO CA 95220 |
| LANTERNA DISTRIBUTORS INC | ATTN VICE PRESIDENT 1125 DESOTO RD, STE C BALTIMORE MD 21223 |
| LAPORTE, JACQUELINE | ADDRESS AVAILABLE UPON REQUEST |
| LAWTON, PETER | ADDRESS AVAILABLE UPON REQUEST |
| LEE & ASSOCIATES LOS ANGELES WEST INC | 1508 17TH ST SANTA MONICA CA 90404 |
| LEE, JAE | ADDRESS AVAILABLE UPON REQUEST |

| Claim Name | Address Information |
|---|---|
| LIBRIZZI, JUDE | ADDRESS AVAILABLE UPON REQUEST |
| LIMESTONE COAST WINES PTY LTD | 15025 RIDDOCH HWY COONAWARRA 5263 AUSTRALIA |
| LIMESTONE COAST WINES PTY LTD | P.O. BOX 315 COONAWARRA 5263 AUSTRALIA |
| LIMESTONE COAST WINES PTY LTD | 7089 RIDDOCH HIGHWAY PADTHAWAY 5263 AUSTRALIA |
| LIN, PATRICK | ADDRESS AVAILABLE UPON REQUEST |
| LINKEDIN | 1000 W. MAUDE AVENUE SUNNYVALE CA 94085 |
| LLOYDS OF LONDON | 1 LIME ST LONDON EC3M 7HA UNITED KINGDOM |
| LODI WINEGRAPE COMMISSION | ATTN EXEC DIRECTOR 2545 W TURNER RD LODI CA 95242 |
| LOMA DEL RIO VINEYARDS LLC | 855 SUITE BORDEAUX WAY, STE 100 NAPA CA 94558 |
| LOMA DEL RIO VINEYARDS, LLC | ATTN: MATT PARKER, EVP 855 BORDEAUX WAY, SUITE 100 NAPA CA 94558 |
| LOS ANGELES PHILHARMONIC ASSOC | ATTN GENERAL COUNSEL 151 S GRAND AVE LOS ANGELES CA 90012 |
| LOS ANGELES PHILHARMONIC ASSOC | ADDRESS AVAILABLE UPON REQUEST |
| LOS ANGELES PHILHARMONIC ASSOC | ADDRESS AVAILABLE UPON REQUEST |
| MACLEOD, SOPHIA | ADDRESS AVAILABLE UPON REQUEST |
| MADISON TRUST CO, CUSTODIAN | ADDRESS AVAILABLE UPON REQUEST |
| MAILCHIMP | 675 PONCE DE LEON AVE NE SUITE 5000 ATLANTA GA 30308 |
| MAISON RAYMOND | ADDRESS AVAILABLE UPON REQUEST |
| MAITRE, ARTHUR | ADDRESS AVAILABLE UPON REQUEST |
| MARICONI, MATTHEW | ADDRESS AVAILABLE UPON REQUEST |
| MARKETPLACE SELECTIONS INC | ADDRESS AVAILABLE UPON REQUEST |
| MARKETPLACE SELECTIONS INC | ADDRESS AVAILABLE UPON REQUEST |
| MARKETPLACE SELECTIONS INC | ADDRESS AVAILABLE UPON REQUEST |
| MARTINEZ, FREDDY | ADDRESS AVAILABLE UPON REQUEST |
| MASTERCARD INTERNATIONAL INC | 2000 PURCHASE STREET PURCHASE NY 10577 |
| MATTHEW A. THELEN | ADDRESS AVAILABLE UPON REQUEST |
| MATTSON, CHRIS | ADDRESS AVAILABLE UPON REQUEST |
| MCCORMICK, ANDREW | ADDRESS AVAILABLE UPON REQUEST |
| MCCREARY, DEX | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE FAMILY TRUST | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | ADDRESS AVAILABLE UPON REQUEST |
| MCGREGOR, ANASTASIA | ADDRESS AVAILABLE UPON REQUEST |
| MCGUIRE, JAMES SOCTT | ADDRESS AVAILABLE UPON REQUEST |
| MED WINES | C/CARMEN 10, 1 IQ CARTAGENA 30201 SPAIN |
| MELVIN, VERAN | ADDRESS AVAILABLE UPON REQUEST |
| MENDOCINO WINE GROUP LLC | 501 PARDUCCI RD UKIAH CA 95482 |
| MERICKA, LINDSEY | ADDRESS AVAILABLE UPON REQUEST |
| MESSINA, RICHARD | ADDRESS AVAILABLE UPON REQUEST |
| MICHEL GASSIER | ADDRESS AVAILABLE UPON REQUEST |
| MICHLITS WERNER GMBH | HAUPTSTASSE 86 PAMHAGEN A-7152 AUSTRIA |
| MICHLITS WERNER GMBH | HAUPSTRASSE 86 PAMHAGEN A-7152 AUSTRIA |
| MILLER FAMILY WINE CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE COMPANY LLC | 2717 AVIATION WAY, STE 101 SANTA MARIA CA 93455 |
| MORRIS, ASHLEY | ADDRESS AVAILABLE UPON REQUEST |
| MOUNT RILEY WINES LIMITED | P.O. BOX 102061 NORTH SHORE MAIL CENTRE AUCKLAND NEW ZEALAND |
| MY WINES & SPIRITS PRIVATE LTD | GROUND FL, KH.NO.20/2/21/2, RZ-93J TELEPHONE EXCHANGE RD SAMALKHA, SOUTHWEST DELHI NEW DELHI, DELHI 110037 INDIA |
| MYREGISTRY.COM | ATTN: KATHLEEN LINDSAY 2050 CENTER AVENUE, SUITE 100 FORT LEE NJ 07024 |
| NAPPI DISTRIBUTORS | ATTN SALES DIRECTOR 615 MAIN ST GORHAM ME 04038 |

| Claim Name | Address Information |
|---|---|
| NATANNA PTY LTD | VALLEY ROAD R44 KLAPMUTS SOUTH AFRICA |
| NATIONAL DISTRIBUTING COMPANY INC | ATTN CHIEF EXECUTIVE OFFICER 1 NATIONAL DR SW ATLANTA GA 30336 |
| NATIONAL DISTRIBUTING COMPANY INC | ATTN H ALAN ROSENBERG ESQ, GEN COUNSEL 1 NATIONAL DR ATLANTA GA 30336 |
| NATIONAL UNION FIRE INSURANCE | COMPANY OF PITTSBURGH, PA 1271 AVE OF AMERICAS, 37TH FL NEW YORK NY 10020-1304 |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| NICHOLS, RANDY | ADDRESS AVAILABLE UPON REQUEST |
| NUSSEN, ERICA | ADDRESS AVAILABLE UPON REQUEST |
| NUVIEW IRA FBO JOHN SEABERN (#9912339) | 14 WALNUT AVE MILL VALLEY CA 94941 |
| NYSE AMERICAN LLC | 74 TRINITY PLACE NEW YORK NY 10006 |
| OAKTREE IMPORTS INC. | 711 MORENO ROAD SANTA BARBARA CA 93103 |
| OFFSOURCING INC | 8605 SANTA MONICA BLVD, #30540 LOS ANGELES CA 90069 |
| OGAHAYON, REGHIE | ADDRESS AVAILABLE UPON REQUEST |
| OLIVIA BACON | ADDRESS AVAILABLE UPON REQUEST |
| OPTIMOVE INC. | 217 WEST 21ST ST., FLOOR 2 NEW YORK NY 10011 |
| ORACLE AMERICA INC | ATTN GEN COUNSEL, LEGAL DEPT 500 ORACLE PKWY REDWOOD SHORES CA 94065 |
| ORACLE AMERICA, INC. | ADDRESS AVAILABLE UPON REQUEST |
| ORACLE AMERICA, INC. | ADDRESS AVAILABLE UPON REQUEST |
| PACIFIC CONTINENTAL INSURANCE CO | 3115 OCEAN FRONT WALK SUITE 301 MARINA DEL REY CA 90292 |
| PACIFIC MERCANTILE BANK | ATTN GEORGE BURNETT 949 S COAST DR, 1ST FL COSTA MESA CA 92626 |
| PATRICK M FALLE LIVING TRUST | ADDRESS AVAILABLE UPON REQUEST |
| PEOPLESHARE LLC | 100 SPRINGHOUSE DR, STE 200 COLLEGEVILLE PA 19426 |
| PHASE 2 CELLARS, LLC | 4910 EDNA RD SAN LUIS OBISPO CA 93401 |
| PHELPS, DENNIS | ADDRESS AVAILABLE UPON REQUEST |
| PHILADELPHIA EAGLES LLC | ADDRESS AVAILABLE UPON REQUEST |
| PIERCE, JELISA | ADDRESS AVAILABLE UPON REQUEST |
| PIGGOTT, BENJAMIN | ADDRESS AVAILABLE UPON REQUEST |
| PILOT RESEARCH AND DEVELOPMENT INC | ATTN CO-FOUNDER & CEO 816 BANCROFT WAY BERKELEY CA 94710 |
| POWER DIGITAL MARKETING, INC. | 2251 SAN DIEGO AVE., SUITE A250 SAN DIEGO CA 92110 |
| PREDAINA, MATT | ADDRESS AVAILABLE UPON REQUEST |
| PROBULK S.P.A. | AV APOQUINDO 5583 OLAS CONDES SANTIAGO CHILE |
| PROCK, BROOKE | ADDRESS AVAILABLE UPON REQUEST |
| PROVIVA S.R.L. | CALLE BALDINI 16.197 AGRELO MENDOZA CP 5509 ARGENTINA |
| PROVIVA SRL | CALLE BALDINI 16197 AGRELO, LUJAN DE CUYO MENDOZA 5509 ARGENTINA |
| QUINTA DA PLANSEL | QUINTA DE S. JORGE, APARTADO 2 MONTEMOR-O-NOVO 7051-909 PORTUGAL |
| RAMSEUR, ELIZABETH | ADDRESS AVAILABLE UPON REQUEST |
| RANDSTAD | PO BOX 894217 LOS ANGELES CA 90189-4217 |
| RATLIFF, KEN E | ADDRESS AVAILABLE UPON REQUEST |
| RB WINE ASSOCIATES LLC | D/B/A RACK & RIDDLE CUSTOM WINE SERVICES 499 MOORE LANE HEALDSBURG CA 95448 |
| REAL TIME STAFFING SERVICES | D/B/A SELECT STAFFING |
| REASONOVER, RICHARD | ADDRESS AVAILABLE UPON REQUEST |
| REED, JEFFREY J | ADDRESS AVAILABLE UPON REQUEST |
| REED, KAITLYN | ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATIONAL DISTRIBUTING CO LLC | ATTN H ALAN ROSENBERG ESQ, GEN COUNSEL 1 NATIONAL DR ATLANTA GA 30336 |
| REPUBLIC NATIONAL DISTRIBUTING CO LLC | ATTN PRESIDENT & CEO 809 JEFFERSON HWY NEW ORLEANS LA 70121 |
| REPUBLIC NATL DISTRIBUTING CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATL DISTRIBUTING CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| RESSLER, DON | ADDRESS AVAILABLE UPON REQUEST |

| Claim Name | Address Information |
|---|---|
| REYES, OTILIA | ADDRESS AVAILABLE UPON REQUEST |
| RICE WINE VENTURES LLC | C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN |
| ROBERT TALLMAN NICHOLS REV TR | ADDRESS AVAILABLE UPON REQUEST |
| RUNCKEL, ALISHA | ADDRESS AVAILABLE UPON REQUEST |
| SAKE VENTURES LLC | C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN |
| SAN ISIDRO, SCCCLM | VVA. DE ALCARDETE TOLEDO 45810 SPAIN |
| SAN ISIDRO, SCCCLM | CAMINO DE LA ESPERILLA 0 VVA. DE ALCARDETE TOLEDO 45810 SPAIN |
| SANTA BARBARA HIGHLANDS VINEYARD | C/O VITCOMP INC. ATTN: LINO BOZZANO 405 TRAFFIC WAY, UNIT A ARROYO GRANDE CA 93420 |
| SARL CHATEAU BEAUBOIS | FRANQUEVAUX BEAUVOISIN 30640 FRANCE |
| SARL CHATEAU BEAUBOIS | BOYER – VIGNERONS FRANQUEVAUX F – 30640 FRANCE |
| SARL FAMILLE CHAUDIERE | 1365B ROUTE DE FLASSAN MORMOIRON 84570 FRANCE |
| SARL RAYMOND VFI | LE BOURG SAINT LAURENT DU BOIS 33540 FRANCE |
| SCHOTT, MADISON | ADDRESS AVAILABLE UPON REQUEST |
| SCOTT M HEMMING & LIESL A MAGGIORE | ADDRESS AVAILABLE UPON REQUEST |
| SEELYE, STEVE | ADDRESS AVAILABLE UPON REQUEST |
| SERI-LEVI, EITAN | ADDRESS AVAILABLE UPON REQUEST |
| SHARK PIG | ADDRESS AVAILABLE UPON REQUEST |
| SHARK PIG, LLC | ADDRESS AVAILABLE UPON REQUEST |
| SHAYLA KING | ADDRESS AVAILABLE UPON REQUEST |
| SHELBY DISTRIBUTORS LLC | D/B/A EAGLE BEVERAGE ATTN CATHIW WILLIAMSON 1011 BROADWATER DR GREAT FALLS MT 59405 |
| SHULEVA, BEN | ADDRESS AVAILABLE UPON REQUEST |
| SIEMER VENTURES II LP | D/B/A WAVEMAKER PARTNERS II 1438 9TH ST SANTA MONICA CA 90404 |
| SIN ALCOHOL S.L. | CARRETERA SAN BERNARDO VALBUENA DE DUERO VALLADOLID 47359 SPAIN |
| SINGLA, PUNIT | ADDRESS AVAILABLE UPON REQUEST |
| SMITH, BRIAN | ADDRESS AVAILABLE UPON REQUEST |
| SMITH, BRIAN | ADDRESS AVAILABLE UPON REQUEST |
| SOFTWAREONE INC | 20875 CROSSROADS CIR, STE 1 WAUKEHSA WI 53186 |
| SOFTWAREONE, INC. | 20875 CROSSROADS CIRCLE, SUITE 1 WAUKESHA WI 53186 |
| SOLANO, KARINA | ADDRESS AVAILABLE UPON REQUEST |
| SOUARE, MAMADOU | ADDRESS AVAILABLE UPON REQUEST |
| SOUTHERN GLAZER'S WINE AND SPIRITS OF TN | ATTN CHIEF OPERATING OFFICER 6290 SHELBY VIEW MEMPHIS TN 38134 |
| SP BODEGAS MATARRAOMERA | CTRA. RENEDO-PESQUERA KM 30, VALBUENA DE DUERO VALLADOLID 47359 SPAIN |
| SP COMINO, LLC | ATTN: MATT TURRENTINE P.O. BOX 12958 SAN LUIS OBISPO CA 93406 |
| SPARTAN CAPITAL SECURITIES LLC | 45 BROADWAY, 19TH FL NEW YORK NY 10006 |
| SPARTAN CAPITAL SECURITIES LLC | C/O MANATT PHELPS & PHILLIPS LLP ATTN THOMAS J POLETTI 695 TOWN CENTER DR, 14TH FL COSTA MESA CA 92626 |
| SPECTRUM BUSINESS | 4145 S FALKENBURG RD RIVERVIEW FL 33578-8652 |
| STAHL, TYLER | ADDRESS AVAILABLE UPON REQUEST |
| STEVEN BERO | ADDRESS AVAILABLE UPON REQUEST |
| STUEMPFIG, ALEXANDER | ADDRESS AVAILABLE UPON REQUEST |
| SUMMERLAND WINE BRANDS | TERRAVANT WINE COMPANY 35 INDUSTRIAL WAY BUELLTON CA 93427 |
| SUMMERLAND WINE BRANDS, LLC | DBA TERRAVANT WINE COMPANY, LLC ATTN: GENERAL COUNSEL 35 INDUSTRIAL WAY BUELLTON CA 93427 |
| SWG PASO VINEYARDS LLC | ATTN EVP 855 SUITE BORDEAUX WAY, STE 100 NAPA CA 94558 |
| SWG PASO VINEYARDS, LLC | ATTN: DOUG WILSON 855 BORDEAUX WAY, SUITE 200 NAPA CA 94558 |

| Claim Name | Address Information |
|---|---|
| SYNERGY NA | ADDRESS AVAILABLE UPON REQUEST |
| SYNERGY NORTH AMERICA INC. | ADDRESS AVAILABLE UPON REQUEST |
| T. ELENTENY HOLDINGS LLC | ADDRESS AVAILABLE UPON REQUEST |
| TABLEAU SOFTWARE, LLC | 1621 N 34TH ST. SEATTLE WA 98103 |
| TAVERN CRAFT LLC | 1775 DEMING WAY SPARKS NV 89431 |
| TEAGUE, ROBERT TOWNSEND | ADDRESS AVAILABLE UPON REQUEST |
| TERRAVANT WINE CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| TESTANEY, INC. | ADDRESS AVAILABLE UPON REQUEST |
| TESTANEY, INC. | ADDRESS AVAILABLE UPON REQUEST |
| THE BACCHUS GROUP INC. | ADDRESS AVAILABLE UPON REQUEST |
| THE CONTINENTAL INSURANCE COMPANY | 333 S WABASH AVE CHICAGO IL 60604 |
| THELEN, MATTHEW | ADDRESS AVAILABLE UPON REQUEST |
| THOMSON REUTERS | P.O. BOX 71687 CHICAGO IL 60694-1687 |
| THOMSON REUTERS | TAX & ACCOUNTING-CHECKPOINT CUSTOMER SERVICE DEPT PO BOX 115008 CARROLLTON TX 75011-5008 |
| THRIVE MARKET, INC. | ATTN: LEGAL DEPARTMENT 4509 GLENCOE AVE. MARINA DEL REY CA 90293 |
| THRIVE MARKET, INC. | C/O RUTAN & TUCKER LLP ATTN: TONI AGAJANIAN 18575 JAMBOREE RD., SUITE 900 IRVINE CA 92612 |
| TIAMPO, JAMES J | ADDRESS AVAILABLE UPON REQUEST |
| TIAMPO, MATTHEW | ADDRESS AVAILABLE UPON REQUEST |
| TIMOTHY & TAMARA JOHNSON LIV TRUST | ADDRESS AVAILABLE UPON REQUEST |
| TIROSH ESTATE LIMITED | 3579 STATE HIGHWAY 63 BLENHEIM NEW ZEALAND |
| TOP IT OFF BOTTLING LLC | ATTN GENERAL MANAGER 2747 NAPA VALLEY CORPORATE DR NAPA CA 94558 |
| TOP IT OFF BOTTLING, LLC | 2747 NAPA VALLEY CORPORATE DR NAPA CA 94558 |
| TRANSPORTATION INSURANCE COMPANY | 333 S WABASH AVE CHICAGO IL 60604 |
| TRAVELERS CASUALTY AND | SURETY COMPANY OF AMERICA ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL MN 55102-0094 |
| TUFFY, AUDREY | ADDRESS AVAILABLE UPON REQUEST |
| UNITED HEALTHCARE | 5701 KATELLA AVENUE CYPRESS CA 90630 |
| UNITED HEALTHCARE OF CALIFORNIA | P.O. BOX 843118 LOS ANGELES CA 90084-3118 |
| UPCURVE CLOUD | 10801 NATIONAL BLVD, STE 410 LOS ANGELES CA 90064 |
| VALLEY FORGE INSURANCE COMPANY | 1 BALA PLAZA, SUITE 100 BALA CYNWYD PA 19004 |
| VERBIER SP PARTNERSHIP LP | ATTN JAMES J TIAMPO, PRESIDENT PO BOX 2430 BLAINE WA 98231-2430 |
| VIN NOE | CHATEAU MARIS 265 RUE MURANO BEZIERS 34500 FRANCE |
| VINA KOYLE S.A. | ISIDORA GOYENECHEA 3600, OFFICE 1101 LAS CONDES CHILE |
| VINA KOYLE S.A. | 1101 LAS CONDES RM ISIDORA GOYENECHEA 3600OF CHILE |
| VINTAGE WINES ESTATES INC | 205 CONCOURSE BOULEVARD SANTA ROSA CA 95403 |
| VINTEGRITY LLC | 1689 N TOPPING AVE KANSAS CITY MO 64120 |
| VIOLANTE, THOMAS JOHN | ADDRESS AVAILABLE UPON REQUEST |
| VIOLANTE, THOMAS MICHAEL | ADDRESS AVAILABLE UPON REQUEST |
| VIRGILIO, PAUL JOSEPH | ADDRESS AVAILABLE UPON REQUEST |
| VO, GINA | ADDRESS AVAILABLE UPON REQUEST |
| VV1515 LLC | C/O VELOCITY VENTURE PARTNERS LLC ATTN ZACHARY MOORE, MEMBER ONE BELMONT AVE, STE 520 BALA CYNWYD PA 19004 |
| VV1515 LLC | C/O VELOCITY VENTURE PARTNERS LLC ATTN MICHAEL J HAVILAND, ESQ ONE BELMONT AVE, STE 520 BALA CYNWYD PA 19004 |
| WAHOOWA VENTURES | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| WAHOOWA VENTURES | 196 BROADWAY, 2ND FL CAMBRIDGE MA 02139 |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. | 107 SILVIA STREET EWING NJ 08628 |
| WAVEMAKER GLOBAL SELECT LLC | 175 GREENWICH ST NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| WAVEMAKER PARTNERS V LP | 175 GREENWICH ST NEW YORK NY 10007 |
| WEIBEL INC | ADDRESS AVAILABLE UPON REQUEST |
| WEIBEL VINEYARDS AND WINERY | 1 WINEMASTER WAY LODI CA 95240 |
| WEINGUT GEORG WEINWURM | HAUPSTRASSE 85 DOBERMANNSDORF AUSTRIA |
| WELO, TOBIAS W | ADDRESS AVAILABLE UPON REQUEST |
| WETHERALD, THOMAS | ADDRESS AVAILABLE UPON REQUEST |
| WILEY, JORDAN | ADDRESS AVAILABLE UPON REQUEST |
| YANG, XUEYING | ADDRESS AVAILABLE UPON REQUEST |
| YOUNGS MARKET COMPANY LLC | ADDRESS AVAILABLE UPON REQUEST |
| YOUNGS MARKET COMPANY LLC | ADDRESS AVAILABLE UPON REQUEST |
| ZABALA VINEYARDS | 39745 LOS COCHES RD SOLEDAD CA 93960 |
| ZENDESK, INC | ADDRESS AVAILABLE UPON REQUEST |
| ZOOM | 55 ALMADEN BLVD., 6TH FLOOR SAN JOSE CA 95113 |
| ZOTOVICH, RYAN | ADDRESS AVAILABLE UPON REQUEST |

**Total Creditor count  391**

**EXHIBIT C**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | Ams@Saccullolegal.com<br>Mark@Saccullolegal.com<br>Meg@Saccullolegal.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com;<br>Justin.kesselman@afslaw.com;<br>James.britton@afslaw.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com;<br>legal@bancofcal.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF | kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com |
| BUCHALTER | wschoenholz@buchalter.com;<br>crowe@buchalter.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com;<br>dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com;<br>mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov;<br>bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov;<br>jane.m.leamy@usdoj.com |