**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| WINC, INC., *et al.*,[1] | ) |
| | ) Case No. 22-11238 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 77-82, 84 & 85** |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF CONNECTICUT )
                  ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 22, 2022, I caused to be served the:

    a.  "Certification of Counsel Regarding Proposed Further Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(C)(3), 364(D)(1), and 364(E) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, And 364," dated December 22, 2022 [Docket No. 77], (the "Certification"),

    b.  "Notice of Filing Revised Proposed (A) Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) Bidding Procedures," dated December 22, 2022 [Docket No. 78], (the "Bidding Procedures Notice"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

c. "Declaration of Morgan Ley in Support of Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bidding Procedures, (II) Approving Form and Manner of Notice, (III) Scheduling an Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests," dated December 22, 2022 [Docket No. 79], (the "Ley Declaration"),

d. "Notice of Filing of Revised Asset Purchase Agreement," dated December 22, 2022 [Docket No. 80], (the "Asset Purchase Agreement"),

e. "Notice of Amended Agenda of Matters Scheduled for Hearing on December 22, 2022 at 10:00 a.m. (ET)," dated December 22, 2022 [Docket No. 81], (the "Agenda"),

f. "Further Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364," dated December 22, 2022 [Docket No. 82], (the "Interim Order"),

g. "Certification of Counsel Submitting *Revised* Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief," dated December 22, 2022 [Docket No. 84], (the "Revised Certification"), and

h. "Order (I) Approving Bidding Procedures in Connection with Sale of the Debtors' Assets and Related Bid Protections; (II) Approving Form and Manner of Notice; (III) Scheduling Auction and Sale Hearing; (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases; and (V) Granting Related Relief," dated December 22, 2022 [Docket No. 85], (the "Bidding Procedures Order"),

by causing true and correct copies of the:

i. Interim Order, Revised Certification, and Bidding Procedures Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Interim Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii.   Certification, Bidding Procedures Notice, Ley Declaration, Asset Purchase Agreement, Agenda, Interim Order, Revised Certification, and Bidding Procedures Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.   Bidding Procedures Order to be delivered via electronic mail to 43 Interested Buyers whose names and e-mail addresses are confidential and therefore not included herein.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
23rd day of December, 2022
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

**EXHIBIT A**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF CALIFORNIA | 3 MACARTHUR PL SANTA ANA CA 92707 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| E&J GALLO WINERY | 600 YOSEMITE BLVD MODESTO CA 95354 |
| GALLO VINEYARDS INC | 600 YOSEMITE BLVD MODESTO CA 95354 |
| MULTIPLIER CAPITAL II, LP | 2 WISCONSIN CIR, STE 700 CHEVY CHASE MD 20815 |
| PACIFIC MERCANTILE BANK | 949 S COAST DR, 1ST FL COSTA MESA CA 92626 |
| WESTERN ALLIANCE BANK | 1 EAST WASHINGTON ST PHOENIX AZ 85004 |
| WESTERN ALLIANCE BANK | AN ARIZONA CORPORATION 55 ALMADEN BLVD SAN JOSE CA 95113 |

**Total Creditor count  9**

**EXHIBIT B**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF CALIFORNIA | ATTN MIKE BARANOWSKI, VP SPECIAL SITUATIONS 3 MACARTHUR PL SANTA ANA CA 92707 |
| BANK OF CALIFORNIA | ATTN ROBERT SELWAY 3 MACARTHUR PL SANTA ANA CA 92707 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O ONYX EQUITIES LLC ATTN MICHAEL NEVINS 900 RT 9N, STE 400 WOODBRIDGE NJ 07095 |
| 1515 GARNET MINE ROAD HOLDINGS LP | ATTN: MARK WHITE 1515 GARNET MINE RD, STE A BETHEL TOWNSHIP PA 19060 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC ATTN ALEX KILLICK 7501 WISCONSIN AVE, STE 500 W BETHESDA MD 20814 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC 7501 WISCONSIN AVE, STE 500 W BETHESDA MD 20814 |
| 1745 BERKELEY LLC | 11601 WILSHIRE BLVD., 2180 LOS ANGELES CA 90025 |
| ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD | 2715 GUNTER PARK DR W MONTGOMERY AL 36109 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 550 W 7TH AVE, STE 1600 ANCHORAGE AK 99501 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 675 7TH AVENUE, SUITE D FAIRBANKS AK 99701 |
| ALCOHOL AND TOBACCO COMMISSION | INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON STREET, ROOM E-114 INDIANAPOLIS IN 46204 |
| ALCOHOL BEVERAGE CONTROL BUREAU | IDAHO STATE POLICE 700 SOUTH STRATFORD DRIVE STE 115 MERIDIAN ID 83642 |
| ALCOHOLIC BEVERAGE CONTROL | ADMINISTRATION MAIN STREET MALL 101 EAST CAPITOL SUITE 401 LITTLE ROCK AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL ENFORCEMENT | 101 EAST CAPITOL AVENUE, SUITE 401 LITTLE ROCK AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL OFFICE | P.O. BOX 540 MADISON MS 39110-0540 |
| ALCOHOLIC BEVERAGE LAW ENFORCEMENT | COMMISSION (ABLE) ALCOHOLIC BEVERAGE LAWS ENFORCEMENT COM. 50 NE 23RD STREET OKLAHOMA CITY OK 73105 |
| ALCOHOLIC BEVERAGE REGULATION | ADMINISTRATION 2000 14TH STREET, NW, SUITE 400 S WASHINGTON DC 20009 |
| ALCOHOLIC BEVERAGES CONTROL COMMISSION | 95 FOURTH STREET, SUITE 3 CHELSEA MA 02150-2358 |
| ARIZONA DEPARTMENT OF LIQUOR LICENSES | AND CONTROL 800 W. WASHINGTON, 5TH FLOOR PHOENIX AZ 85007 |
| BUREAU OF ALCOHOLIC BEVERAGES AND | LOTTERY OPERATIONS BUREAU OF ALCOHOLIC BEVERAGES & LOTTERY OPERATIONS, 8 STATE HOUSE STATION AUGUSTA ME 04333-0008 |
| CALIFORNIA BOARD OF EQUALIZATION | EXECUTIVE OFFICE, MIC: 73, LISA RENATI CHIEF DEPUTY DIRECTOR PO BOX 942879 SACRAMENTO CA 94279-0073 |
| CALIFORNIA DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL ALCOHOLIC BEVERAGE CONTROL 3927 LENNANE DRIVE, SUITE 100 SACRAMENTO CA 95834 |
| CBC JOINT VENTURES PARTNERS | ADDRESS UNAVAILABLE AT TIME OF FILING |
| CCF PS ALLA OWNER LLC | C/O PACSHORE PROPERTIES LLC ATTN BRIAN ABBOTT 11999 SAN VINCENTE BLVD, STE 220 LOS ANGELES CA 90049 |
| CCF PS ALLA OWNER LLC | C/O CANYON CAPITAL REALTY ADVISORS ATTN MARIA STAMOLIS 2000 AVE OF THE STARTS, 11TH FL LOS ANGELES CA 90067 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 1707 COLE BLVD, SUITE 300 LAKEWOOD CO 80401 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 2447 NORTH UNION BOULEVARD COLORADO SPRINGS CO 80909 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 632 MARKET STREET SUITE G GRAND JUNCTION CO 81506 |
| COLUMBIA BUSINESS CENTER PARTNERS, L.P. | 750 PISMO STREET SAN LUIS OBISPO CA 93401 |
| CONNECTICUT DEPARTMENT OF CONSUMER | PROTECTION DEPARTMENT OF CONSUMER PROTECTION 450 COLUMBUS BOULEVARD, SUITE 901 HARTFORD CT 06103-1840 |
| DEPARTMENT OF LIQUOR CONTROL | 110 ALAIHI STREET ROOM 212 KAHULUI HI 96732 |
| DEPARTMENT OF LIQUOR CONTROL | WEST HAWAII, DIRECTOR: GERALD TAKASE, 75-5706 KUAKINI HIGHWAY, SUITE 103 & 107 (CONF ROOM) 101 AUPUNI STREET, SUITE 230 KAILUA-KONA HI 96740 |
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF HAWAII EAST HAWAII, DIRECTOR: GERALD TAKASE HILO LAGOON CENTER HILO HI 96720 |
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF KAUAI LEO SANDOVAL DIR DEPT, LIQUOR CTRL LIHUE CIVIC CTR, MOIKEHA BLD, 4444 RICE STREET, SUITE 120 LIHUE, KAUAI HI 96766 |
| DIVISION OF ALCOHOL AND TOBACCO CONTROL | 1738 E. ELM LOWER LEVEL JEFFERSON CITY MO 65101 |
| DIVISION OF ALCOHOLIC BEVERAGES | & TOBACCO 2601 BLAIR STONE ROAD TALLAHASSEE FL 32399 |
| DIVISION OF COMMERCIAL LICENSING AND | REGULATION LIQUOR ENFORCEMENT AND COMPLIANCE BUILDING 68, 1511 PONTIAC AVE CRANSTON RI 02920 |

| Claim Name | Address Information |
|---|---|
| DIVISION OF LIQUOR CONTROL | DIVISION OF LIQUOR CONTROL 6606 TUSSING ROAD REYNOLDSBURG OH 43068 |
| DIVISION OF SPECIAL TAXES | 445 E CAPITOL AVENUE PIERRE SD 57501 |
| GEORGIA DEPARTMENT OF REVENUE | ALCOHOL & TOBACCO TAX DIVISION 1800 CENTURY BOULEVARD, NE ATLANTA GA 30345 |
| HOMERUN RECORDS BVBA | C/O PARDEE PROPERTIES 1524 ABBOT KINNEY BLVD VENICE CA 90291 |
| IDAHO STATE LIQUOR DISPENSARY | IDAHO STATE LIQUOR DIVISION ADMIN OFFICE 1349 E. BEECHCRAFT CT. BOISE ID 83716 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 50 W. WASHINGTON ST, SUITE 209 CHICAGO IL 60602 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 300 W. JEFFERSON ST, SUITE 300 SPRINGFIELD IL 62702 |
| IOWA ALCOHOLIC BEVERAGES DIVISION | IOWA ALCOHOLIC BEVERAGES DIVISION 1918 SE HULSIZER ROAD ANKENY IA 50021 |
| KANSAS DEPARTMENT OF REVENUE ALCOHOL | BEVERAGE CONTROL KDOR ALCOHOLIC BEVERAGE CTRL MILLS BLD 109 SW 9TH STREET, 5TH FLOOR PO BOX 3506 TOPEKA KS 66601-3506 |
| KENTUCKY ALCOHOLIC BEVERAGE CONTROL | DEPARTMENT 500 MERO STREET FRANKFORT KY 40601 |
| LIQUOR COMMISSION CITY AND COUNTY OF | HONOLULU HONOLULU LIQUOR COMM. PACIFIC PARK PL 711 KAPIOLANI BLVD, SUITE 600 HONOLULU HI 96813 |
| LOUISIANA DEPARTMENT OF REVENUE ALCOHOL | AND TOBACCO CONTROL OFFICE 7979 INDEPENDENCE BLVD. BATON ROUGE LA 70806 |
| MARYLAND FIELD ENFORCEMENT DIVISION | STATE OFFICE BLDG. 301 W PRESTON STREET BALTIMORE MD 21201-2384 |
| MD -WORCESTER COUNTY LIQUOR | CONTROL BOARD WORCESTER COUNTY GOVERNMENT 1 WEST MARKET STREET SNOW HILL MD 21863 |
| MICHIGAN LIQUOR CONTROL COMMISSION | MICHIGAN LIQUOR CONTROL COMMISSION P.O. BOX 30005 LANSING MI 48909 |
| MINNESOTA DEPARTMENT OF PUBLIC SAFETY | ALCOHOL & GAMBLING ENFORCEMENT DIVISION 445 MINNESOTA STREET SAINT PAUL MN 55101 |
| MONTANA LIQUOR LICENSE BUREAU | MONTANA DEPARTMENT OF REVENUE PO BOX 1712 HELENA MT 59624-1712 |
| MONTGOMERY COUNTY ALCOHOL BEVERAGE | SERVICES 201 EDISON PARK DRIVE GAITHERSBURG MD 20878 |
| NEBRASKA LIQUOR CONTROL COMMISSION | NEBRASKA LIQUOR CONTROL COMMISSION 301 CENTENNIAL MALL SOUTH 1ST FLOOR PO BOX 95046 LINCOLN NE 68509-5046 |
| NEGOCIADO DE IMPUESTO AL CONSUMO | OFICINA CENTRAL, DEPARTAMENTO DE HACIENDA, EDIFICIO INTENDENTE RAMIREZ PASEO COVADONGA, PISO 3 VIEJO SAN JUAN PR 00901 |
| NEVADA DEPARTMENT OF TAXATION | 700 E. WARM SPRINGS RD. 2ND FLOOR LAS VEGAS, NV 89119 |
| NEVADA DEPARTMENT OF TAXATION | 4600 KIETZKE LANE, BUILDING L, SUITE 235 RENO NV 89502 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY NV 89706 |
| NEW HAMPSHIRE STATE LIQUOR COMMISSION | HEADQUARTERS, WAREHOUSING, STORE OPS OF ENFORCEMENT, LICENSING & EDUCATION, 50 STORRS STREET CONCORD NH 03301 |
| NEW JERSEY DEPARTMENT OF LAW AND PUBLIC | SAFETY DIV OF ALCOHOLIC BEVERAGE CTRL DIVISION OF ALCOHOLIC BEVERAGE CONTROL P.O. BOX 087 TRENTON NJ 08625-0087 |
| NEW MEXICO REGULATION & LICENSING | DEPARTMENT 5500 SAN ANTONIO DR NE ALBUQUERQUE NM 87109 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 163 W 125TH STREET NEW YORK NY 10027 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 80 SOUTH SWAN STREET, SUITE 900 ALBANY NY 12210 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 535 WASHINGTON STREET, SUITE 303 BUFFALO NY 14203 |
| NORTH CAROLINA ALCOHOLIC | BEVERAGE CONTROL COMMISSION 400 EAST TRYON ROAD RALEIGH NC 27610 |
| NORTH DAKOTA OFFICE OF STATE TAX | COMMISSIONER 600 E. BOULEVARD AVE., DEPT. 127 BISMARCK ND 58505 |
| OFFICE OF THE ALCOHOLIC BEVERAGE | CONTROL COMM, OFFICE ALCOHOLIC BEVERAGE CTRL COMM, CARVEL STATE BLD 820 N FRENCH ST, 3RD FL WILMINGTON DE 19801 |
| OHIO DEPARTMENT OF COMMERCE | DEPARTMENT OF COMMERCE 77 SOUTH HIGH STREET, 23RD FLOOR COLUMBUS OH 43215-6123 |
| OREGON LIQUOR CONTROL COMMISSION | 9079 SE MCLOUGHLIN BLVD. PORTLAND OR 97222 |
| PENNSYLVANIA LIQUOR CONTROL BOARD | OFFICE OF CHIEF COUNSEL PENNSYLVANIA LIQUOR CONTROL BOARD 401 NORTHWEST OFFICE BUILDING HARRISBURG PA 17124-0001 |
| ROSENSTEIN HENRY, LLC | ATTN: HEATHER MOCH 371 SPRING PARK ROAD CAMARILLO CA 93012 |
| SOUTH CAROLINA DEPARTMENT OF | REVENUE & TAXATION SOUTH CAROLINA DEPARTMENT OF REVENUE ATTN: DIRECTOR, PO BOX 125 COLUMBIA SC 29214-0505 |

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVENUE PIERRE SD 57501 |
| SQUARESPACE, INC. | 8 CLARKSON ST NEW YORK NY 10014 |
| TENNESSEE ALCOHOLIC BEVERAGE COMMISSION | TENNESSEE ALCOHOLIC BEVERAGE COMMISSION 500 JAMES ROBERTSON PARKWAY NASHVILLE TN 37243 |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION | PO BOX 13127 AUSTIN TX 78711 |
| THE OKLAHOMA TAX COMMISSION | OKLAHOMA TAX COMMISSION OKLAHOMA CITY OK 73194 |
| UTAH DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL P.O. BOX 30408 SALT LAKE CITY UT 84130-0408 |
| VERMONT DEPARTMENT OF LIQUOR | AND LOTTERY WENDY KNIGHT, COMMISSIONER 1311 US ROUTE 302, SUITE 100 BARRE VT 05641 |
| VIRGINIA ALCOHOLIC BEVERAGE CONTROL | AUTHORITY P.O. BOX 3250 MECHANICSVILLE VA 23116-9998 |
| WASHINGTON DEPARTMENT OF REVENUE | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN: BANKRUPTCY UNIT 2101 4TH AVE, SUITE 1400 SEATTLE WA 98121 |
| WASHINGTON STATE LIQUOR AND | CANNABIS BOARD PO BOX 43080 OLYMPIA WA 98504 |
| WEST LA ALLA COMMONWEALTH LLC | (WEST LA ALLA COMMONWEALTH LLC) PO BOX 741167 LOS ANGELES CA 90074-1167 |
| WEST VIRGINIA ALCOHOL BEVERAGE | CONTROL COMM ENFORCEMENT & LIC DIV WV ALCOHOL BEVERAGE CONTROL ADMIN 900 PENNSYLVANIA AVE., 4TH FLOOR CHARLESTON WV 25302 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | 2135 RIMROCK RD MADISON WI 53708 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | MAIL STOP 6-107 P.O. BOX 8900 MADISON WI 53708-8900 |
| WYOMING LIQUOR COMMISSION | 6601 CAMPSTOOL RD CHEYENNE WY 82001 |

**Total Creditor count  87**

**EXHIBIT C**

WINC, INC., *et al* . - Case No. 22-11238 (LSS)

Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM;<br>MARK@SACCULLOLEGAL.COM;<br>MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM;<br>JUSTIN.KESSELMAN@AFSLAW.COM;<br>JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM;<br>LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM;<br>JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM;<br>CROWE@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM;<br>DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM;<br>MLITVAK@PSZJLAW.COM;<br>JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV;<br>NYROBANKRUPTCY@SEC.GOV;<br>BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV;<br>PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV;<br>JANE.M.LEAMY@USDOJ.COM |