# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 91** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

GREGORY WINTER, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2022, I caused to be served the "Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale," dated December 28, 2022 [Docket No. 91], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Gregory Winter*
Gregory Winter

Sworn to before me this
30th day of December, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

**EXHIBIT A**

WINC, INC., *et al.,*  Case No. 22-11238 (LSS)
Electronic Mail - Contract Parties

| | |
|---|---|
| AEROTEK INC | AEROTEKCONTRACTNOTICE@AEROTEK.COM |
| AMBROSI, LOLA L. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| AMPLIFY LA CAPITAL II LLC | CONNOR@AMPLIFY.LA |
| AMPLIFY LA CAPITAL LLC | CONNOR@AMPLIFY.LA |
| AMPLIFY LA OPPORTUNITY FUND LP | CONNOR@AMPLIFY.LA |
| ASCENTIS CORPORATION | BILLING@ASCENTIS.COM |
| ATKINS, ROBERT | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ATKINS, ROBERT | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ATTICUS PUBLISHING LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ATTICUS PUBLISHING LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ATTICUS PUBLISHING, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ATTICUS PUBLISHING, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| AZUR GROUP INC | PAT.DELONG@AZUR.ASSOCIATES.COM |
| BANC OF CALIFORNIA NA | MICHAEL.BARANOWSKI@BANCOFCAL.COM;LEGAL@BANCOFCAL.COM |
| BECK, LAUREN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BELL, LISA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BEN VAN DE BUNT & LAURA FOX LIV TRUST | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BERESFORD, HEATHER | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BEVERAGE MARKETING & MORE INC | MAMATEE808@GMAIL.COM |
| BISETTI, VANESSA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BOSHART, HARVEY | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BRAULT, CAROL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| BRAULT, CAROL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| C2 CLUB W HOLDINGS LLC | RICK@CROSSCUTVENTURES.COM |
| C2 CLUB W SPV LLC | RICK@CROSSCUTVENTURES.COM |
| CACTUS MEDIA-MAIN | JEFF@CACTUSMEDIA.COM |
| CAMBERG, JULIE TERRIANN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| CBC JOINT VENTURES PARTNERS | VICKEY@ROSSI-ENT.COM; ROB@ROSSI-ENT.COM |
| CENTRAL VALLEY ADMINISTRATORS INC | EB@HERITAGE-GRP.COM |
| CFT CLEAR FINANCE TECHNOLOGY CORP | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| CFT CLEAR FINANCE TECHNOLOGY CORP | SUPPORT@CLEARBANC.COM |
| CFT CLEAR FINANCE TECHNOLOGY CORP. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| CFT CLEAR FINANCE TECHNOLOGY CORP. | SUPPORT@CLEARBANC.COM |
| CHURCHKEY INC | LISA.TROUTMAN@CHURCHKEYINC.COM |
| CITY NATIONAL BANK | GLORIA.GUITERREZ@CNB.COM |
| COLON, JEANKARLO | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| COLON, JEANKARLO | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| COLUMBIA BUSINESS CENTER PARTNERS LP | HEIDI@ROSSI-ENT.COM |
| COMEX CONSULTING SL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| COMMON COLLABS, LLC | rkim@commoncollabs.com |
| COMMONS COLLABS LLC | RKIM@COMMONCOLLABS.COM |
| COMPINTELLIGENCE INC | ACCOUNTSRECEIVABLE@COMPINTELLIGENCE.COM |
| CROSSCUT VENTURES 2 LP | RICK@CROSSCUTVENTURES.COM |
| DANIEL GALBREATH NICHOLS REV TR | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DATASITE LLC | ARREMITBACKUP@DATASITE.COM |
| DAUGHERTY, ROBERT | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DEEHAN, MICHAEL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DEMING, TORI | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DEMING, TORI | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DIVIRGILIO, PAUL JOSEPH | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DOLWANI, JAI | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DOMO INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DOMO, INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DOMO, INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DONNELLEY FINANCIAL LLC | AMY.B.BRAUN@DFINSOLUTIONS.COM |
| DONNELLY FINANCIAL SOLUTIONS | amy.b.braun@dfinsolutions.com |
| DUKES, DANTENEA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| DUKES, DANTENEA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ELLS, VALERIE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ERIC & LAURA LAMISON FAMILY TRUST | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ESPARZA, IRMA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |

| | |
|---|---|
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FIELDS-JACKSON, ELIZABETH | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FLOOD, JOHN L | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FLORES, FAITH | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FREY, LEONA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| FREY, LEONA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GENESEN, TRACY | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GEORGE'S DISTRIBUTING INC | CHELSEYG@GEORGESDISTRIBUTING.COM |
| GOLDENBERG, ADAM | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GRACE, MADISON | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GRACE, MADISON | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GRAVES, GREGORY | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GREEN BAY PACKERS INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GREEN, ERIN K | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| GREGG & AMY BOGOST JOINT REV TR | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| HERNANDEZ, XOCHITL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| HODGE, PAUL W | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ICR, LLC | LEGAL@ICRINC.COM |
| IMAGINIT TECHNOLOGIES | SMCKENZIE@RAND.COM |
| INSIGHT RESOURCE GROUP | SCOTT@IRGMKTG.COM |
| JAMES J TIAMPO MONEY PURCHASE PLAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| JAN VENTURES LLC | ANIGRELLI@JANVENTURECAPITAL.COM |
| JENSON, PAUL | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| JONES, VONETTA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| KEATING, KATHERINE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| KESTREL FLIGHT FUND LLC | AHANSER@KESTRELMP.COM |
| KNUTSEN, TOM | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| KNUTSEN, TOM | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| KRAM, NATALIE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| KYLIX VINEYARDS CALIFORNIA LP | MATT@GRAPEVINECAP.COM |
| KYLIX VINEYARDS CALIFORNIA LP | MATT@GRAPEVINECAP.COM |
| LA CANTINA PIZZOLATO SRL | WELCOME@LACANTINAPIZZOLATO.COM |
| LAPORTE, JACQUELINE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| LAWTON, PETER | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| LEE & ASSOCIATES LOS ANGELES WEST INC | DWILSON@LEEWESTLA.COM/BMCCOY@LEEWESTLA.COM |
| LEE, JAE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| LIN, PATRICK | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| LINKEDIN | SVALENZUELA@LINKEDIN.COM |
| LODI WINEGRAPE COMMISSION | STEPHANIE@LODIWINE.COM |
| MADISON TRUST CO, CUSTODIAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCCORMICK, ANDREW | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCCREARY, DEX | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCCREARY, DEX | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCGREGOR, ANASTASIA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MCGUIRE, JAMES SOCTT | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MESSINA, RICHARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE CO LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE COMPANY LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE COMPANY LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE COMPANY, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MORRIS, ASHLEY | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| MYREGISTRY.COM | KLINDSAY@MYREGISTRY.COM |
| NATIONAL DISTRIBUTING COMPANY INC | ALAN.ROSENBERG@RNDC-USA.COM |
| NATURAL MERCHANTS INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NUSSEN, ERICA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NUSSEN, ERICA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| NUVIEW IRA FBO JOHN SEABERN (#9912339) | JOHN@RIDGECRESTINVESTMENTS.NET |

WINC, INC., *et al.,*  Case No. 22-11238 (LSS)
Electronic Mail - Contract Parties

| | |
|---|---|
| PACIFIC MERCANTILE BANK | GEORGE.BURNETT@PMBANK.COM |
| PIGGOTT, BENJAMIN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| PILOT RESEARCH AND DEVELOPMENT INC | LEGAL@PILOTORD.COM |
| PROCK, BROOKE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| RAMSEUR, ELIZABETH | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| RATLIFF, KEN E | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| REASONOVER, RICHARD | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATIONAL DISTRIBUTING CO LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATL DISTRIBUTING CO LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| RESSLER, DON | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| RUNCKEL, ALISHA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SANTA BARBARA HIGHLANDS VINEYARD | LINO@VITCOMPVINE.COM |
| SCHOTT, MADISON | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SEELYE, STEVE | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SERI-LEVI, EITAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SHARK PIG | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SHARK PIG, LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SHULEVA, BEN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SMITH, BRIAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SOLANO, KARINA | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SOUARE, MAMADOU | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SP COMINO LLC | MATT@GRAPEVINECAP.COM |
| SP COMINO, LLC | MATT@GRAPEVINECAP.COM |
| STUEMPFIG, ALEXANDER | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| SUMMERLAND WINE BRANDS, LLC | rhill@Summerlandwb.com; legal@Summerlandwb.com |
| T ELENTENY HOLDINGS LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| T. ELENTENY HOLDINGS LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| T. ELENTENY HOLDINGS LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| TERRAVANT WINE CO LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| TESTANEY, INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| TESTANEY, INC. | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| THELEN, MATTHEW | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| THRIVE MARKET, INC. | LEGAL@THRIVEMARKET.COM; tiffany.lee@thrivemarket.com |
| THRIVE MARKET, INC. | TAGAJANIAN@RUTAN.COM; legal@thrivemarket.com; tiffany.lee@thrivemarket.com |
| TIAMPO, JAMES J | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| TIAMPO, MATTHEW | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| TOP IT OFF BOTTLING LLC | DCRAWFORD@TOPITOFFBOTTLING.COM |
| VERBIER SP PARTNERSHIP LP | JTIAMPO@VERBIERMANAGEMENT.COM |
| VINTAGE WINES ESTATES INC | LFATES@VINTAGEWINEESTATES.COM |
| VIRGILIO, PAUL JOSEPH | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| WELO, TOBIAS W | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| WETHERALD, THOMAS | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| WILEY, JORDAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| WILEY, JORDAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| YOUNGS MARKET COMPANY LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| YOUNG'S MARKET COMPANY LLC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ZABALA VINEYARDS | leslie@zabalavineyards.com |
| ZENDESK INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ZENDESK, INC | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ZOTOVICH, RYAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |
| ZOTOVICH, RYAN | EMAIL ADDRESS AVAILABLE UPON REQUEST |