# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 14, 44 & 82** |

## NOTICE OF FILING OF PROPOSED FINAL DIP ORDER

**PLEASE TAKE NOTICE** that, on December 2, 2022, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Determining that the Prepetition Secured Lender Is Adequately Protected; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 14] (the "DIP Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2022, the Court entered that certain order granting the relief requested in the DIP Motion on an interim basis [Docket No. 44] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that, on December 22, 2022, the Court entered a further interim order [Docket No. 82] (the "Further Interim Order"). Pursuant to the Further Interim Order, a hearing to consider the DIP Motion on a final basis is scheduled for January 6, 2023 at 2:00 p.m. (ET) (the "Final DIP Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30003407.1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a proposed form of order approving the DIP Motion on a final basis (the "Proposed Final Order"). For the convenience of the Court and all interested parties, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Final Order at the Final DIP Hearing to be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware. The Debtors reserve all rights to modify the Proposed Final Order at or prior to the Final DIP Hearing.

Dated: January 4, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
mlunn@ycst.com
amielke@ycst.com
jbrooks@ycst.com
sborovinskaya@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*

30003407.1