## **SCHEDULE 1**

**Ordinary Course Professionals Subject to $25,000 OCP Cap**

| Ordinary Course Professional & Address | Types of Services Provided |
|---|---|
| Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Orange County, CA 92626 | Legal Services - Securities |
| Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202 | Legal Services – Intellectual Property |