## SCHEDULE 1

### Rejected Leases

| Counterparty & Address | Contract Description |
|---|---|
| 1745 Berkeley, LLC<br>c/o Lee & Associates Los Angeles West, Inc.<br>Attn: David Wilson<br>1508 17th Street<br>Santa Monica, CA 90404 | Lease agreement for office space located at 1745 Berkeley Street, Santa Monica, CA 90404, dated as of June 28, 2021 |
| Rosenstein Henry, LLC<br>c/o Lee & Associates Los Angeles West, Inc.<br>1508 17th Street, Santa Monica, CA 90404 | Lease agreement for office space located at 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404, dated as of September 21, 2022 |
| Squarespace, Inc.<br>225 Varick Street, 12th Floor<br>New York, NY 10014 | Sublease agreement for 5340 Alla Road office, dated as of February 28, 2020 |
| Thrive Market, Inc.<br>Legal Department<br>5340 Alla Road, Suite 108<br>Los Angeles, CA 90066<br>Cc: Legal@thrivemarket.com<br><br>-and-<br><br>Rutan & Tucker LLP<br>18575 Jamboree Road, Suite 900<br>Irvine, CA 92612<br>Attn: Toni Agajanian<br>tagajanian@rutan.com | Sublease agreement for 5340 Alla Road office, dated as of September 24, 2020 |
| West LA Alla Commonwealth, LLC<br>c/o United Agent Group Inc.<br>3411 Silverside Road, Tatnall Building #104<br>Wilmington, DE 19810 | Lease agreement for office space located at 5340 Alla Road, Los Angeles, CA 90066, dated as of May 19, 2014, including its amendments |