## SCHEDULE 2

### Rejected Contracts

| Counterparty & Address | Contract Description |
| --- | --- |
| Broadridge Investor Communication Solutions, Inc.<br>51 Mercedes Way<br>Edgewood, NY 11717 | Services Schedule for investor communications services, dated as of February 22, 2022 |
| Cube Planning, Inc.<br>12405 Venice Blvd. #1<br>Los Angeles, CA 90066 | Master Services Agreement for financial reporting services, dated as of January 12, 2021 |
| ICR, LLC<br>761 Main Avenue<br>Norwalk, CT 06851<br>Attn: John Sorensen<br>legal@icrinc.com | Consulting Agreement for investor relations services, dated as of May 2, 2021, and its First Addendum |
| JLT Consulting Services LLC<br>39516 Glenn Glade<br>Chapel Hill, NC 27517 | Consulting Agreement for strategic and operational services, dated as of July 15, 2022 |
| Konica Minolta Business Solutions U.S.A., Inc., d/b/a Konica Minolta Premier Finance<br>100 Williams Drive<br>Ramsey, NJ 07446 | Advantage Lease Agreement for copier equipment, dated as of November 18, 2021 |
| Olivia Bacon<br>2545 Royal York Avenue<br>Charlotte, NC 28210 | Consulting Agreement for content creation and posts, dated as of October 3, 2022 |
| Power Digital Marketing<br>2251 San Diego Avenue, Suite A250<br>San Diego, CA 92110 | Master Services Agreement for marketing services, dated as of March 15, 2022 |
| Power Digital Marketing<br>2251 San Diego Avenue, Suite A250<br>San Diego, CA 92110 | Statement of Work for marketing services, dated as of June 27, 2022 |
| Steven Bero<br>2590 Solano Road, #B<br>Pismo Beach, CA 93449 | Consulting agreement for affiliate marketing program, dated August 11, 2022 |
| Steven Bero<br>2590 Solano Road, #B<br>Pismo Beach, CA 93449 | Consulting agreement for affiliate marketing program, dated August 28, 2022 |