# EXHIBIT A

**Approved Budget**

**Winc, Inc.**
**Proposed DIP Budget**
*as of 12/21/22*

| ($, 000s) | Actual 12/9 | Actual 12/16 | Week-Ending 12/23 | 12/30 | 1/6 | 1/13 | 1/20 | Total |
|---|---|---|---|---|---|---|---|---|
| DTC Receipts | $739 | $718 | $520 | $560 | $560 | $480 | $500 | $4,077 |
| Wholesale Receipts | 188 | 406 | 200 | 320 | 320 | 320 | 320 | 2,074 |
| Bulk Sales & Other | 204 | 4 | - | 298 | - | - | - | 506 |
| Total Receipts | $1,131 | $1,128 | $720 | $1,178 | $880 | $800 | $820 | $6,657 |
| Inventory Expenses | - | ($453) | ($950) | ($404) | ($855) | ($855) | ($855) | ($4,371) |
| Selling Costs | (305) | (426) | (175) | (150) | (530) | (125) | (275) | (1,986) |
| Payroll (incl Temp) | (45) | (297) | (205) | (310) | (45) | (310) | (45) | (1,257) |
| Rent | - | - | (131) | - | (100) | - | - | (231) |
| Insurance | (13) | (15) | (22) | (35) | (35) | - | - | (119) |
| G&A & Other | (66) | (326) | (126) | (279) | (208) | (287) | (205) | (1,497) |
| Total Disbursements | ($429) | ($1,517) | ($1,609) | ($1,178) | ($1,772) | ($1,577) | ($1,379) | ($9,461) |
| **Operating Cash Flow** | **$702** | **($388)** | **($889)** | **($1)** | **($892)** | **($777)** | **($559)** | **($2,803)** |
| Debtor Professionals | (10) | - | - | - | - | - | - | (10) |
| UCC, 1L Prof. & US Trustee | - | - | - | - | - | - | - | - |
| 503(b)(9) & Other Misc | - | - | (50) | (50) | (50) | (50) | - | (200) |
| Other Restructuring Related | - | - | - | - | - | - | - | - |
| Total Restructuring Costs | ($10) | - | ($50) | ($50) | ($50) | ($50) | - | ($210) |
| **Net Cash Flow** | **$692** | **($388)** | **($939)** | **($51)** | **($942)** | **($827)** | **($559)** | **($3,013)** |
| **Beginning Cash Balance** | **$960** | **$3,317** | **$2,592** | **$1,239** | **$778** | **$822** | **$1,082** | **$960** |
| Net Cash Flow | 692 | (388) | (939) | (51) | (942) | (827) | (559) | (3,013) |
| Professional Fee Escrow | (336) | (337) | (413) | (410) | (515) | (413) | (411) | (2,835) |
| DIP Draws/Repayments | 2,000 | - | - | - | 1,500 | 1,500 | - | 5,000 |
| **Ending Cash Balance** | **$3,317** | **$2,592** | **$1,239** | **$778** | **$822** | **$1,082** | **$112** | **$112** |

**Professional Fee Accruals & US Trustee Fees**

| | Actual 12/9 | Actual 12/16 | 12/23 | 12/30 | 1/6 | 1/13 | 1/20 | Total |
|---|---|---|---|---|---|---|---|---|
| *Debtor Professionals Fees* | ($290) | ($300) | ($300) | ($300) | ($400) | ($300) | ($300) | ($2,190) |
| *UCC Fees* | (25) | (25) | (80) | (80) | (80) | (80) | (80) | (450) |
| *1L Professionals* | - | - | (20) | (20) | (20) | (20) | (20) | (100) |
| *US Trustee Fees* | (21) | (12) | (13) | (10) | (15) | (13) | (11) | (94) |
| *Total* | ($336) | ($337) | ($413) | ($410) | ($515) | ($413) | ($411) | ($2,834) |

*\*Fees and expenses for the DIP Lender associated with the DIP shall accrue and be paid in accordance with the terms of the DIP Order.*