# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | |
| | Ref. Docket No. 114 |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                             ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2023, I caused to be served the "Debtors' Reply to Official Committee of Unsecured Creditors' (A) Objection to Debtors' Motion for Entry of Final Order Authorizing Debtors to Obtain Postpetition Financing and (B) Request for Adjournment," dated January 3, 2023 [Docket No. 114], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
4th day of January, 2023
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LCC | (COUNSEL TO COMMITTE OF UNSECURED CREDITORS) ATTN A. SACCULLO; M. HURFORD; M. AUGUSTINE ESQ. 27 CRIMSON KING DRIVE BEAR DE 19701 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN GEORGE P. ANGELICH, ESQ 1301 AVENUE OF THE AMERICAS, 42ND FL NEW YORK NY 10019 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN J. KESSELMAN; J. BRITTON ESQ. BOYLSTON STREET, 32ND FL BOSTON MA 02199 |
| BANC OF CALIFORNIA, NA | ATTN MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BUCHALTER | (COUNSEL TO PREPETITION LENDERS) ATTN WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BLVD, STE 1500 LOS ANGELES CA 90017-1730 |
| COOLEY LLP | (COUNSEL TO DIP LENDERS) ATTN ERIC E WALKER 110 N WACKER DR, STE 4200 CHICAGO IL 60606 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| US TRUSTEE | ATTN JANE LEAMY 844 KING STREET, STE 2207 WILMINGTON DE 19801 |

**Total Creditor count  15**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |