## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket Nos. 119-131** |

### AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF OHIO | ) |
|  | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2023, I caused to be served the:

   a. "Final Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief," dated January 4, 2023 [Docket No. 119], (the "Final Utility Order"),

   b. "Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated January 4, 2023 [Docket No. 120], (the "Final Tax Order"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

c.  "Final Order (I) Authorizing and Approving Continued Use of Cash Management System, (II) Authorizing Continued Use of Corporate Credit Cards and Granting Administrative Expense Status to Postpetition Credit Card Obligations, (III) Authorizing Use of Prepetition Bank Accounts and Business Forms, (IV) Waiving the Requirements of Section 345(b) on an Interim Basis, (V) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (VI) Granting Certain Related Relief," dated January 4, 2023 [Docket No. 121], (the "Final Cash Management Order"),

d.  "Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Certain Vendors With Claims Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors; and (D) Shippers, Warehouseman, and Other Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief," dated January 4, 2023 [Docket No. 122], (the "Final Vendors Order"),

e.  "Final Order Authorizing (I) the Debtors to (A) Continue Prepetition Insurance Policies, and (B) Pay All Prepetition Obligations in Respect Thereof; (II) Authorizing the Debtors to Continue Their Insurance Premium Financing Program; and (III) Authorizing Banks to Honor and Process Related Checks and Transfers," dated January 4, 2023 [Docket No. 123], (the "Final Insurance Order"),

f.  "Final Order (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated January 4, 2023 [Docket No. 124], (the "Final Programs Order"),

g.  "Final Order (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing Debtors to Honor any Workers' Compensation; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief," dated January 4, 2023 [Docket No. 125], (the "Final Wages Order"),

h.  "Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals," dated January 4, 2023 [Docket No. 126], (the "Interim Comp Order"),

i.  "Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2," dated January 4, 2023 [Docket No. 127], (the "OCP Order"),

j.  "Order Authorizing (I) Rejection of (A) Certain Unexpired Leases of Non-Residential Real Property and (B) Certain Executory Contracts Effective as of the Rejection Dates and (II) Abandonment of Any Remaining Property Located at the Premises," dated January 4, 2023 [Docket No. 128], (the "Rejection Order"),

k.  "Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date," dated January 4, 2023 [Docket No. 129], (the "YCST Order"),

l.  "Order Authorizing the Employment and Retention of RPA Asset Management Services, LLC as Financial Advisor to the Debtors, Effective as of the Petition Date," dated January 4, 2023 [Docket No. 130], (the "RPA Order"), and

m.  "Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date," dated January 4, 2023 [Docket No. 131], (the "Epiq Order"),

by causing true and correct copies of the:

i.  Final Utility Order, Final Tax Order, Final Cash Management Order, Final Vendors Order, Final Insurance Order, Final Programs Order, Final Wages Order, Interim Comp Order, OCP Order, Rejection Order, YCST Order, RPA Order, and Epiq Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  Final Utility Order, Final Tax Order, Final Cash Management Order, Final Vendors Order, Final Insurance Order, Final Programs Order, and Final Wages Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii.  OCP Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv.  Final Vendors Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  Final Insurance Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.  Final Utility Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  Rejection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii.  Final Utility Order, Final Tax Order, Final Cash Management Order, Final Vendors Order, Final Insurance Order, Final Programs Order, Final Wages Order, Interim Comp Order, OCP Order, Rejection Order, YCST Order, RPA Order, and Epiq Order to be delivered via electronic mail to those parties listed on the annexed Exhibit H,

ix.   Final Utility Order, Final Tax Order, Final Cash Management Order, Final Vendors Order, Final Insurance Order, Final Programs Order, and Final Wages Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    Final Vendors Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   Final Insurance Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.  Final Utility Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii. Rejection Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit M</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
5th day of January, 2023
*/s/ Rosalyn DeMattia*
—————————————————
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

WINC, INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

Winc, Inc.
Service List

| Claim Name | Address Information |
|---|---|
| BANK OF CALIFORNIA | ATTN MIKE BARANOWSKI, VP SPECIAL SITUATIONS 3 MACARTHUR PL SANTA ANA CA 92707 |
| BANK OF CALIFORNIA | ATTN ROBERT SELWAY 3 MACARTHUR PL SANTA ANA CA 92707 |

**Total Creditor count  2**

**EXHIBIT C**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HOLLAND & HART, LLP | 555 17TH ST., STE. 3200 DENVER CO 80202 |
| LATHAM & WATKINS LLP | 650 TOWN CENTER DRIVE, 20TH FLR ORANGE COUNTY CA 92626 |

**Total Creditor count  2**

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| BANC OF CALIFORNIA | 3 MACARTHUR PL SANTA ANA CA 92707 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| E&J GALLO WINERY | 600 YOSEMITE BLVD MODESTO CA 95354 |
| GALLO VINEYARDS INC | 600 YOSEMITE BLVD MODESTO CA 95354 |
| MULTIPLIER CAPITAL II, LP | 2 WISCONSIN CIR, STE 700 CHEVY CHASE MD 20815 |
| PACIFIC MERCANTILE BANK | 949 S COAST DR, 1ST FL COSTA MESA CA 92626 |
| WESTERN ALLIANCE BANK | 1 EAST WASHINGTON ST PHOENIX AZ 85004 |
| WESTERN ALLIANCE BANK | AN ARIZONA CORPORATION 55 ALMADEN BLVD SAN JOSE CA 95113 |

**Total Creditor count  9**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| ACE AMERICAN INSURANCE COMPANY | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK 30 S 17TH ST PHILADELPHIA PA 19103 |
| ACE AMERICAN INSURANCE COMPANY | 436 WALNUT ST PHILADELPHIA PA 19106 |
| ACE AMERICAN INSURANCE COMPANY | C/O CHUBB ATTN ADRIENNE LOGAN, LEAD ANALYST 436 WALNUT ST, WA04K PHILADELPHIA PA 19106 |
| ALLIED WORLD INSURANCE COMPANY | 550 S HOPE ST, STE 1825 LOS ANGELES CA 90071 |
| AXIS INSURANCE COMPANY | 10000 AVALON BLVD, STE 200 ALPHARETTA GA 30009 |
| AXIS INSURANCE COMPANY | ATTN JILL FARNHAM, VP 111 S WACKER DR, STE 3500 CHICAGO IL 60606 |
| AXIS INSURANCE COMPANY | ATTN RAYMOND WALSH, VP 450 SANSOME ST, STE 1600 SAN FRANCISCO CA 94111 |
| ENDURANCE AMERICAN INSURANCE COMPANY | 4 MANHATTANVILLE RD, FL 3 PURCHASE NY 10577-2139 |
| ENDURANCE RISK SOLUTIONS ASSURANCE CO | 3780 MANSELL ROAD SUITE 400 ALPHARETTA GA 30022 |
| FIRST INSURANCE FUNDING CORPORATION | 450 SKOKIE BLVD., STE. 1000 NORTHBROOK IL 60062-7917 |
| IMA OF COLORADO, INC. | 1550 17TH ST 600 DENVER CO 80202 |
| LLOYDS OF LONDON | ONE LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| NATIONAL UNION FIRE INSURANCE CO. | 1271 AVE OF THE AMERICAS, 35TH FL NEW YORK NY 10020-1304 |
| NATIONAL UNION FIRE INSURANCE CO. | OF PITTSBURGH, PA NEW YORK NY 10020-1304 |
| THE CONTINENTAL INSURANCE COMPANY | 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| THE TRAVELERS INDEMNITY COMPANY | ONE TOWER SQUARE 10CGM HARTFORD CT 06183 |
| THE TRAVELERS INDEMNITY COMPANY | ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL MN 55102-0094 |
| TRANSPORTATION INSURANCE COMPANY | 333 SOUTH WABASH CHICAGO IL 60606 |
| TRAVELERS CASUALTY AND SURETY | COMPANY OF AMERICA ATTN SCOTT L GLOWNER PO BOX 64094 ST PAUL MN 55102-0094 |
| VALLEY FORGE INSURANCE COMPANY | ONE BALA PLAZA, SUITE 100 BALA CYNWYD PA 19004 |
| WOODRUFF-SAWYER & CO. | 50 CALIFORNIA STREET, 12TH FLOOR SAN FRANCISCO CA 94111 |

Total Creditor count  21

**EXHIBIT F**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| AT&T | C/O AT&T SERVICES INC ATTN KAREN A CAVAGNARO, PARALEGAL ONE AT&T WAY, RM 3A104 BEDMINISTER NJ 07921 |
| AT&T | 208 S AKARD ST DALLAS TX 75202 |
| AT&T MOBILITY | P.O. BOX 6463 CAROL STREAM IL 60197-6463 |
| CHARTER COMMUNICATIONS | (D/B/A SPECTRUM) P.O. BOX 60074 CITY OF INDUSTRY CA 91716-0074 |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | 400 WASHINGTON BLVD STAMFORD CT 06902 |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | ATTN BANKRUPTCY 1600 DUBLIN RD COLUMBUS OH 43215 |
| COMCAST CORP. | COMCAST CENTER 1701 JFK BLVD PHILADELPHIA PA 19103 |
| COMCAST CORP. | P.O. BOX 70219 PHILADELPHIA PA 19176-0219 |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. | 1001 FANNIN SUITE 4000 HOUSTON TX 77002 |

**Total Creditor count  9**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| 1745 BERKELEY, LLC | C/O LEE & ASSOCIATES LOS ANGLES WEST INC., ATTN: DAVID WILSON, 1508 17TH ST. SANTA MONICA CA 90404 |
| BERO, STEVEN | ADDRESS AVAILABLE UPON REQUEST |
| BROADRIDGE INVESTOR COMMUNICATION | SOLUTIONS INC. 51 MERCEDES WAY EDGEWOOD NY 11717 |
| CUBE PLANNING, INC. | 12405 VENICE BLVD., #1 LOS ANGELES CA 90066 |
| ICR, LLC | ATTN: JOHN SORENSEN 761 MAIN AVENUE NORWALK CT 06851 |
| JLT CONSULTING SERVICES LLC | 39516 GLENN GLADE CHAPEL HILL NC 27517 |
| KONICA MINOLTA BUSINESS SOLUTIONS | U.S.A., INC.; D/B/A KONICA MINOLTA PREMIER FINANCE; 100 WILLIAMS DRIVE RAMSEY NJ 07446 |
| OLIVIA BACON | ADDRESS AVAILABLE UPON REQUEST |
| POWER DIGITAL MARKETING, INC. | ADDRESS AVAILABLE UPON REQUEST |
| ROSENSTEIN HENRY, LLC | C/O LEE & ASSOCIATES LOS ANGELES WEST, INC., 1508 17TH ST. SANTA MONICA CA 90404 |
| SQUARESPACE, INC. | 225 VARICK ST., 12TH FLOOR NEW YORK NY 10014 |
| THRIVE MARKET INC. | 5340 ALLA RD B, STE 105 B LOS ANGELES CA 90066 |
| THRIVE MARKET, INC. | C/O RUTAN & TUCKER LLP ATTN: TONI AGAJANIAN 18575 JAMBOREE RD., SUITE 900 IRVINE CA 92612 |
| WEST LA ALLA COMMONWEALTH, LLC | C/O UNITED AGENT GROUP INC. 3411 SILVERSIDE RD; TATNALL BLDG #104 WILMINGTON DE 19810 |

**Total Creditor count  14**

**EXHIBIT H**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail Service - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM;<br>MARK@SACCULLOLEGAL.COM;<br>MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM;<br>JUSTIN.KESSELMAN@AFSLAW.COM;<br>JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM;<br>LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM;<br>JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM;<br>CROWE@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM;<br>DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM;<br>MLITVAK@PSZJLAW.COM;<br>JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV;<br>NYROBANKRUPTCY@SEC.GOV;<br>BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV;<br>PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV;<br>JANE.M.LEAMY@USDOJ.COM |

**EXHIBIT I**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Banks

| Name | Email Address |
|------|---------------|
| BANK OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANK OF CALIFORNIA | robert.selway@bancofcal.com |

**EXHIBIT J**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - UCC Lienholders

| Name | Email Address |
|---|---|
| CORPORATION SERVICE COMPANY | joanne.smith@cscglobal.com |
| MULTIPLIER CAPITAL II, LP | sheehan@multipliercapital.com |
| WESTERN ALLIANCE BANK | susan.wadi@bridebank.com |
| BANC OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANC OF CALIFORNIA | robert.selway@bancofcal.com |

**EXHIBIT K**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Insurance Providers

| Name | Email Address |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | adrienne.logan@chubb.com |
| ACE AMERICAN INSURANCE COMPANY | wmsimkulak@duanemorris.com |
| ALLIED WORLD INSURANCE COMPANY | bill.ortgiesen@awac.com |
| AXIS INSURANCE COMPANY | notices@axiscapital.com |
| AXIS INSURANCE COMPANY | jill.farnham@axiscapital.com |
| AXIS INSURANCE COMPANY | ray.walsh@axiscapital.com |
| FIRST INSURANCE FUNDING CORPORATION | firstresponse@firstinsurancefunding.com |
| NATIONAL UNION FIRE INSURANCE CO. | kevin.larner@aig.com |
| THE TRAVELERS INDEMNITY COMPANY | sglowner@travelers.com; jmjones5@travelers.com |
| TRAVELERS CASUALTY AND SURETY | sglowner@travelers.com |
| VALLEY FORGE INSURANCE COMPANY | william.peel@vfib.com |

**EXHIBIT L**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - Utility Providers

| Name | Email Address |
|---|---|
| AT&T | km1426@att.com |
| CHARTER COMMUNICATIONS (D/B/A SPECTRUM) | debra.shanklin@charter.com |
| CITY OF SANTA MONICA | business.license@santamonica.gov |
| COMCAST CORP. | eric_kassab@comcast.com; shonterra_jordan@comcast.com |

**EXHIBIT M**

WINC, INC., et al. Case No. 22-11238 (LSS)
Electronic Mail Service - Contract Parties

| Contract Party | Email Address |
|---|---|
| BROADRIDGE INVESTOR COMMUNICATION | fred.wenze@broadridge.com |
| ICR, LLC | legal@icrinc.com |
| JLT CONSULTING SERVICES LLC | joelthomas@me.com |
| KONICA MINOLTA BUSINESS SOLUTIONS | financear@allcovered.com |
| POWER DIGITAL MARKETING | connor@powerdigital.com |
| POWER DIGITAL MARKETING | kira@powerdigital.com |
| POWER DIGITAL MARKETING, INC. | ar@powerdigital.com |
| ROSENSTEIN HENRY LLC | heathermoch@outlook.com |
| Rutan & Tucker LLP | tagajanian@rutan.com |
| SQUARESPACE INC | coconnor@squarespace.com |
| THRIVE MARKET, INC. | legal@thrivemarket.com |