# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Michael W. Yurkewicz, hereby certify that on January 6, 2023, I caused a true and correct copy of the **Limited Objection of VV1515 LLC to Cure Amounts and Reservation of Rights** to be served electronically with the Court through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via electronic mail on the parties on the attached service list.

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz (DE Bar No. 4165)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

## SERVICE LIST

Michael R. Nestor
Matthew B. Lunn
Allison S. Mielke
Young Conaway Stargatt
& Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: mnestor@ycst.com
       mlunn@ycst.com
       amielke@ycst.com

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, Delaware 19801
Email: jane.m.leamy@usdoj.gov