| MARGEAUX WALTER STUDIO<br>6871 CALIFORNIA AVE<br>JOSHUA TREE, CA 92252 | Claim Number: 1<br>Claim Date: 12/06/2022<br>Debtor: WINC, INC. |
|---|---|

| PRIORITY | Claimed: | $9,640.46 |
|---|---|---|

| BETHEL CLEANING SERVICES LLC<br>3038 FOULK RD<br>GARNET VALLEY, PA 19060 | Claim Number: 2<br>Claim Date: 12/14/2022<br>Debtor: WINC, INC. |
|---|---|

| PRIORITY | Claimed: | $7,261.00 |
|---|---|---|

| ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE, WI 53158 | Claim Number: 3<br>Claim Date: 12/06/2022<br>Debtor: WINC, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $151.54 |
|---|---|---|
| PRIORITY | Claimed: | $7,373.68 |

| INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE, N-240 MS 108<br>INDIANAPOLIS, IN 46204 | Claim Number: 4<br>Claim Date: 12/29/2022<br>Debtor: WINC, INC. |
|---|---|

| PRIORITY | Claimed: | $178.22 |
|---|---|---|
| SECURED | Claimed: | $34.77 |
| UNSECURED | Claimed: | $35.00 |

| FRALEY, MAREN<br>2300 MITCHELL RD NE<br>MARIETTA, GA 30062 | Claim Number: 20001<br>Claim Date: 12/01/2022<br>Debtor: WINC, INC. |
|---|---|

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

| | | |
|---|---|---|
| STUDIO, MARGEAUX WALTER<br>6871 CALIFORNIA AVE<br>JOSHUA TREE, CA 92252 | Claim Number: 20002<br>Claim Date: 12/01/2022<br>Debtor: WINC, INC. | |
| PRIORITY          Claimed: | $9,640.46 | |
| BACON, OLIVIA<br>2545 ROYAL YORK AVE<br>CHARLOTTE, NC 28210 | Claim Number: 20003<br>Claim Date: 12/02/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $7,450.00 | |
| RAMBLING REDHEAD, THE<br>780 ELK RDG<br>FAIRVIEW, TX 75069 | Claim Number: 20004<br>Claim Date: 12/02/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $45,000.00 | |
| PROFESSIONAL SEARCH GROUP OC LLC<br>1440 N HARBOR BLVD, STE 804<br>FULLERTON, CA 92835 | Claim Number: 20005<br>Claim Date: 12/02/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $13,000.00   UNLIQ | |
| PEBLO LLC<br>169 MADISON AVE, #2131<br>NEW YORK, NY 10016 | Claim Number: 20006<br>Claim Date: 12/06/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $15,000.00 | |

| | | |
|---|---|---|
| BLUE-GRACE LOGISTICS LLC<br>2846 S FALKENBURG RD<br>RIVERVIEW, FL 33578 | Claim Number: 20007<br>Claim Date: 12/07/2022<br>Debtor: BWSC, LLC | |

| UNSECURED | Claimed: | $11,165.00 |
|---|---|---|

| | | |
|---|---|---|
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | Claim Number: 20008<br>Claim Date: 12/08/2022<br>Debtor: WINC, INC. | |

| PRIORITY | Claimed: | $4,243.19   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $30,090.92   UNLIQ |

| | | |
|---|---|---|
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | Claim Number: 20009<br>Claim Date: 12/08/2022<br>Debtor: BWSC, LLC | |

| PRIORITY | Claimed: | $9,070.30   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2,900.00   UNLIQ |

| | | |
|---|---|---|
| NOONE, SETH<br>5601 DURBIN RD<br>BETHESDA, MD 20814 | Claim Number: 20010<br>Claim Date: 12/08/2022<br>Debtor: WINC, INC. | |

| UNSECURED | Claimed: | $1,531.27   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| THELEN, MATTHEW<br>8011 BLERIOT AVE<br>LOS ANGELES, CA 90045 | Claim Number: 20011<br>Claim Date: 12/08/2022<br>Debtor: WINC, INC.<br>Comments: POSSIBLY AMENDED BY 20033 | |

| UNSECURED | Claimed: | $125,000.00 |
|---|---|---|

WINC, INC. CLAIMS PROCESSING CENTER
Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

| | | |
|---|---|---|
| MOMONO, HANAKO<br>3506 S 244TH ST<br>KENT, WA 98032 | | Claim Number: 20012<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $255.63 |
| PEASE, ANDREA<br>49 MEGHAN DR<br>SANDOWN, NH 03873 | | Claim Number: 20013<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $234.66 |
| KINNALLY, MICHELLE<br>1302 LINCOLNWOODS DR<br>CATONSVILLE, MD 21228 | | Claim Number: 20014<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $418.00 |
| BEHAR, ALEXANDRA H<br>79 SW 12TH ST, #1101<br>MIAMI, FL 33130 | | Claim Number: 20015<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $193.95 |
| ROSALES, ALLISON<br>201 WOOD VALLEY CT<br>ABINGDON, MD 21009 | | Claim Number: 20016<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $291.93   UNLIQ |

| | | |
|---|---|---|
| CAMERON, SUSAN<br>24011 SE 22ND ST<br>SAMMAMISH, WA 98075 | Claim Number: 20017<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $441.00 |
| TUMANENG, AUDREY<br>10215 HILLTOP ASCENT DR<br>ROCKVILLE, MD 20850 | Claim Number: 20018<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $119.81 |
| DUGGAN, LINDSEY<br>1025 MONROE TPKE<br>MONROE, CT 06468 | Claim Number: 20019<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $4,000.00 |
| MARTINEZ, GRISSELDA<br>207 YORKSHIRE<br>WHEELING, IL 60090 | Claim Number: 20020<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $0.00   UNDET |
| DELUCA, ELENA<br>2619 S BAHAMA DR<br>GILBERT, AZ 85295 | Claim Number: 20021<br>Claim Date: 12/09/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $457.59 |

| | | |
|---|---|---|
| O'BRIEN, KATIE<br>6346 CHRISTOPHER CREEK RD W<br>JACKSONVILLE, FL 32217 | | Claim Number: 20022<br>Claim Date: 12/12/2022<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59.95 |

| | | |
|---|---|---|
| MCFARLANE, GEOFFREY<br>1853 LIONS RIDGE LP E<br>VAIL, CO 81657 | | Claim Number: 20023<br>Claim Date: 12/12/2022<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,150.00 |
| UNSECURED | Claimed: | $134,850.00 |

| | | |
|---|---|---|
| MILLER, TREVOR<br>182 BURLWOOD CIR<br>MOUNT WASHINGTON, KY 40047 | | Claim Number: 20024<br>Claim Date: 12/13/2022<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,198.00   UNLIQ |

| | | |
|---|---|---|
| ROSENSTEIN HENRY LLC<br>371 SPRING PARK RD<br>CAMARILLO, CA 93012 | | Claim Number: 20025<br>Claim Date: 12/13/2022<br>Debtor: WINC, INC.<br>Comments: POSSIBLY AMENDED BY 20057 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,380.46 |

| | | |
|---|---|---|
| NGUYEN, HUU-BANG Q<br>6601 RIO DE ONAR WAY<br>ELK GROVE, CA 95757 | | Claim Number: 20026<br>Claim Date: 12/13/2022<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| KAISER CONSULTING LLC<br>3910 GULF BLVD, UNIT 300<br>SAINT PETE BEACH, FL 33706 | | Claim Number: 20027<br>Claim Date: 12/14/2022<br>Debtor: WINC, INC. |
|---|---|---|
| UNSECURED | Claimed: | $59,250.00 |

| COHEN, HAYDEN<br>12 BLOOMINGTON ST, #2<br>DORCHESTER, MA 02122 | | Claim Number: 20028<br>Claim Date: 12/15/2022<br>Debtor: WINC, INC. |
|---|---|---|
| UNSECURED | Claimed: | $4,000.00 |

| BERO, STEVEN<br>186 COUNTRYSIDE LN<br>SAN LUIS OBISPO, CA 93401 | | Claim Number: 20029<br>Claim Date: 12/15/2022<br>Debtor: WINC, INC. |
|---|---|---|
| PRIORITY | Claimed: | $12,015.00 |

| MUKAI, KRISTEN<br>5009 26TH AVE SW<br>SEATTLE, WA 98106 | | Claim Number: 20030<br>Claim Date: 12/15/2022<br>Debtor: WINC, INC. |
|---|---|---|
| UNSECURED | Claimed: | $1,000.83 |

| TRICORBRAUN WINEPAK INC<br>6 CITYPLACE DR, STE 1000<br>SAINT LOUIS, MO 63141 | | Claim Number: 20031<br>Claim Date: 12/16/2022<br>Debtor: BWSC, LLC |
|---|---|---|
| UNSECURED | Claimed: | $25,560.40 |

| IOWA DEPARTMENT OF REVENUE<br>C/O OFFICE OF THE ATTORNEY GENERAL OF IA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES, IA 50319 | Claim Number: 20032<br>Claim Date: 12/16/2022<br>Debtor: BWSC, LLC |
|---|---|

| PRIORITY | Claimed: | $9,236.10 |
|---|---|---|
| UNSECURED | Claimed: | $115.52 |

| THELEN, MATTHEW<br>8011 BLERIOT AVE<br>LOS ANGELES, CA 90045 | Claim Number: 20033<br>Claim Date: 12/16/2022<br>Debtor: WINC, INC.<br>Comments:<br>AMENDS CLAIM #20011 |
|---|---|

| UNSECURED | Claimed: | $125,000.00 |
|---|---|---|

| WELLS FARGO VENDOR FINANCIAL SERVICES<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 20034<br>Claim Date: 12/19/2022<br>Debtor: WINC, INC. |
|---|---|

| UNSECURED | Claimed: | $14,502.58 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 20035<br>Claim Date: 12/19/2022<br>Debtor: WINC, INC. |
|---|---|

| PRIORITY | Claimed: | $74.67 |
|---|---|---|

| MILLER, REBEKAH<br>417 E 5 L RANCH RD<br>KINGMAN, AZ 86409 | Claim Number: 20036<br>Claim Date: 12/19/2022<br>Debtor: WINC, INC. |
|---|---|

| UNSECURED | Claimed: | $479.60 |
|---|---|---|

| | | | |
|---|---|---|---|
| CHOPRA, JATIN<br>1000 MINOR AVE, #510<br>SEATTLE, WA 98104 | | Claim Number: 20037<br>Claim Date: 12/19/2022<br>Debtor: WINC, INC.<br>Comments: POSSIBLY AMENDED BY 20038 | |
| PRIORITY | Claimed: | $2,506.00   UNLIQ | |
| CHOPRA, JATIN<br>1000 MINOR AVE, #510<br>SEATTLE, WA 98104 | | Claim Number: 20038<br>Claim Date: 12/19/2022<br>Debtor: WINC, INC.<br>Comments:<br>AMENDS CLAIM #20037 | |
| PRIORITY | Claimed: | $2,506.00   UNLIQ | |
| SCHILD, NORA<br>7031 KOLL CENTER PKWY, STE 250<br>PLEASANTON, CA 94566 | | Claim Number: 20039<br>Claim Date: 12/20/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $1,050.00 | |
| APARTMENT 3B PRODUCTIONS<br>POITIER BUILDING<br>10202 W WASHINGTON BLVD, STE 3111<br>CULVER CITY, CA 90232 | | Claim Number: 20040<br>Claim Date: 12/20/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $1,500.00 | |
| SANABRIA, MITCHELL<br>2514 E MEADOWBROOK AVE<br>PHOENIX, AZ 85016 | | Claim Number: 20041<br>Claim Date: 12/20/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $1,501.25 | |

Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| KLINE, ASHLEY<br>1145 COLLINS BLVD<br>WYLIE, TX 75098 | | Claim Number: 20042<br>Claim Date: 12/21/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| ATTENTIVE MOBILE INC<br>221 RIVER ST, 9TH FL<br>HOBOKEN, NJ 07030 | | Claim Number: 20043<br>Claim Date: 12/21/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $5,988.45 | |
| OHIO DEPARTMENT OF TAXATION<br>PO BOX 530<br>COLUMBUS, OH 43216 | | Claim Number: 20044<br>Claim Date: 12/21/2022<br>Debtor: BWSC, LLC | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $13,457.74<br>$6,184.62 | |
| DEBIASE, LEAH KOCH<br>31 MCGAW AVE<br>LAKE GROVE, NY 11755 | | Claim Number: 20045<br>Claim Date: 12/22/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SOLINI, JOHN A<br>12849 RICHEZZA DR<br>VENICE, FL 34293 | | Claim Number: 20046<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $999.42 | |

WINC, INC. CLAIMS PROCESSING CENTER
Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

---

| MCCORMICK, ALEX<br>257 ELMWOOD ST<br>NORTH ATTLEBORO, MA 02760 | | Claim Number: 20047<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. |
|---|---|---|
| PRIORITY | Claimed: | $110.00 |
| MORRIS, NEISSA<br>4551 BAKERSTOWN CULMERVILLE RD<br>GIBSONIA, PA 15044 | | Claim Number: 20048<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. |
| PRIORITY | Claimed: | $1,300.00 |
| AINSWORTH, TODD<br>2812 S KILT ROCK CT<br>WEST VALLEY, UT 84128 | | Claim Number: 20049<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $1,000.00 |
| HIRSCH, RACHEL<br>5627 SUNLIGHT PL<br>LOS ANGELES, CA 90016 | | Claim Number: 20050<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $1,001.00 |
| PRATER-BURKHART, TARAH<br>8532 SW 65TH COURT RD<br>OCALA, FL 34476 | | Claim Number: 20051<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. |
| UNSECURED | Claimed: | $1,001.00 |

WINC, INC. CLAIMS PROCESSING CENTER

Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

| | | |
|---|---|---|
| MATEYAK, LORI<br>421 LAUREL AVE<br>LITITZ, PA 17543 | Claim Number: 20052<br>Claim Date: 12/23/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| OAK PAPER PRODUCTS COMPANY INC<br>3686 E OLYMPIC BLVD<br>LOS ANGELES, CA 90023 | Claim Number: 20053<br>Claim Date: 12/27/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $5,568.20 | |
| GOMEZ, DANIEL<br>4363 SW 10TH PL, APT 102<br>DEERFIELD BEACH, FL 33442 | Claim Number: 20054<br>Claim Date: 12/27/2022<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $419.65 | |
| HORTON, STACY<br>1360 INDUSTRIAL AVE, STE C<br>PETALUMA, CA 94952 | Claim Number: 20055<br>Claim Date: 12/27/2022<br>Debtor: WINC, INC. | |
| PRIORITY          Claimed: | $0.00   UNDET | |
| ALB WINE & SPIRIT<br>LIEU DIT LAGARDE<br>CS 80002<br>SAINT LAURENT DU BOIS<br>33540,<br>FRANCE | Claim Number: 20056<br>Claim Date: 12/28/2022<br>Debtor: BWSC, LLC | |
| UNSECURED          Claimed: | $97,126.58 | |

WINC, INC. CLAIMS PROCESSING CENTER
Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

| | | |
|---|---|---|
| ROSENSTEIN HENRY LLC<br>371 SPRING PARK RD<br>CAMARILLO, CA 93012 | Claim Number: 20057<br>Claim Date: 12/28/2022<br>Debtor: WINC, INC.<br>Comments:<br>AMENDS CLAIM #20025 | |
| UNSECURED | Claimed: | $258,971.87 |
| ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>33 S STATE ST, 10TH FL<br>CHICAGO, IL 60603 | Claim Number: 20058<br>Claim Date: 12/29/2022<br>Debtor: WINC, INC. | |
| PRIORITY | Claimed: | $137.25 |
| LANCASTER, CAROLINE<br>5550 WILSHIRE BLVD, #419<br>LOS ANGELES, CA 90036 | Claim Number: 20059<br>Claim Date: 12/29/2022<br>Debtor: WINC, INC. | |
| PRIORITY | Claimed: | $5,850.00 |
| MEJIA, CARMEN<br>152 HARVARD AVE<br>MILL VALLEY, CA 94941 | Claim Number: 20060<br>Claim Date: 12/30/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $59.95 |
| BAUGH, KIMBERLY<br>466 OVERLOOK DR<br>EDWARDSVILLE, IL 62025 | Claim Number: 20061<br>Claim Date: 12/31/2022<br>Debtor: WINC, INC. | |
| UNSECURED | Claimed: | $316.09 |

WINC, INC. CLAIMS PROCESSING CENTER
Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

| | | |
|---|---|---|
| MAJOR ROCKET LLC<br>19495 BISCAYNE BLVD, STE 300<br>AVENTURA, FL 33180 | Claim Number: 20062<br>Claim Date: 01/02/2023<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $127,585.00 | |
| SZYBOWICZ, JAKE AND KRISTIN<br>2608 W WINONA ST<br>CHICAGO, IL 60625 | Claim Number: 20063<br>Claim Date: 01/02/2023<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $5,500.32 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 20064<br>Claim Date: 01/03/2023<br>Debtor: BWSC, LLC | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $34.05<br>$786.34 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202 | Claim Number: 20065<br>Claim Date: 01/03/2023<br>Debtor: WINC, INC. | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $536.18<br>$127.75 | |
| MITCHELL, STUART<br>16 STODDARD SQUARE<br>ELDERSLIE<br>JOHNSTONE, RS PA5 9AS,<br>UNITED KINGDOM | Claim Number: 20066<br>Claim Date: 01/03/2023<br>Debtor: WINC, INC. | |
| UNSECURED          Claimed: | $1,312.50 | |

WINC, INC. CLAIMS PROCESSING CENTER
Numerical Claims Register for Winc, Inc. (ALL DEBTORS)

Date: 01/04/2023

---

| | | |
|---|---|---|
| SCHLESSEL, SAMANTHA<br>625 ERICSON PL<br>SAINT LOUIS, MO 63122 | | Claim Number: 20067<br>Claim Date: 01/03/2023<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,050.00   UNLIQ |

| | | |
|---|---|---|
| BRISSON, ANTHONY<br>1608 PRESTON ROAD<br>ALEXANDRIA, VA 22302 | | Claim Number: 20068<br>Claim Date: 01/04/2023<br>Debtor: BWSC, LLC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,501.25 |

| | | |
|---|---|---|
| BRISSON, ANTHONY<br>1608 PRESTON ROAD<br>ALEXANDRIA, VA 22302 | | Claim Number: 20069<br>Claim Date: 01/04/2023<br>Debtor: BWSC, LLC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,501.25 |

| | | |
|---|---|---|
| BELCHER, MARK<br>301 MODESTO ST<br>HENDERSON, NV 89014 | | Claim Number: 20070<br>Claim Date: 01/04/2023<br>Debtor: WINC, INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,000.00 |

## Summary Page

Total Number of Filed Claims:   74

|  | Claimed Amount | Allowed Amount |
| --- | --- | --- |
| Administrative: | $1,151.54 | $0.00 |
| Priority: | $110,320.30 | $0.00 |
| Secured: | $34.77 | $0.00 |
| Unsecured: | $1,170,084.59 | $0.00 |
| Total: | $1,281,591.20 | $0.00 |