**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **WINC, INC., et al.,** | ) |
| | ) **Case No. 22-11238 (LSS)** |
| Debtors. | ) |
| | ) **Jointly Administered** |
| | ) |

## <u>REQUEST FOR SPECIAL NOTICE</u>

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any

and all proceedings in the above captioned case be given to its attorneys and such notice should

be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: January 9, 2023                **Respectfully Submitted,**
            Lake Success, New York


                By:     /s/ Amish R. Doshi
                    Amish R. Doshi, Esq.
                **DOSHI LEGAL GROUP, P.C.**
                1979 Marcus Avenue, Suite 210E
                Lake Success, NY 11042
                Tel (516) 622-2335
                E-Mail:     amish@doshilegal.com

                **Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **WINC, INC., et al.,** | ) | **Case No. 22-11238 (LSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Amish R. Doshi, hereby certify that on January 9, 2023, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

   /s/ Amish R. Doshi_____
Amish R. Doshi

**SERVICE LIST**

**BY REGULAR MAIL**

| | |
|---|---|
| Jane Leamy, Esq.<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Michael R. Nestor, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| EPIQ CORPORATE RESTRUCTRING<br>C/O Winc Inc Bankruptcy Team<br>P. O. Box 4419<br>Beaverton, OR 97076-4419 | George P. Angelich, Esq.<br>Justin A. Kesselman, Esq.<br>James E. Britton, Esq.<br>ARENT FOPX SCHIFF, LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199 |
| Mark Hurford, Esq.<br>A.M. SACCULLO LEGAL LLC<br>27 Crimson King Drive<br>Bear, DE 19701 | |