## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **WINC, INC., et al.,** | ) | **Case No. 22-11238 (LSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Hearing Date: January 17, 2023** |
| | ) | **Hearing Date: 2:00 PM** |
| | ) | **Objection Date: January 9, 2023** |
| | ) | |
| | ) | **Ref: Docket Nos. 47, 85 and 91** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on January 9, 2023, I served a copy of *Oracle's Limited Objection And Reservation Of Rights* on the parties listed on the attached Service List via electronic mail, where available.

    /s/ James E. Huggett
James E. Huggett (#3956)

## SERVICE LIST

**BY ECF**

| | |
|---|---|
| Jane Leamy, Esq.<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Michael R. Nestor, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| Anthony M. Sacullo, Esq.<br>Mark Hurford, Esq.<br>A.M. SACCULLO LEGAL LLC<br>27 Crimson King Drive<br>Bear, DE 19701 | Curtis S. Miller, Esq.<br>Derrick C. Abbott, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL, LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899 |

**BY REGULAR MAIL**

| | |
|---|---|
| George P. Angelich, Esq.<br>Justin A. Kesselman, Esq.<br>James E. Britton, Esq.<br>ARENT FOPX SCHIFF, LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199 | Eric E. Walker, Esq.<br>Joseph Brown, Esq.<br>COOLEY, LLP<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606 |