**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) | |
| | ) | Case No. 22-11238 (LSS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 134** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 5, 2023, I caused to be served the "Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)," dated January 5, 2023 [Docket No. 134], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
6th day of January, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

Wink, Inc.

## Service List

| Claimant | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON, DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |

**Total Creditor count: 3**

# Wine, Inc.

## Service List

| Claimant | Address Information |
|---|---|
| BANK OF CALIFORNIA | ATTN MIKE BARANOWSKI, VP SPECIAL SITUATIONS 3 MACARTHUR PL SANTA ANA, CA 92707 |
| BANK OF CALIFORNIA | ATTN ROBERT SELWAY 3 MACARTHUR PL SANTA ANA, CA 92707 |

**Total Creditor count: 2**

## Service List

| Claimant | Address Information |
| --- | --- |
| BANC OF CALIFORNIA | 3 MACARTHUR PL SANTA ANA, CA 92707 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR WILMINGTON, DE 19808 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD, IL 62708 |
| E&J GALLO WINERY | 600 YOSEMITE BLVD MODESTO, CA 95354 |
| GALLO VINEYARDS INC | 600 YOSEMITE BLVD MODESTO, CA 95354 |
| MULTIPLIER CAPITAL II, LP | 2 WISCONSIN CIR, STE 700 CHEVY CHASE, MD 20815 |
| PACIFIC MERCANTILE BANK | 949 S COAST DR, 1ST FL COSTA MESA, CA 92626 |
| WESTERN ALLIANCE BANK | 1 EAST WASHINGTON ST PHOENIX, AZ 85004 |
| WESTERN ALLIANCE BANK | AN ARIZONA CORPORATION 55 ALMADEN BLVD SAN JOSE, CA 95113 |

**Total Creditor count: 9**

# Wine, Inc.

## Service List

| Claimant | Address Information |
|---|---|
| 1515 GARNET MINE ROAD HOLDINGS LP | ATTN: MARK WHITE 1515 GARNET MINE RD, STE A BETHEL TOWNSHIP, PA 19060 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC 7501 WISCONSIN AVE, STE 500 W BETHESDA, MD 20814 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O CWCAPITAL ASSET MANAGEMENT LLC ATTN ALEX KILLICK 7501 WISCONSIN AVE, STE 500 W BETHESDA, MD 20814 |
| 1515 GARNET MINE ROAD HOLDINGS LP | C/O ONYX EQUITIES LLC ATTN MICHAEL NEVINS 900 RT 9N, STE 400 WOODBRIDGE, NJ 07095 |
| 1745 BERKELEY LLC | 11601 WILSHIRE BLVD., 2180 LOS ANGELES, CA 90025 |
| ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD | 2715 GUNTER PARK DR W MONTGOMERY, AL 36109 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 550 W 7TH AVE, STE 1600 ANCHORAGE, AK 99501 |
| ALCOHOL & MARIJUANA CONTROL OFFICE | 675 7TH AVENUE, SUITE D FAIRBANKS, AK 99701 |
| ALCOHOL AND TOBACCO COMMISSION | INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON STREET, ROOM E-114 INDIANAPOLIS, IN 46204 |
| ALCOHOL BEVERAGE CONTROL BUREAU | IDAHO STATE POLICE 700 SOUTH STRATFORD DRIVE STE 115 MERIDIAN, ID 83642 |
| ALCOHOLIC BEVERAGE CONTROL | ADMINISTRATION MAIN STREET MALL 101 EAST CAPITOL SUITE 401 LITTLE ROCK, AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL ENFORCEMENT | 101 EAST CAPITOL AVENUE, SUITE 401 LITTLE ROCK, AR 72201 |
| ALCOHOLIC BEVERAGE CONTROL OFFICE | P.O. BOX 540 MADISON, MS 39110-0540 |
| ALCOHOLIC BEVERAGE LAW ENFORCEMENT | COMMISSION (ABLE) ALCOHOLIC BEVERAGE LAWS ENFORCEMENT COM. 50 NE 23RD STREET OKLAHOMA CITY, OK 73105 |
| ALCOHOLIC BEVERAGE REGULATION | ADMINISTRATION 2000 14TH STREET, NW, SUITE 400 S WASHINGTON, DC 20009 |
| ALCOHOLIC BEVERAGES CONTROL COMMISSION | 95 FOURTH STREET, SUITE 3 CHELSEA, MA 02150-2358 |
| ARIZONA DEPARTMENT OF LIQUOR LICENSES | AND CONTROL 800 W. WASHINGTON, 5TH FLOOR PHOENIX, AZ 85007 |
| BUREAU OF ALCOHOLIC BEVERAGES AND | LOTTERY OPERATIONS BUREAU OF ALCOHOLIC BEVERAGES & LOTTERY OPERATIONS, 8 STATE HOUSE STATION AUGUSTA, ME 04333-0008 |
| CALIFORNIA BOARD OF EQUALIZATION | EXECUTIVE OFFICE, MIC: 73, LISA RENATI CHIEF DEPUTY DIRECTOR PO BOX 942879 SACRAMENTO, CA 94279-0073 |
| CALIFORNIA DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL ALCOHOLIC BEVERAGE CONTROL 3927 LENNANE DRIVE, SUITE 100 SACRAMENTO, CA 95834 |
| CBC JOINT VENTURES PARTNERS | 2115 PRIEST BRIDGE DR CROFTON, MD 21114-2427 |
| CCF PS ALLA OWNER LLC | C/O CANYON CAPITAL REALTY ADVISORS ATTN MARIA STAMOLIS 2000 AVE OF THE STARTS, 11TH FL LOS ANGELES, CA 90067 |
| CCF PS ALLA OWNER LLC | C/O PACSHORE PROPERTIES LLC ATTN BRIAN ABBOTT 11999 SAN VINCENTE BLVD, STE 220 LOS ANGELES, CA 90049 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 1707 COLE BLVD, SUITE 300 LAKEWOOD, CO 80401 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 2447 NORTH UNION BOULEVARD COLORADO SPRINGS, CO 80909 |
| COLORADO DEPARTMENT OF REVENUE-LIQUOR | ENFORCEMENT DIVISION 632 MARKET STREET SUITE G GRAND JUNCTION, CO 81506 |
| COLUMBIA BUSINESS CENTER PARTNERS, L.P. | 750 PISMO STREET SAN LUIS OBISPO, CA 93401 |
| CONNECTICUT DEPARTMENT OF CONSUMER | PROTECTION DEPARTMENT OF CONSUMER PROTECTION 450 COLUMBUS BOULEVARD, SUITE 901 HARTFORD, CT 06103-1840 |
| DEPARTMENT OF LIQUOR CONTROL | 110 ALA'IHI STREET ROOM 212 KAHULUI, HI 96732 |
| DEPARTMENT OF LIQUOR CONTROL | WEST HAWAI'I, , DIRECTOR: GERALD TAKASE, 75-5706 KUAKINI HIGHWAY, SUITE 103 & 107 (CONF ROOM) 101 AUPUNI STREET, SUITE 230 KAILUA-KONA, HI 96740 |

## Service List

| Claimant | Address Information |
|---|---|
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF HAWAII EAST HAWAI'I, DIRECTOR: GERALD TAKASE HILO LAGOON CENTER HILO, HI 96720 |
| DEPARTMENT OF LIQUOR CONTROL COUNTY | OF KAUAI LEO SANDOVAL DIR DEPT, LIQUOR CTRL LIHUE CIVIC CTR, MOIKEHA BLD, 4444 RICE STREET, SUITE 120 LIHUE, KAUAI, HI 96766 |
| DIVISION OF ALCOHOL AND TOBACCO CONTROL | 1738 E. ELM LOWER LEVEL JEFFERSON CITY, MO 65101 |
| DIVISION OF ALCOHOLIC BEVERAGES | & TOBACCO 2601 BLAIR STONE ROAD TALLAHASSEE, FL 32399 |
| DIVISION OF COMMERCIAL LICENSING AND | REGULATION LIQUOR ENFORCEMENT AND COMPLIANCE BUILDING 68, 1511 PONTIAC AVE CRANSTON, RI 02920 |
| DIVISION OF LIQUOR CONTROL | DIVISION OF LIQUOR CONTROL 6606 TUSSING ROAD REYNOLDSBURG, OH 43068 |
| DIVISION OF SPECIAL TAXES | 445 E CAPITOL AVENUE PIERRE, SD 57501 |
| GEORGIA DEPARTMENT OF REVENUE | ALCOHOL & TOBACCO TAX DIVISION 1800 CENTURY BOULEVARD, NE ATLANTA, GA 30345 |
| HOMERUN RECORDS BVBA | C/O PARDEE PROPERTIES 1524 ABBOT KINNEY BLVD VENICE, CA 90291 |
| IDAHO STATE LIQUOR DISPENSARY | IDAHO STATE LIQUOR DIVISION ADMIN OFFICE 1349 E. BEECHCRAFT CT. BOISE, ID 83716 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 300 W. JEFFERSON ST, SUITE 300 SPRINGFIELD, IL 62702 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 50 W. WASHINGTON ST, SUITE 209 CHICAGO, IL 60602 |
| IOWA ALCOHOLIC BEVERAGES DIVISION | IOWA ALCOHOLIC BEVERAGES DIVISION 1918 SE HULSIZER ROAD ANKENY, IA 50021 |
| KANSAS DEPARTMENT OF REVENUE ALCOHOL | BEVERAGE CONTROL KDOR ALCOHOLIC BEVERAGE CTRL MILLS BLD 109 SW 9TH STREET, 5TH FLOOR PO BOX 3506 TOPEKA, KS 66601-3506 |
| KENTUCKY ALCOHOLIC BEVERAGE CONTROL | DEPARTMENT 500 MERO STREET FRANKFORT, KY 40601 |
| LIQUOR COMMISSION CITY AND COUNTY OF | HONOLULU HONOLULU LIQUOR COMM. PACIFIC PARK PL 711 KAPIOLANI BLVD, SUITE 600 HONOLULU, HA 96813 |
| LOUISIANA DEPARTMENT OF REVENUE ALCOHOL | AND TOBACCO CONTROL OFFICE 7979 INDEPENDENCE BLVD. BATON ROUGE, LA 70806 |
| MARYLAND FIELD ENFORCEMENT DIVISION | STATE OFFICE BLDG. 301 W PRESTON STREET BALTIMORE, MD 21201-2384 |
| MD - WORCESTER COUNTY LIQUOR | CONTROL BOARD WORCESTER COUNTY GOVERNMENT 1 WEST MARKET STREET SNOW HILL, MD 21863 |
| MICHIGAN LIQUOR CONTROL COMMISSION | MICHIGAN LIQUOR CONTROL COMMISSION P.O. BOX 30005 LANSING, MI 48909 |
| MINNESOTA DEPARTMENT OF PUBLIC SAFETY | ALCOHOL & GAMBLING ENFORCEMENT DIVISION 445 MINNESOTA STREET SAINT PAUL, MN 55101 |
| MONTANA LIQUOR LICENSE BUREAU | MONTANA DEPARTMENT OF REVENUE PO BOX 1712 HELENA, MT 59624-1712 |
| MONTGOMERY COUNTY ALCOHOL BEVERAGE | SERVICES 201 EDISON PARK DRIVE GAITHERSBURG, MD 20878 |
| NEBRASKA LIQUOR CONTROL COMMISSION | NEBRASKA LIQUOR CONTROL COMMISSION 301 CENTENNIAL MALL SOUTH 1ST FLOOR PO BOX 95046 LINCOLN, NE 68509-5046 |
| NEGOCIADO DE IMPUESTO AL CONSUMO | OFICINA CENTRAL, DEPARTAMENTO DE HACIENDA, EDIFICIO INTENDENTE RAMIREZ PASEO COVADONGA, PISO 3 VIEJO SAN JUAN, PR 00901 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY, NV 89706 |
| NEVADA DEPARTMENT OF TAXATION | 4600 KIETZKE LANE, BUILDING L, SUITE 235 RENO, NV 89502 |
| NEVADA DEPARTMENT OF TAXATION | 700 E. WARM SPRINGS RD. 2ND FLOOR LAS VEGAS,, NV 89119 |
| NEW HAMPSHIRE STATE LIQUOR COMMISSION | HEADQUARTERS, WAREHOUSING, STORE OPS OF ENFORCEMENT, LICENSING & EDUCATION, 50 STORRS STREET CONCORD, NH 03301 |
| NEW JERSEY DEPARTMENT OF LAW AND PUBLIC | SAFETY DIV OF ALCOHOLIC BEVERAGE CTRL DIVISION OF ALCOHOLIC BEVERAGE CONTROL P.O. BOX 087 TRENTON, NJ 08625-0087 |
| NEW MEXICO REGULATION & LICENSING | DEPARTMENT 5500 SAN ANTONIO DR NE ALBUQUERQUE, NM 87109 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 163 W 125TH STREET NEW YORK, NY 10027 |

## Service List

| Claimant | Address Information |
|---|---|
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 535 WASHINGTON STREET, SUITE 303 BUFFALO, NY 14203 |
| NEW YORK STATE LIQUOR AUTHORITY DIVISION | OF ALCOHOLIC BEVERAGE CONTROL 80 SOUTH SWAN STREET, SUITE 900 ALBANY, NY 12210 |
| NORTH CAROLINA ALCOHOLIC | BEVERAGE CONTROL COMMISSION 400 EAST TRYON ROAD RALEIGH, NC 27610 |
| NORTH DAKOTA OFFICE OF STATE TAX | COMMISSIONER 600 E. BOULEVARD AVE., DEPT. 127 BISMARCK, ND 58505 |
| OFFICE OF THE ALCOHOLIC BEVERAGE | CONTROL COMM, OFFICE ALCOHOLIC BEVERAGE CTRL COMM, CARVEL STATE BLD 820 N FRENCH ST, 3RD FL WILMINGTON, DE 19801 |
| OHIO DEPARTMENT OF COMMERCE | DEPARTMENT OF COMMERCE 77 SOUTH HIGH STREET, 23RD FLOOR COLUMBUS, OH 43215-6123 |
| OREGON LIQUOR CONTROL COMMISSION | 9079 SE MCLOUGHLIN BLVD. PORTLAND, OR 97222 |
| PENNSYLVANIA LIQUOR CONTROL BOARD | OFFICE OF CHIEF COUNSEL PENNSYLVANIA LIQUOR CONTROL BOARD 401 NORTHWEST OFFICE BUILDING HARRISBURG, PA 17124-0001 |
| ROSENSTEIN HENRY, LLC | ATTN: HEATHER MOCH 371 SPRING PARK ROAD CAMARILLO, CA 93012 |
| SOUTH CAROLINA DEPARTMENT OF | REVENUE & TAXATION SOUTH CAROLINA DEPARTMENT OF REVENUE ATTN: DIRECTOR, PO BOX 125 COLUMBIA, SC 29214-0505 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVENUE PIERRE, SD 57501 |
| SQUARESPACE, INC. | 8 CLARKSON ST NEW YORK, NY 10014 |
| TENNESSEE ALCOHOLIC BEVERAGE COMMISSION | TENNESSEE ALCOHOLIC BEVERAGE COMMISSION 500 JAMES ROBERTSON PARKWAY NASHVILLE, TN 37243 |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION | PO BOX 13127 AUSTIN, TX 78711 |
| THE OKLAHOMA TAX COMMISSION | OKLAHOMA TAX COMMISSION OKLAHOMA CITY, OK 73194 |
| UTAH DEPARTMENT OF ALCOHOLIC | BEVERAGE CONTROL P.O. BOX 30408 SALT LAKE CITY, UT 84130-0408 |
| VERMONT DEPARTMENT OF LIQUOR | AND LOTTERY WENDY KNIGHT, COMMISSIONER 1311 US ROUTE 302, SUITE 100 BARRE, VT 05641 |
| VIRGINIA ALCOHOLIC BEVERAGE CONTROL | AUTHORITY P.O. BOX 3250 MECHANICSVILLE, VA 23116-9998 |
| WASHINGTON DEPARTMENT OF REVENUE | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN: BANKRUPTCY UNIT 2101 4TH AVE, SUITE 1400 SEATTLE, WA 98121 |
| WASHINGTON STATE LIQUOR AND | CANNABIS BOARD PO BOX 43080 OLYMPIA, WA 98504 |
| WEST LA ALLA COMMONWEALTH LLC | (WEST LA ALLA COMMONWEALTH LLC) PO BOX 741167 LOS ANGELES, CA 90074-1167 |
| WEST VIRGINIA ALCOHOL BEVERAGE | CONTROL COMM ENFORCEMENT & LIC DIV WV ALCOHOL BEVERAGE CONTROL ADMIN 900 PENNSYLVANIA AVE., 4TH FLOOR CHARLESTON, WV 25302 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | 2135 RIMROCK RD MADISON, WI 53708 |
| WISCONSIN ALCOHOL & TOBACCO ENFORCEMENT | MAIL STOP 6-107 P.O. BOX 8900 MADISON, WI 53708-8900 |
| WYOMING LIQUOR COMMISSION | 6601 CAMPSTOOL RD CHEYENNE, WY 82001 |

**Total Creditor count: 87**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |

WINC, INC., *et al* . Case No. 22-11238 (LSS)
Electronic Mail - Banks

| Name | Email Address |
|---|---|
| BANK OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANK OF CALIFORNIA | robert.selway@bancofcal.com |

**Count 3**

WINC, INC., *et al* . Case No. 22-11238 (LSS)
Electronic Mail - UCC Lienholders

| Name | Email Address |
|---|---|
| CORPORATION SERVICE COMPANY | joanne.smith@cscglobal.com |
| MULTIPLIER CAPITAL II, LP | sheehan@multipliercapital.com |
| WESTERN ALLIANCE BANK | susan.wadi@bridebank.com |
| BANC OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANC OF CALIFORNIA | robert.selway@bancofcal.com |

**Count 6**