# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 96** |

## NOTICE OF AMENDMENT TO THE STATEMENT OF
## FINANCIAL AFFAIRS OF DEBTOR BWSC, LLC

**PLEASE TAKE NOTICE THAT**, on December 28, 2022, BWSC, LLC, a debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 cases, filed the *Statement of Financial Affairs for BWSC, LLC (Case No. 22-11239)* [Docket No. 96] (the "SOFA") and the *Schedules of Assets and Liabilities for BWSC, LLC (Case No. 21-11239)* (the "Schedules").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor hereby amends SOFA Part 2, Question 3 as set forth on the revised exhibit to the SOFA attached hereto as **Exhibit 1** (the "SOFA Amendment"). Except for the SOFA Amendment, no changes have been made to the SOFA or the Schedules since they were originally filed. The Debtors reserve their rights to further amend the SOFA and the Schedules, including the SOFA Amendment.

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30029911.1

| | |
|---|---|
| Dated: January 10, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        mlunn@ycst.com<br>        amielke@ycst.com<br>        jbrooks@ycst.com<br>        sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

# **EXHIBIT 1**

## **SOFA Amendment**

**Fill in this information to identify the case:**

Debtor: BWSC, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 22-11239

☒ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | **AMENDED** | |
| AVALARA, INC.<br>255 S. KING ST., SUITE 1800<br>SEATTLE, WA 98104 | 09/07/2022 | $200,000.00 | VENDOR |
| | 09/09/2022 | $5,790.00 | VENDOR |
| | 10/07/2022 | $300,000.00 | VENDOR |
| | 11/07/2022 | $130,000.00 | VENDOR |
| **TOTAL FOR AVALARA, INC.** | | **$635,790.00** | |
| | | **AMENDED** | |
| FED-EX, INC.<br>PO BOX 371741<br>PITTSBURGH, PA 15250-7741 | 09/02/2022 | $115,814.23 | VENDOR |
| | 09/12/2022 | $107,806.52 | VENDOR |
| | 09/19/2022 | $106,723.61 | VENDOR |
| | 09/20/2022 | $76.39 | VENDOR |
| | 09/27/2022 | $95,630.66 | VENDOR |
| | 10/07/2022 | $318,380.23 | VENDOR |
| | 10/24/2022 | $83,423.41 | VENDOR |
| | 10/31/2022 | $83,289.58 | VENDOR |
| | 11/10/2022 | $104,639.83 | VENDOR |
| | 11/29/2022 | $145,734.85 | VENDOR |
| **TOTAL FOR FED-EX, INC.** | | **$1,161,519.31** | |
| | | **AMENDED** | |
| LANDSBERG ORORA<br>P.O. BOX 101144<br>PASADENA, CA 91189-1144 | 09/09/2022 | $40,845.26 | VENDOR |
| | 09/23/2022 | $108,534.91 | VENDOR |
| | 10/21/2022 | $31,522.57 | VENDOR |
| | 11/17/2022 | $60,604.28 | VENDOR |
| **TOTAL FOR LANDSBERG ORORA** | | **$241,507.02** | |
| **GRAND TOTAL:** | | **$2,038,816.33** | |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/09/2023.

✗ /s/ Carol Brault                                          Carol Brault
Signature of individual signing on behalf of the debtor      Printed Name

Chief Financial Officer
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes