IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 47, 80, 85 & 86** |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE THAT**, on December 7, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* [Docket No. 47] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 22, 2022, the Court entered that certain *Order (I) Approving Bidding Procedures in Connection with Sale of the Debtors' Assets and Related Bid Protections; (II) Approving Form and Manner of Notice; (III) Scheduling Auction and Sale Hearing; (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases; and (V) Granting Related Relief* [Docket No. 85] (the "Bidding Procedures Order").[2] The Bidding Procedures Order provided that interested parties may submit a bid to purchase the Debtors' assets no later than January 9, 2023 at 12:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE THAT**, on December 22, 2022, in connection with the Bidding Procedures Order, the Debtors filed the *Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Objection Deadline* [Docket No. 86], informing interested parties that an Auction had been scheduled, if necessary, for January 11, 2023.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have not received any competing bids for the purchase of the Debtors' assets that were higher or better than the Stalking Horse Bid. Accordingly, the Stalking Horse Bidder, Project Crush Acquisition Corp LLC, has

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order or the Bidding Procedures, as applicable.

30029870.1

been selected as the Successful Bidder, and the Debtors will not hold the Auction previously scheduled to occur on January 11, 2023.

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS WILL PRESENT A PROPOSED ORDER APPROVING THE SALE OF THE DEBTORS' ASSETS AND REFLECTING THE TERMS OF THE SUCCESSFUL BID AT THE SALE HEARING SCHEDULED FOR <u>JANUARY 17, 2023 AT 2:00 P.M. (ET)</u> BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.**

Dated: January 10, 2023
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      mlunn@ycst.com
      amielke@ycst.com
      jbrooks@ycst.com
      sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*