UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WINC, INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Sale Hearing**: Jan.17, 2023, 2:00 p.m.<br>Obj. Deadline: Jan. 10, 2023 as extended by Debtors<br>Re: Docket Nos. 47, 91 |

### CERTIFICATE OF SERVICE

    I, Rachel B. Mersky, hereby certify that on January 10, 2023, I caused a true and correct copy of the foregoing pleading to be served electronically with the Court through the Court's CM/ECF system upon all registered parties in this case and via electronic mail on the parties on the attached service list.

 

*/s/ Rachel B. Mersky*
Rachel B. Mersky (#2049)

{00237411-2}

## SERVICE LIST

Michael R. Nestor, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Young Conoway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: mnestor@ycst.com
　　　　mlunn@ycst.com
　　　　amielke@ycst.com

Jane Leamy, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

Curtis S. Miller, Esq.
Derrick C. Abbott, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
Email: cmiller@morrisnichols.com
　　　　dabbott@morrisnichols.com

Anthony M. Sacullo, Esq.
A.M. Sacullo Legal LLC
27 Crimson King Drive
Bear, DE 19701
Email: ams@sacullolegal.com

{00237411-2}