**EXHIBIT 1**

Additional Contracts Schedule

| Number | Debtor Case # | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 1. | 22-11238 | WINC, INC. | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | CARD ACCEPTANCE AGREEMENT | $0.00 |
| 2. | 22-11239 | BWSC, LLC | SANTA BARBARA HIGHLANDS VINEYARD, INC. (C/O VITCOMP INC.) | WINE GRAPE PURCHASE AGREEMENT | $185,160.00 |