## EXHIBIT 2

### Revisions to Initial Cure Notice

| | Re: Number on Initial Cure Notice | Debtor Case # | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|---|
| 1. | 95 | 22-11238 | WINC, INC. | COMEX CONSULTING S.L. | CONSULTING AGREEMENT | $74,325.60[1] |
| 2. | 76 | 22-11239 | BWSC, LLC | CBC JOINT VENTURE PARTNERS/COLUMBIA BUSINESS CENTER PARTNERS L.P. | THIRD AMENDMENT TO STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DATED 8/20/2021 (860 E. STOWELL ROAD, SANTA MARIA, CA) | $0.00 |
| 3. | 329 | 22-11239 | BWSC, LLC | NATURAL MERCHANTS, INC. | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT | $429,188.90[2] |
| 4. | 329 | 22-11239 | BWSC, LLC | NATURAL MERCHANTS, INC. | ASSET PURCHASE AGREEMENT DATED 5/12/2021 | $0.00[3] |
| 5. | 329 | 22-11239 | BWSC, LLC | NATURAL MERCHANTS, INC. | BILL OF SALE AND ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 5/12/2021 | $0.00 |

---

[1] This amount reflects the amount outstanding to cure monetary defaults as of November 30, 2022.

[2] This amount reflects the amount outstanding to cure monetary defaults, as of January 15, 2023, under that certain *Asset Purchase Agreement* dated May 12, 2001 by and between BWSC, LLC and Natural Merchants, Inc., and the amendments thereto.

[3] *See* footnote 2.