# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 51 & 86** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                     ) ss.:
COUNTY OF FRANKLIN   )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2022, I caused to be served the:

   a. "Notice of Chapter 11 Bankruptcy Case," filed on December 8, 2022 [Docket No. 51], and

   b. "Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Objection Deadline," dated December 22, 2022 [Docket No. 86],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
3rd day of January, 2023
*/s/ Rosalyn DeMattia*

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BANC OF CALIFORNIA, N.A. | C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN: JAMES E. O'NEILL 919 N MARKET ST, 17TH FL WILMINGTON DE 19899-8705 |
| BANC OF CALIFORNIA, N.A. | C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN:RICHARD M PACHULSKI; MAXIM B LITVAK 10100 SANTA MONICA BOULEVARD, 13TH FLOOR LOS ANGELES CA 90067 |
| BANC OF CALIFORNIA, N.A. | ATTN: MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| DC TREASURER | 1275 K ST NW # 600 WASHINGTON DC 20005 |
| DREAM CATCHER INVESTMENTS | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| DREAM CATCHER INVESTMENTS LTD (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| DREAMER PATHWAY LTD (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| ENCORE GLASS, INC. | 2925 CORDELLA RD. FAIRFIELD CA 94534 |
| HAWAII DEPARTMENT OF TAXATION | 830 PUNCHBOWL ST HONOLULU HI 96813 |
| ILLINOIS LIQUOR CONTROL COMMISSION | 555 W MONROE ST., SUITE 1100 CHICAGO IL 60661 |
| KANSAS LIQUOR ENFORCEMENT TAX | 915 SW HARRISON ST. TOPEKA KS 66612 |
| LATHAM & WATKINS LLP | 555 WEST FIFTH STREET, STE 300 LOS ANGELES CA 90013-1010 |
| MISSOURI DIVISION OF ALCOHOL | AND TOBACCO CONTROL 7545 S LINDBERGH BLVD SUITE 150 ST. LOUIS MO 63125 |
| NEW JERSEY DIVISION OF TAXATION | 3 JOHN FITCH WAY TRENTON NJ 08611 |
| NEW YORK MTA TAX | NYS CORPORATION TAX PO BOX 1909 ALBANY NY 12201-1909 |
| NYC DEPARTMENT OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE STREET, 22ND FLOOR NEW YORK NY 10007 |
| PROFESSIONAL SEARCH GROUP OC, LLC | 8500 SUNSET BLVD, E406 WEST HOLLYWOOD CA 90069 |
| RNDC - DC | 4235 SHERIFF RD NE WASHINGTON DC 20019 |
| SAXCO INTERNATIONAL | 15849 N LOMBARD ST. BLDG. 4, UNIT 200 PORTLAND OR 97203 |
| SHAYLA KING | ADDRESS AVAILABLE UPON REQUEST |
| SHININGWINE LIMITED (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| STATE OF SOUTH DAKOTA | 3800. E. HWY 34 - HILLSVIEW PLAZA C/O 500 EAST CAPITOL AVENUE PIERRE SD 57501 |

**Total Creditor count  22**