**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket Nos. 117-118** |

**AFFIDAVIT OF SERVICE**

STATE OF OHIO )
) ss.:
COUNTY OF FRANKLIN)

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2023, I caused to be served the:

   a. "Notice of Filing of Proposed Final DIP Order," dated January 4, 2023 [Docket No. 117], (the "DIP Notice"), and

   b. "Notice of Agenda of Matters Scheduled for Hearing on January 6, 2023 at 2:00 p.m. (ET)," dated January 4, 2023 [Docket No. 118], (the "Agenda"),

by causing true and correct copies of the:

   i. DIP Notice and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Agenda to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B,

   iii. DIP Notice and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box#1, Los Angeles, CA 90066.

iv. Agenda to be delivered via facsimile to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
5th day of January, 2023
*/s/* Rosalyn DeMattia

Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count 3**

**EXHIBIT B**

WINC, INC., et al.
Case No. 22-11238 (LSS)
Overnight Mail - Additional Service

SQUARESPACE, INC.
225 VARICK ST., 12TH FL
NEW YORK NY 10014

# EXHIBIT C

WINC, INC., *et al* . Case No. 22-11238 (LSS)

Electronic Service - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |

# EXHIBIT D

WINC, INC., et al. Case No. 22-11238 (LSS)

Facsimile Service - Master Service List

| NAME | FAX |
|---|---|
| A.M. SACCULLO LEGAL, LCC | 302-836-8787 |
| ARENTFOX SCHIFF LLP | 212-484-3990 |
| ARENTFOX SCHIFF LLP | 617-367-2315 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | 302-442-7012 |
| BUCHALTER | (213) 896-0400 |
| COOLEY LLP | 312-881-6598 |
| COOLEY LLP | 212-479-6275 |
| MONZACK MERSKY AND BROWDER, P.A. | 302-656-2769 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | 302-658-3989 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| SECURITIES & EXCHANGE COMMISSION | 202-772-9295 |