UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WINC, INC., et al. | : | Case Number 22-11238 (LSS) |
| | : | |
| Debtors. | | |

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on January 11, 2023, the United States Trustee's Objection to the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Canaccord Genuity LLC as Investment Banker for the Debtors, Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* was caused to be served CM/ECF and via electronic mail to the following persons:

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Rodney Square,<br>1000 North King St.<br>Wilmington, DE, 19801<br>Mnestor@ycst.com<br>Mlunn@ycst.com<br>Amielke@ycst.com | A.M. SACCULLO LEGAL, LLC<br>27 Crimson King Drive<br>Bear, DE 19701<br>Email: Mark@saccullolegal.com |
| ARENTFOX SCHIFF LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Email : George.Angelich@afslaw.com | ARENTFOX SCHIFF LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Email: Justin.Kesselman@afslaw.com<br>James.Britton@afslaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>919 N MARKET ST, 17TH FL<br>WILMINGTON DE 19899-8705<br>rpachulski@pszjlaw.com;<br>mlitvak@pszjlaw.com<br>joneill@pszjlaw.com | COOLEY LLP<br>110 N WACKER DR, STE 4200<br>CHICAGO IL 60606<br>EWALKER@COOLEY.COM<br>JBROWN@COOLEY.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N MARKET ST, 16TH FL<br>WILMINTON DE 19899-1347<br>dabbott@morrisnichols.com;<br>cmiller@morrisnichols.com | |

/s/ *Jane M. Leamy*