**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of January, 2023, I caused

a copy of the following document to be served on the individuals on the attached service lists in

the manner indicated:

**BANC OF CALIFORNIA, N.A.'S OBJECTION TO DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF CANACCORD GENUITY LLC**
**AS INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF**
**THE PETITION DATE; AND (II) WAIVING THE INFORMATION**
**REQUIREMENTS OF LOCAL RULE 2016-2(D)**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

Winc, Inc. 2002 Service List FCM
Case No. 22-11238 (LSS)
Document No. 241565
04 – First Class Mail
76 – Electronic Mail (Email)


*(Counsel to Secured creditor, Banc of
California, N.A., as successor-by-merger to
Pacific Mercantile Bank)*
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
Wilmington, DE  19899-8705
**Email:  joneill@pszjlaw.com**

*(Counsel to Secured creditor, Banc of
California, N.A., as successor-by-merger to
Pacific Mercantile Bank)*
Max Litvak, Esq.
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA  94104
**Email:  mlitvak@pszjlaw.com**

*(Counsel to Secured creditor, Banc of
California, N.A., as successor-by-merger to
Pacific Mercantile Bank)*
Richard M. Pachulski, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4003
**Email:  rpachulski@pszjlaw.com**

***FIRST CLASS MAIL***
Fed-Ex
Fedex Corporation
942 Shady Grove Rd S
Memphis, TN  38120-4117

***FIRST CLASS MAIL***
Fed-Ex
Fed-Ex Ers
Rajesh Subramaniam, President, CEO and
Director
PO Box 371741
Pittsburgh, PA  15250-7741

***FIRST CLASS MAIL***
Google, Inc
Dept. 33654
P.O. Box 39000
San Francisco, CA  94139

***FIRST CLASS MAIL***
Google, Inc
Google Hq
1600 Amphitheatre Parkway
Mountain View, CA  94043

***ELECTRONIC MAIL***
US Trustee
Attn: Jane Leamy
844 King Street, Suite 2207
Wilmington, DE  19801
**Email:  ustrustee.program@usdoj.gov;
jane.m.leamy@usdoj.com**

***ELECTRONIC MAIL***
*([Proposed] Counsel to the Debtors and
Debtors in Possession)*
Michael R. Nestor, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Joshua B. Brooks, Esq.
Shella Borovinskaya, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**Email:  mnestor@ycst.com;
mlunn@ycst.com; amielke@ycst.com;
jbrooks@ycst.com;
sborovinskaya@ycst.com**

***ELECTRONIC MAIL***
Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903
**Email:
DOSDOC_Bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

***ELECTRONIC MAIL***
8020 Consulting LLC
6303 Owens Mouth Ave., 6Th Floor
David Lewis, Chief Executive Officer
Woodland Hills, CA  91367
**Email:  accounting@8020consulting.com**

***ELECTRONIC MAIL***
Allegis Group Holdings, Inc. (Aerotek, Inc.)
7301 Parkway Drive
Thomas Kelly, President
Hanover, MD  21076
**Email:
aerotek_regional_efts@aerotek.com**

***ELECTRONIC MAIL***
Atticus Publishing, LLC
2004 Ford Street
Duncan Penn, Owner
Austin, TX  78704
**Email:  duncanpenn@gmail.com**

***ELECTRONIC MAIL***
Awesome Os, Inc. (Offsourcing, Inc)
Helen Lee
8605 Santa Monica Blvd 30540
Los Angeles, CA  90069
**Email:  billing@awesomeos.com**

***ELECTRONIC MAIL***
Banc of California, N.A.
Attn: Michael Baranowski
3 Macarthur Place
Santa Ana, CA  92707
**Email:
michael.baranowski@bancofcal.com;
legal@bancofcal.com**

***ELECTRONIC MAIL***
Brex Inc.
12832 S Frontrunner Blvd, Ste 500
Draper, UT  84020-5757
**Email:  support@brex.com**

***ELECTRONIC MAIL***
Brex Inc.
153 Townsend Street, 6th Floor
Gavin Cleaveland, President
San Francisco, CA  94107
**Email:  support@brex.com**

***ELECTRONIC MAIL***
(Counsel to Prepetition Lenders)
William Schoenholz, Esq.
Colin Rowe, Esq.
Buchalter, PC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA  90017-1730
**Email:
wschoenholz@buchalter.com;crowe@buc
halter.com**

***ELECTRONIC MAIL***
Conexus Search LLC
Stephen Fingal, Owner
5151 California Ave, Suite 100
Irvine, CA  92617
**Email:
accounting@conexusrecruiting.com**

***ELECTRONIC MAIL***
(Counsel to DIP Lenders)
Eric E. Walker, Esq.
Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL  60606
**Email:  ewalker@cooley.com**

***ELECTRONIC MAIL***
Datasite LLC
Rick Atterbuny, President & COO
733 S. Marquette Ave, Suite 600
Minneapolis, MN  55402
**Email:  arremitbackup@datasite.com**

*ELECTRONIC MAIL*
Domo, Inc
John F. Mellor, Chief Executive Officer,
Director
772 East Utah Valley Drive
American Fork, UT  84003
**Email:  pr@domo.com; info@domo.com**

*ELECTRONIC MAIL*
Douglas R. Circle (dba Rancho Canada De
Los Pinos)
1006 Segovia Circle
Placentia, CA  92870
**Email:  accounting@circlevision.com**

*ELECTRONIC MAIL*
Famille Chaudiere
1365 B Route De Flassan 84570
FRANCE
**Email:  laurence@chateaupesquie.com**

*ELECTRONIC MAIL*
Impact Tech, Inc.
223 East De La Guerra
Alyssa Hromadaday, President
Santa Barbara, CA  93101
**Email:  breena.beckett@impact.com**

*ELECTRONIC MAIL*
Internal Revenue Service
Department of The Treasury
1500 Pennsylvania Ave Nw
Washington, DC  20220
**Email:  millie.h.agent@irs.gov**

*ELECTRONIC MAIL*
Internal Revenue Service
Po Box 7346
Philadelphia, PA  19101-7346
**Email:  millie.h.agent@irs.gov**

*ELECTRONIC MAIL*
Jf Hillebrand Usa Inc. (Dba Hillebrand)
2147 State Route 27 Ste 401
Edison, NJ  08817-3395
**Email:  d.surujnauth@hillebrand.com**

*ELECTRONIC MAIL*
Jf Hillebrand Usa Inc. (Dba Hillebrand)
Jf Hillebrand 1600 St Georges Avenue Suite
301
Allison Greiner, Vice President
Rahway, NJ  07065
**Email:  d.surujnauth@hillebrand.com**

*ELECTRONIC MAIL*
Kaiser Consulting, LLC
34 Grace Drive
Sarah Kaiser, Owner
Powell, OH  43065
**Email:  billing@kaiserconsulting.com**

*ELECTRONIC MAIL*
Kaiser Consulting, LLC
818 Riverbend Ave
Powell, OH  43065-7067
**Email:  billing@kaiserconsulting.com**

*ELECTRONIC MAIL*
La Cantina Pizzolato S.R.L.
Via Iv Novembre 12 - 31020 Villorba (Tv)
ITALY
**Email:  logistica@lacantinapizzolato.com**

*ELECTRONIC MAIL*
Laffort Usa , Inc
Shaun Richardson
1460 Cader Ln Ste C
Petaluma, CA  94954
**Email:  laffortusa@laffort.com**

*ELECTRONIC MAIL*
Landsberg - Bwsc
Landsberg
P.O. Box 101144
Pasadena, CA  91189-1144
**Email:  bankdeposits@ororagroup.com**

*ELECTRONIC MAIL*
Langetwins Family Winery & Vineyards
Attn: Marissa Lange, President
1525 E Jahant Road
Acampo, CA  95220
**Email:  kschopp@langetwins.com**

*ELECTRONIC MAIL*
Los Angeles Philharmonic Assoc
Attn: Stefanie Sprester
151 S Grand Ave
Los Angeles, CA  90012-3034
**Email:  ichan@laphil.org**

*ELECTRONIC MAIL*
Mendocino Wine Co
Jeff Mason, President
501 Parducci Rd
Ukiah, CA  95482
**Email:  janf@mendocinowineco.com**

*ELECTRONIC MAIL*
Meta Platforms, Inc
1601 Willow Rd
Menlo Park, CA  94025-1452
**Email:  payment@fb.com**

*ELECTRONIC MAIL*
Meta Platforms, Inc
Facebook, Inc
Attn: Accounts Receivable
Mark Zuckerberg, Chairman and Ceo
15161 Collections Center Drive
Chicago, IL  60693
**Email:  payment@fb.com**

*ELECTRONIC MAIL*
Michlits Werner Gmbh
Hauptstrasse 86, A-7152 Pamhagen
Werner Michlits, Managing Director
**AUSTRIA**
**Email:  office@meinklang.at**

*ELECTRONIC MAIL*
(Counsel to DIP Lenders)
Attn: Curtis Miller & Derek Abbott
Morris Nicols Arsht & Tunnell LLP
1201 N. Market St. 16Th Floor
PO Box 1347
Wilmington, DE  19801
**Email:
cmiller@morrisnichols.com;dabbott@mo
rrisnichols.com**

*ELECTRONIC MAIL*
Power Digital Marketing, Inc.
2251 San Diego Avenue Suite A250
San Diego, CA  92110
**Email:  ar@powerdigital.com**

*ELECTRONIC MAIL*
Republic National Distributing Co. of Ca
(Rndc Ca),
Donnie Miller, Director
14402 Franklin Ave,
Tustin, CA  92780
**Email:  brian.roberts@rndc-usa.com**

*ELECTRONIC MAIL*
Securities & Exchange Comm-NY Office
Attn Bankruptcy Department
200 Vesey Street, Suite 400
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov;
nyrobankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov**

*ELECTRONIC MAIL*
Securities & Exchange Comm-Phila Office
Attn Bankruptcy Department
1 Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA  19103
**Email:  secbankruptcy@sec.gov;
philadelphia@sec.gov**

*ELECTRONIC MAIL*
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549
**Email:  help@sec.gov**

*ELECTRONIC MAIL*
SP Comino, LLC
635 Broadway 2nd Floor
Sonoma, CA  95476
**Email:  kelly@swgnapa.com**

*ELECTRONIC MAIL*
SP Comino, LLC
855 Bordeaux Way, Suite 210
Napa, CA  94558-7568
**Email:  kelly@swgnapa.com**

*ELECTRONIC MAIL*
Terravant/Summerland - Bwsc
70 Industrial Way
Buellton, CA  93427
**Email:  ap@summerlandwb.com**

*ELECTRONIC MAIL*
Terravant/Summerland - Bwsc
Acf Finco I LP fbo Terravant Wine
Company
Terravant Wine Company Bwsc,
P.O. Box 845658
Los Angeles, CA  90084-5658
**Email:  ap@summerlandwb.com**

*ELECTRONIC MAIL*
Toppan Merrill USA Inc.
747 Third Avenue, 7th Floor
New York, NY  10017
**Email:
usarremittance@toppanmerrillLLC.com**

*ELECTRONIC MAIL*
Total Quality Logistics, LLC
4289 Ivy Pointe Blvd
Cincinnati, OH  45245
**Email:  apayments@tql.com**

*ELECTRONIC MAIL*
Total Quality Logistics, LLC
PO Box 799
Kerry Byrne, President
Milford, OH  45150
**Email:  apayments@tql.com**

*ELECTRONIC MAIL*
Vin-Global LLP
4501 Manatee Ave W Suite 314
Bradenton, FL  34209
**Email:  accounting@weshipexpress.com**

*ELECTRONIC MAIL*
*(Counsel to Project Crush Acquisition Corp.
LLC)*
Eric E. Walker, Esq.
COOLEY LLP
110 N. Wacker Drive
Chicago, IL  60606
**Email: ewalker@cooley.com**

*ELECTRONIC MAIL*
*(Counsel to Project Crush Acquisition Corp.
LLC)*
Joseph W. Brown, Esq.
COOLEY LLP
55 Hudson Yards
New York, NY  10001
**Email: jbrown@cooley.com**

*ELECTRONIC MAIL*
*(Counsel to Project Crush Acquisition Corp.
LLC)*
Derek C. Abbott, Esq
Curtis S. Miller, Esq
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
**Email: dabbott@morrisnichols.com;
cmiller@morrisnichols.com**

***ELECTRONIC MAIL***

*(Counsel for Waste Management)*
Rachel B. Mersky
MONZACK MERSKY and BROWDER,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

***ELECTRONIC MAIL***

*(Counsel for the Official Committee of
Unsecured Creditors)*
George P. Angelich, Esq.
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York NY 10019
**Email: George.Angelich@afslaw.com**

***ELECTRONIC MAIL***

*(Counsel for the Official Committee of
Unsecured Creditors)*
Justin A. Kesselman, Esq.
James E. Britton, Esq.
ARENTFOX SCHIFF LLP
Boylston Street, 32nd Floor
Boston, MA 02199
**Email: justin.kesselman@afslaw.com;
james.britton@afslaw.com**

***ELECTRONIC MAIL***

*(Counsel for the Official Committee of
Unsecured Creditors)*
Anthony M. Saccullo, Esq.
Mark T. Hurford, Esq.
Mary Augustine, Esq.
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, DE 19701
**Email: Ams@Saccullolegal.com;
Mark@Saccullolegal.com;
Meg@Saccullolegal.com**

***ELECTRONIC MAIL***

*(Counsel to Skybox Performance Marketing
LLC d/b/a Leads-IQ)*
Kevin M. Capuzzi
Juan E. Martinez
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
**Email: kcapuzzi@beneschlaw.com;
jmartinez@beneschlaw.com**