**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 149 & 151** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 10, 2023, I caused to be served the:

   a. "Notice of Successful Bidder," dated January 10, 2023 [Docket No. 149], (the "Bidder Notice"), and

   b. "Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale," dated January 10, 2023 [Docket No. 151], (the "Supplemental Cure Notice"),

by causing true and correct copies of the:

   i. Bidder Notice and Supplemental Cure Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Supplemental Cure Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   iii. Bidder Notice and Supplemental Cure Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
11th day of January, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

## Service List

| Claimant | Address Information |
| --- | --- |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON, DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |

**Total Creditor count: 3**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| AMERICAN EXPRESS TRAVEL RELATED | SERVICES COMPANY, INC. 200 VESEY STREET NEW YORK NY 10285 |
| CBC JOINT VENTURES PARTNERS | ADDRESS AVAILABLE UPON REQUEST |
| CBC JOINT VENTURES PARTNERS | COLUMBIA BUSINESS CENTER PARTNERS L.P. 750 PISMO STREET SAN LUIS OBISPO CA 93401 |
| COMEX CONSULTING SL | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC | C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES CA 90021 |
| NATURAL MERCHANTS INC | 1751 BERKELEY ST STUDIO 3 SANTA MONICA CA 90404 |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| SANTA BARBARA HIGHLANDS VINEYARD | C/O VITCOMP INC. ATTN: LINO BOZZANO 405 TRAFFIC WAY, UNIT A ARROYO GRANDE CA 93420 |

**Total Creditor count  8**

**EXHIBIT C**

WINC, INC., *et al* . Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |

**TOTAL 31**