IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to Summerland Wine Brands, a dba of Terravant Wine Company, LLC ("Summerland"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-captioned chapter 11 case (the "Chapter 11 Case"), and all papers served or required to be served in the Chapter 11 Case, be given and served upon:

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

| | |
|---|---|
| Justin Rawlins, Esq.<br>**PAUL HASTINGS LLP**<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>Telephone:  (310) 620-5700<br>Facsimile:  (310) 620-5899<br>Email: justinrawlins@paulhastings.com | Gregory A. Taylor, Esq.<br>**ASHBY & GEDDES, P.A.**<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 504-3710<br>Facsimile:  (302) 654-2067<br>Email:  gtaylor@ashbygeddes.com |

Cole Harlan, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: coleharlan@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of liquidation or reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned debtor and debtor in possession (the "Debtor"), Summerland, or the property of either of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of:  (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iv) the right to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  January 11, 2023<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 504-3710<br>Facsimile:  (302) 654-2067<br>Email: GTaylor@ashbygeddes.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Justin Rawlins, Esq. (*pro hac vice* admission forthcoming)<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>Telephone:  (310 620-5700<br>Facsimile:  (310) 620-5899<br>Email: justinrawlins@paulhastings.com<br><br>Cole Harlan, Esq. (*pro hac vice* admission forthcoming)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: coleharlan@paulhastings.com<br><br>*Co-Counsel to Summerland Wine Brands, a dba of Terravant Wine Company, LLC* |