**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 11th day of January 2023, a copy of the *Notice of Appearance and Request for Service of Notices and Papers* was served on all parties of record via CM/ECF.

Dated: January 11, 2023                        */s/ Gregory A. Taylor*
                                                        Gregory A. Taylor (DE Bar No. 4008)