# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.: 22-11238 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 11th day of January 2023, a true and correct copy of the *Official Committee of Unsecured Creditors' Notice of Deposition of Project Crush Acquisition Corp LLC Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030* was served via electronic mail on each of the individuals listed below:

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor<br>Matthew B. Lunn<br>Allison S. Mielke<br>1000 North King St.<br>Wilmington, DE, 19801<br>Mnestor@ycst.com<br>Mlunn@ycst.com<br>Amielke@ycst.com | United States Trustee<br>Jane M. Leamy<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Jane.M.Leamy@usdoj.gov |
| COOLEY LLP<br>Eric E. Walker<br>Joe Brown<br>110 N Wacker Dr., Suite 4200<br>Chicago, IL 60606<br>Ewalker@Cooley.com<br>Jbrown@Cooley.com | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Curtis S. Miller<br>1201 N Market Street, 16ht Floor<br>Wilmington, DE 19899-1347<br>dabbott@morrisnichols.com<br>cmiller@morrisnichols.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

Dated: January 11, 2023
Wilmington, Delaware

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone : (212) 457-5423
Email : George.Angelich@afslaw.com

Justin A. Kesselman (*Pro hac vice*)
James E. Britton (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
         James.Britton@afslaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*