**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.* | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals on the attached service list via email, or, where no email is listed, via US regular mail.

Dated: January 11, 2023

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)

Master Service List (as of 01/10/2023 06:00:32)

| NAME | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|
| ARENTFOX SCHIFF LLP | ATTN GEORGE P. ANGELICH, ESQ | 1301 AVENUE OF THE AMERICAS, 42ND FL | NEW YORK | NY | 10019 | george.angelich@afslaw.com |
| ARENTFOX SCHIFF LLP | ATTN J. KESSELMAN; J. BRITTON ESQ. | BOYLSTON STREET, 32ND FL | BOSTON | MA | 02199 | justin.kesselman@afslaw.com; james.britton@afslaw.com |
| BANC OF CALIFORNIA, NA | 3 MACARTHUR PLACE | | SANTA ANA | CA | 92707 | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN K. CAPUZZI; J. MARTINEZ | 1313 NORTH MARKET STREET, SUITE 1201 | WILMINGTON | DE | 19801 | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| BUCHALTER | ATTN WILLIAM SCHOENHOLZ & COLIN ROWE | 1000 WILSHIRE BLVD, STE 1500 | LOS ANGELES | CA | 90017-1730 | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR, STE 4200 | CHICAGO | IL | 60606 | EWALKER@COOLEY.COM |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR | CHICAGO | IL | 60606 | ewalker@cooley.com |
| COOLEY LLP | ATTN JOSEPH W BROWN | 55 HUDSON YARDS | NEW YORK | NY | 10001 | JBROWN@COOLEY.COM |
| Young Conaway Stargatt & Taylor, LLP | ATTN: M. NESTOR; M. LUNN & A. MIELKE | Rodney Square, 1000 North King St. | WILMINGTON | DE | 19801 | mnestor@ycst.com; mlunn@ycst.com; amielke@ycst.com; jbrooks@ycst.com; sborovinskaya@ycst.com |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 | | DOVER | DE | 19904 | |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI ESQ. | 1979 MARCUS AVENUE, SUITE 210E | LAKE SUCCESS | NY | 11042 | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | | | PHILADELPHIA | PA | 19101-7346 | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE ST., STE. 400 | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN DEREK C ABBOTT; CURTIS S MILLER | 1201 N MARKET ST, 16TH FL | WILMINTON | DE | 19899-1347 | dabbott@morrisnichols.com; cmiller@morrisnichols.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN CURTIS MILLER & DEREK ABBOTT | 1201 N MARKET ST, 16TH FL | WILMINGTON | DE | 19801 | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M PACHULSKI; MAXIM B LITVAK; JAMES E O'NEILL | 919 N MARKET ST, 17TH FL | WILMINGTON | DE | 19899-8705 | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| SECRETARY OF STATE | FRANCHISE TAX | PO BOX 898 | DOVER | DE | 19903 | |
| SECURITIES & EXCHANGE COMM-NY OFFICE | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281 | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | 1 PENN CTR | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | WASHINGTON | DC | 20549 | HELP@SEC.GOV |
| US TRUSTEE | 844 KING STREET, STE 2207 | | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |