# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WINC, INC., *et al.*, <br><br> Debtors.<sup>1</sup> | Chapter 11 <br><br> Case No.: 22-11238 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 11th day of January 2023, a true and correct copy of the *Official Committee of Unsecured Creditors' Notice of Deposition of Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030* was served via electronic mail on each of the individuals listed below:

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP <br> Michael R. Nestor <br> Matthew B. Lunn <br> Allison S. Mielke <br> 1000 North King St. <br> Wilmington, DE, 19801 <br> Mnestor@ycst.com <br> Mlunn@ycst.com <br> Amielke@ycst.com | United States Trustee <br> Jane M. Leamy <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> Jane.M.Leamy@usdoj.gov |

(Remainder of Page Intentionally Left Blank)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

Dated: January 11, 2023
       Wilmington, Delaware

      **A.M. SACCULLO LEGAL, LLC**

      */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone : (212) 457-5423
Email : George.Angelich@afslaw.com

Justin A. Kesselman (*Pro hac vice*)
James E. Britton (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
      James.Britton@afslaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*