## EXHIBIT B

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | January 5, 2023 |
| Billing Period through December 31, 2022 | | Invoice Number: | 50038934 |
| | | Matter Number: | 102647.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/22/22 | Computerized Legal Research -WESTLAW | 41.00 | 86.29 |
| 12/01/22 | Reproduction Charges | 21.00 | 16.80 |
| 12/01/22 | Reproduction Charges | 182.00 | 18.20 |
| 12/02/22 | Reproduction Charges | 7,264.00 | 726.40 |
| 12/02/22 | Delivery / Courier | 1.00 | 17.50 |
| 12/02/22 | Reproduction Charges | 56.00 | 44.80 |
| 12/02/22 | Secretary of State | 1.00 | 50.00 |
| 12/05/22 | Reproduction Charges | 7.00 | 0.70 |
| 12/05/22 | Reproduction Charges | 150.00 | 120.00 |
| 12/06/22 | Reproduction Charges | 1,768.00 | 176.80 |
| 12/06/22 | Reproduction Charges | 1,793.00 | 1,434.40 |
| 12/06/22 | Working Meals (including delivery service fee) | 2.00 | 408.73 |
| 12/06/22 | Delivery / Courier | 2.00 | 32.00 |
| 12/07/22 | Delivery / Courier | 1.00 | 14.50 |
| 12/07/22 | Reproduction Charges | 70.00 | 56.00 |
| 12/07/22 | Reproduction Charges | 46.00 | 4.60 |
| 12/08/22 | Reproduction Charges | 32.00 | 3.20 |
| 12/12/22 | Reproduction Charges | 18.00 | 1.80 |
| 12/13/22 | Reproduction Charges | 159.00 | 15.90 |
| 12/13/22 | Working Meals | 1.00 | 15.50 |
| 12/14/22 | Corporation Service Co. - UCC/Lien Search | 1.00 | 214.10 |
| 12/19/22 | Reproduction Charges | 46.00 | 36.80 |
| 12/20/22 | Reproduction Charges | 1,839.00 | 183.90 |
| 12/20/22 | Reproduction Charges | 151.00 | 120.80 |
| 12/20/22 | Delivery / Courier | 1.00 | 7.50 |
| 12/21/22 | Reproduction Charges | 84.00 | 67.20 |
| 12/21/22 | Reproduction Charges | 1,245.00 | 124.50 |
| 12/21/22 | Filing Fee | 1.00 | 188.00 |
| 12/21/22 | Deposition/Transcript | 1.00 | 526.35 |
| 12/22/22 | Reproduction Charges | 642.00 | 64.20 |
| 12/22/22 | Reproduction Charges | 1,310.00 | 1,048.00 |
| 12/22/22 | Working Meals (including delivery service fee) | 3.00 | 304.24 |
| 12/22/22 | Delivery / Courier | 1.00 | 17.50 |

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | January 5, 2023 |
| Billing Period through December 31, 2022 | | Invoice Number: | 50038934 |
| | | Matter Number: | 102647.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 12/22/22 | Working Meals | 1.00 | 46.00 |
| 12/23/22 | Title Search | 1.00 | 664.75 |
| 12/28/22 | Reproduction Charges | 32.00 | 3.20 |
| 12/29/22 | Reproduction Charges | 50.00 | 40.00 |
| 12/29/22 | Reproduction Charges | 506.00 | 50.60 |
| | **Total** | | **$6,905.76** |

| | |
|---|---|
| Winc, Inc. | Invoice Date: January 5, 2023 |
| Billing Period through December 31, 2022 | Invoice Number: 50038934 |
| | Matter Number: 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research -WESTLAW | 86.29 |
| Corporation Service Co. - UCC/Lien Search | 214.10 |
| Delivery / Courier | 89.00 |
| Deposition/Transcript | 526.35 |
| Filing Fee | 188.00 |
| Reproduction Charges | 4,358.80 |
| Secretary of State | 50.00 |
| Title Search | 664.75 |
| Working Meals | 728.47 |
| **Total** | **$6,905.76** |