# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: Winc, Inc., Debtor(s).

1751 Berkeley Street
Studio 3
Santa Monica, CA 90404
XXX-XX-

Case No. 22-11238 LSS
Chapter 11

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

/s/ Laura L. McCloud
Laura L. McCloud
Senior Assistant Attorney General
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-8933    Fax: 615-741-3334
Email: AGBankDelaware@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on January 13, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Laura L. McCloud
Laura L. McCloud
Senior Assistant Attorney General

Office of the U.S. Trustee
844 King St., Room 2207
Lock Box 35
Wilmington, Delaware 19899-0035

Matthew Barry Lunn
Attorney for the Debtor(s)
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19809