## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.: 22-11238 (LSS)<br>(Jointly Administered)<br><br>Hearing Date: February 23, 2023 @ 2:00 pm<br>Objection Deadline: January 27, 2023 @ 4:00 pm |

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE** that on January 13, 2023, the Official Committee of Unsecured Creditors of Winc, Inc. *et al.*, the above-captioned debtors and debtors-in-possession, filed the attached *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as its Co-counsel Effective as of December 15, 2022* (the "Application") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801 filed on or before **January 27, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the objection or response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **FEBRUARY 23, 2023 AT 2:00 PM** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

(Remainder of Page Intentionally Left Blank)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:   January 13, 2023               **A.M. SACCULLO LEGAL, LLC**

                                        */s/ Mark T. Hurford*
                                        27 Crimson King Drive
                                        Bear, DE 19701
                                        Telephone: (302) 836-8877
                                        Facsimile: (302) 836-8787
                                        Email: Mark@saccullolegal.com

                                        George P. Angelich (*Pro hac vice)*
                                        **ARENTFOX SCHIFF LLP**
                                        1301 Avenue of the Americas, 42nd Floor
                                        New York, NY 10019
                                        Telephone : (212) 457-5423
                                        Email : George.Angelich@afslaw.com

                                        Justin A. Kesselman (*Pro hac vice*)
                                        James E. Britton (*Pro hac vice*)
                                        **ARENTFOX SCHIFF LLP**
                                        800 Boylston Street, 32nd Floor
                                        Boston, MA 02199
                                        Telephone: (617) 973-6102
                                        Email: Justin.Kesselman@afslaw.com
                                                   James.Britton@afslaw.com

                                        *Proposed Counsel to the Official Committee of Unsecured Creditors*