**EXHIBIT A**

**DECLARATION OF ANTHONY M. SACCULLO**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 22-11238 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF ANTHONY M. SACCULLO IN SUPPORT OF
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF A.M. SACCULLO LEGAL, LLC,
AS ITS CO-COUNSEL, EFFECTIVE AS OF DECEMBER 15, 2022**

I, Anthony M. Saccullo, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. This Declaration is made pursuant to section 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, and is submitted in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC as its Co-Counsel Nunc Pro Tunc to December 15, 2022* (the "Application")[2] filed contemporaneously herewith.

2. I am a member of A.M. Saccullo Legal, LLC ("AMSL"), which maintains offices for the practice of law at 27 Crimson King Drive, Bear, Delaware 19701. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires supplementation, amendment, or modification upon AMSL's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be filed with the Court.

**AMSL's Connections and Disinterestedness**

4. AMSL maintains and systematically updates its client database (the "Client Database") in the ordinary course of business, and it is the regular practice of AMSL to make and maintain these records. The Client Database maintained by AMSL is designed to include every matter on which AMSL is now or has been engaged, the entity by which AMSL is now or has been engaged and, in each instance, the identity of related parties and adverse parties and the name of the attorney at AMSL that is knowledgeable about the matter. It is the policy of AMSL that no new matter may be accepted or opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, the Client Database is regularly updated for every new matter undertaken by AMSL.

5. To ascertain AMSL's "connections," as that term is used in Federal Rule of Bankruptcy Procedure 2014, with the Debtors and other parties-in-interest, or for any conflicts, an electronic search was run on the list attached hereto as Schedule 1 (the "Potentially Interested Parties"). I reviewed the results of that electronic search. In additional, I personally reviewed the Potentially Interest Parties list. Last, the Potentially Interested Parties list was sent via email to all attorneys at AMSL for their individual review and response.

6. To the best of my knowledge and information after due inquiry, other than as set forth on Schedule 2, neither AMSL nor any of its attorneys has any connection with the Potentially

Interested Parties. AMSL will supplement this declaration if it becomes aware of any other relationships that require disclosure in this case.

7. Based on the above, to the best of my knowledge, information and belief after reasonable inquiry, AMSL is disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, AMSL, nor any of its members, special counsel or associates:

(a) are creditors, equity security holders or insiders of the Debtors;

(b) are or within two years before the Petition Date were, a director, officer, or employee of the Debtors; or

(c) have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason.

8. As part of its practice, AMSL appears in many cases, proceedings, and transactions involving many different attorneys, counsel, accountants, financial consultants, and investment bankers, some of which now or in the future may represent claimants and parties in interest in this case. I have advised the Committee that AMSL has not and will not represent any such entities in relation to the Debtors' cases and that AMSL does not have any relationship with any such entities that would be adverse to the Committee or its interests in the matters upon which AMSL is to be employed.

9. If AMSL (i) discovers any information that is contrary to or pertinent to the statements made herein or (ii) discovers any connection with any interested party or enters any new relationship with any interested party, AMSL will promptly disclose such information to the Committee and file and serve a supplemental declaration with the Court.

### AMSL's Rates and Billing Practices

10. I have advised the Committee that AMSL intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in

connection with this case, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the U.S. Trustee Guidelines, and any administrative compensation order entered in this case. The proposed rates of compensation, subject to final Court approval, are the customary hourly rates in effect when services are performed by the attorneys, legal assistants, and staff who provide services to the Committee. These hourly rates are subject to periodic adjustment and the Committee has been advised of that fact. As set forth in the Order, AMSL will (i) provide ten (10) days' notice to the Debtors, Committee and the U.S. Trustee before implementing any rate increases, and (ii) file any such notice with the Court.

11. The hourly rates and corresponding rate structure AMSL will use in this case are the same as the hourly rates and corresponding rate structure that AMSL uses in other restructuring matters, as well as similar complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

12. For calendar year 2022, AMSL's ordinary hourly rates ranged from $485 to $550 per hour for attorneys. AMS does not employ para-professionals—the services customarily rendered by paraprofessionals are rendered by a third-party service provider, at a pre-negotiated expense. These expenses are passed through to the estates without mark-up for AMSL. For calendar year 2023, AMSL's ordinary hourly rates will range from $525 to $605 per hour for attorneys. The primary attorneys that will work on this representation and their respective hourly rates, for both 2022 and 2023, are as follows:

| Professional | Position | 2022 Hourly Rate | 2023 Hourly Rate |
|---|---|---|---|
| Anthony M. Saccullo | Founder | $550 | $605 |
| Mark T. Hurford | Attorney[2] | $515 | $565 |
| Thomas Kovach | Attorney | $515 | $565 |
| Mary (Meg) Augustine | Attorney | $485 | $525 |

13. Other attorneys may render services to the Committee as needed.

14. In addition to the hourly rates, it is AMSL's policy to charge its clients in all areas of practice for the expenses incurred in connection with the client's case, including, among other things, court appearance fees, video conference expenses, teleconference charges, fax transmissions, postage, messenger and express mail charges, special or hand-delivery charges, photocopying charges, filing fees, travel expenses, expenses for work-related meals, the catering of meetings and business meetings, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime and late-night transportation, where necessary to meet deadlines and client expectations. AMSL will charge the Debtors' estates for expenses incurred by AMSL on behalf of the Committee in a manner and at rates consistent with charges made generally to AMSL's other clients and in a manner consistent with the local bankruptcy rules and orders of this Court.

15. AMSL currently charges its clients $0.10 per page for standard duplication in its offices. AMSL does not charge its clients for incoming facsimile transmissions. AMSL has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is AMSL's only method of research. AMSL has advised the Committee that it will

---

[2] Mr. Hurford, Mr. Kovach and Ms. Augustine are special counsel to AMSL, who are compensated as independent contractors of AMSL based, in substantial part, on fees received by AMSL from Mr. Hurford's, Mr. Kovach's and Ms. Augustine's practice. Substantially all of Mr. Hurford's, Mr. Kovach's and Ms. Augustine's legal services are rendered through AMSL; Mr. Hurford, Mr. Kovach and Ms. Augustine are regular attorneys of AMSL; their practices are fully integrated into AMSL and are featured attorneys on AMSL's marketing materials.

charge all costs and expenses in accordance, and only to the extent consistent, with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the U.S. Trustee Guidelines.

16. AMSL did not receive any retainer from the Debtors, the Committee, or any other entity in this case. Other than as set forth herein, there is no proposed arrangement to compensate AMSL. AMSL has not shared or agreed to share (i) any compensation it has received or may receive with any other party or person, other than with the attorneys of AMSL, or (ii) any compensation another person or party has received or may receive.

C. **Scope of Employment**

17. The services AMSL has rendered and may be required to render for the Committee include, without limitation, the following:

    a. providing legal advice regarding local rules, practices, and procedures;

    b. reviewing and commenting on drafts of documents to ensure compliance with local rules, practices, and procedures;

    c. filing documents as requested by Committee counsel and coordinating for service of documents;

    d. preparing certificates of no objection, certifications of counsel, and related documents;

    e. appearing in Court and at any meeting of creditors on behalf of the Committee in its capacity as co-counsel to the Committee;

    f. monitoring the docket for filings and coordinating with ArentFox, and any other counsel to the Committee, on pending matters that need responses;

    g. assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims;

    h. assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' businesses;

  i.  assisting the Committee in its investigation of the liens and claims of the Debtors' lenders and the prosecution of any claims or causes of action revealed by such investigation;

  j.  assisting the Committee in its analysis of, and negotiations with, the Debtors or any third-party concerning matters related to, among other things, the assumption or rejection of leases of nonresidential real property and executory contracts, asset dispositions, financing or other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

  k.  assisting and advising the Committee in communicating with unsecured creditors regarding significant matters in these Chapter 11 Cases;

  l.  reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

  m.  maintaining critical dates memorandum to monitor pending applications, motions, hearing dates and other matters and the deadlines associated with same and any necessary coordination for pending matters;

  n.  performing such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law; and

  o.  providing additional support to ArentFox, and any other counsel to the Committee, as requested.

18. AMSL has and will continue to coordinate the division of labor with the Committee's other professionals to ensure there is no unnecessary duplication of services.

19. By reason of the foregoing, I believe AMSL is eligible for employment and retention, effective as of December 15, 2022, as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code and the applicable Bankruptcy Rules.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2023        */s/ Anthony M. Saccullo*
                  Anthony M. Saccullo, Esq.

**SCHEDULE 1 TO DECLARATION OF ANTHONY M. SACCULLO**
**LIST OF POTENTIAL INTERESTED PARTIES**

<u>Debtors</u>

Winc, Inc. (d/b/a Club W, Inc.)
BWSC, LLC
Winc Lost Poet, LLC

<u>Directors and Officers</u>

Brault, Carol
Delong, Patrick
Green, Erin
Joukovski, Laura
McFarlane, Geoffrey
Pinney, Alesia
Smith, Brian
Thompson, Mary Pat
Weng, Xiangwei

<u>Significant Equity Holders</u>

15 Angels II LLC
Bessemer Venture Partners VIII Institutional L.P.
Bessemer Venture Partners VIII L.P.
CFJ Palate Holdings LLC
Cool Japan Fund Inc.
Deer VIII & Co. L.P.
Deer VIII & Co. Ltd.
Dream Catcher Investments
Dreamer Pathway Limited (BVI)
GoBlue Ventures LLC
McFarlane, Geoffrey
Rice Wine Ventures LLC
Sake Ventures LLC
Shining Capital Holdings II L.P.
Shining Capital Management III Limited
Shiningwine Limited (BVI)
Smith, Brian
Wahoowa Ventures LLC
Weng, Xiangwei

<u>Ordinary Course Professionals</u>

Latham & Watkins LLP
Holland & Hart LLP

<u>Banks/Lenders/UCC Lien Party</u>

Banc of California, N.A.

<u>Debtors' Professionals</u>

Canaccord Genuity Group, Inc.
Epiq Corporate Restructuring, LLC
RPA Asset Management Services, LLC
Young Conaway Stargatt & Taylor, LLP

<u>Material Vendors and Contract Counterparties</u>

American Stock Transfer & Trust Company, LLC
Artisan Brands, LLLP
Ascentis Corporation
Atelier Copain LLC (d/b/a Punchdown Cellars)
Avalara, Inc.
CompIntelligence, Inc.
CTF Clear Finance Technology Corp. (d/b/a Clearco)
Eagles Stadium Operator, LLC
Field, Edward
Imperial Parking Industries Inc.
International Wines, Inc.
Konica Minolta Business Solutions U.S.A., Inc.
LangeTwins Wine Company, Inc.
Marketplace Selections, Incorporated
Miller Family Wine Company, LLC
National Merchants, Inc.
Oracle America, Inc.
Paypal, Inc. (d/b/a Braintree)
Philadelphia Eagles, LLC
Republic National Distributing Company, LLC
Synergy North America Inc.

Landlords/Sublessees

1515 Garnet Mine Road Holdings Limited Partnership
CCF PS Alla Owner, LLC
Columbia Business Center Partners L.P.
Last Mile Management
Rosenstein Henry, LLC
Squarespace, Inc.
Thrive Market, Inc.
West LA Alla Commonwealth, LLC
West LA Venture Commonwealth LLC


Insurers/Brokers

ACE American Insurance Company
Allied World Insurance Company
Axis Insurance Company
Endurance American Insurance Company
FIRST Insurance Funding
Guardian Life Insurance Company of America
IMA of Colorado, Inc.
Kaiser Permanente
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, PA
The Continental Insurance Company
Transportation Insurance Company
Travelers Casualty and Surety Company of America
United Healthcare
Valley Forge Insurance Company
Woodruff-Sawyer & Co.

Utilities

AT&T, Inc.
Charter Communications (Spectrum)
Comcast Corp.
Waste Management of Pennsylvania, Inc.

T. Elenteny Holdings, LLC (d/b/a T. Elenteny Imports)
Terravant Wine Company, LLC
Testany, Inc.
The Bacchus Group Inc.
Weibel Incorporated
Young's Market Company, LLC
Zendesk, Inc.


Top 30 Unsecured Creditors

Meta Platforms, Inc
JF Hillebrand USA Inc. (dba Hillebrand)
FedEx Corporation
La Cantina Pizzolato S.R.L.
Landsberg
LangeTwins Family Winery & Vineyards
Famille Chaudière
Impact Tech, Inc.
SP Comino, LLC
Michlits Werner GmbH
Total Quality Logistics, LLC
Allegis Group Holdings, Inc. (Aerotek, Inc.)
Brex Inc.
Douglas R. Circle (dba Rancho Cañada de los Pinos)
Terravant/Summerland
Domo, Inc
8020 Consulting LLC
Conexus Search LLC
Google, Inc.
Power Digital Marketing, Inc.
Awesome OS, Inc. (Offsourcing, Inc.)
Atticus Publishing, LLC
Laffort USA, Inc.
Republic National Distributing Company of CA (RNDC CA)
Mendocino Wine Co.
Kaiser Consulting, LLC
Los Angeles Philharmonic Association
Datasite LLC
Vin-Global LLP
Toppan Merrill USA Inc.

2

Governmental and Taxing Authorities

Alabama Alcoholic Beverage Control Board
Alabama Department of Labor
Alabama Department of Revenue
Alabama Securities Commission
Alaska Department of Labor
Alaska Department of Revenue
Alaska Division of Banking & Securities
Alcohol & Marijuana Control Office
Alcohol and Tobacco Commission
Alcohol Beverage Control Bureau
Alcoholic Beverage Control Administration
Alcoholic Beverage Control Enforcement
Alcoholic Beverage Control Office
Alcoholic Beverage Law Enforcement Commission (ABLE)
Alcoholic Beverage Regulation Administration
Alcoholic Beverages Control Commission
Arizona Department of Finance and Administration
Arizona Department of Liquor Licenses and Control
Arizona Department of Revenue
Arkansas Department of Labor
Arkansas Securities Department
Bureau of Alcoholic Beverages and Lottery Operations
California Department of Toxic Substances Control
California Air Resources Board
California Board of Equalization
California Department Consumer Affairs
California Department of Alcoholic Beverage Control
California Department of Business Oversight
California Department of Conservation
California Department of Healthcare
California Department of Tax and Fee Administration
California Department of Water Resources
California Environmental Protection
California Franchise Tax Board
California Integrated Waste Management Board
California State Controller Office

Florida Office of Financial Regulation
Georgia Department of Labor
Georgia Department of Revenue Alcohol & Tobacco Tax Division
Georgia Governor's Office
Guam Attorney General
Guam Department of Labor
Hawaii Department of Commerce
Hawaii Department of Labor and Industrial Relations
Hawaii Department of Taxation
Hawaii Securities Branch
Hawaii City & County of Honolulu
Hawaii County of Kauai
Hawaii County of Maui
Idaho Department of Labor
Idaho State Liquor Dispensary
Idaho State Tax Commission
Illinois Alcohol, Tobacco and Fuel Division
Illinois Chicago Department of Finance
Illinois Department of Labor
Illinois Department of Revenue
Illinois Liquor Control Commission
Illinois Securities Department
Indiana Department of Labor
Indiana Department of Revenue
Indiana Securities Division
Industrial Commission of Arizona
Iowa Alcoholic Beverages Division
Iowa Department of Revenue
Iowa Insurance Division
Iowa Workforce Development
Kansas Department of Labor
Kansas Department of Revenue Alcohol Beverage Control
Kansas Liquor Enforcement Tax
Kansas Miscellaneous Tax
Kansas Securities Commissioner
Kentucky Alcoholic Beverage Control Department
Kentucky Department of Revenue
Kentucky Labor Cabinet
Kentucky Securities Division
Louisiana Department of Revenue
Liquor Commission City and County of

California Unemployment Insurance  
Centers for Disease Control & Prevention  
Central District of California  
City of Santa Monica, CA  
Colorado Department of Labor and Employment  
Colorado Department of Revenue  
Colorado Department of Revenue-Liquor Enforcement Division  
Colorado Division of Securities  
Commonwealth of Massachusetts  
Commonwealth of Puerto Rico Attorney General  
Comptroller of Maryland  
Connecticut Department of Consumer Protection  
Connecticut Department of Labor  
Connecticut Department of Revenue Services  
Connecticut Securities and Business  
Connecticut Commissioner of Revenue Services  
Connecticut State Treasurer  
Delaware Department of Justice  
Delaware Department of Labor  
Delaware Division of Revenue  
Delaware Investor Protection Unit  
Department of Liquor Control County of Hawaii  
Department of Liquor Control County of Kauai  
District of Columbia  
District of Columbia Attorney General District of Columbia Department of Employment Services  
District of Columbia Treasurer  
Division of Alcohol and Tobacco Control  
Division of Alcoholic Beverages & Tobacco  
Division of Commercial Licensing and Regulation Liquor Enforcement and Compliance  
Division of Liquor Control  
Division of Special Taxes  
Eastern District of California Eastern District of Pennsylvania  
Environmental Protection Agency - Region 3  
Environmental Protection Agency - Region 9  
Federal Trade Commission  
Florida Department of Labor  
Florida Department of Revenue  
Florida Division of Alcoholic Beverages and Tobacco  
Honolulu  
Louisiana Department of Revenue Alcohol and Tobacco Control Office  
Louisiana Securities Division  
Louisiana Workforce Commission  
Maine Bureau of Alcoholic Beverages and Lottery Op  
Maine Bureau Consumer Credit Protection  
Maine Department of Labor  
Maine Division of Liquor Licensing  
Maine Liquor Licensing & Inspection Unit  
Maine Office of Securities  
Maine Revenue Services Maryland Department of Labor  
Maryland Field Enforcement Division  
Maryland Office of the Comptroller  
Maryland Worcester County Liquor Control Board  
Massachusetts Alcohol & Bev. Control  
Massachusetts Department of Labor  
Massachusetts Department of Revenue  
Massachusetts Office of Consumer Affairs  
Massachusetts Securities Division  
Michigan Department of Licensing & Regulatory Affairs  
Michigan Corporations, Securities  
Michigan Department of Treasury  
Michigan Liquor Control Commission  
Michigan Workforce Development Agency  
Middle District of Pennsylvania  
Minnesota Department of Labor and Industry  
Minnesota Department of Public Safety Alcohol and Gambling Enforcement Division Minnesota Department of Revenue Mississippi Department of Agriculture Mississippi Department of Employment Security  
Mississippi Securities Division Mississippi State Tax Commission  
Missouri Department of Labor  
Missouri Department of Revenue  
Montana Commissioner of Securities  
Montana Department of Labor and Industry  
Montana Department of Revenue

Montana Liquor License Bureau
Montana Office of Consumer Protection
Montgomery County Alcohol Beverage Services
Nebraska Department of Revenue
Nebraska Bureau of Securities
Nebraska Department of Labor
Nebraska Department of Revenue
Nebraska Liquor Control Commission
Negociado de Impuesto al Consumo
Nevada Consumer Affairs
Nevada Department of Taxation
Nevada Department of Taxation -Sales/Use
Nevada Office of the Labor Commissioner
New Hampshire Bureau of Securities Regulations
New Hampshire Department of Labor
New Hampshire Department of Revenue Admin
New Hampshire State Liquor Commission
New Jersey Bureau of Securities
New Jersey Department of Labor
New Jersey Department of Law and Public Safety Division of Alcoholic Beverage Control
New Jersey Department of the Treasury
New Mexico Department of Labor
New Mexico Regulation & Licensing Department
New Mexico Securities Division
New Mexico Taxation and Revenue
New York Department of Finance
New York Investor Protection Bureau
New York State Department of Labor
New York State Department of State
New York State Liquor Authority Division of Alcoholic Beverage Control
New York State Sales Tax Processing
North Carolina Alcoholic Beverage Control Commission
North Carolina Department of Labor
North Carolina Department of Revenue
North Carolina Department of Agriculture
North Carolina Department of Revenue
North Carolina Securities Division
North Dakota Department of Labor
North Dakota Office of State Tax

North Dakota Securities Department
North Dakota Tax Commissioner
Northern District of California
Northern Mariana Islands Attorney Gen
Occupational Safety & Health Admin.
Office of Secretary of State of California
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Alabama
Office of Secretary of State of Alaska
Office of Secretary of State of American Samoa
Office of Secretary of State of Arizona
Office of Secretary of State of Arkansas
Office of Secretary of State of California
Office of Secretary of State of Colorado
Office of Secretary of State of Connecticut
Office of Secretary of State of Delaware
Office of Secretary of State of District of Columbia
Office of Secretary of State of Florida
Office of Secretary of State of Georgia
Office of Secretary of State of Guam
Office of Secretary of State of Hawaii
Office of Secretary of State of Idaho
Office of Secretary of State of Illinois
Office of Secretary of State of Indiana
Office of Secretary of State of Iowa
Office of Secretary of State of Kansas
Office of Secretary of State of Kentucky
Office of Secretary of State of Louisiana
Office of Secretary of State of Maine
Office of Secretary of State of Maryland
Office of Secretary of State of Massachusetts
Office of Secretary of State of Michigan
Office of Secretary of State of Minnesota
Office of Secretary of State of Mississippi
Office of Secretary of State of Missouri
Office of Secretary of State of Montana
Office of Secretary of State of Nebraska
Office of Secretary of State of Nevada
Office of Secretary of State of New Hampshire
Office of Secretary of State of New Jersey
Office of Secretary of State of New Mexico
Office of Secretary of State of New York
Office of Secretary of State of North Carolina
Office of Secretary of State of North Dakota

Commissioner
Office of Secretary of State of Oklahoma
Office of Secretary of State of Oregon
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Puerto Rico (PDP)
Office of Secretary of State of Rhode Island
Office of Secretary of State of South Carolina
Office of Secretary of State of South Dakota
Office of Secretary of State of Tennessee
Office of Secretary of State of Texas
Office of Secretary of State of U.S. Virgin Islands
Office of Secretary of State of Utah
Office of Secretary of State of Vermont
Office of Secretary of State of Virginia
Office of Secretary of State of Washington
Office of Secretary of State of West Virginia
Office of Secretary of State of Wisconsin
Office of Secretary of State of Wyoming
Office of Tax and Revenue
Office of the Alcoholic Beverage Control Commissioner
Ohio Bureau of Employment Services
Ohio Department of Commerce
Ohio Department of Liquor Control
Ohio Department of Taxation
Ohio Division of Securities
Oklahoma Department of Consumer Credit
Oklahoma Department of Labor
Oklahoma Securities Commission
Oklahoma Tax Commission
Oregon Bureau of Labor and Industries
Oregon Department of Justice
Oregon Department of Revenue
Oregon Division of Financial Regulation
Oregon Liquor Control Commission
Pennsylvania Department of Banking
Pennsylvania Department of Revenue
Pennsylvania Department of Human
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pennsylvania Liquor Control Board
Pennsylvania Office of Attorney General
Pennsylvania State Treasury
Pension Benefit Guaranty Corp
Puerto Rico Department De Asuntos
Puerto Rico Department of Labor
Office of Secretary of State of Ohio
Rhode Island Department of Business
Rhode Island Department of Labor and Training
Rhode Island Division of Taxation
Securities and Exchange Commission
Society for Corporate Governance
South Carolina Department of Labor
South Carolina Department of Revenue & Taxation
South Carolina Securities
South Dakota Department of Labor
South Dakota Department of Revenue
South Dakota Division of Insurance
Southern District of California
State of Alabama Attorney General
State of Alaska Attorney General
State of American Samoa Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California
State of California Attorney General
State of California Labor
State of Colorado Attorney General
State of Connecticut
State of Connecticut Attorney General
State of Delaware
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General

State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General
State of South Carolina Attorney General
State of South Dakota
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virgin Islands Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Liquor Control Board
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
Tennessee Alcoholic Beverage Commission
Tennessee Department of Commerce
Tennessee Department of Labor
Tennessee Department of Revenue
Tennessee Securities Division
Texas Alcoholic Beverage Commission
Texas Comptroller of Public Accounts
Texas State Comptroller
Texas State Securities Board
Texas Workforce Commission
U.S. Department of State
U.S. Dept Health & Human Services
U.S. Consumer Product Safety Commission
U.S. Customs and Border Protection
U.S. Department of Agriculture
U.S. Department of Justice
U.S. Department of the Treasury Alcohol and
State of Missouri Attorney General
U.S. Department of Treasury
U.S. Environmental Protection Agency
U.S. Food and Drug Administration
United States Department of Labor
United States Internal Revenue Service
United States Treasury
Utah Department of Alcoholic Beverage Control
Utah Department of Commerce
Utah Division of Securities
Utah Labor Commission
Utah State Tax Commission
Vermont Agency of Agriculture, Food
Vermont Department of Labor and Industry
Vermont Department of Taxes
Vermont Securities Division
Virgin Islands Department of Labor
Virgin Islands Department of Licensing
Virginia Alcoholic Beverage Control Authority
Virginia Department of Alcoholic Beverage Control
Virginia Department of Taxation
Virginia Division of Labor and Industry
Virginia Division of Securities & Retail Franchising
Washington Department of Labor and Industries
Washington Department of Revenue
Washington Securities Division
Washington State Department of Revenue
Washington State Liquor Control Board
Washington State Liquor and Cannabis Board
West Virginia Alcohol Beverage Control Commission Enforcement & Licensing Division
West Virginia Division of Labor
West Virginia Securities Commission
West Virginia State Tax Department
Western District of Pennsylvania
Wisconsin Alcohol & Tobacco Enforcement
Wisconsin Department of Agriculture
Wisconsin Department of Revenue
Wisconsin Department of Workforce Development
Wisconsin Division of Securities


Tobacco Tax and Trade Bureau
Wyoming Liquor Commission
Wyoming Liquor Division
Wyoming Department of Revenue

Bankruptcy Judges

Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

Office of the United States Trustee

Casey, Linda
Fox, Timothy J., Jr.
Hackman, Benjamin
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Vara, Andrew
Villagrana, David

## **SCHEDULE 2 TO DECLARATION OF ANTHONY M. SACCULLO**

| | |
|---|---|
| Delaware Department of Justice | AMSL renders mediation services pursuant to a mandatory mediation program that is administered by the Delaware Department of Justice. |
| | AMSL is an approved vendor, by the Delaware Department of Justice, to provide certain environmental litigation services for the State of Delaware. To date, no such services have been provided. |