IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 22-11238 (LSS)<br>(Jointly Administered)<br><br>Hearing Date: February 23, 2023 @ 2:00 pm<br>Objection Deadline: January 27, 2023 @ 4:00 pm |

### NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARENTFOX SCHIFF LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 15, 2022

**PLEASE TAKE NOTICE** that on January 13, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Winc, Inc., *et al*., filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 15, 2022* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Application or the relief requested therein must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 27, 2023 at 4:00 PM (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Committee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **FEBRUARY 23, 2023 AT 2:00 PM (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 13, 2023

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
**A.M. SACCULLO LEGAL, LLC**
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

-and-

George P. Angelich (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: George.Angelich@afslaw.com

Justin A. Kesselman *(pro hac vice)*
James E. Britton *(pro hac vice)*
**ARENTFOX SCHIFF LLP**
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
James.Britton@afslaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*