## EXHIBIT A

AFDOCS:26711337.3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF GEORGE P. ANGELICH IN SUPPORT OF APPLICATION**
**FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**ARENTFOX SCHIFF LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 15, 2022**

George P. Angelich, hereby declares under penalty of perjury:

1.      I am a partner in the New York office of ArentFox Schiff LLP ("ArentFox Schiff"), a law firm which employs approximately 670 attorneys and maintains an office for the practice of law at 1301 Avenue of the Americas, 42nd Floor, New York, NY, as well as offices in Washington, DC; Los Angeles, CA; San Francisco, CA; Boston, MA; Chicago, IL; Lake Forest, IL; and Ann Arbor, MI.

2.      Except as otherwise stated, I am fully familiar with the facts hereinafter stated, and am authorized to and hereby make this declaration (the "Angelich Declaration") in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Winc, Inc., *et al*. and its debtor affiliates (collectively, the "Debtors") appointed pursuant to section 1102 of title 11 of the United States Code §§ 101 *et seq*. (the "Bankruptcy Code") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for an order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

authorizing the employment and retention of ArentFox Schiff as counsel to the Committee *nunc pro tunc* to December 15, 2022, and to provide certain disclosures required under sections 328(a), 504 and 1103(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules for the United Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C § 330 by Attorneys in Larger Chapter 11 Cases*, issued by the Executive Office for the United States Trustee, effective as of November 1, 2013 (the "U.S. Trustee Guidelines").

3.     The information contained in this Angelich Declaration is of my own personal knowledge, discussions with my partners, associates, and staff at ArentFox Schiff, or is derived from my review of the files in these Chapter 11 Cases.[3]

4.     All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and are sufficiently competent to handle whatever might foreseeably be expected of the Committee's counsel in this matter.

## ArentFox Schiff's Disinterestedness

5.     Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of ArentFox Schiff and I are disinterested parties within the meaning of section 101(14) of the Bankruptcy Code (as modified by section 1103(b) of the Bankruptcy Code), and have no interest adverse to the Committee, or the Debtors or its estates in these Chapter 11 Cases.  Although ArentFox Schiff from time to time has represented and in

---

[3] Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather, within the personal knowledge of other attorneys or staff at ArentFox Schiff, and are based on information provided by them to me.

the future may represent various entities that are creditors of the Debtors or otherwise had or have an interest in this proceeding in matters that were, except as described below, wholly unrelated to these proceedings, ArentFox Schiff will not represent any creditors or parties-in-interest in connection with these Chapter 11 Cases other than the Committee. ArentFox Schiff will not represent any entity other than the Committee in these Chapter 11 Cases.

6.      ArentFox Schiff will continue to review the parties-in-interest in these proceedings and will make every effort to disclose all connections to these parties as they become known to ArentFox Schiff. Although it is not possible to guarantee that each and every connection is disclosed at this early juncture, ArentFox Schiff will file additional and supplemental disclosure statements as the need arises.

A.    **ArentFox Schiff's Conflict Check System**

7.      In connection with preparing this Declaration, ArentFox Schiff submitted the names of parties-in-interest in these Chapter 11 Cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by ArentFox Schiff. ArentFox Schiff obtained the list of the Parties-in-Interest from the Debtors and various papers filed in these cases by the Debtors. ArentFox Schiff maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by ArentFox Schiff is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of ArentFox Schiff that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the

prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by ArentFox Schiff.

8.    The Parties-in-Interest which ArentFox Schiff submitted to its conflict database include the following categories derived from various pleadings and docket entries, including a list of parties-in-interest provided by Debtors' counsel:

(a)    Debtors;

(b)    Directors and/or Officers;

(c)    Equity Holders;

(d)    Debtors' Professionals;

(e)    Ordinary Course Professionals;

(f)    Secured Creditor/Lenders;

(g)    Vendors/Contract Counterparties

(h)    Landlords/Sublessees;

(i)    Insurers/Brokers;

(j)    Utility Providers;

(k)    Top 30 Unsecured Creditors;

(l)    United States Bankruptcy Judges (Dist. of Del.);

(m)    United States District and Magistrate Judges (Dist. of Del.); and

(n)    United States Trustee and Staff, Region 3 (Wilmington, DE Office).

9.    A list of the Parties-in-Interest submitted to the conflict check system is attached hereto as Exhibit 1.

10.    Federal Rule of Bankruptcy Procedure 2014(a) requires the disclosure of all "connections" with the Debtors, creditors, the U.S. Trustee, and other parties in interest, to the best of an applicant's knowledge.  However, the term "connection" is not precisely defined in

either the text of the rule or Second Circuit case law, and authorities acknowledge that the definition requires interpretation specific to the facts of each case.  9 Collier on Bankruptcy ¶ 2014.05 (16th 2020).  Accordingly, ArentFox Schiff's standard procedures for evaluating actual and potential conflicts of interest may not encapsulate the full realm of potential connections to parties in this proceeding.  ArentFox Schiff will use reasonable best efforts to ascertain and disclose material connections in this case.

**B.**    **ArentFox Schiff's Relationship With Parties-In-Interest**

11.    ArentFox Schiff appears in many cases involving a substantial number of the Debtors' creditors, parties-in-interest and professionals. To the extent that the above-described search indicated that ArentFox Schiff has a relationship with any searched entity, such relationship is disclosed in Exhibit 2 which contains a list of the Parties-in-Interest that ArentFox Schiff and its partners, counsel, associates, and employees has any connection to, including those it represented, currently represents, or are or were adverse to ArentFox Schiff in matters wholly unrelated to the Debtors and its estates.  None of the Parties-in-Interest listed in Exhibit 2 accounted for 1% or more of ArentFox Schiff's revenue during the 12 month period prior to December 15, 2022.  ArentFox Schiff has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases.

12.    ArentFox Schiff also made a general inquiry of all partners and employees of the firm requesting disclosure of any relationship with: (a) any Bankruptcy Judge, District Judge, or Magistrate Judge for the District of Delaware; or (b) any trial attorneys and staff in the Wilmington, Delaware office of the United States Trustee of Region 3 and the Assistant United States Trustee of the District of Delaware. ArentFox Schiff attorneys regularly appear before this Court and the United States District Court for the District of Delaware, however, except as

disclosed herein or in Exhibit 2, no attorney or employee at the firm is related to any United States Bankruptcy Judge, District Court Judge, or Magistrate Judge for the District of Delaware or to trial attorneys in the Office of the United States Trustee for such district or to any employee in the office thereof. The proposed employment of ArentFox Schiff is not prohibited by or improper under Bankruptcy Rule 5002.

13.    ArentFox Schiff also conducted a conflicts search with respect to all members of the Committee.  To the extent such searches indicated that ArentFox Schiff has or had a relationship with any such entity, the identity of such entity and ArentFox Schiff's relationship therewith is set forth herein and on Exhibit 2.

14.    From time to time, ArentFox Schiff interacts with certain of the professional firms that have been or are proposed to be employed by the Debtors or other Parties-in-Interest in these Chapter 11 Cases.  For example, Young Conaway Stargatt & Taylor, LLP has appeared opposite or alongside ArentFox Schiff on numerous prior occasions in bankruptcy cases. CohnReznick has been retained by ArentFox Schiff or ArentFox Schiff's clients in connection with unrelated matters.  Except as set forth on Exhibit 2, to the best of my knowledge, ArentFox Schiff has not represented any of the firms set forth on Exhibit 1.

15.    The Debtors have numerous relationships and creditors.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any connection or conflict, including the efforts outlined above, ArentFox Schiff is unable to state with certainty which of its clients or such clients' affiliates hold claims or otherwise are parties in interest in this case.  ArentFox Schiff (i) is carrying on further inquiries with respect to the matters contained herein, (ii) will continue monitoring its database with respect to any new clients, and (iii) will file additional and supplemental disclosure statements in the event

ArentFox Schiff becomes aware of any additional connections. If ArentFox Schiff discovers any information that is contrary or pertinent to the statements made herein, ArentFox Schiff will promptly disclose such information to the Court on notice to the U.S. Trustee and such other parties in interest as may be required under noticing procedures applicable to this case.

**<u>Normal Hourly Rates and Disbursement Policy</u>**

16.   ArentFox Schiff has not agreed to share (i) any compensation it may receive with another party or person, other than with the partners and associates of ArentFox Schiff, or (ii) any compensation another person or party has received or may receive.

17.   Subject to this Court's approval in accordance with section 330(a) of the Bankruptcy Code, ArentFox Schiff will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered, and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith.

18.   The following are the current hourly rates ArentFox Schiff will charge in this case, which are consistent with ArentFox Schiff's hourly rates for work of this nature for both bankruptcy clients and non-bankruptcy clients:

| | | |
|---|---|---|
| (a) | Partners: | $665 - $1,310 |
| (b) | Of Counsel: | $635 - $1,220 |
| (c) | Associates: | $515 - $795 |
| (d) | Paraprofessionals: | $165 - $450 |

The hourly rates of attorneys working on the case include: George Angelich $860.00; Justin Kesselman $660.00; and James Britton $570.00.

19.   The rates set forth above are subject to periodic review and adjustment and are set at a level designed to compensate ArentFox Schiff fairly for the work of its attorneys and

paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is ArentFox Schiff's policy to charge its clients in all areas of practice for all other expenses incurred in connection with their clients' cases. The expenses charged to clients include, among other things, telecommunications, express mail, messenger services, photocopying costs, travel expenses, working meals, computerized research, and transcription costs. ArentFox Schiff will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to ArentFox Schiff's other clients. ArentFox Schiff believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

20.     ArentFox Schiff intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and applicable procedures and Orders of this Court. Compensation will be payable to ArentFox Schiff in compliance with the above rules and provisions, on an hourly basis, plus reimbursement of actual and necessary costs and expenses incurred by ArentFox Schiff.

21.     In the event that the Committee retains a confidential expert witness, the fees and expenses will be included in ArentFox Schiff's request for reimbursement of its expenses. ArentFox Schiff did not receive a retainer with respect to its proposed representation of the Committee.

22.     ArentFox Schiff will not represent any entity other than the Committee in these Chapter 11 Cases.

### Statement Regarding U.S. Trustee Guidelines

23.     ArentFox Schiff intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee

Guidelines both in connection with this Application and the interim and final fee applications to be filed by ArentFox Schiff in the Debtors' Chapter 11 Cases.

24.     The following information is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Response:** No.

**Question** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response**: No.

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Response**: Not applicable.

**Question:** Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

**Response**: ArentFox Schiff expects to develop, and the Committee intends to review a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which we reserve all rights.

### Conclusion and Affirmative Statement of Disinterestedness

25.     Based upon the documents and information available and provided to me, and except as otherwise described herein, (i) ArentFox Schiff does not hold or represent any interest adverse to the Committee in theses Chapter 11 Cases; (ii) ArentFox Schiff is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code (as modified by section 1103(b) of the Bankruptcy Code); (iii) except as otherwise stated herein, neither ArentFox Schiff nor its professionals have any connection with the Debtors, its estates, or

creditors; and (iv) ArentFox Schiff's employment and retention is necessary and in the best interest of the Debtors' estates, its creditors and other Parties-in-Interest.  I know of no reason why ArentFox Schiff could not have acted and cannot act as attorneys for the Committee.  The foregoing constitutes the statement of ArentFox Schiff pursuant to section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014–1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2023, at New York, New York.

*/s/ George P. Angelich*
George P. Angelich

**EXHIBIT 1**

**Schedule of Searched Parties**

| Entity Name | Relationship to Debtors[1] |
|---|---|
| Winc, Inc. | Debtor |
| Club W, Inc. | Debtor |
| BWSC, LLC | Debtor |
| Winc Lost Poet, LLC | Debtor |
| Brault, Carol | Director and/or Officer |
| Delong, Patrick | Director and/or Officer |
| Green, Erin | Director and/or Officer |
| Joukovski, Laura | Director and/or Officer |
| McFarlane, Geoffrey | Director and/or Officer |
| Pinney, Alesia | Director and/or Officer |
| Smith, Brian | Director and/or Officer |
| Thompson, Mary Pat | Director and/or Officer |
| Weng, Xiangwei | Director and/or Officer |
| 15 Angels II LLC | Equity Holder |
| Bessemer Venture Partners VIII Institutional L.P. | Equity Holder |
| Bessemer Venture Partners VIII L.P. | Equity Holder |
| CFJ Palate Holdings LLC | Equity Holder |
| Cool Japan Fund Inc. | Equity Holder |
| Deer VIII & Co. L.P. | Equity Holder |
| Deer VIII & Co. Ltd. | Equity Holder |
| Dream Catcher Investments | Equity Holder |
| Dreamer Pathway Limited (BVI) | Equity Holder |
| GoBlue Ventures LLC | Equity Holder |
| McFarlane, Geoffrey | Equity Holder |
| Rice Wine Ventures LLC | Equity Holder |
| Sake Ventures LLC | Equity Holder |
| Shining Capital Holdings II L.P. | Equity Holder |
| Shining Capital Management III Limited | Equity Holder |
| Shiningwine Limited (BVI) | Equity Holder |
| Smith, Brian | Equity Holder |
| Wahoowa Ventures LLC | Equity Holder |
| Weng, Xiangwei | Equity Holder |
| Canaccord Genuity Group, Inc. | Debtors' Professional |
| Epiq Corporate Restructuring, LLC | Debtors' Professional |
| RPA Asset Management Services, LLC | Debtors' Professional |
| Young Conaway Stargatt & Taylor, LLP | Debtors' Professional |

[1] The "Relationship to Debtors" was provided by Debtors' counsel. Nothing herein is an admission of fact or law or a waiver of any argument or defense concerning the status of the party, its claim or rights.

| Entity Name | Relationship to Debtors[1] |
|---|---|
| Latham & Watkins LLP | Ordinary Course Professional |
| Holland & Hart LLP | Ordinary Course Professional |
| Banc of California, N.A. | Bank/Lender/UCC Lien Party/Administrative Agent |
| Pacific Mercantile Bank | Pre-Petition Secured Creditor |
| American Stock Transfer & Trust Company, LLC | Material Vendor/Contract Counterparty |
| Artisan Brands, LLLP | Material Vendor/Contract Counterparty |
| Ascentis Corporation | Material Vendor/Contract Counterparty |
| Atelier Copain LLC (d/b/a Punchdown Cellars) | Material Vendor/Contract Counterparty |
| Avalara, Inc. | Material Vendor/Contract Counterparty |
| CompIntelligence, Inc. | Material Vendor/Contract Counterparty |
| CFT Clear Finance Technology Corp. (d/b/a Clearco) | Material Vendor/Contract Counterparty |
| Eagles Stadium Operator, LLC | Material Vendor/Contract Counterparty |
| Field, Edward | Material Vendor/Contract Counterparty |
| Imperial Parking Industries Inc. | Material Vendor/Contract Counterparty |
| International Wines, Inc. | Material Vendor/Contract Counterparty |
| Konica Minolta Business Solutions U.S.A., Inc. | Material Vendor/Contract Counterparty |
| LangeTwins Wine Company, Inc. | Material Vendor/Contract Counterparty |
| Marketplace Selections, Incorporated | Material Vendor/Contract Counterparty |
| Miller Family Wine Company, LLC | Material Vendor/Contract Counterparty |
| National Merchants, Inc. | Material Vendor/Contract Counterparty |
| Oracle America, Inc. | Material Vendor/Contract Counterparty |
| Paypal, Inc. (d/b/a Braintree) | Material Vendor/Contract Counterparty |
| Philadelphia Eagles, LLC | Material Vendor/Contract Counterparty |
| Republic National Distributing Company, LLC | Material Vendor/Contract Counterparty |
| Synergy North America Inc. | Material Vendor/Contract Counterparty |
| T. Elenteny Holdings, LLC (d/b/a T. Elenteny Imports) | Material Vendor/Contract Counterparty |
| Terravant Wine Company, LLC | Material Vendor/Contract Counterparty |
| Testany, Inc. | Material Vendor/Contract Counterparty |
| The Bacchus Group Inc. | Material Vendor/Contract Counterparty |
| Weibel Incorporated | Material Vendor/Contract Counterparty |
| Young's Market Company, LLC | Material Vendor/Contract Counterparty |
| Zendesk, Inc. | Material Vendor/Contract Counterparty |
| 1515 Garnet Mine Road Holdings Limited Partnership | Landlord/Sublessee |
| CCF PS Alla Owner, LLC | Landlord/Sublessee |
| Columbia Business Center Partners L.P. | Landlord/Sublessee |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors[1] |
|---|---|
| Last Mile Management | Landlord/Sublessee |
| Rosenstein Henry, LLC | Landlord/Sublessee |
| Squarespace, Inc. | Landlord/Sublessee |
| Thrive Market, Inc. | Landlord/Sublessee |
| West LA Alla Commonwealth, LLC | Landlord/Sublessee |
| West LA Venture Commonwealth LLC | Landlord/Sublessee |
| ACE American Insurance Company | Insurer/Broker |
| Allied World Insurance Company | Insurer/Broker |
| Axis Insurance Company | Insurer/Broker |
| Endurance American Insurance Company | Insurer/Broker |
| FIRST Insurance Funding | Insurer/Broker |
| Guardian Life Insurance Company of America | Insurer/Broker |
| IMA of Colorado, Inc. | Insurer/Broker |
| Kaiser Permanente | Insurer/Broker |
| Lloyds of London | Insurer/Broker |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurer/Broker |
| The Continental Insurance Company | Insurer/Broker |
| Transportation Insurance Company | Insurer/Broker |
| Travelers Casualty and Surety Company of America | Insurer/Broker |
| United Healthcare | Insurer/Broker |
| Valley Forge Insurance Company | Insurer/Broker |
| Woodruff-Sawyer & Co. | Insurer/Broker |
| AT&T, Inc. | Utilities |
| Charter Communications (Spectrum) | Utilities |
| Comcast Corp. | Utilities |
| Waste Management of Pennsylvania, Inc. | Utilities |
| Meta Platforms, Inc. (f/k/a Facebook) | Top 30 Unsecured Creditor |
| JF Hillebrand USA Inc. (dba Hillebrand) | Top 30 Unsecured Creditor |
| FedEx Corporation | Top 30 Unsecured Creditor |
| La Cantina Pizzolato S.R.L. | Top 30 Unsecured Creditor |
| Landsberg (a/k/a Landsberg Orora) | Top 30 Unsecured Creditor |
| LangeTwins Family Winery & Vineyards | Top 30 Unsecured Creditor |
| Famille Chaudière | Top 30 Unsecured Creditor |
| Impact Tech, Inc. | Top 30 Unsecured Creditor |
| SP Comino, LLC | Top 30 Unsecured Creditor |
| Michlits Werner GmbH | Top 30 Unsecured Creditor |
| Total Quality Logistics, LLC | Top 30 Unsecured Creditor |
| Allegis Group Holdings, Inc. | Top 30 Unsecured Creditor |
| Aerotek, Inc. | Top 30 Unsecured Creditor |

3

| Entity Name | Relationship to Debtors[1] |
|---|---|
| Brex Inc. | Top 30 Unsecured Creditor |
| Douglas R. Circle (dba Rancho Cañada de los Pinos) | Top 30 Unsecured Creditor |
| Terravant | Top 30 Unsecured Creditor |
| Summerland | Top 30 Unsecured Creditor |
| Domo, Inc | Top 30 Unsecured Creditor |
| 8020 Consulting LLC | Top 30 Unsecured Creditor |
| Conexus Search LLC | Top 30 Unsecured Creditor |
| Google, Inc. | Top 30 Unsecured Creditor |
| Power Digital Marketing, Inc. | Top 30 Unsecured Creditor |
| Awesome OS, Inc. | Top 30 Unsecured Creditor |
| Offsourcing, Inc. | Top 30 Unsecured Creditor |
| Atticus Publishing, LLC | Top 30 Unsecured Creditor |
| Laffort USA, Inc. | Top 30 Unsecured Creditor |
| Republic National Distributing Company of CA (RNDC CA) | Top 30 Unsecured Creditor |
| Mendocino Wine Co. | Top 30 Unsecured Creditor |
| Kaiser Consulting, LLC | Top 30 Unsecured Creditor |
| Los Angeles Philharmonic Association | Top 30 Unsecured Creditor |
| Datasite LLC | Top 30 Unsecured Creditor |
| Vin-Global LLP | Top 30 Unsecured Creditor |
| Toppan Merrill USA Inc. | Top 30 Unsecured Creditor |
| Chan, Ashely M. | United States Bankruptcy Judge |
| Dorsey, John T. | United States Bankruptcy Judge |
| Goldblatt, Craig T. | United States Bankruptcy Judge |
| Owens, Karen B. | United States Bankruptcy Judge |
| Shannon, Brendan L. | United States Bankruptcy Judge |
| Silverstein, Laurie Selber | United States Bankruptcy Judge |
| Stickles, J. Kate | United States Bankruptcy Judge |
| Walrath, Mary F. | United States Bankruptcy Judge |
| Andrews, Richard G. | United States District Judge |
| Connolly, Colm F. | United States District Judge |
| Longobardi, Joseph J. | United States District Judge |
| Noreika, Maryellen | United States District Judge |
| Williams, Gregory B. | United States District Judge |
| Burke, Christopher J. | United States Magistrate Judge |
| Fallon, Sherry R. | United States Magistrate Judge |
| Hall, Jennifer L. | United States Magistrate Judge |
| Thynge, Mary Pat | United States Magistrate Judge |
| Attix, Lauren | Office of the United States Trustee |
| Casey, Linda | Office of the United States Trustee |

| Entity Name | Relationship to Debtors[1] |
|---|---|
| Cooke, Denis | Office of the United States Trustee |
| Cudia, Joseph | Office of the United States Trustee |
| Dice, Holly | Office of the United States Trustee |
| Dortch, Shakima L. | Office of the United States Trustee |
| Fox, Timothy J., Jr. | Office of the United States Trustee |
| Giordano, Diane | Office of the United States Trustee |
| Green, Christine | Office of the United States Trustee |
| Hackman, Benjamin | Office of the United States Trustee |
| Harris, Ramona | Office of the United States Trustee |
| Leamy, Jane | Office of the United States Trustee |
| McCollum, Hannah M. | Office of the United States Trustee |
| McMahon, Joseph | Office of the United States Trustee |
| O'Malley, James R. | Office of the United States Trustee |
| Panacio, Michael | Office of the United States Trustee |
| Richenderfer, Linda | Office of the United States Trustee |
| Sarkessian, Juliet | Office of the United States Trustee |
| Schepacarter, Richard | Office of the United States Trustee |
| Serrano, Edith A. | Office of the United States Trustee |
| Sierra-Fox, Rosa | Office of the United States Trustee |
| Vara, Andrew R. | Office of the United States Trustee |
| Villagrana, David | Office of the United States Trustee |
| Wynn, Dion | Office of the United States Trustee |

AFDOCS:26711337.3

**EXHIBIT 2[1]**

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | Insurer/Broker | Current & Former Other Interested Party; Former Adverse Party |
| AEROTEK, INC. | Top 30 Unsecured Creditor | Current & Former Adverse Party; Former Other Interested Party |
| ALLIED WORLD INSURANCE COMPANY | Insurer/Broker | Current Adverse Party |
| AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC | Material Vendor/Contract Counterparty | Former Other Interested Party |
| AT&T, INC. | Utilities | ArentFox Schiff previously represented AT&T, Inc. and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |

---

[1] The Debtors have numerous relationships and creditors. Reasonable efforts have been made to identify connections or conflicts as outlined in the Angelich Declaration. ArentFox Schiff is unable to state with certainty which of its clients or such clients' affiliates hold claims or otherwise are parties in interest in this case.  ArentFox Schiff (i) is carrying on further inquiries with respect to the matters contained herein, (ii) will continue monitoring its database with respect to any new clients, and (iii) will file additional and supplemental disclosure statements in the event ArentFox Schiff becomes aware of any additional connections.  If ArentFox Schiff discovers information that is contrary or pertinent to the statements made herein, ArentFox Schiff will promptly disclose such information to the Court on notice to the U.S. Trustee and such other parties in interest as may be required under noticing procedures applicable to this case.

[2] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Former Adverse (party is listed as Adverse in a closed matter or an inactive matter with no billing or time in the last three years); (v) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); or (vi) Client Friendly (a party who refers a client to ArentFox Schiff; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the ArentFox Schiff client).

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| AVALARA, INC. | Material Vendor/Contract Counterparty | Current Adverse Party; Former & Current Other Interested Party |
| AXIS INSURANCE COMPANY | Insurer/Broker | Former Other Interested Party; Current Adverse Party |
| CANACCORD GENUITY GROUP, INC. | Debtors' Professional | Current Adverse Party |
| CHARTER COMMUNICATIONS (SPECTRUM) | Utilities | Current & Former Adverse Party; Former Other Interested Party |
| COMCAST CORP. | Utilities | ArentFox Schiff previously represented Comcast Corp. and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Current & Former Other Interested Party; Former Client Friendly |
| ENDURANCE AMERICAN INSURANCE COMPANY | Insurer/Broker | ArentFox Schiff previously represented Endurance American Insurance Company and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current Adverse Party |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| FEDEX CORPORATION | Top 30 Unsecured Creditor (Committee Member) | ArentFox Schiff previously represented and currently represents FedEx Corporation and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Current & Former Other Interested Party; Current & Former Client Friendly |
| FIELD, EDWARD | Material Vendor/Contract Counterparty | ArentFox Schiff previously represented Edward O. Field in matters wholly unrelated to these chapter 11 cases. |
| FIRST INSURANCE FUNDING | Insurer/Broker | Current Client Friendly; Current & Former Other Interested Party; Former Adverse Party |
| GOOGLE, INC. | Top 30 Unsecured Creditor | ArentFox Schiff previously represented and currently represents Google, Inc. and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| GREEN, ERIN | Director and/or Officer | Erin R. Green is a Former Other Interested Party. |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | Insurer/Broker | ArentFox Schiff previously represented and currently represents Guardian Life Insurance Company of America and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Client Friendly; Current & Former Other Interested Party; Current Adverse Party |
| HOLLAND & HART LLP | Ordinary Course Professional | ArentFox Schiff previously represented Holland & Hart LLP in matters wholly unrelated to these chapter 11 cases.<br><br>Former Other Interested Party; Former Adverse Party |
| KAISER PERMANENTE | Insurer/Broker | ArentFox Schiff currently represents Kaiser Permanente and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Former Other Interested Party |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC. | Material Vendor/Contract Counterparty | Former Other Interested Party |
| LANDSBERG (a/k/a LANDSBERG ORORA) | Top 30 Unsecured Creditor | Former Adverse Party |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| LATHAM & WATKINS LLP | Ordinary Course Professional | ArentFox Schiff previously represented Latham & Watkins LLP in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Other Interested Party; Current & Former Adverse Party; Current & Former Client Friendly |
| LLOYDS OF LONDON | Insurer/Broker | ArentFox Schiff previously represented Lloyds of London and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Client Friendly; Current & Former Adverse Party; Former Other Interested Party |
| META PLATFORMS, INC. (F/K/A FACEBOOK) | Top 30 Unsecured Creditor | ArentFox Schiff previously represented Meta Platforms, Inc. (f/k/a Facebook) and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Current & Former Other Interested Party; Current Client Friendly |
| MILLER FAMILY WINE COMPANY, LLC | Material Vendor/Contract Counterparty | Current Other Interested Party |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Insurer/Broker | ArentFox Schiff previously represented and currently represents National Union Fire Insurance Company of Pittsburgh, PA and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Current & Former Other Interested Party; Former Client Friendly |
| ORACLE AMERICA, INC. | Material Vendor/Contract Counterparty | Current & Former Adverse Party; Current & Former Other Interested Party |
| PACIFIC MERCANTILE BANK | Pre-Petition Secured Creditor | Former Adverse; Current & Former Other Interested Party |
| PAYPAL, INC. (D/B/A BRAINTREE) | Material Vendor/Contract Counterparty | Current & Former Other Interested Party; Current & Former Adverse Party |
| PHILADELPHIA EAGLES, LLC | Material Vendor/Contract Counterparty | Current Other Interested Party; Current & Former Adverse Party |
| POWER DIGITAL MARKETING, INC. | Top 30 Unsecured Creditor | Former Other Interested Party; Current Adverse Party |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF CA (RNDC CA) | Top 30 Unsecured Creditor | Current Adverse Party; Current Other Interested Party |
| SMITH, BRIAN | Director and/or Officer Equity Holder | Former Other Interested Party; Former Client Friendly; Current & Former Adverse |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| SYNERGY NORTH AMERICA INC. | Material Vendor/Contract Counterparty | ArentFox Schiff previously represented Synergy North America Inc. and/or its affiliates in matters wholly unrelated to these chapter 11 cases. |
| THE BACCHUS GROUP INC. | Material Vendor/Contract Counterparty | Former Adverse Party |
| THE CONTINENTAL INSURANCE COMPANY | Insurer/Broker | ArentFox Schiff previously represented The Continental Insurance Company and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Former Other Interested Party; Current Client Friendly; Current Adverse Party |
| THRIVE MARKET, INC. | Landlord/Sublessee | Current Adverse Party |
| TOTAL QUALITY LOGISTICS, LLC | Top 30 Unsecured Creditor | ArentFox Schiff currently represents Total Quality Logistics, LLC and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Other Interested Party; Former Adverse Party; Current Client Friendly |

7

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| TRANSPORTATION INSURANCE COMPANY | Insurer/Broker | ArentFox Schiff previously represented Transportation Insurance Company and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Former Other Interested Party; Former Client Friendly |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | Insurer/Broker | ArentFox Schiff previously represented Travelers Casualty and Surety Company of America and/or its affiliates in matters wholly unrelated to these chapter 11 cases.<br><br>Current & Former Adverse Party; Former Other Interested Party |
| VALLEY FORGE INSURANCE COMPANY | Insurer/Broker | Former Client Friendly; Former Adverse Party |
| WASTE MANAGEMENT OF PENNSYLVANIA, INC. | Utilities | Former Other Interested Party; Current Adverse Party |
| WOODRUFF-SAWYER & CO. | Insurer/Broker | Former Adverse Party; Current Other Interested Party |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Debtors' Professional | ArentFox Schiff previously represented Young Conaway Stargatt & Taylor, LLP in matters wholly unrelated to these chapter 11 cases.<br><br>Former Other Interested Party; Former Adverse Party |

AFDOCS:26711337.3

| Entity Name | Relationship to Debtors | ArentFox Schiff Relationship[2] |
|---|---|---|
| YOUNG'S MARKET COMPANY, LLC | Material Vendor/Contract Counterparty | Current & Former Other Interested Party; Current Adverse Party; Current & Former Client Friendly |
| ZENDESK, INC. | Material Vendor/Contract Counterparty | Current Adverse Party |

9