# EXHIBIT C

**Committee Members**

1. FedEx Corporate Services, Inc.
   Attn: John Pittman
   3620 Hacks Cross Rd., Bldg B
   Memphis, TN 38125

2. Ranch Canada de los Pinos
   Attn: Douglas Circle
   17772 E. 17th St., Suite 107
   Tustin, CA 92708

3. Frederic Chaudiere Famille Chaudiere (SARL)
   Attn: Frederic Chaudiere
   A3G5, Route de Flassan 84570
   (France) Mormoiron

AFDOCS:26711337.3