## EXHIBIT 2

**Fee Statement**

| Exhibit A | Compensation by Timekeeper for Compensation Period December 1, 2022 through December 31, 2022 |
|---|---|
| Exhibit B | Summary of Compensation by Project Category During Compensation Period December 1, 2022 through December 31, 2022 |
| Exhibit C | Detailed Time Description by Timekeeper and Category During Compensation Period December 1, 2022 through December 31, 2022 |
| Exhibit D | Monthly Expense Summary December 1, 2022 through December 31, 2022 |
| Exhibit E | Expense Summary During Compensation Period December 1, 2022 through December 31, 2022 |

# EXHIBIT A

**Exhibit A**

**Compensation By Timekeeper for Compensation Period**
**December 1, 2022 through December 31, 2022**

| Professional | Title | Consulting | | |
|---|---|---|---|---|
| | | **Hourly Rate Billed in Application** | **Total Billed Hours** | **Total Compensation** |
| John Policano | Executive Director | $1,095.00 | 59.80 | $65,481.00 |
| Kevin Pleines | Director | $650.00 | 199.30 | $129,545.00 |
| Chris Walker | Director | $570.00 | 74.40 | $42,408.00 |
| Total | | | **333.50** | **$237,434.00** |

# EXHIBIT B

**Exhibit B**

**Summary of Compensation By Project Category**
**During Compensation Period**
**December 1, 2022 through December 31, 2022**

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.0 | $      - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 106.4 | $ 76,415.00 |
| C | Creditor, Lender or Equity Holder Inquiries | 0.0 | $      - |
| D | Calls/Meetings with US Trustee and/or Staff | 5.0 | $ 3,828.50 |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 15.4 | $ 13,025.50 |
| F | Statements/Schedules and MOR's | 10.6 | $ 6,642.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 16.8 | $ 13,068.00 |
| H | Financial Review and Analysis | 40.6 | $ 27,078.50 |
| I | Asset Sale Process | 71.3 | $ 47,578.00 |
| J | Attendance at Court Hearings or Depositions | 9.2 | $ 6,881.00 |
| K | Employee Management | 0.0 | $      - |
| L | Case Administration | 3.6 | $ 2,577.00 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.0 | $      - |
| N | Analysis and Related Work re: Plan and Exit | 0.0 | $      - |
| O | Contract Review and Analysis | 11.4 | $ 8,166.50 |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 43.2 | $ 32,174.00 |

# EXHIBIT C

**Exhibit C**

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**December 1, 2022 through December 31, 2022**

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| 1-Dec | Kevin Pleines | Strategized with RPA team related to cash budget | 0.5 |
| 1-Dec | Kevin Pleines | Analyzed and summarized cash balances for first day pleadings and DIP budget | 2.0 |
| 1-Dec | Kevin Pleines | Finalized DIP budget with input from counsel | 1.2 |
| 1-Dec | Kevin Pleines | Discussed with management final DIP budget | 0.8 |
| 1-Dec | John Policano | Participated on call with counsel, bidder representatives re: process / budget | 0.6 |
| 1-Dec | John Policano | Evaluated DIP budget | 0.8 |
| 2-Dec | Kevin Pleines | Conferenced with counsel related to professional fee accrual forecast | 0.4 |
| 2-Dec | Kevin Pleines | Revised DIP forecast to include escrow payments | 1.0 |
| 2-Dec | Kevin Pleines | Detailed critical amounts related to cash flow payments | 0.5 |
| 2-Dec | John Policano | Participated on call with counsel re: DIP financing | 0.1 |
| 2-Dec | John Policano | Reviewed DIP budget | 0.8 |
| 2-Dec | John Policano | Participated on call with counsel re: Banc of California and DIP budget | 0.3 |
| 3-Dec | John Policano | Prepared for call with counsel re: APA and DIP budget | 1.3 |
| 3-Dec | John Policano | Participated on call with counsel re: APA and DIP budget | 0.5 |
| 4-Dec | Kevin Pleines | Reviewed and detailed cash flow items | 1.5 |
| 4-Dec | Kevin Pleines | Participated on call with CFO to discuss cash flow forecast | 0.8 |
| 4-Dec | Kevin Pleines | Strategized with RPA on updates to cash flow forecast to include additional accruals | 0.5 |
| 4-Dec | John Policano | Prepared for call with counsel re: APA and DIP budget | 0.9 |
| 4-Dec | John Policano | Participated on call with counsel re: APA and DIP budget | 0.6 |
| 5-Dec | Kevin Pleines | Participated in discussion with company related to inventory payments | 0.7 |
| 5-Dec | Kevin Pleines | Updated budget to include accrued liabilities | 2.2 |
| 5-Dec | Kevin Pleines | Reviewed and responded to questions on the DIP budget | 0.7 |
| 5-Dec | Kevin Pleines | Reviewed DIP forecast | 0.5 |
| 5-Dec | John Policano | Developed and reviewed DIP  budget | 0.7 |
| 6-Dec | John Policano | Review DIP budget | 0.6 |
| 7-Dec | Chris Walker | Performed review of cash flow reporting materials | 0.5 |
| 7-Dec | Kevin Pleines | Detailed and analyzed budgeted spend for week-ending 12/9 | 2.5 |
| 7-Dec | Kevin Pleines | Strategized with RPA team with respect to disbursements and variance testing | 0.6 |
| 8-Dec | Kevin Pleines | Discussed and detailed vendor payments and budget implications | 1.5 |
| 8-Dec | Kevin Pleines | Analyzed lien holder, foreign and other critical vendors | 1.5 |

**Exhibit C**

| | | | |
|---|---|---|---|
| 8-Dec | Kevin Pleines | Discussed and provided details of critical vendors & budget with the Company | 1.2 |
| 8-Dec | Kevin Pleines | Reviewed DIP term sheet | 0.5 |
| 9-Dec | Kevin Pleines | Analyzed potential updates to critical vendor forecast | 1.8 |
| 9-Dec | Kevin Pleines | Analyzed potential updates 503b9 forecast | 1.6 |
| 9-Dec | Kevin Pleines | Updated vendor analysis for other potential lien claimants | 2.1 |
| 9-Dec | John Policano | Reviewed DIP Order and Term Sheet | 0.3 |
| 11-Dec | Kevin Pleines | Drafted emails to Company with respect to planning | 0.3 |
| 12-Dec | Kevin Pleines | Strategized with counsel with respect to updated DIP budget & inventory | 0.4 |
| 12-Dec | Kevin Pleines | Strategized with RPA team with respect to updated DIP budget & inventory | 0.1 |
| 12-Dec | Kevin Pleines | Prepared for and participated in discussion with counsel with respect to variance report | 0.1 |
| 12-Dec | Kevin Pleines | Drafted and built variance report and framework | 3.0 |
| 12-Dec | Kevin Pleines | Reviewed updated DIP documents | 0.5 |
| 12-Dec | John Policano | Prepared for/participated on call w/counsel re: DIP budget/professional fees | 0.6 |
| 13-Dec | Kevin Pleines | Updated initial DIP budget to reflect potential changes to DIP terms | 1.5 |
| 13-Dec | Kevin Pleines | Refined draft variance report & framework | 3.0 |
| 13-Dec | Kevin Pleines | Summarized draft variance report & reporting framework | 1.2 |
| 13-Dec | Kevin Pleines | Updated draft variance report with inputs from the company | 3.0 |
| 13-Dec | John Policano | Reviewed updated DIP budget | 0.6 |
| 13-Dec | Chris Walker | Performed review of weekly cash flow reporting materials | 1 |
| 14-Dec | Kevin Pleines | Revised variance report with inputs from the company | 2.8 |
| 14-Dec | Kevin Pleines | Strategized with RPA team related to variance report | 0.4 |
| 14-Dec | Kevin Pleines | Strategized with counsel related to variance report | 0.4 |
| 14-Dec | Kevin Pleines | Strategized with company management related to cash flow reporting | 1.0 |
| 14-Dec | Kevin Pleines | Strategized with company management related to vendor invoice tracking | 1.8 |
| 14-Dec | Kevin Pleines | Performed initial analysis of accrued vendor payments | 1.5 |
| 14-Dec | John Policano | Reviewed DIP Order and Term Sheet | 0.3 |
| 14-Dec | John Policano | Reviewed DIP budget variance reporting | 0.9 |
| 15-Dec | Kevin Pleines | Completed analysis of accrued vendor prepayments for ClubW | 1.5 |
| 15-Dec | Kevin Pleines | Discussed DIP budget updates with counsel | 0.3 |
| 15-Dec | Kevin Pleines | Discussed DIP budget updates with RPA team | 0.4 |
| 15-Dec | Kevin Pleines | Strategized with company related to critical vendor tracking | 1.0 |
| 15-Dec | Kevin Pleines | Diligenced post stay auto draw issues | 1.0 |
| 15-Dec | John Policano | Reviewed communication re: DIP budget variance testing | 0.1 |
| 16-Dec | Kevin Pleines | Diligenced vendor acct numbers for counsel | 0.2 |
| 16-Dec | Kevin Pleines | Reviewed and discussed DIP fee assumptions with RPA team | 1.2 |

**Exhibit C**

| | | | |
|---|---|---|---|
| 16-Dec | Kevin Pleines | Diligenced vendors and prepetition amounts with management | 3.0 |
| 16-Dec | John Policano | Review cash disbursement assumptions in DIP budget | 0.4 |
| 17-Dec | Kevin Pleines | Revised DIP budget to incorporate changes to fee estimates | 1.6 |
| 17-Dec | John Policano | Prepared for call with counsel re: DIP budget | 0.4 |
| 17-Dec | John Policano | Participated on call with counsel re: DIP budget | 0.5 |
| 18-Dec | John Policano | Communicated re: budget with counsel | 0.2 |
| 19-Dec | Kevin Pleines | Analyzed and summarized initial DIP budget by debtor | 1.0 |
| 19-Dec | Kevin Pleines | Detailed and summarized drivers behind required critical vendor spend within inventory | 2.5 |
| 20-Dec | Chris Walker | Performed research and reviewed historical borrowing base certificates | 2.5 |
| 20-Dec | Chris Walker | Researched and sent wind-down budget examples/templates | 1.0 |
| 20-Dec | Kevin Pleines | Diligenced and updated inventory spend in DIP budget | 2.8 |
| 20-Dec | Kevin Pleines | Updated G&A estimates in DIP budget | 0.8 |
| 20-Dec | Kevin Pleines | Updated estimates for professional fee accruals in DIP budget | 0.5 |
| 20-Dec | Kevin Pleines | Discussed and reviewed updates to the DIP budget with counsel | 1.0 |
| 20-Dec | Kevin Pleines | Reviewed updated DIP budget with RPA team | 0.6 |
| 20-Dec | Kevin Pleines | Strategized with counsel with respect to updated DIP budget | 0.7 |
| 20-Dec | Kevin Pleines | Distributed updated DIP budget to lenders | 0.1 |
| 21-Dec | Kevin Pleines | Reviewed and challenged updated DIP budget | 1.0 |
| 21-Dec | Kevin Pleines | Diligenced items related to 1L questions related to DIP | 1.0 |
| 21-Dec | Kevin Pleines | Updated proposed DIP budget to reflect negotiations with 1L professionals | 1.5 |
| 21-Dec | Kevin Pleines | Strategized with counsel relative to interim DIP order and bid procedures approval | 2.0 |
| 21-Dec | John Policano | Evaluated updated interim DIP draw required through January 6, 2023 | 0.4 |
| 21-Dec | John Policano | Reviewed critical vendor spend in DIP budget | 0.3 |
| 21-Dec | John Policano | Participated on call with Debtor and DIP lender counsel | 0.5 |
| 21-Dec | John Policano | Revised and reviewed updated interim DIP budget | 0.6 |
| 21-Dec | John Policano | Participated on call with DIP lender re: payables and operating costs | 0.8 |
| 21-Dec | John Policano | Prepared/reviewed DIP budget variance reporting | 0.3 |
| 21-Dec | John Policano | Prepared/reviewed revised DIP budget | 0.6 |
| 22-Dec | John Policano | Reviewed/determined payments scheduled to be made | 0.4 |
| 27-Dec | John Policano | Prepared for/participated on call w/DIP lender reps re: cure costs, liabilities | 1.1 |
| 28-Dec | Kevin Pleines | Prepared for and participated in inventory strategy discussion with the Company | 1.2 |
| 28-Dec | Kevin Pleines | Updated and analyzed critical vendor and other spend relative to interim limits | 2.1 |
| 28-Dec | Kevin Pleines | Updated and analyzed spend by categories relative to DIP budget | 1.3 |
| 28-Dec | Kevin Pleines | Summarized and provided analysis of budget headroom to the company | 0.5 |

**Exhibit C**

| Date | Name | Description | Hours |
|---|---|---|---|
| 29-Dec | Chris Walker | Reviewed weekly cash reporting materials | 1.1 |
| 29-Dec | Kevin Pleines | Updated cash flow forecast for prior week's actual | 2.0 |
| 29-Dec | Kevin Pleines | Diligenced and discussed relevant disbursements made in the prior week with the Company | 0.6 |
| 29-Dec | Kevin Pleines | Updated DIP budget | 1.9 |
| 29-Dec | John Policano | Updated/reviewed DIP budget variance report | 0.2 |
| 31-Dec | John Policano | Evaluated financing, budget, and activity since inception | 0.7 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **106.4** |

**D. Calls/Meetings with US Trustee and/or Staff**

| Date | Name | Description | Hours |
|---|---|---|---|
| 7-Dec | Kevin Pleines | Compiled initial US Trustee information requests | 1.9 |
| 8-Dec | Kevin Pleines | Responded to Company questions related to vendors | 0.5 |
| 12-Dec | Kevin Pleines | Prepared for and participated on initial debtor interview prep session | 0.5 |
| 12-Dec | Kevin Pleines | Prepared for and participated on initial debtor interview with UST's office | 0.8 |
| 12-Dec | John Policano | Participated on call with counsel/company re: initial debtor interview | 0.4 |
| 12-Dec | John Policano | Participated on call with US Trustee, counsel and company | 0.9 |
| | | **Calls/Meetings with US Trustee and/or Staff Total** | **5.0** |

**E. Calls/Meetings with Company, Board, Counsel and/or Staff**

| Date | Name | Description | Hours |
|---|---|---|---|
| 1-Dec | Kevin Pleines | Prepared for and participated on call with counsel to discuss budget relative to first day motions | 0.2 |
| 1-Dec | John Policano | Participated on call with counsel re: process, current status and next steps | 0.2 |
| 2-Dec | John Policano | Participated on group call to discuss planning and status update | 0.4 |
| 2-Dec | John Policano | Participated on call with CEO re: status, process and next steps | 0.5 |
| 4-Dec | Kevin Pleines | Participated in discussion with counsel with respect to first lien collateral | 0.8 |
| 5-Dec | Kevin Pleines | Provided detail to counsel with respect to budget line items | 1.0 |
| 6-Dec | John Policano | Participated on call with CEO re: status, process and next steps | 0.4 |
| 7-Dec | Kevin Pleines | Participated in board update call with counsel, bankers and company | 1.0 |
| 7-Dec | John Policano | Prepared for call with company and board re: APA and DIP budget | 0.8 |
| 7-Dec | John Policano | Participated on call with Company and Board re: APA, sale process, budget | 1.1 |
| 9-Dec | Kevin Pleines | Prepared for and participated on call with company and counsel related to APA schedules | 0.5 |
| 9-Dec | Kevin Pleines | Prepared for and participated on call with company related to lien claimants | 0.5 |
| 14-Dec | Kevin Pleines | Prepared for and participated in status update meeting with company and counsel | 0.5 |
| 14-Dec | John Policano | Prepared for and participated on status update call with counsel and company | 0.6 |
| 16-Dec | Chris Walker | Prepared for and participated on weekly update call | 0.8 |
| 16-Dec | Kevin Pleines | Provided process update to company management | 0.5 |

**Exhibit C**

| 19-Dec | Chris Walker | Prepared for and participated on weekly update call | 1.0 |
|---|---|---|---|
| 19-Dec | Kevin Pleines | Prepared for and participated on status call with counsel, company & RPA | 0.5 |
| 19-Dec | John Policano | Prepared for and participated on status update call | 0.4 |
| 20-Dec | Kevin Pleines | Prepared for and participated in status update with RPA team and counsel | 0.6 |
| 21-Dec | Kevin Pleines | Prepared for and participated on update call with Company and counsel | 0.2 |
| 21-Dec | John Policano | Participated on call with debtor CEO re: status update and process | 0.4 |
| 23-Dec | John Policano | Participated in status update call with counsel and debtor | 1.3 |
| 27-Dec | John Policano | Participated on call with debtor and counsel re: budget, process, next steps | 0.5 |
| 27-Dec | John Policano | Participated on call w/counsel re: assumed liabilities/analysis, admin claims | 0.5 |
| 28-Dec | Kevin Pleines | Prepared for and participated on call with company counsel with respect to liabilities | 0.2 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **15.4** |

**F. Statements/Schedules and MOR's**

| 7-Dec | Chris Walker | Research and populate initial debtor interview materials on counsel dataroom | 1.4 |
|---|---|---|---|
| 15-Dec | Kevin Pleines | Discussed SOFA & SOAL process with company and Epiq | 0.4 |
| 20-Dec | Kevin Pleines | Prepared for and participated in discussion related of statements of assets and liabilities | 0.4 |
| 23-Dec | Chris Walker | Prepared for and participated on call w/counsel re: Statements of Financial Affairs and Schedules of Assets and Liabilities | 1.7 |
| 27-Dec | Kevin Pleines | Diligenced additional POs for inclusion in cure list | 1.3 |
| 27-Dec | Kevin Pleines | Reviewed assumed liabilities and cure list with buyer and counsel | 0.6 |
| 27-Dec | Kevin Pleines | Reviewed relevant POs for potential cure implications | 3.0 |
| 28-Dec | Kevin Pleines | Reviewed and strategized with counsel, company and claims agent with regards to finalizing schedules and statements | 1.5 |
| 28-Dec | Kevin Pleines | Reviewed and confirmed RPA fees for statements | 0.3 |
| | | **Statements/Schedules and MOR's Total** | **10.6** |

**G. Preparation and Review of Bankruptcy Documents and Related Filings**

| 1-Dec | Chris Walker | Performed review of first day motions | 0.8 |
|---|---|---|---|
| 1-Dec | John Policano | Review 1st day motion drafts | 0.9 |
| 2-Dec | John Policano | Reviewed 1st day motions | 0.7 |
| 6-Dec | Kevin Pleines | Reviewed materials and prepared for first day hearing | 2.6 |
| 6-Dec | Kevin Pleines | Preparation for first day hearing | 0.8 |
| 14-Dec | John Policano | Reviewed and prepared retention application | 0.9 |
| 15-Dec | Chris Walker | Performed review of the docket/filings | 0.6 |
| 15-Dec | John Policano | Reviewed and prepared retention application | 0.9 |
| 16-Dec | John Policano | Reviewed docket and related case filings | 0.4 |

**Exhibit C**

| | | | |
|---|---|---|---|
| 21-Dec | Chris Walker | Reviewed docket/filings | 0.5 |
| 21-Dec | Kevin Pleines | Reviewed filings ahead of hearing | 1.5 |
| 21-Dec | John Policano | Reviewed UCC objection to bid procedures | 0.3 |
| 22-Dec | Chris Walker | Performed review of bid procedures | 1.2 |
| 22-Dec | Kevin Pleines | Reviewed documents and filing ahead of court hearing | 2.0 |
| 23-Dec | Chris Walker | Reviewed docket/filings | 0.6 |
| 23-Dec | John Policano | Reviewed motion re: procedures for professional fee reimbursement | 0.6 |
| 27-Dec | John Policano | Reviewed revised draft Order re: RPA retention document | 0.1 |
| 28-Dec | Chris Walker | Reviewed docket/filings | 0.6 |
| 28-Dec | John Policano | Reviewed notice of assumption/assignment of executory contracts re: sale | 0.4 |
| 28-Dec | John Policano | Reviewed updated docket | 0.2 |
| 29-Dec | John Policano | Reviewed/finalized updated RPA retention order/address comments | 0.2 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **16.8** |

## H. Financial Review and Analysis

| | | | |
|---|---|---|---|
| 1-Dec | Chris Walker | Performed review/analysis of comparable investment banker fees | 1.1 |
| 5-Dec | Kevin Pleines | Analyzed cash flow for potential accrued liabilities at close | 2.2 |
| 6-Dec | Kevin Pleines | Analyzed and summarized assumed liabilities versus funding need | 1.0 |
| 8-Dec | Chris Walker | Performed review of November monthly financials | 1.1 |
| 12-Dec | Kevin Pleines | Analyzed assumed liabilities at closing | 1.6 |
| 13-Dec | Kevin Pleines | Prepared for and participated in discussion with counsel and company with respect to critical vendors | 0.3 |
| 19-Dec | Chris Walker | Performed review of November financial information | 0.7 |
| 19-Dec | Kevin Pleines | Prepared initial analysis of assumed liabilities | 1.2 |
| 19-Dec | Kevin Pleines | Discussed and reviewed items needed for liability assumption analysis with company | 2.8 |
| 20-Dec | Kevin Pleines | Crafted initial balance sheet summary to illustrate newco assumed liabilities | 2.9 |
| 20-Dec | John Policano | Reviewed detail of debtor liabilities as of Nov. 30, 2022 | 1.3 |
| 21-Dec | John Policano | Analyzed inventory and receivable balances, value and realization | 0.8 |
| 22-Dec | Kevin Pleines | Strategized and detailed initial assumed liability analysis with RPA team | 1.7 |
| 23-Dec | John Policano | Reviewed updated liability analysis | 0.4 |
| 26-Dec | Kevin Pleines | Analyzed and summarized pre-petition liabilities | 1.4 |
| 26-Dec | Kevin Pleines | Analyzed and summarized assumed post-petition liabilities | 2.1 |
| 26-Dec | Kevin Pleines | Summarized and details liabilities by entity | 2.1 |
| 27-Dec | Chris Walker | Researched and prepared funded debt rollforward analysis | 2.4 |
| 27-Dec | Kevin Pleines | Strategized with Counsel related to liability analysis | 0.6 |
| 27-Dec | Kevin Pleines | Reviewed liability analysis with RPA team | 0.5 |
| 27-Dec | Kevin Pleines | Updated liability analysis with inputs from counsel | 3.0 |

**Exhibit C**

| 27-Dec | Kevin Pleines | Reviewed assumed liabilities with counsel | 0.6 |
|---|---|---|---|
| 27-Dec | Kevin Pleines | Updated liability analysis with Inventory Received Not Billed | 1.5 |
| 28-Dec | Kevin Pleines | Strategized with RPA team on liability analysis | 0.8 |
| 30-Dec | Kevin Pleines | Strategized with counsel with respect to assumed liabilities and budget | 1.0 |
| 31-Dec | Kevin Pleines | Created liability check list | 2.8 |
| 31-Dec | Kevin Pleines | Refined liability check list | 2.7 |
| | | **Financial Review and Analysis Total** | **40.6** |

**I. Asset Sale Process**

| 1-Dec | Kevin Pleines | Prepared for and participated on call with stalking horse counsel | 0.5 |
|---|---|---|---|
| 2-Dec | Chris Walker | Reviewed draft asset purchase agreement | 1.1 |
| 2-Dec | Chris Walker | Prepared template for asset purchase agreement disclosure schedules | 1.2 |
| 2-Dec | Kevin Pleines | Reviewed of language in APA related to assumed liabilities | 0.5 |
| 2-Dec | Kevin Pleines | Reviewed and annotated APA | 2.0 |
| 2-Dec | John Policano | Communicated re: APA | 0.1 |
| 2-Dec | John Policano | Reviewed draft APA | 2.8 |
| 3-Dec | Kevin Pleines | Participated in discussion with counsel with respect to assumed and excluded liabilities in APA | 0.7 |
| 4-Dec | Chris Walker | Reviewed asset purchase agreement and summarized information requirements and disclosure schedules | 2.5 |
| 5-Dec | Chris Walker | Performed review of dataroom vendor contracts and prepared summary | 1.7 |
| 5-Dec | John Policano | Reviewed APA | 1.9 |
| 6-Dec | Chris Walker | Prepared updates to the asset purchase agreement disclosure schedules | 2.8 |
| 6-Dec | Kevin Pleines | Negotiated with company and buyer counsel with respect to liabilities | 0.7 |
| 6-Dec | Kevin Pleines | Reviewed updated APA | 0.5 |
| 6-Dec | John Policano | Review APA | 0.3 |
| 7-Dec | Chris Walker | Performed review of investment banker datasite contracts and updates asset purchase agreement disclosure schedules | 1.5 |
| 7-Dec | Chris Walker | Prepared updates to asset purchase agreement disclosure schedule | 0.9 |
| 7-Dec | Kevin Pleines | Reviewed reps and warranties section of APA | 0.5 |
| 7-Dec | John Policano | Reviewed required APA exhibits and schedules | 0.4 |
| 8-Dec | Chris Walker | Prepared for and participated on a call w/counsel re disclosure schedules | 0.8 |
| 8-Dec | Chris Walker | Prepared updates to disclosure schedules | 0.9 |
| 8-Dec | Chris Walker | Researched prior matters for critical vendor script | 0.9 |
| 8-Dec | Chris Walker | Prepared update to disclosure schedules | 2.6 |
| 8-Dec | John Policano | Reviewed 8-k / press release | 0.2 |
| 8-Dec | John Policano | Reviewed APA schedules and requirements | 0.3 |
| 8-Dec | John Policano | Prepared for and participated on call with counsel re: APA schedules | 0.4 |
| 9-Dec | Chris Walker | Prepared for and participated on call w/counsel re: disclosure schedules | 0.7 |

**Exhibit C**

| 9-Dec | Chris Walker | Performed updates/revisions to disclosure schedules | 2.6 |
| 9-Dec | Chris Walker | Prepared for and participated on call w/counsel re: disclosure schedules | 1.3 |
| 9-Dec | Chris Walker | Performed updates/revisions to disclosure schedule summary | 2.9 |
| 9-Dec | Kevin Pleines | Reviewed & discussed with RPA team the APA schedule and checklist | 0.8 |
| 9-Dec | John Policano | Prepared for and participated on call with counsel/company re: APA exhibits | 0.4 |
| 12-Dec | Chris Walker | Prepared updates to disclosure schedules | 2.7 |
| 12-Dec | Chris Walker | Prepared updates to disclosure schedules | 1.2 |
| 13-Dec | Chris Walker | Prepared for and participated on call w/counsel re: disclosure schedules | 1 |
| 13-Dec | Chris Walker | Performed review of disclosure schedule updates | 1.5 |
| 13-Dec | Chris Walker | Prepared updates to disclosure schedules | 2.4 |
| 13-Dec | John Policano | Prepared for and participated on call with counsel re: disclosure schedules | 0.6 |
| 14-Dec | Chris Walker | Prepared for and participated on a call w/counsel re: disclosure schedules | 0.9 |
| 14-Dec | Chris Walker | Performed review of disclosure schedules and prepared updates to same | 1.6 |
| 14-Dec | Kevin Pleines | Prepared for and participated in discussion related to APA schedules | 0.5 |
| 14-Dec | Kevin Pleines | Strategized and discussed analysis of accrued liabilities at closing | 1.2 |
| 14-Dec | John Policano | Prepared for/participated on call -APA disclosure schedules w/counsel/debtor | 0.6 |
| 14-Dec | John Policano | Reviewed communication re: APA disclosure schedules | 0.2 |
| 15-Dec | John Policano | Reviewed communication re: APA disclosure schedules | 0.1 |
| 15-Dec | John Policano | Analyzed transaction sources and uses of cash and consideration | 0.3 |
| 15-Dec | John Policano | Developed analysis of sources / uses of cash and transaction consideration | 0.4 |
| 19-Dec | Chris Walker | Performed review of updated disclosure schedules | 1.2 |
| 20-Dec | Chris Walker | Performed update to contract listing | 1.4 |
| 21-Dec | Chris Walker | Performed review of revised APA and disclosure schedules | 1.9 |
| 21-Dec | Kevin Pleines | Prepared for and participated on initial call with stalking horse related to CV spend | 0.5 |
| 21-Dec | John Policano | Reviewed sales process update presentation | 0.4 |
| 21-Dec | John Policano | Analyzed liabilities to potentially be assumed | 0.4 |
| 21-Dec | John Policano | Reviewed schedule of contracts to be assumed and rejected | 0.3 |
| 21-Dec | John Policano | Reviewed APA disclosure schedules | 0.3 |
| 22-Dec | Chris Walker | Researched and prepared summary of liabilities | 2.9 |
| 22-Dec | John Policano | Reviewed redlined APA | 0.6 |
| 23-Dec | Chris Walker | Prepared updates to Liabilities analysis | 1.5 |
| 23-Dec | John Policano | Reviewed redlined assumed contract schedule | 0.2 |
| 27-Dec | Chris Walker | Performed review of sources & uses template | 0.8 |

**Exhibit C**

| | | | |
|---|---|---|---|
| 28-Dec | Chris Walker | Performed review of assumed liabilities analysis | 1.8 |
| 28-Dec | Chris Walker | Performed a review of cure schedule | 0.8 |
| 28-Dec | Kevin Pleines | Developed and updated pro forma sources and uses | 2.8 |
| 28-Dec | Kevin Pleines | Reviewed and revised pro forma sources and uses with RPA team | 0.7 |
| 28-Dec | John Policano | Updated/reviewed proforma sources/uses of cash analysis | 0.2 |
| | | **Asset Sale Process Total** | **71.3** |

**J. Attendance at Court Hearings or Depositions**

| | | | |
|---|---|---|---|
| 6-Dec | Chris Walker | Prepared for and participated on first day hearing | 2.3 |
| 6-Dec | Kevin Pleines | Attended first day hearing | 2.4 |
| 6-Dec | John Policano | Attend hearing | 1.6 |
| 22-Dec | Chris Walker | Prepared for and participated in hearing | 0.9 |
| 22-Dec | Kevin Pleines | Attended interim DIP and bid procedures hearing | 1.0 |
| 22-Dec | John Policano | Participated in hearing re: sale/bid procedure, financing, budget, etc. | 1.0 |
| | | **Attendance at Court Hearings or Depositions Total** | **9.2** |

**L. Case Administration**

| | | | |
|---|---|---|---|
| 8-Dec | John Policano | Reviewed calendar schedule of case critical dates | 0.1 |
| 22-Dec | Chris Walker | Prepared fee application template | 1.1 |
| 24-Dec | John Policano | Reviewed case related email communications and prepared work plan | 0.7 |
| 27-Dec | Chris Walker | Prepared updates to fee application template | 1.5 |
| 31-Dec | John Policano | Reviewed case related email communications and prepared work plan | 0.2 |
| | | **Case Administration Total** | **3.6** |

**O. Contract Review and Analysis**

| | | | |
|---|---|---|---|
| 8-Dec | John Policano | Reviewed critical vendor agreement | 0.3 |
| 8-Dec | John Policano | Reviewed and developed critical vendor communication | 0.3 |
| 12-Dec | Kevin Pleines | Prepared for and participated on call with company, and professionals related to contract rejections | 0.6 |
| 12-Dec | Kevin Pleines | Strategized with RPA team with respect to contract rejections | 0.4 |
| 13-Dec | John Policano | Reviewed contracts to potentially reject | 0.3 |
| 20-Dec | Kevin Pleines | Analyzed trade and new agreements for liability analysis | 2.4 |
| 26-Dec | Kevin Pleines | Analyzed assumed contracts related to assumed liability analysis | 2.9 |
| 27-Dec | Kevin Pleines | Strategized with Company and counsel related to potential contract rejections | 0.5 |
| 27-Dec | Kevin Pleines | Reviewed and updated cure list and data for new contracts | 2.9 |
| 27-Dec | John Policano | Reviewed updated cure costs schedule | 0.4 |
| 28-Dec | John Policano | Continued review of updated cure cost schedules | 0.1 |
| 28-Dec | John Policano | Communicated with counsel re: cure costs, assumed liabilities/analysis | 0.3 |
| | | **Contract Review and Analysis Total** | **11.4** |

**P. Calls/Meetings or Response to Inquiries from UCC Advisors**

| | | | |
|---|---|---|---|
| 16-Dec | Kevin Pleines | Updated vendor analysis for UCC diligence | 3.0 |
| 17-Dec | Kevin Pleines | Strategized with counsel with respect to DIP budget and UCC | 1.1 |
| 17-Dec | Kevin Pleines | Finalized critical vendor data for UCC | 0.6 |

**Exhibit C**

| 18-Dec | Kevin Pleines | Reviewed DIP budget and notes ahead of call with UCC counsel | 2.7 |
|---|---|---|---|
| 18-Dec | Kevin Pleines | Prepared for and anticipated on initial call with UCC counsel | 0.5 |
| 18-Dec | John Policano | Prepared for call with UCC counsel re: DIP budget and sales process | 0.6 |
| 18-Dec | John Policano | Participated on call with UCC counsel re: DIP budget and sales process | 1.0 |
| 19-Dec | Kevin Pleines | Strategized with counsel related to vendor and committee issues | 0.5 |
| 19-Dec | John Policano | Developed detail list of UCC Counsel requests to be addressed | 0.6 |
| 19-Dec | John Policano | Developed and reviewed analyses re: creditors - critical, lien, 503(b)(9), etc. | 1.3 |
| 20-Dec | Kevin Pleines | Prepared for and participated in call with UCC counsel | 0.5 |
| 20-Dec | Kevin Pleines | Strategized with RPA team related to UCC | 0.5 |
| 20-Dec | John Policano | Prepared for and participated on call with counsel re: call with UCC counsel | 0.5 |
| 20-Dec | John Policano | Prepared for and participated on call with debtor and UCC counsel | 1.0 |
| 21-Dec | Kevin Pleines | Updated proposed DIP budget to reflect negotiations with UCC | 1.2 |
| 21-Dec | Kevin Pleines | Prepared for and participated on initial call with UCC FA | 0.5 |
| 21-Dec | John Policano | Prepared for and participated on call with UCC FA | 0.4 |
| 22-Dec | Kevin Pleines | Compiled and summarized proposed payments for the UCC | 2.5 |
| 22-Dec | Kevin Pleines | Detailed and described historical inventory/CV payments for the UCC | 2.8 |
| 22-Dec | Kevin Pleines | Liaised with UCC related to proposed payments for current week | 0.5 |
| 23-Dec | Kevin Pleines | Summarized and explained planned inventory/CV payments for UCC FA | 2.0 |
| 23-Dec | John Policano | Reviewed summary of critical vendor and other inventory payment for UCC | 0.1 |
| 27-Dec | John Policano | Updated/reviewed liability analysis | 0.5 |
| 27-Dec | John Policano | Reviewed proforma sources/uses of transaction and cash flows thru closing | 0.4 |
| 28-Dec | Kevin Pleines | Detailed and discussed 13w budget to UCC advisors | 0.9 |
| 28-Dec | John Policano | Continued development and review of updated liability analysis | 0.3 |
| 29-Dec | Kevin Pleines | Updated and distributed variance report for lenders and UCC | 1.4 |
| 29-Dec | Kevin Pleines | Diligenced and responded to questions from the UCC relative to salesforce pay structure | 0.4 |
| 29-Dec | Kevin Pleines | Developed and summarized proposed inventory and CV spend for UCC | 2.9 |
| 29-Dec | John Policano | Updated/reviewed inventory and critical vendor payments requested by UCC | 0.7 |
| 29-Dec | John Policano | Updated/reviewed liability analysis, assumed liabilities, etc. | 0.6 |
| 30-Dec | Kevin Pleines | Diligenced and responded to UCC questions related to budget | 0.8 |
| 30-Dec | Kevin Pleines | Fulfilled diligence requests from UCC related proposed inventory payments | 3.0 |
| 30-Dec | Kevin Pleines | Diligenced and provided responses to UCC questions on proposed inventory payments | 2.8 |

**Exhibit C**

| 30-Dec | John Policano | Participated on call with counsel re: liability analysis, etc. | 0.5 |
|--------|--------------|----------------------------------------------------------------|-----|
| 30-Dec | John Policano | Prepared for call with counsel re: liability analysis, etc. | 0.3 |
| 31-Dec | Kevin Pleines | Updated key vendor inventory and sales for UCC | 2.9 |
| 31-Dec | John Policano | Continued review of updated liability analysis, cure costs, etc. | 0.4 |
| | | **Calls/Meetings or Response to Inquiries from UCC Advisors Total** | **43.2** |

# EXHIBIT D

**Exhibit D**

**Monthly Expense Summary**
**December 1, 2022 through December 31, 2022**

| Category | Amount |
|---|---|
| Airfare/Train | $2,794.70 |
| Auto/Taxi | $784.50 |
| Hotel | $1,547.35 |
| Meals | $349.11 |
| Telecom | $117.65 |
| **Total Expenses** | **$5,593.31** |

# EXHIBIT E

**Exhibit E**

**Expense Summary During Compensation Period**
**December 1, 2022 through December 31, 2022**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/Train** | | | |
| 5-Dec | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $289.75 |
| 13-Dec | Kevin Pleines | Flights to/from Los Angeles for work at Winc | $1,863.20 |
| 21-Dec | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $641.75 |
| | | **Airfare/Train Subtotal** | **$2,794.70** |
| **Auto/Taxi** | | | |
| 5-Dec | Kevin Pleines | Car from train station to hotel in Wilmington | $10.62 |
| 6-Dec | Kevin Pleines | Car from hotel to train station in Wilmington | $11.78 |
| 6-Dec | Kevin Pleines | Car from train station after hearing Wilmington | $29.79 |
| 13-Dec | Kevin Pleines | Car to airport for trip to Los Angeles | $264.52 |
| 13-Dec | Kevin Pleines | Car from airport to Winc office | $74.22 |
| 13-Dec | Kevin Pleines | Car from Winc office to hotel in Los Angeles | $23.95 |
| 14-Dec | Kevin Pleines | Car to Winc office from hotel in Los Angeles | $19.34 |
| 15-Dec | Kevin Pleines | Car to airport from Winc office | $32.17 |
| 21-Dec | Kevin Pleines | Car to train station for trip to Wilmington for Winc hearing | $39.04 |
| 22-Dec | Kevin Pleines | Car to train station in Wilmington | $9.67 |
| 22-Dec | Kevin Pleines | Car from train station after Wilmington trip | $26.88 |
| 15-Dec | Kevin Pleines | Car from airport after trip to Winc | $242.52 |
| | | **Auto/Taxi Subtotal** | **$784.50** |
| **Hotel** | | | |
| 6-Dec | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $328.90 |
| 15-Dec | Kevin Pleines | Hotel in Los Angeles at Winc (two nights) | $889.55 |
| 22-Dec | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $328.90 |
| | | **Hotel Subtotal** | **$1,547.35** |
| **Meals** | | | |
| 5-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $5.20 |
| 5-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $16.75 |
| 5-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $62.00 |
| 6-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
| 6-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $52.00 |
| 13-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $9.13 |
| 13-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $5.24 |
| 13-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $10.58 |
| 14-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $22.95 |
| 14-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $28.26 |
| 15-Dec | Kevin Pleines | Meal while in Los Angeles at Winc | $50.00 |

**Exhibit E**

|  | 21-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $15.25 |
|---|---|---|---|---|
|  | 21-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
|  | 21-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $53.00 |
|  | 22-Dec | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
|  |  |  | **Meals Subtotal** | **$349.11** |
| **Telecom** |  |  |  |  |
|  | 1-Dec | Chris Walker | Cell phone allocation for December | $50.00 |
|  | 26-Dec | Kevin Pleines | Telecom charges related to Winc | $67.65 |
|  |  |  | **Telecom Subtotal** | **$117.65** |
|  |  |  | **Expenses Total** | **$5,593.31** |