5

## **CERTIFICATE OF SERVICE**

      I, Erin. R. Fay, hereby certify that on January 13, 2023, I caused one copy of the *Limited Objection of LangeTwins Wine Company, Inc. and LangeTwins Winery & Vineyards to Proposed Cure Amounts and Reservation of Rights* to be served upon (1) all parties of record via CM/ECF and (2) the parties on the attached service list vie electronic mail, unless otherwise indicated.

                                                                                                    */s/ Erin R. Fay*
                                                                                  Erin R. Fay (No. 5268)

## SERVICE LIST

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Attn: Michal R. Nestor, Matthew B. Lunn, and Allison S. Mielke<br>1000 North King Street<br>Wilmington, DE 19801<br>Email(s): mnestor@ycst.com<br>           mlunn@ycst.com<br>           amielke@ycst.com<br><br>*Counsel to the Debtors* | **VIA EMAIL AND FIRST CLASS MAIL**<br>Office of the United States Trustee for the District of Delaware<br>Attn: Jane Leamy<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: jane.m.leamy@usdoj.gov |
| Cooley LLP<br>Attn: Eric E. Walker and Joseph Brown<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606<br>Email(s): ewalker@cooley.com<br>           jbrown@cooley.com<br><br>*Counsel to the DIP Lender, Project Crush Acquisition Corp. LLC* | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Curtis S. Miller and Derek C. Abbott<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email(s): cmiller@mnat.com<br>           dabbott@mnat.com<br><br>*Counsel to the DIP Lender, Project Crush Acquisition Corp. LLC* |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Richard M. Pachulski and Maxim Litvak<br>10100 Santa Monie Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Email(s): rpachulski@pszj.com<br>           mlitvak@pszjlaw.com<br><br>*Counsel to Banc of California, NA., as successor-by-merger to Pacific Mercantile Bank* | Arent Fox Schiff LLP<br>Attn: George Angelich<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 02199<br>Email: George.angelich@afslaw.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |
| Arent Fox Schiff LLP<br>Attn: Justin Kesselman and James Britton<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Email(s): Justin.kesselman@afslaw.com<br>           James.britton@afslaw.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* | A.M. Saccullo Legal LLC<br>Email: Anthony M. Saccullo and Mark Hurford<br>27 Crimson King Drive<br>Bear, DE 19701<br>Email(s): ams@saccullolegal.com<br>           mark@saccullolegal.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |