# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) ) | Case No. 22-11238 (LSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 168-169** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2023, I caused to be served the:

    a. "Notice of Filing of Proposed Sale Order," dated January 12, 2023 [Docket No. 168], (the "Filing Notice"), and

    b. "Notice of Agenda of Matters Scheduled for Hearing on January 17, 2023 at 2:00 p.m. (ET)," dated January 12, 2023 [Docket No. 169], (the "Agenda"),

by causing true and correct copies of the:

   i. Filing Notice and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

      iii. Filing Notice and Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

      iv. Agenda to be delivered via electronic mail to: *jdreher@downeybrand.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Andrea Speelman*</u><br>Andrea Speelman

Sworn to before me this
13th day of January, 2023
*/s/ Rosalyn DeMattia*
_____
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

# Winc, Inc.
## Service List

| Claimant | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON, DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |

**Total Creditor count: 3**

**EXHIBIT B**

## Service List

| Claimant | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED | SERVICES COMPANY, INC. 200 VESEY STREET NEW YORK, NY 10285 |
| COLUMBIA BUSINESS CENTER PARTNERS, L.P. | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC | 1751 BERKELEY ST STUDIO 3 SANTA MONICA, CA 90404 |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS INC. | ADDRESS AVAILABLE UPON REQUEST |
| ORACLE AMERICA INC | ATTN GEN COUNSEL, LEGAL DEPT 500 ORACLE PKWY REDWOOD SHORES, CA 94065 |
| ORACLE AMERICA, INC | PO BOX 44471 SAN FRANCISCO, CA 94144 |
| ORACLE AMERICA, INC. | ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATIONAL DISTRIBUTING | COMPANY OF ARIZONA 320 S 91ST AVE TOLLESON, AZ 85353 |
| REPUBLIC NATIONAL DISTRIBUTING | COMPANY OF ARIZONA 402 S. 54TH PLACE PHOENIX, AZ 85034 |
| REPUBLIC NATIONAL DISTRIBUTING | COMPANY OF CA 14402 FRANKLIN AVE TUSTIN, CA 92780 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY | 5920 OFFICE BLVD NE ALBUQUERQUE, NM 87109 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY | 836 LAGOON COMMERCIAL BLVD MONTGOMERY, AL 36117 |
| REPUBLIC NATL DISTRIBUTING CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| REPUBLIC NATL DISTRIBUTING CO LLC | ADDRESS AVAILABLE UPON REQUEST |
| VV1515 LLC | C/O VELOCITY VENTURE PARTNERS LLC ATTN MICHAEL J HAVILAND, ESQ ONE BELMONT AVE, STE 520 BALA CYNWYD, PA 19004 |
| VV1515 LLC | C/O VELOCITY VENTURE PARTNERS LLC ATTN ZACHARY MOORE, MEMBER ONE BELMONT AVE, STE 520 BALA CYNWYD, PA 19004 |
| YOUNGS MARKET COMPANY LLC | ADDRESS AVAILABLE UPON REQUEST |
| YOUNGS MARKET COMPANY LLC | ADDRESS AVAILABLE UPON REQUEST |

**Total Creditor count: 19**

**EXHIBIT C**

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM; COLEHARLAN@PAULHASTINGS.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |