# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stuart R. Lombardi of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019 to represent Canaccord Genuity LLC in this matter.

Dated:  January 16, 2023

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2011
Facsimile:  (302) 295-2013
Email: sfraser@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Bar of the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

LEGAL\61099173\1

- 2 -

I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 16, 2023            */s/ Stuart R. Lombardi*
                                                     Stuart R. Lombardi, Esq.
                                                     WILLKIE FARR & GALLAGHER LLP
                                                     787 Seventh Avenue
                                                     New York, New York 10019
                                                     Telephone:    (212) 728-8882
                                                     Facsimile:     (212) 728-9882
                                                     slombardi@willkie.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

- 2 -