## **EXHIBIT 1**

## Additional Contracts Schedule

| Number | Debtor Case # | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 1. | 22-11239 | BWSC, LLC | JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A) | GRAPE PURCHASE AGREEMENT DTD 7/21/2022 AND ANY AMENDMENTS, MODIFICATIONS, SALES MEMORANDUMS, OR ANCILLARY DOCUMENTS RELATED THERETO | $99,983.00 |
| 2. | 22-11239 | BWSC, LLC | JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) | GRAPE PURCHASE AGREEMENT DTD 8/31/2022 AND ANY AMENDMENTS, MODIFICATIONS, SALES MEMORANDUMS, OR ANCILLARY DOCUMENTS RELATED THERETO | $90,552.00 |
| 3. | 22-11239 | BWSC, LLC | SWG PASO VINEYARDS LLC | GRAPE PURCHASE AGREEMENT DTD 4/5/2018 AND ANY AMENDMENTS, MODIFICATIONS, SALES MEMORANDUMS, OR ANCILLARY DOCUMENTS RELATED THERETO | $119,568.00 |
| 4. | 22-11239 | BWSC, LLC | COASTAL VINEYARDS CARE ASSOCIATES | GRAPE SALE INVOICE | $314,263.20 |

30038495.1