# EXHIBIT 2

## Revisions to Initial and/or Supplemental Cure Notice[1]

|  | Re: Number on Initial Cure Notice | Debtor Case # | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|---|
| 1. | CONTRACT #1 ON D.I. 151 | 22-11239 | BWSC, LLC | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | CARD ACCEPTANCE AGREEMENT | $3,245.00 |
| 2. | CONTRACT #383 ON D.I. 91 | 22-11239 | BWSC, LLC | REPUBLIC NATIONAL DISTRIBUTING CO LLC | DISTRIBUTION AGREEMENT DTD 3/16/2020 | $11,331.05[2] |
| 3. | CONTRACT #507 ON D.I. 91 | 22-11239 | BWSC, LLC | YOUNG'S MARKET COMPANY LLC | DISTRIBUTION AGREEMENT DTD 2/8/2021 | $21,578.86[3] |
| 4. | CONTRACT #251 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINE COMPANY, INC. | ALTERNATING PROPRIETOR & BOTTLING SERVICES AGREEMENT DTD 6/20/2016 (TOGETHER, WITH ANY AMENDMENTS, THE "BOTTLING SERVICE AGREEMENT") | $260,291.15[4] |

---

[1] Capitalized terms used but not defined herein have the meaning given to them in the Motion.

[2] This amount represents amounts accrued as of November 30, 2022.

[3] This amount represents amounts accrued as of November 30, 2022.

[4] This amount reflects (i) $224,489.95 due under the Storage Agreement and Bottling Service Agreement as of November 30, 2022; (ii) $49,337.20 due, as of January 31, 2023, under the Storage Agreement for the month of December 2022; and (iii) the application of a $13,536.00 credit, which amounts shall be reduced by payments made by the Debtors and/or Project Crush Acquisition Corp LLC, as applicable, to satisfy the obligations due under these contracts following the date of the filing of this cure notice. Any amounts that come due following January 31, 2023 under any of the contracts entered into by and between LangeTwins Wine Company, Inc./LangeTwins Winery & Vineyards and the Debtors, but prior to assumption and assignment of those contracts, will be paid in accordance with existing contractual terms, unless modified by the parties to the contracts, but in any event no later than upon assumption or assignment of the applicable contracts.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | CONTRACT #252 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINE COMPANY, INC. | BULK WINE STORAGE AGREEMENT DTD 4/10/2022 (THE "STORAGE AGREEMENT") | |
| 6. | CONTRACT #253 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINE COMPANY, INC. | FIRST AMENDMENT TO ALTERNATING PROPRIETOR AND BOTTLING SERVICES AGREEMENT DTD 5/1/2020 | |
| 7. | CONTRACT #254 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 2/3/2022 | $1,284,000.00[5] |
| 8. | CONTRACT #255 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 3/12/2022 | |
| 9. | CONTRACT #256 ON D.I. 91 | 22-11239 | BWSC, LLC | LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 3/12/2022 | |

---

[5] This amount reflects the aggregate amount due under these wine purchase agreements through and including December 31, 2022, which amounts shall be reduced by payments made by the Debtors and/or Project Crush Acquisition Corp LLC, as applicable, to satisfy the obligations due under these contracts following the date of the filing of this cure notice.