## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE REGARDING STATEMENT OF CANACCORD GENUITY LLC IN FURTHER SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CANACCORD GENUITY LLC AS INVESTMENT BANKER FOR THE DEBTORS

I, Simon E. Fraser, counsel to Canaccord Genuity LLC, hereby certify that on January 17, 2023 the *Statement of Canaccord Genuity LLC in Further Support of Debtors' Application for Entry of An Order Authorizing the Employment and Retention of Canaccord Genuity LLC as Investment Banker for the Debtors* was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notice of filing was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: January 17, 2023
Wilmington, Delaware

**COZEN O'CONNOR**

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1001
Wilmington, Delaware 19899-1347
Telephone: (302) 295-2011
Facsimile: (302) 295-2013
Email: sfraser@cozen.com

*Counsel to Canaccord Genuity LLC*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

LEGAL\61101076\1