# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.,* | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Cole Harlan of Paul Hastings LLP as counsel to Summerland Wine Brands, a dba of Terravant Wine Company, LLC.

Dated: January 11, 2023

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
**ASHBY & GEDDES, P.A.**
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 504-3710
Email: GTaylor@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 11, 2023

*/s/ Cole Harlan*
Cole Harlan
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email: coleharlan@paulhastings.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: January 17th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Error!** LEGAL_US_W # 114856855.1