**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND PAPERS**

PLEASE TAKE NOTICE that the undersigned are counsel for Atticus Publishing, LLC, in the above-referenced cases and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

| | |
|---|---|
| Ian Connor Bifferato | Laura Taveras |
| **THE BIFFERATO FIRM, P.A.** | Eduardo Espinosa |
| 1007 N. Orange St., 4th Floor | Mark Liu |
| Wilmington, Delaware 19801 | **AKERMAN LLP** |
| Telephone: (302) 225-7600 | 2001 Ross Avenue, Suite 3600 |
| Facsimile: (302) 298-0688 | Dallas, TX 75201 |
| Email: cbifferato@tbf.legal | Telephone: (214) 720-4300 |
| | Facsimile: (214) 981-9339 |
| | Email: laura.taveras@akerman.com |
| | eduardo.espinosa@akerman.com |
| | mark.liu@akerman.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: January 17, 2023         Respectfully submitted,

/s/ Ian Connor Bifferato
Ian Connor Bifferato (DE Bar No. 3273)
**THE BIFFERATO FIRM, P.A.**
1007 N. Orange St., 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
Email:    cbifferato@tbf.legal

-and-

**AKERMAN LLP**
Laura Taveras
Eduardo Espinosa
Mark Liu
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
Email: laura.taverasr@akerman.com
         eduardo.espinosa@akerman.com
         mark.liu@akerman.com

*Counsel for Atticus Publishing, LLC*