IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of Eduardo Espinosa of Akerman LLP, to represent creditor, Atticus Publishing, LLC, in the above-captioned chapter 11 cases and any related proceedings.

Dated: January 17, 2023                Signed: */s/ Ian Connor Bifferato*
                                       Ian Connor Bifferato (DE Bar No. 3273)
                                       **The Bifferato Firm**
                                       1007 N Orange Street, 4th Floor
                                       Wilmington, DE 19801
                                       Telephone: (302) 429-0907
                                       *Attorney for Atticus Publishing, LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Texas and Louisiana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with *Standing Order for District Court Fund* revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 17, 2023

*/s/ Eduardo Espinosa*
Eduardo Espinosa
AKERMAN LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
Email: eduardo.espinosa@akerman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.