## Global Notes to the Monthly Operating Reports
## of Winc, Inc., *et al.*

Basis of Presentation

This monthly operating report (this "**MOR**") has been prepared for Winc, Inc. and its affiliated debtors (each, a "**Debtor**" and collectively, the "**Debtors**").  The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors issued by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

Supporting Documentation

The following schedules are submitted in support of the MOR: (i) Statement of Cash Receipts and Disbursements; (ii) Balance Sheet; (iii) Income Statement (profit or loss statement); (iv) Schedule of Bank Accounts, (v) Schedule of Asset Sales (if applicable).

Part 1: Cash Receipts and Disbursements

Cash receipts reflect the proceeds from the sale of wine, intercompany transfers, and draws related to the Debtors' postpetition financing facility [Docket No. 134].

Disbursements relate to administrative and selling costs to operate the Debtors' business, intercompany transfers, professional fees, and tax payments related to employer payroll taxes and excise taxes, as applicable.

Part 2: Asset and Liability Status

The Debtors' balance sheets are prepared on an accrual basis consistent with Generally Accepted Accounting Principles ("**GAAP**").

The assets and liabilities listed in Part 2 are presented on a book basis.

The prepetition unsecured debt reflected in Part 2(m) of the MOR reflects estimated prepetition obligations including intercompany receivables/payables.

Prepetition obligations and liabilities subject to compromise are estimated based liabilities accrued at the time of the filing.

Part 4: Income Statement (Statement of Operations)

The Debtors' income statements are prepared on an accrual basis consistent with GAAP.

Part 7: Questionnaire

In response to Part 7(g), the Debtors obtained approval to borrow up to $5 million under a debtor in possession facility.  *See* Docket Nos. 44, 82, & 134.  As of November 30, 2022, no borrowings were outstanding on the debtor in possession facility.