**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
            Debtors  Reporting Period: November 30, 2022

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Receipts</u> | | | |
| Operating receipts | $ - | $ - | $ - |
| Non-operating receipts | - | - | - |
| Tax refund receipt | - | - | - |
| Related entity receipts | - | - | - |
| Other receipts | - | - | - |
| **Total Receipts** | $ - | $ - | $ - |
| | | | |
| <u>Disbursements</u> | | | |
| Administrative and selling costs | $ - | $ - | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | - | - | - |
| Taxes | - | - | - |
| Other disbursements | - | - | - |
| **Total Disbursements** | $ - | $ - | $ - |
| | | | |
| **Net Cash Flow** | $ - | $ - | $ - |
| | | | |
| <u>Cash Rollforward</u> | | | |
| **Beginning Cash Balance - November 30, 2022** | $ 375,164 | $ 336,279 | $ - |
|    Net Cash Flow | - | - | - |
| **Ending Cash Balance - November 30, 2022** | $ 375,164 | $ 336,279 | $ - |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                  Debtors  Reporting Period: November 30, 2022

**BALANCE SHEETS AS OF November 30, 2022**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Assets |  |  |  |
| Cash and cash equivalents | $ 375,164 | $ 336,279 | $ - |
| Accounts receivable | 15,893 | 3,252,274 | - |
| Other receivables | 5,268 | 38,377 | - |
| Inventory | - | 24,612,408 | - |
| Prepaids and other current assets | 3,374,577 | 1,307,115 | - |
| **Total Current Assets** | **$ 3,770,903** | **$ 29,546,453** | **$ -** |
|  |  |  |  |
| Fixed assets | $ 375,796 | $ 781,631 | $ - |
| Intangible assets | - | 10,274,923 | - |
| Other assets | 614,126 | 3,261,284 | - |
| **Total Assets** | **$ 4,760,826** | **$ 43,864,292** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                    Debtors  Reporting Period: November 30, 2022

**BALANCE SHEETS AS OF November 30, 2022**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> | | | |
| Accounts payable | $ - | $ - | $ - |
| Credit card liability | - | - | - |
| Accrued liabilities | - | - | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | 3,400,000 | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 3,400,000** | **$ -** | **$ -** |
| Long term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 116,979,149 | (81,826,897) | - |
| **Liabilities Subject to Compromise Total** | **$ 116,979,149** | **$ (81,826,897)** | **$ -** |
| **Total Liabilities** | **$ 120,379,149** | **$ (81,826,897)** | **$ -** |
| **Total Net Equity** | **$ (115,618,323)** | **125,691,190** | **$ -** |
| **Total Liabilities and Net Equity** | **$ 4,760,826** | **$ 43,864,292** | **$ -** |

**In re Winc, Inc., et al.,**             **Lead Case No. 22-11238**
          Debtor          **Reporting Period: November 30, 2022**

**INCOME STATEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---|---|---|
| Net revenue | $ - | $ - | $ - |
| Other income | - | - | - |
| Cost of sales | - | - | - |
| **Gross Income** | $ - | $ - | $ - |
| Marketing expense | $ - | $ - | $ - |
| Personnel expense | - | - | - |
| Production and operations expense | - | - | - |
| General & administrative expense | - | - | - |
| Other expense | - | - | - |
| **Income Before Tax** | $ - | $ - | $ - |
| Income tax benefit (expense) | $ - | $ - | $ - |
| **Net Income (Loss) for Period** | $ - | $ - | $ - |

**In re Winc, Inc., et al.,**   **Lead Case No. 22-11238**
　　　　　　　Debtors   **Reporting Period: November 30, 2022**

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of California | x0698 | $ 375,164 | No |
| BWSC, LLC | Banc of California | x7078 | $ 336,279 | No |