## Global Notes to the Monthly Operating Reports
## of Winc, Inc., *et al*.

<u>Basis of Presentation</u>
This monthly operating report (this "***MOR***") has been prepared for Winc, Inc. and its affiliated debtors (each, a "***Debtor***" and collectively, the "***Debtors***"). The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors issued by the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***").

<u>Supporting Documentation</u>
The following schedules are submitted in support of the MOR: (i) Statement of Cash Receipts and Disbursements; (ii) Balance Sheet; (iii) Income Statement (profit or loss statement); (iv) Schedule of Bank Accounts, (v) Schedule of Asset Sales (if applicable).

<u>Part 1: Cash Receipts and Disbursements</u>
Cash receipts reflect the proceeds from the sale of wine, intercompany transfers, and draws related to the Debtors' postpetition financing facility [Docket No. 134].

Disbursements relate to administrative and selling costs to operate the Debtors' business, intercompany transfers, professional fees, and tax payments related to employer payroll taxes and excise taxes, as applicable.

<u>Part 2: Asset and Liability Status</u>
The Debtors' balance sheets are prepared on an accrual basis consistent with Generally Accepted Accounting Principles ("***GAAP***").

The assets and liabilities listed in Part 2 are presented on a book basis.

The prepetition unsecured debt reflected in Part 2(m) of the MOR reflects estimated prepetition obligations including intercompany receivables/payables.

Prepetition obligations and liabilities subject to compromise are estimated and listed as accrued as of November 30, 2022.

<u>Part 4: Income Statement (Statement of Operations)</u>
The Debtors' income statements are prepared on an accrual basis consistent with GAAP.

<u>Part 5: Professional Fees & Expenses</u>
In accordance with the court-approved budget in the chapter 11 cases, the Debtors paid $1,506,000 to an escrow account for the benefit of professionals, which amount is to be disbursed to professionals in accordance with the interim compensation procedures approved in the chapter 11 cases.

Part 7: Questionnaire

In response to Part 7(g), the Debtors obtained approval to borrow up to $5 million under a debtor in possession facility.  *See* Docket Nos. 44, 82, & 134.  As of December 31, 2022, approximately $2.019,444 was outstanding on the debtor in possession facility.