**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                    Debtors  Reporting Period: December 1, 2022 through December 31, 2022

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Receipts |  |  |  |
| Operating receipts | $ - | $ 5,467,347 | $ - |
| Non-operating receipts | 117,503 | - | - |
| Related entity receipts | 1,002,500 | - | - |
| Other receipts | 2,000,000 | - | - |
| **Total Receipts** | $ 3,120,003 | $ 5,467,347 | $ - |
|  |  |  |  |
| Disbursements |  |  |  |
| Administrative and selling costs | $ (1,537,030) | $ (2,707,194) | $ - |
| Related entity disbursements | (2,500) | (1,000,000) | - |
| Professional fees | (1,506,000) | - | - |
| Taxes | (124,587) | (240,000) | - |
| Other disbursements | - | - | - |
| **Total Disbursements** | $ (3,170,117) | $ (3,947,194) | $ - |
|  |  |  |  |
| **Net Cash Flow** | $ (50,114) | $ 1,520,153 | $ - |
|  |  |  |  |
| Cash Rollforward |  |  |  |
| **Beginning Cash Balance - December 1, 2022** | $ 375,164 | $ 336,279 | $ - |
| Net Cash Flow | (50,114) | 1,520,153 | - |
| **Ending Cash Balance - December 31, 2022** | $ 325,050 | $ 1,856,432 | $ - |

**In re Winc, Inc., et al.,**　　　　　　　　　　　　　　　　　**Lead Case No. 22-11238**
　　　　　　　Debtors　　　　　　　　　　　　　　　　　　Reporting Period: December 1, 2022 through December 31, 2022

**BALANCE SHEETS AS OF December 31, 2022**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 325,050 | $ 1,856,432 | $ - |
| Accounts receivable | 6,653 | 3,138,305 | - |
| Other receivables | (308) | 10,707 | - |
| Inventory | - | 23,257,030 | - |
| Prepaids and other current assets | 2,659,748 | 1,660,764 | - |
| **Total Current Assets** | $ 2,991,142 | $ 29,923,239 | $ - |
| | | | |
| Fixed assets | $ 195,826 | $ 533,488 | $ - |
| Intangible assets | - | 9,964,587 | - |
| Other assets | 2,782,849 | 533,041 | - |
| **Total Assets** | $ 5,969,818 | $ 40,954,355 | $ - |

**In re Winc, Inc., et al.,**  
              Debtors

**Lead Case No. 22-11238**  
Reporting Period: December 1, 2022 through December 31, 2022

**BALANCE SHEETS AS OF December 31, 2022**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> | | | |
| Accounts payable | $ 511,729 | $ 2,337,809 | $ - |
| Credit card liability | - | - | - |
| Accrued liabilities | 264,797 | 537,991 | - |
| Other current liabilities | - | - | - |
| Loans payable | 5,419,444 | - | - |
| **Total Current Liabilities** | $ 6,195,970 | $ 2,875,799 | $ - |
| | | | |
| Long term liabilities | 2,606,647 | - | |
| **Total Non-Current Liabilities** | $ 2,606,647 | $ - | $ - |
| | | | |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 118,928,507 | (88,316,177) | - |
| **Liabilities Subject to Compromise Total** | $ 118,928,507 | $ (88,316,177) | $ - |
| **Total Liabilities** | $ 125,420,474 | $ (85,440,377) | $ - |
| | | | |
| **Total Net Equity** | $ (119,450,656) | $ 126,394,732 | $ - |
| | | | |
| **Total Liabilities and Net Equity** | $ 5,969,818 | $ 40,954,355 | $ - |
| | | $ (88,380,643) | |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                    Debtors  Reporting Period: December 1, 2022 through December 31, 2022

**INCOME STATEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Net revenue | $ - | $ 4,598,226 | $ - |
| Other income | (24,897) | (148,616) | - |
| Cost of sales | - | 3,235,250 | - |
| **Gross Income** | $ (24,897) | $ 1,214,361 | $ - |
| Marketing expense | $ 142,785 | $ 181,600 | $ - |
| Personnel expense | 833,405 | - | - |
| Production and operations expense | - | 7,627 | - |
| General & administrative expense | 479,542 | 194,056 | - |
| Interest | 311,720 | 24,843 | - |
| Reorganization items | 2,212,881 | - | - |
| Other expense | 6,530 | 45,953 | - |
| **Income Before Tax** | $ (4,011,759) | $ 760,281 | $ - |
| Income tax benefit (expense) | $ - | $ - | $ - |
| **Net Income (Loss) for Period** | $ (4,011,759) | $ 760,281 | $ - |

**In re Winc, Inc., et al.,**                                                               **Lead Case No. 22-11238**
                          Debtors                                         **Reporting Period: December 1, 2022 through December 31, 2022**

## LISTING OF BANK ACCOUNTS

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of California | x0698 | $ 322,550 | No |
| Winc, Inc. | Banc of California | x5224 | $ 2,500 | Yes (1) |
| BWSC, LLC | Banc of California | x7078 | $ 1,856,432 | No |

(1) Winc, Inc. opened the account ending in 5224 following the petition date to serve as the Debtors' adequate assurance account.