**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 203-204** |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF OHIO          )
                                   ) ss.:
COUNTY OF FRANKLIN   )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2023, I caused to be served the:

   a. "Order Authorizing (I) the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) the Debtors to Enter Into and Perform Their Obligations Under the Project Crush Acquisition Corp LLC Asset Purchase Agreement and Related Documents; (III) the Debtors to Assume and Assign Certain Contracts and Unexpired Leases; (IV) Waiver of the Stay Periods Under Bankruptcy Rules 6004(h) and 6006(d); and (V) Granting Related Relief," dated January 18, 2023 [Docket No. 203], (the "Sale Order"), and

   b. "Order (I) Authorizing the Employment and Retention of Canaccord Genuity LLC as Investment Banker for the Debtors, Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-2(d)," dated January 18, 2023 [Docket No. 204], (the "Canaccord Order"),

by causing true and correct copies of the:

   i. Sale Order and Canaccord Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

    ii.   Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

   iii.   Sale Order and Canaccord Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

   iv.   Sale Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and 63 Interested Buyers whose names and e-mail addresses are confidential and therefore not included.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
23rd day of January, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

Winc, Inc

## Service List

| Claimant | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON, DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |

**Total Creditor count: 3**

**EXHIBIT B**

## Service List

| Claimant | Address Information |
| --- | --- |
| BANC OF CALIFORNIA | ADDRESS AVAILABLE UPON REQUEST |
| CORPORATION SERVICE COMPANY | ADDRESS AVAILABLE UPON REQUEST |
| CORPORATION SERVICE COMPANY | ADDRESS AVAILABLE UPON REQUEST |
| E&J GALLO WINERY | ADDRESS AVAILABLE UPON REQUEST |
| GALLO VINEYARDS INC | ADDRESS AVAILABLE UPON REQUEST |
| MULTIPLIER CAPITAL II, LP | ADDRESS AVAILABLE UPON REQUEST |
| PACIFIC MERCANTILE BANK | ADDRESS AVAILABLE UPON REQUEST |
| WESTERN ALLIANCE BANK | ADDRESS AVAILABLE UPON REQUEST |
| WESTERN ALLIANCE BANK | ADDRESS AVAILABLE UPON REQUEST |

**Total Creditor count: 9**

**EXHIBIT C**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | laura.taveras@akerman.com; eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| THE BIFFERATO FRIM, P.A. | cbifferato@tbf.legal |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| PAUL HASTINGS LLP | justinrawlins@paulhastings.com; coleharlan@paulhastings.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |

**EXHIBIT D**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail Service - UCC Lienholders

| Name | Email Address |
|---|---|
| CORPORATION SERVICE COMPANY | joanne.smith@cscglobal.com |
| MULTIPLIER CAPITAL II, LP | sheehan@multipliercapital.com |
| WESTERN ALLIANCE BANK | susan.wadi@bridebank.com |
| BANC OF CALIFORNIA | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BANC OF CALIFORNIA | robert.selway@bancofcal.com |