**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*, | Case No.:  22-11238 (LSS)<br>(Jointly Administered) |
| Debtors.[1] | **Related D.I. No.: 175** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
ARENTFOX SCHIFF LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 15, 2022**

The undersigned hereby certifies as follows:

1.      On January 13, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 15, 2022* [Docket No. 175] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached to the Application, was a proposed order granting the relief requested in the Application (the "Order").

2.      The deadline for objections to the Application, pursuant to the Notice of Application and Hearing, was January 27, 2023 (the "Objection Deadline"), and a hearing on the Application is scheduled for February 23, 2023 at 2:00 pm ET.

3.       As of the date hereof, Mark T. Hurford has reviewed the Court's docket in this case and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.  In addition, the undersigned has not otherwise received any formal or informal responses or objections to the Application.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

WHEREFORE, the Committee respectfully requests that the Court enter the proposed

Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.


Dated: January 30, 2023                                **A.M. SACCULLO LEGAL, LLC**

                                                       */s/ Mark T. Hurford*
                                                       Anthony M. Saccullo (DE No. 4141)
                                                       Mark T. Hurford (DE No. 3299)
                                                       27 Crimson King Drive
                                                       Bear, DE 19701
                                                       Telephone: (302) 836-8877
                                                       Facsimile: (302) 836-8787
                                                       Email: Mark@saccullolegal.com

                                                       George P. Angelich (*Pro hac vice)*
                                                       **ARENTFOX SCHIFF LLP**
                                                       1301 Avenue of the Americas, 42nd Floor
                                                       New York, NY 10019
                                                       Telephone : (212) 457-5423
                                                       Email : George.Angelich@afslaw.com

                                                       Justin A. Kesselman (*Pro hac vice*)
                                                       James E. Britton (*Pro hac vice*)
                                                       **ARENTFOX SCHIFF LLP**
                                                       800 Boylston Street, 32nd Floor
                                                       Boston, MA 02199
                                                       Telephone: (617) 973-6102
                                                       Email: Justin.Kesselman@afslaw.com
                                                               James.Britton@afslaw.com

                                                       *Proposed Counsel to the Official Committee of
                                                       Unsecured Creditors*