IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 22-11238 (LSS)<br>(Jointly Administered)<br><br>Related D.I. No.: 173 |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF A.M. SACCULLO LEGAL, LLC, AS ITS CO-COUNSEL, EFFECTIVE AS OF DECEMBER 15, 2022**

The undersigned hereby certifies as follows:

1.     On January 13, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as its Co-Counsel Effective as of December 15, 2022* [Docket No. 173] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Application, was a proposed order granting the relief requested in the Application (the "Order").

2.     The deadline for objections to the Application, pursuant to the Notice of Application and Hearing, was January 27, 2023 (the "Objection Deadline"), and a hearing on the Application is scheduled for February 23, 2023 at 2:00 pm ET.

3.     As of the date hereof, Mark T. Hurford has reviewed the Court's docket in this case and certifies that no answer, objection, or other responsive pleading to the Application has

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

appeared thereon. In addition, the undersigned has not otherwise received any formal or informal responses or objections to the Application.

WHEREFORE, the Committee respectfully requests that the Court enter the proposed Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: January 30, 2023

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Anthony M. Saccullo (DE No. 4141)
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone : (212) 457-5423
Email : George.Angelich@afslaw.com

Justin A. Kesselman (*Pro hac vice*)
James E. Britton (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
           James.Britton@afslaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*