**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>Related D.I. No's: 214, 215, 216 |

### AFFIDAVIT OF SERVICE

Michael W. Lewis being duly sworn according to law, deposes and says that he is an employee of Parcels, Inc., and that on or before January 30, 2023, he caused a copy of the following documents to be served by First Class Mail on the service list attached hereto as Exhibit A:

1. Certification of No Objection Regarding Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 15, 2022 [D.I. 214].

2. Certification of No Objection Regarding Application for an Order Authorizing the Retention and Employment of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 20, 2022 [D.I. 215].

3. Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC as its Co-Counsel, Effective as of December 15, 2022 [D.I. 216].

_____
Michael W. Lewis

SWORN TO AND SUBSCRIBED before me this 30th day of January 2023.

_____
NOTARY PUBLIC

*[Notary Seal: LILLY ELISE VAN D____, MY COMMISSION EXPIRES APRIL 8, 2023, NOTARY PUBLIC STATE OF DELAWARE]*