# EXHIBIT A

## VIA FIRST CLASS MAIL

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD, STE 100
DOVER, DE 19904

OFFICE OF THE UNITED STATES TRUSTEE
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

## VIA ELECTRONIC MAIL

AGBankDelaware@ag.tn.gov
amish@doshilegal.com
ams@saccullolegal.com
mark@saccullolegal.com
meg@saccullolegal.com
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV
BANKRUPTCYNOTICESCHR@SEC.GOV
cbifferato@tbf.legal
CMILLER@MORRISNICHOLS.COM
DABBOTT@MORRISNICHOLS.COM
coleharlan@paulhastings.com
dabbott@morrisnichols.com
cmiller@morrisnichols.com
EWALKER@COOLEY.COM
ewalker@cooley.com
george.angelich@afslaw.com
gtaylor@ashbygeddes.com
HELP@SEC.GOV
JBROWN@COOLEY.COM
justin.kesselman@afslaw.com
james.britton@afslaw.com
justinrawlins@paulhastings.com
kcapuzzi@beneschlaw.com

jmartinez@beneschlaw.com
laura.taveras@akerman.com
eduardo.espinosa@akerman.com
mark.liu@akerman.com
MICHAEL.BARANOWSKI@BANCOFCAL.COM
LEGAL@BANCOFCAL.COM
MILLIE.H.AGENT@IRS.GOV
MILLIE.H.AGENT@IRS.GOV
mnestor@ycst.com
mlunn@ycst.com
amielke@ycst.com
brooks@ycst.com
sborovinskaya@ycst.com
rmersky@monlaw.com
rpachulski@pszjlaw.com
mlitvak@pszjlaw.com
joneill@pszjlaw.com
schristianson@buchalter.com
SECBANKRUPTCY@SEC.GOV
PHILADELPHIA@SEC.GOV
USTRUSTEE.PROGRAM@USDOJ.GOV
JANE.M.LEAMY@USDOJ.COM
WSCHOENHOLZ@BUCHALTER.COM
CROWE@BUCHALTER.COM