# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Ref. Docket Nos. 206 – 211**

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                               ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2023, I caused to be served the:

    a. "Monthly Operating Report," dated January 24, 2023 [Docket No. 206],

    b. "Monthly Operating Report," *related to Case No. 22-11239,* dated January 24, 2023 [Docket No. 207],

    c. "Monthly Operating Report," *related to Case No. 22-11240*, dated January 24, 2023 [Docket No. 208],

    d. "Monthly Operating Report," dated January 24, 2023 [Docket No. 209],

    e. "Monthly Operating Report," *related to Case No. 22-11239*, dated January 24, 2023 [Docket No. 210], and

    f. "Monthly Operating Report," *related to Case No. 22-11240*, dated January 24, 2023 [Docket No. 211],

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

by causing true and correct copies to be delivered via electronic mail to:
*ustrustee.program@usdoj.gov* and *jane.m.leamy@usdoj.com*.

                                                                     */s/ Angharad Bowdler*
                                                                     Angharad Bowdler

Sworn to before me this
26th day of January, 2023
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027