**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. ___** |

## ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon consideration of the *Debtors' Second Omnibus Motion for Order Authorizing Rejection of Executory Contracts Effective as of the Rejection Date* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having found that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2]  All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       The Motion is GRANTED as set forth herein.

2.       The Rejected Contracts listed on **<u>Schedule 1</u>** hereto are hereby rejected, effective as of January 31, 2023.

3.       Nothing herein shall prejudice the rights of the Debtors to assert that any of the Rejected Contracts were terminated prior to the Rejection Date, or that any claim for damages arising from the rejection of any of the Rejected Contracts are limited to the remedies available under any applicable termination provision of such lease or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with any of the Rejected Agreements.  Further, nothing herein shall prejudice any party's rights to assert that any of the Rejected Contracts are not, in fact, executory contracts under Bankruptcy Code section 365.

4.       Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease or contract pursuant to section 365 of the Bankruptcy Code, and all such rights are reserved.

5.       To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.       The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## **SCHEDULE 1**

### **Rejected Contracts**[1]

---

[1] For the avoidance of doubt, the executory contracts to be rejected includes any and all addendums, amendments, modifications, schedules, and supplements related to the Rejected Contracts identified herein.

| | Counterparty | Contract Description | Rejection Effective Date |
|---|---|---|---|
| 1 | 15 ANGLES II LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 2 | 15 ANGLES II LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 3 | 500 STARTUPS IP<br>4163 HUBBARTT DRIVE<br>PALO ALTO, CA 94306 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 4 | AMBROSI, LOLA L.<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 5 | AMPLIFY LA CAPITAL II LLC<br>1600 MAIN ST<br>VENICE, CA 90401 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 6 | AMPLIFY LA OPPORTUNITY FUND LP<br>1600 MAIN ST<br>VENICE, CA 90401 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 7 | ASCENTIS CORPORATION<br>11995 SINGLETREE LANE, SUITE 400<br>EDEN PRAIRIE, MN 55344 | MASTER SERVICES AGREEMENT DTD 9/24/2019 | January 31, 2023 |
| 8 | ASCENTIS CORPORATION<br>11995 SINGLETREE LANE, SUITE 400<br>EDEN PRAIRIE, MN 55344 | ORDER FORM DTD 6/12/2020 RE: MSA | January 31, 2023 |
| 9 | AT&T WIRELESS<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | PHONE INVOICE #287267902693X11102022 DTD 11/02/2022 | January 31, 2023 |
| 10 | ATTICUS PUBLISHING LLC<br>F/S/O DUNCAN PENN<br>ATTN SPENCER ROEHRE<br>4141 CLENCOE AVE, UNIT 209<br>MARINA DEL REY, CA 90292 | COLLABORATION AGREEMENT DTD 2/1/2019 | January 31, 2023 |
| 11 | BAHRI, LINA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |

| | | | |
|---|---|---|---|
| 12 | BECK, LAUREN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 3/31/2016 | January 31, 2023 |
| 13 | BELL, LISA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 6/10/2021 | January 31, 2023 |
| 14 | BEN VAN DE BUNT & LAURA FOX LIV<br>TRUST<br>518 GEORGINA AVENUE<br>SANTA MONICA, CA 90402 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 15 | BENCEL, AUDREY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 12/28/2021 | January 31, 2023 |
| 16 | BERESFORD, HEATHER<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 17 | BESSEMER VENTURE PARTNERS VIII<br>INSTITUTIONAL LP<br>C/O BESSEMER VENTURES<br>535 MIDDLEFIELD RD, STE 245<br>MENLO PARK, CA 94025 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 18 | BESSEMER VENTURE PARTNERS VIII<br>INSTITUTIONAL LP<br>C/O BESSEMER VENTURES<br>535 MIDDLEFIELD RD, STE 245<br>MENLO PARK, CA 94025 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED<br>INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 19 | BISETTI, VANESSA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 3/18/2021 | January 31, 2023 |
| 20 | BOSHART, HARVEY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 21 | BRAULT, CAROL<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 2/7/2018 | January 31, 2023 |
| 22 | BRENER INTERNATIONAL GROUP LLC<br>421 N BEVERLY DR<br>BEVERLY HILLS, CA 90210 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 23 | BURNS, BRANDON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 2/2/2022 | January 31, 2023 |
| 24 | BURNS, BRANDON<br>[ADDRESS AVAILABLE UPON REQUEST] | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL<br>INFORMATION AGREEMENT DTD 2/7/2022 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 25 | C2 CLUB W HOLDINGS LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 26 | C2 CLUB W HOLDINGS LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 27 | C2 CLUB W SPV LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 28 | C2 CLUB W SPV LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 29 | CACTUS MEDIA<br>176 N. OLD WOODWARD<br>BIRMINGHAM, MI 48009 | MAIN ONLINE WINESALE INVOICE | January 31, 2023 |
| 30 | CAMBERG, JULIE TERRIANN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/31/2015 | January 31, 2023 |
| 31 | CENTRAL VALLEY ADMINISTRATORS INC<br>3115 OCEAN FRONT WALK SUITE 301<br>MARINA DEL RAY, CA 90292 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 32 | CESTONE, VINCENT, II<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 33 | CFT CLEAR FINANCE TECHNOLOGY CORP<br>2810 N CHURCH ST #68100<br>WILMINGTON, DE 19802-4447 | DTC REVENUE SHARING AGREEMENT (ADVANCE #21538) DTD 5/30/2022 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 34 | CITY NATIONAL BANK<br>ATTN GLORIA A GUITERREZ<br>555 S FLOWER, 12TH FL<br>LOS ANGELES, CA 90071 | ESCROW AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 35 | CLARK, TARA<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 36 | CLARK, TARA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 12/15/2021 | January 31, 2023 |
| 37 | COLON, JEANKARLO<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 11/27/2019 | January 31, 2023 |
| 38 | COMEX CONSULTING, S.L.<br>ATTN: EDWARD FIELD<br>PLAZA CASTELLINI, 9-1 IZ<br>CARTEGENA 20301<br>SPAIN<br>-AND-<br>C/O JAMES F. MCCAULEY<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | CONSULTING AGREEMENT DATED AS OF May 12, 2021 | January 31, 2023 |
| 39 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | STATEMENT OF WORK DTD 12/1/2022 RE: MASTER CONSULTING<br>AGMT | January 31, 2023 |
| 40 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | MASTER SERVICES AGREEMENT DTD 7/16/2021 | January 31, 2023 |
| 41 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | STATEMENT OF WORK #1 DTD 7/16/2021 RE: MSA DTD 7/16/2021 | January 31, 2023 |
| 42 | CONCUR TECHNOLOGIES INC.<br>601 108TH AVENUE NE SUITE 1000<br>BELLEVUE, WA 98004 | ORDER FORM DTD 12/18/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 43 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 44 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 45 | CSABA & JUDY KONKOLY FAMILY TRUST | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 46 | DANIEL GALBREATH NICHOLS REV TR<br>4500 CHERRY CREEK DRIVE SOUTH<br>SUITE 625<br>DENVER, CO 80246 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 47 | DATZ, NICOLE<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 48 | DATZ, NICOLE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/19/2022 | January 31, 2023 |
| 49 | DAUGHERTY, ROBERT<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/13/2017 | January 31, 2023 |
| 50 | DEMING, TORI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/6/2017 | January 31, 2023 |
| 51 | DIVIRGILIO, PAUL JOSEPH<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2016 | January 31, 2023 |
| 52 | DOLLARHYDE, GREG<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 53 | DOLWANI, JAI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 54 | DOROTHY A NICHOLS TRUST DTD 6/29/2012 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| 55 | DREAM CATCHER INVESTMENTS LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
|---|---|---|---|
| 56 | DREAM CATCHER INVESTMENTS SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 57 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 58 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 59 | DRESSELHAUS VENTURES 2 GMBH NOVALISSTR. 12 BERLIN 10115 GERMANY | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 60 | DUKES, DANTENEA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 61 | E*TRADE FINANCIAL CORP SERVICES INC ATTN PRESIDENT 3 EDISON DR ALPHARETTA, GA 30005 | AMENDMENT #1 TO EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 8/19/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 62 | E*TRADE FINANCIAL CORP SERVICES INC<br>ATTN PRESIDENT<br>3 EDISON DR<br>ALPHARETTA, GA 30005 | EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 5/17/2021 | January 31, 2023 |
| 63 | EDDY, JONATHAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/23/2021 | January 31, 2023 |
| 64 | ELIAS, DERON, JR<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/19/2021 | January 31, 2023 |
| 65 | ELLS, VALERIE<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 66 | ERIC & LAURA LAMISON FAMILY TRUST<br>ATTN ERIC LAMISON, TTEE<br>516 DALEWOOD DR<br>ORINDA, CA 94563 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 67 | ESPARZA, IRMA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/18/2016 | January 31, 2023 |
| 68 | ESSIN, WILL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 69 | FIELD, EDWARD<br>C/O JAMES F. MCCAULEY, ESQ.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | PERSONAL GOODWILL PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 70 | FIORINO, ALLIE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | January 31, 2023 |
| 71 | FLORES, FAITH<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 72 | FREY, LEONA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/12/2019 | January 31, 2023 |
| 73 | GENESEN, TRACY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 74 | GOBLUE VENTURES LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 75 | GOBLUE VENTURES LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 76 | GOLDENBERG, ADAM<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 77 | GRACE, MADISON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/20/2020 | January 31, 2023 |
| 78 | GRAVES, GREGORY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 79 | GREGG & AMY BOGOST JOINT REV TR<br>ATTN GREGG BOGOST, TTEE<br>6203 S HIGHLANDS AVE<br>MADISON, WI 53705 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 80 | GRIMES, DENNIS C<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/15/2021 | January 31, 2023 |
| 81 | GUILD CAPITAL - CLUB W LLC<br>444 N MICHIGAN AVE, STE 650<br>CHICAGO, IL 60611-3933 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 82 | H. BARTON CO-INVEST FUND LLC<br>C/O INCORPORATING SERVICES LTD<br>3500 S DUPONT HWY<br>DOVER, DE 19901 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 83 | HERNANDEZ, XOCHITL<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 4/9/2020 | January 31, 2023 |
| 84 | HODGE, PAUL W<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 85 | HOFFMAN, SHEP<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 86 | HOLLERBACH, MARCEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 87 | INCHAUSTE, ANGELLI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | January 31, 2023 |
| 88 | JACKSON, ELIZABETH<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/24/2020 | January 31, 2023 |
| 89 | JAMES J & ERICA S FRANK (JTWROS)<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 90 | JAMES J TIAMPO MONEY PURCHASE PLAN & TR (KEOGH) ATTN: JAMES J TIAMPO, TTEE PO BOX 2430 BLAINE, WA 98231-2430 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 91 | JAN VENTURES LLC ATTN: ANDREW NIGRELLI 262 WINTER ST. WESTON, MA 02493 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 92 | JENSON, PAUL [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/29/2016 | January 31, 2023 |
| 93 | JONES, VONETTA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/10/2016 | January 31, 2023 |
| 94 | JORDAN, JAMES BUCKLEY [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 95 | JOSH SPEAR LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 96 | KEATING, KATHERINE [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/8/2021 | January 31, 2023 |
| 97 | KENNEDY, SCOTT [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2022 | January 31, 2023 |
| 98 | KESTREL FLIGHT FUND LLC ATTN ALBERT HANSER, MANAGING PARTNER 149 MEADOWBROOK RD WESTON, MA 02493 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 99 | KNUTSEN, TOM [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/22/2017 | January 31, 2023 |
| 100 | KRAM, NATALIE [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/25/2021 | January 31, 2023 |
| 101 | KUKAC LIMITED | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 102 | LAPORTE, JACQUELINE [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/31/2019 | January 31, 2023 |
| 103 | LEE, JAE [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/10/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 104 | LIBRIZZI, JUDE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/23/2022 | January 31, 2023 |
| 105 | LIEBERMAN, LEONARD<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTSAGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 106 | LIN, PATRICK<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 107 | LINKEDIN<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 | ORDER FORM RE: #FLD7502607293 | January 31, 2023 |
| 108 | LOS FIELDS, INC. (F/K/A NATURAL MERCHANTS, INC.)<br>FIELD, EDWARD<br>C/O JAMES F. MCCAULEY, ESQ.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | ASSET PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 109 | LOS FIELDS, INC. (F/K/A NATURAL MERCHANTS, INC.)<br>FIELD, EDWARD<br>C/O JAMES F. MCCAULEY, ESQ.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT DTD 8/3/2022 | January 31, 2023 |
| 110 | LOTUS CAPITAL LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 111 | MADISON TRUST CO, CUSTODIAN<br>F/B/O MICHAEL MALOUF<br>401 E 8TH ST, STE 200<br>SIOUX FALLS, SD 57103 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 112 | MASTERCARD INTERNATIONAL INC<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577 | APPENDIX A INITIAL INSERTION ORDER DTD 11/17/2021 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020 | January 31, 2023 |
| 113 | MASTERCARD INTERNATIONAL INC<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577 | APPENDIX A INITIAL INSERTION ORDER DTD 3/21/2022 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020 | January 31, 2023 |
| 114 | MATTSON, CHRIS<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/17/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 115 | MATYKA, DOMINIK<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 116 | MCCORMICK, ANDREW<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 117 | MCCREARY, DEX<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/26/2018 | January 31, 2023 |
| 118 | MCCUE, JACK<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 119 | MCFARLANE FAMILY TRUST<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 120 | MCFARLANE, GEOFFREY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 121 | MCGREGOR, ANASTASIA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/16/2020 | January 31, 2023 |
| 122 | MCGUIRE, JAMES SCOTT<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 123 | MELVIN, VERAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/5/2021 | January 31, 2023 |
| 124 | MERICKA, LINDSEY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/6/2022 | January 31, 2023 |
| 125 | MESSINA, RICHARD<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 126 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | CONTRACT NO. 21WINCCSPNVL3YRF:  PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT DTD 6/1/2021 | January 31, 2023 |
| 127 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ADDENDUM A TO PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT DTD 10/18/2022 | January 31, 2023 |
| 128 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ADDENDUM TO PAYMENT TERMS ON ALL CONTRACTS EFFECTIVE IMMEDIATELY DTD 12/5/2022 | January 31, 2023 |
| 129 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ALTERNATING PROPRIETOR AGREEMENT DTD 7/1/2020 | January 31, 2023 |
| 130 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | AP PROCESSING AGREEMENT (BULK WINE OR JUICE) DTD JULY 1, 2020 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 131 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | CONTRACT NO. ADDENDUM A 21WINCCSPNVL3YR:  PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT ADDENDUM A DTD 6/1/2021 | January 31, 2023 |
| 132 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | BOTTLING AGREEMENT DTD 7/1/2020 | January 31, 2023 |
| 133 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ALTERNATING PROPRIETOR AGREEMENT DTD 7/1/2021 | January 31, 2023 |
| 134 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | BOTTLING AGREEMENT DTD 7/1/2021 | January 31, 2023 |
| 135 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT# 21WINCCSPNVL3YR DTD 8/5/2021 | January 31, 2023 |
| 136 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | AP PROCESSING AGREEMENT (BULK WINE OR JUICE) DTD 7/1/2021 | January 31, 2023 |
| 137 | MORRIS, ASHLEY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/5/2021 | January 31, 2023 |
| 138 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | ESCROW AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 139 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT DTD 8/3/2022 | January 31, 2023 |
| 140 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | ASSET PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 141 | NEW DIRECTION IRA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 142 | NICHOLS, RANDY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 143 | NORTH RIM INVESTMENTS LLC<br>105 FIELDSON DR<br>MILLEDGEVILLE, GA 31061 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 144 | NUSSEN, ERICA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/14/2016 | January 31, 2023 |
| 145 | NUVIEW IRA FBO JOHN SEABERN<br>14 WALNUT AVE<br>MILL VALLEY, CA 94941 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 146 | NYSE AMERICAN LLC<br>74 TRINITY PLACE<br>NEW YORK, NY 10066 | NYSE AMERICAN LISTING AGREEMENT DTD 11/4/2021 | January 31, 2023 |
| 147 | OGAHAYON, REGHIE<br>[ADDRESS AVAILABLE UPON REQUEST] | CONSULTING AGREEMENT DTD 5/2/2022 | January 31, 2023 |
| 148 | PATRICK M FALLE LIVING TRUST<br>4654 WOODLAND HILLS DRIVE<br>ROHCESTER HILLS, MI 48306 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 149 | PHELPS, DENNIS<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 150 | PIGGOTT, BENJAMIN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 151 | PREDAINA, MATT<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 152 | RAMSEUR, ELIZABETH<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/15/2021 | January 31, 2023 |
| 153 | RANDSTAD<br>PO BOX 894217<br>LOS ANGELES, CA 90189-4217 | SERVICE TERMS DTD 1/05/2017 | January 31, 2023 |
| 154 | RATLIFF, KEN E<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/11/2021 | January 31, 2023 |
| 155 | REASONOVER, RICHARD<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/18/2021 | January 31, 2023 |
| 156 | RESSLER, DON<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 157 | RESTA, LEE<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| 158 | REYES, OTILIA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 3/18/2022 | January 31, 2023 |
|---|---|---|---|
| 159 | RICE WINE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED<br>INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 160 | RICE WINE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 161 | RINCON LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 162 | ROBERT TALLMAN NICHOLS REV TR DTD<br>9/28/2012<br>1751 BERKELEY ST STUDIO 3<br>SANTA MONICA, CA 90404 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 163 | RUBIN, HOWARD<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 164 | RUNCKEL, ALISHA<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 165 | SAKE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 166 | SAKE VENTURES LLC<br>C/O COOL JAPAN FUND INC<br>17F ROPPONGI HILLS MORI TWR<br>6-10-1 ROPPONGI, MINATO-KU<br>TOKYO 106-6117<br>JAPAN | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED<br>INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 167 | SARAIYA, NAISHADH<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 168 | SCHOTT, MADISON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 5/10/2021 | January 31, 2023 |
| 169 | SCHWANHAEUSER, THOMAS<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 170 | SCHWARTZ FAMILY TRUST | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 171 | SCOTT M HEMMING & LIESL A MAGGIORE<br>REV LIV TR | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 172 | SEELYE, STEVE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 1/16/2020 | January 31, 2023 |
| 173 | SERI-LEVI, EITAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL &<br>ARBITRATION DTD 9/14/2018 | January 31, 2023 |
| 174 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81,<br>INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 175 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81,<br>INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED<br>INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 176 | SHUCHAM, ROBERT<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 177 | SHULEVA, BEN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 178 | SIEMER VENTURES II LP<br>D/B/A WAVEMAKER PARTNERS II<br>1438 9TH ST<br>SANTA MONICA, CA 90404 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS<br>AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 179 | SIEMER VENTURES II LP<br>D/B/A WAVEMAKER PARTNERS II<br>1438 9TH ST<br>SANTA MONICA, CA 90404 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 180 | SINGLA, PUNIT<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/15/2021 | January 31, 2023 |
| 181 | SLP VENTURES II LLC<br>500 S GRAND AVE, STE 1310<br>LOS ANGELES, CA 90071 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 182 | SMASH MEDIA LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 183 | SMITH, BRIAN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 184 | SOLANO, KARINA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2021 | January 31, 2023 |
| 185 | SOUARE, MAMADOU<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/17/2017 | January 31, 2023 |
| 186 | SPECTRUM BUSINESS<br>4145 S FALKENBURG RD<br>RIVERVIEW, FL 33578-8652 | WIFI SERVICES INVOICE# 2142325112422 DTD 11/24/2022 | January 31, 2023 |
| 187 | STAHL, TYLER<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/14/2022 | January 31, 2023 |
| 188 | STAHL, TYLER<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/30/2021 | January 31, 2023 |
| 189 | STEIGERWALD, SCOTT<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 190 | STUEMPFIG, ALEXANDER<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 191 | TEAGUE, ROBERT TOWNSEND<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 192 | THOMSON REUTERS<br>CUSTOMER SERVICE DEPT<br>PO BOX 115008<br>CARROLLTON, TX 75011-5008 | CONSOLIDATED INVOICE #17863001 DTD 4/25/2022 | January 31, 2023 |
| 193 | TIAMPO, JAMES J<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 194 | TIAMPO, MATTHEW<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 195 | TIMOTHY & TAMARA JOHNSON LIV TRUST<br>2620 PACIFIC AVE B<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 196 | TODRYK, MICHAEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 197 | TUFFY, AUDREY<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 198 | VAUGHN, ISAAC<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 199 | VERBIER SP PARTNERSHIP LP<br>ATTN JAMES J TIAMPO, PRESIDENT<br>PO BOX 2430<br>BLAINE, WA 98231-2430 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 200 | VIOLANTE, THOMAS JOHN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 201 | VIOLANTE, THOMAS MICHAEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 202 | VO, GINA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/29/2021 | January 31, 2023 |
| 203 | WAHOOWA VENTURES<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 204 | WAHOOWA VENTURES<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 205 | WASH, DARRYL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 206 | WAVEMAKER GLOBAL SELECT LLC<br>175 GREENWICH ST<br>NEW YORK, NY 10007 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 207 | WAVEMAKER PARTNERS V LP<br>175 GREENWICH ST<br>NEW YORK, NY 10007 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |

| 208 | WAVEMAKER WINC INVESTORS LP | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
|---|---|---|---|
| 209 | WELO, TOBIAS W [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 210 | WETHERALD, THOMAS [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 211 | WILEY, JORDAN [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/17/2019 | January 31, 2023 |
| 212 | YANG, XUEYING [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/11/2021 | January 31, 2023 |
| 213 | ZOTOVICH, RYAN [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/25/2020 | January 31, 2023 |
| 214 | ZUMSEE LIMITED | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |