# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) ) | Case No. 22-11238 (LSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
|  |  | **Ref. Docket No. 222** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                                     ) ss.:
COUNTY OF FRANKLIN )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 2, 2023, I caused to be served the "Declaration of Disinterestedness of Proposed Ordinary Course Professional," dated January 31, 2023 [Docket No. 222], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
3rd day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

WINC, INC., et al.
Case No. 22-11238 (LSS)
First Class Mail Service

Cooley LLP,
55 Hudson Yards
New York, New York

**EXHIBIT B**

WINC, INC., et al. Case No. 22-11238 (LSS)

Electronic Mail - OCP Parties

| Name | Email |
|---|---|
| U.S. Trustee; Attn: Jane Leamy | Jane.M.Leamy@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP; Attn: Richard M. Pachulski & Maxim B. Litvak, Esq. | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP; Attn: Attn: James O'Neill, Esq. | joneill@pszjlaw.com |
| Cooley LLP; Attn: Eric Walker, Esq. | ewalker@cooley.com |
| Morris, Nichols, Arsht & Tunnell LLP; Attn: Attn: Derek C. Abbott, Esq. & Curtis S. Miller, Esq. | dabbott@mnat.com; cmiller@mnat.com |
| ArentFox Schiff LLP; Attn: George P. Angelich, Esq, Justin A. Kesselman, Esq., James E. Britton, Esq. | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| A.M. Saccullo Legal LLC; Attn: Mark Hurford, Esq. | mark@saccullolegal.com |