# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Winc, Inc.,[1] | Case No. 22-11238 (LSS) |
| Debtor. | (Jointly Administered) |
| | RE: D.I. 226 |

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 226

**PLEASE TAKE NOTICE** that, on February 6, 2023, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") filed *Benesch, Friedlander, Coplan & Aronoff LLP's Notice of Appearance and Request for Service of Papers* [D.I. 226] (the "Notice"). The Notice was erroneously filed in the wrong case and is hereby withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the submission of this *Notice of Withdrawal of Document No. 226* also constitutes the withdrawal of Benesch and the undersigned attorneys solely on behalf of Benesch. This *Notice of Withdrawal of Document No. 226* does not withdraw Benesch's appearance as counsel in these cases on behalf of any other parties for which it has appeared.

[*Signature block on following page.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

| | |
|---|---|
| Dated: February 6, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,<br>   COPLAN & ARONOFF LLP**<br><br>  */s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE No. 5462)<br>Juan E. Martinez (DE No. 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile:  (302) 442-7012<br>E-mail:  kcapuzzi@beneschlaw.com<br>         jmartinez@beneschlaw.com<br><br>*-and-*<br><br>Elliot M. Smith (*Pro Hac Vice* forthcoming)<br>**BENESCH, FRIEDLANDER,<br>   COPLAN & ARONOFF LLP**<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone: (216) 363-4500<br>Facsimile: (216) 363-4588<br>Email: esmith@beneschlaw.com<br><br>*Counsel to Benesch, Friedlander, Coplan & Aronoff LLP* |

**CERTIFICATE OF SERVICE**

      I, Kevin M. Capuzzi, hereby certify that on February 6, 2023, a true and correct copy of *Notice of Withdrawal of Document No. 226* was served to all parties of record via CM/ECF.

                                                   */s/ Kevin M. Capuzzi*
                                                   Kevin M. Capuzzi (DE No. 5462)