# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 1, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST CONSOLIDATED MONTHLY APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF MONTHLY COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Order entered on January 4, 2023 retaining Epiq Corporate Restructuring, LLC effective as of the Petition Date [D.I. 131] |
| Period for which compensation and reimbursement are sought: | November 30, 2022 through January 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $15,049.44 (80% of $18,811.80) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30112405.1

This is a(n):   X   monthly ___ interim ___ final application

Prior Applications Filed:  N/A

## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023

| Name of Professional Individual | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephenie Kjontvedt | Solicitation Consultant | $192.00 | 0.30 | $57.60 |
| Thomas Vazquez | Solicitation Consultant | $192.00 | 1.50 | $288.00 |
| Kevin Streseman | Director/V.P. Consulting | $192.00 | 1.80 | 345.60 |
| Brian Hunt | Director/V.P. Consulting | $175.00 | 73.00 | $12,775.00 |
| Regina Amporfro | Senior Consultant II | $165.00 | 32.00 | $5,345.60 |
| **Total:** | | | **108.60** | **$18,811.80** |
| **Blended Rate:** | | **$173.22** | | |

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 – Balloting/Solicitation Consultation | 1.80 | $345.60 |
| 645 – Schedule/SOFA Preparation | 106.80 | $18,466.200 |
| **Total:** | **108.60** | **$18,811.80** |

**EXPENSE SUMMARY**
**FOR THE PERIOD NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023**

| Expenses Category | Total Expenses |
|---|---:|
| None. | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: February xx, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date:** *Only if objections are filed* |

**FIRST CONSOLIDATED MONTHLY APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF MONTHLY COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated January 4, 2023 [D.I. 126] (the "Interim Compensation Procedures Order"),[2] Epiq Corporate Restructuring, LLC ("Epiq") hereby files this *First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from November 30, 2022 Through January 31, 2022* (the "Application"). By the Application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

30112405.1

Epiq seeks a monthly allowance pursuant to the Interim Compensation Procedures Order with respect to the sums of $15,049.44 (80% of $18,811.80) as compensation and $0.00 for reimbursement of actual and necessary expenses for the period November 30, 2022 through January 31, 2023 (the "Compensation Period").  In support of this Application, Epiq respectfully represents as follows:

## Background

1. On November 30, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these bankruptcy cases.

2. On December 12, 2022, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.  See D.I. 54.

3. Epiq was retained as Administrative Advisor to the Debtors, effective as of the Petition Date, pursuant to this Court's *Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date* entered on January 4, 2023 [D.I. 131] (the "Retention Order").  The Retention Order authorized Epiq to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

4. All services for which compensation is requested by Epiq were performed for or on behalf of the Debtors.

5. Epiq neither has received a payment nor promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Epiq and any other

30112405.1

person other than the directors of Epiq for the sharing of compensation to be received for services rendered in these cases.

## Actual and Necessary Expenses

6.    Epiq incurred no out-of-pocket disbursements as administrative agent during the Compensation Period.

## Summary of Services Rendered

7.    The directors and associates of Epiq who have rendered professional services in these cases are as follows: Stephenie Kjontvedt, Thomas Vazquez, Kevin Streseman, Brian Hunt, Regina Amporfro.

8.    Epiq, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services by Project

9.    The services rendered by Epiq during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The professionals and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.    Balloting/Solicitation Consultation

Fees: $345.60  Total Hours: 1.80

This category includes prepare mailing estimates related to service on public securities.

30112405.1

B.  Schedule/SOFA Preparation

Fees: $18,466.20    Total Hours: 106.80

The services provided in this category include preparation and review of the Debtors' schedules of assets and liabilities and statements of financial affairs, as has been and may be revised, modified, and/or supplemented.

### Valuation of Services

10. Directors and associates of Epiq have expended a total of 108.60 hours in connection with this matter during the Compensation Period. The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are Epiq's normal hourly rates for work of this character. The reasonable value of the services rendered by Epiq to the Debtors during the Compensation Period is $18,811.80.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Epiq is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, Epiq has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that rule.

WHEREFORE, Epiq respectfully requests that the Court authorize that for the period November 30, 2022 through January 31, 2023, an allowance be made to Epiq pursuant to the terms of the Interim Compensation Procedures Order, with respect to the sum of $15,049.44 (80% of $18,811.80) as compensation for necessary professional services rendered and the sum of $0.00 as 100% reimbursement of actual necessary costs and expenses, for a total of $15,049.44 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

30112405.1

Date: February 9, 2023

                                                   */s/ Brian Hunt*
                                                   Brian Hunt
                                                   Consulting Director
                                                   Epiq Corporate Restructuring, LLC

                                                   ADMINISTRATIVE ADVISOR FOR DEBTORS AND
                                                   DEBTORS-IN-POSSESSION

## CERTIFICATION

I, Brian Hunt, certify as follows:

1. I am a Consulting Director for the applicant firm, Epiq Corporate Restructuring, LLC.

2. I am thoroughly familiar with the work performed on behalf of the Debtors as administrative advisor by the professionals and paraprofessionals of Epiq Corporate Restructuring, LLC.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Date: February 9, 2023

*/s/ Brian Hunt*
Brian Hunt
Consulting Director
Epiq Corporate Restructuring, LLC