# **EXHIBIT A**

| | | | Matter: 495 | | | | |
| | | | Matter Description: Balloting/Solicitation Consultation | | | | |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Billing Rate | Compensation |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Stephenie Kjontvedt | 1/11/2023 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH B.HUNT AND SOLICITATION TEAM MEMBER (T.VAZQUEZ) REGARDING SECURITIES AND ESTIMATED COUNTS FOR BENEFICIAL HOLDERS | 0.30 | 192.00 | $57.60 |
| Thomas Vazquez | 1/11/2023 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE PUBLIC SECURITIES MAILINGS ESTIMATES | 1.50 | 192.00 | $288.00 |
| | | | | TOTAL: | 1.80 | | $345.60 |

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Billing Rate | Compensation |
|---|---|---|---|---|---|---|---|
| | | | Matter: 645 Matter Description: Schedules/SOFA Preparation | | | | |
| Brian Hunt | 12/14/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOFA QUESTIONS 14 AND 28 AND PREPARE WORKPLAN AND OUTLINE | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/14/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SCHEDULES A/B #3, 15, 55, 73 AND SCHEDULE D AND PREPARE WORKPLAN/OUTLINE | 1.30 | 175.00 | $227.50 |
| Brian Hunt | 12/14/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SCHEDULE G RE: CONTRACTS | 1.70 | 175.00 | $297.50 |
| Brian Hunt | 12/14/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SCHEDULE G RE: CONTRACTS | 0.90 | 175.00 | $157.50 |
| Brian Hunt | 12/15/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA QUESTION 4 INSIDERS | 2.10 | 175.00 | $367.50 |
| Brian Hunt | 12/15/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA QUESTION 4 INSIDERS | 1.20 | 175.00 | $210.00 |
| Brian Hunt | 12/15/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOFA QUESTIONS 1 AND 2 (BUSINESS AND NON-BUSINESS INCOME) | 0.50 | 175.00 | $87.50 |
| Brian Hunt | 12/15/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW, ORGANIZE AND COORDINATE SOFA 3 (90 DAY PAYMENT) PREPARATION | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/15/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL WORKING DISCUSSION WITH COMPANY AND YCST | 0.50 | 175.00 | $87.50 |
| Brian Hunt | 12/16/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AP AGING AND PREPARE SCHEDULE F | 0.40 | 175.00 | $70.00 |
| Brian Hunt | 12/16/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA QUESTION 4 INSIDERS | 1.90 | 175.00 | $332.50 |
| Brian Hunt | 12/16/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA QUESTION 4 INSIDERS | 0.50 | 175.00 | $87.50 |
| Brian Hunt | 12/16/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SCHEDULE F REVIEW AND PREPARATION | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/18/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOFA QUESTION 7 (LITIGATION), QUESTION 26B (AUDITORS), AND SOAL AB 74 (CAUSES OF ACTION) | 0.70 | 175.00 | $122.50 |
| Brian Hunt | 12/18/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND QUALITY CONTROL OF SOFA QUESTION 4 (INSIDERS) | 1.20 | 175.00 | $210.00 |
| Brian Hunt | 12/18/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SCHEDULE E RE: TAXING AUTHORITIES | 0.80 | 175.00 | $140.00 |
| Regina Amporfro | 12/19/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | UPDATE SOFA WORKPLAN AND DRAFT LIST OF OPEN ITEMS AND REVISE SAME;CALL WITH B. HUNT RE SAME | 2.80 | 165.00 | $462.00 |
| Regina Amporfro | 12/19/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | FOLLOW UP WITH B. HUNT RE STATUS OF SCHEDULE AND SOFA PREP | 0.30 | 165.00 | $49.50 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | CALL WITH T STAHL TO DISCUSS SOFA STATUS | 0.30 | 175.00 | $52.50 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL STATUS CALL WITH COMPANY AND YCST | 0.20 | 175.00 | $35.00 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA WORKFLOW PLANNING AND ORGANIZATION | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA 3 (90 DAY PAYMENTS) AND SOFA 11 (BANKRUPTCY PROFESSIONAL PAYMENTS) | 1.70 | 175.00 | $297.50 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL PREPARATION STATUS CALL WITH R AMPORFRO | 0.50 | 175.00 | $87.50 |
| Brian Hunt | 12/19/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SCHEDULE F REVIEW AND PREPARATION | 1.30 | 175.00 | $227.50 |
| Regina Amporfro | 12/20/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE UPDATE TO SOFAS RE INVENOTORIES AND FOLLOW UP RE SAME AND INCORPORATE CHANGES FROM T. STAHL INFORMATION FROM C. BRAULT;CALL WITH B. HUNT RE SAME | 2.50 | 165.00 | $412.50 |
| Regina Amporfro | 12/20/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | ATTEND MEETING RE SCHEDULE PREP | 1.00 | 165.00 | $165.00 |
| Regina Amporfro | 12/20/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | UPDATE SOFA WORKPLAN AND DRAFT NOTES AND CIRCULATE SAME RE SAME | 2.80 | 165.00 | $462.00 |
| Regina Amporfro | 12/20/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | UPDATE SOFA RE DONATIONS;REVIEW SAME AND DRAFT OPEN ITEMS LIST | 0.60 | 165.00 | $99.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOFA QUESTION 3 (90 DAY PAYMENTS) | 1.30 | 175.00 | $227.50 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SCHEDULE F | 1.20 | 175.00 | $210.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOAL AB QUESTION 61 INTERNET DOMAINS | 0.20 | 175.00 | $35.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE OUTLINE OF SOAL FOLLOW UP ITEMS AND QUESTIONS, SEND TO COMPANY AND YCST | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL PLANNING AND STATUS CALL WITH COMPANY, YCST AND RPA ADVISORS | 0.40 | 175.00 | $70.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE OUTLINE OF SOAL FOLLOW UP ITEMS AND QUESTIONS | 0.60 | 175.00 | $105.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL STATUS CALL WITH YCST | 0.30 | 175.00 | $52.50 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW SOFA OPEN ITEMS, ORGANIZE AND DRAFT EMAIL TO COMPANY/YCST WITH STATUS AND WORKPLAN | 0.80 | 175.00 | $140.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARATION OF SCHEDULE G | 1.20 | 175.00 | $210.00 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SCHEDULE AB FIXED ASSET AND BALANCE SHEET REVIEW AND DISCUSSION WITH R AMPORFRO | 0.90 | 175.00 | $157.50 |
| Brian Hunt | 12/20/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW SOFA DATA AND PREPARE WORKING ITEM LIST | 1.00 | 175.00 | $175.00 |

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Billing Rate | Compensation |
|---|---|---|---|---|---|---|---|
|  | Matter: 645<br>Matter Description: Schedules/SOFA Preparation ||||||||
| Regina Amporfro | 12/21/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | FOLLOW UP WITH A. TUFFY RE SOFA Q7 AND Q9 | 0.50 | 165.00 | $82.50 |
| Regina Amporfro | 12/21/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE UPDATES TO SOFAS IN REPONSE TO C. BRAULT RESPONSE | 0.50 | 165.00 | $82.50 |
| Regina Amporfro | 12/21/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | CALL WITH B. HUNT RE SCHEDULE PREP | 0.20 | 165.00 | $33.00 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARATION OF SCHEDULE F AND A/B QUESTION 7 DEPOSITS | 0.90 | 175.00 | $157.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND FORWARD DRAFT SOFAS TO YCST AND COMPANY | 1.10 | 175.00 | $192.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARATION OF SCHEDULE F AND A/B | 0.70 | 175.00 | $122.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND UPDATE SOAL A/B FIXED ASSETS | 1.10 | 175.00 | $192.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL AB | 0.50 | 175.00 | $87.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL STATUS CALL WITH R AMPORFRO | 0.30 | 175.00 | $52.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL STATUS CALL WITH COMPANY, YCST, AND RPA | 0.30 | 175.00 | $52.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | WORKING CALL WITH COMPANY TO DISCUSS BALANCE SHEET AND SCHEDULES | 1.10 | 175.00 | $192.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW BALANCE SHEET, MAP ITEMS AND PREPARE FOR CALL WITH COMPANY | 1.50 | 175.00 | $262.50 |
| Brian Hunt | 12/21/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND REVISE SOFA DATA AND UPDATE OPEN ITEMS LIST | 0.80 | 175.00 | $140.00 |
| Brian Hunt | 12/22/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW BALANCE SHEET AND PREPARE SCHEDULE A/B QUESTION 8 (PREPAIDS) AND INVENTORY QUESTION 19-26 (INVENTORY) | 3.80 | 175.00 | $665.00 |
| Brian Hunt | 12/22/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOAL AB 11 ACCOUNTS RECEIVABLE | 1.00 | 175.00 | $175.00 |
| Brian Hunt | 12/22/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SCHEDULE F FOR ACCRUED LIABILITIES | 1.80 | 175.00 | $315.00 |
| Regina Amporfro | 12/23/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | ATTEND MEETING RE SCHEDULE PREP (1.8) AND REVISE SOFAS PER COMMENTS FROM SAME (2.9) | 4.70 | 165.00 | $775.50 |
| Brian Hunt | 12/23/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL E RE: EMPLOYEE LIABILITIES | 1.30 | 175.00 | $227.50 |
| Brian Hunt | 12/23/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL WORKING CALL WITH COMPANY AND COUNSEL | 1.80 | 175.00 | $315.00 |
| Brian Hunt | 12/23/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL AB AND SCHEDULE F (1.2); PREPARE AND SEND OPEN ITEMS LIST AND WORKPLAN TO COMPANY AND COUNSEL (1.7) | 1.90 | 175.00 | $332.50 |
| Brian Hunt | 12/23/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW BALANCE SHEET AND PREPARE SCHEDULE AB QUESTION 60-65 AND SCHEDULE F | 1.60 | 175.00 | $280.00 |
| Brian Hunt | 12/23/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW BALANCE SHEET AND PREPARE SOAL AB AND SCHEDULE F ACCRUED LIABILITIES | 2.10 | 175.00 | $367.50 |
| Regina Amporfro | 12/26/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE UPDATES TO SOFAS; SEND DRAFTS TO YCST | 1.70 | 165.00 | $280.50 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SOAL F RE: ACCRUED AP AND EXPENSES | 1.60 | 175.00 | $280.00 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SCHEDULE E RE: ACCRUED SEVERANCE, BONUS, PTO AND LABOR | 1.50 | 175.00 | $262.50 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND FORWARD SOFA DRAFTS TO R AMPORFRO | 0.90 | 175.00 | $157.50 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL E RE: ACCRUED PTO | 0.40 | 175.00 | $70.00 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL E RE: ACCRUED PTO, SEVERANCE | 0.80 | 175.00 | $140.00 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL E RE:TAX PAYABLES | 1.30 | 175.00 | $227.50 |
| Brian Hunt | 12/26/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND FORWARD DRAFT SOALS TO COMPANY AND YCST | 1.00 | 175.00 | $175.00 |
| Regina Amporfro | 12/27/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE UPDATES TO SOFAS, TRACK OPEN ITEMS AND SEND DRAFTS | 1.20 | 165.00 | $198.00 |
| Regina Amporfro | 12/27/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | REVIEW AND PREPARE SOAL | 0.20 | 165.00 | $33.00 |
| Regina Amporfro | 12/27/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE SOFA UPDATES AND DRAFTS | 1.00 | 165.00 | $165.00 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND QUALITY CONTROL OF SCHEDULE F AP AND ACCRUED LIABILITIES | 1.40 | 175.00 | $245.00 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND QUALITY CONTROL SCHEDULE AB | 1.50 | 175.00 | $262.50 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND UPDATE MISSING ADDRESSES FOR SCHEDULE E/F | 0.30 | 175.00 | $52.50 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SCHEDULE E RE: EMPLOYEE HEALTH BENEFITS | 0.80 | 175.00 | $140.00 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE SCHEDULE F RE: ACCRUED LIABILITIES | 1.30 | 175.00 | $227.50 |
| Brian Hunt | 12/27/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVISE AND PREPARE CURE SCHEDULE | 0.50 | 175.00 | $87.50 |
| Regina Amporfro | 12/28/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | ATTEND MEETING WITH YCST AND WINC RE SOFA AND SCHEDULE UPDATES (1.8); UPDATE SOFA (3.7) AND PERFORM QUALITY CONTROL (1.5) | 7.00 | 165.00 | $1,155.00 |
| Brian Hunt | 12/28/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND QUALITY CONTROL SCHEDULE E AND F | 1.40 | 175.00 | $245.00 |
| Brian Hunt | 12/28/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | SOFA/SOAL PAGE TURN AND WORKING CALL WITH COMPANY, COUNSEL AND FA | 1.80 | 175.00 | $315.00 |
| Brian Hunt | 12/28/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND CIRCULATE FINAL SOFA DRAFTS TO COUNSEL AND COMPANY | 1.00 | 175.00 | $175.00 |

**Matter: 645**
**Matter Description: Schedules/SOFA Preparation**

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Billing Rate | Compensation |
|---|---|---|---|---|---|---|---|
| Brian Hunt | 12/28/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVIEW AND QUALITY CONTROL SOFA A/B AND F | 1.70 | 175.00 | $297.50 |
| Brian Hunt | 12/28/2022 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND FORWARD FINAL SCHEDULES TO COUNSEL AND COMPANY | 1.60 | 175.00 | $280.00 |
| Regina Amporfro | 12/29/2022 | Senior Consultant II | 645 Schedule/Sofa Preparation | COORDINATE SCHEDULE IMPORT FILE | 0.90 | 165.00 | $148.50 |
| Regina Amporfro | 1/9/2023 | Senior Consultant II | 645 Schedule/Sofa Preparation | UPDATE STATEMENTS OF FINANCIAL AFFAIRS AND SEND FILE FOR FILING | 4.10 | 181.00 | $742.10 |
| Kevin Streseman | 1/17/2023 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE AMENDED SOFA EXHIBIT | 1.80 | 192.00 | $345.60 |
| | | | | **TOTAL:** | **106.80** | | **$18,466.20** |