## EXHIBIT 2

**Fee Statement**

| Exhibit A | Compensation by Timekeeper for Compensation Period January 1, 2023 through January 31, 2023 |
| --- | --- |
| Exhibit B | Summary of Compensation by Project Category During Compensation Period January 1, 2023 through January 31, 2023 |
| Exhibit C | Detailed Time Description by Timekeeper and Category During Compensation Period January 1, 2023 through January 31, 2023 |
| Exhibit D | Monthly Expense Summary January 1, 2023 through January 31, 2023 |
| Exhibit E | Expense Summary During Compensation Period January 1, 2023 through January 31, 2023 |

30112329.3

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period**
**January 1, 2023 through January 31, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 76.9 | $86,512.50 |
| Kevin Pleines | Director | $695.00 | 179.0 | $124,405.00 |
| Chris Walker | Director | $595.00 | 118.6 | $70,567.00 |
| Jaclyn Hill | Admin | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$282,022.00** |

# EXHIBIT B

**Summary of Compensation by Project Category**
**During Compensation Period**
**January 1, 2023 through January 31, 2023**

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 5.0 | $ 3,522.00 |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 71.4 | $ 50,304.00 |
| C | Creditor, Lender, or Equity Holder Inquiries | 8.3 | $ 5,768.50 |
| D | Calls/Meetings with US Trustee and/or Staff | 1.9 | $ 1,750.50 |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 12.5 | $ 11,726.50 |
| F | Statements/Schedules and MOR's | 51.1 | $ 31,592.50 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 21.2 | $ 16,020.00 |
| H | Financial Review and Analysis | 2.9 | $ 2,047.50 |
| I | Asset Sale Process | 87.6 | $ 66,279.00 |
| J | Attendance at Court Hearings or Depositions | 5.9 | $ 4,611.50 |
| K | Employee Management | 0 | - |
| L | Case Administration | 22.3 | $ 17,039.50 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.4 | $ 278.00 |
| N | Analysis and Related Work re: Plan and Exit | 11.6 | $ 11,459.00 |
| O | Contract Review and Analysis | 0 | - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 74.9 | $ 59,623.50 |

# EXHIBIT C

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**January 1, 2023 through January 31, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| **A. Operations Analysis and Review** | | | |
| Chris Walker | 5-Jan | Prepared flow chart and presentation detailing wine process | 3.4 |
| John Policano | 5-Jan | Analyzed operations re: counterparty obligations, processing, bottling, etc. | 0.9 |
| Kevin Pleines | 20-Jan | Reviewed and responded to questions closing | 0.7 |
| | | **Operations Analysis and Review Total** | **5.0** |
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| John Policano | 3-Jan | Prepared for and participated on call with counsel re: inventory payments | 0.7 |
| John Policano | 3-Jan | Reviewed projected inventory payments and supporting data | 0.9 |
| John Policano | 5-Jan | Reviewed weekly variance report | 0.3 |
| John Policano | 5-Jan | Reviewed updated weekly budget | 0.3 |
| Kevin Pleines | 5-Jan | Updated cash flow to reflect most recent inputs from the Company | 1.5 |
| Kevin Pleines | 5-Jan | Updated variance report | 1.2 |
| Kevin Pleines | 5-Jan | Diligenced variances with company | 1.3 |
| Kevin Pleines | 5-Jan | Finalized variance report | 1.0 |
| Kevin Pleines | 8-Jan | Revised company inventory spend budget | 3.5 |
| John Policano | 9-Jan | Reviewed Debtors employee list and related compensation | 0.2 |
| John Policano | 9-Jan | Analyzed data supporting inventory disbursements | 0.5 |
| John Policano | 9-Jan | Analyzed data supporting critical vendors designation and disbursements | 0.5 |
| Kevin Pleines | 9-Jan | Strategized with the Company related to further vendor payment/CVs | 1.9 |
| Kevin Pleines | 9-Jan | Finalized proposed inventory/CV payments | 2.6 |
| Chris Walker | 10-Jan | Reviewed and updated inventory spend schedule | 1.0 |
| Chris Walker | 10-Jan | Prepared initial draft post-sale budget | 2.9 |
| John Policano | 10-Jan | Reviewed updated inventory and critical vendor obligations and payments | 0.4 |
| Kevin Pleines | 10-Jan | Revised proposed spending plan with inputs from Counsel | 1.5 |
| Chris Walker | 11-Jan | Performed review of weekly cash flow reporting materials | 1.1 |
| Chris Walker | 11-Jan | Reviewed claims agent fee forecast | 0.8 |
| Chris Walker | 11-Jan | Prepared initial draft of post sale cash flow forecast | 2.8 |
| John Policano | 11-Jan | Developed and reviewed updated weekly variance report and budget | 0.6 |
| Chris Walker | 12-Jan | Prepared updates to post sale cash flow forecast | 2.9 |
| Chris Walker | 13-Jan | Prepared updates to post sale cash flow forecast | 2.5 |
| Chris Walker | 13-Jan | Prepared updates to the post sale cash forecast | 1.5 |
| Chris Walker | 13-Jan | Updated professional fee forecast for post sale cash flow forecast | 1.2 |

| | | | |
|---|---|---|---|
| Chris Walker | 13-Jan | Updated UST fee calculation for post sale cash flow forecast | 0.9 |
| Chris Walker | 13-Jan | Prepared updates to post sale cash flow forecast | 2.6 |
| John Policano | 13-Jan | Analyzed data supporting critical vendor and inventory payments | 1.6 |
| Kevin Pleines | 13-Jan | Communicated and discussed approved inventory payments with company | 0.9 |
| Kevin Pleines | 15-Jan | Updated cash flow to reflect most recent inputs from the Company | 1.2 |
| Chris Walker | 16-Jan | Performed review/update to post sale cash flow forecast | 2.8 |
| Kevin Pleines | 16-Jan | Updated and strategized with RPA team | 0.2 |
| Kevin Pleines | 17-Jan | Reviewed, analyzed and summarized certain vendor payments | 2.7 |
| Kevin Pleines | 17-Jan | Strategized with RPA team | 0.3 |
| Kevin Pleines | 18-Jan | Updated and reviewed disbursement plan ahead of close | 1.7 |
| Kevin Pleines | 18-Jan | Discussed options for go forward cash management | 0.5 |
| John Policano | 19-Jan | Developed and reviewed updated weekly variance report and budget | 0.8 |
| Kevin Pleines | 19-Jan | Updated and finalized variance report | 2.1 |
| Kevin Pleines | 19-Jan | Updated and finalized proposed budget | 1.9 |
| John Policano | 20-Jan | Reviewed DIP budget variance reporting | 0.8 |
| John Policano | 20-Jan | Reviewed analysis of original DIP vs actual results since filing | 0.7 |
| John Policano | 20-Jan | Reviewed communications re: DIP budget and related variance reporting | 0.4 |
| Kevin Pleines | 20-Jan | Responded to buyer questions related to variance report and budget | 2.4 |
| Kevin Pleines | 20-Jan | Requested fee estimates for cash budget purpose | 0.4 |
| Kevin Pleines | 20-Jan | Analyzed and summarized current proposed budget relative to original DIP budget for buyer | 1.3 |
| Kevin Pleines | 21-Jan | Reviewed requests from buyer related to variance report | 0.2 |
| Kevin Pleines | 22-Jan | Reviewed Company end of week cash position | 0.5 |
| Kevin Pleines | 23-Jan | Communicated with Company with respect to closing and final cash positioning | 1.3 |
| Chris Walker | 24-Jan | Prepared revisions to the post sale cash flow forecast | 2.9 |
| Chris Walker | 24-Jan | Prepared revisions to the post sale cash flow forecast | 1.6 |
| Chris Walker | 25-Jan | Performed update to post sale cash flow forecast | 0.9 |
| Chris Walker | 26-Jan | Performed review/update to post sale budget | 1.0 |
| Chris Walker | 27-Jan | Prepared summary of post sale cash flow forecast | 1.2 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **71.4** |

### C. Creditor, Lender, or Equity Holder Inquiries

| | | | |
|---|---|---|---|
| Kevin Pleines | 11-Jan | Reviewed liabilities related to buyer questions | 1.5 |
| Kevin Pleines | 15-Jan | Reviewed cash flow related to buyer inquiry on potential us trustee fees | 1.0 |
| Kevin Pleines | 16-Jan | Analyzed and estimated disbursements for potential UST fees for buyer | 1.5 |
| Kevin Pleines | 18-Jan | Reviewed liability checklist data and responded to buyer counsel | 0.5 |
| Kevin Pleines | 19-Jan | Performed diligence for the buyer related to certain company cures/invoices | 2.3 |

| Kevin Pleines | 20-Jan | Reviewed and responded to buyer questions related to import vendors | 1.5 |
| | | **Creditor, Lender, or Equity Holder Inquiries Total** | **8.3** |

**D. Calls/Meetings with US Trustee and/or Staff**

| John Policano | 9-Jan | Prepared for and participated on Section 341 meeting/call with Debtors | 1.0 |
| Kevin Pleines | 9-Jan | Participated on 341 meeting | 0.9 |
| | | **Calls/Meetings with US Trustee and/or Staff Total** | **1.9** |

**E. Calls/Meetings with Company, Board, Counsel and/or Staff**

| John Policano | 6-Jan | Prepared for and participated on call with counsel re: funds flow | 0.3 |
| John Policano | 6-Jan | Prepared for and participated on all with counsel re: case status and planning | 0.3 |
| Kevin Pleines | 6-Jan | Responded to questions from CEO | 0.3 |
| John Policano | 9-Jan | Prepared for and participated on call with Debtors' counsel | 0.8 |
| Kevin Pleines | 9-Jan | Participated on call with Company CEO | 0.6 |
| John Policano | 10-Jan | Participated on call with counsel re: cash sources and uses and liabilities | 0.4 |
| John Policano | 11-Jan | Prepared for calls with counsel and Stalking Horse Bidder representatives | 0.5 |
| John Policano | 11-Jan | Participated on calls with counsel and Stalking Horse Bidder representatives | 0.9 |
| John Policano | 13-Jan | Prepared for and participated on call with counsel re: sources and uses | 0.8 |
| John Policano | 13-Jan | Participated on call with counsel and company to prepare for deposition | 1.1 |
| Kevin Pleines | 15-Jan | Participated on deposition prep call with counsel | 0.3 |
| John Policano | 17-Jan | Prepared for update call with Debtors' Board of Directors | 0.4 |
| John Policano | 17-Jan | Participated on status update call with Debtors' Board of Directors | 0.7 |
| Kevin Pleines | 17-Jan | Participated on update call with board of directors | 0.7 |
| John Policano | 18-Jan | Participated on call with Debtors' CEO | 0.4 |
| John Policano | 18-Jan | Prepared for and participated on call with Debtor re: settlement term sheet | 0.7 |
| Kevin Pleines | 18-Jan | Participated on call with Company & counsel related to bank accounts at closing | 0.5 |
| Kevin Pleines | 25-Jan | Strategized with estate consultant | 1.0 |
| Chris Walker | 27-Jan | Prepared for and participated on call w/ counsel re: case requirements | 1.0 |
| Kevin Pleines | 27-Jan | Participated on call with counsel related to post sale steps | 0.4 |
| Kevin Pleines | 31-Jan | Participated on call with estate consultant | 0.4 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **12.5** |

**F. Statements/Schedules and MOR's**

| Kevin Pleines | 12-Jan | Diligenced initial MOR requirements relative to company reporting and RPA templates | 1.6 |
| Chris Walker | 16-Jan | Prepared initial drafts of the December Monthly Operating Reports | 3.1 |
| Kevin Pleines | 16-Jan | Reviewed preliminary data for December MOR | 0.9 |

| | | | |
|---|---|---|---|
| Chris Walker | 17-Jan | Prepared initial drafts of the November Monthly Operating Reports | 2.1 |
| Chris Walker | 17-Jan | Prepared initial updates to draft Monthly Operating Reports | 1.6 |
| Chris Walker | 18-Jan | Prepared  Updates to Winc/BWSC Monthly Operating Reports | 2.6 |
| Chris Walker | 18-Jan | Reviewed, finalized and sent draft Monthly Operating Reports | 1.4 |
| Chris Walker | 18-Jan | Reviewed revised transaction documents | 1.1 |
| Chris Walker | 19-Jan | Performed review/update of filed claims for Monthly Operating Report | 2.6 |
| Chris Walker | 19-Jan | Prepared for and participated on a call w/Company re: Monthly Operating Reports | 0.8 |
| Chris Walker | 19-Jan | Performed updates to Monthly Operating Reports | 2.4 |
| Chris Walker | 19-Jan | Performed revisions to claims file for Monthly Operating Reports | 1.7 |
| John Policano | 19-Jan | Reviewed MOR | 0.2 |
| Kevin Pleines | 19-Jan | Planned MOR process with RPA team | 0.2 |
| Chris Walker | 20-Jan | Prepared updates to Monthly Operating Reports | 2.3 |
| Chris Walker | 20-Jan | Prepared for and participated on call w/counsel re: Monthly Operating Reports | 0.6 |
| Chris Walker | 20-Jan | Prepared updated to Monthly Operating Reports support exhibits | 1.9 |
| Chris Walker | 20-Jan | Drafted Monthly Operating Report global notes | 1.7 |
| Kevin Pleines | 20-Jan | Strategized and discussed MOR with RPA team and company | 2.1 |
| John Policano | 22-Jan | Reviewed December MORs | 0.2 |
| Kevin Pleines | 22-Jan | Analyzed and provided data for liabilities under compromise for MOR | 1.7 |
| Chris Walker | 23-Jan | Updated Monthly Operating Reports for revised financials | 1.0 |
| Chris Walker | 23-Jan | Finalized, reviewed and sent draft November Monthly Operating Reports | 1.4 |
| Chris Walker | 23-Jan | Performed updates to November Monthly Operating Reports | 1.8 |
| Chris Walker | 23-Jan | Performed updates to December Monthly Operating Reports | 2.9 |
| Chris Walker | 23-Jan | Prepared updates to Monthly Operating Reports | 1.3 |
| Chris Walker | 23-Jan | Finalized, reviewed and sent draft December Monthly Operating Reports | 2.0 |
| Chris Walker | 23-Jan | Prepared for and participated on a call w/counsel re: Monthly Operating Reports | 0.6 |
| John Policano | 23-Jan | Prepared/reviewed final version of MOR | 0.2 |
| Chris Walker | 24-Jan | Performed updates to December/November MORs based on feedback from counsel | 1.7 |
| Chris Walker | 24-Jan | Performed updates to November/December Monthly Operating Reports based on feedback from counsel | 1.9 |
| Chris Walker | 24-Jan | Performed final revisions to November/December Monthly Operating Reports | 1.3 |
| Kevin Pleines | 24-Jan | Reviewed MORs | 2.2 |
| | | **Statements/Schedules and MOR's Total** | **51.1** |

**G. Preparation and Review of Bankruptcy Documents and Related Filings**

| | | | |
|---|---|---|---|
| John Policano | 2-Jan | Reviewed UCC objection to DIP financing | 0.3 |

| | | | |
|---|---|---|---|
| John Policano | 3-Jan | Reviewed updated docket and certain related filings | 0.4 |
| Chris Walker | 4-Jan | Performed review of docket and filings | 0.6 |
| Chris Walker | 4-Jan | Reviewed docket filings/prepared summary of key dates/milestones | 1.2 |
| Chris Walker | 4-Jan | Reviewed agenda and registered team for hearing | 0.6 |
| John Policano | 4-Jan | Reviewed updated docket and certain related filings | 0.6 |
| John Policano | 4-Jan | Reviewed updated court calendar | 0.1 |
| John Policano | 4-Jan | Reviewed bid procedures order | 0.9 |
| John Policano | 5-Jan | Reviewed updated docket, DIP order and updated hearing agenda | 0.2 |
| John Policano | 6-Jan | Reviewed professionals compensation motion | 0.3 |
| Chris Walker | 10-Jan | Performed docket review | 0.7 |
| John Policano | 10-Jan | Reviewed updated docket and filings | 0.2 |
| John Policano | 10-Jan | Reviewed Debtor M&A advisor retention documents | 0.6 |
| John Policano | 11-Jan | Reviewed updated docket | 0.2 |
| Chris Walker | 12-Jan | Reviewed local bankruptcy rules | 1.1 |
| John Policano | 12-Jan | Reviewed updated docket and related filings | 0.7 |
| Chris Walker | 13-Jan | Performed docket review | 0.7 |
| John Policano | 13-Jan | Reviewed updated docket | 0.3 |
| John Policano | 16-Jan | Developed and reviewed RPA personnel declaration | 0.3 |
| Kevin Pleines | 16-Jan | Reviewed draft declaration | 1.1 |
| Kevin Pleines | 16-Jan | Revised draft declaration | 2.4 |
| Chris Walker | 17-Jan | Performed docket review/review of filings | 0.7 |
| Kevin Pleines | 17-Jan | Prepared and reviewed materials for court hearing | 3.0 |
| Chris Walker | 18-Jan | Reviewed docket/sale order | 0.8 |
| John Policano | 18-Jan | Reviewed updated docket | 0.1 |
| Chris Walker | 19-Jan | Reviewed/discussed UCC settlement termsheet | 1.1 |
| Chris Walker | 24-Jan | Performed docket review | 0.7 |
| Chris Walker | 25-Jan | Performed docket review/review of filings | 0.6 |
| Chris Walker | 26-Jan | Performed review of docket/filings | 0.7 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **21.2** |

### H. Financial Review and Analysis

| | | | |
|---|---|---|---|
| Kevin Pleines | 6-Jan | Discussed and developed work plan with RPA team | 0.4 |
| Kevin Pleines | 7-Jan | Responded to question from counsel with respect to contracts | 0.2 |
| Chris Walker | 9-Jan | Performed review of employee compensation and benefits | 1.4 |
| John Policano | 16-Jan | Reviewed Debtors December financial statements | 0.4 |
| Kevin Pleines | 20-Jan | Strategized with RPA team | 0.5 |
| | | **Financial Review and Analysis Total** | **2.9** |

### I. Asset Sale Process

| | | | |
|---|---|---|---|
| Chris Walker | 1-Jan | Performed review/analysis of Asset Purchase Agreement liabilities and cure costs | 1.4 |
| John Policano | 1-Jan | Reviewed/updated detailed liability analyses | 1.8 |

| John Policano | 1-Jan | Reviewed potential cure costs | 0.3 |
| Kevin Pleines | 1-Jan | Strategized with RPA team related to liability check list | 1.6 |
| Kevin Pleines | 1-Jan | Revised and finalized liability check list | 2.9 |
| John Policano | 2-Jan | Reviewed communication re: liabilities analyses | 0.2 |
| John Policano | 2-Jan | Reviewed/updated liability analyses | 0.6 |
| Kevin Pleines | 2-Jan | Strategized with counsel and updated liability checklist | 2.1 |
| Kevin Pleines | 2-Jan | Finalized liability check list with inputs from counsel | 2.4 |
| John Policano | 3-Jan | Reviewed inventory counterparty arrangements | 0.4 |
| John Policano | 3-Jan | Analyzed/updated detailed liability analyses | 0.7 |
| Kevin Pleines | 3-Jan | Finalized liability check incorporating comments from counsel | 1.7 |
| Chris Walker | 4-Jan | Performed review of Asset Purchase Agreement | 0.7 |
| John Policano | 4-Jan | Reviewed communication re: liabilities analyses and related payments | 0.2 |
| John Policano | 4-Jan | Reviewed updated detail liability analyses | 0.6 |
| John Policano | 5-Jan | Analyzed critical vendor relationships/dealings re: liens, foreign vendors | 0.7 |
| John Policano | 5-Jan | Reviewed Banc of California payoff letter and calculations | 0.3 |
| John Policano | 5-Jan | Developed/reviewed proforma transaction closing sources and uses of cash | 0.8 |
| Kevin Pleines | 5-Jan | Created pro forma administrative solvency S&U | 2.3 |
| Kevin Pleines | 5-Jan | Revised pro forma S&U | 1.7 |
| Kevin Pleines | 5-Jan | Finalized pro forma solvency S&U | 1.8 |
| John Policano | 6-Jan | Reviewed updated liability analyses | 0.3 |
| John Policano | 6-Jan | Analyzed process/data used to identify potential critical vendors | 0.4 |
| John Policano | 6-Jan | Reviewed claims register | 0.3 |
| John Policano | 6-Jan | Reviewed APA re: assumed obligations | 0.7 |
| Kevin Pleines | 6-Jan | Strategized with RPA team and counsel related to sources and uses | 0.5 |
| Chris Walker | 7-Jan | Performed review of Asset Purchase Agreement assumed liabilities | 0.5 |
| Kevin Pleines | 8-Jan | Reviewed revised APA related to liabilities | 1.5 |
| Chris Walker | 9-Jan | Performed review of changes to the Asset Purchase Agreement | 0.9 |
| John Policano | 9-Jan | Reviewed revised APA | 1.0 |
| John Policano | 9-Jan | Reviewed assumed liabilities | 0.5 |
| John Policano | 10-Jan | Reviewed updated Debtors' liability analyses | 0.8 |
| John Policano | 10-Jan | Prepared for call with counsel re: cash sources and uses at closing | 0.6 |
| Kevin Pleines | 10-Jan | Reviewed assumptions for S&U analysis | 1.2 |
| Kevin Pleines | 10-Jan | Participated on call with counsel with respect to update liability analysis and wind down budget | 0.6 |
| Kevin Pleines | 10-Jan | Updated assumptions related to liability analysis | 2.1 |
| Kevin Pleines | 10-Jan | Revised liability analysis with updated assumptions. | 1.5 |
| Chris Walker | 11-Jan | Performed review of updated sources and uses | 1.2 |
| John Policano | 11-Jan | Developed draft transaction flow of funds/sources and uses | 0.4 |

| John Policano | 11-Jan | Prepared for and participated on call with counsel re: Stalking Horse Bidder requests | 0.4 |
| Kevin Pleines | 11-Jan | Reviewed liabilities detail ahead of call with buyer | 0.5 |
| Kevin Pleines | 11-Jan | Strategized with RPA, company and counsel with respect to buyer inquiries | 0.8 |
| Kevin Pleines | 11-Jan | Updated liabilities check list with updated assumptions | 0.8 |
| John Policano | 12-Jan | Reviewed estimated transaction funds flow of sources and uses | 0.6 |
| John Policano | 13-Jan | Reviewed potential priority claims | 0.4 |
| Kevin Pleines | 13-Jan | Updated sources and uses for counsel | 0.7 |
| John Policano | 15-Jan | Reviewed APA | 0.8 |
| Kevin Pleines | 15-Jan | Reviewed settlement term sheets | 0.8 |
| Kevin Pleines | 15-Jan | Reviewed drafts of APA and TSA | 0.7 |
| John Policano | 16-Jan | Reviewed APA | 0.5 |
| Kevin Pleines | 16-Jan | Updated draft sources & uses | 2.9 |
| Kevin Pleines | 16-Jan | Reviewed draft TSA and MSA | 2.7 |
| Chris Walker | 17-Jan | Reviewed draft Asset Purchase Agreement | 0.7 |
| John Policano | 17-Jan | Reviewed updated liabilities listing requested by Stalking Horse Bidder | 0.3 |
| Kevin Pleines | 17-Jan | Updated liability check list for buyer | 1.8 |
| John Policano | 18-Jan | Reviewed APA | 0.5 |
| Kevin Pleines | 18-Jan | Complied and analyzed transaction closing S&U | 2.3 |
| Kevin Pleines | 18-Jan | Revised and updated cash closing S&U | 2.1 |
| Kevin Pleines | 18-Jan | Strategized with counsel and revised S&U | 1.8 |
| Kevin Pleines | 19-Jan | Discussed liabilities analysis with RPA team | 0.2 |
| Kevin Pleines | 19-Jan | Created flow of funds plan for the company | 0.8 |
| Kevin Pleines | 20-Jan | Updated cash S&U to reflect new payoff letter | 0.8 |
| Kevin Pleines | 20-Jan | Updated cash S&U to reflect closing update | 0.6 |
| Chris Walker | 22-Jan | Performed detailed review of draft sources and uses | 0.5 |
| John Policano | 22-Jan | Recalculated net assets sales proceeds | 0.3 |
| John Policano | 22-Jan | Reviewed sharing calculation of assets sales proceeds | 0.2 |
| John Policano | 22-Jan | Reviewed/determined payments scheduled to be made | 0.3 |
| John Policano | 22-Jan | Reviewed communications related to net assets sales calculation | 0.2 |
| John Policano | 22-Jan | Evaluated treatment of Banc of California payoff calculation | 0.2 |
| John Policano | 22-Jan | Evaluated treatment of closing payment process and timing | 0.3 |
| Kevin Pleines | 22-Jan | Updated cash S&U to adjust for change in wires | 1.5 |
| Kevin Pleines | 22-Jan | Reviewed and verified wiring instructions | 0.8 |
| Kevin Pleines | 22-Jan | Updated cash S&U with payoff update | 0.2 |
| Kevin Pleines | 22-Jan | Strategized with RPA team related to closing wires | 0.4 |
| Kevin Pleines | 22-Jan | Updated S&U with inputs from counsel | 0.6 |
| Kevin Pleines | 22-Jan | Reviewed and finalized cash S&U | 1.8 |
| John Policano | 23-Jan | Participated on sale transaction closing call with counsel and Stalking Horse Bidder | 0.3 |

30112329.3

7

| Kevin Pleines | 23-Jan | Finalized flow of funds for buyer | 2.5 |
| Chris Walker | 30-Jan | Prepared summary of claims and schedules filed | 2.9 |
| Chris Walker | 30-Jan | Reviewed master claim file from Epiq | 0.6 |
| Chris Walker | 31-Jan | Prepared summary tables of claims by claim type | 3.0 |
| Chris Walker | 31-Jan | Prepared detailed listings of claims by type and removed duplicates | 1.8 |
| Chris Walker | 31-Jan | Reconciled claims against November 30 AP balances | 2.9 |
| Chris Walker | 31-Jan | Reconciled claims against November 30 AP balances | 1.6 |
| | | **Asset Sale Process Total** | **87.6** |

**J. Attendance at Court Hearings or Depositions**

| Chris Walker | 17-Jan | Prepared for and participated on sale hearing | 2.2 |
| John Policano | 17-Jan | Participated in sale hearing | 1.7 |
| Kevin Pleines | 17-Jan | Appeared at court hearing | 2.0 |
| | | **Attendance at Court Hearings or Depositions Total** | **5.9** |

**L. Case Administration**

| Chris Walker | 4-Jan | Reviewed fee application template | 0.3 |
| John Policano | 4-Jan | Reviewed draft fee application | 0.4 |
| Chris Walker | 5-Jan | Prepared updates to fee application template | 1.2 |
| Chris Walker | 6-Jan | Prepared updates to fee application template | 2.3 |
| Chris Walker | 9-Jan | Performed review and update of December fee application | 1.6 |
| Jaclyn Hill | 9-Jan | Reviewed and prepared exhibits for fee application | 1.5 |
| Chris Walker | 10-Jan | Prepared updates to the December Fee Application | 1.5 |
| John Policano | 10-Jan | Reviewed draft RPA fee application | 0.4 |
| John Policano | 11-Jan | Reviewed email communications | 0.2 |
| Chris Walker | 12-Jan | Prepared updates to the December fee application | 1.4 |
| Jaclyn Hill | 12-Jan | Edited and finalized fee application | 1.0 |
| John Policano | 12-Jan | Prepared/reviewed fee application | 0.8 |
| John Policano | 12-Jan | Reviewed communications | 0.3 |
| Kevin Pleines | 12-Jan | Provided updated fee assumptions to company to close December books | 0.2 |
| John Policano | 13-Jan | Reviewed and finalized fee application | 0.7 |
| John Policano | 13-Jan | Reviewed Debtors' communication plan of action | 0.3 |
| John Policano | 14-Jan | Reviewed communications | 0.4 |
| John Policano | 18-Jan | Reviewed communications | 0.1 |
| John Policano | 22-Jan | Preparation of monthly fee application | 0.5 |
| John Policano | 23-Jan | Preparation of monthly fee application | 1.5 |
| John Policano | 23-Jan | Reviewed communications | 0.1 |
| John Policano | 24-Jan | Prepared fee application | 0.6 |
| Kevin Pleines | 24-Jan | Reviewed bankruptcy calendar | 0.3 |
| John Policano | 25-Jan | Prepared fee application | 0.9 |
| John Policano | 26-Jan | Prepared fee application | 0.8 |
| Kevin Pleines | 27-Jan | Strategized with RPA team related to next steps | 0.6 |

| Chris Walker | 29-Jan | Prepared updates to fee application | 1.7 |
| John Policano | 30-Jan | Planned next steps | 0.7 |
| | | **Case Administration Total** | **22.3** |

**M. Calls/Meetings with Lenders and Lender Advisors/Counsel**

| Kevin Pleines | 11-Jan | Participated on call with counsel, buyer and buyer counsel | 0.2 |
| Kevin Pleines | 23-Jan | Participated on closing call | 0.2 |
| | | **Calls/Meetings with Lenders and Lender Advisors/Counsel Total** | **0.4** |

**N. Analysis and Related Work re: Plan and Exit**

| John Policano | 6-Jan | Prepared for call with counsel re: claims and claims register | 0.4 |
| Kevin Pleines | 12-Jan | Performed diligence related to cure amounts | 1.5 |
| Kevin Pleines | 12-Jan | Reviewed of claims agent invoice relative to professional fee procedures | 0.2 |
| Kevin Pleines | 13-Jan | Reviewed priority claims in claims register | 1.5 |
| John Policano | 15-Jan | Developed/reviewed draft wind down budget | 0.4 |
| John Policano | 15-Jan | Reviewed TSA | 1.1 |
| John Policano | 15-Jan | Reviewed MSA | 0.4 |
| John Policano | 16-Jan | Developed and reviewed post closing budget through plan confirmation | 0.9 |
| John Policano | 16-Jan | Developed and reviewed post confirmation/estate winddown budget | 0.9 |
| John Policano | 16-Jan | Reviewed TSA | 0.4 |
| John Policano | 18-Jan | Reviewed TSA | 0.4 |
| John Policano | 21-Jan | Reviewed recent email communications and planned for closing/next steps | 1.3 |
| John Policano | 23-Jan | Planned next steps re: closing, POR and wind down of estate | 0.2 |
| John Policano | 27-Jan | Prepared for an participated on call with counsel re: POR, post close activity | 0.4 |
| John Policano | 27-Jan | Developed post closing and post confirmation activity | 0.2 |
| John Policano | 31-Jan | Performed analysis of claims | 0.5 |
| John Policano | 31-Jan | Reviewed accounts payable obligations and related claims | 0.4 |
| Kevin Pleines | 31-Jan | Reviewed claims analysis with RPA team | 0.5 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **11.6** |

**P. Calls/Meetings or Response to Inquiries from UCC Advisors**

| Kevin Pleines | 2-Jan | Reviewed UCC objection DIP financing | 2.1 |
| Kevin Pleines | 2-Jan | Diligenced and responded to UCC questions related to proposed disbursements | 0.8 |
| Kevin Pleines | 2-Jan | Reviewed and discussed budget with counsel related to UCC | 2.1 |
| Kevin Pleines | 3-Jan | Reviewed and detailed payment detail to a certain vendor related to UCC objection | 3.0 |
| Kevin Pleines | 3-Jan | Reviewed and detailed payment to a key vendor related to UCC objection | 3.0 |
| Kevin Pleines | 3-Jan | Strategized with RPA team related to UCC | 1.8 |

| | | | |
|---|---|---|---|
| Kevin Pleines | 4-Jan | Summarized and analyzed further drivers of critical nature of planned inventory disbursements | 2.5 |
| Kevin Pleines | 4-Jan | Strategized with RPA team related to inventory disbursements | 0.4 |
| Kevin Pleines | 4-Jan | Discussed with company drivers for production/bottling spending need | 1.5 |
| Kevin Pleines | 4-Jan | Summarized drivers for proposed inventory spend for UCC | 2.9 |
| Kevin Pleines | 4-Jan | Prepared summary for UCC related to proposed inventory and CV payments | 2.2 |
| John Policano | 5-Jan | Prepared for upcoming call with UCC reps re: waterfall | 0.4 |
| Kevin Pleines | 5-Jan | Reviewed and responded to UCC questions related to liabilities schedule and waterfall | 1.7 |
| Kevin Pleines | 5-Jan | Reviewed and responded to UCC questions related to variance report | 0.3 |
| John Policano | 6-Jan | Reviewed and developed data re: funds flow for UCC call | 0.6 |
| Kevin Pleines | 6-Jan | Participated on call with UCC counsel and FA related to S&U | 0.6 |
| Kevin Pleines | 6-Jan | Diligenced and detailed proposed G&A CV spend for UCC | 1.6 |
| Kevin Pleines | 6-Jan | Strategized with counsel and RPA related to UCC | 1.1 |
| Kevin Pleines | 6-Jan | Diligenced and responded to UCC questions related to proposed CV spend | 1.5 |
| Kevin Pleines | 6-Jan | Reviewed and updated proposed inventory spend for the balance of the case | 2.5 |
| Kevin Pleines | 9-Jan | Updated UCC with respect to vendor payment | 0.5 |
| Kevin Pleines | 10-Jan | Strategized with RPA team with respect to UCC requests | 0.6 |
| Kevin Pleines | 10-Jan | Complied and detailed proposed CV and inventory payment for UCC | 2.6 |
| Kevin Pleines | 11-Jan | Strategized with company related to UCC questions on inventory spend | 1.2 |
| Kevin Pleines | 11-Jan | Reviewed a provided responses to UCC related to inventory spend questions | 1.8 |
| John Policano | 12-Jan | Reviewed UCC objection | 0.7 |
| John Policano | 12-Jan | Reviewed UCC declaration | 0.7 |
| Kevin Pleines | 12-Jan | Provided counsel timeline related to UCC diligence | 0.9 |
| John Policano | 13-Jan | Evaluated inventory and critical vendor payments | 0.6 |
| John Policano | 13-Jan | Assisted in preparation for scheduled deposition | 0.8 |
| Kevin Pleines | 13-Jan | Strategized with RPA team and counsel with respect to UCC call | 0.7 |
| Kevin Pleines | 13-Jan | Participated on call with UCC professionals | 1.0 |
| Kevin Pleines | 13-Jan | Prepared for UCC deposition with counsel and RPA team | 1.8 |
| Kevin Pleines | 13-Jan | Summarized and provided diligence to UCC related to proposed inventory payments | 1.8 |
| Kevin Pleines | 13-Jan | Reviewed approved inventory payments by the UCC | 0.6 |
| John Policano | 14-Jan | Reviewed settlement proposal | 0.2 |
| John Policano | 14-Jan | Reviewed data to assess draft settlement proposal | 0.2 |
| John Policano | 14-Jan | Prepared for and participated on call with counsel to prepare for deposition | 0.3 |
| John Policano | 14-Jan | Assisted in preparation for scheduled deposition | 0.9 |

30112329.3

| John Policano | 14-Jan | Estimated estate funds based on draft settlement proposal | 2.6 |
| Kevin Pleines | 14-Jan | Reviewed documents and prepared for UCC deposition | 3.0 |
| John Policano | 15-Jan | Reviewed settlement term sheet | 0.6 |
| John Policano | 15-Jan | Participated on call with counsel to prepare for call with UCC advisors | 0.2 |
| John Policano | 15-Jan | Assisted in preparation for scheduled deposition | 0.8 |
| John Policano | 15-Jan | Reviewed communication re: settlement term sheet | 0.7 |
| John Policano | 15-Jan | Prepared for and participated on call with counsel and UCC advisors | 1.0 |
| John Policano | 15-Jan | Participated on call with UCC representative re: TS/settlement | 0.5 |
| John Policano | 15-Jan | Assist in preparation for deposition by UCC | 0.9 |
| John Policano | 15-Jan | Participated on call with UCC representative | 0.5 |
| Kevin Pleines | 15-Jan | Reviewed documents and prepared for UCC deposition | 1.9 |
| Kevin Pleines | 15-Jan | Participated on call with UCC professionals | 0.7 |
| Kevin Pleines | 15-Jan | Participated on call with UCC professionals | 0.3 |
| John Policano | 16-Jan | Reviewed updated settlement term sheet | 0.3 |
| John Policano | 18-Jan | Reviewed UCC settlement term sheet | 0.7 |
| John Policano | 18-Jan | Developed draft transaction flow of funds/sources and uses | 0.3 |
| John Policano | 19-Jan | Prepared for call with UCC financial advisors | 0.6 |
| John Policano | 19-Jan | Participated on call with UCC financial advisors | 0.4 |
| John Policano | 19-Jan | Evaluated updated cash receipts, cash disbursements and cash balances | 0.3 |
| John Policano | 19-Jan | Evaluated updated estimated cash balance | 0.1 |
| John Policano | 19-Jan | Reviewed updated docket and sale order | 0.9 |
| John Policano | 19-Jan | Developed response to UCC FA inquiries re: transaction sources and uses | 0.2 |
| John Policano | 19-Jan | Reviewed UCC communications re: transaction sources and uses of cash | 0.2 |
| John Policano | 19-Jan | Reviewed files claims detail listing | 0.2 |
| Kevin Pleines | 19-Jan | Responded to UCC inquiries related to draft closing S&U | 2.3 |
| Kevin Pleines | 19-Jan | Participated on call with the UCC discussing draft closing S&U | 0.5 |
| Kevin Pleines | 22-Jan | Responded to UCC questions related to cash position | 0.4 |
| Kevin Pleines | 25-Jan | Reviewed and responded UCC inquiries | 1.7 |
| John Policano | 26-Jan | Reviewed UCC inquiry and response | 0.2 |
| Kevin Pleines | 27-Jan | Reviewed and responded to UCC questions | 0.5 |
| Kevin Pleines | 30-Jan | Participated on call with UCC counsel and FA | 0.9 |
| | | **Calls/Meetings or Response to Inquiries from UCC Advisors Total** | **74.9** |

# EXHIBIT D

**Monthly Expense Summary**
**January 1, 2023 through January 31, 2023**

| Category | Amount |
|---|---|
| Airfare/Train | $438.50 |
| Auto/Taxi | $180.92 |
| Hotel | $753.90 |
| Meals | $106.49 |
| Telecom | $79.79 |
| **Total Expenses** | **$1,559.60** |

30112329.3

# EXHIBIT E

30112329.3

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 16-Jan | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $438.50 |
| | | **Airfare/Train Total** | **$438.50** |
| **Auto/Taxi** | | | |
| 16-Jan | Kevin Pleines | Car while traveling to/from Wilmington for Winc hearing | $180.92 |
| | | **Auto/Taxi Total** | **$180.92** |
| **Hotel** | | | |
| 6-Jan | Kevin Pleines | Hotel in Wilmington for Winc hearing - hearing cancelled day before, charged one night | $359.00 |
| 16-Jan | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $394.90 |
| | | **Hotel Total** | **$753.90** |
| **Meals** | | | |
| 16-Jan | Kevin Pleines | Meals while in Wilmington for Winc hearing | $106.49 |
| | | **Meals Total** | **$106.49** |
| **Telecom** | | | |
| 1-Jan | Chris Walker | Telecom charges related to Winc | $50.00 |
| 26-Jan | Kevin Pleines | Telecom charges related to Winc | $29.79 |
| | | **Telecom Total** | **$79.79** |
| | | | |
| | | **Expenses Total** | **$1,559.60** |