# **EXHIBIT A**

## *Summary of Hours Worked - Canaccord - By Professional*

| Professional | Title | Hours Worked |
|---|---|---|
| Morgan Ley | Managing Director | 79 |
| David Istock | Managing Director | 36.5 |
| Brian Bacal | Managing Director | 216.5 |
| Brian Hurley | Director | 165 |
| Jaemin Oh | Senior Associate | 64 |
| Bronwyn Davies | Associate | 126 |
| Tyler Kennedy | Analyst | 8 |
| Total | | 695.0 |

### *Summary of Hours Worked - Canaccord - By Day & Professional*

| | Morgan Ley | David Istock | Brian Bacal | Brian Hurley | Jaemin Oh | Bronwyn Davies | Tyler Kennedy |
|---|---|---|---|---|---|---|---|
| 30-Nov-22 | 1.5 | - | 3.5 | 1.0 | 2.0 | 6.0 | - |
| 1-Dec-22 | 2.5 | 1.5 | 10.5 | 0.5 | 7.5 | 8.5 | 1.0 |
| 2-Dec-22 | 3.5 | 1.0 | 10.0 | 1.0 | 7.5 | 8.0 | 0.5 |
| 3-Dec-22 | - | - | 6.5 | 0.5 | 2.0 | 4.0 | - |
| 4-Dec-22 | - | 1.0 | 4.0 | 2.0 | 1.5 | 3.5 | 1.0 |
| 5-Dec-22 | 1.0 | 1.0 | 10.5 | 1.0 | 3.0 | 1.5 | - |
| 6-Dec-22 | 2.0 | 1.0 | 12.0 | - | 2.0 | 1.0 | - |
| 7-Dec-22 | 2.5 | 2.0 | 8.0 | 4.5 | 2.0 | 3.0 | 1.5 |
| 8-Dec-22 | 1.0 | 1.0 | 5.5 | 1.5 | 5.5 | 6.5 | - |
| 9-Dec-22 | 2.0 | 3.0 | 3.0 | 1.0 | 0.5 | 4.0 | 1.0 |
| 10-Dec-22 | - | - | - | - | - | 1.0 | - |
| 11-Dec-22 | - | - | - | - | - | - | - |
| 12-Dec-22 | 1.5 | 1.0 | 5.5 | 5.5 | 3.0 | 8.5 | - |
| 13-Dec-22 | 1.5 | 1.0 | 4.0 | 5.0 | 3.5 | 4.5 | 1.0 |
| 14-Dec-22 | 1.5 | 1.0 | 2.5 | 1.5 | 0.5 | 4.0 | 0.5 |
| 15-Dec-22 | 1.0 | 1.0 | 4.5 | 3.0 | 1.5 | 2.5 | - |
| 16-Dec-22 | 1.0 | 1.5 | 4.0 | 4.0 | - | 5.0 | - |
| 17-Dec-22 | - | - | 1.5 | 1.5 | - | 3.0 | - |
| 18-Dec-22 | - | 1.0 | 2.5 | 2.5 | 1.0 | 1.5 | - |
| 19-Dec-22 | 1.0 | 0.5 | 1.5 | 1.5 | - | 3.0 | - |
| 20-Dec-22 | 1.0 | 1.0 | 4.0 | 4.0 | - | 2.5 | - |
| 21-Dec-22 | 6.5 | 1.0 | 6.0 | 14.5 | - | 8.0 | 0.5 |
| 22-Dec-22 | 12.0 | 0.5 | 5.0 | 12.0 | 0.5 | 8.5 | - |
| 23-Dec-22 | 1.0 | - | 1.5 | 1.5 | - | 1.0 | - |
| 24-Dec-22 | - | - | - | - | - | - | - |
| 25-Dec-22 | - | - | - | - | - | - | - |
| 26-Dec-22 | - | 0.5 | 1.5 | 1.5 | - | - | - |
| 27-Dec-22 | 1.0 | 0.5 | 3.0 | 3.0 | 6.5 | 2.5 | - |
| 28-Dec-22 | 1.0 | - | 3.5 | 3.5 | 4.5 | 3.0 | - |
| 29-Dec-22 | 1.0 | 0.5 | 4.5 | 2.5 | 1.0 | 5.0 | - |
| 30-Dec-22 | - | 1.0 | 3.0 | 3.0 | - | 3.5 | 0.5 |
| 31-Dec-22 | - | 1.0 | 1.5 | 1.5 | - | - | - |
| 1-Jan-23 | - | - | - | - | - | - | - |
| 2-Jan-23 | - | 1.0 | 1.0 | 1.0 | - | 1.0 | - |
| 3-Jan-23 | 2.0 | 1.0 | 2.0 | 2.0 | 3.0 | 0.5 | - |
| 4-Jan-23 | 2.0 | 1.0 | 1.5 | 1.5 | 2.5 | 3.5 | 0.5 |
| 5-Jan-23 | 1.5 | 0.5 | 4.5 | 4.5 | - | 2.0 | - |
| 6-Jan-23 | 1.5 | 1.0 | 9.5 | 7.5 | - | 1.5 | - |
| 7-Jan-23 | - | 1.0 | 1.5 | 2.5 | - | - | - |
| 8-Jan-23 | 1.0 | 0.5 | 4.5 | 4.5 | - | 2.0 | - |
| 9-Jan-23 | - | 1.0 | 3.0 | 3.0 | - | 0.5 | - |
| 10-Jan-23 | - | 0.5 | 2.0 | 2.0 | 2.0 | - | - |
| 11-Jan-23 | - | 0.5 | 4.0 | 4.0 | - | - | - |
| 12-Jan-23 | 3.0 | 1.0 | 6.0 | 6.0 | 1.0 | 1.5 | - |
| 13-Jan-23 | 3.0 | 0.5 | 4.5 | 2.5 | - | 0.5 | - |
| 14-Jan-23 | 2.0 | - | 4.0 | 4.0 | - | - | - |
| 15-Jan-23 | 4.0 | 1.0 | 3.0 | 5.0 | - | - | - |
| 16-Jan-23 | 12.0 | 1.0 | 15.5 | 13.5 | - | - | - |
| 17-Jan-23 | - | 0.5 | 10.5 | 10.5 | - | - | - |
| 18-Jan-23 | - | - | 3.5 | 3.5 | - | - | - |
| 19-Jan-23 | - | - | 0.5 | 0.5 | - | - | - |
| 20-Jan-23 | - | - | 1.5 | 1.5 | - | - | - |
| 21-Jan-23 | - | - | - | - | - | - | - |
| 22-Jan-23 | - | - | 0.5 | 0.5 | - | - | - |
| 23-Jan-23 | - | - | 0.5 | 0.5 | - | - | - |
| Total | 79.0 | 36.5 | 216.5 | 165.0 | 64.0 | 126.0 | 8.0 |

### *Summary of Hours Worked - Brian Bacal*

| Date | Name | Hours | Description |
|---|---|---|---|
| 30-Nov-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 30-Nov-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 30-Nov-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 30-Nov-22 | Brian Bacal | 1 | General and Administrative Work |
| 30-Nov-22 | Brian Bacal | 1 | Review and Comment on Materials |
| 1-Dec-22 | Brian Bacal | 5 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 1-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 1-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 1-Dec-22 | Brian Bacal | 3 | Review and Comment on Documentation |
| 1-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Marketing Materials |
| 2-Dec-22 | Brian Bacal | 1 | Discussions with Counsel |
| 2-Dec-22 | Brian Bacal | 2.5 | Discussions with Potential Parties of Interest |
| 2-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 2-Dec-22 | Brian Bacal | 2 | Hearing Preparation |
| 2-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 2-Dec-22 | Brian Bacal | 1.5 | Review and Comment on Documentation |
| 2-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Marketing Materials |
| 2-Dec-22 | Brian Bacal | 1 | Review of Filed Materials |
| 3-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 3-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 3-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 3-Dec-22 | Brian Bacal | 2.5 | Review and Comment on Documentation |
| 3-Dec-22 | Brian Bacal | 2 | Review and Comment on Marketing Materials |
| 4-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 4-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 4-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 4-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 4-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 4-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 5-Dec-22 | Brian Bacal | 2.5 | Discussions with Potential Parties of Interest |
| 5-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 5-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 5-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 5-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 5-Dec-22 | Brian Bacal | 3.5 | Review and Comment on Marketing Materials |
| 5-Dec-22 | Brian Bacal | 2 | Travel for Hearing (YYZ-NYC) |
| 6-Dec-22 | Brian Bacal | 3 | Attendance at Hearing |
| 6-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 6-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 6-Dec-22 | Brian Bacal | 1.5 | Meeting with Debtors and Counsel for Hearing Preparation |
| 6-Dec-22 | Brian Bacal | 2.5 | Review and Comment on Marketing Materials |
| 6-Dec-22 | Brian Bacal | 4 | Travel for Hearing (NYP-WIL-NYP) |
| 7-Dec-22 | Brian Bacal | 1 | Board Meeting |
| 7-Dec-22 | Brian Bacal | 1 | Diligence Call with Prospective Buyer |
| 7-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 7-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 7-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 7-Dec-22 | Brian Bacal | 1.5 | Internal Coordination Call/Meeting |
| 7-Dec-22 | Brian Bacal | 1.5 | Review and Comment on Documentation |
| 7-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Marketing Materials |
| 8-Dec-22 | Brian Bacal | 1.5 | Discussions with Potential Parties of Interest |
| 8-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 8-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 8-Dec-22 | Brian Bacal | 1 | Prospective Buyer Outreach Coordination |
| 8-Dec-22 | Brian Bacal | 2 | Travel for Hearing (NYC-YYZ) |
| 9-Dec-22 | Brian Bacal | 2.5 | Discussions with Potential Parties of Interest |
| 9-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 12-Dec-22 | Brian Bacal | 1.5 | Discussions with Potential Parties of Interest |
| 12-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 12-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 12-Dec-22 | Brian Bacal | 2.5 | Review and Comment on Documentation |
| 12-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Marketing Materials |
| 13-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 13-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 13-Dec-22 | Brian Bacal | 1 | General and Administrative Work |
| 13-Dec-22 | Brian Bacal | 1 | Internal Coordination Call/Meeting |

| Date | Name | Hours | Description |
|---|---|---|---|
| 13-Dec-22 | Brian Bacal | 1 | Review and Comment on Documentation |
| 14-Dec-22 | Brian Bacal | 1.5 | Discussions with Potential Parties of Interest |
| 14-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 14-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 15-Dec-22 | Brian Bacal | 1 | Discussions with Counsel |
| 15-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 15-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 15-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 15-Dec-22 | Brian Bacal | 1.5 | Prospective Buyer Outreach Coordination |
| 16-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 16-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 16-Dec-22 | Brian Bacal | 1 | General and Administrative Work |
| 16-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 16-Dec-22 | Brian Bacal | 1 | Review and Comment on Documentation |
| 17-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 17-Dec-22 | Brian Bacal | 1 | Review and Comment on Documentation |
| 18-Dec-22 | Brian Bacal | 1.5 | Discussions with Potential Parties of Interest |
| 18-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 19-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 19-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 19-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 20-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 20-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 20-Dec-22 | Brian Bacal | 1.5 | Review and Comment on Documentation |
| 21-Dec-22 | Brian Bacal | 0.5 | Call with Advisors |
| 21-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 21-Dec-22 | Brian Bacal | 1.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 21-Dec-22 | Brian Bacal | 1.5 | Internal Coordination Call/Meeting |
| 21-Dec-22 | Brian Bacal | 1.5 | Review and Comment on Documentation |
| 22-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 22-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 22-Dec-22 | Brian Bacal | 1.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 22-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 22-Dec-22 | Brian Bacal | 1 | Internal Coordination Call/Meeting |
| 22-Dec-22 | Brian Bacal | 1 | Review and Comment on Marketing Materials |
| 23-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 23-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 23-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 26-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 26-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 26-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 27-Dec-22 | Brian Bacal | 0.5 | Discussions with Counsel |
| 27-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 27-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 27-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 27-Dec-22 | Brian Bacal | 1 | Review and Comment on Documentation |
| 28-Dec-22 | Brian Bacal | 1 | Discussions with Counsel |
| 28-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 28-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 28-Dec-22 | Brian Bacal | 0.5 | General and Administrative Work |
| 28-Dec-22 | Brian Bacal | 1 | Review and Comment on Documentation |
| 29-Dec-22 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 29-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 29-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 29-Dec-22 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 29-Dec-22 | Brian Bacal | 2 | Travel for Hearing and Preparation (YYZ-NYC) |
| 30-Dec-22 | Brian Bacal | 1 | Discussions with Counsel |
| 30-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 30-Dec-22 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 30-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 31-Dec-22 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 31-Dec-22 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 31-Dec-22 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 2-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 2-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 3-Jan-23 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 3-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 3-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 4-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 5-Jan-23 | Brian Bacal | 2 | Discussions with Potential Parties of Interest |
| 5-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 5-Jan-23 | Brian Bacal | 0.5 | General and Administrative Work |
| 5-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 5-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 6-Jan-23 | Brian Bacal | 0.5 | Discussions with Counsel |
| 6-Jan-23 | Brian Bacal | 4.5 | Discussions with Potential Parties of Interest |
| 6-Jan-23 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 6-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 6-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 6-Jan-23 | Brian Bacal | 2 | Travel for Hearing and Preparation (NYC-YYZ) |
| 7-Jan-23 | Brian Bacal | 0.5 | Discussions with Counsel |
| 7-Jan-23 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 7-Jan-23 | Brian Bacal | 0.5 | Internal Coordination Call/Meeting |
| 8-Jan-23 | Brian Bacal | 4 | Discussions with Potential Parties of Interest |
| 8-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 9-Jan-23 | Brian Bacal | 1 | Discussions with Potential Parties of Interest |
| 9-Jan-23 | Brian Bacal | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 9-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 10-Jan-23 | Brian Bacal | 0.5 | Discussions with Counsel |
| 10-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 10-Jan-23 | Brian Bacal | 1 | General and Administrative Work |
| 11-Jan-23 | Brian Bacal | 1 | Discussions with Counsel |
| 11-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 11-Jan-23 | Brian Bacal | 1.5 | General and Administrative Work |
| 11-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 12-Jan-23 | Brian Bacal | 3.5 | Deposition Preparation |
| 12-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 12-Jan-23 | Brian Bacal | 1 | Internal Coordination Call/Meeting |
| 12-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 13-Jan-23 | Brian Bacal | 4 | Deposition Preparation |
| 13-Jan-23 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 14-Jan-23 | Brian Bacal | 2.5 | Deposition Preparation |
| 14-Jan-23 | Brian Bacal | 1.5 | Review and Comment on Documentation |
| 15-Jan-23 | Brian Bacal | 1.5 | Deposition Preparation |
| 15-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 15-Jan-23 | Brian Bacal | 1 | Review and Comment on Documentation |
| 16-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 16-Jan-23 | Brian Bacal | 9.5 | Meeting with Counsel |
| 16-Jan-23 | Brian Bacal | 3.5 | Review and Comment on Documentation |
| 16-Jan-23 | Brian Bacal | 2 | Travel for Hearing (YYZ-NYC) |
| 17-Jan-23 | Brian Bacal | 3 | Attendance at Hearing |
| 17-Jan-23 | Brian Bacal | 0.5 | General and Administrative Work |
| 17-Jan-23 | Brian Bacal | 3 | Internal Coordination Call/Meeting |
| 17-Jan-23 | Brian Bacal | 4 | Travel for Hearing (NYP-WIL-NYP) |
| 18-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 18-Jan-23 | Brian Bacal | 0.5 | General and Administrative Work |
| 18-Jan-23 | Brian Bacal | 0.5 | Review and Comment on Documentation |
| 18-Jan-23 | Brian Bacal | 2 | Travel for Hearing (NYC-YYZ) |
| 19-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Jan-23 | Brian Bacal | 0.5 | Discussions with Potential Parties of Interest |
| 20-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Jan-23 | Brian Bacal | 0.5 | General and Administrative Work |
| 22-Jan-23 | Brian Bacal | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 23-Jan-23 | Brian Bacal | 0.5 | General and Administrative Work |

**_Summary of Hours Worked - David Istock_**

| Date | Name | Hours | Description |
|---|---|---|---|
| 1-Dec-22 | David Istock | 1 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 2-Dec-22 | David Istock | 0.5 | Correspondence with Debtors |
| 2-Dec-22 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 4-Dec-22 | David Istock | 1 | Sale Hearing Prep |
| 5-Dec-22 | David Istock | 1 | Prospective Buyer Outreach Coordination |
| 6-Dec-22 | David Istock | 1 | Reviewed APA |
| 7-Dec-22 | David Istock | 1 | Board Meeting |
| 7-Dec-22 | David Istock | 1 | Diligence Call with Prospective Buyer |
| 8-Dec-22 | David Istock | 1 | Prospective Buyer Outreach Coordination |
| 9-Dec-22 | David Istock | 1 | Discussions with Potential Parties of Interest |
| 9-Dec-22 | David Istock | 2 | Sale Hearing Prep |
| 12-Dec-22 | David Istock | 1 | Internal Coordination Call/Meeting |
| 13-Dec-22 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 14-Dec-22 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 15-Dec-22 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 16-Dec-22 | David Istock | 1.5 | Reviewed Materials |
| 18-Dec-22 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 19-Dec-22 | David Istock | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 20-Dec-22 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 21-Dec-22 | David Istock | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 21-Dec-22 | David Istock | 0.5 | Reviewed Materials |
| 22-Dec-22 | David Istock | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 26-Dec-22 | David Istock | 0.5 | Reviewed Materials |
| 27-Dec-22 | David Istock | 0.5 | Reviewed Materials |
| 29-Dec-22 | David Istock | 0.5 | Reviewed Materials |
| 30-Dec-22 | David Istock | 0.5 | Call with Advisors |
| 30-Dec-22 | David Istock | 0.5 | Reviewed Materials |
| 31-Dec-22 | David Istock | 0.5 | Discussions with Potential Parties of Interest |
| 31-Dec-22 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 2-Jan-23 | David Istock | 1 | Prospective Buyer Outreach Coordination |
| 3-Jan-23 | David Istock | 1 | Prospective Buyer Outreach Coordination |
| 4-Jan-23 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | David Istock | 0.5 | Prospective Buyer Outreach Coordination |
| 5-Jan-23 | David Istock | 0.5 | Prospective Buyer Outreach Coordination |
| 6-Jan-23 | David Istock | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 7-Jan-23 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 7-Jan-23 | David Istock | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 8-Jan-23 | David Istock | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 9-Jan-23 | David Istock | 1 | Bid Review and Analysis |
| 10-Jan-23 | David Istock | 0.5 | Internal Coordination Call/Meeting |
| 11-Jan-23 | David Istock | 0.5 | Reviewed Materials |
| 12-Jan-23 | David Istock | 1 | Deposition Preparation |
| 13-Jan-23 | David Istock | 0.5 | Reviewed Materials |
| 15-Jan-23 | David Istock | 1 | Reviewed Materials |
| 16-Jan-23 | David Istock | 1 | Reviewed Materials |
| 17-Jan-23 | David Istock | 0.5 | Internal Coordination Call/Meeting |

**_Summary of Hours Worked - TKennedy_**

| Date | Name | Hours | Description |
|---|---|---|---|
| 1-Dec-22 | Tyler Kennedy | 0.5 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | Tyler Kennedy | 0.5 | Internal Coordination Call/Meeting |
| 2-Dec-22 | Tyler Kennedy | 0.5 | Internal Coordination Call/Meeting |
| 4-Dec-22 | Tyler Kennedy | 1 | Discussions with Potential Parties of Interest |
| 7-Dec-22 | Tyler Kennedy | 1 | Diligence Call with Prospective Buyer |
| 7-Dec-22 | Tyler Kennedy | 0.5 | Internal Coordination Call/Meeting |
| 9-Dec-22 | Tyler Kennedy | 1 | Discussions with Potential Parties of Interest |
| 13-Dec-22 | Tyler Kennedy | 1 | Diligence Call with Prospective Buyer |
| 14-Dec-22 | Tyler Kennedy | 0.5 | Discussions with Potential Parties of Interest |
| 21-Dec-22 | Tyler Kennedy | 0.5 | Call with Advisors |
| 30-Dec-22 | Tyler Kennedy | 0.5 | Call with Advisors |
| 4-Jan-23 | Tyler Kennedy | 0.5 | Internal Coordination Call/Meeting |

### Summary of Hours Worked - Morgan Ley

| Date | Name | Hours | Description |
|---|---|---|---|
| 30-Nov-22 | Morgan Ley | 1.5 | Reviewed Email Correspondence with Prospective Buyers |
| 1-Dec-22 | Morgan Ley | 0.5 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | Morgan Ley | 0.5 | Internal Coordination Call/Meeting |
| 1-Dec-22 | Morgan Ley | 1.5 | Reviewed Email Correspondence with Prospective Buyers |
| 2-Dec-22 | Morgan Ley | 1.5 | Correspondence with Debtors |
| 2-Dec-22 | Morgan Ley | 0.5 | Internal Coordination Call/Meeting |
| 2-Dec-22 | Morgan Ley | 1.5 | Reviewed Email Correspondence with Prospective Buyers |
| 5-Dec-22 | Morgan Ley | 1 | Process Letter Drafting and Review |
| 6-Dec-22 | Morgan Ley | 2 | Reviewed APA |
| 7-Dec-22 | Morgan Ley | 1 | Diligence Call with Prospective Buyer |
| 7-Dec-22 | Morgan Ley | 0.5 | Discussions with Potential Parties of Interest |
| 7-Dec-22 | Morgan Ley | 0.5 | Internal Coordination Call/Meeting |
| 7-Dec-22 | Morgan Ley | 0.5 | Prospective Buyer Outreach Coordination |
| 8-Dec-22 | Morgan Ley | 1 | Prospective Buyer Outreach Coordination |
| 9-Dec-22 | Morgan Ley | 1.5 | Discussions with Potential Parties of Interest |
| 9-Dec-22 | Morgan Ley | 0.5 | Reviewed Email Correspondence with Prospective Buyers |
| 12-Dec-22 | Morgan Ley | 1.5 | Prospective Buyer Outreach Coordination |
| 13-Dec-22 | Morgan Ley | 1 | Diligence Call with Prospective Buyer |
| 13-Dec-22 | Morgan Ley | 0.5 | Reviewed Draft Declaration |
| 14-Dec-22 | Morgan Ley | 1 | Discussions with Potential Parties of Interest |
| 14-Dec-22 | Morgan Ley | 0.5 | Reviewed Draft Declaration |
| 15-Dec-22 | Morgan Ley | 1 | Prospective Buyer Outreach Coordination |
| 16-Dec-22 | Morgan Ley | 1 | Reviewed Materials |
| 19-Dec-22 | Morgan Ley | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 20-Dec-22 | Morgan Ley | 1 | Reviewed Draft Declaration |
| 21-Dec-22 | Morgan Ley | 0.5 | Internal Coordination Call/Meeting |
| 21-Dec-22 | Morgan Ley | 6 | Travel for Hearing (BOS-WIL) |
| 22-Dec-22 | Morgan Ley | 2 | Court Hearing |
| 22-Dec-22 | Morgan Ley | 10 | Travel for Hearing (WIL-BOS) |
| 23-Dec-22 | Morgan Ley | 1 | Reviewed Materials |
| 27-Dec-22 | Morgan Ley | 1 | Reviewed Materials |
| 28-Dec-22 | Morgan Ley | 1 | Reviewed Email Correspondence with Prospective Buyers |
| 29-Dec-22 | Morgan Ley | 1 | Reviewed Materials |
| 3-Jan-23 | Morgan Ley | 0.5 | Diligence Call with Prospective Buyer |
| 3-Jan-23 | Morgan Ley | 1.5 | Prospective Buyer Outreach Coordination |
| 4-Jan-23 | Morgan Ley | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | Morgan Ley | 1.5 | Prospective Buyer Outreach Coordination |
| 5-Jan-23 | Morgan Ley | 1.5 | Diligence Call with Prospective Buyer |
| 6-Jan-23 | Morgan Ley | 0.5 | Diligence Call with Prospective Buyer |
| 6-Jan-23 | Morgan Ley | 1 | Prospective Buyer Outreach Coordination |
| 8-Jan-23 | Morgan Ley | 1 | Diligence Call with Prospective Buyer |
| 12-Jan-23 | Morgan Ley | 3 | Deposition Preparation |
| 13-Jan-23 | Morgan Ley | 3 | Deposition Preparation |
| 14-Jan-23 | Morgan Ley | 2 | Deposition Preparation |
| 15-Jan-23 | Morgan Ley | 4 | Deposition Preparation |
| 16-Jan-23 | Morgan Ley | 12 | Travel For Hearing (BOS-WIL-BOS) |

**_Summary of Hours Worked - Jaemin Oh_**

| Date | Name | Hours | Description |
|---|---|---|---|
| 30-Nov-22 | Jaemin Oh | 2 | Prepared and Facilitated Buyer Diligence |
| 1-Dec-22 | Jaemin Oh | 0.5 | Data Room Access and Coordination |
| 1-Dec-22 | Jaemin Oh | 0.5 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | Jaemin Oh | 6.5 | Drafting Marketing Materials |
| 2-Dec-22 | Jaemin Oh | 1 | Data Room Access and Coordination |
| 2-Dec-22 | Jaemin Oh | 6 | Drafting Marketing Materials |
| 2-Dec-22 | Jaemin Oh | 0.5 | Internal Coordination Call/Meeting |
| 3-Dec-22 | Jaemin Oh | 1 | Data Room Access and Coordination |
| 3-Dec-22 | Jaemin Oh | 1 | Drafting Marketing Materials |
| 4-Dec-22 | Jaemin Oh | 0.5 | Discussions with Potential Parties of Interest |
| 4-Dec-22 | Jaemin Oh | 1 | Prepared and Facilitated Buyer Diligence |
| 5-Dec-22 | Jaemin Oh | 3 | Prepared and Facilitated Buyer Diligence |
| 6-Dec-22 | Jaemin Oh | 2 | Data Room Access and Coordination |
| 7-Dec-22 | Jaemin Oh | 2 | Preparation of Materials |
| 8-Dec-22 | Jaemin Oh | 0.5 | Buyer Call Coordination |
| 8-Dec-22 | Jaemin Oh | 5 | Prepared and Facilitated Buyer Diligence |
| 9-Dec-22 | Jaemin Oh | 0.5 | Prepared and Facilitated Buyer Diligence |
| 12-Dec-22 | Jaemin Oh | 3 | Prepared and Facilitated Buyer Diligence |
| 13-Dec-22 | Jaemin Oh | 3 | Prepared and Facilitated Buyer Diligence |
| 13-Dec-22 | Jaemin Oh | 0.5 | Reviewed Draft Declaration |
| 14-Dec-22 | Jaemin Oh | 0.5 | Discussions with Potential Parties of Interest |
| 15-Dec-22 | Jaemin Oh | 1.5 | Prospective Buyer Outreach Coordination |
| 18-Dec-22 | Jaemin Oh | 1 | Prepared and Facilitated Buyer Diligence |
| 22-Dec-22 | Jaemin Oh | 0.5 | Data Room Access and Coordination |
| 27-Dec-22 | Jaemin Oh | 5 | Client Model Review |
| 27-Dec-22 | Jaemin Oh | 1.5 | Prepared and Facilitated Buyer Diligence |
| 28-Dec-22 | Jaemin Oh | 3 | Preparation of Materials |
| 28-Dec-22 | Jaemin Oh | 1 | Prepared and Facilitated Buyer Diligence |
| 28-Dec-22 | Jaemin Oh | 0.5 | Prospective Buyer Outreach Coordination |
| 29-Dec-22 | Jaemin Oh | 0.5 | Data Room Access and Coordination |
| 29-Dec-22 | Jaemin Oh | 0.5 | Prospective Buyer Outreach Coordination |
| 3-Jan-23 | Jaemin Oh | 3 | Prepared and Facilitated Buyer Diligence |
| 4-Jan-23 | Jaemin Oh | 0.5 | Data Room Access and Coordination |
| 4-Jan-23 | Jaemin Oh | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | Jaemin Oh | 1.5 | Prepared and Facilitated Buyer Diligence |
| 10-Jan-23 | Jaemin Oh | 2 | Preparation of Materials |
| 12-Jan-23 | Jaemin Oh | 1 | Internal Coordination Call/Meeting |

### *Summary of Hours Worked - Bronwyn Davies*

| Date | Name | Hours | Description |
|---|---|---|---|
| 30-Nov-22 | Bronwyn Davies | 6 | Prepared and Facilitated Buyer Diligence |
| 1-Dec-22 | Bronwyn Davies | 1.5 | Coordinating Meetings with Debtors |
| 1-Dec-22 | Bronwyn Davies | 1 | Discussions with Potential Parties of Interest |
| 1-Dec-22 | Bronwyn Davies | 1 | Internal Coordination Call/Meeting |
| 1-Dec-22 | Bronwyn Davies | 0.5 | Preparation of Materials |
| 1-Dec-22 | Bronwyn Davies | 3.5 | Prepared and Facilitated Buyer Diligence |
| 1-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 2-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 2-Dec-22 | Bronwyn Davies | 0.5 | Internal Coordination Call/Meeting |
| 2-Dec-22 | Bronwyn Davies | 1 | Preparation of Materials |
| 2-Dec-22 | Bronwyn Davies | 3 | Prepared and Facilitated Buyer Diligence |
| 2-Dec-22 | Bronwyn Davies | 3 | Prospective Buyer Outreach Coordination |
| 3-Dec-22 | Bronwyn Davies | 2.5 | Data Room Access and Coordination |
| 3-Dec-22 | Bronwyn Davies | 0.5 | Drafting Marketing Materials |
| 3-Dec-22 | Bronwyn Davies | 1 | Prepared and Facilitated Buyer Diligence |
| 4-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 4-Dec-22 | Bronwyn Davies | 1 | Discussions with Potential Parties of Interest |
| 4-Dec-22 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 4-Dec-22 | Bronwyn Davies | 1.5 | Prospective Buyer Outreach Coordination |
| 5-Dec-22 | Bronwyn Davies | 1.5 | Prepared and Facilitated Buyer Diligence |
| 6-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 6-Dec-22 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 7-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 7-Dec-22 | Bronwyn Davies | 1 | Diligence Call with Prospective Buyer |
| 7-Dec-22 | Bronwyn Davies | 0.5 | Internal Coordination Call/Meeting |
| 7-Dec-22 | Bronwyn Davies | 1 | Preparation of Materials |
| 8-Dec-22 | Bronwyn Davies | 1.5 | Data Room Access and Coordination |
| 8-Dec-22 | Bronwyn Davies | 5 | Prospective Buyer Outreach Coordination |
| 9-Dec-22 | Bronwyn Davies | 1 | Buyer Call Coordination |
| 9-Dec-22 | Bronwyn Davies | 1.5 | Data Room Access and Coordination |
| 9-Dec-22 | Bronwyn Davies | 1.5 | Discussions with Potential Parties of Interest |
| 10-Dec-22 | Bronwyn Davies | 1 | Data Room Access and Coordination |
| 12-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 12-Dec-22 | Bronwyn Davies | 1 | Data Room Access and Coordination |
| 12-Dec-22 | Bronwyn Davies | 2 | Prepared and Facilitated Buyer Diligence |
| 12-Dec-22 | Bronwyn Davies | 5 | Prospective Buyer Outreach Coordination |
| 13-Dec-22 | Bronwyn Davies | 1 | Buyer Call Coordination |
| 13-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 13-Dec-22 | Bronwyn Davies | 1 | Diligence Call with Prospective Buyer |
| 13-Dec-22 | Bronwyn Davies | 1.5 | Prepared and Facilitated Buyer Diligence |
| 13-Dec-22 | Bronwyn Davies | 0.5 | Reviewed Draft Declaration |
| 14-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 14-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 14-Dec-22 | Bronwyn Davies | 1.5 | Discussions with Potential Parties of Interest |
| 14-Dec-22 | Bronwyn Davies | 1 | Prepared and Facilitated Buyer Diligence |
| 14-Dec-22 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 15-Dec-22 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 15-Dec-22 | Bronwyn Davies | 2 | Prospective Buyer Outreach Coordination |
| 16-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 16-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 16-Dec-22 | Bronwyn Davies | 1 | Diligence Call with Prospective Buyer |
| 16-Dec-22 | Bronwyn Davies | 3 | Prospective Buyer Outreach Coordination |
| 17-Dec-22 | Bronwyn Davies | 2 | Preparation of Materials |
| 17-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 18-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 18-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 18-Dec-22 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 19-Dec-22 | Bronwyn Davies | 1 | Buyer Call Coordination |
| 19-Dec-22 | Bronwyn Davies | 2 | Prospective Buyer Outreach Coordination |
| 20-Dec-22 | Bronwyn Davies | 1 | Buyer Call Coordination |
| 20-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 20-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |

| Date | Name | Hours | Task |
|---|---|---|---|
| 21-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 21-Dec-22 | Bronwyn Davies | 0.5 | Call with Advisors |
| 21-Dec-22 | Bronwyn Davies | 1 | Data Room Access and Coordination |
| 21-Dec-22 | Bronwyn Davies | 2.5 | Diligence Call with Prospective Buyer |
| 21-Dec-22 | Bronwyn Davies | 0.5 | Preparation of Materials |
| 21-Dec-22 | Bronwyn Davies | 2 | Prepared and Facilitated Buyer Diligence |
| 21-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 22-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 22-Dec-22 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 22-Dec-22 | Bronwyn Davies | 7.5 | Prospective Buyer Outreach Coordination |
| 23-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 23-Dec-22 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 27-Dec-22 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 27-Dec-22 | Bronwyn Davies | 1.5 | Prepared and Facilitated Buyer Diligence |
| 27-Dec-22 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 28-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 28-Dec-22 | Bronwyn Davies | 1.5 | Prepared and Facilitated Buyer Diligence |
| 28-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 29-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 29-Dec-22 | Bronwyn Davies | 3 | Preparation of Materials |
| 29-Dec-22 | Bronwyn Davies | 1.5 | Prospective Buyer Outreach Coordination |
| 30-Dec-22 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 30-Dec-22 | Bronwyn Davies | 0.5 | Call with Advisors |
| 30-Dec-22 | Bronwyn Davies | 1 | Preparation of Materials |
| 30-Dec-22 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 30-Dec-22 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 2-Jan-23 | Bronwyn Davies | 0.5 | Buyer Call Coordination |
| 2-Jan-23 | Bronwyn Davies | 0.5 | Prepared and Facilitated Buyer Diligence |
| 3-Jan-23 | Bronwyn Davies | 0.5 | Diligence Call with Prospective Buyer |
| 4-Jan-23 | Bronwyn Davies | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | Bronwyn Davies | 2 | Prepared and Facilitated Buyer Diligence |
| 4-Jan-23 | Bronwyn Davies | 1 | Prospective Buyer Outreach Coordination |
| 5-Jan-23 | Bronwyn Davies | 1.5 | Diligence Call with Prospective Buyer |
| 5-Jan-23 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 6-Jan-23 | Bronwyn Davies | 1 | Diligence Call with Prospective Buyer |
| 6-Jan-23 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 8-Jan-23 | Bronwyn Davies | 0.5 | Data Room Access and Coordination |
| 8-Jan-23 | Bronwyn Davies | 1 | Diligence Call with Prospective Buyer |
| 8-Jan-23 | Bronwyn Davies | 0.5 | Prospective Buyer Outreach Coordination |
| 9-Jan-23 | Bronwyn Davies | 0.5 | Bid Review and Analysis |
| 12-Jan-23 | Bronwyn Davies | 1.5 | Deposition Preparation |
| 13-Jan-23 | Bronwyn Davies | 0.5 | Bid Letters |

**_Summary of Hours Worked - Brian Hurley_**

| Date | Name | Hours | Description |
|---|---|---|---|
| 30-Nov-22 | Brian Hurley | 1 | General and Administrative Work |
| 1-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 2-Dec-22 | Brian Hurley | 1 | Review of Filed Materials |
| 3-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 4-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 4-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 4-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 5-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 5-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 7-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 7-Dec-22 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 7-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 7-Dec-22 | Brian Hurley | 1.5 | Internal Coordination Call/Meeting |
| 7-Dec-22 | Brian Hurley | 0.5 | Review and Comment on Marketing Materials |
| 8-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 8-Dec-22 | Brian Hurley | 1 | Prospective Buyer Outreach Coordination |
| 9-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 9-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 12-Dec-22 | Brian Hurley | 1.5 | Discussions with Potential Parties of Interest |
| 12-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 12-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 12-Dec-22 | Brian Hurley | 2.5 | Review and Comment on Documentation |
| 12-Dec-22 | Brian Hurley | 0.5 | Review and Comment on Marketing Materials |
| 13-Dec-22 | Brian Hurley | 1 | Diligence Call with Prospective Buyer |
| 13-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 13-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 13-Dec-22 | Brian Hurley | 1 | General and Administrative Work |
| 13-Dec-22 | Brian Hurley | 1 | Internal Coordination Call/Meeting |
| 13-Dec-22 | Brian Hurley | 1 | Review and Comment on Documentation |
| 14-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 14-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 14-Dec-22 | Brian Hurley | 0.5 | Review and Comment on Documentation |
| 15-Dec-22 | Brian Hurley | 1 | Discussions with Counsel |
| 15-Dec-22 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 15-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 15-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 16-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 16-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 16-Dec-22 | Brian Hurley | 1 | General and Administrative Work |
| 16-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 16-Dec-22 | Brian Hurley | 1 | Review and Comment on Documentation |
| 17-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 17-Dec-22 | Brian Hurley | 1 | Review and Comment on Documentation |
| 18-Dec-22 | Brian Hurley | 1.5 | Discussions with Potential Parties of Interest |
| 18-Dec-22 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 19-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 19-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 19-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 20-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 20-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 20-Dec-22 | Brian Hurley | 1.5 | Review and Comment on Documentation |
| 21-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 21-Dec-22 | Brian Hurley | 1.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 21-Dec-22 | Brian Hurley | 1.5 | Internal Coordination Call/Meeting |
| 21-Dec-22 | Brian Hurley | 4 | Prep with Counsel |
| 21-Dec-22 | Brian Hurley | 1.5 | Review and Comment on Documentation |
| 21-Dec-22 | Brian Hurley | 5 | Travel for Hearing and Preparation (YYC-WIL) |
| 22-Dec-22 | Brian Hurley | 2 | Court Hearing |
| 22-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 22-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 22-Dec-22 | Brian Hurley | 1.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |

| Date | Name | Hours | Description |
|---|---|---|---|
| 22-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 22-Dec-22 | Brian Hurley | 1 | Internal Coordination Call/Meeting |
| 22-Dec-22 | Brian Hurley | 1 | Review and Comment on Marketing Materials |
| 22-Dec-22 | Brian Hurley | 5 | Travel for Hearing and Post-Hearing Follow-up (WIL-YYC) |
| 23-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 23-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 23-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 26-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 26-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 26-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 27-Dec-22 | Brian Hurley | 0.5 | Discussions with Counsel |
| 27-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 27-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 27-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 27-Dec-22 | Brian Hurley | 1 | Review and Comment on Documentation |
| 28-Dec-22 | Brian Hurley | 1 | Discussions with Counsel |
| 28-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 28-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 28-Dec-22 | Brian Hurley | 0.5 | General and Administrative Work |
| 28-Dec-22 | Brian Hurley | 1 | Review and Comment on Documentation |
| 29-Dec-22 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 29-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 29-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 29-Dec-22 | Brian Hurley | 0.5 | Review and Comment on Documentation |
| 30-Dec-22 | Brian Hurley | 1 | Discussions with Counsel |
| 30-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 30-Dec-22 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 30-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 31-Dec-22 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 31-Dec-22 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 31-Dec-22 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 2-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 2-Jan-23 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 3-Jan-23 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 3-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 3-Jan-23 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 4-Jan-23 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 4-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 4-Jan-23 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 5-Jan-23 | Brian Hurley | 2 | Discussions with Potential Parties of Interest |
| 5-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 5-Jan-23 | Brian Hurley | 0.5 | General and Administrative Work |
| 5-Jan-23 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 5-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 6-Jan-23 | Brian Hurley | 0.5 | Discussions with Counsel |
| 6-Jan-23 | Brian Hurley | 4.5 | Discussions with Potential Parties of Interest |
| 6-Jan-23 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 6-Jan-23 | Brian Hurley | 0.5 | Internal Coordination Call/Meeting |
| 6-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 7-Jan-23 | Brian Hurley | 0.5 | Discussions with Counsel |
| 7-Jan-23 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 7-Jan-23 | Brian Hurley | 1.5 | Internal Coordination Call/Meeting |
| 8-Jan-23 | Brian Hurley | 4 | Discussions with Potential Parties of Interest |
| 8-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 9-Jan-23 | Brian Hurley | 1 | Discussions with Potential Parties of Interest |
| 9-Jan-23 | Brian Hurley | 1 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 9-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 10-Jan-23 | Brian Hurley | 0.5 | Discussions with Counsel |
| 10-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 10-Jan-23 | Brian Hurley | 1 | General and Administrative Work |
| 11-Jan-23 | Brian Hurley | 1 | Discussions with Counsel |
| 11-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 11-Jan-23 | Brian Hurley | 1.5 | General and Administrative Work |

| Date | Name | Hours | Description |
|---|---|---|---|
| 11-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 12-Jan-23 | Brian Hurley | 3.5 | Deposition Preparation |
| 12-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 12-Jan-23 | Brian Hurley | 1 | Internal Coordination Call/Meeting |
| 12-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 13-Jan-23 | Brian Hurley | 2 | Deposition Preparation |
| 13-Jan-23 | Brian Hurley | 0.5 | Review and Comment on Documentation |
| 14-Jan-23 | Brian Hurley | 2.5 | Deposition Preparation |
| 14-Jan-23 | Brian Hurley | 1.5 | Review and Comment on Documentation |
| 15-Jan-23 | Brian Hurley | 1.5 | Deposition Preparation |
| 15-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 15-Jan-23 | Brian Hurley | 1 | Review and Comment on Documentation |
| 15-Jan-23 | Brian Hurley | 2 | Travel for Hearing (BOS-NYC) |
| 16-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 16-Jan-23 | Brian Hurley | 9.5 | Meeting with Counsel |
| 16-Jan-23 | Brian Hurley | 3.5 | Review and Comment on Documentation |
| 17-Jan-23 | Brian Hurley | 3 | Attendance at Hearing |
| 17-Jan-23 | Brian Hurley | 0.5 | General and Administrative Work |
| 17-Jan-23 | Brian Hurley | 3 | Internal Coordination Call/Meeting |
| 17-Jan-23 | Brian Hurley | 4 | Travel for Hearing (NYP-WIL-NYP) |
| 18-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 18-Jan-23 | Brian Hurley | 0.5 | General and Administrative Work |
| 18-Jan-23 | Brian Hurley | 0.5 | Review and Comment on Documentation |
| 18-Jan-23 | Brian Hurley | 2 | Travel for Hearing (NYC-YYZ) |
| 19-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Jan-23 | Brian Hurley | 0.5 | Discussions with Potential Parties of Interest |
| 20-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 20-Jan-23 | Brian Hurley | 0.5 | General and Administrative Work |
| 22-Jan-23 | Brian Hurley | 0.5 | Discussions/Correspondence with Debtors and/or Debtors' Advisors |
| 23-Jan-23 | Brian Hurley | 0.5 | General and Administrative Work |