# EXHIBIT B

## EXPENSE SUMMARY BY DETAIL

| Expenses Detail | Total Expenses |
|---|---:|
| Legal Fees for Willkie Farr | $154,347.83 |
| Legal Fees for Cozen O'Connor | $7,571.00 |
| Less: Expense retainer previously paid | ($75,000.00) |
| **Subtotal Due:** | **$86,918.83** |
| Cap of additional expense reimbursement of up to $4,999.99 | $4,999.99 |
| **TOTAL** | **$4,999.99** |

## EXPENSE SUMMARY BY CATEGORY

| Expenses Category | Total Expenses |
|---|---:|
| Legal Fees | $161,918.83 |
| Less: Expense retainer previously paid | ($75,000.00) |
| **Subtotal Due:** | **$86,918.83** |
| Cap of additional expense reimbursement of up to $4,999.99 | $4,999.99 |
| **TOTAL** | **$4,999.99** |