# **EXHIBIT B**

30118671.1

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | February 10, 2023 |
| Billing Period through January 31, 2023 | | Invoice Number: | 50039734 |
| | | Matter Number: | 102647.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/01/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/02/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/03/22 | Computerized Legal Research -WESTLAW | 3.00 | 8.48 |
| 12/04/22 | Computerized Legal Research -WESTLAW | 20.00 | 56.53 |
| 12/06/22 | Docket Retrieval / Search | 15.00 | 1.50 |
| 12/07/22 | Docket Retrieval / Search | 22.00 | 2.20 |
| 12/07/22 | Computerized Legal Research -WESTLAW | 1.00 | 2.83 |
| 12/08/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/19/22 | Docket Retrieval / Search | 15.00 | 1.50 |
| 12/20/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/21/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/22/22 | Docket Retrieval / Search | 12.00 | 1.20 |
| 12/28/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/29/22 | Delivery / Courier | 1.00 | 7.50 |
| 12/30/22 | Docket Retrieval / Search | 15.00 | 1.50 |
| 01/03/23 | Reproduction Charges | 600.00 | 60.00 |
| 01/03/23 | Reproduction Charges | 48.00 | 38.40 |
| 01/03/23 | Corporation Service Co. - UCC/Lien Search | 1.00 | 111.20 |
| 01/03/23 | Computerized Legal Research -WESTLAW | 47.00 | 93.11 |
| 01/04/23 | Delivery / Courier | 1.00 | 15.00 |
| 01/04/23 | Reproduction Charges | 2,261.00 | 226.10 |
| 01/04/23 | Reproduction Charges | 304.00 | 243.20 |
| 01/05/23 | Reproduction Charges | 168.00 | 16.80 |
| 01/05/23 | Working Meals | 2.00 | 396.98 |
| 01/05/23 | Working Meals | 1.00 | 37.50 |
| 01/05/23 | Computerized Legal Research -WESTLAW | 1.00 | 1.98 |
| 01/06/23 | Reproduction Charges | 21.00 | 2.10 |
| 01/09/23 | Reproduction Charges | 35.00 | 28.00 |
| 01/09/23 | Reproduction Charges | 50.00 | 5.00 |
| 01/10/23 | Reproduction Charges | 23.00 | 2.30 |
| 01/10/23 | Reproduction Charges | 33.00 | 26.40 |
| 01/11/23 | Reproduction Charges | 442.00 | 44.20 |
| 01/12/23 | Reproduction Charges | 3,355.00 | 335.50 |
| 01/12/23 | Delivery / Courier | 1.00 | 30.00 |
| 01/12/23 | Computerized Legal Research -WESTLAW | 1.00 | 1.98 |

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | February 10, 2023 |
| Billing Period through January 31, 2023 | | Invoice Number: | 50039734 |
| | | Matter Number: | 102647.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/12/23 | Reproduction Charges | 3.00 | 2.40 |
| 01/13/23 | Reproduction Charges | 66.00 | 6.60 |
| 01/13/23 | Reproduction Charges | 13.00 | 10.40 |
| 01/15/23 | Computerized Legal Research -WESTLAW | 33.00 | 65.37 |
| 01/16/23 | Reproduction Charges | 17.00 | 13.60 |
| 01/16/23 | Working Meals | 2.00 | 285.49 |
| 01/16/23 | Working Meals | 1.00 | 45.00 |
| 01/17/23 | Reproduction Charges | 5,287.00 | 528.70 |
| 01/17/23 | Reproduction Charges | 1,943.00 | 1,554.40 |
| 01/17/23 | Working Meals | 2.00 | 532.90 |
| 01/17/23 | Working Meals | 2.00 | 180.00 |
| 01/17/23 | Delivery / Courier | 2.00 | 69.00 |
| 01/18/23 | Delivery / Courier | 1.00 | 39.00 |
| 01/18/23 | Reproduction Charges | 18.00 | 1.80 |
| 01/19/23 | Reproduction Charges | 16.00 | 12.80 |
| 01/19/23 | Reproduction Charges | 6.00 | 0.60 |
| 01/24/23 | Deposition/Transcript | 1.00 | 150.35 |
| 01/24/23 | Reproduction Charges | 20.00 | 2.00 |
| 01/26/23 | Reproduction Charges | 72.00 | 7.20 |
| 01/31/23 | Reproduction Charges | 13.00 | 1.30 |
| | **Total** | | **$5,310.20** |

| | | |
|---|---|---|
| Winc, Inc. | Invoice Date: | February 10, 2023 |
| Billing Period through January 31, 2023 | Invoice Number: | 50039734 |
| | Matter Number: | 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research -WESTLAW | 230.28 |
| Corporation Service Co. - UCC/Lien Search | 111.20 |
| Delivery / Courier | 160.50 |
| Deposition/Transcript | 150.35 |
| Docket Retrieval / Search | 10.20 |
| Reproduction Charges | 3,169.80 |
| Working Meals | 1,477.87 |
| **Total** | **$5,310.20** |