**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline**: March 7, 2023 at 4:00 p.m. (ET) |

**NOTICE OF FIRST MONTHLY APPLICATION OF COHNREZNICK LLP AS FINANCIAL ADVISORS AND COHNREZNICK CAPITAL MARKETS SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM DECEMBER 20, 2022 THROUGH DECEMBER 31, 2022**

**PLEASE TAKE NOTICE** that on February 14, 2023, CohnReznick LLP ("CohnReznick"), as financial advisors and CohnReznick Capital Markets Securities, LLC ("CRC") as investment banker (collectively, "CohnReznick") to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached *First Monthly Application of CohnReznick LLP, as financial advisors and CohnReznick Capital Markets Securities, LLC as investment banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 20, 2022 through December 31, 2022* (the "Application") seeking an allowance of fees in the amount of $52,177.50 (of which CohnReznick seeks payment of 80% or $41,742.00) and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must filed on or before **March 7, 2023 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of any objection so as to be received by the following parties on or before the Objection Deadline: (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn, Esq. (mlunn@ycst.com) and Allison S. Mielke, Esq. (amielke@ycst.com); (ii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov); (iii) counsel to the Committee: (a) ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, Attn: George P. Angelich, Esq. (george.angelich@afslaw.com), and ArentFox Schiff LLP, 800 Boylston

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

1

Street, 32nd Floor, Boston, MA 02199, Attn: Justin A. Kesselman, Esq. (justin.kesselman@afslaw.com), and James E. Britton, Esq. (james.britton@afslaw.com); and (b) A.M. Saccullo Legal, LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Mark Hurford, Esq. (mark@saccullolegal.com); (iv) counsel to the DIP Lender: Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, IL 60606, Attn: Eric E. Walker, Esq. (ewalker@cooley.com), and 55 Hudson Yards, New York, New York 10001, Attn: Joseph Brown, Esq. (jbrown@cooley.com); (v) co-counsel to the DIP Lender: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899, Attn: Curtis S. Miller, Esq. (cmiller@mnat.com) and Derek C. Abbott, Esq. (dabbott@mnat.com); and (vi) counsel to Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank (the "Prepetition Secured Lender"), Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: Richard M. Pachulski, Esq. (rpachulski@pszj.com) and Maxim B. Litvak, Esq. (mlitvak@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Application are timely filed, served, and received, a hearing on the Application will be held at the convenience of the Court.  Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 126], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested interim fees and 100% of the requested interim expenses without further order of the Court.

Dated: February 14, 2023
      Bear, Delaware

By:   *Mark T. Hurford*
      Mark T. Hurford (DE No. 3299)
      **A.M. Saccullo Legal, LLC**
      27 Crimson King Drive
      Bear, DE 19701
      Telephone: (302) 836-8877
      Facsimile: (302) 836-8787
      Email: Mark@saccullolegal.com

-and-

George P. Angelich (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: George.Angelich@afslaw.com

Justin A. Kesselman *(pro hac vice)*
James E. Britton *(pro hac vice)*
**ARENTFOX SCHIFF LLP**
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
         James.Britton@afslaw.com

*Counsel for the Official Committee of Unsecured Creditors*