# **Exhibit B**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
## DECEMBER 20, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 23.0 | $995 | $22,885.00 |
| Vinni Toppi | Partner | 13.1 | $995 | $13,034.50 |
| Jeffrey Manning | CRC Managing Director, CTP | 13.4 | $925 | $12,395.00 |
| Molly Jobe | Director | 8.1 | $875 | $7,087.50 |
| Maria Valle | Paraprofessional | 6.4 | $300 | $1,920.00 |
| Paula Lourenco | Paraprofessional | 13.3 | $300 | $3,990.00 |
| | Total | **77.3** | | $61,312.00 |
| Voluntary Courtesy Reduction* | | | | $(9,134.50) |
| Blended Fees after Courtesy Reduction* | | | | $52,177.50 |
| | | | | |
| | | | | **$52,177.50** |
| Blended Rate After Courtesy Reduction (All Timekeepers) | | | $675.00* | |
| | | | | |
| * As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. | | | | |

*[Remainder of Page Left Intentionally Blank]*