# **Exhibit C**

### **SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**DECEMBER 20, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

| Description | Hours | Fees |
|---|---|---|
| Analyze Assets and Liabilities | 1.6 | $1,544.00 |
| Case Administration (including retention matters) | 16.0 | $6,190.00 |
| DIP Facility | 7.5 | $7,141.50 |
| Document Request/Response | 6.3 | $6,149.50 |
| Document Review/Index | 8.2 | $6,352.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 11.4 | $10,866.00 |
| General Telephone Conference | 4.5 | $4,227.50 |
| Prepare/Review Flash Report for Period Ending | 2.6 | $2,503.00 |
| Review of Proposed Transactions of Debtors | 18.4 | $15,542.50 |
| Review/Analyze Historical Information | 0.8 | $796.00 |
| **Services Total:** | **77.3** | **$61,312.00** |

*[Remainder of Page Left Intentionally Blank]*