# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC., *et al.*** Page 1

Professional and Paraprofessional Detail by Category Code

December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/28/22 | Kevin Clancy | Analyze Assets and Liabilities | Review liability analysis. | 1.2 | 995 | 1,194.00 |
| 12/31/22 | Molly Jobe | Analyze Assets and Liabilities | Review Gordon Brothers NOLV report from October 2022. | 0.4 | 875 | 350.00 |
| | | **Analyze Assets and Liabilities Total** | | **1.6** | | **1,544.00** |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Email, outline to partner re: draft retention application and supporting documents, comments provided re: same. | 0.4 | 300 | 120.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Emails to/from J. Manning, copy to partner re: connection party list for review/disclosures for CRC. | 0.1 | 300 | 30.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Emails from/to partner re: draft application; review/analysis, prepared/updated CR and CRC's retention application and supporting documents; email to partner re: same. | 0.9 | 300 | 270.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and preparation of application to employ CohnReznick and CR Capital Markets Securities, LLC to UCC, effective as of December 20, 2022. | 1.7 | 300 | 510.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Continued review/analysis and preparation of application to retain CR as FA to UCC and CRC as investment banker to UCC; analysis/review of filed pleadings and related documents for continued and in preparation of application. | 1.9 | 300 | 570.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared notice of application in support of CR and CRC's retention application. | 0.8 | 300 | 240.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and continued preparation of application to employ CR and CRC to UCC; initiated preparation of K. Clancy's declaration. | 1.4 | 300 | 420.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and continued preparation of K. Clancy's declaration in support of application to retain CR as financial advisors and CRC as investment banker to the Official Committee of Unsecured Creditors. | 1.1 | 300 | 330.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared J. Manning's declaration in support of application to retain CR as financial advisors and CRC as investment banker to the Official Committee of Unsecured Creditors | 1.3 | 300 | 390.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared proposed order for retention and employment of CR as financial advisor and CRC as investment banker to UCC. | 1.1 | 300 | 330.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Emails to/from partner re: case information; emails from/to counsel re: list for, in preparation of retention application of CR and CRC. | 0.1 | 300 | 30.00 |
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Emails to/from staff re: debtors' parties in interest list and related documentation. | 0.1 | 300 | 30.00 |

**WINC, INC., *et al.*** Page 2
Professional and Paraprofessional Detail by Category Code
December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/20/22 | Paula Lourenco | Case administration (including retention matters) | Review list of parties in interest and initiated review, search/analysis for preparation of disclosures for/in support of application to retain CR and CRC. | 0.8 | 300 | 240.00 |
| 12/21/22 | Kevin Clancy | Case administration (including retention matters) | Review retention application. | 2.0 | 995 | 1,990.00 |
| 12/24/22 | Paula Lourenco | Case administration (including retention matters) | Emails to/from counsel's office re: application for retention and employment of CR and CRC for UCC, declarations in support thereof, notice of application and proposed order; copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 12/29/22 | Maria Valle | Case administration (including retention matters) | Review parties list and perform search/names check; prepare spreadsheet and forward link of all pertinent names to P. Lourenco for retention papers. | 2.1 | 300 | 630.00 |
| | | **Case administration (including retention matters) Total** | | **16.0** | | **6,190.00** |
| 12/21/22 | Jeffrey R. Manning | DIP Facility | CR/CRC team call with Committee counsel regarding DIP budget and pending hearing. | 0.3 | 925 | 277.50 |
| 12/21/22 | Kevin Clancy | DIP Facility | Call with counsel, CR/CRC team re: pending hearing and DIP budget. | 0.3 | 995 | 298.50 |
| 12/21/22 | Vinni Toppi | DIP Facility | Call with Committee counsel re: DIP budget and hearing prep | 0.3 | 995 | 298.50 |
| 12/21/22 | Vinni Toppi | DIP Facility | Review multiple versions of updated DIP budget and various email correspondence to/from counsel | 0.8 | 995 | 796.00 |
| 12/21/22 | Kevin Clancy | DIP Facility | Review updated cash flow budget. | 0.4 | 995 | 398.00 |
| 12/22/22 | Kevin Clancy | DIP Facility | Review correspondence re: DIP and bidding procedures. | 1.4 | 995 | 1,393.00 |
| 12/22/22 | Molly Jobe | DIP Facility | Receive and review proposed inventory and CV purchases from K Pleines (RPA). | 0.2 | 875 | 175.00 |
| 12/22/22 | Kevin Clancy | DIP Facility | Review vendor payment schedule; correspond with RPA. | 0.6 | 995 | 597.00 |
| 12/23/22 | Kevin Clancy | DIP Facility | Review proposed vendor disbursements. | 0.5 | 995 | 497.50 |
| 12/23/22 | Molly Jobe | DIP Facility | Communications with K Pleines (RPA) regarding questions related to inventory and critical vendor payments. | 0.2 | 875 | 175.00 |
| 12/28/22 | Molly Jobe | DIP Facility | Draft update to K Clancy, V Toppi (CR) and J Manning (CRC) regarding meeting with RPA regarding budget assumptions and CV needs. | 0.4 | 875 | 350.00 |
| 12/28/22 | Molly Jobe | DIP Facility | Meeting with K Pleines (RPA) to review budget and assumptions. | 1.0 | 875 | 875.00 |
| 12/29/22 | Vinni Toppi | DIP Facility | Review email/notes re: M Jobe's call with RPA regarding DIP budget build up; compose questions and exchange emails with M Jobe | 0.4 | 995 | 398.00 |
| 12/30/22 | Molly Jobe | DIP Facility | Draft communication to K Pleines (RPA) regarding questions related to proposed CV payments. | 0.2 | 875 | 175.00 |
| 12/31/22 | Molly Jobe | DIP Facility | Draft communication to K Clancy (CR) regarding proposed weekly CV payments. | 0.2 | 875 | 175.00 |

**WINC, INC., *et al.***  Page 3
Professional and Paraprofessional Detail by Category Code
December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/31/22 | Molly Jobe | DIP Facility | Review monthly BBC and inventory levels for July vs. October related to Gordon Brothers NOLV report. | 0.3 | 875 | 262.50 |
| | | **DIP Facility Total** | | **7.5** | | **7,141.50** |
| 12/20/22 | Kevin Clancy | Document Request/Response | Review document production. | 1.5 | 995 | 1,492.50 |
| 12/21/22 | Jeffrey R. Manning | Document Request/Response | CR and CRC call with Debtor's professionals regarding data requests and access to data room. | 0.5 | 925 | 462.50 |
| 12/21/22 | Kevin Clancy | Document Request/Response | Call with FA/IB professionals, V Toppi (CR) and J Manning (CRC) re: document requests and data room access. | 0.5 | 995 | 497.50 |
| 12/21/22 | Molly Jobe | Document Request/Response | Review file materials from Young Conway dataroom. | 0.5 | 875 | 437.50 |
| 12/21/22 | Vinni Toppi | Document Request/Response | Call with Debtor's professionals, K Clancy (CR) and J Manning (CRC), discuss data requests and access to data rooms | 0.5 | 995 | 497.50 |
| 12/24/22 | Molly Jobe | Document Request/Response | Pull IB retention application for J Manning (CRC). | 0.1 | 875 | 87.50 |
| 12/28/22 | Kevin Clancy | Document Request/Response | Follow-up on data room access; correspond with counsel and CGF. | 0.6 | 995 | 597.00 |
| 12/29/22 | Kevin Clancy | Document Request/Response | Review preliminary request list; responses to APA questions; case research list. | 2.0 | 995 | 1,990.00 |
| 12/29/22 | Molly Jobe | Document Request/Response | Draft proposed document request list from the debtors to J Kesselman (AF). | 0.1 | 875 | 87.50 |
| | | **Document Request/Response Total** | | **6.3** | | **6,149.50** |
| 12/20/22 | Paula Lourenco | Document Review/Index | Review docket re: notices/pleadings and case information. | 0.3 | 300 | 90.00 |
| 12/20/22 | Paula Lourenco | Document Review/Index | Emails from/to partner re: retention; review/analysis of documents for/in preparation of CR and CRC's retention application. | 0.3 | 300 | 90.00 |
| 12/20/22 | Vinni Toppi | Document Review/Index | Review documents provided by counsel: sale interested parties; critical vendor list; revenue sharing agreement and balance sheet info | 1.2 | 995 | 1,194.00 |
| 12/20/22 | Maria Valle | Document Review/Index | Review docket and BankruptcyData for Winc, Inc.; retrieve all First Day Motion pleadings and financial information spreadsheets from BankruptData | 1.2 | 300 | 360.00 |
| 12/20/22 | Vinni Toppi | Document Review/Index | Review court docket and pleadings-cash management; critical vendor; sale motion | 0.8 | 995 | 796.00 |
| 12/21/22 | Vinni Toppi | Document Review/Index | Review committee objection | 0.6 | 995 | 597.00 |
| 12/24/22 | Paula Lourenco | Document Review/Index | Emails from/to J. Manning re: declaration, comments. Review and updated declaration; review and updated retention documents re: same. | 0.8 | 300 | 240.00 |
| 12/27/22 | Vinni Toppi | Document Review/Index | Review docket and pleadings-contract rejection motion; Ordinary course professionals | 0.9 | 995 | 895.50 |
| 12/27/22 | Vinni Toppi | Document Review/Index | Access IB data room; download and index documents; review intercompany information ; review CIM | 1.7 | 995 | 1,691.50 |

Case 22-11238-LSS    Doc 239-6    Filed 02/14/23    Page 5 of 9

**WINC, INC., *et al.*** Page 4
Professional and Paraprofessional Detail by Category Code
December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/29/22 | Vinni Toppi | Document Review/Index | Review court docket/pleadings; pull down pleadings | 0.4 | 995 | 398.00 |
| | | **Document Review/Index Total** | | **8.2** | | **6,352.00** |
| 12/20/22 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Review updated APA re: asset sale structure | 0.4 | 995 | 398.00 |
| 12/24/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Write up on IB terms | 0.3 | 925 | 277.50 |
| 12/26/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Review, write up on IB terms | 2.0 | 925 | 1,850.00 |
| 12/27/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Review IOI and collateral marketing materials | 1.0 | 925 | 925.00 |
| 12/27/22 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review list of issues on APA; list of contacted parties; inventory appraisal. | 2.0 | 995 | 1,990.00 |
| 12/27/22 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Review inventory appraisal | 0.3 | 995 | 298.50 |
| 12/27/22 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Review grid of investment banking retentions; review retention applications | 0.4 | 995 | 398.00 |
| 12/28/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Compile previous CGF details | 1.0 | 925 | 925.00 |
| 12/28/22 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review comparable DE cases re: assets/liabilities and fees. | 0.7 | 995 | 696.50 |
| 12/29/22 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Review email correspondence re: indicators of interest | 0.3 | 995 | 298.50 |
| 12/30/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Begin review/analysis of sales process | 1.5 | 925 | 1,387.50 |
| 12/30/22 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Report on sales process | 0.5 | 925 | 462.50 |
| 12/30/22 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review and analysis of sale process. | 0.7 | 995 | 696.50 |
| 12/31/22 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Draft response to J Manning (CRC) regarding options for liquidation vs. sale process. | 0.3 | 875 | 262.50 |
| | | **Evaluate Sale of Debtors' Assets/Liquidation Total** | | **11.4** | | **10,866.00** |
| 12/20/22 | Jeffrey R. Manning | General Telephone Conference | Call with CR/CRC team, and ArentFox regarding pending hearing. | 0.5 | 925 | 462.50 |
| 12/20/22 | Jeffrey R. Manning | General Telephone Conference | Follow up call with ArentFox team, CR/CRC team regarding hearing issues and DIP related updates. | 0.5 | 925 | 462.50 |

**WINC, INC., *et al.***                                           Page 5
Professional and Paraprofessional Detail by Category Code
December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/20/22 | Kevin Clancy | General Telephone Conference | Call with counsel, CR/CRC teams re: pending hearing. | 0.5 | 995 | 497.50 |
| 12/20/22 | Kevin Clancy | General Telephone Conference | Follow up call with counsel, CR/CRC teams re: hearing issues and DIP updates. | 0.5 | 995 | 497.50 |
| 12/20/22 | Molly Jobe | General Telephone Conference | Participated in call with ArentFox team, J Manning (CRC), K Clancy and V Toppi (CR) regarding December 22, 2022 hearing issues and DIP order updates. | 0.5 | 875 | 437.50 |
| 12/20/22 | Molly Jobe | General Telephone Conference | Attend follow up call with ArentFox team, K Clancy, V Toppi (CR) and J Manning (CRC) re pending hearing | 0.5 | 875 | 437.50 |
| 12/20/22 | Molly Jobe | General Telephone Conference | Attend introduction meeting with RPA team (Debtor's FA team) and CGF team (Debtor's IB). | 0.5 | 875 | 437.50 |
| 12/20/22 | Vinni Toppi | General Telephone Conference | Call with ArentFox team and CR team, and J Manning (CRC) re pending hearing | 0.5 | 995 | 497.50 |
| 12/20/22 | Vinni Toppi | General Telephone Conference | Follow up call with ArentFox team and CR team, and J Manning (CRC) re hearing issues and DIP updates | 0.5 | 995 | 497.50 |
| | | **General Telephone Conference Total** | | **4.5** | | **4,227.50** |
| 12/21/22 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Review 1st two weeks of DIP budget variance report from K Pleines (RPA). | 0.2 | 875 | 175.00 |
| 12/27/22 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review budget v. actual report. | 0.5 | 995 | 497.50 |
| 12/28/22 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Discuss report for UCC. | 0.4 | 995 | 398.00 |
| 12/28/22 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Meeting with V Toppi (CR) regarding flash report and UCC meeting. | 0.5 | 875 | 437.50 |
| 12/28/22 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Meeting with M Jobe re committee meeting and flash report. | 0.5 | 995 | 497.50 |
| 12/30/22 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review budget v. actual report. | 0.5 | 995 | 497.50 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **2.6** | | **2,503.00** |
| 12/20/22 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review committee draft objection; exchange emails with committee counsel. | 0.4 | 995 | 398.00 |
| 12/20/22 | Jeffrey R. Manning | Review of Proposed Transactions of Debtors | Case review of documents review YCST and CGF data rooms | 2.3 | 925 | 2,127.50 |
| 12/20/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review and comment on draft objection. | 1.5 | 995 | 1,492.50 |
| 12/21/22 | Jeffrey R. Manning | Review of Proposed Transactions of Debtors | Review of APA and schedules | 1.0 | 925 | 925.00 |

Case 22-11238-LSS   Doc 239-6   Filed 02/14/23   Page 7 of 9

**WINC, INC.,** *et al.*     Page 6
Professional and Paraprofessional Detail by Category Code
December 20, 2022 through and including December 31, 2022

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/26/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review correspondence re: budget; inventory and sale process. | 1.2 | 995 | 1,194.00 |
| 12/27/22 | Maria Valle | Review of Proposed Transactions of Debtors | Retrieve Cannacord retentions of various bankruptcy filings | 0.7 | 300 | 210.00 |
| 12/27/22 | Jeffrey R. Manning | Review of Proposed Transactions of Debtors | Call with CR/CRC team, and ArentFox regarding sale process, operations and pending motions. | 1.0 | 925 | 925.00 |
| 12/27/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Call with counsel re: pending motions; sale process; operations and inventory spend. | 1.0 | 995 | 995.00 |
| 12/27/22 | Molly Jobe | Review of Proposed Transactions of Debtors | Attend call with AFS team, J Manning (CRC), V Toppi and K Clancy (CR) regarding next steps for reviewing DIP budget, operations and marketing process. | 1.0 | 875 | 875.00 |
| 12/27/22 | Vinni Toppi | Review of Proposed Transactions of Debtors | Call with Committee professionals, CR team and J Manning (CRC) re: next steps, operations, sale process and work streams | 1.0 | 995 | 995.00 |
| 12/27/22 | Maria Valle | Review of Proposed Transactions of Debtors | Review email request from J. Manning re: checking various venues for CG retentions; prepare spreadsheet and forward to J. Manning; K. Clancy; V. Toppi and M. Jobe for review | 1.6 | 300 | 480.00 |
| 12/27/22 | Molly Jobe | Review of Proposed Transactions of Debtors | Review materials in CGF dataroom. | 1.0 | 875 | 875.00 |
| 12/28/22 | Jeffrey R. Manning | Review of Proposed Transactions of Debtors | Review CGF data on targets not contacted | 1.0 | 925 | 925.00 |
| 12/28/22 | Maria Valle | Review of Proposed Transactions of Debtors | Update additional retention documents (Other) and prepare zip file of all retentions and forward to J. Manning | 0.8 | 300 | 240.00 |
| 12/28/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review pending litigation matters list; complaint. | 1.0 | 995 | 995.00 |
| 12/28/22 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review schedule of proposed assumed liabilities; review email correspondence | 0.4 | 995 | 398.00 |
| 12/29/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review redline of proposed orders. | 0.7 | 995 | 696.50 |
| 12/30/22 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review draft objection; correspond with counsel. | 0.8 | 995 | 796.00 |
| | | **Review of Proposed Transactions of Debtors Total** | | **18.4** | | **15,542.50** |
| 12/29/22 | Vinni Toppi | Review/Analyze Historical Information | Review statements and schedules filed by the debtor entities | 0.8 | 995 | 796.00 |
| | | **Review/Analyze Historical Information Total** | | **0.8** | | **796.00** |
| | | **Grand Total** | | **77.3** | | **61,312.00** |

**WINC, INC., *et al.***
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
**December 20, 2022 through and including December 31, 2022**
**Summary of Professional and Paraprofessional Timekeepers**
**By Activity Code Category**

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | Analyze Assets and Liabilities | 1.20 | 995 | 1,194.00 |
| Molly Jobe | Director | Analyze Assets and Liabilities | 0.40 | 875 | 350.00 |
| | | **Activity Subtotal:** | | | **$ 1,544.00** |
| Kevin Clancy | Partner | Case Administration | 2.00 | 995 | 1,990.00 |
| Maria Valle | Paraprofessional | Case Administration | 2.10 | 300 | 630.00 |
| Paula Lourenco | Paraprofessional | Case Administration | 11.90 | 300 | 3,570.00 |
| | | **Activity Subtotal:** | | | **$ 6,190.00** |
| Kevin Clancy | Partner | DIP Facility | 3.20 | 995 | 3,184.00 |
| Vinni Toppi | Partner | DIP Facility | 1.50 | 995 | 1,492.50 |
| Jeffrey R. Manning | CRC Managing Director | DIP Facility | 0.30 | 925 | 277.50 |
| Molly Jobe | Director | DIP Facility | 2.50 | 875 | 2,187.50 |
| | | **Activity Subtotal:** | | | **$ 7,141.50** |
| Kevin Clancy | Partner | Document Request/Response | 4.60 | 995 | 4,577.00 |
| Vinni Toppi | Partner | Document Request/Response | 0.50 | 995 | 497.50 |
| Jeffrey R. Manning | CRC Managing Director | Document Request/Response | 0.50 | 925 | 462.50 |
| Molly Jobe | Director | Document Request/Response | 0.70 | 875 | 612.50 |
| | | **Activity Subtotal:** | | | **$ 6,149.50** |
| Vinni Toppi | Partner | Document Review/Index | 5.60 | 995 | 5,572.00 |
| Maria Valle | Paraprofessional | Document Review/Index | 1.20 | 300 | 360.00 |
| Paula Lourenco | Paraprofessional | Document Review/Index | 1.40 | 300 | 420.00 |
| | | **Activity Subtotal:** | | | **$ 6,352.00** |
| Kevin Clancy | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 3.40 | 995 | 3,383.00 |
| Vinni Toppi | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 1.40 | 995 | 1,393.00 |
| Jeffrey R. Manning | CRC Managing Director | Evaluate Sale of Debtors' Assets/Liquidation | 6.30 | 925 | 5,827.50 |
| Molly Jobe | Director | Evaluate Sale of Debtors' Assets/Liquidation | 0.30 | 875 | 262.50 |
| | | **Activity Subtotal:** | | | **$ 10,866.00** |
| Kevin Clancy | Partner | General Telephone Conference | 1.00 | 995 | 995.00 |
| Vinni Toppi | Partner | General Telephone Conference | 1.00 | 995 | 995.00 |
| Jeffrey R. Manning | CRC Managing Director | General Telephone Conference | 1.00 | 925 | 925.00 |
| Molly Jobe | Director | General Telephone Conference | 1.50 | 875 | 1,312.50 |
| | | **Activity Subtotal:** | | | **$ 4,227.50** |
| Kevin Clancy | Partner | Prepare/Review Flash Report for Period Ending | 1.40 | 995 | 1,393.00 |
| Vinni Toppi | Partner | Prepare/Review Flash Report for Period Ending | 0.50 | 995 | 497.50 |
| Molly Jobe | Director | Prepare/Review Flash Report for Period Ending | 0.70 | 875 | 612.50 |
| | | **Activity Subtotal:** | | | **$ 2,503.00** |
| Kevin Clancy | Partner | Review of Proposed Transactions of Debtors | 6.20 | 995 | 6,169.00 |

**WINC, INC., *et al.***
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
**December 20, 2022 through and including December 31, 2022**
**Summary of Professional and Paraprofessional Timekeepers**
**By Activity Code Category**

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Vinni Toppi | Partner | Review of Proposed Transactions of Debtors | 1.80 | 995 | 1,791.00 |
| Jeffrey R. Manning | CRC Managing Director | Review of Proposed Transactions of Debtors | 5.30 | 925 | 4,902.50 |
| Molly Jobe | Director | Review of Proposed Transactions of Debtors | 2.00 | 875 | 1,750.00 |
| Maria Valle | Paraprofessional | Review of Proposed Transactions of Debtors | 3.10 | 300 | 930.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 15,542.50** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Review/Analyze Historical Information | 0.80 | 995 | 796.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 796.00** |
|  |  |  |  |  |  |
| **Grand Total** |  |  | **77.30** |  | **$ 61,312.00** |

*As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour.