# **Exhibit B**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 36.7 | $995 | $36,516.50 |
| Vinni Toppi | Partner | 29.9 | $995 | $29,750.50 |
| Jeffrey Manning | CRC Managing Director, CTP | 31.6 | $925 | $29,230.00 |
| Molly Jobe | Director | 17.8 | $875 | $15,575.00 |
| Paula Lourenco | Paraprofessional | 2.9 | $300 | $870.00 |
| | **Total** | **118.9** | | $111,942.00 |
| Voluntary Courtesy Reduction* | | | | $(31,684.50) |
| Blended Fees after Courtesy Reduction* | | | | $80,257.50 |
| | | | | |
| | | | | **$80,257.50** |
| Blended Rate After Courtesy Reduction (All Timekeepers) | | | $675.00* | |
| | | | | |
| * As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. | | | | |

*[Remainder of Page Left Intentionally Blank]*