# Exhibit C

**SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Description | Hours | Fees |
|---|---:|---:|
| Analyze Assets and Liabilities | 2.7 | $2,614.50 |
| Analyze/Reconcile Claims | 0.3 | $298.50 |
| Attendance at Committee Meetings | 4.8 | $4,472.00 |
| Case Administration (including retention matters) | 3.1 | $2,106.50 |
| DIP Facility | 10.0 | $9,398.00 |
| Dividend Analysis | 5.9 | $5,606.50 |
| Document Request/Response | 0.8 | $796.00 |
| Document Review/Index | 3.2 | $2,072.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 13.4 | $12,786.00 |
| General Telephone Conference | 0.9 | $895.50 |
| Litigation Matters/Attendance at Court | 7.3 | $6,930.50 |
| Other Contested Matters | 4.5 | $4,162.50 |
| Plan and Disclosure Statement | 22.5 | $21,998.50 |
| Prepare/Review Cashflow Projections | 3.1 | $3,084.50 |
| Prepare/Review Flash Report for Period Ending | 8.7 | $8,428.50 |
| Review of Proposed Transactions of Debtors | 6.3 | $6,163.00 |
| Review/Analyze Budget | 8.0 | $7,756.00 |
| Review/Analyze Historical Information | 1.4 | $1,273.00 |
| Travel at 50% of actual | 12.0 | $11,100.00 |
| **Services Total:** | **118.9** | **$111,942.00** |

*[Remainder of Page Left Intentionally Blank]*