# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC., *et al.*** Page 1
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/06/23 | Molly Jobe | Analyze Assets and Liabilities | Review waterfall analysis at different sale levels vs. proposed settlement structure with CGF. | 0.2 | 875 | 175.00 |
| 01/10/23 | Molly Jobe | Analyze Assets and Liabilities | Receive and review updated assumed liabilities schedule vs. original file dated 12/27/2022. | 0.3 | 875 | 262.50 |
| 01/16/23 | Kevin Clancy | Analyze Assets and Liabilities | Call with counsel re: liability categories. | 1.0 | 995 | 995.00 |
| 01/16/23 | Kevin Clancy | Analyze Assets and Liabilities | Review SEC filings re: liability categories. | 0.8 | 995 | 796.00 |
| 01/16/23 | Vinni Toppi | Analyze Assets and Liabilities | Review correspondence re: gift cards; research and respond | 0.3 | 995 | 298.50 |
| 01/19/23 | Molly Jobe | Analyze Assets and Liabilities | Telecons with K Pleines (RPA) to address questions on sources and uses document. | 0.1 | 875 | 87.50 |
| | | **Analyze Assets and Liabilities Total** | | **2.7** | | **2,614.50** |
| 01/10/23 | Kevin Clancy | Analyze/Reconcile Claims | Review claimant pleading re: their claim. | 0.3 | 995 | 298.50 |
| | | **Analyze/Reconcile Claims Total** | | **0.3** | | **298.50** |
| 01/04/23 | Jeffrey R. Manning | Attendance at Committee Meetings | Status call with CR team, UCC, ArentFox | 1.0 | 925 | 925.00 |
| 01/04/23 | Molly Jobe | Attendance at Committee Meetings | Attend status call with UCC, G Angelich (AFS), J Kessleman (AFS), M Huford (Sacculo), J Manning (CRC) and V Toppi (CR). | 1.0 | 875 | 875.00 |
| 01/04/23 | Vinni Toppi | Attendance at Committee Meetings | Committee status call, ArentFox, CR team | 1.0 | 995 | 995.00 |
| 01/12/23 | Jeffrey R. Manning | Attendance at Committee Meetings | UCC update call with ArentFox team, CR team | 0.6 | 925 | 555.00 |
| 01/12/23 | Molly Jobe | Attendance at Committee Meetings | Attend UCC meeting update with AFS team, J Manning (CRC) and V Toppi (CR). | 0.6 | 875 | 525.00 |
| 01/12/23 | Vinni Toppi | Attendance at Committee Meetings | Committee update call with ArentFox, J Manning and M Jobe. | 0.6 | 995 | 597.00 |
| | | **Attendance at Committee Meetings Total** | | **4.8** | | **4,472.00** |
| 01/03/23 | Molly Jobe | Case administration (including retention matters) | Receive and review draft Agenda for Committee call from J Kessleman (CR). | 0.1 | 875 | 87.50 |
| 01/06/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to partner re: retention documents; emails to/from V Toppi re: same; | 0.1 | 300 | 30.00 |
| 01/06/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from counsel's office re: updated application for retention and employment of CR and CRC for UCC, declarations in support thereof, notice of application and proposed order; copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 01/09/23 | Molly Jobe | Case administration (including retention matters) | Telecon with V Toppi (CR) to prep for 341 Meeting. | 0.2 | 875 | 175.00 |
| 01/09/23 | Molly Jobe | Case administration (including retention matters) | Attend and listen to 341 Meeting. | 0.9 | 875 | 787.50 |
| 01/09/23 | Vinni Toppi | case administration (including retention matters) | Call with M Jobe for 341 Meeting prep | 0.2 | 995 | 199.00 |

**WINC, INC.,** *et al.* Page 2

Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/09/23 | Vinni Toppi | Case administration (including retention matters) | Attend 341 meeting (partial) | 0.5 | 995 | 497.50 |
| 01/13/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsels' office (AMSL/AF) re: retention applications and filing timeline; review attached documents, prepared/updated and email to counsel's office, copies to appropriate recipients re: same; call with counsel re: same. | 0.8 | 300 | 240.00 |
| 01/13/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to partner re: retention application. | 0.1 | 300 | 30.00 |
| | | **Case administration (including retention matters) Total** | | **3.1** | | **2,106.50** |
| 01/03/23 | Kevin Clancy | DIP Facility | Review objection response. | 0.3 | 995 | 298.50 |
| 01/03/23 | Molly Jobe | DIP Facility | Draft responses to AFS team inquiries regarding proposed critical vendor payments for Testaney and Pizolato. | 0.2 | 875 | 175.00 |
| 01/03/23 | Molly Jobe | DIP Facility | Draft update on critical vendor payments made and proposed to date by RPA and provide to AFS team for review. | 0.3 | 875 | 262.50 |
| 01/03/23 | Vinni Toppi | DIP Facility | Call with counsel to discuss inventory items and critical vendor payment updates for committee status report | 0.3 | 995 | 298.50 |
| 01/04/23 | Molly Jobe | DIP Facility | Call with V Toppi (CR) regarding waterfall, critical vendors and workstreams. | 0.4 | 875 | 350.00 |
| 01/04/23 | Molly Jobe | DIP Facility | Communications with K Pleines (RPA) regarding critical vendor analysis updates. | 0.2 | 875 | 175.00 |
| 01/04/23 | Vinni Toppi | DIP Facility | Follow up call with M Jobe re: work scope and next steps | 0.4 | 995 | 398.00 |
| 01/04/23 | Vinni Toppi | DIP Facility | Review correspondence re: critical vendor payments; review debtor's schedule of vendor payments; call with J. Kesselman re: status; follow-up with M. Jobe re: work scope and next steps | 0.9 | 995 | 895.50 |
| 01/05/23 | Kevin Clancy | DIP Facility | Review CV payment correspondence | 0.4 | 995 | 398.00 |
| 01/05/23 | Molly Jobe | DIP Facility | Compare Critical Vendor analysis document 12/16/22 vs. CV payments through 12/30/22. | 0.3 | 875 | 262.50 |
| 01/05/23 | Molly Jobe | DIP Facility | Communications with K Pleines (RPA) requesting detail on inventory payments projected in updated DIP budget roll forward. | 0.1 | 875 | 87.50 |
| 01/06/23 | Molly Jobe | DIP Facility | Telecons with K Pleines (RPA) regarding requested critical vendor payments for the week. | 0.2 | 875 | 175.00 |
| 01/06/23 | Molly Jobe | DIP Facility | Review proposed Critical Vendor payments vs. DIP budget and CV analysis. | 0.2 | 875 | 175.00 |
| 01/06/23 | Molly Jobe | DIP Facility | Communications with G Angelich (AFS) regarding CV payments for RF Smart and Landsberg. | 0.2 | 875 | 175.00 |
| 01/06/23 | Molly Jobe | DIP Facility | Communications with RPA regarding approval for RF Smart payment and more information needed for Landsberg payments. | 0.1 | 875 | 87.50 |
| 01/06/23 | Vinni Toppi | DIP Facility | Review critical vendor requests; discuss with M Jobe; exchange emails with Counsel | 0.3 | 995 | 298.50 |

**WINC, INC.,** *et al.*                                                                                                                    Page 3

Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/09/23 | Molly Jobe | DIP Facility | Telecons with K Pleines (RPA) regarding critical vendor payment questions. | 0.1 | 875 | 87.50 |
| 01/09/23 | Molly Jobe | DIP Facility | Draft update to G Angelich (AFS) regarding updates from RPA on erroneous payment to Landsberg made by the Debtors. | 0.1 | 875 | 87.50 |
| 01/10/23 | Kevin Clancy | DIP Facility | Review CV payment analysis. | 0.8 | 995 | 796.00 |
| 01/10/23 | Molly Jobe | DIP Facility | Follow-up with RPA regarding critical vendor payments for 01/13 and 01/20. | 0.1 | 875 | 87.50 |
| 01/10/23 | Molly Jobe | DIP Facility | Review critical vendor and inventory payment proposal for the week's ending 01/13 and 01/20 from RPA by comparing to DIP budget, original CV analysis file and related contracts. | 0.5 | 875 | 437.50 |
| 01/10/23 | Molly Jobe | DIP Facility | Draft communication to K Pleines (RPA) regarding questions related to the CV and inventory payments through end sale hearing. | 0.2 | 875 | 175.00 |
| 01/11/23 | Kevin Clancy | DIP Facility | CV payment analyses; correspond with counsel. | 0.8 | 995 | 796.00 |
| 01/11/23 | Molly Jobe | DIP Facility | Meeting with K Pleines (RPA) to review proposed critical vendor and inventory needs. | 0.5 | 875 | 437.50 |
| 01/11/23 | Molly Jobe | DIP Facility | Draft update to AFS team regarding critical vendor and inventory proposed payments for 01/13 and 01/20. | 0.2 | 875 | 175.00 |
| 01/12/23 | Kevin Clancy | DIP Facility | Review waterfall scenarios; CV payment analyses. | 1.2 | 995 | 1,194.00 |
| 01/13/23 | Molly Jobe | DIP Facility | Telecons with K Pleines (RPA) regarding feedback related to critical vendor payment needs and priorities related to product at risk. | 0.2 | 875 | 175.00 |
| 01/13/23 | Molly Jobe | DIP Facility | Telecons with K Pleines (RPA) to provide update on approved and objected critical vendor payments. | 0.1 | 875 | 87.50 |
| 01/13/23 | Molly Jobe | DIP Facility | Create critical vendors schedule with on/off option for payments for waterfall tracker. | 0.3 | 875 | 262.50 |
| 01/13/23 | Molly Jobe | DIP Facility | Provide critical vendors schedule with on/off option for payments for waterfall tracker to V Toppi (CR) for incorporation into schedules. | 0.1 | 875 | 87.50 |
| | | **DIP Facility Total** | | **10.0** | | **9,398.00** |
| 01/06/23 | Molly Jobe | Dividend Analysis | Attend meeting with V Toppi (CR), G Angelich (AFS), K Kesselman (AFS), J Policano (RPA), K Pleines (RPA) and A Mielke (YC) regarding Debtor's proposed waterfall analysis. | 0.6 | 875 | 525.00 |
| 01/06/23 | Vinni Toppi | Dividend Analysis | Prepare waterfall/settlement calculation; discuss with Counsel and CR team; update/edit scenarios | 1.2 | 995 | 1,194.00 |
| 01/11/23 | Vinni Toppi | Dividend Analysis | Update waterfall analysis; exchange email communications with Counsel | 0.4 | 995 | 398.00 |
| 01/13/23 | Molly Jobe | Dividend Analysis | Review updated waterfall analysis options from V Toppi (CR). | 0.1 | 875 | 87.50 |
| 01/13/23 | Vinni Toppi | Dividend Analysis | Review email from Counsel; respond re: waterfall analysis; open data requests | 0.3 | 995 | 298.50 |
| 01/15/23 | Vinni Toppi | Dividend Analysis | Update waterfall calculations for additional scenarios | 0.3 | 995 | 298.50 |

**WINC, INC.,** *et al.* Page 4
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/19/23 | Molly Jobe | Dividend Analysis | Call with K Pleines (RPA) and V Toppi (CR) regarding funds flow questions. | 0.5 | 875 | 437.50 |
| 01/19/23 | Molly Jobe | Dividend Analysis | Telecons with V Toppi (CR) regarding sources and uses draft and open questions. | 0.3 | 875 | 262.50 |
| 01/19/23 | Molly Jobe | Dividend Analysis | Review proposed sources and uses document against settlement term sheet between buyer, debtor and UCC. | 0.4 | 875 | 350.00 |
| 01/19/23 | Molly Jobe | Dividend Analysis | General communication with K Clancy (CR) regarding settlement term sheet and sources and uses document comparison. | 0.3 | 875 | 262.50 |
| 01/19/23 | Vinni Toppi | Dividend Analysis | Call with Counsel to discuss updated waterfall; send follow-up questions to debtor's financial advisors | 0.8 | 995 | 796.00 |
| 01/19/23 | Vinni Toppi | Dividend Analysis | Review updated sources and uses; conduct call with debtor's financial advisors re: questions; update analysis for committee counsel | 0.7 | 995 | 696.50 |
| | | **Dividend Analysis Total** | | **5.9** | | **5,606.50** |
| 01/09/23 | Vinni Toppi | Document Request/Response | Send data request re: waterfall analysis to debtor's financial advisor | 0.1 | 995 | 99.50 |
| 01/13/23 | Vinni Toppi | Document Request/Response | Follow up call and email re: open data requests | 0.2 | 995 | 199.00 |
| 01/13/23 | Vinni Toppi | Document Request/Response | Call with RPA re: open data requests; draft email to counsel with summary of call | 0.3 | 995 | 298.50 |
| 01/27/23 | Vinni Toppi | Document Request/Response | Request cash balance updates from RPA; exchange emails with Arent team | 0.2 | 995 | 199.00 |
| | | **Document Request/Response Total** | | **0.8** | | **796.00** |
| 01/03/23 | Vinni Toppi | Document Review/Index | Review Debtor's response to objection | 0.3 | 995 | 298.50 |
| 01/05/23 | Paula Lourenco | Document Review/Index | Email from staff re: PII list; additional review, search/analysis of PII names; review, prepared, updated disclosures for/in support of application to retain CR and CRC; email to partner re: same. | 1.6 | 300 | 480.00 |
| 01/05/23 | Vinni Toppi | Document Review/Index | Review docket and pleadings | 0.3 | 995 | 298.50 |
| 01/11/23 | Vinni Toppi | Document Review/Index | Review objection draft; review docket and pleadings; review objections filed by other parties | 0.6 | 995 | 597.00 |
| 01/12/23 | Vinni Toppi | Document Review/Index | Review docket; pleadings | 0.4 | 995 | 398.00 |
| | | **Document Review/Index Total** | | **3.2** | | **2,072.00** |
| 01/01/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review correspondence re: budget; inventory and sale process. | 1.0 | 995 | 995.00 |
| 01/02/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review correspondence re: budget; inventory, sale process. | 0.7 | 995 | 696.50 |
| 01/03/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Slide prep on sale process | 0.5 | 925 | 462.50 |

WINC, INC., *et al.*                                                                                                    Page 5

Professional and Paraprofessional Detail by Category Code

January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/03/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Provide Testaney agreement Pizzolato sole source letter to AFS team. | 0.1 | 875 | 87.50 |
| 01/04/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Internal prep for UCC call | 0.5 | 925 | 462.50 |
| 01/06/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Assessment of non-confirming bid | 0.5 | 925 | 462.50 |
| 01/06/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Call with late entrance bidders and ArentFox | 0.5 | 925 | 462.50 |
| 01/06/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review correspondence re: potential bidders. | 0.5 | 995 | 497.50 |
| 01/06/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Review update from G Angelich (AFS) regarding Innovative holdings interest in bidding. | 0.1 | 875 | 87.50 |
| 01/06/23 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Review various correspondence re: additional bidders; retention applications; | 0.3 | 995 | 298.50 |
| 01/09/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Update call with UCC professionals, M Jobe (CR), CGF on status of bids | 0.3 | 925 | 277.50 |
| 01/09/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Drafting IB Critique and Declaration | 0.5 | 925 | 462.50 |
| 01/09/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Attend meeting with J Manning (CRC) and CGF team regarding status of bids. | 0.3 | 875 | 262.50 |
| 01/10/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Drafting IB Critique and Declaration | 0.5 | 925 | 462.50 |
| 01/10/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Research on outreach | 0.3 | 925 | 277.50 |
| 01/13/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Committee call | 1.0 | 925 | 925.00 |
| 01/14/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | Reviewing other objections to sale and CGF retention | 1.0 | 925 | 925.00 |
| 01/15/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Call with Debtor's advisors re: buyer proposal. | 0.4 | 995 | 398.00 |
| 01/15/23 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Call with debtor's professionals re: buyer settlement scenarios | 0.4 | 995 | 398.00 |
| 01/18/23 | Jeffrey R. Manning | Evaluate Sale of Debtors' Assets/Liquidation | ArentFox update with CR and CRC | 0.5 | 925 | 462.50 |

**WINC, INC., *et al.*** Page 6
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/18/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Call with counsel re: post closing issues. | 0.5 | 995 | 497.50 |
| 01/18/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Call with AFS team, V Toppi (CR), K Clancy (CR) and J Manning (CRC) regarding next steps following sale hearing. | 0.5 | 875 | 437.50 |
| 01/18/23 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Call with Committee counsel re: check-in, next steps | 0.5 | 995 | 497.50 |
| 01/19/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Correspond with counsel re: closing issues. | 1.5 | 995 | 1,492.50 |
| 01/19/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Call with counsel re: sale items; cash situation. | 0.5 | 995 | 497.50 |
| | | **Evaluate Sale of Debtors' Assets/Liquidation Total** | | **13.4** | | **12,786.00** |
| 01/03/23 | Kevin Clancy | General Telephone Conference | Call with counsel re: prep for UCC call. | 0.5 | 995 | 497.50 |
| 01/15/23 | Kevin Clancy | General Telephone Conference | Call with Debtor's advisors re: draft term sheet. | 0.4 | 995 | 398.00 |
| | | **General Telephone Conference Total** | | **0.9** | | **895.50** |
| 01/03/23 | Kevin Clancy | Litigation Matters/Attendance at Court | Review depo prep questions. | 0.3 | 995 | 298.50 |
| 01/03/23 | Molly Jobe | Litigation Matters/Attendance at Court | Review and revised proposed deposition topic list for Winc CFO. | 0.3 | 875 | 262.50 |
| 01/03/23 | Molly Jobe | Litigation Matters/Attendance at Court | Provide proposed deposition topic list for Winc CFO to K Clancy, V Toppi (CR) and J Manning (CRC) for one final review. | 0.1 | 875 | 87.50 |
| 01/03/23 | Molly Jobe | Litigation Matters/Attendance at Court | Provide final draft of proposed CFO deposition topics to AFS team for review. | 0.1 | 875 | 87.50 |
| 01/10/23 | Jeffrey R. Manning | Litigation Matters/Attendance at Court | ArentFox call on RPA and CGF retention | 0.5 | 925 | 462.50 |
| 01/13/23 | Kevin Clancy | Litigation Matters/Attendance at Court | Review docs for depositions; exhibits. | 1.2 | 995 | 1,194.00 |
| 01/14/23 | Jeffrey R. Manning | Litigation Matters/Attendance at Court | Winc questions and prep for CGF deposition | 0.5 | 925 | 462.50 |
| 01/16/23 | Jeffrey R. Manning | Litigation Matters/Attendance at Court | CGF depo. of M Ley | 2.4 | 925 | 2,220.00 |
| 01/16/23 | Kevin Clancy | Litigation Matters/Attendance at Court | Review depo transcript; Garces info. | 1.4 | 995 | 1,393.00 |
| 01/19/23 | Jeffrey R. Manning | Litigation Matters/Attendance at Court | CRC FINRA and administration | 0.5 | 925 | 462.50 |

**WINC, INC.,** *et al.*  Page 7
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| | | **Litigation Matters/Attendance at Court Total** | | **7.3** | | **6,930.50** |
| 01/10/23 | Jeffrey R. Manning | Other Contested Matters | Drafting and editing CRC Declaration in opposition to sales and investment banking fee | 1.0 | 925 | 925.00 |
| 01/10/23 | Jeffrey R. Manning | Other Contested Matters | Continued drafting and editing CRC Declaration in opposition to sales and investment banking fee | 1.0 | 925 | 925.00 |
| 01/11/23 | Jeffrey R. Manning | Other Contested Matters | ArentFox review of Declaration pre-filing | 0.5 | 925 | 462.50 |
| 01/11/23 | Jeffrey R. Manning | Other Contested Matters | ArenFox continued review of Declaration pre-filing | 2.0 | 925 | 1,850.00 |
| | | **Other Contested Matters Total** | | **4.5** | | **4,162.50** |
| 01/06/23 | Molly Jobe | Plan and Disclosure Statement | Review proposed Winc settlement structure with CGF. | 0.1 | 875 | 87.50 |
| 01/06/23 | Molly Jobe | Plan and Disclosure Statement | Receive and review settlement term sheet draft from G Angelich (AFS). | 0.2 | 875 | 175.00 |
| 01/06/23 | Vinni Toppi | Plan and Disclosure Statement | Review draft settlement agreement circulated by counsel. | 0.3 | 995 | 298.50 |
| 01/10/23 | Vinni Toppi | Plan and Disclosure Statement | Call with counsel re: settlement status and next steps | 0.5 | 995 | 497.50 |
| 01/13/23 | Kevin Clancy | Plan and Disclosure Statement | Call with Debtor's counsel re: settlement structures(.5); calls with counsel re: settlement discussions (.3) | 0.8 | 995 | 796.00 |
| 01/13/23 | Kevin Clancy | Plan and Disclosure Statement | Review waterfall scenarios; CV payment analyses re: proposed settlement structures. | 1.5 | 995 | 1,492.50 |
| 01/13/23 | Molly Jobe | Plan and Disclosure Statement | Calls with J Kesselman (AFS), G Angelich (AFS), V Toppi (CR) and K Clancy (CR) regarding critical vendor payments and potential settlement with the Debtor and Buyer. | 0.8 | 875 | 700.00 |
| 01/13/23 | Vinni Toppi | Plan and Disclosure Statement | Calls with committee counsel, CR team re: settlement structure and discussions. | 0.8 | 995 | 796.00 |
| 01/14/23 | Kevin Clancy | Plan and Disclosure Statement | Call with counsel re: settlement proposal. | 0.9 | 995 | 895.50 |
| 01/14/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: settlement structures. | 0.6 | 995 | 597.00 |
| 01/14/23 | Vinni Toppi | Plan and Disclosure Statement | Call with counsel re: settlement scenarios; update waterfall calculations and support file | 1.2 | 995 | 1,194.00 |
| 01/15/23 | Kevin Clancy | Plan and Disclosure Statement | Call with counsel re: settlement proposal scenarios. | 0.4 | 995 | 398.00 |
| 01/15/23 | Kevin Clancy | Plan and Disclosure Statement | Call with counsel re: settlement proposal scenarios. | 0.3 | 995 | 298.50 |
| 01/15/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: settlement structures; waterfall scenarios. | 1.7 | 995 | 1,691.50 |
| 01/15/23 | Vinni Toppi | Plan and Disclosure Statement | Call with debtor's professionals re: settlement scenarios | 0.4 | 995 | 398.00 |
| 01/15/23 | Vinni Toppi | Plan and Disclosure Statement | Call with debtor's professionals re: additional settlement scenarios | 0.7 | 995 | 696.50 |
| 01/15/23 | Vinni Toppi | Plan and Disclosure Statement | Update settlement scenarios; follow-up calls with Counsel | 1.2 | 995 | 1,194.00 |
| 01/15/23 | Vinni Toppi | Plan and Disclosure Statement | Prepare summary slide for committee update; update scenarios; discuss with Counsel | 1.1 | 995 | 1,094.50 |

**WINC, INC.,** *et al.*                                                                                                                      Page 8
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/16/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: settlement structures; waterfall scenarios. | 0.4 | 995 | 398.00 |
| 01/16/23 | Molly Jobe | Plan and Disclosure Statement | Receive and review communication from G Angelich (CR) regarding proposed settlement with Canaccord. | 0.1 | 875 | 87.50 |
| 01/16/23 | Vinni Toppi | Plan and Disclosure Statement | Review correspondence re: settlement; update various versions of waterfall | 0.6 | 995 | 597.00 |
| 01/17/23 | Jeffrey R. Manning | Plan and Disclosure Statement | Settlement negotiations with YCST | 3.5 | 925 | 3,237.50 |
| 01/17/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: settlement structures; waterfall scenarios. | 1.5 | 995 | 1,492.50 |
| 01/17/23 | Vinni Toppi | Plan and Disclosure Statement | Review correspondence re: settlement; update waterfall analysis | 0.7 | 995 | 696.50 |
| 01/18/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: settlement structures; waterfall scenarios. | 1.2 | 995 | 1,194.00 |
| 01/30/23 | Vinni Toppi | Plan and Disclosure Statement | Call with Debtor team re: plan, wind-down and open items | 1.0 | 995 | 995.00 |
| | | **Plan and Disclosure Statement Total** | | **22.5** | | **21,998.50** |
| 01/05/23 | Kevin Clancy | Prepare/Review Cashflow Projections | Review correspondence re: waterfall analysis; info needed from Debtors; correspond with counsel. | 1.1 | 995 | 1,094.50 |
| 01/06/23 | Kevin Clancy | Prepare/Review Cashflow Projections | Review correspondence re: waterfall analysis; info needed from Debtors; correspond with counsel . | 1.0 | 995 | 995.00 |
| 01/09/23 | Kevin Clancy | Prepare/Review Cashflow Projections | Review correspondence re: waterfall analysis; info needed from Debtors; correspond with counsel. | 0.7 | 995 | 696.50 |
| 01/10/23 | Kevin Clancy | Prepare/Review Cashflow Projections | Review correspondence re: waterfall analysis; info needed from Debtors; correspond with counsel. | 0.3 | 995 | 298.50 |
| | | **Prepare/Review Cashflow Projections Total** | | **3.1** | | **3,084.50** |
| 01/03/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review draft UCC deck; correspond with counsel re: waterfall and liabilities assessment. | 2.7 | 995 | 2,686.50 |
| 01/03/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Telecons with V Toppi (CR) regarding critical vendor reporting and detail requests from AFS team. | 0.2 | 875 | 175.00 |
| 01/03/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Prepare weekly draft flash report for UCC presentation. | 1.2 | 875 | 1,050.00 |
| 01/03/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Update UCC Flash Report with Critical vendor payment history. | 0.2 | 875 | 175.00 |
| 01/03/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Call with M Jobe re: critical vendor reporting and requests from ArentFox team | 0.2 | 995 | 199.00 |
| 01/03/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Prepare waterfall analysis for committee update; exchange comments with CR team | 1.3 | 995 | 1,293.50 |

**WINC, INC., *et al.*** Page 9
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/03/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Review and update committee status report | 1.2 | 995 | 1,194.00 |
| 01/04/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review updated draft UCC deck. | 0.4 | 995 | 398.00 |
| 01/04/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Call with counsel re: edits to Committee report; update and finalize report | 0.7 | 995 | 696.50 |
| 01/05/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Receive and review variance report for w/e 12.30.22. | 0.2 | 875 | 175.00 |
| 01/05/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Communication to AFS team regarding updated variance report and DIP budget. | 0.1 | 875 | 87.50 |
| 01/05/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Review weekly flash reporting from Debtor | 0.3 | 995 | 298.50 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **8.7** | | **8,428.50** |
| 01/03/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review correspondence re: assumed liabilities; review schedule and support | 0.6 | 995 | 597.00 |
| 01/05/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Exchange emails with Debtor FA re: waterfall analysis; follow up with Committee Counsel | 0.3 | 995 | 298.50 |
| 01/06/23 | Molly Jobe | Review of Proposed Transactions of Debtors | Attend meeting with V Toppi (CR), G Angelich (AFS) and K Kesselman (AFS) regarding Debtor's proposed waterfall analysis. | 0.3 | 875 | 262.50 |
| 01/06/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Prep call with counsel re: waterfall discussion with Debtor | 0.3 | 995 | 298.50 |
| 01/06/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Call with Debtor re: waterfall analysis; follow-up call with Committee counsel. | 0.9 | 995 | 895.50 |
| 01/11/23 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review draft objections; affidavits. | 1.4 | 995 | 1,393.00 |
| 01/11/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review updated assumed liability schedule submitted by debtors | 0.3 | 995 | 298.50 |
| 01/12/23 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review draft objections; affidavits. | 0.8 | 995 | 796.00 |
| 01/12/23 | Paula Lourenco | Review of Proposed Transactions of Debtors | Emails from/to counsels' office (MASL) re: PII list. | 0.1 | 300 | 30.00 |
| 01/13/23 | Kevin Clancy | Review of Proposed Transactions of Debtors | Call with counsel re: pending motions. | 0.5 | 995 | 497.50 |

**WINC, INC., *et al.*** Page 10
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/25/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Download and review MOR's filed by debtors | 0.8 | 995 | 796.00 |
| | | **Review of Proposed Transactions of Debtors Total** | | **6.3** | | **6,163.00** |
| 01/10/23 | Molly Jobe | Review/Analyze Budget | Attend meeting with V Toppi (CR) and J Kessleman (AFS) regarding waterfall updates from RPA and missing information. | 0.8 | 875 | 700.00 |
| 01/10/23 | Vinni Toppi | Review/Analyze Budget | Meeting with M Jobe, ArenFox re: waterfall updates from RPA and missing information. | 0.8 | 995 | 796.00 |
| 01/11/23 | Molly Jobe | Review/Analyze Budget | Review variance report update and budget roll forward from RPA for w/e 01/06/2023. | 0.2 | 875 | 175.00 |
| 01/12/23 | Vinni Toppi | Review/Analyze Budget | Follow up re: open items from debtor's FAs- waterfall analysis; wind-down budget | 0.1 | 995 | 99.50 |
| 01/13/23 | Molly Jobe | Review/Analyze Budget | Meeting with V Toppi (CR), J Kesselman (AFS) and G Angelich (AFS) regarding waterfall and potential settlement options. | 0.5 | 875 | 437.50 |
| 01/13/23 | Vinni Toppi | Review/Analyze Budget | Calls with counsel re: winddown budget; CV payments and open items; update analysis and draft email to counsel | 1.4 | 995 | 1,393.00 |
| 01/19/23 | Kevin Clancy | Review/Analyze Budget | Review budget v. actual report; correspondence re: open items. | 0.8 | 995 | 796.00 |
| 01/19/23 | Kevin Clancy | Review/Analyze Budget | Prepare fee estimate. | 0.3 | 995 | 298.50 |
| 01/20/23 | Kevin Clancy | Review/Analyze Budget | Review updated cash position analyses; correspond with counsel re: closing issues. | 1.2 | 995 | 1,194.00 |
| 01/22/23 | Kevin Clancy | Review/Analyze Budget | Review updated cash position analyses; correspond with counsel re: closing issues. | 0.4 | 995 | 398.00 |
| 01/24/23 | Kevin Clancy | Review/Analyze Budget | Review updated cash analysis; correspond with counsel. | 0.4 | 995 | 398.00 |
| 01/24/23 | Vinni Toppi | Review/Analyze Budget | Email to RPA requesting update on cash balances | 0.1 | 995 | 99.50 |
| 01/25/23 | Kevin Clancy | Review/Analyze Budget | Review updated cash analysis; correspond with counsel. | 0.5 | 995 | 497.50 |
| 01/25/23 | Molly Jobe | Review/Analyze Budget | Receive and review final sources and uses document and cash balances from RPA. | 0.2 | 875 | 175.00 |
| 01/25/23 | Vinni Toppi | Review/Analyze Budget | Review sources and uses and ending cash balance; exchange emails with RPA | 0.3 | 995 | 298.50 |
| | | **Review/Analyze Budget Total** | | **8.0** | | **7,756.00** |
| 01/16/23 | Molly Jobe | Review/Analyze Historical Information | Review Cannacord dataroom for audited financials for 2020 and 2021 for K Clancy (CR). | 0.2 | 875 | 175.00 |
| 01/16/23 | Molly Jobe | Review/Analyze Historical Information | Review available audited financial statements for references to handling of gift card liabilities. | 0.2 | 875 | 175.00 |
| 01/30/23 | Kevin Clancy | Review/Analyze Historical Information | Review correspondence from counsel re: D&O investigation; historical financial info. | 0.4 | 995 | 398.00 |
| 01/30/23 | Molly Jobe | Review/Analyze Historical Information | Review 2021/2020 financial statement for going concern opinion. | 0.3 | 875 | 262.50 |

**WINC, INC.,** *et al.* Page 11
Professional and Paraprofessional Detail by Category Code
January 1, 2023 through and including January 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 01/30/23 | Molly Jobe | Review/Analyze Historical Information | Receive request from K Clancy (CR) to research 2021/2020 financial statement for going concern opinion. | 0.3 | 875 | 262.50 |
| | | **Review/Analyze Historical Information Total** | | **1.4** | | **1,273.00** |
| 01/16/23 | Jeffrey R. Manning | Travel at 50% of actual | Winc travel time-half time - BAL ISP to NYC | 6.0 | 925 | 5,550.00 |
| 01/17/23 | Jeffrey R. Manning | Travel at 50% of actual | Winc travel time-half time - Amtrak to WIL | 3.0 | 925 | 2,775.00 |
| 01/17/23 | Jeffrey R. Manning | Travel at 50% of actual | Winc travel time-half time - Amtrak to NYP | 3.0 | 925 | 2,775.00 |
| | | **Travel at 50% of actual Total** | | **12.0** | | **11,100.00** |
| | | **Grand Total** | | **118.9** | | **111,942.00** |

**WINC, INC.,** *et al.*
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
<u>**January 1, 2023 through and including January 31, 2023**</u>
**Summary of Professional and Paraprofessional Timekeepers**
**By Activity Code Category**

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | Analyze Assets and Liabilities | 1.80 | 995 | 1,791.00 |
| Vinni Toppi | Partner | Analyze Assets and Liabilities | 0.30 | 995 | 298.50 |
| Molly Jobe | Director | Analyze Assets and Liabilities | 0.60 | 875 | 525.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 2,614.50** |
|  |  |  |  |  |  |
| Kevin Clancy | Partner | Analyze/Reconcile Claims | 0.30 | 995 | 298.50 |
|  |  | **Activity Subtotal:** |  |  | **$ 298.50** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Attendance at Committee Meetings | 1.60 | 995 | 1,592.00 |
| Jeffrey R. Manning | CRC Managing Director | Attendance at Committee Meetings | 1.60 | 925 | 1,480.00 |
| Molly Jobe | Director | Attendance at Committee Meetings | 1.60 | 875 | 1,400.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 4,472.00** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Case Administration | 0.70 | 995 | 696.50 |
| Molly Jobe | Director | Case Administration | 1.20 | 875 | 1,050.00 |
| Paula Lourenco | Paraprofessional | Case Administration | 1.20 | 300 | 360.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 2,106.50** |
|  |  |  |  |  |  |
| Kevin Clancy | Partner | DIP Facility | 3.50 | 995 | 3,482.50 |
| Vinni Toppi | Partner | DIP Facility | 1.90 | 995 | 1,890.50 |
| Molly Jobe | Director | DIP Facility | 4.60 | 875 | 4,025.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 9,398.00** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Dividend Analysis | 3.70 | 995 | 3,681.50 |
| Molly Jobe | Director | Dividend Analysis | 2.20 | 875 | 1,925.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 5,606.50** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Document Request/Response | 0.80 | 995 | 796.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 796.00** |
|  |  |  |  |  |  |
| Vinni Toppi | Partner | Document Review/Index | 1.60 | 995 | 1,592.00 |
| Paula Lourenco | Paraprofessional | Document Review/Index | 1.60 | 300 | 480.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 2,072.00** |
|  |  |  |  |  |  |
| Kevin Clancy | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 5.10 | 995 | 5,074.50 |
| Vinni Toppi | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 1.20 | 995 | 1,194.00 |
| Jeffrey R. Manning | CRC Managing Director | Evaluate Sale of Debtors' Assets/Liquidation | 6.10 | 925 | 5,642.50 |
| Molly Jobe | Director | Evaluate Sale of Debtors' Assets/Liquidation | 1.00 | 875 | 875.00 |
|  |  | **Activity Subtotal:** |  |  | **$ 12,786.00** |
|  |  |  |  |  |  |
| Kevin Clancy | Partner | General Telephone Conference | 0.90 | 995 | 895.50 |
|  |  | **Activity Subtotal:** |  |  | **$ 895.50** |
|  |  |  |  |  |  |
| Kevin Clancy | Partner | Litigation Matters/Attendance at Court | 2.90 | 995 | 2,885.50 |
| Jeffrey R. Manning | CRC Managing Director | Litigation Matters/Attendance at Court | 3.90 | 925 | 3,607.50 |
| Molly Jobe | Director | Litigation Matters/Attendance at Court | 0.50 | 875 | 437.50 |

**WINC, INC.,** *et al.*
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
<u>January 1, 2023 through and including January 31, 2023</u>
Summary of Professional and Paraprofessional Timekeepers
By Activity Code Category

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| | | **Activity Subtotal:** | | | **$ 6,930.50** |
| | | | | | |
| Jeffrey R. Manning | CRC Mananing Director | Other Contested Matters | 4.50 | 925 | 4,162.50 |
| | | **Activity Subtotal:** | | | **$ 4,162.50** |
| | | | | | |
| Kevin Clancy | Partner | Plan and Disclosure Statement | 9.30 | 995 | 9,253.50 |
| Vinni Toppi | Partner | Plan and Disclosure Statement | 8.50 | 995 | 8,457.50 |
| Jeffrey R. Manning | CRC Managing Director | Plan and Disclosure Statement | 3.50 | 925 | 3,237.50 |
| Molly Jobe | Director | Plan and Disclosure Statement | 1.20 | 875 | 1,050.00 |
| | | **Activity Subtotal:** | | | **$ 21,998.50** |
| | | | | | |
| Kevin Clancy | Partner | Prepare/Review Cashflow Projections | 3.10 | 995 | 3,084.50 |
| | | **Activity Subtotal:** | | | **$ 3,084.50** |
| | | | | | |
| Kevin Clancy | Partner | Prepare/Review Flash Report for Period Ending | 3.10 | 995 | 3,084.50 |
| Vinni Toppi | Partner | Prepare/Review Flash Report for Period Ending | 3.70 | 995 | 3,681.50 |
| Molly Jobe | Director | Prepare/Review Flash Report for Period Ending | 1.90 | 875 | 1,662.50 |
| | | **Activity Subtotal:** | | | **$ 8,428.50** |
| | | | | | |
| Kevin Clancy | Partner | Review of Proposed Transactions of Debtors | 2.70 | 995 | 2,686.50 |
| Vinni Toppi | Partner | Review of Proposed Transactions of Debtors | 3.20 | 995 | 3,184.00 |
| Molly Jobe | Director | Review of Proposed Transactions of Debtors | 0.30 | 875 | 262.50 |
| Paula Lourenco | Paraprofessional | Review of Proposed Transactions of Debtors | 0.10 | 300 | 30.00 |
| | | **Activity Subtotal:** | | | **$ 6,163.00** |
| | | | | | |
| Kevin Clancy | Partner | Review/Analyze Budget | 3.60 | 995 | 3,582.00 |
| Vinni Toppi | Partner | Review/Analyze Budget | 2.70 | 995 | 2,686.50 |
| Molly Jobe | Director | Review/Analyze Budget | 1.70 | 875 | 1,487.50 |
| | | **Activity Subtotal:** | | | **$ 7,756.00** |
| | | | | | |
| Kevin Clancy | Partner | Review/Analyze Historical Information | 0.40 | 995 | 398.00 |
| Molly Jobe | Director | Review/Analyze Historical Information | 1.00 | 875 | 875.00 |
| | | **Activity Subtotal:** | | | **$ 1,273.00** |
| | | | | | |
| Jeffrey R. Manning | CRC Managing Director | Travel at 50% of actual | 12.00 | 925 | 11,100.00 |
| | | **Activity Subtotal:** | | | **$ 11,100.00** |
| | | | | | |
| **Grand Total** | | | **118.90** | | **$ 111,942.00** |

*As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour.