# Exhibit E

## EXPENSE SUMMARY AND DETAIL BY CATEGORY

**EXPENSE SUMMARY**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Pacer | | $380.50 |
| | **TOTAL EXPENSES** | **$380.50** |

**EXPENSE DETAIL**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 01/12/23 | CohnReznick | 891 | Pacer | $380.50 | Background Investigations, Acct# 2571123 - PACER - 1/4/23 - Invoice#2571123- Q42022 - 10/1/22 thru 12/31/22 |
| | | | **Pacer Total** | **$380.50** | |
| | | | **Grand Total** | **$380.50** | |

*[Remainder of Page Left Intentionally Blank]*