**<u>EXHIBIT B</u>**

**INVOICE**



Official Committee of Unsecured Creditors of Winc, Inc., et al
unknown
New York City, NY

| | |
|---|---|
| Invoice Number | 2201537 |
| Invoice Date | 01/31/2023 |
| Client Number | 044409 |

For Professional Services Rendered Through:  December 31, 2022

| No | Reference | Hours | Total |
|---|---|---:|---:|
| 00000 | General | 0.00 | 959.67 |
| 00001 | Petition, Schedules, First day Orders | 60.50 | 35,386.50 |
| 00002 | Case Management and Operating Reports | 11.30 | 6,344.50 |
| 00004 | Investigation, Due Diligence and Analysis | 0.80 | 212.00 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 24.80 | 15,866.00 |
| 00008 | Sale and Disposition of Assets | 24.50 | 13,282.00 |
| 00011 | Miscellaneous Motions and Objections | 4.10 | 2,460.00 |
| 00013 | Professional Retention | 24.70 | 8,120.00 |
| 00015 | Cash Collateral and DIP Financing | 27.00 | 15,844.00 |
| 00023 | Executory Contracts and Related Matters | 3.00 | 1,782.50 |
| 00028 | Debtor Communications/Negotiations | 18.00 | 12,380.00 |
| 00029 | Travel | 1.40 | 840.00 |
| | **Totals** | **200.10** | **113,477.17** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
                                                                                                                                Page 2

January 31, 2023

---

### Time Summary

|  | **Hours** | **Rate** | **Value** |
|---|---|---|---|
| **Partner** | | | |
| George P. Angelich | 29.80 | 800.00 | 23,840.00 |
| Justin Kesselman | 74.70 | 600.00 | 44,820.00 |
| **Associate** | | | |
| James E. Britton | 67.30 | 515.00 | 34,659.50 |
| Anna Mandel | 1.90 | 475.00 | 902.50 |
| **Blended Rate for Attorneys: $600.01** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 11.30 | 380.00 | 4,294.00 |
| Alyssa Fiorentino | 15.10 | 265.00 | 4,001.50 |
| **Totals** | **200.10** | | **112,517.50** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
                                                                                                                              Page 3

January 31, 2023

---

### Summary of Disbursements:

| | |
|---|---|
| Other | 14.80 |
| Out of Town Lodging | 148.00 |
| Out-of-Town Meals | 26.00 |
| Out-of-Town Transportation | 770.87 |
| **Totals** | **959.67** |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al     Invoice Number 2201537
00000     General     Page 4
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: General

**For Disbursements:**

### Other

| | | |
|---|---|---|
| 12/21/22 | Justin Kesselman - Justin Kesselman, Other, city and occupancy  taxes | 14.80 |
| | **Other** | **14.80** |

### Out of Town Lodging

| | | |
|---|---|---|
| 12/21/22 | Justin Kesselman - Out of Town Lodging Justin Kesselman, Lodging 12/21/2022 - 12/22/2022, room charge | 148.00 |
| | **Out of Town Lodging** | **148.00** |

### Out-of-Town Meals

| | | |
|---|---|---|
| 12/21/22 | Justin Kesselman - Out-of-Town Meals Justin Kesselman, Hotel - Dinner, dinner with Justin Kesselman | 26.00 |
| | **Out-of-Town Meals** | **26.00** |

### Out-of-Town Transportation

| | | |
|---|---|---|
| 12/21/22 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Airfare 12/21/2022 - 12/22/2022 Boston/Philadelphia , airfare from  Boston to Philadelphia | 580.19 |
| 12/21/22 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Philadelphia  airport/hotel, uber from Philadelphia airport to  hotel | 63.51 |
| 12/21/22 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service office/Boston  airport, taxi from AFS Boston to Boston Logan  airport | 28.85 |
| 12/22/22 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Philadelphia  hotel/airport, uber from hotel to Philadelphia  airport | 68.68 |
| 12/22/22 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Boston  airport/office, taxi from Boston Logan airport  to AFS office | 29.64 |
| | **Out-of-Town Transportation** | **770.87** |

| | | |
|---|---|---|
| **Disbursement Total** | | **959.67** |
| | Current Disbursements | $959.67 |
| | **Subtotal For This Matter** | **$959.67** |

Arent Fox Schiff LLP
Attorneys at Law

044409        Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00001         Petition, Schedules, First day Orders                                                                     Page 5
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: Petition, Schedules, First day Orders

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/15/22 | George P. Angelich | Prepare for and confer with local counsel re initial workstream for second day relief. | 1.10 | 880.00 |
| 12/15/22 | James E. Britton | Intro call with local counsel (0.9); review and analyze critical vendors motion (0.6); draft critical vendors motion issue list (0.5). | 2.00 | 1,030.00 |
| 12/16/22 | George P. Angelich | Review issues re second day relief. | 1.90 | 1,520.00 |
| 12/16/22 | James E. Britton | Review docket and filings and calendar upcoming hearing and objection deadlines (0.5); phone call with debtors' counsel (0.7); follow up call with G. Angelich and J. Kesselman (0.3); correspondence RE: filings and strategy (0.2); review and analyze omnibus motion to reject leases and executory contracts (0.4); draft update to committee (0.3); review and analyze cash management motion (0.5); review and analyze list of parties in interest (0.2); review and analyze lien search results (0.3); review and analyze revenue sharing agreement (0.3). | 3.70 | 1,905.50 |
| 12/17/22 | James E. Britton | Correspondence RE: documents and objection (0.2); review and analyze prepetition credit documents (1.0); review and analyze FA book (0.5); draft prelminary objection to first day motions (5.0). | 6.70 | 3,450.50 |
| 12/18/22 | James E. Britton | Listen to first day hearing (2.0) and correspondence RE: objections and documents (0.2); conference call with AF and local RE: call prep (0.5); conference call with debtors and cannacord (1.0); phone call with AF and local RE: followup (0.3); review and analyze motion to pay ordinary course professionals (0.3); review and analyze professionals retention motion (0.3); further follow up call (0.3); draft summary of motions and recommendation (0.5); review and revise objection (0.8); case law research for | 7.20 | 3,708.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2201537 | |
| 00001 | Petition, Schedules, First day Orders | | Page 6 | |
| January 31, 2023 | | | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | omnibus objection (1.0). | | |
| 12/19/22 | James E. Britton | Correspondence RE: objection and deadlines (0.2); further case law research RE: objection (1.1); phone call with committee RE: update (0.4); further revise draft objection (0.3); review and analyze critical vendors information (0.2); review and revise objection (0.5). | 2.70 | 1,390.50 |
| 12/20/22 | James E. Britton | Phone call with local counsel RE: hearing (0.8); draft revisions to objection (1.8); correspondence RE: same (0.2). | 2.80 | 1,442.00 |
| 12/21/22 | George P. Angelich | Review issues for hearing and confer re objection. | 3.10 | 2,480.00 |
| 12/21/22 | James E. Britton | Further revise objection (0.6); phone call with CR (0.4); review and analyze changes to objection (0.5); prepare exhibits and attend to filing (0.2); correspondence RE: objection and next steps (0.2); review updated budget (0.2); phone call with debtors (0.6); phone call with A. Mielke (0.1); correspondence RE: order markup and hearing prep (0.2); attend to bylaws (0.2). | 3.20 | 1,648.00 |
| 12/22/22 | George P. Angelich | Confer with J. Kesselman re hearing preparation; follow up post-hearing course of action. | 1.10 | 880.00 |
| 12/23/22 | George P. Angelich | Prepare for and confer with J. Kesselman and J. Britton re strategy. | 1.90 | 1,520.00 |
| 12/23/22 | James E. Britton | Internal call RE: workstreams and strategy (0.6); correspondence RE: same (0.2); review and analyze docket filings (0.3) and draft chart of revised dates and deadlines (0.3). | 1.40 | 721.00 |
| 12/27/22 | George P. Angelich | Follow up re next steps and correspond with J. Kesselman re same (.40); review APA issue list and review APA (.80). | 1.20 | 960.00 |
| 12/27/22 | George P. Angelich | Follow up and conferences with J. Kesselman and J. Britton re next steps. | 2.20 | 1,760.00 |
| 12/28/22 | George P. Angelich | Review mark ups of order. | 0.40 | 320.00 |
| 12/28/22 | James E. Britton | Review and revise orders for cash management, critical vendor, Canaccord retention, and RPA retention (0.8); correspondence RE: orders (0.2); review and analyze first day motions (0.2); review | 4.40 | 2,266.00 |

AttentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2201537
00001      Petition, Schedules, First day Orders                                                              Page 7
January 31, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| | | and revise committee bylaws and attend to signature pages (0.3); correspondence RE: diligence items (0.2); review and analyze cases RE: retention applications (0.4); review and analyze D&O and related policies (0.2); review and analyze exhibit to CG retention app (0.3); review and analyze list of executory contracts (0.3); review and analyze Winc schedules (1.1) and SOFA (0.4). | | |
| 12/28/22 | Justin Kesselman | Revise proposed orders (1.3); revise assumed liabilities analysis (.5); conf. with Cohn Reznick re liabilities (.3); review intel on Canaccord engagements (.4); call with E. Walker (0.2); initial attn. to schedules/SOFAs (0.8); attn to email from Debtors re: bylaws (0.1); prepare email to debtors re orders and hearings (.6); attn to insurance policies (.2); prepare lists of APA issues supplemental diligence requests to Debtors (2.1) | 6.50 | 3,900.00 |
| 12/29/22 | James E. Britton | Phone call with debtors' counsel (1.1); correspondence RE: diligence items and orders (0.2); review and analyze canaccord retention terms from previous cases (0.2); draft renewed objection (2.5). | 4.00 | 2,060.00 |
| 12/30/22 | James E. Britton | Review and analyze revised objection (0.2); revise objection (0.2); review and analyze orders mark up (0.2); correspondence RE: objection and orders (0.2); case law research RE: comparable sales (0.9); phone call with debtors (0.3); phone call with GA and JK (0.2); further revise objection (0.2); review and analyze case law (0.3) and revisions to DIP objection and correspondence RE: same (0.3). | 3.00 | 1,545.00 |
| | | **Fee Total** | **60.50** | **$35,386.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 12.90 | 800.00 | 10,320.00 |
| Justin Kesselman | 6.50 | 600.00 | 3,900.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al
00001       Petition, Schedules, First day Orders
January 31, 2023

Invoice Number 2201537
Page 8

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| James E. Britton | 41.10 | 515.00 | 21,166.50 |
| **Timekeeper Summary Total** | **60.50** | | **35,386.50** |

| | |
|---|---|
| Current Fees | $35,386.50 |
| **Subtotal For This Matter** | $35,386.50 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2201537
00002       Case Management and Operating Reports                                    Page 9
January 31, 2023

For Professional Services Rendered Through:  December 31, 2022

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/15/22 | Justin Kesselman | Prep call with Sacculo (0.9); prep initial task list and strategic outline (.4) | 1.30 | 780.00 |
| 12/16/22 | Alyssa Fiorentino | Case review/committee due diligence and draft committee bylaws. | 1.00 | 265.00 |
| 12/16/22 | Alyssa Fiorentino | Discuss committee deadlines with J. Britton and circulate upcoming dates/deadlines. | 0.30 | 79.50 |
| 12/17/22 | Justin Kesselman | Review and analyze Canaccord retention application (0.5); emails with debtors re diligence requests (0.4); initial review of data rooms and produced documents (.7); review and revise committee emails (0.6); prepare outline of case strategy (0.6); attn to committee bylaws (0.5) | 3.30 | 1,980.00 |
| 12/27/22 | Justin Kesselman | Review and revise bylaws (0.4); call with Cohn Reznick (1.1); conf. with G Angelich and J Britton re: case strategy and issues (0.7); emails with Debtors' counsel (0.2); analyze outstanding issues (0.5); confer with Cohn Reznick re marketing process (.2); review APA and create issue list (2.3) | 5.40 | 3,240.00 |
| | | **Fee Total** | **11.30** | **$6,344.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 10.00 | 600.00 | 6,000.00 |
| Alyssa Fiorentino | 1.30 | 265.00 | 344.50 |
| **Timekeeper Summary Total** | **11.30** | | **6,344.50** |

|  |  |
|---|---|
| Current Fees | $6,344.50 |
| **Subtotal For This Matter** | **$6,344.50** |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00004       Investigation, Due Diligence and Analysis                                                             Page 10
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/19/22 | Alyssa Fiorentino | Compile and organize due diligence materials. | 0.80 | 212.00 |
| | | **Fee Total** | **0.80** | **$212.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Alyssa Fiorentino | 0.80 | 265.00 | 212.00 |
| **Timekeeper Summary Total** | **0.80** | | **212.00** |

| | | |
|---|---|---|
| Current Fees | | $212.00 |
| **Subtotal For This Matter** | | $212.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00005       Committee and Debtor Communications, Conference Calls and                                         Page 11
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/15/22 | George P. Angelich | Confer with the committee. | 0.30 | 240.00 |
| 12/16/22 | Justin Kesselman | Call with Debtors' counsel (0.7); calls with G. Angelich re: case strategy (1); draft diligence requests (1.3); review interim orders and attn to issue lists for motions (1.2); email to E. Walker (0.2); email with Debtor's counsel (0.2); review credit documents (1) | 5.60 | 3,360.00 |
| 12/18/22 | Justin Kesselman | Committee professionals calls (1); call with Debtors' counsel (1); work on omnibus objection (3.4); attn to issues list for first day motions (0.5); email to Debtors' counsel (0.2); emails with E. Walker (0.2); review data room materials (.5) | 6.80 | 4,080.00 |
| 12/19/22 | George P. Angelich | Confer with J. Kesselman re settlement alternatives; conference call with Committee; prepare 2014 disclosures. | 3.10 | 2,480.00 |
| 12/20/22 | George P. Angelich | Interview committee financial advisor candidates and confer with Committee. | 2.00 | 1,600.00 |
| 12/21/22 | Alyssa Fiorentino | Update committee bylaws. | 0.40 | 106.00 |
| 12/24/22 | Justin Kesselman | Attn to emails with UST. | 0.10 | 60.00 |
| 12/27/22 | George P. Angelich | Review comments to Bylaws from Debtors. | 0.20 | 160.00 |
| 12/29/22 | Justin Kesselman | Call with Debtors' counsel re: oustanding issues (1); work with G. Angelich on strategy and communications to debtors, lenders, and IB (2.3); attn to insurance agreements (0.4); attn to updated diligence information (0.2); prepare email to Committee (.3); work on objection to Canaccord retention (2.1) | 6.30 | 3,780.00 |
| | | **Fee Total** | **24.80** | **$15,866.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                Invoice Number 2201537
00005       Committee and Debtor Communications, Conference Calls and                              Page 12
January 31, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 5.60 | 800.00 | 4,480.00 |
| Justin Kesselman | 18.80 | 600.00 | 11,280.00 |
| Alyssa Fiorentino | 0.40 | 265.00 | 106.00 |
| **Timekeeper Summary Total** | **24.80** | | **15,866.00** |

| | | |
|---|---|---|
| Current Fees | | $15,866.00 |
| **Subtotal For This Matter** | | $15,866.00 |

Arent Fox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2201537 | |
| 00008 | Sale and Disposition of Assets | | | Page 13 |

January 31, 2023

For Professional Services Rendered Through:  December 31, 2022

Re: Sale and Disposition of Assets

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/16/22 | James E. Britton | Review and analyze bidding procedures motion, proposed orders, and Stalking Horse APA (3.5); draft issues list with respect to same (1.5). | 5.00 | 2,575.00 |
| 12/20/22 | James E. Britton | Phone call with debtors (0.7); revise bidding procedures and bid order with AF comments (2.6); further revise bid procedures and order (0.5); phone call with CR (1.0); correspondence RE: above (0.2). | 5.00 | 2,575.00 |
| 12/20/22 | Justin Kesselman | Meetings with AFS, AMS, and Cohn Reznick (3.1); attn to settlement negotiations (0.7); revise bidding procedures documents (0.7); prepare for cross-examination of C. Brault and Canaccord (4) | 8.50 | 5,100.00 |
| 12/21/22 | James E. Britton | Further revise bid procedures (0.3); review and analyze revisions to bid procedures and correspondence RE: same (0.6); revise new drafts of bid procedures and order (0.4); review and analyze lenders' revisions and further revisions to bid procedures and order (0.3). | 1.60 | 824.00 |
| 12/22/22 | James E. Britton | Correspondence RE: Hearing and Sale Timeline (0.2); review and analyze new entered orders (0.2); draft bid procedures summary (0.5). | 0.90 | 463.50 |
| 12/23/22 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines re: bidding/sale procedures. | 0.30 | 79.50 |
| 12/27/22 | James E. Britton | Review and analyze APA issues list (0.2); phone call with G. Angelich and J. Kesselman (0.5); phone call with cohnreznick (1.0); review documents in data room (0.3); review and revise confidentiality provisions (0.2). | 2.20 | 1,133.00 |
| 12/31/22 | James E. Britton | Review and analyze APA and disclosure schedules (0.6) and correspondence RE: | 0.80 | 412.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2201537 |
|---|---|---|
| 00008 | Sale and Disposition of Assets | Page 14 |
| January 31, 2023 | | |

---

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | same (0.2). | | |
| 12/31/22 | Justin Kesselman | Attn to email from J Manning re auction process. | 0.20 | 120.00 |
| | | **Fee Total** | **24.50** | **$13,282.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 8.70 | 600.00 | 5,220.00 |
| James E. Britton | 15.50 | 515.00 | 7,982.50 |
| Alyssa Fiorentino | 0.30 | 265.00 | 79.50 |
| **Timekeeper Summary Total** | **24.50** | | **13,282.00** |

| | | |
|---|---|---|
| Current Fees | | $13,282.00 |
| **Subtotal For This Matter** | | $13,282.00 |

Arent Fox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409    Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2201537 |
| 00011    Miscellaneous Motions and Objections | | Page 15 |
| January 31, 2023 | | |

For Professional Services Rendered Through:  December 31, 2022

Re: Miscellaneous Motions and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/23/22 | Justin Kesselman | Emails with Committee (0.9); review OCP Motion and confer with Cohn Reznick re same (0.5); review rejection motion and confer with AMS re the same (0.4); emails with Debtors' counsel (0.7); attn to summary of bid procedures (0.3); attn to inventory and critical vendor expenditures and confer with Cohn Reznick re same(0.6); conferences with G Angelich and J Britton re strategy (1) | 4.10 | 2,460.00 |
| | | **Fee Total** | **4.10** | **$2,460.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 4.10 | 600.00 | 2,460.00 |
| **Timekeeper Summary Total** | **4.10** | | **2,460.00** |

| | | |
|---|---|---|
| Current Fees | | $2,460.00 |
| **Subtotal For This Matter** | | $2,460.00 |

Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al        Invoice Number 2201537
00013    Professional Retention                                                            Page 16
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/17/22 | James E. Britton | Review and analyze RPA retention app (0.3); review and analyze Cannacord retention app (0.3); Review and analyze YCST retention app (0.2); review and analyze Epiq retention app (0.3); | 1.10 | 566.50 |
| 12/19/22 | Alyssa Fiorentino | Internal correspondence re: 2014 searches, preparation of spreadsheet of parties-in-interest re: Rule 2014 search and exhibits (5.6) ; Team meeting and revisions to spreadsheets/parties-in-interest lists (1.0). | 6.60 | 1,749.00 |
| 12/19/22 | Lisa A. Indelicato | Discussions with Alyssa Fiorentino regarding Committee retention and Rule 2014 search (1.9). Assist with preparation of spreadsheet for 2014 search and exhibit 1 to Angelich Declaration in Support of AFS Retention Application (1.9). Teams meeting with George Angelich and Alyssa Fiorentino regarding same (.4). | 4.20 | 1,596.00 |
| 12/20/22 | Alyssa Fiorentino | Prepare ArentFox Schiff Retention Application. | 3.60 | 954.00 |
| 12/21/22 | Alyssa Fiorentino | Prepare ArentFox Schiff Retention Application. | 1.00 | 265.00 |
| 12/21/22 | Lisa A. Indelicato | Review and revise draft AFS Retention Application. | 3.00 | 1,140.00 |
| 12/22/22 | Alyssa Fiorentino | Discuss and prepare ArentFox Schiff Retention Application. | 0.40 | 106.00 |
| 12/22/22 | Lisa A. Indelicato | Review and revise draft AFS Retention Application and exhibits (2.9). Draft Declaration of John Pittman in Support of AFS Retention Application (1.1). | 4.00 | 1,520.00 |
| 12/23/22 | Alyssa Fiorentino | Review and compile internal correspondence re: 2014 parties-in-interest list. | 0.50 | 132.50 |
| 12/27/22 | Lisa A. Indelicato | Follow up regarding status of 2014 search. | 0.10 | 38.00 |
| 12/29/22 | Alyssa Fiorentino | Review and compile internal correspondence re: 2014 parties-in- | 0.20 | 53.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00013       Professional Retention                                                                          Page 17
January 31, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
|      |           | interest list. | | |
|      |           | **Fee Total** | **24.70** | **$8,120.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| James E. Britton | 1.10 | 515.00 | 566.50 |
| Lisa A. Indelicato | 11.30 | 380.00 | 4,294.00 |
| Alyssa Fiorentino | 12.30 | 265.00 | 3,259.50 |
| **Timekeeper Summary Total** | **24.70** | | **8,120.00** |

|  |  |
|--|--|
| Current Fees | $8,120.00 |
| **Subtotal For This Matter** | $8,120.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | | |
|---|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2201537 |
| 00015 | Cash Collateral and DIP Financing | | Page 18 |
| January 31, 2023 | | | |

For Professional Services Rendered Through:  December 31, 2022

Re: Cash Collateral and DIP Financing

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/15/22 | James E. Britton | Review and analyze DIP motion and draft list of issues (2.0) | 2.00 | 1,030.00 |
| 12/19/22 | James E. Britton | Phone call with DIP lender (0.8); review DIP motion and interim order and stalking horse APA (0.3); | 1.10 | 566.50 |
| 12/19/22 | Justin Kesselman | Revisions to omnibus objection (1.7); Review LOIs (.5); prepare emails to debtors and attn to responses (0.8); conferences with G. Angelich re: objections and strategy (1.4); call with Committee (0.6); call with Cooley (0.7) | 5.70 | 3,420.00 |
| 12/20/22 | James E. Britton | Revise DIP terms (0.5); further draft revisions to DIP order (3.5); further revise DIP order (0.3). | 4.30 | 2,214.50 |
| 12/21/22 | James E. Britton | Further revise DIP order (0.3); review and analyze short form interim order (0.2); revise interim order (0.3). | 0.80 | 412.00 |
| 12/22/22 | Justin Kesselman | Prepare for and attend hearing on DIP and Sale Procedures (1.7); review revised bid procedures order (0.1); respond to email from Debtor's counsel (0.1); attn to sale process question (0.1); review revised asset purchase agreement (0.8); attn to orders entered by court (0.2); prepare email to Committee (0.7); confer with G. Angelich re hearing and next steps (.2). | 3.90 | 2,340.00 |
| 12/28/22 | James E. Britton | Review and revise final DIP order (1.4). | 1.40 | 721.00 |
| 12/30/22 | George P. Angelich | Review and revise DIP objection. | 2.30 | 1,840.00 |
| 12/30/22 | Justin Kesselman | Work on objections to DIP and Canaccord (2.5); work on retention application (.2); review revised orders (0.3); emails and call with Debtors' counsel re orders, DIP, Canaccord, and witness issues (1.4); prepare email to Committee (.3); prepare email to Canaccord counsel (0.2); conferences with G. Angelich re objections and discovery (0.4); attn to emails from CR (0.2) | 5.50 | 3,300.00 |

Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al    Invoice Number 2201537
00015    Cash Collateral and DIP Financing    Page 19
January 31, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | **Fee Total** | **27.00** | **$15,844.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 2.30 | 800.00 | 1,840.00 |
| Justin Kesselman | 15.10 | 600.00 | 9,060.00 |
| James E. Britton | 9.60 | 515.00 | 4,944.00 |
| **Timekeeper Summary Total** | **27.00** | | **15,844.00** |

| | | |
|--|--|--|
| Current Fees | | $15,844.00 |
| **Subtotal For This Matter** | | $15,844.00 |

Arent Fox Schiff LLP
Attorneys at Law

| | | | |
|---|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2201537 |
| 00023 | Executory Contracts and Related Matters | | Page 20 |
| January 31, 2023 | | | |

For Professional Services Rendered Through:  December 31, 2022

Re: Executory Contracts and Related Matters

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/28/22 | Anna Mandel | Review and analyze policy binders in order to provide analysis to the client. | 0.60 | 285.00 |
| 12/28/22 | George P. Angelich | Review D&O insurance documents. | 0.30 | 240.00 |
| 12/28/22 | George P. Angelich | Review assumed liabilities, conferences re same and review related correspondence. | 0.80 | 640.00 |
| 12/29/22 | Anna Mandel | Draft summary and analysis of D&O and other insurance available to the client including limits of liability and retentions. | 1.30 | 617.50 |
| | | **Fee Total** | **3.00** | **$1,782.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 1.10 | 800.00 | 880.00 |
| Anna Mandel | 1.90 | 475.00 | 902.50 |
| **Timekeeper Summary Total** | **3.00** | | **1,782.50** |

| | | |
|---|---|---|
| Current Fees | | $1,782.50 |
| **Subtotal For This Matter** | | $1,782.50 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00028       Debtor Communications/Negotiations                                                                    Page 21
January 31, 2023

For Professional Services Rendered Through:  December 31, 2022

Re: Debtor Communications/Negotiations

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 12/16/22 | George P. Angelich | Prepare for and confer with Debtors' counsel. | 1.20 | 960.00 |
| 12/18/22 | George P. Angelich | Prepare for and attend conference call with Debtors' counsel re sale process and budget overview; follow call with J. Kesselman and J. Britton. | 2.60 | 2,080.00 |
| 12/20/22 | George P. Angelich | Prepare for and attend conference call with Debtors' professionals. | 1.10 | 880.00 |
| 12/21/22 | Justin Kesselman | Conferences with Debtors' counsel re negotiations (0.8); emails with Debtors' counsel (0.6); Committee professionals' calls re sale/dip negotiations (0.7); work on arguments and cross-examinations of CFO and IB (4.5); review and revise documents re interim accord (2); travel to Delaware for hearing (less working time) (1.5) | 10.10 | 6,060.00 |
| 12/29/22 | George P. Angelich | Prepare for conferences with Debtors' counsel and confer with J. Kesselman (.60); review issues with orders and diligence (.60). | 1.20 | 960.00 |
| 12/30/22 | George P. Angelich | Prepare for and attend follow up call with Debtors' counsel. | 1.80 | 1,440.00 |
| | | **Fee Total** | **18.00** | **$12,380.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 7.90 | 800.00 | 6,320.00 |
| Justin Kesselman | 10.10 | 600.00 | 6,060.00 |
| **Timekeeper Summary Total** | **18.00** | | **12,380.00** |

| | | |
|---|---|---|
| Current Fees | | $12,380.00 |
| **Subtotal For This Matter** | | $12,380.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2201537
00029       Travel                                                                                                          Page 22
January 31, 2023

---

For Professional Services Rendered Through:  December 31, 2022

Re: Travel

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 12/20/22 | Justin Kesselman | Return travel to Boston from Delaware hearing billed at 50%. | 1.40 | 840.00 |
| | | **Fee Total** | **1.40** | **$840.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Justin Kesselman | 1.40 | 600.00 | 840.00 |
| **Timekeeper Summary Total** | **1.40** | | **840.00** |

|  |  |
|--|--|
| Current Fees | $840.00 |
| **Subtotal For This Matter** | $840.00 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al        Invoice Number 2201537
                                                                                              Page 23

January 31, 2023

| | |
|---|---|
| Current Fees For All Matters | $112,517.50 |
| Current Disbursements For All Matters | $959.67 |
| **Total Amount Due This Invoice** | **$113,477.17** |