**EXHIBIT C**

**COMPENSATION BY TIMEKEEPER**
**DECEMBER 15, 2022 THROUGH DECEMBER 31, 2022**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| George P. Angelich | Partner since 2010. Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $800 | 29.80 | $23,840.00 |
| Justin Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy & Financial Restructuring. | $600 | 74.70 | $44,820.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy & Financial Restructuring. | $515 | 67.30 | $34,659.50 |
| Anna Mandel | Joined firm as an associate in 2022. Member of the NY bar since 2013. Complex Litigation and Insurance. | $475 | 1.90 | $902.50 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist | $380 | 11.30 | $4,294.00 |

AFDOCS:26913820.5

- 2 -

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $265 | 15.10 | $4,001.50 |
| **TOTAL** | | | **200.10** | **$112,517.50** |

**Blended Rate (Attorneys Only)**: $600.01

- 2 -