# EXHIBIT B

## INVOICE



Official Committee of Unsecured Creditors of Winc, Inc., et al
unknown
New York City, NY

| | |
|---|---|
| Invoice Number | 2202587 |
| Invoice Date | 02/08/2023 |
| Client Number | 044409 |

For Professional Services Rendered Through:  January 31, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00000 | General | 0.00 | 1,299.65 |
| 00001 | Petition, Schedules, First day Orders | 4.10 | 2,337.00 |
| 00004 | Investigation, Due Diligence and Analysis | 1.80 | 1,040.00 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 25.40 | 17,608.00 |
| 00008 | Sale and Disposition of Assets | 171.80 | 127,183.00 |
| 00010 | Claims Administration and Objections | 0.90 | 774.00 |
| 00011 | Miscellaneous Motions and Objections | 21.90 | 15,374.00 |
| 00013 | Professional Retention | 32.40 | 15,919.00 |
| 00015 | Cash Collateral and DIP Financing | 7.80 | 6,190.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 3.10 | 2,186.00 |
| 00023 | Executory Contracts and Related Matters | 2.40 | 1,458.00 |
| 00028 | Debtor Communications/Negotiations | 1.30 | 1,118.00 |
| 00029 | Travel | 1.30 | 1,118.00 |
| | **Totals** | **274.20** | **193,604.65** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al

Invoice Number 2202587
Page 2

February 08, 2023

## Time Summary

| | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| George P. Angelich | 109.00 | 860.00 | 93,740.00 |
| Justin Kesselman | 97.70 | 660.00 | 64,482.00 |
| Andrew I. Silfen | 1.20 | 1,050.00 | 1,260.00 |
| **Associate** | | | |
| James E. Britton | 45.60 | 570.00 | 25,992.00 |
| **Blended Rate for Attorneys: $731.65** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 7.20 | 405.00 | 2,916.00 |
| Alyssa Fiorentino | 13.50 | 290.00 | 3,915.00 |
| **Totals** | **274.20** | | **192,305.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
Page 3

February 08, 2023

---

**Summary of Disbursements:**

| | |
|---|---:|
| Out-of-Town Meals | 13.00 |
| Out-of-Town Transportation | 1,244.42 |
| Taxicabs | 42.23 |
| **Totals** | **1,299.65** |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00000       General                                                                                                          Page 4
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: General

**For Disbursements:**

### Out-of-Town Meals

| | | |
|---|---|---|
| 01/17/23 | George P. Angelich - Out-of-Town Meals George P. Angelich, Breakfast, Travel to attend  sale hearing in Delaware. with George P.  Angelich | 13.00 |
| | **Out-of-Town Meals** | **13.00** |

### Out-of-Town Transportation

| | | |
|---|---|---|
| 01/17/23 | George P. Angelich - Out-of-Town Transportation George P. Angelich, Train 01/17/2023 -  01/17/2023 stamford/wilmington, Travel to attend  sale hearing in Delaware. | 420.00 |
| 01/17/23 | George P. Angelich - Out-of-Town Transportation George P. Angelich, Taxi/Car Service train  station/home, Travel to attend sale hearing in  Delaware. | 42.25 |
| 01/17/23 | George P. Angelich - Out-of-Town Transportation George P. Angelich, Taxi/Car Service train  station/court house, Travel to attend sale  hearing in Delaware. | 18.00 |
| 01/17/23 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Boston , uber  to Boston airport | 51.48 |
| 01/17/23 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Boston , uber  from Boston airport | 64.66 |
| 01/17/23 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Airfare 01/17/2023 - 01/17/2023 Boston to Philadelphia , Travel to  Philadelphia | 530.80 |
| 01/17/23 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Philadelphia  , taxi from court to Philadelphia airport | 57.48 |
| 01/17/23 | Justin Kesselman - Out-of-Town Transportation Justin Kesselman, Taxi/Car Service Philadelphia  , taxi from Philadelphia airport to Court | 59.75 |
| | **Out-of-Town Transportation** | **1,244.42** |

### Taxicabs

| | | |
|---|---|---|
| 01/17/23 | George P. Angelich - Taxicabs George P. Angelich, Taxi/Car Service home/train station, Travel to attend sale hearing in  Delaware. | 42.23 |
| | **Taxicabs** | **42.23** |

| | |
|---|---|
| **Disbursement Total** | **1,299.65** |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00000       General                                                                                              Page 5
February 08, 2023

| | |
|---|---|
| Current Disbursements | $1,299.65 |
| **Subtotal For This Matter** | $1,299.65 |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2202587 |
| 00001 | Petition, Schedules, First day Orders | Page 6 |
| February 08, 2023 | | |

For Professional Services Rendered Through:  January 31, 2023

Re: Petition, Schedules, First day Orders

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/02/23 | James E. Britton | Draft agenda for call (0.2); correspondence RE: vendor payment issues (0.2). | 0.40 | 228.00 |
| 01/03/23 | James E. Britton | Phone call with Debtors' counsel (0.8); phone call with CR and internal team (1.1); review and analyze response to objection (0.2); correspondence RE: first day and vendor issues (0.2); review and analyze slide deck (0.2). | 2.50 | 1,425.00 |
| 01/04/23 | James E. Britton | Conference call with committee (1.0); correspondence RE: pending items and diligence (0.2). | 1.20 | 684.00 |
| | | **Fee Total** | **4.10** | **$2,337.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| James E. Britton | 4.10 | 570.00 | 2,337.00 |
| **Timekeeper Summary Total** | **4.10** | | **2,337.00** |

| | | |
|---|---|---|
| Current Fees | | $2,337.00 |
| **Subtotal For This Matter** | | $2,337.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al    Invoice Number 2202587
00004    Investigation, Due Diligence and Analysis    Page 7
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|------:|------:|
| 01/03/23 | Alyssa Fiorentino | Coordinate and organize UCC diligence requests. | 0.40 | 116.00 |
| 01/11/23 | Justin Kesselman | Email to W Walker (0.1); confer with CohnReznick re financials (0.4) | 0.50 | 330.00 |
| 01/27/23 | Justin Kesselman | Attn to potential D&O claims (0.6) | 0.60 | 396.00 |
| 01/31/23 | Justin Kesselman | Attn to D&O policies. | 0.30 | 198.00 |
| | | **Fee Total** | **1.80** | **$1,040.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|------:|-----:|------:|
| Justin Kesselman | 1.40 | 660.00 | 924.00 |
| Alyssa Fiorentino | 0.40 | 290.00 | 116.00 |
| **Timekeeper Summary Total** | **1.80** | | **1,040.00** |

| | |
|---|---:|
| Current Fees | $1,040.00 |
| **Subtotal For This Matter** | **$1,040.00** |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
00005       Committee and Debtor Communications, Conference Calls and                                  Page 8
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/04/23 | George P. Angelich | Confer with V. Toppi and J. Kesselman re issues for discussion with Committee. | 0.50 | 430.00 |
| 01/04/23 | George P. Angelich | Prepare for and attend Committee call. | 1.40 | 1,204.00 |
| 01/04/23 | Justin Kesselman | Committee call (1); call with Cohn Reznick (.5); call with Wilkie (0.3) | 1.80 | 1,188.00 |
| 01/04/23 | Justin Kesselman | Email to YCST re natural merchants | 0.20 | 132.00 |
| 01/06/23 | Justin Kesselman | Meetings Cohn Reznick, RPA, and YCST (1.3); confer with G Angelich re term sheet (0.6) | 1.90 | 1,254.00 |
| 01/09/23 | Alyssa Fiorentino | Prepare and finalize executed committee bylaws. | 0.10 | 29.00 |
| 01/09/23 | George P. Angelich | Correspond with committee member. | 0.30 | 258.00 |
| 01/09/23 | Justin Kesselman | Call with YCST (0.5); calls with G Angelich and E Walker re sale (0.8); email to YCST (0.1) | 1.40 | 924.00 |
| 01/10/23 | Justin Kesselman | Call with M Litvak (.5); emails to YCST (0.3) | 0.70 | 462.00 |
| 01/12/23 | George P. Angelich | Prepare for and attend committee conference call. | 1.90 | 1,634.00 |
| 01/12/23 | Justin Kesselman | Emails with M Lunn (0.4); email to E Walker and C Miller (0,1); emails with B Lennon (0.2); committee call (.5) | 1.20 | 792.00 |
| 01/13/23 | Justin Kesselman | Conf. with YCST (0.5); call with C. Miller (0.8); call with B Lennon (0.1); call with YCST and J Leamy (0.5); call with E Walker (0.1); call with M Lunn (0.2); attn to emails from YCST (0.2); attn to email from E Walker (0.1); attn to email from B Lennon (0,1) | 2.60 | 1,716.00 |
| 01/14/23 | Justin Kesselman | Emails with Cooley (0.2); email with B. Lennon (0.1); meeting with YCST and Cooley re APA (0.5) | 0.80 | 528.00 |
| 01/15/23 | Justin Kesselman | Mtg with Debtors' and Canaccord counsel (0.3); mtgs with YCST, RPA and Cohn Reznick (1.4); call with V Toppi (0.1); call with Cooley (0.6); emails with Debtor | 2.90 | 1,914.00 |

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al
00005    Committee and Debtor Communications, Conference Calls and
February 08, 2023

Invoice Number 2202587
Page 9

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | professionals (0.3); email to Cooley (0.1); email with J. Leamy (0.1) | | |
| 01/16/23 | Justin Kesselman | Mtg with Debtors' counsel (.8; meeting with Debtors' and buyers' counsel (0.3) | 1.10 | 726.00 |
| 01/16/23 | Justin Kesselman | Call with Canaccord counsel (.2) | 0.20 | 132.00 |
| 01/18/23 | Justin Kesselman | Emails with Debtors, buyer, and lender re: sale documents (0.3); Conference with CohnReznick re recoveries (0.5) | 0.80 | 528.00 |
| 01/19/23 | Justin Kesselman | Call with M Lunn (0.3) | 0.30 | 198.00 |
| 01/20/23 | James E. Britton | Correspondence RE: sale update (0.2). | 0.20 | 114.00 |
| 01/23/23 | George P. Angelich | Prepare for and attend conference call with Committee member. | 0.80 | 688.00 |
| 01/23/23 | Justin Kesselman | Emails with debtors' counsel (0.2). | 0.20 | 132.00 |
| 01/25/23 | Justin Kesselman | Emails with Sacculo and CohnReznick (0.2); prepare email to Committee (0.5); prepare email to Debtors' counsel re next steps (0.6) | 1.30 | 858.00 |
| 01/26/23 | Justin Kesselman | Emails with Debtors counsel (0.3); email to committee (0.2). | 0.50 | 330.00 |
| 01/27/23 | Justin Kesselman | Emails with Debtors' counsel (0.2). | 0.20 | 132.00 |
| 01/30/23 | James E. Britton | Phone call with debtor counsel RE: next steps (0.9). | 0.90 | 513.00 |
| 01/30/23 | Justin Kesselman | Mtgs with debtors' professionals (.9); email from Committee member (0.1). | 1.00 | 660.00 |
| 01/31/23 | Justin Kesselman | Emails with Debtors' counsel. | 0.20 | 132.00 |
| | | **Fee Total** | **25.40** | **$17,608.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 4.90 | 860.00 | 4,214.00 |
| Justin Kesselman | 19.30 | 660.00 | 12,738.00 |
| James E. Britton | 1.10 | 570.00 | 627.00 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **25.40** | | **17,608.00** |

| | | |
|---|---|---|
| Current Fees | | $17,608.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00005        Committee and Debtor Communications, Conference Calls and                                    Page 10
February 08, 2023

---

**Subtotal For This Matter**                                                                    $17,608.00

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                  Invoice Number 2202587
00008        Sale and Disposition of Assets                                                                              Page 11
February 08, 2023

_____

For Professional Services Rendered Through:  January 31, 2023

Re: Sale and Disposition of Assets

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 01/03/23 | James E. Britton | Review and analyze APA (0.3) and correspondence RE: same (0.1). | 0.40 | 228.00 |
| 01/03/23 | Justin Kesselman | Attn to post-sale waterfall concepts (1.2) | 1.20 | 792.00 |
| 01/04/23 | Justin Kesselman | Prepare sale/IB settlement structure. | 1.30 | 858.00 |
| 01/05/23 | James E. Britton | Phone call with G. Angelich and J. Kesselman (0.6); review and analyze stalking horse APA and disclosure schedule (0.3); review and analyze court filings (0.3); draft objection to Stalking Horse APA (2.8) | 4.00 | 2,280.00 |
| 01/05/23 | Justin Kesselman | Review waterfall analysis (0.5); attn to alternate settlement models (1.2) and confer with G Angelich re same 0.2) | 1.90 | 1,254.00 |
| 01/06/23 | Alyssa Fiorentino | Revise and circulate updated dates/deadlines. | 0.10 | 29.00 |
| 01/06/23 | George P. Angelich | Prepare for and attend conference calls with CohnReznick re administrative solvency issues post-sale. | 2.10 | 1,806.00 |
| 01/06/23 | George P. Angelich | Follow up on interest of potential purchaser, and phone calls re same. | 0.20 | 172.00 |
| 01/06/23 | James E. Britton | Case law research RE: cure amounts (2.0); correspondence RE: sale issues (0.2); review and revise APA (3.0). | 5.20 | 2,964.00 |
| 01/06/23 | Justin Kesselman | Review and mark APA (1.6); prepare term sheet (1.8) | 3.40 | 2,244.00 |
| 01/07/23 | James E. Britton | Review and analyze caselaw for sale objection (0.5); revise sale objection (0.7). | 1.20 | 684.00 |
| 01/09/23 | George P. Angelich | Review asset purchase agreement (1.2); confer with J. Britton re APA (.70); follow up re asset purchase agreement issues with J. Kesselman (.50). | 2.40 | 2,064.00 |
| 01/09/23 | George P. Angelich | Review issues with sale process. | 0.70 | 602.00 |
| 01/09/23 | James E. Britton | Review and analyze mark up to APA (0.2); review and analyze term sheet (0.2); correspondence RE: terms and update (0.2); revise sale objection (0.5); review | 3.10 | 1,767.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al      Invoice Number 2202587
00008      Sale and Disposition of Assets      Page 12
February 08, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | and analyze documents RE: manning declaration (0.4); draft manning declaration (1.6). | | |
| 01/09/23 | Justin Kesselman | Work on sale objection and declaration in support | 2.80 | 1,848.00 |
| 01/10/23 | George P. Angelich | Review issues re post-closing administrative solvency (.50); confer with V. Toppi, M. Jobe, J. Kesselman re administrative solvency. | 1.10 | 946.00 |
| 01/10/23 | George P. Angelich | Review draft sale objection (1.20); conferences with J. Kesselman and J. Britton re sale objection (.70); review draft sale order (.30). | 2.20 | 1,892.00 |
| 01/10/23 | George P. Angelich | Review issues re post-closing administrative solvency and waterfall analysis. | 0.90 | 774.00 |
| 01/10/23 | James E. Britton | Correspondence RE: markup and objections (0.2); review and analyze creditors' objection to sale (0.2); review and revise draft sale order (2.2); review and revise deposition notices (0.2). | 2.80 | 1,596.00 |
| 01/10/23 | Justin Kesselman | Draft sale discovery to Debtors, Cannacord, Buyer (1.6); attn to declaration against IB/Sale (1.1); conf with G Angelich re sale issues (0.6); mtg with CohnReznick re sale waterfall (0.4); review BoC payoff statement (0.2) | 3.90 | 2,574.00 |
| 01/11/23 | James E. Britton | Correspondence RE: objection (0.2); phone call RE: declaration (0.4); case law research RE: sale objection and administrative insolvency (2.0); review and revise objection (0.8); further revisions to objection and declaration and attention to documents RE: same (0.3). | 3.70 | 2,109.00 |
| 01/11/23 | Justin Kesselman | Work on sale/IB objection (2.9); finalize 30(b)(6) notices to debtors, buyer, Canaccord (0.7); revise draft declaration (00.7); conf with CohnReznick re sale objection (0.4) | 4.70 | 3,102.00 |
| 01/12/23 | George P. Angelich | Address discovery issues for depositions (1.3); confer with J. Kesselman re issues for oral argument (.70); review asset purchase agreement (.60); correspondence and conferences re objections and issues for contested | 5.80 | 4,988.00 |

ArentFox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al            Invoice Number 2202587
00008        Sale and Disposition of Assets                                                                  Page 13
February 08, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | hearing (3.2). | | |
| 01/12/23 | James E. Britton | Review and analyze oracle objection (0.2); correspondence RE: strategy and workstreams (0.2); review and analyze Summerland objection (0.1); phone call with committee RE: sale update (0.5). | 1.00 | 570.00 |
| 01/12/23 | Justin Kesselman | Conf with G Angelich re sale and settlement issues (1.3); review Summerland sale objection (0.2). | 1.50 | 990.00 |
| 01/13/23 | George P. Angelich | Negotiate settlement and prepare for sale hearing. | 7.30 | 6,278.00 |
| 01/13/23 | George P. Angelich | Review issues and objections for sale hearing. | 5.10 | 4,386.00 |
| 01/13/23 | James E. Britton | Phone call with debtors (0.5). | 0.50 | 285.00 |
| 01/13/23 | Justin Kesselman | Confer with CoghnReznick re settlement, professionals and vendor issues (0.9); conf with G Angelich re: sale settlement model (0.9); draft interrogatories to buyer (1); draft settlement proposal (.8); prepare trial exhibit list (0.7). | 4.30 | 2,838.00 |
| 01/14/23 | George P. Angelich | Negotiate settlement and prepare for sale hearing. | 12.10 | 10,406.00 |
| 01/14/23 | James E. Britton | Correspondence RE: APA (0.2); Conference call with debtors and stalking horse (0.6). | 0.80 | 456.00 |
| 01/14/23 | Justin Kesselman | Prepare examinations/exhibits for depositions of C Brault, R Pleines, M Ley (4.8); work on sale settlement term sheet (1); attn to revised APA (1.2); mtgs with G. Angelich (0.7) and Cohn Reznick (0.9) re settlement and trial; | 8.60 | 5,676.00 |
| 01/15/23 | George P. Angelich | Negotiate settlement and prepare for sale hearing. | 12.30 | 10,578.00 |
| 01/15/23 | James E. Britton | Review and analyze TSA, MSA, and APA (1.0) and correspondence RE: same (0.2). | 1.20 | 684.00 |
| 01/15/23 | Justin Kesselman | Working conferences with G. Angelich re: sale/IB issues, term sheet (2.3); additional work on settlements (0.7); deposition prep (3); attn to revised sale documents (0.6) | 6.60 | 4,356.00 |
| 01/16/23 | Andrew I. Silfen | Approach conference regarding litigation and settlement. | 1.00 | 1,050.00 |
| 01/16/23 | Andrew I. Silfen | Emails regarding negotiation and | 0.20 | 210.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
00008      Sale and Disposition of Assets                                                                Page 14
February 08, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | settlement. | | |
| 01/16/23 | George P. Angelich | Negotiate settlement and prepare for sale hearing. | 8.10 | 6,966.00 |
| 01/16/23 | George P. Angelich | Review oral argument issues for sale hearing and confer with J. Kesselman re same. | 3.20 | 2,752.00 |
| 01/16/23 | James E. Britton | Review and analyze revisions to TSA and MSA (0.3); review and analyze revisions to sale order (0.3); review and analyze revisions to term sheet (0.2); case law research RE: gift card obligations (2.6); correspondence RE: gift cards (0.2); phone call with debtors and DIP lender (0.3); phone call with GA and JK (0.3); conference call with debtors (0.8); review and analyze further revisions to MSA, TSA, and APA and correspondence RE: same (0.8). | 5.80 | 3,306.00 |
| 01/17/23 | George P. Angelich | Prepare for and attend sale hearing. | 8.40 | 7,224.00 |
| 01/17/23 | James E. Britton | Review and analyze updated contract assumption notice (0.2); review and analyze updated APA schedules (0.2); review and analyze revised sale order (0.3); review and analyze updated term sheet and correspondence RE: same (0.3); review further revised sale order (0.2); review and analyze ley declaration (0.3); review and analyze Brault declaration (0.1); hearing on sale and Canaccord retention (listen only) (2.0). | 3.60 | 2,052.00 |
| 01/17/23 | Justin Kesselman | Prepare for and attend sale/IB hearing. | 8.50 | 5,610.00 |
| 01/18/23 | George P. Angelich | Follow up with J. Kesselman re results of sale hearing and next step (.70); review issues re closing (.40); prepare for and attend conference call with K. Clancy, V. Toppi, M. Jobe, J. Manning, J. Kesselman and J. Britton re sale process, wind down and closing (1.4). | 2.50 | 2,150.00 |
| 01/18/23 | James E. Britton | Review and analyze revised term sheet (0.2); review and analyze revised TSA (0.2); review and analyze revised sale order (0.1). | 0.50 | 285.00 |
| 01/18/23 | Justin Kesselman | Review and revise sale documents (0.8); confer with G. Angelich re: sale hearing | 1.70 | 1,122.00 |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2202587 |
| 00008 | Sale and Disposition of Assets | Page 15 |
| February 08, 2023 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | and documents (0.4); attn to sale waterfalls (0.5) | | |
| 01/19/23 | George P. Angelich | Confer with M. Lunn, J. Kesselman re closing (.30); follow up re closing issues and calculation, conferences with J. Kesselman, K. Clancy and V. Toppi (2.1). | 3.10 | 2,666.00 |
| 01/19/23 | George P. Angelich | Review outstanding issues for post-closing negotiations. | 2.60 | 2,236.00 |
| 01/19/23 | Justin Kesselman | Attn to projected sources/uses (0.3). | 0.30 | 198.00 |
| 01/19/23 | Justin Kesselman | Call with C Reznick re sale waterfall | 0.60 | 396.00 |
| 01/20/23 | George P. Angelich | Review closing issues. | 1.10 | 946.00 |
| 01/20/23 | Justin Kesselman | Attn to closing related matters and documents. | 2.00 | 1,320.00 |
| 01/22/23 | Justin Kesselman | Review flow of funds (0.2); emails with Debtors' counsel (0.3). | 0.50 | 330.00 |
| 01/25/23 | George P. Angelich | Prepare for and attend conference call with J. Kesselman and J. Britton re next steps post-closing. | 1.10 | 946.00 |
| 01/25/23 | James E. Britton | Phone call with GA and JK RE: next steps (0.4); correspondence RE: same (0.2). | 0.60 | 342.00 |
| | | **Fee Total** | **171.80** | **$127,183.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Andrew I. Silfen | 1.20 | 1,050.00 | 1,260.00 |
| George P. Angelich | 82.30 | 860.00 | 70,778.00 |
| Justin Kesselman | 53.80 | 660.00 | 35,508.00 |
| James E. Britton | 34.40 | 570.00 | 19,608.00 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **171.80** | | **127,183.00** |

| | | |
|---|---|---|
| Current Fees | | $127,183.00 |
| **Subtotal For This Matter** | | $127,183.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00010       Claims Administration and Objections                                                              Page 16
February 08, 2023

For Professional Services Rendered Through:  January 31, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/23 | George P. Angelich | Review issues re critical vendor payments. | 0.90 | 774.00 |
| | | **Fee Total** | **0.90** | **$774.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.90 | 860.00 | 774.00 |
| **Timekeeper Summary Total** | **0.90** | | **774.00** |

| | | |
|---|---|---|
| Current Fees | | $774.00 |
| **Subtotal For This Matter** | | $774.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
00011       Miscellaneous Motions and Objections                                              Page 17
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Miscellaneous Motions and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/23 | Justin Kesselman | Attn to critical vendor payment issues and review contracts re same (0.8), and email to YCST re same (0.2) | 1.00 | 660.00 |
| 01/06/23 | Justin Kesselman | Attn to proposed vendor payments and objection (0.2); review settlement terms (0.2) | 0.40 | 264.00 |
| 01/08/23 | Justin Kesselman | Attn to settlement with IB (0.3) | 0.30 | 198.00 |
| 01/09/23 | Justin Kesselman | Attn to vendor payment issue. | 0.20 | 132.00 |
| 01/11/23 | George P. Angelich | Revise, edit and finalize sale objection. | 4.60 | 3,956.00 |
| 01/11/23 | Justin Kesselman | Review supplemental cure notice (0.2; review objections to IB retention by US Trustee, Buyer, Bank (0.7) | 0.90 | 594.00 |
| 01/12/23 | Justin Kesselman | Work on witness cross-examinations, and attn to exhibits (2.8); conf. with J Manning (0.2); attn to proposed vendor payments (.4) | 3.40 | 2,244.00 |
| 01/13/23 | Justin Kesselman | Draft objection to critical vendor payments (0.4) | 0.40 | 264.00 |
| 01/14/23 | Justin Kesselman | Attn to IB settlement model (0.3), confer with G. Angelich re IB settlement and deposition (.8) | 1.10 | 726.00 |
| 01/16/23 | Justin Kesselman | Prepare for and take deposition of M. Ley re: IB retention motion (4.5); prepare for contested IB objection hearing, including cross-examination, argument, witness prep (4) | 8.50 | 5,610.00 |
| 01/17/23 | Justin Kesselman | Review Canaccord statement (0.4); attn to discussions with B. Lennon (.7) | 1.10 | 726.00 |
| | | **Fee Total** | **21.90** | **$15,374.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 4.60 | 860.00 | 3,956.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00011       Miscellaneous Motions and Objections                                                           Page 18
February 08, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 17.30 | 660.00 | 11,418.00 |
| **Timekeeper Summary Total** | **21.90** | | **15,374.00** |

| | | |
|---|---|---|
| Current Fees | | $15,374.00 |
| **Subtotal For This Matter** | | $15,374.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
00013       Professional Retention                                                                          Page 19
February 08, 2023

For Professional Services Rendered Through:  January 31, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/23 | Lisa A. Indelicato | Internal discussions regarding Rule 2014 search. | 0.50 | 202.50 |
| 01/04/23 | George P. Angelich | Prepare for and confer with counsel to Canaccord re retention issues. | 0.50 | 430.00 |
| 01/05/23 | George P. Angelich | Follow up re retention disclosures project. | 1.10 | 946.00 |
| 01/05/23 | George P. Angelich | Prepare draft proposed settlement offer for Canaccord. | 0.90 | 774.00 |
| 01/05/23 | Lisa A. Indelicato | Internal discussions regarding status of 2014 search. | 0.10 | 40.50 |
| 01/06/23 | Alyssa Fiorentino | Coordinate and discuss updated parties-in-interest lists pursuant to Bankruptcy Rule 2014. | 0.50 | 145.00 |
| 01/06/23 | George P. Angelich | Followed up and review prepare draft proposed settlement offer for Canaccord. | 1.10 | 946.00 |
| 01/08/23 | George P. Angelich | Correspond with Canaccord's counsel re settlement proposal. | 0.70 | 602.00 |
| 01/09/23 | Alyssa Fiorentino | Discuss and prepare ArentFox Schiff retention application. | 1.50 | 435.00 |
| 01/09/23 | George P. Angelich | Review issues and confer re objections to Canaccord retention and settlement concepts. | 0.60 | 516.00 |
| 01/09/23 | Lisa A. Indelicato | Revise exhibit 2 to declaration in support of AFS retention application. | 2.30 | 931.50 |
| 01/10/23 | Alyssa Fiorentino | Prepare draft of ArentFox Schiff retention application. | 3.50 | 1,015.00 |
| 01/10/23 | Lisa A. Indelicato | Prepare supplemental declaration in support of AFS retention application. | 1.10 | 445.50 |
| 01/10/23 | Lisa A. Indelicato | Internal discussions regarding connections to certain parties in interest. | 0.50 | 202.50 |
| 01/11/23 | Alyssa Fiorentino | Update and circulate draft retention application. | 0.30 | 87.00 |
| 01/11/23 | James E. Britton | Review and analyze UST objection to Canaccord application (0.2); review and analyze stalking horse objection to Canaccord app (0.1) and Banc of Cal | 0.40 | 228.00 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al         Invoice Number 2202587
00013      Professional Retention                                                                    Page 20
February 08, 2023

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | objection (0.1). | | |
| 01/12/23 | Alyssa Fiorentino | Follow-up re: draft retention application. | 0.10 | 29.00 |
| 01/12/23 | Alyssa Fiorentino | Review and revise draft retention application. | 2.00 | 580.00 |
| 01/12/23 | James E. Britton | Review and analyze retention application (0.6); correspondence RE: retention application (0.2). | 0.80 | 456.00 |
| 01/13/23 | Lisa A. Indelicato | Review and revise AFS Retention Application. | 2.00 | 810.00 |
| 01/15/23 | George P. Angelich | Review issues re Canaccord objection, outline settlement proposal, confer with B. Lennon. | 2.40 | 2,064.00 |
| 01/16/23 | James E. Britton | Review and analyze prior retentions (0.2); correspondence RE: Canaccord retention (0.2); review rough transcript of Ley Depo (1.1); phone call with GA, JK and KC (1.2). | 2.70 | 1,539.00 |
| 01/17/23 | James E. Britton | Review and analyze Canaccord retention statement (0.3); review and analyze revisions to Canaccord retention app and correspondence RE: same (0.2). | 0.50 | 285.00 |
| 01/19/23 | Lisa A. Indelicato | Internal discussions regarding supplemental 2014 search; review, revise and submit spreadsheet for round 2 search. | 0.50 | 202.50 |
| 01/24/23 | Alyssa Fiorentino | Prepare draft supplemental declaration. | 1.80 | 522.00 |
| 01/27/23 | Alyssa Fiorentino | Discussion with J. Britton re: order submission on retention application. | 0.10 | 29.00 |
| 01/27/23 | Lisa A. Indelicato | Correspond with team regarding retention order. | 0.10 | 40.50 |
| 01/27/23 | Lisa A. Indelicato | Follow up regarding supplemental 2014 search. | 0.10 | 40.50 |
| 01/30/23 | Justin Kesselman | Attn to retention status and next steps. | 0.20 | 132.00 |
| 01/31/23 | Alyssa Fiorentino | Prepare draft supplemental declaration. | 3.10 | 899.00 |
| 01/31/23 | George P. Angelich | Follow up re retention. | 0.40 | 344.00 |
| | | **Fee Total** | **32.40** | **$15,919.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|

Arent Fox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00013        Professional Retention                                                                              Page 21
February 08, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 7.70 | 860.00 | 6,622.00 |
| Justin Kesselman | 0.20 | 660.00 | 132.00 |
| James E. Britton | 4.40 | 570.00 | 2,508.00 |
| Lisa A. Indelicato | 7.20 | 405.00 | 2,916.00 |
| Alyssa Fiorentino | 12.90 | 290.00 | 3,741.00 |
| **Timekeeper Summary Total** | **32.40** | | **15,919.00** |

| | | |
|---|---|---|
| Current Fees | | $15,919.00 |
| **Subtotal For This Matter** | | $15,919.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2202587
00015       Cash Collateral and DIP Financing                                                      Page 22
February 08, 2023

For Professional Services Rendered Through:  January 31, 2023

Re: Cash Collateral and DIP Financing

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 01/02/23 | Justin Kesselman | Review final dip order revisions/ | 0.50 | 330.00 |
| 01/03/23 | George P. Angelich | Review issues re DIP waivers of 506, 552. | 0.60 | 516.00 |
| 01/03/23 | James E. Britton | Correspondence RE: revisions to final DIP (0.2). | 0.20 | 114.00 |
| 01/03/23 | Justin Kesselman | Revisions to dip order (0.8) and email to YCST re the same (0.3) | 1.10 | 726.00 |
| 01/04/23 | George P. Angelich | Prepare for and confer with Debtors' counsel re DIP budget. | 0.80 | 688.00 |
| 01/04/23 | Justin Kesselman | review and comment on DIP/vendor payment/expense modeling (0.7) | 0.70 | 462.00 |
| 01/05/23 | George P. Angelich | Review and follow up on DIP financing issues, proposed resolution, budget issues. | 1.80 | 1,548.00 |
| 01/06/23 | George P. Angelich | Review issues re critical vendor payments. | 0.70 | 602.00 |
| 01/09/23 | George P. Angelich | Review issues re critical vendor payments. | 0.60 | 516.00 |
| 01/10/23 | George P. Angelich | Prepare for and attend call with counsel for Banc of California. | 0.80 | 688.00 |
| | | **Fee Total** | **7.80** | **$6,190.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 5.30 | 860.00 | 4,558.00 |
| Justin Kesselman | 2.30 | 660.00 | 1,518.00 |
| James E. Britton | 0.20 | 570.00 | 114.00 |
| **Timekeeper Summary Total** | **7.80** | | **6,190.00** |

| | | |
|---|---|---|
| Current Fees | | $6,190.00 |
| **Subtotal For This Matter** | | $6,190.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00016       Disclosure Statement and Plan Matters and Solicitation                                          Page 23
February 08, 2023

For Professional Services Rendered Through:  January 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/25/23 | Justin Kesselman | Strategy mtg with G Angelich and J. Britton | 0.40 | 264.00 |
| 01/30/23 | Justin Kesselman | Attn to plan-related issues. | 0.70 | 462.00 |
| 01/31/23 | George P. Angelich | Review issues for post-closing to confirmation. | 0.70 | 602.00 |
| 01/31/23 | Justin Kesselman | Attn to plan structuring issues and options | 1.30 | 858.00 |
| | | **Fee Total** | **3.10** | **$2,186.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.70 | 860.00 | 602.00 |
| Justin Kesselman | 2.40 | 660.00 | 1,584.00 |
| **Timekeeper Summary Total** | **3.10** | | **2,186.00** |

| | | |
|---|---|---|
| Current Fees | | $2,186.00 |
| **Subtotal For This Matter** | | $2,186.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00023       Executory Contracts and Related Matters                                                              Page 24
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Executory Contracts and Related Matters

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/23 | Justin Kesselman | Call with AF and AMS re: vendor payments (0.8) | 0.80 | 528.00 |
| 01/11/23 | James E. Britton | Review and analyze critical vendors info (0.2). | 0.20 | 114.00 |
| 01/13/23 | James E. Britton | Review and analyze supplier contracts (1.0); correspondence RE: contracts (0.2). | 1.20 | 684.00 |
| 01/31/23 | Justin Kesselman | Review rejection motion. | 0.20 | 132.00 |
| | | **Fee Total** | **2.40** | **$1,458.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Justin Kesselman | 1.00 | 660.00 | 660.00 |
| James E. Britton | 1.40 | 570.00 | 798.00 |
| **Timekeeper Summary Total** | **2.40** | | **1,458.00** |

| | | |
|---|---|---|
| Current Fees | | $1,458.00 |
| **Subtotal For This Matter** | | $1,458.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2202587
00028      Debtor Communications/Negotiations                                                              Page 25
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Debtor Communications/Negotiations

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/30/23 | George P. Angelich | Prepare for and attend conference call with M. Lunn, K. Pleines, J. Kesselman, J. Britton and V. Toppi re plan development. | 1.30 | 1,118.00 |
| | | **Fee Total** | **1.30** | **$1,118.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 1.30 | 860.00 | 1,118.00 |
| **Timekeeper Summary Total** | **1.30** | | **1,118.00** |

| | | |
|---|---|---|
| Current Fees | | $1,118.00 |
| **Subtotal For This Matter** | | $1,118.00 |

AFenFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al     Invoice Number 2202587
00029      Travel                                                              Page 26
February 08, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Travel

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/17/23 | George P. Angelich | Round trip travel to Delaware to attend in-person hearing billed at 50%. | 1.30 | 1,118.00 |
| | | **Fee Total** | **1.30** | **$1,118.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 1.30 | 860.00 | 1,118.00 |
| **Timekeeper Summary Total** | **1.30** | | **1,118.00** |

| | | |
|---|---|---|
| Current Fees | | $1,118.00 |
| **Subtotal For This Matter** | | $1,118.00 |

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al            Invoice Number 2202587
                                                                                                    Page 27

February 08, 2023

| | |
|---|---|
| Current Fees For All Matters | $192,305.00 |
| Current Disbursements For All Matters | $1,299.65 |
| **Total Amount Due This Invoice** | **$193,604.65** |