## EXHIBIT C

**COMPENSATION BY TIMEKEEPER**
**JANUARY 1, 2023 THROUGH JANUARY 30, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| George P. Angelich | Partner since 2010. Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $800 | 109.00 | $93,740.00 |
| Justin Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy & Financial Restructuring. | $600 | 97.70 | $64,482.00 |
| Andrew I. Silfen | Partner since 2003. Member of NY bar since 1987. Bankruptcy & Financial Restructuring Group. | $1,050 | 1.20 | $1,260.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy & Financial Restructuring. | $515 | 45.60 | $25,992.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist | $380 | 7.20 | $2,916.00 |

AFDOCS:26950868.1

- 2 -

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $265 | 13.50 | $3,915.00 |
| **TOTAL** | | | **274.20** | **$192,305.00** |

**Blended Rate (Attorneys Only):** $731.65

- 2 -