# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-454-7209
AMS@SacculloConsulting.com
www.saccullolegal.com



# INVOICE

**BILL TO**
Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1628 |
| DATE | 02/02/2023 |
| TERMS | Net 30 |
| DUE DATE | 03/04/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 12/15/2022 | M. Hurford | BK Asset Disposition | Conference call with ArentFox regarding initial discussion of case and strategy, work to be completed. | 0.9 | 515.00 | 463.50 |
| 12/15/2022 | M. Hurford | BK Case Administration | Reviewing certain pleadings filed. | 0.5 | 515.00 | 257.50 |
| 12/15/2022 | A. Saccullo | BK Litigation | Work with co-counsel on case strategy and objections to be filed, overarching case strategy. | 1.6 | 550.00 | 880.00 |
| 12/16/2022 | M. Hurford | BK Plan & Disclosure Statement | Conference call with Committee and Debtor team regarding case background and path forward | 0.7 | 515.00 | 360.50 |
| 12/16/2022 | M. Hurford | BK Plan & Disclosure Statement | Conference call with AMS following conference call with Committee and Debtor team regarding work to be completed and path forward | 0.7 | 515.00 | 360.50 |
| 12/16/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from JAK to counsel to Purchaser/Lender and response to same. | 0.1 | 515.00 | 51.50 |
| 12/16/2022 | M. Hurford | BK Case Administration | Drafting Notice of Appearance as counsel to the Committee. | 0.3 | 515.00 | 154.50 |
| 12/16/2022 | M. Hurford | BK Case Administration | Drafting pro hac motions for Angelich, Kesselman and Britton | 0.4 | 515.00 | 206.00 |
| 12/16/2022 | M. Hurford | BK Case Administration | Drafting correspondence to ArentFox team regarding Notice of Appearance and draft pro hac motions and related documents for review. | 0.3 | 515.00 | 154.50 |
| 12/16/2022 | M. Hurford | BK Asset Disposition | Reviewing Sale motion and related documents. | 1.6 | 515.00 | 824.00 |
| 12/16/2022 | A. Saccullo | BK Asset Disposition | Review bid procedures motion and related documents. | 1.2 | 550.00 | 660.00 |
| 12/16/2022 | A. Saccullo | BK DIP/Cash Collateral | Review dip motion and related documents. | 2.5 | 550.00 | 1,375.00 |
| 12/16/2022 | A. Saccullo | BK Asset Disposition | Prepare for and participate in call with debtors regarding bid procedures and dip. | 1.4 | 550.00 | 770.00 |
| 12/16/2022 | A. Saccullo | BK Asset Disposition | Review sale information provided by the debtor. | 0.8 | 550.00 | 440.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2022 | A. Saccullo | BK Litigation | Review diligence list for information related to the sale and dip. | 1.1 | 550.00 | 605.00 |
| 12/17/2022 | M. Hurford | BK Asset Disposition | Various correspondence regarding due diligence requests and review of same. | 0.6 | 515.00 | 309.00 |
| 12/17/2022 | M. Hurford | BK DIP Lien Investigation | Begin working on lien review and reviewing documents regarding same. | 2.2 | 515.00 | 1,133.00 |
| 12/17/2022 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Debtors' application to retain Canaccord. | 1.2 | 515.00 | 618.00 |
| 12/18/2022 | A. Saccullo | BK Asset Disposition | Call with co-counsel regarding asset sale and potential assumed liabilites. | 0.6 | 550.00 | 330.00 |
| 12/18/2022 | A. Saccullo | BK Asset Disposition | Prepare for and participate in call with debtor representatives regarding sale process and administrative solvency post-sale. | 1.1 | 550.00 | 605.00 |
| 12/18/2022 | A. Saccullo | BK Asset Disposition | Call with co-counsel following call with debtor, regarding case strategy. | 0.3 | 550.00 | 165.00 |
| 12/18/2022 | M. Hurford | BK Asset Disposition | Reviewing data room regarding sale and sale process | 2.1 | 515.00 | 1,081.50 |
| 12/18/2022 | M. Hurford | BK DIP Lien Investigation | Reviewing documents from YCS&T regarding lien review. | 0.7 | 515.00 | 360.50 |
| 12/18/2022 | M. Hurford | BK DIP Lien Investigation | Telephone discussion with AMS regarding lien review. | 0.3 | 515.00 | 154.50 |
| 12/18/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with ArentFox team and AMS regarding DIP issues, sale process and insolvency. | 1.5 | 515.00 | 772.50 |
| 12/18/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with Debtor team, ArentFox team and AMS regarding DIP issues, sale process and pending issues. | 0.7 | 515.00 | 360.50 |
| 12/18/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with ArentFox team and AMS following conference call with Debtor team. | 0.3 | 515.00 | 154.50 |
| 12/18/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with AMS following conference calls regarding work to be completed. | 0.3 | 515.00 | 154.50 |
| 12/19/2022 | A. Saccullo | BK DIP/Cash Collateral | Prepare for and participate in call with purchaser/lender counsel regarding terms of deal and administrative solvency. | 0.8 | 550.00 | 440.00 |
| 12/19/2022 | A. Saccullo | BK Creditor Communications | Prepare for and participate in committee meeting. | 0.6 | 550.00 | 330.00 |
| 12/19/2022 | A. Saccullo | BK DIP/Cash Collateral | Review list of critics venders and potential impact to admin solvency through the dip terms. | 1.2 | 550.00 | 660.00 |
| 12/19/2022 | M. Hurford | BK Asset Disposition | Prepare for and attend meeting with Committee ArentFox and AMS regarding case strategy | 0.5 | 515.00 | 257.50 |
| 12/19/2022 | M. Hurford | BK Asset Disposition | Conference call with counsel to purchaser/lender. | 0.5 | 515.00 | 257.50 |
| 12/19/2022 | M. Hurford | BK Asset Disposition | Preparing for conference call with counsel to purchaser/lender. | 0.4 | 515.00 | 206.00 |
| 12/19/2022 | M. Hurford | BK Asset Disposition | Conference calls with AMS (x2) regarding pending issues and work to be completed. | 0.4 | 515.00 | 206.00 |
| 12/19/2022 | M. Hurford | BK Case Administration | Preparing for interviews of potential financial advisors. | 3.8 | 515.00 | 1,957.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2022 | M. Hurford | BK DIP/Cash Collateral | Review regarding solvency issues. | 1.2 | 515.00 | 618.00 |
| 12/20/2022 | A. Saccullo | BK Asset Disposition | Work on issues with bid procedures and sale process, including revised deal terms that shift to asset sale from stock sale. | 2.7 | 550.00 | 1,485.00 |
| 12/20/2022 | A. Saccullo | BK DIP/Cash Collateral | Work on issues with dip documents and budget, potential for administrative insolvency at the end of the budget. | 2.4 | 550.00 | 1,320.00 |
| 12/20/2022 | A. Saccullo | BK Asset Disposition | Call with debtor regarding sale process and issues with critical vender and sale process. | 0.8 | 550.00 | 440.00 |
| 12/20/2022 | A. Saccullo | BK DIP/Cash Collateral | Work on settlement points for dip and bid procedures. | 0.8 | 550.00 | 440.00 |
| 12/20/2022 | M. Augustine | BK DIP/Cash Collateral | Call with team regarding documents needed for contested DIP hearing. | 0.4 | 485.00 | 194.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with AMS regarding Sale and DIP issues. | 0.1 | 515.00 | 51.50 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone discussion with AMS and ArentFox team regarding case strategy, DIP issues and Sale issues. | 1.0 | 515.00 | 515.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with Debtor's counsel, AMS and ArentFox team regarding DIP issues and Sale and case issues. | 0.9 | 515.00 | 463.50 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with AMS following conference call with Debtor's counsel and ArentFox team regarding allocation of work to be performed. | 0.2 | 515.00 | 103.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with ArentFox team and CohnReznick team regarding case strategy and sale issues, DIP. | 1.8 | 515.00 | 927.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with AMS following conference call ArentFox team and CohnReznick team regarding case strategy and sale issues, DIP. | 0.2 | 515.00 | 103.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with AMS and M. Augustine regarding hearing preparations. | 0.5 | 515.00 | 257.50 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Telephone conference with AMS and ArentFox team regarding sale issues and DIP. | 1.2 | 515.00 | 618.00 |
| 12/20/2022 | M. Hurford | BK DIP/Cash Collateral | Working on issues related to DIP and budget; reviewing solvency issues | 1.2 | 515.00 | 618.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Working on issues with sale process and revised deal terms from stock purchase to asset purchase. | 1.8 | 515.00 | 927.00 |
| 12/20/2022 | M. Hurford | BK Asset Disposition | Preparing for hearing, including review of exhibits. | 1.8 | 515.00 | 927.00 |
| 12/20/2022 | M. Hurford | BK Case Administration | Attending interviews for financial advisors to Committee and call with Committee regarding same. | 1.4 | 515.00 | 721.00 |
| 12/21/2022 | M. Hurford | BK Litigation | Drafting correspondence to L. Johnson regarding late filed objection. | 0.2 | 515.00 | 103.00 |
| 12/21/2022 | M. Hurford | BK Litigation | Various discussions with AMS regarding December 22 hearing and correspondence to be sent to Debtor's counsel regarding witnesses and exhibits. | 0.5 | 515.00 | 257.50 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2022 | M. Hurford | BK Litigation | Drafting correspondence to YCS&T regarding December 22 hearing, witnesses availability and exhibits to be used. | 0.7 | 515.00 | 360.50 |
| 12/21/2022 | M. Hurford | BK Litigation | Various correspondence from Debtor's counsel and with lead counsel regarding December 22 hearing; logistics and issues. | 0.5 | 515.00 | 257.50 |
| 12/21/2022 | M. Hurford | BK Litigation | Reviewing and revising draft objection to DIP Motion and Bidding Procedures Motion for filing and service. | 1.0 | 515.00 | 515.00 |
| 12/21/2022 | M. Hurford | BK Litigation | Correspondence to and from Chambers regarding objection to DIP Motion and Bidding Procedures Motions | 0.2 | 515.00 | 103.00 |
| 12/21/2022 | M. Hurford | BK DIP/Cash Collateral | Reviewing and working on issues related to further proposed order for Interim DIP. | 1.5 | 515.00 | 772.50 |
| 12/21/2022 | M. Hurford | BK Asset Disposition | Reviewing and working on issues related to Bidding Procedures Order and Bidding Procedures and revisions thereto. | 1.3 | 515.00 | 669.50 |
| 12/21/2022 | M. Hurford | BK Litigation | Preparing for hearing. | 1.6 | 515.00 | 824.00 |
| 12/21/2022 | M. Augustine | BK DIP/Cash Collateral | Attn to delivery of DIP objection to chambers. | 0.1 | 485.00 | 48.50 |
| 12/21/2022 | A. Saccullo | BK Asset Disposition | Work on bid procedures objection. | 2.6 | 550.00 | 1,430.00 |
| 12/21/2022 | A. Saccullo | BK Asset Disposition | Prepare for tomorrow's contested bid procedures hearing. | 2.2 | 550.00 | 1,210.00 |
| 12/21/2022 | A. Saccullo | BK Asset Disposition | Prepare for and participate in call with debtors regarding orders on bid procedures and dip. | 1.4 | 550.00 | 770.00 |
| 12/21/2022 | A. Saccullo | BK DIP/Cash Collateral | Attention to interim order further extending dip and reservation of rights for committee therein. | 0.8 | 550.00 | 440.00 |
| 12/22/2022 | M. Hurford | BK Asset Disposition | Reviewing Notice of Sale and Bidding Procedures. | 0.3 | 515.00 | 154.50 |
| 12/22/2022 | M. Hurford | BK Asset Disposition | Reviewing Order approving bidding procedures | 0.2 | 515.00 | 103.00 |
| 12/22/2022 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding hearing | 0.3 | 515.00 | 154.50 |
| 12/22/2022 | M. Hurford | BK Litigation | Attending hearing (Zoom). | 0.6 | 515.00 | 309.00 |
| 12/22/2022 | M. Hurford | BK Asset Disposition | Additional telephone call with AMS regarding sale process and issues. | 0.1 | 515.00 | 51.50 |
| 12/22/2022 | M. Hurford | BK DIP/Cash Collateral | Reviewing further Interim Order for DIP Financing. | 0.2 | 515.00 | 103.00 |
| 12/22/2022 | M. Hurford | BK Asset Disposition | Reviewing pleadings filed for December 22 hearing | 1.4 | 515.00 | 721.00 |
| 12/22/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from J. Britton and M. Lunn regarding possible bidder for assets | 0.1 | 515.00 | 51.50 |
| 12/22/2022 | M. Hurford | BK DIP Lien Investigation | Working on lien review | 1.7 | 515.00 | 875.50 |
| 12/22/2022 | M. Hurford | BK Litigation | Reviewing correspondence from L. Johnson regarding hearing participation. | 0.1 | 515.00 | 51.50 |
| 12/22/2022 | A. Saccullo | BK Asset | Prepare for and attend bid procedures hearing | 2.6 | 550.00 | 1,430.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Disposition | (objection resolved). | | | |
| 12/22/2022 | A. Saccullo | BK Asset Disposition | Call and meet with co-counsel on results of bid procedure hearing and next steps on sale process and dip. | 0.8 | 550.00 | 440.00 |
| 12/23/2022 | M. Hurford | BK Creditor Communications | Reviewing various correspondence between Committee and counsel. | 0.5 | 515.00 | 257.50 |
| 12/23/2022 | M. Hurford | BK Creditor Communications | Reviewing various correspondence from Justin Kesselman regarding report to committee on pending motions and recommendations. | 0.2 | 515.00 | 103.00 |
| 12/23/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from J. Kesselman to Debtors' counsel pending issues for discussion and documents to review regarding sale process | 0.1 | 515.00 | 51.50 |
| 12/23/2022 | M. Hurford | BK DIP Lien Investigation | Reviewing documents emailed by YCS&T; reviewing documents in Data Room and Due Diligence Room regarding Lien Review. | 3.0 | 515.00 | 1,545.00 |
| 12/23/2022 | A. Saccullo | BK DIP Lien Investigation | Attention to lien review and need to review pto submissions to complete perfection analysis. | 1.3 | 550.00 | 715.00 |
| 12/23/2022 | A. Saccullo | BK Retention/Fee Apps--other firms | Attention to cannacord success fee calculation and unreasonable amount of fee compared to size of sale. | 0.6 | 550.00 | 330.00 |
| 12/26/2022 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke regarding assumed liabilities and sale. | 0.1 | 515.00 | 51.50 |
| 12/27/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from A. Mielke regarding first and second day pleadings and pending issues. | 0.1 | 515.00 | 51.50 |
| 12/27/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from J. Britton regarding committee by-laws. | 0.1 | 515.00 | 51.50 |
| 12/27/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from A. Mielke regarding updated draft of assumed liabilities. | 0.1 | 515.00 | 51.50 |
| 12/27/2022 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Kesselman regarding correspondence to Committee regarding pending matters and status with documents attached thereto. | 0.3 | 515.00 | 154.50 |
| 12/27/2022 | M. Hurford | BK Creditor Communications | Various correspondence with lead counsel and F/A regarding sale issues and critical vendor payments; correspondence with Debtor's counsel regarding sale issues and by-laws | 0.5 | 515.00 | 257.50 |
| 12/27/2022 | M. Hurford | BK Plan & Disclosure Statement | Conference call with lead counsel and CR regarding sale process and pending issues, possible path forward. | 1.2 | 515.00 | 618.00 |
| 12/27/2022 | M. Hurford | BK Plan & Disclosure Statement | Preparing for conference call. | 0.4 | 515.00 | 206.00 |
| 12/27/2022 | A. Saccullo | BK Asset Disposition | Prepare for and participate in call with committee professionals regarding sale process and dip. | 1.4 | 550.00 | 770.00 |
| 12/28/2022 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Kesselman to A. Mielke regarding Canaccord retention application and supplemental request for due diligence and response thereto from A. Mielke | 0.2 | 515.00 | 103.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2022 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing filing of exhibit to Canaccord retention application. | 0.2 | 515.00 | 103.00 |
| 12/28/2022 | M. Hurford | BK Case Administration | Reviewing Notice of Change of Address. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from ASM regarding revised proposed orders for cash management, vendors and RPA retention. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from ASM regarding asset sale. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Creditor Communications | Reviewing correspondence from JAK to Committee regarding status of certain matters. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from GPA and AMS regarding DIP Motion and Canaccord retention; correspondence to and from J. Britton regarding same. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Case Administration | Reviewing correspondence to Debtors' counsel regarding various sale related issues. | 0.2 | 515.00 | 103.00 |
| 12/29/2022 | M. Hurford | BK DIP/Cash Collateral | Correspondence with GPA and JEB regarding possible objections to be filed. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from Justin Kesselman and A. Mielke regarding various first day motions and revisions thereto. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from T. Bisconti and A. Mielke regarding issues with Natural Merchants. | 0.1 | 515.00 | 51.50 |
| 12/29/2022 | A. Saccullo | BK Litigation | Prepare for and participate in call with debtors regarding case diligence and revised second day orders. | 1.7 | 550.00 | 935.00 |
| 12/30/2022 | M. Hurford | BK Creditor Communications | Reviewing correspondence from G. Angelich regarding proposed Agenda for Creditor Comm meeting. | 0.1 | 515.00 | 51.50 |
| 12/30/2022 | M. Hurford | BK Creditor Communications | Reviewing correspondence from G. Angelich to Creditor Comm regarding status and pending issues. | 0.1 | 515.00 | 51.50 |
| 12/30/2022 | M. Hurford | BK DIP/Cash Collateral | Conference call with Debtors and lead counsel regarding status of various matters including Sale and DIP Motion | 0.3 | 515.00 | 154.50 |
| 12/30/2022 | M. Hurford | BK Asset Disposition | Reviewing correspondence from GPA regarding Sale process and response to same from AMS. | 0.1 | 515.00 | 51.50 |
| 12/30/2022 | M. Hurford | BK Case Administration | Reviewing correspondence from GPA and ASM regrading Cash Management, Critical Vendor and Ordinary Course Motions. | 0.2 | 515.00 | 103.00 |
| 12/30/2022 | M. Hurford | BK Case Administration | Reviewing various correspondence from GPA and ASM regrading ordinary course professionals motion. | 0.1 | 515.00 | 51.50 |
| 12/30/2022 | M. Hurford | BK DIP/Cash Collateral | Various correspondence with lead counsel regarding objection to final DIP Financing. | 0.5 | 515.00 | 257.50 |
| 12/30/2022 | M. Hurford | BK DIP/Cash Collateral | Reviewing draft of DIP Objection; reviewing and revising same for filing and service. | 1.6 | 515.00 | 824.00 |
| 12/30/2022 | M. Hurford | BK DIP/Cash | Reviewing Notice regarding objection to final DIP | 0.2 | 515.00 | 103.00 |

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Collateral | Motion; reviewing service list and COS regarding same. | | | |
| 12/30/2022 | A. Saccullo | BK DIP/Cash Collateral | Review objection to final dip order. | 1.4 | 550.00 | 770.00 |
| 12/31/2022 | M. Hurford | BK Case Administration | Reviewing Schedules and Statements. | 1.4 | 515.00 | 721.00 |
| 12/31/2022 | M. Hurford | BK Asset Disposition | Reviewing notice of possible assumption and assignment of certain leases and contracts. | 0.1 | 515.00 | 51.50 |
| | | Subtotal: Billable Time | | | | 51,070.00 |
| | | Billable Expenses | | | | |
| 12/16/2022 | | | E-filing fees "Pro Hac Vice" to two parties | | | 60.00 |
| 12/21/2022 | | | Blowback bound and delivered to Judge Silverstein | | | 86.25 |
| 12/21/2022 | | | 100 page document served to 9 parties via first class mail | | | 142.06 |
| 12/22/2022 | | | 417 page document DI 77-DI 81 hand delivered to Judge Silverstein | | | 46.70 |
| | | Subtotal: | | | | 335.01 |

|  | BALANCE DUE | **$51,405.01** |
|---|---|---|