# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-454-7209
AMS@SacculloConsulting.com
www.saccullolegal.com



## INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1629 |
| DATE | 02/13/2023 |
| TERMS | Net 30 |
| DUE DATE | 03/15/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 01/02/2023 | A. Saccullo | BK DIP/Cash Collateral | Review information from the debtor and CohnReznick regarding administrative solvency. | 0.4 | 605.00 | 242.00 |
| 01/03/2023 | A. Saccullo | BK DIP/Cash Collateral | Review information regarding contested vender payments (.3); participate in call with debtors regarding disputed vender payments (.5). | 0.8 | 605.00 | 484.00 |
| 01/03/2023 | A. Saccullo | BK DIP/Lien Investigation | Attention to lien search and issues with perfection in preparation for tomorrow's call. | 0.9 | 605.00 | 544.50 |
| 01/03/2023 | M. Hurford | BK DIP Lien Investigation | Various correspondence with Meg regarding lien investigation. | 0.4 | 565.00 | 226.00 |
| 01/03/2023 | M. Hurford | BK DIP Lien Investigation | Review regarding lien investigation. | 1.6 | 565.00 | 904.00 |
| 01/03/2023 | M. Hurford | BK Asset Disposition | Conference call with Debtors' counsel and ArentFox Schiff regarding Sale Process and issues with DIP. | 0.8 | 565.00 | 452.00 |
| 01/03/2023 | M. Hurford | BK Asset Disposition | Prepare for conference call with Debtors' counsel and ArentFox Schiff regarding Sale Process and issues with DIP. | 0.3 | 565.00 | 169.50 |
| 01/03/2023 | M. Hurford | BK DIP Lien Investigation | Telephone call with Meg regarding lien investigation. | 0.2 | 565.00 | 113.00 |
| 01/03/2023 | M. Augustine | BK DIP Lien Investigation | Call with MH about lien review memo work required. | 0.5 | 525.00 | 262.50 |
| 01/04/2023 | A. Saccullo | BK Creditor Communications | Prepare for and participate in committee call. | 1.7 | 605.00 | 1,028.50 |
| 01/04/2023 | M. Hurford | BK DIP Lien Investigation | Telephone discussion with Meg regarding lien investigation. | 0.2 | 565.00 | 113.00 |
| 01/04/2023 | M. Hurford | BK DIP Lien Investigation | Review regarding lien investigation and correspondence Debtors' counsel regarding same. | 0.5 | 565.00 | 282.50 |
| 01/04/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing orders entered on Epiq, RPA, and YCS&T. | 0.1 | 565.00 | 56.50 |
| 01/04/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing draft correspondence from G. Angelich regarding settlement communication. | 0.1 | 565.00 | 56.50 |
| 01/04/2023 | M. | BK DIP Lien | Review key lien documents and send summary of | 3.9 | 525.00 | 2,047.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Augustine | Investigation | preliminary research and further questions for YCST and lender | | | |
| 01/05/2023 | M. Hurford | BK DIP Lien Investigation | Working on DIP and pre-petition lien investigation. | 3.2 | 565.00 | 1,808.00 |
| 01/05/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing (canceled); correspondence to and from George Angelich regarding same. | 0.2 | 565.00 | 113.00 |
| 01/05/2023 | M. Hurford | BK DIP/Cash Collateral | Reviewing final DIP order. | 0.1 | 565.00 | 56.50 |
| 01/05/2023 | M. Augustine | BK DIP Lien Investigation | Attn to obtain further lien review due diligence documents and reviewing same. | 2.9 | 525.00 | 1,522.50 |
| 01/06/2023 | M. Hurford | BK DIP Lien Investigation | Working on DIP and pre-petition lien investigation. | 2.2 | 565.00 | 1,243.00 |
| 01/06/2023 | M. Augustine | BK DIP Lien Investigation | Draft lien review memo | 8.0 | 525.00 | 4,200.00 |
| 01/09/2023 | M. Hurford | BK Case Administration | Attending 341 meeting. | 0.9 | 565.00 | 508.50 |
| 01/09/2023 | M. Hurford | BK Case Administration | Review and prepare for 341 meeting. | 1.2 | 565.00 | 678.00 |
| 01/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding Committee professional retention applications; research and review and respond to same. | 0.4 | 565.00 | 226.00 |
| 01/09/2023 | M. Hurford | BK Case Administration | Reviewing regarding 341 meeting; correspondence to and from George Angelich regarding same. | 0.2 | 565.00 | 113.00 |
| 01/09/2023 | M. Hurford | BK DIP Lien Investigation | Working on DIP and pre-petition lien investigation. | 1.6 | 565.00 | 904.00 |
| 01/10/2023 | M. Hurford | BK DIP Lien Investigation | Discussion with MA and TK regarding lien review and draft memorandum regarding same. | 1.8 | 565.00 | 1,017.00 |
| 01/10/2023 | M. Hurford | BK Creditor Communications | Various correspondence regarding Committee call. | 0.2 | 565.00 | 113.00 |
| 01/10/2023 | M. Hurford | BK Asset Disposition | Reviewing objection to asset sale of various vineyards. | 0.3 | 565.00 | 169.50 |
| 01/10/2023 | M. Hurford | BK Asset Disposition | Reviewing notice of successful bidder. | 0.1 | 565.00 | 56.50 |
| 01/10/2023 | M. Hurford | BK Case Administration | Drafting correspondence to G. Angelich regarding report on 341 Meeting. | 1.3 | 565.00 | 734.50 |
| 01/10/2023 | M. Hurford | BK DIP Lien Investigation | Reviewing DIP Lien memorandum. | 1.6 | 565.00 | 904.00 |
| 01/10/2023 | M. Hurford | BK Case Administration | Reviewing question from G. Angelich regarding claims and schedules; research and review regarding same; drafting correspondence to G. Angelich regarding same. | 0.4 | 565.00 | 226.00 |
| 01/10/2023 | M. Augustine | BK DIP Lien Investigation | Attn to lien evaluation and memo. | 2.0 | 525.00 | 1,050.00 |
| 01/10/2023 | M. Augustine | BK DIP Lien Investigation | Revise and finalize lien review memo. Circulate internally for comment. | 1.2 | 525.00 | 630.00 |
| 01/10/2023 | T. Kovach | BK DIP Lien | Attention to lien review process | 1.4 | 565.00 | 791.00 |

| | | | Investigation | | | |
|---|---|---|---|---|---|---|
| 01/10/2023 | T. Kovach | BK DIP Lien Investigation | Review lien materials | 2.6 | 565.00 | 1,469.00 |
| 01/10/2023 | T. Kovach | BK DIP Lien Investigation | Revise lien review memo | 3.2 | 565.00 | 1,808.00 |
| 01/11/2023 | A. Saccullo | BK Asset Disposition | Review objection to sale motion. | 2.6 | 605.00 | 1,573.00 |
| 01/11/2023 | M. Hurford | BK Retention/Fee Applications | Begin drafting AMSL retention application. | 1.1 | 565.00 | 621.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Reviewing pro hac motion for counsel to Summerland and notice of appearance. | 0.1 | 565.00 | 56.50 |
| 01/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing limited objection of Project Crush to Canaccord's retention application. | 0.2 | 565.00 | 113.00 |
| 01/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing limited objection of UST to Canaccord's retention application. | 0.3 | 565.00 | 169.50 |
| 01/11/2023 | M. Hurford | BK Asset Disposition | Reviewing notice of possible assumption and assignment | 0.1 | 565.00 | 56.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Drafting four notices of service for four notices of deposition (two of debtors, one of Canaccord and one of project crush). | 0.5 | 565.00 | 282.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Multiple correspondence with Parcels regarding filing and service of three notices of service of discovery. | 0.3 | 565.00 | 169.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Reviewing and revising deposition notices for Debtors, Canaccord and project crush | 0.5 | 565.00 | 282.50 |
| 01/11/2023 | M. Hurford | BK Asset Disposition | Reviewing and revising draft sale objection and Canaccord retention application and reviewing revisions thereto. | 2.8 | 565.00 | 1,582.00 |
| 01/11/2023 | M. Augustine | BK DIP Lien Investigation | Review amended schedules | 0.1 | 525.00 | 52.50 |
| 01/11/2023 | M. Augustine | BK Litigation | Call with MH regarding depositions to be noticed. | 0.6 | 525.00 | 315.00 |
| 01/12/2023 | A. Saccullo | BK Asset Disposition | Call with co-counsel regarding issues with the sale process and objection to sale. | 1.0 | 605.00 | 605.00 |
| 01/12/2023 | A. Saccullo | BK Creditor Communications | Prepare for and participate in committee call. | 0.6 | 605.00 | 363.00 |
| 01/12/2023 | A. Saccullo | BK Retention/Fee Apps--other firms | Review Bank of California objection to Cannacord fee app | 0.2 | 605.00 | 121.00 |
| 01/12/2023 | A. Saccullo | BK Asset Disposition | Review sale objection filed by multiple venders (one objection) | 0.4 | 605.00 | 242.00 |
| 01/12/2023 | A. Saccullo | BK Asset Disposition | Review Oracle sale objection | 0.3 | 605.00 | 181.50 |
| 01/12/2023 | A. Saccullo | BK Retention/Fee Apps--other firms | Review stalking horse objection to CH retention terms | 0.1 | 605.00 | 60.50 |
| 01/12/2023 | A. Saccullo | BK Litigation | Work on litigation and deposition issues and attention to witnesses who will testify concerning the sale approval | 1.1 | 605.00 | 665.50 |

| 01/12/2023 | M. Hurford | BK Asset Disposition | Reviewing limited objection and reservation of rights of Summerland Wine Brands. | 0.2 | 565.00 | 113.00 |
|---|---|---|---|---|---|---|
| 01/12/2023 | M. Hurford | BK Litigation | Correspondence with J. Kesselman regarding Project Crush and counsel thereto regarding deposition, meet and confer. | 0.4 | 565.00 | 226.00 |
| 01/12/2023 | M. Hurford | BK Creditor Communications | Reviewing various correspondence from GA to Committee regarding status. | 0.2 | 565.00 | 113.00 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Review regarding hearing dates in case; correspondence with Debtors' counsel regarding same. | 0.3 | 565.00 | 169.50 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Applications | Continue drafting AMSL retention application and documents attached thereto. | 1.8 | 565.00 | 1,017.00 |
| 01/12/2023 | M. Hurford | BK Asset Disposition | Correspondence with lead counsel at ArentFox Schiff and counsel at YCS&T regarding sale issues and path forward. | 0.5 | 565.00 | 282.50 |
| 01/12/2023 | M. Hurford | BK Asset Disposition | Correspondence with lead counsel at ArentFox Schiff and counsel at YCS&T regarding settlement and term sheet issues. | 0.5 | 565.00 | 282.50 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding retention application for AFS and brief review of same. | 0.3 | 565.00 | 169.50 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft retention application of CohnReznick | 1.2 | 565.00 | 678.00 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting correspondence to CohnReznick regarding proposed revisions to retention application with explanations. | 0.7 | 565.00 | 395.50 |
| 01/12/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing waterfall from M. Lunn. | 0.4 | 565.00 | 226.00 |
| 01/12/2023 | M. Hurford | BK Asset Disposition | Various correspondence with lead counsel regarding Project Crush deposition and preparations. | 0.4 | 565.00 | 226.00 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Committee members regarding retention applications and work to be completed, explanations. | 0.3 | 565.00 | 169.50 |
| 01/12/2023 | M. Hurford | BK Litigation | Preparing for deposition of Debtor representative regarding sale hearing | 1.2 | 565.00 | 678.00 |
| 01/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Preparing for deposition of Canaccord representative regarding retention application. | 1.5 | 565.00 | 847.50 |
| 01/12/2023 | M. Hurford | BK Creditor Communications | Committee conference call. | 0.5 | 565.00 | 282.50 |
| 01/12/2023 | M. Hurford | BK Asset Disposition | Telephone discussion with AMS regarding asset sale, case status and retention application | 0.2 | 565.00 | 113.00 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Conference call with counsel for Project Crush regarding sale issues and meet and confer on discovery. | 1.3 | 565.00 | 734.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Conference call with counsel to Debtors regarding sale issues and witnesses. | 0.5 | 565.00 | 282.50 |
| 01/13/2023 | M. Hurford | BK Asset | Telephone discussion with Justin Kesselman | 0.3 | 565.00 | 169.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Disposition | regarding pending sale and case issues. | | | |
| 01/13/2023 | M. Hurford | BK DIP Lien Investigation | Telephone discussion with M. Augustine regarding lien review and sale issues. | 0.5 | 565.00 | 282.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Reviewing correspondence from Debtors' counsel to Chambers regarding sale hearing and status. | 0.1 | 565.00 | 56.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Reviewing correspondence from J. Kesselman regarding draft interrogatories (.1); reviewing same (.7); correspondence to Justin regarding same (.1) | 0.9 | 565.00 | 508.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Drafting two notices of deposition in anticipation of sale hearing and Canaccord retention application. | 0.5 | 565.00 | 282.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Various correspondence with lead counsel regarding depositions to be held. | 0.3 | 565.00 | 169.50 |
| 01/13/2023 | M. Hurford | BK Asset Disposition | Preparing for sale hearing. | 3.2 | 565.00 | 1,808.00 |
| 01/13/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing, revising and finalizing for filing and service the AMSL retention application. | 0.6 | 565.00 | 339.00 |
| 01/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing, revising and finalizing for filing and service the CohnReznick retention application. | 0.9 | 565.00 | 508.50 |
| 01/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing, revising and finalizing for filing and service the ArentFox Schiff retention application. | 0.6 | 565.00 | 339.00 |
| 01/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence with Committee member and lead counsel regarding final retention applications; questions and signatures for same. | 0.5 | 565.00 | 282.50 |
| 01/13/2023 | M. Augustine | BK Litigation | Call with Mark about deposition coverage | 0.5 | 525.00 | 262.50 |
| 01/14/2023 | M. Hurford | BK Asset Disposition | Reviewing and revising draft interrogatories directed to Project Crush. | 0.8 | 565.00 | 452.00 |
| 01/14/2023 | M. Hurford | BK Asset Disposition | Various correspondence to and from lead counsel regarding interrogatories. | 0.5 | 565.00 | 282.50 |
| 01/14/2023 | M. Hurford | BK Asset Disposition | Correspondence serving interrogatories directed to Project Crush | 0.2 | 565.00 | 113.00 |
| 01/14/2023 | M. Hurford | BK Asset Disposition | Correspondence with lead counsel regarding deposition notices for Brault and Pleines. | 0.5 | 565.00 | 282.50 |
| 01/14/2023 | M. Hurford | BK Litigation | Correspondence and preparations for depositions of Brault and Pleines. | 0.5 | 565.00 | 282.50 |
| 01/15/2023 | M. Hurford | BK DIP Lien Investigation | Reviewing and revising Lien Review memo (1.0); correspondence with Meg regarding same (.1) and correspondence with G. Angelich and other lead counsel regarding same (.1) | 1.2 | 565.00 | 678.00 |
| 01/15/2023 | M. Hurford | BK Creditor Communications | Reviewing various correspondence with Committee regarding term sheet. | 0.5 | 565.00 | 282.50 |
| 01/15/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing various correspondence with lead counsel and other counsel regarding term sheet (0.5); reviewing revisions thereto (.7) | 1.2 | 565.00 | 678.00 |
| 01/15/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Preparing for hearing on Canaccord retention application and related communications | 1.4 | 565.00 | 791.00 |
| 01/15/2023 | M. Hurford | BK Asset Disposition | Drafting Amended notices of deposition of Debtor witnesses and correspondence regarding same | 0.4 | 565.00 | 226.00 |

| 01/15/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting Amended notice of deposition of Canaccord witness and correspondence regarding same | 0.4 | 565.00 | 226.00 |
| 01/15/2023 | M. Hurford | BK Asset Disposition | Preparing for hearing on sale motion. | 0.8 | 565.00 | 452.00 |
| 01/15/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Preparing for hearing on Canaccord retention application. | 0.7 | 565.00 | 395.50 |
| 01/15/2023 | M. Augustine | BK DIP Lien Investigation | Email exchange with Mark about lien analysis and proposed settlement. | 0.3 | 525.00 | 157.50 |
| 01/16/2023 | M. Hurford | BK Litigation | Attending deposition of Canaccord Witness M. Ley | 2.4 | 565.00 | 1,356.00 |
| 01/16/2023 | M. Hurford | BK Litigation | Preparing for deposition of M. Ley | 1.8 | 565.00 | 1,017.00 |
| 01/16/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting Motion to file under seal regarding potential exhibits to be used for objection to Canaccord retention. | 2.8 | 565.00 | 1,582.00 |
| 01/16/2023 | M. Hurford | BK Asset Disposition | Preparing for hearing on Sale Motion and issues related thereto. | 3.7 | 565.00 | 2,090.50 |
| 01/16/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Preparing for hearing on Canaccord Retention Application and objection thereto | 4.3 | 565.00 | 2,429.50 |
| 01/16/2023 | M. Augustine | BK Litigation | Coordinate with Mark regarding depositions and preparation for sale hearing. | 0.5 | 525.00 | 262.50 |
| 01/17/2023 | M. Hurford | BK Litigation | Preparing for hearing, including meeting with lead counsel. | 6.5 | 565.00 | 3,672.50 |
| 01/17/2023 | M. Hurford | BK Litigation | Attending court hearing. | 3.0 | 565.00 | 1,695.00 |
| 01/18/2023 | M. Hurford | BK Case Administration | Reviewing First Amended notice of Appointment of Committee. | 0.1 | 565.00 | 56.50 |
| 01/18/2023 | M. Hurford | BK Plan & Disclosure Statement | Review regarding term sheet and revisions thereto. | 0.6 | 565.00 | 339.00 |
| 01/18/2023 | M. Hurford | BK Asset Disposition | Review regarding proposed sale order and revisions thereto. | 0.8 | 565.00 | 452.00 |
| 01/18/2023 | M. Hurford | BK Asset Disposition | Review regarding TSA and revisions thereto. | 0.8 | 565.00 | 452.00 |
| 01/19/2023 | M. Hurford | BK Plan & Disclosure Statement | Research and review regarding requested information and background regarding settlement terms and work to be completed (2.6); telephone call with AMS regarding same (.2); discussion with Meg Augustine regarding same (.5). | 3.3 | 565.00 | 1,864.50 |
| 01/19/2023 | M. Augustine | BK Retention/Fee Applications | Attn to fee estimates requested post-sale | 0.9 | 525.00 | 472.50 |
| 01/20/2023 | M. Hurford | BK Creditor Communications | Reviewing detailed correspondence from J. Kesselman to Committee regarding report to committee. | 0.2 | 565.00 | 113.00 |
| 01/23/2023 | M. Hurford | BK Litigation | Correspondence regarding sale and related litigation; correspondence regarding depositions and review regarding same. | 0.3 | 565.00 | 169.50 |
| 01/25/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Kesselman regarding Committee call and response to same. | 0.1 | 565.00 | 56.50 |
| 01/26/2023 | M. Hurford | BK Creditor | Reviewing correspondence from J. Kesselman | 0.2 | 565.00 | 113.00 |

| | | Communications | regarding information to Committee with attachments. | | | |
|---|---|---|---|---|---|---|
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing service list and correspondence to Parcels regarding documents to be served. | 0.1 | 565.00 | 56.50 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting correspondence to AFS and CR teams regarding objection deadlines for retention applications; reviewing responses to same. | 0.3 | 565.00 | 169.50 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for ArentFox Schiff retention application. | 0.3 | 565.00 | 169.50 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for CohnReznick retention application. | 0.3 | 565.00 | 169.50 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Applications | Drafting CNO for AMSL retention application. | 0.2 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to AFS and CohnReznick teams regarding draft CNO's. | 0.2 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Multiple correspondence with G. Angelich regarding draft CNO for ArentFox Schiff retention application. | 0.2 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence (x6) with Parcels regarding filing and service of three CNO's for retention applications. | 0.2 | 565.00 | 113.00 |
| 01/31/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing Debtors' Second Rejection Motion for certain Executory Contracts. | 0.3 | 565.00 | 169.50 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence for G. Angelich regarding Committee fees and applications. | 0.1 | 565.00 | 56.50 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing draft Affidavit of service from Parcel's for service of three CNO's and response to same. | 0.2 | 565.00 | 113.00 |
| | | Subtotal: Billable Time | | | | 71,698.50 |
| | | Billable Expenses | | | | |
| 01/11/2023 | | | Three E-filing fees to Bankruptcy Court at $15 per each | | | 45.00 |
| 01/11/2023 | | | 12 copies at $10 per each | | | 1.20 |
| 01/11/2023 | | | Three USPS Postage at $1.44 each | | | 4.32 |
| 01/13/2023 | | | Three E-filing fees DI #22-11238-0173 to 0175 at $15 per each | | | 45.00 |
| 01/13/2023 | | | 156 bankruptcy service copies at $.10 per page | | | 15.60 |
| 01/13/2023 | | | Three USPS postage at $4.08 each | | | 12.24 |
| 01/16/2023 | | | 2,224 pages at $.10 per page | | | 222.40 |
| | | Subtotal: | | | | 345.76 |

BALANCE DUE                                        **$72,044.26**