# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 230-231** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2023, I caused to be served the:

   a. "First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period From November 30, 2022 Through January 31, 2023," dated February 9, 2023 [Docket No. 230], and

   b. "Second Monthly Fee Application of RPA Asset Management Services, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors-in-Possession for the Period From January 1, 2023 Through January 31, 2023," dated February 9, 2023 [Docket No. 231],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
10th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL LLC | ATTN: MARK HURFORD ESQ. 27 CRIMSON KING DRIVE BEAR DE 19701 |
| ARENTFOX SCHIFF LLP | COUNSEL TO THE COMMITTEE; ATTN: G. ANG- ELICH ESQ., J.A. KESSELMAN, J.E. BRITTON ESQ.; 800 BOYLSTON ST., 32ND FLR BOSTON MA 02199 |
| COOLEY LLP | COUNSEL TO DIP LENDER ATTN: JOSEPH BROWN ESQ. 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP; COUNSEL TO DIP LENDER | ATTN: ERIC E. WALKER 110 N. WACKER DR., STE. 4200 CHICAGO IL 60606 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CO-COUNSEL TO DIP LENDER; ATTN: C.S. MILLER ESQ., D.C. ABBOTT ESQ. P.O. BOX 1347 WILMINGTON DE 19899 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO BANC OF CALIFORNIA; ATTN: R.- M PACHULSKI ESQ., & M.B. LITVAK ESQ.; 10100 SANTA MONICA BLVD., 13TH FLR LOS ANGELES CA 90067 |
| U.S. TRUSTEE | ATTN: JANE LEAMY ESQ. 844 KING ST., SUITE 2207 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | COUNSEL TO DEBTORS ATTN: M.B. LUNN ESQ. & A. MIELKE ESQ. 1000 N. KING ST. WILMINGTON DE 19801 |

**Total Creditor count  8**