**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al*.,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 232** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF OHIO      )
                        ) ss.:
COUNTY OF FRANKLIN  )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2023, I caused to be served the "First Monthly and Final Application of Canaccord Genuity LLC, as Investment Banker for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From November 30, 2022 Through January 23, 2023," dated February 9, 2023 [Docket No. 232], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
10th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

Winc, Inc.

## Service List

| Claimant | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON, DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |

**Total Creditor count: 3**

WINC, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL LLC | ATTN: MARK HURFORD ESQ. 27 CRIMSON KING DRIVE BEAR DE 19701 |
| ARENTFOX SCHIFF LLP | COUNSEL TO THE COMMITTEE; ATTN: G. ANG- ELICH ESQ., J.A. KESSELMAN, J.E. BRITTON ESQ.; 800 BOYLSTON ST., 32ND FLR BOSTON MA 02199 |
| COOLEY LLP | COUNSEL TO DIP LENDER ATTN: JOSEPH BROWN ESQ. 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP; COUNSEL TO DIP LENDER | ATTN: ERIC E. WALKER 110 N. WACKER DR., STE. 4200 CHICAGO IL 60606 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CO-COUNSEL TO DIP LENDER; ATTN: C.S. MILLER ESQ., D.C. ABBOTT ESQ. P.O. BOX 1347 WILMINGTON DE 19899 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO BANC OF CALIFORNIA; ATTN: R.- M PACHULSKI ESQ., & M.B. LITVAK ESQ.; 10100 SANTA MONICA BLVD., 13TH FLR LOS ANGELES CA 90067 |
| U.S. TRUSTEE | ATTN: JANE LEAMY ESQ. 844 KING ST., SUITE 2207 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | COUNSEL TO DEBTORS ATTN: M.B. LUNN ESQ. & A. MIELKE ESQ. 1000 N. KING ST. WILMINGTON DE 19801 |

**Total Creditor count  8**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail Service - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | laura.taveras@akerman.com; eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| THE BIFFERATO FRIM, P.A. | cbifferato@tbf.legal |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| MARC LESSER | kota91302@yahoo.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| PAUL HASTINGS LLP | justinrawlins@paulhastings.com; coleharlan@paulhastings.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |