IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>              Debtor. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

      Michael W. Lewis being duly sworn according to law, deposes and says that he is an employee of Parcels, Inc., and that on or before February 15, 2023, he caused a copy of the following documents to be served by First Class Mail on the service list attached hereto as Exhibit A:

- **First Monthly Application₂ of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 20, 2022 through December 31, 2022 [D.I. 239]**

- **Second Monthly Application₂ of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from January 1, 2023 through January 31, 2023 [D.I. 240]**

- **Amended Notice of First Monthly Application of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 20, 2022 through December 31, 2022 [D.I. 241]**

- **First Monthly Application of ArentFox Schiff LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 15, 2022 through December 31, 2022 [D.I. 242]**

- **Second Monthly Application of ArentFox Schiff LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from January 1, 2023 through January 30, 2023 [D.I. 243]**

- **First Monthly Application of A.M. Saccullo Legal, LLC for Allowance of Compensation and Reimbursement of Expenses with respect to Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the period December 15, 2022 through December 31, 2022 [D.I. 244]**

- **Second Monthly Application of A.M. Saccullo Legal, LLC for Allowance of Compensation and Reimbursement of Expenses with respect to Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the period January 1, 2023 through January 31, 2023 [D.I. 245]**

_____
Michael W. Lewis

SWORN TO AND SUBSCRIBED before me this 16th day of February, 2023

_____
NOTARY PUBLIC

[Notary Seal: LILLY ELISEVYK, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES APRIL 8, 2023]