# EXHIBIT A

Young Conaway Stargatt & Taylor, LLP
Attn: Matthew B. Lunn, Esq. and
Allison S. Mielke, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Office of the U.S. Trustee
Attn: Jane Leamy, Esq.
844 King Street
Suite 2207
Wilmington, Delaware, 19801

ArentFox Schiff LLP
Attn: George P. Angelich, Esq.,
Justin A. Kesselman, Esq.,
and James E. Britton, Esq.
800 Boylston Street, 32nd Floor
Boston, MA 02199

A.M. Saccullo Legal LLC
Attn: Mark Hurford, Esq.
27 Crimson King Drive
Bear, Delaware 19701

Cooley LLP
Attn: Eric E. Walker, Esq.
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606

Cooley LLP
Attn: Joseph Brown, Esq.
55 Hudson Yards
New York, New York 10001

Morris, Nichols, Arsht & Tunnell LLP
Attn: Curtis S. Miller, Esq. and
Derek C. Abbott, Esq.
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Pachulski Stang Ziehl & Jones LLP
Attn: Richard M. Pachulski, Esq. and
Maxim B. Litvak, Esq.
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067