# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 23, 2023 AT 2:00 P.M. (ET)

**THE HEARING WILL BE CONDUCTED IN-PERSON. ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS. PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN FEBRUARY 23, 2023 AT 8:00 A.M. (ET).**

**https://debuscourts.zoomgov.com/meeting/register/vJItciqqTgvGBQT6HtKrlpWU3sFMrY5kbw**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## RESOLVED MATTERS

1. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as its Co-Counsel, Effective as of December 15, 2022 [D.I. 173; 1/13/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 216; 1/30/23]

    b) Order Approving the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as its Co-Counsel, Effective as of December 15, 2022 [D.I. 234; 2/10/23]

    Objection Deadline:    January 27, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30121285.1

Objections/Informal Responses:    None.

Status:    An order has been entered. A hearing is unnecessary.

2. Application for an Order Authorizing the Retention and Employment of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 20, 2022 [D.I. 174; 1/13/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 215; 1/30/23]

    b) Order Pursuant to §§ 328 and 1103 of the Bankruptcy Code and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Committee of Unsecured Creditors *Nunc Pro Tunc*, Effective December 20, 2022 [D.I. 233; 2/10/23]

    Objection Deadline:    January 27, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered. A hearing is unnecessary.

3. Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 15, 2022 [D.I. 175; 1/13/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 214; 1/30/23]

    b) Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 15, 2022 [D.I. 229; 2/10/23]

    Objection Deadline:    January 27, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered. A hearing is unnecessary.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

4. Debtors' Second Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts, Effective as of the Rejection Date [D.I. 219; 1/31/23]

   Related Pleadings:

   a) Certificate of No Objection [D.I. 249; 2/15/23]

   Objection Deadline: February 14, 2023 at 4:00 p.m. (ET)

   Objections/Informal Responses: None.

   Status: A certificate of no objection has been filed. A hearing is necessary only if the Court has questions or concerns.

5. Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form, Timing, and Manner of Notice Thereof [D.I. 223; 2/3/23]

   Related Pleadings:

   a) Certificate of No Objection [D.I. 252; 2/21/23]

   Objection Deadline: February 17, 2023 at 4:00 p.m. (ET)

   Objections/Informal Responses: None.

   Status: A certificate of no objection has been filed. A hearing is necessary only if the Court has questions or concerns.

*[Signature page follows]*

30121285.1

4

| | |
|---|---|
| Dated: February 21, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>    mlunn@ycst.com<br>    amielke@ycst.com<br>    jbrooks@ycst.com<br>    sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |