IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 219** |

### ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon consideration of the *Debtors' Second Omnibus Motion for Order Authorizing Rejection of Executory Contracts Effective as of the Rejection Date* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having found that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

30069356.2

determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Rejected Contracts listed on **Schedule 1** hereto are hereby rejected, effective as of January 31, 2023.

3. Nothing herein shall prejudice the rights of the Debtors to assert that any of the Rejected Contracts were terminated prior to the Rejection Date, or that any claim for damages arising from the rejection of any of the Rejected Contracts are limited to the remedies available under any applicable termination provision of such lease or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with any of the Rejected Agreements. Further, nothing herein shall prejudice any party's rights to assert that any of the Rejected Contracts are not, in fact, executory contracts under Bankruptcy Code section 365.

4. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease or contract pursuant to section 365 of the Bankruptcy Code, and all such rights are reserved.

5. To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

30069356.2

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 21st, 2023**
**Wilmington, Delaware**

*[signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

30069356.2