## SCHEDULE 1

**Rejected Contracts[1]**

---

[1] For the avoidance of doubt, the executory contracts to be rejected includes any and all addendums, amendments, modifications, schedules, and supplements related to the Rejected Contracts identified herein.

| | Counterparty | Contract Description | Rejection Effective Date |
|---|---|---|---|
| 1 | 15 ANGLES II LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 2 | 15 ANGLES II LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 3 | 500 STARTUPS IP<br>4163 HUBBARTT DRIVE<br>PALO ALTO, CA 94306 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 4 | AMBROSI, LOLA L.<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 5 | AMPLIFY LA CAPITAL II LLC<br>1600 MAIN ST<br>VENICE, CA 90401 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 6 | AMPLIFY LA OPPORTUNITY FUND LP<br>1600 MAIN ST<br>VENICE, CA 90401 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 7 | ASCENTIS CORPORATION<br>11995 SINGLETREE LANE, SUITE 400<br>EDEN PRAIRIE, MN 55344 | MASTER SERVICES AGREEMENT DTD 9/24/2019 | January 31, 2023 |
| 8 | ASCENTIS CORPORATION<br>11995 SINGLETREE LANE, SUITE 400<br>EDEN PRAIRIE, MN 55344 | ORDER FORM DTD 6/12/2020 RE: MSA | January 31, 2023 |
| 9 | AT&T WIRELESS<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | PHONE INVOICE #28726790269X11102022 DTD 11/02/2022 | January 31, 2023 |
| 10 | ATTICUS PUBLISHING LLC<br>F/S/O DUNCAN PENN<br>ATTN SPENCER ROEHRE<br>4141 CLENCOE AVE, UNIT 209<br>MARINA DEL REY, CA 90292 | COLLABORATION AGREEMENT DTD 2/1/2019 | January 31, 2023 |
| 11 | BAHRI, LINA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |

| # | Name/Address | Agreement | Date |
|---|---|---|---|
| 12 | BECK, LAUREN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/31/2016 | January 31, 2023 |
| 13 | BELL, LISA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/10/2021 | January 31, 2023 |
| 14 | BEN VAN DE BUNT & LAURA FOX LIV TRUST<br>518 GEORGINA AVENUE<br>SANTA MONICA, CA 90402 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 15 | BENCEL, AUDREY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/28/2021 | January 31, 2023 |
| 16 | BERESFORD, HEATHER<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 17 | BESSEMER VENTURE PARTNERS VIII INSTITUTIONAL LP<br>C/O BESSEMER VENTURES<br>535 MIDDLEFIELD RD, STE 245<br>MENLO PARK, CA 94025 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 18 | BESSEMER VENTURE PARTNERS VIII INSTITUTIONAL LP<br>C/O BESSEMER VENTURES<br>535 MIDDLEFIELD RD, STE 245<br>MENLO PARK, CA 94025 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 19 | BISETTI, VANESSA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2021 | January 31, 2023 |
| 20 | BOSHART, HARVEY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 21 | BRAULT, CAROL<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/7/2018 | January 31, 2023 |
| 22 | BRENER INTERNATIONAL GROUP LLC<br>421 N BEVERLY DR<br>BEVERLY HILLS, CA 90210 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 23 | BURNS, BRANDON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/2/2022 | January 31, 2023 |
| 24 | BURNS, BRANDON<br>[ADDRESS AVAILABLE UPON REQUEST] | INTELLECTUAL PROPERTY ASSIGNMENT & CONFIDENTIAL INFORMATION AGREEMENT DTD 2/7/2022 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 25 | C2 CLUB W HOLDINGS LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 26 | C2 CLUB W HOLDINGS LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 27 | C2 CLUB W SPV LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 28 | C2 CLUB W SPV LLC<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 29 | CACTUS MEDIA<br>176 N. OLD WOODWARD<br>BIRMINGHAM, MI 48009 | MAIN ONLINE WINESALE INVOICE | January 31, 2023 |
| 30 | CAMBERG, JULIE TERRIANN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/31/2015 | January 31, 2023 |
| 31 | CENTRAL VALLEY ADMINISTRATORS INC<br>3115 OCEAN FRONT WALK SUITE 301<br>MARINA DEL RAY, CA 90292 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 32 | CESTONE, VINCENT, II<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 33 | CFT CLEAR FINANCE TECHNOLOGY CORP<br>2810 N CHURCH ST #68100<br>WILMINGTON, DE 19802-4447 | DTC REVENUE SHARING AGREEMENT (ADVANCE #21538) DTD 5/30/2022 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 34 | CITY NATIONAL BANK<br>ATTN GLORIA A GUTERREZ<br>555 S FLOWER, 12TH FL<br>LOS ANGELES, CA 90071 | ESCROW AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 35 | CLARK, TARA<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 36 | CLARK, TARA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/15/2021 | January 31, 2023 |
| 37 | COLON, JEANKARLO<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/27/2019 | January 31, 2023 |
| 38 | COMEX CONSULTING, S.L.<br>ATTN: EDWARD FIELD<br>PLAZA CASTELLINI, 9-1 IZ<br>CARTEGENA 20301<br>SPAIN<br>-AND-<br>C/O JAMES F. MCCAULEY<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | CONSULTING AGREEMENT DATED AS OF May 12, 2021 | January 31, 2023 |
| 39 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | STATEMENT OF WORK DTD 12/1/2022 RE: MASTER CONSULTING AGMT | January 31, 2023 |
| 40 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | MASTER SERVICES AGREEMENT DTD 7/16/2021 | January 31, 2023 |
| 41 | COMPINTELLIGENCE INC.<br>ATTN PRESIDENT<br>56 DRIFTWAY LN<br>NEW CANAAN, CT 06840 | STATEMENT OF WORK #1 DTD 7/16/2021 RE: MSA DTD 7/16/2021 | January 31, 2023 |
| 42 | CONCUR TECHNOLOGIES INC.<br>601 108TH AVENUE NE SUITE 1000<br>BELLEVUE, WA 98004 | ORDER FORM DTD 12/18/2021 | January 31, 2023 |

4

| # | Name/Address | Description | Date |
|---|---|---|---|
| 43 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 44 | CROSSCUT VENTURES 2 LP<br>C/O CROSSCUT VENTURES<br>ATTN RICK L SMITH<br>373 ROSE AVE<br>VENICE, CA 90291 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 45 | CSABA & JUDY KONKOLY FAMILY TRUST | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 46 | DANIEL GALBREATH NICHOLS REV TR<br>4500 CHERRY CREEK DRIVE SOUTH<br>SUITE 625<br>DENVER, CO 80246 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 47 | DATZ, NICOLE<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 48 | DATZ, NICOLE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/19/2022 | January 31, 2023 |
| 49 | DAUGHERTY, ROBERT<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/13/2017 | January 31, 2023 |
| 50 | DEMING, TORI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/6/2017 | January 31, 2023 |
| 51 | DIVIRGILIO, PAUL JOSEPH<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2016 | January 31, 2023 |
| 52 | DOLLARHYDE, GREG<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 53 | DOLWANI, JAI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 54 | DOROTHY A NICHOLS TRUST DTD 6/29/2012 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 55 | DREAM CATCHER INVESTMENTS LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 56 | DREAM CATCHER INVESTMENTS SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 57 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 58 | DREAMER PATHWAY LTD (BVI) SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 59 | DRESSELHAUS VENTURES 2 GMBH NOVALISSTR. 12 BERLIN 10115 GERMANY | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 60 | DUKES, DANTENEA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION | January 31, 2023 |
| 61 | E*TRADE FINANCIAL CORP SERVICES INC ATTN PRESIDENT 3 EDISON DR ALPHARETTA, GA 30005 | AMENDMENT #1 TO EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 8/19/2021 | January 31, 2023 |

6

| | | | |
|---|---|---|---|
| 62 | E*TRADE FINANCIAL CORP SERVICES INC<br>ATTN PRESIDENT<br>3 EDISON DR<br>ALPHARETTA, GA 30005 | EQUITY EDGE ONLINE FOR PARTIALLY OUTSOURCED PRIVATE CLIENTS AGREEMENT DTD 5/17/2021 | January 31, 2023 |
| 63 | EDDY, JONATHAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/23/2021 | January 31, 2023 |
| 64 | ELIAS, DERON, JR<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/19/2021 | January 31, 2023 |
| 65 | ELLS, VALERIE<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 66 | ERIC & LAURA LAMISON FAMILY TRUST<br>ATTN ERIC LAMISON, TTEE<br>516 DALEWOOD DR<br>ORINDA, CA 94563 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 67 | ESPARZA, IRMA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/18/2016 | January 31, 2023 |
| 68 | ESSIN, WILL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 69 | FIELD, EDWARD<br>C/O JAMES F. MCCAULEY, ESQ.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | PERSONAL GOODWILL PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 70 | FIORINO, ALLIE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | January 31, 2023 |
| 71 | FLORES, FAITH<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 72 | FREY, LEONA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/12/2019 | January 31, 2023 |
| 73 | GENESEN, TRACY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 74 | GOBLUE VENTURES LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| # | Name/Address | Agreement | Date |
|---|---|---|---|
| 75 | GOBLUE VENTURES LLC<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 76 | GOLDENBERG, ADAM<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 77 | GRACE, MADISON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/20/2020 | January 31, 2023 |
| 78 | GRAVES, GREGORY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 79 | GREGG & AMY BOGOST JOINT REV TR<br>ATTN GREGG BOGOST, TTEE<br>6203 S HIGHLANDS AVE<br>MADISON, WI 53705 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 80 | GRIMES, DENNIS C<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/15/2021 | January 31, 2023 |
| 81 | GUILD CAPITAL - CLUB W LLC<br>444 N MICHIGAN AVE, STE 650<br>CHICAGO, IL 60611-3933 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 82 | H. BARTON CO-INVEST FUND LLC<br>C/O INCORPORATING SERVICES LTD<br>3500 S DUPONT HWY<br>DOVER, DE 19901 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 83 | HERNANDEZ, XOCHITL<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 4/9/2020 | January 31, 2023 |
| 84 | HODGE, PAUL W<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 85 | HOFFMAN, SHEP<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 86 | HOLLERBACH, MARCEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 87 | INCHAUSTE, ANGELLI<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/14/2021 | January 31, 2023 |
| 88 | JACKSON, ELIZABETH<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/24/2020 | January 31, 2023 |
| 89 | JAMES J & ERICA S FRANK (JTWROS)<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| # | Name/Address | Description | Date |
|---|---|---|---|
| 90 | JAMES J TIAMPO MONEY PURCHASE PLAN & TR (KEOGH)<br>ATTN: JAMES J TIAMPO, TTEE<br>PO BOX 2430<br>BLAINE, WA 98231-2430 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 91 | JAN VENTURES LLC<br>ATTN: ANDREW NIGRELLI<br>262 WINTER ST.<br>WESTON, MA 02493 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 92 | JENSON, PAUL<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/29/2016 | January 31, 2023 |
| 93 | JONES, VONETTA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/10/2016 | January 31, 2023 |
| 94 | JORDAN, JAMES BUCKLEY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 95 | JOSH SPEAR LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 96 | KEATING, KATHERINE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/8/2021 | January 31, 2023 |
| 97 | KENNEDY, SCOTT<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/19/2022 | January 31, 2023 |
| 98 | KESTREL FLIGHT FUND LLC<br>ATTN ALBERT HANSER, MANAGING PARTNER<br>149 MEADOWBROOK RD<br>WESTON, MA 02493 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 99 | KNUTSEN, TOM<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/22/2017 | January 31, 2023 |
| 100 | KRAM, NATALIE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 2/25/2021 | January 31, 2023 |
| 101 | KUKAC LIMITED | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 102 | LAPORTE, JACQUELINE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/31/2019 | January 31, 2023 |
| 103 | LEE, JAE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/10/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 104 | LIBRIZZI, JUDE [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/23/2022 | January 31, 2023 |
| 105 | LIEBERMAN, LEONARD [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTSAGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 106 | LIN, PATRICK [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 107 | LINKEDIN 1000 W. MAUDE AVENUE SUNNYVALE, CA 94085 | ORDER FORM RE: #FLD750260729 | |
| 108 | LOS FIELDS, INC. (F/K/A NATURAL MERCHANTS, INC.) FIELD, EDWARD C/O JAMES F. MCCAULEY, ESQ. RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON, DE 19801 | ASSET PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 109 | LOS FIELDS, INC. (F/K/A NATURAL MERCHANTS, INC.) FIELD, EDWARD C/O JAMES F. MCCAULEY, ESQ. RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON, DE 19801 | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT DTD 8/3/2022 | January 31, 2023 |
| 110 | LOTUS CAPITAL LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 111 | MADISON TRUST CO, CUSTODIAN F/B/O MICHAEL MALOUF 401 E 8TH ST, STE 200 SIOUX FALLS, SD 57103 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 112 | MASTERCARD INTERNATIONAL INC 2000 PURCHASE STREET PURCHASE, NY 10577 | APPENDIX A INITIAL INSERTION ORDER DTD 11/17/2021 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020 | January 31, 2023 |
| 113 | MASTERCARD INTERNATIONAL INC 2000 PURCHASE STREET PURCHASE, NY 10577 | APPENDIX A INITIAL INSERTION ORDER DTD 3/21/2022 RE: MASTER MERCHANT PARTICIPATION AGREEMENT DTD 6/11/2020 | January 31, 2023 |
| 114 | MATTSON, CHRIS [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/17/2021 | January 31, 2023 |

| # | Name/Address | Contract | Date |
|---|---|---|---|
| 115 | MATYKA, DOMINIK<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 116 | MCCORMICK, ANDREW<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 117 | MCCREARY, DEX<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 11/26/2018 | January 31, 2023 |
| 118 | MCCUE, JACK<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 119 | MCFARLANE FAMILY TRUST<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 120 | MCFARLANE, GEOFFREY<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 121 | MCGREGOR, ANASTASIA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/16/2020 | January 31, 2023 |
| 122 | MCGUIRE, JAMES SCOTT<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 123 | MELVIN, VERAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 7/5/2021 | January 31, 2023 |
| 124 | MERICKA, LINDSEY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/6/2022 | January 31, 2023 |
| 125 | MESSINA, RICHARD<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 126 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | CONTRACT NO. 21WINCCSPNVL3YRF: PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT DTD 6/1/2021 | January 31, 2023 |
| 127 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ADDENDUM A TO PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT DTD 10/18/2022 | January 31, 2023 |
| 128 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ADDENDUM TO PAYMENT TERMS ON ALL CONTRACTS EFFECTIVE IMMEDIATELY DTD 12/5/2022 | January 31, 2023 |
| 129 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ALTERNATING PROPRIETOR AGREEMENT DTD 7/1/2020 | January 31, 2023 |
| 130 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | AP PROCESSING AGREEMENT (BULK WINE OR JUICE) DTD JULY 1, 2020 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 131 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | CONTRACT NO. ADDENDUM A 21WINCCSPNVL3YR: PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT ADDENDUM A DTD 6/1/2021 | January 31, 2023 |
| 132 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | BOTTLING AGREEMENT DTD 7/1/2020 | January 31, 2023 |
| 133 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | ALTERNATING PROPRIETOR AGREEMENT DTD 7/1/2021 | January 31, 2023 |
| 134 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | BOTTLING AGREEMENT DTD 7/1/2021 | January 31, 2023 |
| 135 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | PRE-HARVEST BULK WINE PURCHASE AND SALE AGREEMENT# 21WINCCSPNVL3YR DTD 8/5/2021 | January 31, 2023 |
| 136 | MILLER FAMILY WINE COMPANY, LLC<br>2717 AVIATION WAY, SUITE 101<br>SANTA MARIA, CA 93455 | AP PROCESSING AGREEMENT (BULK WINE OR JUICE) DTD 7/1/2021 | January 31, 2023 |
| 137 | MORRIS, ASHLEY<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/5/2021 | January 31, 2023 |
| 138 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | ESCROW AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 139 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT DTD 8/3/2022 | |
| 140 | NATURAL MERCHANTS INC<br>C/O ROBERT WEINBERGER LAW PC<br>ATTN ROBERT K WEINBERGER, ESQ<br>1340 E 6TH ST, STE 603<br>LOS ANGELES, CA 90021 | ASSET PURCHASE AGREEMENT DTD 5/12/2021 | January 31, 2023 |
| 141 | NEW DIRECTION IRA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 142 | NICHOLS, RANDY [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 143 | NORTH RIM INVESTMENTS LLC 105 FIELDSON DR MILLEDGEVILLE, GA 31061 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 144 | NUSSEN, ERICA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/14/2016 | January 31, 2023 |
| 145 | NUVIEW IRA FBO JOHN SEABERN 14 WALNUT AVE MILL VALLEY, CA 94941 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 146 | NYSE AMERICAN LLC 74 TRINITY PLACE NEW YORK, NY 10066 | NYSE AMERICAN LISTING AGREEMENT DTD 11/4/2021 | January 31, 2023 |
| 147 | OGAHAYON, REGHIE [ADDRESS AVAILABLE UPON REQUEST] | CONSULTING AGREEMENT DTD 5/2/2022 | January 31, 2023 |
| 148 | PATRICK M FALLE LIVING TRUST 4654 WOODLAND HILLS DRIVE ROHCESTER HILLS, MI 48306 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 149 | PHELPS, DENNIS [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 150 | PIGGOTT, BENJAMIN [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 151 | PREDAINA, MATT [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 152 | RAMSEUR, ELIZABETH [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/15/2021 | January 31, 2023 |
| 153 | RANDSTAD PO BOX 894217 LOS ANGELES, CA 90189-4217 | SERVICE TERMS DTD 1/05/2017 | January 31, 2023 |
| 154 | RATLIFF, KEN E [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/11/2021 | January 31, 2023 |
| 155 | REASONOVER, RICHARD [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 10/18/2021 | January 31, 2023 |
| 156 | RESSLER, DON [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 157 | RESTA, LEE [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 158 | REYES, OTILIA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2022 | January 31, 2023 |
| 159 | RICE WINE VENTURES LLC C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 160 | RICE WINE VENTURES LLC C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 161 | RINCON LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 162 | ROBERT TALLMAN NICHOLS REV TR DTD 9/28/2012 1751 BERKELEY ST STUDIO 3 SANTA MONICA, CA 90404 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 163 | RUBIN, HOWARD [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 164 | RUNCKEL, ALISHA [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 165 | SAKE VENTURES LLC C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 166 | SAKE VENTURES LLC C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |

| # | Name/Address | Contract | Date |
|---|---|---|---|
| 167 | SARAIYA, NAISHADH<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 168 | SCHOTT, MADISON<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 5/10/2021 | January 31, 2023 |
| 169 | SCHWANHAEUSER, THOMAS<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 170 | SCHWARTZ FAMILY TRUST | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 171 | SCOTT M HEMMING & LIESL A MAGGIORE REV LIV TR | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 172 | SEELYE, STEVE<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/16/2020 | January 31, 2023 |
| 173 | SERI-LEVI, EITAN<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/14/2018 | |
| 174 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81,<br>INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 175 | SHININGWINE LIMITED (BVI)<br>SUITE 8101, LEVEL 81,<br>INTERNATIONAL COMMERCE CENTRE<br>1 AUSTIN ROAD WEST KOWLOON<br>HONG KONG<br>CHINA | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | |
| 176 | SHUCHAM, ROBERT<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 177 | SHULEVA, BEN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 178 | SIEMER VENTURES II LP<br>D/B/A WAVEMAKER PARTNERS II<br>1438 9TH ST<br>SANTA MONICA, CA 90404 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 179 | SIEMER VENTURES II LP D/B/A WAVEMAKER PARTNERS II 1438 9TH ST SANTA MONICA, CA 90404 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 180 | SINGLA, PUNIT [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/15/2021 | January 31, 2023 |
| 181 | SLP VENTURES II LLC 500 S GRAND AVE, STE 1310 LOS ANGELES, CA 90071 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 182 | SMASH MEDIA LLC | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 183 | SMITH, BRIAN [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 184 | SOLANO, KARINA [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 3/18/2021 | January 31, 2023 |
| 185 | SOUARE, MAMADOU [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 8/17/2017 | January 31, 2023 |
| 186 | SPECTRUM BUSINESS 4145 S FALKENBURG RD RIVERVIEW, FL 33578-8652 | WIFI SERVICES INVOICE# 2142325112422 DTD 11/24/2022 | January 31, 2023 |
| 187 | STAHL, TYLER [ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/14/2022 | January 31, 2023 |
| 188 | STAHL, TYLER [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 12/30/2021 | January 31, 2023 |
| 189 | STEIGERWALD, SCOTT [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 190 | STUEMPFIG, ALEXANDER [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/28/2016 | January 31, 2023 |
| 191 | TEAGUE, ROBERT TOWNSEND [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 192 | THOMSON REUTERS CUSTOMER SERVICE DEPT PO BOX 115008 CARROLLTON, TX 75011-5008 | CONSOLIDATED INVOICE #17863001 DTD 4/25/2022 | January 31, 2023 |
| 193 | TIAMPO, JAMES J [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 194 | TIAMPO, MATTHEW<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 195 | TIMOTHY & TAMARA JOHNSON LIV TRUST<br>2620 PACIFIC AVE B<br>VENICE, CA 90291 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 196 | TODRYK, MICHAEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 197 | TUFFY, AUDREY<br>[ADDRESS AVAILABLE UPON REQUEST] | RETENTION BONUS AGREEMENT DTD 9/12/2022 | January 31, 2023 |
| 198 | VAUGHN, ISAAC<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 199 | VERBIER SP PARTNERSHIP LP<br>ATTN JAMES J TIAMPO, PRESIDENT<br>PO BOX 2430<br>BLAINE, WA 98231-2430 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 200 | VIOLANTE, THOMAS JOHN<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 201 | VIOLANTE, THOMAS MICHAEL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 202 | VO, GINA<br>[ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/29/2021 | January 31, 2023 |
| 203 | WAHOOWA VENTURES<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 204 | WAHOOWA VENTURES<br>1865 PALMER AVE, STE 104<br>LARCHMONT, NY 10538 | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 205 | WASH, DARRYL<br>[ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 206 | WAVEMAKER GLOBAL SELECT LLC<br>175 GREENWICH ST<br>NEW YORK, NY 10007 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |
| 207 | WAVEMAKER PARTNERS V LP<br>175 GREENWICH ST<br>NEW YORK, NY 10007 | FIRST AMENDMENT TO THE SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 10/6/2021 | January 31, 2023 |

| | | | |
|---|---|---|---|
| 208 | WAVEMAKER WINC INVESTORS LP | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 209 | WELO, TOBIAS W [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 210 | WETHERALD, THOMAS [ADDRESS AVAILABLE UPON REQUEST] | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |
| 211 | WILEY, JORDAN [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 1/17/2019 | January 31, 2023 |
| 212 | YANG, XUEYING [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 9/11/2021 | January 31, 2023 |
| 213 | ZOTOVICH, RYAN [ADDRESS AVAILABLE UPON REQUEST] | COMPREHENSIVE AGREEMENT EMPLOYMENT AT-WILL & ARBITRATION DTD 6/25/2020 | January 31, 2023 |
| 214 | ZUMSEE LIMITED | SEVENTH AMENDED & RESTATED INVESTORS' RIGHTS AGREEMENT DTD 4/6/2021 | January 31, 2023 |