**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
        Debtors  Reporting Period: January 1, 2023 through January 31, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc. 22-11238 | BWSC, LLC 22-11239 | Winc Lost Poet, LLC 22-11240 |
|---|---:|---:|---:|
| Receipts |  |  |  |
| Operating receipts | $ 16,897 | $ 4,311,009 | $ - |
| Related entity receipts | 1,048,129 | - | - |
| Other Receipts | 2,782,714 | - | - |
| **Total Receipts** | **$ 3,847,740** | **$ 4,311,009** | **$ -** |
|  |  |  |  |
| Disbursements |  |  |  |
| Administrative and selling costs | $ (923,073) | $ (4,152,285) | $ - |
| Related entity disbursements | - | (1,045,629) | - |
| Professional fees | (1,200,834) | - | - |
| Taxes | - | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - | - | - |
| **Total Disbursements** | **$ (2,123,907)** | **$ (5,197,915)** | **$ -** |
|  |  |  |  |
| **Net Cash Flow** | **$ 1,723,833** | **$ (886,905)** | **$ -** |
|  |  |  |  |
| Cash Rollforward |  |  |  |
| **Beginning Cash Balance - December 31 2022** | **$ 322,550** | **$ 1,856,432** | **$ -** |
| Net Cash Flow | 1,723,833 | (886,905) | - |
| **Ending Cash Balance - January 31, 2023** | **$ 2,046,383** | **$ 969,526** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                   Debtors  Reporting Period: January 1, 2023 through January 31, 2023

**BALANCE SHEETS AS OF JANUARY 31, 2023**

|  | Winc, Inc. 22-11238 | BWSC, LLC 22-11239 | Winc Lost Poet, LLC 22-11240 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 2,046,383 | $ 969,526 | $ - |
| Accounts receivable | 6,653 | 3,142,331 | - |
| Other receivables | 11,943 | 32,515 | - |
| Inventory | - | 22,244,432 | - |
| Prepaids and other current assets | 2,419,705 | 1,372,839 | - |
| **Total Current Assets** | **$ 4,484,684** | **$ 27,761,643** | **$ -** |
| | | | |
| Fixed assets | $ 187,673 | $ 491,507 | $ - |
| Intangible assets | - | 9,919,498 | - |
| Other assets | 108,321 | 490,968 | - |
| **Total Assets** | **$ 4,780,678** | **$ 38,663,616** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                    Debtors  Reporting Period: January 1, 2023 through January 31, 2023

**BALANCE SHEETS AS OF JANUARY 31, 2023**

|  | Winc, Inc. 22-11238 | BWSC, LLC 22-11239 | Winc Lost Poet, LLC 22-11240 |
|---|---:|---:|---:|
| Liabilities | | | |
| Accounts payable | $ 33,472 | $ 2,827,933 | $ - |
| Credit card liability | 1,805,087 | - | - |
| Accrued liabilities | 221,836 | 81,227 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | 3,540,056 | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | $ 5,600,451 | $ 2,909,160 | $ - |
| | | | |
| Long term liabilities | 771,883 | 515,357 | - |
| | | | |
| **Total Non-Current Liabilities** | $ 771,883 | $ 515,357 | $ - |
| | | | |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 119,964,555 | (92,329,586) | - |
| **Liabilities Subject to Compromise Total** | $ 119,964,555 | $ (92,329,586) | $ - |
| **Total Liabilities** | $ 126,336,889 | $ (88,905,069) | $ - |
| | | | |
| **Total Net Equity** | $ (121,556,211) | $ 127,568,685 | $ - |
| | | | |
| **Total Liabilities and Net Equity** | $ 4,780,678 | $ 38,663,616 | $ - |

**In re Winc, Inc., et al.,**                                              **Lead Case No. 22-11238**
              Debtors                                                            **Reporting Period: January 1, 2023 through January 31, 2023**

## INCOME STATEMENTS

|  | Winc, Inc. 22-11238 | BWSC, LLC 22-11239 | Winc Lost Poet, LLC 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 5,462,088 | $ - |
| Other income | 85,913 | - | - |
| Cost of sales | 17,650 | 3,573,547 | - |
| **Gross Income** | **$ 68,263** | **$ 1,888,541** | **$ -** |
|  |  |  |  |
| Marketing expense | $ 4,560 | $ 151,770 | $ - |
| Personnel expense | 592,695 | 18,248 | - |
| Production and operations expense | - | 5,515 | - |
| General & administrative expense | 229,339 | 473,915 | - |
| Interest | 84,101 | 18,024 | - |
| Reorganization items | 1,261,262 | - | - |
| Other expense | 770 | 47,099 | - |
| **Income Before Tax** | **$ (2,104,464)** | **$ 1,173,970** | **$ -** |
|  |  |  |  |
| Income tax benefit (expense) | $ - | $ - | $ - |
|  |  |  |  |
| **Net Income (Loss) for Period** | **$ (2,104,464)** | **$ 1,173,970** | **$ -** |

**In re Winc, Inc., et al.,**            **Lead Case No. 22-11238**
         Debtors       **Reporting Period: January 1, 2023 through January 31, 2023**

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 2,046,383 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 969,526 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |

**In re Winc, Inc., et al.,**                                               **Lead Case No. 22-11238**
                Debtors                                                                             **Reporting Period: January 1, 2023 through January 31, 2023**

## SCHEDULE OF ASSET SALES

| Date of Sale/Transfer | Description of Asset Sold | Gross Sale Price | Payments to 3rd Parties from Proceeds | Net Proceeds Received on Behalf of The Estate |
|---|---|---|---|---|
| January 18, 2023 | Sale of substantially all of the Debtors' assets | $11,000,000 | $9,716,873 | $1,283,127 |