## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 253-256** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                       ) ss.:
COUNTY OF FRANKLIN     )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2023, I caused to be served the:

    a. "Notice of Agenda of Matters Scheduled for Hearing on February 23, 2023 at 2:00 p.m. (ET)," dated February 21, 2023 [Docket No. 253], (the "Agenda"),

    b. "Order Authorizing Rejection of Certain Executory Contracts Effective as of the Rejection Date," dated February 21, 2023 [Docket No. 254], (the "2nd Omni Rejection Order"),

    c. "Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof," dated February 21, 2023 [Docket No. 255], (the "Exclusivity Motion"), and

    d. "Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452," dated February 21, 2023 [Docket No. 256], (the "Removal Motion"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

by causing true and correct copies of the:

i. Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii. 2nd Omni Rejection Order, Exclusivity Motion, and Removal Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 2nd Omni Rejection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. Removal Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

v. Agenda, 2nd Omni Rejection Order, Exclusivity Motion, and Removal Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
22nd day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

# Winc, Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

Winc, Inc.
Service List

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| 15 ANGLES II LLC | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| 500 STARTUPS IP | 4163 HUBBARTT DRIVE PALO ALTO CA 94306 |
| AMBROSI, LOLA L. | ADDRESS AVAILABLE UPON REQUEST |
| AMPLIFY LA CAPITAL II LLC | 1600 MAIN ST VENICE CA 90401 |
| AMPLIFY LA OPPORTUNITY FUND LP | 1600 MAIN ST VENICE CA 90401 |
| ASCENTIS CORPORATION | 11995 SINGLETREE LANE, SUITE 400 EDEN PRAIRIE MN 55344 |
| AT&T | PO BOX 6463 CAROL STREAM IL 60197-6463 |
| ATTICUS PUBLISHING LLC | F/S/O DUNCAN PENN C/O PEARLMAN LINDHOLM; ANDREW PIKE 201-19 DALLAS RD VICTORIA BC V8V 5A6 CANADA |
| ATTICUS PUBLISHING LLC | F/S/O DUNCAN PENN ATTN SPENCER ROEHRE 4141 GLENCOE AVE, UNIT 409 MARINA DEL REY CA 90292 |
| BAHRI, LINA | ADDRESS AVAILABLE UPON REQUEST |
| BECK, LAUREN | ADDRESS AVAILABLE UPON REQUEST |
| BELL, LISA | ADDRESS AVAILABLE UPON REQUEST |
| BEN VAN DE BUNT & LAURA FOX LIV TRUST | ADDRESS AVAILABLE UPON REQUEST |
| BENCEL, AUDREY | ADDRESS AVAILABLE UPON REQUEST |
| BERESFORD, HEATHER | ADDRESS AVAILABLE UPON REQUEST |
| BESSEMER VENTURE PARTNERS VIII | INSTITUTIONAL, L.P. C/O BESSEMER VENTURES 535 MIDDLEFIELD RD, STE 245 MENLO PARK CA 94025 |
| BESSEMER VENTURE PARTNERS VIII INSTITU- | TIONAL, L.P., C/O BESSEMER VENTURE PARTNERS, ATTN GENERAL COUNSEL 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| BISETTI, VANESSA | ADDRESS AVAILABLE UPON REQUEST |
| BOSHART, HARVEY | ADDRESS AVAILABLE UPON REQUEST |
| BRAULT, CAROL | ADDRESS AVAILABLE UPON REQUEST |
| BRENER INTERNATIONAL GROUP LLC | 421 N BEVERLY DR BEVERLY HILLS CA 90210 |
| BURNS, BRANDON | ADDRESS AVAILABLE UPON REQUEST |
| C2 CLUB W HOLDINGS LLC | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| C2 CLUB W SPV LLC | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| CACTUS MEDIA-MAIN | 176 N. OLD WOODWARD BIRMINGHAM MI 48009 |
| CAMBERG, JULIE TERRIANN | ADDRESS AVAILABLE UPON REQUEST |
| CENTRAL VALLEY ADMINISTRATORS, INC. | 3115 OCEAN FRONT WALK SUITE 301 MARINA DEL REY CA 90292 |
| CFT CLEAR FINANCE TECHNOLOGY CORP. | 2810 N CHURCH ST #68100 WILMINGTON DE 19802-4447 |
| CITY NATIONAL BANK | ATTN GLORIA A GUITERREZ 555 S FLOWER, 12TH FL LOS ANGELES CA 90071 |
| CLARK, TARA | ADDRESS AVAILABLE UPON REQUEST |
| CLARK, TARA | ADDRESS AVAILABLE UPON REQUEST |
| COLON, JEANKARLO | ADDRESS AVAILABLE UPON REQUEST |
| COMEX CONSULTING SL | ATTN EDWARD FIELD PLAZA CASTELLINI, 9-1 IZQ CARTAGENA 30201 SPAIN |
| COMEX CONSULTING, S.L. | C/O JAMES F. MCCAULEY, ESQ. RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON DE 19801 |
| COMPINTELLIGENCE, INC. | ATTN PRESIDENT 56 DRIFTWAY LN NEW CANAAN CT 06840 |
| CONCUR TECHNOLOGIES, INC. | 601 108TH AVENUE NE SUITE 1000 BELLEVUE WA 98004 |
| CROSSCUT VENTURES 2 LP | C/O CROSSCUT VENTURES ATTN RICK L SMITH 373 ROSE AVE VENICE CA 90291 |
| DANIEL GALBREATH NICHOLS REV TR | DTD 5/24/2012 4500 CHERRY CREEK DRIVE SOUTH SUITE 625 DENVER CO 80246 |
| DATZ, NICOLE | ADDRESS AVAILABLE UPON REQUEST |
| DAUGHERTY, ROBERT | ADDRESS AVAILABLE UPON REQUEST |
| DEMING, TORI | ADDRESS AVAILABLE UPON REQUEST |
| DIVIRGILIO, PAUL JOSEPH | ADDRESS AVAILABLE UPON REQUEST |
| DOLWANI, JAI | ADDRESS AVAILABLE UPON REQUEST |
| DREAM CATCHER INVESTMENTS | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |

| Claim Name | Address Information |
|---|---|
| DREAM CATCHER INVESTMENTS LTD (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| DREAMER PATHWAY LTD (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |
| DRESSELHAUS VENTURES 2 GMBH | NOVALISSTR. 12 BERLIN 10115 GERMANY |
| DUKES, DANTENEA | ADDRESS AVAILABLE UPON REQUEST |
| E*TRADE FINANCIAL CORP SERVICES, INC. | ATTN EXECUTIVE DIR 3 EDISON DR ALPHARETTA GA 30005 |
| E*TRADE FINANCIAL CORP SERVICES, INC. | ATTN MANAGING ATTORNEY 3 EDISON DR ALPHARETTA GA 30005 |
| E*TRADE FINANCIAL CORP SERVICES, INC. | ATTN PRESIDENT 3 EDISON DR ALPHARETTA GA 30005 |
| EDDY, JONATHAN | ADDRESS AVAILABLE UPON REQUEST |
| ELIAS, DERON, JR | ADDRESS AVAILABLE UPON REQUEST |
| ELLS, VALERIE | ADDRESS AVAILABLE UPON REQUEST |
| ERIC & LAURA LAMISON FAMILY TRUST | ADDRESS AVAILABLE UPON REQUEST |
| ESPARZA, IRMA | ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | C/O JAMES F. MCCAULEY, ESQ. RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON DE 19801 |
| FIELD, EDWARD | ADDRESS AVAILABLE UPON REQUEST |
| FIELD, EDWARD | ADDRESS AVAILABLE UPON REQUEST |
| FIORINO, ALLIE | ADDRESS AVAILABLE UPON REQUEST |
| FLORES, FAITH | ADDRESS AVAILABLE UPON REQUEST |
| FREY, LEONA | ADDRESS AVAILABLE UPON REQUEST |
| GENESEN, TRACY | ADDRESS AVAILABLE UPON REQUEST |
| GOBLUE VENTURES LLC | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| GOBLUE VENTURES LLC | 525 BRANNAN ST, STE 100 SAN FRANCISCO CA 94107 |
| GOLDENBERG, ADAM | ADDRESS AVAILABLE UPON REQUEST |
| GRACE, MADISON | ADDRESS AVAILABLE UPON REQUEST |
| GRAVES, GREGORY | ADDRESS AVAILABLE UPON REQUEST |
| GREGG & AMY BOGOST JOINT REV TR | ADDRESS AVAILABLE UPON REQUEST |
| GRIMES, DENNIS C | ADDRESS AVAILABLE UPON REQUEST |
| GUILD CAPITAL - CLUB W LLC | 444 N MICHIGAN AVE, STE 650 CHICAGO IL 60611-3933 |
| H. BARTON CO-INVEST FUND LLC | C/O INCORPORATING SERVICES LTD 3500 S DUPONT HWY DOVER DE 19901 |
| HERNANDEZ, XOCHITL | ADDRESS AVAILABLE UPON REQUEST |
| HODGE, PAUL W | ADDRESS AVAILABLE UPON REQUEST |
| HOFFMAN, SHEP | ADDRESS AVAILABLE UPON REQUEST |
| INCHAUSTE, ANGELLI | ADDRESS AVAILABLE UPON REQUEST |
| JACKSON, ELIZABETH | ADDRESS AVAILABLE UPON REQUEST |
| JAMES J & ERICA S FRANK (JTWROS) | ADDRESS AVAILABLE UPON REQUEST |
| JAMES J TIAMPO MONEY PURCHASE PLAN | & TR (KEOGH) ATTN JAMES J TIAMPO, TTEE PO BOX 2430 BLAINE WA 98231-2430 |
| JAN VENTURES LLC | ATTN ANDREW NIGRELLI 262 WINTER ST WESTON MA 02493 |
| JENSON, PAUL | ADDRESS AVAILABLE UPON REQUEST |
| JONES, VONETTA | ADDRESS AVAILABLE UPON REQUEST |
| KEATING, KATHERINE | ADDRESS AVAILABLE UPON REQUEST |
| KENNEDY, SCOTT | ADDRESS AVAILABLE UPON REQUEST |
| KESTREL FLIGHT FUND LLC | ATTN ALBERT HANSER, MANAGING PARTNER 149 MEADOWBROOK RD WESTON MA 02493 |
| KNUTSEN, TOM | ADDRESS AVAILABLE UPON REQUEST |
| KRAM, NATALIE | ADDRESS AVAILABLE UPON REQUEST |
| LAPORTE, JACQUELINE | ADDRESS AVAILABLE UPON REQUEST |
| LEE, JAE | ADDRESS AVAILABLE UPON REQUEST |
| LIBRIZZI, JUDE | ADDRESS AVAILABLE UPON REQUEST |
| LIN, PATRICK | ADDRESS AVAILABLE UPON REQUEST |

| Claim Name | Address Information |
|---|---|
| LINKEDIN | 1000 W. MAUDE AVENUE SUNNYVALE CA 94085 |
| LINKEDIN CORPORATION | 62228 COLLECTIONS CENTER DRIVE CHICAGO IL 60693-0622 |
| LOS FIELDS, INC. (F/K/A NATURAL | MERCHANTS, INC.), C/O JAMES F. MCCAULEY, ESQ., RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON DE 19801 |
| MADISON TRUST CO, CUSTODIAN | F/B/O MICHAEL MALOUF M21026625 401 E 8TH ST, STE 200 SIOUX FALLS SD 57103 |
| MASTERCARD INTERNATIONAL, INC. | 2000 PURCHASE STREET PURCHASE NY 10577 |
| MATTSON, CHRIS | ADDRESS AVAILABLE UPON REQUEST |
| MCCORMICK, ANDREW | ADDRESS AVAILABLE UPON REQUEST |
| MCCREARY, DEX | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE FAMILY TRUST | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | ADDRESS AVAILABLE UPON REQUEST |
| MCFARLANE, GEOFFREY | ADDRESS AVAILABLE UPON REQUEST |
| MCGREGOR, ANASTASIA | ADDRESS AVAILABLE UPON REQUEST |
| MCGUIRE, JAMES SOCTT | ADDRESS AVAILABLE UPON REQUEST |
| MELVIN, VERAN | ADDRESS AVAILABLE UPON REQUEST |
| MERICKA, LINDSEY | ADDRESS AVAILABLE UPON REQUEST |
| MESSINA, RICHARD | ADDRESS AVAILABLE UPON REQUEST |
| MILLER FAMILY WINE COMPANY, LLC | 2717 AVIATION WAY, SUITE 101 SANTA MARIA CA 93455 |
| MORRIS, ASHLEY | ADDRESS AVAILABLE UPON REQUEST |
| NATURAL MERCHANTS, INC. | C/O ROBERT WEINBERGER LAW PC ATTN ROBERT K WEINBERGER, ESQ 1340 E 6TH ST, STE 603 LOS ANGELES CA 90021 |
| NICHOLS, RANDY | ADDRESS AVAILABLE UPON REQUEST |
| NORTH RIM INVESTMENTS LLC | 105 FIELDSON DR MILLEDGEVILLE GA 31061 |
| NUSSEN, ERICA | ADDRESS AVAILABLE UPON REQUEST |
| NUVIEW IRA FBO JOHN SEABERN | 14 WALNUT AVE MILL VALLEY CA 94941 |
| NYSE AMERICAN LLC | 74 TRINITY PLACE NEW YORK NY 10006 |
| OGAHAYON, REGHIE | ADDRESS AVAILABLE UPON REQUEST |
| PATRICK M FALLE LIVING TRUST | ADDRESS AVAILABLE UPON REQUEST |
| PHELPS, DENNIS | ADDRESS AVAILABLE UPON REQUEST |
| PIGGOTT, BENJAMIN | ADDRESS AVAILABLE UPON REQUEST |
| PREDAINA, MATT | ADDRESS AVAILABLE UPON REQUEST |
| RAMSEUR, ELIZABETH | ADDRESS AVAILABLE UPON REQUEST |
| RANDSTAD | PO BOX 894217 LOS ANGELES CA 90189-4217 |
| RATLIFF, KEN E | ADDRESS AVAILABLE UPON REQUEST |
| REASONOVER, RICHARD | ADDRESS AVAILABLE UPON REQUEST |
| RESSLER, DON | ADDRESS AVAILABLE UPON REQUEST |
| REYES, OTILIA | ADDRESS AVAILABLE UPON REQUEST |
| RICE WINE VENTURES LLC | C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN |
| ROBERT TALLMAN NICHOLS REV TR | DTD 9/28/2012 1751 BERKELEY ST STUDIO 3 SANTA MONICA CA 90404 |
| RUNCKEL, ALISHA | ADDRESS AVAILABLE UPON REQUEST |
| SAKE VENTURES LLC | C/O COOL JAPAN FUND INC 17F ROPPONGI HILLS MORI TWR 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6117 JAPAN |
| SCHOTT, MADISON | ADDRESS AVAILABLE UPON REQUEST |
| SCOTT M HEMMING | ADDRESS AVAILABLE UPON REQUEST |
| SEELYE, STEVE | ADDRESS AVAILABLE UPON REQUEST |
| SERI-LEVI, EITAN | ADDRESS AVAILABLE UPON REQUEST |
| SHININGWINE LIMITED (BVI) | SUITE 8101, LEVEL 81, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG CHINA |

| Claim Name | Address Information |
|---|---|
| SHULEVA, BEN | ADDRESS AVAILABLE UPON REQUEST |
| SIEMER VENTURES II LP | D/B/A WAVEMAKER PARTNERS II 1438 9TH ST SANTA MONICA CA 90404 |
| SINGLA, PUNIT | ADDRESS AVAILABLE UPON REQUEST |
| SLP VENTURES II LLC | 500 S GRAND AVE, STE 1310 LOS ANGELES CA 90071 |
| SMITH, BRIAN | ADDRESS AVAILABLE UPON REQUEST |
| SMITH, BRIAN | ADDRESS AVAILABLE UPON REQUEST |
| SOLANO, KARINA | ADDRESS AVAILABLE UPON REQUEST |
| SOUARE, MAMADOU | ADDRESS AVAILABLE UPON REQUEST |
| SPECTRUM BUSINESS | 4145 S FALKENBURG RD RIVERVIEW FL 33578-8652 |
| STAHL, TYLER | ADDRESS AVAILABLE UPON REQUEST |
| STUEMPFIG, ALEXANDER | ADDRESS AVAILABLE UPON REQUEST |
| TEAGUE, ROBERT TOWNSEND | ADDRESS AVAILABLE UPON REQUEST |
| THOMSON REUTERS | TAX & ACCOUNTING-CHECKPOINT CUSTOMER SERVICE DEPT PO BOX 115008 CARROLLTON TX 75011-5008 |
| TIAMPO, JAMES J | ADDRESS AVAILABLE UPON REQUEST |
| TIAMPO, MATTHEW | ADDRESS AVAILABLE UPON REQUEST |
| TIMOTHY & TAMARA JOHNSON LIV TRUST | ADDRESS AVAILABLE UPON REQUEST |
| TUFFY, AUDREY | ADDRESS AVAILABLE UPON REQUEST |
| VERBIER SP PARTNERSHIP L.P. | ATTN JAMES J TIAMPO, PRESIDENT PO BOX 2430 BLAINE WA 98231-2430 |
| VIOLANTE, THOMAS JOHN | ADDRESS AVAILABLE UPON REQUEST |
| VIOLANTE, THOMAS MICHAEL | ADDRESS AVAILABLE UPON REQUEST |
| VO, GINA | ADDRESS AVAILABLE UPON REQUEST |
| WAHOOWA VENTURES | 1865 PALMER AVE, STE 104 LARCHMONT NY 10538 |
| WAHOOWA VENTURES | 196 BROADWAY, 2ND FL CAMBRIDGE MA 02139 |
| WAVEMAKER GLOBAL SELECT LLC | 175 GREENWICH ST NEW YORK NY 10007 |
| WAVEMAKER PARTNERS V LP | 175 GREENWICH ST NEW YORK NY 10007 |
| WELO, TOBIAS W | ADDRESS AVAILABLE UPON REQUEST |
| WETHERALD, THOMAS | ADDRESS AVAILABLE UPON REQUEST |
| WILEY, JORDAN | ADDRESS AVAILABLE UPON REQUEST |
| YANG, XUEYING | ADDRESS AVAILABLE UPON REQUEST |
| ZOTOVICH, RYAN | ADDRESS AVAILABLE UPON REQUEST |

**Total Creditor count  166**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| HILL FLYNN & MIKE BELL | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FLO NEW YORK NY 10022 |
| PATRICK CHIMENTI | C/O LAW OFFICE OF JONATHAN W. CHASE ATTN JONATHAN W. CHASE 1515 MARKET STREET, STE 1200 PHILADELPHIA PA 19102 |
| PEDRO MARTINEZ | C/O SHAKED LAW GROUP, P.C. ATTN DAN SHAKED 14 HARWOOD COURT, STE 415 SCARSDALE NY 10583 |
| ROSENTHAL & ROSENTHAL INC. | C/O OTTERBOURG P.C. ATTN RICHARD GERARD HADDAD 230 PARK AVE NEW YORK NY 10169 |
| SHAYLA MARIE KING | ADDRESS AVAILABLE UPON REQUEST |
| STEPHEN GIANNAROS | C/O BLOCK & LEVITON LLP ATTN JASON M. LEVITON 260 FRANKLIN ST, STE 1860 BOSTON MA 02110 |
| TRINITY BEVERAGE GROUP, LLC | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FL NEW YORK NY 10022 |
| VERITY WINES LLC | C/O OTTERBOURG P.C ATTN RICHARD GERARD HADDAD 230 PARK AVENUE NEW YORK NY 10169 |
| YENSY CONTRERAS | C/O MIZRAHI KROUB LLP ATTN JARRETT SCOTT CHARO 200 VESEY ST., STE 24 FL NEW YORK NY 10281 |

**Total Creditor count  9**

**EXHIBIT E**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| AKERMAN LLP | LAURA.TAVERAS@AKERMAN.COM; EDUARDO.ESPINOSA@AKERMAN.COM; MARK.LIU@AKERMAN.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| THE BIFFERATO FRIM, P.A. | CBIFFERATO@TBF.LEGAL |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MARC LESSER | KOTA91302@YAHOO.COM |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM; COLEHARLAN@PAULHASTINGS.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |