# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 223 & 263** |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a status conference on **March 2, 2023 at 3:00 p.m. (ET)** (the "Status Conference") with respect to the *Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form, Timing, and Manner of Notice Thereof* [Docket No. 223], and the related *Certification of Counsel Submitting Revised Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form, Timing, and Manner of Notice Thereof* [Docket No. 263].

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted entirely over Zoom and requires all participants to register in advance, no later than **March 2, 2023 at 2:00 p.m. (ET)**. Please use the following link to register for this Status Conference:

https://debuscourts.zoomgov.com/meeting/register/vJIsdu2hpj8jG9KWbzT9Z7AJOz6RVP-34Dg

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the Status Conference.

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30165473.1

|  |  |  |
|---|---|---|
| Dated: | March 2, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Allison S. Mielke
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
   mlunn@ycst.com
   amielke@ycst.com
   jbrooks@ycst.com
   sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*