**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 230** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 230

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *First Consolidated Monthly Application of Epiq Corporate Restructuring, LLC, as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Monthly Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from November 30, 2022 Through January 31, 2023* [Docket No. 230] (the "Application") filed on February 9, 2023.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by 4:00 p.m. (ET) on March 1, 2023.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 126], the Debtors are now authorized to pay 80% ($15,049.44) of requested interim fees ($18,811.80) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30165209.1

| | |
|---|---|
| Dated: March 2, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shella Borovinskaya*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        mlunn@ycst.com<br>        amielke@ycst.com<br>        jbrooks@ycst.com<br>        sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |