IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 223** |

**CERTIFICATION OF COUNSEL SUBMITTING *FURTHER REVISED*
ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM
AND (II) APPROVING THE FORM, TIMING, AND MANNER OF NOTICE THEREOF**

On February 3, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form, Timing, and Manner of Notice Thereof* [Docket No. 223] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached as Exhibit A to the Motion was a proposed form of order approving the Motion (the "Proposed Order").

On February 23, 2023, the Court held a hearing to consider the Motion and the relief requested therein. On March 2, 2023, the Court held a status conference (the "Status Conference") to further discuss the relief requested by the Motion. During the Status Conference, the Court indicated that it would grant the requested relief, as modified and discussed on the record, subject to Debtors' submission of a revised form of Proposed Order. The Debtors have amended the Proposed Order and exhibits attached thereto (the "Revised Order") to reflect the Court's comments at the Status Conference. The Debtors have circulated the Revised Order to the Office

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30155265.1

of the United States Trustee for the District of Delaware and counsel for the Official Committee of Unsecured Creditors and confirmed that such parties do not object to its entry.

Accordingly, the Debtors hereby submit the Revised Order attached hereto as **Exhibit 1**,[2] and respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or a hearing.

*[Signature page follows]*

---

[2] For ease of reference, attached hereto as **Exhibit 2** is a copy of the Revised Order marked against the Proposed Order, including all applicable exhibits.

| | | |
|---|---|---|
| Dated: | March 6, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>          mlunn@ycst.com<br>          amielke@ycst.com<br>          jbrooks@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |