**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals listed below via US regular mail:

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King Street,<br>Wilmington, Delaware 19801<br>Attn: Matthew B. Lunn, Esq. and<br>Allison S. Mielke, Esq. | Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, Delaware, 19801,<br>Attn: Jane Leamy, Esq. |
| ArentFox Schiff LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Attn: George P. Angelich, Esq., Justin A. Kesselman, Esq., and James E. Britton, Esq. | A.M. Saccullo Legal LLC<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>Attn: Mark Hurford, Esq. |
| Cooley LLP<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606<br>Attn: Eric E. Walker, Esq. | Cooley LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Attn: Joseph Brown, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Attn: Curtis S. Miller, Esq. and<br>Derek C. Abbott, Esq. | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067<br>Attn: Richard M. Pachulski, Esq. and<br>Maxim B. Litvak, Esq. |

Dated: March 7, 2023

                                                        */s/ Mark T. Hurford*
                                                        Mark T. Hurford (DE No. 3299)