**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>Related DI No.: 280 |

**NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF ARENTFOX SCHIFF LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM DECEMBER 15, 2022 THROUGH DECEMBER 31, 2022**

PLEASE TAKE NOTICE that Certificate of No Objection regarding the First Monthly Application of ArentFox Schiff LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 15, 2022 through December 31, 2022 filed on March 7, 2023 at docket number 280 is hereby withdrawn.

Dated: March 8, 2023　　　　　　　　**A.M. SACCULLO LEGAL, LLC**

　　　　　　　　　　　　　　　　　　By: */s/ Mark T. Hurford*
　　　　　　　　　　　　　　　　　　Mark T. Hurford (DE No. 3299)
　　　　　　　　　　　　　　　　　　27 Crimson King Drive
　　　　　　　　　　　　　　　　　　Bear, DE 19701
　　　　　　　　　　　　　　　　　　Telephone: (302) 836-8877
　　　　　　　　　　　　　　　　　　Facsimile: (302) 836-8787
　　　　　　　　　　　　　　　　　　Email: Mark@saccullolegal.com

　　　　　　　　　　　　　　　　　　*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.