# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 275** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                     ) ss.:
COUNTY OF FRANKLIN )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 6, 2023, I caused to be served the "Order Approving First and Final Fee Application of Canaccord Genuity LLC," dated March 6, 2023 [Docket No. 275], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*  
Angela Chachoff

Sworn to before me this  
8th day of March, 2023  
*/s/ Andrea R. Speelman*  
Andrea R. Speelman  
Notary Public, State of Ohio  
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| AKERMAN LLP | LAURA.TAVERAS@AKERMAN.COM; EDUARDO.ESPINOSA@AKERMAN.COM; MARK.LIU@AKERMAN.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| THE BIFFERATO FRIM, P.A. | CBIFFERATO@TBF.LEGAL |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MARC LESSER | KOTA91302@YAHOO.COM |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM; COLEHARLAN@PAULHASTINGS.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |

**TOTAL 40**