# **<u>EXHIBIT A</u>**

30180514.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Winc, Inc. | Invoice Date: | March 8, 2023 |
| 1751 Berkeley Street | Invoice Number: | 50040391 |
| Studio 3 | Matter Number: | 102647.1001 |
| Santa Monica, CA 90404 | | |

Re:  Debtor Representation
    Billing Period through February 28, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 85,499.50 |
| Disbursements | $ | 1,438.99 |
| Total Due This Invoice | $ | 86,938.49 |

| Winc, Inc. | Invoice Date: | March 8, 2023 |
| Billing Period through February 28, 2023 | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

**Time Detail**

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/02/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/03/23 | TBOLL | Review and update the critical dates calendar, and circulate same to the working group for review | B001 | 0.30 | 106.50 |
| 02/03/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/04/23 | AMIEL | Emails with claims agent re: service | B001 | 0.10 | 68.50 |
| 02/07/23 | KNORT | Email from A. Mielke re: Cooley circulating the final disclosure schedules (.1); Reviewing emails and sending to C. Grear unsigned w-9s (.2) | B001 | 0.30 | 157.50 |
| 02/08/23 | AMIEL | Emails with K. Pleines and M. Lunn re: case update | B001 | 0.10 | 68.50 |
| 02/08/23 | KNORT | Email from C. Grear re: Cooley's request for signed w-9s (.1); Reviewing emails and sending Cooley prior email in which the w-9s were delivered (.2) | B001 | 0.30 | 157.50 |
| 02/09/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/10/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/13/23 | AMIEL | Review docket entries | B001 | 0.10 | 68.50 |
| 02/13/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/14/23 | AMIEL | Emails with C. Brault re: registered agent | B001 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Review docket entries | B001 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Emails with C. Brault re: access to books and records | B001 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Review and revise critical dates | B001 | 0.10 | 68.50 |
| 02/14/23 | TBOLL | Review and update the critical dates calendar, and circulate same to the working group | B001 | 0.40 | 142.00 |
| 02/15/23 | TBOLL | Prepare docket update for the working group and download multitude of related pleadings | B001 | 0.20 | 71.00 |

Winc, Inc.
Billing Period through February 28, 2023

| | | |
|---|---|---|
| Invoice Date: | | March 8, 2023 |
| Invoice Number: | | 50040391 |
| Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/20/23 | AMIEL | Emails with C. Brault re: case administration | B001 | 0.10 | 68.50 |
| 02/21/23 | AMIEL | Emails with YCST team re: finalizing pleadings for filing | B001 | 0.10 | 68.50 |
| 02/21/23 | AMIEL | Emails with T. Bollman re: pleadings | B001 | 0.10 | 68.50 |
| 02/21/23 | AMIEL | Review pleadings for filing | B001 | 0.10 | 68.50 |
| 02/21/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/22/23 | AMIEL | Emails with C. Brault re: administrative issues | B001 | 0.10 | 68.50 |
| 02/22/23 | AMIEL | Emails with claims agent re: costs of service | B001 | 0.10 | 68.50 |
| 02/22/23 | AMIEL | Emails with T. Bollman re: creditor inquiry | B001 | 0.10 | 68.50 |
| 02/23/23 | AMIEL | Teleconference with C. Brault re: SEC compliance | B001 | 0.20 | 137.00 |
| 02/23/23 | AMIEL | Emails with claims agent re: service costs | B001 | 0.10 | 68.50 |
| 02/27/23 | SBORO | Call with A. Mielke re: case updates | B001 | 0.30 | 151.50 |
| 02/27/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 02/28/23 | AMIEL | Review and revise critical dates | B001 | 0.10 | 68.50 |
| 02/28/23 | SBORO | Review critical dates | B001 | 0.80 | 404.00 |
| 02/28/23 | TBOLL | Review and update the critical dates calendar, and circulate same to the working group for review | B001 | 0.80 | 284.00 |
| 02/09/23 | AMIEL | Emails with court re: hearing | B002 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Emails with court and YCST team re: omnibus hearing dates (0.1); review and revise COC re: same (0.1) | B002 | 0.20 | 137.00 |
| 02/10/23 | TBOLL | Prepare and finalize for filing certification of counsel re: scheduling of omnibus hearing date (.2), and upload related order (.1) | B002 | 0.30 | 106.50 |
| 02/13/23 | AMIEL | Emails with committee counsel re: omnibus hearings | B002 | 0.10 | 68.50 |
| 02/14/23 | TBOLL | Prepare draft agenda of matters scheduled for hearing on February 23, 2023 | B002 | 0.50 | 177.50 |

Winc, Inc.
Billing Period through February 28, 2023

| | | Invoice Date: | March 8, 2023 |
| | | Invoice Number: | 50040391 |
| | | Matter Number: | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/15/23 | TBOLL | Review and update draft agenda of matters scheduled for hearing on February 23, 2023 | B002 | 0.20 | 71.00 |
| 02/20/23 | AMIEL | Emails with T. Bollman re: agenda and case pleadings (.1); review same (.1) | B002 | 0.20 | 137.00 |
| 02/21/23 | AMIEL | Review and revise agenda (0.1); emails with committee counsel and YCST team re: same (0.1) | B002 | 0.20 | 137.00 |
| 02/21/23 | TBOLL | Update and finalize for filing agenda of matters scheduled for hearing on February 23, 2023 | B002 | 0.50 | 177.50 |
| 02/21/23 | TBOLL | Prepare CNO binder re: agenda of matters scheduled for hearing on February 23, 2023 and submit to the Court | B002 | 0.40 | 142.00 |
| 02/22/23 | AMIEL | Emails with YCST team and committee counsel re: hearing status | B002 | 0.10 | 68.50 |
| 02/22/23 | MLUNN | Correspondence with A. Mielke re: February 23rd hearing | B002 | 0.10 | 102.50 |
| 02/23/23 | AMIEL | Emails with YCST team re: hearing preparation (0.1); confer with T. Bollman re: same (0.1); prepare for hearing (review bar date motion, order, and related documents and draft outline) (1.4); attend hearing (0.5) | B002 | 2.10 | 1,438.50 |
| 02/14/23 | AMIEL | Emails with K. Pleines and C. Walker re: monthly operating reports | B004 | 0.10 | 68.50 |
| 02/15/23 | AMIEL | Emails with C. Brault re: reporting | B004 | 0.10 | 68.50 |
| 02/21/23 | AMIEL | Emails with YCST and RPA teams and C. Brault re: monthly operating reports and global notes (0.3); review and revise same (1.2) | B004 | 1.50 | 1,027.50 |
| 02/21/23 | TBOLL | Finalize for filing MORs for January 2023 | B004 | 0.50 | 177.50 |
| 02/28/23 | MLUNN | Correspondence with K. Pleines re: UST fees | B004 | 0.10 | 102.50 |
| 02/01/23 | AMIEL | Emails with claims agent and T. Bollman re: service of rejection motion | B005 | 0.10 | 68.50 |
| 02/01/23 | AMIEL | Emails with C. Brault re: contract rejection issues | B005 | 0.10 | 68.50 |
| 02/01/23 | MLUNN | Correspondence with C. Brault re: sublease (.2); correspondence with C. Grear re: sublease required under TSA (.1) | B005 | 0.30 | 307.50 |
| 02/02/23 | AMIEL | Emails with M. Lunn and C. Brault re: contract issues | B005 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:                    March 8, 2023
Invoice Number:              50040391
Matter Number:             102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/02/23 | AMIEL | Confer with C. Grear (0.1) and M. Lunn (0.1) re: contract and case issues; review lease and lease amendment re: same (0.2) | B005 | 0.40 | 274.00 |
| 02/02/23 | MLUNN | Review PA sublease | B005 | 0.10 | 102.50 |
| 02/03/23 | AMIEL | Emails with C. Brault, buyer's counsel, and M. Lunn re: landlord deposit | B005 | 0.10 | 68.50 |
| 02/03/23 | MLUNN | Correspondence with C. Brault (.1); and correspondence with E. Walker (.1) re: PA lease deposit | B005 | 0.20 | 205.00 |
| 02/08/23 | AMIEL | Emails with C. Brault re: lease assignment (0.1); review ancillary documents re: same (0.2) | B005 | 0.30 | 205.50 |
| 02/08/23 | AMIEL | Emails with M. Lunn re: deadline to reject leases | B005 | 0.10 | 68.50 |
| 02/08/23 | AMIEL | Emails with C. Brault, M. Lunn and LL's counsel re: lease issues | B005 | 0.20 | 137.00 |
| 02/09/23 | AMIEL | Emails with A. Vulio and buyer's counsel re: contract issues | B005 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with S. Borovinskaya and M. Lunn re: lease rejection issues | B005 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with C. Grear and buyer's counsel re: lease amendment | B005 | 0.10 | 68.50 |
| 02/09/23 | MLUNN | Correspondence with S. Borovinskaya re: 365(d)(4) deadline research and issues | B005 | 0.10 | 102.50 |
| 02/10/23 | AMIEL | Emails with S. Borovinskaya re: contact assignment | B005 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Emails with creditor and buyer's counsel re: contract issues | B005 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Review and analyze APA contract assumption provisions | B005 | 0.20 | 137.00 |
| 02/10/23 | SBORO | Review Oracle assignment agreement | B005 | 0.50 | 252.50 |
| 02/10/23 | SBORO | Call with C. Brault re: Oracle | B005 | 0.10 | 50.50 |
| 02/10/23 | SBORO | Analyze notes from call with A. Mielke and draft email to C. Brault re: same | B005 | 0.30 | 151.50 |
| 02/10/23 | SBORO | Call with A. Mielke re: Oracle | B005 | 0.10 | 50.50 |
| 02/13/23 | AMIEL | Emails with YCST team re: certification of counsel for rejection motion | B005 | 0.10 | 68.50 |
| 02/13/23 | AMIEL | Emails with buyer's counsel and creditor re: contract issues | B005 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Emails with T. Bollman re: rejection motion | B005 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:                    March 8, 2023
Invoice Number:                  50040391
Matter Number:                   102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/14/23 | AMIEL | Emails with committee counsel re: rejection motion | B005 | 0.10 | 68.50 |
| 02/14/23 | TBOLL | Prepare certificate of no objection re: second omnibus rejection motion | B005 | 0.20 | 71.00 |
| 02/15/23 | MLUNN | Correspondence with C. Brault re: PA sublease | B005 | 0.10 | 102.50 |
| 02/15/23 | TBOLL | Finalize for filing certificate of no objection re: second omnibus rejection motion, and upload related order | B005 | 0.30 | 106.50 |
| 02/17/23 | AMIEL | Emails with buyer's counsel, C. Grear, and C. Brault re: assignment agreement | B005 | 0.10 | 68.50 |
| 02/19/23 | AMIEL | Emails with C. Brault re: assignment agreement | B005 | 0.10 | 68.50 |
| 02/27/23 | AMIEL | Emails with vendor's counsel re: contract issues | B005 | 0.10 | 68.50 |
| 02/28/23 | AMIEL | Confer with S. Borovinskaya re: lease rejection issues | B005 | 0.30 | 205.50 |
| 02/28/23 | AMIEL | Emails with YCST team re: lease rejection motion | B005 | 0.10 | 68.50 |
| 02/28/23 | MLUNN | Correspondence with S. Borovinskaya re: extension of 365(d)(4) | B005 | 0.10 | 102.50 |
| 02/28/23 | SBORO | Correspondence with A. Mielke and J. Brooks re: 365(d)(4) deadline (.4); call with A. Mielke re: same (.3); draft 365(d)(4) extension motion (.6); review letter of credit and supporting documentation re: Pennsylvania lease (1.10) | B005 | 2.40 | 1,212.00 |
| 01/27/23 | AMIEL | Teleconference with M. Lunn and C. Brault re: sale and transition issues | B006 | 0.70 | 479.50 |
| 02/01/23 | AMIEL | Confer with creditor's counsel re: sale issues | B006 | 0.20 | 137.00 |
| 02/01/23 | CGREA | Work on post-closing issues with A. Mielke and M. Lunn | B006 | 0.20 | 260.00 |
| 02/02/23 | CGREA | Conference with D. Johnson re: sublease implications under PA lease | B006 | 0.20 | 260.00 |
| 02/02/23 | CGREA | Review and analyze assumed PA lease re: issues with respect to proposed sublease | B006 | 0.70 | 910.00 |
| 02/02/23 | CGREA | Revise sublease for PA warehouse | B006 | 0.80 | 1,040.00 |
| 02/02/23 | CGREA | Review and analyze TSA provisions re: request to enter into sublease | B006 | 0.20 | 260.00 |
| 02/02/23 | CGREA | Conference with A. Mielke re: contract assignment issues and sublease issues | B006 | 0.20 | 260.00 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:        March 8, 2023
Invoice Number:        50040391
Matter Number:        102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/02/23 | DJOHN | Conference with C. Grear to discuss sublease implications under current PA Lease and possible protective provisions. | B006 | 0.20 | 115.00 |
| 02/02/23 | MLUNN | Correspondence with C. Brault re: transition issues | B006 | 0.20 | 205.00 |
| 02/02/23 | MLUNN | Correspondence with B. Smith re: preservation of documents transferred in connection with sale | B006 | 0.10 | 102.50 |
| 02/03/23 | CGREA | Attention to post-closing issues and related emails with Cooley re: closing payments | B006 | 0.10 | 130.00 |
| 02/03/23 | MLUNN | Correspondence with C. Grear re: transition issue and payment of expenses for C. Brault | B006 | 0.10 | 102.50 |
| 02/07/23 | AMIEL | Emails with buyer's counsel re: schedules to APA | B006 | 0.10 | 68.50 |
| 02/07/23 | CGREA | Work on post-closing issues | B006 | 0.40 | 520.00 |
| 02/08/23 | AMIEL | Emails with YCST team and buyer's counsel re: sale documents | B006 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with counsel for landlord re: release of letter of credit | B006 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with C. Brault re: vendor payments | B006 | 0.10 | 68.50 |
| 02/09/23 | CGREA | Emails with Cooley re: PA warehouse sublease | B006 | 0.10 | 130.00 |
| 02/09/23 | CGREA | Review and revise further revised sublease received from Cooley for PA warehouse | B006 | 0.20 | 260.00 |
| 02/09/23 | MLUNN | Correspondence with C. Brault re: transition and invoice issues | B006 | 0.30 | 307.50 |
| 02/10/23 | AMIEL | Emails with buyer's counsel re: disclosure schedules | B006 | 0.10 | 68.50 |
| 02/10/23 | CGREA | Emails to / from A. Mielke re TSA issues | B006 | 0.10 | 130.00 |
| 02/10/23 | CGREA | Review and analyze issues re: TSA terms | B006 | 0.20 | 260.00 |
| 02/13/23 | SBORO | Call with C. Brault re: Oracle assignment | B006 | 0.10 | 50.50 |
| 02/14/23 | AMIEL | Emails with M. Yurkewicz, C. Brault, M. Lunn, and bank re: letter of credit and related issues | B006 | 1.40 | 959.00 |
| 02/14/23 | AMIEL | Emails with YCST team and C. Brault re: insurance payments | B006 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through February 28, 2023

| | | | Invoice Date: | | March 8, 2023 |
| | | | Invoice Number: | | 50040391 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/14/23 | AMIEL | Emails with E. Walker and C. Brault re: record preservation and management | B006 | 0.20 | 137.00 |
| 02/14/23 | MLUNN | Correspondence with C. Brault re: POA request | B006 | 0.20 | 205.00 |
| 02/15/23 | AMIEL | Emails with C. Brault re: data storage and related issues | B006 | 0.20 | 137.00 |
| 02/15/23 | AMIEL | Emails with landlord's counsel and C. Brault re: termination of letter of credit | B006 | 0.70 | 479.50 |
| 02/15/23 | AMIEL | Emails with M. Lunn re: power of attorney and related issues (.1); review same (.1) | B006 | 0.20 | 137.00 |
| 02/15/23 | AMIEL | Emails with S. Borovinskaya and C. Brault re: insurance payments | B006 | 0.10 | 68.50 |
| 02/15/23 | AMIEL | Emails with C. Brault re: insurance coverage and related issues | B006 | 0.10 | 68.50 |
| 02/15/23 | CGREA | Attention to post-closing issues with respect to sale | B006 | 0.20 | 260.00 |
| 02/15/23 | MLUNN | Attention to document retention issue and related correspondence | B006 | 0.20 | 205.00 |
| 02/16/23 | AMIEL | Emails with C. Brault, landlord's counsel, and bank re: letter of credit (0.6); confer with bank re: same (0.1); review documents re: same (0.5); call former creditor re: same (0.2) | B006 | 1.40 | 959.00 |
| 02/16/23 | AMIEL | Emails with M. Litvak re: letter of credit (0.1); confer with M. Lunn re: same (0.3) | B006 | 0.40 | 274.00 |
| 02/16/23 | AMIEL | Review TSA invoice and emails with M. Lunn and C. Brault re: same | B006 | 0.10 | 68.50 |
| 02/16/23 | AMIEL | Emails with creditor re: sale issue | B006 | 0.10 | 68.50 |
| 02/16/23 | MLUNN | Attention to Amass invoice and correspondence with C. Brault | B006 | 0.20 | 205.00 |
| 02/17/23 | AMIEL | Review and analyze insurance policies and issues | B006 | 0.20 | 137.00 |
| 02/17/23 | CGREA | Emails with A. Mielke re: trademark assignment issues | B006 | 0.10 | 130.00 |
| 02/17/23 | CGREA | Review and analyze proposed trademark assignment | B006 | 0.10 | 130.00 |
| 02/20/23 | AMIEL | Emails with C. Brault and purchaser's counsel re: assignment agreement | B006 | 0.10 | 68.50 |
| 02/20/23 | AMIEL | Emails with C. Brault re: data storage | B006 | 0.10 | 68.50 |
| 02/22/23 | AMIEL | Emails with buyer and contract counterparty re: sale documents and issues | B006 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date: March 8, 2023
Invoice Number: 50040391
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/23/23 | AMIEL | Emails with C. Brault and K. Pleines re: UST fees | B006 | 0.10 | 68.50 |
| 02/23/23 | AMIEL | Review and revise portion of solicitation procedures motion | B006 | 0.30 | 205.50 |
| 02/23/23 | AMIEL | Teleconference with C. Brault and buyer's compliance officer re: licensure compliance | B006 | 0.30 | 205.50 |
| 02/24/23 | AMIEL | Emails with lender re: fees | B006 | 0.10 | 68.50 |
| 02/28/23 | AMIEL | Emails with J. Brooks, client, and UST re: UST fees | B006 | 0.10 | 68.50 |
| 02/28/23 | AMIEL | Emails with YCST team re: critical dates | B006 | 0.10 | 68.50 |
| 02/01/23 | AMIEL | Review and revise bar date motion | B007 | 1.60 | 1,096.00 |
| 02/01/23 | AMIEL | Emails with creditor re: tax claims | B007 | 0.10 | 68.50 |
| 02/01/23 | AMIEL | Emails with C. Brault and K. Pleines re: claims reconciliation | B007 | 0.10 | 68.50 |
| 02/02/23 | AMIEL | Emails with A. Speelman re: bar date motion and proof of claim form | B007 | 0.20 | 137.00 |
| 02/02/23 | AMIEL | Emails with buyer re: bar date motion | B007 | 0.10 | 68.50 |
| 02/02/23 | MLUNN | Review and provide comments to bar date motion | B007 | 0.70 | 717.50 |
| 02/03/23 | AMIEL | Review and revise critical dates (0.1); emails with T. Bollman re: same (0.2) | B007 | 0.30 | 205.50 |
| 02/03/23 | AMIEL | Emails with committee counsel re: bar date motion and service (0.1); review and revise motion and finalize same for filing (0.2) | B007 | 0.30 | 205.50 |
| 02/03/23 | AMIEL | Emails with creditor re: claims | B007 | 0.10 | 68.50 |
| 02/03/23 | JBROO | Emails with T. Bollman re: filing of bar date motion | B007 | 0.10 | 50.50 |
| 02/03/23 | TBOLL | Finalize for filing bar date motion | B007 | 0.30 | 106.50 |
| 02/07/23 | AMIEL | Review and analyze claim reconciliation (0.2); emails with K. Pleines re: same (0.1) | B007 | 0.30 | 205.50 |
| 02/09/23 | AMIEL | Emails with J. Brooks and C. Brault re: tax claims | B007 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with C. Brault re: claim issues | B007 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:          March 8, 2023
Invoice Number:          50040391
Matter Number:          102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/10/23 | AMIEL | Emails with YCST team and creditor re: tax claim | B007 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Emails with D. Rosner re: claim issues and proposed resolution | B007 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Confer with S. Borovinskaya re: vendor and claim issues | B007 | 0.10 | 68.50 |
| 02/10/23 | AMIEL | Review and analyze claims extract | B007 | 0.20 | 137.00 |
| 02/10/23 | SBORO | Analyze Pennsylvania Department of Revenue email and emails (x4) with A. Mielke re: same | B007 | 0.20 | 101.00 |
| 02/10/23 | SBORO | Respond to Pennsylvania Department of Revenue email | B007 | 0.20 | 101.00 |
| 02/13/23 | AMIEL | Emails with C. Brault and J. Brooks re: claim settlement and related issues | B007 | 0.10 | 68.50 |
| 02/13/23 | AMIEL | Emails with J. Brooks re: tax claims | B007 | 0.10 | 68.50 |
| 02/14/23 | JBROO | Attend discussion with A. Mielke and Squarespace's counsel re: claim issues | B007 | 0.50 | 252.50 |
| 02/14/23 | MLUNN | Call with A. Mielke re: subtenant claim issue | B007 | 0.10 | 102.50 |
| 02/15/23 | AMIEL | Emails with S. Borovinskaya re: claims reconciliation | B007 | 0.10 | 68.50 |
| 02/15/23 | AMIEL | Emails with S. Borovinskaya re: security deposit and related issues (.1); review and revise certification of counsel and stipulation re: same (.3) | B007 | 0.40 | 274.00 |
| 02/15/23 | AMIEL | Emails with YCST team re: claim reconciliation | B007 | 0.10 | 68.50 |
| 02/16/23 | MLUNN | Call with A. Mielke re: LC release and Banc of California claim | B007 | 0.30 | 307.50 |
| 02/20/23 | AMIEL | Review and revise certification for bar date motion | B007 | 0.10 | 68.50 |
| 02/20/23 | AMIEL | Review claim settlement proposal (.1); emails with D. Rosner and J. Brooks re: same (.1) | B007 | 0.20 | 137.00 |
| 02/20/23 | TBOLL | Prepare draft certificate of no objection re: bar date motion, and prepare related order for upload | B007 | 0.30 | 106.50 |
| 02/21/23 | SBORO | Call with A. Mielke re: claims (.2); review claims register (.4); call with Epiq re: claims register (.3) | B007 | 0.90 | 454.50 |
| 02/21/23 | TBOLL | Finalize for filing certificate of no objection re: bar date motion, and upload related order | B007 | 0.20 | 71.00 |

Winc, Inc.                                    Invoice Date:           March 8, 2023
Billing Period through February 28, 2023      Invoice Number:            50040391
                                              Matter Number:          102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/22/23 | AMIEL | Emails with S. Borovinskaya and committee counsel re: claim stipulation and related issues | B007 | 0.20 | 137.00 |
| 02/22/23 | MLUNN | Call with A. Mielke re: bar date motion and potential issues for February 23rd hearing | B007 | 0.20 | 205.00 |
| 02/22/23 | MLUNN | Review COC, Order and Stipulation re: Rosenstein claim | B007 | 0.30 | 307.50 |
| 02/22/23 | SBORO | Review claims register | B007 | 1.10 | 555.50 |
| 02/23/23 | AMIEL | Revise bar date order (0.2); emails with UST, committee, and M. Lunn re: same (0.1) | B007 | 0.30 | 205.50 |
| 02/23/23 | MLUNN | Work with A. Mielke re: bar date order and notice issues from hearing and review revised notice | B007 | 0.30 | 307.50 |
| 02/23/23 | SBORO | Review and analyze claims | B007 | 4.10 | 2,070.50 |
| 02/24/23 | AMIEL | Emails with committee counsel and S. Borovinskaya re: claim stipulation and related issues | B007 | 0.10 | 68.50 |
| 02/24/23 | AMIEL | Emails with UST and committee counsel re: bar date order (0.1); revise order re: same (0.2) | B007 | 0.30 | 205.50 |
| 02/27/23 | AMIEL | Draft certification of counsel for bar date order (0.1); emails with J. Leamy, YCST team, claims agent and committee counsel re: same (0.2) | B007 | 0.30 | 205.50 |
| 02/27/23 | TBOLL | Finalize for filing certification of counsel re: bar date order (.3), and upload related order (.2) | B007 | 0.50 | 177.50 |
| 02/28/23 | AMIEL | Emails with client re: tax claim | B007 | 0.10 | 68.50 |
| 02/01/23 | AMIEL | Confer with S. Borovinskaya re: plan revisions | B008 | 1.20 | 822.00 |
| 02/10/23 | AMIEL | Teleconference with M. Lunn, K. Pleines and C Brault re: case issues | B008 | 0.80 | 548.00 |
| 02/10/23 | MLUNN | Update and status call with C. Brault, K. Pleines and A. Mielke | B008 | 0.80 | 820.00 |
| 02/14/23 | AMIEL | Confer with M. Lunn re: case issues | B008 | 0.10 | 68.50 |
| 02/16/23 | AMIEL | Confer with C. Brault re: operational issues | B008 | 0.10 | 68.50 |
| 02/16/23 | AMIEL | Emails with B. Smith and M. Lunn re: case update | B008 | 0.10 | 68.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | March 8, 2023 |
| Billing Period through February 28, 2023 | | | Invoice Number: | | 50040391 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/17/23 | AMIEL | Teleconference with K. Pleines, C. Brault and M. Lunn re: case update and issues | B008 | 0.70 | 479.50 |
| 02/17/23 | MLUNN | Update call (.5) and call with A. Mielke (.1) | B008 | 0.60 | 615.00 |
| 02/22/23 | AMIEL | Confer with M. Lunn re: case issues | B008 | 0.20 | 137.00 |
| 02/27/23 | AMIEL | Confer with S. Borovinskaya re: case issues | B008 | 0.30 | 205.50 |
| 02/15/23 | AMIEL | Review and revise stipulation for relief from stay and review proofs of claim and related documents re: same (.9); confer with S. Borovinskaya re: same (.1); review claims re: same (.1) | B009 | 1.10 | 753.50 |
| 02/20/23 | AMIEL | Review and revise stipulation and related documents for relief from stay (.2); emails with YCST team and committee counsel re: same (.1) | B009 | 0.30 | 205.50 |
| 02/20/23 | SBORO | Review and revise COC and stipulation re: Rosenstein Henry (.3); revise Rosenstein Henry stipulation and send to A. Mielke for review (1.4); draft email to M. Lunn re: Rosenstein Henry (.2) | B009 | 1.90 | 959.50 |
| 02/22/23 | SBORO | Review and revise stipulation re: Rosenstein Henry per M. Lunn comments (.7); draft email to UCC/UST re: Rosenstein Henry stipulation (.2); emails with committee re: same (..2) | B009 | 1.10 | 555.50 |
| 02/24/23 | SBORO | Review J. Britton email re: Rosenstein Henry and email to Epiq and A. Mielke re: same (.3); email correspondence with Epiq, C. Brault, and A. Mielke re: committee email (.3); draft email to J. Britton re: Rosenstein Henry (.1); email correspondence with A. Mielke and J. Britton (6) (.2) | B009 | 0.90 | 454.50 |
| 02/01/23 | AMIEL | Emails with S. Borovinskaya re: litigation hold letter | B011 | 0.10 | 68.50 |
| 02/02/23 | AMIEL | Emails with M. Lunn and B. Smith re: record retention | B011 | 0.10 | 68.50 |
| 02/02/23 | AMIEL | Emails with committee counsel re: litigation hold letter | B011 | 0.10 | 68.50 |
| 02/02/23 | AMIEL | Review and revise litigation hold letter and review precedent for same | B011 | 0.50 | 342.50 |
| 02/03/23 | AMIEL | Emails with committee counsel, M. Lunn and buyer's counsel re: litigation hold letter (0.1); review and finalize same (0.1) | B011 | 0.20 | 137.00 |

Winc, Inc.                                        Invoice Date:          March 8, 2023
Billing Period through February 28, 2023          Invoice Number:          50040391
                                                  Matter Number:         102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/10/23 | AMIEL | Emails with G. Angelich re: litigation hold letter | B011 | 0.10 | 68.50 |
| 02/13/23 | AMIEL | Emails with YCST team re: removal and exclusivity motions | B011 | 0.10 | 68.50 |
| 02/15/23 | AMIEL | Emails with C. Cox re: confidentiality agreement | B011 | 0.10 | 68.50 |
| 02/20/23 | AMIEL | Emails with S. Borovinskaya and J. Brooks re: removal motion (.1); review and revise same (.3) | B011 | 0.40 | 274.00 |
| 02/20/23 | JBROO | Revise and analyze removal extension motion | B011 | 0.70 | 353.50 |
| 02/20/23 | MLUNN | Review draft removal motion and revised version and related correspondence with J. Brooks | B011 | 0.30 | 307.50 |
| 02/21/23 | AMIEL | Emails with committee counsel re: pending litigation | B011 | 0.10 | 68.50 |
| 02/21/23 | TBOLL | Prepare notice (.1) and finalize for filing (.3) motion to extend the removal deadline | B011 | 0.40 | 142.00 |
| 02/01/23 | AMIEL | Confer with M. Lunn re: plan strategy (0.5); review plan in advance of same (0.5 | B012 | 1.00 | 685.00 |
| 02/01/23 | MLUNN | Analyze plan issues (.4); call with A. Mielke re: plan structure (.7); follow-up call with A. Mielke and C. Grear (.1) | B012 | 1.20 | 1,230.00 |
| 02/01/23 | SBORO | Review and revise plan and disclosure statement | B012 | 1.50 | 757.50 |
| 02/02/23 | AMIEL | Confer with YCST team re: bar date motion (0.2); review and revise same (0.5); emails with YCST team re: same (0.2); review precedent re: same (0.3) | B012 | 1.20 | 822.00 |
| 02/02/23 | AMIEL | Teleconference with K. Pleines and committee professionals re: claims reconciliation and plan (0.5); follow up call with M. Lunn re: same (0.3) | B012 | 0.80 | 548.00 |
| 02/02/23 | MLUNN | Call with A. Mielke re: various plan issues | B012 | 0.30 | 307.50 |
| 02/02/23 | SBORO | Review and revise plan and disclosure statement per A. Mielke's comments and compile blackline re: same | B012 | 8.00 | 4,040.00 |
| 02/03/23 | AMIEL | Emails with S. Borovinskaya and M. Lunn re: plan (0.1); review same (0.1) | B012 | 0.20 | 137.00 |
| 02/03/23 | SBORO | Review and revise combined disclosure statement and plan, and send to A. Mielke for review and comments | B012 | 2.60 | 1,313.00 |
| 02/06/23 | AMIEL | Review and revise plan | B012 | 0.40 | 274.00 |

Winc, Inc.

Billing Period through February 28, 2023

| | Invoice Date: | March 8, 2023 |
|---|---|---|
| | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/07/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 0.40 | 202.00 |
| 02/08/23 | AMIEL | Emails with J. Brooks re: solicitation procedures motion | B012 | 0.10 | 68.50 |
| 02/08/23 | AMIEL | Confer with M. Lunn re: plan issues | B012 | 0.10 | 68.50 |
| 02/08/23 | JBROO | Review and analyze plan and disclosure statement | B012 | 0.50 | 252.50 |
| 02/08/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 2.00 | 1,010.00 |
| 02/08/23 | MLUNN | Call with B. Smith re: chapter 11 plan and business transaction issues | B012 | 0.50 | 512.50 |
| 02/08/23 | MNEST | Teleconference with client re: state of play, plan process and related issues (.4); review documents re: same (.4) | B012 | 0.80 | 992.00 |
| 02/09/23 | AMIEL | Emails with committee counsel re: plan | B012 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Review and revise combined disclosure statement and chapter 11 plan | B012 | 4.60 | 3,151.00 |
| 02/09/23 | MLUNN | Correspondence with A. Mielke re: plan | B012 | 0.10 | 102.50 |
| 02/10/23 | AMIEL | Review and revise combined disclosure statement and chapter 11 plan | B012 | 3.90 | 2,671.50 |
| 02/10/23 | AMIEL | Confer with M. Lunn re: plan issues | B012 | 0.40 | 274.00 |
| 02/10/23 | MLUNN | Work with A. Mielke re: plan issues | B012 | 0.50 | 512.50 |
| 02/11/23 | AMIEL | Review and revise plan (.2); emails with M. Lunn re: same (.1) | B012 | 0.30 | 205.50 |
| 02/11/23 | MLUNN | Review, revise, and draft combined chapter 11 plan | B012 | 3.90 | 3,997.50 |
| 02/12/23 | AMIEL | Review and revise plan (1.3); emails with M. Lunn re: same (.1) | B012 | 1.40 | 959.00 |
| 02/13/23 | AMIEL | Emails with S. Borovinskaya re: plan issues | B012 | 0.10 | 68.50 |
| 02/13/23 | AMIEL | Confer with M. Lunn re: plan issues (.2); review and revise plan (.8); emails with M. Lunn, K. Pleines, and committee counsel re: same (.1) | B012 | 1.10 | 753.50 |
| 02/13/23 | AMIEL | Emails with J. Brooks re: solicitation procedures motion | B012 | 0.10 | 68.50 |
| 02/13/23 | JBROO | Revise and analyze motion to extend exclusivity deadline | B012 | 0.30 | 151.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:                    March 8, 2023
Invoice Number:                  50040391
Matter Number:                   102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/13/23 | MLUNN | Review and revise revised combined disclosure statement and plan (1.9); call with A. Mielke (.2) | B012 | 2.10 | 2,152.50 |
| 02/13/23 | SBORO | Draft motion to extend exclusivity | B012 | 0.90 | 454.50 |
| 02/13/23 | SBORO | Review combined plan/disclosure statement | B012 | 0.30 | 151.50 |
| 02/14/23 | AMIEL | Emails with S. Borovinskaya re: exclusivity motion | B012 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Emails with K. Pleines re: comments to plan | B012 | 0.10 | 68.50 |
| 02/14/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 1.70 | 858.50 |
| 02/14/23 | MLUNN | Analyze plan issues and strategy meeting with M. Nestor and A. Mielke re: same, including update on discussions with board members | B012 | 0.50 | 512.50 |
| 02/15/23 | AMIEL | Emails with M. Lunn and B. Smith re: plan issues | B012 | 0.10 | 68.50 |
| 02/16/23 | AMIEL | Emails with M. Lunn and B. Smith re: plan issues | B012 | 0.10 | 68.50 |
| 02/16/23 | MLUNN | Correspondence with B. Smith re: plan | B012 | 0.20 | 205.00 |
| 02/20/23 | AMIEL | Review and revise exclusivity motion | B012 | 0.60 | 411.00 |
| 02/20/23 | JBROO | Revise and analyze motion to extend exclusivity deadline | B012 | 0.40 | 202.00 |
| 02/20/23 | MLUNN | Review motion to extend exclusivity deadlines and related correspondence with J. Brooks | B012 | 0.40 | 410.00 |
| 02/20/23 | SBORO | Review A. Mielke comments to exclusivity motion | B012 | 0.30 | 151.50 |
| 02/21/23 | AMIEL | Emails with B. Smith re: plan update | B012 | 0.10 | 68.50 |
| 02/21/23 | TBOLL | Prepare notice (.1) and finalize for filing (.3) motion to extend the exclusivity deadline | B012 | 0.40 | 142.00 |
| 02/02/23 | JBROO | Confer with M. Lesser re: creditor inquiry | B013 | 0.20 | 101.00 |
| 02/08/23 | AMIEL | Emails with YCST team re: creditor inquiry | B013 | 0.10 | 68.50 |
| 02/09/23 | JBROO | Discussion with IRS representative re: inquiry (.2); Email to C. Brault re: same (.1) | B013 | 0.30 | 151.50 |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:                   March 8, 2023
Invoice Number:                     50040391
Matter Number:                 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/10/23 | JBROO | Emails with C. Brault re: IRS inquiry | B013 | 0.10 | 50.50 |
| 02/10/23 | JBROO | Read email from Mielke, Allison: Re: Winc - Canaccord First and Final Fee Application | B013 | 0.10 | 50.50 |
| 02/10/23 | JBROO | Returned call re: IRS inquiry | B013 | 0.10 | 50.50 |
| 02/22/23 | AMIEL | Confer with creditor re: case inquiry | B013 | 0.10 | 68.50 |
| 02/03/23 | AMIEL | Emails with C. Brault re: SEC reporting | B014 | 0.10 | 68.50 |
| 02/03/23 | AMIEL | Review notice of board member resignation | B014 | 0.10 | 68.50 |
| 02/07/23 | AMIEL | Emails with C. Brault re: 8-k and review same | B014 | 0.10 | 68.50 |
| 02/13/23 | MNEST | Teleconference with board members and former CEO re: pending issues | B014 | 0.40 | 496.00 |
| 02/17/23 | AMIEL | Confer with M. Lunn re: governance issues | B014 | 0.10 | 68.50 |
| 02/17/23 | AMIEL | Emails with C. Grear re: governance issues (0.1); draft resolutions re: same (0.3) | B014 | 0.40 | 274.00 |
| 02/20/23 | AMIEL | Review and revise consents for termination of 401(k) plan and broker appointment (.5); emails with M. Lunn and board re: same (.1) | B014 | 0.60 | 411.00 |
| 02/20/23 | MLUNN | Review resolution re: execution of POA for customs broker and related correspondence with A. Mielke | B014 | 0.30 | 307.50 |
| 02/21/23 | AMIEL | Emails with board, M. Lunn, and C. Brault re: governance documents (0.1); finalize same (0.3) | B014 | 0.40 | 274.00 |
| 02/23/23 | AMIEL | Emails with B. Smith re: corporate governance issue | B014 | 0.10 | 68.50 |
| 02/16/23 | AMIEL | Emails with M. Lunn re: 401(k) termination | B015 | 0.10 | 68.50 |
| 02/01/23 | AMIEL | Emails with YCST team and Canaccord re: fee application | B017 | 0.10 | 68.50 |
| 02/01/23 | JBROO | Incorporate comments from M. Lunn into Canaccord final fee application | B017 | 0.10 | 50.50 |
| 02/02/23 | AMIEL | Emails with T. Bollman and M. Lunn re: YCST fee application | B017 | 0.10 | 68.50 |
| 02/02/23 | AMIEL | Review and finalize OCP declaration for filing (0.1); emails with C. Brault re: same (0.1) | B017 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | March 8, 2023 |
| Billing Period through February 28, 2023 | | | Invoice Number: | | 50040391 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 02/02/23 | TBOLL | Prepare (.2) and finalize for filing (.2) certificate of no objection re: first monthly fee application of YCST | B017 | 0.40 | 142.00 |
| 02/02/23 | TBOLL | Review and finalize for filing declaration of disinterestedness of ordinary course professional Latham & Watkins LLP | B017 | 0.30 | 106.50 |
| 02/03/23 | AMIEL | Review and revise CNO for RPA fee application (0.1); emails with T. Bollman and RPA re: same (0.1) | B017 | 0.20 | 137.00 |
| 02/03/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: first monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 02/05/23 | MLUNN | Correspondence and call with B. Bacal re: final fee app | B017 | 0.20 | 205.00 |
| 02/06/23 | AMIEL | Emails with lender's counsel re: fees | B017 | 0.10 | 68.50 |
| 02/06/23 | AMIEL | Emails with D. Willis and K. Pleines re: fee escrow | B017 | 0.10 | 68.50 |
| 02/06/23 | AMIEL | Emails with J. Brooks re: fee application | B017 | 0.10 | 68.50 |
| 02/06/23 | JBROO | Revise and analyze Canaccord final fee application | B017 | 0.70 | 353.50 |
| 02/06/23 | MLUNN | Review revisions to Canaccord final fee application and correspondence with J. Brooks re: same | B017 | 0.20 | 205.00 |
| 02/07/23 | AMIEL | Emails with B. Hurley, B. Bacal, and YCST team re: fee application | B017 | 0.10 | 68.50 |
| 02/08/23 | AMIEL | Emails with B. Bacal and YCST team re: fee application | B017 | 0.10 | 68.50 |
| 02/08/23 | JBROO | Review for additional parties in interest for potential disclosures | B017 | 0.10 | 50.50 |
| 02/09/23 | AMIEL | Review and revise Epiq's fee application (0.2); emails with B. Hunt and T. Bollman re: same (0.1) | B017 | 0.30 | 205.50 |
| 02/09/23 | AMIEL | Emails with M. Lunn and T. Bollman re: YCST fee application | B017 | 0.10 | 68.50 |
| 02/09/23 | AMIEL | Emails with C. Walker and J. Brooks re: RPA fee application (0.1); review and revise same (0.2) | B017 | 0.30 | 205.50 |
| 02/09/23 | AMIEL | Emails with J. Brooks and M. Lunn re: fee application (0.1); review and finalize same (0.5); emails with B. Bacal and T. Bollman re: same (0.2) | B017 | 0.80 | 548.00 |
| 02/09/23 | JBROO | Revise and analyze Canaccord fee application | B017 | 2.30 | 1,161.50 |

Winc, Inc.  
Billing Period through February 28, 2023

| | Invoice Date: | March 8, 2023 |
|---|---|---|
| | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/09/23 | JBROO | Revise and analyze RPA fee application | B017 | 0.50 | 252.50 |
| 02/09/23 | MLUNN | Correspondence with J. Brooks re: CG final fee app | B017 | 0.10 | 102.50 |
| 02/09/23 | TBOLL | Assist in preparations and finalize for filing first and final fee application of Canaccord | B017 | 0.40 | 142.00 |
| 02/09/23 | TBOLL | Finalize for filing second monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 02/09/23 | TBOLL | Prepare notice (.1) and finalize for filing (.3) first monthly fee application of Epiq | B017 | 0.40 | 142.00 |
| 02/10/23 | AMIEL | Emails with K. Pleines re: professional fee escrow | B017 | 0.10 | 68.50 |
| 02/10/23 | TBOLL | Prepare and finalize for filing notice of hearing re: first and final fee application of Canaccord | B017 | 0.40 | 142.00 |
| 02/13/23 | AMIEL | Emails with M. Lunn and K. Pleines re: fees | B017 | 0.10 | 68.50 |
| 02/13/23 | AMIEL | Emails with YCST team re: fee application (.1); review and revise same (.1) | B017 | 0.20 | 137.00 |
| 02/14/23 | AMIEL | Emails with C. Brault re: tax professionals and services | B017 | 0.10 | 68.50 |
| 02/14/23 | AMIEL | Emails with M. Lunn and C. Brault re: fees | B017 | 0.10 | 68.50 |
| 02/14/23 | MLUNN | Correspondence with C. Brault re: fee analysis for closing of books | B017 | 0.10 | 102.50 |
| 02/28/23 | AMIEL | Emails with client re: retention of accountant | B017 | 0.10 | 68.50 |
| 02/28/23 | AMIEL | Emails with M. Lunn and C. Brault re: fee invoice | B017 | 0.10 | 68.50 |
| 02/09/23 | MLUNN | Confidentiality review of January fee statement | B018 | 0.70 | 717.50 |
| 02/10/23 | MLUNN | Continued confidentiality review of January fee statement in preparation for submission for approval | B018 | 0.50 | 512.50 |
| 02/13/23 | MLUNN | Review January fee application | B018 | 0.10 | 102.50 |
| 02/13/23 | TBOLL | Prepare second monthly fee application of YCST | B018 | 0.80 | 284.00 |
| 02/13/23 | TBOLL | Compile and finalize for filing second monthly fee application of YCST | B018 | 0.40 | 142.00 |
| | | **Total** | | **127.50** | **$85,499.50** |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | March 8, 2023 |
| Billing Period through February 28, 2023 | | | Invoice Number: | | 50040391 |
| | | | Matter Number: | | 102647.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 53.00 | 685.00 | 36,305.00 |
| CGREA | Craig D. Grear | Partner | 3.80 | 1,300.00 | 4,940.00 |
| DJOHN | Daniel P. Johnson | Partner | 0.20 | 575.00 | 115.00 |
| JBROO | Joshua Brooks | Associate | 11.10 | 505.00 | 5,605.50 |
| KNORT | Kenneth L. Norton | Associate | 0.60 | 525.00 | 315.00 |
| MLUNN | Matthew B. Lunn | Partner | 17.90 | 1,025.00 | 18,347.50 |
| MNEST | Michael R. Nestor | Partner | 1.20 | 1,240.00 | 1,488.00 |
| SBORO | Shella Borovinskaya | Associate | 28.60 | 505.00 | 14,443.00 |
| TBOLL | Troy Bollman | Paralegal | 11.10 | 355.00 | 3,940.50 |
| **Total** | | | **127.50** | | **$85,499.50** |

| Winc, Inc. | Invoice Date: | March 8, 2023 |
|---|---|---|
| Billing Period through February 28, 2023 | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 1.80 | 685.00 | 1,233.00 |
| Kenneth L. Norton | Associate | 0.60 | 525.00 | 315.00 |
| Shella Borovinskaya | Associate | 1.10 | 505.00 | 555.50 |
| Troy Bollman | Paralegal | 2.40 | 355.00 | 852.00 |
| **Total** | | **5.90** | | **2,955.50** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 3.00 | 685.00 | 2,055.00 |
| Troy Bollman | Paralegal | 1.90 | 355.00 | 674.50 |
| **Total** | | **5.00** | | **2,832.00** |

**Task Code:B004**          **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 1.70 | 685.00 | 1,164.50 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **2.30** | | **1,444.50** |

**Task Code:B005**          **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.90 | 1,025.00 | 922.50 |
| Allison S. Mielke | Associate | 3.20 | 685.00 | 2,192.00 |
| Shella Borovinskaya | Associate | 3.40 | 505.00 | 1,717.00 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **8.00** | | **5,009.00** |

**Task Code:B006**          **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 3.80 | 1,300.00 | 4,940.00 |
| Daniel P. Johnson | Partner | 0.20 | 575.00 | 115.00 |
| Matthew B. Lunn | Partner | 1.30 | 1,025.00 | 1,332.50 |
| Allison S. Mielke | Associate | 7.90 | 685.00 | 5,411.50 |
| Shella Borovinskaya | Associate | 0.10 | 505.00 | 50.50 |
| **Total** | | **13.30** | | **11,849.50** |

Winc, Inc.
Billing Period through February 28, 2023

| | Invoice Date: | March 8, 2023 |
|---|---|---|
| | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.90 | 1,025.00 | 1,947.50 |
| Allison S. Mielke | Associate | 6.20 | 685.00 | 4,247.00 |
| Joshua Brooks | Associate | 0.60 | 505.00 | 303.00 |
| Shella Borovinskaya | Associate | 6.50 | 505.00 | 3,282.50 |
| Troy Bollman | Paralegal | 1.30 | 355.00 | 461.50 |
| **Total** | | **16.50** | | **10,241.50** |

**Task Code:B008**          **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.40 | 1,025.00 | 1,435.00 |
| Allison S. Mielke | Associate | 3.50 | 685.00 | 2,397.50 |
| **Total** | | **4.90** | | **3,832.50** |

**Task Code:B009**          **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 1.40 | 685.00 | 959.00 |
| Shella Borovinskaya | Associate | 3.90 | 505.00 | 1,969.50 |
| **Total** | | **5.30** | | **2,928.50** |

**Task Code:B011**          **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Allison S. Mielke | Associate | 1.80 | 685.00 | 1,233.00 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **3.20** | | **2,036.00** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 9.70 | 1,025.00 | 9,942.50 |
| Michael R. Nestor | Partner | 0.80 | 1,240.00 | 992.00 |
| Allison S. Mielke | Associate | 16.90 | 685.00 | 11,576.50 |
| Joshua Brooks | Associate | 5.30 | 505.00 | 2,676.50 |
| Shella Borovinskaya | Associate | 13.60 | 505.00 | 6,868.00 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **46.70** | | **32,197.50** |

Winc, Inc.
Billing Period through February 28, 2023

Invoice Date:                    March 8, 2023
Invoice Number:                    50040391
Matter Number:                  102647.1001

### Task Code:B013      Creditor Inquiries

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| Joshua Brooks | Associate | 0.80 | 505.00 | 404.00 |
| **Total** | | **1.00** | | **541.00** |

### Task Code:B014      General Corporate Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Michael R. Nestor | Partner | 0.40 | 1,240.00 | 496.00 |
| Allison S. Mielke | Associate | 1.90 | 685.00 | 1,301.50 |
| **Total** | | **2.60** | | **2,105.00** |

### Task Code:B015      Employee Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| **Total** | | **0.10** | | **68.50** |

### Task Code:B017      Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Allison S. Mielke | Associate | 3.40 | 685.00 | 2,329.00 |
| Joshua Brooks | Associate | 3.70 | 505.00 | 1,868.50 |
| Troy Bollman | Paralegal | 2.50 | 355.00 | 887.50 |
| **Total** | | **10.20** | | **5,700.00** |

### Task Code:B018      Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.30 | 1,025.00 | 1,332.50 |
| Troy Bollman | Paralegal | 1.20 | 355.00 | 426.00 |
| **Total** | | **2.50** | | **1,758.50** |