# **<u>EXHIBIT B</u>**

30180514.1

Winc, Inc.  
Billing Period through February 28, 2023

Invoice Date: March 8, 2023  
Invoice Number: 50040391  
Matter Number: 102647.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/03/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 01/04/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 01/05/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/09/23 | Docket Retrieval / Search | 24.00 | 2.40 |
| 01/10/23 | Docket Retrieval / Search | 15.00 | 1.50 |
| 01/11/23 | Docket Retrieval / Search | 24.00 | 2.40 |
| 01/12/23 | Docket Retrieval / Search | 529.00 | 52.90 |
| 01/13/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/16/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/17/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/18/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/19/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/26/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/01/23 | Working Meals | 1.00 | 14.79 |
| 02/01/23 | Reproduction Charges | 168.00 | 16.80 |
| 02/02/23 | Reproduction Charges | 88.00 | 8.80 |
| 02/06/23 | Deposition/Transcript | 1.00 | 1,180.90 |
| 02/07/23 | Reproduction Charges | 125.00 | 12.50 |
| 02/08/23 | Reproduction Charges | 107.00 | 10.70 |
| 02/09/23 | Reproduction Charges | 69.00 | 6.90 |
| 02/13/23 | Reproduction Charges | 73.00 | 58.40 |
| 02/14/23 | Reproduction Charges | 34.00 | 3.40 |
| 02/16/23 | Reproduction Charges | 34.00 | 3.40 |
| 02/21/23 | Reproduction Charges | 271.00 | 27.10 |
| 02/23/23 | Reproduction Charges | 286.00 | 28.60 |
| 02/28/23 | Reproduction Charges | 5.00 | 0.50 |
| | **Total** | | **$1,438.99** |

| Winc, Inc. | Invoice Date: | March 8, 2023 |
| Billing Period through February 28, 2023 | Invoice Number: | 50040391 |
| | Matter Number: | 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Deposition/Transcript | 1,180.90 |
| Docket Retrieval / Search | 66.20 |
| Reproduction Charges | 177.10 |
| Working Meals | 14.79 |
| **Total** | **$1,438.99** |