# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 15, 2023 AT 2:00 P.M. (ET)

> **THE HEARING WILL BE CONDUCTED IN-PERSON.**
> **ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS. PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN MARCH 15, 2023 AT 8:00 A.M. (ET).**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsdemqqjorGkxYiN8aMhIlwX8KSH-PePk
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## RESOLVED MATTER

1. First Monthly and Final Application of Canaccord Genuity LLC, as Investment Banker for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 30, 2022 Through January 23, 2023 [D.I. 232; 2/9/23]

    Related Pleadings:

    a) Notice of Hearing [D.I. 236; 2/10/23

    b) Certificate of No Objection [D.I. 271; 3/2/23]

    c) Order Approving First and Final Fee Application of Canaccord Genuity LLC [D.I. 275; 3/6/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30175352.2

Objection Deadline:        March 1, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:        None.

Status:        An order has been entered.  A hearing is unnecessary.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

2. Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 255; 2/21/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 288; 3/8/23]

    Objection Deadline:        March 7, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:        None.

    Status:        A certificate of no objection has been filed.  A hearing is necessary only if the Court has questions or concerns.

3. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 256; 2/21/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 289; 3/8/23]

    Objection Deadline:        March 7, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:        None.

    Status:        A certificate of no objection has been filed.  A hearing is necessary only if the Court has questions or concerns.

4. Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 265; 3/1/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 293; 3/9/23]

    Objection Deadline:        March 8, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:   None.

Status:   A certificate of no objection has been filed.  A hearing is necessary only if the Court has questions or concerns.

| | |
|---|---|
| Dated: March 13, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         mlunn@ycst.com<br>         amielke@ycst.com<br>         jbrooks@ycst.com<br>         sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

30175352.2