# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 15, 2023 AT 2:00 P.M. (ET)

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## RESOLVED MATTER

1. First Monthly and Final Application of Canaccord Genuity LLC, as Investment Banker for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 30, 2022 Through January 23, 2023 [D.I. 232; 2/9/23]

    Related Pleadings:

    a)  Notice of Hearing [D.I. 236; 2/10/23

    b)  Certificate of No Objection [D.I. 271; 3/2/23]

    c)  Order Approving First and Final Fee Application of Canaccord Genuity LLC [D.I. 275; 3/6/23]

    Objection Deadline:        March 1, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered. A hearing is unnecessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] **Amended items appear in bold.**

30190624.1

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

2. Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 255; 2/21/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 288; 3/8/23]

    b) **Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 295; 3/13/23]**

    Objection Deadline:    March 7, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    **An order has been entered.  A hearing is unnecessary.**

3. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 256; 2/21/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 289; 3/8/23]

    b) **Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 296; 3/13/23]**

    Objection Deadline:    March 7, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    **An order has been entered.  A hearing is unnecessary.**

4. Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 265; 3/1/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 293; 3/9/23]

      **b)**    **Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 297; 3/13/23]**

Objection Deadline:        March 8, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:        **An order has been entered. A hearing is unnecessary.**

Dated: March 13, 2023  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*  
Michael R. Nestor (No. 3526)  
Matthew B. Lunn (No. 4119)  
Allison S. Mielke (No. 5934)  
Joshua B. Brooks (No. 6765)  
Shella Borovinskaya (No. 6758)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: mnestor@ycst.com  
       mlunn@ycst.com  
       amielke@ycst.com  
       jbrooks@ycst.com  
       sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*