**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Winc Inc., *et al.* | : | Case No. 22-11238 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | | THIRD AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS* |
| ---------------------------------- | | |

     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Ranch Canada de los Pinos,** Attn: Douglas Circle, 17772 E. 17th St., Suite 107, Tustin, CA 92780, Phone: 714-630-0299, Fax: 714-630-2399, Email: doug@circlevision.com

2.     **Vin-Global, LLC**, Attn: Douglas Jones, 4501 Manatee Ave West, Suite 314, Bradenton, Florida 34209, Phone: 845-629-4567, Email: djones@vin-global.net

                                     ANDREW R. VARA
                                     United States Trustee, Region 3

                                     <u>/s/ *Jane Leamy* for</u>
                                     JOSEPH J. MCMAHON, JR.
                                     ASSISTANT UNITED STATES TRUSTEE

DATED: March 16, 2023

*Amended to reflect the resignation of Frederic Chaudiere Famille Chaudiere (SARL).