# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al*.,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 294-298** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2023, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Hearing on March 15, 2023 at 2:00 p.m. (ET)," dated March 13, 2023 [Docket No. 294], (the "Agenda"),

   b. "Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof," dated March 13, 2023 [Docket No. 295], (the "Exclusivity Order"),

   c. "Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452," dated March 13, 2023 [Docket No. 296], (the "Removal Order"),

   d. "Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property," March 13, 2023 [Docket No. 297], (the "Rejection Order"), and

   e. [Cancelled] "Notice of Amended Agenda of Matters Scheduled for Hearing on March 15, 2023 at 2:00 p.m. (ET)," dated March 13, 2023 [Docket No. 298], (the "Amended Agenda"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

by causing true and correct copies of the:

i. Agenda and Amended Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii. Exclusivity Order, Removal Order, and Rejection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

iii. Removal Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iv. Rejection Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit C, and

v. Agenda, Exclusivity Order, Removal Order, Rejection Order, and Amended Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Angela Chachoff
Angela Chachoff

Sworn to before me this
14th day of March, 2023
/s/ Rosalyn DeMattia
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

WINC, INC.
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| HILL FLYNN & MIKE BELL | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FLO NEW YORK NY 10022 |
| PATRICK CHIMENTI | C/O LAW OFFICE OF JONATHAN W. CHASE ATTN JONATHAN W. CHASE 1515 MARKET STREET, STE 1200 PHILADELPHIA PA 19102 |
| PEDRO MARTINEZ | C/O SHAKED LAW GROUP, P.C. ATTN DAN SHAKED 14 HARWOOD COURT, STE 415 SCARSDALE NY 10583 |
| ROSENTHAL & ROSENTHAL INC. | C/O OTTERBOURG P.C. ATTN RICHARD GERARD HADDAD 230 PARK AVE NEW YORK NY 10169 |
| SHAYLA MARIE KING | ADDRESS AVAILABLE UPON REQUEST |
| STEPHEN GIANNAROS | C/O BLOCK & LEVITON LLP ATTN JASON M. LEVITON 260 FRANKLIN ST, STE 1860 BOSTON MA 02110 |
| TRINITY BEVERAGE GROUP,LLC | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FL NEW YORK NY 10022 |
| VERITY WINES LLC | C/O OTTERBOURG P.C ATTN RICHARD GERARD HADDAD 230 PARK AVENUE NEW YORK NY 10169 |
| YENSY CONTRERAS | C/O MIZRAHI KROUB LLP ATTN JARRETT SCOTT CHARO 200 VESEY ST., STE 24 FL NEW YORK NY 10281 |

**Total Creditor count  9**

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| COLUMBIA BUSINESS CENTER PARTNERS LP | 750 PISMO STREET SAN LUIS OBISPO CA 93401 |

**Total Creditor count  1**

**EXHIBIT D**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| AKERMAN LLP | LAURA.TAVERAS@AKERMAN.COM; EDUARDO.ESPINOSA@AKERMAN.COM; MARK.LIU@AKERMAN.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| THE BIFFERATO FRIM, P.A. | CBIFFERATO@TBF.LEGAL |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| MARC LESSER | KOTA91302@YAHOO.COM |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM; COLEHARLAN@PAULHASTINGS.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |

**TOTAL 40**