**In re Winc, Inc., et al.,**                                      Lead Case No. 22-11238
                Debtors                       Reporting Period: February 1, 2023 through February 28, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Receipts</u> | | | |
| Operating receipts | $ - | $ 3,517,294 | $ - |
| Related entity receipts | - | - | - |
| Other Receipts | 3,281 | - | - |
| **Total Receipts** | $ 3,281 | $ 3,517,294 | $ - |
| | | | |
| <u>Disbursements</u> | | | |
| Administrative and selling costs | $ (23,848) | $ (2,569,188) | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | (6,300) | - | - |
| Taxes | - | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - | - | - |
| **Total Disbursements** | $ (30,148) | $ (2,569,188) | $ - |
| | | | |
| **Net Cash Flow** | $ (26,867) | $ 948,106 | $ - |
| | | | |
| <u>Cash Rollforward</u> | | | |
| **Beginning Cash Balance - February 1, 2023** | $ 2,046,383 | $ 943,766 | $ - |
| Net Cash Flow | (26,867) | 948,106 | - |
| **Ending Cash Balance - February 28, 2023** | $ 2,019,515 | $ 1,891,872 | $ - |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
　　　　　　　　Debtors　　　　　　　　　　　　　　　　　Reporting Period: February 1, 2023 through February 28, 2023

**BALANCE SHEETS AS OF FEBRUARY 28, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Assets |  |  |  |
| Cash and cash equivalents | $ 2,019,515 | $ 1,891,872 | $ - |
| Accounts receivable | 6,653 | 3,659,076 | - |
| Other receivables | 56,285 | 14,195 | - |
| Inventory | - | 20,086,113 | - |
| Prepaids and other current assets | 2,175,517 | 2,812,967 | - |
| **Total Current Assets** | **$ 4,257,971** | **$ 28,464,223** | **$ -** |
|  |  |  |  |
| Fixed assets | $ - | $ 649,338 | $ - |
| Intangible assets | - | 9,874,410 | - |
| Other assets | 20,071 | 536,929 | - |
| **Total Assets** | **$ 4,278,042** | **$ 39,524,900** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
 Debtors  Reporting Period: February 1, 2023 through February 28, 2023

**BALANCE SHEETS AS OF FEBRUARY 28, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> | | | |
| Accounts payable | $ - | $ 829,715 | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 1,450 | 283,967 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | - | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 1,743,702** | **$ 1,113,682** | **$ -** |
| Long term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 125,054,010 | (89,436,124) | - |
| **Liabilities Subject to Compromise Total** | **$ 125,054,010** | **$ (89,436,124)** | **$ -** |
| **Total Liabilities** | **$ 126,797,711** | **$ (88,322,442)** | **$ -** |
| **Total Net Equity** | **$ (122,519,669)** | **$ 127,847,342** | **$ -** |
| **Total Liabilities and Net Equity** | **$ 4,278,042** | **$ 39,524,900** | **$ -** |

**In re Winc, Inc., et al.,**                                           **Lead Case No. 22-11238**
                    Debtors                                              **Reporting Period: February 1, 2023 through February 28, 2023**

**INCOME STATEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 3,746,531 | $ - |
| Other income | - | - | - |
| Cost of sales | - | 2,317,364 | - |
| **Gross Income** | $ - | $ 1,429,167 | $ - |
| Marketing expense | $ (83,081) | $ 126,032 | $ - |
| Personnel expense | 93 | 62,255 | - |
| Production and operations expense | - | 2,607 | - |
| General & administrative expense | 158,908 | 1,016,786 | - |
| Interest | (9,209) | - | - |
| Reorganization items | 1,000,000 | - | - |
| Other expense | - | 7,247 | - |
| **Income Before Tax** | $ (1,066,712) | $ 214,240 | $ - |
| Income tax benefit (expense) | $ - | $ - | $ - |
| **Net Income (Loss) for Period** | $ (1,066,712) | $ 214,240 | $ - |

**In re Winc, Inc., et al.,**                                       Lead Case No. 22-11238
                           Debtors                                  Reporting Period: February 1, 2023 through February 28, 2023

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 2,017,015 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 1,891,872 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |