# EXHIBIT 2

## Fee Statement

| | |
|---|---|
| **Exhibit A** | Compensation by Timekeeper for Compensation Period February 1, 2023 through February 28, 2023 |
| **Exhibit B** | Summary of Compensation by Project Category During Compensation Period February 1, 2023 through February 28, 2023 |
| **Exhibit C** | Detailed Time Description by Timekeeper and Category During Compensation Period February 1, 2023 through February 28, 2023 |
| **Exhibit D** | Monthly Expense Summary During Compensation February 1, 2023 through February 28, 2023 |
| **Exhibit E** | Detailed Monthly Expense Summary During Compensation Period February 1, 2023 through February 28, 2023 |

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period
February 1, 2023 through February 28, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 8.0 | $9,000.00 |
| Kevin Pleines | Director | $695.00 | 30.8 | $21,406.00 |
| Chris Walker | Director | $595.00 | 69.7 | $41,471.50 |
| Jaclyn Hill | Admin | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$72,415.00** |

# EXHIBIT B

**Summary of Compensation by Project Category**
**During Compensation Period**
**February 1, 2023 through February 28, 2023**

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.20 | $139.00 |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 11.60 | $8,062.00 |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 2.60 | $1,807.00 |
| F | Statements/Schedules and MORs | 24.20 | $14,664.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 7.90 | $5,447.50 |
| H | Financial Review and Analysis | 0.00 | - |
| I | Asset Sale Process | 9.00 | $5,355.00 |
| J | Attendance at Court Hearings or Depositions | 1.20 | $744.00 |
| K | Employee Management | 0.00 | - |
| L | Case Administration | 11.40 | $6,734.00 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.00 | - |
| N | Analysis and Related Work re: Plan and Exit | 36.80 | $25,223.00 |
| O | Contract Review and Analysis | 2.60 | $1,807.00 |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 3.50 | $2,432.50 |

# EXHIBIT C

**Detailed Time Description by Timekeeper and Category During Compensation Period
February 1, 2023 through February 28, 2023**

| Professional | Date | Description | Hours |
|---|---|---|---|
| **A. Operations Analysis and Review** | | | |
| Kevin Pleines | 28-Feb | Reviewed tax preparation quotes | 0.2 |
| | | **Operations Analysis and Review Total** | **0.2** |
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| Kevin Pleines | 3-Feb | Reviewed and provided invoice data to YCST | 1.5 |
| Kevin Pleines | 7-Feb | Reviewed calendar and strategized with RPA team | 1.1 |
| Kevin Pleines | 8-Feb | Reviewed liabilities related to estate consultant questions | 1.3 |
| Kevin Pleines | 9-Feb | Reviewed liabilities related to estate consultant questions | 1.1 |
| Kevin Pleines | 10-Feb | Reviewed liability related items with counsel and estate consultant | 0.9 |
| Kevin Pleines | 10-Feb | Reviewed liability and claim items | 2.0 |
| Kevin Pleines | 16-Feb | Reviewed and summarized professional fees relative to budget | 1.8 |
| Kevin Pleines | 23-Feb | Reviewed US trustee invoices | 0.9 |
| Kevin Pleines | 28-Feb | Summarized UST payments for reimbursement by professional fee escrow account | 1.0 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **11.6** |
| **E. Calls/Meetings with Company, Board, Counsel and/or Staff** | | | |
| Kevin Pleines | 6-Feb | Participated on update call with Board | 0.9 |
| Kevin Pleines | 13-Feb | Discussed and strategized on status of estate with estate consultant | 0.5 |
| Kevin Pleines | 17-Feb | Participated on status call with counsel and estate trustee | 0.5 |
| Kevin Pleines | 27-Feb | Participated in status update with RPA team | 0.2 |
| Kevin Pleines | 28-Feb | Participated in status update with estate consultant | 0.5 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **2.6** |
| **F. Statements/Schedules and MOR's** | | | |
| Chris Walker | 13-Feb | Performed initial updates for January Monthly Operating Reports | 2.5 |
| Chris Walker | 14-Feb | Prepared initial updates to January Monthly Operating Report exhibits | 2.0 |
| Chris Walker | 14-Feb | Prepared updates to January Monthly Operating Reports | 1.6 |
| John Policano | 14-Feb | Reviewed claims information related to monthly operating report | 0.5 |
| Chris Walker | 17-Feb | Prepared updates to Monthly Operating Reports based on revised financial statements | 2.9 |
| Chris Walker | 19-Feb | Prepared updates to Monthly Operating Reports based on revised financial statements | 2.4 |
| Chris Walker | 19-Feb | Performed review of draft January Monthly Operating Reports and developed review question list | 1.6 |
| Chris Walker | 20-Feb | Prepared updates to Monthly Operating Reports | 2.6 |
| Chris Walker | 20-Feb | Prepared updates to Monthly Operating Reports | 1.6 |
| Chris Walker | 20-Feb | Prepared updates to Monthly Operating Reports | 1.8 |
| Chris Walker | 20-Feb | Performed final review and sent Monthly Operating Reports for filing | 2.1 |

| | | | |
|---|---|---|---:|
| Chris Walker | 20-Feb | Prepared updates to Monthly Operating Reports based on comments received | 2.6 |
| | | **Statements/Schedules and MOR's Total** | **24.2** |
| **G. Preparation and Review of Bankruptcy Documents and Related Filings** | | | |
| Chris Walker | 20-Feb | Reviewed docket and court filings | 0.7 |
| Kevin Pleines | 13-Feb | Strategized with RPA team related to draft plan and DS | 0.7 |
| Kevin Pleines | 14-Feb | Reviewed and commented on draft plan & DS | 2.0 |
| John Policano | 14-Feb | Reviewed draft POR and Disclosure Statement | 0.9 |
| Chris Walker | 16-Feb | Reviewed docket and court filings | 0.8 |
| Chris Walker | 16-Feb | Performed review and prepared summary of UCC fee application | 1.2 |
| Chris Walker | 22-Feb | Reviewed docket and court filings | 1.0 |
| Chris Walker | 1-Feb | Reviewed docket and court filings | 0.6 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **7.9** |
| **I. Asset Sale Process** | | | |
| Chris Walker | 1-Feb | Prepared updates to claims analysis and incorporated 503(b)(9) and critical vendor post petition payments | 2.8 |
| Chris Walker | 1-Feb | Performed revisions to claims analysis | 1.8 |
| Chris Walker | 2-Feb | Performed revisions to claims analysis | 2.5 |
| Chris Walker | 3-Feb | Performed revisions to claims analysis | 1.9 |
| | | **Asset Sale Process Total** | **9.0** |
| **J. Attendance at Court Hearings or Depositions** | | | |
| Chris Walker | 23-Feb | Prepared for and participated on hearing | 0.9 |
| Kevin Pleines | 23-Feb | Prepared for and participated on omnibus hearing | 0.3 |
| | | **Attendance at Court Hearings or Depositions Total** | **1.2** |
| **L. Case Administration** | | | |
| Chris Walker | 7-Feb | Prepared initial updates to January fee application | 1.6 |
| Chris Walker | 7-Feb | Prepared updates to January fee application | 1.3 |
| Jaclyn Hill | 8-Feb | Prepared draft fee application | 2.5 |
| Chris Walker | 9-Feb | Performed review and updated January fee application | 2.4 |
| John Policano | 9-Feb | Prepared draft fee application | 1.2 |
| Chris Walker | 10-Feb | Prepared updates to January fee application | 1.9 |
| John Policano | 10-Feb | Prepared draft fee application | 0.2 |
| John Policano | 11-Feb | Case administration | 0.3 |
| | | **Case Administration Total** | **11.4** |
| **N. Analysis and Related Work re: Plan and Exit** | | | |
| Kevin Pleines | 1-Feb | Reviewed draft claims analysis | 3.0 |
| John Policano | 1-Feb | Reviewed claims analysis | 0.6 |
| Kevin Pleines | 2-Feb | Finalized draft claims analysis with RPA team | 3.0 |
| Kevin Pleines | 2-Feb | Reviewed claims analysis with UCC | 0.5 |
| Kevin Pleines | 2-Feb | Srategized with estate consultant related to tax claims | 0.5 |
| John Policano | 2-Feb | Reviewed claims analysis | 0.7 |

| | | | |
|---|---|---|---:|
| John Policano | 5-Feb | Analyzed liquidation of estate | 0.8 |
| Chris Walker | 6-Feb | Prepared initial draft liquidation analysis | 2.9 |
| Chris Walker | 6-Feb | Reviewed and prepared updates to draft liquidation analysis | 2.5 |
| Kevin Pleines | 6-Feb | Reviewed updated claims register | 0.3 |
| John Policano | 6-Feb | Analyzed liquidation of estate | 0.9 |
| Chris Walker | 7-Feb | Reviewed and prepared updates to draft liquidation analysis | 2.0 |
| John Policano | 7-Feb | Reviewed contract assumption & rejection requirements | 0.5 |
| John Policano | 7-Feb | Analyzed liquidation of estate | 0.2 |
| Chris Walker | 8-Feb | Reviewed and prepared updates to draft liquidation analysis | 1.9 |
| John Policano | 8-Feb | Analyzed liquidation of estate | 0.3 |
| Chris Walker | 9-Feb | Reviewed and prepared updates to draft liquidation analysis | 2.5 |
| John Policano | 9-Feb | Analyzed liquidation of estate | 0.6 |
| Chris Walker | 9-Feb | Reviewed and prepared updates to draft liquidation analysis | 2.4 |
| Chris Walker | 9-Feb | Drafted, reviewed and updated global notes to the draft liquidation analysis | 2.3 |
| Chris Walker | 9-Feb | Reviewed and prepared updates to draft liquidation analysis | 2.1 |
| John Policano | 13-Feb | Analyzed liquidation of estate | 0.3 |
| Chris Walker | 13-Feb | Prepared updates to liquidation analysis | 2.3 |
| Chris Walker | 21-Feb | Prepared updates to liquidation analysis | 2.4 |
| Chris Walker | 24-Feb | Prepared updates to liquidation analysis | 1.3 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **36.8** |

**O. Contract Review and Analysis**

| | | | |
|---|---|---|---:|
| Kevin Pleines | 7-Feb | Reviewed documents related to contract assumptions & rejections | 2.6 |
| | | **Contract Review and Analysis Total** | **2.6** |

**P. Calls/Meetings or Response to Inquiries from UCC Advisors**

| | | | |
|---|---|---|---:|
| Kevin Pleines | 10-Feb | Complied and provided professional fee escrow account summary for UCC | 1.9 |
| Kevin Pleines | 13-Feb | Reviewed and responded to UCC requests | 0.8 |
| Kevin Pleines | 15-Feb | Provided retainer detail to UCC | 0.8 |
| | | **Calls/Meetings or Response to Inquiries from UCC Advisors Total** | **3.5** |

# EXHIBIT D

**Monthly Expense Summary**
**February 1, 2023 through February 28, 2023**

| Category | Amount |
|---|---|
| Telecom | $72.57 |
| **Total Expenses** | |

# EXHIBIT E

30211478.2

**Detailed Monthly Expense Summary**
**February 1, 2023 through February 28, 2023**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Telecom** | | | |
| February 28 | Chris Walker | Telecom charges related to Winc | $50.00 |
| February 28 | Kevin Pleines | Telecom charges related to Winc | $22.57 |
| | | **Telecom Total** | **$72.57** |
| | | **Expenses Total** | **$72.57** |

30211478.2