# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Winc, Inc.<br>    Debtors. | Chapter 11<br><br>Case No. 22-11238-LSS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

James E. Huggett, Esquire of the Delaware law firm, Margolis Edelstein, hereby notifies the Clerk of this Court that his client(s) in this bankruptcy case has/have resolved any interests or issues in the case, he no longer wishes to receive CM/ECF electronic notices in this particular case, and **he respectfully requests that he be taken off of the electronic (and any other) service list herein going forward in this particular bankruptcy case.**

Dated: March 28, 2023
Wilmington, Delaware

                       Respectfully submitted,
                       **MARGOLIS EDELSTEIN**

                       BY: **/s/ James E. Huggett**
                       James E. Huggett (3956)
                       MARGOLIS EDELSTEIN
                       300 Delaware Avenue, Suite 800
                       Wilmington, DE 19801
                       TEL: (302) 888.1112
                       FAX: (302) 888.1119
                       jhuggett@margolisedelstein.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Winc, Inc.<br>　　　　Debtors. | Case No. 22-11238-LSS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on March 28, 2023, I served a copy of the *Notice of Withdrawal of Appearance* to all parties via CM/ECF.

　　　　　　　　　　　　　　　　　／s/James E. Huggett
　　　　　　　　　　　　　　　　James E. Huggett (#3956)