# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON, DELAWARE 19801

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600  
(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6646

Writer's E-Mail  
mlunn@ycst.com

Winc, Inc.  
1751 Berkeley Street  
Studio 3  
Santa Monica, CA 90404

Invoice Date: April 5, 2023  
Invoice Number: 50041550  
Matter Number: 102647.1001

Re: Debtor Representation  
Billing Period through March 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 59,026.50 |
| Disbursements | $ | 353.55 |
| Total Due This Invoice | $ | 59,380.05 |

| | | |
|---|---|---|
| Winc, Inc. | Invoice Date: | April 5, 2023 |
| Billing Period through March 31, 2023 | Invoice Number: | 50041550 |
| | Matter Number: | 102647.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/01/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/02/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/06/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/07/23 | AMIEL | Review and revise critical dates calendar | B001 | 0.20 | 137.00 |
| 03/07/23 | MLUNN | Review critical dates memo | B001 | 0.10 | 102.50 |
| 03/07/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/07/23 | TBOLL | Review and update the critical dates calendar, and circulate same to the working group for review | B001 | 0.50 | 177.50 |
| 03/08/23 | AMIEL | Review and revise CNOs for exclusivity and removal motions | B001 | 0.10 | 68.50 |
| 03/09/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/13/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/21/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/30/23 | TBOLL | Review and update the critical dates calendar | B001 | 0.30 | 106.50 |
| 03/30/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 03/02/23 | AMIEL | Emails with court and interested parties re: status conference (0.1); attend same (0.4); review pleadings in advance of same (0.2); confer with C. Grear re: same (0.2); review and revise notice of same (0.1); review hearing transcript re: notice issue (0.2); emails with committee counsel re: same (0.1); confer with committee counsel re: same (x2) (0.3) | B002 | 1.60 | 1,096.00 |
| 03/02/23 | TBOLL | Assist in preparations re: status conference on March 2, 2023 | B002 | 0.20 | 71.00 |
| 03/02/23 | TBOLL | Prepare and finalize for filing notice of status conference on March 2, 2023 re: bar date order | B002 | 0.50 | 177.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 03/07/23 | TBOLL | Prepare draft agenda of matters scheduled for hearing on March 15, 2023 | B002 | 0.50 | 177.50 |
| 03/09/23 | TBOLL | Review and update draft agenda of matters scheduled for hearing on March 15, 2023 | B002 | 0.30 | 106.50 |
| 03/10/23 | AMIEL | Emails with YCST team re: agenda | B002 | 0.10 | 68.50 |
| 03/13/23 | AMIEL | Review and revise agendas (0.1); emails with T. Bollman re: same (0.1) | B002 | 0.20 | 137.00 |
| 03/13/23 | MLUNN | Review agenda re: March 15th hearing | B002 | 0.10 | 102.50 |
| 03/13/23 | TBOLL | Prepare and finalize for filing amended agenda of matters scheduled for hearing on March 15, 2023 | B002 | 0.60 | 213.00 |
| 03/13/23 | TBOLL | Prepare CNO binder re: agenda of matters scheduled for hearing on March 15, 2023, and submit same to the Court | B002 | 0.40 | 142.00 |
| 03/13/23 | TBOLL | Update and finalize for filing agenda of matters scheduled for hearing on March 15, 2023 | B002 | 0.60 | 213.00 |
| 03/02/23 | SBORO | Email correspondence with A. Mielke and M. Litvak re: letter of credit | B003 | 0.10 | 50.50 |
| 03/03/23 | SBORO | Email correspondence with A. Mielke re: bank stipulation | B003 | 0.10 | 50.50 |
| 03/06/23 | SBORO | Draft stipulation between Debtors and Bank of California | B003 | 2.70 | 1,363.50 |
| 03/06/23 | SBORO | Draft COC re: termination of letter of credit | B003 | 0.90 | 454.50 |
| 03/07/23 | SBORO | Review and revise stipulation and COC re: letter of credit | B003 | 1.00 | 505.00 |
| 03/13/23 | AMIEL | Emails with C. Brault and M. Lunn re: bank account issues | B003 | 0.10 | 68.50 |
| 03/16/23 | SBORO | Review and revise stipulation re: BoC letter of credit | B003 | 0.80 | 404.00 |
| 03/21/23 | SBORO | Review A. Mielke comments to stipulation with Banc of California | B003 | 0.10 | 50.50 |
| 03/03/23 | AMIEL | Emails with UST re: quarterly fees | B004 | 0.10 | 68.50 |
| 03/20/23 | AMIEL | Emails with K. Pleines re: monthly operating report | B004 | 0.10 | 68.50 |
| 03/21/23 | AMIEL | Review and revise monthly operating reports and related global notes and finalize for filing | B004 | 0.80 | 548.00 |
| 03/21/23 | AMIEL | Confer with C. Walker re: monthly operating reports | B004 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/21/23 | MLUNN | Call with A. Mielke re: MOR issue | B004 | 0.10 | 102.50 |
| 03/21/23 | TBOLL | Finalize for filing MORs for February 2023 | B004 | 0.50 | 177.50 |
| 03/01/23 | AMIEL | Review and revise 365(d)(4) motion (0.9); emails with YCST team and claims agent re: same (0.3); confer with S. Borovinskaya re: same (0.2); confer with M. Lunn re: same (0.1) | B005 | 1.50 | 1,027.50 |
| 03/01/23 | MLUNN | Review motion to extend 365(d)(4) deadline | B005 | 0.20 | 205.00 |
| 03/01/23 | SBORO | Draft email to committee re: 365(d)(4) motion (.1); emails with A. Mielke and M. Lunn re: same (.1); draft 365(d)(4) motion (1.4); call with A. Mielke re: same (.1); review and revise 365(d)(4) motion and send to M. Lunn for review (.5); review notice re: same (.2); emails with A. Mielke and T. Bollman re: 365(d)(4) motion (.1); compile 365(d)(4) motion for filing and send to T. Bollman to file (.4) | B005 | 2.90 | 1,464.50 |
| 03/01/23 | TBOLL | Assist in preparations, anticipate, and finalize for filing motion to extend the deadline to assume or reject unexpired leases | B005 | 1.30 | 461.50 |
| 03/02/23 | AMIEL | Emails with E. Walker re: contract issues | B005 | 0.10 | 68.50 |
| 03/06/23 | AMIEL | Emails with committee counsel re: motion to extend deadline to assume real property leases | B005 | 0.10 | 68.50 |
| 03/06/23 | SBORO | Review Pacific Mercantile letter of credit and Garnet Mine Lease | B005 | 1.10 | 555.50 |
| 03/08/23 | AMIEL | Review rejection motions (0.1); emails with C. Brault re: contract issues (0.1) | B005 | 0.20 | 137.00 |
| 03/09/23 | AMIEL | Review certificate of no objection for motion to extend lease rejection deadline | B005 | 0.10 | 68.50 |
| 03/09/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: motion to extend the deadline to assume or reject unexpired leases, and upload related order | B005 | 0.30 | 106.50 |
| 03/14/23 | AMIEL | Emails with contract counterparty re: assumption issues | B005 | 0.10 | 68.50 |
| 03/23/23 | AMIEL | Emails with C. Brault re: contract issues (0.1); review sale documentation re: same (0.1) | B005 | 0.20 | 137.00 |
| 03/01/23 | AMIEL | Review bank fee invoices and emails with M. Lunn re: same | B006 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/01/23 | AMIEL | Emails with C. Brault re: consulting invoice | B006 | 0.10 | 68.50 |
| 03/01/23 | AMIEL | Emails with S. Borovinskaya re: letter of credit and related issues | B006 | 0.10 | 68.50 |
| 03/01/23 | AMIEL | Emails with S. Borovinskaya re: letter of credit and related issues | B006 | 0.10 | 68.50 |
| 03/02/23 | AMIEL | Emails with S. Borovinskaya and M. Litvak re: letter of credit issues (0.2); review documents re: same and research issues re: same (0.3); confer with S. Borovinskaya re: same (0.1) | B006 | 0.60 | 411.00 |
| 03/02/23 | AMIEL | Review consulting invoice and vendor invoices (0.2); emails with K. Pleines and C. Brault re: same (0.1) | B006 | 0.30 | 205.50 |
| 03/02/23 | CGREA | Conference with A. Mielke re: assumption of subscription obligations and required notice to subscribers with respect to claims | B006 | 0.20 | 260.00 |
| 03/02/23 | CGREA | Review and analyze APA re: assumption of subscription obligations | B006 | 0.20 | 260.00 |
| 03/02/23 | MLUNN | Correspondence with C. Brault re: TSA issues and invoices | B006 | 0.20 | 205.00 |
| 03/03/23 | AMIEL | Emails with C. Brault and K. Pleines re: transition issues | B006 | 0.20 | 137.00 |
| 03/03/23 | AMIEL | Emails with M. Lunn re: cancellation of L/C (0.1); emails with S. Borovinskaya re: same (0.1) | B006 | 0.20 | 137.00 |
| 03/03/23 | MLUNN | Correspondence with A. Mielke re: transition issues and payment requests | B006 | 0.10 | 102.50 |
| 03/06/23 | AMIEL | Emails with D. Capurro re: SEC compliance | B006 | 0.10 | 68.50 |
| 03/09/23 | AMIEL | Emails with K. Pleines re: fee escrow | B006 | 0.10 | 68.50 |
| 03/13/23 | AMIEL | Emails with C. Brault re: SEC compliance | B006 | 0.10 | 68.50 |
| 03/13/23 | AMIEL | Review letter correspondence re: distributor agreements and emails with C. Brault re: same | B006 | 0.10 | 68.50 |
| 03/14/23 | AMIEL | Emails with C. Brault re: SEC reporting | B006 | 0.10 | 68.50 |
| 03/14/23 | AMIEL | Attend teleconference with C. Brault and D. Capurro re: SEC reporting issues | B006 | 0.50 | 342.50 |
| 03/14/23 | AMIEL | Emails with purchaser's counsel, M. Lunn, and C. Brault re: transition issues | B006 | 0.20 | 137.00 |
| 03/15/23 | AMIEL | Emails with M. Lunn, C. Brault, and E. Walker re: bank account issues | B006 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 03/16/23 | AMIEL | Emails with C. Brault and M. Lunn re: invoices | B006 | 0.10 | 68.50 |
| 03/21/23 | AMIEL | Emails with K. Pleines re: TSA fees | B006 | 0.10 | 68.50 |
| 03/21/23 | AMIEL | Emails with C. Brault re: account wind down (0.1); review agreement re: same (0.1) | B006 | 0.20 | 137.00 |
| 03/21/23 | CGREA | Review and analyze proposed changes to reorganization structure as proposed by UCC | B006 | 0.80 | 1,040.00 |
| 03/22/23 | AMIEL | Emails with C. Brault and K. Pleines (multiple) re: wind down issues | B006 | 0.10 | 68.50 |
| 03/22/23 | AMIEL | Review TSA re: wind down issues and fees (0.2); emails with M. Lunn re: same (0.1) | B006 | 0.30 | 205.50 |
| 03/23/23 | AMIEL | Emails with C. Brault re: franchise tax | B006 | 0.10 | 68.50 |
| 03/23/23 | AMIEL | Emails with C. Brault, M. Lunn, purchaser's counsel and bank re: account access | B006 | 0.10 | 68.50 |
| 03/24/23 | MLUNN | Correspondence with C. Brault re: payments to grape growers | B006 | 0.10 | 102.50 |
| 03/24/23 | MLUNN | Review various issues re: sale transition (.3); update call re: transition issues with C. Brault and K. Pleines (1.0) | B006 | 1.30 | 1,332.50 |
| 03/24/23 | MLUNN | Call with A. Mielke re: bank account and TSA issues | B006 | 0.30 | 307.50 |
| 03/26/23 | AMIEL | Emails with C. Brault re: fee issues | B006 | 0.10 | 68.50 |
| 03/27/23 | AMIEL | Emails with C. Brault and M. Lunn re: sale transition issues | B006 | 0.10 | 68.50 |
| 03/27/23 | MLUNN | Correspondence with C. Brault re: bank account | B006 | 0.10 | 102.50 |
| 03/28/23 | AMIEL | Emails with M. Litvak re: bank account issues | B006 | 0.10 | 68.50 |
| 03/28/23 | AMIEL | Emails with C. Brault re: transition issues and review documents re: same | B006 | 0.30 | 205.50 |
| 03/29/23 | AMIEL | Review and analyze APA, TSA, MSA and related documents re: transition issues (2.1); confer with C. Brault (multiple) re: same (0.4) | B006 | 2.50 | 1,712.50 |
| 03/29/23 | AMIEL | Emails with C. Brault re: transition issues (.1); Emails with C. Great re: APA and related documents (.1); Emails with M. Litvak re: L/C stipulation (.1) | B006 | 0.30 | 205.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 03/29/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: transition services issues (1.1); review APA, TSA, and MSA in advance of call re: same (0.8) | B006 | 1.90 | 1,301.50 |
| 03/30/23 | AMIEL | Confer with C. Grear (0.4) and C. Brault re: transition issues (0.4); emails with C. Brault and K. Pleines re: same (0.1); confer with K. Pleines re: same (0.5) | B006 | 1.40 | 959.00 |
| 03/31/23 | MLUNN | Attention to TSA reconciliation and payments, including review of payment schedule | B006 | 0.20 | 205.00 |
| 03/01/23 | MLUNN | Attention to BoC claim and landlord LOC and related correspondence with A. Mielke | B007 | 0.20 | 205.00 |
| 03/01/23 | SBORO | Review 2/28/23 claims register (.3); call with Epiq re: same (.1) | B007 | 0.40 | 202.00 |
| 03/01/23 | SBORO | Research re: letter of credit issue | B007 | 0.80 | 404.00 |
| 03/02/23 | MLUNN | Correspondence with A. Mielke re: Court issues with bar date and results of status conference | B007 | 0.10 | 102.50 |
| 03/03/23 | AMIEL | Review and revise bar date order (0.3); draft COC for same (0.1); emails with M. Lunn, UST, and committee re: same (0.2); emails with claims agent re: service (0.1) | B007 | 0.40 | 274.00 |
| 03/03/23 | MLUNN | Correspondence with A. Mielke re: issue with providing additional communication to DTC for bar date | B007 | 0.20 | 205.00 |
| 03/03/23 | MLUNN | Correspondence with A. Mielke re: BoC LOC claim and release issue | B007 | 0.10 | 102.50 |
| 03/06/23 | AMIEL | Emails with claims agent re: service (0.2); review and revise bar date and publication notices (0.4); coordinate for filing and service (0.3) | B007 | 0.90 | 616.50 |
| 03/06/23 | AMIEL | Emails with court, committee counsel, and YCST team re: bar date order and service of documents (0.5); review and compile COC for revised order re: same (0.4); draft and finalize for filing bar date notice (0.2) | B007 | 1.10 | 753.50 |
| 03/06/23 | AMIEL | Emails with committee counsel re: proof of claim and bar date issues | B007 | 0.10 | 68.50 |
| 03/06/23 | AMIEL | Emails with court re: bar date order | B007 | 0.10 | 68.50 |
| 03/06/23 | TBOLL | Finalize for filing certification of counsel re: bar date order, and upload related order | B007 | 0.40 | 142.00 |

| | | | | | |
|---|---|---|---|---|---|
|Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
|Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/23 | TBOLL | Finalize for filing bar date notice | B007 | 0.30 | 106.50 |
| 03/07/23 | AMIEL | Review bar date publication notice (0.2); emails with claims agent re: same (0.1) | B007 | 0.30 | 205.50 |
| 03/08/23 | AMIEL | Emails with claims agent re: service of bar date package | B007 | 0.10 | 68.50 |
| 03/08/23 | AMIEL | Review and analyze claims issues | B007 | 0.20 | 137.00 |
| 03/09/23 | AMIEL | Emails with committee counsel re: bar date issues | B007 | 0.10 | 68.50 |
| 03/09/23 | AMIEL | Emails with A. Speelman re: notice of bar date | B007 | 0.10 | 68.50 |
| 03/14/23 | AMIEL | Review creditor's email analysis re: tax claims | B007 | 0.10 | 68.50 |
| 03/14/23 | SBORO | Review Pennsylvania Department of Revenue email re: Winc and BWSC taxes | B007 | 0.20 | 101.00 |
| 03/15/23 | AMIEL | Emails with D. Rosner and J. Brooks re: claim issues | B007 | 0.20 | 137.00 |
| 03/15/23 | JBROO | Confer with C. Brault re: claim issues | B007 | 0.20 | 101.00 |
| 03/16/23 | AMIEL | Emails with J. Brooks re: claims | B007 | 0.10 | 68.50 |
| 03/17/23 | AMIEL | Emails with B. Smith re: claims | B007 | 0.10 | 68.50 |
| 03/17/23 | AMIEL | Emails with YCST team re: claim settlement (0.2); review and revise email re: same (0.1) | B007 | 0.30 | 205.50 |
| 03/20/23 | AMIEL | Emails with D. Rosner re: creditor claim | B007 | 0.10 | 68.50 |
| 03/22/23 | AMIEL | Emails with claims agent re: bar date | B007 | 0.10 | 68.50 |
| 03/23/23 | AMIEL | Emails with claims agent re: service of bar date notice | B007 | 0.10 | 68.50 |
| 03/03/23 | AMIEL | Teleconference with C. Brault and K. Pleines re: transition and case issues | B008 | 1.10 | 753.50 |
| 03/06/23 | AMIEL | Emails with C. Brault re: case updates and issues | B008 | 0.20 | 137.00 |
| 03/08/23 | AMIEL | Emails with C. Brault and M. Lunn re: weekly meeting | B008 | 0.10 | 68.50 |
| 03/13/23 | AMIEL | Weekly update call with K. Pleines and C. Brault | B008 | 0.80 | 548.00 |
| 03/13/23 | AMIEL | Teleconference with C. Brault and K. Pleines re: case issues | B008 | 1.00 | 685.00 |
| 03/17/23 | AMIEL | Emails with C. Brault re: case update | B008 | 0.10 | 68.50 |

Winc, Inc.  
Billing Period through March 31, 2023

Invoice Date: April 5, 2023  
Invoice Number: 50041550  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case updates | B008 | 0.60 | 411.00 |
| 03/24/23 | AMIEL | Confer with M. Lunn re: case issues (0.2); emails with C. Brault re: same (0.1) | B008 | 0.30 | 205.50 |
| 03/07/23 | JBROO | Revise and analyze COC re: Stipulation to modify automatic stay | B009 | 0.50 | 252.50 |
| 03/08/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: motion to extend the removal deadline, and upload related order | B011 | 0.30 | 106.50 |
| 03/06/23 | AMIEL | Review and revise solicitation procedures motion | B012 | 0.80 | 548.00 |
| 03/08/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: motion to extend the exclusivity deadline, and upload related order | B012 | 0.30 | 106.50 |
| 03/09/23 | MLUNN | Initial review of comments to chapter 11 plan | B012 | 0.40 | 410.00 |
| 03/10/23 | AMIEL | Emails with M. Lunn re: plan | B012 | 0.10 | 68.50 |
| 03/13/23 | AMIEL | Review revised plan (1.2); confer with M. Lunn re: same (0.9); emails with committee counsel and YCST team re: same (0.1) | B012 | 2.20 | 1,507.00 |
| 03/13/23 | MLUNN | Review and analyze UCC plan comments; research issues and create issues list (2.2); call with A. Mielke re: plan and other issues (.9) | B012 | 3.10 | 3,177.50 |
| 03/16/23 | AMIEL | Emails with M. Lunn re: plan issues (0.1); teleconference with committee counsel and M. Lunn re: same (0.4); follow up with M. Lunn re: same (0.3); emails with J. Hughes re: same (0.1); review insurance policy and organizational documents re: same (0.7); confer with J. Hughes and M. Lunn re: plan issues (0.2) | B012 | 1.80 | 1,233.00 |
| 03/16/23 | MLUNN | Call with UCC re: plan (.4); and follow-up with A. Mielke (.4) | B012 | 0.80 | 820.00 |
| 03/16/23 | MLUNN | Analyze plan issues (.3) and related correspondence and meeting with J. Hughes and A. Mielke (.4) | B012 | 0.70 | 717.50 |
| 03/17/23 | MLUNN | Work with J. Brooks re: recovery analysis for plan and disclosure statement | B012 | 0.20 | 205.00 |
| 03/20/23 | AMIEL | Emails with C. Grear and M. Lunn re: plan issues (0.1); review and revise plan to address committee comments (0.4) | B012 | 0.50 | 342.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 03/21/23 | AMIEL | Teleconference with M. Lunn and C. Grear re: plan issues | B012 | 0.40 | 274.00 |
| 03/21/23 | AMIEL | Review and revise chapter 11 plan | B012 | 0.50 | 342.50 |
| 03/21/23 | CGREA | Telephone conference with M. Lunn and A. Mielke re: plan and disclosure revisions proposed by UCC | B012 | 0.40 | 520.00 |
| 03/21/23 | MLUNN | Analyze plan issues (.2); call with C. Grear and A. Mielke (.4) re: same | B012 | 0.60 | 615.00 |
| 03/22/23 | AMIEL | Review and revise chapter 11 plan | B012 | 4.30 | 2,945.50 |
| 03/22/23 | CGREA | Review and analyze tax issues in connection with revisions to plan proposed by creditors committee | B012 | 0.70 | 910.00 |
| 03/22/23 | CGREA | Revise tax section of plan and disclosure statement | B012 | 0.90 | 1,170.00 |
| 03/23/23 | MLUNN | Work with A. Mielke re: plan issues | B012 | 0.30 | 307.50 |
| 03/24/23 | AMIEL | Revise chapter 11 plan | B012 | 0.70 | 479.50 |
| 03/27/23 | AMIEL | Emails with M. Lunn re: revised plan (0.1); review same (0.2) | B012 | 0.30 | 205.50 |
| 03/29/23 | AMIEL | Emails with committee counsel re: plan | B012 | 0.10 | 68.50 |
| 03/29/23 | CGREA | Review and analyze TSA and issues raised in respect of operations | B012 | 0.40 | 520.00 |
| 03/30/23 | CGREA | Review and analyze TSA and MSA re: payments to and from debtors and buyer | B012 | 0.30 | 390.00 |
| 03/30/23 | CGREA | Conference with A. Mielke re: TSA issues and MSA / TSA structure and interrelation | B012 | 0.40 | 520.00 |
| 03/07/23 | AMIEL | Review creditor inquiry | B013 | 0.10 | 68.50 |
| 03/09/23 | JBROO | Supplemental OCP List Notice | B013 | 0.20 | 101.00 |
| 03/13/23 | AMIEL | Emails with YCST team re: creditor inquiry | B013 | 0.10 | 68.50 |
| 03/14/23 | AMIEL | Respond to creditor inquiry | B013 | 0.10 | 68.50 |
| 03/15/23 | AMIEL | Emails with YCST team re: creditor inquiry | B013 | 0.10 | 68.50 |
| 03/15/23 | JBROO | Research issues re: creditor inquiry | B013 | 0.20 | 101.00 |
| 03/17/23 | AMIEL | Emails with YCST team re: creditor inquiry | B013 | 0.10 | 68.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/23 | SBORO | Email correspondence re: creditor inquiries | B013 | 0.20 | 101.00 |
| 03/20/23 | AMIEL | Respond to creditor inquiry | B013 | 0.10 | 68.50 |
| 03/22/23 | TBOLL | Various calls with creditors re: bar date notice | B013 | 0.20 | 71.00 |
| 03/01/23 | KLUON | Order Cert. of Termination of 1515 Garnet Mine Ventures, LLC from PA; email to S. Borovinskaya re: same | B014 | 0.10 | 33.00 |
| 03/13/23 | JHUGH | Correspondence with A. Mielke and M. Lunn re: review of insurance issues | B014 | 0.30 | 390.00 |
| 03/15/23 | MLUNN | Correspondence with A. Mielke re: Amass request for bank account authorized signatory | B014 | 0.20 | 205.00 |
| 03/16/23 | JHUGH | Meeting with M. Lunn and A. Mielke re: analysis of insurance | B014 | 0.40 | 520.00 |
| 03/16/23 | JHUGH | Review insurance policy and governing documents and forward analysis to M. Lunn and A. Mielke | B014 | 1.20 | 1,560.00 |
| 03/02/23 | AMIEL | Emails with YCST team re: fee applications (0.1); review CNOs for same (0.1) | B017 | 0.20 | 137.00 |
| 03/02/23 | SBORO | Email correspondence with M. Lunn, Canaccord and Epiq re: fee applications | B017 | 0.20 | 101.00 |
| 03/02/23 | SBORO | Draft emails to Canaccord, RPA, and Epiq re: fee applications | B017 | 0.30 | 151.50 |
| 03/02/23 | SBORO | Call with RPA re: fee applications | B017 | 0.10 | 50.50 |
| 03/02/23 | SBORO | Discuss fee applications with D. Willis and M. Lunn | B017 | 0.20 | 101.00 |
| 03/02/23 | SBORO | Review fee applications and compile CNOs re: same | B017 | 1.10 | 555.50 |
| 03/02/23 | TBOLL | Prepare and finalize for filing certificate of no objection re; first monthly fee application of Epiq | B017 | 0.30 | 106.50 |
| 03/02/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: final fee application of Canaccord, and upload related order | B017 | 0.30 | 106.50 |
| 03/02/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: second monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 03/03/23 | AMIEL | Emails with B. Bacal, M. Lunn, and S. Borovinskaya re: fee invoice | B017 | 0.10 | 68.50 |
| 03/03/23 | SBORO | Email correspondence with Canaccord and D. Willis re: fee applications | B017 | 0.10 | 50.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | April 5, 2023 |
| Billing Period through March 31, 2023 | | | Invoice Number: | | 50041550 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/07/23 | AMIEL | Emails with R. Reynoso re: final fee invoice | B017 | 0.10 | 68.50 |
| 03/07/23 | AMIEL | Review certifications of no objection for fee application | B017 | 0.10 | 68.50 |
| 03/07/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: second monthly fee application of YCST | B017 | 0.30 | 106.50 |
| 03/08/23 | AMIEL | Emails with committee counsel and K. Pleines re: fee escrow | B017 | 0.10 | 68.50 |
| 03/09/23 | AMIEL | Emails with C. Brault and J. Brooks re: tax returns and related issues (0.1); confer with J. Brooks re: same (0.1) | B017 | 0.20 | 137.00 |
| 03/09/23 | AMIEL | Emails with T. Bollman and M. Lunn re: monthly fee application and review same | B017 | 0.10 | 68.50 |
| 03/09/23 | TBOLL | Review and compile third monthly fee application of YCST for final review (.3), and finalize for filing and coordinate service of same (.3) | B017 | 0.60 | 213.00 |
| 03/13/23 | SBORO | Draft response to claim inquiry | B017 | 0.10 | 50.50 |
| 03/14/23 | AMIEL | Emails with YCST team re: supplemental OCP notice and quarterly report (0.1); review OCP notice (0.1) | B017 | 0.20 | 137.00 |
| 03/14/23 | JBROO | Revise and analyze supplemental OCP List | B017 | 0.20 | 101.00 |
| 03/14/23 | JBROO | Draft notice of quarterly report | B017 | 0.70 | 353.50 |
| 03/15/23 | JBROO | Revise and analyze form of disinterestedness declaration for OCPs | B017 | 0.10 | 50.50 |
| 03/20/23 | AMIEL | Emails with J. Brooks and C. Brault re: ordinary course professionals | B017 | 0.20 | 137.00 |
| 03/20/23 | JBROO | Emails with Committee and A. Mielke re: supplemental OCP list | B017 | 0.10 | 50.50 |
| 03/21/23 | AMIEL | Review fee application (0.2); emails with YCST team and J. Policano re: same (0.1); Review OCP report (.1) | B017 | 0.40 | 274.00 |
| 03/21/23 | AMIEL | Confer with J. Brooks re: OCP report | B017 | 0.10 | 68.50 |
| 03/21/23 | JBROO | Review and analyze RPA's monthly fee application | B017 | 0.40 | 202.00 |
| 03/21/23 | JBROO | Review and analyze notice of quarterly OCP report | B017 | 0.10 | 50.50 |
| 03/21/23 | TBOLL | Finalize for filing notice of quarterly payments to ordinary course professionals | B017 | 0.20 | 71.00 |

Winc, Inc.  
Billing Period through March 31, 2023

Invoice Date: April 5, 2023  
Invoice Number: 50041550  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/21/23 | TBOLL | Finalize for filing third monthly fee application of RPA | B017 | 0.40 | 142.00 |
| 03/22/23 | JBROO | Emails with C. Brault re: potential retention of additional ordinary course professional | B017 | 0.10 | 50.50 |
| 03/23/23 | AMIEL | Emails with claims agent re: fees | B017 | 0.10 | 68.50 |
| 03/23/23 | AMIEL | Emails with YCST team and K. Pleines re: fee escrow | B017 | 0.10 | 68.50 |
| 03/23/23 | MLUNN | Review professional fee escrow reconciliation | B017 | 0.10 | 102.50 |
| 03/27/23 | AMIEL | Emails with J. Brooks re: interim compensation | B017 | 0.10 | 68.50 |
| 03/27/23 | JBROO | Confer with C. Walker re: fee application issues | B017 | 0.10 | 50.50 |
| 03/27/23 | JBROO | Research re: fee application issues | B017 | 0.40 | 202.00 |
| 03/30/23 | AMIEL | Emails with T. Bollman and M. Lunn re: fee application | B017 | 0.10 | 68.50 |
| 03/30/23 | TBOLL | Prepare and finalize for filing certificate of not objection re: third monthly fee application of YCST | B017 | 0.30 | 106.50 |
| 03/08/23 | MLUNN | Confidentiality review of February fee statement in preparation for submission | B018 | 0.40 | 410.00 |
| 03/08/23 | TBOLL | Prepare draft third monthly fee application of YCST | B018 | 0.70 | 248.50 |
| 03/09/23 | MLUNN | Review YCST February fee application | B018 | 0.20 | 205.00 |
| 03/30/23 | TBOLL | Begin draft of first interim fee application of debtors' professionals | B018 | 1.00 | 355.00 |
| | | | **Total** | **86.00** | **$59,026.50** |

Winc, Inc.  Invoice Date: April 5, 2023
Billing Period through March 31, 2023  Invoice Number: 50041550
  Matter Number: 102647.1001

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| AMIEL | Allison S. Mielke | Associate | 39.90 | 685.00 | 27,331.50 |
| CGREA | Craig D. Grear | Partner | 4.30 | 1,300.00 | 5,590.00 |
| JHUGH | James P. Hughes | Partner | 1.90 | 1,300.00 | 2,470.00 |
| JBROO | Joshua Brooks | Associate | 3.30 | 505.00 | 1,666.50 |
| KLUON | Karen Luongo | Paralegal | 0.10 | 330.00 | 33.00 |
| MLUNN | Matthew B. Lunn | Partner | 10.40 | 1,025.00 | 10,660.00 |
| SBORO | Shella Borovinskaya | Associate | 13.40 | 505.00 | 6,767.00 |
| TBOLL | Troy Bollman | Paralegal | 12.70 | 355.00 | 4,508.50 |
| **Total** | | | **86.00** | | **$59,026.50** |

| Winc, Inc. | Invoice Date: | April 5, 2023 |
| --- | --- | --- |
| Billing Period through March 31, 2023 | Invoice Number: | 50041550 |
| | Matter Number: | 102647.1001 |

**Task Summary**

**Task Code:B001**    **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | ---: | ---: | ---: |
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.30 | 685.00 | 205.50 |
| Troy Bollman | Paralegal | 1.60 | 355.00 | 568.00 |
| **Total** | | **2.00** | | **876.00** |

**Task Code:B002**    **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | ---: | ---: | ---: |
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 1.90 | 685.00 | 1,301.50 |
| Troy Bollman | Paralegal | 3.10 | 355.00 | 1,100.50 |
| **Total** | | **5.10** | | **2,504.50** |

**Task Code:B003**    **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | ---: | ---: | ---: |
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| Shella Borovinskaya | Associate | 5.70 | 505.00 | 2,878.50 |
| **Total** | | **5.80** | | **2,947.00** |

**Task Code:B004**    **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | ---: | ---: | ---: |
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 1.20 | 685.00 | 822.00 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **1.80** | | **1,102.00** |

**Task Code:B005**    **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | ---: | ---: | ---: |
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| Allison S. Mielke | Associate | 2.30 | 685.00 | 1,575.50 |
| Shella Borovinskaya | Associate | 4.00 | 505.00 | 2,020.00 |
| Troy Bollman | Paralegal | 1.60 | 355.00 | 568.00 |
| **Total** | | **8.10** | | **4,368.50** |

| Winc, Inc. | Invoice Date: | April 5, 2023 |
|---|---|---|
| Billing Period through March 31, 2023 | Invoice Number: | 50041550 |
| | Matter Number: | 102647.1001 |

**Task Code:B006**      **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 1.20 | 1,300.00 | 1,560.00 |
| Matthew B. Lunn | Partner | 2.30 | 1,025.00 | 2,357.50 |
| Allison S. Mielke | Associate | 10.90 | 685.00 | 7,466.50 |
| **Total** | | **14.40** | | **11,384.00** |

**Task Code:B007**      **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Allison S. Mielke | Associate | 4.50 | 685.00 | 3,082.50 |
| Joshua Brooks | Associate | 0.20 | 505.00 | 101.00 |
| Shella Borovinskaya | Associate | 1.40 | 505.00 | 707.00 |
| Troy Bollman | Paralegal | 0.70 | 355.00 | 248.50 |
| **Total** | | **7.40** | | **4,754.00** |

**Task Code:B008**      **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 4.20 | 685.00 | 2,877.00 |
| **Total** | | **4.20** | | **2,877.00** |

**Task Code:B009**      **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Joshua Brooks | Associate | 0.50 | 505.00 | 252.50 |
| **Total** | | **0.50** | | **252.50** |

**Task Code:B011**      **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Troy Bollman | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **0.30** | | **106.50** |

**Task Code:B012**      **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 3.10 | 1,300.00 | 4,030.00 |
| Matthew B. Lunn | Partner | 6.10 | 1,025.00 | 6,252.50 |
| Allison S. Mielke | Associate | 11.70 | 685.00 | 8,014.50 |
| Troy Bollman | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **21.20** | | **18,403.50** |

| Winc, Inc. | Invoice Date: | April 5, 2023 |
| --- | --- | --- |
| Billing Period through March 31, 2023 | Invoice Number: | 50041550 |
| | Matter Number: | 102647.1001 |

**Task Code: B013**     **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Allison S. Mielke | Associate | 0.60 | 685.00 | 411.00 |
| Joshua Brooks | Associate | 0.40 | 505.00 | 202.00 |
| Shella Borovinskaya | Associate | 0.20 | 505.00 | 101.00 |
| Troy Bollman | Paralegal | 0.20 | 355.00 | 71.00 |
| **Total** | | **1.40** | | **785.00** |

**Task Code: B014**     **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| James P. Hughes | Partner | 1.90 | 1,300.00 | 2,470.00 |
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| Karen Luongo | Paralegal | 0.10 | 330.00 | 33.00 |
| **Total** | | **2.20** | | **2,708.00** |

**Task Code: B017**     **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 2.20 | 685.00 | 1,507.00 |
| Joshua Brooks | Associate | 2.20 | 505.00 | 1,111.00 |
| Shella Borovinskaya | Associate | 2.10 | 505.00 | 1,060.50 |
| Troy Bollman | Paralegal | 2.70 | 355.00 | 958.50 |
| **Total** | | **9.30** | | **4,739.50** |

**Task Code: B018**     **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Troy Bollman | Paralegal | 1.70 | 355.00 | 603.50 |
| **Total** | | **2.30** | | **1,218.50** |