# **<u>EXHIBIT B</u>**

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | April 5, 2023 |
| Billing Period through March 31, 2023 | | Invoice Number: | 50041550 |
| | | Matter Number: | 102647.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/02/23 | Docket Retrieval / Search | 14.00 | 1.40 |
| 02/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/09/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/13/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/15/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/21/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 02/21/23 | Delivery / Courier | 1.00 | 15.00 |
| 02/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/23 | Corporation Service Co. - Entity Search/Doc Retr | 1.00 | 90.80 |
| 03/07/23 | Reproduction Charges | 15.00 | 1.50 |
| 03/13/23 | Reproduction Charges | 62.00 | 6.20 |
| 03/13/23 | Delivery / Courier | 1.00 | 30.00 |
| 03/20/23 | Deposition/Transcript | 2.00 | 174.25 |
| 03/21/23 | Reproduction Charges | 30.00 | 3.00 |
| 03/21/23 | Reproduction Charges | 13.00 | 10.40 |
| 03/23/23 | Reproduction Charges | 84.00 | 8.40 |
| 03/28/23 | Reproduction Charges | 13.00 | 1.30 |
| 03/29/23 | Reproduction Charges | 73.00 | 7.30 |
| | **Total** | | **$353.55** |

| | |
|---|---|
| Winc, Inc. | Invoice Date: April 5, 2023 |
| Billing Period through March 31, 2023 | Invoice Number: 50041550 |
| | Matter Number: 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Corporation Service Co. - Entity Search/Doc Retr | 90.80 |
| Delivery / Courier | 45.00 |
| Deposition/Transcript | 174.25 |
| Docket Retrieval / Search | 5.40 |
| Reproduction Charges | 38.10 |
| **Total** | **$353.55** |