**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC., *et al.*,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 306** |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                             ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2023, I caused to be served the "Notice of Quarterly Statement of Payments Made to Ordinary Course Professionals During the Period from November 30, 2022 Through February 28, 2023," dated March 21, 2023 [Docket No. 306], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
24th day of March, 2023
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2017

**EXHIBIT A**

WINC, INC., *et al*.
Case No. 22-11238
First Class Mail Recipient

Cooley LLP,
55 Hudson Yards
New York, New York 10001-2157

Page 1 of 1

**EXHIBIT B**

WINC, INC., et al. Case No. 22-11238
Electronic Mail - OCP Parties

| Name | Email |
|---|---|
| U.S. Trustee; Attn: Jane Leamy | Jane.M.Leamy@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP; Attn: Richard M. Pachulski & Maxim B. Litvak, Esq. | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP; Attn: Attn: James O'Neill, Esq. | joneill@pszjlaw.com |
| Cooley LLP; Attn: Eric Walker, Esq. | ewalker@cooley.com |
| Morris, Nichols, Arsht & Tunnell LLP; Attn: Attn: Derek C. Abbott, Esq. & Curtis S. Miller, Esq. | dabbott@mnat.com; cmiller@mnat.com |
| ArentFox Schiff LLP; Attn: George P. Angelich, Esq, Justin A. Kesselman, Esq., James E. Britton, Esq. | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| A.M. Saccullo Legal LLC; Attn: Mark Hurford, Esq. | mark@saccullolegal.com |