**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 26, 2023 at 4:00 p.m. (ET)<br>Ref. Docket Nos. 61 & 127 |

**NOTICE OF SUPPLEMENT TO LIST OF**
**ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that on December 16, 2022, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business; and (B) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 61] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on January 4, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 127] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, in addition to the certain professionals listed at Schedule 1 of the Order, the Debtors hereby supplement the list of Ordinary Course Professionals attached to the Order with the list attached hereto as **Exhibit A** (the "Supplemental OCP List").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Supplemental OCP List must be in writing, filed with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon and received by the Debtors' undersigned counsel on or before **4:00 p.m. (ET) on April 26, 2023**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

30183145.1

|  |  |
|---|---|
| Dated: April 12, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joshua B. Brooks*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>          mlunn@ycst.com<br>          amielke@ycst.com<br>          jbrooks@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT A**

**Supplemental OCP List**

| Ordinary Course Professional | Address | Type of Service |
|---|---|---|
| Baker Tilly US, LLP | 18500 Von Karman Avenue, 10th Floor, Irvine, CA 92612 | Tax Services |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Docket Ref No. 61 & 127<br>Objection Deadline: April 26, 2023** |

**DECLARATION OF DISINTERESTEDNESS OF PROPOSED
ORDINARY COURSE PROFESSIONAL**

I, Jere G. Shawver, being duly sworn, state the following under penalty of perjury:

1. I am Managing Partner – Risk and Assurance of Baker Tilly US, LLP which firm maintains offices at 18500 Von Karman Avenue, 10th Floor – Irvine, CA 92612, among other addresses (the "Firm"). The Firm's practice consists of: professional tax, accounting, consulting, and auditing services.

2. Neither I, the Firm, nor any other owner or associate of the Firm, to the best of my knowledge, information, and belief, has any connection with Winc, Inc. or its affiliates in the above-captioned cases (collectively, the "Debtors"), their creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth in this declaration.

3. The Firm has worked with the Debtors in providing the following services: Tax and Accounting services, Federal and state tax compliance services, and preparation of the quarterly and year end audited financial statements.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

4. The Debtors have requested, and the Firm has agreed, for the Firm to represent and advise the Debtors with respect to the matter set forth above and such other matters as may be ordinarily rendered by the Firm.

5. The Debtors owe the Firm $ 44,500.00 for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code. The Firm has waived or will waive any prepetition claim against the Debtors' estates.

6. The Firm does not keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments. Rather, the Firm keeps time in quarter of an hour increments

7. Except as set forth herein, no promises have been received by the Firm, or any owner or associate thereof, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the U.S. Trustee Guidelines, and all orders of the Court.[2]

8. Neither I nor any other owner of the Firm has agreed to share, or will share, any portion of the compensation received from the Debtors with any person other than the owners, associates, and regular employees of the Firm.

9. The Firm and its owners and associates may have in the past represented, currently represent, and may in the future represent entities that are affiliates of, or related to, the Debtors or other parties in interest in the Chapter 11 Cases in matters unrelated to the Chapter 11 Cases. However, the Firm does not, and will not, represent any such entity in connection with the Chapter 11 Cases, and does not have any relationship with any such entity, its attorneys, or accountants that would be materially adverse to the Debtors or their estates. As part of its customary practice,

---

[2] Capitalized terms used but not otherwise defined herein have the meaning set forth in the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Requirements of Local Rule 2016-2* [Docket No. 61].

the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants, and parties in interest in these Chapter 11 cases. The Firm does not perform any services for any such person in connection with these Chapter 11 cases. In the interest of full disclosure, the Firm ran the names on the attached Exhibit 1 against its systems and discloses the relationships listed on Exhibit 2. The Firm does not have any relationship with any such persons, their attorneys, or their accountants that would be adverse to the Debtors.

10. Neither I, the Firm, nor any other owner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in matters upon which the Firm is to be engaged.

11. The foregoing constitutes the statement of the Firm pursuant to sections 327(a) and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: __April 12__, 2023                    Respectfully submitted,

_____

Jere G. Shawver; Managing Partner – Risk and Assurance

**Exhibit 1 – List of Parties in Interest**

**WINC, INC.**

*List of Potential Parties in Interest*

**Debtors**

Winc, Inc. (d/b/a Club W, Inc.)
BWSC, LLC
Winc Lost Poet, LLC

**Directors and Officers**

Brault, Carol
Delong, Patrick
Green, Erin
Joukovski, Laura
McFarlane, Geoffrey
Pinney, Alesia
Smith, Brian
Thompson, Mary Pat
Weng, Xiangwei

**Significant Equity Holders**

15 Angels II LLC
Bessemer Venture Partners VIII Institutional L.P.
Bessemer Venture Partners VIII L.P.
CFJ Palate Holdings LLC
Cool Japan Fund Inc.
Deer VIII & Co. L.P.
Deer VIII & Co. Ltd.
Dream Catcher Investments
Dreamer Pathway Limited (BVI)
GoBlue Ventures LLC
McFarlane, Geoffrey
Rice Wine Ventures LLC
Sake Ventures LLC
Shining Capital Holdings II L.P.
Shining Capital Management III Limited
Shiningwine Limited (BVI)
Smith, Brian
Wahoowa Ventures LLC
Weng, Xiangwei

**Debtors' Professionals**

Canaccord Genuity Group, Inc.
Epiq Corporate Restructuring, LLC
RPA Asset Management Services, LLC
Young Conaway Stargatt & Taylor, LLP

**Ordinary Course Professionals**

Latham & Watkins LLP
Holland & Hart LLP

**Banks/Lenders/UCC Lien Parties/Administrative Agents**

Banc of California, N.A.

**Material Vendors and Contract Counterparties**

American Stock Transfer & Trust Company, LLC
Artisan Brands, LLLP
Ascentis Corporation
Atelier Copain LLC (d/b/a Punchdown Cellars)
Avalara, Inc.
CompIntelligence, Inc.
CTF Clear Finance Technology Corp. (d/b/a Clearco)
Eagles Stadium Operator, LLC
Field, Edward
Imperial Parking Industries Inc.
International Wines, Inc.
Konica Minolta Business Solutions U.S.A., Inc.
LangeTwins Wine Company, Inc.
Marketplace Selections, Incorporated
Miller Family Wine Company, LLC
National Merchants, Inc.
Oracle America, Inc.
Paypal, Inc. (d/b/a Braintree)
Philadelphia Eagles, LLC
Republic National Distributing Company, LLC
Synergy North America Inc.

T. Elenteny Holdings, LLC (d/b/a T. Elenteny Imports)
Terravant Wine Company, LLC
Testany, Inc.
The Bacchus Group Inc.
Weibel Incorporated
Young's Market Company, LLC
Zendesk, Inc.

**Landlords/Sublessees**

1515 Garnet Mine Road Holdings Limited Partnership
CCF PS Alla Owner, LLC
Columbia Business Center Partners L.P.
Last Mile Management
Rosenstein Henry, LLC
Squarespace, Inc.
Thrive Market, Inc.
West LA Alla Commonwealth, LLC
West LA Venture Commonwealth LLC

**Insurers/Brokers**

ACE American Insurance Company
Allied World Insurance Company
Axis Insurance Company
Endurance American Insurance Company
FIRST Insurance Funding
Guardian Life Insurance Company of America
IMA of Colorado, Inc.
Kaiser Permanente
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, PA
The Continental Insurance Company
Transportation Insurance Company
Travelers Casualty and Surety Company of America
United Healthcare
Valley Forge Insurance Company
Woodruff-Sawyer & Co.

**Utilities**

AT&T, Inc.
Charter Communications (Spectrum)
Comcast Corp.
Waste Management of Pennsylvania, Inc.

**Top 30 Unsecured Creditors**

Meta Platforms, Inc
JF Hillebrand USA Inc. (dba Hillebrand)
FedEx Corporation
La Cantina Pizzolato S.R.L.
Landsberg
LangeTwins Family Winery & Vineyards
Famille Chaudière
Impact Tech, Inc.
SP Comino, LLC
Michlits Werner GmbH
Total Quality Logistics, LLC
Allegis Group Holdings, Inc. (Aerotek, Inc.)
Brex Inc.
Douglas R. Circle (dba Rancho Cañada de los Pinos)
Terravant/Summerland
Domo, Inc
8020 Consulting LLC
Conexus Search LLC
Google, Inc.
Power Digital Marketing, Inc.
Awesome OS, Inc. (Offsourcing, Inc.)
Atticus Publishing, LLC
Laffort USA, Inc.
Republic National Distributing Company of CA (RNDC CA)
Mendocino Wine Co.
Kaiser Consulting, LLC
Los Angeles Philharmonic Association
Datasite LLC
Vin-Global LLP
Toppan Merrill USA Inc.

**Governmental and Taxing Authorities**

Alabama Alcoholic Beverage Control Board
Alabama Department of Labor
Alabama Department of Revenue
Alabama Securities Commission
Alaska Department of Labor
Alaska Department of Revenue
Alaska Division of Banking & Securities
Alcohol & Marijuana Control Office
Alcohol and Tobacco Commission
Alcohol Beverage Control Bureau
Alcoholic Beverage Control Administration
Alcoholic Beverage Control Enforcement
Alcoholic Beverage Control Office
Alcoholic Beverage Law Enforcement

- Commission (ABLE)
- Alcoholic Beverage Regulation Administration
- Alcoholic Beverages Control Commission
- Arizona Department of Finance and Administration
- Arizona Department of Liquor Licenses and Control
- Arizona Department of Revenue
- Arkansas Department of Labor
- Arkansas Securities Department
- Bureau of Alcoholic Beverages and Lottery Operations
- California Department of Toxic Substances Control
- California Air Resources Board
- California Board of Equalization
- California Department Consumer Affairs
- California Department of Alcoholic Beverage Control
- California Department of Business Oversight
- California Department of Conservation
- California Department of Healthcare
- California Department of Tax and Fee Administration
- California Department of Water Resources
- California Environmental Protection
- California Franchise Tax Board
- California Integrated Waste Management Board
- California State Controller Office
- California Unemployment Insurance
- Centers for Disease Control & Prevention
- Central District of California
- City of Santa Monica, CA
- Colorado Department of Labor and Employment
- Colorado Department of Revenue
- Colorado Department of Revenue-Liquor Enforcement Division
- Colorado Division of Securities
- Commonwealth of Massachusetts
- Commonwealth of Puerto Rico Attorney General
- Comptroller of Maryland
- Connecticut Department of Consumer Protection
- Connecticut Department of Labor
- Connecticut Department of Revenue Services
- Connecticut Securities and Business
- Connecticut Commissioner of Revenue Services
- Connecticut State Treasurer
- Delaware Department of Justice
- Delaware Department of Labor
- Delaware Division of Revenue
- Delaware Investor Protection Unit
- Department of Liquor Control County of Hawaii
- Department of Liquor Control County of Kauai
- District of Columbia
- District of Columbia Attorney General
- District of Columbia Department of Employment Services
- District of Columbia Treasurer
- Division of Alcohol and Tobacco Control
- Division of Alcoholic Beverages & Tobacco
- Division of Commercial Licensing and Regulation Liquor Enforcement and Compliance
- Division of Liquor Control
- Division of Special Taxes
- Eastern District of California
- Eastern District of Pennsylvania
- Environmental Protection Agency - Region 3
- Environmental Protection Agency - Region 9
- Federal Trade Commission
- Florida Department of Labor
- Florida Department of Revenue
- Florida Division of Alcoholic Beverages and Tobacco
- Florida Office of Financial Regulation
- Georgia Department of Labor
- Georgia Department of Revenue Alcohol & Tobacco Tax Division
- Georgia Governor's Office
- Guam Attorney General
- Guam Department of Labor
- Hawaii Department of Commerce
- Hawaii Department of Labor and Industrial Relations
- Hawaii Department of Taxation
- Hawaii Securities Branch
- Hawaii City & County of Honolulu
- Hawaii County of Kauai
- Hawaii County of Maui
- Idaho Department of Labor
- Idaho State Liquor Dispensary
- Idaho State Tax Commission
- Illinois Alcohol, Tobacco and Fuel Division
- Illinois Chicago Department of Finance
- Illinois Department of Labor
- Illinois Department of Revenue
- Illinois Liquor Control Commission
- Illinois Securities Department

Indiana Department of Labor
Indiana Department of Revenue
Indiana Securities Division
Industrial Commission of Arizona
Iowa Alcoholic Beverages Division
Iowa Department of Revenue
Iowa Insurance Division
Iowa Workforce Development
Kansas Department of Labor

Kansas Department of Revenue Alcohol Beverage Control
Kansas Liquor Enforcement Tax
Kansas Miscellaneous Tax
Kansas Securities Commissioner
Kentucky Alcoholic Beverage Control Department
Kentucky Department of Revenue
Kentucky Labor Cabinet
Kentucky Securities Division
Louisiana Department of Revenue
Liquor Commission City and County of Honolulu
Louisiana Department of Revenue Alcohol and Tobacco Control Office
Louisiana Securities Division
Louisiana Workforce Commission
Maine Bureau of Alcoholic Beverages and Lottery Op
Maine Bureau Consumer Credit Protection
Maine Department of Labor
Maine Division of Liquor Licensing
Maine Liquor Licensing & Inspection Unit
Maine Office of Securities
Maine Revenue Services
Maryland Department of Labor
Maryland Field Enforcement Division
Maryland Office of the Comptroller
Maryland – Worcester County Liquor Control Board
Massachusetts Alcohol & Bev. Control
Massachusetts Department of Labor
Massachusetts Department of Revenue
Massachusetts Office of Consumer Affairs
Massachusetts Securities Division
Michigan Department of Licensing & Regulatory Affairs
Michigan Corporations, Securities
Michigan Department of Treasury
Michigan Liquor Control Commission
Michigan Workforce Development Agency

Middle District of Pennsylvania
Minnesota Department of Labor and Industry
Minnesota Department of Public Safety Alcohol and Gambling Enforcement Division
Minnesota Department of Revenue
Mississippi Department of Agriculture
Mississippi Department of Employment Security
Mississippi Securities Division
Mississippi State Tax Commission
Missouri Department of Labor
Missouri Department of Revenue
Montana Commissioner of Securities
Montana Department of Labor and Industry
Montana Department of Revenue
Montana Liquor License Bureau
Montana Office of Consumer Protection
Montgomery County Alcohol Beverage Services
Nebraska Department of Revenue
Nebraska Bureau of Securities
Nebraska Department of Labor
Nebraska Department of Revenue
Nebraska Liquor Control Commission
Negociado de Impuesto al Consumo
Nevada Consumer Affairs
Nevada Department of Taxation
Nevada Department of Taxation -Sales/Use
Nevada Office of the Labor Commissioner
New Hampshire Bureau of Securities Regulations
New Hampshire Department of Labor
New Hampshire Department of Revenue Admin
New Hampshire State Liquor Commission
New Jersey Bureau of Securities
New Jersey Department of Labor
New Jersey Department of Law and Public Safety Division of Alcoholic Beverage Control
New Jersey Department of the Treasury
New Mexico Department of Labor
New Mexico Regulation & Licensing Department
New Mexico Securities Division
New Mexico Taxation and Revenue
New York Department of Finance
New York Investor Protection Bureau
New York State Department of Labor
New York State Department of State
New York State Liquor Authority Division of Alcoholic Beverage Control

4

New York State Sales Tax Processing
North Carolina Alcoholic Beverage Control Commission
North Carolina Department of Labor
North Carolina Department of Revenue
North Carolina Department of Agriculture
North Carolina Department of Revenue
North Carolina Securities Division
North Dakota Department of Labor
North Dakota Office of State Tax Commissioner
North Dakota Securities Department
North Dakota Tax Commissioner
Northern District of California
Northern Mariana Islands Attorney Gen
Occupational Safety & Health Admin.
Office of Secretary of State of California
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Alabama
Office of Secretary of State of Alaska
Office of Secretary of State of American Samoa
Office of Secretary of State of Arizona
Office of Secretary of State of Arkansas
Office of Secretary of State of California
Office of Secretary of State of Colorado
Office of Secretary of State of Connecticut
Office of Secretary of State of Delaware
Office of Secretary of State of District of Columbia
Office of Secretary of State of Florida
Office of Secretary of State of Georgia
Office of Secretary of State of Guam
Office of Secretary of State of Hawaii
Office of Secretary of State of Idaho
Office of Secretary of State of Illinois
Office of Secretary of State of Indiana
Office of Secretary of State of Iowa
Office of Secretary of State of Kansas
Office of Secretary of State of Kentucky
Office of Secretary of State of Louisiana
Office of Secretary of State of Maine
Office of Secretary of State of Maryland
Office of Secretary of State of Massachusetts
Office of Secretary of State of Michigan
Office of Secretary of State of Minnesota
Office of Secretary of State of Mississippi
Office of Secretary of State of Missouri
Office of Secretary of State of Montana
Office of Secretary of State of Nebraska
Office of Secretary of State of Nevada
Office of Secretary of State of New Hampshire
Office of Secretary of State of New Jersey
Office of Secretary of State of New Mexico
Office of Secretary of State of New York
Office of Secretary of State of North Carolina
Office of Secretary of State of North Dakota
Office of Secretary of State of Ohio
Office of Secretary of State of Oklahoma
Office of Secretary of State of Oregon
Office of Secretary of State of Pennsylvania
Office of Secretary of State of Puerto Rico (PDP)
Office of Secretary of State of Rhode Island
Office of Secretary of State of South Carolina
Office of Secretary of State of South Dakota
Office of Secretary of State of Tennessee
Office of Secretary of State of Texas
Office of Secretary of State of U.S. Virgin Islands
Office of Secretary of State of Utah
Office of Secretary of State of Vermont
Office of Secretary of State of Virginia
Office of Secretary of State of Washington
Office of Secretary of State of West Virginia
Office of Secretary of State of Wisconsin
Office of Secretary of State of Wyoming
Office of Tax and Revenue
Office of the Alcoholic Beverage Control Commissioner
Ohio Bureau of Employment Services
Ohio Department of Commerce
Ohio Department of Liquor Control
Ohio Department of Taxation
Ohio Division of Securities
Oklahoma Department of Consumer Credit
Oklahoma Department of Labor
Oklahoma Securities Commission
Oklahoma Tax Commission
Oregon Bureau of Labor and Industries
Oregon Department of Justice
Oregon Department of Revenue
Oregon Division of Financial Regulation
Oregon Liquor Control Commission
Pennsylvania Department of Banking
Pennsylvania Department of Revenue
Pennsylvania Department of Human
Pennsylvania Department of Labor and Industry
Pennsylvania Department of State
Pennsylvania Liquor Control Board
Pennsylvania Office of Attorney General
Pennsylvania State Treasury
Pension Benefit Guaranty Corp

Puerto Rico Department De Asuntos
Puerto Rico Department of Labor
Rhode Island Department of Business
Rhode Island Department of Labor and Training
Rhode Island Division of Taxation
Securities and Exchange Commission
Society for Corporate Governance
South Carolina Department of Labor
South Carolina Department of Revenue & Taxation
South Carolina Securities
South Dakota Department of Labor
South Dakota Department of Revenue
South Dakota Division of Insurance
Southern District of California
State of Alabama Attorney General
State of Alaska Attorney General
State of American Samoa Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California
State of California Attorney General
State of California Labor
State of Colorado Attorney General
State of Connecticut
State of Connecticut Attorney General
State of Delaware
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General
State of South Carolina Attorney General
State of South Dakota
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virgin Islands Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Liquor Control Board
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
Tennessee Alcoholic Beverage Commission
Tennessee Department of Commerce
Tennessee Department of Labor
Tennessee Department of Revenue
Tennessee Securities Division
Texas Alcoholic Beverage Commission
Texas Comptroller of Public Accounts
Texas State Comptroller
Texas State Securities Board
Texas Workforce Commission
U.S. Department of State
U.S. Dept Health & Human Services
U.S. Consumer Product Safety Commission
U.S. Customs and Border Protection
U.S. Department of Agriculture
U.S. Department of Justice
U.S. Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau
U.S. Department of Treasury
U.S. Environmental Protection Agency
U.S. Food and Drug Administration
United States Department of Labor
United States Internal Revenue Service
United States Treasury
Utah Department of Alcoholic Beverage Control
Utah Department of Commerce

Utah Division of Securities
Utah Labor Commission
Utah State Tax Commission
Vermont Agency of Agriculture, Food
Vermont Department of Labor and Industry
Vermont Department of Taxes
Vermont Securities Division
Virgin Islands Department of Labor
Virgin Islands Department of Licensing
Virginia Alcoholic Beverage Control Authority
Virginia Department of Alcoholic Beverage Control
Virginia Department of Taxation
Virginia Division of Labor and Industry
Virginia Division of Securities & Retail Franchising
Washington Department of Labor and Industries
Washington Department of Revenue
Washington Securities Division
Washington State Department of Revenue
Washington State Liquor Control Board
Washington State Liquor and Cannabis Board
West Virginia Alcohol Beverage Control Commission Enforcement & Licensing Division
West Virginia Division of Labor
West Virginia Securities Commission
West Virginia State Tax Department
Western District of Pennsylvania
Wisconsin Alcohol & Tobacco Enforcement
Wisconsin Department of Agriculture
Wisconsin Department of Revenue
Wisconsin Department of Workforce Development
Wisconsin Division of Securities
Wyoming Department of Revenue
Wyoming Liquor Commission
Wyoming Liquor Division

**Bankruptcy Judges**

Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**

Buchbinder, David
Casey, Linda
Fox, Timothy J., Jr.
Hackman, Benjamin
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Vara, Andrew
Villagrana, David

Exhibit 2 – Baker Tilly US, LLP Disclosures

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Baker Tilly provided services to this entity on unrelated matters. |
| ArentFox Schiff LLP | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Cooley LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Buchalter, APC | Baker Tilly provides or has provided services to mutual clients of this firm on unrelated matters. Further, an associate in Baker Tilly's Orange County office is the son of a partner in this firm. |
| Paul Hastings LLP | Baker Tilly retained this entity for services on unrelated matters. |
| Morris, Nichols, Arsht & Tunnell LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Carl & Mary Thompson | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Latham & Watkins LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm unrelated to this matter. |
| American Stock Transfer & Trust Company, LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Avalara | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Oracle America, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Squarespace, Inc. | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| ACE American Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Allied World Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Axis Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Endurance American Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Guardian Life Insurance Company of America | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| IMA of Colorado, Inc. | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Kaiser Permanente | Baker Tilly receives services from this entity or an affiliated entity on unrelated matters. |

| | |
|---|---|
| Lloyds of London | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| The Continental Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| United Healthcare | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Charter Communications (Spectrum) | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Allegis Group Holdings, Inc. (Aerotek, Inc.) | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Conexus Search LLC | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Google, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Toppan Merrill USA Inc. | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| City of Santa Monica, CA | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Colorado Division of Securities | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Delaware Department of Labor | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Environmental Protection Agency - Region 3 | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Environmental Protection Agency - Region 9 | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Federal Trade Commission | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Florida Office of Financial Regulation | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Illinois Chicago Department of Finance | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| Iowa Insurance Division | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Massachusetts Securities Division | Baker Tilly provides services to this entity or an affiliate of this entity on unrelated matters. |
| New York Department of Finance | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| North Dakota Securities Department | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Office of Secretary of State of Hawaii | Baker Tilly provides, has provided, or has assisted other professional services firms through staff |

| | |
|---|---|
| | augmentation in providing services to this entity or a related entity on unrelated matters. |
| Office of Secretary of State of Indiana | Baker Tilly provides services to this entity, an affiliate of this entity, or parties related to this entity on unrelated matters |
| Office of Secretary of State of Maryland | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Office of Secretary of State of Michigan | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Office of Secretary of State of Minnesota | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Office of Secretary of State of New Jersey | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Office of Secretary of State of Wisconsin | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Securities and Exchange Commission | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of California | Baker Tilly provides services to this entity, an affiliate of this entity, or parties related to this entity on unrelated matters |
| State of Delaware | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of Hawaii Attorney General | Baker Tilly provides, has provided, or has assisted other professional services firms through staff augmentation in providing services to this entity or a related entity on unrelated matters. |
| State of Iowa Attorney General | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of Kansas Attorney General | Baker Tilly has proposed to provide services to this entity or an affiliate of this entity on unrelated matters. |
| State of Maryland Attorney General | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of Michigan | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of Minnesota Attorney General | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of Nevada Attorney General | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| State of New Jersey Attorney General | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |

| | |
|---|---|
| State of Oregon Attorney General | Baker Tilly provides services to this entity, an affiliate of this entity, or parties related to this entity on unrelated matters |
| State of Wisconsin Attorney General | Baker Tilly provides services to this entity, an affiliate of this entity, or parties related to this entity on unrelated matters. |
| U.S. Department of State | Baker Tilly proposed to provide services to this entity and continues to propose to provide services to this entity, however, no formal client relationship is established as of the date of the disclosure based on information currently available. |
| U.S. Department of Justice | Baker Tilly provides services to this entity, an affiliate of this entity, or parties related to this entity on unrelated matters. |
| Wisconsin Department of Revenue | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Wisconsin Department of Workforce Development | Baker Tilly provides or has provided services to this entity or an affiliate of this entity on unrelated matters. |
| Walrath, Mary F. | Baker Tilly provides tax services to Judge Walrath. |