# **EXHIBIT B**

## **INVOICE**



| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Winc, Inc., et al unknown New York City, NY | Invoice Number Invoice Date Client Number | 2217997 03/30/2023 044409 |

For Professional Services Rendered Through:  February 28, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00004 | Investigation, Due Diligence and Analysis | 14.60 | 8,866.00 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 11.30 | 7,310.00 |
| 00010 | Claims Administration and Objections | 5.20 | 3,456.00 |
| 00013 | Professional Retention | 5.70 | 2,141.50 |
| 00014 | Fee Applications | 19.00 | 8,945.50 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 38.60 | 26,186.00 |
| | **Totals** | **94.40** | **56,905.00** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
Page 2

March 30, 2023

---

## Time Summary

| | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Christian M. McBurney | 6.60 | 970.00 | 6,402.00 |
| George P. Angelich | 8.00 | 860.00 | 6,880.00 |
| Justin Kesselman | 19.50 | 660.00 | 12,870.00 |
| **Associate** | | | |
| Anna Mandel | 10.40 | 570.00 | 5,928.00 |
| James E. Britton | 30.90 | 570.00 | 17,613.00 |
| **Blended Rate for Attorneys: $659.06** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 14.80 | 405.00 | 5,994.00 |
| Alyssa Fiorentino | 4.20 | 290.00 | 1,218.00 |
| **Totals** | **94.40** | | **56,905.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Arentfox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2217997
00004       Investigation, Due Diligence and Analysis                                                             Page 3
March 30, 2023

For Professional Services Rendered Through:  February 28, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 02/01/23 | Justin Kesselman | Attn to D&O insurance questions. | 0.20 | 132.00 |
| 02/02/23 | Anna Mandel | Review correspondence regarding liquidated trust and insurance policies in order to analyze policies in connection with trust. | 0.30 | 171.00 |
| 02/02/23 | George P. Angelich | Prepare for and confer with K. Clancy, V. Toppi, and J. Kesselman re forensic investigation into potential claims. | 0.90 | 774.00 |
| 02/02/23 | George P. Angelich | Review draft litigation hold letter. | 0.20 | 172.00 |
| 02/02/23 | Justin Kesselman | Mtg re D&O claims (.9) | 0.90 | 594.00 |
| 02/04/23 | Anna Mandel | Review, analyze and annotate insured's excess and primary insurance policies in order to advise the client regarding same. | 2.80 | 1,596.00 |
| 02/06/23 | Anna Mandel | Further review, analyze and annotate insured's excess and primary insurance policies in order to advise the client regarding same. | 2.70 | 1,539.00 |
| 02/06/23 | Anna Mandel | Draft and revise summary insured's excess and primary insurance policies in order to advise the client regarding same. | 1.60 | 912.00 |
| 02/06/23 | James E. Britton | Review and analyze motion to reject executory contracts and bar date motion (0.4); correspondence RE: same (0.2). | 0.60 | 342.00 |
| 02/06/23 | Justin Kesselman | Review information related to D&O policies. | 0.80 | 528.00 |
| 02/07/23 | Anna Mandel | Further draft and revise summary of coverage available under insured's excess and primary insurance policies in order to advise the client regarding same. | 2.20 | 1,254.00 |
| 02/07/23 | Anna Mandel | Further review and analyze insured's primary and excess insurance policies regarding coverage available to liquidating trust in order to advise the client regarding same. | 0.80 | 456.00 |
| 02/07/23 | Justin Kesselman | Attn to D&O insurance analysis | 0.60 | 396.00 |

Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2217997 |
|--------|----|----|
| 00004 | Investigation, Due Diligence and Analysis | Page 4 |

March 30, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | **Fee Total** | **14.60** | **$8,866.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 1.10 | 860.00 | 946.00 |
| Justin Kesselman | 2.50 | 660.00 | 1,650.00 |
| Anna Mandel | 10.40 | 570.00 | 5,928.00 |
| James E. Britton | 0.60 | 570.00 | 342.00 |
| **Timekeeper Summary Total** | **14.60** | | **8,866.00** |

| | |
|---|---|
| Current Fees | $8,866.00 |
| **Subtotal For This Matter** | $8,866.00 |

Arentfox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2217997
00005       Committee and Debtor Communications, Conference Calls and                                        Page 5
March 30, 2023

For Professional Services Rendered Through:  February 28, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/01/23 | Lisa A. Indelicato | Internal discussions regarding Committee bylaws to be signed by new member. | 0.20 | 81.00 |
| 02/02/23 | James E. Britton | Phone call with Debtor professionals RE: claims (0.5); review and analyze draft hold letter (0.2); correspondence to committee RE: filing fee applications (0.2). | 0.90 | 513.00 |
| 02/02/23 | Justin Kesselman | Mtg with Debtor professionals (0.5) | 0.50 | 330.00 |
| 02/02/23 | Justin Kesselman | Emails with Debtors' counsel (0.2), review and revise litigaiton hold letter (0.4). | 0.60 | 396.00 |
| 02/03/23 | Justin Kesselman | Attn to agenda for commitee call (.4) | 0.40 | 264.00 |
| 02/06/23 | Justin Kesselman | Review emails from Cohn Reznick re committee call (0.4); review email from J Britton re committee call (.2). | 0.60 | 396.00 |
| 02/07/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines. | 0.20 | 58.00 |
| 02/07/23 | Alyssa Fiorentino | Update to executed committee bylaws. | 0.10 | 29.00 |
| 02/07/23 | George P. Angelich | Prepare for and attend Committee conference call. | 1.70 | 1,462.00 |
| 02/07/23 | James E. Britton | Phone call with committee members RE: updates (1.2); correspondence RE: update and invoices (0.2). | 1.40 | 798.00 |
| 02/07/23 | Justin Kesselman | Prepare for (0.7) and participate in Committee meeting (1.3). | 2.00 | 1,320.00 |
| 02/08/23 | Justin Kesselman | Prepare email to Committee (0.5); review email from Hurford (0.1) | 0.60 | 396.00 |
| 02/10/23 | Justin Kesselman | Emails from Hurford (0.2), email from CohnReznick (0.1); email from RPA (0.1). | 0.40 | 264.00 |
| 02/13/23 | Alyssa Fiorentino | Circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| 02/14/23 | Justin Kesselman | Attn to email from RPA | 0.10 | 66.00 |
| 02/15/23 | Justin Kesselman | Attn to question raised by committee member (.2), attn to email from RPA (0.1) | 0.30 | 198.00 |
| 02/16/23 | Justin Kesselman | Respond to email from A Miellke. | 0.10 | 66.00 |
| 02/20/23 | Justin Kesselman | Attn to email from Debtor's counsel. | 0.10 | 66.00 |

Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
00005      Committee and Debtor Communications, Conference Calls and                                Page 6
March 30, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/22/23 | Alyssa Fiorentino | Review pleadings and circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| 02/24/23 | James E. Britton | Correspondence RE: updates (0.2). | 0.20 | 114.00 |
| 02/24/23 | Justin Kesselman | Attn to emails with debtors' counsel. | 0.20 | 132.00 |
| 02/27/23 | James E. Britton | Draft update RE: recent filings (0.3). | 0.30 | 171.00 |
| 02/27/23 | Justin Kesselman | Review committee update (0.1); email from Debtor's counsel (0.1) | 0.20 | 132.00 |
| | | **Fee Total** | **11.30** | **$7,310.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 1.70 | 860.00 | 1,462.00 |
| Justin Kesselman | 6.10 | 660.00 | 4,026.00 |
| James E. Britton | 2.80 | 570.00 | 1,596.00 |
| Lisa A. Indelicato | 0.20 | 405.00 | 81.00 |
| Alyssa Fiorentino | 0.50 | 290.00 | 145.00 |
| **Timekeeper Summary Total** | **11.30** | | **7,310.00** |

| | | |
|--|--|--|
| Current Fees | | $7,310.00 |
| **Subtotal For This Matter** | | $7,310.00 |

Arentfox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2217997 |
| 00010 | Claims Administration and Objections | Page 7 |
| March 30, 2023 | | |

For Professional Services Rendered Through:  February 28, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 02/02/23 | George P. Angelich | Review rejection motion. | 0.20 | 172.00 |
| 02/02/23 | George P. Angelich | Review draft claims bar date motion and correspond with J. Britton. | 0.20 | 172.00 |
| 02/02/23 | James E. Britton | Review and revise proposed bar date motion, order and notice (0.7). | 0.70 | 399.00 |
| 02/02/23 | Justin Kesselman | Attn to bar date motion | 0.30 | 198.00 |
| 02/03/23 | James E. Britton | Review changes to bar date order and correspondence RE: bar date order (0.2). | 0.20 | 114.00 |
| 02/03/23 | Justin Kesselman | Confer with G Angelich re creditor pool. | 0.20 | 132.00 |
| 02/14/23 | George P. Angelich | Follow up re bar date motion (.60) and Meta claim (.20). | 0.80 | 688.00 |
| 02/21/23 | Justin Kesselman | Attn to Debtor extension motions, status of bar date motion hearing. | 0.30 | 198.00 |
| 02/22/23 | James E. Britton | Review and analyze landlord proof of claim (0.2); review and analyze stipulation (0.2); correspondence RE: same (0.2). | 0.60 | 342.00 |
| 02/22/23 | Justin Kesselman | Attn to landlord stip. | 0.20 | 132.00 |
| 02/23/23 | Justin Kesselman | Attn to revised bar date order (.2); attn to hearing results (0.2) | 0.40 | 264.00 |
| 02/24/23 | James E. Britton | Review SOFA (0.2); correspondence RE: proof of claim and stipulation (0.2). | 0.40 | 228.00 |
| 02/24/23 | Justin Kesselman | Attn to issues re: landlord stip. | 0.20 | 132.00 |
| 02/27/23 | James E. Britton | Revise stipulation (0.4) and correspondence RE: same (0.1). | 0.50 | 285.00 |
| | | **Fee Total** | **5.20** | **$3,456.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 1.20 | 860.00 | 1,032.00 |
| Justin Kesselman | 1.60 | 660.00 | 1,056.00 |
| James E. Britton | 2.40 | 570.00 | 1,368.00 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
00010     Claims Administration and Objections                                                    Page 8
March 30, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Timekeeper Summary Total** | **5.20** | | **3,456.00** |

|  |  |  |
|---|---|---|
| Current Fees | | $3,456.00 |
| **Subtotal For This Matter** | | $3,456.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                Invoice Number 2217997
00013       Professional Retention                                                                                      Page 9
March 30, 2023

For Professional Services Rendered Through:  February 28, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/01/23 | Alyssa Fiorentino | Preparation of supplemental declaration. | 2.30 | 667.00 |
| 02/01/23 | George P. Angelich | Follow up re supplemental 2014 disclosure. | 0.30 | 258.00 |
| 02/01/23 | James E. Britton | Correspondence RE: retention application (0.2); call with A. Fiorentino RE: retention application (0.2). | 0.40 | 228.00 |
| 02/01/23 | Lisa A. Indelicato | Review 2014 search results (.5); internal discussions regarding connections with certain parties in interest and supplemental 2014 declaration (.8). | 1.30 | 526.50 |
| 02/02/23 | Alyssa Fiorentino | Discussions with team re: supplemental declaration. | 0.30 | 87.00 |
| 02/06/23 | Alyssa Fiorentino | Discussions with J. Britton re: supplemental declaration and review disclosures. | 0.30 | 87.00 |
| 02/08/23 | Alyssa Fiorentino | Review of ArentFox Schiff retention order. | 0.20 | 58.00 |
| 02/15/23 | Alyssa Fiorentino | Review and preparation of supplemental declaration. | 0.30 | 87.00 |
| 02/15/23 | James E. Britton | Review and revise supplemental declaration. | 0.20 | 114.00 |
| 02/23/23 | Alyssa Fiorentino | Follow-up re: supplemental declaration. | 0.10 | 29.00 |
| | | **Fee Total** | **5.70** | **$2,141.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.30 | 860.00 | 258.00 |
| James E. Britton | 0.60 | 570.00 | 342.00 |
| Lisa A. Indelicato | 1.30 | 405.00 | 526.50 |
| Alyssa Fiorentino | 3.50 | 290.00 | 1,015.00 |
| **Timekeeper Summary Total** | **5.70** | | **2,141.50** |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2217997 |
| 00013 | Professional Retention | Page 10 |
| March 30, 2023 | | |

Current Fees $2,141.50

**Subtotal For This Matter** $2,141.50

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al                Invoice Number 2217997
00014      Fee Applications                                                                                  Page 11
March 30, 2023

For Professional Services Rendered Through:  February 28, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/01/23 | George P. Angelich | Follow up re interim fee statement preparation. | 0.20 | 172.00 |
| 02/01/23 | Lisa A. Indelicato | Internal discussions regarding first monthly fee application. | 0.60 | 243.00 |
| 02/01/23 | Lisa A. Indelicato | Draft first monthly fee application of AFS. | 3.20 | 1,296.00 |
| 02/01/23 | Lisa A. Indelicato | Call with Mark Hurford regarding first monthly fee application. | 0.20 | 81.00 |
| 02/02/23 | Alyssa Fiorentino | Discussion with J. Britton re: monthly fee application. | 0.10 | 29.00 |
| 02/02/23 | George P. Angelich | Review draft first monthly application. | 0.50 | 430.00 |
| 02/02/23 | George P. Angelich | Correspond with J. Leamy re UST budget compliance guidelines. | 0.20 | 172.00 |
| 02/02/23 | James E. Britton | Review and analyze December invoice (0.4); correspondence RE: invoice and monthly fee application (0.2); review and revise monthly fee application (0.5); review and analyze CR invoice (0.2); review and analyze AMS invoice (0.2). | 1.50 | 855.00 |
| 02/02/23 | Lisa A. Indelicato | Draft first monthly fee application (1.8); discussions with George Angelich and James Britton regarding same (.3); further revise fee application (.4). | 2.50 | 1,012.50 |
| 02/08/23 | Alyssa Fiorentino | Discussion with J. Britton re: January monthly fee application. | 0.10 | 29.00 |
| 02/08/23 | James E. Britton | Correspondence RE: retention and invoices (0.2); review January invoice (0.3); review corrected December invoice (0.2). | 0.70 | 399.00 |
| 02/08/23 | Lisa A. Indelicato | Draft January monthly fee application. | 1.80 | 729.00 |
| 02/08/23 | Lisa A. Indelicato | Review invoices (.5).  Work with Accounting regarding formatting of monthly invoices for December and January to be filed with the Court (.5). Review revised invoices (.5). | 1.50 | 607.50 |
| 02/09/23 | James E. Britton | Correspondence RE: fee applications and invoices (0.2); review and revise January | 0.70 | 399.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al      Invoice Number 2217997
00014       Fee Applications                                                     Page 12
March 30, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | fee application (0.5). | | |
| 02/09/23 | Lisa A. Indelicato | Revise and circulate December monthly fee application. | 1.20 | 486.00 |
| 02/09/23 | Lisa A. Indelicato | Revise and circulate January monthly fee application. | 1.30 | 526.50 |
| 02/10/23 | James E. Britton | Correspondence RE: finalizing fee applications and debtor's professionals. | 0.20 | 114.00 |
| 02/10/23 | Justin Kesselman | Attn to Cannacord fee app | 0.20 | 132.00 |
| 02/10/23 | Lisa A. Indelicato | Finalize monthly fee applications and send to local counsel for filing. | 0.60 | 243.00 |
| 02/13/23 | George P. Angelich | Review fee applications for filing. | 0.30 | 258.00 |
| 02/13/23 | James E. Britton | Correspondence RE: fee applications (0.2); review and analyze invoices of CR and AMS (0.3). | 0.50 | 285.00 |
| 02/14/23 | James E. Britton | Correspondence RE: fee applications . | 0.20 | 114.00 |
| 02/14/23 | Lisa A. Indelicato | Review interim compensation procedures order (.2); calendar critical dates (.2). | 0.40 | 162.00 |
| 02/15/23 | James E. Britton | Review and analyze AMS invoices for December and January. | 0.30 | 171.00 |
| | | **Fee Total** | **19.00** | **$8,945.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 1.20 | 860.00 | 1,032.00 |
| Justin Kesselman | 0.20 | 660.00 | 132.00 |
| James E. Britton | 4.10 | 570.00 | 2,337.00 |
| Lisa A. Indelicato | 13.30 | 405.00 | 5,386.50 |
| Alyssa Fiorentino | 0.20 | 290.00 | 58.00 |
| **Timekeeper Summary Total** | **19.00** | | **8,945.50** |

| | |
|---|---|
| Current Fees | $8,945.50 |
| **Subtotal For This Matter** | $8,945.50 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
00016       Disclosure Statement and Plan Matters and Solicitation                              Page 13
March 30, 2023

---

For Professional Services Rendered Through:  February 28, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/09/23 | Justin Kesselman | Attn to plan/trust issues | 0.70 | 462.00 |
| 02/14/23 | James E. Britton | Begin reviewing combined plan and disclosure statement (0.8); continue reviewing plan and disclosure statement (2.5). | 3.30 | 1,881.00 |
| 02/15/23 | James E. Britton | Continue reviewing and analyzing plan and disclosure statement (3.0); revise plan and disclosure statement (2.9). | 5.90 | 3,363.00 |
| 02/16/23 | James E. Britton | Finish revising plan and disclosure statement (2.7); case law research RE: UST fees (0.3); correspondence RE: plan and UST fees (0.3); begin drafting creditor trust agreement (0.7). | 4.00 | 2,280.00 |
| 02/16/23 | Justin Kesselman | Attn to plan revisions and confer with J Britton re the same (1.3) | 1.30 | 858.00 |
| 02/17/23 | George P. Angelich | Proposed comments to plan. | 0.60 | 516.00 |
| 02/17/23 | James E. Britton | Correspondence RE: plan and disclosure statement (0.2); finish drafting trust agreement (4.5). | 4.70 | 2,679.00 |
| 02/17/23 | Justin Kesselman | Review and revise plan/DS (3.1), email outlining issues (0.7), email to C. McBurney re tax implications of plan (.4) | 4.20 | 2,772.00 |
| 02/20/23 | Justin Kesselman | Confer with C. McBurney re plan tax issues. | 0.10 | 66.00 |
| 02/21/23 | Christian M. McBurney | Review tax requirements for a valid liquidating trust; email to J. Kesselman requesting Plan and Disclosure drafts and review response; go through Creditor Trust Agreement and Plan/Disclosure to check the requirements for a liquidating trust have been met; prepare notes regarding same. | 2.70 | 2,619.00 |
| 02/21/23 | James E. Britton | Review and analyze motions to extend exclusivity period and motion to extend removal deadline (0.3); correspondence RE: same (0.2); review schedules RE: same (0.2). | 0.70 | 399.00 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
00016      Disclosure Statement and Plan Matters and Solicitation                                  Page 14
March 30, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/22/23 | Christian M. McBurney | Prepare detailed liquidating trust tax comments on the Plan/Disclosure and send to J. Kesselman; prepare detailed liquidating trust tax comments on the Creditor Trust Agreement and send to J. Kesselman; review the general tax discussion in the Plan/Disclosure; research 80 percent limitation of the use of NOL carryforwards and add that to the tax discussion; prepare comments and send same to J. Kesselman. | 2.60 | 2,522.00 |
| 02/22/23 | James E. Britton | Review and analyze changes to plan and disclosure statement and comments (0.3); correspondence RE: plan and disclosure statement and other items (0.2); revise plan and liquidation trust agreement (0.9). | 1.40 | 798.00 |
| 02/22/23 | Justin Kesselman | Attn to tax issues with plan and trust agreement. | 0.50 | 330.00 |
| 02/24/23 | George P. Angelich | Review motion to extend exclusivity and related correspondence. | 0.30 | 258.00 |
| 02/24/23 | Justin Kesselman | Confer with A Saccullo re plan. | 0.20 | 132.00 |
| 02/27/23 | James E. Britton | Correspondence RE: plan and disclosure statement (0.2); revise liquidation trust agreement (0.2). | 0.40 | 228.00 |
| 02/27/23 | Justin Kesselman | Attn to Saccullo plan comments. | 0.40 | 264.00 |
| 02/28/23 | Christian M. McBurney | Review email from J. Kesselman regarding Debtor holding alcohol licenses; begin research and analysis of liquidating trust tax requirements regarding same; prepare questions on background facts and send to J. Kesselman; email exchange with J. Kesselman on transition services. | 1.30 | 1,261.00 |
| 02/28/23 | George P. Angelich | Review issues re draft plan. | 1.60 | 1,376.00 |
| 02/28/23 | Justin Kesselman | Attn to plan and trust revisions (1.3; email to Hurford re the same (.2), emails to C Mcurney re the same (0.2) | 1.70 | 1,122.00 |
| | | **Fee Total** | **38.60** | **$26,186.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2217997
00016       Disclosure Statement and Plan Matters and Solicitation                              Page 15
March 30, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Christian M. McBurney | 6.60 | 970.00 | 6,402.00 |
| George P. Angelich | 2.50 | 860.00 | 2,150.00 |
| Justin Kesselman | 9.10 | 660.00 | 6,006.00 |
| James E. Britton | 20.40 | 570.00 | 11,628.00 |
| **Timekeeper Summary Total** | **38.60** | | **26,186.00** |

|  |  |
|---|---|
| Current Fees | $26,186.00 |
| **Subtotal For This Matter** | $26,186.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al

Invoice Number 2217997
Page 16

March 30, 2023

---

Current Fees For All Matters                                      $56,905.00

**Total Amount Due This Invoice**                        **$56,905.00**