<u>**EXHIBIT C**</u>

**COMPENSATION BY TIMEKEEPER**
<u>**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**</u>

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Christian M. McBurney | Partner since 2015. Member of DC bar since 1988. Member of MD bar since 1996. Real Estate/Tax & Wealth Planning. | $970 | 6.60 | $6,402.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000.  Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 8.00 | $6,880.00 |
| Justin Kesselman | Partner since 2022.  Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy & Financial Restructuring. | $660 | 19.50 | $12,870.00 |
| Anna Mandel | Joined firm as an associate in 2022. Member of the NY bar since 2013. Complex Litigation and Insurance. | $570 | 10.40 | $5,928.00 |
| James Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy & Financial Restructuring. | $570 | 30.90 | $17,613.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist | $405 | 14.80 | $5,994.00 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 4.20 | $1,218.00 |
| **TOTAL** | | | **94.40** | **$56,905.00** |

**Blended Rate (Attorneys Only)**:  $659.06