# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

**BILL TO**
Official Committee of Unsecured Creditors of Winc Inc

| | | |
|---|---|---|
| INVOICE | | 1677 |
| DATE | | 03/10/2023 |
| TERMS | | Net 30 |
| DUE DATE | | 04/09/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 02/02/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing draft invoice for January 2023 | 0:30 | 565.00 | 282.50 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from Angelich regarding AFS draft fee statement for December 2022. | 0:12 | 565.00 | 113.00 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing affidavit of disinterestedness filed by Latham and Watkins. | 0:06 | 565.00 | 56.50 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO filed for YCS&T first monthly fee application. | 0:06 | 565.00 | 56.50 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from Angelich and J. Leamy regarding requirements for fee applications. | 0:06 | 565.00 | 56.50 |
| 02/03/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence with J. Britton and G. Angelich regarding retention applications and fee applications. | 0:12 | 565.00 | 113.00 |
| 02/03/2023 | M. Hurford | BK Claims Administration | Reviewing Bar Date Motion. | 0:30 | 565.00 | 282.50 |
| 02/03/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from G. Angelich regarding draft meeting memo and assignment of tasks. | 0:06 | 565.00 | 56.50 |
| 02/07/2023 | A. Saccullo | BK Creditor Communications | Prepare for and participate in committee call | 1:12 | 605.00 | 726.00 |
| 02/07/2023 | M. Hurford | BK Creditor Communications | Preparing for presentation to Committee meeting. | 1:36 | 565.00 | 904.00 |
| 02/07/2023 | M. Hurford | BK Creditor Communications | Attending Committee meeting. | 1:12 | 565.00 | 678.00 |
| 02/07/2023 | M. Hurford | BK Creditor Communications | Various correspondence with AMS following Committee meeting. | 0:06 | 565.00 | 56.50 |
| 02/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding Committee professional fee applications. | 0:06 | 565.00 | 56.50 |
| 02/07/2023 | M. Hurford | BK Creditor Communications | Correspondence with G. Angelich regarding Committee meeting. | 0:06 | 565.00 | 56.50 |
| 02/07/2023 | M. Hurford | BK Creditor | Discussion with AMS regarding Committee | 0:06 | 565.00 | 56.50 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Communications | meeting. | | | |
| 02/07/2023 | M. Hurford | BK Creditor Communications | Reviewing proposed Agenda for Committee meeting. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Britton to Committee regarding fee applications. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding fee applications; response to same. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to G. Angelich and AFS team regarding status of retention applications; correspondence to ArentFox team and CohnReznick team regarding same and update. | 0:24 | 565.00 | 226.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding order entered on AFS retention application. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to and from Judge's chambers regarding Committee retention applications. | 0:12 | 565.00 | 113.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing documents regarding request from Chambers; drafting correspondence to Parcels regarding delivery of same to Judge's Chambers. | 0:18 | 565.00 | 169.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Follow up correspondence to and from Judge's Chambers regarding additional documents requested. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing additional documents requested from Chambers and drafting correspondence to Parcels regarding hand delivery of same. | 0:24 | 565.00 | 226.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft first monthly fee application of ArentFox. | 1:12 | 565.00 | 678.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from J. Britton regarding proposed revisions to draft first fee application of ArentFox | 0:12 | 565.00 | 113.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing invoice for December 2022 (.3); begin drafting First monthly fee application of AMSL. | 1:12 | 565.00 | 678.00 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing order entered on ArentFox retention application. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence (x2) from CohnReznick regarding fee applications. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding ArentFox invoice for January 2023. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence to Committee (times 2) following Committee conference call with information | 0:18 | 565.00 | 169.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CoC regarding Young Conaway retention application. | 0:06 | 565.00 | 56.50 |
| 02/09/2023 | M. Hurford | BK Retention/Fee Applications | Drafting First monthly fee application for AMSL. | 2:06 | 565.00 | 1,186.50 |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing notice of hearing on First and Final Fee Application of Canaccord. | 0:06 | 565.00 | 56.50 |
| 02/10/2023 | M. Hurford | BK Retention/Fee | Reviewing correspondence from CohnReznick | 0:12 | 565.00 | 113.00 |

| Date | Person | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Apps--other firms | regarding invoice for January 2023; reviewing correspondence from Angelich regarding same. | | | |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from L. Indelicato regarding draft fee applications for ArentFox and brief review of same. | 0:18 | 565.00 | 169.50 |
| 02/10/2023 | M. Hurford | BK Litigation | Reviewing correspondence from G. Angelich regarding March 15 hearing and additional correspondence regarding same. | 0:06 | 565.00 | 56.50 |
| 02/10/2023 | M. Hurford | BK Litigation | Reviewing various correspondence regarding YCS&T fee application and questions regarding same. | 0:12 | 565.00 | 113.00 |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Order entered on CohnReznick retention. | 0:06 | 565.00 | 56.50 |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and analyzing EPIQ first consolidated fee application. | 0:30 | 565.00 | 282.50 |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting correspondence to AFS regarding analysis of Epiq first monthly fee application. | 0:18 | 565.00 | 169.50 |
| 02/10/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Telephone discussion with AMS regarding Epiq first monthly fee application. | 0:06 | 565.00 | 56.50 |
| 02/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing draft fee application for CohnReznick (.1); research regarding same (1.2); drafting correspondence to Paula Picado regarding same (.2) | 1:30 | 565.00 | 847.50 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Applications | Drafting second monthly fee application for AMSL for January 2023. | 1:00 | 565.00 | 565.00 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to AFS team regarding AMSL Second Monthly fee application; reviewing response from Angelich regarding same; reviewing correspondence from J. Britton regarding same. | 0:12 | 565.00 | 113.00 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising January 2023 invoice. | 0:30 | 565.00 | 282.50 |
| 02/13/2023 | M. Hurford | BK Litigation | Drafting correspondence to Lunn and Mielke regarding March 15 hearing and reviewing response to same. | 0:12 | 565.00 | 113.00 |
| 02/13/2023 | M. Hurford | BK Litigation | Reviewing correspondence from Angelich regarding hearings. | 0:06 | 565.00 | 56.50 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing YCS&T Second Monthly Fee application for January 2023. | 0:12 | 565.00 | 113.00 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding CohnReznick invoice and brief review of same. | 0:12 | 565.00 | 113.00 |
| 02/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding CohnReznick fee applications and brief review regarding same. | 0:24 | 565.00 | 226.00 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising first monthly fee application of AMSL for December and attachments thereto for filing and service. | 1:06 | 565.00 | 621.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding filing and service of first monthly fee application of AMSL for December. | 0:06 | 565.00 | 56.50 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/14/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising second monthly fee application for AMSL for January and attachments thereto for filing and service. | 0:42 | 565.00 | 395.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding second monthly fee application for AMSL for January and attachments thereto for filing and service. | 0:06 | 565.00 | 56.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising first monthly fee application for ArentFox Schiff for December and attachments thereto for filing and service. | 1:30 | 565.00 | 847.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Parcels regarding filing and service of first monthly fee application for ArentFox Schiff for December | 0:06 | 565.00 | 56.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising second monthly fee application for ArentFox Schiff for December and attachments thereto for filing and service. | 0:36 | 565.00 | 339.00 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to J. Kesselman regarding AFS fee applications; correspondence to and from G. Angelich regarding fee applications for filing and service. | 0:18 | 565.00 | 169.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Communications with Meg Augustine regarding CohnReznick fee applications; review regarding objection deadline and interim fee order. | 0:18 | 565.00 | 169.50 |
| 02/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding fee application and response to same. | 0:06 | 565.00 | 56.50 |
| 02/14/2023 | M. Augustine | BK Retention/Fee Apps--other firms | Review/revise and attn to filing of CohnReznick first monthly fee application | 0:42 | 525.00 | 367.50 |
| 02/14/2023 | M. Augustine | BK Retention/Fee Apps--other firms | Review/revise and attn to filing of CohnReznick second monthly fee application | 0:24 | 525.00 | 210.00 |
| 02/15/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing first and final fee application of Canaccord, with request for payment of additional fees and analyze related documents regarding settlement of same. | 0:54 | 565.00 | 508.50 |
| 02/16/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing draft affidavit of service for seven fee applications from Parcels; correspondence to Parcels regarding same. | 0:18 | 565.00 | 169.50 |
| 02/16/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing correspondence CNO on Debtors' Second Omnibus Rejection Motion. | 0:06 | 565.00 | 56.50 |
| 02/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing Combined Disclosure Statement and Plan. | 2:12 | 565.00 | 1,243.00 |
| 02/21/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing. | 0:06 | 565.00 | 56.50 |
| 02/21/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing Order entered rejecting executory contracts. | 0:06 | 565.00 | 56.50 |
| 02/21/2023 | M. Hurford | BK Case Administration | Various correspondence regarding Motion to Extend removal deadline. | 0:18 | 565.00 | 169.50 |
| 02/21/2023 | M. Hurford | BK Claims Administration | Reviewing CNO on Bar Date Motion. | 0:06 | 565.00 | 56.50 |
| 02/21/2023 | M. Hurford | BK Litigation | Multiple correspondence regarding hearing with Debtors' counsel and ArentFox. | 0:12 | 565.00 | 113.00 |

| Date | Timekeeper | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/2023 | M. Hurford | BK Case Administration | Reviewing draft motion to extend Plan related deadlines and draft motion to extend removal deadlines. | 0:30 | 565.00 | 282.50 |
| 02/21/2023 | M. Hurford | BK Case Administration | Multiple correspondence with Debtors' counsel regarding two draft motions. | 0:12 | 565.00 | 113.00 |
| 02/21/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing draft Combined Plan and Disclosure Statement. | 1:12 | 565.00 | 678.00 |
| 02/22/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing draft stipulation regarding Rosenstein Henry Stipulation; various correspondence from ArentFox and YCS&T regarding questions and responses on same. | 0:30 | 565.00 | 282.50 |
| 02/22/2023 | M. Hurford | BK Litigation | Various correspondence with A. Mielke and YCS&T regarding hearing and preparations. | 0:18 | 565.00 | 169.50 |
| 02/22/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:06 | 565.00 | 56.50 |
| 02/22/2023 | M. Hurford | BK Case Administration | Reviewing Debtors' Motions re Exclusivity and Removal Periods. | 0:12 | 565.00 | 113.00 |
| 02/22/2023 | M. Hurford | BK Case Administration | Discussion with AMS regarding pending matters and draft motions. | 0:12 | 565.00 | 113.00 |
| 02/22/2023 | M. Hurford | BK Litigation | Various correspondence with counsel at ArentFox regarding hearing and attendance. | 0:12 | 565.00 | 113.00 |
| 02/22/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing draft combined Disclosure Statement and Plan and related Trust agreement. | 2:12 | 565.00 | 1,243.00 |
| 02/23/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding comments and revisions on draft D/S and Plan. | 0:06 | 565.00 | 56.50 |
| 02/23/2023 | M. Hurford | BK Litigation | Attending hearing. | 0:30 | 565.00 | 282.50 |
| 02/23/2023 | M. Hurford | BK Litigation | Preparing for hearing. | 0:42 | 565.00 | 395.50 |
| 02/24/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to issues with plan and assets to become liquidating trust assets | 0:48 | 605.00 | 484.00 |
| 02/24/2023 | A. Saccullo | BK Claims Administration | Work on issues with bar date notice and order, and service of notice of the bar date | 0:36 | 605.00 | 363.00 |
| 02/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussions with AMS regarding draft combined disclosure statement and plan. | 0:12 | 565.00 | 113.00 |
| 02/24/2023 | M. Hurford | BK Litigation | Correspondence from J. Britton regarding hearing. | 0:06 | 565.00 | 56.50 |
| 02/24/2023 | M. Hurford | BK Claims Administration | Various correspondence with G. Angelich and J. Kesselman regarding draft revised bar date order. | 0:30 | 565.00 | 282.50 |
| 02/24/2023 | M. Hurford | BK Claims Administration | Reviewing revised Bar Date Notice and proposed Order. | 0:18 | 565.00 | 169.50 |
| 02/24/2023 | M. Hurford | BK Claims Administration | Correspondence to and from A. Mielke regarding proposed revisions to Bar Date Order and Notice. | 0:30 | 565.00 | 282.50 |
| 02/24/2023 | M. Hurford | BK Claims Administration | Reviewing correspondence from J. Leamy regarding proposed revisions to Bar Date Order. | 0:06 | 565.00 | 56.50 |
| 02/25/2023 | D. | BK Plan & Disclosure Statement | Attention to draft disclosure statement, plan of | 3:54 | 565.00 | 2,203.50 |

| Date | Name | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| | Squasoni | | liquidation, and liquidating trust agreement, including review and comments on drafts. | | | |
| 02/25/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to issues with draft plan circulated by the debtors | 0:36 | 605.00 | 363.00 |
| 02/26/2023 | D. Squasoni | BK Plan & Disclosure Statement | Attention to draft disclosure statement, plan of liquidation, and liquidating trust agreement, including review and comments on drafts. | 7:48 | 565.00 | 4,407.00 |
| 02/27/2023 | D. Squasoni | BK Plan & Disclosure Statement | Attention to draft disclosure statement, plan of liquidation, and liquidating trust agreement, including review and comments on drafts. | 0:12 | 565.00 | 113.00 |
| 02/27/2023 | A. Saccullo | BK Plan & Disclosure Statement | Review issues with plan and plan structure (2.1); correspond to co-counsel and working group regarding issues with plan structure (.3) | 2:24 | 605.00 | 1,452.00 |
| 02/27/2023 | A. Saccullo | BK Plan & Disclosure Statement | Work with M Hurford on plan issues and comments to the LTA | 0:24 | 605.00 | 242.00 |
| 02/27/2023 | A. Saccullo | BK Plan & Disclosure Statement | Review and comment on LTA | 1:06 | 605.00 | 665.50 |
| 02/27/2023 | M. Hurford | BK Creditor Communications | Drafting correspondence to be included in written update to Committee members. | 0:48 | 565.00 | 452.00 |
| 02/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke regarding costs for bar date notice program. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Claims Administration | Reviewing COC and proposed Order on Bar Date Motion. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing proposed changes to Combined Plan and Disclosure Statement and attached documents and incorporating additional proposed revisions and redline of same. | 4:36 | 565.00 | 2,599.00 |
| 02/28/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding Plan and discussion with AMS regarding same. | 0:30 | 565.00 | 282.50 |
| 02/28/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing sale related documents regarding potential Plan issues post-confirmation during transition. | 1:36 | 565.00 | 904.00 |
| | | Subtotal: Billable Time | | | | 36,400.00 |
| | | Billable Expenses | | | | |
| 01/16/2023 | | | Video conference/remote deposition of Morgan Ley | | | 1,748.90 |
| 01/30/2023 | | | Seven Bankruptcy Ct E-Filings for CNOs, Orders at $15 per each | | | 105.00 |
| 01/30/2023 | | | 57 copies at $.10 per page | | | 5.70 |
| 02/08/2023 | | | 19 Page Blowback at $.10 per page | | | 1.90 |
| 02/08/2023 | | | Rush Hand delivery to Judge Silverstein | | | 30.00 |
| 02/08/2023 | | | 97 page Blowback at $.10 per page | | | 9.70 |

| Date | Description | Amount |
|---|---|---|
| 02/08/2023 | Rush hand delivery to Judge Silverstein | 30.00 |
| 02/14/2023 | Seven Bankruptcy Ct E-filings for "Fee Applications" at $15 per filing | 105.00 |
| 02/14/2023 | 1,800 copies at $.10 per page | 180.00 |
| 02/14/2023 | Eight USPS postage at $9.65 each | 77.20 |
| 02/16/2023 | One E-filing of DI #s 239-245 | 15.00 |
| | Subtotal: | 2,308.40 |

February 2023 Legal Services and Expenses        BALANCE DUE        **$38,708.40**