# **Exhibit A**

# **Declaration of Kevin P. Clancy**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WINC, INC., *et al.*,[1] | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 22-11238 (LSS) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| | : | |

**DECLARATION OF KEVIN P. CLANCY IN SUPPORT OF THIRD MONTHLY APPLICATION[2] OF COHNREZNICK LLP AS FINANCIAL ADVISORS AND COHNREZNICK CAPITAL MARKETS SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 31, 2023**

I, Kevin P. Clancy, declare the following under penalty of perjury:

1.      I am a Partner of CohnReznick LLP ("CohnReznick") and am duly authorized to make this Declaration (the "Declaration"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.      I have read the *Third Monthly Fee Application CohnReznick LLP, as financial advisors and CohnReznick Capital Markets Securities, LLC as investment banker to the Official Committee of Unsecured Creditors, for Interim allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from February 1, 2023 Through February*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] CohnReznick LLP ("CohnReznick") and CohnReznick Capital Market Securities, LLC ("CRC") (collectively, "CohnReznick") files this third monthly fee application in compliance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket No. 126.

2

*28, 2023* (the "Application")[3] filed contemporaneously herewith. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

3. In addition, I have reviewed the *Local Rules of Bankruptcy Procedure for the District of Delaware* (the "Local Rules"), and believe this Application complies with Rule 2016-2 of the Local Rules and with the *Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330*, effective May 17, 1996 (the "Guidelines").

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 24, 2023, in Parsippany, New Jersey.

By: _____
Kevin P. Clancy

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application and/or the Initial Declaration.