# **Exhibit B**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 7.0 | $995 | $6,965.00 |
| Vinni Toppi | Partner | 7.7 | $995 | $7,661.50 |
| Molly Jobe | Director | 1.2 | $875 | $1,050.00 |
| Lydia Swonke | Senior Associate | 11.3 | $575 | $6,497.50 |
| Paula Lourenco | Paraprofessional | 41.9 | $300 | $12,570.00 |
|  | **Total** | **69.1** |  | $34,744.00 |
| Carry-Over of Excess Fees-Portion Applied* |  |  |  | $(11,898.50)* |
| Blended Fees After Carry-Over* |  |  |  | $46,642.50 |
|  |  |  |  |  |
|  |  |  |  | **$46,642.50** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |

* As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry over of excess fees in the amount of $40,819.00. The amount of $11,898.50 has been applied from the excess carry over to the 3rd monthly statement application for the month of February 2023. After applying a portion of the carry over, the excess fee carry-over balance is $28,920.50 and remains to be used.

*[Remainder of Page Left Intentionally Blank]*