# Exhibit C

**SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023**

| Description | Hours | Fees |
|---|---:|---:|
| Analyze/Reconcile Claims | 1.4 | $1,393.00 |
| Attendance at Committee Meetings | 3.6 | $3,438.00 |
| Case Administration (including retention matters) | 1.1 | $330.00 |
| Document Request/Response | 0.2 | $199.00 |
| Document Review/Index | 23.0 | $7,039.00 |
| Monthly and Interim Fee Applications | 20.4 | $8,066.00 |
| Operating Reports/Results | 1.0 | $995.00 |
| Plan and Disclosure Statement | 1.0 | $995.00 |
| Prepare/Review Cash Collateral Budgets | 0.2 | $199.00 |
| Prepare/Review Flash Report for Period Ending | 2.4 | $2,388.00 |
| Review of Proposed Transactions of Debtors | 0.9 | $617.50 |
| Review/Analyze Historical Information | 13.9 | $9,084.50 |
| **Services Total:** | **69.1** | **$34,744.00** |

*[Remainder of Page Left Intentionally Blank]*