# **Exhibit D**

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC., *et al.*** Page 1

Professional and Paraprofessional Detail by Category Code

February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/02/23 | Vinni Toppi | Analyze/Reconcile Claims | Call with Debtor's team re: claims analysis; review data file submitted | 0.8 | 995 | 796.00 |
| 02/08/23 | Vinni Toppi | Analyze/Reconcile Claims | Prepare summary of orphan creditors; compare to scheduled/filed claims; submit to counsel | 0.6 | 995 | 597.00 |
| | | **Analyze/Reconcile Claims Total** | | **1.4** | | **1,393.00** |
| 02/07/23 | Kevin Clancy | Attendance at Committee Meetings | Committee call. | 1.2 | 995 | 1,194.00 |
| 02/07/23 | Molly Jobe | Attendance at Committee Meetings | Attend WINC UCC update meeting. | 1.2 | 875 | 1,050.00 |
| 02/07/23 | Vinni Toppi | Attendance at Committee Meetings | Participate in committee status meeting | 1.2 | 995 | 1,194.00 |
| | | **Attendance at Committee Meetings Total** | | **3.6** | | **3,438.00** |
| 02/01/23 | Paula Lourenco | Case administration (including retention matters) | Email to J Manning (CRC) re: professionals' detail for December 2022. | 0.1 | 300 | 30.00 |
| 02/01/23 | Paula Lourenco | Case administration (including retention matters) | Email to K Clancy, V Toppi (CR) re: status update of monthly statement for the period through December 31, 2022. | 0.1 | 300 | 30.00 |
| 02/02/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: CR and CRC's first monthly statement/invoice and supporting documents through December 31, 2022, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 02/06/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: notice, CR and CRC's first monthly application, exhibits A-D, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 02/09/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from J Manning (CRC) re: professionals' detail information for January 2023. | 0.1 | 300 | 30.00 |
| 02/10/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from counsel re: CR and CRC's second monthly statement and supporting documents for January 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 02/11/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to K Clancy (CR) re final second monthly application; email to/from counsel's office re: notice, CR and CRC's second monthly application, exhibits A-E, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| | | **Case administration (including retention matters) Total** | | **1.1** | | **330.00** |
| 02/02/23 | Kevin Clancy | Document Request/Response | Review document hold letter. | 0.2 | 995 | 199.00 |
| | | **Document Request/Response Total** | | **0.2** | | **199.00** |
| 02/01/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.7 | 300 | 510.00 |
| 02/01/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through December 31, 2022. | 1.4 | 300 | 420.00 |
| 02/01/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees for/in preparation of monthly fee statement. | 1.1 | 300 | 330.00 |

**WINC, INC., *et al.*** Page 2

Professional and Paraprofessional Detail by Category Code

February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/02/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fee schedule, supporting documents for CR/CRC's monthly statement. | 1.3 | 300 | 390.00 |
| 02/02/23 | Paula Lourenco | Document Review/Index | Emails from/to J Manning (CRC) re: professionals' fees; review/analysis of professionals' fees/CRC through January 2023; emails to/from J Manning (CRC) re: same. | 0.3 | 300 | 90.00 |
| 02/02/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's first monthly statement/invoice. | 1.6 | 300 | 480.00 |
| 02/02/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through December 31, 2022; emails to K Clancy and V Toppi (CR) re: same. | 0.9 | 300 | 270.00 |
| 02/02/23 | Paula Lourenco | Document Review/Index | Emails from/to V Toppi, copy K Clancy (CR) re: first monthly statement/invoice, comments; review, prepared/updated exhibits, one page cover statement. | 1.1 | 300 | 330.00 |
| 02/03/23 | Paula Lourenco | Document Review/Index | Review/analysis, prepared/updated exhibits for/in support of, preparation of CR and CRC's first monthly application. | 0.9 | 300 | 270.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of January 2023 statement for UCC. | 1.3 | 300 | 390.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees for/in preparation of January 2023 monthly fee statement. | 1.1 | 300 | 330.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through January 31, 2023. | 1.2 | 300 | 360.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fee schedule, supporting documents for CR/CRC's January 2023 second monthly statement. | 1.6 | 300 | 480.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's second monthly statement. | 1.9 | 300 | 570.00 |
| 02/09/23 | Paula Lourenco | Document Review/Index | Continued review/analysis, preparation of professionals activity/code, charts for, in support of CR and CRC's second monthly fee statement for January 2023. | 1.3 | 300 | 390.00 |
| 02/10/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers for, in support of second monthly statement. | 1.4 | 300 | 420.00 |

**WINC, INC., *et al.*** Page 3
Professional and Paraprofessional Detail by Category Code
February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/10/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through January 31, 2023, one page cover statement; emails to/from K Clancy, to V Toppi (CR) re: same. | 1.6 | 300 | 480.00 |
| 02/10/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of CohnReznick and CRC's second monthly application, exhibits A-E for/in support of the second monthly application; email to K Clancy, to V Toppi (CR) re: same, draft final attached. | 1.1 | 300 | 330.00 |
| 02/15/23 | Vinni Toppi | Document Review/Index | Review docket and pleadings | 0.2 | 995 | 199.00 |
| | | **Document Review/Index Total** | | **23.0** | | **7,039.00** |
| 02/02/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review fee app. | 0.5 | 995 | 497.50 |
| 02/02/23 | Vinni Toppi | Monthly and Interim Fee Applications | Review/edit fee app; exchange emails w P Lourenco | 0.8 | 995 | 796.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending December 31, 2022. | 1.4 | 300 | 420.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's first monthly application. | 1.2 | 300 | 360.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including December 31, 2022. | 1.1 | 300 | 330.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, continued preparation of CR and CRC's First Monthly Fee Application in accordance with the interim compensation order. | 1.7 | 300 | 510.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first monthly pleadings for December 2022. | 1.4 | 300 | 420.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first monthly fee application for the period ending December 31, 2022. | 1.1 | 300 | 330.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's first monthly fee application. | 0.6 | 300 | 180.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's first monthly application for December 2022. | 0.7 | 300 | 210.00 |
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's first monthly application for December 2022. | 0.7 | 300 | 210.00 |

WINC, INC., *et al.*  Page 4
Professional and Paraprofessional Detail by Category Code
February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/03/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CohnReznick and CRC's first monthly application, exhibits A-D for/in support of the monthly application; email to K Clancy, to/from V Toppi (CR) re: same, draft final attached. | 1.4 | 300 | 420.00 |
| 02/04/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review first interim fee app. | 0.5 | 995 | 497.50 |
| 02/10/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review draft January fee statement. | 0.5 | 995 | 497.50 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's second monthly application for January 2023. | 1.6 | 300 | 480.00 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's second monthly application. | 1.4 | 300 | 420.00 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of CR and CRC's Second Monthly Statement Application for the period January 1, 2023 through and including January 31, 2023. | 2.1 | 300 | 630.00 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's second monthly fee application. | 0.4 | 300 | 120.00 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's second monthly application for January 2023. | 0.4 | 300 | 120.00 |
| 02/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's second monthly application for January 2023. | 0.4 | 300 | 120.00 |
| 02/11/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review January fee application. | 0.5 | 995 | 497.50 |
| | | **Monthly and Interim Fee Applications Total** | | **20.4** | | **8,066.00** |
| 02/09/23 | Vinni Toppi | Operating Reports/Results | Review fee applications filed on docket; highlight items for additional analysis | 0.4 | 995 | 398.00 |
| 02/21/23 | Kevin Clancy | Operating Reports/Results | Review MORs. | 0.2 | 995 | 199.00 |
| 02/24/23 | Vinni Toppi | Operating Reports/Results | Review January MOR's; draft email/comments to counsel. | 0.4 | 995 | 398.00 |
| | | **Operating Reports/Results Total** | | **1.0** | | **995.00** |
| 02/25/23 | Kevin Clancy | Plan and Disclosure Statement | Review POR and trust agreement; correspond with counsel. | 1.0 | 995 | 995.00 |
| | | **Plan and Disclosure Statement Total** | | **1.0** | | **995.00** |
| 02/14/23 | Vinni Toppi | Prepare/Review Cash Collateral Budgets | Exchange emails re: professional fee reserve and invoicing | 0.2 | 995 | 199.00 |
| | | **Prepare/Review Cash Collateral Budgets Total** | | **0.2** | | **199.00** |
| 02/05/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review updated cash schedule; correspond re: UCC call. | 0.3 | 995 | 298.50 |

**WINC, INC., *et al.*** Page 5

Professional and Paraprofessional Detail by Category Code

February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/05/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Update cash analysis for committee update | 0.6 | 995 | 597.00 |
| 02/06/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Prepare committee update report re: cash balances and claims | 0.6 | 995 | 597.00 |
| 02/07/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review draft deck. | 0.4 | 995 | 398.00 |
| 02/07/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Discuss edits with G. Angelich; update report draft | 0.3 | 995 | 298.50 |
| 02/10/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review correspond re: cash position. | 0.2 | 995 | 199.00 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **2.4** | | **2,388.00** |
| 02/02/23 | Paula Lourenco | Review of Proposed Transactions of Debtors | Review/analysis of debtor's motion establishing procedures for monthly compensation and reimbursement of expenses for professionals, review of court order. | 0.4 | 300 | 120.00 |
| 02/28/23 | Kevin Clancy | Review of Proposed Transactions of Debtors | Review update to UCC; motions filed by the Debtor. | 0.5 | 995 | 497.50 |
| | | **Review of Proposed Transactions of Debtors Total** | | **0.9** | | **617.50** |
| 02/02/23 | Kevin Clancy | Review/Analyze Historical Information | Call with counsel re: D&O investigation. | 0.8 | 995 | 796.00 |
| 02/02/23 | Vinni Toppi | Review/Analyze Historical Information | Call with professionals re: historical reporting and analysis needed for D&O claims; download SEC filings; review documents | 0.8 | 995 | 796.00 |
| 02/03/23 | Lydia Swonke | Review/Analyze Historical Information | Review and analyzed 10-K and 10-Q reports for Winc | 1.5 | 575 | 862.50 |
| 02/03/23 | Lydia Swonke | Review/Analyze Historical Information | Exported balance sheet statements from 10K and 10Qs | 1.0 | 575 | 575.00 |
| 02/03/23 | Lydia Swonke | Review/Analyze Historical Information | Analyzed 10Q 6.30.22 to check for a going concern issued by the auditors | 1.5 | 575 | 862.50 |
| 02/03/23 | Lydia Swonke | Review/Analyze Historical Information | Reviewed and analyzed 10K to extract information regarding a going concern issued by the auditors | 1.3 | 575 | 747.50 |
| 02/03/23 | Lydia Swonke | Review/Analyze Historical Information | Prepared excel to compare balance sheets extracted from 10K and 10Q | 1.2 | 575 | 690.00 |
| 02/03/23 | Vinni Toppi | Review/Analyze Historical Information | Review SEC filings; discuss analysis with L. Swonke | 0.8 | 995 | 796.00 |
| 02/06/23 | Lydia Swonke | Review/Analyze Historical Information | Analyzed and reviewed 6.30.22 10Q for going concern details | 1.2 | 575 | 690.00 |

**WINC, INC.,** *et al.*  Page 6
Professional and Paraprofessional Detail by Category Code
February 1, 2023 through and including February 28, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 02/06/23 | Lydia Swonke | Review/Analyze Historical Information | Formatted excel file to display balance sheet statements from each 10Q and 10K | 1.8 | 575 | 1,035.00 |
| 02/06/23 | Lydia Swonke | Review/Analyze Historical Information | Finalized balance sheet comparison and analyzed Quarterly change | 1.8 | 575 | 1,035.00 |
| 02/10/23 | Kevin Clancy | Review/Analyze Historical Information | Review hold letter; correspond with counsel re: investigations. | 0.2 | 995 | 199.00 |
| | | **Review/Analyze Historical Information Total** | | **13.9** | | **9,084.50** |
| | | **Grand Total** | | **69.1** | | **34,744.00** |

**WINC, INC., *et al.***
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
<u>February 1, 2023 through and including February 28, 2023</u>
Summary of Professional and Paraprofessional Timekeepers
By Activity Code Category

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Vinni Toppi | Partner | Analyze/Reconcile Claims | 1.40 | 995 | 1,393.00 |
| | | **Activity Subtotal:** | | | **$ 1,393.00** |
| | | | | | |
| Kevin Clancy | Partner | Attendance at Committee Meetings | 1.20 | 995 | 1,194.00 |
| Vinni Toppi | Partner | Attendance at Committee Meetings | 1.20 | 995 | 1,194.00 |
| Molly Jobe | Director | Attendance at Committee Meetings | 1.20 | 875 | 1,050.00 |
| | | **Activity Subtotal:** | | | **$ 3,438.00** |
| | | | | | |
| Paula Lourenco | Paraprofessional | Case Administration | 1.10 | 300 | 330.00 |
| | | **Activity Subtotal:** | | | **$ 330.00** |
| | | | | | |
| Kevin Clancy | Partner | Document Request/Response | 0.20 | 995 | 199.00 |
| | | **Activity Subtotal:** | | | **$ 199.00** |
| | | | | | |
| Vinni Toppi | Partner | Document Review/Index | 0.20 | 995 | 199.00 |
| Paula Lourenco | Paraprofessional | Document Review/Index | 22.80 | 300 | 6,840.00 |
| | | **Activity Subtotal:** | | | **$ 7,039.00** |
| | | | | | |
| Kevin Clancy | Partner | Monthly and Interim Fee Applications | 2.00 | 995 | 1,990.00 |
| Vinni Toppi | Partner | Monthly and Interim Fee Applications | 0.80 | 995 | 796.00 |
| Paula Lourenco | Paraprofessional | Monthly and Interim Fee Applications | 17.60 | 300 | 5,280.00 |
| | | **Activity Subtotal:** | | | **$ 8,066.00** |
| | | | | | |
| Kevin Clancy | Partner | Operating Reports/Results | 0.20 | 995 | 199.00 |
| Vinni Toppi | Partner | Operating Reports/Results | 0.80 | 995 | 796.00 |
| | | **Activity Subtotal:** | | | **$ 995.00** |
| | | | | | |
| Kevin Clancy | Partner | Plan and Disclosure Statement | 1.00 | 995 | 995.00 |
| | | **Activity Subtotal:** | | | **$ 995.00** |
| | | | | | |
| Vinni Toppi | Partner | Prepare/Review Cash Collateral Budgets | 0.20 | 995 | 199.00 |
| | | **Activity Subtotal:** | | | **$ 199.00** |
| | | | | | |
| Kevin Clancy | Partner | Prepare/Review Flash Report for Period Ending | 0.90 | 995 | 895.50 |
| Vinni Toppi | Partner | Prepare/Review Flash Report for Period Ending | 1.50 | 995 | 1,492.50 |
| | | **Activity Subtotal:** | | | **$ 2,388.00** |
| | | | | | |
| Kevin Clancy | Partner | Review of Proposed Transactions of Debtors | 0.50 | 995 | 497.50 |
| Paula Lourenco | Paraprofessional | Review of Proposed Transactions of Debtors | 0.40 | 300 | 120.00 |
| | | **Activity Subtotal:** | | | **$ 617.50** |
| | | | | | |
| Kevin Clancy | Partner | Review/Analyze Historical Information | 1.00 | 995 | 995.00 |
| Vinni Toppi | Partner | Review/Analyze Historical Information | 1.60 | 995 | 1,592.00 |
| Lydia Swonke | Senior Associate | Operating Reports/Results | 11.30 | 575 | 6,497.50 |

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| | | **WINC, INC.,** *et al.* **CohnReznick LLP and CohnReznick Capital Markets Securities, LLC** <u>February 1, 2023 through and including February 28, 2023</u> **Summary of Professional and Paraprofessional Timekeepers By Activity Code Category** | | | |
| | | **Activity Subtotal:** | | | $ 9,084.50 |
| **Grand Total** | | | 69.10 | | $ 34,744.00 |
| | | | | | |
| *As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. | | | | | |