# **<u>EXHIBIT 1</u>**

**ANGELICH DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 16, 2023 at 2:30 p.m. (ET)**<br>**Objection Deadline**: May 3, 2023 at 5:00 p.m. (ET) |

**DECLARATION OF GEORGE P. ANGELICH IN SUPPORT OF**
**FIRST INTERIM FEE APPLICATION OF ARENTFOX SCHIFF LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE PERIOD FROM DECEMBER 15, 2022 THROUGH FEBRUARY 28, 2023**

I, George P. Angelich, declare under penalty of perjury:

1. I am a partner in the New York office of ArentFox Schiff LLP ("ArentFox Schiff"), a law firm which employs approximately 670 attorneys and maintains an office for the practice of law at 1301 Avenue of the Americas, 42nd Floor, New York, NY, as well as offices in Washington, DC; Los Angeles, CA; San Francisco, CA; Boston, MA; Chicago, IL; Lake Forest, IL; and Ann Arbor, MI.

2. I have read the *First Interim Fee Application of ArentFox Schiff LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period from December 15, 2022 through February 28, 2023* (the "Interim Fee Application")[2] filed contemporaneously herewith. To the best of my knowledge, information and belief, the statements contained in the Interim Fee Application are true and correct. In addition, I believe that the Interim Fee Application complies with Rule 2016 of the *Local Rules of Bankruptcy Procedure for the District of Delaware* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Interim Fee Application.

AFDOCS:27294909.2

- 2 -

"<u>Local Rules</u>"), and the *Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330*, effective May 17, 1996 (the "<u>Guidelines</u>").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed on April 13, 2023, in New York, New York.

By:    */s/ George P. Angelich*
        George P. Angelich
