# **EXHIBIT 3**

**COMPENSATION BY TIMEKEEPER**
**DECEMBER 15, 2022 THROUGH FEBRUARY 28, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NY bar since 1987. Bankruptcy & Financial Restructuring Group. | $1,050 | 1.20 | $1,260.00 |
| Christian M. McBurney | Partner since 2015. Member of DC bar since 1988. Member of MD bar since 1996. Real Estate/Tax & Wealth Planning. | $970 | 6.60 | $6,402.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 117.00 | $100,620.00 |
| | | $800 | 29.80 | $23,840.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy and Financial Restructuring. | $660 | 117.20 | $77,352.00 |
| | | $600 | 74.70 | $44,820.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. | $570 | 86.90 | $49,533.00 |

---

[1] Historically, it has been ArentFox Schiff's policy to annually increase its rates on the first of January. See *Supplemental Declaration of George P. Angelich Regarding Customary Annual Rate Increase* [Docket No. 865].

AFDOCS:27294909.2

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | Member of the MA bar since 2019. Bankruptcy and Financial Restructuring. | $515 | 67.30 | $34,659.50 |
| Anna Mandel | Joined firm as an associate in 2022. Member of the NY bar since 2013. Complex Litigation and Insurance. | $570 | 10.40 | $5,928.00 |
| | | $475 | 1.90 | $902.50 |
| Lisa Indelicato | Senior Bankruptcy Paralegal Specialist. | $405 | 22.00 | $8,910.00 |
| | | $380 | 11.30 | $4,294.00 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 17.70 | $5,133.00 |
| | | $265 | 15.10 | $4,001.50 |
| **TOTAL** | | | **568.70** | **$361,727.50** |

**Blended Rate (Attorneys Only)**: $675.27[2]

---

[2] The blended rate is weighted based on hours billed during the Interim Fee Period.