# EXHIBIT 4

### COMPENSATION BY PROJECT CATEGORY
### DECEMBER 15, 2022 THROUGH FEBRUARY 28, 2023

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 64.60 | $37,723.50 |
| Case Management and Operating Reports (02) | 11.30 | $6,344.50 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 17.20 | $10,118.00 |
| Committee and Debtor Communications (05) | 61.50 | $40,784.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.00 | $0.00 |
| Sale and Disposition of Assets (08) | 196.30 | $140,465.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 6.10 | $4,230.00 |
| Miscellaneous Motions and Objections (11) | 26.00 | $17,834.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 62.80 | $26,180.50 |
| Fee Applications (14) | 19.00 | $8,945.50 |
| Cash Collateral and DIP Financing (15) | 34.80 | $22,034.00 |
| Disclosure Statement and Plan Matters (16) | 41.70 | $28,372.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 5.40 | $3,240.50 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 19.30 | $13,498.00 |
| Travel (29)[1] | 2.70 | $1,958.00 |
| **TOTAL** | **568.70** | **$361,727.50** |

---

[1] Time billed for non-working travel is reduced by 50% in accordance with the requirements of Local Rule 2016-2(d)(ix).

AFDOCS:27294909.2