# EXHIBIT 5

**EXPENSE SUMMARY**
**DECEMBER 15, 2022 THROUGH FEBRUARY 28, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Other | | $14.80 |
| Out-of-Town Transportation | | $148.00 |
| Out-of-Town Lodging | | $39.00 |
| Out-of-Town Meals | | $2,015.29 |
| Taxicabs | | $42.23 |
| **TOTAL** | | **$2,259.32** |

Detailed descriptions of ArentFox Schiff's expenses are included in **Exhibit 2** to this application.

AFDOCS:27294909.2