## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**May 16, 2023 at 2:30 p.m. (ET)**<br><br>**Objection Deadline:**<br>**May 4, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF FIRST INTERIM FEE APPLICATIONS OF THE DEBTORS' PROFESSIONALS FOR THE PERIOD FROM NOVEMBER 30, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2023

      **PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 126] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim allowance of compensation and reimbursement of expenses (each, a "Fee Request," and collectively, the "Fee Requests") for all monthly applications filed during the previous quarterly period covering the period from November 30, 2022, through and including February 28, 2023. Summaries of the fees and expenses subject to each Fee Request are annexed in the attachments hereto and set forth in the monthly fee applications previously filed with the Court.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a twenty (20) day objection period.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to any Fee Request is to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **May 4, 2023 at 4:00 p.m. (ET)**.

      **PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before The Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **May 16, 2023 at 2:30 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30236111.1

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUESTS WITHOUT FURTHER NOTICE OR A HEARING.

Dated: April 14, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
  mlunn@ycst.com
  amielke@ycst.com
  jbrooks@ycst.com
  sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*

30236111.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
<u>YOUNG CONAWAY STARGATT & TAYLOR, LLP</u>**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 30, 2022 (order entered January 4, 2023) |
| Period for which compensation and reimbursement is sought: | November 30, 2022 through February 28, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 11/30/22 – 12/31/22 [D.I. 170; 1/12/23] | $462,852.50 | $6,905.76 | D.I. 221; 2/2/23 | $370,282.00 | $6,905.76 | $92,570.50 |
| 1/1/23 – 1/31/23 [D.I. 237; 2/13/23] | $409,856.00 | $5,310.20 | D.I. 279; 3/7/23 | $327,884.80 | $5,310.20 | $81,971.20 |
| 2/1/23 – 2/28/23 [D.I. 291; 3/9/23] | $85,499.50 | $1,438.99 | D.I. 309; 3/30/23 | $68,399.60 | $1,438.99 | $17,099.90 |
| **TOTAL** | **$958,208.00** | **$13,654.95** | | **$766,566.40** | **$13,654.95** | **$191,641.60** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF**
**RPA ASSET MANAGEMENT SERVICES, LLC**

| | |
|---|---|
| Name of Applicant: | RPA Asset Management Services, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 30, 2022 (order entered January 4, 2023) |
| Period for which compensation and reimbursement is sought: | November 30, 2022 through February 28, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 12/1/22 – 12/31/22 [D.I. 176; 1/13/23] | $237,434.00 | $5,593.31 | D.I. 224; 2/3/23 | $189,947.20 | $5,593.31 | $47,486.80 |
| 1/1/23 – 1/31/23 [D.I. 231; 2/9/23] | $282,022.00 | $1,559.60 | D.I. 270; 3/2/23 | $225,617.60 | $1,559.60 | $56,404.40 |
| 2/1/23 – 2/28/23 [D.I. 307; 3/21/23] | $72,415.00 | $72.57 | D.I. 313; 4/11/23 | $57,932.00 | $72.57 | $14,483.00 |
| **TOTAL** | **$591,871.00** | **$7,225.48** | | **$473,496.80** | **$7,225.48** | **$118,374.20** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30236111.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
EPIQ CORPORATE RESTRUCTURING, LLC**

| Name of Applicant: | Epiq Corporate Restructuring, LLC |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 30, 2022 (order entered January 4, 2023) |
| Period for which compensation and reimbursement is sought: | November 30, 2022 through January 31, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 11/30/22 – 1/31/23 [D.I. 230; 2/9/23] | $18,811.80 | $0.00 | D.I. 269; 3/2/23 | $15,049.44 | $0.00 | $3,762.36 |
| **TOTAL** | **$18,811.80** | **$0.00** | | **$15,049.44** | **$0.00** | **$3,762.36** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30236111.1