# Exhibit A1

# Declaration of Jeffrey R. Manning, Sr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| WINC, INC., *et al.,*[1] | : | Case No. 22-11238 (LSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |
|  | : |  |

**DECLARATION OF JEFFREY R. MANNING, SR. IN SUPPORT OF FIRST INTERIM FEE APPLICATION[2] OF COHNREZNICK LLP AS FINANCIAL ADVISORS AND COHNREZNICK CAPITAL MARKETS SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM DECEMBER 20, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2023**

I, Jeffrey R. Manning, CTP declare the following under penalty of perjury:

1.      I am a Managing Director of CohnReznick Capital Markets Securities, LLC ("CRC")  and am duly authorized to make this declaration (the "Declaration").  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2.      I have read the *First Interim Fee Application CohnReznick LLP, as financial advisors and CohnReznick Capital Markets Securities, LLC as investment banker to the Official Committee of Unsecured Creditors, for Interim allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 20, 2022 Through February*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of the chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] CohnReznick LLP ("CohnReznick") and CohnReznick Capital Market Securities, LLC ("CRC") (collectively, "CohnReznick") files this First Interim Fee Application in compliance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket No. 126.

*28, 2023* (the "Fi̱ṟs̱ṯ I̱ṉṯe̱ṟi̱m̱ F̱e̱e̱ A̱p̱p̱ḻi̱c̱a̱ṯi̱o̱ṉ")[3] filed contemporaneously herewith. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

       3.      In addition, I have reviewed the *Local Rules of Bankruptcy Procedure for the District of Delaware* (the "Ḻo̱c̱a̱ḻ Ṟu̱ḻe̱s̱"), and believe this First Interim Fee Application complies with Rule 2016-2 of the Local Rules and with the *Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330*, effective May 17, 1996 (the "G̱u̱i̱ḏe̱ḻi̱ṉe̱s̱").

       Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

       Executed on April 14, 2023, in Baltimore, Maryland.

By:_____
           Jeffrey R. Manning

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application and/or the Initial Declaration.