# Exhibit B

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**FIRST INTERIM FEE APPLICATION**
**DECEMBER 20, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 66.7 | $995 | $66,366.50 |
| Vinni Toppi | Partner | 50.7 | $995 | $50,446.50 |
| Jeffrey Manning | CRC Managing Director, CTP | 45.0 | $925 | $41,625.00 |
| Molly Jobe | Director | 27.1 | $875 | $23,712.50 |
| Lydia Swonke | Senior Associate | 11.3 | $575 | $6,497.50 |
| Paula Lourenco | Paraprofessional | 58.1 | $300 | $17,430.00 |
| Maria Valle | Paraprofessional | 6.4 | $300 | $1,920.00 |
|  | **Total** | **265.3** |  | $207,998.00 |
| Carry-Over Reduction of Excess Fees* |  |  |  | $(28,920.50)* |
| Blended Fees after Carry-Over* |  |  |  | $179,077.50 |
|  |  |  |  |  |
|  |  |  |  | **$179,077.50** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |

\* As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry over of excess fees in the amount of $40,819.00. The amount of $11,898.50 has been applied from the excess carry over to the 3rd monthly statement application for the month of February 2023. After applying a portion of the carry over, the excess fee carry-over balance is $28,920.50 and remains to be used.

*[Remainder of Page Left Intentionally Blank]*