# Exhibit C

**SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**FIRST INTERIM FEE APPLICATION**
**DECEMBER 20, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2023**

| Description | Hours | Fees |
|---|---:|---:|
| Analyze Assets and Liabilities | 4.3 | $4,158.50 |
| Analyze/Reconcile Claims | 1.7 | $1,691.50 |
| Attendance at Committee Meetings | 8.4 | $7,910.00 |
| Case Administration (including retention matters) | 20.2 | $8,626.50 |
| DIP Facility | 17.5 | $16,539.50 |
| Dividend Analysis | 5.9 | $5,606.50 |
| Document Request/Response | 7.3 | $7,144.50 |
| Document Review/Index | 34.4 | $15,463.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 24.8 | $23,652.00 |
| General Telephone Conference | 5.4 | $5,123.00 |
| Litigation Matters/Attendance at Court | 7.3 | $6,930.50 |
| Monthly and Interim Fee Applications | 20.4 | $8,066.00 |
| Operating Reports/Results | 1.0 | $995.00 |
| Other Contested Matters | 4.5 | $4,162.50 |
| Plan and Disclosure Statement | 23.5 | $22,993.50 |
| Prepare/Review Cash Collateral Budgets | 0.2 | $199.00 |
| Prepare/Review Cashflow Projections | 3.1 | $3,084.50 |
| Prepare/Review Flash Report for Period Ending | 13.7 | $13,319.50 |
| Review of Proposed Transactions of Debtors | 25.6 | $22,323.00 |
| Review/Analyze Budget | 8.0 | $7,756.00 |
| Review/Analyze Historical Information | 16.1 | $11,153.50 |
| Travel at 50% of actual | 12.0 | $11,100.00 |
| **Services Total:** | **265.3** | **$207,998.00** |

*[Remainder of Page Left Intentionally Blank]*