# EXHIBIT 2

## Fee Statement

| | |
|---|---|
| **Exhibit A** | Compensation by Timekeeper for Compensation Period March 1, 2023 through March 31, 2023 |
| **Exhibit B** | Summary of Compensation by Project Category During Compensation Period March 1, 2023 through March 31, 2023 |
| **Exhibit C** | Detailed Time Description by Timekeeper and Category During Compensation Period March 1, 2023 through March 31, 2023 |
| **Exhibit D** | Monthly Expense Summary During Compensation March 1, 2023 through March 31, 2023 |
| **Exhibit E** | Detailed Monthly Expense Summary During Compensation Period March 1, 2023 through March 31, 2023 |

30308655.4

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period
March 1, 2023 through March 31, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 2.00 | $2,250.00 |
| Kevin Pleines | Director | $695.00 | 29.50 | $20,502.50 |
| Chris Walker | Director | $595.00 | 61.80 | $36,771.00 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$60,061.00** |

# EXHIBIT B

## Summary of Compensation by Project Category
## During Compensation Period
## March 1, 2023 through March 31, 2023

| Category | | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 32.3 | $21,638.50 |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 3.2 | $2,224.00 |
| F | Statements/Schedules and MOR's | 16.7 | $10,145.50 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 2.00 | $1,190.00 |
| H | Financial Review and Analysis | 0.00 | - |
| I | Asset Sale Process | 0.00 | - |
| J | Attendance at Court Hearings or Depositions | 0.3 | $208.50 |
| K | Employee Management | 0.00 | - |
| L | Case Administration | 13.9 | $8,221.50 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.00 | - |
| N | Analysis and Related Work re: Plan and Exit | 27.4 | $16,433.00 |
| O | Contract Review and Analysis | 0.00 | - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 0.00 | - |

30308655.4

# EXHIBIT C

**Detailed Time Description by Timekeeper and Category During Compensation Period
March 1, 2023 through March 31, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| Kevin Pleines | 2-Mar | Reviewed and summarized invoices for disbursements out of the professional fee account | 0.7 |
| Kevin Pleines | 3-Mar | Reviewed and summarized invoices for disbursements out of the professional fee account | 2.5 |
| Kevin Pleines | 8-Mar | Reviewed proposed vendor payments | 1.3 |
| Kevin Pleines | 9-Mar | Reviewed and provided invoice data to counsel | 1.0 |
| Kevin Pleines | 10-Mar | Reviewed proposed tax professional fees relative to expected expenses | 1.0 |
| Kevin Pleines | 10-Mar | Strategized with estate consultant on expenses | 0.5 |
| Kevin Pleines | 13-Mar | Reviewed potential vendor payments | 0.5 |
| Kevin Pleines | 14-Mar | Reviewed OCP filings and payments | 0.3 |
| Kevin Pleines | 16-Mar | Strategized with RPA team related to budget | 0.5 |
| Kevin Pleines | 17-Mar | Reviewed status of outstanding cash management items ahead of status update | 1.0 |
| Kevin Pleines | 20-Mar | Compared and analyzed pre closing liability analysis to potential admin payments | 2.0 |
| Kevin Pleines | 20-Mar | Strategized with estate related buyer admin expenses | 1.0 |
| Kevin Pleines | 20-Mar | Strategized with estate related disbursements and cash position | 0.5 |
| Kevin Pleines | 21-Mar | Reviewed cash and disbursement materials provided by estate | 0.5 |
| Kevin Pleines | 21-Mar | Reviewed TSA with respect to buyer admin expenses | 0.9 |
| Kevin Pleines | 22-Mar | Updated post petition, pre close admin expense summary | 1.2 |
| Kevin Pleines | 22-Mar | Reviewed prior update professional fee escrow accounting | 0.5 |
| Kevin Pleines | 22-Mar | Responded to questions from estate consultant related to grower liens and TSA | 0.6 |
| Kevin Pleines | 23-Mar | Reviewed update of professional fee escrow account | 0.5 |
| Kevin Pleines | 23-Mar | Diligence and responded to invoice question for counsel | 0.2 |
| Kevin Pleines | 24-Mar | Strategized with estate and counsel related to cash forecast and balances | 1.0 |
| Kevin Pleines | 29-Mar | Strategized with estate and counsel related to net transaction proceeds calculation | 0.8 |
| Kevin Pleines | 29-Mar | Outlined framework for calculation of net transaction proceeds | 1.7 |
| Kevin Pleines | 30-Mar | Updated cash balance summary and estate cash flow | 1.5 |
| Kevin Pleines | 31-Mar | Refined proposed administrative payments | 1.0 |
| Kevin Pleines | 31-Mar | Strategized with estate and counsel related to potential admin payments | 1.0 |
| Chris Walker | 15-Mar | Prepared updates to winddown budget | 1.5 |
| Chris Walker | 16-Mar | Prepared updates to winddown budget | 1.2 |
| Chris Walker | 17-Mar | Prepared updates to winddown budget | 1.6 |
| Chris Walker | 23-Mar | Prepared updates to winddown budget | 2.3 |

| | | | | |
|---|---|---|---|---:|
| Chris Walker | 24-Mar | Prepared updates to winddown budget | | 1.5 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | | **32.3** |

**E. Calls/Meetings with Company, Board, Counsel and/or Staff**

| | | | |
|---|---|---|---:|
| Kevin Pleines | 8-Mar | Participated on status call with estate consultant | 0.5 |
| Kevin Pleines | 13-Mar | Participated on status call with estate and counsel | 1.0 |
| Kevin Pleines | 17-Mar | Participated on status call with estate and counsel | 0.5 |
| Kevin Pleines | 21-Mar | Participated on update call with the estate consultant | 0.7 |
| Kevin Pleines | 30-Mar | Participated on call with counsel related to estate cash flow | 0.5 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **3.2** |

**F. Statements/Schedules and MOR's**

| | | | |
|---|---|---|---:|
| John Policano | 13-Mar | Reviewed monthly operating report. | 0.3 |
| Kevin Pleines | 2-Mar | Reviewed MOR with respect to professional fee payments | 0.5 |
| Chris Walker | 13-Mar | Prepared UST quarterly fee analysis | 1.7 |
| Chris Walker | 16-Mar | Prepared exhibits for February Monthly Operating Reports | 2.9 |
| Chris Walker | 17-Mar | Prepared exhibits for February Monthly Operating Reports | 1.5 |
| Chris Walker | 17-Mar | Updated PDFs of February Monthly Operating Reports | 1.2 |
| Chris Walker | 20-Mar | Prepared updates to February Monthly Operating Reports | 2.9 |
| Chris Walker | 20-Mar | Prepared updates to February Monthly Operating Reports | 1.6 |
| Chris Walker | 21-Mar | Prepared updates to February Monthly Operating Reports | 2.8 |
| Chris Walker | 21-Mar | Prepared updates to February Monthly Operating Reports | 1.3 |
| | | **Statements/Schedules and MOR's Total** | **16.7** |

**G. Preparation and Review of Bankruptcy Documents and Related Filings**

| | | | |
|---|---|---|---:|
| Chris Walker | 22-Mar | Performed review of docket and court filings | 1.0 |
| Chris Walker | 13-Mar | Performed review of docket/filings | 1.0 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **2.0** |

**J. Attendance at Court Hearings or Depositions**

| | | | |
|---|---|---|---:|
| Kevin Pleines | 2-Mar | Attended status hearing on Zoom | 0.3 |
| | | **Attendance at Court Hearings or Depositions Total** | **0.3** |

**L. Case Administration**

| | | | |
|---|---|---|---:|
| John Policano | 13-Mar | Prepared and reviewed February fee application. | 1.2 |
| John Policano | 13-Mar | Reviewed February fee application. | 0.3 |
| John Policano | 13-Mar | Reviewed case administration, activity and next steps. | 0.2 |
| Chris Walker | 1-Mar | Prepared updates to fee application | 2.7 |
| Chris Walker | 2-Mar | Prepared updates to fee application | 2.6 |
| Chris Walker | 13-Mar | Prepared updates to fee application | 1.3 |
| Chris Walker | 14-Mar | Prepared updates to fee application | 2.2 |
| Chris Walker | 20-Mar | Prepared updates to fee application | 0.9 |
| Jaclyn Hill | 20-Mar | Prepared February Fee Application | 2.5 |
| | | **Case Administration Total** | **13.9** |

**N. Analysis and Related Work re: Plan and Exit**

| | | | |
|---|---|---|---:|
| Kevin Pleines | 8-Mar | Reviewed pro forma balance sheet for liquidity analysis | 1.3 |

30308655.4

| | | | |
|---|---|---|---:|
| Chris Walker | 5-Mar | Reviewed updated claims register | 1.4 |
| Chris Walker | 5-Mar | Updated claims analysis for revised claims register | 2.9 |
| Chris Walker | 6-Mar | Reviewed and removed duplicative claims for claims analysis | 2.5 |
| Chris Walker | 6-Mar | Prepared updates to claims analysis | 1.7 |
| Chris Walker | 7-Mar | Prepared updates to liquidation analysis | 3.5 |
| Chris Walker | 8-Mar | Prepared updates to liquidation analysis | 2.2 |
| Chris Walker | 9-Mar | Updated liquidation analysis for revised February financials | 2.7 |
| Chris Walker | 10-Mar | Prepared updated claims analysis and incorporated into liquidation analysis | 2.9 |
| Chris Walker | 10-Mar | Prepared updates to liquidation analysis | 2.8 |
| Chris Walker | 13-Mar | Prepared updates to liquidation analysis | 1.6 |
| Chris Walker | 22-Mar | Prepared updates to liquidation analysis | 1.9 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **27.4** |

# EXHIBIT D

30308655.4

**Monthly Expense Summary**
**March 1, 2023 through March 31, 2023**

| Category | Amount |
|---|---|
| Telecom | $72.57 |
| **Total Expenses** | **$72.57** |

30308655.4

# EXHIBIT E

30308655.4

**Detailed Monthly Expense Summary**
**March 1, 2023 through March 31, 2023**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Telecom** | | | |
| March 28 | Chris Walker | Telecom charges related to Winc | $50.00 |
| March 28 | Kevin Pleines | Telecom charges related to Winc | $22.57 |
| | | **Telecom Total** | **$72.57** |
| | | **Expenses Total** | **$72.57** |

30308655.4