**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
               Debtors  Reporting Period: March 1, 2023 through March 31, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Receipts** | | | |
| Operating receipts | $ - | $ 4,859,259 | $ - |
| Related entity receipts | - | - | - |
| Other Receipts | 114,264 | - | - |
| **Total Receipts** | $ 114,264 | $ 4,859,259 | $ - |
| **Disbursements** | | | |
| Administrative and selling costs | $ (234,722) | $ (5,837,349) | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | (15,959) | - | - |
| Taxes | - | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - | 25,760 | - |
| **Total Disbursements** | $ (250,681) | $ (5,811,589) | $ - |
| **Net Cash Flow** | $ (136,416) | $ (952,330) | $ - |
| **Cash Rollforward** | | | |
| **Beginning Cash Balance - March 1, 2023** | $ 2,019,515 | $ 1,891,872 | $ - |
| Net Cash Flow | (136,416) | (952,330) | - |
| **Ending Cash Balance - March 31, 2023** | $ 1,883,099 | $ 939,542 | $ - |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                     Debtors  Reporting Period: March 1, 2023 through March 31, 2023

**BALANCE SHEETS AS OF MARCH 31, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 1,883,099 | $ 939,542 | $ - |
| Accounts receivable | 6,653 | 2,626,433 | - |
| Other receivables | 55,918 | 16,420 | - |
| Inventory | - | 21,554,352 | - |
| Prepaids and other current assets | 2,051,089 | 1,387,801 | - |
| **Total Current Assets** | **$ 3,996,759** | **$ 26,524,549** | **$ -** |
| | | | |
| Fixed assets | $ - | $ 623,102 | $ - |
| Intangible assets | - | 9,874,410 | - |
| Other assets | 20,439 | 515,955 | - |
| **Total Assets** | **$ 4,017,198** | **$ 37,538,015** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                  Debtors  Reporting Period: March 1, 2023 through March 31, 2023

**BALANCE SHEETS AS OF MARCH 31, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> |  |  |  |
| Accounts payable | $ - | $ 147,773 | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 371,739 | 592,685 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | - | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 2,113,991** | **$ 740,458** | **$ -** |
|  |  |  |  |
| Long term liabilities | - | - | - |
|  |  |  |  |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
|  |  |  |  |
| *Liabilities Subject to Compromise* |  |  |  |
| Accounts payable and other | 125,392,780 | (91,819,567) | - |
| **Liabilities Subject to Compromise Total** | **$ 125,392,780** | **$ (91,819,567)** | **$ -** |
| **Total Liabilities** | **$ 127,506,771** | **$ (91,079,109)** | **$ -** |
|  |  |  |  |
| **Total Net Equity** | **$ (123,489,573)** | **$ 128,617,124** | **$ -** |
|  |  |  |  |
| **Total Liabilities and Net Equity** | **$ 4,017,198** | **$ 37,538,015** | **$ -** |

**In re Winc, Inc., et al.,**                         **Lead Case No. 22-11238**
                    Debtors                          Reporting Period: March 1, 2023 through March 31, 2023

## INCOME STATEMENTS

|                                      | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities      | $         -        | $  4,313,606       | $         -        |
| Other income                         |           -        |          -         |           -        |
| Cost of sales                        |    (12,734)        |   3,761,125        |           -        |
| **Gross Income**                     | $   12,734         | $    552,481       | $         -        |
|                                      |                    |                    |                    |
| Marketing expense                    | $    3,265         | $    159,551       | $         -        |
| Personnel expense                    |    (44,052)        | $     63,321       |           -        |
| Production and operations expense    |          -         | $      6,903       |           -        |
| General & administrative expense     |    333,138         | $   (606,725)      |           -        |
| Interest                             |          -         |                    |           -        |
| Reorganization items                 |     49,850         |                    |           -        |
| Other expense                        |          -         |     23,285         |           -        |
| **Income Before Tax**                | $  (329,466)       | $    906,146       | $         -        |
|                                      |                    |                    |                    |
| Income tax benefit (expense)         | $         -        | $         -        | $         -        |
|                                      |                    |                    |                    |
| **Net Income (Loss) for Period**     | $  (329,466)       | $    906,146       | $         -        |

**In re Winc, Inc., et al.,**                                    Lead Case No. 22-11238
                Debtors                         Reporting Period: March 1, 2023 through March 31, 2023

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 1,880,599 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 939,542 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |