## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WINC, INC., *et al.*,[1] | ) ) | Case No. 22-11238 (LSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Ref. Docket No. 332** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2023, I caused to be served the "Notice of Filing of Declaration of Disinterestedness of Ordinary Course Professional, Holland & Hart LLP," dated April 24, 2023 [Docket No. 332], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**EXHIBIT A**

WINC, INC., *et al.*,
Case No. 22-11238
First Class Mail Recipient

Cooley LLP,
55 Hudson Yards
New York, New York 10001-2157

WINC, INC., *et al.*,

**EXHIBIT B**

WINC, INC., et al.,
Case No. 22-11238
Email Service List

| Name | Email |
|---|---|
| U.S. Trustee; Attn: Jane Leamy | Jane.M.Leamy@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP; Attn: Richard M. Pachulski & Maxim B. Litvak, Esq. | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP; Attn: Attn: James O'Neill, Esq. | joneill@pszjlaw.com |
| Cooley LLP; Attn: Eric Walker, Esq. | ewalker@cooley.com |
| Morris, Nichols, Arsht & Tunnell LLP; Attn: Attn: Derek C. Abbott, Esq. & Curtis S. Miller, Esq. | dabbott@mnat.com; cmiller@mnat.com |
| ArentFox Schiff LLP; Attn: George P. Angelich, Esq, Justin A. Kesselman, Esq., James E. Britton, Esq. | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| A.M. Saccullo Legal LLC; Attn: Mark Hurford, Esq. | mark@saccullolegal.com |