# **<u>Exhibit B</u>**

**<u>SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS</u>**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**MARCH 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 1.4 | $995 | $1,393.00 |
| Vinni Toppi | Partner | 2.7 | $995 | $2,686.50 |
| Molly Jobe | Director | 0.2 | $875 | $175.00 |
| Lydia Swonke | Senior Associate | 9.0 | $575 | $5,175.00 |
| Paula Lourenco | Paraprofessional | 17.0 | $300 | $5,100.00 |
|  | **Total** | **30.3** |  | $14,529.50 |
| Carry-Over of Excess Fees-Portion Applied* |  |  |  | $(5,923.00)* |
| Blended Fees After Carry-Over* |  |  |  | $20,452.50 |
|  |  |  |  |  |
|  |  |  |  | **$20,452.50** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |
|  |  |  |  |  |
| * As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry-over of excess fees in the amount of $40,819.00. A portion of the excess carry-over has been applied to the 3rd monthly statement application, leaving an excess fee carry-over balance of $28,920.50. The amount of $5,923.00 has been applied from the excess fee carry-over balance to the 4th monthly statement application for the month of March 2023. After applying same, the excess fee carry-over balance is $22,997.50 and remains to be used. ||||||

*[Remainder of Page Left Intentionally Blank]*