# **Exhibit C**

**SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**MARCH 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023**

| Description | Hours | Fees |
|---|---:|---:|
| Analyze/Reconcile Claims | 0.3 | $298.50 |
| Case Administration (including retention matters) | 1.7 | $510.00 |
| Document Review/Index | 7.5 | $2,250.00 |
| General Telephone Conference | 1.0 | $785.00 |
| Monthly and Interim Fee Applications | 9.0 | $3,534.00 |
| Operating Reports/Results | 10.0 | $6,380.00 |
| Prepare/Review Flash Report for Period Ending | 0.5 | $473.50 |
| Review of Proposed Transactions of Debtors | 0.3 | $298.50 |
| **Services Total:** | **30.3** | **$14,529.50** |

*[Remainder of Page Left Intentionally Blank]*