# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC.**, *et al.*  Page 1

Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including March 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 03/13/23 | Kevin Clancy | Analyze/Reconcile Claims | Review claims pleadings; UCC update. | 0.3 | 995 | 298.50 |
| | | **Analyze/Reconcile Claims Total** | | **0.3** | | **298.50** |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office re CNO's; docket review re pleadings, notices and filed CNO's. | 0.2 | 300 | 60.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared, finalized first monthly statement for the period through December 31, 2022, per filed CNO. | 0.4 | 300 | 120.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared, finalized second monthly statement for the period January 1, 2023 through January 31, 2023, per filed CNO. | 0.4 | 300 | 120.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to partner re: first and second monthly request; review, email to K Pleines (RPA) re: monthly statements and related requested information. | 0.1 | 300 | 30.00 |
| 03/20/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office re February 2023 monthly statement application. | 0.1 | 300 | 30.00 |
| 03/22/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from J Manning (CRC) re: professionals' detail for February 2023. | 0.1 | 300 | 30.00 |
| 03/23/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: CR and CRC's third monthly statement/invoice and supporting documents through February 28, 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 03/24/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: notice, CR and CRC's third monthly application, exhibits A-D, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| | | **Case administration (including retention matters) Total** | | **1.7** | | **510.00** |
| 03/22/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.9 | 300 | 570.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees for/in preparation of monthly fee statement. | 1.4 | 300 | 420.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through February 28, 2023. | 1.6 | 300 | 480.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fee schedule, supporting documents for CR/CRC's monthly statement. | 0.6 | 300 | 180.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's third monthly statement/invoice. | 0.9 | 300 | 270.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through February 28, 2022; emails to K Clancy and V Toppi (CR) re: same. | 0.9 | 300 | 270.00 |

**WINC, INC.,** *et al.*  Page 2
Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including March 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 03/23/23 | Paula Lourenco | Document Review/Index | Emails from/to V Toppi, copy K Clancy (CR) re: third monthly statement/invoice, comments; review, prepared/updated exhibits, one page cover statement; emails from/to K Clancy (CR) re: same. | 0.2 | 300 | 60.00 |
| | | **Document Review/Index Total** | | **7.5** | | **2,250.00** |
| 03/23/23 | Lydia Swonke | General Telephone Conference | Call with V Toppi to discuss tasks for Winc that need to be completed | 0.5 | 575 | 287.50 |
| 03/23/23 | Vinni Toppi | General Telephone Conference | Call with L Swonke to discuss tasks and next steps. | 0.5 | 995 | 497.50 |
| | | **General Telephone Conference Total** | | **1.0** | | **785.00** |
| 03/23/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review fee app. | 0.5 | 995 | 497.50 |
| 03/23/23 | Vinni Toppi | Monthly and Interim Fee Applications | Review monthly fee statement and provide comments to P Lourenco | 0.4 | 995 | 398.00 |
| 03/24/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review third fee app. | 0.3 | 995 | 298.50 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including February 28, 2023. | 1.7 | 300 | 510.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's third monthly pleadings for February 2023. | 0.9 | 300 | 270.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending February 28, 2023. | 1.5 | 300 | 450.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's third monthly application. | 1.3 | 300 | 390.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's third monthly fee application. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's third monthly application for February 2023. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's third monthly application for February 2023. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CohnReznick and CRC's third monthly application, exhibits A-D for/in support of the monthly application; email to, corresponded with K Clancy, V Toppi (CR) re: same, draft final attached. | 1.2 | 300 | 360.00 |
| | | **Monthly and Interim Fee Applications Total** | | **9.0** | | **3,534.00** |
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Review of February's MOR | 2.3 | 575 | 1,322.50 |
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Compiled MOR statements and created consolidated spreadsheet | 2.7 | 575 | 1,552.50 |

**WINC, INC.,** *et al.*  Page 3
Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including March 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Reviewed and analyzed consolidated MOR statement spreadsheet | 2.0 | 575 | 1,150.00 |
| 03/24/23 | Lydia Swonke | Operating Reports/Results | Compiled observations from review of MOR and created list to inquire with counsel | 1.5 | 575 | 862.50 |
| 03/30/23 | Vinni Toppi | Operating Reports/Results | Review MORs; review summary analysis; prepare committee update slides | 1.3 | 995 | 1,293.50 |
| 03/31/23 | Vinni Toppi | Operating Reports/Results | Finalize committee update deck and circulate | 0.2 | 995 | 199.00 |
| | | **Operating Reports/Results Total** | | **10.0** | | **6,380.00** |
| 03/13/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Receive and review committee update from J Britton (AF). | 0.2 | 875 | 175.00 |
| 03/30/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review MOR flash report. | 0.3 | 995 | 298.50 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **0.5** | | **473.50** |
| 03/22/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review MOR's filed by Debtors | 0.3 | 995 | 298.50 |
| | | **Review of Proposed Transactions of Debtors Total** | | **0.3** | | **298.50** |
| | | **Grand Total** | | **30.3** | | **14,529.50** |

**WINC, INC.,** *et al.*
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
**March 1, 2023 through and including March 31, 2023**
Summary of Professional and Paraprofessional Timekeepers
By Activity Code Category

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | Analyze/Reconcile Claims | 0.30 | 995 | 298.50 |
| | | **Activity Subtotal:** | | | **$ 298.50** |
| | | | | | |
| Paula Lourenco | Paraprofessional | Case Administration | 1.70 | 300 | 510.00 |
| | | **Activity Subtotal:** | | | **$ 510.00** |
| | | | | | |
| Paula Lourenco | Paraprofessional | Document Review/Index | 7.50 | 300 | 2,250.00 |
| | | **Activity Subtotal:** | | | **$ 2,250.00** |
| | | | | | |
| Vinni Toppi | Partner | General Telephone Conference | 0.50 | 995 | 497.50 |
| Lydia Swonke | Senior Associate | General Telephone Conference | 0.50 | 575 | 287.50 |
| | | **Activity Subtotal:** | | | **$ 785.00** |
| | | | | | |
| Kevin Clancy | Partner | Monthly and Interim Fee Applications | 0.80 | 995 | 796.00 |
| Vinni Toppi | Partner | Monthly and Interim Fee Applications | 0.40 | 995 | 398.00 |
| Paula Lourenco | Paraprofessional | Monthly and Interim Fee Applications | 7.80 | 300 | 2,340.00 |
| | | **Activity Subtotal:** | | | **$ 3,534.00** |
| | | | | | |
| Vinni Toppi | Partner | Operating Reports/Results | 1.50 | 995 | 1,492.50 |
| Lydia Swonke | Senior Associate | Operating Reports/Results | 8.50 | 575 | 4,887.50 |
| | | **Activity Subtotal:** | | | **$ 6,380.00** |
| | | | | | |
| Kevin Clancy | Partner | Prepare/Review Flash Report for Period Ending | 0.30 | 995 | 298.50 |
| Molly Jobe | Director | Prepare/Review Flash Report for Period Ending | 0.20 | 875 | 175.00 |
| | | **Activity Subtotal:** | | | **$ 473.50** |
| | | | | | |
| Vinni Toppi | Partner | Review of Proposed Transactions of Debtors | 0.30 | 995 | 298.50 |
| | | **Activity Subtotal:** | | | **$ 298.50** |
| | | | | | |
| **Grand Total** | | | **30.30** | | **$ 14,529.50** |

*As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour.