# **EXHIBIT B**

# **INVOICE**

AFDOCS:27334486.1



| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number | 2218660 |
| unknown | | Invoice Date | 04/20/2023 |
| New York City, NY | | Client Number | 044409 |

For Professional Services Rendered Through:  March 31, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00002 | Case Management and Operating Reports | 1.00 | 357.50 |
| 00004 | Investigation, Due Diligence and Analysis | 1.00 | 800.00 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 4.70 | 2,904.00 |
| 00011 | Miscellaneous Motions and Objections | 2.70 | 1,656.00 |
| 00013 | Professional Retention | 0.20 | 69.50 |
| 00014 | Fee Applications | 1.50 | 607.50 |
| 00015 | Cash Collateral and DIP Financing | 0.20 | 132.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 19.30 | 15,093.00 |
| | **Totals** | **30.60** | **21,619.50** |

Taxpayer Identification Number:  53-0214923     Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al    Invoice Number 2218660
Page 2

April 20, 2023

## Time Summary

|  | Hours | Rate | Value |
|---|---:|---:|---:|
| **Partner** | | | |
| Christian M. McBurney | 5.30 | 970.00 | 5,141.00 |
| George P. Angelich | 4.80 | 860.00 | 4,128.00 |
| Justin Kesselman | 13.00 | 660.00 | 8,580.00 |
| **Associate** | | | |
| James E. Britton | 5.00 | 570.00 | 2,850.00 |
| **Blended Rate for Attorneys: $736.62** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 1.70 | 405.00 | 688.50 |
| Alyssa Fiorentino | 0.80 | 290.00 | 232.00 |
| **Totals** | **30.60** | | **21,619.50** |

Taxpayer Identification Number: 53-0214923    Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP<br>Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00002 | Case Management and Operating Reports | Page 3 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/02/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| 03/02/23 | Alyssa Fiorentino | Prepare J. Kesselman hearing registration. | 0.10 | 29.00 |
| 03/06/23 | Alyssa Fiorentino | Review and calendar upcoming dates/deadlines. | 0.10 | 29.00 |
| 03/20/23 | Alyssa Fiorentino | Review and preparation of critical dates & deadline memorandum. | 0.40 | 116.00 |
| 03/30/23 | Lisa A. Indelicato | Correspond with J. Britton regarding calendaring critical dates in case. | 0.10 | 40.50 |
| 03/31/23 | James E. Britton | Review CR summary of January and February MORs (0.2). | 0.20 | 114.00 |
| | | **Fee Total** | **1.00** | **$357.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| James E. Britton | 0.20 | 570.00 | 114.00 |
| Lisa A. Indelicato | 0.10 | 405.00 | 40.50 |
| Alyssa Fiorentino | 0.70 | 290.00 | 203.00 |
| **Timekeeper Summary Total** | **1.00** | | **357.50** |

| | |
|---|---|
| Current Fees | $357.50 |
| **Subtotal For This Matter** | **$357.50** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00004 | Investigation, Due Diligence and Analysis | Page 4 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/20/23 | George P. Angelich | Confer with J. Kesselman and J. Britton re issues for investigation. | 0.70 | 602.00 |
| 03/20/23 | Justin Kesselman | Confer with G Angelich and J Britton re: diligence. | 0.30 | 198.00 |
| | | **Fee Total** | **1.00** | **$800.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 0.70 | 860.00 | 602.00 |
| Justin Kesselman | 0.30 | 660.00 | 198.00 |
| **Timekeeper Summary Total** | **1.00** | | **800.00** |

| | |
|---|---|
| Current Fees | $800.00 |
| **Subtotal For This Matter** | **$800.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
|---|---|---|
| 00005 | Committee and Debtor Communications, Conference Calls and | Page 5 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/02/23 | Justin Kesselman | Call and emails with Court, M Hurford and A. Miellke. | 0.80 | 528.00 |
| 03/03/23 | Justin Kesselman | Emails with A Miellke. | 0.20 | 132.00 |
| 03/07/23 | Justin Kesselman | Attn to email with YCST re bar date materials (0.2) | 0.20 | 132.00 |
| 03/08/23 | James E. Britton | Draft update to committee members (0.3) and correspondence RE: same (0.1). | 0.40 | 228.00 |
| 03/08/23 | Justin Kesselman | Attn to emails with M Hurford. | 0.20 | 132.00 |
| 03/09/23 | Justin Kesselman | Email to YCST re: Plan | 0.10 | 66.00 |
| 03/13/23 | James E. Britton | Correspondence to committee RE: update (0.2); phone call with M. Horfurd RE: hearing and fee applications (0.3). | 0.50 | 285.00 |
| 03/14/23 | Justin Kesselman | Attn to email and draft from YCST. | 0.20 | 132.00 |
| 03/16/23 | James E. Britton | Phone call with Debtor counsel RE: plan process (0.4). | 0.40 | 228.00 |
| 03/16/23 | Justin Kesselman | Prepare for (0.4) and have call with YCST re plan (0l.3) | 0.70 | 462.00 |
| 03/20/23 | James E. Britton | Correspondence RE: fee applications and dates and deadlines (0.2); phone call with creditor (0.2); phone call RE: confirmation and plan (0.2). | 0.60 | 342.00 |
| 03/28/23 | James E. Britton | Correspondence RE: fee applications and MORS (0.3). | 0.30 | 171.00 |
| 03/29/23 | Justin Kesselman | Email with A Miellke. | 0.10 | 66.00 |
| | | **Fee Total** | **4.70** | **$2,904.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 2.50 | 660.00 | 1,650.00 |
| James E. Britton | 2.20 | 570.00 | 1,254.00 |
| **Timekeeper Summary Total** | **4.70** | | **2,904.00** |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00005 | Committee and Debtor Communications, Conference Calls and | Page 6 |
| April 20, 2023 | | |

|  |  |
|---|---|
| Current Fees | $2,904.00 |
| **Subtotal For This Matter** | **$2,904.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00011 | Miscellaneous Motions and Objections | Page 7 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Miscellaneous Motions and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/02/23 | James E. Britton | Review revised bar date motion and notice (0.2); review transcript of bar date hearing (0.2); correspondence RE: same (0.2). | 0.60 | 342.00 |
| 03/02/23 | Justin Kesselman | Prepare for (0.5) and attend Bar date hearing (0.3) | 0.80 | 528.00 |
| 03/03/23 | Justin Kesselman | Attn to bar date order | 0.50 | 330.00 |
| 03/06/23 | James E. Britton | Review and analyze motion to extend assumption or rejection deadline (0.3); correspondence RE: same (0.2); review and analyze plan and TSA terms RE: delayed assumption (0.3). | 0.80 | 456.00 |
| | | **Fee Total** | **2.70** | **$1,656.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 1.30 | 660.00 | 858.00 |
| James E. Britton | 1.40 | 570.00 | 798.00 |
| **Timekeeper Summary Total** | **2.70** | | **1,656.00** |

| | | |
|---|---|---|
| | Current Fees | $1,656.00 |
| | **Subtotal For This Matter** | **$1,656.00** |

ArentFox Schiff LLP
Attorneys at Law

044409 Official Committee of Unsecured Creditors of Winc, Inc., et al  Invoice Number 2218660
00013 Professional Retention  Page 8
April 20, 2023

For Professional Services Rendered Through: March 31, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/02/23 | Alyssa Fiorentino | Discussion with Y. Cruz re: retention application. | 0.10 | 29.00 |
| 03/29/23 | Lisa A. Indelicato | Review status of supplemental 2014 search. | 0.10 | 40.50 |
| | | **Fee Total** | **0.20** | **$69.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Lisa A. Indelicato | 0.10 | 405.00 | 40.50 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **0.20** | | **69.50** |

| | | |
|---|---|---|
| | Current Fees | $69.50 |
| | **Subtotal For This Matter** | **$69.50** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
|---|---|---|
| 00014 | Fee Applications | Page 9 |
| April 20, 2023 | | |

For Professional Services Rendered Through:  March 31, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/15/23 | Lisa A. Indelicato | Prepare fee and expense summary chart. | 1.00 | 405.00 |
| 03/20/23 | Lisa A. Indelicato | Correspond with J. Britton regarding monthly fee statement for February. | 0.10 | 40.50 |
| 03/22/23 | Lisa A. Indelicato | Correspond with J. Britton regarding monthly fee statement. | 0.10 | 40.50 |
| 03/23/23 | Lisa A. Indelicato | Follow up with Y. Cruz regarding February invoice. | 0.10 | 40.50 |
| 03/27/23 | Lisa A. Indelicato | Correspond with J. Britton regarding status of Februray invoice. | 0.10 | 40.50 |
| 03/30/23 | Lisa A. Indelicato | Correspond with J. Britton regarding status of February invoice. | 0.10 | 40.50 |
| | | **Fee Total** | **1.50** | **$607.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Lisa A. Indelicato | 1.50 | 405.00 | 607.50 |
| **Timekeeper Summary Total** | **1.50** | | **607.50** |

| | | |
|---|---|---|
| | Current Fees | $607.50 |
| | **Subtotal For This Matter** | **$607.50** |

ArentFox Schiff LLP<br>Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00015 | Cash Collateral and DIP Financing | Page 10 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Cash Collateral and DIP Financing

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 02/24/23 | Justin Kesselman | Attn to email from M. Litvak re: sale escrowed funds application. | 0.20 | 132.00 |
| | | **Fee Total** | **0.20** | **$132.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Justin Kesselman | 0.20 | 660.00 | 132.00 |
| **Timekeeper Summary Total** | **0.20** | | **132.00** |

| | |
|---|---|
| Current Fees | $132.00 |
| **Subtotal For This Matter** | **$132.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 11 |
| April 20, 2023 | | |

For Professional Services Rendered Through: March 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/01/23 | Christian M. McBurney | Review of email questions from J. Kesselman regarding question of leaving refund rights of Winc Inc inside company (.1); prepare questions to J. Kesselman regarding same (.2); prepare and send responses to J. Kesselman (.2); review questions from J. Kesselman regarding keeping Winc Inc. alive in light of post-closing payments (.2); review of purchase and sale agreement and transition agreement (.6); analysis regarding same (.4); prepare email to J. Kesselman regarding same (.4). | 2.10 | 2,037.00 |
| 03/01/23 | Justin Kesselman | Attn to plan and dislcosure statement structure and revisions. | 1.20 | 792.00 |
| 03/03/23 | Christian M. McBurney | Review of five tax questions by J. Kesselman and analysis of same (.4); review of liquidating trust requirements (.2); prepare responses to questions and send to J. Kesselman (.4); review additional question by J. Kesselman and prepare response regarding same (.2). | 1.20 | 1,164.00 |
| 03/03/23 | George P. Angelich | Review issues re plan and trust. | 1.20 | 1,032.00 |
| 03/03/23 | Justin Kesselman | Attn to tax-related issues in plan and confer with C McBurney re the same. | 1.30 | 858.00 |
| 03/06/23 | George P. Angelich | Review issues re contract assumption in context of plan. | 0.40 | 344.00 |
| 03/06/23 | James E. Britton | Review and analyze local counsel comments to plan/DS (0.7) and liquidation trust agreement (0.5). | 1.20 | 684.00 |
| 03/07/23 | Justin Kesselman | Work on revisions to combined plan and disclosure statement. | 3.50 | 2,310.00 |
| 03/08/23 | Christian M. McBurney | Review of revised Plan/Disclosure document addressing tax issues (.6); prepare comments and revisions regarding same and send to J. Kesselman (.6). | 1.20 | 1,164.00 |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 12 |
| April 20, 2023 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/09/23 | Christian M. McBurney | Emails with J. Kesselman regarding valuation of claims (.2); review additional questions from J. Kesselman for Plan/disclosure discussion and analysis regarding same and prepare answers to same and send them to J. Kesselman (.5). | 0.70 | 679.00 |
| 03/09/23 | George P. Angelich | Follow up re plan tax issues and comments. | 1.30 | 1,118.00 |
| 03/09/23 | Justin Kesselman | Attn to plan/DS revisions. | 2.70 | 1,782.00 |
| 03/16/23 | George P. Angelich | Prepare for and attend conference call with Debtor's counsel re plan. | 1.20 | 1,032.00 |
| 03/20/23 | Christian M. McBurney | Emails with G. Angelich and J. Kesselman regarding ERCP refunds. | 0.10 | 97.00 |
| | | **Fee Total** | **19.30** | **$15,093.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Christian M. McBurney | 5.30 | 970.00 | 5,141.00 |
| George P. Angelich | 4.10 | 860.00 | 3,526.00 |
| Justin Kesselman | 8.70 | 660.00 | 5,742.00 |
| James E. Britton | 1.20 | 570.00 | 684.00 |
| **Timekeeper Summary Total** | **19.30** | | **15,093.00** |

| | | |
|---|---|---|
| | Current Fees | $15,093.00 |
| | **Subtotal For This Matter** | **$15,093.00** |

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al    Invoice Number 2218660
Page 13

April 20, 2023

|  |  |
|---|---|
| Current Fees For All Matters | $21,619.50 |
| **Total Amount Due This Invoice** | **$21,619.50** |