**EXHIBIT C**

**COMPENSATION BY TIMEKEEPER**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Christian M. McBurney | Partner since 2015. Member of DC bar since 1988. Member of MD bar since 1996. Real Estate/Tax & Wealth Planning. | $970 | 5.30 | $5,141.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 4.80 | $4,128.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy & Financial Restructuring. | $660 | 13.00 | $8,580.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy & Financial Restructuring. | $570 | 5.00 | $2,850.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist | $405 | 1.70 | $688.50 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 0.80 | $232.00 |
| TOTAL | | | 30.60 | $21,619.50 |

**Blended Rate (Attorneys Only):** $736.62

AFDOCS:27334486.1