# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

**BILL TO**
Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1696 |
| DATE | 04/10/2023 |
| TERMS | Net 30 |
| DUE DATE | 05/10/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 03/01/2023 | D. Squasoni | BK Plan & Disclosure Statement | Attention to draft disclosure statement, plan of liquidation, and liquidating trust agreement, including review and comments on drafts. | 0:24 | 565.00 | 226.00 |
| 03/02/2023 | M. Hurford | BK Litigation | Preparing for and attending hearing. | 0:30 | 565.00 | 282.50 |
| 03/02/2023 | M. Hurford | BK Employee Issues | Reviewing correspondence from A. Mielke regarding consulting invoice for C. Brault. | 0:12 | 565.00 | 113.00 |
| 03/02/2023 | M. Hurford | BK Claims Administration | Various correspondence from A. Mielke and J. Kesselman regarding hearing scheduled. | 0:06 | 565.00 | 56.50 |
| 03/02/2023 | M. Hurford | BK Litigation | Various correspondence Courtroom deputy and Debtors' counsel and lead counsel regarding hearing on Bar Date Motion. | 0:12 | 565.00 | 113.00 |
| 03/03/2023 | M. Hurford | BK Claims Administration | Various correspondence regarding revisions to proposed bar date order. | 0:12 | 565.00 | 113.00 |
| 03/04/2023 | M. Hurford | BK Creditor Communications | Correspondence to J. Leamy regarding Committee status. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Order entered on Canaccord first and final fee application. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing correspondence form J. Britton and A. Mielke regarding 365(d) motion. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Claims Administration | Reviewing Order entered on Bar Date Motion and related Bar Date Notice. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | A. Saccullo | BK Claims Administration | Review notice of bar date (as filed) | 0:12 | 605.00 | 121.00 |
| 03/07/2023 | A. Saccullo | BK Plan & Disclosure Statement | Correspondence to working group regarding status of plan and comments to the LTA | 0:06 | 605.00 | 60.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for Second Monthly Fee Application of ArentFox (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of ArentFox (December 2022); reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of CohnReznick (December 2022); reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of CohnReznick (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising draft CNO for First Monthly Fee Application of AMSL (December 2022); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising draft CNO for First Monthly Fee Application of AMSL (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to and from Parcels regarding filing and service of six CNO's. | 0:12 | 565.00 | 113.00 |
| 03/07/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding cumulative redline of proposed changes to Plan and D/S. | 1:24 | 565.00 | 791.00 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from CohnReznick representatives regarding their pending fee applications and CNO to be filed. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from ArentFox regarding their pending fee applications and CNO to be filed. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Litigation | Reviewing CNO for Debtors' Motion to extend removal periods. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Litigation | Reviewing CNO for Debtors' Motion Exclusivity Motion. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing draft CNO for ArentFox First Monthly Fee Application, reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 03/08/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing draft of invoice for February 2023 | 0:18 | 565.00 | 169.50 |
| 03/09/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing CNO on Debtors' motion to extend time to assume or reject leases. | 0:06 | 565.00 | 56.50 |
| 03/09/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing notice of publication of Bar Date. | 0:06 | 565.00 | 56.50 |
| 03/13/2023 | A. Saccullo | BK Court Hearings | Review agenda for this week's hearing | 0:06 | 605.00 | 60.50 |
| 03/13/2023 | A. Saccullo | BK Creditor Communications | Review correspondence to committee regarding status of case and plan | 0:12 | 605.00 | 121.00 |
| 03/13/2023 | M. Hurford | BK Litigation | Correspondence to J. Britton regarding hearing on March 15 | 0:06 | 565.00 | 56.50 |
| 03/14/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to AMS regarding February Monthly Fee Application. | 0:12 | 565.00 | 113.00 |
| 03/14/2023 | M. Hurford | BK Case Administration | Reviewing correspondence from J. Brooks regarding supplement to OCP list; reviewing same and response to same. | 0:12 | 565.00 | 113.00 |
| 03/14/2023 | M. Hurford | BK Litigation | Reviewing four orders entered and agenda for hearing. | 0:12 | 565.00 | 113.00 |
| 03/16/2023 | A. Saccullo | BK Plan & Disclosure Statement | Prepare for and participate in call with debtors regarding plan structure and issues with original plan structure | 1:12 | 605.00 | 726.00 |

| Date | Name | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussion with Debtors' counsel and co-counsel regarding Plan and Plan structure; telephone discussion with AMS thereafter. | 0:30 | 565.00 | 282.50 |
| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for conference call with Debtors and co-counsel at ArentFox Schiff. | 0:18 | 565.00 | 169.50 |
| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussion with AMS regarding Plan and pending issues. | 0:18 | 565.00 | 169.50 |
| 03/16/2023 | M. Hurford | BK Creditor Communications | Reviewing Third Amended Notice of Appointment of Creditors' Committee. | 0:06 | 565.00 | 56.50 |
| 03/16/2023 | D. Squasoni | BK Plan & Disclosure Statement | Preparation and participation in call regarding disclosure statement, plan of liquidation, and liquidating trust agreement. | 0:24 | 565.00 | 226.00 |
| 03/20/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Telephone discussion with James Britton regarding pending matters, including fee applications; correspondence to J. Britton regarding same. | 0:12 | 565.00 | 113.00 |
| 03/20/2023 | M. Hurford | BK Case Administration | Review regarding OCP and Baker Tilly and correspondence to and from Justin Brooks regarding same; reviewing follow up correspondence from J. Brooks with additional information. | 0:18 | 565.00 | 169.50 |
| 03/20/2023 | M. Hurford | BK Case Administration | Reviewing correspondence from G. Angelich regarding Supplemental OCP list. | 0:06 | 565.00 | 56.50 |
| 03/22/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence with Committee lead counsel and CohnReznick regarding fee applications and invoices, coordination. | 0:18 | 565.00 | 169.50 |
| 03/22/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:12 | 565.00 | 113.00 |
| 03/22/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Third Monthly of RPA for February 2023. | 0:06 | 565.00 | 56.50 |
| 03/23/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding invoice for CR and CRC for February 2023. | 0:12 | 565.00 | 113.00 |
| 03/24/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to J. Britton regarding fee applications of Committee professionals. | 0:06 | 565.00 | 56.50 |
| 03/24/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P Picado regarding draft fee application for CR and CRC for February 2023. | 0:30 | 565.00 | 282.50 |
| 03/27/2023 | M. Hurford | BK Retention/Fee Applications | Additional review and revisions to Monthly Fee Application, including updating charts. | 0:30 | 565.00 | 282.50 |
| 03/28/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Britton regarding status of certain issues and report to committee. | 0:06 | 565.00 | 56.50 |
| 03/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO of Young Conaway regarding February monthly fee application. | 0:06 | 565.00 | 56.50 |
| 03/31/2023 | A. Saccullo | BK Creditor Communications | Call with potential creditor regarding bar date order | 0:12 | 605.00 | 121.00 |
| 03/31/2023 | M. Hurford | BK Creditor | Reviewing correspondence from J. Britton | 0:30 | 565.00 | 282.50 |

| | Communications | regarding various pending matters and report to be submitted to Committee; begin review and drafting portion of report | |
|---|---|---|---|
| | Subtotal: Billable Time | | 7,425.00 |
| | Billable Expenses | | |
| 03/14/2023 | | 6 e-filing fees @ $15 each | 90.00 |
| 03/14/2023 | | 144 photocopies @ $0.10 | 14.40 |
| 03/14/2023 | | USPS postage for 8 mailings @ $1.74 each | 13.92 |
| | Subtotal: | | 118.32 |

| | BALANCE DUE | **$7,543.32** |
|---|---|---|