**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> WINC, INC. *et al.*, <br><br>               Debtors. | Chapter 11 <br><br> Case No. 22-11238 (LSS) <br> (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals listed below via US regular mail:

Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street,
Wilmington, Delaware 19801
Attn: Matthew B. Lunn, Esq. and
Allison S. Mielke, Esq.

Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware, 19801,
Attn: Jane Leamy, Esq.

ArentFox Schiff LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Attn: George P. Angelich, Esq., Justin A. Kesselman, Esq., and James E. Britton, Esq.

A.M. Saccullo Legal LLC
27 Crimson King Drive
Bear, Delaware 19701
Attn: Mark Hurford, Esq.

Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Attn: Eric E. Walker, Esq.

Cooley LLP
55 Hudson Yards
New York, New York 10001
Attn: Joseph Brown, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Attn: Curtis S. Miller, Esq. and
Derek C. Abbott, Esq.

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Attn: Richard M. Pachulski, Esq. and
Maxim B. Litvak, Esq.

Dated: April 28, 2023

                                                            */s/ Mark T. Hurford*
                                                            Mark T. Hurford (DE No. 3299)