IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 333-335** |

## CERTIFICATE OF SERVICE

I, NADIA ALAZRI, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2023, I caused to be served the:

   a. "Monthly Operating Report," dated April 25, 2023 [Docket No. 333],

   b. "Monthly Operating Report," *related to Case No. 21-11239*, dated April 25, 2023 [Docket No. 334], and

   c. "Monthly Operating Report," *related to Case No. 21-11240*, dated April 25, 2023 [Docket No. 335],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                                                                    */s/ Nadia Alazri*
                                                                                                                    Nadia Alazri

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**EXHIBIT A**

Winc, Inc. - Case No. 22-11238
Electronic Mail Parties

| Name | Email Address |
| --- | --- |
| U.S. Trustee | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| Counsel to the Committee | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com; mark@saccullolegal.com |