IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 303-305** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 22, 2023, I caused to be served the:

   a. "Monthly Operating Report," dated March 21, 2023 [Docket No. 303],

   b. "Monthly Operating Report," *related to Case No. 21-11239*, dated March 21, 2023 [Docket No. 304], and

   c. "Monthly Operating Report," *related to Case No. 21-11240*, dated March 21, 2023 [Docket No. 305],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Angela Chachoff
Angela Chachoff

Sworn to before me this
23rd day of March, 2023
/s/ Rosalyn DeMattia
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

Winc, Inc. - Case No. 22-11238
Electronic Mail Parties

| Name | Email Address |
|---|---|
| U.S. Trustee | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| Counsel to the Committee | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com; mark@saccullolegal.com |