# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 314** |

## CERTIFICATE OF SERVICE

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2023, I caused to be served the "Notice of Supplement to List of Ordinary Course Professionals," dated April 12, 2023 [Docket No. 314], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Alison Moodie*
Alison Moodie

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

# EXHIBIT A

WINC, INC., *et al*. - Case No. 22-11238 (LSS)
First Class Mail Party

Cooley LLP,
55 Hudson Yards
New York, New York 10001-2157

**EXHIBIT B**

WINC, INC., *et al*. - Case No. 22-11238 (LSS)
Email Service List

| Name | Email |
|---|---|
| U.S. Trustee; Attn: Jane Leamy | jane.m.leamy@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP; Attn: Richard M. Pachulski & Maxim B. Litvak, Esq. | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP; Attn: Attn: James O'Neill, Esq. | joneill@pszjlaw.com |
| Cooley LLP; Attn: Eric Walker, Esq. | ewalker@cooley.com |
| Morris, Nichols, Arsht & Tunnell LLP; Attn: Attn: Derek C. Abbott, Esq. & Curtis S. Miller, Esq. | dabbott@mnat.com; cmiller@mnat.com |
| ArentFox Schiff LLP; Attn: George P. Angelich, Esq, Justin A. Kesselman, Esq., James E. Britton, Esq. | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| A.M. Saccullo Legal LLC; Attn: Mark Hurford, Esq. | mark@saccullolegal.com |