IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 322** |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED OMNIBUS ORDER APPROVING FIRST INTERIM
FEE REQUESTS OF THE DEBTORS' PROFESSIONALS**

On April 14, 2023, certain professionals (collectively, the "Professionals") retained and employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their first requests for interim allowance of compensation and reimbursement of expenses [Docket No. 322] (each, a "Fee Request," and collectively, the "Fee Requests")[2] for the interim period from November 30, 2022 through and including February 28, 2023. Objections, if any, to the Fee Requests were required to be filed and served on, among others, the affected Professional and the Debtors on or before May 4, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Fee Requests appears thereon. As no responses were received prior to the Objection Deadline, the Debtors hereby submit a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit 1**, approving the Fee Requests.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] A supplement to Young Conaway Stargatt & Taylor, LLP's Fee Request was filed on April 14, 2023 at Docket No. 323.

30351528.1

The Debtors have circulated the Proposed Order to the Professionals, who have each reviewed and agreed to the entry of the Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: May 8, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         mlunn@ycst.com<br>         amielke@ycst.com<br>         jbrooks@ycst.com<br>         sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |