**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>**Related DI Nos.: 321, 324, 325** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On April 13 and 14, 2023, the professionals (collectively, the "Professionals") retained by the Official Committee of Unsecured Creditors of Winc, Inc. and its debtor affiliates (collectively, the "Debtors") filed their first requests for interim allowance of compensation and reimbursement of expenses (each, a "Fee Request," and collectively, the "Fee Requests") for the interim period from retention through and including February 28, 2023.

More specifically, on April 13, 2023, ArentFox Schiff, LLP, filed the *First Interim Fee Application of ArentFox Schiff LLP, Co-Counsel to the Official Committee of Unsecured Creditors for the Period from December 15, 2022 through February 28, 2023* [Docket No. 321] (the "AFS Interim"). The deadline to file an objection to the AFS Interim was May 3, 2023 at 4:00 p.m.

On April 14, 2023, A.M. Saccullo Legal, LLC filed the *First Interim Application of A.M. Saccullo Legal, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the period December 15, 2022 to February 28, 2023* [Docket No. 324] (the "AMSL Interim"). The deadline to file an objection the AMSL Interim was May 4, 2023 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

1

On April 14, 2023, CohnReznick LLP and CohnReznick Capital Markets Securities, LLC filed the *First Interim Fee Application of CohnReznick LLP as Financial Advisors and CohnReznick Capital Markets Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered during the Period from December 20, 2022 through February 28, 2023* [Docket No. 325] (the "CR Interim").  The deadline to file an objection the CR Interim was May 4, 2023 at 4:00 p.m.

The undersigned certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Fee Requests appears thereon. As no responses were received prior to the Objection Deadline, the undersigned hereby submit a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit 1**, approving the Fee Requests.

The undersigned have circulated the Proposed Order to the Professionals, who have each reviewed and agreed to the entry of the Proposed Order. Accordingly, the Professionals respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

Dated: May 11, 2023                **A.M. SACCULLO LEGAL, LLC**

                                                  By: */s/ Mark T. Hurford*
                                                  Mark T. Hurford (DE No. 3299)
                                                  27 Crimson King Drive
                                                  Bear, DE 19701
                                                  Telephone: (302) 836-8877
                                                  Facsimile: (302) 836-8787
                                                  Email: Mark@saccullolegal.com

                                                  -and-

George P. Angelich (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: George.Angelich@afslaw.com

Justin A. Kesselman *(pro hac vice)*
James E. Britton *(pro hac vice)*
**ARENTFOX SCHIFF LLP**
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
James.Britton@afslaw.com

*Counsel for the Official Committee of Unsecured Creditors*