**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 16, 2023 AT 2:30 P.M. (ET)**

---

**THE HEARING WILL BE CONDUCTED BY ZOOM.
PARTIES SHOULRD REGISTER WITH THE ZOOM LINK BELOW
NO LATER THAN MAY 16, 2023 AT 8:00 A.M. (ET).**

**https://debuscourts.zoomgov.com/meeting/register/vJItc--hpj4vH9ye7UTUz2q1W_bMC6WkWh8**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

1.  First Interim Fee Requests of Various Retained Professionals

    Related Pleadings:    See Exhibit 1, attached hereto.

    a)  Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Requests of the Debtors' Professionals [D.I. 350; 5/8/23]

    b)  Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Professionals for the Official Committee of Unsecured Creditors [D.I. 352; 5/11/23]

    Objection Deadline:    Varies per individual applications.

    Objections/Informal Responses:    None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30367334.1

Status: A proposed form of order has been submitted under certification of counsel for each of the respective interim fee applications of the Debtors' professionals and the Committee's professionals. A hearing is necessary only if the Court has questions or concerns.

Dated: May 12, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
       mlunn@ycst.com
       amielke@ycst.com
       jbrooks@ycst.com
       sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT 1

A. **Young Conaway Stargatt & Taylor, LLP**

1. First Monthly Application for the Period from November 30, 2022 through December 31, 2022 [D.I. 170; 1/12/23]

2. Certificate of No Objection [D.I. 221; 2/2/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 237; 2/13/23]

4. Certificate of No Objection [D.I. 279; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 291; 3/9/23]

6. Certificate of No Objection [D.I. 309; 3/30/23]

7. First Interim Fee Application [D.I. 322; 4/14/23]

8. Supplement to First Interim Fee Application [D.I. 323; 4/14/23]

B. **RPA Asset Management Services, LLC**

1. First Monthly Application for the Period from December 1, 2022 through December 31, 2022 [D.I. 176; 1/13/23]

2. Certificate of No Objection [D.I. 224; 2/3/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 231; 2/9/23]

4. Certificate of No Objection [D.I. 270; 3/2/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 307; 3/21/23]

6. Certificate of No Objection [D.I. 313; 4/11/23]

7. First Interim Fee Application [D.I. 322; 4/14/23]

30367334.1

C. **Epiq Corporate Restructuring, LLC**

1. First Monthly Application for the Period from November 30, 2022 through January 31, 2023 [D.I. 230; 2/9/23]

2. Certificate of No Objection [D.I. 269; 3/2/23]

3. First Interim Fee Application [D.I. 322; 4/14/23]

D. **ArentFox Schiff LLP**

1. First Monthly Application for the Period from December 15, 2022 through December 31, 2022 [D.I. 242; 2/14/23]

2. Certificate of No Objection [D.I. 287; 3/8/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 243; 2/14/23]

4. Certificate of No Objection [D.I. 281; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 318; 4/13/23]

6. Certificate of No Objection [D.I. 347; 5/8/23]

7. First Interim Fee Application [D.I. 321; 4/13/23]

E. **A.M. Saccullo Legal, LLC**

1. First Monthly Application for the Period from December 15, 2022 through December 31, 2022 [D.I. 244; 2/14/23]

2. Certificate of No Objection [D.I. 284; 3/7/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 245; 2/14/23]

4. Certificate of No Objection [D.I. 285; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 319; 4/13/23]

6. Certificate of No Objection [D.I. 349; 5/8/23]

7. First Interim Fee Application [D.I. 324; 4/14/23]

**F.  CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**

1. First Monthly Application for the Period from December 20, 2022 through December 31, 2022 [D.I. 239; 2/14/23]

2. Amended Notice of First Monthly Application for the Period from December 20, 2022 through December 31, 2022 [D.I. 241; 2/14/23]

3. Certificate of No Objection [D.I. 282; 3/7/23]

4. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 240; 2/14/23]

5. Certificate of No Objection [D.I. 283; 3/7/23]

6. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 320; 4/13/23]

7. Certificate of No Objection [D.I. 348; 5/8/23]

8. First Interim Fee Application [D.I. 325; 4/14/23]