# EXHIBIT 2

## Fee Statement

| | |
|---|---|
| **Exhibit A** | Compensation by Timekeeper for Compensation Period April 1, 2023 through April 30, 2023 |
| **Exhibit B** | Summary of Compensation by Project Category During Compensation Period April 1, 2023 through April 30, 2023 |
| **Exhibit C** | Detailed Time Description by Timekeeper and Category During Compensation Period April 1, 2023 through April 30, 2023 |
| **Exhibit D** | Monthly Expense Summary During Compensation Period April 1, 2023 through April 30, 2023 |
| **Exhibit E** | Detailed Monthly Expense Summary During Compensation Period April 1, 2023 through April 30, 2023 |

30371770.2

# EXHIBIT A

30371770.2

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period**
**April 1, 2023 through April 30, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 8.0 | $9,000.00 |
| Kevin Pleines | Director | $695.00 | 17.3 | $12,023.50 |
| Chris Walker | Director | $595.00 | 46.0 | $27,370.00 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$48,931.00** |

30371770.2

# EXHIBIT B

## Summary of Compensation by Project Category
## During Compensation Period
## April 1, 2023 through April 30, 2023

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 3.50 | $2,432.50 |
| C | Creditor, Lender, or Equity Holder Inquiries | 1.10 | $764.50 |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 3.40 | $2,578.00 |
| F | Statements/Schedules and MOR's | 9.80 | $6,308.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 4.00 | $2,380.00 |
| H | Financial Review and Analysis | 0.00 | - |
| I | Asset Sale Process | 0.00 | - |
| J | Attendance at Court Hearings or Depositions | 0.00 | - |
| K | Employee Management | 0.00 | - |
| L | Case Administration | 11.40 | $6,946.00 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.00 | - |
| N | Analysis and Related Work re: Plan and Exit | 38.80 | $26,271.00 |
| O | Contract Review and Analysis | 0.00 | - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 1.80 | $1,251.00 |

# EXHIBIT C

30371770.2

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**April 1, 2023 through April 30, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| Kevin Pleines | 3-Apr | Reviewed updated cash position and summary of potential admin payments | 3.0 |
| Kevin Pleines | 4-Apr | Strategized with counsel and estate consultant relative to TSA & cash flow impact | 0.5 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **3.5** |
| **C. Creditor, Lender, or Equity Holder Inquiries** | | | |
| Kevin Pleines | 18-Apr | Participated on call with buyer and professionals | 1.1 |
| | | **Creditor, Lender, or Equity Holder Inquiries Total** | **1.1** |
| **E. Calls/Meetings with Company, Board, Counsel and/or Staff** | | | |
| Kevin Pleines | 6-Apr | Participated on status call with counsel and estate consultant | 0.8 |
| Kevin Pleines | 17-Apr | Participated on status call with estate consultant and counsel | 0.6 |
| John Policano | 17-Apr | Participated on status call with estate consultant and counsel | 0.5 |
| Kevin Pleines | 21-Apr | Strategized with estate trustee and counsel | 1.0 |
| Kevin Pleines | 28-Apr | Participated on status call with estate consultant and counsel | 0.5 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **3.4** |
| **F. Statements/Schedules and MOR's** | | | |
| Chris Walker | 24-Apr | Prepared March Monthly Operating Reports | 1.7 |
| Chris Walker | 24-Apr | Prepared March Monthly Operating Reports | 2.1 |
| Chris Walker | 24-Apr | Prepared March Monthly Operating Reports | 1.3 |
| John Policano | 24-Apr | Reviewed March MOR | 0.7 |
| Chris Walker | 25-Apr | Reviewed prior Monthly Operating Reports and prepared Q1 UST fee analysis | 1.1 |
| Chris Walker | 25-Apr | Prepared March Monthly Operating Reports | 2.7 |
| John Policano | 25-Apr | Reviewed March MOR | 0.2 |
| | | **Statements/Schedules and MOR's Total** | **9.8** |
| **G. Preparation and Review of Bankruptcy Documents and Related Filings** | | | |
| Chris Walker | 5-Apr | Performed review of docket and filings | 0.5 |
| Chris Walker | 11-Apr | Performed review of docket and filings | 1.0 |
| Chris Walker | 14-Apr | Reviewed docket/filings | 0.9 |
| Chris Walker | 17-Apr | Reviewed docket/filings | 0.8 |
| Chris Walker | 27-Apr | Reviewed docket/filings | 0.8 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **4.0** |
| **L. Case Administration** | | | |
| Chris Walker | 13-Apr | Prepared initial March fee application updates | 2.3 |
| John Policano | 13-Apr | Reviewed interim fee application | 0.4 |
| Chris Walker | 19-Apr | Prepared updates to March fee application | 1.2 |

| | | | |
|---|---|---|---:|
| Chris Walker | 20-Apr | Prepared March fee application | 2.0 |
| John Policano | 20-Apr | Prepared March fee application | 1.4 |
| Jaclyn Hill | 20-Apr | Prepared March fee application | 2.5 |
| Chris Walker | 21-Apr | Prepared updates to March fee application | 0.2 |
| John Policano | 21-Apr | Prepared March fee application | 0.3 |
| Chris Walker | 28-Apr | Prepared initial April fee application updates | 1.1 |
| | | **Case Administration Total** | **11.4** |

### N. Analysis and Related Work re: Plan and Exit

| | | | |
|---|---|---|---:|
| John Policano | 4-Apr | Reviewed plan and disclosure statement | 1.1 |
| Kevin Pleines | 10-Apr | Reviewed assumptions and claims related to liquidation analysis | 1.2 |
| John Policano | 11-Apr | Reviewed liquidation analysis | 1.4 |
| Chris Walker | 12-Apr | Performed update to liquidation analysis | 1.7 |
| John Policano | 12-Apr | Reviewed plan and disclosure statement | 0.2 |
| John Policano | 12-Apr | Reviewed liquidation analysis | 0.4 |
| Chris Walker | 13-Apr | Prepared updates to claims analysis | 2.9 |
| Chris Walker | 13-Apr | Reviewed revised claims file and incorporated claims in to liquidation analysis | 2.6 |
| Chris Walker | 14-Apr | Prepared updates to liquidation analysis | 2.7 |
| John Policano | 14-Apr | Reviewed claims and liquidation analysis | 0.6 |
| Kevin Pleines | 17-Apr | Reviewed claims register and sizable claims | 2.0 |
| Kevin Pleines | 17-Apr | Reviewed liquidity analysis | 2.0 |
| Chris Walker | 17-Apr | Prepared updates to liquidation analysis | 2.4 |
| Kevin Pleines | 18-Apr | Strategized with estate trustee related to liquidation analysis | 1.0 |
| Kevin Pleines | 18-Apr | Reviewed liquidity analysis | 0.3 |
| Chris Walker | 18-Apr | Prepared updates to liquidation analysis | 0.7 |
| Chris Walker | 18-Apr | Prepared for and participated on call w/Company re liquidation analysis | 0.6 |
| Chris Walker | 18-Apr | Prepared summary of liquidation analysis for review by company | 1.3 |
| Chris Walker | 20-Apr | Prepared updates to liquidation analysis | 1.2 |
| Chris Walker | 21-Apr | Prepared updates to liquidation analysis | 2.8 |
| Chris Walker | 21-Apr | Prepared updates to liquidation analysis | 0.6 |
| John Policano | 25-Apr | Reviewed liquidation analysis | 0.4 |
| Chris Walker | 26-Apr | Prepared updates to liquidation analysis | 2.0 |
| Kevin Pleines | 27-Apr | Reviewed liquidation analysis | 1.0 |
| Chris Walker | 27-Apr | Prepared updates to liquidation analysis | 2.4 |
| John Policano | 27-Apr | Reviewed liquidation analysis | 0.4 |
| Kevin Pleines | 28-Apr | Strategized with RPA team with respect to liquidation analysis | 0.5 |
| Chris Walker | 28-Apr | Prepared updates to liquidation analysis | 2.4 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **38.8** |

30371770.2

**P. Calls/Meetings or Response to Inquiries from UCC Advisors**

| | | | |
|---|---|---|---|
| Kevin Pleines | 10-Apr | Summarized invoices related to admin payments for UCC | 1.3 |
| Kevin Pleines | 11-Apr | Participated on call with UCC FA related to admin payments | 0.5 |
| | | **Calls/Meetings or Response to Inquiries from UCC Advisors Total** | **1.8** |

# EXHIBIT D

**Monthly Expense Summary**
**April 1, 2023 through April 30, 2023**

| Category | Amount |
|---|---:|
| Telecom | $79.88 |
| **Total Expenses** | **$79.88** |

# EXHIBIT E

**Detailed Monthly Expense Summary**
**April 1, 2023 through April 30, 2023**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Telecom** | | | |
| April 28 | Chris Walker | Telecom charges related to Winc | $50.00 |
| April 28 | John Policano | Telecom charges related to Winc | $7.33 |
| April 28 | Kevin Pleines | Telecom charges related to Winc | $22.55 |
| | | **Telecom Total** | **$79.88** |
| | | **Expenses Total** | **$79.88** |