**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 16, 2023 AT 2:30 P.M. (ET)**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING
> HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

1. First Interim Fee Requests of Various Retained Professionals

    Related Pleadings:    See Exhibit 1, attached hereto.

    a) Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Requests of the Debtors' Professionals [D.I. 350; 5/8/23]

    b) Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Professionals for the Official Committee of Unsecured Creditors [D.I. 352; 5/11/23]

    Objection Deadline:    Varies per individual applications.

    Objections/Informal Responses:    None.

    Status:    **The Court has indicated that a hearing on this matter is not necessary.**

[*Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] **Amended items appear in bold.**

| | |
|---|---|
| Dated: May 15, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        mlunn@ycst.com<br>        amielke@ycst.com<br>        jbrooks@ycst.com<br>        sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT 1

A. **Young Conaway Stargatt & Taylor, LLP**

1. First Monthly Application for the Period from November 30, 2022 through December 31, 2022 [D.I. 170; 1/12/23]

2. Certificate of No Objection [D.I. 221; 2/2/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 237; 2/13/23]

4. Certificate of No Objection [D.I. 279; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 291; 3/9/23]

6. Certificate of No Objection [D.I. 309; 3/30/23]

7. First Interim Fee Application [D.I. 322; 4/14/23]

8. Supplement to First Interim Fee Application [D.I. 323; 4/14/23]

B. **RPA Asset Management Services, LLC**

1. First Monthly Application for the Period from December 1, 2022 through December 31, 2022 [D.I. 176; 1/13/23]

2. Certificate of No Objection [D.I. 224; 2/3/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 231; 2/9/23]

4. Certificate of No Objection [D.I. 270; 3/2/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 307; 3/21/23]

6. Certificate of No Objection [D.I. 313; 4/11/23]

7. First Interim Fee Application [D.I. 322; 4/14/23]

C. **Epiq Corporate Restructuring, LLC**

1. First Monthly Application for the Period from November 30, 2022 through January 31, 2023 [D.I. 230; 2/9/23]

2. Certificate of No Objection [D.I. 269; 3/2/23]

3. First Interim Fee Application [D.I. 322; 4/14/23]

D. **ArentFox Schiff LLP**

1. First Monthly Application for the Period from December 15, 2022 through December 31, 2022 [D.I. 242; 2/14/23]

2. Certificate of No Objection [D.I. 287; 3/8/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 243; 2/14/23]

4. Certificate of No Objection [D.I. 281; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 318; 4/13/23]

6. Certificate of No Objection [D.I. 347; 5/8/23]

7. First Interim Fee Application [D.I. 321; 4/13/23]

E. **A.M. Saccullo Legal, LLC**

1. First Monthly Application for the Period from December 15, 2022 through December 31, 2022 [D.I. 244; 2/14/23]

2. Certificate of No Objection [D.I. 284; 3/7/23]

3. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 245; 2/14/23]

4. Certificate of No Objection [D.I. 285; 3/7/23]

5. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 319; 4/13/23]

 6. Certificate of No Objection [D.I. 349; 5/8/23]

 7. First Interim Fee Application [D.I. 324; 4/14/23]

F. **CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**

 1. First Monthly Application for the Period from December 20, 2022 through December 31, 2022 [D.I. 239; 2/14/23]

 2. Amended Notice of First Monthly Application for the Period from December 20, 2022 through December 31, 2022 [D.I. 241; 2/14/23]

 3. Certificate of No Objection [D.I. 282; 3/7/23]

 4. Second Monthly Application for the Period from January 1, 2023 through January 31, 2023 [D.I. 240; 2/14/23]

 5. Certificate of No Objection [D.I. 283; 3/7/23]

 6. Third Monthly Application for the Period from February 1, 2023 through February 28, 2023 [D.I. 320; 4/13/23]

 7. Certificate of No Objection [D.I. 348; 5/8/23]

 8. First Interim Fee Application [D.I. 325; 4/14/23]

30373875.1