IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 22-11238 (LSS) |
| WINC, INC, *et al.*, | : |
| | : |
| | : Chapter 11 |
| Debtors. | : |
| | : |

NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

PLEASE TAKE NOTICE, that the undersigned appears for the COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE in the above-captioned case and pursuant to Rules 2002, 9007, and 9010 Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

>Christos A. Katsaounis
>Senior Counsel
>PA Department of Revenue
>Office of Chief Counsel
>P.O. Box 281061
>Harrisburg, PA 17128-1061
>RA-occbankruptcy5@state.pa.us
>Attorney ID No. 20196 (PA)
>Telephone: (717) 346-4643
>Facsimile: (717) 772-1459

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, telegraph, telex or otherwise filed with regard to the above case, which affect or seek to affect in any way the rights and obligations of the above referred COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, which require or seek to require any act, delivery of any property, payment or other conduct by the Trustee or debtors.

                                                Respectfully submitted,

Date: May 15, 2023                           */s/ Christos A. Katsaounis*
                                                Christos A. Katsaounis
                                                Senior Counsel
                                                PA Department of Revenue
                                                Office of Chief Counsel
                                                P.O. Box 281061
                                                Harrisburg, PA 17128-1061
                                                ckatsaouni@pa.gov
                                                Attorney ID No. 20196 (PA)
                                                Telephone: (717) 346-4643
                                                Facsimile: (717) 772-1459