IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 22-11238 (LSS) |
| WINC, INC, *et al.*, | : |
| | : |
| | : Chapter 11 |
| Debtors. | : |
| | : |

PROOF OF SERVICE

    I hereby certify that, on this date, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties registered to receive notice under the CM/ECF system.

Respectfully submitted,

Date: May 15, 2023

*/s/ Christos A. Katsaounis*
Christos A. Katsaounis
Senior Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
ckatsaouni@pa.gov
Attorney ID No. 20196 (PA)
Telephone: (717) 346-4643
Facsimile: (717) 772-1459