**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>Related DI No.: 341 |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH MONTHLY APPLICATION OF A.M. SACCULLO LEGAL, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH RESPECT TO SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>MARCH 1, 2023, THROUGH MARCH 31, 2023</u>**

The undersigned hereby certifies as follows:

1. On April 28, 2023, A.M. Saccullo Legal, LLC ("**AMSL**"), filed the *Fourth Monthly Application of A.M. Saccullo Legal, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2023 to March 31, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware [D.I. 341]. The Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [D.I. 126].

2. Pursuant to the notice filed with the Application, the deadline for objections to the Application was May 18, 2023 at 4:00 pm (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

3. As of the date hereof, Mark T. Hurford has reviewed the Court's docket in this case and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon. In addition, the undersigned has not otherwise received any formal or informal objections to the Application.

4. Pursuant to the Interim Compensation Order, the above-captioned Debtor is authorized to pay AMSL eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification without the need for a further order of the Bankruptcy Court.

Dated: May 19, 2023            **A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford, Esq. (No. 3299)
27 Crimson King Drive
Bear, DE 19701
Tel: (302) 836-8877
Fax: (302) 836-8787
Mark@saccullolegal.com

*Co-Counsel for the Official Committee of Unsecured Creditors*