# **<u>EXHIBIT A</u>**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Winc, Inc.
1751 Berkeley Street
Studio 3
Santa Monica, CA 90404

| | |
|---|---|
| Invoice Date: | May 23, 2023 |
| Invoice Number: | 50042780 |
| Matter Number: | 102647.1001 |

Re: Debtor Representation
Billing Period through April 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 50,811.50 |
| Disbursements | $ | 104.98 |
| Total Due This Invoice | $ | 50,916.48 |

| | |
|---|---|
| Winc, Inc. | Invoice Date: May 23, 2023 |
| Billing Period through April 30, 2023 | Invoice Number: 50042780 |
| | Matter Number: 102647.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/31/23 | AMIEL | Emails with YCST team re: critical dates | B001 | 0.10 | 68.50 |
| 04/06/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/11/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/12/23 | TBOLL | Review and update the critical dates calendar | B001 | 0.40 | 142.00 |
| 04/12/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/13/23 | JBROO | Revise and analyze critical dates calendar | B001 | 0.10 | 50.50 |
| 04/13/23 | MLUNN | Review critical deadline memo | B001 | 0.10 | 102.50 |
| 04/13/23 | TBOLL | Review critical dates calendar and circulate same to the working group for review | B001 | 0.20 | 71.00 |
| 04/13/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/14/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/21/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/24/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/25/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/27/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/28/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 04/12/23 | AMIEL | Emails with YCST team and committee counsel re: fee applications and hearing dates | B002 | 0.10 | 68.50 |
| 04/12/23 | AMIEL | Review COC for hearing date | B002 | 0.10 | 68.50 |
| 04/12/23 | JBROO | Emails with YCST team re: omnibus hearing issues | B002 | 0.10 | 50.50 |
| 04/12/23 | JBROO | Emails with Committee counsel re: omnibus hearing issues | B002 | 0.30 | 151.50 |

| Winc, Inc. | | | Invoice Date: | | May 23, 2023 |
| Billing Period through April 30, 2023 | | | Invoice Number: | | 50042780 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/12/23 | JBROO | Emails with Court chambers re: omnibus hearing | B002 | 0.10 | 50.50 |
| 04/12/23 | MLUNN | Correspondence with J. Brooks re: omnibus hearings | B002 | 0.10 | 102.50 |
| 04/12/23 | TBOLL | Prepare and finalize for filing certification of counsel re: scheduling of omnibus hearing date (.2), and upload related order (.1) | B002 | 0.30 | 106.50 |
| 04/11/23 | AMIEL | Emails with C. Brault re: monthly operating report | B004 | 0.10 | 68.50 |
| 04/13/23 | AMIEL | Emails with C. Brault re: monthly operating reports | B004 | 0.10 | 68.50 |
| 04/24/23 | AMIEL | Emails with RPA team, C. Brault and YCST team re: MORs and related global notes (.2); review and revise same (.6) | B004 | 0.80 | 548.00 |
| 04/25/23 | AMIEL | Emails with RPA and YCST teams re: revisions to MORs (.1); review and finalize same (.3) | B004 | 0.40 | 274.00 |
| 04/25/23 | TBOLL | Finalize for fling MORs for March 2023 | B004 | 0.40 | 142.00 |
| 03/31/23 | AMIEL | Emails with C. Brault re: transition issues | B006 | 0.30 | 205.50 |
| 04/01/23 | AMIEL | Emails with C. Brault re: books and records access | B006 | 0.10 | 68.50 |
| 04/01/23 | MLUNN | Review issues and call with E. Walker re: TSA and sale issues | B006 | 0.50 | 512.50 |
| 04/03/23 | AMIEL | Emails with YCST team, C. Brault and K. Pleines re: transition issues (.2); emails with M. Lunn and K. Pleines and C. Brault re: invoice reconciliation (.2); Confer with M. Lunn re: transition issues (.6) | B006 | 1.00 | 685.00 |
| 04/03/23 | MLUNN | Call with A. Mielke re: TSA and MSA payments and related issues | B006 | 0.60 | 615.00 |
| 04/04/23 | AMIEL | Emails with M. Lunn and committee counsel re: transition and payment issues | B006 | 0.10 | 68.50 |
| 04/04/23 | MLUNN | Sale issues call with C. Brault, RPA and A. Mielke | B006 | 0.60 | 615.00 |
| 04/05/23 | AMIEL | Emails with J. Kesselman re: vendor payments (.1); Emails with C. Brault and K. Pleines re: transition services issues (.1) | B006 | 0.20 | 137.00 |
| 04/06/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: transition issues | B006 | 0.80 | 548.00 |
| 04/06/23 | AMIEL | Emails with E. Walker and M. Lunn re: transition issues | B006 | 0.10 | 68.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | May 23, 2023 |
| Billing Period through April 30, 2023 | | | Invoice Number: | | 50042780 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/23 | AMIEL | Emails with C. Brault re: proceeds analysis and related issues | B006 | 0.10 | 68.50 |
| 04/08/23 | AMIEL | Emails with M. Lunn re: transition issues (.1); review and revise proceeds analysis (.2) | B006 | 0.30 | 205.50 |
| 04/10/23 | AMIEL | Emails with C. Brault re: transition issues | B006 | 0.10 | 68.50 |
| 04/10/23 | AMIEL | Emails with M. Lunn and E. Walker re: transition issues (.1); confer with M. Lunn re: same (.5) | B006 | 0.60 | 411.00 |
| 04/10/23 | MLUNN | Review costs to be paid re: TSA (.3) call with A. Mielke re: same (.6); and correspondence with E. Walker (.2) | B006 | 1.10 | 1,127.50 |
| 04/11/23 | AMIEL | Emails with C. Brault re: transition issues | B006 | 0.10 | 68.50 |
| 04/12/23 | AMIEL | Emails with M. Lunn re: transition issues | B006 | 0.10 | 68.50 |
| 04/17/23 | MLUNN | Review transition costs analysis and related correspondence (.3) and call with C. Brault, K. Pleines, and A. Mielke (.5) | B006 | 0.80 | 820.00 |
| 04/18/23 | AMIEL | Teleconference re: sale and transition issues (1.0); Review sale documents in advance of same (.3) | B006 | 1.30 | 890.50 |
| 04/18/23 | MLUNN | Analyze updated analysis and issues in preparation for call with Amass and Cooley (.6); call with Amass, Cooley, RPA, C. Brault and A. Mielke (1.0) | B006 | 1.60 | 1,640.00 |
| 04/19/23 | MLUNN | Meeting with A. Mielke re: follow-up from TSA and AP call with Amass and Cooley and discussion of related strategy | B006 | 0.40 | 410.00 |
| 04/24/23 | AMIEL | Emails with M. Lunn re: sale milestones | B006 | 0.10 | 68.50 |
| 04/25/23 | AMIEL | Emails with A. Kim and C. Brault re: transition issues (.1); confer with M. Lunn re: same (.1) | B006 | 0.20 | 137.00 |
| 04/26/23 | AMIEL | Emails with A. Kim, E. Walker, and M. Lunn re: asset transition issues | B006 | 0.10 | 68.50 |
| 04/26/23 | MLUNN | Review updated analysis and request for release of proceeds under TSA (.3) and work with A. Mielke re: same (.2) | B006 | 0.50 | 512.50 |
| 04/27/23 | AMIEL | Emails with C. Brault re: transition issues | B006 | 0.10 | 68.50 |
| 04/27/23 | MLUNN | Review payable and calculations under TSA and related correspondence | B006 | 0.20 | 205.00 |
| 04/28/23 | MLUNN | Review updated open invoice analysis re: TSA | B006 | 0.20 | 205.00 |

Winc, Inc.  
Billing Period through April 30, 2023

Invoice Date: May 23, 2023  
Invoice Number: 50042780  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/03/23 | SBORO | Review claims register | B007 | 0.50 | 252.50 |
| 04/04/23 | SBORO | Review claims register | B007 | 1.10 | 555.50 |
| 04/05/23 | SBORO | Draft email re: proof of claim | B007 | 0.10 | 50.50 |
| 04/10/23 | SBORO | Review claims filed on bar date | B007 | 0.60 | 303.00 |
| 04/11/23 | AMIEL | Emails with S. Borovinskaya, M. Lunn, and K. Pleines re: claims reconciliation (.1); review same (.1) | B007 | 0.20 | 137.00 |
| 04/11/23 | SBORO | Review 4.11.23 claims register | B007 | 0.20 | 101.00 |
| 04/13/23 | MLUNN | Analyze claims register and assessment of claim in connection with Plan and Disclosure Statement and confirmation | B007 | 0.60 | 615.00 |
| 04/14/23 | AMIEL | Emails with M. Mealy and C. Brault re: claim | B007 | 0.30 | 205.50 |
| 04/15/23 | AMIEL | Emails with C. Brault re: claim issues | B007 | 0.10 | 68.50 |
| 04/17/23 | AMIEL | Emails with case creditor and C. Brault re: taxes and claim issues (.1); emails with YCST team, C. Brault, K. Pleines re: claim and transition issues (.3) | B007 | 0.40 | 274.00 |
| 04/17/23 | AMIEL | Review and analyze claim | B007 | 0.20 | 137.00 |
| 04/19/23 | SBORO | Review claims register for late filed claims | B007 | 0.20 | 101.00 |
| 04/21/23 | AMIEL | Emails with C. Brault and K. Pleines re: claim issues | B007 | 0.10 | 68.50 |
| 04/26/23 | SBORO | Review late filed claims | B007 | 0.80 | 404.00 |
| 04/27/23 | AMIEL | Emails with C. Brault and creditor re: tax claim issues | B007 | 0.10 | 68.50 |
| 04/27/23 | AMIEL | Review and analyze liquidation analysis | B007 | 0.20 | 137.00 |
| 04/27/23 | AMIEL | Emails with committee counsel, creditor, and claims agent re: claim inquiry | B007 | 0.20 | 137.00 |
| 04/28/23 | AMIEL | Emails with committee counsel and claims agent re: bar date package and service | B007 | 0.20 | 137.00 |
| 03/31/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case strategy and issues | B008 | 0.40 | 274.00 |
| 04/12/23 | AMIEL | Confer with J. Brooks re: case issues | B008 | 0.10 | 68.50 |

Winc, Inc.  
Billing Period through April 30, 2023

Invoice Date: May 23, 2023  
Invoice Number: 50042780  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/13/23 | AMIEL | Emails with C. Brault and K. Pleines re: weekly case update | B008 | 0.10 | 68.50 |
| 04/14/23 | AMIEL | Emails with C. Brault and K. Pleines re: miscellaneous case issues | B008 | 0.10 | 68.50 |
| 04/17/23 | AMIEL | Confer with J. Brooks re: case issues (.1); confer with M. Lunn re: case issues (.2) | B008 | 0.30 | 205.50 |
| 04/21/23 | AMIEL | Teleconference with C. Brault, K. Pleines, and M. Lunn re: case issues | B008 | 0.50 | 342.50 |
| 04/21/23 | MLUNN | Update call with C. Brault, K. Pleines, and A. Mielke | B008 | 0.60 | 615.00 |
| 04/28/23 | AMIEL | Teleconference with YCST team, K. Pleines, C. Walker and C. Brault re: weekly case update and issues (.5); review bank account reconciliation in advance (.1) | B008 | 0.60 | 411.00 |
| 04/28/23 | MLUNN | Update call with C. Brault, RPA and A. Mielke | B008 | 0.60 | 615.00 |
| 04/03/23 | MLUNN | Review and provide comments to revised chapter 11 plan | B012 | 1.90 | 1,947.50 |
| 04/04/23 | AMIEL | Review revised plan (0.2); emails with M. Lunn and committee re: same (0.1) | B012 | 0.30 | 205.50 |
| 04/04/23 | MLUNN | Continued review of revised chapter 11 plan and revise same | B012 | 2.40 | 2,460.00 |
| 04/06/23 | AMIEL | Emails with board re: plan | B012 | 0.30 | 205.50 |
| 04/06/23 | MLUNN | Correspondence with board re: plan | B012 | 0.10 | 102.50 |
| 04/07/23 | AMIEL | Emails with B. Smith re: plan issues and wind down | B012 | 0.10 | 68.50 |
| 04/07/23 | MLUNN | Correspondence from B. Smith re: plan issues and questions | B012 | 0.10 | 102.50 |
| 04/11/23 | AMIEL | Confer with M. Lunn in advance of board call (.3); review plan and insurance documents in advance of same (1.1); attend board call (.7); emails with B. Smith re: same (.1) | B012 | 2.20 | 1,507.00 |
| 04/11/23 | AMIEL | Emails with M. Lunn and committee counsel re: revised plan | B012 | 0.10 | 68.50 |
| 04/11/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 2.00 | 1,010.00 |
| 04/11/23 | MLUNN | Correspondence with A. Mielke re: plan and related issues | B012 | 0.10 | 102.50 |
| 04/11/23 | MNEST | Overview of plan/DS re: board call | B012 | 0.80 | 992.00 |

| | |
|---|---|
| Winc, Inc. | Invoice Date:         May 23, 2023 |
| Billing Period through April 30, 2023 | Invoice Number:         50042780 |
| | Matter Number:         102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/11/23 | SBORO | Finalize board minutes and draft email to A. Mielke re: same | B012 | 0.20 | 101.00 |
| 04/12/23 | AMIEL | Emails with K. Pleines re: plan issues | B012 | 0.10 | 68.50 |
| 04/12/23 | JBROO | Review and analyze emails re: recovery estimates and liquidation analysis | B012 | 0.20 | 101.00 |
| 04/12/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 0.20 | 101.00 |
| 04/13/23 | AMIEL | Review and revise solicitation procedures motion | B012 | 3.10 | 2,123.50 |
| 04/13/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 2.70 | 1,363.50 |
| 04/13/23 | MLUNN | Work with A. Mielke re: solicitation procedures motion | B012 | 0.20 | 205.00 |
| 04/17/23 | MLUNN | Review and provide comments to solicitation motion | B012 | 2.10 | 2,152.50 |
| 04/17/23 | MLUNN | Call with A. Mielke re: solicitation timeline and issues | B012 | 0.20 | 205.00 |
| 04/19/23 | AMIEL | Emails with J. Brooks and M. Lunn re: DS motion | B012 | 0.10 | 68.50 |
| 04/19/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 0.10 | 50.50 |
| 04/19/23 | MLUNN | Revise solicitation procedures motion and related correspondence | B012 | 0.90 | 922.50 |
| 04/20/23 | AMIEL | Emails with YCST team re: DS motion | B012 | 0.10 | 68.50 |
| 04/20/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 3.50 | 1,767.50 |
| 04/21/23 | AMIEL | Emails with J. Brooks and M. Lunn re: DS motion | B012 | 0.10 | 68.50 |
| 04/21/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 1.10 | 555.50 |
| 04/21/23 | MLUNN | Review revised solicitation motion and revise same | B012 | 0.90 | 922.50 |
| 04/25/23 | MLUNN | Review and analyze UCC comments to plan | B012 | 0.50 | 512.50 |
| 04/26/23 | MLUNN | Work with A. Mielke re: UCC plan comments and related strategy | B012 | 0.20 | 205.00 |
| 04/27/23 | MLUNN | Correspondence with A. Mielke re: liquidation analysis (.1); review draft liquidation analysis and related assumptions (.2) | B012 | 0.30 | 307.50 |
| 04/01/23 | AMIEL | Emails with YCST team creditor inquiry | B013 | 0.10 | 68.50 |

Winc, Inc.  
Billing Period through April 30, 2023

Invoice Date: May 23, 2023  
Invoice Number: 50042780  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/23 | AMIEL | Emails with creditor and YCST team re: proof of claim inquiry | B013 | 0.10 | 68.50 |
| 04/04/23 | MLUNN | Review cash balance analysis and summary of proposed payments | B014 | 0.20 | 205.00 |
| 04/11/23 | MLUNN | Work with A. Mielke re: preparation for board meeting and related plan issues (.5); and attend board meeting (.7) | B014 | 1.20 | 1,230.00 |
| 04/12/23 | AMIEL | Review board minutes | B014 | 0.10 | 68.50 |
| 04/12/23 | MLUNN | Review and revise April 11th board meeting minutes | B014 | 0.30 | 307.50 |
| 04/24/23 | AMIEL | Emails with B. Smith re: board minutes | B014 | 0.10 | 68.50 |
| 03/28/23 | JBROO | Emails with T. Bollman re: fee application issues | B017 | 0.10 | 50.50 |
| 03/28/23 | JBROO | Emails with C. Walker re: RPA fee application issues | B017 | 0.20 | 101.00 |
| 04/04/23 | JBROO | Email with T. Bollman re: interim fee application | B017 | 0.10 | 50.50 |
| 04/04/23 | TBOLL | Review draft first interim fee applications, and circulate same for internal review | B017 | 0.30 | 106.50 |
| 04/05/23 | AMIEL | Emails with YCST team re: interim fee application | B017 | 0.10 | 68.50 |
| 04/05/23 | JBROO | Emails with YCST team re: draft interim fee application | B017 | 0.10 | 50.50 |
| 04/06/23 | AMIEL | Emails with S. Borovinskaya re: OCP declaration (0.1); review and analyze invoices and communications re: same (0.1) | B017 | 0.20 | 137.00 |
| 04/06/23 | AMIEL | Emails with T. Bollman and M. Lunn re: fee application | B017 | 0.10 | 68.50 |
| 04/06/23 | AMIEL | Review and revise interim fee application | B017 | 0.20 | 137.00 |
| 04/06/23 | SBORO | Email correspondence re: ordinary course professionals (.2); email correspondence re: OCP declaration (.2) | B017 | 0.40 | 202.00 |
| 04/06/23 | TBOLL | Compile and finalize for filing fourth monthly fee application of YCST | B017 | 0.40 | 142.00 |
| 04/06/23 | TBOLL | Prepare notice (.2) and update declarations (.2) re: retention of ordinary course professional Holland & Hart | B017 | 0.40 | 142.00 |
| 04/08/23 | AMIEL | Emails with C. Brault and YCST team re: ordinary course professional retention | B017 | 0.10 | 68.50 |
| 04/10/23 | AMIEL | Emails with A. Vicari re: OCP retention (.1); confer with A. Vicari re: same (.1) | B017 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | May 23, 2023 |
| Billing Period through April 30, 2023 | | | Invoice Number: | | 50042780 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/11/23 | AMIEL | Review CNO for RPA fee application | B017 | 0.10 | 68.50 |
| 04/11/23 | JBROO | Emails with YCST team re: fee application issues | B017 | 0.30 | 151.50 |
| 04/11/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: third monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 04/12/23 | AMIEL | Emails with A. Vicari and YCST team re: OCP declaration and retention | B017 | 0.20 | 137.00 |
| 04/12/23 | AMIEL | Emails with YCST and RPA team re: fee escrow | B017 | 0.10 | 68.50 |
| 04/12/23 | AMIEL | Emails with C. Brault re: OCP issues | B017 | 0.10 | 68.50 |
| 04/12/23 | JBROO | Review and analyze emails re: potential supplemental OCP retention | B017 | 0.10 | 50.50 |
| 04/12/23 | JBROO | Emails with Epiq team re: interim fee application issues | B017 | 0.10 | 50.50 |
| 04/12/23 | JBROO | Draft notice of Supplemental OCP List | B017 | 0.20 | 101.00 |
| 04/12/23 | JBROO | Emails with YCST team re: first interim fee application issues | B017 | 0.20 | 101.00 |
| 04/12/23 | JBROO | Emails with YCST team re: supplemental OCP List | B017 | 0.10 | 50.50 |
| 04/12/23 | JBROO | Emails with T. Bollman re: filing of supplemental OCP notice | B017 | 0.20 | 101.00 |
| 04/12/23 | JBROO | Revise and analyze supplement to first interim fee application | B017 | 0.30 | 151.50 |
| 04/12/23 | MLUNN | Correspondence with A. Mielke re: fee budget | B017 | 0.10 | 102.50 |
| 04/12/23 | SBORO | Discuss retention issues with J. Brooks | B017 | 0.10 | 50.50 |
| 04/12/23 | TBOLL | Emails to and from J. Brooks and A. Mielke re: first interim fee application of debtors' professionals | B017 | 0.20 | 71.00 |
| 04/12/23 | TBOLL | Finalize for filing notice of supplement to list of ordinary course professionals | B017 | 0.20 | 71.00 |
| 04/14/23 | MLUNN | Review UCC February fee applications | B017 | 0.20 | 205.00 |
| 04/14/23 | MLUNN | Review Interim fee application | B017 | 0.20 | 205.00 |
| 04/14/23 | TBOLL | Finalize for filing first interim fee application of debtors' professionals | B017 | 0.30 | 106.50 |
| 04/14/23 | TBOLL | Update and finalize for filing supplement to YCST's first interim fee application | B017 | 0.30 | 106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | May 23, 2023 |
| Billing Period through April 30, 2023 | | | Invoice Number: | | 50042780 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/17/23 | AMIEL | Emails with J. Brooks re: OCP issues | B017 | 0.10 | 68.50 |
| 04/17/23 | JBROO | Confer with C. Brault re: supplemental OCP issues | B017 | 0.10 | 50.50 |
| 04/17/23 | JBROO | Confer with A. Mielke re: supplemental OCP issues | B017 | 0.10 | 50.50 |
| 04/17/23 | JBROO | Draft notice of supplemental OCP declaration | B017 | 0.10 | 50.50 |
| 04/17/23 | JBROO | Draft supplemental OCP declaration | B017 | 0.10 | 50.50 |
| 04/17/23 | JBROO | Emails with A. Mielke and Holland & Hart team re: OCP Declaration | B017 | 0.70 | 353.50 |
| 04/17/23 | JBROO | Review and analyze emails with S. Borovinskaya re: Holland & Hart supplemental OCP issues | B017 | 0.10 | 50.50 |
| 04/19/23 | AMIEL | Emails with J. Brooks re: OCP issues | B017 | 0.10 | 68.50 |
| 04/20/23 | AMIEL | Emails with YCST team and C. Walker re: fee application (.1); Emails with T. Lukas and J. Brooks re: OCP retention (.1) | B017 | 0.10 | 68.50 |
| 04/20/23 | AMIEL | Emails with T. Lukas and J. Brooks re: OCP retention | B017 | 0.10 | 68.50 |
| 04/21/23 | AMIEL | Emails with C. Walker and S. Borovinskaya re: fee application | B017 | 0.10 | 68.50 |
| 04/21/23 | SBORO | Review RPA fourth fee app | B017 | 0.50 | 252.50 |
| 04/21/23 | TBOLL | Update and finalize for filing fourth monthly fee application of RPA | B017 | 0.50 | 177.50 |
| 04/22/23 | AMIEL | Emails with J. Brooks re: OCP retention | B017 | 0.10 | 68.50 |
| 04/24/23 | AMIEL | Emails with YCST team re: OCP declaration and notice | B017 | 0.10 | 68.50 |
| 04/24/23 | JBROO | Draft notice of OCP declaration for Holland & Hart | B017 | 0.10 | 50.50 |
| 04/24/23 | TBOLL | Finalize for filing declaration of disinterestedness of ordinary course professional Holland & Hart | B017 | 0.30 | 106.50 |
| 04/27/23 | AMIEL | Emails with YCST team re: CNO for fee application | B017 | 0.10 | 68.50 |
| 04/27/23 | MLUNN | Correspondence with T. Bollman re: March fee app | B017 | 0.10 | 102.50 |
| 04/27/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: fourth monthly fee application of YCST | B017 | 0.30 | 106.50 |

Winc, Inc.  
Billing Period through April 30, 2023

Invoice Date: May 23, 2023  
Invoice Number: 50042780  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/28/23 | MLUNN | Review UCC fee applications | B017 | 0.10 | 102.50 |
| 04/04/23 | TBOLL | Begin draft supplement to YCST first interim fee application | B018 | 1.80 | 639.00 |
| 04/05/23 | MLUNN | Confidentiality review of March fee statement in preparation for submission | B018 | 0.20 | 205.00 |
| 04/06/23 | MLUNN | Review March fee app | B018 | 0.20 | 205.00 |
| 04/10/23 | AMIEL | Emails with T. Bollman and K. Pleines re: interim fee application | B018 | 0.20 | 137.00 |
| 04/10/23 | TBOLL | Review and update supplement to YCST's first interim fee application | B018 | 1.00 | 355.00 |
| 04/11/23 | AMIEL | Emails with YCST team re: interim fee application | B018 | 0.20 | 137.00 |
| 04/11/23 | TBOLL | Review and update supplement to YCST's first interim fee application | B018 | 0.90 | 319.50 |
| 04/12/23 | AMIEL | Emails with YCST team and RPA team re: interim fee application | B018 | 0.10 | 68.50 |
| 04/12/23 | AMIEL | Emails with YCST team re: interim fee application | B018 | 0.20 | 137.00 |
| 04/12/23 | TBOLL | Update supplement to YCST's first interim fee application | B018 | 0.40 | 142.00 |
| 04/13/23 | AMIEL | Review interim fee supplement | B018 | 0.60 | 411.00 |
| 04/13/23 | TBOLL | Assist in further updates to supplement re: YCST's first interim fee application | B018 | 0.60 | 213.00 |
| 04/14/23 | AMIEL | Emails with YCST team re: interim fee application | B018 | 0.10 | 68.50 |
| | | | **Total** | **72.90** | **$50,811.50** |

| Winc, Inc. | Invoice Date: | May 23, 2023 |
|---|---|---|
| Billing Period through April 30, 2023 | Invoice Number: | 50042780 |
|  | Matter Number: | 102647.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 22.00 | 685.00 | 15,070.00 |
| JBROO | Joshua Brooks | Associate | 13.70 | 505.00 | 6,918.50 |
| MLUNN | Matthew B. Lunn | Partner | 21.20 | 1,025.00 | 21,730.00 |
| MNEST | Michael R. Nestor | Partner | 0.80 | 1,240.00 | 992.00 |
| SBORO | Shella Borovinskaya | Associate | 4.70 | 505.00 | 2,373.50 |
| TBOLL | Troy Bollman | Paralegal | 10.50 | 355.00 | 3,727.50 |
| **Total** |  |  | **72.90** |  | **$50,811.50** |

| Winc, Inc. | Invoice Date: | May 23, 2023 |
|---|---|---|
| Billing Period through April 30, 2023 | Invoice Number: | 50042780 |
| | Matter Number: | 102647.1001 |

**Task Summary**

**Task Code:B001**     **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| Joshua Brooks | Associate | 0.10 | 505.00 | 50.50 |
| Troy Bollman | Paralegal | 1.60 | 355.00 | 568.00 |
| **Total** | | **1.90** | | **789.50** |

**Task Code:B002**     **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| Joshua Brooks | Associate | 0.50 | 505.00 | 252.50 |
| Troy Bollman | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **1.10** | | **598.50** |

**Task Code:B004**     **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 1.40 | 685.00 | 959.00 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **1.80** | | **1,101.00** |

**Task Code:B006**     **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 6.50 | 1,025.00 | 6,662.50 |
| Allison S. Mielke | Associate | 5.70 | 685.00 | 3,904.50 |
| **Total** | | **12.20** | | **10,567.00** |

**Task Code:B007**     **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Allison S. Mielke | Associate | 2.00 | 685.00 | 1,370.00 |
| Shella Borovinskaya | Associate | 3.50 | 505.00 | 1,767.50 |
| **Total** | | **6.10** | | **3,752.50** |

Winc, Inc.  Invoice Date: May 23, 2023
Billing Period through April 30, 2023  Invoice Number: 50042780
Matter Number: 102647.1001

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 1.20 | 1,025.00 | 1,230.00 |
| Allison S. Mielke | Associate | 2.10 | 685.00 | 1,438.50 |
| **Total** | | **3.30** | | **2,668.50** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 9.90 | 1,025.00 | 10,147.50 |
| Michael R. Nestor | Partner | 0.80 | 1,240.00 | 992.00 |
| Allison S. Mielke | Associate | 6.50 | 685.00 | 4,452.50 |
| Joshua Brooks | Associate | 9.80 | 505.00 | 4,949.00 |
| Shella Borovinskaya | Associate | 0.20 | 505.00 | 101.00 |
| **Total** | | **27.20** | | **20,642.00** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| **Total** | | **0.20** | | **137.00** |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 1.70 | 1,025.00 | 1,742.50 |
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| **Total** | | **1.90** | | **1,879.50** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Allison S. Mielke | Associate | 2.20 | 685.00 | 1,507.00 |
| Joshua Brooks | Associate | 3.30 | 505.00 | 1,666.50 |
| Shella Borovinskaya | Associate | 1.00 | 505.00 | 505.00 |
| Troy Bollman | Paralegal | 3.50 | 355.00 | 1,242.50 |
| **Total** | | **10.70** | | **5,638.50** |

| Winc, Inc. | Invoice Date: | May 23, 2023 |
| --- | --- | --- |
| Billing Period through April 30, 2023 | Invoice Number: | 50042780 |
| | Matter Number: | 102647.1001 |

**Task Code:B018**   **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Allison S. Mielke | Associate | 1.40 | 685.00 | 959.00 |
| Troy Bollman | Paralegal | 4.70 | 355.00 | 1,668.50 |
| **Total** | | **6.50** | | **3,037.50** |