# **<u>EXHIBIT B</u>**

Winc, Inc.  
Billing Period through April 30, 2023

Invoice Date: May 23, 2023  
Invoice Number: 50042780  
Matter Number: 102647.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/01/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/02/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/08/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 03/21/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/30/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/11/23 | Reproduction Charges | 78.00 | 7.80 |
| 04/11/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/13/23 | Reproduction Charges | 35.00 | 3.50 |
| 04/13/23 | Computerized Legal Research -WESTLAW | 1.00 | 3.18 |
| 04/14/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/17/23 | Reproduction Charges | 40.00 | 4.00 |
| 04/19/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/20/23 | Reproduction Charges | 131.00 | 13.10 |
| 04/24/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/25/23 | Reproduction Charges | 83.00 | 66.40 |
| 04/25/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/25/23 | Reproduction Charges | 1.00 | 0.10 |
| 04/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| | **Total** | | **$104.98** |

| | |
|---|---|
| Winc, Inc. | Invoice Date: May 23, 2023 |
| Billing Period through April 30, 2023 | Invoice Number: 50042780 |
| | Matter Number: 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research -WESTLAW | 3.18 |
| Docket Retrieval / Search | 6.90 |
| Reproduction Charges | 94.90 |
| **Total** | **$104.98** |